(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court Southern District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Winn-Dixie Stores, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **The Marketplace; Winn-Dixie Marketplace; SaveRite; Jitney Jungle; Thriftway; Sack n' Save; Grocery Bargain Depot; Dixie Spirits** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **59-0514290** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **5050 Edgewood Court Jacksonville, FL 32254-3699** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Duval** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **5050 Edgewood Court Jacksonville, FL 32254-3699** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)
- ☒ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ☒ Business

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors (including debtor affiliates) | 1-15 ☐ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☒ |
|---|---|---|---|---|---|---|

| Estimated Assets (including debtor affiliates) | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☒ |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts (including debtor affiliates) | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☒ |
|---|---|---|---|---|---|---|---|---|

**(Official Form 1) (12/03)**                                                        **FORM B1**, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Winn-Dixie Stores, Inc.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of Attorney

X **/s/ D. J. Baker**
   Signature of Attorney for Debtor(s)

**D. J. Baker**
   Printed Name of Attorney for Debtors

**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square**
**New York, NY 10036-6522**
**212-735-3000 Fax:212-735-2000**
   Firm Name/Address/Telephone Number

**February 21, 2005**
   Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bennett L. Nussbaum**
   Signature of Authorized Individual
   **Bennett L. Nussbaum**
   Printed Name of Authorized Individual
   **Senior Vice President and CFO**
   Title of Authorized Individual
   **February 21, 2005**
   Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☒ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)          Date

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
   Printed Name of Bankruptcy Petition Preparer

_____
   Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
   Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
   Signature of Bankruptcy Petition Preparer

_____
   Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.

Form B1, Exh.A (9/97)

Exhibit "A"

**Exhibit "A" to Voluntary Petition**

1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **001-03657**.

2.      The following financial data is the latest available information and refers to the debtor's condition on **January 12, 2005**.

a.      Total assets                                                          $ **2,235,557,000**

b.      Total debts (including debts listed in 2.c., below)         $ **1,870,785,000**

|  |  | Approximate number of holders |
|---|---|---|
| c. | Debt securities held by more than 500 holders. | |
| | **Unsecured 8 7/8% Senior Notes due 2008** $ 300,000,000 | 27 |
| d. | Number of shares of preferred stock    **0** | **n/a** |
| e. | Number of shares of common stock    **142,161,122 as of 2/16/05** | **36,167** |

        Comments, if any: _____

        _____

        _____

3.      Brief description of debtor's business:  **Food and drug retailer operating in the southeastern United States.**

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**D.D.I., Inc. and affiliated persons and entities**

**Brandes Investment Partners, Inc. and affiliated persons and entities**

_____

**Information on holders refers to record holders.  The actual number of beneficial holders may be greater.**

## ATTACHMENT - LIST OF AFFILIATED DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this Chapter 11 case) filed in this Court a petition for relief under Chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, these entities filed a motion requesting that the Court jointly administer their Chapter 11 cases.

1. Astor Products, Inc., a Florida corporation

2. Crackin' Good, Inc., a Florida corporation

3. Deep South Distributors, Inc., a Florida corporation

4. Deep South Products, Inc., a Florida corporation

5. Dixie Darling Bakers, Inc., a Florida corporation

6. Dixie-Home Stores, Inc., a South Carolina corporation

7. Dixie Packers, Inc., a Florida corporation

8. Dixie Spirits, Inc., a Mississippi corporation

9. Dixie Stores, Inc., a New York corporation

10. Economy Wholesale Distributors, Inc., a Florida corporation

11. Foodway Stores, Inc., a Delaware corporation

12. Kwik Chek Supermarkets, Inc., a Florida corporation

13. Sunbelt Products, Inc., a Florida corporation

14. Sundown Sales, Inc., a Texas corporation

15. Superior Food Company, a Florida corporation

16. Table Supply Food Stores Co., Inc., a Florida corporation

17. WD Brand Prestige Steaks, Inc., a Florida corporation

18. Winn-Dixie Handyman, Inc., a Florida corporation

19. Winn-Dixie Logistics, Inc., a Florida corporation

20. Winn-Dixie Montgomery, Inc., a Florida corporation

21. Winn-Dixie Procurement, Inc., a Florida corporation

22. Winn-Dixie Raleigh, Inc., a Florida corporation

23. Winn-Dixie Stores, Inc., a Florida corporation

24. Winn-Dixie Supermarkets, Inc., a Florida corporation

3689124 v1

## <u>CERTIFICATE OF RESOLUTION</u>

I, Laurence Appel, Secretary of Winn-Dixie Stores, Inc. (the "Corporation"), a Florida corporation, hereby certify that the following resolutions were duly adopted in accordance with the bylaws of the Corporation and the requirements of the Florida Business Corporation Act and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

