**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                          :
                                                               :          **Chapter 11**
                                                               :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**          :          **Case No. 05-11063**
                                                               :
                    Debtors.                              :          **(Jointly Administered)**
                                                               :
------------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

Winn-Dixie Stores, Inc. and its debtor affiliates (collectively the "Debtors") having filed petitions for reorganization under Chapter 11 of the Bankruptcy Code on February 21, 2005, and the Court having determined that a case management conference will aid in the efficient conduct of the case; it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room ___, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on _____, ____, at _ _: _ _ _.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

ORDERED, that the Debtors shall give notice by mail of this order at least seven (7) days prior to the scheduled conference to each committee appointed to serve in the cases pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender

-2-

to the Debtors, and the United States Trustee, and shall promptly file proof of service of such

notice with the Clerk of the Court.

Dated: February _____, 2005
       New York, New York

 

                                                   _____
                                                   UNITED STATES BANKRUPTCY JUDGE