SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D.J. Baker (DB 0085)

Proposed Attorney for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., et al.,** : | **Case No. 05-11063** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------x

### MOTION OF D. J. BAKER FOR ADMISSION PRO HAC VICE OF SARAH ROBINSON BORDERS AND BRIAN C. WALSH

D. J. Baker ("Movant"), a member in good standing of the Bar of the State of

New York, an attorney admitted to practice before the United States District Court for the

Southern District of New York, and a member of Skadden, Arps, Slate, Meagher & Flom LLP

("Skadden, Arps"), hereby moves (the "Motion") this Court for an order admitting Sarah

Robinson Borders and Brian C. Walsh (collectively, the "Proposed Admittees") pro hac vice to

represent Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") in these

cases pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for

the Southern District of New York (the "Local Rules").  In support of this Motion, Movant relies

upon the respective certifications of each of the Proposed Admittees that are attached as exhibits

hereto and respectfully represents as follows:

1.      Sarah Robinson Borders is a member of the law firm of King & Spalding LLP ("King & Spalding"), the Debtors' proposed bankruptcy co-counsel and general corporate counsel.  Ms. Robinson Borders is a member in good standing of the State Bar of Georgia and has been admitted to practice before the United States District Court for the Northern District of Georgia.  There are no disciplinary proceedings or criminal proceedings pending against Ms. Robinson Borders in any jurisdiction and there have been no disclosures of any pending formal grievances against her.  The Certification of Sarah Robinson Borders is attached hereto as Exhibit A in support of the admission of Ms. Robinson Borders pro hac vice.

2.      Brian C. Walsh is a member of King & Spalding.  Mr. Walsh is a member in good standing of the State Bar of Georgia and has been admitted to practice before the United States District Court for the Northern District of Georgia.  There are no disciplinary proceedings or criminal proceedings pending against Mr. Walsh in any jurisdiction and there have been no disclosures of any pending formal grievances against him.  The Certification of Brian C. Walsh is attached hereto as Exhibit B in support of the admission of Mr. Walsh pro hac vice.

3.      Movant requests that this Court approve the Motion so that the Proposed Admittees may file pleadings, appear and be heard at hearings, and otherwise represent the Debtors in these cases.

4.      Pursuant to Rule 9013-1(b) of the Local Rules, because there are no novel issues of law presented herein, Movant respectfully requests that the Court waive the requirement that the Debtors file a memorandum of law in support of this Motion.

WHEREFORE, Movant respectfully requests that the Court:

(a)      enter an order admitting Sarah Robinson Borders and Brian C. Walsh <u>pro</u> <u>hac</u> <u>vice</u>

        to represent the Debtors in these cases; and

(b)      grant such other and further relief as is just and proper.

Dated:  February 21, 2005
       New York, New York

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


/s/    *D. J. Baker*
D. J. Baker

Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**In re**                                                 **:**
                                                          **:**         **Chapter 11**
                                                          **:**
**WINN-DIXIE STORES, INC., et al.,**                      **:**         **Case No. 05-11063**
                                                          **:**
                          **Debtors.**                    **:**         **(Jointly Administered)**
                                                          **:**
------------------------------------------------------------x

**CERTIFICATION OF**
**SARAH ROBINSON BORDERS**

I, Sarah Robinson Borders, in support of the Motion of D. J. Baker for Admission Pro Hac Vice of Sarah Robinson Borders and Brian C. Walsh do hereby certify under penalty of perjury as follows:

1.        I am eligible for admission pro hac vice to this Court.

2.        I am a member of the law firm of King & Spalding LLP and maintain an office for the practice of law at 191 Peachtree Street, Atlanta, Georgia 30303.

3.        I am a member in good standing of the State Bar of Georgia, and have been admitted to practice before the United States District Court for the Northern District of Georgia. There are no disciplinary proceedings or criminal proceedings pending against me and there have been no disclosures of any pending formal grievances against me.

4.        I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

5.      I have access to, or have acquired, a copy of the Local Rules of this Court, am generally familiar with such Rules, and will comply with such Rules.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2005.

/s/      *Sarah Robinson Borders*
Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                     :

                                        :        **Chapter 11**

                                        :

**WINN-DIXIE STORES, INC., et al.,**      :        **Case No. 05-11063**

                                        :

                 Debtors.        :        **(Jointly Administered)**

                                        :
-----------------------------------------------------------x

**CERTIFICATION OF**
**BRIAN C. WALSH**

I, Brian C. Walsh, in support of the Motion of D. J. Baker for Admission Pro Hac Vice of Sarah Robinson Borders and Brian C. Walsh do hereby certify under penalty of perjury as follows:

1.      I am eligible for admission pro hac vice to this Court.

2.      I am a member of the law firm of King & Spalding LLP and maintain an office for the practice of law at 191 Peachtree Street, Atlanta, Georgia 30303.

3.      I am a member in good standing of the State Bar of Georgia, and have been admitted to practice before the United States District Court for the Northern District of Georgia. There are no disciplinary proceedings or criminal proceedings pending against me and there have been no disclosures of any pending formal grievances against me.

4.      I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

5.      I have access to, or have acquired, a copy of the Local Rules of this Court, am generally familiar with such Rules, and will comply with such Rules.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2005.

/s/      *Brian C. Walsh*
Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                          :
                                               :        **Chapter 11**
                                               :
**WINN-DIXIE STORES, INC., <u>et al</u>.,**      :        **Case No. 05-11063**
                                               :
         **Debtors.**                           :        **(Jointly Administered)**
                                               :
----------------------------------------------------------------x

### ORDER GRANTING MOTION OF D. J. BAKER FOR ADMISSION PRO HAC VICE OF SARAH ROBINSON BORDERS AND BRIAN C. WALSH

Upon the Motion (the "Motion") of D. J. Baker seeking the admission <u>pro</u> <u>hac</u> <u>vice</u> of Sarah Robinson Borders and Brian C. Walsh to represent the Debtors in these cases; and upon consideration of the Motion, the Certification of Sarah Robinson Borders, and the Certification of Brian C. Walsh; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that Sarah Robinson Borders is admitted <u>pro</u> <u>hac</u> <u>vice</u> to represent the Debtors in the above captioned cases and may appear in these cases and any related proceedings <u>pro</u> <u>hac</u> <u>vice</u>.

ORDERED that Brian C. Walsh is admitted <u>pro</u> <u>hac</u> <u>vice</u> to represent the Debtors in the above captioned cases and may appear in these cases and any related proceedings <u>pro</u> <u>hac</u> <u>vice</u>.

ORDERED that the requirement of the service and filing of a separate

memorandum of law under Rule 9013-1(b) of the Local Rules of the United States Bankruptcy

Court for the Southern District of New York is hereby waived.

Dated: February __, 2005
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE