SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Sarah Robinson Borders

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :     **Chapter 11**
                                                               :
**WINN-DIXIE STORES, INC., et al.,**                           :     **Case No. 05-11063**
                                                               :
        Debtors.                                    :     **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

## NOTICE OF HEARING ON FIRST DAY MOTIONS

TO PARTIES IN INTEREST:

        PLEASE TAKE NOTICE that a hearing has been scheduled for February 22, 2005, at 2:00 p.m. ET, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, to consider <u>certain</u> of the following first day requests for relief made by Winn-Dixie Stores, Inc. and its debtor affiliates:[1]

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie

Motion for Joint Administration

Application for Authority to Retain Skadden, Arps, Slate, Meagher & Flom LLP as Lead Restructuring and Bankruptcy Counsel to the Debtors

Application for Authority to Retain King & Spalding LLP as Bankruptcy Co-Counsel and General Corporate Counsel to the Debtors

Motion for Authority (A) to Prepare a Consolidated List of Creditors and a List of Equity Security Holders in Lieu of a Matrix, (B) to File a Consolidated List of the Fifty Largest General Unsecured Creditors, and (C) to Mail Initial Notice

Motion for Approval of Notice Procedures and Scheduling Omnibus Hearings

Application for Approval of Agreement with Logan & Company, Inc. and Appointment of Logan & Company, Inc. as Claims, Noticing, and Balloting Agent for the Debtors

Motion for Additional Time to File Schedules and Statements of Financial Affairs

Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)

Motion for Authority (A) to Maintain Existing Bank Accounts and Cash Management System, (B) to Continue Use of Existing Checks, and (C) to Continue Use of Current Investment Policy

Motion for Authority to Pay (A) Pre-Petition Compensation, Payroll Taxes, Employee Benefits, and Related Expenses, (B) Expenses Related to Independent Contractors, and (C) Retiree Benefits

Motion for Authority to Honor Certain Pre-Petition Customer Obligations

Motion for Authority to Turn Over Certain Funds Held in Trust and to Continue Performance and Honor Obligations Under Consignment Arrangements

Motion for Authority to Continue Pre-Petition Insurance and Workers' Compensation Programs and to Pay Pre-Petition Premiums, Related Obligations, and Premium Financing Payments

Motion for Authority to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations

Motion for Order (A) Granting Administrative Expense Status to Debtors' Undisputed Obligations Arising from the Post-Petition Delivery of Goods Ordered in the Pre-Petition Period and Authorizing the Debtors to Pay Such Obligations in the Ordinary Course of Business; and (B) Authorizing Payment of Pre-Petition Common Carrier and Warehouse Charges

---

Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Motion for Authority to Pay Pre-Petition Claims Arising Under the Perishable Agricultural Commodities Actr

Motion for Order (A) Authorizing Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery of Goods

Motion for Authority to Pay Certain Work-in-Progress Claims of On-Site Providers as Necessary to Avoid Disruption to Operations

Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance

Motion for Authority to Reject Certain Real Property Leases, Effective as of Petition Date

Application for Authority to Retain The Blackstone Group, L.P. as Financial Advisors

Application for Authority to Employ XRoads Solutions Group LLC as Financial and Operations Restructuring Consultants

Application for Authority to Retain Kirschner & Legler, P.A. as Special Corporate Finance Counsel to the Debtors

Application for Authority to Retain Smith, Gambrell & Russell, LLP as Special Real Estate Counsel to the Debtors

Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business

Motion for Approval of Interim Compensation Procedures for Professionals

Dated:  February 22, 2005
        New York, New York

/s/      D. J. Baker
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:   (917) 777-2150

- and -

-3-

-4-

        Sarah Robinson Borders
        Brian C. Walsh
        KING & SPALDING LLP
        191 Peachtree Street
        Atlanta, Georgia  30303
        Telephone:  (404) 572-4600
        Facsimile:   (404) 572-5100

        PROPOSED ATTORNEYS FOR THE DEBTORS