LEVI LUBARSKY & FEIGENBAUM LLP
*Attorneys for Gehr Florida Development, LLC,*
*TA/Western, LLC, Concord-Fund IV*
*Retail, L.P., Crest Haven, LLC, Flagler*
*Retail Associates, Ltd., and Elston/Leetsdale, LLC*
845 Third Avenue, 21st Floor
New York, New York 10022
(212) 308-6100
Howard B. Levi (HL-7138)
Steven B. Feigenbaum (SF-1711)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| In re : | Chapter 11 |
| WINN-DIXIE STORES, INC. : | Case No. 05-11063 (RDD) |
| Debtor. : | NOTICE OF APPEARANCE <u>AND REQUEST FOR NOTICES</u> |

------------------------------------------------------------- x

TO:   Skadden Arps Slate Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Proposed Attorneys for the Debtor

      King & Spalding LLP
      191 Peachtree Street
      Atlanta, Georgia 30303
      Proposed Attorneys for the Debtor

      United States Trustee
      33 Whitehall Street, 21st Floor
      New York, New York 10004

SIRS:

      PLEASE TAKE NOTICE that the undersigned hereby enters its appearance as

counsel of record for Gehr Florida Development, LLC, TA/Western, LLC, Concord-Fund IV

Retail, L.P., Crest Haven, LLC, Flagler Retail Associates, Ltd., and Elston/Leetsdale, LLC,

pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010(b) and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office and address set forth below.

   PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the Debtor, its respective property and/or property of the estate.

Dated: New York, New York
   February 22, 2005

               LEVI LUBARSKY & FEIGENBAUM LLP

               By: s/Howard B. Levi
                 Howard B. Levi (HL-7138)
                 Steven B. Feigenbaum (SF-1711)

               845 Third Avenue, 21st Floor
               New York, New York  10022
               (212) 308-6100

               Attorneys for Gehr Florida Development,
               LLC, TA/Western, LLC, Concord-Fund IV
               Retail, L.P., Crest Haven, LLC, Flagler
               Retail Associates, Ltd., and
               Elston/Leetsdale, LLC