LEVI LUBARSKY & FEIGENBAUM LLP
*Attorneys for Gehr Florida Development, LLC,*
*TA/Western, LLC, Concord-Fund IV*
*Retail, L.P., Crest Haven, LLC, Flagler*
*Retail Associates, Ltd., and Elston/Leetsdale, LLC*
845 Third Avenue, 21st Floor
New York, New York  10022
(212) 308-6100


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

In re                                                        :

WINN-DIXIE STORES, INC.                                      :

                              Debtor.         :

--------------------------------------------------------- x

Chapter 11

Case No. 05-11063 (RDD)

<u>CERTIFICATE OF SERVICE</u>

          The undersigned hereby certifies that on February 22, 2005 a copy of the

foregoing Notice of Appearance and Request for Notices was served upon the following by first

class mail:

          Skadden Arps Slate Meagher & Flom LLP
          Four Times Square
          New York, New York 10036
          Proposed Attorneys for the Debtor

          King & Spalding LLP
          191 Peachtree Street
          Atlanta, Georgia 30303
          Proposed Attorneys for the Debtor

          United States Trustee
          33 Whitehall Street, 21st Floor
          New York, New York 10004

Dated: New York, New York
          February 22, 2005

                                        s/Walter E. Swearingen
                                        Walter E. Swearingen