SCARCELLA ROSEN & SLOME LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, New York 11553
(516) 227-1600
Adam L. Rosen (AR-5664)

Attorneys for Victory Real Estate Investments, LLC,
Victory Investments, Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                          Chapter 11

WINN-DIXIE STORES, INC., et al.,                              Case No. 05-11063 (RDD)
                                                                                      (Jointly Administered)

                       Debtors.
---------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

       PLEASE TAKE NOTICE that Scarcella Rosen & Slome LLP and Locke Liddell & Sapp LLP hereby appear in the above-captioned Chapter 11 cases as attorneys for Victory Real Estate Investments, LLC, Victory Investments, Inc. and certain of their affiliates.

       PLEASE TAKE FURTHER NOTICE that in accordance with sections 102(1), 342 and 1109(b) of title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases, should be given to and served upon:

Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553
Attention:    Adam L. Rosen, Esq.
Telephone:  (516) 227-1600
Fax:              (516) 227-1601
Email:         arosen@srsllp.com

and

Locke Liddell & Sapp LLP
601 Poydras Street
Suite 2400
New Orleans, LA  70130-6036
Attention:  Omer Kuebel III, Esq.
                    C. Davin Boldissar, Esq.
Telephone: (504) 558-5110
Fax:             (504) 558-5200
Email:         dboldissar@lockeliddell.com
                   rkuebel@lockeliddell.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b) the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to the above-referenced cases and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization or liquidation.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with these cases

is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge, (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Uniondale, New York
       February 22, 2005

                              SCARCELLA ROSEN & SLOME LLP

By:   /s/ Adam L. Rosen
      Adam L. Rosen (AR-5664)
      333 Earle Ovington Boulevard
      Suite 901
      Uniondale, New York 11553
      Tel: 516-227-1600

      and

      LOCKE LIDDELL & SAPP LLP
      601 Poydras Street
      Suite 2400
      New Orleans, LA 70130-6036
      Attention:   Omer Kuebel III, Esq.
                      C. Davin Boldissar, Esq.
      Tel: (504) 558-5110

      Attorneys for Victory Real Estate
      Investments, LLC, Victory Investments,
      Inc., et al.