David L. Pollack (DP6341)
Jeffrey Meyers (JM9608)
Dean C. Waldt (DW8367)
**BALLARD SPAHR ANDREWS &**
  **INGERSOLL, LLP**
1735 Market Street – 51st Floor
Philadelphia, PA 19103
(215) 864-8325
(215) 864-9473
Attorneys New Plan Excel Realty Trust, Inc.
and Aronov Realty

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., *et al.*, | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Please take notice that **NEW PLAN EXCEL REALTY TRUST, INC. and ARONOV REALTY** by their attorneys, **BALLARD SPAHR ANDREWS & INGERSOLL, LLP**, appear in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and request that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> **Ballard Spahr Andrews & Ingersoll, LLP**
> **51st Floor - Mellon Bank Center**
> **1735 Market Street**
> **Philadelphia, Pennsylvania 19103**
> **(215) 864-8325**
> **DID Fax (215) 864-9473**
> **email: pollack@ballardspahr.com**
> **Attn: David L. Pollack, Esquire**
> **Jeffrey Meyers, Esquire**
> **Dean C. Waldt, Esquire**

1

PHL_A #1972742 v1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**


**BY:    /s/ David L. Pollack**
**DAVID L. POLLACK (DP6341)**
**JEFFREY MEYERS (JM9607)**
**DEAN C. WALDT (DW8367)**
*(pro hac vice motions to be filed)*
**Attorneys for New Plan Excel Realty Trust, Inc.**
**and Aronov Realty**
**51st Fl - Mellon Bank Center**
**1735 Market Street**
**Philadelphia, Pennsylvania  19103**
**(215) 864-8325**
**Fax (215) 864-9473**
**email: pollack@ballardspahr.com**

**February 22, 2005**