**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **DIXIE STORES, INC.,** | : | Case No. 05-11061 (RDD) |
| | : | |
|     Debtor. | : | |

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **TABLE SUPPLY FOOD STORES CO., INC.,** | : | Case No. 05-11062 (RDD) |
| | : | |
|     Debtor. | : | |

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORES, INC.,** | : | Case No. 05-11063 (RDD) |
| | : | |
|     Debtor. | : | |

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **ASTOR PRODUCTS, INC.,** | : | Case No. 05-11064 (RDD) |
| | : | |
|     Debtor. | : | |

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **CRACKIN' GOOD, INC.,** | : | Case No. 05-11065 (RDD) |
| | : | |
|     Debtor. | : | |

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **DEEP SOUTH DISTRIBUTORS, INC.,** | : | Case No. 05-11066 (RDD) |
| | : | |
|     Debtor. | : | |

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **DEEP SOUTH PRODUCTS, INC.,** | : | Case No. 05-11067 (RDD) |
| | : | |
|     Debtor. | : | |

-----------------------------------------------------------x

```
------------------------------------------------------x
In re                                                 :   Chapter 11
                                                      :
DIXIE DARLING BAKERS, INC.,                           :   Case No. 05-11068 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :   Chapter 11
                                                      :
DIXIE-HOME STORES, INC.,                              :   Case No. 05-11069 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :   Chapter 11
                                                      :
DIXIE PACKERS, INC.,                                  :   Case No. 05-11070 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :   Chapter 11
                                                      :
DIXIE SPIRITS, INC.,                                  :   Case No. 05-11071 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :   Chapter 11
                                                      :
ECONOMY WHOLESALE                                     :   Case No. 05-11072 (RDD)
DISTRIBUTORS, INC.,                                   :
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :   Chapter 11
                                                      :
FOODWAY STORES, INC.,                                 :   Case No. 05-11073 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :   Chapter 11
                                                      :
KWIK CHEK SUPERMARKETS, INC.,                         :   Case No. 05-11074 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
```

```
------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
SUNBELT PRODUCTS, INC.,                               :    Case No. 05-11075 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
SUNDOWN SALES, INC.,                                  :    Case No. 05-11076 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
SUPERIOR FOOD COMPANY,                                :    Case No. 05-11077 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
WD BRAND PRESTIGE STEAKS, INC.,                       :    Case No. 05-11078 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
WINN-DIXIE HANDYMAN, INC.,                            :    Case No. 05-11079 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
WINN-DIXIE LOGISTICS, INC.,                           :    Case No. 05-11080 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
WINN-DIXIE MONTGOMERY, INC.,                          :    Case No. 05-11081 (RDD)
                                                      :
        Debtor.                                       :
------------------------------------------------------x
```

```
---------------------------------------------------------x
In re                                   :    Chapter 11
                                        :
WINN-DIXIE PROCUREMENT, INC.,           :    Case No. 05-11082  (RDD)
                                        :
        Debtor.                         :
---------------------------------------------------------x
In re                                   :    Chapter 11
                                        :
WINN-DIXIE RALEIGH, INC.,               :    Case No. 05-11083  (RDD)
                                        :
        Debtor.                         :
---------------------------------------------------------x
In re                                   :    Chapter 11
                                        :
WINN-DIXIE SUPERMARKETS, INC.,          :    Case No. 05-11084  (RDD)
                                        :
        Debtor.                         :
---------------------------------------------------------x
```

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

Upon the Motion dated February 21, 2005 (the "Motion") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order for joint administration of these bankruptcy cases pursuant to Federal Rule of Bankruptcy Procedure 1015 (the "Motion"), all as more fully set forth in the Motion; and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee, (ii) counsel for Wachovia Bank,

-4-

N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no other or further notice being required; and the relief requested in the Motion being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the above-captioned cases are consolidated for procedural purposes only and shall be jointly administered under the case filed by Winn-Dixie Stores, Inc., Case No. 05-11063, in accordance with the provisions of Federal Rule of Bankruptcy Procedure 1015(b); and it is further

ORDERED that the joint caption of these cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| : | |
| WINN-DIXIE STORES, INC., et al., : | Case No. 05-11063 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

----------------------------------------------------------------------x

and it is further

ORDERED that all pleadings and papers filed in these cases, with the exception of proofs of claim, shall be captioned as in the preceding paragraph; and it is further

ORDERED that all docket entries in these cases shall be made in the case of Winn-Dixie Stores, Inc., Case No. 05-11063. The Clerk is directed to make a docket entry in each of the other Debtors' cases substantially as follows:

> An order has been entered in this case consolidating this case with the bankruptcy cases of Winn-Dixie Stores, Inc., Case No. 05-11063, and certain of its affiliates

       for procedural purposes only and providing for its joint administration in accordance with the terms thereof.

and it is further

       ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

       ORDERED that counsel for the Debtors is directed to serve a copy of this Order on all parties on the Master Service List within three (3) days of the entry hereof and to file a certificate of service with the Clerk of the Court; and it is further

       ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated: February 22, 2005
      New York, New York

                                     /s/ Stuart M. Bernstein
                                UNITED STATES BANKRUPTCY JUDGE