**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                            :
                                                                 :  **Chapter 11**
                                                                 :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**                       :  **Case No. 05-11063 (RDD)**
                                                                 :
             Debtors.                                            :  **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

### LIMITED BRIDGE ORDER AUTHORIZING
### DEBTORS TO PAY PRE-PETITION COMPENSATION

Upon the Motion dated February 21, 2005 (the "Motion") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order (i) authorizing the Debtors to pay Pre-Petition Employee Obligations (as defined in the Motion) and to continue to honor pre-petition practices, programs and policies with respect to their employees, (ii) authorizing the Debtors to pay the Independent Contractors (as defined in the Motion) and the temporary services or agencies providing such Independent Contractors, (iii) authorizing the Debtors to pay the Non-Qualified Plan Obligations (as defined in the Motion), on an interim basis, (iv) authorizing the Debtors to pay the Qualified Plan Obligations (as defined in the Motion), and (v) authorizing and directing the Debtors' banks and other financial institutions (collectively, the "Banks") to receive, process, honor and pay all checks presented for payment and electronic payment requests related to the foregoing; and in light of the exigent circumstances represented to the Court by the Debtors and their professionals; and it appearing that the limited interim relief provided herein is in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the

-2-

proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Debtors are authorized to pay up to $25 million of the accrued and scheduled payroll due to non-executive, hourly employees of the Debtors, which employees would, in accordance with the Debtors' ordinary business practices, be paid on the date hereof (the "Emergency Payments"); and it is further

ORDERED that the Debtors are authorized to use cash collateral (as such term is defined in Section 363(a) of the Bankruptcy Code), in which the Debtors' pre-petition secured lenders have an interest, to make the Emergency Payments authorized herein; and it is further

ORDERED that, subject to the availability of funds, the Banks are authorized to process, honor, and pay any and all checks or electronic transfers issued in connection with the payments authorized under the preceding paragraph; and it is further

ORDERED that the Banks are authorized to rely on the representations of the Debtors as to which checks or electronic transfers are issued and authorized to be paid in accordance with this Order without any duty of further inquiry and without liability for following the Debtors' instructions; and it is further

ORDERED that, notwithstanding Federal Rule of Bankruptcy Procedure 6004(g), this Order shall be effective immediately upon its entry; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: February 22, 2005
      New York, New York

                                                   /s/ Stuart M. Bernstein
                                      UNITED STATES BANKRUPTCY JUDGE