David W. Dykhouse (DD 3055)
Michael Handler (MH 2538)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
dwdykhouse@pbwt.com, mhandler@pbwt.com

Attorneys for Hallmark Marketing Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :    Chapter 11
    WINN-DIXIE STORES, INC., et al.,                   :    Case No. 05-11063 (RDD)
                                                            :
                       Debtors.                  :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## REQUEST FOR ALL NOTICES AND
## DEMAND FOR SERVICE OF PAPERS

        Hallmark Marketing Corporation ("Hallmark"), a party in interest in these cases, hereby requests notice of all hearings and conferences and copies of all papers herein including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for Hallmark at the address set forth below.

        Neither this Request nor its filing and service shall constitute (1) the consent of Hallmark to the jurisdiction of this Court over it for any purpose or (2) a waiver by Hallmark of (a) the right to have matters reviewed *de novo* by the District Court or the reference thereof withdrawn, (b) the right to trial by jury or (c) any other rights, remedies, claims, setoffs or recoupments, all of which Hallmark reserves to the full extent of the law.

-2-

Dated: New York, New York
February 22, 2005

Respectfully submitted,

**PATTERSON, BELKNAP, WEBB & TYLER LLP**
Attorneys for Hallmark Marketing Corporation

By:      /s/ David W. Dykhouse
David W. Dykhouse (DD 3055)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone:  (212) 336-2000
Fax:  (212) 336-2222
dwdykhouse@pbwt.com

-2-