UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Case No. 05-11063(RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |

---

**ENTRY OF APPEARANCE AND REQUEST
FOR NOTICE UNDER BANKRUPTCY RULE 2002**

TO THE PERSONS ON THE CERTIFICATE OF SERVICE:

NOTICE IS HEREBY GIVEN pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Cozen O'Connor ("Cozen") hereby appears for and on behalf of The Wackenhut Corporation, in the above-captioned cases.

NOTICE IS FURTHER GIVEN that Cozen requests that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with this Court a request that all notices be mailed to them) be given to and served upon Cozen at the following address, telephone and telefax number:

        COZEN O'CONNOR
        Neal D. Colton
        David J. Liebman
        1900 Market Street
        Philadelphia, PA  19103
        (215) 665-2060/2122
        (215) 701-2060/2243 (fax)
        ncolton@cozen.com
        dliebman@cozen.com

SNJ1\289365\1 099994.000

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telecopy, telex or otherwise, that affect the above-captioned debtors or debtors-in-possession or the property of such debtors or the debtors' estates.

Dated: February 23, 2005

        COZEN O'CONNOR

        */s/ Neal D. Colton*

BY:   Neal D. Colton
       David J. Liebman
       1900 Market Street
       Philadelphia, PA  19103
       (215) 665-2060/2122
       (215) 701-2060/2243 (fax)

       Attorneys for The Wackenhut Corporation