UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-11063(RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

---

**CERTIFICATE OF SERVICE**

    I, Debbie Reyes, paralegal to the firm of Cozen O'Connor, hereby certify that I caused true and correct copies of the *Entry Of Appearance and Request for Notice Under Bankruptcy Rule 2002* to be served upon the persons listed on the attached service list, by depositing same in the U.S. Mail, postage pre-paid, on February 23, 2005.

                                                                         */s/ Debbie Reyes*
                                                                        Debbie Reyes

DATE: February 23, 2005

SNJ1\289365\1 099994.000

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303

Proposed Attorneys for Debtors