UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                                          Chapter 11

WINN-DIXIE STORES, INC., et al.,                        Case No. 05-11063 (RDD)
                                                                                                                            (Jointly Administered)

                              Debtors.
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

      Adam L. Rosen, hereby certify that on this 22nd day of February 22, 2005, I caused true and correct copies of the Notice Of Appearance And Demand For Service Of Papers to be served by first class mail, postage prepaid, on the attached service list.

                                                                  s/ Adam L. Rosen
                                                                  Adam L. Rosen (AR-5664)

<u>Service List</u>

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004