Kelley Drye & Warren LLP
James S. Carr, Esq. (JC 1603
Robert L. LeHane, Esq. (RL 9422)
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

ATTORNEYS FOR DEVELOPERS DIVERSIFIED REALTY CORP.
and EDENS & AVANT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | Case No. 05-11063 (RDD) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of Developers Diversified Realty Corp. ("DDRC") and Edens & Avant ("E&A"), creditors, and pursuant to the Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et seq.* (the "Bankruptcy Code"), demand that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address:

> James S. Carr, Esq.
> Robert L. LeHane, Esq.
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York 10178
> Tel: 212-808-7800
> Fax: 212-808-7897
> e-mail: jcarr@kelleydrye.com
> rlehane@kelleydrye.com

NY01/VICIM/994879.1

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive DDRC's and A&E's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which DDRC and A&E is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
February 23, 2005

                        KELLEY DRYE & WARREN LLP

                        By: */s/ James S. Carr*
                            James S. Carr (JC 1603)
                            Robert R. LeHane  (RL 9422)
                        101 Park Avenue
                        New York, New York 10178
                        Tel: (212) 808-7800
                        Fax: (212) 808-7897

                        ATTORNEYS FOR DEVELOPERS
                        DIVERSIFIED REALTY CORP.
                        and EDENS & AVANT