PITNEY HARDIN LLP
(Mail to)  P.O. Box 1945, Morristown, NJ 07962-1945
(Deliver to) 200 Campus Drive, Florham Park, NJ  07932-0950
(973) 966-6300
PETER A. FORGOSH, ESQ. (PF - 9660)
SCOTT A. ZUBER, ESQ. (SZ - 9728)

   - and -

7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR CARDINAL HEALTH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | |
| | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

     PLEASE TAKE NOTICE that Cardinal Health appears herein through its undersigned attorneys pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices (including those required by Bankruptcy Rule 2002) in this case or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

     PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the

1280011A01022305

above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

>Scott A. Zuber, Esq.
>Pitney Hardin LLP
>(Mail To) P.O. Box 1945, Morristown, NJ  07962-1945
>(Deliver To) 200 Campus Drive, Florham Park, NJ 07932-0950
>Phone:  973-966-6300
>Fax:  973-966-1550
>szuber@pitneyhardin.com

PLEASE TAKE FURTHER NOTICE that Cardinal Health does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

>PITNEY HARDIN LLP
>Attorneys for Cardinal Health
>
>
>By:  /s/ Peter A. Forgosh
>     PETER A. FORGOSH
>     SCOTT A. ZUBER

Dated: February 23, 2005
       Florham Park, NJ

2