David W. Dykhouse (DD 3055)
Michael Handler (MH 2538)
Patterson, Belknap, Tyler & Webb LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
Email:dwdykhouse@pbwt.com, mhandler@pbwt.com

Attorneys for Hallmark Marketing Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                      :
                                                            :
WINN-DIXIE STORES, INC., *et al.*                           :     **AFFIDAVIT OF SERVICE**
                                                            :
                    Debtors.                                :     Case No. 05-11063 (RDD)
-----------------------------------------------------------x

STATE OF NEW YORK          )
                           :ss.:
COUNTY OF NEW YORK         )

  DELISHA T. BAILEY, being duly sworn, deposes and says:

  1.  I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of Americas, New York, New York 10036.

  2.  On February 23, 2005 I served the **Request For All Notices And Demand For Service Of Papers** in the above-entitled proceeding by overnight courier service (Federal Express) upon the following, directed to them at the addresses below:

  Sarah Robinson Borders, Esq.
  King & Spalding LLP
  191 Peachtree Street
  Atlanta, GA 30303

  Office of The United States Trustee
  33 Whitehall Street – Suite 2100
  New York, New York 10004

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

_____
DELISHA T. BAILEY
Lic. No. 107208

Sworn to before me this 23rd
day of February, 2005

_____
Notary Public

ELIZABETH WILLIS
NOTARY PUBLIC, State of New York
No. 31-01WI6014358
Qualified in New York County
Commission Expires Oct. 13, 2006

847638v1