FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
Telephone: (312) 276-1400
Facsimile:  (312) 276-0035
Joseph D. Frank
Micah R. Krohn

Attorneys for Bottling Group LLC d/b/a The Pepsi Bottling Group; PepsiAmericas, Inc.; Western Union Financial Services, Inc.; and Integrated Payment Systems Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
                                                               :       **Chapter 11**
**In re:**                                                     :
                                                               :       **Case No.  05 - 11063 (RDD)**
**WINN-DIXIE STORES, INC.,**                                   :
                                                               :
                    **Debtor.**                                :
                                                               :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Bottling Group LLC d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems Inc. (collectively "Creditors"), are creditors in the above-referenced bankruptcy case, and hereby appear by their counsel, Joseph D. Frank, Micah R. Krohn and Frank/Gecker LLP; such counsel hereby enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and facsimile numbers and email addresses:

Joseph D. Frank<br>
Micah R. Krohn<br>
Frank/Gecker LLP<br>
325 North LaSalle Street, Suite 625<br>
Chicago, Illinois 60610<br>
(312) 276-1400 (telephone)<br>
(312) 276-0035 (facsimile)<br>
jfrank@fgllp.com;<br>
mkrohn@fgllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the right of any of the Creditors (i) to contest the jurisdiction of the Bankruptcy Court or District Court with respect to any matter; (ii) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (iii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iv) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (v) of any other rights, claims, actions, setoffs, or

recoupments to which any of the Creditors may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditors expressly reserve.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BOTTLING GROUP LLC d/b/a THE PEPSI BOTTLING GROUP, PEPSIAMERICAS, INC., WESTERN UNION FINANCIAL SERVICES, INC., and INTEGRATED PAYMENT SYSTEMS, INC. |
|  | By:    /s/ *Joseph D. Frank*    <br>         One of its attorneys |

Joseph D. Frank (ARDC # 6216085)
Micah R. Krohn (ARDC # 6217264)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
Telephone:    (312) 276-1400
Facsimile:     (312) 276-0035

Dated:  February 23, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Wednesday, February 23, 2005, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing system. A copy was also served this day by first-class United States mail, postage prepaid, upon the following:

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York  10036 | United States Trustee<br>33 Whitehall Street<br>21st Street<br>New York, New York  10004 |
| Sarah Robinson Borders<br>Brian C. Walsh<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, Georgia  30303 | |

/s/ *Joseph D. Frank*
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610