IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                          .'                :    Chapter 11
                                                  :
WINN-DIXIE STORES, INC., et al.                   :    Case No. 05-11063
                                                  :
       Debtor s                                  :    (Jointly Administered)
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS

TO ALL PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that Richard W. Ward files this Notice of Appearance and Request of Service of Pleadings as counsel for Dr Pepper/Seven Up, Inc., Motts, LLP and Cadbury Adams USA LLC in the above referenced case pursuant to Bankruptcy Rules of Procedure 2002, 3017 and 9010 and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be sent to it at the following address:

> Richard W. Ward
> 2527 Fairmount St.
> Dallas, TX 75201
> Telephone: 214-220-2402
> Fax: 214-871-2682
> Email: rwward@airmail.net

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices of papers referred to in the Bankruptcy Rules including, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, filed in

**Notice of Appearance of Richard W. Ward as attorney for
_____, page 1**

the case.

Respectfully submitted,

/s/ Richard W. Ward
Richard W. Ward
Texas Bar No. 20846350
2527 Fairmount St.
Dallas, TX 75201
Telephone: 214-220-2402
Fax: 214-871-2682
ATTORNEY FOR DR PEPPER/SEVEN UP, INC., MOTT'S LLP; AND CADBURY ADAMS USA LLC