**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                              :
                                                                   :        **Chapter 11**
                                                                   :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**         :        **Case No. 05-11063 (RDD)**
                                                                   :
                    Debtors.                                 :        **(Jointly Administered)**
                                                                   :
-----------------------------------------------------------x

**ORDER AUTHORIZING THE DEBTORS TO
REJECT CERTAIN REAL PROPERTY
<u>LEASES, EFFECTIVE AS OF FEBRUARY 28, 2005</u>**

Upon the Motion dated February 21, 2005 (the "Motion") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order authorizing and approving the rejection by the Debtors of certain unexpired non-residential real property leases listed on <u>Exhibit A</u> attached hereto (collectively, the "Leases"); all as more fully set forth in the Motion; and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee (the "United States Trustee"), (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty

(50) largest unsecured creditors; and no other or further notice being required; and the relief requested in the Motion being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Debtors are authorized to reject the Leases pursuant to 11 U.S.C. § 365(a), and each Lease is hereby deemed rejected, effective as of February 28, 2005, subject to any objections filed on or before March 10, 2005 at 4:00 p.m. (the "Objection Deadline"); and it is further

ORDERED that to the extent that an objection is timely filed, the Court shall schedule a hearing, and at such hearing the Debtors shall bear the burden of proof as to the relief requested in the Motion;

ORDERED that any interest of any of the Debtors in any personal property remaining in the stores that are the subject of the Leases is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of February 28, 2005; and it is further

ORDERED that nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases, whether or not related to the Leases; and it is further

ORDERED that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED that any objection to the relief requested in the Motion shall be filed with the Court by the Objection Deadline and shall be served upon (i) the Office of the United

-3-

States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; and (iii) Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303, so as to be received by the Objection Deadline. With respect to each Lease, if no objection is timely filed and served, this Order shall be deemed a final order, and no further hearing on the Motion shall be held; and it is further

ORDERED that within three (3) days of the entry of this Order, the Debtors shall serve a copy of this Order on the Office of the United States Trustee, counsel for the Debtors' pre-petition secured lenders, the indenture trustee for the Debtors' senior note holders, counsel to the Agent for the Debtors' proposed debtor-in-possession lenders, the Debtors' fifty (50) largest unsecured creditors on a consolidated basis, the counterparties to the Leases, and any counsel or party that has filed a notice of appearance or request for notice within such time; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated: February 23, 2005
New York, New York

