UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-11063-rrd |
| Winn Dixie Stores, Inc., | : | Chapter 11 |
| Debtor | : | |

### SORRENTO LACTALIS, INC.'S
### NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on February 22, 2005, pursuant to 11 U.S.C. 546, Sorrento Lactalis, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

Dated: February 23, 2005
         Buffalo, New York

PHILLIPS LYTLE LLP

By ___/s/William M. Hawkins_____
     Allan L. Hill
     Angela Z. Miller
     William M. Hawkins
Attorneys for Sorrento Lactalis, Inc.
437 Madison Avenue
34th Floor
New York, New York  10022
(212) 759-4888

AZMhj
BFLO Doc. # 1462273.1