Sent By: Sorrento Lactalis Inc;     716 823 6454;     Feb-22-05 5:58PM;     Page 2/3



**Sorrento LACTALIS, Inc.**

2376 South Park Avenue  Buffalo, NY 14220-2670
[716] 823 6262  fax [716] 823 6454
www.sorrentolactalis.com

CONFIDENTIAL
UPS Tracking No. 1Z R09 73V 21 1000 140 5

February 22, 2005
Mr. Hal Hopkins, Financial Director
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254 - 3699

REF:   Sorrento Lactalis, Inc.'s ("Sorrento") Demand for Reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Debtor")

Sorrento sold dairy products to the Debtor on credit, which were received by the Debtor between February 7, 2005 and February 18, 2005 ("Goods"). The Goods were received by the Debtor at a time when the Debtor was insolvent, and were sold to the Debtor in the ordinary course of business.

Pursuant to Section 546(c) of Title 11 of the United States Code (ABankruptcy Code@) and Section 2 -702 of the New York Uniform Commercial Code, Sorrento hereby tenders its demand for reclamation of the Goods that are more particularly described on invoices 10508298, 10506880, 10508274, 10507352, 10508297, 10506914, 10508299, 10506881, and 10508273, attached hereto. This notice constitutes a timely demand for reclamation upon the Debtor. All other rights and remedies of Sorrento are reserved. We hereby demand that the Goods delivered to your facilities, including but not limited to the following facilities, be returned to us at once:

Winn-Dixie Stores, Inc./ALL DIVISIONS

| | |
|---|---|
| 15500 West Beaver Street | Jacksonville, FL 32234 |
| 3300 N.W. 123 RD ST. | Miami, FL 33167 |
| 6080 Mobile Highway | Montgomery, AL 36105 |
| 4401 Seaboard Rd. | Orlando, FL 32808 |
| 1141 Southwest 12TH | Pompano, FL 33069. |

| | | | | |
|---|---|---|---|---|
| 2 Sorrento Drive | 33 Ludwig | 4912 East Franklin Rd. | 1400 W. Main St. | 218 S. Park St. |
| Goshen | Little Ferry | P.O. Box 1280 | Turlock | Belmont |
| NY 10924 | NJ 07643 | Nampa | CA 95380 | WI 53510 |
| [914] 294 9701 | [201] 440 8383 | ID 83687 | [209] 667-4505 | [608] 762-5173 |
| | | [208] 467 4424 | | |

FEB-22-2005  16:31          716 823 6454         94%          P.02

Sent By: Sorrento Lactalis Inc;        716 823 6454;        Feb-22-05  5:58PM;        Page 3/3



**2376 South Park Avenue  Buffalo, NY 14220-2670**
[716] 823 6262    fax [716] 823 6454
www.sorrentolactalis.com

Please contact me immediately at (716) 823-6262 to discuss return of the Goods. We also request written confirmation and inventory records confirming that the Goods are on hand at your facility as of this date.

Sincerely,

Credit Manager

cc:   David J. Baker, Esq.
      Skadden Arps Slate Meagher & Flom, LLP
      Four Times Square
      New York, NY 10036
      (212) 735-2150
      Fax : (917) 777-2150
      Email: jbaker@skadden.com

      Angela Z. Miller, Esq.
      Phillips Lytle LLP

BFLO Doc. # 1462235 2

| 2 Sorrento Drive | 33 Ludwig | 4912 East Franklin Rd. | 1400 W. Main St. | 218 S. Park St. |
| Goshen | Little Ferry | P.O. Box 1280 | Turlock | Belmont |
| NY 10924 | NJ 07643 | Nampa | CA 95380 | WI 53510 |
| [914] 294 9701 | [201] 440 8383 | ID 83687 | [209] 667-4505 | [608] 762-5173 |
| | | [208] 467 4424 | | |

