UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                 : Chapter 11
In re:               :
                 : Case No.: 05-11063 (RRD)
Winn-Dixie Stores, Inc., *et al.*,[1]   :
                 :
      Debtors.   : (Jointly Administered)
-------------------------------------------------------x

## NOTICE OF APPEARANCE

  **PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appear as counsels for KRISPY KREME DOUGHNUTS CORPORATION, an unsecured creditor, or otherwise a party in interest in the within bankruptcy case.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, the undersigned hereby requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the following at the office, facsimile number, and e-mail address as follows:

      Paul Traub, Esq. (PT 3752)
      Wendy Marcari, Esq. (WM 8494)
      Traub, Bonacquist & Fox LLP
      655 Third Avenue - 21st Floor
      New York, New York  10017
      Tel. (212) 476-4777
      Fax. (212) 476-4787
      E-mail: dbr@tbfesq.com

      -and-

      Leggett R. Bradford, Esq.
      Allman Spry Leggett & Crumpler, P.A.
      380 Knollwood Street-Suite 700
      Winston-Salem, NC 27113-5129
      Tel. (336) 722-2300
      Fax. (336) 721-0414
      E-mail: rbleggett@allmanspry.com

---

[1] The Debtors are the following entities: Dixie Stores, Inc., Table Supply Food Stores Co., Inc., Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc. Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may effect or seek to effect any rights or interests of a party in interest with respect to the above captioned debtor or any property or proceeds in which the Debtor may claim an interest.  Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

**PLEASE TAKE FURTHER NOTICE**, that, this Notice of Appearance and Request for Service of Notices and Documents or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in this case (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 23, 2005
      New York, New York

TRAUB, BONACQUIST & FOX LLP

By:  _____*s/Wendy G. Marcari*_____
      Paul Traub (PT 3752)
      Wendy G. Marcari (WM 8494)
      655 Third Avenue, 21st Floor
      New York, New York 10017
      Tel.  (212) 476-4770
      Fax.  (212) 476-4787

      -AND-

      Leggett R. Bradford, Esq.
      Allman Spry Leggett & Crumpler, P.A.
      380 Knollwood Street-Suite 700
      Winston-Salem, NC 27113-5129
      Tel. (336) 722-2300
      Fax. (336) 721-0414

CO-COUNSEL FOR KRISPY KREME
DOUGHNUTS CORPORATION