UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                    :   Chapter 11
In re:                                       :
                                                 :   Case No.: 05-11063 (RRD)
Winn-Dixie Stores, Inc., *et al.*,[1]           :
                                               :
                      Debtors.   :   (Jointly Administered)
--------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    }
                                 } ss:
COUNTY OF NEW YORK  }

        I, Reyko E. Delpino, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in New York County, New York. On February 23, 2005, I caused a true copy of the **NOTICE OF APPEARANCE** to be served by Priority Mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, upon each of the parties identified on the annexed service list.

Dated: February 23, 2005
       New York, New York

                                                         *s/Reyko E. Delpino*
                                                       Reyko E. Delpino

Sworn to before me this
23rd day of February, 2005.

 *s/Anthony B. Stumbo*
Notary Public

**Anthony B. Stumbo**
**Notary Public, State of New York**
**No. 02ST6057531**
**Qualified in Kings County**
**Commission Expires: April 16, 2007**

---

[1] The Debtors are the following entities: Dixie Stores, Inc., Table Supply Food Stores Co., Inc., Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc. Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

In re: Winn-Dixie Stores, Inc., et al.
Case No. 05-11063 (RDD)

## SERVICE LIST

**UNITED STATES TRUSTEE**
Tracy Hope Davis, Esq.
United States Trustee Office
33 Whitehall Street
22nd Floor
New York, NY 10004

**DEBTOR'S ATTORNEY**
David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**INTERESTED PARTIES**
James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Counsel for Developers Diversified Realty Corp. and Edens & Avent

Neal D. Colton, Esq
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103
Counsel for The Wackenhut Corporation

David W. Dykhouse, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Counsel for Hallmark Marketing Corp.

David L. Pollack, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103
Counsel for Aronov Realty and New Plan Realty Trust, Inc.

Adam L. Rosen, Esq.
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622
Counsel for Victory Investments, Inc.

Walter E. Swearingen, Esq.
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022
Counsel for Concord-Fund IV Retail, LP, Crest Haven, LLC,
 Elston/Leetsdale, LLC, Flagler Retail Associates, Ltd.,
 Gehr Florida Development, LLC, TA/Western, LLC

Janice Stanton, Esq.
Contrarian Capital Management, LLC
411 West Putnam Avenue, Ste. 225
Greenwich, CT 06830