**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | CASE NO. 05-11063 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Alabama Power Company ("APCO") hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

W. Clark Watson
Eric T. Ray
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
Telephone (205) 251-8100
Facsimile (205) 226-8799
Email: cwatson@balch.com
Email: eray@balch.com

*Street Address*
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama

Please take further notice that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers to which the Federal Rules of Bankruptcy Procedure refer, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case including APCO with respect

755803.1

to: (a) the debtors; (b) property of the estate or proceeds thereof in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by APCO.

Please take further notice that this notice is not a submission by APCO to the jurisdiction of this Court and that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) APCO's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) APCO's right to a trial by jury in any proceeding so triable in this case or any case; (3) APCO's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which APCO is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments APCO expressly reserves.

Dated the 23rd day of February, 2005.

/s/ Eric T. Ray
W. Clark Watson
Eric T. Ray
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

*Attorneys for Alabama Power Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been delivered electronically to all parties receiving service in this matter via the Court's Electronic Filing System. Additionally the foregoing has been served upon the parties shown below by United States Mail, properly addressed and postage prepaid, on this the 23rd day of February, 2005:

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

    /s/ Eric T. Ray
    Of Counsel