ANGEL & FRANKEL, P.C.
Attorneys for Liberty Mutual Insurance Company
460 Park Avenue
New York, NY  10022-1906
(212) 752-8000
Laurence May, Esq. (LM-9714)
Rick A. Steinberg, Esq. (RS-7396)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-11063 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Liberty Mutual Insurance Company ("Liberty Mutual"), by its counsel, Angel & Frankel, P.C., appears in the above-captioned bankruptcy cases pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all notices given to creditors, or required to be given to creditors in these cases, and all papers served on creditors, or required to be served on creditors in these cases, be given to and served upon the following at the offices, telephone and facsimile number as follows:

    Angel & Frankel, P.C.
    460 Park Avenue
    New York, NY 10022-1906
    Attn:   Laurence May, Esq.
            Rick A. Steinberg, Esq.
    Tel: (212) 752-8000
    Fax: (212) 752-8393

PLEASE TAKE FURTHER NOTICE, that pursuant to Bankruptcy Code Section 1109(b), the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed, which may effect or seek to effect any rights or interests of creditors with respect to the above captioned debtor or any property or proceeds in which such debtor may claim an interest.  <u>Please add the foregoing to such mailing matrix as may be used for all purposes in these cases</u>.

PLEASE TAKE FURTHER NOTICE, that the filing of this Notice of Appearance and Request for Service of Papers is not: (a) a waiver or release of Liberty Mutual's rights against any person, entity or property; (b) a waiver or release of Liberty Mutual's right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (c) a consent by Liberty Mutual to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice of Appearance and Request for Service of Papers, and Liberty Mutual does not waive, and specifically preserves, all of its procedural and substantive defenses to any claim that may be asserted against Liberty Mutual by the Debtors, including any defense based on lack of jurisdiction of the Bankruptcy Court to entertain such claim and Liberty Mutual's entitlement under Amendment VII of the Constitution of the United States to trial by jury; (d) an election of remedy; (e) a waiver or release of Liberty Mutual's right to a jury trial in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related thereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b), and whether such jury trial right is pursuant to statute or the United States

Constitution; or (f) a waiver of the right to move to withdraw the reference, or to object thereto, or any other proceedings, if any, which may be commenced in these cases against or otherwise involving Liberty Mutual.

Dated: New York, New York
       February 23, 2005

                              Respectfully submitted,

                              ANGEL & FRANKEL, P.C.
                              Attorneys for Liberty Mutual Insurance Company

                              By:    /s/ Laurence May
                                      Laurence May, Esq. (LM-9714)
                                      Rick A. Steinberg, Esq. (RS-7396)
                              460 Park Avenue
                              New York, NY  10022-1906
                              (212) 752-8000