

February 22, 2005

VIA FACSIMILE AND/OR OVERNIGHT COURIER

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254
Fax: (904) 783-5235

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Fax: (404) 572-4600

D. Jan Baker
Rosalie Walker Gray
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax: (212) 735-2000

RE: **DEMAND FOR RECLAMATION**

Ladies and Gentlemen:

Menu Foods Inc. ("Menu Foods") has learned that Winn-Dixie Stores, Inc., and certain of its affiliates (collectively, the "Debtors") filed a voluntary petition for bankruptcy under Title 11 of the United States Code after the close of business on February 21, 2005.

Pursuant to Uniform Commercial Code § 2-702 (as enacted in the relevant jurisdiction(s)) and 11 U.S.C. § 546, Menu Foods hereby makes written demand for return of all goods delivered by Menu Foods to the Debtors within the ten (10) days preceding the close of business on February 21, 2005, including, without limitation, goods indicated on the summary of invoices attached hereto. Menu Foods asserts that the total amount of goods delivered to the Debtors within

By making this demand, Menu Foods does not intend to, and shall be not be deemed to, waive any rights with respect to its claims against the Debtors, including, without limitation, the right to assert that certain of the goods were delivered postpetition and that Menu Foods is thus entitled to payment in the ordinary course.

**MENU FOODS, INC.**
9130 Griffith Morgan Lane
Pennsauken, New Jersey 08110
Tel (856) 662-7412   Fax (856) 662-4673

**MENU FOODS LIMITED**
8 Falconer Drive, PO Box 610
Streetsville, Ontario, L5M 2C1
Tel (905) 826-3870   Fax (905) 826-3481

**MENU FOODS MIDWEST CORPORATION**
P.O. Box 1046, 1400 East Logan Avenue
Emporia, Kansas 66801
Tel (620) 342-1323   Fax (620) 342-8529

Page 2

      Please contact the undersigned at Menu Foods Inc., 8 Falconer Drive, Streetsville, Ontario, L5N 1B1, and our counsel, Chris Lenhart, Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500 Minneapolis, Minnesota 55402, should you have any questions.

Sincerely,

*[signature]*

Mark A. Wiens
Executive Vice-President &
Chief Financial Officer


cc:    Chris Lenhart, Esq.

**Menu Foods Inc.**
**Summary of Pre-Petition Invoices with Winn-Dixie**

| | Invoice Date | Invoice Number | Purchase Order Number | Amount |
|---|---|---|---|---|
| 1 | February 16, 2005 | 158201 | 624376 | $ 19,907.92 |
| 2 | February 16, 2005 | 158202 | 624468 | $ 13,195.60 |
| 3 | February 16, 2005 | 158203 | 624469 | $ 3,663.12 |
| 4 | February 16, 2005 | 158204 | 624479 | $ 18,198.72 |
| 5 | February 18, 2005 | 158423 | 624440 | $ 16,867.28 |
| 6 | February 21, 2005 | 158486 | 626581 | $ 18,145.20 |
| 7 | February 21, 2005 | 158487 | 629102 | $ 18,487.44 |
| | | | | $ 108,465.28 |



# INVOICE

**MENU FOODS INC.**

9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110

TEL: (856) 662-7412
FAX: (856) 662-4673

Page: 1

SOLD TO:
WINN-DIXIE STORES, INC
JACKSONVILLE DIVISION
P.O. BOX 40595
JACKSONVILLE FL 322030595

SHIP TO:
WINN-DIXIE RETAIL SUPPORT CENT
15500 WEST BEAVER STREET
GROCERY- BUILDING B
JACKSONVILLE FL 32234

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | Customer Sales Order | | |
|---|---|---|---|---|---|---|
| 2/16/05 | 624376 | 02/08/05 | Twiss Transportation Inc | 218691 | | |
| | | | | 76267 SZ | | |
| | | | TERMS | INVOICE NUMBER | | |
| | | | 2% 10 Days Net 30 | 158201 | | |

