**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

---

*33 Whitehall Street*          *(212) 510-0500*
*21ˢᵗ Floor*                   *Fax: (212) 668-2255*
*New York, New York 10004*

February 24, 2005

TO THE LARGEST UNSECURED CREDITORS OF:

**WINN-DIXIE STORES, INC.,** *et al.,* **LEAD CASE NO. 05-11063 (RDD)**

Please be advised that the Office of the United States Trustee for the Southern District of New York will hold an organizational meeting for unsecured creditors in the above referenced bankruptcy cases on **Tuesday, March 1, 2005 at 2:00 p.m.** at the following location:

**The Westin New York
at Times Square
Gershwin Ballroom--Fourth Floor
270 West 43ʳᵈ Street
New York, New York 10007
Tel. (212) 201-2700**

The sole purpose of the meeting will be to form a committee or committees of unsecured creditors in these cases. This is not the meeting of creditors pursuant to Section 341 of the Bankruptcy Code; however, a representative of the debtors will attend and provide background information regarding the cases.

If you wish to be considered for the membership on any committee that is formed, please complete the attached "CREDITORS' COMMITTEE ACCEPTANCE FORM" and either return it by facsimile service to the Office of the United States Trustee at the number listed above or present it to a representative of the Office of the United States Trustee at the organizational meeting. Please be advised that the creditors who attend the meeting in person will be more favorably considered for committee membership over creditors who do not attend the meeting or attend by proxy.

If you do not wish to serve on a creditors' committee, your presence at the meeting is not required. Please note that your presence at this meeting is not required for the purpose of submitting a claim against the debtors.

                    Very truly yours,

                    DEIRDRE A. MARTINI
                    UNITED STATES TRUSTEE

        By:    /s/ Richard C. Morrissey
                  Richard C. Morrissey
                  Attorney

Attachment