**OFFICE OF THE UNITED STATES TRUSTEE FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
**33 Whitehall Street, 21st Floor**
**New York, New York  10004**
**Tel. No. (212) 510-0500**
**Fax No. (212) 668-2255**

RCM

<u>CREDITORS' COMMITTEE ACCEPTANCE FORM</u>

Re:     **WINN-DIXIE STORES, INC., *et al.*** (Jointly Administered)
        **Lead Case No. 05-11063 (RDD)**

**<u>PLEASE TYPE OR PRINT NEATLY AND CLEARLY:</u>**

The undersigned creditor is willing to serve on the Committee of Unsecured Creditors of the Debtors:

A.     UNSECURED CREDITOR'S NAME, ADDRESS, TELEPHONE AND TELECOPY
       NUMBERS:

_____

_____

_____

B.     NAME OF COUNSEL (if any) FOR CREDITOR, ADDRESS, TELEPHONE AND
       TELECOPY NUMBERS:

_____

_____

_____

C.     AMOUNT OF UNSECURED CLAIM:      $_____
_

D..    CLAIM ASSERTED AGAINST WHICH DEBTOR:      _____

E.     TYPE OF CLAIM (i.e., Trade, Bank, Note, etc.  If a Noteholder, please identify which
       issuance of notes is held.  Noteholders wishing to serve as fiduciaries on any statutory
       committee are advised that they may not trade while they are committee members.  By
       submitting this form, noteholders are agreeing to this prohibition):

_____

___F.  IF CREDITOR HAS PROPERTY OF THE DEBTOR IN ITS POSSESSION OR HAS A

SECURED CLAIM OR MADE A UCC 2-702 RECLAMATION, PLEASE INDICATE:

_____

__

G.    IF HOLDER OF CLAIM IS AN OFFICER OR DIRECTOR OF ANY DEBTOR,
      INDICATE POSITION:

_____

__

H.    IF HOLDER OF CLAIM IS RELATED TO AN OFFICER OR DIRECTOR OF ANY
      DEBTOR, OR A PERSON IN CONTROL OF ANY DEBTOR, INDICATE
      RELATIONSHIP:

_____

__

        •        PLEASE BE ADVISED THAT, AS FIDUCIARIES ON ANY STATUTORY
COMMITTEE, UNSECURED CREDITORS, WHO WILL HAVE ACCESS TO
CONFIDENTIAL INFORMATION ABOUT THE DEBTOR, MAY NOT TRADE WITH
RESPECT TO THE DEBT OR STOCK OF THE DEBTORS WHILE THEY ARE
COMMITTEE MEMBERS, EXCEPT PURSUANT TO A SUBSEQUENT ORDER OF
THE BANKRUPTCY COURT AUTHORIZING SUCH TRADING.  BY AGREEING TO
SERVE ON THE COMMITTEE OF UNSECURED CREDITORS, YOU HAVE AGREED
TO THIS PROHIBITION.

DATE: _____
SIGNATURE: _____
_
PRINT NAME AND TITLE OF
PERSON COMPLETING FORM: _____
_

        •        KINDLY ANSWER ALL QUESTIONS SO THAT THIS FORM CAN BE
PROCESSED PROPERLY WITHOUT DELAY.
        •        PLEASE EITHER (i) RETURN TO THE UNITED STATES TRUSTEE BY
TELECOPIER BY 12:00 noon EST on February 28, 2005, OR (ii) GIVE TO THE UNITED
STATES TRUSTEE'S REPRESENTATIVE AT THE ORGANIZATIONAL MEETING.

- <u>THIS IS NOT A PROOF OF CLAIM FORM.  PROOFS OF CLAIM ARE FILED WITH THE CLERK OF THE BANKRUPTCY COURT, NOT WITH THE UNITED STATES TRUSTEE.</u>