SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Sarah Robinson Borders

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

**NOTICE OF FURTHER HEARING ON**
**CERTAIN FIRST DAY APPLICATIONS AND MOTIONS**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing has been scheduled for March 4, 2005, at 10:00 a.m. ET, before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, to consider the following first day requests for relief made by

Winn-Dixie Stores, Inc. and its debtor affiliates,[1] certain of which have been granted on an interim basis, as indicated below and in the accompanying orders:

Application for Authority to Retain Skadden, Arps, Slate, Meagher & Flom LLP as Lead Restructuring and Bankruptcy Counsel to the Debtors

Application for Authority to Retain King & Spalding LLP as Bankruptcy Co-Counsel and General Corporate Counsel to the Debtors

Motion for Authority (A) to Prepare a Consolidated List of Creditors and a List of Equity Security Holders in Lieu of a Matrix, (B) to File a Consolidated List of the Fifty Largest General Unsecured Creditors, and (C) to Mail Initial Notice

Motion for Approval of Notice Procedures and Scheduling Omnibus Hearings (entered in part on interim basis by Order dated February 23, 2005, copy attached)

Application for Approval of Agreement with Logan & Company, Inc. and Appointment of Logan & Company, Inc. as Claims, Noticing, and Balloting Agent for the Debtors

Motion for Additional Time to File Schedules and Statements of Financial Affairs

Motion for Authority (A) to Maintain Existing Bank Accounts and Cash Management System, (B) to Continue Use of Existing Checks, and (C) to Continue Use of Current Investment Policy (entered on interim basis by Order dated February 22, 2005, copy attached)

Motion for Authority to Pay (A) Pre-Petition Compensation, Payroll Taxes, Employee Benefits, and Related Expenses, (B) Expenses Related to Independent Contractors, and (C) Retiree Benefits (entered on interim basis by Order dated February 22, 2005, copy attached)

Motion for Authority to Honor Certain Pre-Petition Customer Obligations (entered on interim basis by Order dated February 22, 2005, copy attached)

Motion for Authority to Turn Over Certain Funds Held in Trust and to Continue Performance and Honor Obligations Under Consignment Arrangements (entered on interim basis by Order dated February 22, 2005, copy attached)

Motion for Authority to Continue Pre-Petition Insurance and Workers' Compensation Programs and to Pay Pre-Petition Premiums, Related Obligations, and Premium Financing Payments (entered on interim basis by Order dated February 22, 2005, copy attached)

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Motion for Authority to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations (entered on interim basis by Order dated February 22, 2005, copy attached)

Motion for Order (A) Granting Administrative Expense Status to Debtors' Undisputed Obligations Arising from the Post-Petition Delivery of Goods Ordered in the Pre-Petition Period and Authorizing the Debtors to Pay Such Obligations in the Ordinary Course of Business; and (B) Authorizing Payment of Pre-Petition Common Carrier and Warehouse Charges (entered on interim basis by Order dated February 22, 2005, copy attached)

Motion for Authority to Pay Pre-Petition Claims Arising Under the Perishable Agricultural Commodities Act (approved on an interim basis subject to entry of order to be separately served)

Motion for Order (A) Authorizing Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery of Goods (approved on an interim basis subject to entry of order to be separately served)

Motion for Authority to Pay Certain Work-in-Progress Claims of On-Site Providers as Necessary to Avoid Disruption to Operations (entered on interim basis by Order dated February 23, 2005, copy attached)

Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance

Application for Authority to Retain The Blackstone Group, L.P. as Financial Advisors

Application for Authority to Employ XRoads Solutions Group LLC as Financial and Operations Restructuring Consultants

Application for Authority to Retain Kirschner & Legler, P.A. as Special Corporate Finance Counsel to the Debtors

Application for Authority to Retain Smith, Gambrell & Russell, LLP as Special Real Estate Counsel to the Debtors

Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business

Motion for Approval of Interim Compensation Procedures for Professionals

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Applications and Motions shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the specific grounds therefor, and shall be filed in accordance with General Order M-242 which order can be found at www.nysb.uscourts.gov, and shall further be delivered directly to Judge Drain's Chambers and served upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York

10004; (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; and (iii) Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303, so as to be actually received no later than **March 3, 2005, at 4:00 p.m., prevailing Eastern time**. Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

Copies of the Applications and Motions referenced above have been previously served by the Debtors. Additional copies of the Applications and Notices may be obtained upon written request to the Debtors' counsel of record listed below.

Dated: February 22, 2005
New York, New York

*/s/ D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-2150

- and -

Sarah Robinson Borders
Brian C. Walsh
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

PROPOSED ATTORNEYS FOR THE DEBTORS