UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                                    :
In re:                                              :
                                                    :
WINN-DIXIE STORES, INC., et al.                     :        Chapter 11
                                                    :
                                                    :        Case No. 05-11063 (RDD)
                                                    :        Jointly Administered
                            Debtors.                :
                                                    :
--------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that BAL Global Finance, LLC f/k/a/ Fleet Business Credit,

LLC, pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and

Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears

through KAYE SCHOLER LLP, its undersigned counsel, and requests service of all notices and

documents herein upon:

KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022-3598
Attn: Richard G. Smolev (RS 2222)
Attn: Keith R. Murphy (KM 5827)

Email: rsmolev@kayescholer.com
Email: kmurphy@kayescholer.com

PLEASE TAKE FURTHER NOTICE that the foregoing request for service

includes all pleadings of any kind, including, without limitation, all notices, applications,

motions, complaints, and orders, whether written or oral, formal or informal, however

transmitted or conveyed, related in any way to the above-captioned debtors, their property, or

their estates.  The undersigned request that their names be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
        February 24, 2005

                                KAYE SCHOLER LLP

                                By: /s/ Richard G. Smolev
                                    Richard G. Smolev (RS 2222)
                                    Keith R. Murphy (KM 5827)
                                    425 Park Avenue
                                    New York, New York  10022-3598
                                    (212) 836-8000

                                Counsel for BAL Global Finance, LLC
                                f/k/a/ Fleet Business Credit, LLC