IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al. | ) | |
| | ) | |
| | ) | Case No. 05-11063 (RDD) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE BY REGULAR MAIL**

    I, Laurie Schwall, hereby certify that I caused to be served true copies of the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS,** upon the parties thereon the annexed service list by regular mail as indicated on this 24th day of February 2005.

s/ Laurie Schwall
Laurie Schwall

Sworn to before me this
24th day of February 2005

/s/ Gurnel Jean- Louis
  Notary Public

Notary Public, State of New York
No. 01JE6016979
Qualified in Queens County
Commission Expires Nov. 30, 2006

Document No. 31025493

**David J. Baker**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Neal D. Colton**
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

**David W. Dykhouse**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Joseph D. Frank**
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

**Adam L. Rosen**
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622

**Walter E. Swearingen**
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022

**Richard Whitney Ward**
2527 Fairmount Street
Dallas, TX 75024

**Scott A. Zuber**
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950

**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

**Janice Stanton**
Contrarian Capital Management, L.L.C
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

**Neil E. Herman**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

**Chris Lenhart**
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

**Laurence May**
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

**Paul Traub**
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017