# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| WINN-DIXIE STORES, INC., et al. | § | |
| | § | Case No. 05-11063 (RDD) |
| Debtors. | § | |
| | § | (Jointly Administered) |

### REQUEST FOR SERVICE OF NOTICES, PLEADINGS, AND ORDERS

Sirius Computer Solutions, Inc. ("Sirius"), without consenting to or waiving any rights with respect to jurisdiction under Title 11 of the United States Code, state that they will be represented in this case by Patrick L. Huffstickler of the law firm of Cox Smith Matthews Incorporated.

1. Pursuant to Rule 2002 of the Bankruptcy Rules, Sirius requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtor or Trustee, be served on them at the following address:

> Patrick L. Huffstickler
> Cox Smith Matthews Incorporated
> 112 E. Pecan, Suite 1800
> San Antonio, Texas 78205
> (210) 554-5500
> (210) 226-8395 (Fax)
> plhuffst@coxsmith.com (E-Mail)

2. Further, pursuant to Rule 2002 of the Bankruptcy Rules, Sirius' request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex or otherwise.

741511.1

Dated:  February 24, 2005

Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
210.554.5500 (Telephone)
210.226.8395 (Facsimile)


By: */s/ Patrick L. Huffstickler*
   Patrick L. Huffstickler
   State Bar No. 10199250

**ATTORNEYS FOR SIRIUS COMPUTER SOLUTIONS**

741511.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2005 a true and correct copy of the above and foregoing *Request for Service of Notices, Pleadings, And Orders* was served by United States first class mail on the parties listed below:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Richard C. Morrissey
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

                                          */s/ Patrick L. Huffstickler*
                                          Patrick L. Huffstickler

741511.1