Michael S. Held, Esq.
State Bar No. 09388150
JENKENS & GILCHRIST, P.C.
A Professional Corporation
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799
Telephone: (214) 855-4500
Telecopy: (214) 855-4300

ATTORNEYS FOR W.D. MARIANNA PORTFOLIO, L.P.,
W.D. MILTON PORTFOLIO, L.P., AND
W.D. FLORENCE PORTFOLIO, L.P.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | | |
|---|---|---|
| IN RE: | § § | |
| WINN-DIXIE STORES, INC., et al., | § § § § § | CASE NO. 05-11063-RDD (Chapter 11) |
| DEBTOR | § | |

### NOTICE OF APPEARANCE

COMES NOW, Jenkens & Gilchrist, A Professional Corporation ("Movant") and files this its Notice of Appearance as counsel for W.D. Marianna Portfolio, L.P., W.D. Milton Portfolio, L.P. and W.D. Florence Portfolio, L.P., creditors and parties-in-interest in the above-styled case and pursuant to applicable law and Bankruptcy Rule 9010 respectfully request that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the offices, postal addresses and telephone numbers listed as follows:

DALLAS1 873228v1 99999-00001

       Michael S. Held, Esq.
       JENKENS & GILCHRIST,
       a Professional Corporation
       1445 Ross Avenue, Suite 3200
       Dallas, Texas 75202-2799
       Telephone: (214) 855-4500
       Telecopy: (214) 855-4300

  PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

  Movant additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

        Respectfully submitted,

        JENKENS & GILCHRIST
        A PROFESSIONAL CORPORATION


        By: s/s Michael S. Held
          Michael S. Held
          Texas State Bar No. 09388150
        JENKENS & GILCHRIST, P.C.
        1445 Ross Avenue, Suite 3200
        Dallas, Texas 75202-2711
        (214) 855-4500 Telephone
        (214) 855-4300 Telecopy

        ATTORNEYS FOR W.D. MARIANNA
        PORTFOLIO, L.P., W.D. MILTON PORTFOLIO,
        L.P., AND W.D. FLORENCE PORTFOLIO, L.P.