Earle I. Erman (P24296)
ERMAN, TEICHER, MILLER
 ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
Attorneys for Computer Leasing
Company of Michigan, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | **Case No. 05-11063** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

---------------------------------------------------------------x

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF PAPERS AND REQUEST FOR ADDITION TO MAILING**
**MATRIX OF COMPUTER LEASING COMPANY OF MICHIGAN, INC.**

PLEASE TAKE NOTICE that, pursuant to Section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned appear as counsel for and on behalf of Computer Leasing Company of Michigan, Inc. ("Computer Leasing").

The undersigned request service of all notices, applications, motions, orders, pleadings, reports, plans, disclosure statements and any and all papers filed or served in this case, and request that the names and addresses of the undersigned be added to all mailing matrices or service lists in this case.

Neither this appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Computer Leasing's right to have final orders in non-core matters entered only after *de*

*novo* review by a United States district judge; (ii) Computer Leasing's right to trial by jury in any proceeding so triable herein or in any other case, controversy, or proceeding related thereto; (iii) Computer Leasing's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Computer Leasing is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Computer Leasing expressly reserves.

Attorneys for Computer Leasing
Company of Michigan, Inc.

ERMAN, TEICHER, MILLER,
 ZUCKER & FREEDMAN, P.C.

   /s/ Earle I. Erman
Earle I. Erman (P24296)
400 Galleria Officentre, Ste. 444
Southfield, MI  48034
Telephone:  (248) 827-4100
Facsimile:  (248)827-4106
eerman@ermanteicher.com


DATED:   February 24, 2005


F:\CHAP11\winn dixie appearance.doc