MANIER & HEROD
Counsel for Liberty Mutual Insurance Company
150 Fourth Avenue North
Suite 2200
Nashville, TN 37219-2494
(615) 244-0030
J. Michael Franks, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In re:                                                         Chapter 11

WINN-DIXIE STORES, INC., et al.,                 Case No. 05-11063 (RDD)

                                 Debtors.        (Jointly Administered)
-----------------------------------------------------x

## <u>MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*</u>

I, J. Michael Franks, am admitted to the United States Supreme Court, Tennessee Supreme Court, the Sixth Circuit Court of Appeals and the District Court for the Middle District of Tennessee, and a member in good standing of the bar of the State of Tennessee and the U.S. Court of Federal Claims, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent, along with Angel & Frankel, P.C., Liberty Mutual Insurance Company in the above-referenced cases.  My contact information is as follows:

> J. Michael Franks
> Manier & Herod
> Suite 2200
> 150 Fourth Avenue North
> Nashville, TN 37219-2494
> Telephone: (615) 244-0030
> Facsimile:  (615) 242-4203
> E-mail: mfranks@manierherod.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice.*

Dated:  February 24, 2005
         Nashville, Tennessee

79305_1

 /s/ J. Michael Franks
J. Michael Franks
Manier & Herod
Suite 2200
150 Fourth Avenue North
Nashville, TN 37219-2494
Telephone: (615) 244-0030
Facsimile:  (615) 242-4203
E-mail: mfranks@manierherod.com

---

**ORDERED,**

that J. Michael Franks is admitted to practice, *pro hac vice*, in the above-referenced cases, in the

United States Bankruptcy Court for the Southern District of New York, subject to payment of the

filing fee.

Dated: _____, 2005
        New York, New York

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE