MANIER & HEROD
Counsel for Liberty Mutual Insurance Company
150 Fourth Avenue North
Suite 2200
Nashville, TN 37219-2494
(615) 244-0030
Michael E. Collins, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:                                              Chapter 11

WINN-DIXIE STORES, INC., et al.,                    Case No. 05-11063 (RDD)

                  Debtors.                          (Jointly Administered)
-----------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Michael E. Collins, am admitted in the United States District Court for the Middle District of Tennessee and a member in good standing of the bar of the State of Tennessee, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent, along with Angel & Frankel, P.C., Liberty Mutual Insurance Company in the above-referenced cases. My contact information is as follows:

>  Michael E. Collins
>  Manier & Herod
>  Suite 2200
>  150 Fourth Avenue North
>  Nashville, TN 37219-2494
>  Telephone: (615) 244-0030
>  Facsimile: (615) 242-4203
>  E-mail: mcollins@manierherod.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: February 24, 2005
       Nashville, Tennessee

79306_1

2

   /s/ Michael E. Collins
Michael E. Collins
Manier & Herod
Suite 2200
150 Fourth Avenue North
Nashville, TN 37219-2494
Telephone: (615) 244-0030
Facsimile:  (615) 242-4203
E-mail: mcollins@manierherod.com

---

**ORDERED,**

that Michael E. Collins is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

79306-1      2