Earle I. Erman (P24296)
ERMAN, TEICHER, MILLER
 ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
Attorneys for Computer Leasing
Company of Michigan, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**In re** : **Chapter 11**
:
**WINN-DIXIE STORES, INC., et al.,** : **Case No. 05-11063**
:
**Debtors.** : **(Jointly Administered)**
----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Earle I. Erman, a member in good standing of the bar in the State of Michigan, and admitted to practice before the U.S. District Courts for the Eastern and Western Districts of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Computer Leasing Company of Michigan, Inc. in the above referenced Chapter 11 bankruptcy case. I am a shareholder in the firm of Erman, Teicher, Miller, Zucker & Freedman, P.C. My address is 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034. My e-mail address is eerman@ermaneicher.com and my telephone number is (248) 827-4100. There are no disciplinary proceedings or criminal proceedings pending against me in any jurisdiction and there have been no disclosures of any pending formal grievances against me.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:   February 24, 2005      ERMAN, TEICHER, MILLER,
                                 ZUCKER & FREEDMAN, P.C.


                                 By:    /s/ Earle I. Erman
                                     Earle I. Erman (P24296)
                                     400 Galleria Officentre, Suite 444
                                     Southfield, MI  48034
                                     Tel:   (248) 827-4100
                                     Fax:   (248) 827-4106

F:\CHAP11\winn-dixie\mtn for admission to practice.doc