MANIER & HEROD
Counsel for Liberty Mutual Insurance Company
150 Fourth Avenue North
Suite 2200
Nashville, TN 37219-2494
(615) 244-0030
Thomas T. Pennington, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:                                             Chapter 11

WINN-DIXIE STORES, INC., et al.,                   Case No. 05-11063 (RDD)

                           Debtors.                (Jointly Administered)
-------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Thomas T. Pennington, am admitted in the United States District Court for the Middle District of Tennessee and a member in good standing of the bar of the State of Tennessee, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent, along with Angel & Frankel, P.C., Liberty Mutual Insurance Company in the above-referenced cases. My contact information is as follows:

>     Thomas T. Pennington
>     Manier & Herod
>     Suite 2200
>     150 Fourth Avenue North
>     Nashville, TN 37219-2494
>     Telephone: (615) 244-0030
>     Facsimile:  (615) 242-4203
>     E-mail: tpennington@manierherod.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  February 24, 2005
         Nashville, Tennessee

79307_1

  /s/ Thomas T. Pennington
Thomas T. Pennington
Manier & Herod
Suite 2200
150 Fourth Avenue North
Nashville, TN 37219-2494
Telephone: (615) 244-0030
Facsimile:  (615) 242-4203
E-mail: tpennington@manierherod.com

---

**ORDERED,**

that Thomas T. Pennington is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

79307-1      2