Henry A. Efroymson (IN 6427-47)
Mark A. Bogdanowicz (TN 020655)
ICE MILLER
One American Square, Box 82001
Indianapolis Indiana 46282-0002
(317) 236-2100

Attorneys for Eagle Creek Commercial Company, Inc.
and Faison-Waterford Lakes Village Limited Partnership

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                           :   Chapter 11

WINN-DIXIE STORES, INC., et al.                  :   Case No.: 05-11063 (RDD)

              Debtors.                           :   (Jointly Administered)
----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

Please Take Notice that EAGLE CREEK COMMERCIAL COMPANY, INC. and FAISON-WATERFORD LAKES VILLAGE LIMITED PARTNERSHIP by their attorneys, ICE MILLER, appear in the above-captioned case. Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), the undersigned counsel hereby demand that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Henry A. Efroymson
> Mark A. Bogdanowicz
> Ice Miller
> One American Square, Box 82001
> Indianapolis, Indiana 46282
> Telephone: (317) 236-2100
> Facsimile: (317) 236-2219
> email: Henry.Efroymson@icemiller.com
> email: Mark.Bogdanowicz@icemiller.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit shall not waive any right:  (i) to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are expressly reserved.

Dated:  February 24, 2005

        ICE MILLER

        By: /s/ Henry A. Efroymson
            Henry A. Efroymson (IN Atty # 6427-47)
            Mark A. Bogdanowicz (TN Atty # 020655)
            One American Square, Box 82001
            Indianapolis Indiana 46282-0002
            Telephone:  (317) 236-2100
            Facsimile:  (317) 236-2219

            Attorneys for Eagle Creek Commercial
            Company, Inc. and Faison-Waterford Lakes
            Village Limited Partnership

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the persons listed below by depositing same in the U.S. mail, first class postage prepaid, on the 24th day of February, 2005:

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, New York  10036<br>Proposed Attorneys for Debtors | Sarah Robinson Borders, Esq.<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, Georgia  30303<br>Proposed Attorneys for Debtors |
| Walter E. Swearingen, Esq.<br>Levi Lubarsky & Feigenbaum LLP<br>845 Third Avenue, 21st Floor<br>New York, New York<br>Attorneys for Gehr Florida Development, LLC, TA/Wester, LLC, Concord-Fund IV Retail, L.P., Crest Haven, LLC, Flagler Retail Associates, Ltd., and Elston Leetsdale, LLC | Adam L. Rosen, Esq.<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, New York<br>Attorneys for Victory Real Estate Investments, LLC, Victory Investments, Inc., et al. |
| David L. Pollack, Esq.<br>Ballard Spahr Andrews & Ingersoll, LP<br>1735 Market Street – 51st Floor<br>Philadelphia, Pennsylvania  19103<br>Attorneys for New Plan Excel Realty Trust, Inc., and Aronov Realty | Janice Stanton, Esq.<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue, Suite 225<br>Greenwich, Connecticut  06830 |
| David W. Dykhouse, Esq.<br>Patterson, Belknap, Webb & Tyler, LLP<br>1133 Avenue of the Americas<br>New York, New York  10036-6710<br>Attorneys for Hallmark Marketing Corporation | Neal D. Colton, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, Pennsylvania  19103<br>Attorneys for The Wackenhut Corporation |
| James S. Carr, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, New York  10178<br>Attorneys for Developers Diversified Realty Corp. and Edens & Avant | Peter A. Forgosh, Esq.<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ  07962-1945<br>Attorneys for Cardinal Health |

| | |
|---|---|
| Joseph D. Frank, Esq.<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, Illinois  60610<br>Attorneys for Bottling Group LLC d/b/a The Pepsi Bottling Group; PepsiAmericas, Inc.; Western Union Financial Services, Inc.; and Integrated Payment Systems, Inc. | Richard W. Ward, Esq.<br>2527 Fairmount St.<br>Dallas, Texas  75201<br>Attorney for Dr. Pepper/Seven Up, Inc., Motts, LLP, and Cadbury Adams USA LLC |
| Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York  10178<br>Attorneys for Kimco Realty Corporation | Paul Traub, Esq.<br>Traub, Bonacquist & Fox LLP<br>655 Third Avenue – 21st Floor<br>New York, New York  10017<br>Attorneys for Krispy Kreme Doughnuts Corporation |
| Leggett R. Bradford, Esq.<br>Allman Spry Leggett & Crumpler, P.A.<br>380 Knollwood Street-Suite 700<br>Winston-Salem, North Carolina  27113-5129<br>Attorneys for Krispy Kreme Doughnuts Corporation | W. Clark Watson, Esq.<br>Balch & Bingham LLP<br>P.O. Box 306<br>Birmingham, Alabama  35201<br>Attorneys for Alabama Power Company |
| Laurence May, Esq.<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, New York  10022-1906<br>Attorneys for Liberty Mutual Insurance Company | Tracy Hope Davis, Esq.<br>United States Trustee Office<br>33 Whitehall Street, 22nd Floor<br>New York, New York  10004 |

/s/ Henry A. Efroymson
Henry A. Efoymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100