Robert J. Dehney
Eric D. Schwartz
Morris, Nichols, Arsht and Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
(302) 658-3989
Attorneys for Kemor Properties, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| **WINN-DIXIE STORES, INC.**, *et al.*, | : | Case No. 05-11063 (RDD) |
|  | : |  |
| Debtors. | : | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Kemor Properties, Inc., by their attorneys, MORRIS, NICHOLS, ARSHT & TUNNELL, appear in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and request that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given and served upon the following:

Morris, Nichols, Arsht and Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Fax (302) 498-6208
email: eschwartz@mnat.com
Attn: Eric D. Schwartz, Esquire

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**MORRIS, NICHOLS ARSHT & TUNNELL**

By: _____/s/ Robert J. Dehney_____
**ROBERT J. DEHNEY (NY 5399)**
**Attorneys for Kemor Properties, Inc.**
**1201 N. Market Street**
**P.O. Box 1347**
**Wilmington, DE  19899-1347**
**(302) 658-9200**
**Fax (302) 658-3989**
**email:  rdehney@mnat.com**

**February 23, 2005**
452284