WYATT, TARRANT & COMBS, LLP
Attorney for Laura's Lean Beef
John P. Brice (JPB 5376)
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
email: lexbankruptcy@wyattfirm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

| | |
|---|---|
| In Re: ) | |
| ) | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | CASE NO. 05-11063-rdd |
| ) | (Jointly Administered) |
| Debtors. ) | |

**CLAIM FOR RECLAMATION OF GOODS**
**BY LAURA'S LEAN BEEF**

Laura's Lean Beef a creditor and party in interest in this proceeding, hereby gives notice of its claim for reclamation pursuant to 11 U.S.C. § 546(c) and KRS 355.2-702 and § 2-702 of any applicable Uniform Commercial Code. The claim for reclamation is for the goods identified on the attached invoices for a total reclamation claim of $7,353.00. Laura's Lean Beef demands return of said goods or protection of its claim as provided by 11 U.S.C. §546(c).

Respectfully submitted,

/s/ John P. Brice
John P. Brice (JPB 5376)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
email: lexbankrutpcy@wyattfirm.com

COUNSEL FOR LAURA'S LEAN BEEF

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Claim for Reclamation of Goods has been served on all parties listed below by electronic mail on this 24th day of February 2005, and by first-class, postage prepaid U.S. mail on the 24th day of February 2005.

David J. Baker
Skadden Arps Slate Meagher
& Flom, LLP
Four Times Square
New York, NY  10036

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699

                                                    /s/ John P. Brice
                                                    John P. Brice

30360900.1

## ACCOUNTS RECEIVABLE AGING REPORT

Aged As Of 02/22/2005
Printed In Customer Number, Apply-To Number Order, Detail, Open Items Only
Minimum Balance Due: All
In Aging Period Or Older: All
Document Types   I = Invoice   P = Payment   C = Cr Memo   D = Dr Memo   B = Balance Forward   F = Finance Charge
Notes:  Types I, B And F Are Aged By Their Doc Date. Types P, C And D Are Aged By Doc Date Of The Document To Which They Apply.
        On Types I, B, C And D Amount-1 Is Sale Amt. On Type P Amount-1 Is Cash Receipt Amt. On Type F Amount-1 Is Fin Charge Amt.
        On Types I, C, and D Amount-2 Is Other Charges. On Type P Amount-2 Is Discount And Allowance. (No Amount-2 For Types F & B).

| Cust-No | Name | | | | | | ************ Aged Customer Balance ************ | | | |
|---------|------|---|---|---|---|---|---|---|---|---|
| Bal-Mthd | Contact | | | | | | | | | |
| Phone-No | Terms | Slsman | Cllectr | Terr | Loc | Crdt-Lmt | CURRENT | OVER 7 DAYS | OVER 14 DAYS | OVER 21 DAYS |
| WIN150 | WINN-DIXIE N.CAROLINA | | | | | | | | | |
| Opn-Itm | ROSHANDRA BROWN | | | | | | | | | |
| 904-370-6241 | NET 7 DAYS | 001 | | BS | LX | 99,999,999,999 | | | | |

| Doc-No | Doc-Date | Tp | Aply-To | Due-Date | Amount-1 | Amount-2 | | | | |
|--------|----------|-----|---------|----------|----------|----------|---|---|---|---|
| 50020 | 02/07/2005 | I | 50020 | 02/14/05 | 1,539.00 | .00 | | | 1,539.00 | |
| 50094 | 02/10/2005 | I | 50094 | 02/17/05 | 1,197.00 | .00 | | 1,197.00 | | |
| 50182 | 02/14/2005 | I | 50182 | 02/21/05 | 1,539.00 | .00 | | 1,539.00 | | |
| 50255 | 02/17/2005 | I | 50255 | 02/24/05 | 1,539.00 | .00 | 1,539.00 | | | |
| 50345 | 02/21/2005 | I | 50345 | 02/28/05 | 1,539.00 | .00 | 1,539.00 | | | |
| | Customer Total: | | | | 7,353.00 | | 3,078.00 | 2,736.00 | 1,539.00 | .00 |
| 1 Cust Printed | Grand Totals: | | | | 7,353.00 | | 3,078.00 | 2,736.00 | 1,539.00 | .00 |
| | % Of Balance: | | | | | | 41.86 | 37.21 | 20.93 | .00 |
| | Outstand B,D,I | | | | 7,353.00 | | 3,078.00 | 2,736.00 | 1,539.00 | .00 |
| | Unapplied C,P | | | | .00 | | .00 | .00 | .00 | .00 |
| | Finance Charges | | | | .00 | | .00 | .00 | .00 | .00 |

