**ROBINSON BROG LEINWAND GREENE**
**GENOVESE & GLUCK P.C.**
**Attorneys for MFR Properties, LLC**
1345 Avenue of the Americas
New York, New York 10105
(212) 586-4050
Fred B. Ringel, Esq. (FBR-7713)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 05-11063 (RDD) |
| **WINN-DIXIE STORES, INC.,** | |
| Debtors. | |

---------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appears for MFR Properties, Landlord and party in interest herein, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 1109(b), hereby demands that all notices given or required to be given in this case be given to and served upon the undersigned at the offices, post offices and telephone numbers set forth below, addressed to the attention of: **Fred B. Ringel, Esq**.

{00260314.DOC;1}

PLEASE TAKE FURTHER NOTICE, that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named Debtor or the property of the estate of the above named Debtor.

DATED: New York, New York
February 24, 2005

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorneys for MFR Properties LLC
1345 Avenue of the Americas
New York, New York  10105
(212) 586-4050

By_____/s/ Fred B. Ringel_____
Fred B. Ringel (FBR-7713)

TO: D.J. BATER
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

SARAH ROBINSON BORDERS
King & Spaulding
191 Peachtree Street
Atlanta, GA 30307

{00260314.DOC;1}

**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorneys for MFR Properties, LLC
1345 Avenue of the Americas
New York, New York 10105
(212) 586-4050
Fred B. Ringel, Esq. (FBR-7713)**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 05-11063 (RDD) |
| **WINN-DIXIE STORES, INC.,** | |
| | <u>**AFFIDAVIT OF SERVICE**</u> |
| Debtors. | |

-------------------------------------------------------X

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ss.: |
| COUNTY OF NEW YORK | ) |

    **TINA FOGEL**, being duly sworn, deposes and says:

    1. Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

    2. On the **24th** day of **February, 2005** deponent served *VIA FIRST CLASS MAIL,*

the **NOTICE OF APPEARANCE AND DEMAND FOR SERVIC*E* OF PAPERS** upon:

| | |
|---|---|
| **D.J. BATER**<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036 | **SARAH ROBINSON BORDERS**<br>King & Spaulding<br>191 Peachtree Street<br>Atlanta, GA 30307 |

by depositing true copies of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                          /s/TINA FOGEL
                                            TINA FOGEL

Sworn to before me this
**24th** day of **February, 2005**

**/s/Robert M. Sasloff**
Notary Public, State of New York
No. 31-4966401
Qualified in New York County
Commission Expires 5-7-2006

{00260314.DOC;1}