UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (Manhattan)

| | | |
|---|---|---|
| IN RE: | | |
| WINN-DIXIE STORES, INC. | * | |
| | * | CHAPTER 11 |
| | * | CASE NO: 05-11063-rdd |
| | * | |
| | * | |
| | * | |
| | * | |
| DEBTORS. | * | |

## NOTICE AND ENTRY OF APPEARANCE

Pursuant to Bankruptcy Rules 2002 and 9010, please take notice that Lee Champion., of Page, Scrantom, Sprouse, Tucker & Ford, P.C. hereby files an appearance as counsel for GEORGIA CROWN DISTRIBUTING CO. a creditor of Debtors WINN-DIXIE STORES, INC in the above-styled bankruptcy case. The undersigned hereby request that they be placed upon the Bankruptcy Matrix and that they receive copies of all pleadings, notices, motions, orders and other documents filed in these proceedings.

This 24nd day of February, 2005.

                                                   PAGE, SCRANTOM, SPROUSE,
                                                 TUCKER & FORD, P.C.

                                                 By:_____
                                                    Lee Champion

| | |
|---|---|
| 1111 Bay Ave, 3rd Floor | Georgia Bar No. 120150 |
| Post Office Box 1199 | Attorney for GEORGIA CROWN |
| Columbus, GA 31902-1199 | DISTRIBUTING CO. |
| (706) 324-0251 | |

233571.1

-1-

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (Manhattan)

IN RE:
WINN-DIXIE STORES, INC.           *
                                  *       CHAPTER 11
                                  *       CASE NO: 05-11063-rdd
                                  *
                                  *
                                  *
                                  *
                DEBTORS

CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for GEORGIA CROWN DISTRIBUTING CO., a creditor, in the above styled action and that I have this day served a copy of the above and foregoing NOTICE AND ENTRY OF APPEARANCE by mailing a copy of same, postage pre-paid, to David J. Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036

This 24nd day of February, 2005

                                    PAGE, SCRANTOM, SPROUSE,
                                    TUCKER & FORD, P.C.


                                    By_____
                                       Lee Champion
                                    Attorney for GEORGIA CROWN
                                    DISTRIBUTING CO.

233571.1