Ira S. Greene (IG-2315)
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys For Discover Financial Services, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
: 
In re :
: Case No. 05-11063 (RDD)
WINN-DIXIE STORES, INC., et al., :
: Chapter 11
Debtors. :
: (Jointly Administered)
:
:
-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Discover Financial Services, Inc., a party-in-interest, hereby appears in the above-captioned case under Chapter 11 of the United States Code ("Bankruptcy Code") and, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109 (b) of the Bankruptcy Code, demands that any notices given or required to be given to, and all papers to be served or required to be served in the above-captioned Chapter 11 case

and any other case(s) consolidated herewith, be given to and served upon:

>Hogan & Hartson L.L.P.
>875 Third Avenue
>New York, NY 10022
>Attn:  Ira S. Greene (IG-2315)
>Telephone:  (212) 918-3000
>Facsimile:  (212) 918-3100
>isgreene@hhlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, any notice, application, proposed order, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interest of the Debtor, the aforementioned party-in-interest or any property or proceeds in which the Debtor may claim an interest.  <u>Please add the attorney of record to such mailing matrix as may be used for all purposes in this case</u>.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned party-in-interest's: (1) right to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such party-in-interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and

recoupments such party-in-interest expressly reserves.

Dated: New York, New York
        February 24, 2005

                                **HOGAN & HARTSON L.L.P.**
                                Attorneys For Discover Financial Services, Inc.

                        By: /s/ Ira S. Greene
                            Ira S. Greene (IG-2315)
                            875 Third Avenue
                            New York, NY 10022
                            Telephone: (212) 918-3000
                            Facsimile: (212) 918-3100

To: All Parties on Attached Service List:

SERVICE LIST

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522


Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699


United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

\\\NY - 94825/0007 - 881335 v1