UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                                    Case No. 05-11063 (RDD)

    WINN-DIXIE STORES, INC., *et al.*,    Chapter 11

          Debtor.              **NOTICE OF APPEARANCE**

-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned appears for Northpoint Trading Inc., in the above-captioned case, and pursuant to Rules 2002, 2018, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the office, post office address and telephone number set forth below:

Neiman Ginsburg & Mairanz P.C.
39 Broadway - 25th Floor
New York, New York 10006
(212) 269-1000

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, or otherwise, which affects the Debtor or property of the Debtor.

Dated: New York, New York
   February 23, 2005

            NEIMAN GINSBURG & MAIRANZ P.C.
            Attorneys for Creditor Northpoint
            Trading, Inc.

       By: s/ Gary Ginsburg
            Gary Ginsburg (GG-3028)
            39 Broadway - 25th Floor
            New York, New York 10006
            (212) 269-1000

TO: All Persons on Attached Service List

F:\WPDOC\Northpoint\notice of appearance.wpd

SERVICE LIST


TRACY HOPE DAVIS, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
22ND FLOOR
NEW YORK, NY 10004

DAVID J. BAKER, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036
COUNSEL FOR DEBTOR

JAMES S. CARR, ESQ.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178
COUNSEL FOR DEVELOPERS DIVERSIFIED REALTY CORP. AND EDENS & AVENT

NEAL D. COLTON, ESQ.
COZEN O'CONNOR
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103
COUNSEL FOR THE WACKENHUT CORPORATION

DAVID W. DYKHOUSE, ESQ.
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
COUNSEL FOR HALLMARK MARKETING CORP.

DAVID L. POLLACK, ESQ.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103
COUNSEL FOR ARONOV REALTY AND NEW PLAN REALTY TRUST, INC.

ADAM L. ROSEN, ESQ.
SCARCELLA ROSEN & SLOME LLP
333 EARLE OVINGTON BOULEVARD, NINTH FLOOR
UNIONDALE, NY 11533-3622
COUNSEL FOR VICTORY INVESTMENTS, INC.

WALTER E. SWEARINGEN, ESQ.
LEVI LUBARSKY & FEIGENBAUM, LLP
845 THIRD AVENUE, 21ST FLOOR
NEW YORK, NY 10022
COUNSEL FOR CONCORD-FUND IV RETAIL, LP, CREST HAVEN, LLC,
ELSTON/LEETSDALE, LLC, FLAGLER RETAIL ASSOCIATES, LTD.,
GEHR FLORIDA DEVELOPMENT, LLC, TA/WESTERN, LLC

JANICE STANTON, ESQ.
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENUE, SUITE 225
GREENWICH, CT 06830

WILLIAM M. HAWKINS, ESQ.
PHILLIPS LYTLE LLP
437 MADISON AVE., 3RD FLOOR
NEW YORK, NY 10022
COUNSEL FOR SORRENTO LACTALIS, INC.

RICHARD W. WARD, ESQ.
2527 FAIRMOUNT STREET
DALLAS, TX 75201
COUNSEL FOR DR. PEPPER/SEVEN UP, INC.,
MOTTS, LLP AND CADBURY ADAMS USA LLC

W. CLARK WATSON, ESQ.
ERIC T. RAY, ESQ.
BALCH & BINGHAM LLP
P.O. BOX 306
BIRMINGHAM, AL 35201
COUNSEL FOR ALABAMA POWER COMPANY

JONATHAN N. HELFAT, ESQ.
OTTENBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169
COUNSEL FOR WACHOVIA BANK, NATIONAL ASSOCIATES

SCOTT A. ZUBER, ESQ.
PITNEY HARDIN LLP
P.O. BOX 1945
MORRISTOWN, NJ 07962-1945
COUNSEL FOR CARDINAL HEALTH

2

JOSEPH D. FRANK, ESQ.
MICAH R. KROHN, ESQ.
FRANK / GECKER LLP
325 NORTH LASALLE ST., SUITE 625
CHICAGO, IL 60610

ANGEL & FRANKEL, P.C.
460 PARK AVE.
NEW YORK, NY 10022-1906
ATTN: LAURENCE MAY, ESQ. AND RICK A. STEINBERG, ESQ.
COUNSEL FOR LIBERTY MUTUAL INSURANCE CO.

KAYE SCHOLER LLP
425 PARK AVE.
NEW YORK, NY 10022-3598
ATTN: RICHARD G. SMOLEU, ESQ.
KEITH R. MURPH, ESQ.
COUNSEL FOR BAL GLOBAL FINANCE, LLC A/K/A FLEET BUSINESS CREDIT, LLC

PATRICK L. HUFFSTICKLER, ESQ.
COX SMITH MATTHEWS INCORPORATED
112 E. PECAN, SUITE 1800
SAN ANTONIO, TX 78205
COUNSEL FOR SIRIUS COMPUTER SOLUTIONS, INC.

MICHAEL S. HELD, ESQ.
JENKENS & GILCHRIST, P.C.
1445 ROSS AVENUE, SUITE 3200
DALLAS, TX 75202-2799
COUNSEL FOR W.D. MARIANNA PORTFOLIO, L.P.,
W.D. MILTON PORTFOLIO, L.P., AND
W.D. FLORENCE PORTFOLIO, L.P.

EARLE I. ERMAN, ESQ.
ERMAN, TEICHER, MILLER, ZUCKER
& FREEDMAN, P.C.
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MI 48034
COUNSEL FOR COMPUTER LEASING
COMPANY OF MICHIGAN, INC.

3

J. MICHAEL FRANKS, ESQ.
MANIER & HEROD
150 FOURTH AVENUE NORTH
SUITE 2200
NASHVILLE, TN 37219-2494
CO-COUNSEL FOR LIBERTY MUTUAL INSURANCE COMPANY

ROBINSON BROG LEINWAND GREENE
GENEVOESE & GLUCK P.C.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
ATTN: FRED B. RINGEL, ESQ.
COUNSEL FOR MFR PROPERTIES

MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19899-1347
ATTN: ERIC D. SCHWARTZ, ESQ.
COUNSEL FOR KEMOR PROPERTIES, INC.

CONRAD K. CHIU, ESQ.
PITNEY HARDIN LLP
7 TIMES SQUARE
NEW YORK, NY 10036
COUNSEL FOR DIVERSIFIED MAINTENANCE SYSTEMS, INC.

HENRY A. EFROYMSON, ESQ.
MARK A. BOGDANOWICZ, ESQ.
ICE MILLER
ONE AMERICAN SQUARE, BOX 82001
INDIANAPOLIS, IN 46282
COUNSEL FOR EAGLE CREEK COMMERCIAL COMPANY, INC.
AND FAISON-WATERFORD LAKES VILLAGE LIMITED PARTNERSHIP

4