GARY GINSBURG, ESQ. (GG-3028)
NEIMAN GINSBURG & MAIRANZ P.C.
39 Broadway - 25th Floor
New York, New York 10006
(212) 269-1000
Attorneys for Creditor Northpoint Trading, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                              Chapter 11

      WINN-DIXIE STORES, INC., *et al.*,                Case No. 05-11063 (RDD)

              Debtor.

-----------------------------------------------------------------x

      GLEN WEINGARTEN, being duly affirmed under the penalties of perjury, hereby certifies:

    1. I am not a party to this action, am over eighteen years of age and reside at Brooklyn, New York.

    2. On February 24, 2005, I served a true copy of the within Notice of Appearance upon all parties listed on the annexed service list, by enclosing same in a first class mail post paid wrapper, properly addressed to said entities at the addresses listed (the addresses designated by said entities for service of papers), and depositing same in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

Dated: New York, New York
       February 24, 2005

                                                                              s/ Glen Weingarten
                                                                              GLEN WEINGARTEN

<u>SERVICE LIST</u>

TRACY HOPE DAVIS, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
22ND FLOOR
NEW YORK, NY 10004

DAVID J. BAKER, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036
COUNSEL FOR DEBTOR

JAMES S. CARR, ESQ.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178
COUNSEL FOR DEVELOPERS DIVERSIFIED REALTY CORP. AND EDENS & AVENT

NEAL D. COLTON, ESQ.
COZEN O'CONNOR
THE ATRIUM
1900 MARKET STREET
PHILADELPHIA, PA 19103
COUNSEL FOR THE WACKENHUT CORPORATION

DAVID W. DYKHOUSE, ESQ.
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
COUNSEL FOR HALLMARK MARKETING CORP.

DAVID L. POLLACK, ESQ.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103
COUNSEL FOR ARONOV REALTY AND NEW PLAN REALTY TRUST, INC.

ADAM L. ROSEN, ESQ.
SCARCELLA ROSEN & SLOME LLP
333 EARLE OVINGTON BOULEVARD, NINTH FLOOR
UNIONDALE, NY 11533-3622
COUNSEL FOR VICTORY INVESTMENTS, INC.

WALTER E. SWEARINGEN, ESQ.
LEVI LUBARSKY & FEIGENBAUM, LLP
845 THIRD AVENUE, 21ST FLOOR
NEW YORK, NY 10022
COUNSEL FOR CONCORD-FUND IV RETAIL, LP, CREST HAVEN, LLC,
ELSTON/LEETSDALE, LLC, FLAGLER RETAIL ASSOCIATES, LTD.,
GEHR FLORIDA DEVELOPMENT, LLC, TA/WESTERN, LLC

JANICE STANTON, ESQ.
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENUE, SUITE 225
GREENWICH, CT 06830

WILLIAM M. HAWKINS, ESQ.
PHILLIPS LYTLE LLP
437 MADISON AVE., 3RD FLOOR
NEW YORK, NY 10022
COUNSEL FOR SORRENTO LACTALIS, INC.

RICHARD W. WARD, ESQ.
2527 FAIRMOUNT STREET
DALLAS, TX 75201
COUNSEL FOR DR. PEPPER/SEVEN UP, INC.,
MOTTS, LLP AND CADBURY ADAMS USA LLC

W. CLARK WATSON, ESQ.
ERIC T. RAY, ESQ.
BALCH & BINGHAM LLP
P.O. BOX 306
BIRMINGHAM, AL 35201
COUNSEL FOR ALABAMA POWER COMPANY

JONATHAN N. HELFAT, ESQ.
OTTENBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169
COUNSEL FOR WACHOVIA BANK, NATIONAL ASSOCIATES

SCOTT A. ZUBER, ESQ.
PITNEY HARDIN LLP
P.O. BOX 1945
MORRISTOWN, NJ 07962-1945
COUNSEL FOR CARDINAL HEALTH

JOSEPH D. FRANK, ESQ.
MICAH R. KROHN, ESQ.
FRANK / GECKER LLP
325 NORTH LASALLE ST., SUITE 625
CHICAGO, IL 60610

ANGEL & FRANKEL, P.C.
460 PARK AVE.
NEW YORK, NY 10022-1906
ATTN: LAURENCE MAY, ESQ. AND RICK A. STEINBERG, ESQ.
COUNSEL FOR LIBERTY MUTUAL INSURANCE CO.

KAYE SCHOLER LLP
425 PARK AVE.
NEW YORK, NY 10022-3598
ATTN: RICHARD G. SMOLEU, ESQ.
KEITH R. MURPH, ESQ.
COUNSEL FOR BAL GLOBAL FINANCE, LLC A/K/A FLEET BUSINESS CREDIT, LLC

PATRICK L. HUFFSTICKLER, ESQ.
COX SMITH MATTHEWS INCORPORATED
112 E. PECAN, SUITE 1800
SAN ANTONIO, TX 78205
COUNSEL FOR SIRIUS COMPUTER SOLUTIONS, INC.

MICHAEL S. HELD, ESQ.
JENKENS & GILCHRIST, P.C.
1445 ROSS AVENUE, SUITE 3200
DALLAS, TX 75202-2799
COUNSEL FOR W.D. MARIANNA PORTFOLIO, L.P.,
W.D. MILTON PORTFOLIO, L.P., AND
W.D. FLORENCE PORTFOLIO, L.P.

EARLE I. ERMAN, ESQ.
ERMAN, TEICHER, MILLER, ZUCKER
& FREEDMAN, P.C.
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MI 48034
COUNSEL FOR COMPUTER LEASING
COMPANY OF MICHIGAN, INC.

J. MICHAEL FRANKS, ESQ.
MANIER & HEROD
150 FOURTH AVENUE NORTH
SUITE 2200
NASHVILLE, TN 37219-2494
CO-COUNSEL FOR LIBERTY MUTUAL INSURANCE COMPANY

ROBINSON BROG LEINWAND GREENE
GENEVOESE & GLUCK P.C.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
ATTN: FRED B. RINGEL, ESQ.
COUNSEL FOR MFR PROPERTIES

MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19899-1347
ATTN: ERIC D. SCHWARTZ, ESQ.
COUNSEL FOR KEMOR PROPERTIES, INC.

CONRAD K. CHIU, ESQ.
PITNEY HARDIN LLP
7 TIMES SQUARE
NEW YORK, NY 10036
COUNSEL FOR DIVERSIFIED MAINTENANCE SYSTEMS, INC.

HENRY A. EFROYMSON, ESQ.
MARK A. BOGDANOWICZ, ESQ.
ICE MILLER
ONE AMERICAN SQUARE, BOX 82001
INDIANAPOLIS, IN 46282
COUNSEL FOR EAGLE CREEK COMMERCIAL COMPANY, INC.
AND FAISON-WATERFORD LAKES VILLAGE LIMITED PARTNERSHIP