Darryl S. Laddin (DL-5130)
J. Hayden Kepner (Ga. Bar No. 416616)
ARNALL GOLDEN GREGORY LLP
171 17th St. NW
Suite 2100
Atlanta, Georgia  30363
(404) 873-8500

Attorneys for TSO Volusia, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :    Chapter 11
In re                                                          :
                                                               :    Case No. 05-11063
WINN-DIXIE STORES, INC., <u>et al.</u>,                        :
                                                               :    (Jointly Administered)
                              Debtors.                         :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, DARRYL S. LADDIN and J. HAYDEN KEPNER, of the firm of ARNALL GOLDEN GREGORY LLP, whose office address and telephone number appear hereinbelow, do hereby enter an appearance as counsel for TSO Volusia, LLC ("TSO") in the above-styled Chapter 11 cases.

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, TSO requests that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following address and telephone number:

**J. Hayden Kepner**
**Darryl S. Laddin**
171 17th St. NW
Suite 2100
Atlanta, Georgia  30363
Telephone:  (404) 873-8604
Fax:  (404) 873-8605
Email:  hayden.kepner@agg.com

1866088v1

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the TSO's rights (i) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to which TSO is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments TSO expressly reserves.

This 24th day of February, 2005.

        Respectfully submitted,

        ARNALL GOLDEN GREGORY LLP

        /s/ Darryl S. Laddin
        Darryl S. Laddin (DL-5130)

171 17th St. NW
Suite 2100
Atlanta, Georgia  30363
Telephone:  (404) 873-8604
Attorneys for TSO Volusia, LLC

1866088v1

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

**David J. Baker**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-2150
Fax : (917) 777-2150
Email: jbaker@skadden.com

**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255
Email: richard.morrissey@usdoj.gov

This 24th day of February, 2005.

/s/ Darryl S. Laddin
Darryl S. Laddin

1866088v1