CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Steven J. Reisman (SR 4906)

Counsel for Wilmington Trust Company

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
| In re: | : | |
| --- | --- | --- |
| | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------- x

## NOTICE OF SPECIAL APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the attorneys set forth below appear as counsel for Wilmington Trust Company, as indenture trustee for the eight and seven-eighths percent ($8^7/_8\%$) senior notes due 2008 of Winn-Dixie Stores, Inc., in the above-captioned Chapter 11 bankruptcy cases (the "Chapter 11 Cases"), and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Chapter 11 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that the following names and addresses be added to the mailing list maintained by the Clerk of Court and counsel to the debtors in the Chapter 11 Cases (collectively, the "Debtors") and further demands that all notices (including those governed by Bankruptcy Rules 2002, 3017 and 9007) given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in any case, controversy or proceeding related to the Chapter 11 Cases by all counsel, parties-in-interest and this Court be given to, and a separate copy served upon, each of the following:

Steven J. Reisman, Esq.
CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, NY  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559
E-Mail:   sreisman@cm-p.com

- and -

Steven M. Cimalore
WILMINGTON TRUST COMPANY
1100 North Market Street
Rodney Square North
Wilmington, DE 19890
Tel:  (302) 636-6058
Fax:  (302) 636-4140
E-Mail:  scimalore@wilmingtontrust.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise, which affect the Debtors or property of the Debtors or the rights of creditors and parties-in-interest such as Wilmington Trust Company.

**PLEASE TAKE FURTHER NOTICE**, that Wilmington Trust Company does not intend that this Notice of Special Appearance and Demand for Service of Papers or any later appearance or pleading be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs or recoupments to which it is or may

be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Wilmington Trust Company expressly reserves.

**PLEASE TAKE FURTHER NOTICE**, that designation of Steven J. Reisman of Curtis, Mallet-Prevost, Colt & Mosle LLP ("CM-P") to receive all notices related to this Notice of Special Appearance and Demand for Service of Papers shall not be construed as an appointment of Steven J. Reisman or CM-P as an authorized agent of Wilmington Trust Company, either expressly or implicitly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

Dated: New York, New York
February 24, 2005

        **CURTIS, MALLET-PREVOST,
        COLT & MOSLE LLP**

        By: /s/ Steven J. Reisman
           Steven J. Reisman (SR 4906)
        101 Park Avenue
        New York, New York  10178-0061
        Tel:  (212) 696-6000
        Fax:  (212) 697-1559

        Counsel for Wilmington Trust Company