WYATT, TARRANT & COMBS, LLP
Attorney for Laura's Lean Beef
John P. Brice (JPB 5376)
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
email: lexbankruptcy@wyattfirm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

| | |
|---|---|
| In Re: )<br>)<br>)<br>WINN-DIXIE STORES, INC., et al.  )<br>)<br>)<br>)<br>Debtors.  )<br>) | CHAPTER 11<br><br>CASE NO. 05-11063-rdd<br>(Jointly Administered) |

## <u>ORDER</u>

**ORDERED,**

　　that John P. Brice, Esq., is admitted to practice, ***pro hac vice***, in the above referenced

bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject

to payment of the filing fee.

Dated:
　　New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

30361074.1