**KATTEN MUCHIN ZAVIS ROSENMAN**
Thomas J. Leanse (TJL-8802)
Dustin P. Branch (DPB-3553)
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
Ph. 310.788.4400  Fax 310.788.4471

Attorneys for Landlord/Creditor
The Prudential Insurance Company of America

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**(Manhattan)**

------------------------------------------------------X
                                                      :
In re:                                                :    Chapter 11
                                                      :
WINN-DIXIE STORES, INC., et al.,                      :    Case No.: 05-11063
                                                      :    (Jointly Administered)
                         Debtors.                     :
                                                      :
------------------------------------------------------X

### REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, as Landlord of the premises located at Lake City Shopping Center, Lake City, FL (the "Landlord"), appearing through its counsel, Katten Muchin Zavis Rosenman ("KMZR"), requests that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

        Katten Muchin Zavis Rosenman
        c/o Thomas J. Leanse
        c/o Dustin P. Branch
        2029 Century Park East, Suite 2600
        Los Angeles, California  90067-3012
        (310) 788-4400

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of Landlord with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; (c) property or proceeds thereof in which Landlord claims an interest; (d) property or proceeds thereof in possession, custody or control of Landlord which the Debtor may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlord.

Dated: Los Angeles, California
February 24, 2005

**KATTEN MUCHIN ZAVIS ROSENMAN**
Attorneys for The Prudential Insurance Company of America

2029 Century Park East, Suite 2600
Los Angeles, California  90067-3012
(310) 788-4400

By:    /s/ Thomas J. Leanse
      Thomas J. Leanse (TJL-8802)
      Dustin P. Branch (DPB-3553)

PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )  ss
COUNTY OF LOS ANGELES     )

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Katten Muchin Zavis Rosenman, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012.

      On February 24, 2005, I served the within document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true and correct copy of the document thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br>T=(212) 735-3000  /  F=(212) 735-2000<br>(Via Facsimile and U.S. Mail)<br>    -and-<br>Sarah Robinson Borders, Esq.<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA  30303<br>T=(404) 572-4600  /  F=(404) 572-5100 | Office of the U. S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br>(Via U.S. Mail)<br><br>WINN-DIXIE Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL  32254<br>(Via U.S. Mail) |

BY MAIL:  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service at Los Angeles on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

FACSIMILE:  I sent such document from facsimile machine 310.788.4471 on February 24, 2005 to the above-named person at the telephone number listed above.  I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt.

      I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

      Executed on February 24, 2005, at Los Angeles, California.

                                /s/ Cora Sagara
                                Cora Sagara