UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                   :

In re                                           :    Chapter 11

WINN-DIXIE STORES, INC., *et al.*    :    Case No. 05-11063 (RDD)

                Debtors.             :    (Jointly Administered)

-------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for **Equity One, Inc. and its subsidiaries**, in the above-captioned bankruptcy cases and requests as provided in 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

| | | |
|---|---|---|
| GREENBERG TRAURIG, LLP | | GREENBERG TRAURIG, P.A. |
| Richard S. Miller, Esq. | - and - | Mark D. Bloom, Esq. |
| 200 Park Avenue | | 1221 Brickell Avenue |
| New York, New York 10166 | | Miami, FL  33131 |
| Tel: (212) 801-9200 | | Tel: (305) 579-0500 |
| Fax: (212) 801-6400 | | Fax: (305) 579-0717 |
| E-mail: millerr@gtlaw.com | | E-mail: bloomm@gtlaw.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone,

facsimile transmission, telegraph, telex, e-mail, Internet, or otherwise filled or made with regard to the above-captioned cases, that affects or seeks to affect in any way any rights or interests of any party in interest in these cases.

Dated: New York, New York
February 24, 2005

                                            Respectfully submitted,

                                            GREENBERG TRAURIG LLP
                                            Attorneys for **Equity One, Inc.**
                                            **and its subsidiaries**

                              By:  /s/ Richard S. Miller
                                            Richard S. Miller (RM-2428)
                                            200 Park Avenue
                                            New York, New York 10166
                                            Tel: (212) 801-9200
                                            Fax: (212) 801-6400

                                                      - and -

                                            GREENBERG TRAURIG, P.A.
                                            Mark D. Bloom, Esq.
                                            1221 Brickell Avenue
                                            Miami, FL  33131
                                            Tel: (305) 579-0500
                                            Fax: (305) 579-0717