UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                          :
In re                                                     : Chapter 11
                                                          :
WINN-DIXIE STORES, INC., *et al.*                         : Case No. 05-11063 (RDD)
                                                          :
                        Debtors.                          : (Jointly Administered)
                                                          :
-------------------------------------------------------- x

# CERTIFICATE OF SERVICE

Richard S. Miller hereby declares, pursuant to 28 U.S.C. § 1746, and under penalties of perjury, the following:

1. I am employed by the law firm of Greenberg Traurig, LLP.

2. I am over 18 years of age and reside in New York, New York. I am not a party to this action.

3. On February 24, 2005, I caused a true and correct copy of the following document to be served upon the parties on the attached Service List at the addresses set forth by *overnight mail (Federal Express, Priority Overnight)*:

    **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2005

                                                        /s/ Richard S. Miller
                                                          Richard S. Miller

## SERVICE LIST

David J. Baker, Esq.
Skadden Arps Slate Meagher
  & Flom, LLP
Four Times Square
New York, NY  10036

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303

Richard S. Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Howard B. Levi, Esq.
Steven B. Feigenbaum, Esq.
Levi Lubarsky & Feigenbaum LLP
845 Third Avenue, 21st Floor
New York, NY  10022

Adam L. Rosen, Esq.
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, NY  11553

Omer Kuebel III, Esq.
C. Davin Boldissar, Esq
Locke Liddell & Sapp LLP
601 Poydras Street, Suite 2400
New Orleans, LA 70130-6036

David L. Pollack, Esq.
Jeffrey Meyers, Esq.
Dean C. Waldt, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Janice Stanton
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

David W. Dykhouse, Esq.
Michael Handler, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

Neal D. Colton, Esq.
David J. Liebman, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

James S. Carr, Esq.
Robert L. LeHane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Scott A. Zuber, Esq.
Pitney Hardin LLP
200 Campus Drive
Florham Park, NJ 07932-0950

Joseph D. Frank, Esq.
Micah R. Krohn, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

Richard W. Ward, Esq.
2527 Fairmount St.
Dallas, TX 75201

| | |
|---|---|
| Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0600 | Paul Traub, Esq.<br>Wendy Marcari, Esq.<br>Traub, Bonacquist & Fox LLP<br>655 Third Avenue, 21st Floor<br>New York, NY 10017 |
| Leggett R. Bradford, Esq.<br>Allman Spry Leggett & Crumpler, P.A.<br>380 Knollwood Street, Suite 700<br>Winston-Salem, NC 27113-5129 | W. Clark Watson, Esq.<br>Eric T. Ray, Esq.<br>Balch & Bingham LLP<br>1901 Sixth Avenue North, Suite 2600<br>Birmingham, AL 35201 |
| Laurence May, Esq.<br>Rick A. Steinberg, Esq.<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022-1906 | Richard G. Smolev, Esq.<br>Keith R. Murphy, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 |
| Patrick L. Huffstickler, Esq.<br>Cox Smith Matthews Incorporated<br>112 E. Pecan, Suite 1800<br>San Antonio, TX 78205 | Michael S. Held, Esq.<br>Jenkens & Gilchrist, P.C.<br>1445 Ross Avenue, Suite 3200<br>Dallas, TX 75202-2799 |
| Earle I. Erman, Esq.<br>Erman, Teicher, Miller, Zucker &<br>  Freedman, P.C.<br>400 Galleria Office Centre, Suite 444<br>Southfield, MI 48034 | Conrad K. Chiu, Esq.<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY 10036 |
| Henry A. Efroymson, Esq.<br>Mark A. Bogdanowicz, Esq.<br>Ice Miller<br>One American Square, Box 82001<br>Indianapolis, IN 46282 | Eric D. Schwartz, Esq.<br>Morris, Nichols, Arsht and Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899-1347 |
| Fred B. Ringel, Esq.<br>Robinson Brog Leinwand Greene<br>  Genovese & Gluck P.C.<br>1345 Avenue of the Americas<br>New York, NY 10105 | Lee Champion, Esq.<br>Page, Scrantom, Sprouse, Tucker<br>  & Ford, P.C.<br>1111 Bay Avenue, 3rd Floor<br>Columbus, GA 31902-1199 |
| Kathleen M. Miller, Esq.<br>Smith Katzenstein & Furlow<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE 19899 | Mr. David Boyle<br>Airgas, Inc.<br>259 Radnor-Chester Road, Suite 100<br>Radnor, PA 19087-8675 |

Ira S. Greene, Esq.  
Hogan & Hartson L.L.P.  
875 Third Avenue  
New York, NY 10022  

Frank Vydra, Esq.  
Discover Financial Services, Inc.  
2500 Lake Cook Road  
Riverwoods, IL 60015  

Gary Ginsburg, Esq.  
Neiman Ginsburg & Mairanz P.C.  
39 Broadway, 25th Floor  
New York, NY 10006  

J. Hayden Kepner, Esq.  
Darryl S. Laddin, Esq.  
Arnall Golden Gregory LLP  
171 17th St. NW, Suite 2100  
Atlanta, GA 30363  

Steven J. Reisman, Esq.  
Curtis, Mallet-Prevost, Colt & Mosle LLP  
101 Park Avenue  
New York, NY 10178-0061  

Steven M. Cimalore  
Wilmington Trust Company  
1100 North Market Street  
Rodney Square North  
Wilmington, DE 19890  

Thomas J. Leanse, Esq.  
Dustin P. Branch, Esq.  
Katten Muchin Zavis Rosenman  
2029 Century Park East, Suite 2600  
Los Angeles, CA 90067-3012  

Thomas H. Grace, Esq.  
W. Steven Bryant, Esq.  
Locke Liddell & Sapp LLP  
600 Travis Street  
3400 Chase Tower  
Houston,, TX 77002