UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| | : | |
| In re: | : | Case No. 05-11063-rrd |
| | : | |
| Winn Dixie Stores, Inc., | : | Chapter 11 |
| | : | |
| Debtor | : | |
| | : | |

_____

### FRIENDSHIP DAIRIES, INC.'S
### NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on February 23, 2005, pursuant to 11 U.S.C. 546,

Friendship Dairies, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc.

and its affiliated debtors.  A copy of the written demand is attached hereto.

Dated:  February 24, 2005
          Buffalo, New York


                              PHILLIPS LYTLE LLP


                              By ___s / Allan L. Hill_____
                                      Allan L. Hill
                                      Lisa B. Beaser
                              Attorneys for Friendship Dairies, Inc.
                              437 Madison Avenue
                              34th Floor
                              New York, New York   10022
                              (212) 759-4888


LBBhj
BFLO Doc. # 1462685.1