

February 23, 2005

Mr. Hal Hopkins, Financial Director
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Re: Friendship Dairies, Inc. ("Friendship") Demand for Reclamation upon
Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Debtor")

Friendship sold products to the Debtor on credit, which were shipped to the Debtor between February 11, 2005 and February 19, 2005 ("Goods"). The Goods were received by the Debtor at a time when the Debtor was insolvent, and were sold to the Debtor in the ordinary course of business.

Pursuant to Section 546(c) of Title 11 of the United States Code ("Bankruptcy Code") and Section 2-702 of the New York Uniform Commercial Code, Friendship hereby tenders its demand for reclamation of the Goods that are more particularly described on invoice numbers 276680, 276679, 276791, 277466, 277566, 277567, attached hereto. This notice constitutes a timely demand for reclamation upon the Debtor. All other rights and remedies of Friendship are reserved.

Please contact me immediately at (516) 719-4000 to discuss return of the Goods. We also request written confirmation and inventory records confirming that the Goods are on hand at your facility as of this date.

Sincerely,

Joseph Murgolo
President

cc: David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-2150
Fax: (917) 777-2150
Email: jbaker@skadden.com

Lisa B. Beaser, Esq.
Phillips Lytle LLP

FRIENDSHIP DAIRIES, INC.
ONE JERICHO PLAZA
JERICHO, NY 11753-1668
516-719-4000
FAX 516-719-3880
www.friendshipdairies.com

# INVOICE

PAGE: 1    FI\

REMIT TO: **Friendship Dairies**
Church Street Station
P.O. Box 6546
New York, NY 10249-6546

ORDER DATE: 2/11/05
ORDER NO.: 375989
CUSTOMER NO.: 9478
CUSTOMER P.O. NO.: 620123
TERMS: NET 28

INVOICE DATE: 2/11/05
INVOICE NO.: 276680
SHIPMENT DATE: 2/11/05
DUE DATE: 3/11/05

BILL TO: 9478
WINN-DIXIE STORES, INC. (ORL)
P O BOX 40043
JACKSONVILLE, FL 322030043

SHIP TO: 9478
WINN DIXIE
4401 SEABOARD AVENUE
ORLANDO, FL 32808

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO | UPC NO | DESCRIPTION | UOM | UNIT PRICE | PROMO ALLOWED | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 249 | 40071481 024005 | FRSHP COT CH 1%      6/16OZ | CS | 8.7300 | | 8.7300 | 174.60 |
| 20 | 20 | 209 | 40071481 020304 | FRSHP COT CH 1% PA   6/16OZ | CS | 8.7300 | | 8.7300 | 174.60 |
| 80 | 80 | 420 | 60071481 042003 | FRSHP SR CRM         12/16OZ | CS | 13.1600 | | 13.1600 | 1,052.80 |

TOTAL UNITS SHIPPED: 120.00
TOTAL WEIGHT: 1200.00

**TOTAL INVOICE AMOUNT: $   1,402.00**

PLEASE NOTE: THIS INVOICE IS TO BE PAID IN FULL BY THE ABOVE DATE. PLEASE SUPPORT ANY DEDUCTIONS WITH A FULL EXPLANATION. AN ANNOTATED FREIGHT BILL OR DELIVERY TICKET MUST ACCOMPANY ANY DEDUCTIONS FOR SHORT OR DAMAGED PRODUCTS.

ANY CLAIMS FOR PRICE, TRADE ALLOWANCES, CASH DISCOUNTS OR OTHER BENEFITS PERTAINING TO THIS CONTRACT MUST BE MADE 90 DAYS FROM THE INVOICE DATE.

