IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTHERN NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WINN-DIXIE STORES, INC. | : | CASE NO. 05-11063 (RDD) |
| | : | |
| | : | |
| Debtor. | : | |

## ENTRY OF APPEARANCE ON BEHALF OF SOUTHEAST PROVISIONS, L.L.C. AND DIETZ & WATSON, INC.

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Southeast Provisions, L.L.C. and Dietz & Watson, Inc., a creditor and party in interest, and under, inter alia, Bankruptcy Rules 2002, 9007, 9010 and section1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), requests that all notices give or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esquire
704 East Main Street, Building "E"
Moorestown, NJ 08057

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect any way any rights or interests of any creditor or party in interest in this case, including Southeast Provisions, L.L.C. and Dietz & Watson, Inc. with respect to: (a) the debtor: (b) property of the estate, or

proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Southeast Provisions, L.L.C. and Dietz & Watson, Inc.

PLEASE TAKE FURTHER NOTICE that Southeast Provisions, L.L.C. and Dietz & Watson, Inc. intends that neither this Entry of Appearance nor any later appearance, pleading, paper, claim, or suit shall waive (1) the right of Southeast Provisions, L.L.C. and Dietz & Watson, Inc. to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the right of Southeast Provisions, L.L.C. and Dietz & Watson, Inc. to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right of Southeast Provisions, L.L.C. and Dietz & Watson, Inc to have the District Court withdraw the reference in nay matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Southeast Provisions, L.L.C. and Dietz & Watson, Inc. is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

**Grueneberg Law Group, LLC**

  /s/ Rudi R. Grueneberg_____
Rudi R. Grueneberg, Esquire
704 East Main Street, Building "E"
Moorestown, NJ  08057
(856) 235-6710 / Telephone
(856) 235-6898 / Telefax

Dated:  February 22, 2005