IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u> | ) | Case No. 05-11063 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**ORDERED,**

that Austin L. McMullen, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,

/s/ Austin L. McMullen
Austin L. McMullen
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307

*Attorneys for Doane Pet Care Company*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was forwarded electronically or by first class mail postage prepaid to:

| | |
|---|---|
| David J. Baker | Richard C. Morrissey |
| Skadden Arps Slate Meagher & Flom, LLP | Office of the U.S. Trustee |
| Four Times Square | 33 Whitehall Street, 21st Fl. |
| New York, NY 10036 | New York, NY 10004 |
| | |
| *Counsel for Debtors* | *U.S. Trustee* |

on this the 25th day of February, 2005.

                                                /s/ Austin L. McMullen
                                                Austin L. McMullen