IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| IN RE: § | |
| § | |
| WINN-DIXIE STORES, INC. § | |
| § | CASE NO. 05-11063-RDD |
| DEBTOR § | |

## NOTICE OF RECLAMATION DEMAND OF
## DELL MARKETING, L.P.

Please be advised that a Notice of Reclamation Demand on behalf of Dell Marketing, L.P. was served on February 24, 2005 on the Debtor by and through its attorneys of record, David J. Baker, Sarah Robinson Borders, and Brian C. Walsh. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Respectfully submitted,

*/s/ Sabrina L. Streusand*
SABRINA L. STREUSAND
Texas State Bar No. 11701700
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, Texas 78701

**COUNSEL FOR DELL MARKETING, L.P.**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above Notice of Reclamation Rights was served on the 25th day of February, 2005, as set forth below, by Regular United States Mail, Postage Prepaid, as follows:

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 | Debtor's Attorneys |
| Sarah Robinson Borders<br>Brian C. Walsh<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA  30303 | Debtor's Attorneys |
| U.S. Trustee<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | |

/s/ *Sabrina L. Streusand*