

111 Congress Avenue, Suite 900
Austin, Texas 78701
512.482.6800
512.482.6859 fax

hughesluce.com

February 24, 2005

Sabrina L. Streusand
512.482.6842
streuss@hughesluce.com

## BY FACSIMILE AND U.S. MAIL

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036
(212) 735-2000 (Fax)

Sarah Robinson Borders, Esq.
Brian C. Walsh, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-5100 (Fax)

Re:    In re: Winn-Dixie Stores, Inc.; No.  05-11063-RRD; In the United States
Bankruptcy Court for the Southern District of New York (Manhattan)

RE:    Reclamation Demand – Dell Marketing, L.P.

Dear Ms. Borders and Messrs. Walsh and Baker:

We represent Dell Marketing, L.P. in connection with its Reclamation Claim for shipments of computer parts and equipment (the "Products") delivered to Winn-Dixie Supermarkets, Inc. on the following dates under the following described Invoices:

| Delivery Date | Invoice Number | Invoice Date | Amount of Invoice |
|---|---|---|---|
| 02-14-05 | D32060203 | 02-10-05 | $ 548.28 |
| 02-18-05 | D37826662 | 02-15-05 | $ 188.04 |
| 02-18-05 | D39445305 | 02-16-05 | $ 140.21 |

**EXHIBIT**
"A"

006005.00074:170623.01

February 24, 2005
Page 2

| 02-18-05 | D39457869 | 02-16-05 | $5,828.98 |

Amount of Reclamation Demand: $6,705.51

For your convenience and information, I am enclosing a copy of the invoices that are the basis of this Reclamation Demand.

We have been advised that a petition under the Bankruptcy Code was filed by the Debtor on or about February 21, 2005. Consequently, the enclosed documentation reflects that the sum of $6705.51 remains due and owing for the Products identified in connection with Dell Marketing, L.P.'s Reclamation Demand.

In exercise of my client's rights under Section 2.702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, demand is hereby made for reclamation of the Products identified above.

Please advise me at your earliest convenience if the debtor will agree to the return of the computer Products and allow for arrangements to be made to pick up the Products and/or if the Debtor prefers, that it will stipulate and agree to Dell Marketing, L.P. receiving an administrative claim for value of Product delivered ten (10) days prior to the petition date.

In addition, under Invoice Nos. D45308659 - $1,714.50; D45649332 - $1,536.12; D45831386 - $777.89; D42911010 - $851.84; and D43091911 - $909.05, product was delivered after the petition date (shipping/delivery detail attached). We believe that the docket reflects motions and orders that will allow the Debtor to pay for such computer Products that were delivered post-petition in the ordinary course of business. We ask that you contact your client regarding these post-petition transactions and inquire with respect to payment of these invoices.

We look forward to working with you to resolve this matter.

Very truly yours,

Sabrina L. Streusand

cc: Mr. Michael Keller

006005.00074:170623.01

# INVOICES AND PROOF OF DELIVERY
# FOR RECLAMATION DEMAND



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616605
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0988
Technical Support: (800) 269-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39211
Order Number: 222697429
Order Date: 02/10/05

Invoice Number: D32060203

Invoice Date: 02/10/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 12 | 12 | 311-2362 | 256MB,Double Data Rate SDRAM,1 Dimm,for Dell Latitude D-Family Notebooks,Customer Kit | EA | 42.00 | 504.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 9.00 |
| Subtotal | $ | 513.00 |
| Taxable: | Tax: | |
| $ 504.00 | $ | 35.28 |
| Invoice Total | $ | 548.28 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D32060203
Customer Number: 14806762
Purchase Order: 39211
Order Number: 222697429

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 9.00 |
| Subtotal | $ | 513.00 |
| Taxable: | Tax: | |
| $ 504.00 | $ | 35.28 |
| Invoice Total | $ | 548.28 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 548.28 |
| Amt. Enclosed | $ | |



SIGNATURE PROOF OF DELIVERY: DETAIL

Tracking Number:    76436455583

Shipment Summary:

Shipped on:        2/11/05
Delivered on:      2/14/05  9:40 am
Delivered to:      Receptionist
Signed for by:     R MIRAFLOR
Pieces:            1

Signature:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

Receiver:

WINN DIXIE INC
Jacksonville, FL  32254
United States

* For further assistance please Contact Us .

