# MACCO & STERN, LLP
Attorneys At Law
135 Pinelawn Road
Suite 120 South
Melville, New York 11747
www.maccosternlaw.com

Michael J. Macco      Telephone (631) 549-7900
Richard L. Stern     Facsimile (631) 549-7845
_____
Vincent Cuocci

February 25, 2005

**VIA OVERNIGHT MAIL**

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

RE: American Food Distributors Inc. Reclamation Demand/Winn-Dixie Stores Inc.
    Bankruptcy Case No.: 05-11063-rdd

Dear Mr. Baker:

    Please be advised that the undersigned represents American Food Distributors Inc.

    In compliance with Section 546 of the Bankruptcy Code, this letter shall constitute a reclamation demand upon Winn-Dixie Stores Inc. ("Debtor") in the amount of $134,737.65 with respect to goods sold and delivered by American Food Distributors Inc. to the debtor as reflected on the attached invoices.

    Please immediately advise with respect to the position of the debtor concerning this reclamation demand.

    Thank you for your immediate attention to this matter.

Very truly yours,
/*s/ Richard L. Stern*
Richard L. Stern
RLS:jh
cc: Winn-Dixie Stores Inc. via overnight mail
    Office of the U.S. Trustee via overnight mail
    Attn: Richard C. Morrissey
    Clerk U.S. Bankruptcy Court
    All parties who have filed notices of appearance in the case by
     Regular mail
    American Food Distributors Inc.