IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTHERN NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WINN-DIXIE STORES, INC. | : | CASE NO.  05-11063 (RDD) |
| | : | |
| | : | |
| Debtor. | : | |

**SOUTHEAST PROVISIONS, LLC**
**NOTICE OF DEMAND FOR RECLAMATION**

PLEASE TAKE NOTICE that on February 23 2005, pursuant to U.S.C. 546, Southeast Provisions, LLC served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors.  A copy of the written demand is attached hereto.

Dated:  February 25, 2005
         Philadelphia, Pennsylvania

                                        Southeast Provisions, LLC

                                        By:   /s/ Rudi R. Grueneberg
                                             Rudi R. Grueneberg, Esquire, General Counsel
                                             Attorney for Southeast Provisions, LLC
                                             11 Task Industrial Court
                                             Greenville, South Carolina 29607

X:\Client File\Dietz & Watson\Winn Dixie\Notice.of.Reclamation.doc