# Grueneberg Law Group, LLC
*Attorneys at Law*

704 EAST MAIN STREET
BUILDING "E"
MOORESTOWN, NJ  08057
Telephone:  (856) 235-6710
Telecopier: (856) 235-6898

Email:  RRG@rglawgroup.com

*Member of New Jersey
and Pennsylvania Bar

RUDI R. GRUENEBERG*
Managing Member

February 25, 2005

*Via Fax 904-783-5059*
*And Federal Express*
Winn-Dixie Stores, Inc.
**ATTN:  Bennett Nussbaum, Senior VP and CFO**
505 Edgewood Court
Jacksonville, Florida  32254

   **Re: Winn-Dixie Stores, Inc.**
      **Southeast Provisions, LLC**
      **Outstanding Invoices**

Dear Mr. Nussbaum:

  Please be advised that we represent Southeast Provisions, LLC, an exclusive distributor of Dietz & Watson, Inc.  Southeast Provisions, LLC provided goods to Winn-Dixie Stores during the past ten (10) days as specified on the following invoice numbers:

| | | | | |
|---|---|---|---|---|
| 113154 | 113477 | 112979 | 113278 | 113206 |
| 113776 | 113780 | 113372 | 113671 | 113061 |
| 113613 | 113487 | 112978 | 113208 | 113779 |
| 113131 | 113701 | 113875 | 113296 | 113057 |
| 113310 | 113616 | 113829 | 113732 | 113591 |
| 113270 | 113371 | 113584 | 113476 | 113197 |
| 113790 | 113802 | 113733 | 112992 | 113679 |
| 113217 | 113834 | 112993 | 113103 | 113682 |
| 112975 | 113485 | 113129 | 113685 | 113058 |
| 113366 | 113615 | 113830 | 113303 | 112977 |
| 113481 | 112976 | 113484 | 112974 | 113483 |
| 113737 | 113218 | 113888 | 113680 | 113019 |
| 113297 | 113216 | 113813 | 113020 | 113599 |
| 113475 | 113800 | 113269 | 113804 | 113274 |
| 113798 | 113472 | 113172 | 113173 | 113473 |
| 113067 | 113571 | 112973 | 113184 | 113700 |
| 113307 | 113803 | 113189 | 113603 | 113174 |
| 113600 | 113373 | 113300 | 113305 | 113814 |
| 113301 | 113815 | 113227 | 113887 | 113276 |
| 113225 | 113818 | 113394 | 113796 | 113736 |
| 113275 | 113797 | 113299 | 113810 | 112971 |
| 113183 | 113120 | 113684 | 113272 | 113795 |

Winn-Dixie Stores, Inc.
**Attn: Bennett Nussbaum**
February 25, 2005
Page 2 of 2

| | | | | |
|---|---|---|---|---|
| 113188 | 113364 | 113807 | 113091 | 113704 |
| 113205 | 113056 | 113312 | 113578 | 113832 |
| 113294 | 113806 | 113273 | 113799 | 113593 |
| 113203 | 113731 | 112994 | 113681 | 113176 |
| 113708 | 113594 | 113223 | 113817 | 113157 |
| 113199 | 113695 | 113793 | 113226 | 113886 |
| 113308 | 113808 | 113156 | 113200 | 113697 |
| 113833 | 113377 | 113735 | 113190 | 113277 |
| 113598 | 113976 | 113801 | 113178 | 113706 |
| 113707 | 113298 | 113819 | 113066 | 113572 |
| 113738 | 113306 | 113595 | 113073 | 112968 |
| 113480 | 113304 | 113596 | 113076 | 113302 |
| 113363 | 113224 | 113811 | 113375 | 113734 |
| 112995 | 113474 | 112969 | 113678 | 113295 |
| 113765 | 113378 | 113741 | 113202 | 113739 |
| 113204 | 113740 | 113222 | 113812 | 113191 |
| 113604 | 113179 | 113703 | 113155 | 113198 |
| 113698 | 113792 | 113065 | 113583 | 113075 |
| 113606 | 113130 | 113605 | 113187 | 113699 |
| 113180 | 113705 | 113059 | 113311 | 113577 |
| 113831 | 113181 | 113602 | 113182 | 113601 |
| 113271 | 113816 | 113087 | 113665 | 113088 |
| 113081 | 113641 | 113221 | 113638 | 113086 |
| 113636 | 113664 | 113209 | 113777 | 113084 |
| 113104 | 113639 | 113637 | 113089 | 113666 |
| 113090 | 113667 | 113085 | 113635 | 113207 |
| 113781 | 113486 | 113060 | 113614 | |

In accordance with the provisions under New Jersey Statute 12A:2-702, demand is hereby made for the immediate return of the goods delivered pursuant to the above invoices.

If you have any questions or comments, please feel free to contact the undersigned.

Very truly yours,

Rudi R. Grueneberg

RRG:dlc
cc:   Southeast Provisions, LLC
        Rosalie Gray, Esquire *via fax 917-777-3214*