UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                                                  Case No. 05-11063 (RDD)

      WINN-DIXIE STORES, INC., *et al.*,                         Chapter 11

                      Debtor.

-----------------------------------------------------------x


## NORTHPOINT TRADING, INC.
## NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE, that on the 18th, 22nd and 23rd of February 2005, pursuant to 11 U.S.C. 546, Northpoint Trading, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

Dated:  New York, New York
          February 25, 2005

                                      NEIMAN GINSBURG & MAIRANZ P.C.
                                      Attorneys for Northpoint Trading, Inc.

                         By:_____s/Gary Ginsburg____
                                      Gary Ginsburg (GG-3028)
                                      39 Broadway - 25th Floor
                                      New York, New York 10006
                                      (212) 269-1000