# NEIMAN GINSBURG & MAIRANZ P.C.

MARVIN NEIMAN*
GARY GINSBURG**
THEODORE T. MAIRANZ*

HERSCHEL I. LANGNER*

* MEMBER N.Y. AND N.J. BARS
** MEMBER N.Y. AND PA. BARS

HEALTH CARE DIVISION
ISAAC ZOLDAN, C.P.A.°
MARK KERN, C.P.A.°
° NON-ATTORNEY STAFF

ATTORNEYS AT LAW
39 BROADWAY
25TH FLOOR
NEW YORK, N.Y. 10006-3003
—
(212) 269-1000
FAX: (212) 635-9302*
www.ngmpc.com

1616 49TH STREET
BROOKLYN, N.Y. 11204
(718) 851-9000
—
520 WESTFIELD AVENUE
ELIZABETH, N.J. 07208
(903) 486-1666
Fax: (508) 486-2768*

* NOT FOR SERVICE OF PAPERS

February 23, 2005

VIA FAX (904) 370-5017, (904) 370-5098
(904) 370-6885AND FEDERAL EXPRESS
(TRACKING NUMBER 790928479293)
Mr. Hal Hopkins, Financial Director
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Re:    Northpoint Trading, Inc.'s ("Northpoint") Demand for Reclamation upon Winn-
       Dixie Stores, Inc. and its affiliated debtors (collectively, "Debtor")

Dear Mr. Hopkins:

This letter is being sent to you on behalf of our client, Northpoint Trading, Inc., its
successors and assigns.

Northpoint sold goods on credit, which were received by the Debtor on 02/9/2005,
02/10/2005, 02/11/2005 and 02/14/2005, which are more particularly described in invoices
105277, 105278, 105300, 105305, 105276, 105279 and 105281, attached hereto ("Goods"). The
Goods were sold to the Debtor in the ordinary course of business.

Our records indicate that our client has written the Debtor, reclaiming the Goods or
proceeds therefrom received by the Debtor.

Pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the New York
Uniform Commercial Code and other statutory and common law rights to which it may be
entitled to rely on, Northpoint hereby reclaims the Goods or proceeds therefrom. This notice
constitutes a timely demand for reclamation upon the Debtor. All other rights and remedies of
Northpoint are reserved. We hereby demand that the goods delivered to your facilities be
returned to Northpoint at once.

Please contact me immediately at (212) 269-1000 to discuss the return of the Goods. We
also request written confirmation and inventory records confirming that the Goods are on hand at

NEIMAN GINSBURG & MAIRANZ P.C.
Mr. Hal Hopkins
February 23, 2005
Page 2

your facility as of this date, that any such goods not be sold, dissipated or commingled with any other goods and/or that any proceeds derived therefrom be segregated, identified and not be dissipated or commingled.

Very truly yours,

NEIMAN GINSBURG & MAIRANZ P.C.

Gary Ginsburg

GG:hl

cc:    David J. Baker, Esq.
       Skadden Arps Slate Meagher & Flom, LLP
       Four Times Square
       New York, NY 10036
       (212) 735-2150
       Fax: (917) 777-2150
       Federal Express (Tracking No. 791557311219)

F:\WPDOC\Ezon\reclamation letter2.wpd

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---|---|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|---|---|
| 2/8/2005 | 105277 |

| Bill To |
|---|
| Winn-Dixie Stores, Inc.<br>Greensville Dist Cntr<br>P.O. Box 40805<br>Jacksonville, FL 32203-0805 |

| Ship To |
|---|
| Winn-Dixie Stores - GM Main<br>2819 Wade Hampton Blvd-Suite 8<br>Taylors, SC 29687 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 603697 | Net 10 | | 2/8/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|---|---|---|---|---|---|---|
| 86,400 | KT150 | Kitchen Towel: Flat Weave<br>Item No: 508176 | 288 | 300 | 0.54 | 46,656.00 |

300 Cases Total

| Total | $46,656.00 |
|---|---|

FROM :NORTHPOINT                    FAX NO. :2766739900        Feb. 22 2005 02:19PM  P5

# BILL OF LADING

Date    2-8-05         VICS Standard BOL  WWW.VICS.ORG For Complete VICS BOL Guideline Information          Page:   1

| SHIP FROM | |
|---|---|
| Name: | NORTHPOINT TRADING |
| Address: | 2258 RIVER ROAD |
| City/State/Zip: | FIELDALE, VA 24089 |
| FOB: ☐ | |

Bill of Lading Number:  639825

| SHIP TO | |
|---|---|
| Name: | WINN-DIXIE  GM MAIN |
| Address: | 2819 WADE HAMPTON BLVD    Location #: |
| | SUITE #8 |
| | TAYLORS, S.C.  29687 |
| City/State/Zip: | |
| FOB: ☐ | |

CARRIER NAME:    J D MARTIN
Trailer number:   5311
Seal number(s):

SCAC:
Pro number:

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| NORTHPOINT TRADING |
| 347 FIFTH AVE  SUITE 201 |
| NEW YORK, NY 10016 |

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid  XX     Collect       3rd Party  XX

☐ Master Bill of Lading with attached
(check box)     underlying Bills of Lading

SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
| PO #503679  603697 | 300 | 12000 | 1600 | | ***APPOINTMENT DATE & TIME*** WEDNESDAY 2-9-05 9 A.M. |
| GRAND TOTAL | 300 | 12000 | 1600 | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 300 | CS | 300 | CS | 12000 | | KITCHEN TOWELS | 49390 | 100 |

GRAND TOTAL

COD Amount: $
Fee Terms:  Collect ☐  Prepaid ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(a)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

NORTHPOINT TRADING _____ Shipper Signat

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| NORTHPOINT TRADING | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | 8 Feb 05 |

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---|---|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|---|---|
| 2/8/2005 | 105278 |

| Bill To |
|---|
| Winn-Dixie Stores, Inc<br>Greensville Dist Cntr<br>P.O. Box 40805<br>Jacksonville, FL 32203-0805 |

| Ship To |
|---|
| Winn-Dixie Stores - GM Main<br>2819 Wade Hampton Blvd-Suite 8<br>Taylors, SC 29687 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 603696 | Net 10 | | 2/8/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|---|---|---|---|---|---|---|
| 86,400 | KT150 | Kitchen Towel:Checked<br>Item No:508176 | 288 | 300 | 0.54 | 46,656.00 |

300 Cases Total

| Total | $46,656.00 |
|---|---|

FROM :NORTHPOINT     FAX NO. :2766739900    Feb. 22 2005 02:18PM P3

# BILL OF LADING

2-8-05    VICS Standard BOL  WWW.VICS.ORG For Complete VICS BOL Guideline Information    Page: 1

## SHIP FROM

Name: NORTHPOINT TRADING
Address: 2258 RIVER ROAD
City/State/Zip: FIELDALE, VA 24089
ID#:            FOB: ☐

## SHIP TO

Name: WINN-DIXIE  GM MAIN
Address: 2819 WADE HAMPTON BLVD    Location #:
SUITE #8
TAYLORS,SC 29687
City/State/Zip:        FOB: ☐

