**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-11063 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND**
**REQUEST FOR COPIES OF ALL NOTICES**

Coca-Cola Enterprises Inc. ("CCE"), a party-in-interest in the above-referenced bankruptcy case, files this Notice of Appearance and Request for Copies of All Notices pursuant to Bankruptcy Rule 2002(i) and requests that all notices which must be noticed to creditors, any creditors' committees, and any other parties-in-interest (Rules 2002(a), (b), and (c)), whether sent by the Court, the debtor or any other party in the case, be sent to the undersigned. CCE further requests that the following be added to the Court's Master Mailing List pursuant to Rule 2002(g):

> Coca-Cola Enterprises Inc.
> c/o Miller & Martin PLLC
> Attn: Shelley D. Rucker
> 832 Georgia Avenue
> Suite 1000
> Chattanooga, TN 37402-2289

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Chattem's right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) Chattem's right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) Chattem's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Chattem is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

This 25th day of February, 2005.

                                              Respectfully Submitted,

                                              **MILLER & MARTIN PLLC**

                                              By:  s/ Shelley D. Rucker
                                                        Shelley D. Rucker
                                                        Tennessee Bar No. 10098
                                            832 Georgia Avenue
                                            Suite 1000
                                            Chattanooga, TN 37402-2289
                                            Tel. (423) 756-6600
                                            Fax (423) 785-8480
                                            *Attorneys for Coca-Cola Enterprises Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of that certain **NOTICE OF APPEARANCE AND REQUEST FOR COPIES** was duly served upon the following persons by depositing same in the U.S. Mail addressed as follows with sufficient postage affixed thereto to ensure delivery:

> Winn-Dixie Stores, Inc.
> 5050 Edgewood Court
> Jacksonville, Florida  32254
>
> David J. Baker, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10004
>
> Sarah Robinson Borders
> King & Spalding LLP
> 191 Peachtree Street
> Atlanta, Georgia  30303
>
> United States Trustee
> Office of the United States Trustee
> Tracy Hope Davis, Esq.
> 33 Whitehall Street, 22nd Floor
> New York, New York 10004

This 25th day of February, 2005.

**MILLER & MARTIN PLLC**

By: s/ Shelley D. Rucker
Shelley D. Rucker