IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| WINN-DIXIE STORES, INC., et al, | : | 05-11063 (RDD) |
| | : | |
| Debtors-in-Possession. | : | Jointly Administered |
| | : | |

---------------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE BY REGULAR MAIL**

   I, Leah A. Nelson, hereby certify that I caused to be served true copies of the **NOTICE OF SPECIAL APPEARANCE AND DEMAND FOR SERVICE OF PAPERS,** upon the parties thereon the annexed service list by regular mail as indicated on this 25th day of February 2005.

                 s/ Leah A. Nelson
                 Leah A. Nelson


Sworn to before me this
25th day of February 2005

/s/ James V. Drew
 Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2006**

2243878v1

–2–

| | |
|---|---|
| **David J. Baker**<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | **Sarah Robinson Borders**<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303 |
| **James S. Carr**<br>Kelly Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | **Neal D. Colton**<br>Cozen O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 |
| **David W. Dykhouse**<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | **Joseph D. Frank**<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 |
| **Neil E. Herman**<br>Morgan, Lewis & Bokius LLP<br>101 Park Avenue<br>New York, NY 10178 | **Chris Lenhart**<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 |
| **Laurence May**<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022 | **Richard C. Morrissey**<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| **David L. Pollack**<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street – 51st Floor<br>Philadelphia, PA 19103 | **Adam L. Rosen**<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Blvd.<br>Ninth Floor<br>Uniondale, NY 11533-3622 |
| **Janice Stanton**<br>Contrarian Capital Management, L.L.C.<br>411 West Putnam Ave., Suite 225<br>Greenwich, CT 06830 | **Walter E. Swearingen**<br>Levi Lubarsky & Feigenbaum, LLP<br>845 Third Ave., 21st Floor<br>New York, NY 10022 |
| **Paul Traub**<br>Traub Bonacquist & Fox LLP<br>655 Third Ave., 21st Floor<br>New York, NY 10017 | **Richard Whitney Ward**<br>2527 Fairmount Street<br>Dallas, TX 75024 |

–3–

**Scott A. Zuber**
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950