IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTHERN NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WINN-DIXIE STORES, INC. | : | CASE NO. 05-11063 (RDD) |
| | : | |
| | : | |
| Debtor. | : | |

## SOUTHEAST PROVISIONS, LLC
## AMENDED NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on February 24, 2005, pursuant to U.S.C. 546, Southeast Provisions, LLC served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

Dated: February 25, 2005
      Philadelphia, Pennsylvania

                Southeast Provisions, LLC


                By: /s/ Rudi R. Grueneberg
                    Rudi R. Grueneberg, Esquire, General Counsel
                    Attorney for Southeast Provisions, LLC
                    11 Task Industrial Court
                    Greenville, South Carolina 29607

X:\Client File\Dietz & Watson\Winn Dixie\Notice.of.Reclamation.doc