**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC.,** ) | |
| *et al.,* ) | |
| ) | **Case No. 05-11063** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |
| ) | |
| ) | |

### NOTICE OF RECLAMATION DEMAND BY TREE OF LIFE, INC.

Tree of Life, Inc., sometimes trading under the names Gourmet Award Foods Southwest, Gourmet Award Foods Southeast, and Gourmet Award Foods Midwest ("Tree of Life"), by its undersigned counsel, files the following Notice of Reclamation Demand (the "Reclamation Demand") and states as follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc. and numerous affiliates (collectively, "Winn-Dixie") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Tree of Life hereby makes a demand to Winn-Dixie for reclamation pursuant to section 546(c) of the Bankruptcy Code and section 2-702 of the Uniform Commercial Code of all product and materials received from Tree of Life by Winn-Dixie within the period for reclamation under applicable law, including without limitation, the product and materials received under those invoices identified in the attachment hereto.[1]

---

[1] Tree of Life has also sent written demand to Winn-Dixie asserting its rights to reclamation under section 546 of the Bankruptcy Code and section 2-702 of the Uniform Commercial Code.

3. Neither the filing of this Reclamation Demand nor the written reclamation demand sent by Tree of Life to Winn-Dixie shall be construed to be a limitation of rights or election of remedies for any purpose, including Tree of Life's right to assert any and all rights under any other applicable federal or state law. Tree of Life expressly reserves any and all such rights.

Dated: February 25, 2005
New York, New York

TREE OF LIFE, INC.

By: /s/ Shawn R. Fox
Patrick L. Hayden (PH-9716)
Shawn R. Fox (SF-7975)
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Counsel for Tree of Life, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Reclamation Demand by Tree of Life, Inc. was served on February 25, 2005 on those parties listed below by first-class mail.

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Richard C. Morrissey
Office of United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Winn-Dixie Stores, Inc.
C/o Mr. Dick Judd
7596 Centurion Parkway
Jacksonville, FL 32254-0518

                                                __/s/ Shawn R. Fox_____
                                                Shawn R. Fox