UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WINN-DIXIE STORES, INC., <u>et al</u>. ) | CASE NO.    05-11063 |
| ) | |
| Debtors ) | |
| ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | |
| ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, David S. Rubin, a member in good standing of the bar in the State of Louisiana and the bars of the U.S. District Courts for the Eastern, Middle, and Western Districts of Louisiana, and United States Courts of Appeal for the Fifth and Eleventh Circuits, and having been previously admitted ***pro hac vice*** in other cases before this court, request admission, ***pro hac vice***, to represent Community Coffee Company, L.L.C.,  a creditor and contract party of the Debtor or one of its direct or indirect subsidiaries in the above referenced cases.

Mailing address:    P. O. Box 2997, Baton Rouge, LA 70821-2997

E-mail address:    drubin@kswb.com    Telephone number: 225-383-4703

I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated: February 22, 2005

Baton Rouge, Louisiana

By Attorneys:

KANTROW, SPAHT, WEAVER & BLITZER
(A PROFESSIONAL LAW CORPORATION)
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 383-4703
Facsimile: (225) 343-0630

By: s/David S. Rubin
    David S. Rubin
    La. Bar Roll No. 11525

Attorneys for **Community Coffee Company, L.L.C.**

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has this day been mailed, postage prepaid, to Mr. D. J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036; and Ms. Sarah Robinson Borders, King & Spalding, 191 Peachtree Street, Atlanta, GA 30303.

Baton Rouge, Louisiana, this 22nd day of February, 2005.

    s/David S. Rubin
    David S. Rubin

139996