**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------x

| | |
|---|---|
| IN RE: | In re: Case No. |
|     WINN-DIXIE STORES, INC. | Chapter |
|         Debtor. | |

------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Rudi R. Grueneberg, a member in good standing of the bar in the State of New Jersey, or of the bar of the U.S. District Court for the _____ District of _____, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Southeast Provisions, LLC and Dietz & Watson, Inc., a Creditor in the above referenced __X__ case ___ adversary proceeding.

My address is: 704 East Main Street, Moorestown, New Jersey 08057 e-mail address is RRG@RGLawGroup.com; telephone number is (856) 235-6710.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: February 22, 2005
New York, New York                    /s/ Rudi R. Grueneberg_____