**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

IN RE:                                                                          In re: Case No.
    WINN-DIXIE STORES, INC.                              Chapter

          Debtor.

-------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Rudi R. Grueneberg, a member in good standing of the bar in the State of New Jersey, or of the bar of the U.S. District Court for the _____ District of _____, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Southeast Provisions, LLC and Dietz & Watson, Inc., a Creditor in the above referenced __X__ case ___ adversary proceeding.

**ORDERED,**

that Rudi R. Grueneberg, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced _X_ case ___ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: February 22, 2005


      New York, New York      /s/_____
                                              UNITED STATES BANKRUPTY JUDGE