**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUHTERN DISTRICT OF NEW YORK (MANHATTAN)**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al</u>.** | ) | Case No. 05-11063 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**ORDER FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

ORDERED,

That Robert L. Holladay, Jr., Esq. admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

                                                                        Respectfully submitted,

                                                                         _____
                                                                         Robert L. Holladay, Jr.
                                                                         YoungWilliams P.A.
                                                                         P.O. Box 23059
                                                                         Jackson, MS  39225-3059
                                                                         Phone:  (601) 948-6100
                                                                         Fax:  (601) 355-6136

                                                                         Counsel for Cal-Maine Foods, Inc.

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing was forwarded electronically for by first class mail postage prepaid to:

| | |
|---|---|
| David J. Baker | Debtor's Attorney |
| Skadden Arps Slate Meagher & Flom, LLP | |
| Four Times Square | |
| New York, NY  10036 | |
| | |
| Richard D. Morrissey | U. S. Trustee |
| Office of the Unites States Trustee | |
| 33 Whitehall Street | |
| 21st Floor | |
| New York, NY  10004 | |

_____

Robert L. Holladay, Jr.