**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUHTERN DISTRICT OF NEW YORK (MANHATTAN)**

| | | |
|---|---|---|
| IN RE: ) | | Chapter 11 |
| ) | | |
| **WINN-DIXIE STORES, INC., <u>et al</u>.** ) | | Case No. 05-11063 |
| ) | | |
| Debtors ) | | **(Jointly Administered)** |
| ) | | |

## ORDER FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

ORDERED,

That Robert L. Holladay, Jr., Esq. admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

                                                Respectfully submitted,

 

                                              Robert L. Holladay, Jr.
                                              YoungWilliams P.A.
                                              P.O. Box 23059
                                              Jackson, MS  39225-3059
                                              Phone:  (601) 948-6100
                                              Fax:  (601) 355-6136

                                              Counsel for Cal-Maine Foods, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was forwarded electronically for by first class mail postage prepaid to:

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 | Debtor's Attorney |
| Richard D. Morrissey<br>Office of the Unites States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | U. S. Trustee |

_____
Robert L. Holladay, Jr.