UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
In re                                                    :  Chapter 11
                                                         :
WINN-DIXIE STORES, INC., *et al.*                        :  Case No. 05-11063 (RDD)
                                                         :
              Debtors.                                   :  (Jointly Administered)
                                                         :
-------------------------------------------------------- x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      Richard S. Miller hereby declares, pursuant to 28 U.S.C. § 1746, and under penalties of perjury, the following:

      1.  I am employed by the law firm of Greenberg Traurig, LLP.

      2.  I am over 18 years of age and reside in New York, New York.  I am not a party to this action.

      3.  On February 25, 2005, I caused a true and correct copy of the following document to be served upon the parties on the attached Service List at the addresses set forth by *United States first-class mail*:

      **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

      4.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2005

                                                      /s/ Richard S. Miller
                                                            Richard S. Miller

**SERVICE LIST**

Sandra Schirmang
Director of Credit
Kraft (Kraft Foods, Kraft Pizza, Nabisco)
22541 Network Place
Chicago, IL 60673-1225

Marty Scaminaci
Director Financial Services
Pepsico & Subsidiaries
P.O. Box 844700
Dallas, TX 75284-4700

Jay Jones
Credit Manager
Proctor & Gamble Distributing Co.
P.O. Box 100537
Atlanta, GA 30384-0537

Peter B. Knox
Director of Credit and Collections
Nestle (Nestle USA, Nestle Purina, Nestle Water)
P.O. Box 277817
Atlanta, GA 30384-7817

Terri Johnson
Account Operation Development Manager
General Mills Inc.
P.O. Box 101412
Atlanta, GA 30392-0001

Richard Bellis
Credit Manager
Unilever (HPC USA & Best Foods)
1 Johns Street
Clinton, CT 06413

Dick Stiteler
Director of Customer Financial Services
Florida Coca-Cola
P.O. Box 30000
Orlando, FL 32891-0001

Robert Ellis
Corp Credit Analysis Manager
ConAgra Grocery Products Co.
P.O. Box 409626
Atlanta, GA 30384

Ted C. Banker, Sr.
Credit Manager
Kimberly Clark
P.O. Box 915003
Dallas, TX 75391-5003

Valerie Phillips
Sr. Credit Manager
McKee Foods Corporation
P.O. Box 2118
Collegedale, TN 37315-2118

Joel Cartright
Credit Manager
Sara Lee Foods
P.O. Box 905466
Charlotte, NC 28290

Angela Trudeau, VP
Relationship Management
US Bank Corporation
P.O. Box 790428
St. Louis, MO 63179-0428

Mark Kellum
National Account Manager
Gourmet Award Foods Mid Atlantic
4055 Deerpark Boulevard
Elkton, FL 32033

Craig Stargardt
Credit Manager
Good Humor Breyers Ice Cream
P.O. Box 75604
Charlotte, NC 28275-5604

Dan Gilroy
Keebler Company
P.O. Box 73451
Chicago, IL 60673-7451

Teresa Bellman
Controller
CH Robinson Worldwide Inc.
P.O. Box 9121
Minneapolis, MN 55480-9121

Frank Buckstein
Manager Credit and Collections
Del Monte Foods USA
1336 Solutions Center
Chicago, IL 60677-1003

Doug Wilhelm
Fin Tech
4720 W. Cypress St.
Tampa, FL 33607

Powerhouse Produce LLC
James Banks
Account Manager
P.O. Box 368
Riverhead, NY 11901

Mary Trahan
Credit Manager
Gillette Company
P.O. Box 100800
Atlanta, GA 30384-0800

Dick Stiteler
Director of Customer Financial Services
Coca-Cola Bottling Works
300 Coca-Cola Road
Charlotte, NC 28275

Kris Skupas
Schreiber Foods, Inc.
Credit Manager
P.O. Box 905008
Charlotte, NC 28290-5008

Maureen Hart
Sr. Credit Manager
Campbell Soup Co.
P.O. Box 101407
Atlanta, GA 30392-1407

Bob Moon
Credit Manager
Georgia Pacific Corp.
P.O. Box 102487
Atlanta, GA 30368-2487

Phil Polk
Ross Laboratories
Controller, Dept L-281
Columbus, OH 43260-0001

Sybil Shaw
Credit Manager
Clorox Sales Co – KPD
P.O. Box 66123
Charlotte, NC 28275-1754

Ron Mospek
Credit Manager
Kellogg Sales Company
P.O. Box 905193
Charlotte, NC 28290-9051

John Wernicki
National Sales Director
Johnson & Johnson
P.O. Box 751059
Charlotte, NC 28275

Vanessa Fernandez
Controller
Riverdale Farms
P.O. Box 861093
Orlando, FL 32886-3356

Jennifer Voss,
VP Accounting
Anderson News
P.O. Box 52570
Knoxville, TN 37950-2570

Jack Jones
CFO
Safe Harbor Seafood
4371 Ocean Street
Mayport, FL 32233-2417

Dick Stiteler
Director of Customer Financial Services
Louisiana Coca-Cola
1314 Eraste Landry Road
Lafayette, LA 70506

Fred Pomerantz
Credit Manager
Edy's Grand Ice Cream
P.O. Box 406247
Atlanta, GA 30384-6247

Larry Sanders
VP, Global Finance
Wyeth Consumer Healthcare
P.O. Box 75296
Charlotte, NC 28275-5296

Andy Helveston
Warner Lambert Consumer Group
400 West Lincoln Avenue
Lititz, PA 17543

Jeff Talee
Finance Manager
Gerber Products Company
445 State St.
Freemont, MI 49413

Julie Polanis
Credit Manager
Coca-Cola Bottling Co
300 Coca-Cola Rd
Charlotte, NC 28275

Neal Morgan
Director of Sales
Sanderson Farms
P.O. Box 988
Laurel, MS 39441-0988

Alan Yoshidone
Controller
DLJ Produce, Inc.
P.O. Box 2398
West Covina, CA 91793

Mike Davis
Group Leader
Schering Plough Health Care
Southern Region
P.O. Box 100373
Atlanta, GA 30384

Corporate Trust Department
Wilmington Trust Company as
  Indenture Trustee
Rodney Square North
Wilmington, DE 19890

Abner D. Goldstine
Capital Research and
Management Company
American Funds
333 South Hope Street
Los Angeles, CA 90071

Earl E. McEvoy
Vanguard Group Incorporated
The Vanguard Group
P.O. Box 2600
Valley Forge, PA 19482

Carl W. Marker
Ameriprime Funds
IMS Capital Management
8995 SE Otty Road
Portland, OR 97266

Earl E. McEvoy
Reliance Standard Life
Insurance Company
2001 Market Street
Suite 1500
Philadelphia, PA 19103

4

Becky Culver
Fortis Benefits Insurance Company
P.O. Box 3050
Milwaukee, WI 53201

Christy Yip
Goodman & Co. Investment Counsel
Scotia Plaza
55th Floor
40 King Street West
Toronto, Ontario M5H 4A9

Earl E. McEvoy
Wellington Management Co. LLP
Gateway Center Three
100 Mulberry Street
Newark, NJ 07102

Sherry Baker
Securities Management and
Research, Inc.
24500 South Shore Blvd.
Suite 400
League City, TX 77573

Elizabeth Anne Dowd
Aviva Life Insurance Company
108 Myrtle Street
Newport Office Park
North Quincy, MA 02171