**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUHTERN DISTRICT OF NEW YORK (MANHATTAN)**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al</u>.** | ) | **Case No. 05-11063** |
| | ) | |
| **Debtors** | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF RECLAMATION DEMAND OF CAL-MAINE FOODS, INC.**

Please be advised that a Notice of Reclamation Demand on behalf of Cal-Maine Foods, Inc. was served on February 24, 2005 on the Debtor and its attorneys of record, David J. Baker and Sarah Robinson Borders. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

        Respectfully submitted,

        _____
        Robert L. Holladay, Jr.
        MS Bar # 100713
        YoungWilliams P.A.
        P.O. Box 23059
        Jackson, MS  39225-3059

        COUNSEL FOR CAL-MAINE FOODS, INC.

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the above Notice of Reclamation Rights was served on the 25th day of February, 2005 as set forth below, by Regular United States Mail, Postate Prepaid, as follows:

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 | Debtor's Attorney |
| Sarah Robinson Borders<br>Brian C. Walsh<br>King & Spalding LLP<br>191 Peachtess Street<br>Atlanta, GA  30303 | Debtor's Attorney |
| Richard D. Morrissey<br>Office of the Unites States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | U. S. Trustee |

 

_____
Robert L. Holladay, Jr.