

February 23, 2005


**VIA FACSIMILE AND OVERNIGHT CARRIER**

Deep South Products
Attn: Bob Welsh
3304 Sydney Road
Plant City, FL  33576
Fax: 813-754-4554

Deep South Products
Attn: Lee Siler
255 Jacksonville Highway
Fitzgerald, GA 31750
Fax: 229-424-9039

Winn-Dixie Stores, Inc.
Attn: Peter Lynch, President/CEO
5050 Edgewood Court
Jacksonville, FL 32254
Fax: 904-783-5059

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. Jan Baker and Rosalie Walker Gray
Four Times Square
New York, NY  10036
Fax: 212-735-2000

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA  30303
Fax: 404-572-5100

**Re: Reclamation Demand**

Dear Sirs:

It has recently come to our attention that Winn-Dixie Stores, Inc., Deep South Products and certain of its other affiliates (collectively, the "Debtors") filed a voluntary petition for bankruptcy in the Southern District of New York on February 21, 2005. Debtors received certain goods, on credit, from Cal-Maine Foods, Inc. which were delivered to Winn-Dixie warehouses located in Charlotte, NC, Atlanta, GA, and Hammond, LA, within the 10 days preceding the filing on February 21, 2005. The goods are identified and represented by the attached invoices. Said goods were shipped from our locations in Shady Dale, GA, and Edwards, MS, and Cal-Maine Foods, Inc. has yet to receive payment for the total amount due of <u>$189,841.20</u>.

THIS IS A DEMAND FOR RECLAMATION RIGHTS PURSUANT TO SECTION 2-702 OF THE UNIFORM COMMERCIAL CODE, AS ADOPTED UNDER APPLICABLE STATE LAW, AND 11 U.S.C. § 546(c). WE ARE HEREBY ASSERTING THE RIGHT OF RECLAMATION UNDER THE BANKRUPTCY CODE AND APPLICABLE STATE LAW.


**CAL- MAINE FOODS, INC.**    POST OFFICE BOX 2960 • JACKSON, MISSISSIPPI 39207
PHONE 601-948-6813            FAX 601-969-0905

By making this demand, Cal-Maine does not intend to, and shall not be deemed to, waive any rights with respect to its claims against the Debtors, including, without limitation, the right to assert that certain of the goods were delivered post-petition and that Cal-Maine is thus entitled to payment in the ordinary course.

Where feasible, considering the perishable nature of Cal-Maine's products, and in accordance with the foregoing demand, you are instructed to set aside the above referenced goods for return to us and are prohibited from further using, processing, commingling, selling or in any way encumbering said goods; or to provide Cal-Maine with an administrative expense priority claim for the full amount due pursuant to applicable provisions of the Bankruptcy Code.

Please contact the undersigned at Cal-Maine Foods, Inc., 3320 Woodrow Wilson Drive, Post Office Box 2960, Jackson, MS, 39207, and our counsel, James H. Neeld, III, YoungWilliams, PA, 210 E. Capitol Street, Suite 2000, Jackson, MS, 39201, should you have any questions.

Very truly yours;

Cal-Maine Foods, Inc.

Dolph Baker,  President

**Cal-Maine Foods, Inc.**
**Summary of Pre-Petition Invoices with Winn-Dixie**

| Location: | Amounts: |
|---|---|
| Collective invoices from Shady Dale, GA | $32,929.20 |
| Collective invoices from Edwards, MS | $156,912.00 |
| Total | $189,841.20 |

FEB-22-2005 12:25          CM OPERATIONS                              P.27

DOC #     01320170

CAL-MAINE FARMS
P. O. BOX 2960
JACKSON, MS. 39207
Seller Animal Husbandry Certified# 103

```
| ROUTE     #        |
| DAY       #    6   |
| STOP      #        |
| SALESMAN:          |
| SHP DT: 02/11/2005 |
```

SHIP TO:
WINN DIXIE WAREHOUSE (LA)
3925 HWY 190 WEST

HAMMOND, LA. 70401

CUSTOMER #:    19800
PHONE: (813) 707-5277
CONTACTS:
    BOB WELSH
REF1#: 624337
REF2#:

| Product | Description | Size | Quantity | Units | Price | Extended |
|---------|-------------|------|----------|-------|-------|----------|
| 15871151LG | WINN A DIXIE 15DZ B BASKET | | 1440.00 | 21600 | | |
| | DOCUMENT TOTALS: | | 1440.00 | 21600 | | |

TRACTOR #  4320
TRAILER #

|           | IN | OUT |
|-----------|----|-----|
| RACKS     |    |     |
| PALLETS   |    | 24  |
| CASES     |    |     |
| BASKETS   |    |     |
| CARTS     |    |     |
| TIME      |    |     |

INVOICE COMMENTS

SEAL # 0162263
MAINTAIN TEMPT.
AT 40° DEGREES
LOADED BY:
C. Wilson

TIME DELIVERED:          AM  PM
ABOVE RECV. IN GOOD CONDITION BY:

DRIVER'S SIGNATURE:
X

RETURNED/DAMAGED

| DESCRIPTION | QUANTITY |
|-------------|----------|
|             |          |
|             |          |
|             |          |
|             |          |
|             | TOTAL    |

RECEIVED BY:

4320
Bobby Mikell

RECEIVED
DATE 2-11-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

FEB-22-2005  12:24          CM OPERATIONS                                    P.26

## CAL-MAINE FOODS, INC.
### EDWARDS
P.O. BOX 2960                              TELEPHONE
JACKSON, MS. 39207                    (601) 852-4970
Seller Animal Husbandry Certified# 103

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS, INC<br>ATTN: BOB WELSH<br>3304 SYDNEY ROAD<br>PLANT CITY, FL. 33567 | WINN DIXIE WAREHOUSE (LA)<br>3925 HWY 190 WEST<br><br>HAMMOND, LA. 70401 |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN 14 DAYS | 624337 | 02/11/2005 | 01322170 |

| QUAN SHIPPED | PACK | TOTAL SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1440 | 15 | 21600 | LG WINN A DIXIE 15DZ BASK<br>24 PALLETS (3-27, 3-28) | .67000 | 14472.00 |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| 1440 | 1 | 0 | BASKETS OUT | .00000 | .00 |
|  |  | 21600 |  |  |  |

REMIT TO:
P.O. BOX 2960
JACKSON, MS. 39207

**TOTAL ▶  14472.00**

DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW

CREDITS                                                            CREDITS

DRIVER'S SIGNATURE _____

RECEIVED IN GOOD ORDER BY _____

FEB-22-2005 12:24          CM OPERATIONS                          P.25

01322169

CAL-MAINE FARMS
P.O. BOX 2960
JACKSON, MS. 39207
Seller Animal Husbandry Certified# 103

| | | |
|---|---|---|
| ROUTE # | SHIP TO: | CUSTOMER #: 19800 |
| DAY # 6 | WINN DIXIE WAREHOUSE (LA) | PHONE: (813) 707-5277 |
| STOP # | 3925 HWY 190 WEST | CONTACTS: |
| SALESMAN: | | BOB WELSH |
| SHP DT: 02/11/2005 | HAMMOND, LA. 70401 | REF1#: 624336 |
| | | PEF2#: |

| Product | Description | Size | Quantity | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 1587115 | LG WINN A DIXIE 15DZ | B BASKET | 1440.00 | 21600 | | |

