Robert L. Holladay, Jr.
YoungWilliams P.A.
P.O. Box 23059
Jackson, MS  39225-3059
(601) 948-6100

Attorneys for Cal-Maine Foods, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUHTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al</u>.** | ) | **Case No. 05-11063** |
| | ) | |
| Debtors | ) | **(Jointly Administered)** |
| | ) | |

**<u>NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS</u>**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, ROBERT L. HOLLADAY, JR., of the firm YoungWilliams P.A., whose office address and telephone number appear hereinbelow, does hereby enter an appearance as counsel for Cal-Maine Foods, Inc. ("Cal-Maine") in the above-styled Chapter 11 cases.

Pursuant to section 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, Cal-Maine requests that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following address and telephone number.

> Robert L. Holladay, Jr.
> YoungWilliams P.A.
> P.O. Box 23059
> Jackson, MS  39225-3059
> (601) 948-6100
> Robert.Holladay@youngwilliams.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules

of bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating repot, pleadings or request, whether formal of informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

    This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Cal-Maine's rights (i) to have final orders in non-core matters entered only after <u>de novo</u> review by District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Cal-Maine is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Cal-Maine expressly reserves.

    This _____ day of February, 2005.

    Respectfully submitted,

    YoungWilliams P.A.

    Robert L. Holladay, Jr. (MS Bar #100713)

YOUNGWILLIAMS P.A.
P.O. BOX 23059
JACKSON, MS  39225-3059
(601) 948-6100

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was forwarded electronically or by first class mail postage prepaid to:

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 | Debtor's Attorney |
| Richard D. Morrissey<br>Office of the Unites States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | U. S. Trustee |

_____

Robert L. Holladay, Jr.