**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Case No. 05-11063** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**NOTICE OF DEMAND FOR RECLAMATION**

Please take notice that on February 25, 2005, pursuant to 11 U.S.C. § 546, Coca-Cola Bottling Company United, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

Dated this 25th day of February, 2005.

/s/ Danielle K. Greco
John P. Whittington
Patrick Darby
Danielle K. Greco

Attorneys for Coca-Cola Bottling Company United, Inc., Coca-Cola Bottling Company United-East, LLC and Coca-Cola Bottling Company United-Gulf Coast, LLC

**OF COUNSEL:**

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203
Telephone:     (205) 521-8000
Facsimile:      (205) 521-8800

1

1/1252695.1

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date served the foregoing *Notice of Demand for Reclamation* upon the following parties by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this the 25th day of February, 2005.

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree St
Suite 4900
Atlanta, GA 30303-1763

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

                     /s/ Danielle K. Greco_____

                     Of Counsel