

*Enjoy*

**Coca-Cola Bottling Company United, Inc.**

ERIC STEADMAN
Corporate Controller
Assistant Treasurer

4600 East Lake Boulevard (35217)
P.O. Box 2006
Birmingham, Alabama 35201
Telephone 205 / 849-3266
Fax 205 / 841-9168
Email: ericsteadman@ccbcu.com

February 25, 2005

**VIA FACSIMILE, OVERNIGHT DELIVERY, AND CERTIFIED MAIL, RETURN
RECEIPT REQUESTED**

Winn Dixie Stores, Inc.

> **RE:  Reclamation Demand by Coca-Cola Bottling Company United, Inc. to Winn
> Dixie Stores, Inc.**

Dear Jason:

Pursuant to 11 U.S.C. § 546(c) and applicable state law, Coca-Cola Bottling Company
United, Inc. ("Coke"), reclaims all goods delivered on credit to Winn Dixie Stores, Inc. ("Winn
Dixie") on February 11, 2005. Coke's reclamation demand covers, without limitation, all goods
listed on the invoice attached to this letter.

Coke demands that Winn Dixie segregate from other inventory all goods subject to
Coke's reclamation and currently in Winn Dixie's control. Coke further demands that Winn
Dixie make immediate arrangements for Coke to take possession of all goods subject to
reclamation.

Coke hereby reserves all rights, claims, defenses and interests.

Sincerely,

Eric Steadman
Corporate Controller

Enclosure

cc:    John P. Whittington
       Danielle K. Greco

## EXHIBIT TO RECLAMATION CLAIM
## OF COCA-COLA BOTTLING COMPANY UNITED, INC.

### Winn-Dixie Subsidiaries, Affiliates and Trade Names

| Debtor Name | Case No. | Trade Name(s) |
|---|---|---|
| Winn-Dixie Stores, Inc. | 05-11063 | The Marketplace; Winn-Dixie Marketplace; SaveRite; Jitney Jungle; Thriftway; Sack n' Save; Grocery Bargain Depot; Dixie Spirits |
| Dixie Stores, Inc. | 05-11061 | |
| Table Supply Food Stores Co., Inc. | 05-11062 | |
| Astor Products, Inc. | 05-11064 | |
| Crackin' Good, Inc. | 05-11065 | |
| Deep South Distributors, Inc. | 05-11066 | |
| Deep South Products, Inc. | 05-11067 | |
| Dixie Darling Bakers, Inc. | 05-11068 | |
| Dixie-Home Stores, Inc. | 05-11069 | |
| Dixie Packers, Inc. | 05-11070 | |
| Dixie Spirits, Inc. | 05-11071 | |
| Economy Wholesale Distributors, Inc. | 05-11072 | |
| Foodway Stores, Inc. | 05-11073 | |
| Kwik Chek Supermarkets, Inc. | 05-11074 | |
| Sunbelt Products, Inc. | 05-11075 | |
| Sundown Sales, Inc. | 05-11076 | |
| Superior Food Company | 05-11077 | |
| WD Brand Prestige Steaks, Inc. | 05-11078 | |
| Winn-Dixie Handyman, Inc. | 05-11079 | |
| Winn-Dixie Logistics, Inc. | 05-11080 | |
| Winn-Dixie Montgomery, Inc. | 05-11081 | |
| Winn-Dixie Procurement, Inc. | 05-11082 | |
| Winn-Dixie Raleigh, Inc. | 05-11083 | |
| Winn-Dixie Supermarkets, Inc. | 05-11084 | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| Name | | INVOICE # | INV DATE | LC amnt |
|---|---|---|---|---|
| City | | | | |
| **WINN DIXIE #1576-BR JOOR** | | | | |
| BATON ROUGE | | | | |
| | | 51807582039 | 2/11/2005 | 4,053.75 |
| | | 51807583052 | 2/14/2005 | 2,846.32 |
| | | 51807583060 | 2/14/2005 | 450 |
| | | 51M00858067 | 2/16/2005 | 246 |
| | | 51807586063 | 2/16/2005 | 1,209.06 |
| | | 51807588085 | 2/18/2005 | 719.93 |
| ** Account 111002441 | | | | 9,525.06 |
| | | | | |
| **WINN DIXIE #1453-GRN SPR** | | | | |
| BATON ROUGE | | | | |
| | | 51807182079 | 2/11/2005 | 2,194.22 |
| | | 51807183093 | 2/14/2005 | 1,445.58 |
| | | 51807186070 | 2/16/2005 | 575.47 |
| | | 51807188084 | 2/18/2005 | 309 |
| | | 51M00858257 | 2/18/2005 | 98.4 |
| ** Account 111003580 | | | | 4,622.67 |
| | | | | |
| **WINN DIXIE #1590-BR PVILLE** | | | | |
| PRAIRIEVILLE | | | | |
| | | 51807680130 | 2/11/2005 | 4,041.18 |
| | | 51807681104 | 2/14/2005 | 1,541.45 |
| | | 51807684074 | 2/16/2005 | 1,606.35 |
| | | 51807686103 | 2/18/2005 | 1,752.06 |
| ** Account 111004607 | | | | 8,941.04 |
| | | | | |
| **WINN DIXIE #1579-BR PLAQUEMINE** | | | | |
| PLAQUEMINE | | | | |
| | | 51807086023 | 2/11/2005 | 1,171.34 |
| | | 51M00857515 | 2/15/2005 | 167.5 |
| | | 51807090033 | 2/16/2005 | 1,586.28 |
| | | 51807092062 | 2/18/2005 | 893.18 |
| ** Account 111004611 | | | | 3,818.30 |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

