Reginald A. Greene (RG 3566)
BellSouth
675 West Peachtree Street NE
Suite 4300
Atlanta, Georgia 30375
Telephone:  (404) 335-0761
Facsimile:  (404) 614-4054

Attorney for BellSouth Telecommunications, Inc.;
BellSouth Business Systems, Inc.; BellSouth
Communications Systems, LLC; and BellSouth
Long Distance, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **WINN-DIXIE STORES, INC., et <u>al.</u>,** | **:** | **Case No. 05-11063 (RDD)** |
| | **:** | **(Jointly Administered)** |
| **Debtors.** | **:** | |

-------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**<u>REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that Reginald A. Greene appears in the above-
captioned chapter 11 cases as attorney for BellSouth Telecommunications, Inc.;
BellSouth Business Systems, Inc.; BellSouth Communications Systems, LLC; and
BellSouth Long Distance, Inc.

PLEASE TAKE FURTHER NOTICE that, in accordance with sections
102(1), 342 and 1109(b) of the Bankruptcy Code, 11 U.S.C §§ 101-1330 (the
"Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules"), copies of all notices given or required
to be given in these cases and all papers served or required to be served in these cases,
should be given and served upon:

Reginald A. Greene
BellSouth
675 West Peachtree St. NE
Suite 4300
Atlanta, Georgia 30375
Telephone:  (404) 335-0761
Facsimile:  (404) 614-4054
Email:  reginald.greene@bellsouth.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b) the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to the above-referenced cases and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization or liquidation.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with these cases is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge, (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or

(This section is intentionally blank.)

(iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which

rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Atlanta, Georgia
        February 27, 2005

By:   _/s/ Reginald A. Greene_____
      Reginald A. Greene (RG 3566)
      BellSouth
      675 West Peachtree Street NE
      Suite 4300
      Atlanta, Georgia 30375
      Telephone:  (404) 335-0761
      Facsimile:  (404) 614-4054