UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al</u>. | ) | CASE NO.    05-11063 |
| | ) | |
| Debtors | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**AMENDED MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, David S. Rubin, a member in good standing of the bar in the State of Louisiana and the

bars of the U.S. District Courts for the Eastern, Middle, and Western Districts of Louisiana, and

United States Courts of Appeal for the Fifth and Eleventh Circuits, and having been previously

admitted ***pro hac vice*** in other cases before this court, request admission, ***pro hac vice***, to

represent Community Coffee Company, L.L.C.,  a creditor and contract party of the Debtor or

one of its direct or indirect subsidiaries in the above referenced cases.

Mailing address:    P. O. Box 2997, Baton Rouge, LA 70821-2997

E-mail address:    drubin@kswb.com    Telephone number: 225-383-4703

I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro hac***

***vice***.

A proposed form of order is attached.

Dated:        February 26, 2005 at Baton Rouge, Louisiana


By Attorneys:

KANTROW, SPAHT, WEAVER & BLITZER
(A PROFESSIONAL LAW CORPORATION)
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 383-4703
Facsimile: (225) 343-0630


By:   s/David S. Rubin
        David S. Rubin (La. Bar Roll No. 11525)

Attorneys for **Community Coffee Company, L.L.C.**

<u>CERTIFICATE</u>

I hereby certify that a copy of the above and foregoing has this day been mailed, postage prepaid, to Mr. D. J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036; and Ms. Sarah Robinson Borders, King & Spalding, 191 Peachtree Street, Atlanta, GA 30303.

Baton Rouge, Louisiana, this 26th day of February, 2005.


        s/David S. Rubin
        David S. Rubin


139996

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al</u>. | ) | CASE NO.    05-11063 |
| | ) | |
| Debtors | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION FOR PERMISSION TO APPEAR** *PRO HAC VICE*

CONSIDERING the Motion for Permission to Appear *Pro Hac Vice* filed by David S.

Rubin, attorney for Community Coffee Company, L.L.C.,

AND the Court having considered the Motion,

IT IS ORDERED that the Motion is GRANTED.

DATED this ____ day of March, 2005.

_____
JUDGE,   UNITED   STATES   BANKRUPTCY
COURT