DRINKER BIDDLE & REATH LLP
Andrew C. Kassner (AK-9067)
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Attorneys for Carthage Cup, L.P.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 |
| | : | (Jointly Administered) |
| Debtor. | : | |
| | : | |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Carthage Cup, L.P. ("Carthage Cup"), hereby appears through its undersigned counsel, DRINKER BIDDLE & REATH LLP, and demands service of all notice and papers herein upon:

DRINKER BIDDLE & REATH LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801
Attn: Andrew J. Flame, Esq.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, his property, or his estate. The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 28, 2005

Respectfully submitted,

/s/ Andrew C. Kassner
Andrew C. Kassner (AK-9067)
DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

Attorneys for Carthage Cup, L.P.

WM\3650\1

DRINKER BIDDLE & REATH LLP
Andrew C. Kassner (AK-9067)
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Attorneys for Carthage Cup, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 |
|  | : | (Jointly Administered) |
| Debtor. | : |  |
|  | : |  |

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served a copy of **Carthage Cup, L.P.'s Notice of Appearance and Demand for Service of Papers** upon the following persons via United States Mail, First Class, postage prepaid:

    Winn-Dixie Stores, Inc.
    5050 Edgewood Court
    Jacksonville, FL 32254-3699

    David J. Baker, Esq.
    Skadden Arps Slate Meagher & Flom, LLP
    Four Times Square
    New York, NY 10036
    (212) 735-2150

    Office of the United States Trustee
    33 Whitehall Street
    21st Floor
    NY, NY 10004

Dated:  February 28, 2005        /s/ Andrew C. Kassner
                                                  Andrew C. Kassner

WM\3650\1