UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | * | CASE NO.  05-11063 |
| | * | |
| **WINN-DIXIE STORES, INC., ET AL.** | * | **(Jointly Administered)** |
| | * | |
| DEBTOR(S) | * | CHAPTER 11 |

## <u>COMMUNITY COFFEE COMPANY, L.L.C.' S</u>
<u>NOTICE OF DEMAND FOR RECLAMATION</u>

**PLEASE TAKE NOTICE** that on February 28, 2005, pursuant to 11 U.S.C. 546 and any other applicable provisions of law, Community Coffee Company, L.L.C. served its written demand for reclamation upon Winn-dixie Stores, Inc. and its affiliated debtors.  A copy of the written demand is attached hereto.

Dated: February 28, 2005

By Attorneys,
KANTROW, SPAHT, WEAVER & BLITZER
(A PROFESSIONAL LAW CORPORATION)
Post Office Box 2997
Baton Rouge, Louisiana  70821
Telephone (225) 383-4703
Facsimile: (225) 343-0630


By: s/David S. Rubin
      David S. Rubin (La. 11525)
Attorneys for **Community Coffee Company, L.L.C.**

<u>CERTIFICATE</u>

I hereby certify that a copy of the above and foregoing has been mailed this day, postage prepaid, to Mr. D. J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036; and Ms. Sarah Robinson Borders, King & Spalding, 191 Peachtree Street, Atlanta, GA 30303.

Baton Rouge, Louisiana, this 28 day of February, 2005.

 s/David S. Rubin
David S. Rubin

#140167