

COMMUNITY COFFEE COMPANY, L.L.C.
Post Office Box 791
Baton Rouge, Louisiana 70821
Telephone: (225) 368-3900

February 24, 2005

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

D. Jan Baker, Esq.
Rosalie Walker Gray
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Re:   Demand For Reclamation

Ladies and Gentlemen:

Community Coffee Company, L.L.C. ("Community Coffee") has learned that Winn-Dixie Stores, Inc. and certain of its affiliates (collectively the "Debtors") filed a voluntary petition for bankruptcy under Title 11 of the United States Code after the close of business on February 21, 2005. Community Coffee sold goods, products, and items ("Goods") to the Debtors on credit, the Goods were received by the Debtors at a time when the Debtors were insolvent, and the Goods were sold to the Debtors in the ordinary course of business.

Pursuant to Uniform Commercial Code Section 2-702 (as enacted in the relevant jurisdictions), Louisiana state statutory law and the Louisiana Civil Code (for those stores in Louisiana), and 11 U.S.C. §546, Community Coffee hereby makes written demand for return of all Goods delivered by Community Coffee to the Debtors within the ten (10) days preceding the close of business on February 21, 2005, including, without limitation, goods indicated on the summary of invoices attached hereto. Community Coffee asserts that the total amount of goods delivered to the Debtors amounts to $57,019.64 in Louisiana, $3,422.57 in Alabama, $10,190.73 in Mississippi, and $7,509.43 in Florida.

By making this demand, Community Coffee does not intend to, and shall not be deemed to, waive any rights with respect to its claims against the Debtors.

Please contact the undersigned at Community Coffee (at the address shown on this letter) to discuss the return of the Goods.

Nothing contained in this letter is intended to be a violation of the automatic stay of §362 of the Bankruptcy Code, and this demand is consistent with provisions of the Bankruptcy Code and, we understand, orders entered or to be entered in Winn-Dixie's bankruptcy case.

Very truly yours,

Annette L. Vaccaro
Treasurer and Chief Financial Officer

Supplier: Community Coffee Company, L.L.C.
Prepared by: Shannon Vaughan, Credit Department
Date Prepared: 2/22/05
Customer: 10731 - Winn Dixie Stores, Inc.
Reclamation Claim: 2/14/05 - 2/18/05

