DRINKER BIDDLE & REATH LLP
Andrew C. Kassner (AK-9067)
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Attorneys for Carthage Cup, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 |
| | : | (Jointly Administered) |
| Debtor. | : | |

### CARTHAGE CUP, L.P.'S CLAIM FOR RECLAMATION OF GOODS

Carthage Cup, L.P. ("Carthage Cup") hereby gives notice of its claim for reclamation pursuant to 11 U.S.C. § 546(c) and §2-702 of any applicable Uniform Commercial Code. On February 23, 2005, Carthage Cup made demand for reclamation (the "Reclamation Demand") upon the Winn-Dixie Stores, Inc. and related debtors (collectively, the "Debtors"). Attached hereto is a true and correct copy of the Reclamation Demand signed by Carthage Cup, which is incorporated herein by reference. Carthage Cup demands return of the goods or protection of its claim as provided by 11 U.S.C. §546(c) or otherwise applicable law.

Dated: February 28, 2005        Respectfully submitted,

/s/ Andrew C. Kassner
Andrew C. Kassner (AK-9067)
DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

Attorneys for Carthage Cup, L.P.