

**CARTHAGE**

**Carthage Cup**
Affiliate of **dopaco**

505 E. Cotton • Carthage, TX 75633 • 903.693.7151 • Fax 903.693.3719

February 23, 2005

**SENT VIA FACSIMILE**
**AND U.P.S. NEXT DAY AIR**

Winn Dixie Stores, Inc.                    RETURN FAX: 903-693-3732
Attn: Peter L. Lynch
5050 Edgewood Court
Jacksonville, FL 32254-3699

RE: Demand for Reclamation of Goods

Dear Sir:

Pursuant to the provisions of the Uniform Commercial Code and the United States Bankruptcy Code, Carthage Cup hereby demands reclamation of all packaging materials and other goods sold to Winn Dixie and affiliated companies (collectively, "Debtor") in the ordinary course of Carthage Cup's business that have been received by Debtor within ten days prior to the date of Debtor's filing a Petition(s) for Relief pursuant to the United States Bankruptcy Code including, but not limited to, the goods covered by the attached invoices. The invoices attached identify goods purchased by you totaling $67,717.63. Carthage Cup reserves the right to identify additional goods that have been delivered to you within the applicable time period.

This letter is also a demand that Carthage Cup be granted immediate access to your various locations so as to conduct a physical inventory of the goods held by you. Alternatively, this letter is a demand that you supply us with a complete and correct inventory of all such goods on hand.

Please contact the undersigned to arrange for the immediate return of the reclaimed goods. Should you have any questions, please do not hesitate to call.

Sincerely,

Susie Scadden
Vice President and Business Manager

Encl.

# Carthage Cup

**INVOICE**

505 East Cotton Street • Carthage, TX 75633
Phone (903) 693-7151 • Customer Service Fax (903) 693-3719
Accounting Fax (903) 693-3732 • U.S. WATS 1-800-527-8440

Affiliate of **dopaco.**

| 02/17/05 | 05 |
|----------|----|
|          | 872 |

SALES REP..: 836 ~ FPL/DAYMON/WINN
CUSTOMER PO: 621676
SALES ORDER: CX  - 022089  BRN: CTY

BILL-TO: WINNJK
WINN DIXIE STORES. INC.
P.O. BOX 40595

JACKSONVILLE  . FL    32203

SHIP-TO: WINNJK ~ 01
WINN-DIXIE RETAIL SUPPORT CENT
15500 WEST BEAVER ST.
GROCERY ~BLDG. B
JACKSONVILLE  . FL    32234

FREIGHT STATUS: Prepaid
FREIGHT AMOUNT.  $   1,164.30

ORDER DATE: 02/07/05
SHIP DATE . 02/16/05

| ITEM CODE CUSTOMER PN/UPC | DESCRIPTION | U/M | QTY ORDERED UNIT PRICE | QTY SHIPPED EXT. PRICE |
|---|---|---|---|---|
| 000  CTY - 00350 1000059875 002114018909 | WINN-DIXIE | 16TC 12/50 CS | 40.00 20.52 | 40.00 820.80 |
| 000  CTY - 00350 1000054854A 002114018911 | WINN~DIXIE | 16TC12/20 CS | 650.00 7.08 | 650.00 4,602.00 |
| 000  CTY - 00350 1000056307A 002114018912 | WINN-DIXIE | OF9R 12/20 CS | 120.00 7.56 | 120.00 907.20 |
| 000  CTY - 00350 1000059855 002114018913 | WINN-DIXIE | 16TC 12/20 CS | 1,150.00 7.80 | 1,150.00 8,970.00 |
| 000  CTY - 00350 1000059857 002114018914 | WINN-DIXIE | 16TC 12/20 CS | 780.00 7.80 | 780.00 6,084.00 |
| 000  CTY - 00350 1000059465 002114018915 | WINN-DIXIE | 9TC 12/50 CS | 90.00 13.74 | 90.00 1,236.60 |

CUSTOMER COPY

# Carthage Cup

505 East Cotton Street • Carthage, TX 75633
Phone (903) 693-7151 • Customer Service Fax (903) 693-3719
Accounting Fax (903) 693-3732 • U.S. WATS 1-800-527-8440

Carthage Cup
Affiliate of DOPACO.

