DRINKER BIDDLE & REATH LLP
Andrew C. Kassner (AK-9067)
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

Attorneys for Carthage Cup, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 |
|  | : | (Jointly Administered) |
| Debtor. | : |  |
|  | : |  |

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served a copy of

**Carthage Cup, L.P.'s Claim for Reclamation of Goods** upon the following persons via

United States Mail, First Class, postage prepaid:

>Winn-Dixie Stores, Inc.
>5050 Edgewood Court
>Jacksonville, FL 32254-3699
>
>David J. Baker, Esq.
>Skadden Arps Slate Meagher & Flom, LLP
>Four Times Square
>New York, NY 10036
>(212) 735-2150
>
>Office of the United States Trustee
>33 Whitehall Street
>21st Floor
>NY, NY 10004

Dated: February 28, 2005                 /s/ Andrew C. Kassner
                                         Andrew C. Kassner