UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WINN-DIXIE STORES, INC., et al.,

                Debtors.

Chapter 11

Case No. 05-11063

(Jointly Administered)

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty that:

1.      I am of legal age and I am not a party to this action.

2.      I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey.

3.      On February 22, 2005, I caused copies of:

●     the Voluntary Petition (Chapter 11) (Docket No. 1);

●     the Motion for Joint Administration (Docket No. 2);

●     the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule 1007-2 in Support of First-Day Motions and Applications (Docket No. 3);

●     the Notice of Proposed Order Scheduling Initial Case Conference (Docket No. 4);

●     the Motion of D. J. Baker for Admission Pro Hac Vice of Sarah Robinson Borders and Brian C. Walsh (Docket No. 5);

●     the Application for Authority to Retain Skadden, Arps, Slate, Meagher & Flom LLP as Lead Restructuring and Bankruptcy Counsel to the Debtors (Docket No. 6);

●     the Application for Authority to Retain King & Spalding LLP as Bankruptcy Co-Counsel and General Corporate Counsel to the Debtors (Docket No. 7);

Code:  CN

●     the Motion for Authority (A) to Prepare a Consolidated List of Creditors and a List of Equity Security Holders in Lieu of a Matrix, (B) to File a Consolidated List of the Fifty Largest General Unsecured Creditors, and (C) to Mail Initial Notices (Docket No. 8);

●     the Motion for Approval of Notice Procedures and Scheduling Omnibus Hearings (Docket No. 9);

●     the Application for Approval of Agreement with Logan & Company, Inc. and Appointment of Logan & Company, Inc. as Claims, Noticing, and Balloting Agent for the Debtors (Docket No. 10);

●     the Motion for Additional Time to File Schedules and Statements of Financial Affairs (Docket No. 11);

●     the Emergency Motion Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 12);

●     the Motion for Authority (A) to Maintain Existing Bank Accounts and Cash Management System, (B) to Continue Use of Existing Checks, and (C) to Continue Use of Current Investment Policy (Docket No. 13);

●     the Motion for Authority to Pay (A) Pre-Petition Compensation, Payroll Taxes, Employee Benefits, and Related Expenses, (B) Expenses Related to Independent Contractors, and (C) Retiree Benefits (Docket No. 14);

●     the Motion for Authority to Honor Certain Pre-Petition Customer Obligations (Docket No. 15);

●     the Motion for Authority to Turn Over Certain Funds Held in Trust and to Continue Performance and Honor Obligations Under Consignment Arrangements (Docket No. 16);

●     the Motion for Authority to Continue Pre-Petition Insurance and Workers' Compensation Programs and to Pay Pre-Petition Premiums, Related Obligations, and Premium Financing Payments (Docket No. 17);

●     the Motion for Authority to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations (Docket No. 18);

●     the Motion for Order (A) Granting Administrative Expense Status to Debtors' Undisputed Obligations Arising from the Post-Petition Delivery of Goods Ordered in the Pre-Petition Period and Authorizing the Debtors to Pay Such Obligations in the Ordinary

Code:  CN

Course of Business; and (B) Authorizing Payment of Pre-Petition Common Carrier and Warehouse Charges (Docket No. 19);

●       the Motion for Authority to Pay Pre-Petition Claims Arising Under the Perishable Agricultural Commodities Act (Docket No. 20);

●       the Motion for Order (A) Authorizing Return of Goods Pursuant to 11 U.S.C. Section 546(g), (B) Establishing Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery of Goods (Docket No. 21);

●       the Motion for Authority to Pay Certain Work-in-Progress Claims of On-Site Providers as Necessary to Avoid Disruption to Operations (Docket No. 22);

●       the Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance (Docket No. 23);

●       the Motion for Authority to Reject Certain Real Property Leases, Effective as of Petition Date (Docket No. 24);

●       the Application for Authority to Retain The Blackstone Group, L.P. as Financial Advisors (Docket No. 25);

●       the Application for Authority to Employ XRoads Solutions Group LLC as Financial and Operations Restructuring Consultants (Docket No. 26);

●       the Application for Authority to Retain Kirschner & Legler, P.A. as Special Corporate Finance Counsel to the Debtors (Docket No. 27);

●       the Application for Authority to Retain Smith, Gambrell & Russell, LLP as Special Real Estate Counsel to the Debtors (Docket No. 28);

●       the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business (Docket No. 29); and

●       the Motion for Approval of Interim Compensation Procedures for Professionals (Docket No. 30)

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service and/or via facsimile transmission for delivery to those persons on the Service List attached hereto as Exhibit A.  Copy of the served Court documents listed above are attached hereto as Exhibit B.


