UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-11063 |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty that:

1.      I am of legal age and I am not a party to this action.

2.      I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey.

3.      On or about February 22, 2005 I caused copies of:

●      the Motion for Authority to Reject Certain Real Property Leases, Effective as of Petition Date (Docket No. 24);

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  Copy of the served Motion listed above is attached hereto as Exhibit B.

Dated: February 24, 2005

_____
Kathleen M. Logan

**EXHIBIT A**

Service List
Contract Rejection Motion

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                    **CASE:  05-11063 (SMB)**

CREDITOR ID: 278400-24
1997 PROPERTIES
C/O NANCY LANE COMMERCIAL REALTY INC.
1855 LAKELAND DRIVE
SUITE G-10
JACKSON MS 39216

CREDITOR ID: 278401-24
1997 PROPERTIES LLC
C/O ROGER P. FRIOU
PO BOX 55416
JACKSON MS 39296

CREDITOR ID: 278402-24
40/86 MORTGAGE CAPITAL INC.
PO BOX 1914
CARMEL IN 46082-4914

CREDITOR ID: 278403-24
440 GROUP LTD
ATTN: GENE WILLIAMS
PO BOX 578
KILLEEN TX 76540-0578

CREDITOR ID: 278404-24
ALVYN L. WOODS INC.
PO BOX 396
LUTCHER LA 70071

CREDITOR ID: 278405-24
AMBERJACK LTD
PO BOX 81322
MOBILE AL 36689

CREDITOR ID: 278616-25
AMBERJACK, LTD
SOUTHTRUST BANK OF ALABAMA NATIONAL BANKING ASSOC.
PO BOX 2554
BIRMINGHAM AL 35290

CREDITOR ID: 278406-24
AMRESCO CAPITAL, LP
ATTN: LEGAL DEPARTMENT
700 N. PEARL STREET
SUITE 2400
LBN 0342
DALLAS TX 75201-7424

CREDITOR ID: 278407-24
ANDREWS & BARTH, PC
JEFFFREY W. HARRISON, ESQ.
8235 DOUGLAS AVENUE
SUITE 1120
DALLAS TX 75225

CREDITOR ID: 278408-24
ARNOBO ASSOCIATES PARTNERSHIP
A/K/A ARNOBO ASSOCIATES LLC
C/O SCG MANAGEMENT
3101 TOWERCREEK PARKWAY
SUITE 200
ATLANTA GA 30339

CREDITOR ID: 278409-24
ARONOV REALTY COMPANY INC.
PO BOX 235000
MONTGOMERY AL 36103

CREDITOR ID: 278410-24
AVONDALE SQUARE LIMITED PARTNERSHIP
100 CONTI STREET
NEW ORLEANS LA 70130

CREDITOR ID: 278411-24
B.H.B. HUBBARD III
PO BOX 340
IRVINGTON VA 22480

CREDITOR ID: 278412-24
BAILEY & ASSOCIATES
C/O LIF REALTY TRUST
106 ACCESS ROAD
NORWOOD MA 02062-5294

CREDITOR ID: 278413-24
BANK OF AMERICA NA
JOHN HOSMER, ESQ
CADWALADER, WICKERSHAM & TAFT
201 S. COLLEGE STREET
SUITE 1510
CHARLOTTE NC 28244

CREDITOR ID: 278414-24
BARBAREE G. ROSENBAUM, TRUSTEES
LAURA C. KIMBRELL, ET AL
CO-TRUSTEES
PO BOX 3007
MERIDIAN MS 39303

CREDITOR ID: 278415-24
BARDSTOWN S.C. LLC
3220 OFFICE POINTE PLACE
SUITE 200
LOUISVILLE KY 40220

CREDITOR ID: 278617-25
BARDSTOWN S.C., LLC
NATIONAL CITY BANK OF KENTUCKY
101 SOUTH FIFTH STREET
LOUISVILLE KY 40202

CREDITOR ID: 278416-24
BARRON COLLIER PARTNERSHIP
2600 GOLDEN GATE PARKWAY
PO BOX 413038
NAPLES FL 34101-3038

CREDITOR ID: 278417-24
BEN FITZGERALD REAL ESTATE SERVICES
C/O DR. HERBERT SINGER
1300 PINECREST DRIVE EAST
MARSHALL TX 75672

CREDITOR ID: 278418-24
BENNETTSVILLE 99-SC LLC
C/O PRINCIPAL
801 GRAND AVENUE
DES MOINES IA 50392-0490

CREDITOR ID: 278618-25
BENNETTSVILLE 99-SC, LLC
FIRST SECURITY BANK
NATIONAL ASSOCIATION AND VAL T. ORTON
TRUSTEES
79 SOUTH MAIN STREET
SALT LAKE CITY UT 84111

CREDITOR ID: 278419-24
BOWDOIN SQUARE LLC
C/O HEAD COMPANIES
PO BOX 230
POINT CLEAR AL 36564

CREDITOR ID: 278420-24
BROWN NOLTEMEYER COMPANY
ATTN: CHARLES A. BROWN JR.
2424 EAGLES EYRIE COURT
LOUISVILLE KY 40206

CREDITOR ID: 278619-24
BROWN, NOLTEMEYER COMPANY
AMRESCO CAPITAL LP
ATTN: TAMMY HEYMAN
235 PEACHTREE STREET
SUITE 900
ATLANTA GA 30303

CREDITOR ID: 278421-24
BUTLER INVESTMENTS I LC
C/O DERRINE & WHEELER REAL ESTATE COMPANY
CROWN CENTER
580 EAST MAIN STREET
SUITE 300
NORFOLK VA 23510

CREDITOR ID: 278422-24
C&J PROPERTY MANAGEMENT INC.
2464 E. MICHIGAN STREET
ORLANDO FL 32806

CREDITOR ID: 278423-24
CAFFERY CENTER LLC
GREGORY F. REGGIE
1 NORTHVIEW LANE
CORWLEY LA 70526

CREDITOR ID: 278620-25
CAFFERY CENTER, LLC
IBERIA SAVINGS BANK
1101 E. ADMIRAL DOYAL DRIVE
NEW IBERIA LA 70560

CREDITOR ID: 278424-24
CAIL REALTY
ATTN: M. CAIL
106 ACCESS ROAD
NORWOOD MA 02062-5294

Service List
Contract Rejection Motion

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (SMB)**

CREDITOR ID: 278621-25
CANE RIVER ASSOCIATE
PROTECTIVE LIFE INSURANCE COMPANY
ATTN: INVESTMENT DEPARTMENT
PO BOX 2606
BIRMINGHAM AL 35202

CREDITOR ID: 278425-24
CANE RIVER ASSOCIATE
C/O PROPERTY ONE INC.
ONE LAKESHORE DRIVE
SUITE 560
LAKE CHARLES LA 70629

CREDITOR ID: 278426-24
CAP MARK SERVICES INC.
PO BOX 404124
ATLANTA GA 30384-8356

CREDITOR ID: 278427-24
CAPCO 1998-D7 ARLINGTON CENTER LLC
C/O GRAHAM AND COMPANY OF HUNTSVILLE LLC
200 WESTSIDE SQUARE
SUITE 800
HUNTSVILLE AL 35801

CREDITOR ID: 278428-24
CAPITAL PLAZA SHOPPING CENTER
31850 NORTHWESTERN HIGHWAY
FARMINGTON HILLS MI 48018

CREDITOR ID: 278622-25
CAYCE MARKETPLACE PARTNERS, LP
NATIONSBANK NA
210 WEST 10TH STREET
6TH FLOOR
KANSAS CITY MO 64105

CREDITOR ID: 278429-24
CAYCE MARKETPLACE PARTNERS, LP
130 BLOOR STREET WEST
SUITE 1200
TORONTO ON M5S 1N5
CANADA

CREDITOR ID: 278430-24
CCP EMPLOYEE PROFIT SHARING PLAN & TRUST
C/O CARDINAL CAPITAL PARTNERS INC.
8214 WESTCHESTER DRIVE
9TH FLOOR
DALLAS TX 75225

CREDITOR ID: 278431-24
CENTRAL TEXAS SHOPPING CENTER GROUP LTD.
C/O HHP COMPANY LLC
ATTN: MICHAEL A. PHELAN OR PATRICK H. PHELAN
6310 LEMMON AVENUE
SUITE 202
BEAUMONT TX 75209

CREDITOR ID: 278623-25
CENTRAL TEXAS SHOPPING CENTER GROUP, LTD.
REMSEN PARTNERS LTD
757 THIRD AVENUE
26TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 278432-24
CHEMICAL BANK
380 MADISON AVENUE
11TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 278624-25
CHESTER DIX JEFFERSON CORP.
STAR BANK
NATIONAL ASSOCIATION
ATTN: GENERAL COUNSEL
PO BOX 1038
CINCINNATI OH 45201

CREDITOR ID: 278625-25
CHESTER DIX JEFFERSON CORP.
UNITED COMMERCIAL MORTGAGE CORPORATION
C/O LAWRENCE KADISH
135 JERICHO TURNPIKE
OLD WESTBURY NY 11568

CREDITOR ID: 278433-24
CHESTER DIX JEFFERSON CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 278434-24
COLLETT MANAGEMENT LLC
PO BOX 36799
CHARLOTTE NC 28236-6799

CREDITOR ID: 278435-24
COLONIAL BANK NA
15150 PRESTON ROAD
DALLAS TX 75248

CREDITOR ID: 278436-24
COMPASS BANK
ATTN: COMMERCIAL REAL ESTATE DEPARTMENT
PO BOX 295
MONTGOMERY AL 36101

CREDITOR ID: 278626-25
CPM ASSOCIATES, LP
PROTECTIVE LIFE INSURANCE COMPANY
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223

CREDITOR ID: 278437-24
CPM ASSOCIATES, LP
C/O FLETCHER BRIGHT COMPANY
537 MARKET STREET
SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 278438-24
CRENSHAW-SINGLETON PROPERTIES
1011 EAST MAIN STREET
SUITE 206
RICHMOND VA 23219

CREDITOR ID: 278439-24
DAHLEM ENTERPRISE INC.
1000 BUILDING SUITE LL-2
6200 DUTCHMANS LANE
LOUISVILLE KY 40205-3285

CREDITOR ID: 278440-24
DANIEL G. KAMIN
C/O KAMIN REALTY COMPANY
PO BOX 10234
PITTSBURGH PA 15232

CREDITOR ID: 278442-24
DANIEL G. KAMIN CLARKSVILLE LLC
C/O KAMIN REALTY COMPANY
490 S. HIGHLAND STREET
PITTSBURGH PA 15206

CREDITOR ID: 278627-25
DANIEL G. KAMIN CLARKSVILLE, LLC
HOLIDAY FENOGLIO FOWLER LP
37 FRANKLIN STREET
SUITE 400
BUFFALO NY 14202

CREDITOR ID: 278443-24
DAVID R. KRUG & ASSOCIATES
W/D LEXINGTON LLC
131 PROVIDENCE ROAD
CHARLOTTE NC 28207

CREDITOR ID: 278444-24
DBT PORCUPINE WD3
HMG COINVESTMENT LLC
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278628-25
DBT PORCUPINE WD3
MR. THOMAS G. HOTZ
SOF INVESTMENTS LP
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278445-24
DBT PORCUPINE WD3
HMG COINVESTMENT LLC
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278446-24
DDR DOWNREIT LLC
PO BOX 643474
PITTSBURGH PA 15264-3474

CREDITOR ID: 278447-24
DEL-FAIR INC.
PO BOX 389229
CINCINNATI OH 45238-9229

Service List
Contract Rejection Motion

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                                       **CASE:   05-11063 (SMB)**

CREDITOR ID: 278629-25
DEL-FAIR, INC.
USG ANNUITY & LIFE COMPANY
C/O ING INVESTMENT MANAGEMENT INC.
5780 POWERS FERRY ROAD NW
SUITE 300
ATLANTA GA 30327-4349

CREDITOR ID: 278448-24
DELTA PLAZA LLC
C/O GABRIEL JEIDEL
16 EAST 34TH STREET
16TH FLOOR
NEW YORK NY 10016

CREDITOR ID: 278449-24
DEVELOPERS DIVERSIFIED REALTY
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 278450-24
DICKINSON, LOGAN, TODD & BARBER
ATTN: COLLEEN HINES
8601 SIX FORKS ROAD
#500
RALEIGH NC 27615

CREDITOR ID: 278451-24
DOWNTOWN DESTIN SHOPPING CENTER
THE PELICAN GROUP INC.
PO BOX 160403
MOBILE AL 36616-1403

CREDITOR ID: 278452-24
DPJ COMPANY LIMITED PARTNERSHIP
145 ROSEMARY STREET
SUITE ENTRANCE K
NEEDHAM MA 2194

CREDITOR ID: 278453-24
E&A ACQUISITION TWO LIMITED PARTNERSHIP
900 BANK OF AMERICA PLAZA
1901 MAIN STREET
COLUMBIA SC 29201

CREDITOR ID: 278454-24
EAST PARTNERS LTD
3838 OAKLAWN
SUITE 810
DALLAS TX 75219

CREDITOR ID: 278455-24
ECDC
PO BOX 63535
NORTH CHARLESTON SC 29418-3535

CREDITOR ID: 278456-24
EDENS & AVANT PROPERTIES LIMITED PARTNERSHIP
C/O RESERVOIR SQUARE
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 278457-24
EIG HAMPTON SQUARE LLC
C/O EQUITY INVESTMENT
111 EAST WAYNE STREET
SUITE 500
FORT WAYNE IN 46802

CREDITOR ID: 278458-24
ELIZABETHTON PLAZA LTD
C/O ED STREET DEVELOPMENT
1913 S. ROAN STREET
SUITE 105
JOHNSON CITY TN 37601

CREDITOR ID: 278459-24
ELKMONT ASSOCIATES
ATTN: MR. JAMES L. POINDEXTER
C/O POINDEXTER ENTERPRISES
PO BOX 28
ELKIN NC 28621-0028

CREDITOR ID: 278460-24
ERVIN R. BARD AND SUSANNE BARD
1100 ALTA LOMA ROAD
SUITE 1204
LOS ANGELES CA 90069

CREDITOR ID: 278461-24
FIDELITY ASSET MANAGEMENT COMPANY LLC
STEPHANIE YOUNG, PROPERTY MANAGER
3240 OFFICE POINT PLACE
SUITE 202
LOUISVILLE KY 40220

CREDITOR ID: 278462-24
FIRST WASHINGTON REALTY INC.
7027 THREE CHOPT ROAD
SUITE 210
RICHMOND VA 23226

CREDITOR ID: 278464-24
FIRST WESTGATE MALL, LP
PO BOX 671402
DALLAS TX 75267

CREDITOR ID: 278463-24
FIRST WESTGATE MALL, LP
C/O RADIANT PARTNERS LLC
1212 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 278465-24
FOLMAR & ASSOCIATES
ATTN: ELAINE BARNES
PO BOX 16765
MOBILE AL 36616

CREDITOR ID: 278466-24
FRANKFORD DALLAS LLC
2761 E. TRINITY MILLS ROAD
#114
CARROLTON TX 75006

CREDITOR ID: 278467-24
FURR'S INC
1708 AVENUE G
LUBBOCK TX 79408

CREDITOR ID: 278630-25
GALILEO CMBS T1 HL TX LP
MERRILL LYNCH MORTGAGE LENDING INC.
FOUR WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 278468-24
GALILEO CMBS T1 HL TX LP
PO BOX 74845
CLEVELAND OH 44194-4845

CREDITOR ID: 278469-24
GEM NICKERSON LLC
C/O ELLIS GIBSON DEVELOPMENT GROUP
207 BUSINESS PARK DRIVE
SUITE 101
VIRGINIA BEACH VA 23462

CREDITOR ID: 278632-25
GEM NICKERSON, LLC
PRINCIPAL MUTUAL LIFE INSURANCE COMPANY
PO BOX 10387
DES MOINES IA 50306-0387

CREDITOR ID: 278631-25
GEM NICKERSON, LLC
FIRST COASTAL BANK
ATTN: MARSHA GLENN
2101 PARKS AVENUE
VIRGINIA BEACH VA 23451

CREDITOR ID: 278470-24
GEM WARWICK LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
1081 19TH STREET
SUITE 203
VIRGINIA BEACH VA 23451-5600

