UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-11063<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty that:

　　1.　　I am of legal age and I am not a party to this action.

　　2.　　I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey.

　　3.　　On or about February 24, 2005 I caused copies of:

　　●　　the Notice of Organizational Meeting  (Docket No. 65);

to be transmitted via facsimile for delivery to those persons on the Service List attached hereto as Exhibit A.  Copy of the served Notice listed above is attached hereto as Exhibit B.

Dated: February 25, 2005

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kathleen M. Logan

Code:  US

**EXHIBIT A**

**DEBTOR:** WINN-DIXIE STORES, INC.  **CASE:** 05-11063 (SMB)

| | | |
|---|---|---|
| CREDITOR ID: 278834-99<br>ALLMAN SPRY LEGGETT & CRUMPLER<br>ATTN LEGGETT R BRADFORD ESQ<br>380 KNOLLWOOD ST STE 700<br>WINSTON-SALEM NC 27113-5129 | CREDITOR ID: 278724-27<br>AMERIPRIME FUNDS<br>IMS CAPITAL MANAGEMENT<br>ATTN CARL W MARKER<br>8995 SE OTTY ROAD<br>PORTLAND OR 97266 | CREDITOR ID: 278710-26<br>ANDERSON NEWS LLC<br>ATTN JENNIFER VOSS, VP ACCOUNTING<br>PO BOX 52570<br>KNOXVILLE TN 37950-2570 |
| CREDITOR ID: 278840-99<br>ANGEL & FRANKEL<br>ATTN: RICK A STEINBERG<br>460 PARK AVE<br>NEW YORK NY 10022-1906 | CREDITOR ID: 278836-99<br>ANGEL & FRANKEL PC<br>ATTN LAURENCE MAY<br>460 PARK AVE<br>NEW YORK NY 10022-1906 | CREDITOR ID: 278729-27<br>AVIVA LIFE INSURANCE COMPANY<br>ATTN ELIZABETH ANNE DOWD<br>108 MYRTLE STREET<br>NEWPORT OFFICE PARK<br>NORTH QUINCY MA 02171 |
| CREDITOR ID: 278835-99<br>BALCH & BINGHAM LLP<br>ATTN W CLARK WATSON & ERIC RAY ESQ<br>1901 SIXTH AVE N STE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 | CREDITOR ID: 278786-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN DAVID L POLLACK ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278796-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN DEAN C WALDT ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 278795-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN JEFFREY MEYERS ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278703-26<br>CAMPBELL SOUP CO.<br>ATTN MAUREEN HART, SR. CREDIT MGR<br>PO BOX 101407<br>ATLANTA GA 30392-1407 | CREDITOR ID: 278722-27<br>CAPITAL RESEARCH & MANAGEMENT CO<br>ATTN ABNER D GOLDSTINE<br>AMERICAN FUNDS<br>333 SOUTH HOPE STREET<br>LOS ANGELES CA 90071 |
| CREDITOR ID: 278696-26<br>CH ROBINSON WORLDWIDE, INC.<br>ATTN TERESA BELLMAN, CONTROLLER<br>PO BOX 9121<br>MINNEAPOLIS MN 55480-9121 | CREDITOR ID: 278706-26<br>CLOROX SALES CO - KPD<br>ATTN SYBIL SHAW, CREDIT MANAGER<br>PO BOX 66123<br>CHARLOTTE NC 28275-1754 | CREDITOR ID: 278774-26<br>COCA-COLA BOTTLING CO. CONSOLIDATED<br>ATTN: JOYCE ROPER, CBA<br>MANAGER, CREDIT COLLECTIONS<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 278701-26<br>COCA-COLA BOTTLING WORKS<br>ATTN DICK STITELER,<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 | CREDITOR ID: 278688-26<br>CONAGRA GROCERY PRODUCTS CO.<br>ATTN ROBERT ELLIS,<br>CORP CREDIT ANALYSIS MGR<br>PO BOX 409626<br>ATLANTA GA 30384 | CREDITOR ID: 278788-99<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>ATTN: JANICE STANTON<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 |
| CREDITOR ID: 278818-99<br>COZEN O'CONNOR<br>ATTN DAVID J LIEBMAN<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278817-99<br>COZEN O'CONNOR<br>ATTN NEAL D COLTON<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278697-26<br>DEL MONTE FOODS USA<br>ATTN FRANK BUCKSTEIN,<br>MANAGER CREDIT & COLLECTIONS<br>1336 SOLUTIONS CENTER<br>CHICAGO IL 60677-1003 |
| CREDITOR ID: 278719-26<br>DLJ PRODUCE, INC.<br>ATTN ALAN YOSHIDONE, CONTROLLER<br>PO BOX 2398<br>WEST COVINA CA 91793 | CREDITOR ID: 278713-26<br>EDY'S GRAND ICE CREAM<br>ATTN FRED POMERANTZ, CREDIT MANAGER<br>PO BOX 406247<br>ATLANTA GA 30384-6247 | CREDITOR ID: 278698-26<br>FIN TECH<br>ATTN DOUG WILHELM<br>4720 W CYPRESS STREET<br>TAMPA FL 33607 |
| CREDITOR ID: 278687-26<br>FLORIDA COCA-COLA<br>ATTN DICK STITELER<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>PO BOX 30000<br>ORLANDO FL 32891-0001 | CREDITOR ID: 278779-99<br>FRANK/GECKER LLP<br>ATTN: MICAH KROHN<br>325 N LASALLE ST STE 625<br>CHICAGO IL 60610 | CREDITOR ID: 278778-99<br>FRANK/GECKER LLP<br>ATTN: JOSEPH D FRANK<br>325 N LASALLE STREET STE 625<br>CHICAGO IL 60610 |
| CREDITOR ID: 278685-26<br>GENERAL MILLS, INC.<br>ATTN: TERRI JOHNSON<br>ACCT OPERATION DEVELOPMENT MGR<br>PO BOX 101412<br>ATLANTA GA 30392-0001 | CREDITOR ID: 278704-26<br>GEORGIA PACIFIC CORP.<br>ATTN BOB MOON, CREDIT MANAGER<br>PO BOX 102487<br>ATLANTA GA 30368-2487 | CREDITOR ID: 278716-26<br>GERBER PRODUCTS COMPANY<br>ATTN JEFF TALEE, FINANCE MANAGER<br>445 STATE STREET<br>FREEMONT MI 49413 |