## <u>Chapter 11 Filing</u>

**RESOLVED**, that in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interests of the Corporation, its creditors, stockholders, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that Peter L. Lynch, Chief Executive Officer, and Bennett L. Nussbaum, Senior Vice President and Chief Financial Officer (each, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Corporation to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York, at such time as said officer executing the same shall determine and in such form and forms as such Authorized Officer may approve;

**RESOLVED**, that the firm of Skadden, Arps, Slate, Meagher & Flom LLP, with an office currently located at Four Times Square, New York, New York 10036, be, and it hereby is, employed as attorneys for the Corporation under a general retainer in connection with the prosecution of the Corporation's case under chapter 11 of the Code;

**RESOLVED**, that the firm of King & Spalding LLP, with an office currently located at 191 Peachtree Street, Atlanta, Georgia 30303, be, and it hereby is, employed as attorneys for the Corporation under a general retainer in connection with the prosecution of the Corporation's case under chapter 11 of the Code;

**RESOLVED**, that the Blackstone Group L.P., with an office currently located at 345 Park Avenue, New York, New York 10010, be, and it hereby is, employed as financial advisors for the Corporation;

1

**RESOLVED**, that Bain & Company, with an office currently located at The Monarch Tower, Suite 1200, 3424 Peachtree Rd, Atlanta, Georgia 30326, be, and it hereby is, employed as business and strategic consultants for the Corporation;

**RESOLVED**, that XRoads Solutions Group, LLC, with an office currently located at 400 Madison Avenue, 3rd Floor, New York, New York 10017, be, and it hereby is, employed as financial and operations restructuring consultants for the Corporation;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Corporation's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11, including, but not limited to motions to obtain the use of cash collateral and to incur debtor in possession financing, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to employ and retain accountants and other professionals, to advise the Corporation in connection with its case under chapter 11 of the Code;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized and directed on behalf of the Corporation to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by the foregoing Resolutions, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Corporation on its behalf, such actions are hereby ratified and confirmed in their entirety.

## **Financing Arrangements**

**WHEREAS**, the Corporation, desires to enter into financing arrangements with Wachovia Bank, National Association, in its capacities as administrative agent and collateral monitoring agent (in such capacities, "Agent"), pursuant to the Credit Agreement (as hereinafter defined) acting for and on behalf of the parties thereto as lenders (each individually, a "Lender" and collectively, "Lenders") as set forth in the Credit Agreement by and among the Corporation, certain of its affiliates, Agent, Lenders, the other agents designated therein, Wachovia Capital Markets, LLC, as sole arranger and sole bookrunner (the "Credit Agreement") pursuant to which it is contemplated that Agent and Lenders may make loans and advances and provide other financial accommodations to the Corporation and such affiliates; and

**WHEREAS**, the Corporation deems it to be to its direct benefit and in its best interests to enter into such financing arrangements with Agent and Lenders, to grant to Agent, for itself and the benefit of Lenders, a security interest in and general lien upon such assets and properties, real and personal, now owned or hereafter acquired by the Corporation, as may now or from time to time be required by Agent or any Lender as security for all obligations, liabilities and indebtedness of the Corporation to Agent and Lenders, now existing or hereafter arising as an inducement to Agent and Lenders to enter into the financing arrangements with the Corporation, and to absolutely and unconditionally guarantee all existing and hereafter arising obligations, liabilities and indebtedness of Borrowers (as defined in the Credit Agreement) to Agent and Lenders;

**NOW, THEREFORE**, it is hereby:

**RESOLVED**, that any of the officers or agents of the Corporation, and each of them, are hereby authorized, directed and empowered, either jointly or severally, for and on behalf of and in the name of the Corporation: (a) to enter into such financing arrangements at this time or at any other time, as they, or any of them, may see fit and (b) to borrow from Agent and Lenders such amount or amounts of money or to request letters of credit, merchandise purchase or other guaranties or financial accommodations as may be made available to the Company by Agent and Lenders at this time or any other time; (c) to extend or renew any loan or loans or any installment of principal or interest thereof, or any indebtedness owing to Agent and Lenders; and (d) to absolutely and unconditionally guarantee all existing and hereafter arising obligations, liabilities and indebtedness of Borrowers to Agent and Lenders; and it is further