    /s/   STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 146 | 843 PINEWOOD WAY<br>LIVE OAK, FL 32060 | Suwanee County Investments, LLC<br>20377 180th Street<br>Live Oak, FL 32060 |
| 264 | 334 N. CONGRESS AVENUE<br>BOYNTON BEACH, FL 33435 | E&A Acquisition Two Limited Partnership<br>900 Bank of America Plaza<br>1901 Main Street<br>Columbia, SC 29201 |
| 298 | 8040 WEST MCNAB ROAD<br>NORTH LAUDERDALE, FL 33068 | SKW II Real Estate Limited Partnership<br>100 Crescent Court, Suite 1000<br>Dallas, TX 75201 |
| 376 | 6177 JOG RD, BAY D<br>LAKE WORTH, FL 33462 | Lantana Square Shopping Center, Ltd<br>c/o Southeast Properties<br>1645 SE 3rd Court, Suite 200<br>Deerfield Beach, FL 33441 |
| 382 | 5301 WEST ATLANTIC BLVD.<br>MARGATE, FL 33063 | Lakewood Associates, Ltd.<br>701 Brickell Avenue, Suite 1400<br>Miami, FL 33131 |
| 430 | WALKER CHAPEL ROAD<br>FULTONDALE, AL 35068 | Walker Chapel Plaza, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 477 | 6477 HAMILTON ROAD<br>COLUMBUS, GA 31904 | Ervin R. Bard and Susanne Bard<br>1100 Alta Loma Road, Suite 1204<br>Los Angeles, CA 90069 |
| 499 | 470 S. HIGHWAY 29<br>CANTONMENT, FL 32533 | Moulton Properties, Inc.<br>P. O. Box 12524<br>Pensacola, FL 32573 |
| 508 | 1610 MAIN STREET<br>CHIPLEY, FL 32428 | Main Street Marketplace, LLC<br>2100 Riverchase Center, Suite 230-A<br>Birmingham, AL 35244 |
| 510 | 765 HWY 98 EAST<br>DESTIN, FL 32541 | Downtown Destin Shopping Center/The Pelican Group, Inc.<br>P. O. Box 160403<br>Mobile, AL 36616-1403 |
| 511 | 1303 SOUTH WASHINGTON STREET<br>MARION, AL 36756 | Macon W. Gravlee, Jr.<br>P. O. Box 310<br>Fayette, AL 35555 |
| 522 | 3791 HWY 14<br>MILLBROOK, AL 36054 | Spectrum/Grandview Pines, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 534 | 2471 HIGHWAY 150<br>HOOVER, AL 35244 | Sulphur Springs Partners, LLP<br>801 N.E. 167th Street, 2nd Floor<br>N. Miami Beach, FL 33162 |
| 539 | 52ND POPLAR SPRINGS<br>MERIDIAN, MS 39301 | Barbaree G. Rosenbaum, Trustee, Laura C. Kimbrell, et al. Co-Trustees<br>P. O. Box 3007<br>Meridian, MS 39303 |
| 540 | 1801 WEST DALLAS AVENUE<br>SELMA, AL 36701 | Aronov Realty Company, Inc.<br>P. O. Box 235000<br>Montgomery, AL 36103 |
| 582 | 719 HWY 43 SOUTH<br>SARALAND, AL 36571 | Bowdoin Square LLC, c/o Head Companies<br>P. O. Box 230<br>Point Clear, AL 36564 |
| 592 | 102 MCMEANS AVENUE<br>BAY MINETTE, AL 36507 | New Bay Minette, LLC<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 686 | 1803 N HIGHLANDS AVE<br>CLEARWATER, FL 33755 | The Morgan Company, Inc., c/o George L. Hayes, III, Esq.<br>5959 Central Avenue, Suite 104<br>St. Petersburg, FL 33710 |
| 704 | 18906 US HWY 19<br>HUDSON, FL 34667 | John Benetti Associates, a California Partnership<br>80 Mt. Vernon Lane<br>Atherton, CA 94025 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 714 | 27251 BAY LANDING<br>BONITA SPRINGS, FL 34135 | Barron Collier Partnership<br>2600 Golden Gate Parkway<br>P. O. Box 413038<br>Naples, FL 34101-3038 |