FEB-22-2005  16:31              716 823 6454              94%              P.03

Sent By: Sorrento Lactalis Inc;           716 823 6454;         Feb-22-05  5:39PM;         Page 4

```
REMIT-TO:                                                              REPRINT
SORRENTO LACTALIS, INC.                                              INVOICE#  10508298
P.O. BOX 360404M                                                     INVOICE DATE   2/14/05
PITTSBURGH, PA 15251-6404                                                     PAGE        1
                                   716-823-6262                      ORDER NO.     0895509
                                 **EDI CUSTOMER**                    SHIP FROM:         SP
CUSTOMER PO NUMBER             TERMS                      CSR CAR BK1 BK2 BK3 BK4 BK5
622983                      NET 10 DAYS                    10 005 757
BLOCK DATE    BLOCK PRICE                                           ORDER DATE
 2/04/05       1.5845                                                 2/08/05
PICK-UP/DELIVERY                       ORIG INVOICE #    INVOICE DUE DT    PROM DT
    TRCK                                                    2/24/05        2/15/05

           BILL-TO:   CUSTOMER-  10004          SHIP-TO:   CUSTOMER-  100002
           WINN DIXIE- JACKSONVILLE             WINN DIXIE STORES - JAX
           PO BOX 40595                         15500 WEST BEAVER STREET
           FROZEN DAIRY                         JACKSONVILLE, FL 32234
           JACKSONVILLE, FL  32203-0595
                                                USA
                                                                                       NO

---------------------------------------------------------------------------------------
RESOURCE           QTY SHIPPED UM   WGT SHIPPED UM      UNIT PRICE         AMOUNT
---------------------------------------------------------------------------------------

0000031                    48  CA                         36.0000         1728.00
12/16OZ SORR WM MOZZ LM          CUSTOMER RESOURCE: 007403000003
                          EVERY DAY LOW PRICE              2.1200-         101.76-

0000041                    48  CA                         36.0000         1728.00
12/16OZ SORR PS MOZZ LM          CUSTOMER RESOURCE: 007403000041
                          EVERY DAY LOW PRICE              2.1200-         101.76-

0066100                    90  CA                         29.3400         2640.60
12/12OZ SORR PS STRG CHEESE      CUSTOMER RESOURCE: 007403006610

0069200                    50  CA                         29.3400         1467.00
12/12OZ SORR CHDR STICKS         CUSTOMER RESOURCE: 007403006920

0101950                    46  CA                         21.4600          987.16
12/15OZ SOR DELI PS RICOTTA      CUSTOMER RESOURCE: 007403010195
                          EVERY DAY LOW PRICE              3.6200-         166.52-

0103000                   115  CA                         21.4600         2467.90
12/15OZ SOR WM DELI RICOTTA      CUSTOMER RESOURCE: 007403010300
                          EVERY DAY LOW PRICE              3.6200-         416.30-

0203000                    96  CA                         20.0400         1923.84
6/32OZ SOR WM DELI RICOTTA       CUSTOMER RESOURCE: 007403020300
                          EVERY DAY LOW PRICE              3.6700-         352.32-

                                                                     AMOUNT DUE
                                                                       11803.84

   A SERVICE CHARGE OF 1.5%  (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON
   BALANCES OVER 30 DAYS OLD
```

```
Sent By: Sorrento Lactalis Inc;          716 823 6454;         Feb-22-05  5:39PM;          Page 5

REMIT-TO:                                                        REPRINT
SORRENTO LACTALIS, INC.                                          INVOICE#  10506880
P.O. BOX 360404M                                                 INVOICE DATE   2/07/05
PITTSBURGH, PA 15251-6404                                        PAGE                1
                              716-823-6262                       ORDER NO.     0892402
                             **EDI CUSTOMER**                    SHIP FROM:         SP
CUSTOMER PO NUMBER            TERMS                 CSR CAR BK1 BK2 BK3 BK4 BK5
613277                        NET 10 DAYS           10  005 757
BLOCK DATE    BLOCK PRICE                                        ORDER DATE
1/21/05       1.7006                                             1/28/05
PICK-UP/DELIVERY                   ORIG INVOICE #   INVOICE DUE DT   PROM DT
  TRCK                                                  2/17/05     2/09/05

            BILL-TO:  CUSTOMER-   10419          SHIP-TO:  CUSTOMER-  100294
            WINN DIXIE - MIAMI                   WINN DIXIE - MIAMI
            P.O. BOX 408300                      3300 N.W. 123 RD ST.
            FORT LAUDERDALE FL 33340-8300        MIAMI, FL. 33167
                                                 USA

                                                                              NO

----------------------------------------------------------------------------------
RESOURCE          QTY SHIPPED UM    WGT SHIPPED UM     UNIT PRICE      AMOUNT
----------------------------------------------------------------------------------

0000020                    30  CA                       21.2400        637.20
12/8OZ SORR PS MOZZ HM          CUSTOMER RESOURCE: 007403000002
                         EVERY DAY LOW PRICE             2.0400-        61.20-

0000031                    32  CA                       36.0000       1152.00
12/16OZ SORR WM MOZZ LM         CUSTOMER RESOURCE: 007403000003
                         EVERY DAY LOW PRICE             2.1200-        67.84-

0066100                    60  CA                       29.3400       1760.40
12/12OZ SORR PS STRG CHEESE     CUSTOMER RESOURCE: 007403006610

0069200                    30  CA                       29.3400        880.20
12/12OZ SORR CHDR STICKS        CUSTOMER RESOURCE: 007403006920

0102850                    48  CA                       20.0400        961.92
6/32OZ SOR PS DELI RICOTTA      CUSTOMER RESOURCE: 007403010285
                         EVERY DAY LOW PRICE             3.6700-       176.16-

0103000                    46  CA                       21.4600        987.16
12/15OZ SOR WM DELI RICOTTA     CUSTOMER RESOURCE: 007403010300
                         EVERY DAY LOW PRICE             3.6200-       166.52-

0203000                    64  CA                       20.0400       1282.56
6/32OZ SOR WM DELI RICOTTA      CUSTOMER RESOURCE: 007403020300
                         EVERY DAY LOW PRICE             3.6700-       234.88-

                                                                 AMOUNT DUE
                                                                    6954.84

     A SERVICE CHARGE OF 1.5%  (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON
     BALANCES OVER 30 DAYS OLD
```

```
Sent By: Sorrento Lactalis Inc;          716 823 6454;       Feb-22-05  5:39PM;         Page 6
```

```
                                                                   REPRINT
REMIT-TO:                                                  INVOICE#   10508274
SORRENTO LACTALIS, INC.                               INVOICE DATE    2/14/05
P.O. BOX 360404M                                              PAGE          1
PITTSBURGH, PA 15251-6404                                 ORDER NO.   0894707
                                  716-823-6262           SHIP FROM:        SP
                                 **EDI CUSTOMER**    CSR CAR BK1 BK2 BK3 BK4 BK5
CUSTOMER PO NUMBER        TERMS                       10 005 757
  620102                NET 10 DAYS                      ORDER DATE
BLOCK DATE    BLOCK PRICE                                  2/07/05
  2/04/05      1.5845                                 INVOICE DUE DT    PROM DT
PICK-UP/DELIVERY                ORIG INVOICE #             2/24/05     2/16/05
    TRCK

            BILL-TO:   CUSTOMER-  10419       SHIP-TO:   CUSTOMER-  100294
            WINN DIXIE - MIAMI                WINN DIXIE - MIAMI
            P.O. BOX 408300                   3300 N.W. 123 RD ST.
            FORT LAUDERDALE FL 33340-8300     MIAMI, FL. 33167
                                              USA
                                                                           NO
```