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 110 | 0021140194800 | Cat US Winn Dixie Cod/Sole/Shrimp 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 110 | 0021140194824 | Cat US Winn Dixie Turkey/Giblets 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 110 | 0021140194848 | Cat US Winn Dixie Chicken 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 110 | 0021140194848 | Cat US Winn Dixie Liver/Chicken 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 220 | 0021140194740 | Cat US Winn Dixie Variety Pack 24x3oz | 5.34 | 0.00 | 5.34 | 1174.80 |
| 272 | 00211401951ч | Cat US Winn Dixie Mixed Grill 12x13.2oz | 4.32 | 0.00 | 4.32 | 1175.04 |
| 272 | 0021140193797 | Cat US Winn Dixie Turkey/Giblets 12x13.2oz | 4.32 | 0.00 | 4.32 | 1175.04 |
| 272 | 0021140193884 | Cat US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 1175.04 |
| 140 | 0021140195022 | Cat US Winn Dixie Chicken 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140186204 | Cat US Winn Dixie Beef/Liver 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140186218 | Cat US Winn Dixie Turkey/Giblets 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140186231 | Cat US Winn Dixie Super Supper 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140186248 | Cat US Winn Dixie Salmon 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140186255 | Cat US Winn Dixie Sr Chicken/Rice 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 0021140186145 | Dog US Winn Dixie Sl Chicken/Grvy 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 0021140186156 | Dog US Winn Dixie Gourmet 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 0021140186187 | Dog US Winn Dixie Beef 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 0021140186174 | Dog US Winn Dixie Sl Beef/Gravy 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 0021140186163 | Dog US Winn Dixie Beef Cuts/Gravy 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 224 | 0021140186132 | Dog US Winn Dixie Chunky Beef 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 224 | 0021140186125 | Dog US Winn Dixie Chicken Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 112 | 0021140186118 | Dog US Winn Dixie Chicken Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 112 | 0021140186101 | Dog US Winn Dixie Stew Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 136 | 0021140194355 | Dog US Sun Belt Beef 12x13.2oz | 2.84 | 0.00 | 2.84 | 386.24 |

| 3684 | | | | | | |
|---|---|---|---|---|---|---|
| 28 | | P-CHEP Pallets | | | | |

| TAXABLE | NON-TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 | Continued |

# INVOICE

Page: 2

**9130 GRIFFITH MORGAN LANE**
**PENNSAUKEN, NEW JERSEY 08110**

TEL: (856) 662-7412
FAX: (856) 662-4673

FOODS INC.

SHIP TO: WINN-DIXIE RETAIL SUPPORT CENT
15500 WEST BEAVER STREET
GROCERY- BUILDING B
JACKSONVILLE FL 32234

WINN-DIXIE STORES, INC
JACKSONVILLE DIVISION
P.O.BOX 40595
JACKSONVILLE FL 3220030595

Customer 218691
Sales Order 76267 SZ

INVOICE NUMBER: 158201

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | TERMS | | |
|---|---|---|---|---|---|---|
| /16/05 | 624376 | 02/08/05 | Twiss Transportation Inc | 2% 10 Days Net 30 | | |

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Load #: 137326 | | | | 19907.92 |
| | | Discount Available 398.20 | | | | |
| | | Subtotal: | | | | |

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | 19,907.92 |

# INVOICE

**MENU FOODS INC.**
9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110

TEL: (856) 662-7412
FAX: (856) 662-4673

Page: 1

SOLD TO:
WINN-DIXIE STORES, INC
MIAMI DIVISION
P. O. BOX 40026
JACKSONVILLE FL 322030026

SHIP TO:
WINN-DIXIE STORES, INC.
MIAMI WAREHOUSE - GROCERY
3300 N.W. 123 ST. - SUITE 3
MIAMI FL 33167

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | | Customer | 219782 |
|---|---|---|---|---|---|---|
| 2/16/05 | 624468 | 02/08/05 | Twiss Transportation Inc | | Sales Order | 76268 SZ |