## ACCOUNTS RECEIVABLE AGING REPORT

Aged As Of 02/22/2005
Printed In Customer Number, Apply-To Number Order, Detail, Open Items Only
Minimum Balance Due: All
In Aging Period Or Older: All
Document Types  I = Invoice   P = Payment   C = Cr Memo   D = Dr Memo   B = Balance Forward   F = Finance Charge
Notes: Types I, B And F Are Aged By Their Doc Date. Types P, C And D Are Aged By Doc Date Of The Document To Which They Apply.
       On Types I, B, C And D Amount-1 Is Sale Amt. On Type P Amount-1 Is Cash Receipt Amt. On Type F Amount-1 Is Fin Charge Amt.
       On Types I, C, and D Amount-2 Is Other Charges. On Type P Amount-2 Is Discount And Allowance. (No Amount-2 For Types F & B).

```
Cust-No    Name
Bal-Mthd   Contact                                                  **************** Aged Customer Balance ****************
Phone-No   Terms        Slsman  Cllectr Terr Loc   Crdt-Lmt         CURRENT      OVER 7 DAYS     OVER 14 DAYS    OVER 21 DAYS
================================================================================================================================
WIN150     WINN-DIXIE N.CAROLINA
Opn-Itm    ROSHANDRA BROWN
904-370-6241 NET 7 DAYS     001     BS      LX  99,999,999,999


Doc-No  Doc-Date   Tp Aply-To Due-Date    Amount-1      Amount-2     Doc Total   Apply-To Balance     Reference
50020   02/07/2005 I  50020   02/14/05     1,539.00         .00       1,539.00         1,539.00     Po: 618505   Our Ord:  50020
50094   02/10/2005 I  50094   02/17/05     1,197.00         .00       1,197.00         1,197.00     Po: 620522   Our Ord:  50094
50182   02/14/2005 I  50182   02/21/05     1,539.00         .00       1,539.00         1,539.00     Po: 625342   Our Ord:  50182
50255   02/17/2005 I  50255   02/24/05     1,539.00         .00       1,539.00         1,539.00     Po: 628262   Our Ord:  50255
50345   02/21/2005 I  50345   02/28/05     1,539.00         .00       1,539.00         1,539.00     Po: 632584   Our Ord:  50345

           Customer Total:                 7,353.00       3,078.00
                                                                                       1,539.00
                                                                     2,736.00                              .00

1 Cust Printed  Grand Totals:              7,353.00       3,078.00
                                                                                       1,539.00
                                                                     2,736.00                              .00
                % Of Balance:                               41.86
                                                                                         20.93
                                                                        37.21                              .00

           Outstand B,D,I                  7,353.00       3,078.00
                                                                                       1,539.00
                                                                     2,736.00                              .00
           Unapplied C,P                       .00            .00                           .00
                                                                          .00                              .00
           Finance Charges                     .00            .00                           .00
                                                                          .00                              .00
```

```
DATE        02/21/05
INVOICE     50345
P.O. #632584
TERMS   NET 7 DAYS
```

WINN-DIXIE N.CAROLINA
P.O BOX 40535

JACKSONVILLE, FL 32203-0595

| PRODUCT | CASES | POUNDS | PRICE/LB | TOTAL |
|---|---|---|---|---|
| SLS-GB-20M-CR-12-W/D NC | 00045 | 540.00 | 2.85 | $ 1,539.00 |

TOTAL    $    1,539.00

ject to the classifications and tariffs in effect on the date of the issue of the Bill of Lading. Bill of Lading No.: 00796294

ER: Wispak Transportation L  CARRIER NO.: Load Number: 00046943

Page 1

at PECK DATE: 2/18/05 From CARGILL MEAT SOLUTIONS, INC.

the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns

| CONSIGNED TO | SPECIAL INSTRUCTIONS |
|---|---|
| WINN DIXIE /LAURA'S LEAN<br>WINN DIXIE WAREHOUSE<br>11700 GENERAL DRIVE<br>CHARLOTTE  NC  28241 | Seal Number:<br><br>**PALLET EXCHANGE REQUIRED AT CONSIGNEE** |
| PHONE: 704-587-4055 | CUSTOMER PO: 632584<br>DELIVERY DATE: 2/21/05 |

| CASES ORDERED | CASES SHIPPED | PRODUCT CODE | PRODUCT DESCRIPTION | TEMP | NET WEIGHT | METER NO. |
|---|---|---|---|---|---|---|
| 45 | 45 | W69241 | LAURA GRD BF 92% - 1#/12 | 28 | 540.00 | |

his shipment of Ground Beef has been subjected to
 E.coli 0157:H7 testing program. The Samples tested
egative for E.coli 0157:H7. Please be advised that
he test confirms the absence of E.coli 0157:H7 only
 the specific sample tested and not the entire product