# INVOICE

PAGE: 1     FINAL

REMIT TO: **Friendship Dairies**
Church Street Station
P.O. Box 6546
New York, NY 10249-6546

ORDER DATE: 2/11/05
ORDER NO.: 375986
CUSTOMER NO.: 8370
CUSTOMER P.O. NO.: 620116
TERMS: NET 28

INVOICE DATE: 2/11/05
INVOICE NO.: 276679
SHIPMENT DATE: 2/11/05
DUE DATE: 3/11/05

BILL TO: 8370
WINN-DIXIE STORES, INC. (MIA)
PO BOX 40026
JACKSONVILLE, FL 322030026

SHIP TO: 8370
WINN DIXIE MIAMI
3300 NW 123RD STREET
MIAMI, FL

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO. | UPC NO. | DESCRIPTION | U/M | UNIT PRICE | PROMO ALLOWED | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 249 | 40071481 024005 | FRSHP COT CH 1%      6/16OZ | CS | 8.7300 | | 8.7300 | 174.60 |
| 40 | 40 | 124 | 40071481 012101 | FRSHP POT CH         6/16OZ | CS | 8.7300 | | 8.7300 | 349.20 |
| 60 | 60 | 209 | 40071481 020304 | FRSHP COT CH 1% PA   6/16OZ | CS | 8.7300 | | 8.7300 | 523.80 |
| 40 | 40 | 420 | 60071481 042003 | FRSHP SR CRM         12/16OZ | CS | 13.1600 | | 13.1600 | 526.40 |
| 80 | 80 | 221 | 40071481 022001 | FRSHP COT CH NF PA   6/16OZ | CS | 8.7300 | | 8.7300 | 698.40 |
| 20 | 20 | 254 | 40071481 025002 | FRSHP COT CH 1% SF   6/16OZ | CS | 8.7300 | | 8.7300 | 174.60 |

TOTAL UNITS SHIPPED: 260.00
TOTAL WEIGHT: 1800.00

**TOTAL INVOICE AMOUNT: $   2,447.00**

PLEASE NOTE: THIS INVOICE IS TO BE PAID IN FULL BY THE ABOVE DATE. PLEASE SUPPORT ANY DEDUCTIONS WITH A FULL EXPLANATION. AN ANNOTATED FREIGHT BILL OR DELIVERY TICKET MUST ACCOMPANY ANY DEDUCTIONS FOR SHORT OR DAMAGED PRODUCTS.

ANY CLAIMS FOR PRICE, TRADE ALLOWANCES, CASH DISCOUNTS OR OTHER BENEFITS PERTAINING TO THIS CONTRACT MUST BE MADE 90 DAYS FROM THE INVOICE DATE.

# INVOICE

PAGE: 1   FINAL

**Friendship**

REMIT TO: Friendship Dairies
Church Street Station
P.O. Box 6546
New York, NY 10249-6546

ORDER DATE: 2/12/05
ORDER NO.: 375987
CUSTOMER NO.: 8371
CUSTOMER P.O. NO.: 620117
TERMS: NET 28

INVOICE DATE: 2/12/05
INVOICE NO.: 276791
SHIPMENT DATE: 2/12/05
DUE DATE: 3/12/05

BILL TO: 8371
WINN-DIXIE STORES, INC (POM)
PO BOX 40026
JACKSONVILLE, FL 322030026

SHIP TO: 8371
WINN DIXIE (POMPANO)
1141 SW 12TH AVENUE
POMPANO, FL 33069

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO. | UPC CODE | DESCRIPTION | UOM | UNIT PRICE | PROMO ALLOWED | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 40 | 40 | 249 | 40071481 024005 | FRSHP COT CH 1%    6/16OZ | CS | 8.7300 | | 8.7300 | 349.20 |
| 40 | 40 | 124 | 40071481 012101 | FRSHP POT CH       6/16OZ | CS | 8.7300 | | 8.7300 | 349.20 |
| 66 | 66 | 209 | 40071481 020304 | FRSHP COT CH 1% PA 6/16OZ | CS | 8.7300 | | 8.7300 | 576.18 |
| 60 | 60 | 420 | 60071481 042003 | FRSHP SR CRM       12/16OZ | CS | 13.1600 | | 13.1600 | 789.60 |
| 40 | 40 | 221 | 40071481 022001 | FRSHP COT CH NF PA 6/16OZ | CS | 8.7300 | | 8.7300 | 349.20 |
| 40 | 40 | 254 | 40071481 025002 | FRSHP COT CH 1% SF 6/16OZ | CS | 8.7300 | | 8.7300 | 349.20 |