* This information is provided subject to DHL tariffs, Terms and Conditions of Service, a
  privacy policy.

© DHL | Privacy Policy | Contact Us | Site Map | DHL Global/Corporate Information | Home



This is your **INVOICE**

Page 1 of 1

FID Number: 74-2616605
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14606762
Purchase Order: 39232
Order Number: 229200540
Order Date: 02/15/05

Invoice Number: D37826662

Invoice Date: 02/15/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 313-2046 | 24-24-24X CD Read Write with DVD, Slimline, for OptiPlex SX260/SX270, Customer Install | EA | 168.26 | 168.26 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 8.00 |
| Subtotal | $ | 176.26 |
| Taxable: | | Tax: |
| 8 | 168.26 | $ | 11.78 |
| Invoice Total | $ | 188.04 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA 30353-4118

Invoice Number: D37826662
Customer Number: 14606762
Purchase Order: 39232
Order Number: 229200540

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 8.00 |
| Subtotal | $ | 176.26 |
| Taxable: | | Tax: |
| $ | 168.26 | $ | 11.78 |
| Invoice Total | $ | 188.04 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 188.04 |
| Amt. Enclosed | $ | |



# DELL

This is your INVOICE

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (866) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14808762
Purchase Order: 39235
Order Number: 230986691
Order Date: 02/16/05

Invoice Number: D39446305

Invoice Date: 02/16/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 00000009070900?5

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | A0084558 | 256 MB Module for Dell Latitud e C400/C510/C610/C810/X200 Sys toms | EA | 62.95 | 125.90 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 131.40 |
| Taxable: | | Tax: |
| $ | 125.90 | $ 8.81 |
| Invoice Total | $ | 140.21 |

# DELL

DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D39446305
Customer Number: 14808762
Purchase Order: 39235
Order Number: 230986691

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 131.40 |
| Taxable: | | Tax: |
| $ | 125.90 | $ 8.81 |
| Invoice Total | $ | 140.21 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 140.21 |
| Amt. Enclosed | $ | |



## TRACKING RESULTS: DETAIL

**Tracking Number:**   69789001586

### Shipment Summary:

| | |
|---|---|
| Current Status: | Shipment delivered. |
| Delivered on: | 2/18/05  9:46 am |
| Delivered to: | Receptionist |
| Signed for by: | H WILLAMS |

### Shipment History:

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|------|------|-----------------------|----------|
| 2/18/05 | 9:46 am | Shipment delivered. | Jacksonville, FL |
| | 8:17 am | Arrived at DHL facility. | Jacksonville, FL |
| 2/18/05 | 3:26 pm | Picked Up by DHL. | Shipper's Door |

### Shipper:

DELL INC
Meridian, ID 83642
United States

### Receiver:

MANAGER, I T ASSET
Jacksonville, FL  32254
United States

### Shipment Detail:

| | | | |
|---|---|---|---|
| Service: | 2nd day | Ship Type: | Package |
| Special: | | Description: | |
| Weight: | 1 | Shipper's Reference: | 89391727 |
| Pieces: | 1 | | |

◆ Tracking detail provided by DHL: 2/23/2005, 2:24:35 pm pt.

◆ For assistance, please contact us.

◆ You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

© DHL  |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global/Corporate Information  |  Home

http://track.dhl-usa.com/TrackByNbr.asp                                       2/23/2005



# DELL

**This is your INVOICE**

Page 1 of 1

FID Number: 74-2618805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39236
Order Number: 231615255
Order Date: 02/16/05

Invoice Number: D39457869

Invoice Date: 02/16/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 62712312082