Bill of Lading Number:   639824

**CARRIER NAME:** J.D.MARTIN
Trailer number: 5311
Seal number(s):

SCAC:
Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO

NORTHPOINT TRADING
347 FIFTH AVE  SUITE 201
NEW YORK,NY 10016

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid __XX__  Collect _____  3rd Party __XX__

☐ (check box) Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO # 603696 | 300 | 12000 | 1600 | | ***APPOINTMENT DATE & TIME*** WEDNESDAY 2-9-05 9 AM |

*Wayne Ivey*
*W-D 298 cases Rec.*
*2-9-05 2 cases short*

*Claim*
*2 ctns short*
*Added to*
*Shipment PO 603698*  *Picking up*

| | GRAND TOTAL | 300 | 12000 | 1600 | |
|---|---|---|---|---|---|

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item #360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 300 | CS | 300 | CS | 12000 | | KITCHEN TOWELS | 49390 | 11 |

RECEIVING STAMP SPACE

GRAND TOTAL

COD Amount: $

Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to the terms applied upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

This carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

NORTHPOINT TRADING    **Shipper Signature**

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

NORTHPOINT TRADING

*Jimmy Ross*   8 Feb. 05

*594/224*

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---|---|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|---|---|
| 2/10/2005 | 105300 |

**Bill To**

Winn-Dixie Stores, Inc.
Greensville Dist Cntr
P.O. Box 40805
Jacksonville, FL 32203-0805

**Ship To**

Winn-Dixie Stores - GM Main
2819 Wade Hampton Blvd-Suite 8
Taylors, SC 29687

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 603698 | Net 10 | | 2/10/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|---|---|---|---|---|---|---|
| 16,416 | KT100 | Kitchen Towel: Flat Weave<br>Item No: 508176 | 288 | 57 | 0.54 | 8,864.64 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 Cases Total | | | **Total** | | | $8,864.64 |

FROM :NORTHPOINT          FAX NO. :2766739900          Feb. 22 2005 02:21PM P9

# BILL OF LADING

Date: 2-9-05          VICS Standard BOL: WWW.VICS.ORG For Complete VICS BOL Guideline Information          Page: 1

**SHIP FROM**

Name: NORTHPOINT TRADING
Address: 2258 RIVER ROAD
City/State/Zip: FIELDALE, VA 24089
FOB: □

Bill of Lading Number: 639826

**SHIP TO**

Name: WINN-DIXIE STORES - GM WAREHOUSE
Address: 2819 WADE HAMPTON BLVD   Location #.
SUITE # 8
TAYLORS, SC 29687
City/State/Zip:
FOB: □

CARRIER NAME: J D Martin   5311
Trailer number:
Seal number(s):

SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

NORTHPOINT TRADING
347 FIFTH AVE  SUITE 201
NEW YORK, NY  10016
FOB: □

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid _XX_   Collect ____   3rd Party _XX_

SPECIAL INSTRUCTIONS:
  1 PACKING SLIP ATTACHED TO LEAD CARTON
  1 PACKING SLIP ATTACHED TO BOL

Master Bill of Lading with attached underlying Bills of Lading □ (check box)

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO # 603698  Displays — | 57 406 | 3192 10,000 | | | ***APPOINTMENT DATE & TIME*** Friday 2/11 @ 7:00 AM  Wayne Long WD Rec 406 2-11-05  864-322-1867 |

GRAND TOTAL

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLA |
| 57 406 | CS Displays | 57 = | CS 16 Pallets | | | KITCHEN TOWELS | 49930 | 100 |

GRAND TOTAL

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___.

COD Amount: $ _____
Fee Terms:  Collect: □  Prepaid: □
Customer check acceptable: □

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to the terms named above in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

NORTHPOINT TRADING _____ Shipper Signs

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NORTHPOINT TRADING

Trailer Loaded:
☑ By Shipper
□ By Driver

Freight Counted:
☑ By Shipper
□ By Driver/pallets said to contain
□ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Jimmy Goss 10 Feb 0.

# Invoice

**Northpoint Trading, Inc**
347 5th Avenue - Suite 201
New York, NY 10016

| Phone # | Fax # |
|---------|-------|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|------|-----------|
| 2/11/2005 | 105305 |

| Bill To |
|---------|
| Winn-Dixie Stores, Inc.<br>Greensville Dist Cntr<br>P.O. Box 40805<br>Jacksonville, FL 32203-0805 |

| Ship To |
|---------|
| Winn-Dixie Stores - GM Main<br>2819 Wade Hampton Blvd-Suite 8<br>Taylors, SC 29687 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 603699 | Net 10 | | 2/11/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|----------|-----------|-------------|-----------|------------|------------|--------|
| 10,800 | BS100 | Springs/Wamsutta. Bath Sheet<br>Item No: 508174 | 36 | 300 | 6.25 | 67,500.00 |

300 Cases Total

| Total | $67,500.00 |
|-------|------------|

FROM : NORTHPOINT          FAX NO. :2766739900          Feb. 22 2005 02:21PM P10

# BILL OF LADING

1-11-05          VICS Standard BOL. WWW.VICS.ORG For Complete VICS BOL Guideline Information          Page: 1

| SHIP FROM | |
|---|---|
| Name: NORTHPOINT TRADING | Bill of Lading Number: 639856 |
| Address: 2258 RIVER ROAD | |
| City/State/Zip: FIELDALE, VA 24089          FOB: ☐ | 10·10 |

**SHIP TO**

| | |
|---|---|
| Name: WINN-DIXIE STORES | CARRIER NAME: J D MARTIN TRUCKING |
| Address: 2819 WADE HAMPTON BLVD    Location #: | Trailer number: 5302/102 |
| TAYLORS, SC 29687 | Seal number(s): |
| City/State/Zip:          FOB: ☐ | SCAC: |
| | Pro number: |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

| | |
|---|---|
| NORTHPOINT TRADING | |
| 347 FIFTH AVE. SUITE 201 | |
| NEW YORK, NY 10016 | Freight Charge Terms: (freight charges are prepaid unless marked otherwise) |

SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

Prepaid XX    Collect ___    3rd Party ___ XX

☐ Master Bill of Lading with attached underlying Bills of Lading
(check box)

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO # 603699 | 300 | 22500 | 3200 | | ***APPOINTMENT DATE & TIME*** MONDAY 2-14-05  9 A.M. |

*Chad Williams
Rec - 300
2.14.05
Winn-Dixie*

GRAND TOTAL

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 300 | CS | 300 | CS | 22500 | | BATH SHEETS | 49390 | 100 |

RECEIVING
STAMP SPACE

GRAND TOTAL

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to the terms and conditions of the Uniform Bill of Lading set forth in the classification and rules tariff that has been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight or other lawful charges.