DOCUMENT TOTALS:                          1440.00   21600

| | | |
|---|---|---|
| TRACTOR # | INVOICE COMMENTS | |
| TRAILER # 3978 | | |
| IN OUT | | |
| RACKS | SEAL # 198854 | TIME DELIVERED:          AM PM |
| PALLETS 24 24 | MAINTAIN TEMP! | ABOVE RECV IN GOOD CONDITION BY: |
| CASES | AT 40 DEGREES | |
| BASKETS | | |
| CARTS | LOADED BY: | DRIVER'S SIGNATURE: |
| TIME | | |

RETURNED/DAMAGED

| DESCRIPTION | QUANTITY |
|---|---|
| | |
| | |
| | |
| | |
| TOTAL | |

RECEIVED BY:

RECEIVED

DATE 3-26-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

LANDRUM

3978



FEB-22-2005  12:24       CM OPERATIONS                              P.24

## CAL-MAINE FOODS, INC.
### EDWARDS
P.O. BOX 2960                           TELEPHONE
JACKSON, MS. 39207               (601) 852-4576
Seller Animal Husbandry Certified# 103

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS, INC | WINN DIXIE WAREHOUSE (LA) |
| ATTN: BOB WELSH | 3925 HWY. 190 WEST |
| 3304 SYDNEY ROAD | |
| PLANT CITY, FL. 33567 | HAMMOND, LA. 70401 |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN 14 DAYS | 624336 | 02/11/2005 | 01322169 |

| CASES SHIPPED | PRICE | PIECES SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1440 | 15 | 21600 | LG WINN A DIXIE 15DZ BASK | .67000 | 14472.00 |
| | | | 24 PALLETS (3-27) | | |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| -24 | 1 | 0 | PALLETS IN | .00000 | .00 |
| 1440 | 1 | 0 | BASKETS OUT | .00000 | .00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | 21600 | REMIT TO: | TOTAL ▶ | 14472.00 |

P.O. BOX 2960
JACKSON, MS. 39207

DO NOT ADJUST PRICE OR NOTE ALL RETURNS AND ADJUSTMENTS BELOW

DRIVER'S SIGNATURE_____

RECEIVED IN GOOD ORDER BY_____

23      FEB-22-2005 12:23      CM OPERATIONS      P.2

**CAL-MAINE FARMS**
P.O. BOX 2960
JACKSON, MS. 39207

| DOC # | 01328100 |
| --- | --- |

Seller Animal Husbandry Certified# 103

SHIP TO:
WINN DIXIE WAREHOUSE (LA)
3925 HWY 190 WEST
HAMMOND, LA. 70401

| ROUTE | # | | CUSTOMER #: | 19800 |
| DAY | # | 6 | PHONE: (813) 707-5277 |
| STOP | # | | CONTACTS: |
| SALESMAN: | | | BOB WELSH |
| SHP DT: 02/11/2005 | | | REF1#: 664335 |
| | | | REF2#: |

| Product | Description | Size | Quantity | Units | Price | Extended |
| --- | --- | --- | --- | --- | --- | --- |
| 15871151LG | WINN A DIXIE 15DZ B BASKET | | 1440.00 | 21600 | | |

DOCUMENT TOTALS:      1440.00   21600

| TRACTOR # | | INVOICE COMMENTS |
| --- | --- | --- |
| TRAILER # | | # |

| | IN | OUT | |
| --- | --- | --- | --- |
| RACKS | | | SEAL # 0163301 |
| PALLETS | | | MAINTAIN TEMP. |
| CASES | | | AT 40° DEGREES |
| BASKETS | | | |
| CARTS | | | LOADED BY: Willis |
| TIME | | | |

TIME DELIVERED:    AM   PM
ABOVE RECV. IN GOOD CONDITION BY:

DRIVER'S SIGNATURE:

RETURNED/DAMAGED

| DESCRIPTION | QUANTITY |
| --- | --- |
| | |
| | |
| | |
| | |
| TOTAL | |

RECEIVED BY:

4322

8:00

**RECEIVED**

DATE 2-4-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.



FEB-22-2005  12:23        CM OPERATIONS                                    P.22

**CAL-MAINE FOODS, INC.**
P.O. BOX 2960                          TELEPHONE
JACKSON, MS. 39207                    (601) 852-4970
Seller Animal Husbandry Certified# 103

SOLD TO:                              SHIP TO:
DEEP SOUTH PRODUCTS, INC              WINN DIXIE WAREHOUSE (LA)
ATTN:  BOB WELSH                      3925 HWY 190 WEST
3304 SYDNEY ROAD
PLANT CITY, FL. 33567                 HAMMOND, LA. 70401

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN 14 DAYS | 624335 | 02/11/2005 | 01322168 |

| CASES SHIPPED | PCS | DOZEN SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1440 | 15 | 21600 | LG WINN A DIXIE 15DZ BASK | .67000 | 14472.00 |
|  |  |  | 24 PALLETS (3-26, 3-27) |  |  |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| 1440 | 1 | 0 | BASKETS OUT | .00000 | .00 |
|  |  | 21600 | REMIT TO: |  TOTAL ▶ | 14472.00 |

P.O. BOX 2960
JACKSON, MS. 39207

DO NOT ADJUST INVOICE  NOTE ALL RETURNS AND ADJUSTMENTS BELOW

CREDITS                                          CREDITS

DRIVER'S SIGNATURE_____
RECEIVED IN GOOD ORDER BY_____

21                    FEB-22-2005  12:23        CM OPERATIONS                                    P.2

```
,----------------------,        CAL-MAINE FARMS
| DOC #    01322167    |        P.O. BOX 2960
|----------------------|        JACKSON, MS. 39207
| ROUTE    #           |   Seller: Animal Husbandry Certified# 103
| DAY      #    6      |   SHIP TO:                          CUSTOMER #:  19800
| STOP     #           |   WINN DIXIE WAREHOUSE (LA)         PHONE: (813) 707-5277
| SALESMAN:            |   3925 HWY 190 WEST                 CONTACTS:
| SHP DT: 02/11/2005   |   HAMMOND, LA. 70401                    BOB WELSH
|                      |                                    REF1#: 624278
`----------------------'                                    REF2#:
```

```
,------------------------------------------------------------------------------------------,
|Product    Description          Size       |Quantity| Units|    Price    |Extended|
|05871181JBO WINN DIXIE A 12DZ  BASKET      |  120.00|  1440|             |        |
|10871151XL WINN A 15DZ CRATES   BASKET     |   60.00|   900|             |        |
|20871151MED WINN DIXIE A 15DZ   BASKET     |  180.00|  2700|             |        |
|10872151XL WINN A DIXIE 18CRAT BASKET      |  300.00|  4500|             |        |
|15872151LG WINN DIXIE A 18'S C BASKET      |  480.00|  7200|             |        |
|15873251LG WINN DIX A 2.5 A CA BASKET      |  150.00|  3750|             |        |
|------------------------------------------------------------------------------------------|
|  DOCUMENT TOTALS:                         | 1290.00 20490             |        |
`------------------------------------------------------------------------------------------'
```

```
,--------------------------,
|TRACTOR #                 |  INVOICE COMMENTS
|TRAILER #     4255        |  7 Pallets Bad and Doublerun
|        | IN  | OUT |     |  SEAL #  0162762 | TIME DELIVERED:        AM  PM
|RACKS   |     |     |     |  MAINTAIN TEMP.  | ABOVE RECV. IN GOOD CONDITION BY:
|PALLETS |     | 24  |     |  AT  40  DEGREES |
|CASES   |     |     |     |                  |
|BASKETS |     |     |     |  LOADED BY:      | DRIVER'S SIGNATURE:
|CARTS   |     |     |     |  Bell Wills      | James Hamilton
|TIME    |     |     |     |
`--------------------------'
        RETURNED/DAMAGED
```

```
,----------------------------------------------,
|DESCRIPTION            |QUANTITY      |
|-----------------------|--------------|
|                       |              |
|-----------------------|--------------|
|                       |              |
|-----------------------|--------------|
|             TOTAL     |              |
|RECEIVED BY:           |              |
`----------------------------------------------'
```