2

| Name | WINN DIXIE #1581-BR ZACHARY | | |
| --- | --- | --- | --- |
| City | ZACHARY | | |
| | 51807584068 | 2/14/2005 | 3,183.43 |
| | 51807585065 | 2/15/2005 | 1,999.04 |
| | 51807587053 | 2/17/2005 | 1,116.58 |
| | 51807589067 | 2/21/2005 | 342.23 |
| ** Account 111004627 | | | 6,640.28 |
| Name | WINN DIXIE #1577-BR COURSEY | | |
| City | BATON ROUGE | | |
| | 51807680155 | 2/11/2005 | 2,583.00 |
| | 51807681120 | 2/14/2005 | 1,052.42 |
| | 51807684090 | 2/16/2005 | 1,379.89 |
| | 51807686137 | 2/18/2005 | 399.62 |
| ** Account 111005773 | | | 5,414.93 |
| Name | WINN DIXIE #1591-BR WALKER | | |
| City | WALKER | | |
| | 51807286078 | 2/14/2005 | 1,812.10 |
| | 51807289031 | 2/17/2005 | 1,394.69 |
| ** Account 111006311 | | | 3,206.79 |
| Name | WINN DIXIE #1585-BR GOVT | | |
| City | BATON ROUGE | | |
| | 51807089035 | 2/15/2005 | 2,277.13 |
| | 51807091056 | 2/17/2005 | 2,132.94 |
| ** Account 111012042 | | | 4,410.07 |
| Name | WINN DIXIE #1458- BR PLANK | | |
| City | BATON ROUGE | | |
| | 51807585032 | 2/15/2005 | 2,804.46 |
| | 51807587079 | 2/17/2005 | 1,533.84 |
| ** Account 111012762 | | | 4,338.30 |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| | | | | |
|---|---|---|---|---|
| Name | WINN DIXIE #1454-BR BURBANK | | | |
| City | BATON ROUGE | | | |
| | 51807385011 | | 2/11/2005 | 4,924.07 |
| | 51807386068 | | 2/14/2005 | 2,179.23 |
| | 51807389047 | | 2/16/2005 | 1,957.23 |
| | 51807391043 | | 2/18/2005 | 764.91 |
| ** | Account 111014276 | | | 9,825.44 |
| Name | WINN DIXIE #1442-BR D'VILLE | | | |
| City | DONALDSONVILLE | | | |
| | 51114398550 | | 2/11/2005 | 3,149.54 |
| | 51114404408 | | 2/14/2005 | 1,127.38 |
| | 51114419406 | | 2/16/2005 | 1,713.30 |
| | 51114433738 | | 2/18/2005 | 572.99 |
| | 51114439438 | | 2/21/2005 | 366.35 |
| ** | Account 111027450 | | | 6,929.56 |
| Name | WINN DIXIE #1466-BR BAKER | | | |
| City | BAKER | | | |
| | 51807584076 | | 2/14/2005 | 2,344.66 |
| | 51807586048 | | 2/16/2005 | 1,300.98 |
| | 51807588069 | | 2/18/2005 | 258.96 |
| ** | Account 111027460 | | | 3,904.60 |
| Name | WINN DIXIE #1578-BR PLANK | | | |
| City | BATON ROUGE | | | |
| | 51807185106 | | 2/15/2005 | 899.22 |
| | 51807187078 | | 2/17/2005 | 1,052.54 |
| ** | Account 111027558 | | | 1,951.76 |
| Name | WINN DIXIE #1587-BR GONZ | | | |
| City | GONZALES | | | |
| | 51807482081 | | 2/11/2005 | 1,509.79 |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