| Customer | Store | Type | Location | Invoice # | Date | Amount |
|---|---|---|---|---|---|---|
| 729965 | 1558 | retail | Abbeville, LA | 7100504142 | 2/15/2005 | 370.00 |
| 719269 | 1449 | retail | Amite, LA | 55504763 | 2/18/2005 | 1,548.49 |
| 1327496 | 1434 | retail | Arabi, LA | 595504292 | 2/15/2005 | 1,168.14 |
| 1330128 | 1434 | op | Arabi, LA | 595504293 | 2/15/2005 | 27.25 |
| 786578 | 1418 | retail | Avondale, LA | 1884504209 | 2/15/2005 | 284.90 |
| 1467514 | 1418 | op | Avondale, LA | 1884504208 | 2/15/2005 | 24.90 |
| 107840 | 1466 | retail | Baker, LA | 905504549 | 2/16/2005 | 456.60 |
| 803197 | 1466 | op | Baker, LA | 905504550 | 2/16/2005 | 41.04 |
| 107751 | 1458 | retail | Baton Rouge, LA | 905504541 | 2/16/2005 | 619.90 |
| 108545 | 1585 | retail | Baton Rouge, LA | 905504663 | 2/17/2005 | 288.35 |
| 108545 | 1585 | retail | Baton Rouge, LA | 905504663 | 2/17/2005 | 288.35 |
| 691623 | 1467 | retail | Baton Rouge, LA | 853504601 | 2/17/2005 | 779.40 |
| 691623 | 1467 | retail | Baton Rouge, LA | 853504602 | 2/17/2005 | 117.06 |
| 765309 | 1461 | retail | Baton Rouge, LA | 905504670 | 2/17/2005 | 152.30 |
| 803170 | 1458 | op | Baton Rouge, LA | 905504554 | 2/16/2005 | 27.25 |
| 803200 | 1585 | op | Baton Rouge, LA | 905504664 | 2/17/2005 | 27.25 |
| 1048015 | 1454 | retail | Baton Rouge, LA | 905504124 | 2/15/2005 | 1,201.86 |
| 1054376 | 1454 | op | Baton Rouge, LA | 905504126 | 2/15/2005 | 76.61 |
| 1213059 | 1576 | retail | Baton Rouge, LA | 905504016 | 2/14/2005 | 1,071.47 |
| 1213067 | 1576 | op | Baton Rouge, LA | 905504018 | 2/14/2005 | 65.56 |
| 1309714 | 1453 | retail | Baton Rouge, LA | 905504661 | 2/17/2005 | 84.10 |
| 1441264 | 1577 | retail | Baton Rouge, LA | 853504158 | 2/15/2005 | 367.42 |
| 1442805 | 1577 | op | Baton Rouge, LA | 568504601 | 2/15/2005 | 85.69 |
| 1466976 | 1461 | op | Baton Rouge, LA | 905504672 | 2/17/2005 | 40.49 |
| 1466992 | 1467 | op | Baton Rouge, LA | 853504603 | 2/17/2005 | 161.21 |
| 107697 | 1452 | retail | Bogalusa, LA | 55504208 | 2/15/2005 | 783.40 |
| 108340 | 1549 | retail | Breaux Bridge, LA | 6396504177 | 2/15/2005 | 745.80 |
| 803472 | 1549 | op | Breaux Bridge, LA | 6396504178 | 2/15/2005 | 55.90 |
| 1050559 | 1544 | retail | Bunkie, LA | 731504694 | 2/15/2005 | 98.80 |
| 212229 | 1432 | retail | Chalmette, LA | 595504290 | 2/15/2005 | 1,556.35 |
| 803049 | 1432 | op | Chalmette, LA | 595504297 | 2/15/2005 | 136.46 |
| 107654 | 1448 | retail | Covington, LA | 55504190 | 2/14/2005 | 358.92 |
| 1112090 | 1490 | retail | Crowley, LA | 7100504556 | 2/16/2005 | 276.80 |
| 1467220 | 1490 | op | Crowley, LA | 7100504557 | 2/16/2005 | 39.21 |
| 687707 | 1589 | retail | Denham Springs, LA | 853504699 | 2/17/2005 | 877.40 |
| 803235 | 1589 | op | Denham Springs, LA | 853504600 | 2/17/2005 | 54.76 |
| 410772 | 1588 | retail | Destrehan, LA | 551504625 | 2/17/2005 | 1,283.01 |
| 1467689 | 1588 | op | Destrehan, LA | 551504626 | 2/17/2005 | 101.59 |
| 107573 | 1442 | retail | Donaldsonville, LA | 1096504686 | 2/15/2005 | 463.02 |
| 1466933 | 1442 | op | Donaldsonville, LA | 1096504687 | 2/15/2005 | 29.84 |
| 562432 | 1570 | retail | Eunice, LA | 7100504563 | 2/16/2005 | 694.25 |
| 1167301 | 1570 | op | Eunice, LA | 7100504564 | 2/16/2005 | 27.44 |
| 649503 | 1559 | retail | Franklin, LA | 1159504570 | 2/14/2005 | 927.80 |
| 304972 | 1587 | retail | Gonzales, LA | 853504576 | 2/16/2005 | 124.00 |
| 829714 | 1463 | retail | Gramercy, LA | 551504177 | 2/14/2005 | 482.05 |

Supplier: Community Coffee Company, L.L.C.
Prepared by: Shannon Vaughan, Credit Department
Date Prepared: 2/22/05
Customer: 10731 - Winn Dixie Stores, Inc.
Reclamation Claim: 2/14/05 - 2/18/05