# INVOICE

| 02/17/05 | 05 |
| | 872 |

SALES REP..: 838 – FFL/DAYMON/WINN
CUSTOMER PO: 621676
SALES ORDER: CX – 022089   BRN: CTY

BILL-TO: WINNJK
WINN DIXIE STORES, INC.
P.O. BOX 40595

JACKSONVILLE   . FL   32203

SHIP-TO: WINNJK – 01
WINN-DIXIE RETAIL SUPPORT CENT
15500 WEST BEAVER ST.
GROCERY -BLDG. B
JACKSONVILLE   . FL   32234

FREIGHT STATUS: Prepaid
FREIGHT AMOUNT: $  1,164.30

ORDER DATE: 02/07/05
SHIP DATE : 02/16/05

| ITEM CODE<br>CUSTOMER PN/UPC | DESCRIPTION | U/M | QTY ORDERED<br>UNIT PRICE | QTY SHIPPED<br>EXT. PRICE |
|---|---|---|---|---|
| 000   CTY – 00350<br>1000054860<br>002114018916 | WINN-DIXIE | 16TC12/50<br>CS | 20.00<br>16.32 | 20.00<br>326.40 |

LESS .0025 FOR UNSALEABLE MERCHANDISE   -57.37

TOTAL OF ALL LINES ON THIS INVOICE...:   22,947.00
TOTAL FREIGHT CHARGES.................:   0.00
58 )UNSALEABLE ALLOWANCE ...........:   57.37-
TOTAL GST TAX........................:   0.00
TOTAL SALES TAX......................:   0.00
INVOICE TOTAL.......:$   22,889.63

SHIP VIA   WEIGHT   F.O.B.   DUE DATE   TERMS
SDPK   23,246.40 lbs   03/20/05   2% 30 NET 31

REMIT TO:   P.O. Box 95000-1190
Philadelphia, PA  19195-1190

CUSTOMER COPY

# Carthage Cup

**INVOICE**

505 East Cotton Street • Carthage, TX 75633
Phone (903) 693-7151 • Customer Service Fax (903) 693-3719
Accounting Fax (903) 693-3732 • U.S. WATS 1-800-527-8440

Carthage Cup
A division of DOPACO.

| 02/17/05 | 05 |
|---|---|
| | 873 |

SALES REP...: 838 — FPL/DAYMON/WINN
CUSTOMER PO: 621677
SALES ORDER: CX — 022090   BRN: CTY

BILL-TO: WINNHA
WINN DIXIE STORES. INC.
P. O. BOX 40045

JACKSONVILLE    . FL    32203

SHIP-TO: WINNHA — 01
WINN-DIXIE STORES, INC
HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST
HAMMOND          . LA    70401

FREIGHT STATUS: Prepaid
FREIGHT AMOUNT: $     700.00

ORDER DATE: 02/07/05
SHIP DATE.: 02/16/05

| ITEM CODE CUSTOMER PN/UPC | DESCRIPTION | U/M | QTY ORDERED UNIT PRICE | QTY SHIPPED EXT. PRICE |
|---|---|---|---|---|
| 000   CTY — 00350 1000054854A 002114018911 | WINN-DIXIE | 16TC12/20 CS | 1,150.00 7.08 | 1,150.00 8,142.00 |
| 000   CTY — 00350 1000059055 002114018913 | WINN-DIXIE | 16TC 12/20 CS | 800.00 7.80 | 800.00 6,240.00 |
| 000   CTY — 00350 1000059857 002114018914 | WINN-DIXIE | 16TC 12/20 CS | 750.00 7.80 | 750.00 5,850.00 |
| 000   CTY — 00350 1000059465 002114018915 | WINN-DIXIE | 9TC 12/50 CS | 60.00 13.74 | 60.00 824.40 |
| 000   CTY — 00350 1000076295 002114018917 | WINN-DIXIE | 9" 12/15 CS | 75.00 11.88 | 75.00 891.00 |