Dated: February 24, 2005                                    _____
                                                                          Kathleen M. Logan

Code:  CN

**EXHIBIT A**

Service List
All First Day Motions
Docket #'s 1-30

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                **CASE:   05-11063 (SMB)**

CREDITOR ID: 278724-27
AMERIPRIME FUNDS
IMS CAPITAL MANAGEMENT
ATTN CARL W MARKER
8995 SE OTTY ROAD
PORTLAND OR 97266

CREDITOR ID: 278710-26
ANDERSON NEWS LLC
ATTN JENNIFER VOSS, VP ACCOUNTING
PO BOX 52570
KNOXVILLE TN 37950-2570

CREDITOR ID: 278729-27
AVIVA LIFE INSURANCE COMPANY
ATTN ELIZABETH ANNE DOWD
108 MYRTLE STREET
NEWPORT OFFICE PARK
NORTH QUINCY MA 02171

CREDITOR ID: 278703-26
CAMPBELL SOUP CO.
ATTN MAUREEN HART, SR. CREDIT MGR
PO BOX 101407
ATLANTA GA 30392-1407

CREDITOR ID: 278722-27
CAPITAL RESEARCH & MANAGEMENT CO
ATTN ABNER D GOLDSTINE
AMERICAN FUNDS
333 SOUTH HOPE STREET
LOS ANGELES CA 90071

CREDITOR ID: 278696-26
CH ROBINSON WORLDWIDE, INC.
ATTN TERESA BELLMAN, CONTROLLER
PO BOX 9121
MINNEAPOLIS MN 55480-9121

CREDITOR ID: 278706-26
CLOROX SALES CO - KPD
ATTN SYBIL SHAW, CREDIT MANAGER
PO BOX 66123
CHARLOTTE NC 28275-1754

CREDITOR ID: 278717-26
COCA-COLA BOTTLING CO.
ATTN JULIE POLANIS, CREDIT MANAGER
300 COCA-COLA ROAD
CHARLOTTE NC 28275

CREDITOR ID: 278701-26
COCA-COLA BOTTLING WORKS
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
300 COCA-COLA ROAD
CHARLOTTE NC 28275

CREDITOR ID: 278688-26
CONAGRA GROCERY PRODUCTS CO.
ATTN ROBERT ELLIS,
CORP CREDIT ANALYSIS MGR
PO BOX 409626
ATLANTA GA 30384

CREDITOR ID: 278697-26
DEL MONTE FOODS USA
ATTN FRANK BUCKSTEIN,
MANAGER CREDIT & COLLECTIONS
1336 SOLUTIONS CENTER
CHICAGO IL 60677-1003

CREDITOR ID: 278719-26
DLJ PRODUCE, INC.
ATTN ALAN YOSHIDONE, CONTROLLER
PO BOX 2398
WEST COVINA CA 91793

CREDITOR ID: 278713-26
EDY'S GRAND ICE CREAM
ATTN FRED POMERANTZ, CREDIT MANAGER
PO BOX 406247
ATLANTA GA 30384-6247

CREDITOR ID: 278698-26
FIN TECH
ATTN DOUG WILHELM
4720 W CYPRESS STREET
TAMPA FL 33607

CREDITOR ID: 278687-26
FLORIDA COCA-COLA
ATTN DICK STITELER
DIRECTOR OF CUSTOMER FINANCIAL SVCS
PO BOX 30000
ORLANDO FL 32891-0001

CREDITOR ID: 278685-26
GENERAL MILLS, INC.
ATTN TERRI JOHNSON,
ACCT OPERATION DEVELOPMENT MGR
PO BOX 101412
ATLANTA GA 30392-0001

CREDITOR ID: 278704-26
GEORGIA PACIFIC CORP.
ATTN BOB MOON, CREDIT MANAGER
PO BOX 102487
ATLANTA GA 30368-2487

CREDITOR ID: 278716-26
GERBER PRODUCTS COMPANY
ATTN JEFF TALEE, FINANCE MANAGER
445 STATE STREET
FREEMONT MI 49413

CREDITOR ID: 278700-26
GILLETTE COMPANY
ATTN MARY TRAHAN, CREDIT MANAGER
PO BOX 100800
ATLANTA GA 30384-0800

CREDITOR ID: 278694-26
GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT,
CREDIT MANAGER
PO BOX 75604
CHARLOTTE NC 28275-5604

CREDITOR ID: 278726-27
GOODMAN & CO. INVESTMENT COUNSEL
ATTN CHRISTY YIP
SCOTIA PLAZA 55TH FLOOR
40 KING STREET WEST
TORONTO  ON M5H 4A9
CANADA

CREDITOR ID: 278693-26
GOURMET AWARD FOODS MID ATLANTIC
ATTN MARK KELLUM,
NATIONAL ACCOUNT MANAGER
4055 DEERPARK BOULEVARD
ELKTON FL 32033

CREDITOR ID: 278708-26
JOHNSON & JOHNSON
ATTN JOHN WERNICKI,
NATIONAL SALES DIRECTOR
PO BOX 751059
CHARLOTTE NC 28275

CREDITOR ID: 278695-26
KEEBLER COMPANY
ATTN DAN GILROY
PO BOX 73451
CHICAGO IL 60673-7451

CREDITOR ID: 278707-26
KELLOGG SALES COMPANY
ATTN RON MOSPEK, CREDIT MANAGER
PO BOX 905193
CHARLOTTE NC 28290-9051

CREDITOR ID: 278689-26
KIMBERLY CLARK
ATTN TED C. BANKER,  SR.
CREDIT MANAGER
PO BOX 915003
DALLAS TX 75391-5003

CREDITOR ID: 278681-26
KRAFT (KRAFT FOODS, KRAFT PIZZA,
NABISCO)
ATTN SANDRA SCHIRMANG
DIRECTOR OF CREDIT
22541 NETWORK PLACE
CHICAGO IL 60673-1225