CREDITOR ID: 278471-24
GENERAL MANAGEMENT SERVICES
MACON W. GRAVLEE JR.
PO BOX 310
FAYETTE AL 35555

CREDITOR ID: 278633-25
GLENWAY ASSOCIATES
STAR BANK NATIONAL ASSOCIATION
ATTN: GENERAL COUNSEL
PO BOX 1038
ML 9105
CINCINNATI OH 45201

CREDITOR ID: 278472-24
GLENWAY ASSOCIATES
C/O DDRD DOWN REIT LLC
PO BOX 643474
DEPT. 295
PITTSBURGH PA 15264-3474

Service List
Contract Rejection Motion

**DEBTOR:    WINN-DIXIE STORES, INC.**                                         **CASE:   05-11063 (SMB)**

CREDITOR ID: 278634-25
GLIMCHER PROPERTIES LIMITED PARTNERSHIP
MERRILL LYNCH CAPITAL
222 N. LASALLE STREET
16TH FLOOR
CHICAGO IL 60601

CREDITOR ID: 278473-24
GLIMCHER PROPERTIES LIMITED PARTNERSHIP
20 S. THIRD STREET
COLUMBUS OH 43215

CREDITOR ID: 278474-24
GMAC COMMERCIAL MORTGAGE
200 WITMER ROAD
HORSHAM PA 19044-8015

CREDITOR ID: 278475-24
GOLDBERG KOHN
ADAM M. LASER, ESQ
55 E. MONROE STREET
SUITE 3700
CHICAGO IL 60603

CREDITOR ID: 278476-24
GRAVLEE, JR, MACON W.
P O. BOX 310
FAYETTE AL 35555

CREDITOR ID: 278635-24
GREAT WESTERN SAVINGS
2300 GLADES ROAD, #A120
BOCA RATON FL 33432

CREDITOR ID: 278477-24
GREENVILLE COMPRESS COMPANY
ATTN: KENNETH BRANTLEY
SECRETARY-TREASURER
PO BOX 218
GREENVILLE MS 38702

CREDITOR ID: 278478-24
GRUBB & ELLIS MANAGEMENT SERVICES INC.
CAL BUIKEMA, PROPERTY MANAGER
3030 N. ROCKY POINT DRIVE
SUITE 560
TAMPA FL 33607

CREDITOR ID: 278480-24
GUIN SQUARE LLC
C/O LEDRUE GRAVLEE
PO BOX 310
FAYETTE AL 35555

CREDITOR ID: 278479-24
GUIN SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
SUITE 860
DALLAS TX 75206

CREDITOR ID: 278636-25
GUIN SQUARE, LLC,
WEBSTER'S MARKET INC.
ATTN: JOE WEBSTER
BOX 508
GUIN AL 35563

CREDITOR ID: 278481-24
HAYES & MARTOHUE, PA
DEBORAH L. MARTOHUE, ESQ.
5959 CENTRAL AVENUE
SUITE 104
ST. PETERSBURG FL 33710

CREDITOR ID: 278482-24
HERBERT SINGER
C/O BEN FITZGERALD REAL ESTATE SERVICES LLC
1300 PINECREST DRIVE EAST
MARSHALL TX 75670

CREDITOR ID: 278483-24
HERITAGE SQUARE ASSOCIATES
112 N. MAIN STREET
DURHAM NC 27702

CREDITOR ID: 278637-25
HERITAGE SQUARE ASSOCIATES
NCNB-NATIONAL BANK OF NORTH CAROLINA
ATTN: LOAN ADMINISTRATION
1630 CONNECTICUT AVENUE NW
WASHINGTON DC 20009

CREDITOR ID: 278484-24
HIGHLAND SQUARE
C/O GRUBB & ELLIS MANAGEMENT
PO BOX 550928
TAMPA FL 33655-0928

CREDITOR ID: 278485-24
HIRAM 99-GA LLC
C/O PRINCIPAL NET LEASE INVESTORS LLC
711 HIGH STREET
DES MOINES IA 50392-0301

CREDITOR ID: 278486-24
HMG COINVESTMENT LLC
THOMAS G HOTZ, MANAGING PARTNER
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278638-25
HOB-LOB LIMITED PARTNERSHIP
7707 SW 44TH STREET
OKLAHOMA CITY OK 73179

CREDITOR ID: 278489-24
HORNE PROPERTIES INC.
11863 KINGSTON PIKE
KNOXVILLE TN 37922

CREDITOR ID: 278490-24
INDIANAPOLIS LIFE INSURANCE COMPANY
304 AIRPORT ROAD
SUITE A
BENTONVILLE AR 72712

CREDITOR ID: 278491-24
INDIANAPOLIS LIFE INSURANCE COMPANY
PO BOX 527
BENTONVILLE AR 72712

CREDITOR ID: 278639-25
INVESCO, LP
JEFFERSON PILOT LIFE INSURANCE COMPANY
ATTN: MORTGAGE LOAN DEPARTMENT (3640)
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 278492-24
INVESCO, LP
W. C. WILBUR & CO.
PO BOX 5225
NORTH CHARLESTON SC 29406

CREDITOR ID: 278493-24
INWOOD NATIONAL BANK
ATTN: MIKE HARTLEY
SENIOR VICE PRESIDENT
7621 INWOOD ROAD
DALLAS TX 75209

CREDITOR ID: 278494-24
JDN REALTY CORPORATION
359 EAST PACES FERRY ROAD, NE, SUITE 400
ATLANTA GA 30305

CREDITOR ID: 278495-24
JENKINS & GILCHRIST
MARK VOWELL, ESQ.
1445 ROSS AVENUE
SUITE 3200
DALLAS TX 75202

CREDITOR ID: 278496-24
JOHN BENETTI ASSOCIATES
A CALIFORNIA PARTNERSHIP
80 MT. VERNON LANE
ATHERTON CA 94025

CREDITOR ID: 278497-24
JOHN STEWART WALKER COMPANY
GEORGE C. WALKER JR.
3211 OLD FOREST ROAD
LYNCHBURG VA 24501

CREDITOR ID: 278640-25
JUDY R. STREET
GE BUSINESS ASSET FUNDING CORPORATION
ATTN: KATHERINE MACKINNON
10900 NE 4TH STREET
SUITE 500
BELLEVUE WA 98004

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                      **CASE:   05-11063 (SMB)**

CREDITOR ID: 278498-24
JUDY R. STREET
C/O JOSEPH B. LYLE, ESQ
GREEN & HALE, PC
126 EDGEMONT AVENUE
BRISTOL TN 37621

CREDITOR ID: 278499-24
JULA TRUST
919 W. SECOND STREET
CROWLEY LA 70527-1566

CREDITOR ID: 278641-25
KAMIN REALTY COMPANY
MODERN WOODMEN OF AMERICA
MISSISSIPPI RIVER AT 17TH STREET
ROCK ISLAND IL 61201

CREDITOR ID: 278500-24
KAMIN REALTY COMPANY
DANIEL G. KAMIN
PO BOX 10234
PITTSBURGH PA 15232

CREDITOR ID: 278642-25
KELLER CROSSING TEXAS, LP
COMERICA BANK - TEXAS
1601 ELM STREET
DALLAS TX 75201

CREDITOR ID: 278501-24
KELLER CROSSING TEXAS, LP
C/O BVT MANAGEMENT SERVICES INC.
3350 RIVERWOOD PARKWAY
SUITE 1500
ATLANTA GA 30339

CREDITOR ID: 278502-24
KEMOR PROPERTIES INC.
ATTN: BILL RAINES
C/O THE RAINES GROUP
1200 MOUNTAIN CREEK ROAD
#100
CHATTANOOGA TN 37405

CREDITOR ID: 278643-25
KEMOR PROPERTIES, INC.
FARM BUREAU LIFE INSURANCE COMPANY
ATTN: REAL ESTATE AND COMMERCIAL MORTGAGE
MANAGER
5400 UNIVERSITY AVENUE
WEST DES MOINES IA 50266

CREDITOR ID: 278503-24
KINGFISHER INC.
PO BOX 47
LULING LA 70070

CREDITOR ID: 278644-25
KINGFISHER, INC.
INDUSTRIAL DEVELOPMENT BOARD OF THE
PARISH OF ST. CHARLES - LOUISIANA
THE COURTHOUSE
HAHNVILLE LA 70057

CREDITOR ID: 278504-24
KIR COLERAIN 017 LLC
C/O KIMCO REALTY CORPORATION
PO BOX 5020
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 278505-24
KOTIS PROPERTIES
PO BOX 9296
GREENSBORO NC 27429-9296

CREDITOR ID: 278646-25
KPT COMMUNITIES LLC
WASHINGTON MUTUAL BANK FA
ATTN: PORTFOLIO ADMIN, NATL COMM OP CTR
555 DIVIDEND DRIVE, SUITE 150
MAILSTOP 3545PMTX
COPPELLO TX 75019

CREDITOR ID: 278645-25
KPT COMMUNITIES LLC
TRIANGLE BANK
ATTN: MR. EDWARD O. WESSELL
4300 GLENWOOD AVENUE
RALEIGH NC 27612

CREDITOR ID: 278506-24
KPT COMMUNITIES LLC
C/O KIMCO REALTY CORPORATION
3333 NEW HYDE ROAD
SUITE 100
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 278507-24
LAKEWOOD ASSOCIATES LTD
701 BRICKELL AVENUE
SUITE 1400
MIAMI FL 33131

CREDITOR ID: 278508-24
LANCASTER COMMUNITY INVESTORS LC
PO BOX 1582
KILMARNOCK VA 22482-1582

CREDITOR ID: 278509-24
LANTANA SQUARE SHOPPING CENTER LTD
C/O SOUTHEAST PROPERTIES
1645 SE 3RD COURT
SUITE 200
DEERFIELD BEACH FL 33441

CREDITOR ID: 278648-25
LANTANA SQUARE SHOPPING CENTER, LTD
POWER TEAM INC. D/B/A GOOD STUFF FURNITURE
600 N. CONGRESS AVENUE
DELRAY BEACH FL 33435

CREDITOR ID: 278647-25
LANTANA SQUARE SHOPPING CENTER, LTD
AMSOUTH BANK
PO BOX 588001
ORLANDO FL 32858

CREDITOR ID: 278510-24
LARISSA LAKE JUNE LTD.
6300 INDEPENDENCE PARKWAY
SUITE A-1
PLANO TX 75023

CREDITOR ID: 278511-24
LASCO REALTY LLC
ATTN: ROBERT SCHWAGERL
PO BOX 418
KESWICK VA 22947

CREDITOR ID: 278649-25
LASCO REALTY, LLC
PEOPLES NATIONAL BANK
PO BOX 1658
DANVILLE VA 24543

CREDITOR ID: 278512-24
LAUREATE CAPITAL CORPORATION
PO BOX 890090
CHARLOTTE NC 28289-0090

CREDITOR ID: 278650-25
LAUREATE CAPITAL CORPORATION
ROYAL MACCABEES LIFE INSURANCE COMPANY
C/O ROYAL INVESTMENT MANAGEMENT COMPANY
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8135

CREDITOR ID: 278513-24
LENNAR ALABAMA PARTNERS INC.
1601 WASHINGTON AVENUE
SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 278514-24
LEXINGTON 1991 PARTNERSHIP
16955 VIA DEL CAMPO
SAN DIEGO CA 92127

CREDITOR ID: 278651-25
LITCHFIELD INVESTMENTS RIVERWOOD LLC
GMAC COMMERCIAL MORTGAGE SECURITIES INC.
SERIES 1998-C2
200 WITMER ROAD
HORSHAM PA 19044

CREDITOR ID: 278515-24
LITCHFIELD INVESTMENTS RIVERWOOD LLC
C/O THE MITCHELL COMPANY
PO BOX 16036
MOBILE AL 36616

CREDITOR ID: 278516-24
LN PIEDMART VILLAGE LLC
ATTN: AL JOHNSTON
LEASING MANAGER
4475 RIVER GREEN PARKWAY
SUITE 100
DULUTH GA 30096

Service List
Contract Rejection Motion

**DEBTOR:    WINN-DIXIE STORES, INC.**                    **CASE:   05-11063 (SMB)**

CREDITOR ID: 278517-24
MACON W. GRAVLEE JR.
PO BOX 310
FAYETTE AL 35555

CREDITOR ID: 278518-24
MADISON MALL SHOPPING CENTER INC.
C/O MARX REALTY & IMPROVEMENT CO. INC.
708 THIRD AVENUE
15TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 278519-24
MAIN STREET MARKETPLACE LLC
2100 RIVERCHASE CENTER
SUITE 230-A
BIRMINGHAM AL 35244

CREDITOR ID: 278652-25
MAIN STREET MARKETPLACE, LLC
AMSOUTH BANK
ATTN: COMMERCIAL REAL ESTATE DEPARTMENT
PO BOX 11007
BIRMINGHAM AL 35288

CREDITOR ID: 278520-24
MATLOCK OAKS PARTNERS
PO BOX 660394
DALLAS TX 75266-0394

CREDITOR ID: 278521-24
MCW-RC-GA-PEACHTREE PARKWAY PLAZA LLC
C/O REGENCY CENTERS, LP
121 WEST FORSYTH STREET
SUITE 200
JACKSONVILLE FL 32202

CREDITOR ID: 278522-24
MICHIGAN NATIONAL BANK
27777 INKSTER ROAD
FARMINGTON HILLS MI 48334

CREDITOR ID: 278523-24
MIDWEST CENTERS LTD.
ATTN: ALVIN LIPSON
3307 CLIFTON AVENUE
CINCINNATI OH 45220

CREDITOR ID: 278653-25
MILFORD ASSOCIATES, L.P
STAR BANK NA
425 WALNUT STREET
M.L. 9205
CINCINNATI OH 45202

CREDITOR ID: 278524-24
MILFORD ASSOCIATES, LP
C/O QT MANAGEMENT LLC
670 WHITE PLAINS ROAD
SUITE 305
SCARSDALE NY 10583

CREDITOR ID: 278525-24
MITCHELL MORTGAGE COMPANY LLC
ATTN: ORE DEPARTMENT/POP 325
PO BOX 27459
HOUSTON TX 77227-7459

CREDITOR ID: 278526-24
MOULTON PROPERTIES INC.
PO BOX 12524
PENSACOLA FL 32573

CREDITOR ID: 278527-24
MPM RESOURCES LLC
PO BOX 80673
LAFAYETTE LA 70598

CREDITOR ID: 278654-25
MPM RESOURCES, LLC
PROTECTIVE LIFE INSURANCE COMPANY
ATTN: INVESTMENT DEPARTMENT
PO BOX 2606
BIRMINGHAM AL 35202

CREDITOR ID: 278528-24
NASHVILLE TN ASSOCIATES
A NY GENERAL PARTNERSHIP
C/O WD FAYETTEVILLE GA LLC
ATTN: ARTHUR REISS
60 EAST 42ND STREET, SUITE 2201
NEW YORK NY 10165

CREDITOR ID: 278529-24
NEW BAY MINETTE LLC
PO BOX 81322
MOBILE AL 36689

CREDITOR ID: 278655-25
NEW BAY MINETTE, LLC
HEILIG-MEYERS FURNITURE COMPANY
12560 WEST CREEK PARKWAY
RICHMOND VA 23238

CREDITOR ID: 278530-24
NEW PLAN EXCEL REALTY TRUST
1120 AVENUE OF THE AMERICAS
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 278531-24
NEW PLAN EXCEL REALTY TRUST INC.
LEASE #876946
4536 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 278532-24
NP OF TENNESSEE, LP
1120 AVENUE OF THE AMERICAS
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 278533-24
OLD 97 INC.
C/O PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 278534-24
PALM LAKES LLC
2285 EXECUTIVE DRIVE
SUITE 420
LEXINGTON KY 40505

CREDITOR ID: 278656-25
PALM LAKES, LLC
MODERN WOODMEN OF AMERICA
1701-1ST AVENUE
ROCK ISLAND IL 61201

CREDITOR ID: 278535-24
PARKWOOD VILLAGE
C/O HJ BROWN COMPANIES
7667B LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 278536-24
PAUL S. ELKIN, ESQ.
1201 CENTRAL PARK BOULEVARD
FREDERICKSBURG VA 22401