**DEBTOR:**  WINN-DIXIE STORES, INC.                                                              **CASE:**  05-11063 (SMB)

CREDITOR ID: 278700-26
GILLETTE COMPANY
ATTN MARY TRAHAN, CREDIT MANAGER
PO BOX 100800
ATLANTA GA 30384-0800

CREDITOR ID: 278694-26
GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT,
CREDIT MANAGER
PO BOX 75604
CHARLOTTE NC 28275-5604

CREDITOR ID: 278726-27
GOODMAN & CO. INVESTMENT COUNSEL
ATTN CHRISTY YIP
SCOTIA PLAZA 55TH FLOOR
40 KING STREET WEST
TORONTO  ON M5H 4A9
CANADA

CREDITOR ID: 278693-26
GOURMET AWARD FOODS MID ATLANTIC
ATTN MARK KELLUM,
NATIONAL ACCOUNT MANAGER
4055 DEERPARK BOULEVARD
ELKTON FL 32033

CREDITOR ID: 278708-26
JOHNSON & JOHNSON
ATTN JOHN WERNICKI,
NATIONAL SALES DIRECTOR
PO BOX 751059
CHARLOTTE NC 28275

CREDITOR ID: 278838-99
KAYE SCHOLER LLP
ATTN: KEITH MURPHY
425 PARK AVENUE
NEW YORK NY 10022-3598

CREDITOR ID: 278837-99
KAYE SCHOLER LLP
ATTN RICHARD SMOLEV
425 PARK AVENUE
NEW YORK NY 10022-3598

CREDITOR ID: 278695-26
KEEBLER COMPANY
ATTN DAN GILROY
PO BOX 73451
CHICAGO IL 60673-7451

CREDITOR ID: 278776-99
KELLEY DRYE & WARREN LLP
ATTN: ROBERT LEHANE
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 278775-99
KELLEY DRYE & WARREN LLP
ATTN: JAMES S CARR
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 278707-26
KELLOGG SALES COMPANY
ATTN JUAN MOSPEK, CREDIT MANAGER
PO BOX 905193
CHARLOTTE NC 28290-9051