3

**RESOLVED**, that any of the officers or agents of the Corporation, and each of them, are hereby authorized, directed, and empowered, either jointly or severally, for and on behalf of and in the name of the Corporation to sell, transfer, lease, assign, hypothecate, set over, grant security interests in, mortgage or pledge any or all of the assets and properties of the Corporation, real, personal, or mixed, tangible or intangible, now owned or hereafter acquired as security or otherwise; and it is further

**RESOLVED**, that any of the officers or agents of the Corporation, and each of them, are hereby authorized, directed and empowered either jointly or severally, for and on behalf of and in the name of the Corporation to make, execute and deliver the Credit Agreement and any and all other agreements, documents and instruments with or in favor of Agent or any Lender with respect to the financing arrangements of the Corporation with Agent and Lenders, together with any related Uniform Commercial Code financing statements, and any and all amendments, supplements, modifications, extensions, restatements, renewals, replacements and any additional agreements, documents and instruments relating to the foregoing or requested by Agent or any Lender and all such agreements, documents and instruments shall contain such terms, conditions and waivers as such officer or agent deems necessary or desirable in the interest of the Corporation, and the execution of any such agreement, document or instrument by any such officer or agent shall be conclusive proof of the approval of all of the terms and conditions thereof for and on behalf of the Corporation; and it is further

**RESOLVED**, that all action heretofore taken and all documentation heretofore delivered by any of said officers and agents, or by any individual who currently holds or has held any of said offices, in furtherance of the foregoing is hereby ratified, adopted, approved and confirmed and declared to be binding and enforceable obligations of the Corporation in accordance with the respective terms and provisions thereof; and it is further

**RESOLVED**, that Agent and Lenders are authorized to rely upon the foregoing resolutions and that the authorization herein set forth shall remain in full force and effect until written notice of their modification or discontinuance shall be given to and actually received by Agent and Lenders, but no such modification or discontinuance shall affect the validity of the acts of any person, authorized to so act by these resolutions performed prior to the receipt of such notice by Agent and Lenders.

IN WITNESS WHEREOF, I have hereunto set my hand this 21st day of February, 2005.

/s/ Laurence Appel
Laurence Appel
Secretary

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                         :
                                              :    **Chapter 11**
                                              :
**WINN-DIXIE STORES, INC.,**                  :    **Case No. 05-_____**
                                              :
            **Debtor.**                       :
                                              :
-------------------------------------------------------------x

## LIST OF CREDITORS HOLDING
## 50 LARGEST UNSECURED CLAIMS

Following is a list of (a) trade creditors holding the 40 largest unsecured claims and (b) institutional creditors holding the 10 largest unsecured claims. The list has been prepared on a consolidated basis, from the books and records of the debtor and certain affiliated entities that have simultaneously commenced Chapter 11 cases in this Court.

The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in the Chapter 11 case. The list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The list reflects information existing and available as of February 21, 2005. The debtor reserves the right to amend the list based on information existing of the filing date.

The information presented in the list shall not constitute an admission by, nor is it binding upon, the debtor.

## 40 LARGEST TRADE CREDITORS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Name of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kraft (Kraft Foods, Kraft Pizza, Nabisco)<br>22541 Network Place<br>Chicago, IL 60673-1225 | Kraft (Kraft Foods, Kraft Pizza, Nabisco)<br>Attn: Sandra Schirmang, Director of Credit<br>22541 Network Place<br>Chicago, IL 60673-1225<br>Tel: (847) 646-6719<br>Fax: (847) 646-4479 | Trade Debt | * | $15,069,002 |