| 832 | 112 WESTERN BLVD<br>JACKSONVILLE, NC 28540 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 868 | 750 N MADISON BOULEVARD<br>ROXBORO, NC 27573 | Roxborough Associates, LLC<br>P. O. Box 1359<br>605 S. Morgan Street<br>Roxboro, NC 27573 |
| 869 | US HWY 301 & FIKEWOOD ST.<br>WILSON, NC 27893 | Bailey & Associates, c/o LIF Realty Trust<br>106 Access Road<br>Norwood, MA 02062-5294 |
| 870 | 2799 RALEIGH ROAD<br>WILSON, NC 27893 | KPT Communities LLC, c/o Kimco Realty Corporation<br>3333 New Hyde Road, Suite 100<br>New Hyde Park, NY 11042-0020 |
| 875 | 1222 NORTH WESLEYAN BOULEVARD<br>ROCKY MOUNT, NC 27804 | DPJ Company Limited Partnership<br>145 Rosemary Street, Suite Entrance K<br>Needham, MA 02194 |
| 925 | 401 E. LAKEWOOD AVENUE<br>DURHAM, NC 27704 | Heritage Square Associates<br>112 N. Main Street<br>Durham, NC 27702 |
| 940 | 6569 MARKET DRIVE<br>GLOUCESTER, VA 23061 | Butler Investments I, LC<br>c/o Derrine & Wheeler Real Estate Company<br>Crown Center<br>580 East Main Street, Suite 300<br>Norfolk, VA 23510 |
| 941 | US HIWAY 58 & SR 15<br>CLARKSVILLE, VA 23927 | Daniel G. Kamin Clarksville, LLC, c/o Kamin Realty Company<br>490 S. Highland Street<br>Pittsburgh, PA 15206 |
| 946 | 4950 PLANTATION ROAD<br>ROANOKE, VA 24019 | WD Roanoke, LLC, c/o I. Reiss & Company<br>200 East 61st Street, Suite 29F<br>New York, NY 10021 |
| 949 | 3808 MECHANICSVILLE TURNPIKE<br>RICHMOND, VA 23223 | USRP I, LLC, Lockbox #4226<br>4226 Collection Center Drive<br>Chicago, IL 60693 |
| 955 | 463 N. MAIN STREET<br>KILMARNOCK, VA 22482 | Lancaster Community Investors, LC<br>P. O. Box 1582<br>Kilmarnock, VA 22482-1582 |
| 958 | 4211 BEULAH RD<br>RICHMOND, VA 23237 | Crenshaw-Singleton Properties<br>1011 East Main Street, Suite 206<br>Richmond, VA 23219 |
| 965 | 2098 NICKERSON BLVD.<br>HAMPTON, VA 23663 | GEM Nickerson, LLC, c/o Ellis Gibson Development Group<br>207 Business Park Drive, Suite 101<br>Virginia Beach, VA 23462 |
| 970 | 285 NORDAN DRIVE<br>DANVILLE, VA 24541 | Old 97, Inc., c/o Phillips Edison & Company<br>11690 Grooms Road<br>Cincinnati, OH 45242 |
| 972 | 2301 SALEM CHCH RD<br>FREDERICKSBURG, VA 22407 | WD Route 3 Limited Partnership<br>1201 Central Park Boulevard<br>Fredericksburg, VA 22401 |
| 979 | 1720 E. LITTLE CREEK ROAD<br>NORFOLK, VA 23510 | Rose J. Caplan and Esther S. Fleder, Trustees<br>500 Main Plaza East, 1324 Crestar Bank Building<br>Norfolk, VA 23510 |
| 980 | 1092 BYPASS ROAD<br>VINTON, VA 24179 | PNC<br>230 S. Tryon Street, Suite 700<br>Charlotte, NC 28202 |
| 984 | US 29 BUSINESS<br>HURT, VA 24563 | Staunton Plaza Associates, Limited Partnership<br>5 Norden Drive<br>Glen Head, NY 11545 |
| 987 | 596 BLUE RIDGE AVENUE<br>BEDFORD, VA 24523 | Southgate Associates, II, LP<br>P. O. Box 8510<br>Richmond, VA 23226 |
| 988 | 3225 OLD FOREST ROAD<br>LYNCHBURG, VA 24501 | George C. Walker, Jr., c/o John Stewart Walker Company<br>3211 Old Forest Road<br>Lynchburg, VA 24501 |