| RESOURCE | QTY SHIPPED UM | WGT SHIPPED UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0000031 | 16 CA | | 36.0000 | 576.00 |
| 12/16OZ SORR WM MOZZ LM | CUSTOMER RESOURCE: 007403000003 | | | |
| | EVERY DAY LOW PRICE | | 2.1200- | 33.92- |
| 0000041 | 16 CA | | 36.0000 | 576.00 |
| 12/16OZ SORR PS MOZZ LM | CUSTOMER RESOURCE: 007403000004 | | | |
| | EVERY DAY LOW PRICE | | 2.1200- | 33.92- |
| 0066100 | 80 CA | | 29.3400 | 2347.20 |
| 12/12OZ SORR PS STRG CHEESE | CUSTOMER RESOURCE: 007403006610 | | | |
| 0069200 | 60 CA | | 29.3400 | 1760.40 |
| 12/12OZ SORR CHDR STICKS | CUSTOMER RESOURCE: 007403006920 | | | |
| 0101950 | 23 CA | | 21.4600 | 493.58 |
| 12/15OZ SOR DELI PS RICOTTA | CUSTOMER RESOURCE: 007403010195 | | | |
| | EVERY DAY LOW PRICE | | 3.6200- | 83.26- |

```
                                                              AMOUNT DUE
                                                                  5602.08


A SERVICE CHARGE OF 1.5%  (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON
BALANCES OVER 30 DAYS OLD
```