| | | | TERMS | | | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| | | | 2% 10 Days Net 30 | | | 158202 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 220 | 0021140019514 | Cat US Winn Dixie Variety Pack 24x3oz | 5.34 | 0.00 | 5.34 | 1174.80 |
| 136 | 0021140019379 | Cat US Winn Dixie Mixed Grill 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140019388 | Cat US Winn Dixie Turkey/Giblets 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140019502 | Cat US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 140 | 0021140018619 | Cat US Winn Dixie Whitefish/Tuna 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140018622 | Cat US Winn Dixie Mixed Grill 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140018625 | Cat US Winn Dixie Salmon 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140018617 | Dog US Winn Dixie Beef 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 136 | 0021140018602 | Dog US Winn Dixie Turkey/Bacon 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018603 | Dog US Winn Dixie Chicken/Rice 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018605 | Dog US Winn Dixie Stew Cuts/Gravy 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018606 | Dog US Winn Dixie Bf/Bacon/Cheese 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018607 | Dog US Winn Dixie Puppy Chck/Beef 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018608 | Dog US Winn Dixie Chopped Beef 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 112 | 0021140018613 | Dog US Winn Dixie Beef Cuts/Gravy 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 112 | 0021140018612 | Dog US Winn Dixie Chunky Beef 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 112 | 0021140018611 | Dog US Winn Dixie Chicken Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 112 | 0021140018610 | Dog US Winn Dixie Stew Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 136 | 0021140019435 | Dog US Sun Belt Beef 12x13.2oz | 2.84 | 0.00 | 2.84 | 386.24 |
| 136 | 0021140019443 | Dog US Sun Belt Chicken 12x13.2oz | 2.84 | 0.00 | 2.84 | 386.24 |

2724

P-CHEP Pallets     0.00     0.00     0.00

Load #: 3858

Subtotal: 13195.60

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | Continued |

# INVOICE

**MENU FOODS INC.**

9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110

TEL: (856) 662-7412
FAX: (856) 662-4673

Page: 2

SOLD TO:
WINN-DIXIE STORES, INC
MIAMI DIVISION
P. O. BOX 40026
JACKSONVILLE FL 322030026

SHIP TO:
WINN-DIXIE STORES, INC.
MIAMI WAREHOUSE - GROCERY
3300 N.W. 123 ST. - SUITE 3
MIAMI FL 33167

Customer 219782
Sales Order 76268 SZ

INVOICE NUMBER: 158202

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | TERMS |
|---|---|---|---|---|
| 2/16/05 | 624468 | 02/08/05 | Twiss Transportation Inc | 2% 10 Days Net 30 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Discount Available  263.93 | | | | |

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | 13,195.60 |

# INVOICE



**MENU FOODS INC.**

9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110

TEL: (856) 662-7412
FAX: (856) 662-4673

Page: 1

SOLD TO:
WINN-DIXIE STORES, INC
POMPANO DIVISION
P. O. BOX 40026
JACKSONVILLE FL 322030026

SHIP TO:
WINN-DIXIE STORES, INC.
POMPANO WAREHOUSE - GROCERY
1141 S.W. 12TH AVENUE - SUITE 1
POMPANO BEACH FL 33069

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | TERMS | Customer Sales Order | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 2/16/05 | 624469 | 02/08/05 | Twiss Transportation Inc | 2% 10 Days Net 30 | 219782 76270 SZ | 158203 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 220 | 00211401519514 | Cat US Winn Dixie Variety Pack 24x3oz | 5.34 | 0.00 | 5.34 | 1174.80 |
| 136 | 00211401519379 | Cat US Winn Dixie Mixed Grill 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401519502 | Cat US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401518603 | Dog US Winn Dixie Chicken/Rice 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 112 | 00211401518612 | Dog US Winn Dixie Chunky Beef 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 740 | | | | | | |
| 5 | | P-CHEP Pallets | 0.00 | 0.00 | 0.00 | 0.06 |
| | | Load #: 3858 | | | | |
| | | Discount Available  73.27 | | | Subtotal: | 3663.12 |