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Cargill Meat Solutions, Inc.
Signature of Consignor

If charges are to be prepaid, write or stamp here, "To be Prepaid":
**Prepaid**

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

0 CHEP  1 NON-CHEP Pallets

| NUMBER PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | | WEIGHT SUB. TO CORR. | Charges Advanced: |
|---|---|---|---|---|
| 45 | MEAT OR MEAT FOOD PRODUCTS, FRESH | 607.50 | 540.00 | $ _____ |

REC'D. BY: DATE:

TICE - NO invoice deduction or claim will be allowed unless MUTUALLY AGREED to at time of ARRIVAL. Weight discrepancies MUST be reported at time of unloading and supported by unloading tally with individual weights.
DO NOT unload if you have a claim - call (414) 645-6500
**YOU WILL BE BILLED FOR PALLETS UNLESS OUR DRIVER SIGNS BELOW**

LLETS
CEIVED OF CONSIGNEE # _____ PALLETS _____ DRIVER

**PERISHABLE**
Keep Under Refrigeration

MAINTAIN PRODUCT TEMPERATURE OF 28 DEGREES.

**PROOF OF DELIVERY MUST ACCOMPANY FREIGHT INVOICE**

This Shipment is Correctly Described

THE FIBRE BOXES used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classifications.

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
s: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
 agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per _____

HEREBY CERTIFY THAT THE ABOVE DESCRIBED MEAT OR MEAT FOOD PRODUCTS, WHICH ARE OFFERED FOR SHIPMENT IN INTERSTATE OR FOREIGN MMERCE, HAVE BEEN U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE, ARE SO MARKED, AND AT THIS DATE ARE FOUND HEALTHFUL OLESOME, AND FIT FOR HUMAN FOOD.

**ARGILL MEAT SOLUTIONS INC., Shipper,**

PALLETS IN _____ PALLETS OUT _____
AGENT, PER _____

*Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Permanent post office address of shipper - P.O. Box 2006, Milwaukee, WI  SEAL NO.: _____ DATE _____

DATE 02/17/05

INVOICE 50255

P.O. #628262

TERMS NET 7 DAYS

WINN-DIXIE N.CAROLINA
P.O BOX 40535

JACKSONVILLE, FL 32203-0595

| PRODUCT | CASES | POUNDS | PRICE/LB | TOTAL |
|---|---|---|---|---|
| SLS-GB-20M-CR-12-W/D NC | 00045 | 540.00 | 2.85 | $ 1,539.00 |

TOTAL  $  1,539.00

## WINN DIXIE /LAURA'S LEAN

| IP DATE | PO # | ORDER # | CODE | DESCRIPTION | DELIVERY DATE | SHIP BX | SHIP WT |
|---|---|---|---|---|---|---|---|
| 14/2005 | 628262 | 00794512 | W69241 | LAURA GRD BF 92% - 1#/12 | 1050217 | 45.00 | 540.00 |
|  |  |  |  |  |  |  |  |

DATE     02/14/05

INVOICE     50182

P.O. #625342

TERMS    NET 7 DAYS

WINN-DIXIE N.CAROLINA
P.O BOX 40535

JACKSONVILLE, FL 32203-0595

| PRODUCT | CASES | POUNDS | PRICE/LB | TOTAL |
|---|---|---|---|---|
| SLS-GB-20M-CR-12-W/D NC | 00045 | 540.00 | 2.85 | $ 1,539.00 |

TOTAL     $     1,539.00

to the classifications and tariffs in effect on the date of the issue of the Bill of Lading.    Bill of Lading No.: 00793946

Wispak Transportation L    CARRIER NO.:    Load Number: 00046650

Page 1

at    PECK    DATE:    2/11/05    From CARGILL MEAT SOLUTIONS, INC.