TOTAL UNITS SHIPPED: 286.00
TOTAL WEIGHT: 2076.00

**TOTAL INVOICE AMOUNT : $   2,762.58**

PLEASE NOTE: THIS INVOICE IS TO BE PAID IN FULL BY THE ABOVE DATE. PLEASE SUPPORT ANY DEDUCTIONS WITH A FULL EXPLANATION. AN ANNOTATED FREIGHT BILL OR DELIVERY TICKET MUST ACCOMPANY ANY DEDUCTIONS FOR SHORT OR DAMAGED PRODUCTS.
ANY CLAIMS FOR PRICE, TRADE ALLOWANCES, CASH DISCOUNTS OR OTHER BENEFITS PERTAINING TO THIS CONTRACT MUST BE MADE 90 DAYS FROM THE INVOICE DATE.

ORIGINAL

# INVOICE

PAGE: 1    FINAL

**Friendship**

REMIT TO: Friendship Dairies
Church Street Station
P.O. Box 6546
New York, NY 10249-6546

ORDER DATE: 2/18/05
ORDER NO.: 376587
CUSTOMER NO.: 9478
CUSTOMER P.O. NO.: 627716
TERMS: NET 28

INVOICE DATE: 2/18/05
INVOICE NO.: 277466
SHIPMENT DATE: 2/18/05
DUE DATE: 3/18/05

BILL TO: 9478
WINN-DIXIE STORES, INC. (ORL)
P O BOX 40043
JACKSONVILLE, FL 322030043

SHIP TO: 9478
WINN DIXIE
4401 SEABOARD AVENUE
ORLANDO, FL 32808

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO | UPC | DESCRIPTION | SIZE | U/M | UNIT PRICE | PROMO ALLOWED | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 249 | 40071481 024005 | FRSHP COT CH 1% | 6/16OZ | CS | 8.7300 | | 8.7300 | 174.60 |
| 40 | 40 | 209 | 40071481 020304 | FRSHP COT CH 1% PA | 6/16OZ | CS | 8.7300 | | 8.7300 | 349.20 |

TOTAL UNITS SHIPPED: 60.00
TOTAL WEIGHT: 360.00

**TOTAL INVOICE AMOUNT: $  523.80**

PLEASE NOTE: THIS INVOICE IS TO BE PAID IN FULL BY THE ABOVE DATE. PLEASE SUPPORT ANY DEDUCTIONS WITH A FULL EXPLANATION. AN ANNOTATED FREIGHT BILL OR DELIVERY TICKET MUST ACCOMPANY ANY DEDUCTIONS FOR SHORT OR DAMAGED PRODUCTS.

ANY CLAIMS FOR PRICE, TRADE ALLOWANCES, CASH DISCOUNTS OR OTHER BENEFITS PERTAINING TO THIS CONTRACT MUST BE MADE 90 DAYS FROM THE INVOICE DATE.