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
IT MANAGER
WINN DIXIE
PO#39236
5050 EDGEWOOD C
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 12 | 12 | A0097930 | PTO/1000 MT Quad Port Server A dapter | EA | 453.27 | 5,439.24 |
| | | | SN#500B08504ADC32199001 SN#B00B38504ADC32199001 SN#B00C805 | | | |
| | | | 1 | | | |
| | | | SN#B00D1C504ADC32199001 SN#B00D54504ADC32199001 SN#B00D66I | | | |
| | | | 1 | | | |
| | | | SN#B00E2C504ADC32199001 SN#B00EA4504ADC32199001 SN#B152D4I | | | |
| | | | 1 | | | |
| | | | SN#B15304504ADC32199001 SN#B15618504ADC32199001 SN#B156945C | | | |
| | | | 1 | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 9.00 |
| Subtotal | $ | 5,448.24 |
| Taxable: | | Tax: |
| $ | 5,439.24 $ | 380.74 |
| Invoice Total | $ | 5,828.98 |

---

# DELL

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA 30353-4118

Invoice Number: D39457869
Customer Number: 14806762
Purchase Order: 39236
Order Number: 231615255

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 9.00 |
| Subtotal | $ | 5,448.24 |
| Taxable: | | Tax: |
| $ | 5,439.24 $ | 380.74 |
| Invoice Total | $ | 5,828.98 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 5,828.98 |
| Amt. Enclosed | $ | |



| | By Number | By Reference | By Email | Signature P.O.D | Sky Courier | Shipments |

**TRACKING RESULTS: DETAIL**

Tracking Number:   62712312062

**Shipment Summary:**

Current Status:      Shipment delivered.
Delivered on:        2/18/05  9:46 am
Delivered to:
Signed for by:       H WILLIAMS                                                    Ge

**Shipment History:**

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|------|------|-----------------------|----------|
| 2/18/05 | 9:46 am | Shipment delivered. | Jacksonville, FL |
|         | 7:19 am | Arrived at DHL facility. | Jacksonville, FL |
| 2/17/05 | 11:39 pm | Departing origin. | Orlando, FL |
| 2/16/05 | 11:48 am | Picked Up by DHL. | Shipper's Door |

**Shipper:**                                    **Receiver:**

                                                WINN DIXIE
Millington, TN  38053                           Jacksonville, FL  32254
United States                                   United States

**Shipment Detail:**

| Service: | Ground | Ship Type: | Package |
|----------|--------|------------|---------|
| Special: | | Description: | |
| Weight: | 8 | Shipper's Reference: | 20FWQCH1123161525503938 |
| Pieces: | 1 | | |

* Tracking detail provided by DHL: 2/23/2005, 12:18:38 pm pt.
* For assistance, please contact us.
* You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
  use of DHL tracking systems and information is strictly prohibited.

© DHL  |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global/Corporate Information  |  Home

# POST-PETITION INVOICES AND PROOF OF DELIVERY

# DELL

**This is your INVOICE**

Page 1 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 296-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39250
Order Number: 233340381
Order Date: 02/17/05

Invoice Number: D45308659

Invoice Date: 02/21/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A96424777*207

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
O P SUPERVISOR
WINN DIXIE STORES DP01
PO# 39243
1141 S W 12TH A
POMPANO BEACH, FL 33069

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-5963 | Latitude D800, Pentium M 725 (1.60GHz) 14.1 XGA, English | EA | 1,574.05 | 1,574.05 |
| 1 | 1 | 311-1574 | 512MB, 2 Dimms, Double Data Rate for Latitude D400/600/800 Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2850 | Performance USB Keyboard for Latitude, D-FAM, TIED | EA | 0.00 | 0.00 |
| 1 | 1 | 340-7877 | 30GB Hard Drive 9.5MM 4200RPM for Dell Latitude D-FAM, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 340-8895 | Floppy Drive, Internal/External for Dell Latitude D-Family, Notebooks, Factory Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 420-1946 | Windows XP Professional, SP1 with media, for Latitude English, Factory Installed | EA | 0.00 | 0.00 |
| 1 | 1 | 310-8574 | Dell USB 2 Button Optical Mouse with Scroll for Latitude Notebooks, Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 313-1535 | Internal 56K Modem for Dell Latitude D-Family Notebooks, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4225 | 65W AC Adapter for Latitude D-Family | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2648 | 8XDVD+RW for Latitude D505 D600, D800, Factory Installed | EA | 0.00 | 0.00 |
| 1 | 1 | 430-0896 | Dell Wireless 1350 WLAN (802.11b/g,54Mbps) miniPCI Card, Latitude D400/500/600/800 Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 312-0189 | 6-Cell/53 WHr Primary Battery for Dell all Latitude D500/D600, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2852 | Classic Nylon Carrying Case for Dell Latitude D-Family Notebooks, Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5499 | 65W additional AC Adapter for Latitude D400/505/600 X300, Factory Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 900-8232 | *Type 3 Contract - Next Business Day Parts and Labor | EA | 0.00 | 0.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 40.00 |
| Subtotal | | 1,620.05 |
| Taxable: | Tax: | |
| $ 1,574.05 | $ | 94.45 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 1,714.50 |