NORTHPOINT TRADING          Shipper Signal

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| ...certify certify that the above named materials are properly described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☑ By Shipper ☐ By Driver | ☑ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted |
| NORTHPOINT TRADING | | | Jimmy Vega  2-11-05 |

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---|---|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|---|---|
| 2/8/2005 | 105276 |

| Bill To | Ship To |
|---|---|
| Winn-Dixie Stores, Inc. Greensville Dist Cntr P.O. Box 40805 Jacksonville, FL 32203-0805 | Winn-Dixie Stores - GM Warehouse 5050 Edgewood Court Jacksonville, FL 32254 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 603680 | Net 10 | | 2/8/2015 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|---|---|---|---|---|---|---|
| 86,400 | KT150 | Kitchen Towel: Flat Weave Item No:508176 | 288 | 300 | 0.54 | 46,656.00 |

300 Cases Total

| | Total | |
|---|---|---|
| | | $46,656.00 |

FROM :NORTHPOINT
Date: 2-7-05

FAX NO. :2766739900

**BILL OF LADING**
VICS Standard BOL; WWW.VICS.ORG; For Complete VICS BOL ... ... ...

Feb. 22 2005 02:19PM P6

## SHIP FROM

Name: NORTHPOINT TRADING
Address: 2258 RIVER ROAD
City/State/Zip: FIELDALE, VA 24089
SID#: _____ FOB: ☐

Bill of Lading Number: 639822

## SHIP TO

Name: WINN DIXIE STORES - G M WAREHOUSE
Address: 5050 EDGEWOOD COURT   Location #:
JACKSONVILLE, FL 32254

City/State/Zip:
CID#: _____ FOB: ☐

CARRIER NAME: J D MARTIN
Trailer number: 5302
Seal number(s):

SCAC:
Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO:

NORTHPOINT TRADING
347 FIFTH AVE   SUITE 201
NEW YORK, NY 10016

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid __XX__  Collect _____  3rd Party __XX__

☐ (check box)   Master Bill of Lading with attached underlying Bills of Lading

## SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO # 603680 | 300 | 12000 | 1600 | | ***APPOINTMENT DATE & TIME*** |
| | | | | | 2/9 @ 7:00 Am |
| | | | | | Dock 22  Nose |

300 Recvd

**RECEIVED**
FEB 1 2005
WINN DIXIE G.M.D.C.
JACKSONVILLE, FL

| GRAND TOTAL | | 300 | 12000 | 1600 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLAS |
| 300 | CS | 300 | CS | 12000 | | KITCHEN TOWELS | 49390 | 100 |

**GRAND TOTAL**

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to the same terms ... ... ...

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

NORTHPOINT TRADING
Shipper Signatu

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.  NORTHPOINT TRADING | ☑ By Shipper  ☐ By Driver | ☑ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards ... ... ...  2-8-05 |

0941223

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/8/2005 | 105279 |

| Phone # | Fax # |
|---------|-------|
| (212) 481-8001 | (212) 481-8003 |

**Bill To**

Winn-Dixie Stores, Inc.
Greensville Dist Cntr
P.O. Box 40805
Jacksonville, FL 32203-0805

**Ship To**

Winn-Dixie Stores - GM Warehouse
5050 Edgewood Court
Jacksonville, FL 32254

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 603686 | Net 10 | | 2/8/2005 | PPD | Fieldale VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|----------|-----------|-------------|-----------|------------|------------|--------|
| 41,184 | KT150 | Kitchen Towel: Flat Weave<br>Item No:508176 | 288 | 143 | 0.54 | 22,239.36 |

| 143 Cases Total | | | **Total** | | | $22,239.36 |

FROM :NORTHPOINT                          FAX NO. :2766739900        Feb. 22 2005 02:20PM  P7

**BILL OF LADING**

Date:  2-7-05                   VICS Standard BOL: WWW.VICS.ORG For Complete VICS BOL Guidelines Information.

| SHIP FROM | |
|---|---|
| Name: NORTHPOINT TRADING | Bill of Lading Number: 639823 |
| Address: 2258 RIVER ROAD | |
| City/State/Zip: FIELDALE, VA 24089 | |
| SID#: | FOB: ☐ |

| SHIP TO | |
|---|---|
| Name: WINN DIXIE STORES - GM WAREHOUSE | CARRIER NAME: J. D. MARTIN |
| Address: 5050 EDGEWOOD COURT | Trailer number: 5302 |
| JACKSONVILLE FL 32254   Location #: | Seal number(s): |
| City/State/Zip: | SCAC: |
| CID#:                         FOB: ☐ | Pro number: |

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| NORTHPOINT TRADING |
| 347 FIFTH AVE    SUITE 201 |
| NEW YORK, NY  10016 |

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*

SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

Prepaid  XX      Collect _____      3rd Party  XX

☐ Master Bill of Lading with attached underlying Bills of Lading
(check box)

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO #603686 | 143 | | | | ***APPOINTMENT DATE & TIME**** |
| 500 shipper Racks = 19 Pallets | | 1500 | 3000 | | 2/9 @ 7:00 Am  Dock 22 |
| | | | | | 643 Recd |
| | | | | | RECEIVED  FEB 09 2005 |
| GRAND TOTAL | | 1500 3000 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION  Commodities requiring special care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLA |
| 143 | CS | 143 | CS | 1500 | | KITCHEN TOWELS AND RACKS | 49390 | 100 |
| + 19 Pallets | | | | | | | | |

| | | | | GRAND TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to the terms agreed upon in writing between the carrier and the shipper as consignor, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful charges.

NORTHPOINT TRADING                                      Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| | ☐ By Driver | ☐ By Driver/pallets said to contain | |
| NORTHPOINT TRADING | | ☐ By Driver/Pieces | 2-08-05  Seal 0941223 |

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---|---|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|---|---|
| 2/9/2005 | 105281 |

| Bill To | Ship To |
|---|---|
| Winn-Dixie Stores, Inc.<br>Greensville Dist Cntr<br>P.O. Box 40805<br>Jacksonville, FL 32203-0805 | Winn-Dixie Stores - GM Warehouse<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 603681 | Net 10 | | 2/9/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|---|---|---|---|---|---|---|
| 86,400 | KT100 | Kitchen Towel: Flat Weave<br>Item No: 508176 | 288 | 300 | 0.54 | 46,656.00 |

300 Cases Total

| | |
|---|---|
| **Total** | $46,656.00 |

FROM :NORTHPOINT                          FAX NO. :2766739500          Feb. 22 2005 02:20PM  P8
Date:   2-8-05                    BILL OF LADING
                                  VICS Standard BOL WWW.VICS.ORG For Complete VICS BOL Check a Instruction

### SHIP FROM

Name:      NORTHPOINT TRADING
Address:   2258 RIVER ROAD
City/State/Zip: FIELDALE, VA 24089
SID#:                                    FOB: ☐

Bill of Lading Number:  639821

### SHIP TO

Name:      WINN-DIXIE STORES - GM WAREHOUSE
Address:   5050 EDGEWOOD COURT          Location #:
           JACKSONVILLE, FL 32254

City/State/Zip:
CID#:                                    FOB: ☐

CARRIER NAME:   J D MARTIN
Trailer number:  JDM 101
Seal number(s):

SCAC:
Pro number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

NORTHPOINT TRADING
347 FIFTH AVE   SUITE 201
NEW YORK, NY 10016

Freight Charge Terms

Prepaid  XX

☐ (check box)

SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADD |
|---|---|---|---|---|---|
| PO #603681 | 300 | 12000 | 1600 | | ***APPOINTMENT DATE THURSDAY 2-10-0 |
| GRAND TOTAL | 300 | 12000 | 1600 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLAS |
| 300 | CS | 300 | CS | 12000 | | KITCHEN TOWELS | 49390 | 100 |

GRAND TOTAL

COD Amount: $...
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE

NORTHPOINT TRADING

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

NORTHPOINT TRADING            Shipper Signatu

J.D. MARTIN Trucking  2/9/05
Carl Lang
8941226

TRANSMISSION VERIFICATION REPORT

TIME : 02/23/2005 19:38

```
DATE,TIME                                  02/23 19:30
FAX NO./NAME                               19043705017
DURATION                                   00:08:04
PAGE(S)                                    17
RESULT                                     OK
CHECK READABILITY OF TRANSMITTED PAGE(S)   01,02,03,08,10,11,13,14,16
MODE                                       STANDARD
```

TRANSMISSION VERIFICATION REPORT

TIME : 02/23/2005 19:50

| | |
|---|---|
| DATE,TIME | 02/23 19:43 |
| FAX NO./NAME | 19177772150 |
| DURATION | 00:07:05 |
| PAGE(S) | 17 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

TRANSMISSION VERIFICATION REPORT

TIME : 02/23/2005 19:54

```
DATE.TIME          02/23 19:46
FAX NO./NAME       19043705098904370688S
DURATION           00:08:36
PAGE(S)            17
RESULT             OK
MODE               STANDARD
```

TRANSMISSION VERIFICATION REPORT

TIME : 02/23/2005 20:05

| | |
|---|---|
| DATE,TIME | 02/23 19:58 |
| FAX NO./NAME | 19043706885 |
| DURATION | 00:07:13 |
| PAGE(S) | 17 |
| RESULT | OK |
| MODE | STANDARD |

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
                              TIME  : 02/18/2005 12:26
                              NAME  : NORTHPOIN
                              FAX   : 2124818003
                              TEL   :
```

```
┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME          02/18  12:25                              │
│   FAX NO./NAME       19047835098                               │
│   DURATION           00:00:27                                 │
│   PAGE(S)            01                                        │
│   RESULT             OK                                        │
│   MODE               STANDARD                                 │
└──────────────────────────────────────────────────────────────┘
```

### NORTHPOINT TRADING, INC.
### 347 Fifth Avenue, Suite #201
### New York, NY 10016
#### TELEPHONE: 212-481-8001
#### FAX:        212-481-8003

February 18, 2005

Accounts Payable Manager
Tyler Nelson
Winn Dixie Stores
7596 Centurion Parkway
Jacksonville, FL 32256

Via Fax and Overnight Mail: (904) 783-5017
                            (904) 783-5098
                            (904) 783-6885

Dear Sir or Madam,

Per a conversation this Wednesday with Dorthy Lamore in your Accounts Payable and a subsequent e-mail back from her boss Tyler Nelson that your company will not be paying us Friday, the 18th of February, due to your financial difficulties, we hereby reclaim all merchandise shipped to you pursuant to your PO numbers referenced below which correspond to our respective invoice #'s referenced below for goods received on or about the date listed in the schedule listed below.

Our terms are Net 10 Days

| PO # | Invoice # | $ Amount | Date of Receipt | Due Date |
|------|-----------|----------|-----------------|----------|
| 603697 | 105277 | $46,656.00 | 2/9/2005 | 2/19/2005 |
| 603696 | 105278 | $46,656.00 | 2/9/2005 | 2/19/2005 |
| 603698 | 105300 | $ 8,864.64 | 2/11/2005 | 2/21/2005 |
| 603699 | 105305 | $67,500.00 | 2/14/2005 | 2/24/2005 |
| --- | 105275 | $46,656.00 | 2/9/2005 | 2/19/2005 |

TRANSMISSION VERIFICATION REPORT

TIME : 02/18/2005 12:08
NAME : NORTHPOINT
FAX  : 2124818003
TEL  :

| DATE,TIME | 02/18 12:07 |
|---|---|
| FAX NO./NAME | 19047835098 |
| DURATION | 00:00:54 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |

904-783-5098

# Northpoint Trading Inc.

### 347 5th Avenue Suite 201 New York, NY 10016
### Phone # 212-481-8001  Fax # 212-481-8003

## FAX COVER SHEET



DATE: 2/18/2005

FROM: Jack Ezon

TO: Tyler Nelson

# OF PAGES: 2

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘

                              TIME  : 02/18/2005 12:10
                              NAME  : NORTHPOINT
                              FAX   : 2124818003
                              TEL   :

┌──────────────────────────────────────────────────────┐
│   DATE,TIME          02/18  12:10                      │
│   FAX NO./NAME       19043705017                       │
│   DURATION           00:00:42                          │
│   PAGE(S)            02                                 │
│   RESULT             OK                                 │
│   MODE               STANDARD                          │
└──────────────────────────────────────────────────────┘
```

904-370-5817

# Northpoint Trading Inc.

### 347 5th Avenue Suite 201 New York, NY 10016
### Phone # 212-481-8001   Fax # 212-481-8003

2ⁿᵈ TRY



## FAX COVER SHEET

DATE: _Jack Ezan_

FROM: _2/18/05_

TO: _Tyler Nelson_

# OF PAGES: _2_

```
┌─────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────┘
```

```
                              TIME : 02/22/2005 14:34
                              NAME : SEVEN
                              FAX  : 2124814229
                              TEL  : 2124814229
```

```
        DATE,TIME              02/22  14:33
        FAX NO./NAME           19043706885
        DURATION               00:00:48
        PAGE(S)                02
                               COVERPAGE
        RESULT                 OK
        MODE                   STANDARD
```

TRANSMISSION VERIFICATION REPORT

```
TIME : 02/22/2005 02:32
NAME : NORTHPOINT
FAX  : 2124818003
TEL  :
```

```
DATE,TIME          02/22  02:31
FAX NO./NAME       19043705017
DURATION           00:00:42
PAGE(S)            02
RESULT             OK
MODE               STANDARD
```

904-370-0017

# *Northpoint Trading Inc.*

## *347 5th Avenue Suite 201 New York, NY 10016*
### *Phone # 212-481-8001   Fax # 212-481-8003*

2nd TRY

**FAX COVER SHEET**



DATE: ___Jack Ezan___

FROM: ___2/18/05___

TO: ___Tyler Nelson___

# OF PAGES ___2___

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  : 02/22/2005 14:35
                                        NAME  : SEVEN
                                        FAX   : 2124814229
                                        TEL   : 2124814229
```