✓ W.Smith
7:00

RECEIVED
2-11-05
DATE
SIGNATURE
WINN-DIXIE LOUISIANA, INC

FEB-22-2005  12:22          CM OPERATIONS                                      P.20

## CAL-MAINE FOODS, INC.
P.O. BOX 2960
JACKSON, MS. 39207                    TELEPHONE
(601) 852-4970
Seller Animal Husbandry Certified# 103

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS, INC | WINN DIXIE WAREHOUSE (LA) |
| ATTN:  BOB WELSH | 3925 HWY 190 WEST |
| 3304 SYDNEY ROAD | |
| PLANT CITY, FL. 33567 | HAMMOND, LA. 70401 |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN  14 | DAYS 62427B | 02/11/2005 | 01322167 |

| CASE SHIPPED | PACK | TOTAL ITEM SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 120 | 12 | 1440 | JBO WINN DIXIE A 12DZ CRA | .74000 | 1065.60 |
| | | | 22 PALLETS (3-26) | | |
| 60 | 15 | 900 | XL WINN A 15DZ CRATES | .71000 | 639.00 |
| | | | 1 PALLET (3-26) | | |
| 180 | 15 | 2700 | MED WINN DIXIE A 15DZ CRA | .57000 | 1539.00 |
| | | | 3 PALLETS (3-27) | | |
| 300 | 15 | 4500 | XL WINN A DIXIE 18CRATES | .72500 | 3262.50 |
| | | | 5 PALLETS (3-24) | | |
| 480 | 15 | 7200 | LG WINN DIXIE A 18'S CRAT | .68500 | 4932.00 |
| | | | 8 PALLETS (3-26,3-27) | | |
| 150 | 25 | 3750 | LG WINN DIX A 2.5 A CASE | .70000 | 2625.00 |
| | | | 5 PALLETS (3-27) | | |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| 1290 | 1 | 0 | BASKETS OUT | .00000 | .00 |

| | 20490 | REMIT TO: | TOTAL ▶ | 14063.10 |
|---|---|---|---|---|
| | | P.O. BOX 2960 | | |
| | | JACKSON, MS. 39207 | | |

DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW

C R E D I T S                                                                    C R E D I T S

DRIVER'S SIGNATURE _____

RECEIVED IN GOOD ORDER BY _____



## CAL-MAINE FOODS, INC.
### EDWARDS
P. O. BOX 2960
JACKSON, MS. 39207

TELEPHONE
(601) 852-4970

Seller Animal Husbandry Certified# 103

**SOLD TO:**
DEEP SOUTH PRODUCTS, INC
ATTN: BOB WELSH
3304 SYDNEY ROAD
PLANT CITY, FL. 33567

**SHIP TO:**
WINN DIXIE WAREHOUSE (LA)
3925 HWY 190 WEST
HAMMOND, LA. 70401

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN 14 DAYS | 624355 | 02/14/2005 | 01322171 |

| CASES SHIPPED | PACK | CASES SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1440 | 15 | 21600 | LG WINN A DIXIE 15DZ BASK 24 PALLETS (3-27,3-28) | .67000 | 14472.00 |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| 1440 | 1 | 0 | BASKETS OUT | .00000 | .00 |

21600

REMIT TO:
P.O. BOX 2960
JACKSON, MS. 39207

**TOTAL ▶** 14472.00

DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW

CREDITS                                             CREDITS

DRIVER'S SIGNATURE_____
RECEIVED IN GOOD ORDER BY_____

FEB-22-2005  12:25        CM OPERATIONS                                    P.29

                                    CAL-MAINE FARMS
                                    P.O. BOX 2960
          01322171                  JACKSON, MS. 39207
                                Seller Animal Husbandry Certified# 103
          #       #            SHIP TO:                    CUSTOMER #:  19800
          #       2            WINN DIXIE WAREHOUSE (LA)    PHONE: (813) 707-5277
          P       #            3923 HWY 190 WEST            CONTACTS:
    SALESMAN:                                                   BOB WELSH
    SHP DT: 02/14/2005          HAMMOND, LA. 70401          REF1#: 604355
                                                            REF2#:

| Product    Description        Size | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| 15071151LB WINN A DIXIE 15DZ B BASKET | 1440.00 | 21600 | | |
| DOCUMENT TOTALS: | 1440.00 | 21600 | | |

| TRACTOR # 3978 | INVOICE COMMENTS. | |
|---|---|---|
| TRAILER # | IN | OUT | | |
| RACKS | | | SEAL # 024 | TIME DELIVERED:        AM  PM |
| PALLETS | | 24 | MAINTAIN TEMP. | ABOVE RECV. IN GOOD CONDITION BY: |
| CASES | | | AT 400 DEGREES | |
| BASKETS | | | | |
| CARTS | | | LOADED BY: _Lee Willis_ | DRIVER'S SIGNATURE: _James Hamilton_ |
| TIME | | | | |

RETURNED/DAMAGED

| DESCRIPTION | QUANTITY |
|---|---|
| | |
| | |
| | |
| | |
| | TOTAL |
| RECEIVED BY: | |

7.00

J Hamilton

RECEIVED
2-14-05
DATE
SIGNATURE
WINN-DIXIE LOUISIANA INC

FEB-22-2005  12:26     CM OPERATIONS                              P.3



**CAL-MAINE FOODS, INC.**
EDWARDS
P. O. BOX 2960
JACKSON, MS. 39207
Seller Animal Husbandry Certified# 103

TELEPHONE
(601) 852-4970

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS, INC<br>ATTN:  BOB WELSH<br>3304 SYDNEY ROAD<br>PLANT CITY, FL. 33567 | WINN DIXIE WAREHOUSE (LA)<br>3925 HWY 190 WEST<br><br>HAMMOND, LA. 70401 |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN  14 DAYS | 624356 | 02/14/2005 | 01322172 |

| CASES SHIPPED | PACK | UNITS | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1440 | 15 | 21600 | LG WINN A DIXIE 15D2 BASK<br>24 PALLETS (3-28,3-29,3-30) | .67000 | 14472.00 |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| 1440 | 1 | 0 | BASKETS OUT | .00000 | .00 |
|  |  | 21600 | REMIT TO:<br>P.O. BOX 2960<br>JACKSON, MS. 39207 | TOTAL ▶ | 14472.00 |

DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW

C
R
E
D
I
T
S

C
R
E
D
I
T
S

DRIVER'S SIGNATURE_____

RECEIVED IN GOOD ORDER BY_____

FEB-22-2005 12:26     CM OPERATIONS             P.31

CAL-MAINE FARMS
P. O. BOX 2960
JACKSON, MS. 39207
Seller Animal Husbandry Certified# 103

01322172

| ROUTE # | | SHIP TO: | CUSTOMER #: 19800 |
| DAY # 2 | | WINN DIXIE WAREHOUSE (LA) | PHONE: (813) 707-5277 |
| STOP # | | 3925 HWY 190 WEST | CONTACTS: |
| SALESMAN: | | | BOB WELSH |
| SHP DT: 02/14/2005 | | HAMMOND, LA. 70401 | REF1#: 624356 |
| | | | REF2#: |

| Product | Description | Size | Quantity | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 15871151LG | WINN A DIXIE 15DZ B BASKET | | 1440.00 | 21600 | | |

DOCUMENT TOTALS:         1440.00   21600

| TRACTOR # | | INVOICE COMMENTS |
| TRAILER # 7322 | | |
| | IN | OUT | SEAL # 016327 | TIME DELIVERED:   AM   PM |
| RACKS | | | MAINTAIN TEMP. | ABOVE RECV. IN GOOD CONDITION BY: |
| PALLETS | | 24 | AT 40° DEGREES | |
| CASES | | | | |
| BASKETS | | | LOADED BY: | DRIVER'S SIGNATURE: |
| CARTS | | | | |
| TIME | | | | |

RETURNED/DAMAGED

| DESCRIPTION | QUANTITY |
| | |
| | |
| | |
| | |
| | TOTAL |

RECEIVED BY: Jeff Powell
T+S Express

Cliff
8:00

RECEIVED
DATE 2-14-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.



**CAL-MAINE FOODS, INC.**
EDWARDS
P.O. BOX 2960
JACKSON, MS. 39207
TELEPHONE
(601) 952-4970
Seller Animal Husbandry Certified# 103

SOLD TO:
DEEP SOUTH PRODUCTS, INC
ATTN:  BOB WELSH
3304 SYDNEY ROAD
PLANT CITY, FL. 33567

SHIP TO:
WINN DIXIE WAREHOUSE (LA)
3925 HWY 190 WEST

HAMMOND, LA. 70401

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN 14 DAYS | 624357 | 02/16/2005 | 01322173 |

| CASES SHIPPED | PACK | WEIGHT SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1440 | 15 | 21600 | LG WINN A DIXIE 15D2 BASK | .67000 | 14472.00 |
|  |  |  | 24 Pallets (3-30,3-31) |  |  |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| -3600 | 1 | 0 | BASKETS IN | .00000 | .00 |
| -30 | 1 | 0 | PALLETS IN | .00000 | .00 |
| 1440 | 1 | 0 | BASKETS OUT | .00000 | .00 |

| | | 21600 | REMIT TO: | TOTAL ▶ | 14472.00 |
|---|---|---|---|---|---|

P.O. BOX 2960
JACKSON, MS. 39207

DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW

CREDITS                                                          CREDITS

DRIVER'S SIGNATURE_____

RECEIVED IN GOOD ORDER BY _____

53                      FEB-22-2005  12:27        CM OPERATIONS                                P.3

```
                                        CAL-MAINE FARMS
                                        P.O. BOX 2960
      DOC #    01322173                  JACKSON, MS. 39207
                                   Seller Animal Husbandry Certified# 103
  I ROUTE   #                      SHIP TO:
  I DAY     #        4              WINN DIXIE WAREHOUSE (LA)    CUSTOMER #:  19800
  I STOP    #                      3925 HWY 190 WEST             PHONE: (813) 707-5277
  I SALESMAN:                                                    CONTACTS:
  I SHP DT: 02/16/2005             HAMMOND, LA. 70401              BOB WELSH
                                                                REF1#: 624357
                                                                REF2#:
```

```
I Product   Description          Size        I Quantity I Units I   Price    I Extended I
I 15871151LG WINN A DIXIE 15DZ B BASKET        I 1440.00 I 21600 I            I          I

   DOCUMENT TOTALS:                             1440.00    21600
```

```
I TRACTOR #                I INVOICE COMMENTS
I TRAILER #
            IN  I  OUT
I RACKS              I        SEAL #              I TIME DELIVERED:          AM  PM
I PALLETS   30   I  24 I      MAINTAIN TEMP:      I ABOVE RECV. IN GOOD CONDITION BY:
I CASES             I         AT 40 DEGREES
I BASKETS           I
I CARTS             I         LOADED BY:            DRIVER'S SIGNATURE:
I TIME              I         C. Wilson
            RETURNED/DAMAGED
```

```
I DESCRIPTION                   I QUANTITY         I  # 43
I                               I
I                               I
I                               I
I                    TOTAL      I
I RECEIVED BY:
```

7:00 A.M.

RECEIVED
DATE 2-16-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.



FEB-22-2005 12:27      CM OPERATIONS                                    P.34

# CAL-MAINE FOODS, INC.
## EDWARDS
P.O. BOX 2960                          TELEPHONE
JACKSON, MS. 39207                     (601) 832-4970
Seller Animal Husbandry Certified# 103

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS, INC | WINN DIXIE WAREHOUSE (LA) |
| ATTN: BOB WELSH | 3925 HWY 190 WEST |
| 3904 SYDNEY ROAD | |
| PLANT CITY, FL. 33567 | HAMMOND, LA. 70401 |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN 14 DAYS | 629977 | 02/15/2005 | 01322283 |

| CASES SHIPPED | PK* | DOZENS SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 120 | 12 | 1440 | JBO WINN DIXIE A 12DZ CRA | .74000 | 1065.60 |
| | | | 2 PALLETS (3-31) | | |
| 60 | 15 | 900 | XL WINN A 15DZ CRATES | .71000 | 639.00 |
| | | | 1 PALLET (3-29) | | |
| 240 | 15 | 3600 | LG WINN A DIXIE 15DZ BASK | .67000 | 2412.00 |
| | | | 4 PALLETS (3-30) | | |
| 60 | 15 | 900 | MED WINN DIXIE A 15DZ CRA | .57000 | 513.00 |
| | | | 1 PALLET (3-31) | | |
| 360 | 15 | 5400 | XL WINN A DIXIE 18CRATES | .72500 | 3915.00 |
| | | | 6 PALLETS (3-31) | | |
| 120 | 15 | 1800 | LG WINN DIXIE A 18'S CRAT | .68500 | 1233.00 |
| | | | 2 PALLETS (3-31) | | |
| 240 | 25 | 6000 | LG WINN DIX A 2.5 A CASE | .70000 | 4200.00 |
| | | | 8 PALLETS (3-21) | | |
| 24 | | 0 | PALLETS OUT | .00000 | .00 |
| 1200 | | 0 | BASKETS OUT | .00000 | .00 |
| | | 20040 | | TOTAL ▶ | 13977.60 |