4

| | | | | |
|---|---|---|---|---|
| ** Account 1110046620 | 51807466082 | | 2/16/2005 | 820.86 |
| | | | | 2,330.65 |
| Name | | WINN DIXIE #1589-BR DEN SPR | | |
| City | | DENHAM SPRINGS | | |
| | 51807286086 | | 2/14/2005 | 2,516.94 |
| | 51807287084 | | 2/15/2005 | 1,598.29 |
| | 51807289056 | | 2/17/2005 | 629.18 |
| | | | | 4,744.41 |
| ** Account 111085248 | | | | |
| Name | | WINN DIXIE #1467-BR OLD HAMD | | |
| City | | BATON ROUGE | | |
| | 51807284099 | | 2/11/2005 | 4,004.89 |
| | 51807285096 | | 2/14/2005 | 2,060.41 |
| | 51807288074 | | 2/16/2005 | 1,184.87 |
| | 51807290096 | | 2/18/2005 | 366.61 |
| | | | | 7,616.78 |
| ** Account 111085572 | | | | |
| Name | | WINN DIXIE #1572-BR NEW ROADS | | |
| City | | NEW ROADS | | |
| | 51114396026 | | 2/11/2005 | 2,168.80 |
| | 51114402543 | | 2/14/2005 | 1,137.51 |
| | 51114416501 | | 2/16/2005 | 960.93 |
| | 51114431195 | | 2/18/2005 | 696.56 |
| | 51114437648 | | 2/21/2005 | 144.4 |
| | | | | 5,108.20 |
| ** Account 111089928 | | | | |
| Name | | WINN DIXIE #1461- BR SIEGEN | | |
| City | | BATON ROUGE | | |
| | 51807387025 | | 2/14/2005 | 3,609.05 |
| | 51807386100 | | 2/14/2005 | 1,880.23 |
| | 51807389088 | | 2/16/2005 | 638.35 |
| | | | | 6,127.63 |
| ** Account 111091824 | | | | |
| Name | | WINN DIXIE #1452 | | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| City / Name | Store | Account | Invoice | Date | Amount |
|---|---|---|---|---|---|
| BOGALUSA | | | 52104358414 | 2/14/2005 | 2,517.30 |
| | | | 52104358547 | 2/14/2005 | 1,418.00 |
| | | | 52165102055 | 2/15/2005 | 660.61 |
| | | | 52165112047 | 2/21/2005 | 361.99 |
| | | Account 1120015878 | | ** | 4,957.90 |
| Name | WINN DIXIE | | | | |
| City | MCCOMB | | 52104358448 | 2/14/2005 | 2,404.71 |
| | | | 52066201015 | 2/15/2005 | 253.06 |
| | | Account 1120017226 | | ** | 2,657.77 |
| Name | WINN DIXIE #1501 | | | | |
| City | FRANKLINTON | | 52104358331 | 2/14/2005 | 4,104.32 |
| | | | 52165102022 | 2/15/2005 | 1,128.08 |
| | | | 52165110025 | 2/17/2005 | 733.5 |
| | | Account 1120019206 | | ** | 5,965.90 |
| Name | WINN DIXIE #1490 | | | | |
| City | CROWLEY | | 54125270063 | 2/11/2005 | 2,477.23 |
| | | | 54125272028 | 2/14/2005 | 241.5 |
| | | | 54125274040 | 2/16/2005 | 1,444.45 |
| | | | 54125276052 | 2/18/2005 | 82.13 |
| | | Account 114000124 | | ** | 4,245.31 |
| Name | WINN DIXIE #1561 | | | | |
| City | LAFAYETTE | | 54125270121 | 2/11/2005 | 2,009.13 |
| | | | 54125272069 | 2/14/2005 | 1,309.73 |
| | | | 54125273059 | 2/15/2005 | 663.82 |
| | | | 54125274123 | 2/16/2005 | 748.39 |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| | | | |
|---|---|---|---|
| ** | Account 114002238 | | 4,731.07 |
| Name | WINN DIXIE #1459 *RAYNE* | | |
| City | RAYNE | | |
| | 54125270105 | 2/11/2005 | 3,190.08 |
| | 54125274081 | 2/16/2005 | 782.27 |
| | 54125276094 | 2/18/2005 | 70.07 |
| ** | Account 114004878 | | 4,042.42 |
| Name | WINN DIXIE #1549 - 21800BB | | |
| City | BREAUX BRIDGE | | |
| | 54130476119 | 2/11/2005 | 2,488.99 |
| | 54130477042 | 2/14/2005 | 1,361.28 |
| | 54130478073 | 2/14/2005 | 410.37 |
| | 54130480079 | 2/16/2005 | 1,279.64 |
| | 54130482141 | 2/18/2005 | 41.48 |
| ** | Account 114004922 | | 5,581.76 |
| Name | WINN DIXIE #1551 | | |
| City | LAFAYETTE | | |
| | 54130377093 | 2/11/2005 | 2,652.68 |
| | 54130380105 | 2/15/2005 | 401.96 |
| | 54130383042 | 2/18/2005 | 28.75 |
| ** | Account 114007242 | | 3,083.39 |
| Name | WINN DIXIE #1555 *MOSS | | |
| City | LAFAYETTE | | |
| | 54130377051 | 2/11/2005 | 648.06 |
| | 54130378026 | 2/14/2005 | 2,507.15 |
| | 54130380055 | 2/15/2005 | 382.86 |
| | 54130381038 | 2/16/2005 | 267.32 |
| | 54130382077 | 2/17/2005 | 546.28 |
| ** | Account 114056966 | | 4,351.67 |
| Name | WINN DIXIE #1570 *EUNICE* | | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| City | EUNICE | | | |
|---|---|---|---|---|
| | | 54130477075 | 2/14/2005 | 3,065.12 |
| | | 54130479071 | 2/15/2005 | 1,267.28 |
| | | 54130481069 | 2/17/2005 | 1,081.36 |
| | | | | 5,413.76 |
| ** Account 114079180 | | | | |
| Name | WINN DIXIE #1571 *VP | | | |
| City | VILLE PLATTE | | | |
| | | 54130476051 | 2/11/2005 | 5,305.16 |
| | | 54130478032 | 2/14/2005 | 1,321.25 |
| | | 54130480046 | 2/16/2005 | 1,498.08 |
| | | 54130482075 | 2/18/2005 | 82 |
| | | | | 8,206.49 |
| ** Account 114089602 | | | | |
| Name | WINN DIXIE #1471 *OPEL* | | | |
| City | OPELOUSAS | | | |
| | | 54130177105 | 2/11/2005 | 4,879.73 |
| | | 54130181099 | 2/16/2005 | 49.2 |
| | | 54130181107 | 2/16/2005 | 1,308.76 |
| | | | | 6,237.69 |
| ** Account 114090454 | | | | |
| Name | WINN DIXIE #1558 *ABB-NEW* | | | |
| City | ABBEVILLE | | | |
| | | 54130377119 | 2/11/2005 | 2,659.78 |
| | | 54130379065 | 2/14/2005 | 1,300.49 |
| | | 54130381061 | 2/16/2005 | 831.5 |
| | | 54130383083 | 2/18/2005 | 45.95 |
| | | | | 4,837.72 |
| ** Account 114092704 | | | | |
| Name | WINN DIXIE #1511 BOT/CAN | | | |
| City | GULFPORT | | | |
| | | 55100341027 | 2/11/2005 | 4,535.83 |
| | | 55100342025 | 2/15/2005 | 3,748.41 |
| | | 55100442015 | 2/17/2005 | 2,635.83 |