| Customer | Store | Type | Location | Invoice # | Date | Amount |
|---|---|---|---|---|---|---|
| 829722 | 1463 | op | Gramercy, LA | 551504178 | 2/14/2005 | 65.37 |
| 865265 | 1405 | retail | Gretna, LA | 2642504727 | 2/16/2005 | 890.58 |
| 619515 | 1537 | retail | Hammond, LA | 55504643 | 2/17/2005 | 1,453.75 |
| 851140 | 1425 | retail | Harvey, LA | 1884504526 | 2/16/2005 | 564.90 |
| 107867 | 1468 | retail | Houma, LA | 6490504829 | 2/17/2005 | 856.70 |
| 1080881 | 1469 | retail | Houma, LA | 6490504832 | 2/17/2005 | 875.90 |
| 1467158 | 1469 | op | Houma, LA | 6490504833 | 2/17/2005 | 27.13 |
| 803022 | 1428 | op | Jefferson, LA | 551504751 | 2/18/2005 | 27.19 |
| 247391 | 1406 | retail | Kenner, LA | 551504296 | 2/15/2005 | 755.90 |
| 841978 | 1412 | retail | Kenner, LA | 551504292 | 2/15/2005 | 959.62 |
| 218634 | 1555 | retail | Lafayette, LA | 7100504673 | 2/17/2005 | 555.16 |
| 803499 | 1555 | op | Lafayette, LA | 7100504674 | 2/17/2005 | 50.90 |
| 855200 | 1561 | retail | Lafayette, LA | 7100504792 | 2/18/2005 | 328.65 |
| 1070495 | 1551 | retail | Lafayette, LA | 218504855 | 2/17/2005 | 689.06 |
| 1204181 | 1583 | retail | LaPlace, LA | 551504185 | 2/14/2005 | 1,432.49 |
| 1467662 | 1583 | op | LaPlace, LA | 551504186 | 2/14/2005 | 96.79 |
| 1297783 | 1444 | retail | Luling, LA | 1884504203 | 2/15/2005 | 874.14 |
| 107638 | 1446 | retail | Mandeville, LA | 352504519 | 2/16/2005 | 1,272.40 |
| 107638 | 1446 | retail | Mandeville, LA | 352504520 | 2/16/2005 | 441.92 |
| 1231073 | 1500 | retail | Mandeville, LA | 352504170 | 2/14/2005 | 168.38 |
| 1231073 | 1500 | retail | Mandeville, LA | 352504187 | 2/14/2005 | 896.40 |
| 1467743 | 1500 | op | Mandeville, LA | 352504188 | 2/14/2005 | 50.91 |
| 1468480 | 1446 | op | Mandeville, LA | 352504521 | 2/16/2005 | 80.41 |
| 108278 | 1541 | retail | Marksville, LA | 731504557 | 2/14/2005 | 361.50 |
| 107328 | 1416 | retail | Marrero, LA | 1884504211 | 2/15/2005 | 361.60 |
| 107557 | 1440 | retail | Marrero, LA | 2642504620 | 2/15/2005 | 775.05 |
| 1231820 | 1438 | retail | Mereaux, LA | 595504299 | 2/15/2005 | 885.56 |
| 1467638 | 1438 | op | Mereaux, LA | 595504296 | 2/15/2005 | 101.58 |
| 107441 | 1428 | retail | Metairie, LA | 551504749 | 2/18/2005 | 360.30 |
| 1084542 | 1411 | retail | Metairie, LA | 551504521 | 2/16/2005 | 637.40 |
| 1582615 | 1329 | retail | Metairie, LA | 551504509 | 2/16/2005 | 597.80 |
| 107778 | 1455 | retail | New Iberia, LA | 6396504503 | 2/16/2005 | 87.40 |
| 859761 | 1456 | retail | New Iberia, LA | 6396504501 | 2/16/2005 | 794.76 |
| 859788 | 1456 | op | New Iberia, LA | 6396504502 | 2/16/2005 | 27.23 |
| 107190 | 1403 | retail | New Orleans, LA | 595504511 | 2/16/2005 | 228.30 |
| 107522 | 1437 | retail | New Orleans, LA | 595504180 | 2/14/2005 | 490.08 |
| 208604 | 1430 | retail | New Orleans, LA | 595504179 | 2/14/2005 | 724.60 |
| 208604 | 1430 | retail | New Orleans, LA | 595504624 | 2/17/2005 | 1,424.96 |
| 243930 | 1417 | retail | New Orleans, LA | 595504739 | 2/18/2005 | 451.16 |
| 285641 | 1419 | retail | New Orleans, LA | 595504622 | 2/17/2005 | 699.70 |
| 601497 | 1439 | retail | New Orleans, LA | 595504740 | 2/18/2005 | 717.29 |
| 802956 | 1403 | op | New Orleans, LA | 595504512 | 2/16/2005 | 27.13 |
| 802972 | 1417 | op | New Orleans, LA | 595504738 | 2/18/2005 | 96.57 |
| 847004 | 1483 | op | New Orleans, LA | 352504182 | 2/14/2005 | 26.75 |
| 1318535 | 1426 | retail | New Orleans, LA | 1884504632 | 2/17/2005 | 202.30 |