LESS .0025 FOR UNSALEABLE MERCHANDISE     -54.87

```
TOTAL OF ALL LINES ON THIS INVOICE...:       21,947.40
TOTAL FREIGHT CHARGES................:            0.00
58 )UNSALEABLE ALLOWANCE  ..........:           54.87-
TOTAL GST TAX.......................:            0.00
TOTAL SALES TAX.....................:            0.00
                 INVOICE TOTAL.......:$      21,892.53
```

| SHIP VIA | WEIGHT | F.O.B. | DUE DATE | TERMS |
|---|---|---|---|---|
| HLN | 22,849.35 lbs | | 03/20/05 | 2% 30 NET 31 |

REMIT TO:   P.O. Box 95000-1190
            Philadelphia. PA  19195-1190

CUSTOMER COPY

## UNIFORM STRAIGHT BILL OF LADING

**Carthage Cup**

From
At    ONE CARTHAGE CUP DR.
      CARTHAGE, TEXAS 75633

08/15/2005  PL#:    5:259
CUSTOMER PO...: 631677
SHIP DATE.....: 02/15/05
SHIP VIA......: HLN
FREIGHT STATUS: Prepaid
SHIP TO ARRIVE: 02-17-05
SOLD-TO:  WINNXA

WINN-DIXIE STORES, INC
TROMONT WAREHOUSE
4725 HIGHWAY 190 WEST
OAKLAND      LA   70461

WINN DIXIE STORES, INC.
P. O. BOX 40045
JACKSONVILLE , FL    32203

| ITEM CODE DESCRIPTION | 90, NO - LINE | SKIDS | CTN/SKID CUBIC FT | QUANTITY UM |
|---|---|---|---|---|
| 436  10693798953 | 80829P - WOS | 1 | 75 | 75 DS. |
| WINH-D2XIF | 9" 12/18  RED | | 0.71 | |

*Seal Intact*
*(T.G.)*

*Rec 2828 Cases*

*Refused & Returned 7)*

*Damaged cases*
*T Grover*

MFG #18913-1
#18914-2
#18911-4

2,305    22,849.33    3,171.45

TRAILER NO. 5344   SEAL NO. 0914   TIME: 0615

RECEIVED BY: ___  DATE: 2/16/05

* * *  LOAD LOCKS REQUIRED  * * *

**Carthage Cup**
505 EAST COTTON STREET
CARTHAGE, TEXAS 75633
Permanent post-office address of shipper

1

# Carthage Cup

**Carthage Cup**
Affiliate of **dopaco.**

505 East Cotton Street • Carthage, TX 75633
Phone (903) 693-7151 • Customer Service Fax (903) 693-3719
Accounting Fax (903) 693-3732 • U.S. WATS 1-800-527-8440