CREDITOR ID: 278712-26
LOUISIANA COA-COLA
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
1314 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

CREDITOR ID: 278690-26
MCKEE FOODS CORPORATION
ATTN VALERIE PHILLIPS,
SR CREDIT MANAGER
PO BOX 2118
COLLEGEDALE TN 37315-2118

CREDITOR ID: 278684-26
NESTLE (NESTLE USA, NESTLE PURINA,
NESTLE WATER)
ATTN PETER B KNOX,
DIRECTOR OF CREDIT & COLLECTIONS
PO BOX 277817
ATLANTA GA 30384-7817

Service List
**All First Day Motions**
**Docket #'s 1-30**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (SMB)**

CREDITOR ID: 278682-26
PEPSICO & SUBSIDIARIES
ATTN MARTY SCAMINACI,
DIRECTOR FINANCIAL SERVICES
PO BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 278699-26
POWERHOUSE PRODUCE LLC
ATTN JAMES BANKS, ACCOUNT MANAGER
PO BOX 368
RIVERHEAD NY 11901

CREDITOR ID: 278683-26
PROCTOR & GAMBLE DISTRIBUTING CO.
ATTN JAY JONES,
CREDIT MANAGER
PO BOX 100537
ATLANTA GA 30384-0537

CREDITOR ID: 278725-27
RELIANCE STANDARD LIFE INSURANCE CO
ATTN BECKY CULVER
PO BOX 3050
MILWAUKEE WI 53201

CREDITOR ID: 278709-26
RIVERDALE FARMS
ATTN VANESSA FERNANDEZ, CONTROLLER
PO BOX 861093
ORLANDO FL 32886-3356

CREDITOR ID: 278705-26
ROSS LABORATORIES
ATTN PHIL POLK, CONTROLLER
DEPT L-281
COLUMBUS  OH 43260-0001

CREDITOR ID: 278711-26
SAFE HARBOR SEAFOOD
ATTN JACK JONES, CFO
4371 OCEAN STREET
MAYPORT FL 32233-2417

CREDITOR ID: 278718-26
SANDERSON FARMS
ATTN NEAL MORGAN, DIRECTOR OF SALES
PO BOX 988
LAUREL MS 39441-0988

CREDITOR ID: 278691-26
SARA LEE FOODS
ATTN JOEL CARTRIGHT,
CREDIT MANAGER
PO BOX 905466
CHARLOTTE NC 28290

CREDITOR ID: 278720-26
SCHERING PLOUGH HEALTH CARE
MIKE DAVIS, GROUP LEADER
SOUTHERN REGION
PO BOX 100373
ATLANTA GA 30384

CREDITOR ID: 278702-26
SCHREIBER FOODS, INC.
ATTN KRIS SKUPAS, CREDIT MANAGER
PO BOX 905008
CHARLOTTE NC 28290-5008

CREDITOR ID: 278728-27
SECURITIES MANAGEMENT AND
RESEARCH, INC.
ATTN SHERRY BAKER
24500 SOUTH SHORE BLVD SUITE 400
LEAGUE CITY TX 77573

CREDITOR ID: 278686-26
UNILEVER (HPC USA & BEST FOODS)
ATTN RICHARD BELLIS,
CREDIT MANAGER
1 JOHNS STREET
CLINTON CT 06413

CREDITOR ID: 278692-26
US BANK CORPORATION
ATTN ANGELA TRUDEAU VP
RELATIONSHIP MANAGEMENT
PO BOX 790428
ST LOUIS MO 63179-0428

CREDITOR ID: 278723-27
VANGUARD GROUP INCORPORATED
THE VANGUARD GROUP
ATTN EARL E MCEVOY
PO BOX 2600
VALLEY FORGE PA 19482

CREDITOR ID: 278715-26
WARNER LAMBERT CONSUMER GROUP
ATTN ANDY HELVESTON
400 WEST LINCOLN AVENUE
LITITZ PA 17543

CREDITOR ID: 278727-27
WELLINGTON MANAGEMENT CO. LLP
GATEWAY CENTER THREE
ATTN EARL E MCEVOY
100 MULBERRY STREET
NEWARK NJ 07102

CREDITOR ID: 278721-27
WILMINGTON TRUST COMPANY AS
INDENTURE TRUSTEE
ATTN CORPORATE TRUST DEPARTMENT
RODNEY SQUARE NORTH
WILMINGTON DE 19890

CREDITOR ID: 278714-26
WYETH CONSUMER HEALTHCARE
ATTN LARRY SANDERS, VP GLOBAL FINAN
PO BOX 75296
CHARLOTTE NC 28275-5296

**Total:   49**