CREDITOR ID: 278537-24
PEACH ORCHARD CENTER LLC
3152 WASHINGTON ROAD
AUGUSTA GA 30907

CREDITOR ID: 278539-24
PEREGRINE PROPERTIES LIMITED PARTNERSHIP
ATTN: COMMERCIAL REAL ESTATE LOAN ADMINISTRATOR
REF. NO. 750418
711 HIGH STREET
DES MOINES IA 50392

CREDITOR ID: 278659-25
PEREGRINE PROPERTIES LIMITED PARTNERSHIP
FIRST NATIONAL BANK
PO BOX 400
101 E. BRIDGE STREET
GRANBURY TX 76048

CREDITOR ID: 278658-25
PEREGRINE PROPERTIES LIMITED PARTNERSHIP
DOC'S GYM INC.
ATTN: DR. DAVID WILLIAMS
1101 WALNUT CREEK DRIVE
MANSFIELD TX 76063

CREDITOR ID: 278657-25
PEREGRINE PROPERTIES LIMITED PARTNERSHIP
ALLIED CAPITAL CORPORATION
PO BOX 630796
BALTIMORE MD 21263-0796

Service List
Contract Rejection Motion

**DEBTOR:   WINN-DIXIE STORES, INC.**                                     **CASE:   05-11063 (SMB)**

CREDITOR ID: 278540-24
PG-1 DEVELOPMENT COMPANY
CENTURY 21 GRIMES & ASSOCIATES
PO BOX 664
GEORGETOWN SC 29442

CREDITOR ID: 278541-24
PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 278542-24
PNC
230 S. TRYON STREET
SUITE 700
CHARLOTTE NC 28202

CREDITOR ID: 278543-24
PREMIER PLAZA ASSOCIATES LLC
3060 PEACHTREE ROAD
SUITE 1850
ATLANTA GA 30305

CREDITOR ID: 278660-25
PREMIER PLAZA ASSOCIATES, LLC
HU MEENA PRESIDENT
TELEPAK INC.
125 S. CONGRESS STREET
SUITE 1000
JACKSON MS 39201

CREDITOR ID: 278544-24
PRINCIPAL
711 HIGH STREET
DES MOINES IA 50392-0301

CREDITOR ID: 278545-24
PRINCIPAL LIFE INSURANCE COMPANY
ATTN: COMMERCIAL R/E LOAN ADMINISTRATION
801 GRAND AVENUE
DES MOINES IA 50392-0001

CREDITOR ID: 278546-24
PROVIDENT BANK
3124 W. BROAD STREET
RICHMOND VA 23230

CREDITOR ID: 278661-25
R&G ASSOCIATES
HELLER FINANCIAL INC.
500 WEST MONROE STREET
15TH FLOOR
CHICAGO IL 60661

CREDITOR ID: 278547-24
R&G ASSOCIATES
835 DOUGLAS AVENUE
SUITE 815
LB-49
DALLAS TX 75235

CREDITOR ID: 278548-24
RADCLIFF PLAZA PARTNERS
PO BOX 12310
LEXINGTON KY 40582

CREDITOR ID: 278549-24
ROSE J. CAPLAN AND ESTHER S. FLEDER, TRUSTEES
500 MAIN PLAZA EAST
1324 CRESTAR BANK BUILDING
NORFOLK VA 23510

CREDITOR ID: 278550-24
ROXBOROUGH ASSOCIATES LLC
PO BOX 1359
605 S. MORGAN STREET
ROXBORO NC 27573

CREDITOR ID: 278551-24
S. W. WALLACE
3001 BRISTOL HIGHWAY
JOHNSON CITY TN 37601

CREDITOR ID: 278552-24
SAITHMARK PROPERTIES LLC
100 CENTERVIEW DRIVE
SUITE 120
BIRMINGHAM AL 35216

CREDITOR ID: 278553-24
SARAN LTD
5710 LBJ FREEWAY
SUITE 135
DALLAS TX 75240

CREDITOR ID: 278662-25
SARAN, LTD
BELGRAVIA CAPITAL CORPORATION
1990 MACARTHUR BOULEVARD
SUITE 1100
IRVINE CA 92612

CREDITOR ID: 278554-24
SCOTLAND MALL INC.
C/O MR. C. F. SMITH JR.
PRESIDENT (OR SUCCESSOR)
1800 ROCKINGHAM ROAD
ROCKINGHAM NC 28379

CREDITOR ID: 278663-25
SCOTLAND MALL, INC.,
MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND IL 61201

CREDITOR ID: 278555-24
SEAPEA INC.
13505 NORTH AMISS ROAD
BATON ROUGE LA 70810

CREDITOR ID: 278664-25
SEAPEA, INC.
DELCHAMPS INC.
PO BOX 3409
JACKSON MS 39207

CREDITOR ID: 278556-24
SEVEN SPRINGS PLAZA LLC
C/O MAZAS MANAGEMENT
2551 DREW STREET
CLEARWATER FL 33765

CREDITOR ID: 278557-24
SHEPHERDSVILLE MALL ASSOCIATES LIMITED PARTNERSHIP
C/O CENTER SERVICES INC.
6200 CRESTWOOD STATION
CRESTWOOD KY 40014

CREDITOR ID: 278559-24
SHOALS MARKETPLACE LLC
C/O DICK SCHMALZ
6 OFFICE PARK CIRCLE
SUITE 100
BIRMINGHAM AL 35223

CREDITOR ID: 278560-24
SINGER, DR. HERBERT
11731 CHAPARAL STREET
LOS ANGELES CA 90049

CREDITOR ID: 278562-24
SKW II REAL ESTATE LIMITED PARTNERSHIP
100 CRESCENT COURT
SUITE 1000
DALLAS TX 75201

CREDITOR ID: 278665-25
SKW II REAL ESTATE LIMITED PARTNERSHIP
THE SALVATION ARMY
ATTN: SALLY GRESS
1445 W. BROWARD BOULEVARD
FT. LAUDERDALE FL 33312

CREDITOR ID: 278563-24
SOCIETY NATIONAL BANK
127 PUBLIC SQUARE
CLEVELAND OH 44114

CREDITOR ID: 278564-24
SOUTHGATE ASSOCIATES II, LP
PO BOX 8510
RICHMOND VA 23226

CREDITOR ID: 278666-25
SOUTHGATE ASSOCIATES, II, LP
LEHMAN BROTHERS HOLDING INC
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK NY 10285

Service List
Contract Rejection Motion

**DEBTOR:   WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (SMB)**

CREDITOR ID: 278667-25
SOUTHLAND-ANDERSON W.D. DELAWARE BUSINESS TRUST
PRINCIPAL LIFE INSURANCE COMPANY
711 HIGH STREET
DES MOINES IA 50392

CREDITOR ID: 278566-24
SOUTHLAND-ANDERSON W.D. DELAWARE BUSINESS TRUST
C/O WILMINGTON TRUST CO.
1100 N. MARKET STREET
WILMINGTON DE 19890-0001

CREDITOR ID: 278565-24
SOUTHLAND-ANDERSON W.D. DELAWARE BUSINESS TRUST
ATTN: DOUGLAS J. LUBELCHECK
NEAL, GERBER & EISENBERG
TWO NORTH LASALLE STREET
CHICAGO IL 60602-3801

CREDITOR ID: 278567-24
SPECTRUM/GRANDVIEW PINES LLC
PO BOX 11045
MONTGOMERY AL 36111

CREDITOR ID: 278568-24
SPRING HILL ASSOCIATES LTD
C/O BRUCE STRUMPT INC.
314 SOUTH MISSOURI AVENUE
SUITE #305
CLEARWATER FL 34616

CREDITOR ID: 278668-25
SPRING HILL ASSOCIATES, LTD
STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA
440 LINCOLN STREET
WORCESTER MA 1605

CREDITOR ID: 278569-24
SPRINGDALE STATION LTD.
ATTN: MR. MICHAEL C. PHILLIPS
MANAGING MEMBER
PHILLIPS EDISON & COMPANY
4440 LAKE FOREST DRIVE, SUITE 110
CINCINNATI OH 45242

CREDITOR ID: 278669-25
SPRINGDALE STATION, LTD.
STAR BANK NATIONAL ASSOCIATION
ATTN: GENERAL COUNSEL
P O. BOX 1038
ML 9105
CINCINNATI OH 45201

CREDITOR ID: 278570-24
STATE FARM LIFE INSURANCE COMPANY
INV. ACCTG./MORTGAGES D-3
ONE STATE FARM PLAZA
BLOOMINGTON IL 61710

CREDITOR ID: 278571-24
STAUNTON PLAZA ASSOCIATES
LIMITED PARTNERSHIP
5 NORDEN DRIVE
GLEN HEAD NY 11545

CREDITOR ID: 278572-24
STERLING BANK
13300 ALMEDA ROAD
HOUSTON TX 77045

CREDITOR ID: 278573-24
STICHTING KEN'S PLAZA FONDS
C/O FLETCHER BRIGHT COMPANY
1300 FIRST TENNESSEE BUILDING
CHATTANOOGA TN 37402

CREDITOR ID: 278574-24
STIRLING PROPERTIES
ATTN: DONNA TAYLOR
109 NORTHPARK BOULEVARD
SUITE 300
COVINGTON LA 70433

CREDITOR ID: 278575-24
SULPHUR SPRINGS PARTNERS, LLP
801 N.E. 167TH STREET
2ND FLOOR
N. MIAMI BEACH FL 33162

CREDITOR ID: 278576-24
SUN SUPERMARKETS INC.
6500 N. ANDREWS AVENUE
FT. LAUDERDALE FL 33309

CREDITOR ID: 278577-24
SUWANEE COUNTY INVESTMENTS LLC
20377 180TH STREET
LIVE OAK FL 32060

CREDITOR ID: 278580-24
TEACHERS' RETIREMENT SYSTEM-STATE OF KENTUCKY
C/O MORTGAGE CO. OF KENTUCKY INC.
239 S. FIFTH STREET, SUITE 917
LOUISVILLE KY 40202

CREDITOR ID: 278579-24
TEACHERS' RETIREMENT SYSTEM-STATE OF KENTUCKY
ATTN: EDWARD T. WILSON
C/O MORTGAGE COMPANY OF KENTUCKY INC.
642 SOUTH FOURTH STREET
LOUISVILLE KY 40202

CREDITOR ID: 278671-25
TEACHERS' RETIREMENT SYSTEM-STATE OF KENTUCKY
BANK OF LOUISVILLE AND TRUST COMPANY
500 WEST BROADWAY
LOUISVILLE KY 40202

CREDITOR ID: 278670-25
TEACHERS' RETIREMENT SYSTEM-STATE OF KENTUCKY
2300 GLADES ROAD, #A120
BOCA RATON FL 33432

CREDITOR ID: 278581-24
TELEPAK INC.
TERRELL KNIGHT, DIR OF SALES
125 S. CONGRESS STREET
SUITE 1000
JACKSON MS 39201

CREDITOR ID: 278582-24
THE CENTER OF SEVEN SPRINGS INC.
50 COCONUT ROW
SUITE 114
PALM BEACH FL 33480

CREDITOR ID: 278583-24
THE DELTA INTERESTS
PO BOX 1806
GREENVILLE SC 29602

CREDITOR ID: 278584-24
THE MORGAN COMPANY INC.
C/O GEORGE L. HAYES III, ESQ
5959 CENTRAL AVENUE
SUITE 104
ST. PETERSBURG FL 33710

CREDITOR ID: 278585-24
TIMBERLAKE STATION LLC
PO BOX 640594
CINCINNATI OH 45249-0594

CREDITOR ID: 278586-24
TRAMMEL CROW REAL ESTATE SERVICES
3225 AVIATION AVENUE
SUITE 700
MIAMI FL 33133

CREDITOR ID: 278587-24
TRI-STATE COMMERCIAL ASSOCIATES JOINT VENTURE
C/O QUINE & ASSOCIATES INC.
301 SOUTH SHERMAN STREET
SUITE 100
RICHARDSON TX 75081

CREDITOR ID: 278672-25
TRI-STATE COMMERCIAL ASSOCIATES JOINT VENTURE
ZETTLER-SULLIVAN ENTERPRISES INC.
528 SOUTH SAGINAW
SAGINAW TX 76179

CREDITOR ID: 278589-24
UNITED COMMERCIAL MORTGAGE CORPORATION
C/O LAWRENCE KADISH
135 JERICHO TURNPIKE
OLD WESTBURY NY 11568

CREDITOR ID: 278588-24
UNITED COMMERCIAL MORTGAGE CORPORATION
C/O LAWRENCE KADISH
135 JERICHO TURNPIKE
OLD WESTBURY NY 11568

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (SMB)**

CREDITOR ID: 278673-25
UNITED COMMERCIAL MORTGAGE CORPORATION
FIRST SECURITY BANK TRUSTEE
79 SOUTH MAIN STREET
SALT LAKE CITY UT 84111

CREDITOR ID: 278590-24
US BANK NATIONAL ASSOCIATION
C/O COMMERCIAL REAL ESTATE DEPARTMENT
425 WALNUT STREET
10TH FLOOR
MAIL LOCATION CN-WN-10CR
CINCINNATI OH 45202

CREDITOR ID: 278591-24
US RETAIL PARTNERS LLC
C/O NATIONAL RETAIL PARTNERS LLC
3609 MIDWAY DRIVE
SUITE C
SAN DIEGO CA 92110

CREDITOR ID: 278592-24
USRP I LLC
LOCKBOX #4226
4226 COLLECTION CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 278593-24
VINEYARD MARKETPLACE LIMITED PARTNERSHIP
C/O CENCOR REALTY SERVICES INC.
ATTN: PROPERTY MANAGER
3102 MAPLE AVENUE
SUITE 500
DALLAS TX 75201

CREDITOR ID: 278674-25
VINEYARD MARKETPLACE LIMITED PARTNERSHIP
CHASE BANK OF TEXAS N.A.
ATTN: MANAGING DIRECTOR-REAL ESTATE LENDING GROUP
CHASE TOWER
2200 ROSS AVENUE, 7TH FLOOR
DALLAS TX 75201

CREDITOR ID: 278594-24
WACHOVIA BANK
REAL ESTATE DIVISION
MAIL CODE 1810
30TH FLOOR
191 PEACHTREE STREET, N.E.
ATLANTA GA 30303

CREDITOR ID: 278675-25
WACHOVIA BANK NA
100 N. MAIN STREET
WINSTON-SALEM NC 27150

CREDITOR ID: 278595-24
WALKER CHAPEL PLAZA LLC
PO BOX 11045
MONTGOMERY AL 36111

CREDITOR ID: 278676-25
WALKER CHAPEL PLAZA, LLC
DOWNTOWN JIMMIE HALE MISSION INC.
PO BOX 10472
BIRMINGHAM AL 35202

CREDITOR ID: 278677-25
WALKER, L.A., COMMERCIAL PROPERTIES
DEVELOPMENT COMPANY, LLC
SOUTHERN FARM BUREAU ANNUITY INSURANCE COMPANY
PO BOX 78
JACKSON MS 39205

CREDITOR ID: 278596-24
WALKER, LA
COMMERCIAL PROPERTIES DEVELOPMENT COMPANY LLC
PO BOX 1693
BATON ROUGE LA 70821

CREDITOR ID: 278678-25
WD RAINSVILLE TRUST
BURLINGTON NORTHERN AND SANTA FE RAILWAY CO.
PO BOX 961050
2650 LOU MENK DRIVE - MKTG. 2
FT. WORTH TX 76131-2830

CREDITOR ID: 278598-24
WD ROANOKE LLC
C/O I. REISS & COMPANY
200 EAST 61ST STREET
SUITE 29F
NEW YORK NY 10021

CREDITOR ID: 278599-24
WD ROUTE 3 LIMITED PARTNERSHIP
1201 CENTRAL PARK BOULEVARD
FREDERICKSBURG VA 22401

CREDITOR ID: 278679-25
WD WICHITA FALLS TX LP
PROTECTIVE LIFE INSURANCE COMPANY
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223

CREDITOR ID: 278600-24
WD WICHITA FALLS TX LP
C/O I. REISS & SON
200 E. 61ST STREET
SUITE 29F
NEW YORK NY 10021

CREDITOR ID: 278601-24
WELLS FARGO BANK NA
4366 DEARBORN
DENVER CO 80239

CREDITOR ID: 278602-24
WELLS FARGO REALTY SERVICES LLC
4366 DEARBORN
DENVER CO 80239

CREDITOR ID: 278680-25
WEST ECK PARTNERS, LP
CENTRAL AND SOUTHERN BANK OF GEORGIA
150 W. GREENE STREET
MILLEDGEVILLE GA 31061