CREDITOR ID: 278689-26
KIMBERLY CLARK
ATTN TED C. BANKER,  SR.
CREDIT MANAGER
PO BOX 915003
DALLAS TX 75391-5003

CREDITOR ID: 278681-26
KRAFT (KRAFT FOODS, KRAFT PIZZA,
NABISCO)
ATTN SANDRA SCHIRMANG
DIRECTOR OF CREDIT
22541 NETWORK PLACE
CHICAGO IL 60673-1225

CREDITOR ID: 278827-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN HOWARD B LEVI ESQ
845 THIRD AVE 21ST FLR
NEW YORK NY 10022

CREDITOR ID: 278783-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: STEVEN FEIGENBAUM
845 THIRD AVE 21ST FL
NEW YORK NY 10022

CREDITOR ID: 278824-99
LOCKE LIDDELL & SAPP LLP
ATTN C DAVIN BOLDISSAR ESQ
601 POLYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

CREDITOR ID: 278822-99
LOCKE LIDDELL & SAPP LLP
ATTN OMER KUEBEL III ESQ
601 POYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

CREDITOR ID: 278712-26
LOUISIANA COA-COLA
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
1314 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

CREDITOR ID: 278690-26
MCKEE FOODS CORPORATION
ATTN VALERIE PHILLIPS,
SR CREDIT MANAGER
PO BOX 2118
COLLEGEDALE TN 37315-2118

CREDITOR ID: 278832-99
MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN ESQ
101 PARK AVE
NEW YORK NY 10178-0600

CREDITOR ID: 278684-26
NESTLE (NESTLE USA, NESTLE PURINA,
NESTLE WATER)
ATTN: PETER B KNOX
DIRECTOR OF CREDIT & COLLECTIONS
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 278816-99
PATTERSON BELKNAP WEBB & TYLER
ATTN MICHAEL HANDLER ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 278815-99
PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKEHOUSE ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 278682-26
PEPSICO & SUBSIDIARIES
ATTN: MARTY SCAMINACI
DIRECTOR FINANCIAL SERVICES
PO BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 278789-99
PITNEY HARDIN LLP
ATTN: SCOTT A ZUBER ESQ
200 CAMPUS DRIVE
FLORHAM PARK NJ 07932-0950

CREDITOR ID: 278699-26
POWERHOUSE PRODUCE LLC
ATTN JAMES BANKS, ACCOUNT MANAGER
PO BOX 368
RIVERHEAD NY 11901

CREDITOR ID: 278683-26
PROCTOR & GAMBLE DISTRIBUTING CO.
ATTN: JAY JONES, CR. MGR.
PO BOX 100537
ATLANTA GA 30384-0537

CREDITOR ID: 278725-27
RELIANCE STANDARD LIFE INSURANCE CO
ATTN BECKY CULVER
PO BOX 3050
MILWAUKEE WI 53201

CREDITOR ID: 278803-99
RICHARD W WARD ESQ
2527 FAIRMOUNT ST
DALLAS TX 75201

CREDITOR ID: 278709-26
RIVERDALE FARMS
ATTN VANESSA FERNANDEZ, CONTROLLER
PO BOX 861093
ORLANDO FL 32886-3356

**DEBTOR:**   WINN-DIXIE STORES, INC.                                                                  **CASE:**   05-11063 (SMB)