| | | | | |
|---|---|---|---|---|
| Pepsico & Subsidiaries<br>P. O. Box 844700<br>Dallas, TX 75284-4700 | Pepsico & Subsidiaries<br>Attn: Marty Scaminaci,<br>Director Financial<br>Services<br>P. O. Box 844700<br>Dallas, TX 75284-4700<br>Tel: (847) 483-7285 | Trade Debt | * | $14,560,373 |
| Proctor & Gamble<br>Distributing Co.<br>P. O. Box 100537<br>Atlanta, GA 30384-0537 | Proctor & Gamble<br>Distributing Co.<br>Attn: Jay Jones, Credit<br>Manager<br>P. O. Box 100537<br>Atlanta, GA 30384-0537<br>Tel: (513) 774-1782 | Trade Debt | * | $ 6,068,365 |
| Nestle (Nestle USA,<br>Nestle Purina, Nestle<br>Water)<br>P. O. Box 277817<br>Atlanta, GA 30384-7817 | Nestle (Nestle USA,<br>Nestle Purina, Nestle<br>Water)<br>Attn:  Peter B. Knox,<br>Director of Credit and<br>Collections<br>P. O. Box 277817<br>Atlanta, GA 30384-7817<br>Tel: (818) 549-5779<br>Fax: (818) 326-7447 | Trade Debt | * | $ 4,257,179 |
| General Mills Inc.<br>P. O. Box 101412<br>Atlanta, GA 30392-0001 | General Mills Inc.<br>Attn: Terri Johnson,<br>Account Operation<br>Development Manager<br>P. O. Box 101412<br>Atlanta, GA 30392-0001<br>Tel: (763) 293-2354 | Trade Debt | * | $ 3,686,114 |
| Unilever (HPC USA &<br>Best Foods)<br>1 Johns Street<br>Clinton, CT 06413 | Unilever (HPC USA &<br>Best Foods)<br>Attn: Richard Bellis,<br>Credit Manager<br>1 Johns Street<br>Clinton, CT 06413<br>Tel: (800) 726-9866<br>Fax: (630) 955-2720 | Trade Debt | * | $ 3,017,094 |
| Florida Coca-Cola<br>P. O. Box 30000<br>Orlando, FL 32891-0001 | Florida Coca-Cola<br>Attn: Dick Stiteler,<br>Director of Customer<br>Financial Services<br>P. O. Box 30000<br>Orlando, FL 32891-0001<br>Tel: (813) 569-3708<br>Fax: (813) 569-3783 | Trade Debt | * | $ 2,953,207 |
| ConAgra Grocery Products<br>Co.<br>P. O. Box 409626<br>Atlanta, GA 30384 | ConAgra Grocery Products<br>Co.<br>Attn: Robert Ellis, Corp<br>Credit Analysis Manager<br>P. O. Box 409626<br>Atlanta, GA 30384<br>Tel: (402) 998-2770<br>Fax: (402) 516-3751 | Trade Debt | * | $ 2,797,845 |
| Kimberly Clark<br>P. O. Box 915003<br>Dallas, TX 75391-5003 | Kimberly Clark<br>Attn:  Ted C. Banker, Sr.<br>Credit Manager<br>P. O. Box 915003<br>Dallas, TX 75391-5003<br>Tel: (865) 541-7602<br>Fax: (865) 541-7640 | Trade Debt | * | $ 2,393,060 |
| McKee Foods Corporation<br>P. O. Box 2118<br>Collegedale, TN 37315-2118 | McKee Foods Corporation<br>Attn: Valerie Phillips,<br>Sr. Credit Manager<br>P. O. Box 2118<br>Collegedale, TN 37315-2118<br>Tel: (423) 238-7111<br>Fax: (423)-238-7196 | Trade Debt | * | $ 2,063,108 |