-3-

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 989 | 7701 TIMBERLAKE ROAD<br>LYNCHBURG, VA 24502 | Timberlake Station, LLC<br>P. O. Box 640594<br>Cincinnati, OH 45249-0594 |
| 990 | 301 OYSTER POINT ROAD<br>NEWPORT NEWS, VA 23607 | GEM Warwick, LLC, c/o Ellis-Gibson Development Group<br>1081 19th Street, Suite 203<br>Virginia Beach, VA 23451-5600 |
| 1006 | 2215 TOBACCO RD<br>AUGUSTA, GA 30906 | Peach Orchard Center, LLC<br>3152 Washington Road<br>Augusta, GA 30907 |
| 1009 | 248 W COLUMBIA AVE<br>BATESBURG, SC 29006 | Lasco Realty, LLC, Attn: Robert Schwagerl<br>P. O. Box 418<br>Keswick, VA 22947 |
| 1014 | 1070 A SOUTH LAKE DR<br>LEXINGTON, SC 29073 | The Delta Interests<br>P. O. Box 1806<br>Greenville, SC 29602 |
| 1017 | 935 HWY 29 S<br>ANDERSON, SC 29624 | Southland-Anderson W.D. Delaware Business Trust<br>c/o Wilmington Trust Co.<br>1100 N. Market Street<br>Wilmington, DE 19890-0001 |
| 1270 | 1215 NORTH MAIN STREET<br>SUMMERVILLE, SC 29483 | Invesco, LP, W. C. Wilbur & Co.<br>P. O. Box 5225<br>North Charleston, SC 29406 |
| 1272 | 2245 CHARLESTON HWY<br>CAYCE, SC 29033 | Cayce Marketplace Partners, LP<br>130 Bloor Street West, Suite 1200<br>Toronto, Ontario M5S 1N5 |
| 1313 | 1004 CENTRAL ST.<br>WATER VALLEY, MS 38965 | Macon W. Gravlee, Jr.<br>P O. Box 310<br>Fayette, AL 35555 |
| 1325 | 12120 HWY 63 S<br>LUCEDALE, MS 39452 | SeaPea, Inc.<br>13505 North Amiss Road<br>Baton Rouge, LA 70810 |
| 1330 | 2150 WEST JACKSON<br>OXFORD, MS 38655 | Greenville Compress Company<br>Attn: Kenneth Brantley, Secretary-Treasurer<br>P. O. Box 218<br>Greenville, MS 38702 |
| 1341 | 628 HWY 12 E.<br>STARKVILLE, MS 39759 | 1997 Properties, LLC, c/o Roger P. Friou<br>P. O. Box 55416<br>Jackson, MS 39296 |
| 1347 | 1925 SPILLWAY RD.<br>BRANDON, MS 39047 | Edens & Avant Properties Limited Partnership<br>c/o Reservoir Square<br>P. O. Box 528<br>Columbia, SC 29202 |
| 1352 | 658 E. MADISON<br>HOUSTON, MS 38851 | Macon W. Gravlee, Jr., c/o General Management Services<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1354 | 11TH AVE, HWY 78 E.<br>GUIN, AL 35563 | Guin Square, LLC, c/o LeDrue Gravlee<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1364 | 1321 W. GOVERNMENT ST.<br>BRANDON, MS 39042 | Premier Plaza Associates, LLC<br>3060 Peachtree Road, Suite 1850<br>Atlanta, GA 30305 |
| 1366 | 1201 US 49 S, SUITE 16<br>RICHLAND, MS 39218 | Litchfield Investments Riverwood LLC<br>c/o The Mitchell Company<br>P. O. Box 16036<br>Mobile, AL 36616 |
| 1370 | 200 CLINTON BLVD.<br>CLINTON, MS 39056 | CPM Associates, LP, c/o Fletcher Bright Company<br>537 Market Street, Suite 400<br>Chattanooga, TN 37402 |
| 1401 | HWY. 90 & JAMIE BLVD.<br>AVONDALE, LA 70094 | Avondale Square Limited Partnership<br>100 Conti Street<br>New Orleans, LA 70130 |
| 1420 | 1123 PAUL MAILLARD ROAD<br>LULING, LA 70070 | Kingfisher, Inc.<br>P. O. Box 47<br>Luling, LA 70070 |
| 1462 | W. MAIN & PINE<br>GRAMERCY, LA 70052 | Alvyn L. Woods, Inc.<br>P. O. Box 396<br>Lutcher, LA 70071 |