Sent By: Sorrento Lactalis Inc;      716 823 6454;      Feb-22-05  5:40PM;      Page 7/12

```
REMIT-TO:                                          REPRINT
SORRENTO LACTALIS, INC.                            INVOICE#  10507352
P.O. BOX 360404M                                   INVOICE DATE   2/08/05
PITTSBURGH, PA 15251-6404                                   PAGE        1
                            716-823-6262           ORDER NO.    0893388
                            **EDI CUSTOMER**       SHIP FROM:          SP
                            TERMS                  CSR CAR BK1 BK2 BK3 BK4 BK5
CUSTOMER PO NUMBER          NET 10 DAYS            10 005 757
616608                                             ORDER DATE
BLOCK DATE    BLOCK PRICE                           2/01/05
  1/28/05      1.7490                              INVOICE DUE DT    PROM DT
PICK-UP/DELIVERY            ORIG INVOICE #          2/18/05          2/10/05
    TRCK

          BILL-TO:  CUSTOMER-  12592        SHIP-TO:  CUSTOMER-  102016
          WINN-DIXIE MONTGOMERY, INC.       WINN-DIXIE MONTGOMERY, INC.
          P.O. BOX 40475                    6080 MOBILE HIGHWAY
          JACKSONVILLE, FL  32203-0475      MONTGOMERY, AL   36105

                                                                      NO
```

| RESOURCE | QTY SHIPPED UM | WGT SHIPPED UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0066100 12/12OZ SORR PS STRG CHEESE | 80 CA | CUSTOMER RESOURCE: 007403006610 | 29.3400 | 2347.20 |
| 0101950 12/15OZ SOR DELI PS RICOTTA | 23 CA | CUSTOMER RESOURCE: 007403010195 | 21.4600 | 493.58 |
|  |  | EVERY DAY LOW PRICE | 3.6200- | 83.26- |
| 0102850 6/32OZ SOR PS DELI RICOTTA | 16 CA | CUSTOMER RESOURCE: 007403010285 | 20.0400 | 320.64 |
|  |  | EVERY DAY LOW PRICE | 3.6700- | 58.72- |
| 0103000 12/15OZ SOR WM DELI RICOTTA | 23 CA | CUSTOMER RESOURCE: 007403010300 | 21.4600 | 493.58 |
|  |  | EVERY DAY LOW PRICE | 3.6200- | 83.26- |
| 0203000 6/32OZ SOR WM DELI RICOTTA | 16 CA | CUSTOMER RESOURCE: 007403020300 | 20.0400 | 320.64 |
|  |  | EVERY DAY LOW PRICE | 3.6700- | 58.72- |
| 0069200 12/12OZ SORR CHDR STICKS | 30 CA | CUSTOMER RESOURCE: 007403006920 | 29.3400 | 880.20 |

```
                                                       AMOUNT DUE
                                                         4571.88
```

A SERVICE CHARGE OF 1.5%  (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON BALANCES OVER 30 DAYS OLD

```
Sent By: Sorrento Lactalis Inc;        716 823 6454;      Feb-22-05  5:40PM;      Page 8/12
```

REMIT-TO:                                                    REPRINT
SORRENTO LACTALIS, INC.                            INVOICE# 10508297
P.O. BOX 360404M                                INVOICE DATE   2/14/05
PITTSBURGH, PA 15251-6404                                PAGE        1
                            716-823-6262          ORDER NO.   0895506
                          **EDI CUSTOMER**        SHIP FROM:         SP
CUSTOMER PO NUMBER          TERMS             CSR CAR BK1 BK2 BK3 BK4 BK5
622986                 NET 10 DAYS             10 005 757
BLOCK DATE   BLOCK PRICE                       ORDER DATE
  2/04/05      1.5845                            2/08/05
PICK-UP/DELIVERY                  ORIG INVOICE #   INVOICE DUE DT    PROM DT
    TRCK                                              2/24/05        2/17/05

           BILL-TO:   CUSTOMER-   12592       SHIP-TO:   CUSTOMER-   102016
           WINN-DIXIE MONTGOMERY, INC.        WINN-DIXIE MONTGOMERY, INC.
           P.O. BOX 40475                     6080 MOBILE HIGHWAY
           JACKSONVILLE, FL  32203-0475       MONTGOMERY, AL  36105