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | 3,663.12 |

# INVOICE

Page: 1

**MENU FOODS INC.**

9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110

TEL: (856) 662-7412
FAX: (856) 662-4673

SOLD TO:
WINN-DIXIE STORES, INC
ORLANDO DIVISION
P. O. BOX 40043
JACKSONVILLE FL 322030043

SHIP TO:
WINN-DIXIE STORES, INC
4401 SEABOARD RD
ORLANDO FL 32808

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | | TERMS | | Customer Sales Order | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 2/16/05 | 624479 | 02/08/05 | Twiss Transportation Inc | | 2% 10 Days Net 30 | | 219774 76271 SZ | 158204 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 110 | 00211401948l | Cat US Winn Dixie Salmon 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 110 | 00211401948z | Cat US Winn Dixie Turkey/Giblets 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 110 | 00211401947z | Cat US Winn Dixie Fish/Shrimp 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 110 | 00211401947³ | Cat US Winn Dixie Seafood 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 136 | 002114019379 | Cat US Winn Dixie Mixed Grill 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 002114019388 | Cat US Winn Dixie Turkey/Giblets 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401950z | Cat US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 140 | 002114018619 | Cat US Winn Dixie Whitefish/Tuna 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 002114018620 | Cat US Winn Dixie Chicken 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 002114018623 | Cat US Winn Dixie Turkey/Giblets 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 002114018625 | Cat US Winn Dixie Salmon 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 002114018614 | Dog US Winn Dixie Sr Chicken/Rice 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 002114018615 | Dog US Winn Dixie Sl Chicken/Grvy 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 002114018618 | Dog US Winn Dixie Gourmet 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 002114018617 | Dog US Winn Dixie Beef 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 136 | 002114018601 | Dog US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 002114018605 | Dog US Winn Dixie Stew Cuts/Gravy 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 002114018607 | Dog US Winn Dixie Puppy Chck/Beef 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 112 | 002114018613 | Dog US Winn Dixie Beef Cuts/Gravy 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 224 | 002114018612 | Dog US Winn Dixie Chunky Beef 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 224 | 002114018611 | Dog US Winn Dixie Chicken Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 224 | 002114018610 | Dog US Winn Dixie Stew Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 136 | 002114019435 | Dog US Sun Belt Beef 12x13.2oz | 2.84 | 0.00 | 2.84 | 386.24 |
| 136 | 002114019443 | Dog US Sun Belt Chicken 12x13.2oz | 2.84 | 0.00 | 2.84 | 386.24 |
| 3432 | | | | | | |

| | TAXABLE | NON-TAXABLE | SALES TAX | P-CHEP Pallets FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 27 | | | 0.00 | 0.00 | 0.00 | 0.00 |

Continued

# INVOICE

Page: 2

**MENU FOODS INC.**

9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110

TEL: (856) 662-7412
FAX: (856) 662-4673

SOLD TO:
WINN-DIXIE STORES, INC
ORLANDO DIVISION
P.O. BOX 40043
JACKSONVILLE FL 322030043

SHIP TO:
WINN-DIXIE STORES, INC
4401 SEABOARD RD
ORLANDO FL 32808

Customer Sales Order: 219774 / 76271 SZC

INVOICE NUMBER: 158204

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | TERMS |
|---|---|---|---|---|
| 2/16/05 | 624479 | 02/08/05 | Twiss Transportation Inc | 2% 10 Days Net 30 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | Load #: 137330 | | | | 18198.72 |
| | | Discount Available 363.99 | | | | |
| | | Subtotal: | | | | |

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | 18,198.72 |

# INVOICE

**MENU FOODS INC.**
9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110

TEL: (856) 662-7412
FAX: (856) 662-4673

Page: 1

| SOLD TO: | SHIP TO: |
|---|---|
| WINN-DIXIE STORES, INC<br>NEW ORLEANS DIVISION<br>P.O. BOX 40045<br>JACKSONVILLE FL 322030045 | WINN-DIXIE STORES, INC<br>HAMMOND WAREHOUSE<br>3925 HIGHWAY 190 WEST<br>HAMMOND LA 70401 |

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | Customer | 219723 |
|---|---|---|---|---|---|
| 2/18/05 | 624440 | 02/08/05 | Lamp Transportation Inc | Sales Order | 76269 SZ |