| CONSIGNED TO | SPECIAL INSTRUCTIONS |
|---|---|
| WINN DIXIE /LAURA'S LEAN<br>WINN DIXIE WAREHOUSE<br>11700 GENERAL DRIVE<br>CHARLOTTE    NC    28241 | Seal Number:<br>**PALLET EXCHANGE REQUIRED AT CONSIGNEE**<br><br>CUSTOMER PO:    625342 |
| PHONE:    704-587-4055 | DELIVERY DATE:    2/14/05 |

| CASES ORDERED | CASES SHIPPED | PRODUCT CODE | PRODUCT DESCRIPTION | TEMP | NET WEIGHT | METER NO.: |
|---|---|---|---|---|---|---|
| 45 | 45 | W69241 | LAURA GRD BF 92% - 1#/12 | 28 | 540.00 | |

is shipment of Ground Beef has been subjected to
E.coli 0157:H7 testing program. The Samples tested
gative for E.coli 0157:H7. Please be advised that
e test confirms the absence of E.coli 0157:H7 only
the specific sample tested and not the entire product

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Cargill Meat Solutions, Inc.
Signature of Consignor

If charges are to be prepaid, write or stamp here "To be Prepaid."
Prepaid

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier
Per _____

(The signature here acknowledges only the amount prepaid.)

0 CHEP    1 NON-CHEP Pallets

| NUMBER PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | | WEIGHT SUB. TO CORR. | Charges Advanced: |
|---|---|---|---|---|
| 45 | MEAT OR MEAT FOOD PRODUCTS, FRESH | 607.50 | 540.00 | $ |

REC'D. BY:    DATE:

| NOTICE - NO invoice deduction or claim will be allowed unless MUTUALLY AGREED to at time of ARRIVAL. Weight discrepancies MUST be reported at time of unloading and supported by unloading tally with individual weights.<br>DO NOT unload if you have a claim - call (414) 645-6500<br>YOU WILL BE BILLED FOR PALLETS UNLESS OUR DRIVER SIGNS BELOW<br>LLETS<br>CEIVED OF CONSIGNEE #    PALLETS    DRIVER | PERISHABLE<br>Keep Under<br>Refrigeration<br><br>MAINTAIN PRODUCT TEMPERATURE OF 28 DEGREES. | PROOF<br>OF<br>DELIVERY<br>MUST<br>ACCOMPANY<br>FREIGHT<br>INVOICE | This Shipment is Correctly Described<br><br>THE FIBRE BOXES used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classifications. |

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

HEREBY CERTIFY THAT THE ABOVE DESCRIBED MEAT OR MEAT FOOD PRODUCTS, WHICH ARE OFFERED FOR SHIPMENT IN INTERSTATE OR FOREIGN OMMERCE, HAVE BEEN U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE, ARE SO MARKED, AND AT THIS DATE ARE FOUND HEALTHFUL, OLESOME, AND FIT FOR HUMAN FOOD.

'Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

ARGILL MEAT SOLUTIONS INC., Shipper.    PALLETS IN _____ PALLETS OUT _____

AGENT, PER _____

Permanent post office address of shipper - P.O. Box 2006, Milwaukee, WI    SEAL NO.:    DATE

DATE      02/10/05

INVOICE   50094

P.O. #620522

TERMS     NET 7 DAYS

WINN-DIXIE N.CAROLINA
P.O BOX 40535

JACKSONVILLE, FL 32203-0595

| PRODUCT | CASES | POUNDS | PRICE/LB | TOTAL |
|---|---|---|---|---|
| SLS-GB-20M-CR-12-W/D NC | 00035 | 420.00 | 2.85 | $ 1,197.00 |

TOTAL    $    1,197.00

```
PADEV009H                        Shipped Vs Order                    DISPLAY
CKERBER                                                          UUA9CPLD.FPGDTAPRD

 der Number  00791514    Order Date    2/07/05    Location      PECK
 ip-To  . :  LLBWINDIX   WINN DIXIE /LAURA'S L    CHARLOTTE, NC
 ill-To . :  LAURAKY1    LAURA'S LEAN BEEF        LEXINGTON, KY
 lant   . :  PECK        Truck #  :   00046481    Stop #  :         4
 ip Date  :  2/07/05     Invoice #    00601958
 elivery Date 2/10/05    Carrier  :   WLTL
 otal Ordered     35     Total Shipped       35   Total Weight      420.00

 roduct   Description                 Order  Ship  Var      Weight         Price
 69241    LAURA GRD BF 92% - 1#/1      35     35                420.00     .00010




                                                                            Bottom

 3=Exit    F6=Print Internal    F7=Print External
```

620522

DATE      02/07/05

INVOICE    50020

P.O. #618505

TERMS    NET 7 DAYS

WINN-DIXIE N.CAROLINA
P.O BOX 40535

JACKSONVILLE, FL 32203-0595

| PRODUCT | CASES | POUNDS | PRICE/LB | TOTAL |
|---|---|---|---|---|
| SLS-GB-20M-CR-12-W/D NC | 00045 | 540.00 | 2.85 | $ 1,539.00 |