ORIGINAL

# INVOICE

PAGE: 1    FINAL

**REMIT TO: Friendship Dairies**
Church Street Station
P.O. Box 6546
New York, NY 10249-6546

ORDER DATE: 2/19/05
ORDER NO.: 376585
CUSTOMER NO.: 8370
CUSTOMER P.O. NO.: 627709
TERMS: NET 28

INVOICE DATE: 2/19/05
INVOICE NO.: 277566
SHIPMENT DATE: 2/19/05
DUE DATE: 3/19/05

BILL TO: 8370
WINN-DIXIE STORES, INC. (MIA)
PO BOX 40026
JACKSONVILLE, FL 322030026

SHIP TO: 8370
WINN DIXIE MIAMI
3300 NW 123RD STREET
MIAMI, FL

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO. | UPC NO. | DESCRIPTION | | UNIT | UNIT PRICE | PROMO ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 249 | 40071481 024005 | FRSHP COT CH 1% | 6/16OZ | CS | 8.7300 | | 8.7300 | 174.60 |
| 20 | 20 | 124 | 40071481 012101 | FRSHP POT CH | 6/16OZ | CS | 8.7300 | | 8.7300 | 174.60 |
| 60 | 60 | 209 | 40071481 020304 | FRSHP COT CH 1% PA | 6/16OZ | CS | 8.7300 | | 8.7300 | 523.80 |
| 60 | 60 | 221 | 40071481 022001 | FRSHP COT CH NF PA | 6/16OZ | CS | 8.7300 | | 8.7300 | 523.80 |
| 60 | 60 | 254 | 40071481 025002 | FRSHP COT CH 1% SF | 6/16OZ | CS | 8.7300 | | 8.7300 | 523.80 |

TOTAL UNITS SHIPPED: 220.00
TOTAL WEIGHT: 1320.00

**TOTAL INVOICE AMOUNT: $ 1,920.60**

PLEASE NOTE: THIS INVOICE IS TO BE PAID IN FULL BY THE ABOVE DATE. PLEASE SUPPORT ANY DEDUCTIONS WITH A FULL EXPLANATION. AN ANNOTATED FREIGHT BILL OR DELIVERY TICKET MUST ACCOMPANY ANY DEDUCTIONS FOR SHORT OR DAMAGED PRODUCTS.

ANY CLAIMS FOR PRICE, TRADE ALLOWANCES, CASH DISCOUNTS OR OTHER BENEFITS PERTAINING TO THIS CONTRACT MUST BE MADE 90 DAYS FROM THE INVOICE DATE.

ORIGINAL

# INVOICE

PAGE : 1     FINAL

**Friendship**

REMIT TO: **Friendship Dairies**
Church Street Station
P.O. Box 6546
New York, NY 10249-6546

ORDER DATE : 2/19/05
ORDER NO.: **376586**
CUSTOMER NO.: **8371**
CUSTOMER P.O. NO.: **627710**
TERMS : **NET 28**

INVOICE DATE : 2/19/05
INVOICE NO.: **277567**
SHIPMENT DATE : 2/19/05
DUE DATE : 3/19/05

8371

BILL TO: WINN-DIXIE STORES, INC. (POM)

PO BOX 40026
JACKSONVILLE, FL 322030026

8371

SHIP TO: WINN DIXIE (POMPANO)

1141 SW 12TH AVENUE
POMPANO, FL 33069

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NO. | UPC NO. | DESCRIPTION | | U/M | LIST PRICE | PROMO ALLOWANCE | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 20 | 249 | 40071481 024005 | FRSHP COT CH 1% | 6/16OZ | CS | 8.7300 | | 8.7300 | 174.60 |
| 40 | 40 | 124 | 40071481 012101 | FRSHP POT CH | 6/16OZ | CS | 8.7300 | | 8.7300 | 349.20 |
| 44 | 44 | 209 | 40071481 020304 | FRSHP COT CH 1% PA | 6/16OZ | CS | 8.7300 | | 8.7300 | 384.12 |
| 40 | 40 | 221 | 40071481 022001 | FRSHP COT CH NF PA | 6/16OZ | CS | 8.7300 | | 8.7300 | 349.20 |
| 40 | 40 | 254 | 40071481 025002 | FRSHP COT CH 1% SF | 6/16OZ | CS | 8.7300 | | 8.7300 | 349.20 |

TOTAL UNITS SHIPPED :  184.00
TOTAL WEIGHT :  1104.00

**TOTAL INVOICE AMOUNT : $   1,606.32**

PLEASE NOTE: THIS INVOICE IS TO BE PAID IN FULL BY THE ABOVE DATE. PLEASE SUPPORT ANY DEDUCTIONS WITH A FULL EXPLANATION. AN ANNOTATED FREIGHT BILL OR DELIVERY TICKET MUST ACCOMPANY ANY DEDUCTIONS FOR SHORT OF DAMAGED PRODUCTS.
ANY CLAIMS FOR PRICE, TRADE ALLOWANCES, CASH DISCOUNTS OR OTHER BENEFITS PERTAINING TO THIS CONTRACT MUST BE MADE 90 DAYS FROM THE INVOICE DATE.
ORIGINAL