# DELL

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D45308659
Customer Number: 14806762
Purchase Order: 39250
Order Number: 233340381

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 40.00 |
| Subtotal | | 1,620.05 |
| | Tax: | |
| $ 1,574.05 | $ | 94.45 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 1,714.50 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,714.50 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (900) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 290-3355
Dell Online: http://www.dell.com

Customer Number: 14805752
Purchase Order: 39250
Order Number: 233340881
Order Date: 02/17/05

Invoice Number: D45309559
Invoice Date: 02/21/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A96424777207

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
D P SUPERVISOR
WINN DIXIE STORES DP01
PO# 36943
1141 S W 12TH A
POMPANO BEACH, FL 33069

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| | | | On-Site Response, 2YR Extended | | | |
| 1 | 1 | 900-8600 | *Type 3 Contract - Next Business Day Parts and Labor | EA | 0.00 | 0.00 |
| | | | On-Site Response, Initial Year | | | |
| | | System Service Tags | FPBZT61 | | | |



Home | About UPS | Contact UPS | Welcome Center



**UPS Uni**

Tracking

Log-In  User ID:          Password:           | Forgot Password

**Tracking**

→ Track by Tracking Number
→ Track by Reference Number
→ Import Tracking Numbers ▤
→ Track by E-mail
→ Access Quantum View
→ Void a Shipment ▤
→ Help



We'll Pack and Ship With Love

The UPS Store®  →

**Find Answers to Your Tracking Questions**

→ Go to Tracking Number FAQ

**|||||| Track by Tracking Number**

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Feb 23, 2005 2:41 P.M. |
| **Signed by:** | WILCOX |
| **Location:** | MAIL ROOM |
| **Delivered to:** | US |
| **Shipped or Billed on:** | Feb 21, 2005 |
| **Tracking Number:** | 1Z E12 A96 42 4777 720 7 |
| **Service Type:** | GROUND |
| **Weight:** | 29.00 Lbs |

**Package Progress:**

| Date/ Time | Location | Activity |
|---|---|---|
| Feb 23, 2005 | | |
| 2:41 P.M. | DEERFIELD BEACH, FL, US | DELIVERY |
| 6:50 A.M. | DEERFIELD BEACH, FL, US | OUT FOR DELIVERY |
| 5:40 A.M. | DEERFIELD BEACH, FL, US | ARRIVAL SCAN |
| Feb 22, 2005 | | |
| 1:25 P.M. | JACKSONVILLE, FL, US | DEPARTURE SCAN |
| Feb 21, 2005 | | |
| 7:53 P.M. | US | BILLING INFORMATIC RECEIVED |
| 4:03 P.M. | NASHVILLE, TN, US | ORIGIN SCAN |

Tracking results provided by UPS: Feb 23, 2005 3:22 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

↑ Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



| | This is your **INVOICE** | | Page 1 of 2 |

**FID Number:** 74-2516905
**Sales Rep:** SUZY SWAN
**For Sales:** (868) 242-0936
**Sales Fax:** (800) 333-4329
**Customer Service:** (868) 242-0936
**Technical Support:** (800) 289-3355
**Dell Online:** http://www.dell.com

**Customer Number:** 14905782
**Purchase Order:** 39243
**Order Number:** 233376932
**Order Date:** 02/17/05

**Invoice Number:** D45649332
**Invoice Date:** 02/17/05
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UPS COMMERCIAL
**Waybill Number:** E12A96421621928538