```
        DATE,TIME             02/22  14:34
        FAX NO./NAME          19047835098
        DURATION             00:00:59
        PAGE(S)              02
                             COVERPAGE
        RESULT               OK
        MODE                 STANDARD
```

**FedEx Express** US Airbill

FedEx Tracking Number: 8479 0324 0805

**1 From**

Date: 2/18/2005

Sender's FedEx Account Number: 284366581

Sender's Name: Jack Ezon    Phone: 212 481-804

Company: Northpoint Trading

Address: 347 Fifth Ave #201

City: NY    State: NY    ZIP: 10016

Your Internal Billing Reference: Reclai

**2 To**

Recipient's Name: Tyler Nelson    Phone: 904-783-5806

Company: Winn Dixie

Recipient's Address: 5050 ~~xxxx~~ Edgewood Court

City: Jacksonville    State: FL    ZIP: 32254

Try online shipping at fedex.com

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

Questions? Visit our Web site at fedex.com or call 1.800.GoFedEx 1.800.463.3339.

**4a Express Package Service**

☑ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**

☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**

☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?

☐ No
☐ Yes
☐ Yes
☐ Dry Ice

☐ Cargo Aircraft Only

**7 Payment** Bill to:

☑ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages    Total Weight    Total Declared Value
                                  $           .00

**8 Sign to Authorize Delivery Without a Signature**

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

4b7

**NORTHPOINT TRADING, INC.**
**347 Fifth Avenue, Suite #201**
**New York, NY 10016**
TELEPHONE: 212-481-8001
FAX:        212-481-8003

February 18,2005

Accounts Payable Manager
Tyler Nelson
Winn Dixie Stores
7596 Centurion Parkway
Jacksonville, FL  32256

370

Via Fax and Overnight Mail: (904) 783-5017
(904) 783-5098
(904) 783-6885

Dear Sir or Madam,

Per a conversation this Wednesday with Dorthy Lamore in your Accounts Payable and a subsequent e-mail
back from her boss Tyler Nelson that your company will not be paying us Friday, the 18th of February, due to your
financial difficulties, we hereby reclaim all merchandise shipped to you pursuant to your PO numbers referenced
below which correspond to our respective invoice #'s referenced below for goods received on or about the date
listed in the schedule listed below.

Our terms are Net 10 Days

| PO #   | Invoice # | $ Amount    | Date of Receipt | Due Date  |
|--------|-----------|-------------|-----------------|-----------|
| 603697 | 105277    | $46,656.00  | 2/9/2005        | 2/19/2005 |
| 603696 | 105278    | $46,656.00  | 2/9/2005        | 2/19/2005 |
| 603698 | 105300    | $ 8,864.64  | 2/11/2005       | 2/21/2005 |
| 603699 | 105305    | $67,500.00  | 2/14/2005       | 2/24/2005 |
| 603680 | 105276    | $46,656.00  | 2/9/2005        | 2/19/2005 |
| 603686 | 105279    | $22,239.36  | 2/9/2005        | 2/19/2005 |
| 603681 | 105281    | $46,656.00  | 2/10/2005       | 2/20/2005 |

Please call me first thing on Tuesday Morning (as Monday is Presidents Day) to arrange my immediate reclamation
of these goods.

Kindest regards,

Jack J. Ezon
Executive Vice President

# NORTHPOINT TRADING, INC.
## 347 Fifth Avenue, Suite #201
### New York, NY 10016
TELEPHONE: 212-481-8001
FAX:       212-481-8003

February 18.2005

Accounts Payable Manager
Tyler Nelson
Winn Dixie Stores
7596 Centurion Parkway
Jacksonville, FL  32256

Via Fax and Overnight Mail: (904) 783-5017
                            (904) 783-5098
                            (904) 783-6885

Dear Sir or Madam:

Per a conversation this Wednesday with Dorthy Lamore in your Accounts Payable and a subsequent e-mail back from her boss Tyler Nelson that your company will not be paying us Friday, the 18th of February, due to your financial difficulties, we hereby reclaim all merchandise shipped to you pursuant to your PO numbers referenced below which correspond to our respective invoice #'s referenced below for goods received on or about the date listed in the schedule listed below.

Our terms are Net 10 Days

| PO # | Invoice # | $ Amount | Date of Receipt | Due Date |
|---|---|---|---|---|
| 603697 | 105277 | $46,656.00 | 2/9/2005 | 2/19/2005 |
| 603696 | 105278 | $46,656.00 | 2/9/2005 | 2/19/2005 |
| 603698 | 105300 | $ 8,864.64 | 2/11/2005 | 2/21/2005 |
| 603699 | 105305 | $67,500.00 | 2/14/2005 | 2/24/2005 |
| 603680 | 105276 | $46,656.00 | 2/9/2005 | 2/19/2005 |
| 603686 | 105279 | $22,239.36 | 2/9/2005 | 2/19/2005 |
| 603681 | 105281 | $46,656.00 | 2/10/2005 | 2/20/2005 |

Please call me first thing on Tuesday Morning (as Monday is Presidents Day) to arrange my immediate reclamation of these goods.

Kindest regards,

Jack I. Ezon
Executive Vice President

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 02/18/2005 12:26
                                    NAME  : NORTHPOINT
                                    FAX   : 2124818003
                                    TEL   :
```

```
DATE, TIME          02/18  12:25
FAX NO. /NAME       19047835098
DURATION            00:00:27
PAGE(S)             01
RESULT              OK
MODE                STANDARD
```

# NORTHPOINT TRADING, INC.
## 347 Fifth Avenue, Suite #201
## New York, NY 10016
### TELEPHONE: 212-481-8001
### FAX:        212-481-8003

February 18, 2005

Accounts Payable Manager
Tyler Nelson
Winn Dixie Stores
7596 Centurion Parkway
Jacksonville, FL 32256

Via Fax and Overnight Mail: (904) 783-5017
                            (904) 783-5098
                            (904) 783-6885

Dear Sir or Madam,

Per a conversation this Wednesday with Dorthy Lamore in your Accounts Payable and a subsequent e-mail back from her boss Tyler Nelson that your company will not be paying us Friday, the 18th of February, due to your financial difficulties, we hereby reclaim all merchandise shipped to you pursuant to your PO numbers referenced below which correspond to our respective invoice #'s referenced below for goods received or or about the date listed in the schedule listed below.

Our terms are Net 10 Days

| PO # | Invoice # | $ Amount | Date of Receipt | Due Date |
|------|-----------|----------|-----------------|----------|
| 603697 | 105277 | $46,656.00 | 2/9/2005 | 2/19/2005 |
| 603696 | 105278 | $46,656.00 | 2/9/2005 | 2/19/2005 |
| 603698 | 105300 | $8,864.64 | 2/11/2005 | 2/21/2005 |
| 603699 | 105305 | $67,500.00 | 2/14/2005 | 2/24/2005 |
| 603680 | 105276 | $46,656.00 | 2/9/2005 | 2/19/2005 |

02/22/2005  14:48    2124818003                    NORTHPOINT                        PAGE  04/18

**FedEx Express** US Airbill
FedEx Tracking Number **8479032400805**

Sender's Copy

From Please print and press hard.   2/18/2005   Sender's FedEx Account Number **284366581**

Sender's Name **Jack Ezon**   Phone **212 481-7000**

Company **Northpoint Trading**

Address **347 Fifth Ave #201**

City **Ny**   State **Ny**   ZIP **10016**

Your Internal Billing Reference **Reclai**

**4a Express Package Service** *Packages up to 150 lbs.*
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** *Packages over 150 lbs.*
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

To  Recipient's Name **Tyler Nelson**   Phone **904 783-5806**

Company **Winn Dixie**

Address **5050 ~~Gratieh~~ Edgewood Court**

City **Jacksonville**   State **FL**   ZIP **32254**

**7 Payment** Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages     Total Weight     Total Declared Value

**8 Sign to Authorize Delivery Without a Signature**

487

Try online shipping at fedex.com
Questions? Visit our Web site at fedex.com
or call 1.800.GoFedEx 1.800.463.3339.