REMIT TO:
P.O. BOX 2960
JACKSON, MS. 39207

DO NOT ADJUST INVOICE NOTE ALL RETURNS AND ADJUSTMENTS BELOW

CREDITS                                                    CREDITS

DRIVER'S SIGNATURE_____

RECEIVED IN GOOD ORDER BY_____

15                FEB-22-2005  12:27      CM OPERATIONS                                    P.3

CAL-MAINE FARMS
P. O. BOX 2960
JACKSON, MS. 39207
Seller Animal Husbandry Certified# 105

DOC # : 01822283

| ROUTE    # | | SHIP TO: | | CUSTOMER #:  19800 |
| DAY      #   3 | | WINN DIXIE WAREHOUSE (LA) | | PHONE: (813) 707-5277 |
| STOP     # | | 3925 HWY 190 WEST | | CONTACTS: |
| SALESMAN: | | | | BOB WELSH |
| SHP DT: 02/15/2005 | | HAMMOND, LA. 70401 | | REF1#: 629977 |
| | | | | REF2#: |

| Product | Description | Size | Quantity | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 05871121JBO | WINN DIXIE A 12DZ BASKET | | 120.00 | 1440 | | |
| 10871151XL | WINN A 15DZ CRATES BASKET | | 60.00 | 900 | | |
| 15871151LG | WINN A DIXIE 15DZ B BASKET | | 240.00 | 3600 | | |
| 20871151MED | WINN DIXIE A 15DZ BASKET | | 60.00 | 900 | | |
| 10872151XL | WINN A DIXIE 18CRAT BASKET | | 360.00 | 5400 | | |
| 15872151LG | WINN DIXIE A 18'S C BASKET | | 120.00 | 1800 | | |
| 15873251LG | WINN DIX A 2.5 A CA BASKET | | 240.00 | 6000 | | |

DOCUMENT TOTALS:                              1200.00  20040

| TRACTOR #  4470 | INVOICE COMMENTS |
| TRAILER #  4470 | |
| | IN | OUT | |
| RACKS | | | SEAL # 016-222 | TIME DELIVERED:          AM  PM |
| PALLETS | | 24 | MAINTAIN TEMP. | ABOVE RECV. IN GOOD CONDITION BY: |
| CASES | | | AT 40° DEGREES | |
| BASKETS | | | | |
| CARTS | | | LOADED BY: | DRIVER'S SIGNATURE: |
| TIME | | | C. Wilson | James Hamilton |

RETURNED/DAMAGED

| DESCRIPTION | QUANTITY |
| | |
| | |
| | |
| | |
| | |
| | TOTAL |
| RECEIVED BY: | |

# 4470

James

RECEIVED
2.15.05

DATE _____

SIGNATURE _____
WINN-DIXIE LOUISIANA, INC

7:00 A.M.



# CAL-MAINE FOODS, INC.

P.O. BOX 2960
JACKSON, MS. 39207
Seller Animal Husbandry Certified# 103

TELEPHONE
(601) 852-4970

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS, INC | WINN DIXIE WAREHOUSE (LA) |
| ATTN: BOB WELSH | 3925 HWY 190 WEST |
| 3304 SYDNEY ROAD | |
| PLANT CITY, FL. 33567 | HAMMOND, LA. 70401 |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN 14 DAYS 631963 | | 02/17/2005 | 01322336 |

| CASES SHIPPED | PACK | DOZENS SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 240 | 15 | 3600 | XL WINN A 15DZ CRATES | .63000 | 2268.00 |
| | | | 4 PALLETS (4-2, 4-3) | | |
| 180 | 15 | 2700 | MED WINN DIXIE A 15DZ CRA | .47000 | 1269.00 |
| | | | 3 PALLETS (4-2) | | |
| 660 | 15 | 9900 | XL WINN A DIXIE 18CRATES | .64500 | 6385.50 |
| | | | 11 PALLETS (4-2, 4-3) | | |
| 180 | 25 | 4500 | LG WINN DIX A 2.5 A CASE | .62000 | 2790.00 |
| | | | 6 PALLETS (4-2) | | |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| 1260 | 1 | 0 | BASKETS OUT | .00000 | .00 |

| | 20700 | REMIT TO: | TOTAL ▶ | 12712.50 |
|---|---|---|---|---|

P.O. BOX 2960
JACKSON, MS. 39207

DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW

CREDITS                                                                CREDITS

DRIVER'S SIGNATURE_____

RECEIVED IN GOOD ORDER BY _____

FEB-22-2005 12:28     CM OPERATIONS                                          P.37

CAL-MAINE FARMS
P.O. BOX 2960
JACKSON, MS, 39207
Seller Animal Husbandry Certified# 103

| DOC # 01322336 | SHIP TO: | CUSTOMER #: 19800 |
| --- | --- | --- |
| ROUTE # | WINN DIXIE WAREHOUSE (LA) | PHONE: (813) 707-5277 |
| DAY # 5 | 3925 HWY 190 WEST | CONTACTS: |
| STOP # | | BOB WELSH |
| SALESMAN: | HAMMOND, LA. 70401 | REF1#: 631963 |
| SHP DT: 02/17/2005 | | REF2#: |

| Product   Description | Size | Quantity | Units | Price | Extended |
| --- | --- | --- | --- | --- | --- |
| 10871151XL WINN A 15DZ CRATES | BASKET | 240.00 | 3600 | | |
| 20871151MED WINN DIXIE A 15DZ | BASKET | 180.00 | 2700 | | |
| 10872151XL WINN A DIXIE 18CRAT | BASKET | 660.00 | 9900 | | |
| 15873251LG WINN DIX A 2.5 A CA | BASKET | 180.00 | 4500 | | |

DOCUMENT TOTALS:                    1260.00   20700

| TRACTOR # | 4255 | INVOICE COMMENTS |
| --- | --- | --- |
| TRAILER # | IN  OUT | |
| RACKS | | SEAL # 0162878 | TIME DELIVERED:          AM  PM |
| PALLETS | 24 | MAINTAIN TEMPT. | ABOVE RECV. IN GOOD CONDITION BY: |
| CASES | | AT 40° DEGREES | |
| BASKETS | | | |
| CARTS | | LOADED BY: | DRIVER'S SIGNATURE: |
| TIME | | C. Wilson | James Hamilton |

RETURNED/DAMAGED

| DESCRIPTION | QUANTITY |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | TOTAL |
| RECEIVED BY: | |

# 4255
James

7:00 A.M.

RECEIVED
DATE 2-17-05
SIGNATURE Russell Sy
WINN-DIXIE LOUISIANA, INC.