7

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

8

| | Invoice # | Date | Amount | Total |
|---|---|---|---|---|
| | 55100344062 | 2/18/2005 | 461.26 | |
| ** Account 115004458 | | | | 11,381.33 |
| Name | WINN DIXIE #1335/ JITNEY | | | |
| City | BAY ST LOUIS | | | |
| | 56000139059 | 2/11/2005 | 1,476.28 | |
| | 55000140065 | 2/14/2005 | 564.98 | |
| | 55105227686 | 2/17/2005 | 2,342.68 | |
| ** Account 115089003 | | | | 4,383.94 |
| Name | WINN DIXIE #1357/JITNEY JUNGLE | | | |
| City | BILOXI | | | |
| | 55100236029 | 2/11/2005 | 831.67 | |
| | 56100237019 | 2/14/2005 | 4,017.68 | |
| | 55100238025 | 2/15/2005 | 838.86 | |
| | 55100240021 | 2/17/2005 | 2,039.30 | |
| | 55100241037 | 2/18/2005 | 1,113.94 | |
| ** Account 115089029 | | | | 8,841.45 |
| Name | WINN DIXIE #1358/JITNEY JUNGLE | | | |
| City | PASS CHRISTIAN | | | |
| | 55100438070 | 2/11/2005 | 245.71 | |
| | 55100440076 | 2/15/2005 | 1,900.91 | |
| | 55105227629 | 2/17/2005 | 1,093.06 | |
| ** Account 115089030 | | | | 3,239.68 |
| Name | WINN DIXIE #1512 BOT/CAN | | | |
| City | GULFPORT | | | |
| | 55100236045 | 2/11/2005 | 2,846.86 | |
| | 55100237043 | 2/14/2005 | 940.54 | |
| | 55100239023 | 2/16/2005 | 993.81 | |
| | 55100241045 | 2/18/2005 | 1,017.74 | |
| ** Account 115098214 | | | | 5,798.95 |
| Name | WINN DIXIE #1479 BOT/CAN | | | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| City | | | |
|---|---|---|---|
| | | LONG BEACH | |
| | 55100438088 | | 2/11/2005 | 2,172.85 |
| | 55100440092 | | 2/15/2005 | 1,852.72 |
| | | | | 893.58 |
| | 55100443054 | | 2/18/2005 | 4,919.15 |
| ** Account 115099180 | | | |
| | | | | |
| Name | | WINN DIXIE #1483 (B/C) | |
| City | | PICAYUNE | |
| | 56I06612546 | | 2/11/2005 | 967.76 |
| | 56I06615986 | | 2/14/2005 | 2,758.14 |
| | 56I06621927 | | 2/16/2005 | 1,273.39 |
| | 56I06629151 | | 2/18/2005 | 437.26 |
| ** Account 116006672 | | | | 5,436.55 |
| | | | | |
| Name | | WINN DIXIE #1534 (B/C) | |
| City | | COLUMBIA | |
| | 56M00434967 | | 2/14/2005 | 51 |
| | 56I06619004 | | 2/15/2005 | 654.27 |
| | 56I06625365 | | 2/17/2005 | 1,503.11 |
| ** Account 116008818 | | | | 2,208.38 |
| | | | | |
| Name | | WINN DIXIE #1334 (JITNEY #34) | |
| City | | HATTIESBURG | |
| | 56I06612256 | | 2/11/2005 | 2,432.39 |
| | 56I06618790 | | 2/15/2005 | 780.4 |
| | 56I06628856 | | 2/18/2005 | 337.29 |
| | 56I06625019 | | 2/18/2005 | 62.4 |
| ** Account 116048901 | | | | 3,612.48 |
| | | | | |
| Name | | WINN DIXIE #1477 (B/C) | |
| City | | PICAYUNE | |
| | 56I06612561 | | 2/11/2005 | 1,157.46 |
| | 56I06615622 | | 2/14/2005 | 680.64 |
| | 56I06616000 | | 2/14/2005 | 1,365.12 |

9

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| | | | |
|---|---|---|---|
| | 56|0662|1943 | 2/16/2005 | 361.47 |
| | 56|0662|9177 | 2/18/2005 | 806.61 |
| ** Account 116067678 | | | 4,371.30 |
| Name | WINN DIXIE #593 | | |
| City | ADAMSVILLE | | |
| | 10315713049 | 2/14/2005 | 555.54 |
| | 10315714088 | 2/15/2005 | 293.7 |
| | 10315716083 | 2/17/2005 | 314.54 |
| ** Account 121000321 | | | 1,163.78 |
| Name | WINN DIXIE #405 | | |
| City | BIRMINGHAM | | |
| | 10217462109 | 2/11/2005 | 1,006.75 |
| | 10217465078 | 2/15/2005 | 968.15 |
| | 10217467074 | 2/17/2005 | 516.5 |
| ** Account 121000569 | | | 2,491.40 |
| Name | WINN DIXIE #461 | | |
| City | TRUSSVILLE | | |
| | 10217066108 | 2/11/2005 | 2,073.32 |
| | 10217069045 | 2/15/2005 | 446.49 |
| | 10217071041 | 2/17/2005 | 840.14 |
| | 10217072056 | 2/18/2005 | 500.47 |
| ** Account 121001470 | | | 3,860.42 |
| Name | WINN DIXIE #532 | | |
| City | VESTAVIA | | |
| | 10215454066 | 2/11/2005 | 1,218.59 |
| | 10215456046 | 2/15/2005 | 702.01 |
| | 10215458075 | 2/17/2005 | 969.23 |
| ** Account 121001524 | | | 2,889.83 |
| Name | WINN DIXIE #458 | | |
| City | FULTONDALE | | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