Supplier: Community Coffee Company, L.L.C.
Prepared by: Shannon Vaughan, Credit Department
Date Prepared: 2/22/05
Customer: 10731 - Winn Dixie Stores, Inc.
Reclamation Claim: 2/14/05 - 2/18/05

| Customer | Store | Type | Location | Invoice # | Date | Amount |
|---|---|---|---|---|---|---|
| 1465945 | 1430 | op | New Orleans, LA | 7248504510 | 2/14/2005 | 53.91 |
| 1467603 | 1437 | op | New Orleans, LA | 595504181 | 2/14/2005 | 27.13 |
| 10200399 | 1409 | retail | New Orleans, LA | 595504503 | 2/16/2005 | 630.52 |
| 10300399 | 1409 | op | New Orleans, LA | 595504504 | 2/16/2005 | 27.13 |
| 744611 | 1572 | retail | New Roads, LA | 5761504513 | 2/14/2005 | 866.96 |
| 836206 | 1472 | op | New Roads, LA | 5761504514 | 2/14/2005 | 56.56 |
| 698342 | 1471 | retail | Opelousas, LA | 7100504679 | 2/17/2005 | 367.53 |
| 1467212 | 1471 | op | Opelousas, LA | 7100504680 | 2/17/2005 | 51.95 |
| 115401 | 1547 | retail | Pineville, LA | 1063504608 | 2/15/2005 | 1,113.60 |
| 1263978 | 1579 | retail | Plaquemine, LA | 5761504905 | 2/18/2005 | 328.40 |
| 108251 | 1540 | retail | Pontchatoula, LA | 55504645 | 2/17/2005 | 1,712.70 |
| 1467832 | 1540 | op | Pontchatoula, LA | 55504646 | 2/17/2005 | 93.52 |
| 1251384 | 1590 | retail | Prairieville, LA | 853504584 | 2/16/2005 | 1,152.55 |
| 1252402 | 1590 | op | Prairieville, LA | 853504586 | 2/16/2005 | 50.37 |
| 449644 | 1557 | retail | Raceland, LA | 860504552 | 2/14/2005 | 693.64 |
| 802379 | 1557 | op | Raceland, LA | 860504543 | 2/14/2005 | 20.75 |
| 107727 | 1459 | retail | Rayne, LA | 7119504590 | 2/16/2005 | 453.80 |
| 648531 | 1404 | retail | River Ridge, LA | 1884504198 | 2/14/2005 | 1,800.73 |
| 1467417 | 1404 | op | River Ridge, LA | 1884504199 | 2/14/2005 | 188.25 |
| 854654 | 1502 | retail | Slidell, LA | 352504636 | 2/17/2005 | 632.96 |
| 854654 | 1502 | retail | Slidell, LA | 352504637 | 2/17/2005 | 173.96 |
| 860581 | 1504 | retail | Slidell, LA | 155504706 | 2/16/2005 | 753.16 |
| 860581 | 1504 | retail | Slidell, LA | 352504506 | 2/16/2005 | 190.92 |
| 1467778 | 1502 | op | Slidell, LA | 352504638 | 2/17/2005 | 66.13 |
| 1467794 | 1504 | op | Slidell, LA | 352504507 | 2/16/2005 | 38.94 |
| 1581899 | 1353 | retail | Slidell, LA | 352504641 | 2/17/2005 | 350.20 |
| 1581910 | 1353 | op | Slidell, LA | 352504642 | 2/17/2005 | 38.94 |
| 235733 | 1556 | retail | Thibodaux, LA | 690504860 | 2/18/2005 | 128.46 |
| 546143 | 1566 | retail | Tioga, LA | 1063504972 | 2/18/2005 | 333.30 |
| 108294 | 1571 | retail | Ville Platte, LA | 7119504184 | 2/14/2005 | 529.10 |
| 1467336 | 1571 | op | Ville Platte, LA | 7119504185 | 2/14/2005 | 27.25 |
| 1390392 | 1591 | retail | Walker, LA | 853504033 | 2/14/2005 | 377.50 |
| 1390406 | 1591 | op | Walker, LA | 853504034 | 2/14/2005 | 23.32 |
| 107476 | 1431 | retail | Westwego, LA | 1884504745 | 2/18/2005 | 255.40 |
| 803030 | 1431 | op | Westwego, LA | 1884504746 | 2/18/2005 | 51.33 |
| 1275844 | 1581 | retail | Zachary, LA | 905504794 | 2/18/2005 | 1,372.71 |