# INVOICE

| 02/21/05 | 05 |
| --- | --- |
| | 910 |

SALES REP..: 930 — FPL/DAYMON/WINN
CUSTOMER PO: 623432
SALES ORDER: -cx - 022143    BRN: CTY

BILL-TO: WINNSC
WINN DIXIE CHARLOTTE. INC
P.O. BOX 40535

JACKSONVILLE    . FL    32203-0535

SHIP-TO: WINNSC - 03
WINN-DIXIE STORES. INC.
2425 NEVADA BLVD

CHARLOTTE    . NC    28273

FREIGHT STATUS: Prepaid
FREIGHT AMOUNT: $   1,484.77

ORDER DATE: 02/08/05
SHIP DATE : 02/18/05

| ITEM CODE CUSTOMER PN/UPC | DESCRIPTION | U/M | QTY ORDERED UNIT PRICE | QTY SHIPPED EXT. PRICE |
| --- | --- | --- | --- | --- |
| 000   CTY - 00350 1000078275 002114018906 | WINN-DIXIE PLATE | 7" 24/20 CS | 81.00 22.20 | 81.00 1,798.20 |
| 000   CTY - 00350 1000078385 002114018907 | WINN-DIXIE | 10.25" 12/15 CS | 192.00 15.96 | 192.00 3,064.32 |
| 000   CTY - 00350 1000078115 002114018908 | WINN-DIXIE | 12 OZ 24/12 CS | 45.00 11.88 | 45.00 534.60 |
| 000   CTY - 00350 1000054854A 002114018911 | WINN-DIXIE | 16TC 12/20 CS | 1,250.00 7.08 | 1,250.00 8,850.00 |
| 000   CTY - 00350 1000059855 002114018913 | WINN-DIXIE | 16TC 12/20 CS | 450.00 7.80 | 450.00 3,510.00 |
| 00   CTY - 00350 1000059465 02114018915 | WINN-DIXIE | 9TC 12/50 CS | 96.00 13.74 | 96.00 1,319.04 |

CUSTOMER COPY

# Carthage Cup

**Carthage Cup**
*Affiliate of dopaco*

505 East Cotton Street • Carthage, TX 75633
Phone (903) 693-7151 • Customer Service Fax (903) 693-3719
Accounting Fax (903) 693-3732 • U.S. WATS 1-800-527-8440

## INVOICE

| 02/21/05 | 05 |
|---|---|
| | 910 |

SALES REP..: 838 ~ FPL/DAYMON/WINN
CUSTOMER PO: 623432
SALES ORDER: cx - 022143   BRN: CTY

BILL-TO: WINNSC
WINN DIXIE CHARLOTTE, INC
P.O. BOX 40535

JACKSONVILLE   . FL   32203-0535

SHIP-TO: WINNSC - 03
WINN-DIXIE STORES, INC.
2425 NEVADA BLVD

CHARLOTTE   . NC   28273

FREIGHT STATUS: Prepaid
FREIGHT AMOUNT: $   1,484.77

ORDER DATE: 02/08/05
SHIP DATE : 02/18/05

| ITEM CODE CUSTOMER PN/UPC | DESCRIPTION | U/M | QTY ORDERED UNIT PRICE | QTY SHIPPED EXT. PRICE |
|---|---|---|---|---|
| 000   CTY - .00350 1000054060 002114018916 | WINN-DIXIE | 16TC12/50 CS | 240.00 16.32 | 240.00 3,916.80 |

LESS .0025 FOR UNSALEABLE MERCHANDISE  -57.49

| | |
|---|---|
| TOTAL OF ALL LINES ON THIS INVOICE...: | 22,992.96 |
| TOTAL FREIGHT CHARGES................: | 0.00 |
| 58 )UNSALEABLE ALLOWANCE ........: | 57.49- |
| TOTAL GST TAX.......................: | 0.00 |
| TOTAL SALES TAX.....................: | 0.00 |
| INVOICE TOTAL.......:$ | 22,935.47 |

| SHIP VIA CALFRT | WEIGHT 22,617.58 lbs | F.O.B. SHIPPING POINT | DUE DATE 03/24/05 | TERMS 2% 30 NET 31 |
|---|---|---|---|---|

REMIT TO:   P.O. Box 95000-1190
Philadelphia, PA  19195-1190

CUSTOMER COPY

P.O.D.

For Invoice

05-872

Follows

# UNIFORM STRAIGHT BILL OF LADING

## Carthage Cup

**From At**

ONE CARTHAGE CUP DR.
CARTHAGE, TEXAS 75633

```
02/15/2005   PL#:      51237
CUSTOMER PO...: 621676
SHIP DATE....: 02/16/05
SHIP VIA.....: SCHNEI
FREIGHT STATUS: Prepaid
SHIP TO ARRIVE: 02-18-20
SOLD-TO:  WINNJK
```