CREDITOR ID: 278603-24
WEST ECK PARTNERS, LP
2743 PERIMETER PARKWAY
BUILDING 100
SUITE 370
AUGUSTA GA 30909

CREDITOR ID: 278605-24
WIEDEMANN SQUARE LLC
ATTN: DWIGHT W. BROEMAN
VICTORIA SQUARE APARTMENTS
FIFTH & CENTRAL STREETS
NEWPORT KY 41071

CREDITOR ID: 278604-24
WIEDEMANN SQUARE LLC
ATTN: BURGESS L. DOAN
5710 WOOSTER PIKE
SUITE 212
CINCINNATI OH 45227

CREDITOR ID: 278606-24
WIEDEMANN SQUARE LTD
SUITE 205
5710 WOOSTER PIKE
CINCINNATI OH 45227

CREDITOR ID: 278607-24
WILCOX & SAVAGE, PC
STEPHEN R. DAVIS, ESQ.
1800 NATIONSBANK CENTER
ONE COMMERCIAL PLACE
NORFOLK VA 23510-2197

CREDITOR ID: 278608-24
WINYAH VILLAGE SHOPPING CENTER
C/O CENTURY 21 GRIMES & ASSOC.
PO BOX 664
GEORGETOWN SC 29442

CREDITOR ID: 278609-24
WISCONSIN NATIONAL LIFE INSURANCE COMPANY
ATTN: INVESTMENT DEPARTMENT
PO BOX 2606
BIRMINGHAM AL 35202

CREDITOR ID: 278610-24
WOODLAND VILLAGE APARTMENTS
A GENERAL PARTNERSHIP
C/O J. DONALD DIAL
1320 WASHINGTON STREET
COLUMBIA SC 29201

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE LLC
ATTN: SHAI MOSCHOWITS
3200 NORTH MILITARY TRAIL
4TH FLOOR
BOCA RATON FL 33431

CREDITOR ID: 278613-24
ZSF/WD CLAYTON LLC
C/O EUCLID WAREHOUSES INC
ONE CHASE MANHATTAN PLAZA
NEW YORK NY 10005

**Service List**

**Contract Rejection Motion**

**DEBTOR:**    **WINN-DIXIE STORES, INC.**                              **CASE:   05-11063 (SMB)**

CREDITOR ID: 278615-24
ZURICH STRUCTURED FINANCE
ADMINISTRATIVE GENERAL PARTNER
ATTN: CHRISTIAN HALABI
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005


           **Total:   271**

**EXHIBIT B**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D.J. Baker (DB 0085)

KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia  30303
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
Sarah Robinson Borders

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | **Case No. 05-11063** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

## MOTION FOR AUTHORITY TO REJECT
## CERTAIN REAL PROPERTY LEASES,
## <u>EFFECTIVE AS OF PETITION DATE</u>

Winn-Dixie Stores, Inc. and its debtor affiliates,[1] as debtors and debtors-in-possession

(collectively, the "Debtors"), respectfully represent:

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**Background**

**A.   Chapter 11 Filings.**

1.     The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005 (the "Petition Date").

2.     The Debtors will continue in possession of their property and will operate and manage their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.     No request has been made for the appointment of a trustee or examiner, and no official committee has yet been appointed in these cases.

4.     This Court has jurisdiction over this Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

**B.   Company Background.**

5.     The Debtors are grocery and drug retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  According to published reports, the Debtors are the eighth-largest food retailer in the United States and one of the largest in the Southeast.  The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion.  The Debtors currently operate more than 900 stores in the United States.  Substantially all of the Debtors' store locations are leased rather than owned.

6.     The Debtors employ nearly 79,000 associates, of whom approximately 33,000 are employed on a full-time basis and 46,000 on a part-time basis.

7.      The Debtors operate in a highly competitive supermarket industry that is generally characterized by intense competition and narrow profit margins.  The Debtors compete directly with national, regional, and local supermarket chains and independent supermarkets, as well as with Wal-Mart, similar supercenters, and other non-traditional grocery retailers such as dollar discount stores, drug stores, convenience stores, warehouse club stores, and conventional department stores.

**C.      Capital Structure.**

8.      The Debtors' primary secured obligations arise under a Second Amended and Restated Credit Agreement dated June 29, 2004, with Wachovia Bank, N.A., as administrative agent; GMAC Commercial Finance LLC, as syndication agent; Wells Fargo Foothill, LLC, General Electric Capital Corporation, and The CIT Group/Business Credit, Inc., as co-documentation agents; Wachovia Bank, N.A., as successor by merger to Congress Financial Corporation (Florida), as collateral monitoring agent; and the several lenders from time to time party thereto (as amended, the "Credit Agreement").

9.      The Debtors' maximum borrowing capacity under the Credit Agreement totals $600 million.  Beginning on September 22, 2004, the Debtors failed to meet a financial test under the Credit Agreement that limited the amount available for borrowings; however, the Debtors obtained a waiver of this financial test on February 9, 2005.  The waiver requires that the Debtors perfect the lenders' security interest in assets with a requisite value on or before March 31, 2005.  The waiver expires on June 29, 2005.

10.      The Credit Agreement provides for revolving loans and the issuance of letters of credit.  It is secured by substantially all of the personal property and owned real property of the Debtors that are parties thereto.  As of the Petition Date, the Debtors were liable for obligations

under the Credit Agreement in the aggregate amount of approximately $427 million.  The

Debtors are seeking authority to refinance their obligations under the Credit Agreement pursuant

to a debtor-in-possession financing facility provided by Wachovia Bank, N.A. and other lenders.

11.    Certain of the Debtors are parties to an Indenture with Wilmington Trust

Company dated December 26, 2000 (as amended and supplemented, the "Indenture").  Pursuant

to the Indenture, Debtor Winn-Dixie Stores, Inc. issued $300 million in principal amount of

Senior Notes bearing interest at 8.875% per annum, and certain other Debtors guaranteed the

Senior Notes.  The Senior Notes mature in 2008 and require semi-annual interest-only payments

until maturity.  The Senior Notes are unsecured obligations that are *pari passu* with most of the

Debtors' other unsecured obligations, which generally consist of trade debt, contract and lease

obligations (including possible rejection damages), employee obligations, and litigation claims.

12.    Parent company Winn-Dixie Stores, Inc. is publicly owned, and its common stock

has been traded on the New York Stock Exchange since 1952 under the ticker symbol WIN.  All

of the other Debtors are direct and indirect subsidiaries of Winn-Dixie Stores, Inc.

**D.    Events Leading to the Debtors' Chapter 11 Cases.**

13.    In January 2004, the Debtors announced a series of actions designed to improve

their competitive position (the "Strategic Plan").  The Strategic Plan included (a) a review of

business strategies and marketing programs, (b) an expense reduction plan designed to achieve a

$100 million annual expense reduction, (c) a market positioning review through which markets

will be identified as either core, and positioned for future investment and growth, or non-core,

and evaluated for sale or closure, (d) an image makeover program targeting approximately 700

stores for facilities improvement, and (e) a process re-engineering initiative that is intended to

enhance organizational effectiveness and company business initiatives.

14.     As part of the Strategic Plan, the Debtors committed to focus on a core base of stores across 36 designated marketing areas in the United States.  The Debtors decided to exit 156 stores, exit three distribution centers, sell or close four manufacturing plants, and consolidate two dairy operations.  Of these facilities, the Debtors exited 135 stores, three distribution centers, and three manufacturing plants between April 2004 and the Petition Date.

15.      Despite the implementation of the Strategic Plan, during the remainder of 2004, the Debtors continued to experience significant sales declines and market-share losses.  The Debtors' financial performance was affected not only by operating losses but also by ongoing obligations relating to a significant number of store locations where the Debtors no longer operate.  The Debtors are seeking authority to reject a substantial number of the leases relating to these stores, effective immediately.

16.     In part in anticipation of the 2004 holiday season, the Debtors increased their purchasing activities in October and November.  When holiday sales were lower than expected, the Debtors experienced higher-than-anticipated inventory levels and lower-than-anticipated accounts payable, resulting in increased borrowings under the Credit Agreement and reduced liquidity.

17.     On February 10, 2005, the Debtors announced that during their first and second fiscal quarters ending on January 12, 2005, the Debtors incurred losses in the amount of $552.8 million, or $3.93 per share of common stock.  The Debtors also announced that for their second fiscal quarter, identical-store sales declined by 4.9% as compared to the second quarter of the prior year.

18.     The Debtors' financial results and decrease in liquidity, coupled with downgrades by Moody's Investor Services and Standard & Poor's Rating Services, as well as negative press

coverage, led a number of the Debtors' trade creditors to demand shorter payment terms.  Since

the announcement of the Debtors' financial results on February 10, 2005, the Debtors have

experienced a reduction in vendor and other credit by more than $130 million.  As a result, the

Debtors have been forced to conclude, after consultation with their advisors, that their interests

and the interests of their creditors, employees, and customers will be best served by a

reorganization under Chapter 11 of the Bankruptcy Code.

19.     As part of their restructuring under Chapter 11, the Debtors, led by a chief

executive officer hired in December 2004, intend to implement further asset rationalization and

expense reduction plans and to utilize new sales initiatives to improve the Debtors' brand image

and competitive position, with the goal of improving their operations and financial performance

and strengthening their business for the benefit of creditors, customers, employees, and the

communities in which the Debtors operate.

### Relief Requested

20.     By this Motion, the Debtors seek an order of the Court, pursuant to Sections

105(a) and 365(a) of the Bankruptcy Code, approving and authorizing the rejection of each of the

unexpired leases of non-residential real property set forth on Exhibit A hereto (collectively, the

"Leases"), effective as of the Petition Date.  The Leases relate to certain grocery stores and other

facilities where the Debtors ceased operations as part of pre-petition restructuring plans initiated

in April 2004 and earlier.  Accordingly, the Debtors currently derive no benefit from the Leases.

**The Leases**

21.     As part of their restructuring plans, the Debtors sought to sell, sublet, negotiate buyouts with landlords, or otherwise reduce or eliminate their liability under the Leases.  After marketing the leases, the Debtors determined that they were unable to sell, sublet, negotiate acceptable buyouts with landlords, or otherwise reduce or eliminate their liability under each of the Leases that are the subject of this Motion.  Accordingly, with respect to the stores or other facilities that are the subject of the Leases (the "Dark Facilities"), the Debtors either continued to pay the monthly rent required by the Leases or, in some limited cases, surrendered possession of certain Leases to the landlords under the Leases in exchange for reduced payments over time.

22.     Because the Debtors no longer occupy the Dark Facilities, have previously marketed the Leases for the Dark Facilities, and are continuing to pay rent and other charges under the Leases, or related payment agreements, in the aggregate monthly amount of approximately $4.9 million, the Debtors have concluded that the Leases constitute a burden on the Debtors and their estates, are not necessary for an effective reorganization, and should be rejected as of the Petition Date.

23.     The rejection of the Leases will save the Debtors' estates approximately $4.9 million per month, beginning with the month of March, in administrative expenses, including rent, taxes, insurance premiums, utility costs, and other charges under the Leases.

24.     To the extent any personal property remains in the Dark Facilities, it is of little or no value to the Debtors' estates.  Accordingly, the Debtors request that the Court enter an order deeming any interest of any of the Debtors in any such personal property abandoned pursuant to Section 554(a) of the Bankruptcy Code, as of the Petition Date.

**Basis for Relief**

25.     Pursuant to Sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  A debtor-in-possession's right to reject executory contracts and unexpired leases is a fundamental component of the bankruptcy process, as it provides a debtor with a mechanism to eliminate financial burdens to the estate.  In re Hardie, 100 B.R. 284 (Bankr. E.D.N.C. 1989); In re Gunter Hotel Assoc., 96 B.R. 696 (Bankr. W.D. Tex. 1988).

26.     The decision to reject an executory contract or unexpired lease is primarily administrative and should be given great deference by a court, subject only to review under the "business judgment" rule.  See In re Gardinier, Inc., 831 F.2d 974, 976 n.2 (11th Cir. 1987); Sharon Steel Corp. v. Nat'l Fuel Gas Distr. Corp., 872 F.2d 36, 40 (3d Cir. 1989); Sundial Asphalt Co. v. V.P.C. Investors Corp., 147 B.R. 72 (E.D.N.Y. 1992).  The business judgment rule requires the debtor to establish that rejection of the agreement will likely benefit the estate. See Sharon Steel Corp., 872 F.2d at 39-40; In re Kong, 162 B.R. 86 (Bankr. E.D.N.Y. 1993). Courts universally regard the business judgment rule as a low standard to meet, and therefore, absent a finding of bad faith, will not disturb the decision to reject an executory contract or unexpired lease by substituting their own judgment for that of the debtor.  See In re III Enter., Inc. V, 163 B.R. 453, 469 (Bankr. E.D.Pa. 1994); In re Hardie, 100 B.R. at 287.

27.     Here, the Debtors' business judgment clearly supports rejection of the Leases. The Debtors do not operate at the Dark Facilities and do not receive revenue from the Dark Facilities.  Thus, the Leases are not necessary for a successful reorganization but instead will constitute a burden to the Debtors' estates because of administrative expenses arising from the continuation of the Leases.  Indeed, rejection of the Leases will benefit the Debtors' estates by

alleviating a monthly cost of approximately $4.9 million, including taxes, insurance premiums, utility costs, and other charges due under the Leases.  Consequently, the Debtors seek authority under Section 365 of the Bankruptcy Code to reject the Leases.

28.    The relief requested herein is consistent with the type of relief granted by this and other courts.  See, e.g., In re Hale-Halsell Co., Case No. 04-11677 (Bankr. N.D. Okla. April 23, 2004); In re Git-N-Go, Inc., Case No. 04-10509 (Bankr. N.D. Okla. March 2, 2004); In re Penn Traffic Co., Case No. 03-22495 (Bankr. S.D.N.Y. June 18, 2003).  Accordingly, the Debtors submit that the present circumstances warrant similar relief in their Chapter 11 cases.

## Notice

29.    Notice of this Motion has been provided to the Office of the United States Trustee, counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, the indenture trustee for the Debtors' noteholders, and the Debtors' fifty (50) largest unsecured creditors.  In light of the nature of the relief requested, the Debtors submit that no further notice is necessary.

## Waiver of Memorandum of Law

30.    Pursuant to Local Bankruptcy Rule 9013-1(b) for the Southern District of New York, because there are no novel issues of law presented herein, the Debtors respectfully request that the Court waive the requirement that the Debtors file a memorandum of law in support of this Motion.

WHEREFORE, the Debtors respectfully request that this Court enter an order:

(a)     authorizing and approving the rejection of the Leases, effective as of the Petition

        Date;

(b)     authorizing the abandonment of all of the Debtors' personal property remaining in

        the Dark Facilities; and

(c)     granting the Debtors such other and further relief as is just and proper.