| | | |
|---|---|---|
| CREDITOR ID: 278705-26<br>ROSS LABORATORIES<br>ATTN PHIL POLK, CONTROLLER<br>DEPT L-281<br>COLUMBUS OH 43260-0001 | CREDITOR ID: 278711-26<br>SAFE HARBOR SEAFOOD<br>ATTN JACK JONES, CFO<br>4371 OCEAN STREET<br>MAYPORT FL 32233-2417 | CREDITOR ID: 278718-26<br>SANDERSON FARMS<br>ATTN NEAL MORGAN, DIRECTOR OF SALES<br>PO BOX 988<br>LAUREL MS 39441-0988 |
| CREDITOR ID: 278691-26<br>SARA LEE FOODS<br>ATTN JOEL CARTRIGHT,<br>CREDIT MANAGER<br>PO BOX 905466<br>CHARLOTTE NC 28290 | CREDITOR ID: 278820-99<br>SCARELLA ROSEN & SLOME<br>ATTN ADAM L ROSEN ESQ<br>333 EARLE OVINGTON BLVD STE 901<br>UNIONDALE NY 11553 | CREDITOR ID: 278773-26<br>SCHERING PLOUGH HEALTH CARE<br>ATTN: JOHN GLYNN - DIRECTOR, TRADE<br>3030 JACKSON AVENUE<br>MEMPHIS TN 38151 |
| CREDITOR ID: 278720-26<br>SCHERING PLOUGH HEALTH CARE<br>PO BOX 100373<br>ATLANTA GA 30384 | CREDITOR ID: 278702-26<br>SCHREIBER FOODS, INC.<br>ATTN KRIS SKUPAS, CREDIT MANAGER<br>PO BOX 905008<br>CHARLOTTE NC 28290-5008 | CREDITOR ID: 278728-27<br>SECURITIES MANAGEMENT AND<br>RESEARCH, INC.<br>ATTN SHERRY BAKER<br>24500 SOUTH SHORE BLVD SUITE 400<br>LEAGUE CITY TX 77573 |
| CREDITOR ID: 278833-99<br>TRAUB BONACQUIST & FOX LLP<br>ATTN PAUL TRAUB<br>655 THIRD AVE 21ST FLR<br>NEW YORK NY 10017 | CREDITOR ID: 278839-99<br>TRAUB BONACQUIST & FOX LLP<br>ATTN: WENDY MARCARI ESQ<br>655 THIRD AVE 21ST FL<br>NEW YORK NY 10017 | CREDITOR ID: 278686-26<br>UNILEVER (HPC USA & BEST FOODS)<br>ATTN RICHARD BELLIS,<br>CREDIT MANAGER<br>1 JOHNS STREET<br>CLINTON CT 06413 |
| CREDITOR ID: 278692-26<br>US BANK CORPORATION<br>ATTN ANGELA TRUDEAU VP<br>RELATIONSHIP MANAGEMENT<br>PO BOX 790428<br>ST LOUIS MO 63179-0428 | CREDITOR ID: 278723-27<br>VANGUARD GROUP INCORPORATED<br>THE VANGUARD GROUP<br>ATTN EARL E MCEVOY<br>PO BOX 2600<br>VALLEY FORGE PA 19482 | CREDITOR ID: 278715-26<br>WARNER LAMBERT CONSUMER GROUP<br>ATTN ANDY HELVESTON<br>400 WEST LINCOLN AVENUE<br>LITITZ PA 17543 |
| CREDITOR ID: 278727-27<br>WELLINGTON MANAGEMENT CO. LLP<br>GATEWAY CENTER THREE<br>ATTN EARL E MCEVOY<br>100 MULBERRY STREET<br>NEWARK NJ 07102 | CREDITOR ID: 278721-27<br>WILMINGTON TRUST COMPANY AS<br>INDENTURE TRUSTEE<br>ATTN CORPORATE TRUST DEPARTMENT<br>RODNEY SQUARE NORTH<br>WILMINGTON DE 19890 | CREDITOR ID: 278714-26<br>WYETH CONSUMER HEALTHCARE<br>ATTN LARRY SANDERS, VP GLOBAL FINAN<br>PO BOX 75296<br>CHARLOTTE NC 28275-5296 |

**Total:   78**

**EXHIBIT B**

U.S. Department of Justice

Office of the United States Trustee
*Southern District of New York*

---

*33 Whitehall Street*  *(212) 510-0500*
*21st Floor*  *Fax: (212) 668-2255*
*New York, New York 10004*

February 24, 2005

TO THE LARGEST UNSECURED CREDITORS OF:

**WINN-DIXIE STORES, INC.,** *et al.,* **LEAD CASE NO. 05-11063 (RDD)**

Please be advised that the Office of the United States Trustee for the Southern District of New York will hold an organizational meeting for unsecured creditors in the above referenced bankruptcy cases on **Tuesday, March 1, 2005 at 2:00 p.m.** at the following location:

**The Westin New York
at Times Square
Gershwin Ballroom--Fourth Floor
270 West 43rd Street
New York, New York 10007
Tel. (212) 201-2700**

The sole purpose of the meeting will be to form a committee or committees of unsecured creditors in these cases. This is not the meeting of creditors pursuant to Section 341 of the Bankruptcy Code; however, a representative of the debtors will attend and provide background information regarding the cases.