| | | | | |
|---|---|---|---|---|
| Sara Lee Foods<br>P. O. Box 905466<br>Charlotte, NC 28290 | Sara Lee Foods<br>Attn: Joel Cartright, Credit Manager<br>P. O. Box 905466<br>Charlotte, NC 28290<br>Tel: (513) 936-2406<br>Fax: (513) 936-2480 | Trade Debt | * | $ 1,979,199 |
| US Bank Corporation<br>P. O. Box 790428<br>St. Louis, MO 63179-0428 | US Bank Corporation<br>Attn: Angela Trudeau, VP Relationship Management<br>P. O. Box 790428<br>St. Louis, MO 63179-0428<br>Tel: (612) 973-1339 | Trade Debt | * | $ 1,850,000 |
| Gourmet Award Foods Mid Atlantic<br>4055 Deerpark Boulevard<br>Elkton, FL 32033 | Gourmet Award Foods Mid Atlantic<br>Attn: Mark Kellum, National Account Manger<br>4055 Deerpark Boulevard<br>Elkton, FL 32033<br>Tel: (864) 444-5472<br>Fax: (904) 825-2054 | Trade Debt | * | $ 1,712,776 |
| Good Humor Breyers Ice Cream<br>P. O. Box 75604<br>Charlotte, NC 28275-5604 | Good Humor Breyers Ice Cream<br>Attn: Craig Stargardt, Credit Manager<br>P. O. Box 75604<br>Charlotte, NC 28275-5604<br>Tel: (920) 497-6310<br>Fax: (920) 497-6583 | Trade Debt | * | $ 1,699,429 |
| Keebler Company<br>P. O. Box 73451<br>Chicago, IL 60673-7451 | Keebler Company<br>Attn: Dan Gilroy<br>P. O. Box 73451<br>Chicago, IL 60673-7451<br>Tel: (404) 559-4540 ext 114<br>Fax: (404) 559-4565 | Trade Debt | * | $ 1,690,095 |
| CH Robinson Worldwide Inc.<br>P. O. Box 9121<br>Minneapolis, MN 55480-9121 | CH Robinson Worldwide Inc.<br>Attn: Teresa Bellman, Controller<br>P. O. Box 9121<br>Minneapolis, MN 55480-9121<br>Tel: (952) 937-6711<br>Fax: (952) 937-6703 | Trade Debt | * | $ 1,567,192 |
| Del Monte Foods USA<br>1336 Solutions Center<br>Chicago, IL 60677-1003 | Del Monte Foods USA<br>Attn: Frank Buckstein, Manager Credit and Collections<br>1336 Solutions Center<br>Chicago, IL 60677-1003<br>Tel: (412) 222-8045<br>Fax: (412) 222-2938 | Trade Debt | * | $ 1,523,117 |
| Fin Tech<br>4720 W. Cypress St.<br>Tampa, FL 33607 | Fin Tech<br>Attn: Doug Wilhelm<br>4720 W. Cypress St.<br>Tampa, FL 33607<br>Tel: (800) 572-0854<br>Fax: (813) 289-5599 | Trade Debt | * | $ 1,500,000 |
| Powerhouse Produce LLC<br>P. O. Box 368<br>Riverhead, NY 11901 | Powerhouse Produce LLC<br>Attn: James Banks, Account Manger<br>P. O. Box 368<br>Riverhead, NY 11901<br>Tel: (631) 474-4673<br>Fax: (631) 369-7031 | Trade Debt | * | $ 1,380,436 |

| | | | | |
|---|---|---|---|---|
| Gillette Company<br>P. O. Box 100800<br>Atlanta, GA 30384-0800 | Gillette Company<br>Attn: Mary Trahan, Credit<br>Manager<br>P. O. Box 100800<br>Atlanta, GA 30384-0800<br>Tel: (617) 463-9450 | Trade Debt | * | $ 1,356,588 |
| Coca-Cola Bottling Works<br>300 Coca-Cola Road<br>Charlotte, NC 28275 | Coca-Cola Bottling Works<br>Attn: Dick Stiteler, Director<br>of Customer Financial<br>Services<br>300 Coca-Cola Road<br>Charlotte, NC 28275<br>Tel: (813) 569-3708<br>Fax: (813) 569-3783 | Trade Debt | * | $ 1,349,229 |
| Schreiber Foods, Inc.<br>P. O. Box 905008<br>Charlotte, NC 28290-5008 | Schreiber Foods, Inc.<br>Attn: Kris Skupas, Credit<br>Manager<br>P. O. Box 905008<br>Charlotte, NC 28290-5008<br>Tel: (920) 455-6423<br>Fax: (800) 439-7634 | Trade Debt | * | $ 1,348,983 |
| Campbell Soup Co.<br>P. O. Box 101407<br>Atlanta, GA 30392-1407 | Campbell Soup Co.<br>Attn: Maureen Hart,<br>Sr. Credit Manager<br>P. O. Box 101407<br>Atlanta, GA 30392-1407<br>Tel: (856) 317-3123<br>Fax: (856) 342-3878 | Trade Debt | * | $ 1,325,196 |
| Georgia Pacific Corp.<br>P. O. Box 102487<br>Atlanta, GA 30368-2487 | Georgia Pacific Corp.<br>Attn: Bob Moon, Credit<br>Manager<br>P. O. Box 102487<br>Atlanta, GA 30368-2487<br>Tel: (770)-619-2214<br>Fax: (770) 619-0229 | Trade Debt | * | $ 1,318,376 |
| Ross Laboratories<br>Dept L-281<br>Columbus, OH 43260-0001 | Ross Laboratories<br>Attn: Phil Polk, Controller<br>Dept L-281<br>Columbus, OH 43260-0001<br>Tel: (614) 624-5627<br>Fax: (614) 624-2751 | Trade Debt | * | $ 1,316,295 |
| Clorox Sales Co - KPD<br>P. O. Box 66123<br>Charlotte, NC 28275-1754 | Clorox Sales Co - KPD<br>Attn: Sybil Shaw, Credit<br>Manager<br>P. O. Box 66123<br>Charlotte, NC 28275-1754<br>Tel: (678) 893-8805<br>Fax: (678) 893-8833 | Trade Debt | * | $ 1,313,037 |
| Kellogg Sales Company<br>P. O. Box 905193<br>Charlotte, NC 28290-9051 | Kellogg Sales Company<br>Attn: Ron Mospek, Credit<br>Manager<br>P. O. Box 905193<br>Charlotte, NC 28290-9051<br>Tel: (269) 961-2262<br>Fax: (888) 886-3190 | Trade Debt | * | $ 1,274,260 |
| Johnson & Johnson<br>P. O. Box 751059<br>Charlotte, NC 28275 | Johnson & Johnson<br>Attn: John Wernicki, National<br>Sales Director<br>P. O. Box 751059<br>Charlotte, NC 28275<br>Tel: (800) 932-3025<br>Fax: (908) 243-0437 | Trade Debt | * | $ 1,268,232 |
| Riverdale Farms<br>P. O. Box 861093<br>Orlando, FL 32886-3356 | Riverdale Farms<br>Attn: Vanessa Fernandez,<br>Controller<br>P. O. Box 861093<br>Orlando, FL 32886-3356<br>Tel: (305) 592-5760<br>Fax: (305) 592-5760 | Trade Debt | * | $ 1,228,022 |