-4-

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 1465 | 29762 WALKER SOUTH ROAD<br>WALKER, LA 70785 | Walker, L.A., Commercial Properties Development Co., LLC,<br>P. O. Box 1693<br>Baton Rouge, LA 70821 |
| 1473 | 1215 ELTON ROAD<br>JENNINGS, LA 70546 | Jula Trust<br>919 W. Second Street<br>Crowley, LA 70527-1566 |
| 1550 | 5525 CAMERON ST.<br>SCOTT, LA 70583 | MPM Resources, LLC<br>P. O. Box 80673<br>Lafayette, LA 70598 |
| 1560 | 4510 AMBASSADOR CAFFERY PKWY<br>LAFAYETTE, LA 70508 | Gregory F. Reggie, Caffery Center, LLC<br>1 Northview Lane<br>Corwley, LA 70526 |
| 1565 | LA HWY. 1<br>NATCHITOCHES, LA 71457 | Cane River Associate, c/o Property One, Inc.<br>One Lakeshore Drive, Suite 560<br>Lake Charles, LA 70629 |
| 1580 | 2160 HWY. 64<br>ZACHARY, LA 70791 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 1586 | 9708 GREENWELL SPRINGS RD.<br>BATON ROUGE, LA 70814 | Folmar & Associates, Attn: Elaine Barnes<br>P. O. Box 16765<br>Mobile, AL 36616 |
| 1605 | 4620 TAYLORSVILLE RD<br>LOUISVILLE, KY 40220 | Chester Dix Jefferson Corp.<br>P. O. Box 40<br>Westbury, NY 11590 |
| 1606 | 225 KENTUCKY HOME SQUARE<br>BARDSTOWN, KY 40004 | Bardstown S.C., LLC<br>3220 Office Pointe Place, Suite 200<br>Louisville, KY 40220 |
| 1609 | U S HIGHWAY 127& HOSPITAL<br>FRANKFORT, KY 40601 | Capital Plaza Shopping Center<br>31850 Northwestern Highway<br>Farmington Hills, MI 48018 |
| 1610 | 135 EAST LINCOLN TRAIL<br>RADCLIFF, KY 40160 | Teachers' Retirement System of the State of Kentucky<br>239 South Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1613 | 3150 RICHMOND ROAD<br>LEXINGTON, KY 40509 | New Plan Excel Realty Trust<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 1614 | 4230 SARON DRIVE<br>LEXINGTON, KY 40515 | Teachers' Retirement System of the State of Kentucky<br>Attn: Edward T. Wilson<br>c/o Mortgage Company of Kentucky, Inc.<br>642 South Fourth Street<br>Louisville, KY 40202 |
| 1636 | 4830 OUTER LOOP<br>LOUISVILLE, KY 40219 | Brown, Noltemeyer Company, Attn: Charles A. Brown, Jr.<br>2424 Eagles Eyrie Court<br>Louisville, KY 40206 |
| 1653 | 2511 FREDERICA STREET<br>OWENSBORO, KY 42303 | Palm Lakes, LLC<br>2285 Executive Drive, Suite 420<br>Lexington, KY 40505 |
| 1669 | 175 MARKETPLACE DRIVE<br>HILLVIEW, KY 40229 | Teachers' Retirement System of the State of Kentucky<br>c/o Mortgage Co. of Kentucky, Inc.<br>239 S. Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1670 | HWY 44<br>SHEPHERDSVILLE, KY 40165 | Shepherdsville Mall Associates Limited Partnership<br>c/o Center Services, Inc.<br>6200 Crestwood Station<br>Crestwood, KY 40014 |
| 1683 | 550 US 23S - HWY 114<br>PRESTONSBURG, KY 41653 | Glimcher Properties Limited Partnership<br>20 S. Third Street<br>Columbus, OH 43215 |
| 1691 | 1885 OLD STATE ROAD<br>CORYDON, IN 47112 | Dahlem Enterprise, Inc.<br>1000 Building Suite LL-2, 6200 Dutchmans Lane<br>Louisville, KY 40205-3285 |
| 1702 | 20 WEST 6TH<br>NEWPORT, KY 41071 | Wiedemann Square Ltd, Suite 205<br>5710 Wooster Pike<br>Cincinnati, OH 45227 |
| 1703 | 7850 ALEXANDRIA PIKE<br>ALEXANDRIA, KY 41001 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 1763 | 848 MOLLY LANE<br>MILFORD, OH 45150 | Milford Associates, L.P., c/o QT Management, LLC<br>670 White Plains Road, Suite 305<br>Scarsdale, NY 10583 |