                                                                        NO

---

| RESOURCE | QTY SHIPPED UM | WGT SHIPPED UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0066100 | 10 CA | | 29.3400 | 293.40 |
| 12/12OZ SORR PS STRG CHEESE | CUSTOMER RESOURCE: 007403006610 | | | |
| 0101950 | 23 CA | | 21.4600 | 493.58 |
| 12/15OZ SOR DELI PS RICOTTA | CUSTOMER RESOURCE: 007403010195 | | | |
| | EVERY DAY LOW PRICE | | 3.6200- | 83.26- |
| 0102850 | 32 CA | | 20.0400 | 641.28 |
| 6/32OZ SOR PS DELI RICOTTA | CUSTOMER RESOURCE: 007403010285 | | | |
| | EVERY DAY LOW PRICE | | 3.6700- | 117.44- |
| 0103000 | 46 CA | | 21.4600 | 987.16 |
| 12/15OZ SOR WM DELI RICOTTA | CUSTOMER RESOURCE: 007403010300 | | | |
| | EVERY DAY LOW PRICE | | 3.6200- | 166.52- |
| 0203000 | 16 CA | | 20.0400 | 320.64 |
| 6/32OZ SOR WM DELI RICOTTA | CUSTOMER RESOURCE: 007403020300 | | | |
| | EVERY DAY LOW PRICE | | 3.6700- | 58.72- |
| 0069200 | 50 CA | | 29.3400 | 1467.00 |
| 12/12OZ SORR CHDR STICKS | CUSTOMER RESOURCE: 007403006920 | | | |

                                                       AMOUNT DUE
                                                         3777.12

    A SERVICE CHARGE OF 1.5%  (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON
    BALANCES OVER 30 DAYS OLD

```
Sent By: Sorrento Lactalis Inc;        716 823 6454;      Feb-22-05  5:40PM;      Page 9/12
```

REMIT-TO:                                                         REPRINT
SORRENTO LACTALIS, INC.                                   INVOICE#   10506914
P.O. BOX 360404M                                          INVOICE DATE  2/07/05
PITTSBURGH, PA  15251-6404                                           PAGE       1
                                    716-823-6262          ORDER NO.   0893390
                                    **EDI CUSTOMER**      SHIP FROM:          SP
CUSTOMER PO NUMBER           TERMS                        CSR CAR BK1 BK2 BK3 BK4 BK5
616614                       NET 10 DAYS                  10  005 757
BLOCK DATE   BLOCK PRICE                                  ORDER DATE
 1/28/05      1.7490                                         2/01/05
PICK-UP/DELIVERY                       ORIG INVOICE #    INVOICE DUE DT     PROM DT
   TRCK                                                     2/17/05         2/08/05

           BILL-TO:  CUSTOMER-   10417       SHIP-TO:  CUSTOMER-  100292
           WINN DIXIE- ORLANDO                WINN DIXIE STORES-ORLANDO
           PO BOX 40043                       4401 SEABOARD RD.
           JACKSONVILLE, FL  32203-0043       GROCERY WHSE.
                                              ORLANDO, FL       32808
                                              USA
                                                                              NO

---

| RESOURCE | QTY SHIPPED UM | WGT SHIPPED UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0000031 | 32 CA | | 36.0000 | 1152.00 |
| 12/16OZ SORR WM MOZZ LM | | CUSTOMER RESOURCE: 007403000003 | | |
| | | EVERY DAY LOW PRICE | 2.1200- | 67.84- |
| 0066100 | 90 CA | | 29.3400 | 2640.60 |
| 12/12OZ SORR PS STRG CHEESE | | CUSTOMER RESOURCE: 007403006610 | | |
| 0102850 | 32 CA | | 20.0400 | 641.28 |
| 6/32OZ SOR PS DELI RICOTTA | | CUSTOMER RESOURCE: 007403010285 | | |
| | | EVERY DAY LOW PRICE | 3.6700- | 117.44- |
| 0103000 | 69 CA | | 21.4600 | 1480.74 |
| 12/15OZ SOR WM DELI RICOTTA | | CUSTOMER RESOURCE: 007403010300 | | |
| | | EVERY DAY LOW PRICE | 3.6200- | 249.78- |
| 0203000 | 32 CA | | 20.0400 | 641.28 |
| 6/32OZ SOR WM DELI RICOTTA | | CUSTOMER RESOURCE: 007403020300 | | |
| | | EVERY DAY LOW PRICE | 3.6700- | 117.44- |