**TERMS:** 2% 10 Days Net 30

**INVOICE NUMBER:** 158423

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 220 | 00211401951 4 | Cat US Winn Dixie Variety Pack 24x3oz | 5.34 | 0.00 | 5.34 | 1174.80 |
| 272 | 00211401937 9 | Cat US Winn Dixie Mixed Grill 12x13.2oz | 4.32 | 0.00 | 4.32 | 1175.04 |
| 272 | 00211401938 8 | Cat US Winn Dixie Turkey/Giblets 12x13.2oz | 4.32 | 0.00 | 4.32 | 1175.04 |
| 136 | 00211401950 2 | Cat US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 140 | 00211401861 4 | Dog US Winn Dixie Sr Chicken/Rice 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 00211401861 5 | Dog US Winn Dixie Sl Chicken/Grvy 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 00211401861 8 | Dog US Winn Dixie Gourmet 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 00211401861 6 | Dog US Winn Dixie Sl Beef/Gravy 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 136 | 00211401860 2 | Dog US Winn Dixie Turkey/Bacon 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401860 3 | Dog US Winn Dixie Chicken/Rice 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401860 4 | Dog US Winn Dixie Chunky Beef 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401860 5 | Dog US Winn Dixie Stew Cuts/Gravy 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401860 7 | Dog US Winn Dixie Puppy Chck/Beef 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401860 9 | Dog US Winn Dixie Beef Cuts/Gravy 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 224 | 00211401861 3 | Dog US Winn Dixie Beef Cuts/Gravy 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 224 | 00211401861 2 | Dog US Winn Dixie Chunky Beef 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 224 | 00211401861 1 | Dog US Winn Dixie Chicken Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 112 | 00211401861 0 | Dog US Winn Dixie Stew Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 136 | 00211401943 5 | Dog US Sun Belt Beef 12x13.2oz | 2.84 | 0.00 | 2.84 | 386.24 |
| **3196** | | | | | | **16867.28** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | | P-CHEP Pallets | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Load #: 137328 | | | Subtotal: | 16867.28 |

| | Discount Available | 337.36 | | |
|---|---|---|---|---|
| SALES TAX | | FREIGHT | MISCELLANEOUS | **INVOICE TOTAL** 16,867.28 |
| TAXABLE | NON-TAXABLE | | | |

# INVOICE

Page: 1

**MENU FOODS INC.**

9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110

TEL: (856) 662-7412
FAX: (856) 662-4673

SOLD TO:
WINN-DIXIE STORES, INC
MONTGOMERY DIVISION
P.O. BOX 40475
JACKSONVILLE FL 322030475

SHIP TO:
WINN-DIXIE STORES, INC
1550 JACKSON FERRY ROAD
MONTGOMERY AL 361041718

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | | | Customer Sales Order | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| 2/21/05 | 626581 | 02/10/05 | Lamp Transportation Inc | | | 219766 76460 SZ | 158486 |

TERMS: 2% 10 Days Net 30

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 110 | 00211401948I | Cat US Winn Dixie Salmon 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 220 | 00211401951A | Cat US Winn Dixie Variety Pack 24x3oz | 5.34 | 0.00 | 5.34 | 1174.80 |
| 136 | 00211401938B | Cat US Winn Dixie Turkey/Giblets 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 272 | 00211401950Z | Cat US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 1175.04 |
| 140 | 00211401862S | Cat US Winn Dixie Salmon 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 110 | 00211401942G | Cat US Winn Dixie Trout 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 140 | 00211401861A | Dog US Winn Dixie Sr Chicken/Rice 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 00211401861S | Dog US Winn Dixie Sl Chicken/Grvy 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 00211401861B | Dog US Winn Dixie Gourmet 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 00211401861T | Dog US Winn Dixie Beef 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.86 |
| 140 | 00211401861V | Dog US Winn Dixie Sl Beef/Gravy 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 136 | 00211401860I | Dog US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401860S | Dog US Winn Dixie Stew Cuts/Gravy 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 00211401860B | Dog US Winn Dixie Beef Cuts/Gravy 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 336 | 00211401861E | Dog US Winn Dixie Beef Cuts/Gravy 12x22oz | 6.48 | 0.00 | 6.48 | 2177.28 |
| 224 | 00211401861L | Dog US Winn Dixie Chunky Beef 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 224 | 00211401861I | Dog US Winn Dixie Chicken Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 224 | 00211401861R | Dog US Winn Dixie Stew Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 1451.52 |
| 136 | 00211401943S | Dog US Sun Belt Beef 12x13.2oz | 2.84 | 0.00 | 2.84 | 386.24 |

3240

25 P-CHEP Pallets

Load #: 137656

Discount Available: 362.93

| | | | | | | Subtotal: | 18145.20 |
|---|---|---|---|---|---|---|---|
| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | | MISCELLANEOUS | | |
| | | | 0.00 | | 0.00 | | |

**INVOICE TOTAL: 18,145.20**

# INVOICE

**MENU FOODS INC.**

9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110

TEL: (856) 662-7412
FAX: (856) 662-4673

Page: 1

SOLD TO: WINN-DIXIE STORES, INC
ATLANTA DIVISION
P.O. BOX 2320
JACKSONVILLE FL 322032320

SHIP TO: WINN-DIXIE STORES, INC
GROCERY WAREHOUSE
5400 FULTON INDUSTRIAL BLVD
ATLANTA GA 30336

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | Customer 219686 | Sales Order 76616 S2 | INVOICE NUMBER 158487 |
|---|---|---|---|---|---|---|
| 2/21/05 | 629102 | 02/11/05 | Lamp Transportation Inc | | | |