TOTAL     $    1,539.00

```
                                          DATE      02/07/05
                                          INVOICE    50020
                                          P.O. #618505
                                          TERMS    NET 7 DAYS
```

WINN-DIXIE N.CAROLINA
P.O BOX 40535

JACKSONVILLE, FL 32203-0595

| PRODUCT | CASES | POUNDS | PRICE/LB | TOTAL |
|---|---|---|---|---|
| SLS-GB-20M-CR-12-W/D NC | 00045 | 540.00 | 2.85 | $ 1,539.00 |

|  |  |  |
|---|---|---|
| TOTAL | $ | 1,539.00 |

FEB-22-05 10:24AM  FROM-LAURA'S LEAN BEEF   859-299-6822        T-845  P.13/14  F-642

to the classifications and tariffs in effect on the date of the issue of the Bill of Lading.

Bill of Lading No.: **00791165**

... Wispak Transportation L    CARRIER NO.:    Load Number: **00046382**

Page 1

at    PECK    DATE:    2/04/05    From CARGILL MEAT SOLUTIONS, INC.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO | SPECIAL INSTRUCTIONS |
|---|---|
| WINN DIXIE /LAURA'S LEAN<br>WINN DIXIE WAREHOUSE<br>11700 GENERAL DRIVE<br>CHARLOTTE    NC    28241 | Seal Number:<br>**PALLET EXCHANGE REQUIRED AT CONSIGNEE** |
| PHONE: 704-587-4055 | CUSTOMER PO:    618505<br>DELIVERY DATE:    2/07/05 |

| CASES ORDERED | CASES SHIPPED | PRODUCT CODE | PRODUCT DESCRIPTION | TEMP | NET WEIGHT | METER NO.: |
|---|---|---|---|---|---|---|
| 45 | 45 | W69241 | LAURA GRD BF 92% - 1#/12 | 28 | 540.00 | |

is shipment of Ground Beef has been subjected to
E.coli 0157:H7 testing program. The Samples tested
gative for E.coli 0157:H7. Please be advised that
e test confirms the absence of E.coli 0157:H7 only
the specific sample tested and not the entire product

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Cargill Meat Solutions, Inc.
_____
Signature of Consignor

If charges are to be prepaid, write or stamp here, "To be Prepaid."
**Prepaid**

Received $ _____
to apply in prepayment of the charges on the property described hereon.
_____
Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

0 CHEP    1 NON-CHEP Pallets

| NUMBER PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | | WEIGHT SUB. TO CORR. | Charges Advanced: |
|---|---|---|---|---|
| 45 | MEAT OR MEAT FOOD PRODUCTS, FRESH | 607.50 | 540.00 | $ _____ |

EC'D. BY:    DATE:

TICE - NO invoice deduction or claim will be allowed unless MUTUALLY AGREED to at time of ARRIVAL. Weight discrepancies MUST be reported at time of unloading and supported by unloading tally with individual weights.
DO NOT unload if you have a claim - call (414) 646-6500
**YOU WILL BE BILLED FOR PALLETS UNLESS OUR DRIVER SIGNS BELOW**

PERISHABLE
Keep Under
Refrigeration

MAINTAIN PRODUCT
TEMPERATURE OF 28
DEGREES.

PROOF
OF
DELIVERY
MUST
ACCOMPANY
FREIGHT
INVOICE

This Shipment is Correctly Described

THE FIBRE BOXES used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classifications.

LLETS
CEIVED OF CONSIGNEE #    PALLETS    DRIVER

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

*Shipper's imprint in lieu of stamp: not a part of Bill of Lading approved by the Interstate Commerce Commission.

HEREBY CERTIFY THAT THE ABOVE DESCRIBED MEAT OR MEAT FOOD PRODUCTS, WHICH ARE OFFERED FOR SHIPMENT IN INTERSTATE OR FOREIGN MMERCE, HAVE BEEN U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE, ARE SO MARKED, AND AT THIS DATE ARE FOUND HEALTHFUL, OLESOME, AND FIT FOR HUMAN FOOD.

ARGILL MEAT SOLUTIONS INC., Shipper,    PALLETS IN _____ PALLETS OUT _____

AGENT, PER

Permanent post office address of shipper - P.O. Box 2006, Milwaukee, WI    SEAL NO.:    DATE