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
D P SUPERVISOR
WINN DIXIE STORES DP01
PO# 39243
1141 S W 12TH A
POMPANO BEACH, FL 33069

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-5963 | Latitude D600, Pentium M 725 (1.6GHz) 14.1 XGA, English | EA | 1,405.79 | 1,405.79 |
| 1 | 1 | 311-1874 | 512MB, 2 Dimms, Double Data Rate for Latitude D400/600/800 Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2850 | Performance USB Keyboard for Latitude,D-FAM,TIED | EA | 0.00 | 0.00 |
| 1 | 1 | 340-7877 | 30GB Hard Drive 9.5MM 4200RPM for Dell Latitude D-FAM, FactoryInstall | EA | 0.00 | 0.00 |
| 1 | 1 | 340-5895 | Floppy Drive,Internal/External for Dell Latitude D-Family, Notebooks, Factory Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 420-1946 | Windows XP Professional, SP1 with media, for Latitude English, Factory Installed | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5574 | Dell USB 2 Button Optical Mouse with Scroll for Latitude Notebooks, Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 313-1535 | Internal 56K Modem for Dell Latitude D-Family Notebooks, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4225 | 65W AC Adapter for Latitude D-Family | EA | 0.00 | 0.00 |
| 1 | 1 | 313-1296 | 24X CD-ROM for Latitude D-Family, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 430-0896 | Dell Wireless 1350 WLAN (802.11b/g,54Mbps) miniPCI Card,Latitude D400/500/600/800 Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 312-0189 | 6-Cell/53 WHr Primary Battery for Dell all Latitude D600/D600, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2852 | Classic Nylon Carrying Case for Dell Latitude D-Family Notebooks,Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5409 | 65W additional AC Adapter for Latitude D400/505/600 X300, Factory Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 900-6232 | *Type 3 Contract - Next Business Day Parts and Labor | EA | 0.00 | 0.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 46.00 |
|---|---|---|
| Subtotal | | 1,451.79 |
| Taxable: | Tax: | |
| $ 1,405.79 | $ | 84.33 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 1,536.12 |

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA, 30353-4118

**Invoice Number:** D45649332
**Customer Number:** 14806782
**Purchase Order:** 39245
**Order Number:** 233376932

| Ship. &/or Handling | $ | 46.00 |
|---|---|---|
| Subtotal | | 1,451.79 |
| Taxable: | Tax: | |
| $ 1,405.79 | $ | 84.33 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 1,536.12 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,536.12 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                                 Page 2 of 2

FID Number: 74-2616808                Customer Number: 14805762              Invoice Number: D48649332
Sales Rep: SUZY SWAN                  Purchase Order: 39243
For Sales: (888) 242-0938            Order Number: 233375982                 Invoice Date: 02/21/05
Sales Fax: (800) 333-4329             Order Date: 02/17/05                   Payment Terms: NET DUE 30 DAYS
Customer Service: (888) 242-0938                                            Shipped Via: UPS COMMERCIAL
Technical Support: (800) 289-3355                                           Waybill Number: E12A9642152H9838
Dell Online: http://www.dell.com

                                        06 01 O 01 01 N

SOLD TO:                                                    SHIP TO:
MR IT  ASSET                                                D P SUPERVISOR
WINN DIXIE STORES INC                                      WINN DIXIE STORES DP01
5050 EDGEWOOD CT                                            PO# 39243
JACKSONVILLE, FL 32254-3699                                1141 S W 12TH A
                                                           POMPANO BEACH, FL 33069

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
|       |         |             | On-Site Response, 2YR Extended |  |  |  |
| 1     | 1       | 900-6600    | *Type 3 Contract - Next Business Day Parts and Labor | EA | 0.00 | 0.00 |
|       |         |             | On-Site Response, Initial Year |  |  |  |
|       |         | System Service Tags | 3SXZT61 |  |  |  |