02/22/2005  14:48    2124818003          NORTHPOINT                    PAGE  05/18

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---|---|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|---|---|
| 2/8/2005 | 105277 |

| Bill To |
|---|
| Winn-Dixie Stores, Inc.<br>Greenville Dist Cntr<br>P.O. Box 40805<br>Jacksonville, FL 32203-0805 |

| Ship To |
|---|
| Winn-Dixie Stores - GM Main<br>2819 Wade Hampton Blvd-Suite 8<br>Taylors, SC 29687 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 603697 | Net 10 | | 2/8/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|---|---|---|---|---|---|---|
| 86,400 | KT150 | Kitchen Towel: Flat Weave<br>Item No: 508176 | 288 | 300 | 0.54 | 46,656.00 |

300 Cases Total

| Total | $46,656.00 |
|---|---|

02/22/2005  14:48   2124818003          NORTHPOINT                    PAGE  06/10

FROM :NORTHPOINT           FAX NO. :2766739900          Feb. 22 2005 02:19PM  P5

# BILL OF LADING

Date: 2-8-05     VICS Standard BOL: WWW.VICS.ORG For Complete VICS BOL Guideline Information.     Page: 1

| SHIP FROM | |
|---|---|
| Name: | NORTHPOINT TRADING |
| Address: | 2258 RIVER ROAD |
| City/State/Zip: | FIELDALE, VA 24089 |
| SID#: | FOB: |

Bill of Lading Number:  639825

| SHIP TO | |
|---|---|
| Name: | WINN-DIXIE  GM MAIN |
| Address: | 2819 WADE HAMPTON BLVD    Location #: |
| | SUITE #8 |
| City/State/Zip: | TAYLORS, S.C.  29687 |
| CID#: | FOB: |

CARRIER NAME:   J D MARTIN
Trailer number:   5311
Seal number(s):

SCAC:
Pro number:

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| NORTHPOINT TRADING |
| 347 FIFTH AVE  SUITE 201 |
| NEW YORK,NY  10016 |

Freight Charge Terms:  (freight charges are prepaid unless marked otherwise)

Prepaid __XX__   Collect _____   3rd Party __XX__

☐ Master Bill of Lading with attached
(check box)   underlying Bills of Lading

SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO #603697 | 300 | 12000 | 1600 | | ***APPOINTMENT DATE & TIME*** WEDNESDAY 2-9-05  9 A.M. |

W-D Rec 2-9-05

| GRAND TOTAL | 300 | 12000 | 1600 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 300 | CS | 300 | CS | 12000 | | KITCHEN TOWELS | 49390 | 90 |

RECEIVED
STAMP SPACE

GRAND TOTAL

COD Amount: $ _____
Fee Terms:  Collect ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

NORTHPOINT TRADING          _____ Shipper Signat

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | ☑ By Shipper | ☑ By Shipper | |
| NORTHPOINT TRADING | ☐ By Driver | ☐ By Driver/pallets said to contain | Jimmy Ross  8 Feb 01 |
| | | ☐ By Driver/Pieces | 0941224 |

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---------|-------|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|------|-----------|
| 2/8/2005 | 105278 |

| Bill To | Ship To |
|---------|---------|
| Winn-Dixie Stores, Inc.<br>Greensville Dist Cntr<br>P.O Box 40805<br>Jacksonville, FL 32203-0805 | Winn-Dixie Stores - GM Main<br>2819 Wade Hampton Blvd-Suite 8<br>Taylors, SC 29687 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B | Project |
|-------------|-------|-----|------|-----|-------|---------|
| 603696 | Net 10 | | 2/8/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|----------|-----------|-------------|-----------|------------|------------|--------|
| 86,400 | KT150 | Kitchen Towel:Checked<br>Item No:508176 | 288 | 300 | 0.54 | 46,656.00 |

300 Cases Total

| | Total | $46,656.00 |
|--|-------|------------|

02/22/2005  14:48    2124818003                NORTHPOINT                              PAGE  08/18

FROM :NORTHPOINT                FAX NO. :2766739900          Feb. 22 2005 02:18PM  P3

# BILL OF LADING

2-8-05        VICS Standard BOL    For Complete VICS BOL Guideline Information www.VICSBOL.org                    Page  1

| SHIP FROM | |
|---|---|
| Name: NORTHPOINT TRADING | Bill of Lading Number: 639824 |
| Address: 2258 RIVER ROAD | |
| City/State/Zip: FIELDALE, VA 24089 | |
| FOB: | |

| SHIP TO | |
|---|---|
| Name: WINN-DIXIE  GM MAIN | CARRIER NAME:  J.D.MARTIN |
| Address: 2819 WADE HAMPTON BLVD   Location # | Trailer number  5311 |
| SUITE #8 | Seal number(s): |
| City/State/Zip: TAYLORS,SC  29687 | SCAC: |
| FOB: | Pro number: |

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| NORTHPOINT TRADING |
| 347 FIFTH AVE   SUITE 201 |
| NEW YORK,NY  10016 |

Freight Charge Terms:  (freight charges are prepaid unless marked otherwise)

Prepaid  XX    Collect ___    3rd Party  XX

(check box)  ☐ Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
  1 PACKING SLIP ATTACHED TO LEAD CARTON
  1 PACKING SLIP ATTACHED TO BOL

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO # 603696 | 300 | 12000 | 1600 | | ***APPOINTMENT DATE & TIME*** WEDNESDAY 2-9-05 9 AM |
| GRAND TOTAL | 300 | 12000 | 1600 | | |

*Handwritten notes:*
Claim
2 ctns short
Added to
shipment PO 603696
Picking up

Wayne Ivey
W-D 298 cases Rev.
2-9-05

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLA |
| 300 | CS | 300 | CS | 12000 | | KITCHEN TOWELS | 49390 | |

RECEIVING STAMP SPACE

GRAND TOTAL

COD Amount: $

Fee Terms: Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

NORTHPOINT TRADING                    Shipper Signatu

SHIPPER SIGNATURE / DATE

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain. |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE

NORTHPOINT TRADING

Jimmy Ross    8 Feb 05

2941224

02/22/2005  14:48    2124818003                    NORTHPOINT                    PAGE  09/18

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---|---|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|---|---|
| 2/10/2005 | 105300 |

**Bill To**

Winn-Dixie Stores, Inc.
Greensville Dist Cntr
P.O. Box 40805
Jacksonville, FL 32203-0805

**Ship To**

Winn-Dixie Stores - GM Main
2819 Wade Hampton Blvd-Suite 8
Taylors, SC 29687

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 603698 | Net 10 | | 2/10/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|---|---|---|---|---|---|---|
| 16,416 | KT100 | Kitchen Towel: Flat Weave Item No: 508176 | 288 | 57 | 0.54 | 8,864.64 |