38    FEB-22-2005  12:29    CM OPERATIONS    P.3

# CM CAL-MAINE FOODS, INC.
P.O. BOX 2960
JACKSON, MS. 39207
Seller Animal Husbandry Certified# 103

TELEPHONE
(601) 852-4970

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS, INC<br>ATTN: BOB WELSH<br>3304 SYDNEY ROAD<br>PLANT CITY, FL. 33567 | WINN DIXIE WAREHOUSE (LA)<br>3925 HWY 190 WEST<br><br>HAMMOND, LA. 70401 |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN 14 DAYS | 631964 | 02/17/2005 | 01322337 |

| CASES SHIPPED | PACK | DOZENS SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 180 | 12 | 2160 | JBO WINN DIXIE A 12DZ CRA<br>3 PALLETS (4-1) | .66000 | 1425.60 |
| 180 | 15 | 2700 | MED WINN DIXIE A 15DZ CRA<br>3 PALLETS (4-2) | .47000 | 1269.00 |
| 660 | 15 | 9900 | LG WINN DIXIE A 18'S CRAT<br>11 PALLETS (3-31, 4-2) | .60500 | 5989.50 |
| 120 | 15 | 1800 | LG WINN DIX BRWN A 15DZ<br>2 PALLETS (3-24) | .77000 | 1386.00 |
| 120 | 15 | 1800 | LG FARMHOUSE A BROWN 15DZ<br>2 PALLETS 3-26, 3-31 | 1.41000 | 2538.00 |
| 60 | 15 | 900 | LG WINN DIXIE A 6PK CRAT<br>1 PALLET (4-2) | .68000 | 612.00 |
| 120 | 15 | 1800 | LARGE EB A 15DZ CRATES<br>2 PALLETS (3-28) | 1.44000 | 2592.00 |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| 1440 | 1 | 0 | BASKETS OUT | .00000 | .00 |
| | | 21060 | REMIT TO:<br>P.O. BOX 2960<br>JACKSON, MS. 39207 | TOTAL ▶ | 15812.10 |

DO NOT ADJUST INVOICE NOTE ALL RETURNS AND ADJUSTMENTS BELOW

C R E D I T S                                                     C R E D I T S

DRIVER'S SIGNATURE _____

RECEIVED IN GOOD ORDER BY _____

```
CAL-MAINE FARMS
                                        P.O. BOX 2960
 DOC #   01328337                         JACKSON, MS. 39207
                                Seller Animal Husbandry Certified# 103
 ROUTE   #          SHIP ID:                                 CUSTOMER #:  19800
 DAY     #    S.    WINN DIXIE WAREHOUSE (LA)                 PHONE: (813) 707-5277
 STOP    #          3925 HWY 190 WEST                         CONTACTS:
 SALESMAN:                                                       BOB WELSH
 SHP DT: 02/17/2005   HAMMOND, LA. 70401                     RSP1#: 631964
                                                             REF2#:
```

| Product | Description | Size | Quantity | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 05871181JBD | WINN DIXIE A 12DZ | BASKET | 180.00 | 2160 | | |
| 20871151MED | WINN DIXIE A 15DZ | BASKET | 180.00 | 2700 | | |
| 15072151LG | WINN DIXIE A 16'S C | BASKET | 660.00 | 9900 | | |
| 16871151LG | WINN DIX BRWN A 15D | BASKET | 120.00 | 1800 | | |
| 15391J5 | LB FARMHOUSE A BROWN J | BASKET | 120.00 | 1800 | | |
| 15876151LG | WINN DIXIE A 6PK CR | BASKET | 60.00 | 900 | | |
| 15535115 | LARGE EB A 15DZ CRATES | BASKET | 120.00 | 1800 | | |

```
 DOCUMENT TOTALS:                        1440.00  21060
```

```
 TRACTOR #   3478      INVOICE COMMENTS
 TRAILER #   3478
              IN   OUT
 RACKS                 SEAL # D162877    TIME DELIVERED:           AM  PM
 PALLETS   24  -24     MAINTAIN TEMPT.   ABOVE RECV. IN GOOD CONDITION BY:
 CASES                 AT  400 DEGREES
 BASKETS
 CARTS                 LOADED BY:        DRIVER'S SIGNATURE:
 TIME                    C. Wilson
```

```
         RETURNED/DAMAGED
 DESCRIPTION                 QUANTITY        #3478

                                         Jonathan
                          TOTAL
 RECEIVED BY:                             RECEIVED
                                         DATE  2-17-05
         LANDRUM        8:00 A.m.         SIGNATURE
                                         WINN-DIXIE LOUISIANA INC
```



FEB-22-2005  12:29    CM OPERATIONS    P.4

## CAL-MAINE FOODS, INC.
P.O. BOX 2960
JACKSON, MS. 39207
TELEPHONE
(601) 852-4970
Seller Animal Husbandry Certified# 103

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS, INC | WINN DIXIE WAREHOUSE (LA) |
| ATTN: BOB WELSH | 3925 HWY 190 WEST |
| 3304 SYDNEY ROAD | |
| PLANT CITY, FL. 33567 | HAMMOND, LA. 70401 |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 19800 | DUE IN 14 DAYS | 631965 | 02/18/2005 | 01322338 |

| CASES ORDERED | PACK | CASES SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 60 | 12 | 720 | JBO WINN DIXIE A 12DZ CRA | .66000 | 475.20 |
| | | | 1 PALLET (4-3) | | |
| 240 | 15 | 3600 | LG WINN A DIXIE 15DZ BASK | .59000 | 2124.00 |
| | | | 4 PALLETS (4-1) | | |
| 360 | 15 | 5400 | XL WINN A DIXIE 18CRATES | .64500 | 3483.00 |
| | | | 6 PALLETS (4-3) | | |
| 420 | 15 | 6300 | LG WINN DIXIE A 18'S CRAT | .60500 | 3811.50 |
| | | | 7 PALLETS (4-2,4-3) | | |
| 150 | 25 | 3750 | LG WINN DIX A 2.5 A CASE | .62000 | 2325.00 |
| | | | 5 PALLETS (4-2) | | |
| 60 | 15 | 900 | LARGE EB A 15DZ CRATES | 1.44000 | 1296.00 |
| | | | 1 PALLET (3-28) | | |
| 24 | 1 | 0 | PALLETS OUT | .00000 | .00 |
| 1290 | 1 | 0 | BASKETS OUT | .00000 | .00 |
| | | 20670 | REMIT TO: | TOTAL ▶ | 13514.70 |

P.O. BOX 2960
JACKSON, MS. 39207

DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW

CREDITS                                                              CREDITS

DRIVER'S SIGNATURE _____

RECEIVED IN GOOD ORDER BY _____

FEB-22-2005  12:30     CM OPERATIONS                                    P.41

CAL-MAINE FARMS
P.O. BOX 2960
JACKSON, MS. 39207

| DOE #: | 01322338 |
|---|---|
| ROUTE | # |
| DAY | #    6 |
| STOP | # |
| SALESMAN: | |
| SHP DT: 02/18/2005 | |

Seller Animal Husbandry Certified# 103

SHIP TO:
WINN DIXIE WAREHOUSE (LA)
3925 HWY 190 WEST,
HAMMOND, LA. 70401

CUSTOMER #: 19800
PHONE: (813) 707-5277
CONTACTS:
   BOB WELSH
REF1#: 631965
REF2#:

| Product  Description | Size | Quantity | Units | Price | Extended |
|---|---|---|---|---|---|
| 05871121JBO WINN DIXIE A 12DZ | BASKET | 60.00 | 720 | | |
| 15871151LB WINN A DIXIE 15DZ B | BASKET | 240.00 | 3600 | | |
| 10872151XL WINN A DIXIE 18CRAT | BASKET | 360.00 | 5400 | | |
| 15872151LB WINN DIXIE A 18'S C | BASKET | 420.00 | 6300 | | |
| 15873251LB WINN DIX A 2.5 A CA | BASKET | 150.00 | 3750 | | |
| 1535115 LARGE EB A 15DZ CRATES | BASKET | 60.00 | 900 | | |