11

| | | | |
|---|---|---|---|
| | 10315711084 | 2/1/2005 | 513.4 |
| | 10217978047 | 2/15/2005 | 758.28 |
| | 10154457906 | 2/16/2005 | 243 |
| | 10154487800 | 2/16/2005 | 366.4 |
| | 10154457864 | 2/16/2005 | 88 |
| | 10217468072 | 2/18/2005 | 782.28 |
| ** | Account 121001740 | | 2,751.36 |
| Name | WINN DIXIE #469 | | |
| City | HELENA | | |
| | 10217463065 | 2/14/2005 | 1,328.77 |
| | 10218048089 | 2/15/2005 | 924.39 |
| | 10218049079 | 2/17/2005 | 1,049.00 |
| ** | Account 121001882 | | 3,302.16 |
| Name | WINN DIXIE #509 | | |
| City | CHELSEA | | |
| | 10218428091 | 2/11/2005 | 2,192.26 |
| | 10218431061 | 2/15/2005 | 1,116.76 |
| | 10218433083 | 2/17/2005 | 1,145.46 |
| | 10218434057 | 2/18/2005 | 780.26 |
| ** | Account 121002340 | | 5,234.74 |
| Name | WINN DIXIE #435 | | |
| City | BIRMINGHAM | | |
| | 10216636075 | 2/11/2005 | 2,114.43 |
| | 10216637040 | 2/14/2005 | 517.24 |
| | 10216638030 | 2/15/2005 | 939.03 |
| | 10216640077 | 2/17/2005 | 1,075.71 |
| | 10216641109 | 2/18/2005 | 1,153.07 |
| ** | Account 121002633 | | 5,799.48 |
| Name | WINN DIXIE #1349 | | |
| City | HAMILTON | | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| Name / City | Account | Invoice | Date | Amount |
|---|---|---|---|---|
| ** | Account 1210039976 | 12116041026 | 2/17/2005 | 439.13 |
| | | | | 439.13 |
| Name: WINN DIXIE #500 | | | | |
| City: PINSON | | | | |
| | | 10217976082 | 2/11/2005 | 1,037.15 |
| | | 10217978088 | 2/15/2005 | 475.34 |
| | | 10217980076 | 2/17/2005 | 2,609.91 |
| ** | Account 121004587 | | | 4,122.40 |
| Name: WINN DIXIE #415-BILL TO | | | | |
| City: MONTGOMERY | | | | |
| | | 10M00602362 | 2/11/2005 | 42 |
| | | 10217069086 | 2/15/2005 | 751.01 |
| | | 10217071074 | 2/17/2005 | 640.89 |
| ** | Account 121008785 | | | 1,433.90 |
| Name: WINN DIXIE #514 | | | | |
| City: BIRMINGHAM | | | | |
| | | 10218428083 | 2/11/2005 | 1,446.70 |
| | | 10215264069 | 2/14/2005 | 373.55 |
| | | 10218433075 | 2/17/2005 | 716.13 |
| ** | Account 121076083 | | | 2,536.38 |
| Name: WINN DIXIE #529 | | | | |
| City: ALABASTER | | | | |
| | | 10217463032 | 2/14/2005 | 1,402.01 |
| | | 10215457069 | 2/16/2005 | 666.67 |
| | | 10218050036 | 2/18/2005 | 460.81 |
| ** | Account 121076088 | | | 2,529.49 |
| Name: WINN DIXIE #421 | | | | |
| City: BIRMINGHAM | | | | |
| | | 10217977064 | 2/14/2005 | 566.45 |

12

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

**Account 121076098**

| | | | |
|---|---|---|---|
| ** | Name | | |
| | City | | |
| | 10215456087 | 2/15/2005 | 910.37 |
| | 10215458091 | 2/17/2005 | 628.68 |
| | | | 2,105.50 |

**Account 121076101**

| | | | |
|---|---|---|---|
| ** | Name | WINN DIXIE #575 | |
| | City | MOODY | |
| | 10218429057 | 2/14/2005 | 512.28 |
| | 10216638048 | 2/15/2005 | 738.53 |
| | 10216641059 | 2/18/2005 | 1,005.45 |
| | | | 2,256.26 |

**Account 121076214**

| | | | |
|---|---|---|---|
| ** | Name | WINN DIXIE #414 | |
| | City | BIRMINGHAM | |
| | 10217068064 | 2/14/2005 | 887.32 |
| | 1015457831 | 2/15/2005 | 202.6 |
| | 10217981066 | 2/18/2005 | 655.64 |
| | | | 1,745.56 |

**Account 121076517**

| | | | |
|---|---|---|---|
| ** | Name | WINN DIXIE #523 | |
| | City | FAIRFIELD | |
| | 10219354023 | 2/11/2005 | 768.75 |
| | 10219356028 | 2/15/2005 | 932.55 |
| | | | 1,701.30 |

**Account 121076518**

| | | | |
|---|---|---|---|
| ** | Name | WINN DIXIE #517 | |
| | City | CAHABA HEIGHTS | |
| | 10218430063 | 2/14/2005 | 314.5 |
| | 10218431111 | 2/15/2005 | 478.06 |
| | 10218433109 | 2/17/2005 | 1,341.19 |
| | 10218434073 | 2/18/2005 | 432.42 |
| | | | 2,566.17 |

| | | | |
|---|---|---|---|
| | Name | WINN DIXIE #547 | |
| | City | PELHAM | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