Total: 57,019.64

Supplier: Community Coffee Company, L.L.C.
Prepared by: Shannon Vaughan, Credit Department
Date Prepared: 2/22/05
Customer: 10731 - Winn Dixie Stores, Inc.
Reclamation Claim: 2/14/05 - 2/18/05

| Customer | Store | Type | Location | Invoice # | Date | Amount |
|---|---|---|---|---|---|---|
| 834882 | 571 | retail | Bay Minnette, AL | 5321504639 | 2/15/2005 | 214.97 |
| 1465856 | 596 | retail | Daphne, AL | 5321504754 | 2/16/2005 | 366.69 |
| 1194194 | 599 | retail | Fairhope, AL | 5321504753 | 2/16/2005 | 260.66 |
| 654841 | 586 | retail | Gulf Shores, AL | 5321504523 | 2/14/2005 | 337.39 |
| 1138170 | 590 | retail | Mobile, AL | 2665504508 | 2/14/2005 | 493.92 |
| 1245414 | 564 | retail | Mobile, AL | 2665504943 | 2/18/2005 | 363.51 |
| 51905318 | 521 | op | Montgomery, AL | 5318504594 | 2/15/2005 | 211.20 |
| 52205318 | 463 | op | Montgomery, AL | 5318504576 | 2/15/2005 | 176.00 |
| 654825 | 490 | retail | Orange Beach, AL | 5321504526 | 2/14/2005 | 385.62 |
| 1576682 | 1345 | retail | Robertsdale, AL | 5321504755 | 2/16/2005 | 472.09 |
| 1504053 | 473 | retail | Semmes, AL | 2665504944 | 2/18/2005 | 140.52 |

Total: 3,422.57

Supplier: Community Coffee Company, L.L.C.
Prepared by: Shannon Vaughan, Credit Department
Date Prepared: 2/22/05
Customer: 10731 - Winn Dixie Stores, Inc.
Reclamation Claim: 2/14/05 - 2/18/05