SHIP-TO:  WINNJK - 01

WINN-DIXIE RETAIL SUPPORT CENT
15500 WEST BEAVER ST.
GROCERY -BLDG. B
JACKSONVILLE , FL    32234

WINN DIXIE STORES, INC.
P.O. BOX 40595

JACKSONVILLE , FL    32203

the property described below, in app rem good order except as noted (contents and con ition of conten of packages unknown), marked, con ighed, and des tined as indicated below, which said carrier (the wo carrier being understood throughout this contract a meaning any person or corporation n possession the property under the contract agn es to carry to i usual place of delivery at said des ination, if on i route, otherwise to deliver to anoth r carrier on th route to said destination, it is mutua ly agreed, as t each carrier of all or any of said po perty over al or any portion of said route to dest nation, and as each party at any time interested in all or any of sa property, that every service to be pe formed hereu der shall be subject to all the terms nd conditions the Uniform Domestic Straight Bill o Lading set fort (1) in Official, Southern, Western o Illinois Freig Classifications in effect on the date hereof, if this a rail or a rail water shipment, or (2) n the applicabl motor carrier classification or tariff this is a mot carrier shipment.

Shipper hereby certifies that h is familiar wit all the terms and conditions of the s id bill of ladin including those on the back thereof set forth in th classification or tariff which governs t e transportatio of this shipment, and the said term and conditio are hereby agreed to by the shipper and accepts for himself and his assigns.

| LINE | ITEM CODE DESCRIPTION | SO. NO - LINE | SKIDS | CTN/SKID CUBIC FT | QUANTITY | UN |
|------|------------------------|----------------|-------|-------------------|----------|----|
| 001 | 1000059875 WINN-DIXIE | 022089 - 001 16TC 12/50  RD CO | 2 | 20 2.44 | 40 | CS |
| 002 | 1000054854A WINN-DIXIE | 022089 - 002 16TC12/20  TR | 13 | 50 1.12 | 650 | CS |
| 003 | 1000056307A WINN-DIXIE | 022089 - 003 OF9R 12/20  CL | 2 | 60 0.78 | 120 | CS |
| 004 | 1000059859 WINN-DIXIE | 022089 - 004 16TC 12/20 RED  C | 23 | 50 1.12 | 1,150 | CS |
| 005 | 1000059857 WINN-DIXIE | 022089 - 005 16TC 12/20 BLUE C | 15 | 50 1.12 | 750 | CS |

O  RN52583
D  45585
P  40807
T  a508325
Roberta Straw - I

9 # Michelle

P 800-558-6769 x 7543 Cathy

F 903-693-3732

## Carthage Cup
505 EAST COTTON STREET
CARTHAGE, TEXAS 75633
Permanent post-office address of shipp r

KIND OF PACKAGES, DESCRIPTION OF ARTIC ES,
SPECIAL MARKS, AND EXCEPTIONS

1

CONTAINERS PACKAGING NO! CUPS WITHOUT HAN DLES OR
TUMBLERS: LIQUID CAPACITY NOT TO EXCEED 64 Z. OR 2

Received (WED) FEB 23 2005 18:28

## UNIFORM STRAIGHT BILL OF LADING

**From At:**

# Carthage Cup
ONE CARTHAGE CUP DR.
CARTHAGE, TEXAS 75633

02/15/2005    PL#:    51237
CUSTOMER PO...:  621676
SHIP DATE.....:  02/16/05
SHIP VIA......:  SCHNEI
FREIGHT STATUS:  Prepaid
SHIP TO ARRIVE:  02-18-20
SOLD-TO:  WINNJK