Dated:  February 21, 2005
        New York, New York


                                    /s/     *D. J. Baker*
                                    D. J. Baker  (DB 0085)
                                    Sally McDonald Henry (SH 0839)
                                    Rosalie Walker Gray
                                    SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP
                                    Four Times Square
                                    New York, New York 10036
                                    Telephone:  (212) 735-3000
                                    Facsimile:   (917) 777-2150

                                    -and-

                                    Sarah Robinson Borders
                                    Brian C. Walsh
                                    KING & SPALDING LLP
                                    191 Peachtree Street
                                    Atlanta, Georgia  30303
                                    Telephone:  (404) 572-4600
                                    Facsimile:   (404) 572-5100

                                    PROPOSED ATTORNEYS FOR THE DEBTORS

## EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 146 | 843 PINEWOOD WAY<br>LIVE OAK, FL 32060 | Suwanee County Investments, LLC<br>20377 180th Street<br>Live Oak, FL 32060 |
| 264 | 334 N. CONGRESS AVENUE<br>BOYNTON BEACH, FL 33435 | E&A Acquisition Two Limited Partnership<br>900 Bank of America Plaza<br>1901 Main Street<br>Columbia, SC 29201 |
| 298 | 8040 WEST MCNAB ROAD<br>NORTH LAUDERDALE, FL 33068 | SKW II Real Estate Limited Partnership<br>100 Crescent Court, Suite 1000<br>Dallas, TX 75201 |
| 376 | 6177 JOG RD, BAY D<br>LAKE WORTH, FL 33462 | Lantana Square Shopping Center, Ltd<br>c/o Southeast Properties<br>1645 SE 3rd Court, Suite 200<br>Deerfield Beach, FL 33441 |
| 382 | 5301 WEST ATLANTIC BLVD.<br>MARGATE, FL 33063 | Lakewood Associates, Ltd.<br>701 Brickell Avenue, Suite 1400<br>Miami, FL 33131 |
| 430 | WALKER CHAPEL ROAD<br>FULTONDALE, AL 35068 | Walker Chapel Plaza, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 477 | 6477 HAMILTON ROAD<br>COLUMBUS, GA 31904 | Ervin R. Bard and Susanne Bard<br>1100 Alta Loma Road, Suite 1204<br>Los Angeles, CA 90069 |
| 499 | 470 S. HIGHWAY 29<br>CANTONMENT, FL 32533 | Moulton Properties, Inc.<br>P. O. Box 12524<br>Pensacola, FL 32573 |
| 508 | 1610 MAIN STREET<br>CHIPLEY, FL 32428 | Main Street Marketplace, LLC<br>2100 Riverchase Center, Suite 230-A<br>Birmingham, AL 35244 |
| 510 | 765 HWY 98 EAST<br>DESTIN, FL 32541 | Downtown Destin Shopping Center/The Pelican Group, Inc.<br>P. O. Box 160403<br>Mobile, AL 36616-1403 |
| 511 | 1303 SOUTH WASHINGTON STREET<br>MARION, FL 36756 | Macon W. Gravlee, Jr.<br>P. O. Box 310<br>Fayette, AL 35555 |
| 522 | 3791 HWY 14<br>MILLBROOK, AL 36054 | Spectrum/Grandview Pines, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 534 | 2471 HIGHWAY 150<br>HOOVER, AL 35244 | Sulphur Springs Partners, LLP<br>801 N.E. 167th Street, 2nd Floor<br>N. Miami Beach, FL 33162 |
| 539 | 52ND POPLAR SPRINGS<br>MERIDIAN, MS 39301 | Barbaree G. Rosenbaum, Trustee, Laura C. Kimbrell, et al.<br>Co-Trustees<br>P. O. Box 3007<br>Meridian, MS 39303 |
| 540 | 1801 WEST DALLAS AVENUE<br>SELMA, AL 36701 | Aronov Realty Company, Inc.<br>P. O. Box 235000<br>Montgomery, AL 36103 |
| 582 | 719 HWY 43 SOUTH<br>SARALAND, AL 36571 | Bowdoin Square LLC, c/o Head Companies<br>P. O. Box 230<br>Point Clear, AL 36564 |
| 592 | 102 MCMEANS AVENUE<br>BAY MINETTE, AL 36507 | New Bay Minette, LLC<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 686 | 1803 N HIGHLANDS AVE<br>CLEARWATER, FL 33755 | The Morgan Company, Inc., c/o George L. Hayes, III, Esq.<br>5959 Central Avenue, Suite 104<br>St. Petersburg, FL 33710 |
| 704 | 18906 US HWY 19<br>HUDSON, FL 34667 | John Benetti Associates, a California Partnership<br>80 Mt. Vernon Lane<br>Atherton, CA 94025 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 714 | 27251 BAY LANDING<br>BONITA SPRINGS, FL 34135 | Barron Collier Partnership<br>2600 Golden Gate Parkway<br>P. O. Box 413038<br>Naples, FL 34101-3038 |
| 832 | 112 WESTERN BLVD<br>JACKSONVILLE, NC 28540 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 868 | 750 N MADISON BOULEVARD<br>ROXBORO, NC 27573 | Roxborough Associates, LLC<br>P. O. Box 1359<br>605 S. Morgan Street<br>Roxboro, NC 27573 |
| 869 | US HWY 301 & FIKEWOOD ST.<br>WILSON, NC 27893 | Bailey & Associates, c/o LIF Realty Trust<br>106 Access Road<br>Norwood, MA 02062-5294 |
| 870 | 2799 RALEIGH ROAD<br>WILSON, NC 27893 | KPT Communities LLC, c/o Kimco Realty Corporation<br>3333 New Hyde Road, Suite 100<br>New Hyde Park, NY 11042-0020 |
| 875 | 1222 NORTH WESLEYAN BOULEVARD<br>ROCKY MOUNT, NC 27804 | DPJ Company Limited Partnership<br>145 Rosemary Street, Suite Entrance K<br>Needham, MA 02194 |
| 925 | 401 E. LAKEWOOD AVENUE<br>DURHAM, NC 27704 | Heritage Square Associates<br>112 N. Main Street<br>Durham, NC 27702 |
| 940 | 6569 MARKET DRIVE<br>GLOUCESTER, VA 23061 | Butler Investments I, LC<br>c/o Derrine & Wheeler Real Estate Company<br>Crown Center<br>580 East Main Street, Suite 300<br>Norfolk, VA 23510 |
| 941 | US HIWAY 58 & SR 15<br>CLARKSVILLE, VA 23927 | Daniel G. Kamin Clarksville, LLC, c/o Kamin Realty Company<br>490 S. Highland Street<br>Pittsburgh, PA 15206 |
| 946 | 4950 PLANTATION ROAD<br>ROANOKE, VA 24019 | WD Roanoke, LLC, c/o I. Reiss & Company<br>200 East 61st Street, Suite 29F<br>New York, NY 10021 |
| 949 | 3808 MECHANICSVILLE TURNPIKE<br>RICHMOND, VA 23223 | USRP I, LLC, Lockbox #4226<br>4226 Collection Center Drive<br>Chicago, IL 60693 |
| 955 | 463 N. MAIN STREET<br>KILMARNOCK, VA 22482 | Lancaster Community Investors, LC<br>P. O. Box 1582<br>Kilmarnock, VA 22482-1582 |
| 958 | 4211 BEULAH RD<br>RICHMOND, VA 23237 | Crenshaw-Singleton Properties<br>1011 East Main Street, Suite 206<br>Richmond, VA 23219 |
| 965 | 2098 NICKERSON BLVD.<br>HAMPTON, VA 23663 | GEM Nickerson, LLC, c/o Ellis Gibson Development Group<br>207 Business Park Drive, Suite 101<br>Virginia Beach, VA 23462 |
| 970 | 285 NORDAN DRIVE<br>DANVILLE, VA 24541 | Old 97, Inc., c/o Phillips Edison & Company<br>11690 Grooms Road<br>Cincinnati, OH 45242 |
| 972 | 2301 SALEM CHCH RD<br>FREDERICKSBURG, VA 22407 | WD Route 3 Limited Partnership<br>1201 Central Park Boulevard<br>Fredericksburg, VA 22401 |
| 979 | 1720 E. LITTLE CREEK ROAD<br>NORFOLK, VA 23510 | Rose J. Caplan and Esther S. Fleder, Trustees<br>500 Main Plaza East, 1324 Crestar Bank Building<br>Norfolk, VA 23510 |
| 980 | 1092 BYPASS ROAD<br>VINTON, VA 24179 | PNC<br>230 S. Tryon Street, Suite 700<br>Charlotte, NC 28202 |
| 984 | US 29 BUSINESS<br>HURT, VA 24563 | Staunton Plaza Associates, Limited Partnership<br>5 Norden Drive<br>Glen Head, NY 11545 |
| 987 | 596 BLUE RIDGE AVENUE<br>BEDFORD, VA 24523 | Southgate Associates, II, LP<br>P. O. Box 8510<br>Richmond, VA 23226 |
| 988 | 3225 OLD FOREST ROAD<br>LYNCHBURG, VA 24501 | George C. Walker, Jr., c/o John Stewart Walker Company<br>3211 Old Forest Road<br>Lynchburg, VA 24501 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 989 | 7701 TIMBERLAKE ROAD<br>LYNCHBURG, VA 24502 | Timberlake Station, LLC<br>P. O. Box 640594<br>Cincinnati, OH 45249-0594 |
| 990 | 301 OYSTER POINT ROAD<br>NEWPORT NEWS, VA 23607 | GEM Warwick, LLC, c/o Ellis-Gibson Development Group<br>1081 19th Street, Suite 203<br>Virginia Beach, VA 23451-5600 |
| 1006 | 2215 TOBACCO RD<br>AUGUSTA, GA 30906 | Peach Orchard Center, LLC<br>3152 Washington Road<br>Augusta, GA 30907 |
| 1009 | 248 W COLUMBIA AVE<br>BATESBURG, SC 29006 | Lasco Realty, LLC, Attn: Robert Schwagerl<br>P. O. Box 418<br>Keswick, VA 22947 |
| 1014 | 1070 A SOUTH LAKE DR<br>LEXINGTON, SC 29073 | The Delta Interests<br>P. O. Box 1806<br>Greenville, SC 29602 |
| 1017 | 935 HWY 29 S<br>ANDERSON, SC 29624 | Southland-Anderson W.D. Delaware Business Trust<br>c/o Wilmington Trust Co.<br>1100 N. Market Street<br>Wilmington, DE 19890-0001 |
| 1270 | 1215 NORTH MAIN STREET<br>SUMMERVILLE, SC 29483 | Invesco, LP, W. C. Wilbur & Co.<br>P. O. Box 5225<br>North Charleston, SC 29406 |
| 1272 | 2245 CHARLESTON HWY<br>CAYCE, SC 29033 | Cayce Marketplace Partners, LP<br>130 Bloor Street West, Suite 1200<br>Toronto, Ontario M5S 1N5 |
| 1313 | 1004 CENTRAL ST.<br>WATER VALLEY, MS 38965 | Macon W. Gravlee, Jr.<br>P O. Box 310<br>Fayette, AL 35555 |
| 1325 | 12120 HWY 63 S<br>LUCEDALE, MS 39452 | SeaPea, Inc.<br>13505 North Amiss Road<br>Baton Rouge, LA 70810 |
| 1330 | 2150 WEST JACKSON<br>OXFORD, MS 38655 | Greenville Compress Company<br>Attn: Kenneth Brantley, Secretary-Treasurer<br>P. O. Box 218<br>Greenville, MS 38702 |
| 1341 | 628 HWY 12 E.<br>STARKVILLE, MS 39759 | 1997 Properties, LLC, c/o Roger P. Friou<br>P. O. Box 55416<br>Jackson, MS 39296 |
| 1347 | 1925 SPILLWAY RD.<br>BRANDON, MS 39047 | Edens & Avant Properties Limited Partnership<br>c/o Reservoir Square<br>P. O. Box 528<br>Columbia, SC 29202 |
| 1352 | 658 E. MADISON<br>HOUSTON, MS 38851 | Macon W. Gravlee, Jr., c/o General Management Services<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1354 | 11TH AVE, HWY 78 E.<br>GUIN, AL 35563 | Guin Square, LLC, c/o LeDrue Gravlee<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1364 | 1321 W. GOVERNMENT ST.<br>BRANDON, MS 39042 | Premier Plaza Associates, LLC<br>3060 Peachtree Road, Suite 1850<br>Atlanta, GA 30305 |
| 1366 | 1201 US 49 S, SUITE 16<br>RICHLAND, MS 39218 | Litchfield Investments Riverwood LLC<br>c/o The Mitchell Company<br>P. O. Box 16036<br>Mobile, AL 36616 |
| 1370 | 200 CLINTON BLVD.<br>CLINTON, MS 39056 | CPM Associates, LP, c/o Fletcher Bright Company<br>537 Market Street, Suite 400<br>Chattanooga, TN 37402 |
| 1401 | HWY. 90 & JAMIE BLVD.<br>AVONDALE, LA 70094 | Avondale Square Limited Partnership<br>100 Conti Street<br>New Orleans, LA 70130 |
| 1420 | 1123 PAUL MAILLARD ROAD<br>LULING, LA 70070 | Kingfisher, Inc.<br>P. O. Box 47<br>Luling, LA 70070 |
| 1462 | W. MAIN & PINE<br>GRAMERCY, LA 70052 | Alvyn L. Woods, Inc.<br>P. O. Box 396<br>Lutcher, LA 70071 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 1465 | 29762 WALKER SOUTH ROAD<br>WALKER, LA 70785 | Walker, L.A., Commercial Properties Development Co., LLC,<br>P. O. Box 1693<br>Baton Rouge, LA 70821 |
| 1473 | 1215 ELTON ROAD<br>JENNINGS, LA 70546 | Jula Trust<br>919 W. Second Street<br>Crowley, LA 70527-1566 |
| 1550 | 5525 CAMERON ST.<br>SCOTT, LA 70583 | MPM Resources, LLC<br>P. O. Box 80673<br>Lafayette, LA 70598 |
| 1560 | 4510 AMBASSADOR CAFFERY PKWY<br>LAFAYETTE, LA 70508 | Gregory F. Reggie, Caffery Center, LLC<br>1 Northview Lane<br>Corwley, LA 70526 |
| 1565 | LA HWY. 1<br>NATCHITOCHES, LA 71457 | Cane River Associate, c/o Property One, Inc.<br>One Lakeshore Drive, Suite 560<br>Lake Charles, LA 70629 |
| 1580 | 2160 HWY. 64<br>ZACHARY, LA 70791 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 1586 | 9708 GREENWELL SPRINGS RD.<br>BATON ROUGE, LA 70814 | Folmar & Associates, Attn: Elaine Barnes<br>P. O. Box 16765<br>Mobile, AL 36616 |
| 1605 | 4620 TAYLORSVILLE RD<br>LOUISVILLE, KY 40220 | Chester Dix Jefferson Corp.<br>P. O. Box 40<br>Westbury, NY 11590 |
| 1606 | 225 KENTUCKY HOME SQUARE<br>BARDSTOWN, KY 40004 | Bardstown S.C., LLC<br>3220 Office Pointe Place, Suite 200<br>Louisville, KY 40220 |
| 1609 | U S HIGHWAY 127& HOSPITAL<br>FRANKFORT, KY 40601 | Capital Plaza Shopping Center<br>31850 Northwestern Highway<br>Farmington Hills, MI 48018 |
| 1610 | 135 EAST LINCOLN TRAIL<br>RADCLIFF, KY 40160 | Teachers' Retirement System of the State of Kentucky<br>239 South Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1613 | 3150 RICHMOND ROAD<br>LEXINGTON, KY 40509 | New Plan Excel Realty Trust<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 1614 | 4230 SARON DRIVE<br>LEXINGTON, KY 40515 | Teachers' Retirement System of the State of Kentucky<br>Attn: Edward T. Wilson<br>c/o Mortgage Company of Kentucky, Inc.<br>642 South Fourth Street<br>Louisville, KY 40202 |