If you wish to be considered for the membership on any committee that is formed, please complete the attached "CREDITORS' COMMITTEE ACCEPTANCE FORM" and either return it by facsimile service to the Office of the United States Trustee at the number listed above or present it to a representative of the Office of the United States Trustee at the organizational meeting. Please be advised that the creditors who attend the meeting in person will be more favorably considered for committee membership over creditors who do not attend the meeting or attend by proxy.

If you do not wish to serve on a creditors' committee, your presence at the meeting is not required. Please note that your presence at this meeting is not required for the purpose of submitting a claim against the debtors.

Very truly yours,

DEIRDRE A. MARTINI
UNITED STATES TRUSTEE

By:   /s/ Richard C. Morrissey
      Richard C. Morrissey
      Attorney

Attachment

OFFICE OF THE UNITED STATES TRUSTEE FOR THE
SOUTHERN DISTRICT OF NEW YORK
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500
Fax No. (212) 668-2255

RCM

CREDITORS' COMMITTEE ACCEPTANCE FORM

Re: **WINN-DIXIE STORES, INC.,** *et al.* (Jointly Administered)
Lead Case No. 05-11063 (RDD)

**PLEASE TYPE OR PRINT NEATLY AND CLEARLY:**

The undersigned creditor is willing to serve on the Committee of Unsecured Creditors of the Debtors:

A.  UNSECURED CREDITOR'S NAME, ADDRESS, TELEPHONE AND TELECOPY NUMBERS:

_____

_____

B.  NAME OF COUNSEL (if any) FOR CREDITOR, ADDRESS, TELEPHONE AND TELECOPY NUMBERS:

_____

_____

C.  AMOUNT OF UNSECURED CLAIM:    $_____

D..  CLAIM ASSERTED AGAINST WHICH DEBTOR:   _____

E.  TYPE OF CLAIM (i.e., Trade, Bank, Note, etc. If a Noteholder, please identify which issuance of notes is held. Noteholders wishing to serve as fiduciaries on any statutory committee are advised that they may not trade while they are committee members. By submitting this form, noteholders are agreeing to this prohibition):

_____

F.  IF CREDITOR HAS PROPERTY OF THE DEBTOR IN ITS POSSESSION OR HAS A SECURED CLAIM OR MADE A UCC 2-702 RECLAMATION, PLEASE INDICATE:

_____

G.  IF HOLDER OF CLAIM IS AN OFFICER OR DIRECTOR OF ANY DEBTOR, INDICATE POSITION:

_____

H.  IF HOLDER OF CLAIM IS RELATED TO AN OFFICER OR DIRECTOR OF ANY DEBTOR, OR A PERSON IN CONTROL OF ANY DEBTOR, INDICATE RELATIONSHIP:

_____

- **PLEASE BE ADVISED THAT, AS FIDUCIARIES ON ANY STATUTORY COMMITTEE, UNSECURED CREDITORS, WHO WILL HAVE ACCESS TO CONFIDENTIAL INFORMATION ABOUT THE DEBTOR, MAY NOT TRADE WITH RESPECT TO THE DEBT OR STOCK OF THE DEBTORS WHILE THEY ARE COMMITTEE MEMBERS, EXCEPT PURSUANT TO A SUBSEQUENT ORDER OF THE BANKRUPTCY COURT AUTHORIZING SUCH TRADING. BY AGREEING TO SERVE ON THE COMMITTEE OF UNSECURED CREDITORS, YOU HAVE AGREED TO THIS PROHIBITION.**

DATE: _____
SIGNATURE: _____
**PRINT NAME AND TITLE OF
PERSON COMPLETING FORM:** _____

- KINDLY ANSWER ALL QUESTIONS SO THAT THIS FORM CAN BE PROCESSED PROPERLY WITHOUT DELAY.
- PLEASE EITHER (i) RETURN TO THE UNITED STATES TRUSTEE BY TELECOPIER BY 12:00 noon EST on February 28, 2005, OR (ii) GIVE TO THE UNITED STATES TRUSTEE'S REPRESENTATIVE AT THE ORGANIZATIONAL MEETING.
- <u>THIS IS NOT A PROOF OF CLAIM FORM. PROOFS OF CLAIM ARE FILED WITH THE CLERK OF THE BANKRUPTCY COURT, NOT WITH THE UNITED STATES TRUSTEE.</u>