| | | | | |
|---|---|---|---|---|
| Anderson News LLC<br>P. O. Box 52570<br>Knoxville, TN 37950-2570 | Anderson News LLC<br>Attn: Jennifer Voss, VP<br>Accounting<br>P. O. Box 52570<br>Knoxville, TN 37950-2570<br>Tel: (800) 550-5713<br>Fax: (965) 584-1169 | Trade Debt | * | $ 1,225,488 |
| Safe Harbor Seafood<br>4371 Ocean Street<br>Mayport, FL 32233-2417 | Safe Harbor Seafood<br>Attn: Jack Jones, CFO<br>4371 Ocean Street<br>Mayport, FL 32233-2417<br>Tel: (904) 246-4911<br>Fax: (904) 249-0255 | Trade Debt | * | $ 1,154,897 |
| Louisiana Coca-Cola<br>1314 Eraste Landry Road<br>Lafayette, LA 70506 | Louisiana Coca-Cola<br>Attn: Dick Stiteler, Director<br>of Customer Financial<br>Services<br>1314 Eraste Landry Road<br>Lafayette, LA 70506<br>Tel: 904-616-4295 | Trade Debt | * | $ 1,131,296 |
| Edy's Grand Ice Cream<br>P. O. Box 406247<br>Atlanta, GA 30384-6247 | Edy's Grand Ice Cream<br>Attn: Fred Pomerantz, Credit<br>Manager<br>P. O. Box 406247<br>Atlanta, GA 30384-6247<br>Tel: (510) 601-4312<br>Fax: (510) 601-4200 | Trade Debt | * | $ 1,105,270 |
| Wyeth Consumer Healthcare<br>P. O. Box 75296<br>Charlotte, NC 28275-5296 | Wyeth Consumer Healthcare<br>Attn: Larry Sanders, VP<br>Global Finance<br>P. O. Box 75296<br>Charlotte, NC 28275-5296<br>Tel: (973) 660-6623<br>Fax: (973) 660-6623 | Trade Debt | * | $ 1,071,297 |
| Warner Lambert Consumer<br>Group<br>400 West Lincoln Avenue<br>Lititz, PA 17543 | Warner Lambert Consumer<br>Group<br>Attn: Andy Helveston<br>400 West Lincoln Avenue<br>Lititz, PA 17543<br>Tel: (973) 385-4963<br>Fax: (800) 250-4788 | Trade Debt | * | $ 1,044,914 |
| Gerber Products Company<br>445 State St.<br>Freemont, MI 49413 | Gerber Products Company<br>Attn: Jeff Talee, Finance<br>Manager<br>445 State St.<br>Freemont, MI 49413<br>Tel: (231) 928-2000<br>Fax: (901) 320-2884 | Trade Debt | * | $ 1,044,436 |
| Coca-Cola Bottling Co<br>300 Coca-Cola Rd<br>Charlotte, NC 28275 | Coca-Cola Bottling Co<br>Attn: Julie Polanis, Credit<br>Manager<br>300 Coca-Cola Rd<br>Charlotte, NC 28275<br>Tel: (704) 557-4038 | Trade Debt | * | $ 993,280 |
| Sanderson Farms<br>P. O. Box 988<br>Laurel, MS 39441-0988 | Sanderson Farms<br>Attn: Neal Morgan, Director<br>of Sales<br>P. O. Box 988<br>Laurel, MS 39441-0988<br>Tel: (800) 267-1510<br>Fax: (601) 426-1503 | Trade Debt | * | $ 991,457 |
| DLJ Produce, Inc.<br>P. O. Box 2398<br>West Covina, CA 91793 | DLJ Produce, Inc.<br>Attn: Alan Yoshidone,<br>Controller<br>P. O. Box 2398<br>West Covina, CA 91793<br>Tel: (626) 330-6849<br>Fax: (626) 330-6579 | Trade Debt | * | $ 947,961 |