| 1768 | 5291 DELHI PIKE<br>CINCINNATI, OH 45238 | Del-Fair, Inc.<br>P. O. Box 389229<br>Cincinnati, OH 45238-9229 |
| 1771 | 5150 GLENCROSSING WAY<br>CINCINNATI, OH 45238 | Glenway Associates, c/o DDRD Down REIT LLC<br>P. O. Box 643474, Dept. 295<br>Pittsburgh, PA 15264-3474 |
| 1772 | 10180 COLERAIN AVENUE<br>CINCINNATI, OH 45251 | KIR Colerain 017, LLC, c/o Kimco Realty Corporation<br>P. O. Box 5020<br>New Hyde Park, NY 11042-0020 |
| 1773 | 409 WEST KEMPER ROAD<br>CINCINNATI, OH 45246 | Springdale Station, Ltd.<br>Attn: Mr. Michael C. Phillips, Managing Member, Phillips Edison & Company<br>4440 Lake Forest Drive, Suite 110<br>Cincinnati, OH 45242 |
| 1775 | 4605 DIXIE HIGHWAY<br>FAIRFIELD, OH 45014 | Midwest Centers, Ltd., Attn: Alvin Lipson<br>3307 Clifton Avenue<br>Cincinnati, OH 45220 |
| 1811 | 655 N EXPRESSWAY<br>GRIFFIN, GA 30223 | JDN Realty Corporation<br>Suite 400, 359 East Paces Ferry Road, NE<br>Atlanta, GA 30305 |
| 1829 | 2400 HIRAM ACWORTH HIGHWAY<br>DALLAS, GA 30157 | Hiram 99-GA, LLC, c/o Principal Net Lease Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0301 |
| 1865 | 12160 COUNTY LINE ROAD<br>FAYETTEVILLE, GA 30214 | Nashville TN Associates, a NY general partnership<br>c/o WD Fayetteville GA, LLC, Attn: Arthur Reiss<br>60 East 42nd Street, Suite 2201<br>New York, NY 10165 |
| 1867 | 1217 W SPRING ST<br>MONROE, GA 30655 | ARNOBO Associates Partnership<br>a/k/a ARNOBO Associates, LLC, c/o SCG Management<br>3101 Towercreek Parkway, Suite 200<br>Atlanta GA 30339 |
| 1902 | 11208 S. MEMORIAL PKWY<br>HUNTSVILLE, AL 35803 | Amberjack, Ltd<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 1910 | 9076 HWY 20 STE F<br>MADISON, AL 35758 | Lennar Alabama Partners, Inc.<br>1601 Washington Avenue, Suite 700<br>Miami Beach, FL 33139 |
| 1911 | 6125 UNIVERSITY DR<br>HUNTSVILLE, AL 35806 | Madison Mall Shopping Center, Inc.,<br>c/o Marx Realty & Improvement Co., Inc.<br>708 Third Avenue, 15th Floor<br>New York, NY 10017 |
| 1916 | 240 MCCURDY AVE N<br>RAINSVILLE, AL 35986 | WD Rainsville Trust<br>2650 Louis Menck Drive<br>Ft. Worth, TX 76131 |
| 1918 | 4103 SPORTPLEX DRIVE<br>MUSCLE SHOALS, AL 35661 | Shoals Marketplace, LLC<br>6 Office Park Circle, Suite 100<br>Birmingham, AL 35223 |
| 1940 | 5450 HWY 153<br>CHATTANOOGA, TN 37409 | Kemor Properties, Inc., Attn: Bill Raines, c/o The Raines Group<br>1200 Mountain Creek Road, #100<br>Chattanooga, TN 37405 |
| 1996 | 2800 CANTON HWY<br>MARIETTA, GA 30066 | LN Piedmart Village, LLC, Attn: Al Johnston, Leasing Manager<br>4475 River Green Parkway, Suite 100<br>Duluth, GA 30096 |
| 2017 | 802 EAST CENTER STREET<br>LEXINGTON, NC 27292 | David R. Krug & Associates, W/D Lexington, LLC<br>131 Providence Road<br>Charlotte, NC 28207 |
| 2020 | 4709 LAWNDALE-COTTAGE<br>GREENSBORO, NC 27405 | Kotis Properties<br>P. O. Box 9296<br>Greensboro, NC 27429-9296 |
| 2037 | 900 WEST BOULEVARD<br>LAURINBURG, NC 28352 | Scotland Mall, Inc.<br>c/o Mr. C. F. Smith, Jr., President (or successor)<br>1800 Rockingham Road<br>Rockingham, NC 28379 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2064 | 3712 SOUTH HOLDEN ROAD<br>GREENSBORO, NC 27406 | Collett Management, LLC<br>P. O. Box 36799<br>Charlotte, NC 28236-6799 |