                                                              AMOUNT DUE
                                                                 6003.40

A SERVICE CHARGE OF 1.5%  (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON
BALANCES OVER 30 DAYS OLD

```
Sent By: Sorrento Lactalis Inc;           716 823 6454;         Feb-22-05  5:40PM;        Page 10/12

REMIT-TO:                                                           REPRINT
SORRENTO LACTALIS, INC.                                      INVOICE#   10508299
P.O. BOX 360404M                                             INVOICE DATE    2/14/05
PITTSBURGH, PA 15251-6404                                         PAGE            1
                                          716-823-6262       ORDER NO.    0895521
                                        **EDI CUSTOMER**     SHIP FROM:        SP
CUSTOMER PO NUMBER              TERMS                 CSR CAR BK1 BK2 BK3 BK4 BK5
622992                NET 10 DAYS                     10 005 757
BLOCK DATE   BLOCK PRICE                                    ORDER DATE
 2/04/05       1.5845                                          2/08/05
PICK-UP/DELIVERY                    ORIG INVOICE #    INVOICE DUE DT    PROM DT
   TRCK                                                   2/24/05       2/15/05

           BILL-TO:   CUSTOMER-  10417         SHIP-TO:   CUSTOMER-  100292
           WINN DIXIE- ORLANDO                 WINN DIXIE STORES-ORLANDO
           PO BOX 40043                        4401 SEABOARD RD.
           JACKSONVILLE, FL  32203-0043        GROCERY WHSE.
                                               ORLANDO, FL       32808
                                               USA
                                                                              NO

-----------------------------------------------------------------------------
RESOURCE         QTY SHIPPED UM   WGT SHIPPED UM      UNIT PRICE       AMOUNT
-----------------------------------------------------------------------------

0066100                  10   CA                         29.3400        293.40
12/12OZ SORR PS STRG CHEESE      CUSTOMER RESOURCE: 007403006610

0069200                  20   CA                         29.3400        586.80
12/12OZ SORR CHDR STICKS         CUSTOMER RESOURCE: 007403006920

0101950                  23   CA                         21.4600        493.58
12/15OZ SOR DELI PS RICOTTA      CUSTOMER RESOURCE: 007403010195
                              EVERY DAY LOW PRICE         3.6200-        83.26-

0102850                  32   CA                         20.0400        641.28
6/32OZ SOR PS DELI RICOTTA       CUSTOMER RESOURCE: 007403010285
                              EVERY DAY LOW PRICE         3.6700-       117.44-

0203000                  96   CA                         20.0400       1923.84
6/32OZ SOR WM DELI RICOTTA       CUSTOMER RESOURCE: 007403020300
                              EVERY DAY LOW PRICE         3.6700-       352.32-




                                                              AMOUNT DUE
                                                                3385.88

    A SERVICE CHARGE OF 1.5%  (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON
    BALANCES OVER 30 DAYS OLD
```

Sent By: Sorrento Lactalis Inc;        716 823 6454;        Feb-22-05  5:41PM;        Page 11/12

```
REMIT-TO:                                              REPRINT
SORRENTO LACTALIS, INC.                                INVOICE# 10506881
P.O. BOX 360404M                                       INVOICE DATE   2/07/05
PITTSBURGH, PA 15251-6404                              PAGE                 1
                        716-823-6262                   ORDER NO.      0892403
                        **EDI CUSTOMER**               SHIP FROM:          SP
CUSTOMER PO NUMBER      TERMS                          CSR CAR BK1 BK2 BK3 BK4 BK5
613278                  NET 10 DAYS                    10 005 757
BLOCK DATE    BLOCK PRICE                              ORDER DATE
 1/21/05       1.7006                                    1/28/05
PICK-UP/DELIVERY                 ORIG INVOICE #        INVOICE DUE DT   PROM DT
    TRCK                                                   2/17/05      2/09/05

          BILL-TO:    CUSTOMER-  10418      SHIP-TO:    CUSTOMER-  100293
          WINN DIXIE - POMPANO                WINN DIXIE - POMPANO
          PO BOX 40026                        1141 SOUTHWEST 12TH
          JACKSONVILLE FL 32203-0026          POMPANO, FL 33069
                                              USA
                                                                          NO

-----------------------------------------------------------------------------
RESOURCE            QTY SHIPPED UM   WGT SHIPPED UM      UNIT PRICE    AMOUNT
-----------------------------------------------------------------------------

0000020                      30  CA                         21.2400    637.20
12/8OZ SORR PS MOZZ HM            CUSTOMER RESOURCE: 007403000002
                           EVERY DAY LOW PRICE               2.0400-    61.20-

0000031                      32  CA                         36.0000   1152.00
12/16OZ SORR WM MOZZ LM           CUSTOMER RESOURCE: 007403000003
                           EVERY DAY LOW PRICE               2.1200-    67.84-

0066100                      20  CA                         29.3400    586.80
12/12OZ SORR PS STRG CHEESE       CUSTOMER RESOURCE: 007403006610

0069200                      30  CA                         29.3400    880.20
12/12OZ SORR CHDR STICKS          CUSTOMER RESOURCE: 007403006920

0102850                      48  CA                         20.0400    961.92
6/32OZ SOR PS DELI RICOTTA        CUSTOMER RESOURCE: 007403010285
                           EVERY DAY LOW PRICE               3.6700-   176.16-

0103000                      46  CA                         21.4600    987.16
12/15OZ SOR WM DELI RICOTTA       CUSTOMER RESOURCE: 007403010300
                           EVERY DAY LOW PRICE               3.6200-   166.52-

0203000                      48  CA                         20.0400    961.92
6/32OZ SOR WM DELI RICOTTA        CUSTOMER RESOURCE: 007403020300
                           EVERY DAY LOW PRICE               3.6700-   176.16-

                                                           AMOUNT DUE
                                                              5519.32
```