TERMS: 2% 10 Days Net 30

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 110 | 0021140019480 | Cat US Winn Dixie Cod/Sole/Shrimp 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 110 | 0021140019481 | Cat US Winn Dixie Salmon 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 110 | 0021140019484 | Cat US Winn Dixie Chicken 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 110 | 0021140019472 | Cat US Winn Dixie Fish/Shrimp 24x3oz | 5.08 | 0.00 | 5.08 | 558.80 |
| 220 | 0021140019514 | Cat US Winn Dixie Variety Pack 24x3oz | 5.34 | 0.00 | 5.34 | 1174.80 |
| 136 | 0021140019379 | Cat US Winn Dixie Mixed Grill 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140019388 | Cat US Winn Dixie Turkey/Giblets 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140019502 | Cat US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 140 | 0021140018619 | Cat US Winn Dixie Whitefish/Tuna 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140018620 | Cat US Winn Dixie Chicken 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140018625 | Cat US Winn Dixie Salmon 24x5.5oz | 5.04 | 0.00 | 5.04 | 705.60 |
| 140 | 0021140018614 | Dog US Winn Dixie Sr Chicken/Rice 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 0021140018615 | Dog US Winn Dixie Sl Chicken/Grvy 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 140 | 0021140018617 | Dog US Winn Dixie Beef 24x5.5oz | 6.72 | 0.00 | 6.72 | 940.80 |
| 136 | 0021140018601 | Dog US Winn Dixie Chicken Cuts/Gr 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018602 | Dog US Winn Dixie Turkey/Bacon 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018603 | Dog US Winn Dixie Chicken/Rice 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018605 | Dog US Winn Dixie Stew Cuts/Gravy 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018606 | Dog US Winn Dixie Bf/Bacon/Cheese 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018607 | Dog US Winn Dixie Puppy Chck/Beef 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018608 | Dog US Winn Dixie Chopped Beef 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 136 | 0021140018609 | Dog US Winn Dixie Beef Cuts/Gravy 12x13.2oz | 4.32 | 0.00 | 4.32 | 587.52 |
| 112 | 0021140018613 | Dog US Winn Dixie Beef Cuts/Gravy 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 112 | 0021140018612 | Dog US Winn Dixie Chunky Beef 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 112 | 0021140018611 | Dog US Winn Dixie Chicken Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 112 | 0021140018610 | Dog US Winn Dixie Stew Cuts/Gr 12x22oz | 6.48 | 0.00 | 6.48 | 725.76 |
| 136 | 0021140019435 | Dog US Sun Belt Beef 12x13.2oz | 2.84 | 0.00 | 2.84 | 386.24 |
| 136 | 0021140019443 | Dog US Sun Belt Chicken 12x13.2oz | 2.84 | 0.00 | 2.84 | 386.24 |

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | ▲ Continued |

# INVOICE

Page: 2

**MENU FOODS INC.**
9130 GRIFFITH MORGAN LANE
PENNSAUKEN, NEW JERSEY 08110
TEL: (856) 662-7412
FAX: (856) 662-4673

SOLD TO:
WINN-DIXIE STORES, INC
ATLANTA DIVISION
P.O. BOX 2320
JACKSONVILLE FL 322032320

SHIP TO:
WINN-DIXIE STORES, INC
GROCERY WAREHOUSE
5400 FULTON INDUSTRIAL BLVD
ATLANTA GA 30336

INVOICE NUMBER: 158487
219686
76616 SC

| DATE | ORDER NO. | ORDER DATE | SHIP VIA | TERMS | | Customer Sales Order |
|---|---|---|---|---|---|---|
| 2/21/05 | 629102 | 02/11/05 | Lamp Transportation Inc | 2% 10 Days Net 30 | | |

| QUANTITY | ITEM NUMBER | DESCRIPTION | LIST | ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3716 | | | | | | |
| 28 | | P-CHEP Pallets | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Load #: 137878 | | | | |
| | | Discount Available  369.78 | | | | 18487.44 |

Subtotal:

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|---|
| | | | | | 18,487.44 |