Home | About UPS | Contact UPS | Welcome Center



**UPS Uni**

Tracking

Log-In  User ID: _____  Password: _____   | Forgot Password

## Tracking

→ Track by Tracking Number
→ Track by Reference Number
→ Import Tracking Numbers 🔒
→ Track by E-mail
→ Access Quantum View
→ Void a Shipment 🔒
→ Help



We'll Pack and
Ship With Love

The UPS Store® →

**Find Answers to Your
Tracking Questions**

→ Go to Tracking Number FAQ

### ▌▌▌ Track by Tracking Number

#### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Feb 23, 2005 2:41 P.M. |
| **Signed by:** | WILCOX |
| **Location:** | MAIL ROOM |
| **Delivered to:** | US |
| **Shipped or Billed on:** | Feb 22, 2005 |
| | |
| **Tracking Number:** | 1Z E12 A96 42 1524 983 8 |
| **Service Type:** | GROUND |
| **Weight:** | 18.00 Lbs |

#### Package Progress:

| Date/Time | Location | Activity |
|---|---|---|
| **Feb 23, 2005** | | |
| 2:41 P.M. | DEERFIELD BEACH, FL, US | DELIVERY |
| 6:30 A.M. | DEERFIELD BEACH, FL, US | OUT FOR DELIVERY |
| 5:45 A.M. | DEERFIELD BEACH, FL, US | ARRIVAL SCAN |
| **Feb 22, 2005** | | |
| 2:55 P.M. | JACKSONVILLE, FL, US | DEPARTURE SCAN |
| 6:19 A.M. | US | BILLING INFORMATIO RECEIVED |
| 1:08 A.M. | NASHVILLE, TN, US | ORIGIN SCAN |

Tracking results provided by UPS: Feb 23, 2005 3:23 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a Information is strictly prohibited.

← Back to Tracking Summary

⬆ Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616606
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806782
Purchase Order: 34449
Order Number: 238486197
Order Date: 02/21/05

Invoice Number: D45831386

Invoice Date: 02/21/05
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
CHRIS BUDDE
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | 2N922 | Dual Inline Memory Module,512, 256M,64X72,8K,184,R2S | EA | 259.00 | 518.00 |
| 1 | 1 | 5X839 | Dual In Line Memory Module, 128M,100MHz,16X72,RAID on Mother Board | EA | 100.00 | 100.00 |
| 1 | 1 | C1297 | Power Supply,730W,Redundant | EA | 109.00 | 101.00 |

CHRIS BUDDE (904) 570-8679 POS 54804415

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 727.00 |
| Taxable: | Tax: | |
| $ 727.00 | $ | 50.89 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 777.89 |

DETACH AT LINE AND RETURN WITH PAYMENT



**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL, USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D45831386
Customer Number: 14806702
Purchase Order: 34449
Order Number: 238486197

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 727.00 |
| Taxable: | Tax: | |
| $ 727.00 | $ | 50.89 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 777.89 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 777.89 |
| Amt. Enclosed | $ | |



SIGNATURE PROOF OF DELIVERY: DETAIL

**Tracking Number:** 79710691885

**Shipment Summary:**

| | |
|---|---|
| Delivered on: | 2/22/05 9:16 am |
| Delivered to: | Receptionist |
| Signed for by: | MR PARKER |
| Pieces: | 1 |

**Signature:**

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

**Receiver:**

Please retry later to obtain receiver information.

♦ For further assistance please Contact Us .

♦ This information is provided subject to DHL tariffs, Terms and Conditions of Service, a privacy policy.

© DHL | Privacy Policy | Contact Us | Site Map | DHL Global/Corporate Information | Home



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616806
Sales Rep: THU TRAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 18951758
Purchase Order: 39222
Order Number: 233236746
Order Date: 02/17/05

Invoice Number: D42911010

Invoice Date: 02/18/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 18295313761

08 01 O 01 01 N

**SOLD TO:**
IT MGMT
WINN DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

**SHIP TO:**
ANDY WILLIS
WINN DIXIE STORES DP01
PO 39222
1141 S W 12TH A
POMPANO BEACH, FL 33069

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | A0114852 | CS--Winn-Dixie--Lexmark T630n VE | EA | 652.70 | 652.70 |
| 1 | 1 | A0118591 | CS--Winn Dixie--LEXMARK 500 e heat drawer for T or X series 52X/62X/63X | EA | 159.14 | 159.14 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 40.00 |
| Subtotal | $ | 851.84 |
| Taxable: | | Tax: |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 851.84 |