57 Cases Total

| | Total | |
|---|---|---|
| | | $8,864.64 |

02/22/2005  14:48    2124818003    NORTHPOINT    PAGE  10/18

FROM :NORTHPOINT    FAX NO. :2766739900    Feb. 22 2005 02:21PM  P9

# BILL OF LADING

Date: 2-9-05    VICS Standard BOL. See WWW.VICS.ORG For Complete VICS BOL Guideline Information    Page: 1

| SHIP FROM | |
|---|---|
| Name: | NORTHPOINT TRADING |
| Address: | 2258 RIVER ROAD |
| City/State/Zip: | FIELDALE, VA 24089 |
| | FOB: ☐ |

Bill of Lading Number: 639826

| SHIP TO | |
|---|---|
| Name: | WINN-DIXIE STORES - GM WAREHOUSE |
| Address: | 2819 WADE HAMPTON BLVD  Location #. |
| | SUITE # 8 |
| | TAYLORS, SC 29687 |
| City/State/Zip: | |
| | FOB: ☐ |

CARRIER NAME: CJD Martin
Trailer number: 5311
Seal number(s):

SCAC:
Pro number:

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| NORTHPOINT TRADING |
| 347 FIFTH AVE  SUITE 201 |
| NEW YORK,NY 10016 |

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid XX    Collect _____    3rd Party XX

SPECIAL INSTRUCTIONS:
  1 PACKING SLIP ATTACHED TO LEAD CARTON
  1 PACKNG SLIP ATTACHED TO BOL

☐ Master Bill of Lading with attached underlying Bills of Lading
(check box)

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO # 603698 | 57 | 3192 | | | ***APPOINTMENT DATE & TIME*** |
| Displays — | 406 | 10,000 | | | Friday 2/11 @ 9:00AM |

Wayne Ivey
WD Rec 469
2-11-05

864-322-1867

GRAND TOTAL

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLA |
| 57 | CS | 57 | CS | | | KITCHEN TOWELS | 43930 | 100 |
| 406 | Displays | = | | 16 Pallets | | | | |

GRAND TOTAL

COD Amount: $ _____
Fee Terms: Collect ☐  Prepaid ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| NORTHPOINT TRADING | ☑ By Shipper ☐ By Driver | ☑ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | NORTHPOINT TRADING ___ Shipper Signs |

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---|---|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|---|---|
| 2/11/2005 | 105305 |

| Bill To |
|---|
| Winn-Dixie Stores, Inc.<br>Greensville Dist Cntr<br>P.O. Box 40805<br>Jacksonville, FL 32203-0805 |

| Ship To |
|---|
| Winn-Dixie Stores - GM Main<br>2819 Wade Hampton Blvd-Suite 8<br>Taylors, SC 29687 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 603699 | Net 10 | | 2/11/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|---|---|---|---|---|---|---|
| 10,800 | BS100 | Springs/Wamsutta. Bath Sheet<br>Item No: 508174 | 36 | 300 | 6.25 | 67,500.00 |

300 Cases Total

| Total | |
|---|---|
| | $67,500.00 |

02/22/2005  14:48   2124818003              NORTHPOINT                    PAGE  12/18

FROM :NORTHPOINT          FAX NO. :2766739900        Feb. 22 2005 02:21PM  P10

**BILL OF LADING**

Date: 1-11-05                                                              Page 1

VICS Standard BOL  WWW.VICS.ORG For Complete VICS BOL Guideline Information

| SHIP FROM | |
|---|---|
| Name: | NORTHPOINT TRADING |
| Address: | 2258 RIVER ROAD |
| City/State/Zip: | FIELDALE, VA  24089 |
| ID#: | FOB: ☐ |

Bill of Lading Number:  639856

| SHIP TO | |
|---|---|
| Name: | WINN-DIXIE STORES |
| Address: | 2819 WADE HAMPTON BLVD  SUITE B |
| | TAYLORS, SC 29687 |
| City/State/Zip: | |
| ID#: | FOB: ☐ |

CARRIER NAME:  J D MARTIN TRUCKING
Trailer number:
Seal number(s):  5302/102

SCAC:
Pro number:

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| NORTHPOINT TRADING |
| 347 FIFTH AVE.  SUITE 201 |
| NEW YORK, NY   10016 |

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid __XX__    Collect _____    3rd Party _____ XX

☐ Master Bill of Lading with attached underlying Bills of Lading
(check box)

SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
| PO # 603699 | 300 | 22500 | 3200 | | ***APPOINTMENT DATE & TIME*** MONDAY 2-14-05  9 A.M. |

*(handwritten)* Chad Williams
Rec- 300
2.14.05
Winn-Dixie

| GRAND TOTAL | | | | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY |
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 300 | CS | 300 | CS | 22500 | | BATH SHEETS | 49390  100 |

RECEIVING RAMP SPACE

| GRAND TOTAL |

COD Amount: $ _____

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____"

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to the terms agreed upon in writing between the carrier and the shipper or consignee, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight or other lawful charges.

NORTHPOINT TRADING _____ Shipper Signat

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the DOT. | ☑ By Shipper ☐ By Driver | ☑ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| NORTHPOINT TRADING | | | *(signature)* 2-11-05 |

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---------|-------|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|------|-----------|
| 2/8/2005 | 105276 |

| Bill To | Ship To |
|---------|---------|
| Winn-Dixie Stores, Inc.<br>Greensville Dist Cntr<br>P.O. Box 40805<br>Jacksonville, FL 32203-0805 | Winn-Dixie Stores - GM Warehouse<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.E. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 603680 | Net 10 | | 2/8/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|----------|-----------|-------------|-----------|------------|------------|--------|
| 86,400 | KT150 | Kitchen Towel; Flat Weave<br>Item No:508176 | 288 | 300 | 0.54 | 46,656.00 |

300 Cases Total

| | Total | $46,656.00 |
|--|-------|------------|

02/22/2005  14:48    2124818003          NORTHPOINT                    PAGE  14/18

FROM :NORTHPOINT          FAX NO. :2766739900        Feb. 22 2005 02:19PM  P6
Date:    2-7-05                    BILL OF LADING
                              VICS Standard BOL | WWW.VICS.ORG The Complete VICS BOL and Instructions

### SHIP FROM
Name: NORTHPOINT TRADING
Address: 2258 RIVER ROAD
City/State/Zip: FIELDALE, VA 24089        Bill of Lading Number: 639822
SID#:                              FOB: ☐

### SHIP TO
Name: WINN DIXIE STORES - G M WAREHOUSE      CARRIER NAME: J D MARTIN
Address: 5050 EDGEWOOD COURT    Location #:    Trailer number: 302
JACKSONVILLE, FL 32254                  Seal number(s):

City/State/Zip:                            SCAC:
CID#:                              FOB: ☐    Pro number:

### THIRD PARTY FREIGHT CHARGES BILL TO:
NORTHPOINT TRADING
347 FIFTH AVE    SUITE 201
NEW YORK,NY 10016

SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid __XX__   Collect ____   3rd Party XX