DOCUMENT TOTALS:                               1290.00   20670

| TRACTOR # | 4322 | INVOICE COMMENTS |
| TRAILER # | | |

|  | IN | OUT |
|---|---|---|
| RACKS | | |
| PALLETS | | 24 |
| CASES | | |
| BASKETS | | |
| CARTS | | |
| TIME | | |

SEAL # 0162281
MAINTAIN TEMPT.
AT 40° DEGREES
LOADED BY: C. WILSON

TIME DELIVERED:                  AM  PM
ABOVE RECV. IN GOOD CONDITION BY:

DRIVER'S SIGNATURE:
James Hamilton

RETURNED/DAMAGED

| DESCRIPTION | QUANTITY |
|---|---|
| | |
| | |
| | |
| | |
| | TOTAL |

RECEIVED BY:

# 4322

RECEIVED

DATE  2-15-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

7:00 A.M.

TOTAL P.41

FEB-22-2005 12:17        CM OPERATIONS                                    P.04



**CAL-MAINE FOODS, INC.**
P.O. BOX 168
SHADY DALE, GA. 31085

TELEPHONE
(706) 468-887

SOLD TO:
DEEP SOUTH PRODUCTS
ATTN: BOB WELSH
3304 SYDNEY RD
PLANT CITY, FL. 33567

SHIP TO:
WINN DIXIE CENTRAL

CHARLOTTE, NC.

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 10108 | DUE IN 14 DAYS | 624420 | 02/12/2005 | 14067032 |

| CASES SHIPPED | PACK | DOZENS SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1500 | 15 | 22500 | SUPERBRAND LARGE 25 PALLETS (3-25) | .65000 | 14625.00 |
|  |  | 22500 | REMIT TO: P.O. BOX 551113 CHARLOTTE, NC. 28265 | TOTAL ▶ | 14625.00 |

DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW

C R E D I T S

EGGS GRADE A UNLESS OTHERWISE SPECIFIED

DELIVER SATURDAY
02/12/05

C R E D I T S

DRIVER'S SIGNATURE _____

RECEIVED IN GOOD ORDER BY _____

```
15                FEB-22-2005  12:17        CM OPERATIONS                              P.6
```

```
                                    CAL-MAINE FOODS, INC.
  |                      |          P.O. BOX 168
  | DOC #    14067032    |          SHADY DALE, GA. 31085
  |                      |
  | ROUTE    #    1.     |  SHIP TO:                          CUSTOMER #:  10106
  | DAY      #    7      |  WINN DIXIE CENTRAL                PHONE: (813) 707-5277
  | STOP     #  1        |                                   CONTACTS:
  | SALESMAN:            |                                      SHEILA
  | SHP DT: 02/12/2005   |  CHARLOTTE, NC.                   REF1#: 624420
                                                             REF2#:
```

```
  | Product    Description       |   Size    | Quantity| Units|   Price   | Extended|
  | 11210316SUPERBRAND LARGE      |  BASKET   | 1500.00 | 22500|           |         |
  |      25 PALLETS (3-25)        |           |         |      |           |         |

  | DOCUMENT TOTALS:              |              1500.00   22500                     |

  |                        | LEFT  | RETURNED | SHIPPING INSTRUCTIONS:  |  G.LOC     |
  |                        |       |          |     67)32              |  CLASS     |
  |                        |       |          |                        |  CHARGE    |
```

DELIVER SATURDAY
02/12/05

*Roger Newland*
2-12-05

ALL EGGS GRADE A UNLESS OTHERWISE SPECIFIED
TRANSPORT AND STORE AT 45 DEGREES OR BELOW.
DO NOT FREEZE.
CAL-MAINE FOODS, INC IS AN ANIMAL HUSBANDRY
CERTIFIED COMPANY WITH A CERTIFICATE
NUMBER OF 103-1

SEAL1378580

FEB-22-2005  12:17    CM OPERATIONS    P.06



**CAL-MAINE FOODS, INC.**
P.O. BOX 168
SHADY DALE, GA, 31085

TELEPHONE
(706) 469-8872

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS | WINN DIXIE CENTRAL |
| ATTN: BOB WELSH | |
| 3304 SYDNEY RD | |
| PLANT CITY, FL. 33567 | CHARLOTTE, NC. |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 10108 | DUE IN  14 DAYS | 631966 | 02/17/2005 | 14067130 |

| CASES ORDERED | PACK | DOZENS SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 60 | 12 | 720 | SUPERBRAND JUMBO | .63500 | 457.20 |
| | | | 1 PALLET (4-1) | | |
| 180 | 15 | 2700 | SUPERBRAND XL 18-PK | .62000 | 1674.00 |
| | | | 3 PALLETS (4-1) | | |
| 120 | 15 | 1800 | SUPERBRAND EXTRA LARGE | .60500 | 1089.00 |
| | | | 2 PALLETS (4-1) | | |
| 120 | 15 | 1800 | SUPERBRAND LARGE 6 PACK | .65500 | 1179.00 |
| | | | 2 PALLETS (4-1) | | |
| 420 | 15 | 6300 | SUPERBRAND LG 18PK 15DZBS | .58000 | 3654.00 |
| | | | 7 PALLETS (4-1) | | |
| 180 | 25 | 4500 | SB LG SLEEVE 25DZ CASE | .59500 | 2677.50 |
| | | | 6 PALLETS (4-1) | | |
| 60 | 15 | 900 | EGGLANDS BEST LARGE | 1.50000 | 1350.00 |
| | | | 1 PALLET (3-29) | | |
| 60 | 15 | 900 | SUPERBRAND MEDIUM | .45000 | 405.00 |
| | | | 1 PALLET (4-1) | | |
| 60 | 15 | 900 | SUPERBRAND LARGE BROWN | .74500 | 670.50 |
| | | | 1 PALLET (3-20) | TOTAL ▶ | CONTINUED |

**DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW**

C R E D I T S

C R E D I T S

DRIVER'S SIGNATURE _____

RECEIVED IN GOOD ORDER BY _____

Jim Neeld_III - 25663560.DCX

FEB-22-2005  12:18          CM OPERATIONS                                    P.8

**CAL-MAINE FOODS, INC.**
P.O. BOX 168
SHADY DALE, GA. 31085

TELEPHONE
(706) 468-887

SOLD TO:
DEEP SOUTH PRODUCTS
ATTN: BOB WELSH
3304 SYDNEY RD
PLANT CITY, FL. 33567

SHIP TO:
WINN DIXIE CENTRAL

CHARLOTTE, NC.