14

| Account | Name / City | | Date | Amount |
|---|---|---|---|---|
| 10218047065 | | | 2/11/2005 | 727.5 |
| 10218048063 | | | 2/15/2005 | 373.2 |
| 10218050093 | | | 2/18/2005 | 668.56 |
| ** Account 121076519 | | | | 1,769.26 |
| | Name | WINN DIXIE #417 | | |
| | City | BIRMINGHAM | | |
| 10154441157 | | | 2/11/2005 | 108 |
| 10015448715 | | | 2/14/2005 | 1,117.81 |
| 10154744455 | | | 2/17/2005 | 1,007.68 |
| ** Account 121076523 | | | | 2,233.49 |
| | Name | WINN DIXIE #496 | | |
| | City | JASPER | | |
| 12315711056 | | | 2/11/2005 | 569.71 |
| 12315714076 | | | 2/15/2005 | 891.37 |
| 12315716071 | | | 2/17/2005 | 565.65 |
| ** Account 121076550 | | | | 2,026.73 |
| | Name | WINN DIXIE #594 | | |
| | City | BESSEMER | | |
| 10219356077 | | | 2/15/2005 | 949.59 |
| ** Account 121076552 | | | | 949.59 |
| | Name | WINN DIXIE #403 | | |
| | City | CULLMAN | | |
| 11216268042 | | | 2/11/2005 | 1,065.15 |
| 11216269057 | | | 2/14/2005 | 569.46 |
| 11216271046 | | | 2/17/2005 | 494.78 |
| ** Account 121076603 | | | | 2,129.39 |
| | Name | WINN DIXIE #550 | | |
| | City | HUEYTOWN | | |
| 10217462067 | | | 2/11/2005 | 1,267.16 |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

15

| Invoice | Date | Amount |
|---|---|---|
| 10219356093 | 2/15/2005 | 929.55 |
| 10219358081 | 2/17/2005 | 426.71 |
| 10219359089 | 2/18/2005 | 331.95 |
| ** Account 121076604 | | 2,955.37 |
| Name | WINN DIXIE #574 | |
| City | BIRMINGHAM | |
| 10M00602354 | 2/11/2005 | 85 |
| 10217066124 | 2/11/2005 | 1,891.16 |
| 10217069078 | 2/15/2005 | 1,022.12 |
| 10217071082 | 2/17/2005 | 594.32 |
| 10217072072 | 2/18/2005 | 1,118.63 |
| ** Account 121076605 | | 4,711.23 |
| Name | WINN DIXIE #595 | |
| City | BESSEMER | |
| 10219358032 | 2/17/2005 | 881.37 |
| ** Account 121076606 | | 881.37 |
| Name | WINN-DIXIE #1936 | |
| City | CHATTANOOGA | |
| 20135515787 | 2/14/2005 | 1,610.35 |
| 20135521751 | 2/15/2005 | 667.8 |
| 20135528392 | 2/16/2005 | 739.2 |
| 20135534887 | 2/17/2005 | 898.05 |
| 20135546394 | 2/21/2005 | 682.75 |
| ** Account 122001155 | | 4,598.15 |
| Name | WINN-DIXIE #1944 | |
| City | HARRISON | |
| 20135515902 | 2/14/2005 | 2,473.55 |
| 20135521652 | 2/15/2005 | 1,148.91 |
| 20135534788 | 2/17/2005 | 620.9 |
| 20135546741 | 2/21/2005 | 716.15 |
| ** Account 122009683 | | 4,959.51 |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

16

| Name | | | |
|---|---|---|---|
| City | WINN-DIXIE #1933 | | |
| | SODDY DAISY | | |
| ** Account 122009825 | | | |
| | 20113535181 | 2/17/2005 | 891.71 |
| | | | 891.71 |
| Name | WINN-DIXIE #1935 | | |
| City | COLLEGEDALE | | |
| Account 122079525 | | | |
| | 20113515860 | 2/14/2005 | 1,175.85 |
| | 20113521637 | 2/15/2005 | 706.4 |
| | 20113534762 | 2/17/2005 | 929.55 |
| | 20113546469 | 2/21/2005 | 502.75 |
| ** | | | 3,314.55 |
| Name | WINN-DIXIE #1942 | | |
| City | HIXSON | | |
| Account 122079527 | | | |
| | 20113522007 | 2/15/2005 | 575.95 |
| | 20113535025 | 2/17/2005 | 1,077.15 |
| ** | | | 1,653.10 |
| Name | WINN-DIXIE #1938 | | |
| City | CHATTANOOGA | | |
| Account 122079536 | | | |
| | 20113515605 | 2/14/2005 | 2,872.90 |
| | 20113534598 | 2/17/2005 | 1,818.70 |
| | 20113546204 | 2/21/2005 | 891.4 |
| ** | | | 5,583.00 |
| Name | WINN DIXIE #1020 MKT PL V26200 | | |
| City | AUGUSTA | | |
| Account 133002057 | | | |
| | 30343003056 | 2/14/2005 | 1,061.20 |
| | 30241007019 | 2/17/2005 | 3,145.12 |
| | 30112614945 | 2/18/2005 | 1,153.82 |
| ** | | | 5,360.14 |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