| Customer | Store | Type | Location | Invoice # | Date | Amount |
|---|---|---|---|---|---|---|
| 1583425 | 1335 | retail | Bay St. Louis, MS | 155504601 | 2/15/2005 | 528.73 |
| 1583433 | 1335 | op | Bay St. Louis, MS | 352504296 | 2/15/2005 | 25.00 |
| 1577069 | 1357 | retail | Biloxi, MS | 635504526 | 2/14/2005 | 454.86 |
| 1577646 | 1357 | op | Biloxi, MS | 635504525 | 2/14/2005 | 162.85 |
| 12600638 | 1413 | retail | Brandon, MS | 7555504533 | 2/14/2005 | 214.42 |
| 12700638 | 1413 | op | Brandon, MS | 7555504535 | 2/14/2005 | 50.00 |
| 12800638 | 1413 | op | Brandon, MS | 7555504536 | 2/14/2005 | 24.08 |
| 10700362 | 1402 | retail | Clinton, MS | 7555504804 | 2/17/2005 | 142.70 |
| 10800362 | 1402 | op | Clinton, MS | 7555504898 | 2/17/2005 | 13.25 |
| 283320 | 1534 | retail | Columbia, MS | 5373504799 | 2/16/2005 | 229.10 |
| 536482 | 1513 | retail | Diberville, MS | 635504531 | 2/14/2005 | 131.50 |
| 1576070 | 1346 | retail | Forest, MS | 7555504766 | 2/16/2005 | 235.80 |
| 1576089 | 1346 | op | Forest, MS | 7555504764 | 2/16/2005 | 32.00 |
| 108103 | 1511 | retail | Gulfport, MS | 635504864 | 2/17/2005 | 333.14 |
| 864587 | 1512 | retail | Gulfport, MS | 635504529 | 2/14/2005 | 341.12 |
| 864587 | 1512 | retail | Gulfport, MS | 635504858 | 2/17/2005 | 30.60 |
| 1467387 | 1512 | op | Gulfport, MS | 635504528 | 2/14/2005 | 26.75 |
| 1467816 | 1511 | op | Gulfport, MS | 635504863 | 2/17/2005 | 78.75 |
| 1575945 | 1334 | retail | Hattiesburg, MS | 5373504687 | 2/15/2005 | 210.27 |
| 1576488 | 2626 | retail | Hattiesburg, MS | 5373504693 | 2/15/2005 | 206.60 |
| 1575856 | 1323 | retail | Hazlehurst, MS | 7406504576 | 2/15/2005 | 198.85 |
| 1575260 | 2620 | retail | Jackson, MS | 7555504644 | 2/15/2005 | 321.55 |
| 1575589 | 2620 | op | Jackson, MS | 7555504645 | 2/15/2005 | 63.00 |
| 1575619 | 1305 | retail | Jackson, MS | 5330504854 | 2/17/2005 | 433.80 |
| 1575627 | 1305 | op | Jackson, MS | 5330504857 | 2/17/2005 | 112.25 |
| 1575635 | 1306 | retail | Jackson, MS | 7555504532 | 2/14/2005 | 284.10 |
| 1575643 | 1306 | op | Jackson, MS | 7555504525 | 2/14/2005 | 136.00 |
| 1575651 | 1306 | op | Jackson, MS | 7555504529 | 2/14/2005 | 15.41 |
| 1575767 | 1314 | retail | Jackson, MS | 5330504851 | 2/17/2005 | 666.90 |
| 1575775 | 1314 | op | Jackson, MS | 5330504853 | 2/17/2005 | 143.20 |
| 1576356 | 1350 | op | Jackson, MS | 5330504739 | 2/16/2005 | 138.20 |
| 1576658 | 2627 | retail | Jackson, MS | 7555504806 | 2/17/2005 | 505.90 |
| 1588052 | 2627 | op | Jackson, MS | 7555504805 | 2/17/2005 | 132.00 |
| 12200638 | 2629 | retail | Jackson, MS | 5330504848 | 2/17/2005 | 87.90 |
| 12300638 | 2629 | op | Jackson, MS | 5330504850 | 2/17/2005 | 195.00 |
| 14801155 | 2628 | op | Laurel, MS | 7406504699 | 2/16/2005 | 99.25 |
| 1575953 | 1337 | retail | McComb, MS | 5373504813 | 2/17/2005 | 296.70 |
| 107972 | 1478 | retail | Ocean Springs, MS | 635504641 | 2/15/2005 | 618.40 |
| 1467360 | 1478 | op | Ocean Springs, MS | 635504640 | 2/15/2005 | 42.27 |
| 844136 | 573 | retail | Pascagoula, MS | 635504745 | 2/16/2005 | 75.96 |
| 1584332 | 1358 | retail | Pass Christian, MS | 352504299 | 2/15/2005 | 438.24 |
| 107964 | 1477 | retail | Picayune, MS | 352504185 | 2/14/2005 | 402.93 |
| 608521 | 1483 | retail | Picayune, MS | 352504186 | 2/14/2005 | 439.45 |
| 1576445 | 1362 | retail | Ridgeland, MS | 5330504509 | 2/14/2005 | 261.05 |
| 1576461 | 1362 | op | Ridgeland, MS | 5330504510 | 2/14/2005 | 102.80 |