HIP-TO:  WINNJK - 01

INN-DIXIE RETAIL SUPPORT CENT
5500 WEST BEAVER ST.
ROCERY -BLDG. B
ACKSONVILLE , FL    32234

WINN DIXIE STORES, INC.
P.O. BOX 40595

JACKSONVILLE , FL    32203

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| INE ITEM CODE ESCRIPTION | SO. NO - LINE | SKIDS | CTN/SKID CUBIC FT | QUANTITY | UM |
|---|---|---|---|---|---|
| 06 1000059857 INN-DIXIE | 022089 - 005 16TC 12/20 BLUE C | 0 | 30 1.12 | 30 | CS |
| 07 1000059465 INN-DIXIE | 022089 - 006 9TC 12/50  RED C | 2 | 35 1.57 | 70 | CS |
| 08 1000059465 INN-DIXIE | 022089 - 006 9TC 12/50  RED C | 0 | 20 1.57 | 20 | CS |
| 09 1000054860 INN-DIXIE | 022089 - 007 16TC12/50  TR | 1 | 20 2.44 | 20 | CS |

LEASE VERIFY NUMBER OF CASES ON PALLET APRIL 2003 CONFIGURATION CHANGED FROM 20
O 25

# Carthage Cup
505 EAST COTTON STREET
CARTHAGE, TEXAS 75633
Permanent post-office address of shipper

KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS

1

CONTAINERS PACKAGING NOT CUPS WITHOUT HANDLES OR TUMBLERS; LIQUID CAPACITY NOT TO EXCEED 64 OZ. OR 2 LITERS, WITH OR WITHOUT LIDS AS PER NMFC 156720.

# UNIFORM STRAIGHT BILL OF LADING

**Carthage Cup**

**From**
**At**

ONE CARTHAGE CUP DR.
CARTHAGE, TEXAS 75633

02/15/2005    PL#:    91237
CUSTOMER PO...:  621676
SHIP DATE.....:  02/16/05
SHIP VIA......:  SCHNEI
FREIGHT STATUS:  Prepaid
SHIP TO ARRIVE:  02-10-20
SOLD-TO:    WINNJK

SHIP-TO:  WINNJK - 01

WINN-DIXIE RETAIL SUPPORT CENT
5500 WEST BEAVER ST.
GROCERY -BLDG. B
JACKSONVILLE , FL    32234

WINN DIXIE STORES, INC.
P.O. BOX 40595

JACKSONVILLE , FL    32203

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and consigned as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date here of, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper, as if accepted for himself and his assigns.

*(handwritten):* W-D 2-18-05
Michael Allen
Recd 2850 cs
X Rob Lasas

CALL 904-266-8121 FOR DELIVERY APPT. UPON RECEIPT OF ORDER LESS .0025 FOR UNSALEA
***MUST USE OLD DOMINION FOR ALL LTL FREIGHT!!!***
TOTAL CARTONS:    TOTAL LBS:   TOTAL CUBIC FT:
   2,850       23,246.40       3,270.90

SHIPPER LOAD & DRIVER COUNT

TRAILER NO: A50B325  SEAL NO: 0912  TIME: 1135A

*(handwritten):* Mark Plester    2/16/05

RECEIVING CO.    RECEIVED BY    DATE

* * *  LOADLOCKS REQUIRED  * * *

**Carthage Cup**
505 EAST COTTON STREET
CARTHAGE, TEXAS 75633
Permanent post-office address of shipper

KIND OF PACKAGES, DESCRIPTION OF ARTICLES,
SPECIAL MARKS, AND EXCEPTIONS

1

CONTAINERS PACKAGING NOT CUPS WITHOUT HANDLES OR
TUMBLERS; LIQUID CAPACITY NOT TO EXCEED 64 OZ. OR 2
LITERS, WITH OR WITHOUT LIDS AS PER NMFC 56720.

Received (WED) FEB 23 2005 18:30





# FAX

**505 E. Cotton • Carthage, TX 75633 • 903.693.7151 • Fax 903.693.3719**

To:   Skadden Arps Slate Meagher
      & Flom, LLP
      Attn: David J Baker

From:   Carthage Cup

Return Fax:   903)693-3732

Phone: 212-735-2150
Fax:   917-777-2150

Date:   02/23/05
Pages:    9

**Message:**

Please find to follow the letter of Demand for Reclamation of Goods that was
sent to Mr. Peter L Lynch at Winn Dixie Stores via UPS Next Day Air.