| 1636 | 4830 OUTER LOOP<br>LOUISVILLE, KY 40219 | Brown, Noltemeyer Company, Attn: Charles A. Brown, Jr.<br>2424 Eagles Eyrie Court<br>Louisville, KY 40206 |
| 1653 | 2511 FREDERICA STREET<br>OWENSBORO, KY 42303 | Palm Lakes, LLC<br>2285 Executive Drive, Suite 420<br>Lexington, KY 40505 |
| 1669 | 175 MARKETPLACE DRIVE<br>HILLVIEW, KY 40229 | Teachers' Retirement System of the State of Kentucky<br>c/o Mortgage Co. of Kentucky, Inc.<br>239 S. Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1670 | HWY 44<br>SHEPHERDSVILLE, KY 40165 | Shepherdsville Mall Associates Limited Partnership<br>c/o Center Services, Inc.<br>6200 Crestwood Station<br>Crestwood, KY 40014 |
| 1683 | 550 US 23S - HWY 114<br>PRESTONSBURG, KY 41653 | Glimcher Properties Limited Partnership<br>20 S. Third Street<br>Columbus, OH 43215 |
| 1691 | 1885 OLD STATE ROAD<br>CORYDON, IN 47112 | Dahlem Enterprise, Inc.<br>1000 Building Suite LL-2, 6200 Dutchmans Lane<br>Louisville, KY 40205-3285 |
| 1702 | 20 WEST 6TH<br>NEWPORT, KY 41071 | Wiedemann Square Ltd, Suite 205<br>5710 Wooster Pike<br>Cincinnati, OH 45227 |
| 1703 | 7850 ALEXANDRIA PIKE<br>ALEXANDRIA, KY 41001 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 1763 | 848 MOLLY LANE<br>MILFORD, OH 45150 | Milford Associates, L.P., c/o QT Management, LLC<br>670 White Plains Road, Suite 305<br>Scarsdale, NY 10583 |
| 1768 | 5291 DELHI PIKE<br>CINCINNATI, OH 45238 | Del-Fair, Inc.<br>P. O. Box 389229<br>Cincinnati, OH 45238-9229 |
| 1771 | 5150 GLENCROSSING WAY<br>CINCINNATI, OH 45238 | Glenway Associates, c/o DDRD Down REIT LLC<br>P. O. Box 643474, Dept. 295<br>Pittsburgh, PA 15264-3474 |
| 1772 | 10180 COLERAIN AVENUE<br>CINCINNATI, OH 45251 | KIR Colerain 017, LLC, c/o Kimco Realty Corporation<br>P. O. Box 5020<br>New Hyde Park, NY 11042-0020 |
| 1773 | 409 WEST KEMPER ROAD<br>CINCINNATI, OH 45246 | Springdale Station, Ltd.<br>Attn: Mr. Michael C. Phillips, Managing Member, Phillips Edison &<br>Company<br>4440 Lake Forest Drive, Suite 110<br>Cincinnati, OH 45242 |
| 1775 | 4605 DIXIE HIGHWAY<br>FAIRFIELD, OH 45014 | Midwest Centers, Ltd., Attn: Alvin Lipson<br>3307 Clifton Avenue<br>Cincinnati, OH 45220 |
| 1811 | 655 N EXPRESSWAY<br>GRIFFIN, GA 30223 | JDN Realty Corporation<br>Suite 400, 359 East Paces Ferry Road, NE<br>Atlanta, GA 30305 |
| 1829 | 2400 HIRAM ACWORTH HIGHWAY<br>DALLAS, GA 30157 | Hiram 99-GA, LLC, c/o Principal Net Lease Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0301 |
| 1865 | 12160 COUNTY LINE ROAD<br>FAYETTEVILLE, GA 30214 | Nashville TN Associates, a NY general partnership<br>c/o WD Fayetteville GA, Attn: Arthur Reiss<br>60 East 42nd Street, Suite 2201<br>New York, NY 10165 |
| 1867 | 1217 W SPRING ST<br>MONROE, GA 30655 | ARNOBO Associates Partnership<br>a/k/a ARNOBO Associates, LLC, c/o SCG Management<br>3101 Towercreek Parkway, Suite 200<br>Atlanta GA 30339 |
| 1902 | 11208 S. MEMORIAL PKWY<br>HUNTSVILLE, AL 35803 | Amberjack, Ltd<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 1910 | 9076 HWY 20 STE F<br>MADISON, AL 35758 | Lennar Alabama Partners, Inc.<br>1601 Washington Avenue, Suite 700<br>Miami Beach, FL 33139 |
| 1911 | 6125 UNIVERSITY DR<br>HUNTSVILLE, AL 35806 | Madison Mall Shopping Center, Inc.,<br>c/o Marx Realty & Improvement Co., Inc.<br>708 Third Avenue, 15th Floor<br>New York, NY 10017 |
| 1916 | 240 MCCURDY AVE N<br>RAINSVILLE, AL 35986 | WD Rainsville Trust<br>2650 Louis Menck Drive<br>Ft. Worth, TX 76131 |
| 1918 | 4103 SPORTPLEX DRIVE<br>MUSCLE SHOALS, AL 35661 | Shoals Marketplace, LLC<br>6 Office Park Circle, Suite 100<br>Birmingham, AL 35223 |
| 1940 | 5450 HWY 153<br>CHATTANOOGA, TN 37409 | Kemor Properties, Inc., Attn: Bill Raines, c/o The Raines Group<br>1200 Mountain Creek Road, #100<br>Chattanooga, TN 37405 |
| 1996 | 2800 CANTON HWY<br>MARIETTA, GA 30066 | LN Piedmart Village, LLC, Attn: Al Johnston, Leasing Manager<br>4475 River Green Parkway, Suite 100<br>Duluth, GA 30096 |
| 2017 | 802 EAST CENTER STREET<br>LEXINGTON, NC 27292 | David R. Krug & Associates, W/D Lexington, LLC<br>131 Providence Road<br>Charlotte, NC 28207 |
| 2020 | 4709 LAWNDALE-COTTAGE<br>GREENSBORO, NC 27405 | Kotis Properties<br>P. O. Box 9296<br>Greensboro, NC 27429-9296 |
| 2037 | 900 WEST BOULEVARD<br>LAURINBURG, NC 28352 | Scotland Mall, Inc.<br>c/o Mr. C. F. Smith, Jr., President (or successor)<br>1800 Rockingham Road<br>Rockingham, NC 28379 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2064 | 3712 SOUTH HOLDEN ROAD<br>GREENSBORO, NC 27406 | Collett Management, LLC<br>P. O. Box 36799<br>Charlotte, NC 28236-6799 |
| 2105 | 1643 N BRIDGE STREET<br>ELKIN, NC 28621 | Elkmont Associates<br>Attn: Mr. James L. Poindexter, c/o Poindexter Enterprises<br>P. O. Box 28<br>Elkin, NC 28621-0028 |
| 2126 | US HWY 701 & N STREET<br>GEORGETOWN, SC 29440 | PG-1 Development Company<br>c/o  Century 21 Grimes & Associates<br>P. O. Box 664<br>Georgetown, SC 29442 |
| 2130 | 1120 OAKWOOD STREET<br>BENNETTSVILLE, SC 29512 | Bennettsville 99-SC, LLC, c/o Principal<br>801 Grand Avenue<br>Des Moines, IA 50392-0490: |
| 2168 | 348 PINEWOOD ROAD<br>SUMTER, SC 29154 | Woodland Village Apartments, a General Partnership<br>c/o J. Donald Dial<br>1320 Washington Street<br>Columbia, SC 29201 |
| 2174 | 1671 SPRINGDALE DRIVE<br>CAMDEN, SC 29020 | Developers Diversified Realty<br>3300 Enterprise Parkway<br>P. O. Box 228042<br>Beachwood, OH 44122 |
| 2188 | 4320 W. STONE DRIVE<br>KINGSPORT, TN 37660 | West Eck Partners, LP<br>2743 Perimeter Parkway, Building 100, Suite 370<br>Augusta, GA 30909 |
| 2189 | 2450 MEMORIAL BOULEVARD<br>KINGSPORT, TN 37664 | Judy R. Street, c/o Joseph B. Lyle, Esq., Green & Hale, P.C.<br>126 Edgemont Avenue<br>Bristol, TN 37621 |
| 2190 | 151 HUDSON DRIVE<br>ELIZABETHTON, TN 37643 | NP of Tennessee, LP<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 2198 | HWY 36 & OAKLAND AVE<br>JOHNSON CITY, TN 37601 | Stichting Ken's Plaza Fonds, c/o Fletcher Bright Company<br>1300 First Tennessee Building<br>Chattanooga, TN 37402 |
| 2193 | 1729 HIGHWAY 19E<br>ELIZABETHTON, TN 37643 | Elizabethton Plaza, Ltd, c/o Ed Street Development<br>1913 S. Roan Street, Suite 105<br>Johnson City, TN 37601 |
| 2386 | 7600 DR. PHILLIPS DRIVE<br>ORLANDO, FL 32819 | Woolbright/SSR Marketplace, LLC, Attn: Shai Moschowits<br>3200 North Military Trail, 4th Floor<br>Boca Raton, FL 33431 |
| 2403 | 1580 E PRICE<br>KELLER, TX 76248 | Keller Crossing Texas, LP, c/o BVT Management Services, Inc.<br>3350 Riverwood Parkway, Suite 1500<br>Atlanta, GA 30339 |
| 2406 | 305 W. EULESS HWY. 10<br>EULESS, TX 76040 | Tri-State Commercial Associates Joint Venture<br>c/o Quine & Associates, Inc.<br>301 South Sherman Street, Suite 100<br>Richardson, TX 75081 |
| 2408 | 143 HARWOOD<br>HURST, TX 76054 | Parkwood Village, c/o HJ Brown Companies<br>7667B Lake Worth Road<br>Lake Worth, FL 33467 |
| 2409 | 2632 FRANKFORD ROAD<br>DALLAS, TX 75287 | Frankford Dallas, LLC<br>2761 E. Trinity Mills Road, #114<br>Carrolton, TX 75006 |
| 2412 | 555 E 6TH STREET<br>SAN ANGELO, TX 76903 | Laureate Capital Corporation<br>P. O. Box 890090<br>Charlotte, NC 28289-0090 |
| 2414 | 4501 NORTH I-35& E-LOOP 340<br>LACY-LAKEVIEW, TX 76705 | Peregrine Properties Limited Partnership<br>711 High Street<br>Des Moines, IA 50392 |
| 2415 | 1101 WALNUT CREEK<br>MANSFIELD, TX 76063 | Peregrine Properties Limited Partnership<br>Attn: Commercial Real Estate Loan Administrator<br>Ref. No. 750418<br>711 High Street<br>Des Moines, IA 50392 |
| 2416 | 10325 LAKE JUNE ROAD<br>DALLAS, TX 75277 | Larissa Lake June, Ltd.<br>6300 Independence Parkway, Suite A-1<br>Plano, TX 75023 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2420 | 1050 NORTH WESTMORELAND<br>DALLAS, TX 75211 | Saran, Ltd<br>5710 LBJ Freeway, Suite 135<br>Dallas, TX 75240 |
| 2421 | 6601 WATAUGA ROAD<br>WATAUGA, TX 76148 | R&G Associates<br>835 Douglas Avenue, Suite 815<br>LB-49, Dallas, TX 75235 |
| 2426 | 808 S.W. GREEN OAKS BLVD.<br>ARLINGTON, TX 76017 | Matlock Oaks Partners<br>P. O. Box 660394<br>Dallas, TX 75266-0394 |
| 2434 | 5651 WESTCREEK DRIVE<br>FORT WORTH, TX 76133 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |
| 2437 | 800 N. KILGORE STREET<br>KILGORE, TX 75662 | Cap Mark Services, Inc.<br>P. O. Box 404124<br>Atlanta GA 30384-8356 |
| 2438 | 1824 SOUTH JACKSON<br>JACKSONVILLE, TX 75766 | Herbert Singer, c/o Ben Fitzgerald Real Estate Services, LLC<br>1300 Pinecrest Drive<br>East, Marshall, TX 75670 |
| 2443 | 7501 DAVIS BOULEVARD<br>NORTH RICHLAND HILLS, TX 76180 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2452 | 719 NORTH HAMPTON ROAD<br>DESOTO, TX 75115 | EIG Hampton Square, LLC, c/o Equity Investment<br>111 East Wayne Street, Suite 500<br>Fort Wayne, IN 46802 |
| 2457 | 4601 DENTON HIGHWAY<br>HALTOM CITY, TX 76117 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2462 | 714 SOUTH FORT HOOD STREET<br>KILLEEN, TX 76541 | 440 Group, Ltd, Attn: Gene Williams<br>P. O. Box 578<br>Killeen, TX 76540-0578 |
| 2480 | 1020 WEST MAIN STREET<br>GUN BARREL CITY, TX 75751 | Ben Fitzgerald Real Estate Services, c/o Dr. Herbert Singer<br>1300 Pinecrest Drive<br>East, Marshall, TX 75672 |
| 2483 | 4457 SOUTH 1ST STREET<br>ABILENE, TX 79605 | First Westgate Mall, LP<br>P. O. Box 671402<br>Dallas, TX 75267 |
| 2485 | 1950 EPHRIHAM<br>FORT WORTH, TX 76106 | Mitchell Mortgage Company, LLC, Attn: ORE Department/POP<br>325, P. O. Box 27459<br>Houston, TX 77227-7459 |
| 2487 | 4609 SOUTHWEST PARKWAY<br>WICHITA FALLS, TX 76310 | WD Wichita Falls TX LP, c/o I. Reiss & Son<br>200 E. 61st Street, Suite 29F<br>New York, NY 10021 |
| 2490 | 2301 CROSS TEMBERS ROAD<br>FLOWER MOUND, TX 75028 | Galileo CMBS T1 HL TX LP<br>P. O. Box 74845<br>Cleveland, OH 44194-4845 |
| 2491 | 5325 WILLIAM TATE<br>GRAPEVINE, TX 76051 | Vineyard Marketplace Limited Partnership<br>c/o Cencor Realty Services, Inc., Attn: Property Manager<br>3102 Maple Avenue, Suite 500<br>Dallas, TX 75201 |
| 2495 | 4445 SATURN<br>GARLAND, TX 75041 | East Partners, Ltd<br>3838 Oaklawn, Suite 810<br>Dallas, TX 75219 |
| 2523 | 710 EDWARDS DRIVE<br>HARKER HEIGHTS, TX 76543 | Central Texas Shopping Center Group, Ltd.<br>c/o HHP Company, LLC<br>Attn: Michael A. Phelan or Patrick H. Phelan<br>6310 Lemmon Avenue, Suite 202<br>Beaumont, TX 75209 |
| 2535 | 7351 SPRING HILL DRIVE<br>SPRING HILL, FL 34606 | Spring Hill Associates, Ltd, c/o Bruce Strumpt, Inc.<br>314 South Missouri Avenue, Suite #305<br>Clearwater, FL 34616 |
| 2536 | 4028 LITTLE ROAD<br>NEW PORT RICHEY, FL 34655 | The Center of Seven Springs, Inc.<br>50 Coconut Row, Suite 114<br>Palm Beach, FL 33480 |
| 2577 | 420 GEORGE NIGH EXPRESSWAY<br>MCALESTER, OK 74501 | Indianapolis Life Insurance Company<br>304 Airport Road, Suite A<br>Bentonville, AR 72712 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2625 | 800 HWY 1 SOUTH<br>GREENVILLE, MS 38701 | Delta Plaza, LLC, c/o Gabriel Jeidel<br>16 East 34th Street, 16th Floor<br>New York, NY 10016 |
| 2739 | 10800 ALPHARETTA HWY<br>ROSWELL, GA 30076 | CCP Employee Profit Sharing Plan & Trust<br>c/o Cardinal Capital Partners, Inc.<br>8214 Westchester Drive, 9th Floor<br>Dallas, TX 75225 |
| 2741 | 5450 PEACHTREE PARKWAY<br>NORCROSS, GA 30092 | MCW-RC-GA-Peachtree Parkway Plaza, LLC<br>c/o Regency Centers, LP<br>121 West Forsyth Street, Suite 200<br>Jacksonville, FL 32202 |
| 9001 | 833 SHOTWELL ROAD<br>CLAYTON, NC 27520 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| 9038 | 6100 S MCINTOSH<br>SARASOTA, FL 34238 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                         :
                                              :          **Chapter 11**
                                              :
**WINN-DIXIE STORES, INC., et al.,**          :          **Case No. 05-11063**
                                              :
          **Debtors.**                        :          **(Jointly Administered)**
                                              :
-------------------------------------------------------------x

## ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN REAL PROPERTY LEASES, EFFECTIVE AS OF THE PETITION DATE

Upon the Motion dated February 21, 2005 (the "Motion") of Winn-Dixie Stores,

Inc. and its debtor affiliates (collectively, the "Debtors") for an order authorizing and approving

the rejection by the Debtors of certain unexpired non-residential real property leases listed on

Exhibit A attached hereto (collectively, the "Leases"); all as more fully set forth in the Motion;

and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local

Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications

sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the

Motion and the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334 and the Standing

Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern

District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and

venue being proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409; and due and

proper notice of the Motion having been provided to (i) the Office of the United States Trustee

(the "United States Trustee"), (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors'

secured lenders, (iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty

(50) largest unsecured creditors; and no other or further notice being required; and the relief

requested in the Motion being in the best interests of the Debtors, their estates, and creditors; and

the Court having reviewed the Motion; and the Court having determined that the legal and

factual bases set forth in the Motion establish just cause for the relief granted herein; and upon

all of the proceedings had before the Court; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtors are authorized to reject the Leases pursuant to 11

U.S.C. § 365(a), and each Lease is hereby deemed rejected, effective as of the Petition Date,

subject to any objections filed within fifteen (15) days after the entry of this Order (the

"Objection Deadline"); and it is further

ORDERED that any interest of any of the Debtors in any personal property

remaining in the stores that are the subject of the Leases is deemed abandoned, pursuant to 11