| | | | | |
|---|---|---|---|---|
| Schering Plough Health Care<br>P. O. Box 100373<br>Atlanta, GA 30384 | Schering Plough Health Care<br>Mike Davis, Group Leader<br>Southern Region<br>P. O. Box 100373<br>Atlanta, GA 30384<br>Tel: (908) 679-1527 | Trade Debt | * | $  931,674 |

\* Some or all of these claims may be subject to rights of setoff.

## 10 LARGEST INSTITUTIONAL CREDITORS

The following information was obtained from Bloomberg on February 16, 2005 and represents the best information available to the debtor at this time.

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Name of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wilmington Trust Company, as Indenture Trustee<br>Rodney Square North<br>Wilmington, DE 19890 | Wilmington Trust Company as Indenture Trustee<br>Attn: Corporate Trust Department<br>Rodney Square North<br>Wilmington, DE 19890<br>Tel: (302) 651-1343<br>Fax: (302) 652-8882 | Indenture Trustee for Noteholders | | $300,000,000 |
| Capital Research and Management Company<br>American Funds<br>333 South Hope Street<br>Los Angeles, CA 90071 | Capital Research and Management Company<br>Attention: Abner D. Goldstine<br>American Funds<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Tel (213) 486-9200<br>Fax: (213) 486-9217 | Noteholder | | $  44,950,000 |
| Vanguard Group Incorporated<br>The Vanguard Group<br>P. O. Box 2600<br>Valley Forge, PA 19482 | Vanguard Group Incorporated<br>The Vanguard Group<br>Attn: Earl E. McEvoy<br>P. O. Box 2600<br>Valley Forge, PA 19482<br>Tel: (610) 669-1000<br>Fax: (610) 669-6605 | Noteholder | | $  23,585,000 |
| Ameriprime Funds<br>IMS Capital Management<br>8995 SE Otty Road<br>Portland, OR 97266 | Ameriprime Funds<br>IMS Capital Management<br>Attn: Carl W. Marker<br>8995 SE Otty Road<br>Portland, OR 97266<br>Tel: (800) 408-8014<br>Fax: (503) 788-4100 | Noteholder | | $   9,925,000 |
| Reliance Standard Life Insurance Company<br>2001 Market Street<br>Suite 1500<br>Philadelphia, PA 19103 | Reliance Standard Life Insurance Company<br>Attn: Earl E. McEvoy<br>2001 Market Street<br>Suite 1500<br>Philadelphia, PA 19103<br>Tel: (267) 256-3500<br>Fax: (267) 256-3532 | Noteholder | | $   2,150,000 |
| Fortis Benefits Insurance Company<br>P. O. Box 3050<br>Milwaukee, WI 53201 | Fortis Benefits Insurance Company<br>Attn: Becky Culver<br>P. O. Box 3050<br>Milwaukee, WI 53201<br>Tel: (262) 798-2620 | Noteholder | | $   1,175,000 |

6

| | | | | |
|---|---|---|---|---|
| Goodman & Co. Investment Counsel<br>Scotia Plaza<br>55th Floor<br>40 King Street West<br>Toronto, Ontario M5H 4A9 | Goodman & Co. Investment Counsel<br>Attn: Christy Yip<br>Scotia Plaza<br>55th Floor<br>40 King Street West<br>Toronto, Ontario M5H 4A9<br>Tel:  (416) 363-9097<br>Fax: (416) 865-3463 | Noteholder | | $   1,100,000 |
| Wellington Management Co. LLP<br>Gateway Center Three<br>100 Mulberry Street<br>Newark, NJ 07102 | Wellington Management Co. LLP<br>Gateway Center Three<br>Attn:  Earl E. McEvoy<br>100 Mulberry Street<br>Newark, NJ 07102 | Noteholder | | $   1,030,000 |
| Securities Management and Research, Inc.<br>24500 South Shore Blvd.<br>Suite 400<br>League City, TX 77573 | Securities Management and Research, Inc<br>Attn: Sherry Baker.<br>24500 South Shore Blvd.<br>Suite 400<br>League City, TX 77573<br>Tel: (281) 334-2469<br>Fax: (409) 621-7529 | Noteholder | | $   1,000,000 |
| Aviva Life Insurance Company<br>108 Myrtle Street<br>Newport Office Park<br>North Quincy, MA 02171 | Aviva Life Insurance Company<br>Attn: Elizabeth Anne Dowd<br>108 Myrtle Street<br>Newport Office Park<br>North Quincy, MA 02171<br>Tel: (617) 405-6000<br>Fax: (866) 295-0061 | Noteholder | | $       775,000 |

**DECLARATION UNDER PENALTY OF PERJURY**

      I, Bennett L. Nussbaum, Senior Vice President and Chief Financial Officer of Winn-Dixie Stores, Inc., declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my knowledge, information and belief.

Dated:  February 21, 2005

                                        /s/ Bennett L. Nussbaum
                                        Signature

                                        Bennett L. Nussbaum
                                        Name

                                        Senior Vice President and Chief Financial Officer
                                        Title

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-_____** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

## LIST OF CREDITORS

      A list of the debtor's creditors in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1) has been separately transmitted to the proposed noticing agent, Logan & Company, Inc.

      The list has been prepared on a consolidated basis from the books and records of the debtor and certain of its affiliates that also commenced Chapter 11 cases in this Court.  The list contains only those creditors whose names and addresses were maintained in the databases of the debtor and its affiliates or were otherwise readily ascertainable by the debtor and its affiliates prior to the commencement of this case.  The schedules of liabilities to be subsequently filed should be consulted for a list of the debtor's creditors that is comprehensive and current as of the date of the commencement of this case.

      Certain of the creditors listed may not hold outstanding claims against the debtor or its affiliates as of the commencement date and, therefore, may not be creditors for purposes of this case.  By submitting the list, the debtor in no may waives or prejudices its right to object to the extent, validity or enforceability of the claims, if any, held by parties identified therein.

      The information presented in the list shall not constitute an admission by, nor is it binding upon, the debtor.

### DECLARATION UNDER PENALTY OF PERJURY

      I Bennett L. Nussbaum, Senior Vice President and Chief Financial Officer of Winn-Dixie Stores, Inc., declare under penalty of perjury that the information contained in the list of creditors is true and correct to the best of my knowledge, information and belief

Dated: February 21, 2005

/s/ Bennett L. Nussbaum_____
Signature

Bennett L. Nussbaum_____
Name

Senior Vice President and Chief Financial Officer_____
Title

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re | : |
| | :          **Chapter 11** |
| | : |
| **WINN-DIXIE STORES, INC.,** | :          **Case No. 05-_____** |
| | : |
| Debtor. | : |
| | : |

-----------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Winn-Dixie Stores, Inc., pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1 and Local Rule 1007-3, files this Corporate Ownership Statement, respectfully showing the Court as follows:

1.      Together with certain of their affiliates, each of D.D.I., Inc. and Brandes Investment Partners, Inc. owns more than 10 percent of the issued common stock in Winn-Dixie Stores, Inc.

2.      Winn-Dixie Stores, Inc. indirectly owns more than 10 percent of the equity interests in Bahamas Supermarkets Limited, whose securities are publicly traded.  There is no general or limited partnership or joint venture in which Winn-Dixie Stores, Inc. owns an interest.

3.      Except as stated in paragraph 1, no corporation directly or indirectly owns 10 percent or more of any class of Winn-Dixie Stores, Inc.'s equity interests.

**DECLARATION UNDER PENALTY OF PERJURY**

I, Bennett L. Nussbaum, Vice President of Winn-Dixie Stores, Inc., declare under penalty of perjury that I have read the foregoing statement and it is true and correct to the best of my knowledge, information and belief.

Dated: February 21, 2005

/s/ Bennett L. Nussbaum
Bennett L. Nussbaum
Senior Vice President and CFO