| 2105 | 1643 N BRIDGE STREET<br>ELKIN, NC 28621 | Elkmont Associates<br>Attn: Mr. James L. Poindexter, c/o Poindexter Enterprises<br>P. O. Box 28<br>Elkin, NC 28621-0028 |
| 2126 | US HWY 701 & N STREET<br>GEORGETOWN, SC 29440 | PG-1 Development Company<br>c/o Century 21 Grimes & Associates<br>P. O. Box 664<br>Georgetown, SC 29442 |
| 2130 | 1120 OAKWOOD STREET<br>BENNETSVILLE, SC 29512 | Bennettsville 99-SC, LLC, c/o Principal<br>801 Grand Avenue<br>Des Moines, IA 50392-0490; |
| 2168 | 348 PINEWOOD ROAD<br>SUMTER, SC 29154 | Woodland Village Apartments, a General Partnership<br>c/o J. Donald Dial<br>1320 Washington Street<br>Columbia, SC 29201 |
| 2174 | 1671 SPRINGDALE DRIVE<br>CAMDEN, SC 29020 | Developers Diversified Realty<br>3300 Enterprise Parkway<br>P. O. Box 228042<br>Beachwood, OH 44122 |
| 2188 | 4320 W. STONE DRIVE<br>KINGSPORT, TN 37660 | West Eck Partners, LP<br>2743 Perimeter Parkway, Building 100, Suite 370<br>Augusta, GA 30909 |
| 2189 | 2450 MEMORIAL BOULEVARD<br>KINGSPORT, TN 37664 | Judy R. Street, c/o Joseph B. Lyle, Esq., Green & Hale, P.C.<br>126 Edgemont Avenue<br>Bristol, TN 37621 |
| 2190 | 151 HUDSON DRIVE<br>ELIZABETHTON, TN 37643 | NP of Tennessee, LP<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 2198 | HWY 36 & OAKLAND AVE<br>JOHNSON CITY, TN 37601 | Stichting Ken's Plaza Fonds, c/o Fletcher Bright Company<br>1300 First Tennessee Building<br>Chattanooga, TN 37402 |
| 2193 | 1729 HIGHWAY 19E<br>ELIZABETHTON, TN 37643 | Elizabethton Plaza, Ltd, c/o Ed Street Development<br>1913 S. Roan Street, Suite 105<br>Johnson City, TN 37601 |
| 2386 | 7600 DR. PHILLIPS DRIVE<br>ORLANDO, FL 32819 | Woolbright/SSR Marketplace, LLC, Attn: Shai Moschowits<br>3200 North Military Trail, 4th Floor<br>Boca Raton, FL 33431 |
| 2403 | 1580 E PRICE<br>KELLER, TX 76248 | Keller Crossing Texas, LP, c/o BVT Management Services, Inc.<br>3350 Riverwood Parkway, Suite 1500<br>Atlanta, GA 30339 |
| 2406 | 305 W. EULESS HWY. 10<br>EULESS, TX 76040 | Tri-State Commercial Associates Joint Venture<br>c/o Quine & Associates, Inc.<br>301 South Sherman Street, Suite 100<br>Richardson, TX 75081 |
| 2408 | 143 HARWOOD<br>HURST, TX 76054 | Parkwood Village, c/o HJ Brown Companies<br>7667B Lake Worth Road<br>Lake Worth, FL 33467 |
| 2409 | 2632 FRANKFORD ROAD<br>DALLAS, TX 75287 | Frankford Dallas, LLC<br>2761 E. Trinity Mills Road, #114<br>Carrolton, TX 75006 |
| 2412 | 555 E 6TH STREET<br>SAN ANGELO, TX 76903 | Laureate Capital Corporation<br>P. O. Box 890090<br>Charlotte, NC 28289-0090 |
| 2414 | 4501 NORTH I-35& E-LOOP 340<br>LACY-LAKEVIEW, TX 76705 | Peregrine Properties Limited Partnership<br>711 High Street<br>Des Moines, IA 50392 |
| 2415 | 1101 WALNUT CREEK<br>MANSFIELD, TX 76063 | Peregrine Properties Limited Partnership<br>Attn: Commercial Real Estate Loan Administrator<br>Ref. No. 750418<br>711 High Street<br>Des Moines, IA 50392 |
| 2416 | 10325 LAKE JUNE ROAD<br>DALLAS, TX 75277 | Larissa Lake June, Ltd.<br>6300 Independence Parkway, Suite A-1<br>Plano, TX 75023 |

-7-

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2420 | 1050 NORTH WESTMORELAND<br>DALLAS, TX 75211 | Saran, Ltd<br>5710 LBJ Freeway, Suite 135<br>Dallas, TX 75240 |
| 2421 | 6601 WATAUGA ROAD<br>WATAUGA, TX 76148 | R&G Associates<br>835 Douglas Avenue, Suite 815<br>LB-49, Dallas, TX 75235 |
| 2426 | 808 S.W. GREEN OAKS BLVD.<br>ARLINGTON, TX 76017 | Matlock Oaks Partners<br>P. O. Box 660394<br>Dallas, TX 75266-0394 |
| 2434 | 5651 WESTCREEK DRIVE<br>FORT WORTH, TX 76133 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |
| 2437 | 800 N. KILGORE STREET<br>KILGORE, TX 75662 | Cap Mark Services, Inc.<br>P. O. Box 404124<br>Atlanta GA 30384-8356 |
| 2438 | 1824 SOUTH JACKSON<br>JACKSONVILLE, TX 75766 | Herbert Singer, c/o Ben Fitzgerald Real Estate Services, LLC<br>1300 Pinecrest Drive<br>East, Marshall, TX 75670 |
| 2443 | 7501 DAVIS BOULEVARD<br>NORTH RICHLAND HILLS, TX 76180 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2452 | 719 NORTH HAMPTON ROAD<br>DESOTO, TX 75115 | EIG Hampton Square, LLC, c/o Equity Investment<br>111 East Wayne Street, Suite 500<br>Fort Wayne, IN 46802 |
| 2457 | 4601 DENTON HIGHWAY<br>HALTOM CITY, TX 76117 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2462 | 714 SOUTH FORT HOOD STREET<br>KILLEEN, TX 76541 | 440 Group, Ltd, Attn: Gene Williams<br>P. O. Box 578<br>Killeen, TX 76540-0578 |
| 2480 | 1020 WEST MAIN STREET<br>GUN BARREL CITY, TX 75751 | Ben Fitzgerald Real Estate Services, c/o Dr. Herbert Singer<br>1300 Pinecrest Drive<br>East, Marshall, TX 75672 |
| 2483 | 4457 SOUTH 1ST STREET<br>ABILENE, TX 79605 | First Westgate Mall, LP<br>P. O. Box 671402<br>Dallas, TX 75267 |
| 2485 | 1950 EPHRIHAM<br>FORT WORTH, TX 76106 | Mitchell Mortgage Company, LLC, Attn: ORE Department/POP 325, P. O. Box 27459<br>Houston, TX 77227-7459 |
| 2487 | 4609 SOUTHWEST PARKWAY<br>WICHITA FALLS, TX 76310 | WD Wichita Falls TX LP, c/o I. Reiss & Son<br>200 E. 61st Street, Suite 29F<br>New York, NY 10021 |
| 2490 | 2301 CROSS TEMBERS ROAD<br>FLOWER MOUND, TX 75028 | Galileo CMBS T1 HL TX LP<br>P. O. Box 74845<br>Cleveland, OH 44194-4845 |
| 2491 | 5325 WILLIAM TATE<br>GRAPEVINE, TX 76051 | Vineyard Marketplace Limited Partnership<br>c/o Cencor Realty Services, Inc., Attn: Property Manager<br>3102 Maple Avenue, Suite 500<br>Dallas, TX 75201 |
| 2495 | 4445 SATURN<br>GARLAND, TX 75041 | East Partners, Ltd<br>3838 Oaklawn, Suite 810<br>Dallas, TX 75219 |
| 2523 | 710 EDWARDS DRIVE<br>HARKER HEIGHTS, TX 76543 | Central Texas Shopping Center Group, Ltd.<br>c/o HHP Company, LLC<br>Attn: Michael A. Phelan or Patrick H. Phelan<br>6310 Lemmon Avenue, Suite 202<br>Beaumont, TX 75209 |
| 2535 | 7351 SPRING HILL DRIVE<br>SPRING HILL, FL 34606 | Spring Hill Associates, Ltd, c/o Bruce Strumpt, Inc.<br>314 South Missouri Avenue, Suite #305<br>Clearwater, FL 34616 |
| 2536 | 4028 LITTLE ROAD<br>NEW PORT RICHEY, FL 34655 | The Center of Seven Springs, Inc.<br>50 Coconut Row, Suite 114<br>Palm Beach, FL 33480 |
| 2577 | 420 GEORGE NIGH EXPRESSWAY<br>MCALESTER, OK 74501 | Indianapolis Life Insurance Company<br>304 Airport Road, Suite A<br>Bentonville, AR 72712 |

| Store Number | Leased Property Location | Landlord |
|---:|---|---|
| 2625 | 800 HWY 1 SOUTH<br>GREENVILLE, MS 38701 | Delta Plaza, LLC, c/o Gabriel Jeidel<br>16 East 34th Street, 16th Floor<br>New York, NY 10016 |
| 2739 | 10800 ALPHARETTA HWY<br>ROSWELL, GA 30076 | CCP Employee Profit Sharing Plan & Trust<br>c/o Cardinal Capital Partners, Inc.<br>8214 Westchester Drive, 9th Floor<br>Dallas, TX 75225 |
| 2741 | 5450 PEACHTREE PARKWAY<br>NORCROSS, GA 30092 | MCW-RC-GA-Peachtree Parkway Plaza, LLC<br>c/o Regency Centers, LP<br>121 West Forsyth Street, Suite 200<br>Jacksonville, FL 32202 |
| 9001 | 833 SHOTWELL ROAD<br>CLAYTON, NC 27520 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| 9038 | 6100 S MCINTOSH<br>SARASOTA, FL 34238 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |

972299.02-New York Server 7A - MSW