A SERVICE CHARGE OF 1.5%  (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON BALANCES OVER 30 DAYS OLD

```
Sent By: Sorrento Lactalis Inc;            716 823 6454;         Feb-22-05  5:41PM;        Page 12/12
```

```
REMIT-TO:                                                       REPRINT
SORRENTO LACTALIS, INC.                                         INVOICE#    10508273
P.O. BOX 360404M                                                INVOICE DATE    2/14/05
PITTSBURGH, PA 15251-6404                                                 PAGE        1
                                          716-823-6262          ORDER NO.     0894706
                                         **EDI CUSTOMER**       SHIP FROM:         SP
CUSTOMER PO NUMBER           TERMS                              CSR  CAR BK1 BK2 BK3 BK4 BK5
620103               NET 10 DAYS                                 10  005 757
BLOCK DATE    BLOCK PRICE                                       ORDER DATE
 2/04/05        1.5845                                            2/07/05
PICK-UP/DELIVERY                       ORIG INVOICE #      INVOICE DUE DT    PROM DT
   TRCK                                                        2/24/05       2/16/05

          BILL-TO:   CUSTOMER-  10418          SHIP-TO:   CUSTOMER-  100293
          WINN DIXIE - POMPANO                 WINN DIXIE - POMPANO
          PO BOX 40026                         1141 SOUTHWEST 12TH
          JACKSONVILLE FL 32203-0026           POMPANO, FL 33069
                                               USA
                                                                                    NO
```

| RESOURCE | QTY SHIPPED UM | WGT SHIPPED UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0000031 | 16  CA | | 36.0000 | 576.00 |
| 12/16OZ SORR WM MOZZ LM | | CUSTOMER RESOURCE: 007403000003 | | |
| | | EVERY DAY LOW PRICE | 2.1200- | 33.92- |
| 0000041 | 16  CA | | 36.0000 | 576.00 |
| 12/16OZ SORR PS MOZZ LM | | CUSTOMER RESOURCE: 007403000004 | | |
| | | EVERY DAY LOW PRICE | 2.1200- | 33.92- |
| 0066100 | 10  CA | | 29.3400 | 293.40 |
| 12/12OZ SORR PS STRG CHEESE | | CUSTOMER RESOURCE: 007403006610 | | |
| 0069200 | 30  CA | | 29.3400 | 880.20 |
| 12/12OZ SORR CHDR STICKS | | CUSTOMER RESOURCE: 007403006920 | | |
| 0101950 | 23  CA | | 21.4600 | 493.58 |
| 12/15OZ SOR DELI PS RICOTTA | | CUSTOMER RESOURCE: 007403010195 | | |
| | | EVERY DAY LOW PRICE | 3.6200- | 83.26- |

```
                                                             AMOUNT DUE
                                                               2668.08
```

A SERVICE CHARGE OF 1.5%  (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON
BALANCES OVER 30 DAYS OLD