---

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D42911010
Customer Number: 18951758
Purchase Order: 39222
Order Number: 233236746

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 40.00 |
| Subtotal | $ | 851.84 |
| Taxable: | | Tax: |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 851.84 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 851.84 |
| Amt. Enclosed | $ | |





**This is your INVOICE**                                                Page 1 of 1

FID Number: 74-2616805                    Customer Number: 18961758        Invoice Number: D43091911
Sales Rep: THU TRAN                       Purchase Order: 39222
For Sales: (888) 242-0928                 Order Number: 233240110          Invoice Date: 02/18/05
Sales Fax: (800) 393-4329                 Order Date: 02/17/05             Payment Terms: NET DUE 30 DAYS
Customer Service: (888) 242-0938                                           Shipped Via: LTL
Technical Support: (800) 289-3355                                          Waybill No: 16006239485
Dell Online: http://www.dell.com

                                          06 01 O 01 01 N

SOLD TO:                                  SHIP TO:
IT MGMT                                   ANDY WILLIS
WINN DIXIE                                WINN DIXIE STORES DP01
5050 EDGEWOOD COURT                       PO 39222
JACKSONVILLE, FL 32254                    1141 S W 12TH A
                                          POMPANO BEACH, FL 33069

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | A0114852 | CS--Winn-Dixie--Lexmark T630n VE | EA | 652.70 | 652.70 |
| 1 | 1 | A0118691 | CS--Winn Dixie--LEXMARK 500 s heet drawer for T or X series 52X/62X/63X | EA | 159.14 | 159.14 |
| 1 | 1 | A0114857 | CS-Winn-Dixie - RS-232C Serial /Parallel 1284-C Interface Car d | EA | 49.96 | 49.96 |
| 1 | 1 | A0125455 | CS-Winn Dixie - Parallel 1284- C Cable - 6 ft | EA | 7.25 | 7.25 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 40.00 |
|---------------------|---|-------|
| Subtotal | $ | 909.05 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 909.05 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA 30353-4118

Invoice Number: D43091911
Customer Number: 18961756
Purchase Order: 39222
Order Number: 233240110

| Ship. &/or Handling | $ | 40.00 |
|---------------------|---|-------|
| Subtotal | $ | 909.05 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 909.05 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 909.05 |
| Amt. Enclosed | $ | |



### TRACKING RESULTS: DETAIL

**Tracking Number:** 16006239465

**Shipment Summary:**

| | |
|---|---|
| Current Status: | Shipment delivered. |
| Delivered on: | 2/22/05 1:18 pm |
| Delivered to: | Receptionist |
| Signed for by: | J JAMES |

**Shipment History:**

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|---|---|---|---|
| 2/22/05 | 1:18 pm | Shipment delivered. | Fort Lauderdale, FL |
| | 9:12 am | Delivery Attempted. Will attempt again next business day. | Fort Lauderdale, FL |
| | 7:33 am | Arrived at DHL facility. | Fort Lauderdale, FL |
| 2/20/05 | 7:29 am | Processed at Sort Facility. | Wilmington, OH |
| 2/18/05 | 12:34 pm | Picked Up by DHL. | Shipper's Door |

**Shipper:**

Fort Worth, TX 76177
United States

**Receiver:**

WINN DIXIE STORES DP01
Pompano Bch, FL 33069
United States

**Shipment Detail:**

| | | | |
|---|---|---|---|
| Service: | Ground | Ship Type: | Package |
| Special: | | Description: | |
| Weight: | 1 | Shipper's Reference: | 2332401102097801 |
| Pieces: | 1 | | |

* Tracking detail provided by DHL: 2/23/2005, 12:20:07 pm pt.
* For assistance, please contact us.
* You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

© DHL ¦ Privacy Policy ¦ Contact Us ¦ Site Map ¦ DHL Global/Corporate Information ¦ Home