☐ Master Bill of Lading with attached underlying Bills of Lading
(check box)

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO # 603680 | 300 | 12000 | 1600 | | ***APPOINTMENT DATE & TIME*** 2/9 @ 7:00 Am Dock 22 Nose |

300 Rows

**RECEIVED**
FEB 9 2005
WINN DIXIE G.M.D.C.
JACKSONVILLE FL.

| GRAND TOTAL | 300 | 12000 | 1600 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 300 | CS | 300 | CS | 12000 | | KITCHEN TOWELS | 49390 | 100 |

| | | | | GRAND TOTAL | | | | |

COD Amount: $ _____
Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

NORTHPOINT TRADING
Shipper Signatu

### SHIPPER SIGNATURE / DATE
NORTHPOINT TRADING

Trailer Loaded:  ☑ By Shipper   ☐ By Driver
Freight Counted:  ☑ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces

### CARRIER SIGNATURE / PICKUP DATE
2-8-05
C941222

**Northpoint Trading, Inc**
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Phone # | Fax # |
|---|---|
| (212) 481-8001 | (212) 481-8003 |

| Date | Invoice # |
|---|---|
| 2/8/2005 | 105279 |

| Bill To |
|---|
| Winn-Dixie Stores, Inc.<br>Greensville Dist Cntr<br>P.O. Box 40805<br>Jacksonville, FL 32203-0805 |

| Ship To |
|---|
| Winn-Dixie Stores - GM Warehouse<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 603686 | Net 10 | | 2/8/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|---|---|---|---|---|---|---|
| 41,184 | KT150 | Kitchen Towel: Flat Weave<br>Item No:508176 | 288 | 143 | 0.54 | 22,239.36 |

| 143 Cases Total | | | | **Total** | | $22,239.36 |

02/22/2005  14:48   2124818885          NORTH POINT                    PAGE  16/16

FROM :NORTHPOINT          FAX NO. :2766739900          Feb. 22 2005 02:20PM P7

Date:  2-7-05                              **BILL OF LADING**
                              VICS Standard BOL WWW.VICS.ORG  For Complete VICS BOL Guidelines, Information

**SHIP FROM**

| | |
|---|---|
| Name: | NORTHPOINT TRADING |
| Address: | 2258 RIVER ROAD |
| City/State/Zip: | FIELDALE, VA 24089 |
| SID#: | FOB: ☐ |

Bill of Lading Number:  639823

**SHIP TO**

| | |
|---|---|
| Name: | WINN DIXIE STORES- GM WAREHOUSE |
| Address: | 5050 EDGEWOOD COURT |
| | JACKSONVILLE, FL 32254   Location #: |
| City/State/Zip: | |
| CID#: | FOB: ☐ |

CARRIER NAME:  J D MARTIN
Trailer number:  3302
Seal number(s):
SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
NORTHPOINT TRADING
347 FIFTH AVE   SUITE 201
NEW YORK,NY  10016
                                        FOB: ☐

SPECIAL INSTRUCTIONS:
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL

Freight Charge Terms:  (freight charges are prepaid unless marked otherwise)

Prepaid __XX__   Collect ____   3rd Party __X X__

☐ Master Bill of Lading with attached
(check box)  underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO #603686 | 143 | | | | ***APPOINTMENT DATE & TIME**** |
| 500 Shipper Racks = 19 Pallets | | 15000 | 3000 | | 2/9 @ 7:00 Am  Dock 22 |
| | | | | | 643 Recid |
| | | | | | RECEIVED  FEB 09 2005 |
| **GRAND TOTAL** | | 15000 | 3000 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special care or additional care in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLA |
| 143 + 19 Pallets | CS | 143 | CS | 15000 | | KITCHEN TOWELS AND RACKS | 49390 | 100 |

**GRAND TOTAL**

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to the terms agreed upon in writing between the carrier and the shipper as intelligent, if applicable, otherwise to the rates classifications and rules that have been established by the carrier and are available to the shipper on request, and to all applicable state and federal regulations set when NMFC member is the carrier, the terms and conditions of the NMFC Bill of Lading

The carrier shall not make delivery of this shipment without payment of freight other lawful charges.

NORTHPOINT TRADING
                                        Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NORTHPOINT TRADING

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☑ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

                                        2-08-05

See e 094 8023

Northpoint Trading, Inc
347 5th Avenue - Suite 201
New York, NY 10016

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2005 | 105281 |

| Phone # | Fax # |
|---------|-------|
| (212) 481-8001 | (212) 481-8003 |

| Bill To |
|---------|
| Winn-Dixie Stores, Inc.<br>Greensville Dist Cntr<br>P.O. Box 40805<br>Jacksonville, FL 32203-0805 |

| Ship To |
|---------|
| Winn-Dixie Stores - GM Warehouse<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 603681 | Net 10 | | 2/9/2005 | PPD | Fieldale, VA | Winn-Dixie - GM ... |

| Quantity | Item Code | Description | CASE PACK | TOTL CASES | Price Each | Amount |
|----------|-----------|-------------|-----------|------------|------------|--------|
| 86,400 | KT100 | Kitchen Towel: Flat Weave<br>Item No: 508176 | 288 | 300 | 0.54 | 46,656.00 |

300 Cases Total

| **Total** | $46,656.00 |
|-----------|------------|

FROM :NORTHPOINT                    FAX NO. :2766739500           Feb. 22 2005 02:22PM  P8
Date: 2-8-05                        BILL OF LADING
                                    VICS Standard BOL. WWW.VICS.ORG Inc. Copyright VICS, All rights reserved

**SHIP FROM**

Name: NORTHPOINT TRADING                          Bill of Lading Number:   639821
Address: 2258 RIVER ROAD
City/State/Zip: FIELDALE, VA 24089
SID#                              FOB:

**SHIP TO**

Name: WINN-DIXIE STORES - GM WAREHOUSE            CARRIER NAME:   J D MARTIN
Address: 5050 EDGEWOOD COURT      Location #:      Trailer number:  JDM 101
JACKSONVILLE,FL 32254                              Seal number(s):

City/State/Zip:                                   SCAC:
CID#                             FOB:             Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
NORTHPOINT TRADING
347 FIFTH AVE   SUITE 201
NEW YORK, NY  10016
                                                 Freight Charge Terms
SPECIAL INSTRUCTIONS:                             Prepaid    XX
1 PACKING SLIP ATTACHED TO LEAD CARTON
1 PACKING SLIP ATTACHED TO BOL                    (check box)

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | CUBE | PLT/SLIP | ADD |
|---|---|---|---|---|---|
| PO #603681 | 300 | 12000 | 1600 | | ***APPOINTMENT DATE THURSDAY 2-10-0 |
| | | | | | |
| GRAND TOTAL | 300 | 12000 | 1600 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | (X) H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 300 | CS | 300 | CS | 12000 | | KITCHEN TOWELS | 49390 | 100 |

GRAND TOTAL

COD Amount: $ ___
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE                          CARRIER SIGNATURE / PICKUP DATE

NORTHPOINT TRADING                                J.D. MARTIN Trucking 2/9/05
                                                  Paul Long
                                                  0941226