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 10168 | DUE IN 14 DAYS | 631966 | 02/17/2005 | 14067130 |

| CASES SHIPPED | PACK | DOZENS SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 60 | 15 | 900 | FARMHOUSE LG BRWN 15DZ B8 1 PALLET (3-27) | 1.41000 | 1269.00 |
| | | 21420 | | | |

REMIT TO:
P.O. BOX 651113
CHARLOTTE, NC. 28265

TOTAL ▶  14425.20

DO NOT ADJUST INVOICE. NOTE ALL RETURNS AND ADJUSTMENTS BELOW

EGGS GRADE A UNLESS OTHERWISE SPECIFIED

C R E D I T S                                    C R E D I T S

DRIVER'S SIGNATURE _____

RECEIVED IN GOOD ORDER BY _____

FEB-22-2005  12:18        CM OPERATIONS                                    P.08

```
                                       CAL-MAINE FOODS, INC.
                                       P.O. BOX 168
|  DOC #    14067130    |              SHADY DALE, GA. 31085

| ROUTE    #    1    |    SHIP TO:                     CUSTOMER #:  10108
| DAY      #    5    |    WINN DIXIE CENTRAL           PHONE: (813) 707-527
| STOP     #    1    |                                 CONTACTS:
| SALESMAN:          |                                    SHEILA
| SHP DT: 02/17/2005 |    CHARLOTTE, NC.               REF1#: 631966
                                                       REF2#:
```

| Product | Description | Size | Quantity | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 11010316 | SUPERBRAND JUMBO | BASKET | 60.00 | 720 | | |
|  | 1 PALLET (4-1) | | | | | |
| 11110116 | SUPERBRAND XL 18-PK | BASKET | 180.00 | 2700 | | |
|  | 3 PALLETS (4-1) | | | | | |
| 11110316 | SUPERBRAND EXTRA LARGE | BASKET | 120.00 | 1800 | | |
|  | 2 PALLETS (4-1) | | | | | |
| 11210016 | SUPERBRAND LARGE 6 PAC | BASKET | 120.00 | 1800 | | |
|  | 2 PALLETS (4-1) | | | | | |
| 11210116 | SUPERBRAND LG 18PK 15D | BASKET | 420.00 | 6300 | | |
|  | 7 PALLETS (4-1) | | | | | |
| 11210212 | SB LG SLEEVE 25DZ CASE | CASE | 180.00 | 4500 | | |
|  | 6 PALLETS (4-1) | | | | | |
| 11218316 | EGGLANDS BEST LARGE | BASKET | 60.00 | 900 | | |
|  | 1 PALLET (3-29) | | | | | |
| 11310316 | SUPERBRAND MEDIUM | BASKET | 60.00 | 900 | | |
|  | 1 PALLET (4-1) | | | | | |
| 12210316 | SUPERBRAND LARGE BROWN | BASKET | 60.00 | 900 | | |
|  | 1 PALLET (3-20) | | | | | |
| 12246316 | FARMHOUSE LG BRWN 15DZ | BASKET | 60.00 | 900 | | |
|  | 1 PALLET (3-27) | | | | | |

```
|  DOCUMENT TOTALS:                          1320.00  21420      |

|              | LEFT  | RETURNED | SHIPPING INSTRUCTIONS: |
|              |       |          |                        | G.LOC
|              |       |          |                        | CLASS
|              |       |          |                        | CHARGE
```

ALL EGGS GRADE A UNLESS OTHERWISE SPECIFIED
TRANSPORT AND STORE AT 45 DEGREES OR BELOW.
DO NOT FREEZE.
CAL-MAINE FOODS, INC IS AN ANIMAL HUSBANDRY
CERTIFIED COMPANY WITH A CERTIFICATE
NUMBER OF 103-1

FEB-22-2005  12:18         CM OPERATIONS                                              P.09

 **CM**                     **CAL-MAINE FOODS, INC.**

                              P.O. BOX 168                    TELEPHONE
                          SHADY DALE, GA. 31085              (706) 468-8872

| SOLD TO: | SHIP TO: |
|---|---|
| DEEP SOUTH PRODUCTS<br>ATTN: BOB WELSH<br>3304 SYDNEY RD<br>PLANT CITY, FL. 33567 | WINN DIXIE WAREHOUSE<br><br>5400 FULTON IND BLVD<br>ATLANTA, GA. 30336 |

| CUSTOMER NO. | TERMS | YOUR ORDER NUMBER | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 10208 | DUE IN  14 DAYS | 624420 | 02/15/2005 | 14067088 |

| CASES SHIPPED | PACK | DOZENS SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 120 | 15 | 1800 | EGGLANDS BEST LARGE<br>3 PALLETS (3-24) | 1.45000 | 2610.00 |
| 60 | 15 | 900 | FARMHOUSE LG BRWN 15DZ BS<br>1 PALLET (3-28) | 1.41000 | 1269.00 |
| | | 2700 | REMIT TO:<br>P.O. BOX 651113<br>CHARLOTTE, NC. 28265 | TOTAL ▶ | 3879.00 |

DO NOT ADJUST INVOICE  NOTE ALL RETURNS AND ADJUSTMENTS BELOW

C
R
E
D
I
T
S

EGGS GRADE A UNLESS OTHERWISE SPECIFIED

DELIVER TUESDAY
02/15/05

C
R
E
D
I
T
S

DRIVER'S SIGNATURE _____

RECEIVED IN GOOD ORDER BY _____

CAL-MAINE FOODS, INC.
P.O. BOX 168
SHADY DALE, GA. 31085

| DOC #    14067088 | | |
|---|---|---|
| ROUTE    #    1 | SHIP TO: | CUSTOMER #:  10208 |
| DAY      #    3 | WINN DIXIE WAREHOUSE | PHONE: (800) 327-038 |
| STOP     #    1 | | CONTACTS: |
| SALESMAN: | 5400 FULTON IND BLVD | |
| SHP DT: 02/15/2005 | ATLANTA, GA. 30336 | REF1#: 624420 |
| | | REF2#: |

| Product   Description | Size | Quantity | Units | Price | Extended |
|---|---|---|---|---|---|
| 11218316EGGLANDS BEST LARGE   BASKET | | 180.00 | 2700 | | |
| 3 PALLETS (3-24) | | - 60 | | | |
| 12246316FARMHOUSE LG BRWN 15DZ BASKET | | 60.00 | 900 | | |
| 1 PALLET (3-28) | | | | | |

| DOCUMENT TOTALS: | 240.00 | 3600 |
|---|---|---|

| | LEFT | RETURNED | SHIPPING INSTRUCTIONS: | | |
|---|---|---|---|---|---|
| | | | | | G.LOC |
| | | | | | CLASS |
| | | | | | CHARGE |

DELIVER TUESDAY
02/15/05

ALL EGGS GRADE A UNLESS OTHERWISE SPECIFIED
TRANSPORT AND STORE AT 45 DEGREES OR BELOW.
DO NOT FREEZE.
CAL-MAINE FOODS, INC IS AN ANIMAL HUSBANDRY
CERTIFIED COMPANY WITH A CERTIFICATE
NUMBER OF 103-1