17

| Name / City | Account | Store | Date | Amount |
|---|---|---|---|---|
| **WINN DIXIE STORE #1826** MILLEDGEVILLE | | | | |
| | 33246025036 | | 2/11/2005 | 1,745.63 |
| | 33246026034 | | 2/14/2005 | 971.66 |
| | 33246028063 | | 2/15/2005 | 650.52 |
| | 33246029046 | | 2/17/2005 | 450.32 |
| ** | Account 133003839 | | | 3,818.13 |
| **WINN DIXIE #1003 V26200** NORTH AUGUSTA | | | | |
| | 30033215010 | | 2/11/2005 | 785.2 |
| | 30033216018 | | 2/14/2005 | 243.46 |
| | 30033217024 | | 2/15/2005 | 222.9 |
| | 30033219012 | | 2/17/2005 | 581.52 |
| ** | Account 133042615 | | | 1,834.08 |
| **WINN DIXIE #1006 26200** NORTH AUGUSTA | | | | |
| | 30M00686835 | | 2/11/2005 | 108. |
| | 30240078037 | | 2/11/2005 | 152.9 |
| | 30240079027 | | 2/14/2005 | 1,008.00 |
| | 30240079035 | | 2/14/2005 | 1,130.24 |
| | 30240080058 | | 2/15/2005 | 1,008.37 |
| | 30240081049 | | 2/17/2005 | 853.54 |
| ** | Account 133043220 | | | 4,261.05 |
| **WINN DIXIE #1289 26200** MARTINEZ | | | | |
| | 30112568620 | | 2/11/2005 | 1,529.15 |
| | 30031618074 | | 2/15/2005 | 777.68 |
| ** | Account 133043226 | | | 2,306.83 |
| **WINN DIXIE 1284** MARTINEZ | | | | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

18

| | | | Date | Amount |
|---|---|---|---|---|
| | | 30112568661 | 2/11/2005 | 2,143.76 |
| | | 30112575948 | 2/14/2005 | 491.44 |
| | | 30032418185 | 2/15/2005 | 519.99 |
| ** | Account 133043227 | | | 3,155.19 |
| Name | | | | |
| City | | WINN DIXIE #1007 | | |
| | | AUGUSTA | | |
| | | 30112568646 | 2/11/2005 | 2,150.40 |
| | | 30031014084 | 2/14/2005 | 412.8 |
| | | 30031015156 | 2/15/2005 | 289.9 |
| | | 30031016048 | 2/16/2005 | 103.44 |
| ** | Account 133043228 | | | 2,956.54 |
| Name | | | | |
| City | | WINN DIXIE #1243 | | |
| | | THOMSON | | |
| | | 30343002025 | 2/11/2005 | 387.24 |
| | | 30343003023 | 2/14/2005 | 399.94 |
| | | 30242012026 | 2/14/2005 | 1,919.92 |
| | | 30M00688062 | 2/15/2005 | 62 |
| | | 30343005028 | 2/17/2005 | 504.46 |
| | | 30M00688989 | 2/21/2005 | 21 |
| ** | Account 133043229 | | | 3,294.56 |
| Name | | | | |
| City | | WINN DIXIE #133 | | |
| | | BAXLEY | | |
| | | 32020311091 | 2/11/2005 | 893.31 |
| | | 32020312040 | 2/14/2005 | 102.41 |
| | | 32020314087 | 2/16/2005 | 465.68 |
| | | 32020316058 | 2/18/2005 | 309.8 |
| | | 32020316066 | 2/18/2005 | 80 |
| | | 32020317056 | 2/21/2005 | 165.74 |
| ** | Account 133069415 | | | 2,016.94 |
| Name | | | | |
| City | | WINN DIXIE #042 | | |
| | | MCRAE | | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| | Invoice | Date | Amount |
|---|---|---|---|
| | 32M00078104 | 2/11/2005 | 310.5 |
| | 32020212034 | 2/11/2005 | 1,062.17 |
| | 32020213024 | 2/14/2005 | 1,260.82 |
| | 32M00078252 | 2/15/2005 | 287.5 |
| | 32020215011 | 2/16/2005 | 575.6 |
| | 32020217033 | 2/18/2005 | 700.74 |
| | 32020218023 | 2/21/2005 | 293.23 |
| ** | Account 133069420 | | 4,490.56 |
| Name | WINN DIXIE #55 | | |
| City | VIDALIA | | |
| | 32020109032 | 2/11/2005 | 409.36 |
| | 32M00078195 | 2/14/2005 | 373.75 |
| | 32020111079 | 2/15/2005 | 1,130.41 |
| | 32020112036 | 2/17/2005 | 617.78 |
| | 32020113034 | 2/18/2005 | 111.95 |
| ** | Account 133069435 | | 2,643.25 |
| Name | WINN DIXIE #178 | | |
| City | DOUGLAS | | |
| | 32M00078161 | 2/14/2005 | 16.94 |
| | 32020214063 | 2/15/2005 | 766.96 |
| | 32020216050 | 2/17/2005 | 866.76 |
| ** | Account 1330072175 | | 1,640.66 |
| Name | WINN DIXIE #188 | | |
| City | WAYCROSS | | |
| | 31102552251 | 2/11/2005 | 300.27 |
| | 31102563473 | 2/14/2005 | 292.52 |
| | 31102554588 | 2/15/2005 | 240.86 |
| | 31102557037 | 2/17/2005 | 140.14 |
| | 31102558340 | 2/18/2005 | 200.19 |
| | 31102559496 | 2/21/2005 | 80 |
| ** | Account 1330072180 | | 1,253.98 |
| Name | WINN DIXIE #1036 (29400) | | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| City | | LAURENS | | 2/15/2005 | 847.7 |
|---|---|---|---|---|---|
| | 4005412413 | | | | 847.7 |
| ** Account 134026146 | | | | | |
| Name | | WINN DIXIE #1264 | | | |
| City | | SPARTANBURG | | | |
| | 4005407694 | | | 2/11/2005 | 2,660.74 |
| | 4005417727 | | | 2/17/2005 | 1,224.78 |
| ** Account 134026175 | | | | | 3,885.52 |
| Name | | WINN-DIXIE #1257 | | | |
| City | | SPARTANBURG | | | |
| | 40M00423220 | | | 2/11/2005 | 1,424.40 |
| | 4005417867 | | | 2/17/2005 | 1,058.40 |
| ** Account 134026192 | | | | | 2,482.80 |
| Name | | WINN DIXIE #1256 | | | |
| City | | SPARTANBURG | | | |
| | 4005407710 | | | 2/11/2005 | 1,266.32 |
| | 40M00423238 | | | 2/11/2005 | 1,612.80 |
| | 4005415127 | | | 2/16/2005 | 675.32 |
| ** Account 134026194 | | | | | 3,554.44 |
| Name | | WINN DIXIE #1225 | | | |
| City | | DUNCAN | | | |
| | 4005407728 | | | 2/11/2005 | 804.5 |
| | 4005407801 | | | 2/11/2005 | 80.5 |
| | 4005410250 | | | 2/14/2005 | 977.31 |
| | 4005412553 | | | 2/15/2005 | 625.79 |
| | 4005417735 | | | 2/17/2005 | 990.52 |
| ** Account 134026200 | | | | | 3,478.62 |
| Name | | WINN DIXIE #97 VEND #31901 B/C | | | |
| City | | BRUNSWICK | | | |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

21

| | | | |
|---|---|---|---|
| | 6210386957 | 2/14/2005 | 227.76 |
| | 62959016064 | 2/15/2005 | 1,874.52 |
| | 62959018011 | 2/17/2005 | 423.84 |
| ** Account 136004629 | | | 2,526.12 |
| Name | | | WINN DIXIE #158 V#31901 |
| City | | | HINESVILLE |
| | 60356089072 | 2/11/2005 | 437.23 |
| | 60356090047 | 2/14/2005 | 287.6 |
| | 60356092076 | 2/15/2005 | 935.95 |
| | 60356094098 | 2/17/2005 | 338.41 |
| ** Account 136073000 | | | 1,999.19 |
| Name | | | WINN DIXIE #019 DO NOT USE |
| City | | | ST SIMONS ISL |
| | 6245801063 | 2/14/2005 | 2,428.66 |
| | 62458011061 | 2/15/2005 | 674.96 |
| | 62458013042 | 2/17/2005 | 1,239.75 |
| ** Account 136073002 | | | 4,343.37 |
| Name | | | WINN DIXIE #147 V#31901 |
| City | | | STATESBORO |
| | 61120173028 | 2/11/2005 | 961.46 |
| | 61120174026 | 2/14/2005 | 671.1 |
| | 61120175056 | 2/15/2005 | 311.82 |
| | 61120177029 | 2/17/2005 | 711.39 |
| ** Account 136073005 | | | 2,655.77 |
| Name | | | WINN DIXIE #010 V#31901 |
| City | | | CLAXTON |
| | 61130572045 | 2/11/2005 | 775.61 |
| | 61130573019 | 2/14/2005 | 626.57 |
| | 61130574058 | 2/15/2005 | 830.27 |
| | 61130575014 | 2/16/2005 | 1,260.25 |

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

| | Invoice | Date | Amount |
|---|---|---|---|
| **Name** | | | |
| **City** | WINN DIXIE #014 V#31901 | | |
| | JESUP | | |
| | 6113057603B | 2/17/2005 | 1,062.80 |
| | 6113057704A | 2/18/2005 | 607.24 |
| | 6113057705I | 2/18/2005 | 1,104.00 |
| ** Account 136073010 | | | 6,266.74 |
| **Name** | WINN DIXIE #166 V#31901 | | |
| **City** | KINGSLAND | | |
| | 6295901403G | 2/11/2005 | 1,484.63 |
| | 6295901502S | 2/14/2005 | 990.9 |
| | 6295901702I | 2/16/2005 | 472.75 |
| | 6295901902T | 2/18/2005 | 552.06 |
| ** Account 136073023 | | | 3,500.34 |
| **Name** | WINN DIXIE #060 V#31901 | | |
| **City** | BRUNSWICK | | |
| | 6245800904O | 2/11/2005 | 297.5 |
| | 6210386880O | 2/14/2005 | 666.38 |
| | 6245801205I | 2/16/2005 | 895.62 |
| | 62B00318053 | 2/18/2005 | 851.26 |
| ** Account 136073040 | | | 2,710.76 |
| **Name** | WINN DIXIE #159 V#31901 | | |
| **City** | BRUNSWICK | | |
| | 6210386959Z | 2/15/2005 | 614.94 |
| | 6245801104G | 2/15/2005 | 1,642.40 |
| | 6245801302G | 2/17/2005 | 1,197.30 |
| ** Account 136073050 | | | 3,454.64 |
| **Name** | | | |
| **City** | | | |
| | 6295901406I | 2/11/2005 | 2,106.60 |
| | 6295901605G | 2/15/2005 | 2,385.64 |
| | 6295901802I | 2/17/2005 | 964.66 |
| ** Account 136073070 | | | 5,456.90 |

22

23

Coca-Cola Bottling Company United, Inc.
Reclamation Demand on Winn Dixie Stores, Inc.

*** TOTAL

$391,743.06