Supplier: Community Coffee Company, L.L.C.
Prepared by: Shannon Vaughan, Credit Department
Date Prepared: 2/22/05
Customer: 10731 - Winn Dixie Stores, Inc.
Reclamation Claim: 2/14/05 - 2/18/05

| Customer | Store | Type | Location | Invoice # | Date | Amount |
|---|---|---|---|---|---|---|
| 1576119 | 2624 | retail | Vicksburg, MS | 5330504624 | 2/15/2005 | 363.40 |
| 1576127 | 2624 | op | Vicksburg, MS | 5330504626 | 2/15/2005 | 144.70 |

Total: 10,190.73

Supplier: Community Coffee Company, L.L.C.
Prepared by: Shannon Vaughan, Credit Department
Date Prepared: 2/22/05
Customer: 10731 - Winn Dixie Stores, Inc.
Reclamation Claim: 2/14/05 - 2/18/05

| Customer | Store | Type | Location | Invoice # | Date | Amount |
|---|---|---|---|---|---|---|
| 745588 | 488 | retail | Bay County, FL | 712504651 | 2/15/2005 | 153.20 |
| 1111485 | 538 | retail | Callaway, FL | 712504645 | 2/15/2005 | 440.78 |
| 1151991 | 498 | retail | Cantonment, FL | 7840504896 | 2/17/2005 | 418.28 |
| 1247816 | 558 | retail | Crestview, FL | 712504870 | 2/17/2005 | 311.72 |
| 44705318 | 311 | op | Davie, FL | 5318504592 | 2/15/2005 | 95.50 |
| 21902354 | 560 | op | Destin, FL | 2354504725 | 2/16/2005 | 162.10 |
| 22002354 | 561 | op | Destin, FL | 2354504722 | 2/16/2005 | 210.82 |
| 656383 | 566 | retail | Ft. Walton Beach, FL | 712504987 | 2/18/2005 | 33.50 |
| 22105318 | main | op | Jacksonville, FL | 5318504598 | 2/15/2005 | 656.60 |
| 49605318 | 51 | op | Jacksonville, FL | 5318504593 | 2/15/2005 | 141.68 |
| 50805318 | 177 | op | Jacksonville, FL | 5318504589 | 2/15/2005 | 67.69 |
| 51505318 | 280 | op | Miami, FL | 5318504263 | 2/14/2005 | 243.60 |
| 656382 | 501 | retail | Navarre, FL | 712504873 | 2/17/2005 | 163.94 |
| 656385 | 551 | retail | Niceville, FL | 712504867 | 2/17/2005 | 102.65 |
| 752819 | 552 | retail | Panama City, FL | 712504648 | 2/15/2005 | 532.08 |
| 10407617 | 481 | op | Panama City, FL | 7617504716 | 2/16/2005 | 679.05 |
| 44105318 | 227 | op | Pembroke Pines, FL | 5318504595 | 2/15/2005 | 135.45 |
| 44505318 | 278 | op | Pembroke Pines, FL | 5318504587 | 2/15/2005 | 122.50 |
| 652377 | 556 | retail | Pensacola, FL | 7840504669 | 2/15/2005 | 211.36 |
| 654779 | 504 | retail | Pensacola, FL | 7840504563 | 2/14/2005 | 182.39 |
| 654795 | 565 | retail | Pensacola, FL | 7840504554 | 2/14/2005 | 391.19 |
| 654795 | 565 | retail | Pensacola, FL | 7840504561 | 2/14/2005 | 31.80 |
| 654809 | 506 | retail | Pensacola, FL | 7840504887 | 2/17/2005 | 844.50 |
| 654876 | 493 | retail | Pensacola, FL | 5321504859 | 2/17/2005 | 345.33 |
| 654876 | 493 | retail | Pensacola, FL | 5321504868 | 2/17/2005 | 7.95 |
| 260274 | 561 | retail | San Destin, FL | 712504985 | 2/18/2005 | 367.27 |
| 45805318 | 2 | op | St. Augustine, FL | 5318504591 | 2/15/2005 | 368.50 |
| 30305318 | 124 | op | Tallahassee, FL | 7301504543 | 2/14/2005 | 88.00 |

Total: 7,509.43