U.S.C. § 554(a), effective as of the Petition Date; and it is further

ORDERED that nothing in this Order constitutes a waiver of any claims the

Debtors may have against any of the non-debtor parties to the Leases, whether or not related to

the Leases; and it is further

ORDERED that the Debtors are authorized to take all actions necessary to

effectuate the relief granted pursuant to this Order; and it is further

ORDERED that any objection to the relief requested in the Motion shall be filed

with the Court by the Objection Deadline and shall be served upon (i) the Office of the United

States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York,

New York  10004; (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times

Square, New York, New York 10036; and (iii) Sarah Robinson Borders, King & Spalding LLP,

191 Peachtree Street, Atlanta, Georgia 30303, so as to be received by the Objection Deadline.

With respect to each Lease, if no objection is timely filed and served, this Order shall be deemed

a final order, and no further hearing on the Motion shall be held; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated:  February ___, 2005
      New York, New York

                                       _____
                                       UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 146 | 843 PINEWOOD WAY<br>LIVE OAK, FL 32060 | Suwanee County Investments, LLC<br>20377 180th Street<br>Live Oak, FL 32060 |
| 264 | 334 N. CONGRESS AVENUE<br>BOYNTON BEACH, FL 33435 | E&A Acquisition Two Limited Partnership<br>900 Bank of America Plaza<br>1901 Main Street<br>Columbia, SC 29201 |
| 298 | 8040 WEST MCNAB ROAD<br>NORTH LAUDERDALE, FL 33068 | SKW II Real Estate Limited Partnership<br>100 Crescent Court, Suite 1000<br>Dallas, TX 75201 |
| 376 | 6177 JOG RD, BAY D<br>LAKE WORTH, FL 33462 | Lantana Square Shopping Center, Ltd<br>c/o Southeast Properties<br>1645 SE 3rd Court, Suite 200<br>Deerfield Beach, FL 33441 |
| 382 | 5301 WEST ATLANTIC BLVD.<br>MARGATE, FL 33063 | Lakewood Associates, Ltd.<br>701 Brickell Avenue, Suite 1400<br>Miami, FL 33131 |
| 430 | WALKER CHAPEL ROAD<br>FULTONDALE, AL 35068 | Walker Chapel Plaza, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 477 | 6477 HAMILTON ROAD<br>COLUMBUS, GA 31904 | Ervin R. Bard and Susanne Bard<br>1100 Alta Loma Road, Suite 1204<br>Los Angeles, CA 90069 |
| 499 | 470 S. HIGHWAY 29<br>CANTONMENT, FL 32533 | Moulton Properties, Inc.<br>P. O. Box 12524<br>Pensacola, FL 32573 |
| 508 | 1610 MAIN STREET<br>CHIPLEY, FL 32428 | Main Street Marketplace, LLC<br>2100 Riverchase Center, Suite 230-A<br>Birmingham, AL 35244 |
| 510 | 765 HWY 98 EAST<br>DESTIN, FL 32541 | Downtown Destin Shopping Center/The Pelican Group, Inc.<br>P. O. Box 160403<br>Mobile, AL 36616-1403 |
| 511 | 1303 SOUTH WASHINGTON STREET<br>MARION, FL 36756 | Macon W. Gravlee, Jr.<br>P. O. Box 310<br>Fayette, AL 35555 |
| 522 | 3791 HWY 14<br>MILLBROOK, AL 36054 | Spectrum/Grandview Pines, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 534 | 2471 HIGHWAY 150<br>HOOVER, AL 35244 | Sulphur Springs Partners, LLP<br>801 N.E. 167th Street, 2nd Floor<br>N. Miami Beach, FL 33162 |
| 539 | 52ND  POPLAR SPRINGS<br>MERIDIAN, MS 39301 | Barbaree G. Rosenbaum, Trustee, Laura C. Kimbrell, et al.<br>Co-Trustees<br>P. O. Box 3007<br>Meridian, MS 39303 |
| 540 | 1801 WEST DALLAS AVENUE<br>SELMA, AL 36701 | Aronov Realty Company, Inc.<br>P. O. Box 235000<br>Montgomery, AL 36103 |
| 582 | 719 HWY 43 SOUTH<br>SARALAND, AL 36571 | Bowdoin Square LLC, c/o Head Companies<br>P. O. Box 230<br>Point Clear, AL 36564 |
| 592 | 102 MCMEANS AVENUE<br>BAY MINETTE, AL 36507 | New Bay Minette, LLC<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 686 | 1803 N HIGHLANDS AVE<br>CLEARWATER, FL 33755 | The Morgan Company, Inc., c/o George L. Hayes, III, Esq.<br>5959 Central Avenue, Suite 104<br>St. Petersburg, FL 33710 |
| 704 | 18906 US HWY 19<br>HUDSON, FL 34667 | John Benetti Associates, a California Partnership<br>80 Mt. Vernon Lane<br>Atherton, CA 94025 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 714 | 27251 BAY LANDING<br>BONITA SPRINGS, FL 34135 | Barron Collier Partnership<br>2600 Golden Gate Parkway<br>P. O. Box 413038<br>Naples, FL 34101-3038 |
| 832 | 112 WESTERN BLVD<br>JACKSONVILLE, NC 28540 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 868 | 750 N MADISON BOULEVARD<br>ROXBORO, NC 27573 | Roxborough Associates, LLC<br>P. O. Box 1359<br>605 S. Morgan Street<br>Roxboro, NC 27573 |
| 869 | US HWY 301 & FIKEWOOD ST.<br>WILSON, NC 27893 | Bailey & Associates, c/o LIF Realty Trust<br>106 Access Road<br>Norwood, MA 02062-5294 |
| 870 | 2799 RALEIGH ROAD<br>WILSON, NC 27893 | KPT Communities LLC, c/o Kimco Realty Corporation<br>3333 New Hyde Road, Suite 100<br>New Hyde Park, NY 11042-0020 |
| 875 | 1222 NORTH WESLEYAN BOULEVARD<br>ROCKY MOUNT, NC 27804 | DPJ Company Limited Partnership<br>145 Rosemary Street, Suite Entrance K<br>Needham, MA 02194 |
| 925 | 401 E. LAKEWOOD AVENUE<br>DURHAM, NC 27704 | Heritage Square Associates<br>112 N. Main Street<br>Durham, NC 27702 |
| 940 | 6569 MARKET DRIVE<br>GLOUCESTER, VA 23061 | Butler Investments I, LC<br>c/o Derrine & Wheeler Real Estate Company<br>Crown Center<br>580 East Main Street, Suite 300<br>Norfolk, VA 23510 |
| 941 | US HIWAY 58 & SR 15<br>CLARKSVILLE, VA 23927 | Daniel G. Kamin Clarksville, LLC, c/o Kamin Realty Company<br>490 S. Highland Street<br>Pittsburgh, PA 15206 |
| 946 | 4950 PLANTATION ROAD<br>ROANOKE, VA 24019 | WD Roanoke, LLC, c/o I. Reiss & Company<br>200 East 61st Street, Suite 29F<br>New York, NY 10021 |
| 949 | 3808 MECHANICSVILLE TURNPIKE<br>RICHMOND, VA 23223 | USRP I, LLC, Lockbox #4226<br>4226 Collection Center Drive<br>Chicago, IL 60693 |
| 955 | 463 N. MAIN STREET<br>KILMARNOCK, VA 22482 | Lancaster Community Investors, LC<br>P. O. Box 1582<br>Kilmarnock, VA 22482-1582 |
| 958 | 4211 BEULAH RD<br>RICHMOND, VA 23237 | Crenshaw-Singleton Properties<br>1011 East Main Street, Suite 206<br>Richmond, VA 23219 |
| 965 | 2098 NICKERSON BLVD.<br>HAMPTON, VA 23663 | GEM Nickerson, LLC, c/o Ellis Gibson Development Group<br>207 Business Park Drive, Suite 101<br>Virginia Beach, VA 23462 |
| 970 | 285 NORDAN DRIVE<br>DANVILLE, VA 24541 | Old 97, Inc., c/o Phillips Edison & Company<br>11690 Grooms Road<br>Cincinnati, OH 45242 |
| 972 | 2301 SALEM CHCH RD<br>FREDERICKSBURG, VA 22407 | WD Route 3 Limited Partnership<br>1201 Central Park Boulevard<br>Fredericksburg, VA 22401 |
| 979 | 1720 E. LITTLE CREEK ROAD<br>NORFOLK, VA 23510 | Rose J. Caplan and Esther S. Fleder, Trustees<br>500 Main Plaza East, 1324 Crestar Bank Building<br>Norfolk, VA 23510 |
| 980 | 1092 BYPASS ROAD<br>VINTON, VA 24179 | PNC<br>230 S. Tryon Street, Suite 700<br>Charlotte, NC 28202 |
| 984 | US 29 BUSINESS<br>HURT, VA 24563 | Staunton Plaza Associates, Limited Partnership<br>5 Norden Drive<br>Glen Head, NY 11545 |
| 987 | 596 BLUE RIDGE AVENUE<br>BEDFORD, VA 24523 | Southgate Associates, II, LP<br>P. O. Box 8510<br>Richmond, VA 23226 |
| 988 | 3225 OLD FOREST ROAD<br>LYNCHBURG, VA 24501 | George C. Walker, Jr., c/o John Stewart Walker Company<br>3211 Old Forest Road<br>Lynchburg, VA 24501 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 989 | 7701 TIMBERLAKE ROAD<br>LYNCHBURG, VA 24502 | Timberlake Station, LLC<br>P. O. Box 640594<br>Cincinnati, OH 45249-0594 |
| 990 | 301 OYSTER POINT ROAD<br>NEWPORT NEWS, VA 23607 | GEM Warwick, LLC, c/o Ellis-Gibson Development Group<br>1081 19th Street, Suite 203<br>Virginia Beach, VA 23451-5600 |
| 1006 | 2215 TOBACCO RD<br>AUGUSTA, GA 30906 | Peach Orchard Center, LLC<br>3152 Washington Road<br>Augusta, GA 30907 |
| 1009 | 248 W COLUMBIA AVE<br>BATESBURG, SC 29006 | Lasco Realty, LLC, Attn: Robert Schwagerl<br>P. O. Box 418<br>Keswick, VA 22947 |
| 1014 | 1070 A SOUTH LAKE DR<br>LEXINGTON, SC 29073 | The Delta Interests<br>P. O. Box 1806<br>Greenville, SC 29602 |
| 1017 | 935 HWY 29 S<br>ANDERSON, SC 29624 | Southland-Anderson W.D. Delaware Business Trust<br>c/o Wilmington Trust Co.<br>1100 N. Market Street<br>Wilmington, DE 19890-0001 |
| 1270 | 1215 NORTH MAIN STREET<br>SUMMERVILLE, SC 29483 | Invesco, LP, W. C. Wilbur & Co.<br>P. O. Box 5225<br>North Charleston, SC 29406 |
| 1272 | 2245 CHARLESTON HWY<br>CAYCE, SC 29033 | Cayce Marketplace Partners, LP<br>130 Bloor Street West, Suite 1200<br>Toronto, Ontario M5S 1N5 |
| 1313 | 1004 CENTRAL ST.<br>WATER VALLEY, MS 38965 | Macon W. Gravlee, Jr.<br>P O. Box 310<br>Fayette, AL 35555 |
| 1325 | 12120 HWY 63 S<br>LUCEDALE, MS 39452 | SeaPea, Inc.<br>13505 North Amiss Road<br>Baton Rouge, LA 70810 |
| 1330 | 2150 WEST JACKSON<br>OXFORD, MS 38655 | Greenville Compress Company<br>Attn: Kenneth Brantley, Secretary-Treasurer<br>P. O. Box 218<br>Greenville, MS 38702 |
| 1341 | 628 HWY 12 E.<br>STARKVILLE, MS 39759 | 1997 Properties, LLC, c/o Roger P. Friou<br>P. O. Box 55416<br>Jackson, MS 39296 |
| 1347 | 1925 SPILLWAY RD.<br>BRANDON, MS 39047 | Edens & Avant Properties Limited Partnership<br>c/o Reservoir Square<br>P. O. Box 528<br>Columbia, SC 29202 |
| 1352 | 658 E. MADISON<br>HOUSTON, MS 38851 | Macon W. Gravlee, Jr., c/o General Management Services<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1354 | 11TH AVE, HWY 78 E.<br>GUIN, AL 35563 | Guin Square, LLC, c/o LeDrue Gravlee<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1364 | 1321 W. GOVERNMENT ST.<br>BRANDON, MS 39042 | Premier Plaza Associates, LLC<br>3060 Peachtree Road, Suite 1850<br>Atlanta, GA 30305 |
| 1366 | 1201 US 49 S, SUITE 16<br>RICHLAND, MS 39218 | Litchfield Investments Riverwood LLC<br>c/o The Mitchell Company<br>P. O. Box 16036<br>Mobile, AL 36616 |
| 1370 | 200 CLINTON BLVD.<br>CLINTON, MS 39056 | CPM Associates, LP, c/o Fletcher Bright Company<br>537 Market Street, Suite 400<br>Chattanooga, TN 37402 |
| 1401 | HWY. 90 & JAMIE BLVD.<br>AVONDALE, LA 70094 | Avondale Square Limited Partnership<br>100 Conti Street<br>New Orleans, LA 70130 |
| 1420 | 1123 PAUL MAILLARD ROAD<br>LULING, LA 70070 | Kingfisher, Inc.<br>P. O. Box 47<br>Luling, LA 70070 |
| 1462 | W. MAIN & PINE<br>GRAMERCY, LA 70052 | Alvyn L. Woods, Inc.<br>P. O. Box 396<br>Lutcher, LA 70071 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 1465 | 29762 WALKER SOUTH ROAD<br>WALKER, LA 70785 | Walker, L.A., Commercial Properties Development Co., LLC,<br>P. O. Box 1693<br>Baton Rouge, LA 70821 |
| 1473 | 1215 ELTON ROAD<br>JENNINGS, LA 70546 | Jula Trust<br>919 W. Second Street<br>Crowley, LA 70527-1566 |
| 1550 | 5525 CAMERON ST.<br>SCOTT, LA 70583 | MPM Resources, LLC<br>P. O. Box 80673<br>Lafayette, LA 70598 |
| 1560 | 4510 AMBASSADOR CAFFERY PKWY<br>LAFAYETTE, LA 70508 | Gregory F. Reggie, Caffery Center, LLC<br>1 Northview Lane<br>Corwley, LA 70526 |
| 1565 | LA HWY. 1<br>NATCHITOCHES, LA 71457 | Cane River Associate, c/o Property One, Inc.<br>One Lakeshore Drive, Suite 560<br>Lake Charles, LA 70629 |
| 1580 | 2160 HWY. 64<br>ZACHARY, LA 70791 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 1586 | 9708 GREENWELL SPRINGS RD.<br>BATON ROUGE, LA 70814 | Folmar & Associates, Attn: Elaine Barnes<br>P. O. Box 16765<br>Mobile, AL 36616 |
| 1605 | 4620 TAYLORSVILLE RD<br>LOUISVILLE, KY 40220 | Chester Dix Jefferson Corp.<br>P. O. Box 40<br>Westbury, NY 11590 |
| 1606 | 225 KENTUCKY HOME SQUARE<br>BARDSTOWN, KY 40004 | Bardstown S.C., LLC<br>3220 Office Pointe Place, Suite 200<br>Louisville, KY 40220 |
| 1609 | U S HIGHWAY 127& HOSPITAL<br>FRANKFORT, KY 40601 | Capital Plaza Shopping Center<br>31850 Northwestern Highway<br>Farmington Hills, MI 48018 |
| 1610 | 135 EAST LINCOLN TRAIL<br>RADCLIFF, KY 40160 | Teachers' Retirement System of the State of Kentucky<br>239 South Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1613 | 3150 RICHMOND ROAD<br>LEXINGTON, KY 40509 | New Plan Excel Realty Trust<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 1614 | 4230 SARON DRIVE<br>LEXINGTON, KY 40515 | Teachers' Retirement System of the State of Kentucky<br>Attn: Edward T. Wilson<br>c/o Mortgage Company of Kentucky, Inc.<br>642 South Fourth Street<br>Louisville, KY 40202 |
| 1636 | 4830 OUTER LOOP<br>LOUISVILLE, KY 40219 | Brown, Noltemeyer Company, Attn: Charles A. Brown, Jr.<br>2424 Eagles Eyrie Court<br>Louisville, KY 40206 |
| 1653 | 2511 FREDERICA STREET<br>OWENSBORO, KY 42303 | Palm Lakes, LLC<br>2285 Executive Drive, Suite 420<br>Lexington, KY 40505 |
| 1669 | 175 MARKETPLACE DRIVE<br>HILLVIEW, KY 40229 | Teachers' Retirement System of the State of Kentucky<br>c/o Mortgage Co. of Kentucky, Inc.<br>239 S. Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1670 | HWY 44<br>SHEPHERDSVILLE, KY 40165 | Shepherdsville Mall Associates Limited Partnership<br>c/o Center Services, Inc.<br>6200 Crestwood Station<br>Crestwood, KY 40014 |
| 1683 | 550 US 23S - HWY 114<br>PRESTONSBURG, KY 41653 | Glimcher Properties Limited Partnership<br>20 S. Third Street<br>Columbus, OH 43215 |
| 1691 | 1885 OLD STATE ROAD<br>CORYDON, IN 47112 | Dahlem Enterprise, Inc.<br>1000 Building Suite LL-2, 6200 Dutchmans Lane<br>Louisville, KY 40205-3285 |
| 1702 | 20 WEST 6TH<br>NEWPORT, KY 41071 | Wiedemann Square Ltd, Suite 205<br>5710 Wooster Pike<br>Cincinnati, OH 45227 |
| 1703 | 7850 ALEXANDRIA PIKE<br>ALEXANDRIA, KY 41001 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 1763 | 848 MOLLY LANE<br>MILFORD, OH 45150 | Milford Associates, L.P., c/o QT Management, LLC<br>670 White Plains Road, Suite 305<br>Scarsdale, NY 10583 |
| 1768 | 5291 DELHI PIKE<br>CINCINNATI, OH 45238 | Del-Fair, Inc.<br>P. O. Box 389229<br>Cincinnati, OH 45238-9229 |
| 1771 | 5150 GLENCROSSING WAY<br>CINCINNATI, OH 45238 | Glenway Associates, c/o DDRD Down REIT LLC<br>P. O. Box 643474, Dept. 295<br>Pittsburgh, PA 15264-3474 |
| 1772 | 10180 COLERAIN AVENUE<br>CINCINNATI, OH 45251 | KIR Colerain 017, LLC, c/o Kimco Realty Corporation<br>P. O. Box 5020<br>New Hyde Park, NY 11042-0020 |
| 1773 | 409 WEST KEMPER ROAD<br>CINCINNATI, OH 45246 | Springdale Station, Ltd.<br>Attn: Mr. Michael C. Phillips, Managing Member, Phillips Edison &<br>Company<br>4440 Lake Forest Drive, Suite 110<br>Cincinnati, OH 45242 |
| 1775 | 4605 DIXIE HIGHWAY<br>FAIRFIELD, OH 45014 | Midwest Centers, Ltd., Attn: Alvin Lipson<br>3307 Clifton Avenue<br>Cincinnati, OH 45220 |
| 1811 | 655 N EXPRESSWAY<br>GRIFFIN, GA 30223 | JDN Realty Corporation<br>Suite 400, 359 East Paces Ferry Road, NE<br>Atlanta, GA 30305 |
| 1829 | 2400 HIRAM ACWORTH HIGHWAY<br>DALLAS, GA 30157 | Hiram 99-GA, LLC, c/o Principal Net Lease Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0301 |
| 1865 | 12160 COUNTY LINE ROAD<br>FAYETTEVILLE, GA 30214 | Nashville TN Associates, a NY general partnership<br>c/o WD Fayetteville GA, Attn: Arthur Reiss<br>60 East 42nd Street, Suite 2201<br>New York, NY 10165 |
| 1867 | 1217 W SPRING ST<br>MONROE, GA 30655 | ARNOBO Associates Partnership<br>a/k/a ARNOBO Associates, LLC, c/o SCG Management<br>3101 Towercreek Parkway, Suite 200<br>Atlanta GA 30339 |
| 1902 | 11208 S. MEMORIAL PKWY<br>HUNTSVILLE, AL 35803 | Amberjack, Ltd<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 1910 | 9076 HWY 20 STE F<br>MADISON, AL 35758 | Lennar Alabama Partners, Inc.<br>1601 Washington Avenue, Suite 700<br>Miami Beach, FL 33139 |
| 1911 | 6125 UNIVERSITY DR<br>HUNTSVILLE, AL 35806 | Madison Mall Shopping Center, Inc.,<br>c/o Marx Realty & Improvement Co., Inc.<br>708 Third Avenue, 15th Floor<br>New York, NY 10017 |
| 1916 | 240 MCCURDY AVE N<br>RAINSVILLE, AL 35986 | WD Rainsville Trust<br>2650 Louis Menck Drive<br>Ft. Worth, TX 76131 |
| 1918 | 4103 SPORTPLEX DRIVE<br>MUSCLE SHOALS, AL 35661 | Shoals Marketplace, LLC<br>6 Office Park Circle, Suite 100<br>Birmingham, AL 35223 |
| 1940 | 5450 HWY 153<br>CHATTANOOGA, TN 37409 | Kemor Properties, Inc., Attn: Bill Raines, c/o The Raines Group<br>1200 Mountain Creek Road, #100<br>Chattanooga, TN 37405 |
| 1996 | 2800 CANTON HWY<br>MARIETTA, GA 30066 | LN Piedmart Village, LLC, Attn: Al Johnston, Leasing Manager<br>4475 River Green Parkway, Suite 100<br>Duluth, GA 30096 |
| 2017 | 802 EAST CENTER STREET<br>LEXINGTON, NC 27292 | David R. Krug & Associates, W/D Lexington, LLC<br>131 Providence Road<br>Charlotte, NC 28207 |
| 2020 | 4709 LAWNDALE-COTTAGE<br>GREENSBORO, NC 27405 | Kotis Properties<br>P. O. Box 9296<br>Greensboro, NC 27429-9296 |
| 2037 | 900 WEST BOULEVARD<br>LAURINBURG, NC 28352 | Scotland Mall, Inc.<br>c/o Mr. C. F. Smith, Jr., President (or successor)<br>1800 Rockingham Road<br>Rockingham, NC 28379 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2064 | 3712 SOUTH HOLDEN ROAD<br>GREENSBORO, NC 27406 | Collett Management, LLC<br>P. O. Box 36799<br>Charlotte, NC 28236-6799 |
| 2105 | 1643 N BRIDGE STREET<br>ELKIN, NC 28621 | Elkmont Associates<br>Attn: Mr. James L. Poindexter, c/o Poindexter Enterprises<br>P. O. Box 28<br>Elkin, NC 28621-0028 |
| 2126 | US HWY 701 & N STREET<br>GEORGETOWN, SC 29440 | PG-1 Development Company<br>c/o Century 21 Grimes & Associates<br>P. O. Box 664<br>Georgetown, SC 29442 |
| 2130 | 1120 OAKWOOD STREET<br>BENNETTSVILLE, SC 29512 | Bennettsville 99-SC, LLC, c/o Principal<br>801 Grand Avenue<br>Des Moines, IA 50392-0490: |
| 2168 | 348 PINEWOOD ROAD<br>SUMTER, SC 29154 | Woodland Village Apartments, a General Partnership<br>c/o J. Donald Dial<br>1320 Washington Street<br>Columbia, SC 29201 |
| 2174 | 1671 SPRINGDALE DRIVE<br>CAMDEN, SC 29020 | Developers Diversified Realty<br>3300 Enterprise Parkway<br>P. O. Box 228042<br>Beachwood, OH 44122 |
| 2188 | 4320 W. STONE DRIVE<br>KINGSPORT, TN 37660 | West Eck Partners, LP<br>2743 Perimeter Parkway, Building 100, Suite 370<br>Augusta, GA 30909 |
| 2189 | 2450 MEMORIAL BOULEVARD<br>KINGSPORT, TN 37664 | Judy R. Street, c/o Joseph B. Lyle, Esq., Green & Hale, P.C.<br>126 Edgemont Avenue<br>Bristol, TN 37621 |
| 2190 | 151 HUDSON DRIVE<br>ELIZABETHTON, TN 37643 | NP of Tennessee, LP<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 2198 | HWY 36 & OAKLAND AVE<br>JOHNSON CITY, TN 37601 | Stichting Ken's Plaza Fonds, c/o Fletcher Bright Company<br>1300 First Tennessee Building<br>Chattanooga, TN 37402 |
| 2193 | 1729 HIGHWAY 19E<br>ELIZABETHTON, TN 37643 | Elizabethton Plaza, Ltd, c/o Ed Street Development<br>1913 S. Roan Street, Suite 105<br>Johnson City, TN 37601 |
| 2386 | 7600 DR. PHILLIPS DRIVE<br>ORLANDO, FL 32819 | Woolbright/SSR Marketplace, LLC, Attn: Shai Moschowits<br>3200 North Military Trail, 4th Floor<br>Boca Raton, FL 33431 |
| 2403 | 1580 E PRICE<br>KELLER, TX 76248 | Keller Crossing Texas, LP, c/o BVT Management Services, Inc.<br>3350 Riverwood Parkway, Suite 1500<br>Atlanta, GA 30339 |
| 2406 | 305 W. EULESS HWY. 10<br>EULESS, TX 76040 | Tri-State Commercial Associates Joint Venture<br>c/o Quine & Associates, Inc.<br>301 South Sherman Street, Suite 100<br>Richardson, TX 75081 |
| 2408 | 143 HARWOOD<br>HURST, TX 76054 | Parkwood Village, c/o HJ Brown Companies<br>7667B Lake Worth Road<br>Lake Worth, FL 33467 |
| 2409 | 2632 FRANKFORD ROAD<br>DALLAS, TX 75287 | Frankford Dallas, LLC<br>2761 E. Trinity Mills Road, #114<br>Carrolton, TX 75006 |
| 2412 | 555 E 6TH STREET<br>SAN ANGELO, TX 76903 | Laureate Capital Corporation<br>P. O. Box 890090<br>Charlotte, NC 28289-0090 |
| 2414 | 4501 NORTH I-35& E-LOOP 340<br>LACY-LAKEVIEW, TX 76705 | Peregrine Properties Limited Partnership<br>711 High Street<br>Des Moines, IA 50392 |
| 2415 | 1101 WALNUT CREEK<br>MANSFIELD, TX 76063 | Peregrine Properties Limited Partnership<br>Attn: Commercial Real Estate Loan Administrator<br>Ref. No. 750418<br>711 High Street<br>Des Moines, IA 50392 |
| 2416 | 10325 LAKE JUNE ROAD<br>DALLAS, TX 75277 | Larissa Lake June, Ltd.<br>6300 Independence Parkway, Suite A-1<br>Plano, TX 75023 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2420 | 1050 NORTH WESTMORELAND<br>DALLAS, TX 75211 | Saran, Ltd<br>5710 LBJ Freeway, Suite 135<br>Dallas, TX 75240 |
| 2421 | 6601 WATAUGA ROAD<br>WATAUGA, TX 76148 | R&G Associates<br>835 Douglas Avenue, Suite 815<br>LB-49, Dallas, TX 75235 |
| 2426 | 808 S.W. GREEN OAKS BLVD.<br>ARLINGTON, TX 76017 | Matlock Oaks Partners<br>P. O. Box 660394<br>Dallas, TX 75266-0394 |
| 2434 | 5651 WESTCREEK DRIVE<br>FORT WORTH, TX 76133 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |
| 2437 | 800 N. KILGORE STREET<br>KILGORE, TX 75662 | Cap Mark Services, Inc.<br>P. O. Box 404124<br>Atlanta GA 30384-8356 |
| 2438 | 1824 SOUTH JACKSON<br>JACKSONVILLE, TX 75766 | Herbert Singer, c/o Ben Fitzgerald Real Estate Services, LLC<br>1300 Pinecrest Drive<br>East, Marshall, TX 75670 |
| 2443 | 7501 DAVIS BOULEVARD<br>NORTH RICHLAND HILLS, TX 76180 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2452 | 719 NORTH HAMPTON ROAD<br>DESOTO, TX 75115 | EIG Hampton Square, LLC, c/o Equity Investment<br>111 East Wayne Street, Suite 500<br>Fort Wayne, IN 46802 |
| 2457 | 4601 DENTON HIGHWAY<br>HALTOM CITY, TX 76117 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2462 | 714 SOUTH FORT HOOD STREET<br>KILLEEN, TX 76541 | 440 Group, Ltd, Attn: Gene Williams<br>P. O. Box 578<br>Killeen, TX 76540-0578 |
| 2480 | 1020 WEST MAIN STREET<br>GUN BARREL CITY, TX 75751 | Ben Fitzgerald Real Estate Services, c/o Dr. Herbert Singer<br>1300 Pinecrest Drive<br>East, Marshall, TX 75672 |
| 2483 | 4457 SOUTH 1ST STREET<br>ABILENE, TX 79605 | First Westgate Mall, LP<br>P. O. Box 671402<br>Dallas, TX 75267 |
| 2485 | 1950 EPHRIHAM<br>FORT WORTH, TX 76106 | Mitchell Mortgage Company, LLC, Attn: ORE Department/POP<br>325, P. O. Box 27459<br>Houston, TX 77227-7459 |
| 2487 | 4609 SOUTHWEST PARKWAY<br>WICHITA FALLS, TX 76310 | WD Wichita Falls TX LP, c/o I. Reiss & Son<br>200 E. 61st Street, Suite 29F<br>New York, NY 10021 |
| 2490 | 2301 CROSS TEMBERS ROAD<br>FLOWER MOUND, TX 75028 | Galileo CMBS T1 HL TX LP<br>P. O. Box 74845<br>Cleveland, OH 44194-4845 |
| 2491 | 5325 WILLIAM TATE<br>GRAPEVINE, TX 76051 | Vineyard Marketplace Limited Partnership<br>c/o Cencor Realty Services, Inc., Attn: Property Manager<br>3102 Maple Avenue, Suite 500<br>Dallas, TX 75201 |
| 2495 | 4445 SATURN<br>GARLAND, TX 75041 | East Partners, Ltd<br>3838 Oaklawn, Suite 810<br>Dallas, TX 75219 |
| 2523 | 710 EDWARDS DRIVE<br>HARKER HEIGHTS, TX 76543 | Central Texas Shopping Center Group, Ltd.<br>c/o HHP Company, LLC<br>Attn: Michael A. Phelan or Patrick H. Phelan<br>6310 Lemmon Avenue, Suite 202<br>Beaumont, TX 75209 |
| 2535 | 7351 SPRING HILL DRIVE<br>SPRING HILL, FL 34606 | Spring Hill Associates, Ltd, c/o Bruce Strumpt, Inc.<br>314 South Missouri Avenue, Suite #305<br>Clearwater, FL 34616 |
| 2536 | 4028 LITTLE ROAD<br>NEW PORT RICHEY, FL 34655 | The Center of Seven Springs, Inc.<br>50 Coconut Row, Suite 114<br>Palm Beach, FL 33480 |
| 2577 | 420 GEORGE NIGH EXPRESSWAY<br>MCALESTER, OK 74501 | Indianapolis Life Insurance Company<br>304 Airport Road, Suite A<br>Bentonville, AR 72712 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2625 | 800 HWY 1 SOUTH<br>GREENVILLE, MS 38701 | Delta Plaza, LLC, c/o Gabriel Jeidel<br>16 East 34th Street, 16th Floor<br>New York, NY 10016 |
| 2739 | 10800 ALPHARETTA HWY<br>ROSWELL, GA 30076 | CCP Employee Profit Sharing Plan & Trust<br>c/o Cardinal Capital Partners, Inc.<br>8214 Westchester Drive, 9th Floor<br>Dallas, TX 75225 |
| 2741 | 5450 PEACHTREE PARKWAY<br>NORCROSS, GA 30092 | MCW-RC-GA-Peachtree Parkway Plaza, LLC<br>c/o Regency Centers, LP<br>121 West Forsyth Street, Suite 200<br>Jacksonville, FL 32202 |
| 9001 | 833 SHOTWELL ROAD<br>CLAYTON, NC 27520 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| 9038 | 6100 S MCINTOSH<br>SARASOTA, FL 34238 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |