UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-11063

(Jointly Administered)

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty that:

1.       I am of legal age and I am not a party to this action.

2        I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey.

3.       On or about February 24, 2005 I caused copies of:

●   the Motion for Authority to Reject Certain Real Property Leases, Effective as of Petition Date (Docket No. 24);

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  Copy of the served Motion listed above is attached hereto as Exhibit B.

Dated: February 24, 2005

_____
Kathleen M. Logan

Code:  RO

**EXHIBIT A**

Service List
Contract Rejection Motion

**DEBTOR:   WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (SMB)**

CREDITOR ID: 278731-28
AL - DEPT. OF REVENUE
ATTN: TREY GRANGER
GENERAL COUNSEL - SECRETARY OF STATE OF ALABAMA
OFFICE OF THE SECRETARY OF STATE
PO BOX 5616
MONTGOMERY AL 36103-5616

CREDITOR ID: 278730-28
AL - DEPT. OF REVENUE
ATTN: DWIGHT CARLISLE
ALABAMA DEPARTMENT OF REVENUE
GORDON PERSONS BUILDING
50 N. RIPLEY STREET
MONTGOMERY AL 36132

CREDITOR ID: 278834-99
ALLMAN SPRY LEGGETT & CRUMPLER
ATTN LEGGETT R BRADFORD ESQ
380 KNOLLWOOD ST STE 700
WINSTON-SALEM NC 27113-5129

CREDITOR ID: 278732-28
AMERICAN BANK NOTE COMPANY
AS AGENT FOR THE UNITED STATES POSTAL SERVICE
ATTN: BRUCE ACKERMAN
VP BUSINESS DEVELOPMENT

CREDITOR ID: 278724-27
AMERIPRIME FUNDS
IMS CAPITAL MANAGEMENT
ATTN CARL W MARKER
8995 SE OTTY ROAD
PORTLAND OR 97266

CREDITOR ID: 278733-28
AMSOUTH BANK
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL

CREDITOR ID: 278061-22
AMSOUTH BANK
ADDRESS TO BE PROVIDED

CREDITOR ID: 278710-26
ANDERSON NEWS LLC
ATTN JENNIFER VOSS, VP ACCOUNTING
PO BOX 52570
KNOXVILLE TN 37950-2570

CREDITOR ID: 278840-99
ANGEL & FRANKEL
ATTN: RICK A STEINBERG
460 PARK AVE
NEW YORK NY 10022-1906

CREDITOR ID: 278836-99
ANGEL & FRANKEL PC
ATTN LAURENCE MAY
460 PARK AVE
NEW YORK NY 10022-1906

CREDITOR ID: 278729-27
AVIVA LIFE INSURANCE COMPANY
ATTN ELIZABETH ANNE DOWD
108 MYRTLE STREET
NEWPORT OFFICE PARK
NORTH QUINCY MA 02171

CREDITOR ID: 278835-99
BALCH & BINGHAM LLP
ATTN W CLARK WATSON & ERIC  RAY ESQ
1901 SIXTH AVE N STE 2600
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 278795-99
BALLARD SPAHR ANDREWS & INGERSOLL
ATTN JEFFREY MEYERS ESQ
51ST FLR MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278796-99
BALLARD SPAHR ANDREWS & INGERSOLL
ATTN DEAN C WALDT ESQ
51ST FLR MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278786-99
BALLARD SPAHR ANDREWS & INGERSOLL
ATTN DAVID L POLLACK ESQ
51ST FLR MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278734-28
BANK OF AMERICA, N.A.
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
1111 E. MAIN STREET, 18TH FLOOR
PO BOX 25086
MECHANICSVILLE VA 90017

CREDITOR ID: 278735-28
BENNETT'S LEASING INCORPORATED
ATTN: B. MEEHAN
4805 LENNOX AVE.
JACKSONVILLE FL 32205

CREDITOR ID: 278703-26
CAMPBELL SOUP CO.
ATTN MAUREEN HART, SR. CREDIT MGR
PO BOX 101407
ATLANTA GA 30392-1407

CREDITOR ID: 278722-27
CAPITAL RESEARCH & MANAGEMENT CO
ATTN ABNER D GOLDSTINE
AMERICAN FUNDS
333 SOUTH HOPE STREET
LOS ANGELES CA 90071

CREDITOR ID: 278736-28
CARGILL, INCORPORATED
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
CARGILL, INCORPORATED - CORPORATE HEADQUARTERS
PO BOX 9300
MINNEAPOLIS MN 55440-9300

CREDITOR ID: 278696-26
CH ROBINSON WORLDWIDE, INC.
ATTN TERESA BELLMAN, CONTROLLER
PO BOX 9121
MINNEAPOLIS MN 55480-9121

CREDITOR ID: 278737-28
CISCO SYSTEMS CAPITAL CORPORATION
ATTN: SCOTT ALVAREZ
400 CARILLON PARKWAY, SUITE 220
ST. PETERSBURG FL 33716

CREDITOR ID: 278056-22
CIT GROUP/BUSINESS CREDIT, INC.
ADDRESS TO BE PROVIDED

CREDITOR ID: 278706-26
CLOROX SALES CO - KPD
ATTN SYBIL SHAW, CREDIT MANAGER
PO BOX 66123
CHARLOTTE NC 28275-1754

CREDITOR ID: 278717-12
COCA-COLA BOTTLING CO.
ATTN JULIE POLANIS, CREDIT MANAGER
300 COCA-COLA ROAD
CHARLOTTE NC 28275

CREDITOR ID: 278774-26
COCA-COLA BOTTLING CO. CONSOLIDATED
ATTN: JOYCE ROPER, CBA
MANAGER, CREDIT COLLECTIONS

CREDITOR ID: 278701-26
COCA-COLA BOTTLING WORKS
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
300 COCA-COLA ROAD
CHARLOTTE NC 28275

CREDITOR ID: 278738-28
COMPUTER LEASING COMPANY OF MICHIGAN, INC.
ATTN: COLIN ARMSTRONG
5150 PALM VALLEY ROAD, SUITE 208
PONTA VEDRA BEACH FL 32082

CREDITOR ID: 278688-26
CONAGRA GROCERY PRODUCTS CO.
ATTN ROBERT ELLIS,
CORP CREDIT ANALYSIS MGR
PO BOX 409626
ATLANTA GA 30384

CREDITOR ID: 278052-22
CONGRESS FINANCIAL CORPORATION (FL)
AS COLLATERAL MONITORING AGENT
ATTN PORFOLIO MANAGER - WINN DIXIE
777 BRICKELL AVENUE, SUITE 808
MIAMI FL 33131

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:  05-11063 (SMB)**

CREDITOR ID: 278788-99
CONTRARIAN CAPITAL MANAGEMENT LLC
ATTN: JANICE STANTON
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

CREDITOR ID: 278818-99
COZEN O'CONNOR
ATTN DAVID J LIEBMAN
1900 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278817-99
COZEN O'CONNOR
ATTN NEAL D COLTON
1900 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278784-XX
CREST HAVEN LLC
C/O LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: HOWARD LEVI/STEVEN FEIGENBAUM
845 THIRD AVE 21ST FL
NEW YORK NY 10022

CREDITOR ID: 278739-28
CRYOVAC, INC.
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
100 ROGERS BRIDGE ROAD
DUNCAN SC 29334

CREDITOR ID: 278697-26
DEL MONTE FOODS USA
ATTN FRANK BUCKSTEIN,
MANAGER CREDIT & COLLECTIONS
1336 SOLUTIONS CENTER
CHICAGO IL 60677-1003

CREDITOR ID: 278719-26
DLJ PRODUCE, INC.
ATTN ALAN YOSHIDONE, CONTROLLER
PO BOX 2398
WEST COVINA CA 91793

CREDITOR ID: 278713-26
EDY'S GRAND ICE CREAM
ATTN FRED POMERANTZ, CREDIT MANAGER
PO BOX 406247
ATLANTA GA 30384-6247

CREDITOR ID: 278740-28
EMC CORPORATION
ATTN: TOM CIMENO
SUITE 900
6200 COURTNEY CAMPBELL CAUSEWAY
TAMPA FL 33607

CREDITOR ID: 278742-28
FIDELITY LEASING, INC.
PO BOX 8500-9805
PHILADELPHIA PA 19178-9805

CREDITOR ID: 278741-28
FIDELITY LEASING, INC.
ATTN: MIKE O'HARE; GEN SCHEURER
601 RIVERSIDE AVENUE
JACKSONVILLE FL 32204

CREDITOR ID: 278698-26
FIN TECH
ATTN DOUG WILHELM
4720 W CYPRESS STREET
TAMPA FL 33607

CREDITOR ID: 278744-28
FIRST UNION NATIONAL BANK
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL

CREDITOR ID: 278743-28
FIRST UNION NATIONAL BANK
AS ADMINISTRATIVE AGENT
NOW KNOWN AS WACHOVIA BANK, NATIONAL ASSOCIATION
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL

CREDITOR ID: 278745-28
FIRST UNION NATIONAL BANK, AS ADMINISTRATIVE AGENT
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL

CREDITOR ID: 278746-28
FLEET BUSINESS CREDIT, LLC
ATTN: TODD A. STUMP
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO IL 60606

CREDITOR ID: 278747-28
FLEET CAPITAL LEASING - TECHNOLOGY FINANCE
ATTN: TODD A. STUMP
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO IL 60606

CREDITOR ID: 278748-28
FLEET LEASING CORPORATION
ATTN: TODD A. STUMP
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO IL 60606

CREDITOR ID: 278057-22
FLEET RETAIL GROUP, INC.
ADDRESS TO BE PROVIDED

CREDITOR ID: 278687-26
FLORIDA COCA-COLA
ATTN DICK STITELER
DIRECTOR OF CUSTOMER FINANCIAL SVCS
PO BOX 30000
ORLANDO FL 32891-0001

CREDITOR ID: 278778-99
FRANK/GECKER LLP
ATTN: JOSEPH D FRANK
325 N LASALLE STREET STE 625
CHICAGO IL 60610

CREDITOR ID: 278779-99
FRANK/GECKER LLP
ATTN:  MICAH KROHN
325 N LASALLE ST STE 625
CHICAGO IL 60610

CREDITOR ID: 278814-XX
FTI CONSULTING
ATTN: MICHAEL EISENBAND
3 TIMES SQUARE 11TH FL
NEW YORK NY 10036

CREDITOR ID: 278749-28
GATX TECHNOLOGY SERVICES CORPORATION
ATTN: MICHAEL WILKINSON
1 CIT DRIVE
LIVINGSTON NJ 07039

CREDITOR ID: 278750-28
GE CAPITAL
PO BOX 740441
ATLANTA GA 30374-0441

CREDITOR ID: 278751-28
GE CAPITAL
ATTN: PAUL HERINGSLAKE
VICE PRESIDENT & SENIOR ACCOUNT EXECUTIVE
GE COMMERCIAL EQUIPMENT FINANCING
160 INTERNATIONAL PARKWAY, SUITE 120
HEATHROW FL 32746

CREDITOR ID: 278752-28
GENERAL ELECTRIC CAPITAL
PO BOX 740441
ATLANTA GA 30374-0441

CREDITOR ID: 278055-22
GENERAL ELECTRIC CAPITAL CORPORATIO
ADDRESS TO BE PROVIDED

CREDITOR ID: 278753-28
GENERAL ELECTRIC CAPITAL CORPORATION
ATTN: PAUL HERINGSLAKE
VICE PRESIDENT & SENIOR ACCOUNT EXECUTIVE
GE COMMERCIAL EQUIPMENT FINANCING
160 INTERNATIONAL PARKWAY, SUITE 120
HEATHROW FL 32746

CREDITOR ID: 278754-28
GENERAL ELECTRIC CAPITAL CORPORATION
WILLIAM S. THEIS, VP - REGION SALES MANAGER
COMMERCIAL EQUIPMENT FINANCING
GENERAL ELECTRIC CAPITAL CORPORATION
2385 EXECUTIVE CENTER DRIVE, SUITE 200
BOCA RATON FL 33431

Service List
Contract Rejection Motion

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (SMB)**

CREDITOR ID: 278685-26
GENERAL MILLS, INC.
ATTN: TERRI JOHNSON
ACCT OPERATION DEVELOPMENT MGR
PO BOX 101412
ATLANTA GA 30392-0001

CREDITOR ID: 278704-26
GEORGIA PACIFIC CORP.
ATTN BOB MOON, CREDIT MANAGER
PO BOX 102487
ATLANTA GA 30368-2487

CREDITOR ID: 278716-26
GERBER PRODUCTS COMPANY
ATTN JEFF TALEE, FINANCE MANAGER
445 STATE STREET
FREEMONT MI 49413

CREDITOR ID: 278700-26
GILLETTE COMPANY
ATTN MARY TRAHAN, CREDIT MANAGER
PO BOX 100800
ATLANTA GA 30384-0800

CREDITOR ID: 278053-22
GMAC COMMERCIAL FINANCE LLC
SYNDICATION AGENT
ATTN ROBERT BRANDOW, DIRECTOR
1290 AVENUE OF THE AMERICAS, 3RD FL
NEW YORK NY 10104

CREDITOR ID: 278694-26
GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT,
CREDIT MANAGER
PO BOX 75604
CHARLOTTE NC 28275-5604

CREDITOR ID: 278726-27
GOODMAN & CO. INVESTMENT COUNSEL
ATTN CHRISTY YIP
SCOTIA PLAZA 55TH FLOOR
40 KING STREET WEST
TORONTO  ON M5H 4A9
CANADA

CREDITOR ID: 278693-26
GOURMET AWARD FOODS MID ATLANTIC
ATTN MARK KELLUM,
NATIONAL ACCOUNT MANAGER
4055 DEERPARK BOULEVARD
ELKTON FL 32033

CREDITOR ID: 278755-28
HEALTHGUARD FINANCE CORPORATION
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
HEALTHGUARD INTERNATIONAL
255 N WASHINGTON STREET # 202
ROCKVILLE MD 20850-1756

CREDITOR ID: 278756-28
HEALTHGUARD INTERNATIONAL, INC.
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
HEALTHGUARD INTERNATIONAL
255 N WASHINGTON STREET # 202
ROCKVILLE MD 20850-1756

CREDITOR ID: 278757-28
IBM CREDIT CORPORATION (LESSOR)
ATTN: LEE LORENZ
315 E. ROBINSON STREET
ORLANDO FL 32801

CREDITOR ID: 278758-28
IBM CREDIT LLC
ATTN: LEE LORENZ
315 E. ROBINSON STREET
ORLANDO FL 32801

CREDITOR ID: 278759-28
IKON OFFICE SOLUTIONS INC
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
CORPORATE HEADQUARTERS
IKON OFFICE SOLUTIONS
70 VALLEY STREAM PARKWAY
MALVERN PA 19355-1407

CREDITOR ID: 274941-17
INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
290 BROADWAY, 7TH FLOOR
NEW YORK NY 10007-1867

CREDITOR ID: 278062-22
ISRAEL DISCOUNT BANK OF NEW YORK
ADDRESS TO BE PROVIDED

CREDITOR ID: 278708-26
JOHNSON & JOHNSON
ATTN JOHN WERNICKI,
NATIONAL SALES DIRECTOR
PO BOX 751059
CHARLOTTE NC 28275

CREDITOR ID: 278838-99
KAYE SCHOLER LLP
ATTN: KEITH MURPHY
425 PARK AVENUE
NEW YORK NY 10022-3598

CREDITOR ID: 278837-99
KAYE SCHOLER LLP
ATTN RICHARD SMOLEV
425 PARK AVENUE
NEW YORK NY 10022-3598

CREDITOR ID: 278695-26
KEEBLER COMPANY
ATTN DAN GILROY
PO BOX 73451
CHICAGO IL 60673-7451

CREDITOR ID: 278776-99
KELLEY DRYE & WARREN LLP
ATTN: ROBERT LEHANE
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 278775-99
KELLEY DRYE & WARREN LLP
ATTN: JAMES S CARR
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 278707-26
KELLOGG SALES COMPANY
ATTN RON MOSPEK, CREDIT MANAGER
PO BOX 905193
CHARLOTTE NC 28290-9051

CREDITOR ID: 278689-26
KIMBERLY CLARK
ATTN TED C. BANKER,  SR.
CREDIT MANAGER
PO BOX 915003
DALLAS TX 75391-5003

CREDITOR ID: 278760-28
KONICA PHOTO IMAGING
ATTN: PAUL GORDON
SVP OF SALES

CREDITOR ID: 278761-28
KONICA USA INC.
ATTN: PAUL GORDON
SVP OF SALES

CREDITOR ID: 278681-26
KRAFT (KRAFT FOODS, KRAFT PIZZA,
NABISCO)
ATTN SANDRA SCHIRMANG
DIRECTOR OF CREDIT
22541 NETWORK PLACE
CHICAGO IL 60673-1225

CREDITOR ID: 278827-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN HOWARD B LEVI ESQ
845 THIRD AVE 21ST FLR
NEW YORK NY 10022

CREDITOR ID: 278783-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: STEVEN FEIGENBAUM
845 THIRD AVE 21ST FL
NEW YORK NY 10022

CREDITOR ID: 278822-99
LOCKE LIDDELL & SAPP LLP
ATTN OMER KUEBEL III ESQ
601 POYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

CREDITOR ID: 278824-99
LOCKE LIDDELL & SAPP LLP
ATTN C DAVIN BOLDISSAR ESQ
601 POLYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

Service List
Contract Rejection Motion

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                **CASE:   05-11063 (SMB)**

CREDITOR ID: 278712-26
LOUISIANA COA-COLA
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
1314 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

CREDITOR ID: 278690-26
MCKEE FOODS CORPORATION
ATTN VALERIE PHILLIPS,
SR CREDIT MANAGER
PO BOX 2118
COLLEGEDALE TN 37315-2118

CREDITOR ID: 278058-22
MERRILL LYNCH CAPITAL
A DIVISION OF MERRILL LYNCH
BUSINESS FINANCIAL SERVICES
ADDRESS TO BE PROVIDED

CREDITOR ID: 278810-XX
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS C O'DONNELL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278808-XX
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F DUNNE
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278809-XX
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: LENA MANDEL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278811-XX
MORGAN LEWIS
ATTN: RICHARD S TODER
101 PARK AVENUE
NEW YORK NY 10178-0060

CREDITOR ID: 278832-99
MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN ESQ
101 PARK AVE
NEW YORK NY 10178-0600

CREDITOR ID: 278831-XX
MORGAN, LEWIS & BOCKIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
101 PARK AVENUE
NEW YORK NY 10178-0600

CREDITOR ID: 278762-28
NATIONAL CITY BANK OF MI/IL
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
108 E. MICHIGAN AVENUE
KALAMAZOO MI 49007-3966

CREDITOR ID: 278060-22
NATIONAL CITY BUSINESS CREDIT, INC.
ADDRESS TO BE PROVIDED

CREDITOR ID: 278763-28
NCR CORPORATION
GENERAL COUNCEL NOTICES
1700 SOUTH PATERSON BLVD.
DAYTON OH 45479

CREDITOR ID: 278684-26
NESTLE (NESTLE USA, NESTLE PURINA,
NESTLE WATER)
ATTN: PETER B KNOX
DIRECTOR OF CREDIT & COLLECTIONS
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 278764-28
NORSE DAIRY SYSTEMS
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
ATTN: ANNE BUCHANAN
PO BOX 1869
COLUMBUS OH 43216

CREDITOR ID: 269393-17
OFFICE OF THE US ATTORNEY, SDNY
ATTN DAVID N KELLEY, ESQ
1 SAINT ANDREWS PLAZA, ROOM 619
NEW YORK NY 10007

CREDITOR ID: 278807-XX
OTTERBOURG STEINDLER HOUSTON ROSEN
ATTN: JONATHAN N HELFAT
230 PARK AVE 29TH FL
NEW YORK NY 10169

CREDITOR ID: 278806-XX
OTTERBOURG STEINDLER HOUSTON ROSEN
ATTN: DAN FIORELLO
230 PARK AVE 29TH FL
NEW YORK NY 10169

CREDITOR ID: 278816-99
PATTERSON BELKNAP WEBB & TYLER
ATTN MICHAEL HANDLER ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 278815-99
PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKEHOUSE ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 278049-17
PENSION BENEFIT GUARANTY CORP
ATTN BRADLEY D BELT, EXEC DIRECTOR
1200 K STREET NW
WASHINGTON DC 20005-4026

CREDITOR ID: 278812-XX
PEPPER HAMILTON LLP
ATTN: I WILLIAM COHEN
100 RENAISSANCE CENTER 36TH FL
DETROIT MI 48243-1157

CREDITOR ID: 278682-26
PEPSICO & SUBSIDIARIES
ATTN: MARTY SCAMINACI
DIRECTOR FINANCIAL SERVICES
PO BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 278789-99
PITNEY HARDIN LLP
ATTN: SCOTT A ZUBER ESQ
200 CAMPUS DRIVE
FLORHAM PARK NJ 07932-0950

CREDITOR ID: 278059-22
PNC BANK, NATIONAL ASSOCIATION
ADDRESS TO BE PROVIDED

CREDITOR ID: 278699-26
POWERHOUSE PRODUCE LLC
ATTN JAMES BANKS, ACCOUNT MANAGER
PO BOX 368
RIVERHEAD NY 11901

CREDITOR ID: 278683-26
PROCTOR & GAMBLE DISTRIBUTING CO.
ATTN: JAY JONES, CR. MGR.
PO BOX 100537
ATLANTA GA 30384-0537

CREDITOR ID: 278725-27
RELIANCE STANDARD LIFE INSURANCE CO
ATTN BECKY CULVER
PO BOX 3050
MILWAUKEE WI 53201

CREDITOR ID: 278803-99
RICHARD W WARD ESQ
2527 FAIRMOUNT ST
DALLAS TX 75201

CREDITOR ID: 278709-26
RIVERDALE FARMS
ATTN VANESSA FERNANDEZ, CONTROLLER
PO BOX 861093
ORLANDO FL 32886-3356

CREDITOR ID: 278705-26
ROSS LABORATORIES
ATTN PHIL POLK, CONTROLLER
DEPT L-281
COLUMBUS  OH 43260-0001

Service List
Contract Rejection Motion

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (SMB)**

CREDITOR ID: 278067-22
RZB FINANCE LLC
ADDRESS TO BE PROVIDED

CREDITOR ID: 278711-26
SAFE HARBOR SEAFOOD
ATTN JACK JONES, CFO
4371 OCEAN STREET
MAYPORT FL 32233-2417

CREDITOR ID: 278718-26
SANDERSON FARMS
ATTN NEAL MORGAN, DIRECTOR OF SALES
PO BOX 988
LAUREL MS 39441-0988

CREDITOR ID: 278691-26
SARA LEE FOODS
ATTN JOEL CARTRIGHT,
CREDIT MANAGER
PO BOX 905466
CHARLOTTE NC 28290

CREDITOR ID: 278820-99
SCARELLA ROSEN & SLOME
ATTN ADAM L ROSEN ESQ
333 EARLE OVINGTON BLVD STE 901
UNIONDALE NY 11553

CREDITOR ID: 278773-26
SCHERING PLOUGH HEALTH CARE
ATTN: JOHN GLYNN - DIRECTOR, TRADE
3030 JACKSON AVENUE
MEMPHIS TN 38151

CREDITOR ID: 278720-26
SCHERING PLOUGH HEALTH CARE
MIKE DAVIS, GROUP LEADER
SOUTHERN REGION
PO BOX 100373
ATLANTA GA 30384

CREDITOR ID: 278702-26
SCHREIBER FOODS, INC.
ATTN KRIS SKUPAS, CREDIT MANAGER
PO BOX 905008
CHARLOTTE NC 28290-5008

CREDITOR ID: 269678-17
SEC BOSTON DISTRICT OFFICE
ATTN WALTER G RICCIARDI, DIST ADMIN
73 TREMONT STREET, SUITE 600
BOSTON MA 02108-3912

CREDITOR ID: 269676-17
SEC HEADQUARTERS
450 FIFTH STREET NW
WASHINGTON DC 20549

CREDITOR ID: 269677-17
SEC NORTHEAST REGIONAL OFFICE
ATTN MARK SCHONFELD, REGIONAL DIR
233 BROADWAY
NEW YORK NY 10279

CREDITOR ID: 269679-17
SEC PHILADELPHIA DISTRICT OFFICE
ATTN ARTHUR S GABINET, DIST ADMIN
THE MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA PA 19106-1532

CREDITOR ID: 278728-27
SECURITIES MANAGEMENT AND
RESEARCH, INC.
ATTN SHERRY BAKER
24500 SOUTH SHORE BLVD SUITE 400
LEAGUE CITY TX 77573

CREDITOR ID: 278805-XX
SHEARMAN & STERLING LLP
ATTN: ANDREW TENZER
599 LEXINGTON AVE
NEW YORK NY 10022-6069

CREDITOR ID: 278064-22
SIEMENS FINANCIAL SERVICES, INC.
ADDRESS TO BE PROVIDED

CREDITOR ID: 278766-28
STATE OF ALABAMA, DEPT. OF REVENUE
ATTN: TREY GRANGER
GENERAL COUNSEL - SECRETARY OF STATE OF ALABAMA
OFFICE OF THE SECRETARY OF STATE
PO BOX 5616
MONTGOMERY AL 36103-5616

CREDITOR ID: 278765-28
STATE OF ALABAMA, DEPT. OF REVENUE
ATTN: DWIGHT CARLISLE
ALABAMA DEPARTMENT OF REVENUE
GORDON PERSONS BUILDING
50 N. RIPLEY STREET
MONTGOMERY AL 36132

CREDITOR ID: 278767-28
STORAGETEK FINANCIAL SERVICES CORPORATION
ATTN: BRIAN GREENE
2270 SOUTH 88TH STREET
LOUISVILLE CO 80028

CREDITOR ID: 278065-22
SUN TRUST BANK
ADDRESS TO BE PROVIDED

CREDITOR ID: 278839-99
TRAUB BONACQUIST & FOX LLP
ATTN: WENDY MARCARI ESQ
655 THIRD AVE 21ST FL
NEW YORK NY 10017

CREDITOR ID: 278833-99
TRAUB BONACQUIST & FOX LLP
ATTN PAUL TRAUB
655 THIRD AVE 21ST FLR
NEW YORK NY 10017

CREDITOR ID: 278063-22
UBS AG
STAMFORD BRANCH

CREDITOR ID: 278686-26
UNILEVER (HPC USA & BEST FOODS)
ATTN RICHARD BELLIS,
CREDIT MANAGER
1 JOHNS STREET
CLINTON CT 06413

CREDITOR ID: 278797-99
UNITED STATES TRUSTEE
33 WHITEHALL STREET 21ST FL
NEW YORK NY 10004

CREDITOR ID: 278768-28
US BANCORP
OFFICE EQUIPMENT FINANCE
1310 MADRID ST., SUITE 101
MARSHALL MN 56258-4002

CREDITOR ID: 278692-26
US BANK CORPORATION
ATTN ANGELA TRUDEAU VP
RELATIONSHIP MANAGEMENT
PO BOX 790428
ST LOUIS MO 63179-0428

CREDITOR ID: 278723-27
VANGUARD GROUP INCORPORATED
THE VANGUARD GROUP
ATTN EARL E MCEVOY
PO BOX 2600
VALLEY FORGE PA 19482

CREDITOR ID: 278769-28
WACHOVIA BANK, NATIONAL ASSOCIATION
AS ADMINISTRATIVE AGENT
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL

CREDITOR ID: 278050-22
WACHOVIA BANK, NATIONAL ASSOCIATION
ADMINISTRATIVE AGENT
ATTN KIM QUINN, DIRECTOR
ONE WACHOVIA BANK CENTER
301 SOUTH COLLEGE SGTREET, DC-5
CHARLOTTE NC 28288

CREDITOR ID: 278051-22
WACHOVIA CAPITAL MARKETS, LLC
AS ARRANGER
ATTN KIM QUINN, DIRECTOR
ONE WACHOVIA BANK CENTER
301 SOUTH COLLEGE STREET, DC-5
CHARLOTTE NC 28288

Service List
Contract Rejection Motion

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                  **CASE:   05-11063 (SMB)**

CREDITOR ID: 278715-26
WARNER LAMBERT CONSUMER GROUP
ATTN ANDY HELVESTON
400 WEST LINCOLN AVENUE
LITITZ PA 17543

CREDITOR ID: 278813-XX
WARNER STEVENS LLP
ATTN: MICHAEL D WARNER
1700 CITY CENTER TOWER II
301 COMMERCE STREET
FORT WORTH TX 76102

CREDITOR ID: 278066-22
WEBSTER BUSINESS CREDIT CORP
ADDRESS TO BE PROVIDED

CREDITOR ID: 278727-27
WELLINGTON MANAGEMENT CO. LLP
GATEWAY CENTER THREE
ATTN EARL E MCEVOY
100 MULBERRY STREET
NEWARK NJ 07102

CREDITOR ID: 278770-28
WELLS FARGO BANK, N.A.
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL

CREDITOR ID: 278054-22
WELLS FARGO FOOTHILL, LLC
CO-DOCUMENTATION AGENT
ATTN SYN LOAN PORTFOLIO MANAGER
2450 COLORADO AVENUE, SUITE 3000 W
SANTA MONICA CA 90404

CREDITOR ID: 278721-27
WILMINGTON TRUST COMPANY AS
INDENTURE TRUSTEE
ATTN CORPORATE TRUST DEPARTMENT
RODNEY SQUARE NORTH
WILMINGTON DE 19890

CREDITOR ID: 278714-26
WYETH CONSUMER HEALTHCARE
ATTN LARRY SANDERS, VP GLOBAL FINAN
PO BOX 75296
CHARLOTTE NC 28275-5296

CREDITOR ID: 278771-28
XPEDEX - DIVISION OF INTERNATIONAL PAPER
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
CORPORATE HEADQUARTERS
6285 TRI-RIDGE BLVD.
LOVELAND OH 45140

**Total:   159**

**EXHIBIT B**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D.J. Baker (DB 0085)

KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia  30303
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
Sarah Robinson Borders

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | **Case No. 05-11063** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

### MOTION FOR AUTHORITY TO REJECT
### CERTAIN REAL PROPERTY LEASES,
### <u>EFFECTIVE AS OF PETITION DATE</u>

Winn-Dixie Stores, Inc. and its debtor affiliates,[1] as debtors and debtors-in-possession

(collectively, the "Debtors"), respectfully represent:

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

## Background

**A.      Chapter 11 Filings.**

1.      The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005 (the "Petition Date").

2.      The Debtors will continue in possession of their property and will operate and manage their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.      No request has been made for the appointment of a trustee or examiner, and no official committee has yet been appointed in these cases.

4.      This Court has jurisdiction over this Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

**B.      Company Background.**

5.      The Debtors are grocery and drug retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  According to published reports, the Debtors are the eighth-largest food retailer in the United States and one of the largest in the Southeast.  The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion.  The Debtors currently operate more than 900 stores in the United States.  Substantially all of the Debtors' store locations are leased rather than owned.

6.      The Debtors employ nearly 79,000 associates, of whom approximately 33,000 are employed on a full-time basis and 46,000 on a part-time basis.

7.      The Debtors operate in a highly competitive supermarket industry that is generally characterized by intense competition and narrow profit margins.  The Debtors compete directly with national, regional, and local supermarket chains and independent supermarkets, as well as with Wal-Mart, similar supercenters, and other non-traditional grocery retailers such as dollar discount stores, drug stores, convenience stores, warehouse club stores, and conventional department stores.

**C.      Capital Structure.**

8.      The Debtors' primary secured obligations arise under a Second Amended and Restated Credit Agreement dated June 29, 2004, with Wachovia Bank, N.A., as administrative agent; GMAC Commercial Finance LLC, as syndication agent; Wells Fargo Foothill, LLC, General Electric Capital Corporation, and The CIT Group/Business Credit, Inc., as co-documentation agents; Wachovia Bank, N.A., as successor by merger to Congress Financial Corporation (Florida), as collateral monitoring agent; and the several lenders from time to time party thereto (as amended, the "Credit Agreement").

9.      The Debtors' maximum borrowing capacity under the Credit Agreement totals $600 million.  Beginning on September 22, 2004, the Debtors failed to meet a financial test under the Credit Agreement that limited the amount available for borrowings; however, the Debtors obtained a waiver of this financial test on February 9, 2005.  The waiver requires that the Debtors perfect the lenders' security interest in assets with a requisite value on or before March 31, 2005.  The waiver expires on June 29, 2005.

10.      The Credit Agreement provides for revolving loans and the issuance of letters of credit.  It is secured by substantially all of the personal property and owned real property of the Debtors that are parties thereto.  As of the Petition Date, the Debtors were liable for obligations

under the Credit Agreement in the aggregate amount of approximately $427 million.  The

Debtors are seeking authority to refinance their obligations under the Credit Agreement pursuant

to a debtor-in-possession financing facility provided by Wachovia Bank, N.A. and other lenders.

11.    Certain of the Debtors are parties to an Indenture with Wilmington Trust

Company dated December 26, 2000 (as amended and supplemented, the "Indenture").  Pursuant

to the Indenture, Debtor Winn-Dixie Stores, Inc. issued $300 million in principal amount of

Senior Notes bearing interest at 8.875% per annum, and certain other Debtors guaranteed the

Senior Notes.  The Senior Notes mature in 2008 and require semi-annual interest-only payments

until maturity.  The Senior Notes are unsecured obligations that are *pari passu* with most of the

Debtors' other unsecured obligations, which generally consist of trade debt, contract and lease

obligations (including possible rejection damages), employee obligations, and litigation claims.

12.    Parent company Winn-Dixie Stores, Inc. is publicly owned, and its common stock

has been traded on the New York Stock Exchange since 1952 under the ticker symbol WIN.  All

of the other Debtors are direct and indirect subsidiaries of Winn-Dixie Stores, Inc.

**D.    Events Leading to the Debtors' Chapter 11 Cases.**

13.    In January 2004, the Debtors announced a series of actions designed to improve

their competitive position (the "Strategic Plan").  The Strategic Plan included (a) a review of

business strategies and marketing programs, (b) an expense reduction plan designed to achieve a

$100 million annual expense reduction, (c) a market positioning review through which markets

will be identified as either core, and positioned for future investment and growth, or non-core,

and evaluated for sale or closure, (d) an image makeover program targeting approximately 700

stores for facilities improvement, and (e) a process re-engineering initiative that is intended to

enhance organizational effectiveness and company business initiatives.

14.     As part of the Strategic Plan, the Debtors committed to focus on a core base of stores across 36 designated marketing areas in the United States.  The Debtors decided to exit 156 stores, exit three distribution centers, sell or close four manufacturing plants, and consolidate two dairy operations.  Of these facilities, the Debtors exited 135 stores, three distribution centers, and three manufacturing plants between April 2004 and the Petition Date.

15.     Despite the implementation of the Strategic Plan, during the remainder of 2004, the Debtors continued to experience significant sales declines and market-share losses.  The Debtors' financial performance was affected not only by operating losses but also by ongoing obligations relating to a significant number of store locations where the Debtors no longer operate.  The Debtors are seeking authority to reject a substantial number of the leases relating to these stores, effective immediately.

16.     In part in anticipation of the 2004 holiday season, the Debtors increased their purchasing activities in October and November.  When holiday sales were lower than expected, the Debtors experienced higher-than-anticipated inventory levels and lower-than-anticipated accounts payable, resulting in increased borrowings under the Credit Agreement and reduced liquidity.

17.     On February 10, 2005, the Debtors announced that during their first and second fiscal quarters ending on January 12, 2005, the Debtors incurred losses in the amount of $552.8 million, or $3.93 per share of common stock.  The Debtors also announced that for their second fiscal quarter, identical-store sales declined by 4.9% as compared to the second quarter of the prior year.

18.     The Debtors' financial results and decrease in liquidity, coupled with downgrades by Moody's Investor Services and Standard & Poor's Rating Services, as well as negative press

coverage, led a number of the Debtors' trade creditors to demand shorter payment terms.  Since

the announcement of the Debtors' financial results on February 10, 2005, the Debtors have

experienced a reduction in vendor and other credit by more than $130 million.  As a result, the

Debtors have been forced to conclude, after consultation with their advisors, that their interests

and the interests of their creditors, employees, and customers will be best served by a

reorganization under Chapter 11 of the Bankruptcy Code.

19.     As part of their restructuring under Chapter 11, the Debtors, led by a chief

executive officer hired in December 2004, intend to implement further asset rationalization and

expense reduction plans and to utilize new sales initiatives to improve the Debtors' brand image

and competitive position, with the goal of improving their operations and financial performance

and strengthening their business for the benefit of creditors, customers, employees, and the

communities in which the Debtors operate.

## Relief Requested

20.     By this Motion, the Debtors seek an order of the Court, pursuant to Sections

105(a) and 365(a) of the Bankruptcy Code, approving and authorizing the rejection of each of the

unexpired leases of non-residential real property set forth on Exhibit A hereto (collectively, the

"Leases"), effective as of the Petition Date.  The Leases relate to certain grocery stores and other

facilities where the Debtors ceased operations as part of pre-petition restructuring plans initiated

in April 2004 and earlier.  Accordingly, the Debtors currently derive no benefit from the Leases.

**The Leases**

21.     As part of their restructuring plans, the Debtors sought to sell, sublet, negotiate buyouts with landlords, or otherwise reduce or eliminate their liability under the Leases.  After marketing the leases, the Debtors determined that they were unable to sell, sublet, negotiate acceptable buyouts with landlords, or otherwise reduce or eliminate their liability under each of the Leases that are the subject of this Motion.  Accordingly, with respect to the stores or other facilities that are the subject of the Leases (the "Dark Facilities"), the Debtors either continued to pay the monthly rent required by the Leases or, in some limited cases, surrendered possession of certain Leases to the landlords under the Leases in exchange for reduced payments over time.

22.     Because the Debtors no longer occupy the Dark Facilities, have previously marketed the Leases for the Dark Facilities, and are continuing to pay rent and other charges under the Leases, or related payment agreements, in the aggregate monthly amount of approximately $4.9 million, the Debtors have concluded that the Leases constitute a burden on the Debtors and their estates, are not necessary for an effective reorganization, and should be rejected as of the Petition Date.

23.     The rejection of the Leases will save the Debtors' estates approximately $4.9 million per month, beginning with the month of March, in administrative expenses, including rent, taxes, insurance premiums, utility costs, and other charges under the Leases.

24.     To the extent any personal property remains in the Dark Facilities, it is of little or no value to the Debtors' estates.  Accordingly, the Debtors request that the Court enter an order deeming any interest of any of the Debtors in any such personal property abandoned pursuant to Section 554(a) of the Bankruptcy Code, as of the Petition Date.

**Basis for Relief**

25.     Pursuant to Sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  A debtor-in-possession's right to reject executory contracts and unexpired leases is a fundamental component of the bankruptcy process, as it provides a debtor with a mechanism to eliminate financial burdens to the estate.  In re Hardie, 100 B.R. 284 (Bankr. E.D.N.C. 1989); In re Gunter Hotel Assoc., 96 B.R. 696 (Bankr. W.D. Tex. 1988).

26.     The decision to reject an executory contract or unexpired lease is primarily administrative and should be given great deference by a court, subject only to review under the "business judgment" rule.  See In re Gardinier, Inc., 831 F.2d 974, 976 n.2 (11th Cir. 1987); Sharon Steel Corp. v. Nat'l Fuel Gas Distr. Corp., 872 F.2d 36, 40 (3d Cir. 1989); Sundial Asphalt Co. v. V.P.C. Investors Corp., 147 B.R. 72 (E.D.N.Y. 1992).  The business judgment rule requires the debtor to establish that rejection of the agreement will likely benefit the estate. See Sharon Steel Corp., 872 F.2d at 39-40; In re Kong, 162 B.R. 86 (Bankr. E.D.N.Y. 1993). Courts universally regard the business judgment rule as a low standard to meet, and therefore, absent a finding of bad faith, will not disturb the decision to reject an executory contract or unexpired lease by substituting their own judgment for that of the debtor.  See In re III Enter., Inc. V, 163 B.R. 453, 469 (Bankr. E.D.Pa. 1994); In re Hardie, 100 B.R. at 287.

27.     Here, the Debtors' business judgment clearly supports rejection of the Leases. The Debtors do not operate at the Dark Facilities and do not receive revenue from the Dark Facilities.  Thus, the Leases are not necessary for a successful reorganization but instead will constitute a burden to the Debtors' estates because of administrative expenses arising from the continuation of the Leases.  Indeed, rejection of the Leases will benefit the Debtors' estates by

alleviating a monthly cost of approximately $4.9 million, including taxes, insurance premiums, utility costs, and other charges due under the Leases.  Consequently, the Debtors seek authority under Section 365 of the Bankruptcy Code to reject the Leases.

28.    The relief requested herein is consistent with the type of relief granted by this and other courts.  See, e.g., In re Hale-Halsell Co., Case No. 04-11677 (Bankr. N.D. Okla. April 23, 2004); In re Git-N-Go, Inc., Case No. 04-10509 (Bankr. N.D. Okla. March 2, 2004); In re Penn Traffic Co., Case No. 03-22495 (Bankr. S.D.N.Y. June 18, 2003).  Accordingly, the Debtors submit that the present circumstances warrant similar relief in their Chapter 11 cases.

## Notice

29.    Notice of this Motion has been provided to the Office of the United States Trustee, counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, the indenture trustee for the Debtors' noteholders, and the Debtors' fifty (50) largest unsecured creditors.  In light of the nature of the relief requested, the Debtors submit that no further notice is necessary.

## Waiver of Memorandum of Law

30.    Pursuant to Local Bankruptcy Rule 9013-1(b) for the Southern District of New York, because there are no novel issues of law presented herein, the Debtors respectfully request that the Court waive the requirement that the Debtors file a memorandum of law in support of this Motion.

WHEREFORE, the Debtors respectfully request that this Court enter an order:

(a)      authorizing and approving the rejection of the Leases, effective as of the Petition

Date;

(b)      authorizing the abandonment of all of the Debtors' personal property remaining in

the Dark Facilities; and

(c)      granting the Debtors such other and further relief as is just and proper.

Dated:  February 21, 2005
         New York, New York

/s/      *D. J. Baker*
D. J. Baker  (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:   (917) 777-2150

-and-

Sarah Robinson Borders
Brian C. Walsh
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia  30303
Telephone:  (404) 572-4600
Facsimile:   (404) 572-5100

PROPOSED ATTORNEYS FOR THE DEBTORS

# EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 146 | 843 PINEWOOD WAY<br>LIVE OAK, FL 32060 | Suwanee County Investments, LLC<br>20377 180th Street<br>Live Oak, FL 32060 |
| 264 | 334 N. CONGRESS AVENUE<br>BOYNTON BEACH, FL 33435 | E&A Acquisition Two Limited Partnership<br>900 Bank of America Plaza<br>1901 Main Street<br>Columbia, SC 29201 |
| 298 | 8040 WEST MCNAB ROAD<br>NORTH LAUDERDALE, FL 33068 | SKW II Real Estate Limited Partnership<br>100 Crescent Court, Suite 1000<br>Dallas, TX 75201 |
| 376 | 6177 JOG RD, BAY D<br>LAKE WORTH, FL 33462 | Lantana Square Shopping Center, Ltd<br>c/o Southeast Properties<br>1645 SE 3rd Court, Suite 200<br>Deerfield Beach, FL 33441 |
| 382 | 5301 WEST ATLANTIC BLVD.<br>MARGATE, FL 33063 | Lakewood Associates, Ltd.<br>701 Brickell Avenue, Suite 1400<br>Miami, FL 33131 |
| 430 | WALKER CHAPEL ROAD<br>FULTONDALE, AL 35068 | Walker Chapel Plaza, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 477 | 6477 HAMILTON ROAD<br>COLUMBUS, GA 31904 | Ervin R. Bard and Susanne Bard<br>1100 Alta Loma Road, Suite 1204<br>Los Angeles, CA 90069 |
| 499 | 470 S. HIGHWAY 29<br>CANTONMENT, FL 32533 | Moulton Properties, Inc.<br>P. O. Box 12524<br>Pensacola, FL 32573 |
| 508 | 1610 MAIN STREET<br>CHIPLEY, FL 32428 | Main Street Marketplace, LLC<br>2100 Riverchase Center, Suite 230-A<br>Birmingham, AL 35244 |
| 510 | 765 HWY 98 EAST<br>DESTIN, FL 32541 | Downtown Destin Shopping Center/The Pelican Group, Inc.<br>P. O. Box 160403<br>Mobile, AL 36616-1403 |
| 511 | 1303 SOUTH WASHINGTON STREET<br>MARION, FL 36756 | Macon W. Gravlee, Jr.<br>P. O. Box 310<br>Fayette, AL 35555 |
| 522 | 3791 HWY 14<br>MILLBROOK, AL 36054 | Spectrum/Grandview Pines, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 534 | 2471 HIGHWAY 150<br>HOOVER, AL 35244 | Sulphur Springs Partners, LLP<br>801 N.E. 167th Street, 2nd Floor<br>N. Miami Beach, FL 33162 |
| 539 | 52ND POPLAR SPRINGS<br>MERIDIAN, MS 39301 | Barbaree G. Rosenbaum, Trustee, Laura C. Kimbrell, et al.<br>Co-Trustees<br>P. O. Box 3007<br>Meridian, MS 39303 |
| 540 | 1801 WEST DALLAS AVENUE<br>SELMA, AL 36701 | Aronov Realty Company, Inc.<br>P. O. Box 235000<br>Montgomery, AL 36103 |
| 582 | 719 HWY 43 SOUTH<br>SARALAND, AL 36571 | Bowdoin Square LLC, c/o Head Companies<br>P. O. Box 230<br>Point Clear, AL 36564 |
| 592 | 102 MCMEANS AVENUE<br>BAY MINETTE, AL 36507 | New Bay Minette, LLC<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 686 | 1803 N HIGHLANDS AVE<br>CLEARWATER, FL 33755 | The Morgan Company, Inc., c/o George L. Hayes, III, Esq.<br>5959 Central Avenue, Suite 104<br>St. Petersburg, FL 33710 |
| 704 | 18906 US HWY 19<br>HUDSON, FL 34667 | John Benetti Associates, a California Partnership<br>80 Mt. Vernon Lane<br>Atherton, CA 94025 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 714 | 27251 BAY LANDING<br>BONITA SPRINGS, FL 34135 | Barron Collier Partnership<br>2600 Golden Gate Parkway<br>P. O. Box 413038<br>Naples, FL 34101-3038 |
| 832 | 112 WESTERN BLVD<br>JACKSONVILLE, NC 28540 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 868 | 750 N MADISON BOULEVARD<br>ROXBORO, NC 27573 | Roxborough Associates, LLC<br>P. O. Box 1359<br>605 S. Morgan Street<br>Roxboro, NC 27573 |
| 869 | US HWY 301 & FIKEWOOD ST.<br>WILSON, NC 27893 | Bailey & Associates, c/o LIF Realty Trust<br>106 Access Road<br>Norwood, MA 02062-5294 |
| 870 | 2799 RALEIGH ROAD<br>WILSON, NC 27893 | KPT Communities LLC, c/o Kimco Realty Corporation<br>3333 New Hyde Road, Suite 100<br>New Hyde Park, NY 11042-0020 |
| 875 | 1222 NORTH WESLEYAN BOULEVARD<br>ROCKY MOUNT, NC 27804 | DPJ Company Limited Partnership<br>145 Rosemary Street, Suite Entrance K<br>Needham, MA 02194 |
| 925 | 401 E. LAKEWOOD AVENUE<br>DURHAM, NC 27704 | Heritage Square Associates<br>112 N. Main Street<br>Durham, NC 27702 |
| 940 | 6569 MARKET DRIVE<br>GLOUCESTER, VA 23061 | Butler Investments I, LC<br>c/o Derrine & Wheeler Real Estate Company<br>Crown Center<br>580 East Main Street, Suite 300<br>Norfolk, VA 23510 |
| 941 | US HIWAY 58 & SR 15<br>CLARKSVILLE, VA 23927 | Daniel G. Kamin Clarksville, LLC, c/o Kamin Realty Company<br>490 S. Highland Street<br>Pittsburgh, PA 15206 |
| 946 | 4950 PLANTATION ROAD<br>ROANOKE, VA 24019 | WD Roanoke, LLC, c/o I. Reiss & Company<br>200 East 61st Street, Suite 29F<br>New York, NY 10021 |
| 949 | 3808 MECHANICSVILLE TURNPIKE<br>RICHMOND, VA 23223 | USRP I, LLC, Lockbox #4226<br>4226 Collection Center Drive<br>Chicago, IL 60693 |
| 955 | 463 N. MAIN STREET<br>KILMARNOCK, VA 22482 | Lancaster Community Investors, LC<br>P. O. Box 1582<br>Kilmarnock, VA 22482-1582 |
| 958 | 4211 BEULAH RD<br>RICHMOND, VA 23237 | Crenshaw-Singleton Properties<br>1011 East Main Street, Suite 206<br>Richmond, VA 23219 |
| 965 | 2098 NICKERSON BLVD.<br>HAMPTON, VA 23663 | GEM Nickerson, LLC, c/o Ellis Gibson Development Group<br>207 Business Park Drive, Suite 101<br>Virginia Beach, VA 23462 |
| 970 | 285 NORDAN DRIVE<br>DANVILLE, VA 24541 | Old 97, Inc., c/o Phillips Edison & Company<br>11690 Grooms Road<br>Cincinnati, OH 45242 |
| 972 | 2301 SALEM CHCH RD<br>FREDERICKSBURG, VA 22407 | WD Route 3 Limited Partnership<br>1201 Central Park Boulevard<br>Fredericksburg, VA 22401 |
| 979 | 1720 E. LITTLE CREEK ROAD<br>NORFOLK, VA 23510 | Rose J. Caplan and Esther S. Fleder, Trustees<br>500 Main Plaza East, 1324 Crestar Bank Building<br>Norfolk, VA 23510 |
| 980 | 1092 BYPASS ROAD<br>VINTON, VA 24179 | PNC<br>230 S. Tryon Street, Suite 700<br>Charlotte, NC 28202 |
| 984 | US 29 BUSINESS<br>HURT, VA 24563 | Staunton Plaza Associates, Limited Partnership<br>5 Norden Drive<br>Glen Head, NY 11545 |
| 987 | 596 BLUE RIDGE AVENUE<br>BEDFORD, VA 24523 | Southgate Associates, II, LP<br>P. O. Box 8510<br>Richmond, VA 23226 |
| 988 | 3225 OLD FOREST ROAD<br>LYNCHBURG, VA 24501 | George C. Walker, Jr., c/o John Stewart Walker Company<br>3211 Old Forest Road<br>Lynchburg, VA 24501 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 989 | 7701 TIMBERLAKE ROAD<br>LYNCHBURG, VA 24502 | Timberlake Station, LLC<br>P. O. Box 640594<br>Cincinnati, OH 45249-0594 |
| 990 | 301 OYSTER POINT ROAD<br>NEWPORT NEWS, VA 23607 | GEM Warwick, LLC, c/o Ellis-Gibson Development Group<br>1081 19th Street, Suite 203<br>Virginia Beach, VA 23451-5600 |
| 1006 | 2215 TOBACCO RD<br>AUGUSTA, GA 30906 | Peach Orchard Center, LLC<br>3152 Washington Road<br>Augusta, GA 30907 |
| 1009 | 248 W COLUMBIA AVE<br>BATESBURG, SC 29006 | Lasco Realty, LLC, Attn: Robert Schwagerl<br>P. O. Box 418<br>Keswick, VA 22947 |
| 1014 | 1070 A SOUTH LAKE DR<br>LEXINGTON, SC 29073 | The Delta Interests<br>P. O. Box 1806<br>Greenville, SC 29602 |
| 1017 | 935 HWY 29 S<br>ANDERSON, SC 29624 | Southland-Anderson W.D. Delaware Business Trust<br>c/o Wilmington Trust Co.<br>1100 N. Market Street<br>Wilmington, DE 19890-0001 |
| 1270 | 1215 NORTH MAIN STREET<br>SUMMERVILLE, SC 29483 | Invesco, LP, W. C. Wilbur & Co.<br>P. O. Box 5225<br>North Charleston, SC 29406 |
| 1272 | 2245 CHARLESTON HWY<br>CAYCE, SC 29033 | Cayce Marketplace Partners, LP<br>130 Bloor Street West, Suite 1200<br>Toronto, Ontario M5S 1N5 |
| 1313 | 1004 CENTRAL ST.<br>WATER VALLEY, MS 38965 | Macon W. Gravlee, Jr.<br>P O. Box 310<br>Fayette, AL 35555 |
| 1325 | 12120 HWY 63 S<br>LUCEDALE, MS 39452 | SeaPea, Inc.<br>13505 North Amiss Road<br>Baton Rouge, LA 70810 |
| 1330 | 2150 WEST JACKSON<br>OXFORD, MS 38655 | Greenville Compress Company<br>Attn: Kenneth Brantley, Secretary-Treasurer<br>P. O. Box 218<br>Greenville, MS 38702 |
| 1341 | 628 HWY 12 E.<br>STARKVILLE, MS 39759 | 1997 Properties, LLC, c/o Roger P. Friou<br>P. O. Box 55416<br>Jackson, MS 39296 |
| 1347 | 1925 SPILLWAY RD.<br>BRANDON, MS 39047 | Edens & Avant Properties Limited Partnership<br>c/o Reservoir Square<br>P. O. Box 528<br>Columbia, SC 29202 |
| 1352 | 658 E. MADISON<br>HOUSTON, MS 38851 | Macon W. Gravlee, Jr., c/o General Management Services<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1354 | 11TH AVE, HWY 78 E.<br>GUIN, AL 35563 | Guin Square, LLC, c/o LeDrue Gravlee<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1364 | 1321 W. GOVERNMENT ST.<br>BRANDON, MS 39042 | Premier Plaza Associates, LLC<br>3060 Peachtree Road, Suite 1850<br>Atlanta, GA 30305 |
| 1366 | 1201 US 49 S, SUITE 16<br>RICHLAND, MS 39218 | Litchfield Investments Riverwood LLC<br>c/o The Mitchell Company<br>P. O. Box 16036<br>Mobile, AL 36616 |
| 1370 | 200 CLINTON BLVD.<br>CLINTON, MS 39056 | CPM Associates, LP, c/o Fletcher Bright Company<br>537 Market Street, Suite 400<br>Chattanooga, TN 37402 |
| 1401 | HWY. 90 & JAMIE BLVD.<br>AVONDALE, LA 70094 | Avondale Square Limited Partnership<br>100 Conti Street<br>New Orleans, LA 70130 |
| 1420 | 1123 PAUL MAILLARD ROAD<br>LULING, LA 70070 | Kingfisher, Inc.<br>P. O. Box 47<br>Luling, LA 70070 |
| 1462 | W. MAIN & PINE<br>GRAMERCY, LA 70052 | Alvyn L. Woods, Inc.<br>P. O. Box 396<br>Lutcher, LA 70071 |

| **Store Number** | **Leased Property Location** | **Landlord** |
|---|---|---|
| 1465 | 29762 WALKER SOUTH ROAD<br>WALKER, LA 70785 | Walker, L.A., Commercial Properties Development Co., LLC,<br>P. O. Box 1693<br>Baton Rouge, LA 70821 |
| 1473 | 1215 ELTON ROAD<br>JENNINGS, LA 70546 | Jula Trust<br>919 W. Second Street<br>Crowley, LA 70527-1566 |
| 1550 | 5525 CAMERON ST.<br>SCOTT, LA 70583 | MPM Resources, LLC<br>P. O. Box 80673<br>Lafayette, LA 70598 |
| 1560 | 4510 AMBASSADOR CAFFERY PKWY<br>LAFAYETTE, LA 70508 | Gregory F. Reggie, Caffery Center, LLC<br>1 Northview Lane<br>Corwley, LA 70526 |
| 1565 | LA HWY. 1<br>NATCHITOCHES, LA 71457 | Cane River Associate, c/o Property One, Inc.<br>One Lakeshore Drive, Suite 560<br>Lake Charles, LA 70629 |
| 1580 | 2160 HWY. 64<br>ZACHARY, LA 70791 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 1586 | 9708 GREENWELL SPRINGS RD.<br>BATON ROUGE, LA 70814 | Folmar & Associates, Attn: Elaine Barnes<br>P. O. Box 16765<br>Mobile, AL 36616 |
| 1605 | 4620 TAYLORSVILLE RD<br>LOUISVILLE, KY 40220 | Chester Dix Jefferson Corp.<br>P. O. Box 40<br>Westbury, NY 11590 |
| 1606 | 225 KENTUCKY HOME SQUARE<br>BARDSTOWN, KY 40004 | Bardstown S.C., LLC<br>3220 Office Pointe Place, Suite 200<br>Louisville, KY 40220 |
| 1609 | U S HIGHWAY 127& HOSPITAL<br>FRANKFORT, KY 40601 | Capital Plaza Shopping Center<br>31850 Northwestern Highway<br>Farmington Hills, MI 48018 |
| 1610 | 135 EAST LINCOLN TRAIL<br>RADCLIFF, KY 40160 | Teachers' Retirement System of the State of Kentucky<br>239 South Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1613 | 3150 RICHMOND ROAD<br>LEXINGTON, KY 40509 | New Plan Excel Realty Trust<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 1614 | 4230 SARON DRIVE<br>LEXINGTON, KY 40515 | Teachers' Retirement System of the State of Kentucky<br>Attn: Edward T. Wilson<br>c/o Mortgage Company of Kentucky, Inc.<br>642 South Fourth Street<br>Louisville, KY 40202 |
| 1636 | 4830 OUTER LOOP<br>LOUISVILLE, KY 40219 | Brown, Noltemeyer Company, Attn: Charles A. Brown, Jr.<br>2424 Eagles Eyrie Court<br>Louisville, KY 40206 |
| 1653 | 2511 FREDERICA STREET<br>OWENSBORO, KY 42303 | Palm Lakes, LLC<br>2285 Executive Drive, Suite 420<br>Lexington, KY 40505 |
| 1669 | 175 MARKETPLACE DRIVE<br>HILLVIEW, KY 40229 | Teachers' Retirement System of the State of Kentucky<br>c/o Mortgage Co. of Kentucky, Inc.<br>239 S. Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1670 | HWY 44<br>SHEPHERDSVILLE, KY 40165 | Shepherdsville Mall Associates Limited Partnership<br>c/o Center Services, Inc.<br>6200 Crestwood Station<br>Crestwood, KY 40014 |
| 1683 | 550 US 23S - HWY 114<br>PRESTONSBURG, KY 41653 | Glimcher Properties Limited Partnership<br>20 S. Third Street<br>Columbus, OH 43215 |
| 1691 | 1885 OLD STATE ROAD<br>CORYDON, IN 47112 | Dahlem Enterprise, Inc.<br>1000 Building Suite LL-2, 6200 Dutchmans Lane<br>Louisville, KY 40205-3285 |
| 1702 | 20 WEST 6TH<br>NEWPORT, KY 41071 | Wiedemann Square Ltd, Suite 205<br>5710 Wooster Pike<br>Cincinnati, OH 45227 |
| 1703 | 7850 ALEXANDRIA PIKE<br>ALEXANDRIA, KY 41001 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 1763 | 848 MOLLY LANE<br>MILFORD, OH 45150 | Milford Associates, L.P., c/o QT Management, LLC<br>670 White Plains Road, Suite 305<br>Scarsdale, NY 10583 |
| 1768 | 5291 DELHI PIKE<br>CINCINNATI, OH 45238 | Del-Fair, Inc.<br>P. O. Box 389229<br>Cincinnati, OH 45238-9229 |
| 1771 | 5150 GLENCROSSING WAY<br>CINCINNATI, OH 45238 | Glenway Associates, c/o DDRD Down REIT LLC<br>P. O. Box 643474, Dept. 295<br>Pittsburgh, PA 15264-3474 |
| 1772 | 10180 COLERAIN AVENUE<br>CINCINNATI, OH 45251 | KIR Colerain 017, LLC, c/o Kimco Realty Corporation<br>P. O. Box 5020<br>New Hyde Park, NY 11042-0020 |
| 1773 | 409 WEST KEMPER ROAD<br>CINCINNATI, OH 45246 | Springdale Station, Ltd.<br>Attn: Mr. Michael C. Phillips, Managing Member, Phillips Edison & Company<br>4440 Lake Forest Drive, Suite 110<br>Cincinnati, OH 45242 |
| 1775 | 4605 DIXIE HIGHWAY<br>FAIRFIELD, OH 45014 | Midwest Centers, Ltd., Attn: Alvin Lipson<br>3307 Clifton Avenue<br>Cincinnati, OH 45220 |
| 1811 | 655 N EXPRESSWAY<br>GRIFFIN, GA 30223 | JDN Realty Corporation<br>Suite 400, 359 East Paces Ferry Road, NE<br>Atlanta, GA 30305 |
| 1829 | 2400 HIRAM ACWORTH HIGHWAY<br>DALLAS, GA 30157 | Hiram 99-GA, LLC, c/o Principal Net Lease Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0301 |
| 1865 | 12160 COUNTY LINE ROAD<br>FAYETTEVILLE, GA 30214 | Nashville TN Associates, a NY general partnership<br>c/o WD Fayetteville GA, Attn: Arthur Reiss<br>60 East 42nd Street, Suite 2201<br>New York, NY 10165 |
| 1867 | 1217 W SPRING ST<br>MONROE, GA 30655 | ARNOBO Associates Partnership<br>a/k/a ARNOBO Associates, LLC, c/o SCG Management<br>3101 Towercreek Parkway, Suite 200<br>Atlanta GA 30339 |
| 1902 | 11208 S. MEMORIAL PKWY<br>HUNTSVILLE, AL 35803 | Amberjack, Ltd<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 1910 | 9076 HWY 20 STE F<br>MADISON, AL 35758 | Lennar Alabama Partners, Inc.<br>1601 Washington Avenue, Suite 700<br>Miami Beach, FL 33139 |
| 1911 | 6125 UNIVERSITY DR<br>HUNTSVILLE, AL 35806 | Madison Mall Shopping Center, Inc.,<br>c/o Marx Realty & Improvement Co., Inc.<br>708 Third Avenue, 15th Floor<br>New York, NY 10017 |
| 1916 | 240 MCCURDY AVE N<br>RAINSVILLE, AL 35986 | WD Rainsville Trust<br>2650 Louis Menck Drive<br>Ft. Worth, TX 76131 |
| 1918 | 4103 SPORTPLEX DRIVE<br>MUSCLE SHOALS, AL 35661 | Shoals Marketplace, LLC<br>6 Office Park Circle, Suite 100<br>Birmingham, AL 35223 |
| 1940 | 5450 HWY 153<br>CHATTANOOGA, TN 37409 | Kemor Properties, Inc., Attn: Bill Raines, c/o The Raines Group<br>1200 Mountain Creek Road, #100<br>Chattanooga, TN 37405 |
| 1996 | 2800 CANTON HWY<br>MARIETTA, GA 30066 | LN Piedmart Village, LLC, Attn: Al Johnston, Leasing Manager<br>4475 River Green Parkway, Suite 100<br>Duluth, GA 30096 |
| 2017 | 802 EAST CENTER STREET<br>LEXINGTON, NC 27292 | David R. Krug & Associates, W/D Lexington, LLC<br>131 Providence Road<br>Charlotte, NC 28207 |
| 2020 | 4709 LAWNDALE-COTTAGE<br>GREENSBORO, NC 27405 | Kotis Properties<br>P. O. Box 9296<br>Greensboro, NC 27429-9296 |
| 2037 | 900 WEST BOULEVARD<br>LAURINBURG, NC 28352 | Scotland Mall, Inc.<br>c/o Mr. C. F. Smith, Jr., President (or successor)<br>1800 Rockingham Road<br>Rockingham, NC 28379 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2064 | 3712 SOUTH HOLDEN ROAD<br>GREENSBORO, NC 27406 | Collett Management, LLC<br>P. O. Box 36799<br>Charlotte, NC 28236-6799 |
| 2105 | 1643 N BRIDGE STREET<br>ELKIN, NC 28621 | Elkmont Associates<br>Attn: Mr. James L. Poindexter, c/o Poindexter Enterprises<br>P. O. Box 28<br>Elkin, NC 28621-0028 |
| 2126 | US HWY 701 & N STREET<br>GEORGETOWN, SC 29440 | PG-1 Development Company<br>c/o  Century 21 Grimes & Associates<br>P. O. Box 664<br>Georgetown, SC 29442 |
| 2130 | 1120 OAKWOOD STREET<br>BENNETTSVILLE, SC 29512 | Bennettsville 99-SC, LLC, c/o Principal<br>801 Grand Avenue<br>Des Moines, IA 50392-0490: |
| 2168 | 348 PINEWOOD ROAD<br>SUMTER, SC 29154 | Woodland Village Apartments, a General Partnership<br>c/o J. Donald Dial<br>1320 Washington Street<br>Columbia, SC 29201 |
| 2174 | 1671 SPRINGDALE DRIVE<br>CAMDEN, SC 29020 | Developers Diversified Realty<br>3300 Enterprise Parkway<br>P. O. Box 228042<br>Beachwood, OH 44122 |
| 2188 | 4320 W. STONE DRIVE<br>KINGSPORT, TN 37660 | West Eck Partners, LP<br>2743 Perimeter Parkway, Building 100, Suite 370<br>Augusta, GA 30909 |
| 2189 | 2450 MEMORIAL BOULEVARD<br>KINGSPORT, TN 37664 | Judy R. Street, c/o Joseph B. Lyle, Esq., Green & Hale, P.C.<br>126 Edgemont Avenue<br>Bristol, TN 37621 |
| 2190 | 151 HUDSON DRIVE<br>ELIZABETHTON, TN 37643 | NP of Tennessee, LP<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 2198 | HWY 36 & OAKLAND AVE<br>JOHNSON CITY, TN 37601 | Stichting Ken's Plaza Fonds, c/o Fletcher Bright Company<br>1300 First Tennessee Building<br>Chattanooga, TN 37402 |
| 2193 | 1729 HIGHWAY 19E<br>ELIZABETHTON, TN 37643 | Elizabethton Plaza, Ltd, c/o Ed Street Development<br>1913 S. Roan Street, Suite 105<br>Johnson City, TN 37601 |
| 2386 | 7600 DR. PHILLIPS DRIVE<br>ORLANDO, FL 32819 | Woolbright/SSR Marketplace, LLC, Attn: Shai Moschowits<br>3200 North Military Trail, 4th Floor<br>Boca Raton, FL 33431 |
| 2403 | 1580 E PRICE<br>KELLER, TX 76248 | Keller Crossing Texas, LP, c/o BVT Management Services, Inc.<br>3350 Riverwood Parkway, Suite 1500<br>Atlanta, GA 30339 |
| 2406 | 305 W. EULESS HWY. 10<br>EULESS, TX 76040 | Tri-State Commercial Associates Joint Venture<br>c/o Quine & Associates, Inc.<br>301 South Sherman Street, Suite 100<br>Richardson, TX 75081 |
| 2408 | 143 HARWOOD<br>HURST, TX 76054 | Parkwood Village, c/o HJ Brown Companies<br>7667B Lake Worth Road<br>Lake Worth, FL 33467 |
| 2409 | 2632 FRANKFORD ROAD<br>DALLAS, TX 75287 | Frankford Dallas, LLC<br>2761 E. Trinity Mills Road, #114<br>Carrolton, TX 75006 |
| 2412 | 555 E 6TH STREET<br>SAN ANGELO, TX 76903 | Laureate Capital Corporation<br>P. O. Box 890090<br>Charlotte, NC 28289-0090 |
| 2414 | 4501 NORTH I-35& E-LOOP 340<br>LACY-LAKEVIEW, TX 76705 | Peregrine Properties Limited Partnership<br>711 High Street<br>Des Moines, IA 50392 |
| 2415 | 1101 WALNUT CREEK<br>MANSFIELD, TX 76063 | Peregrine Properties Limited Partnership<br>Attn: Commercial Real Estate Loan Administrator<br>Ref. No. 750418<br>711 High Street<br>Des Moines, IA 50392 |
| 2416 | 10325 LAKE JUNE ROAD<br>DALLAS, TX 75277 | Larissa Lake June, Ltd.<br>6300 Independence Parkway, Suite A-1<br>Plano, TX 75023 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2420 | 1050 NORTH WESTMORELAND<br>DALLAS, TX 75211 | Saran, Ltd<br>5710 LBJ Freeway, Suite 135<br>Dallas, TX 75240 |
| 2421 | 6601 WATAUGA ROAD<br>WATAUGA, TX 76148 | R&G Associates<br>835 Douglas Avenue, Suite 815<br>LB-49, Dallas, TX 75235 |
| 2426 | 808 S.W. GREEN OAKS BLVD.<br>ARLINGTON, TX 76017 | Matlock Oaks Partners<br>P. O. Box 660394<br>Dallas, TX 75266-0394 |
| 2434 | 5651 WESTCREEK DRIVE<br>FORT WORTH, TX 76133 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |
| 2437 | 800 N. KILGORE STREET<br>KILGORE, TX 75662 | Cap Mark Services, Inc.<br>P. O. Box 404124<br>Atlanta GA 30384-8356 |
| 2438 | 1824 SOUTH JACKSON<br>JACKSONVILLE, TX 75766 | Herbert Singer, c/o Ben Fitzgerald Real Estate Services, LLC<br>1300 Pinecrest Drive<br>East, Marshall, TX 75670 |
| 2443 | 7501 DAVIS BOULEVARD<br>NORTH RICHLAND HILLS, TX 76180 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2452 | 719 NORTH HAMPTON ROAD<br>DESOTO, TX 75115 | EIG Hampton Square, LLC, c/o Equity Investment<br>111 East Wayne Street, Suite 500<br>Fort Wayne, IN 46802 |
| 2457 | 4601 DENTON HIGHWAY<br>HALTOM CITY, TX 76117 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2462 | 714 SOUTH FORT HOOD STREET<br>KILLEEN, TX 76541 | 440 Group, Ltd, Attn: Gene Williams<br>P. O. Box 578<br>Killeen, TX 76540-0578 |
| 2480 | 1020 WEST MAIN STREET<br>GUN BARREL CITY, TX 75751 | Ben Fitzgerald Real Estate Services, c/o Dr. Herbert Singer<br>1300 Pinecrest Drive<br>East, Marshall, TX 75672 |
| 2483 | 4457 SOUTH 1ST STREET<br>ABILENE, TX 79605 | First Westgate Mall, LP<br>P. O. Box 671402<br>Dallas, TX 75267 |
| 2485 | 1950 EPHRIHAM<br>FORT WORTH, TX 76106 | Mitchell Mortgage Company, LLC, Attn: ORE Department/POP<br>325, P. O. Box 27459<br>Houston, TX 77227-7459 |
| 2487 | 4609 SOUTHWEST PARKWAY<br>WICHITA FALLS, TX 76310 | WD Wichita Falls TX LP, c/o I. Reiss & Son<br>200 E. 61st Street, Suite 29F<br>New York, NY 10021 |
| 2490 | 2301 CROSS TEMBERS ROAD<br>FLOWER MOUND, TX 75028 | Galileo CMBS T1 HL TX LP<br>P. O. Box 74845<br>Cleveland, OH 44194-4845 |
| 2491 | 5325 WILLIAM TATE<br>GRAPEVINE, TX 76051 | Vineyard Marketplace Limited Partnership<br>c/o Cencor Realty Services, Inc., Attn: Property Manager<br>3102 Maple Avenue, Suite 500<br>Dallas, TX 75201 |
| 2495 | 4445 SATURN<br>GARLAND, TX 75041 | East Partners, Ltd<br>3838 Oaklawn, Suite 810<br>Dallas, TX 75219 |
| 2523 | 710 EDWARDS DRIVE<br>HARKER HEIGHTS, TX 76543 | Central Texas Shopping Center Group, Ltd.<br>c/o HHP Company, LLC<br>Attn: Michael A. Phelan or Patrick H. Phelan<br>6310 Lemmon Avenue, Suite 202<br>Beaumont, TX 75209 |
| 2535 | 7351 SPRING HILL ROAD<br>SPRING HILL, FL 34606 | Spring Hill Associates, Ltd, c/o Bruce Strumpt, Inc.<br>314 South Missouri Avenue, Suite #305<br>Clearwater, FL 34616 |
| 2536 | 4028 LITTLE ROAD<br>NEW PORT RICHEY, FL 34655 | The Center of Seven Springs, Inc.<br>50 Coconut Row, Suite 114<br>Palm Beach, FL 33480 |
| 2577 | 420 GEORGE NIGH EXPRESSWAY<br>MCALESTER, OK 74501 | Indianapolis Life Insurance Company<br>304 Airport Road, Suite A<br>Bentonville, AR 72712 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2625 | 800 HWY 1 SOUTH<br>GREENVILLE, MS 38701 | Delta Plaza, LLC, c/o Gabriel Jeidel<br>16 East 34th Street, 16th Floor<br>New York, NY 10016 |
| 2739 | 10800 ALPHARETTA HWY<br>ROSWELL, GA 30076 | CCP Employee Profit Sharing Plan & Trust<br>c/o Cardinal Capital Partners, Inc.<br>8214 Westchester Drive, 9th Floor<br>Dallas, TX 75225 |
| 2741 | 5450 PEACHTREE PARKWAY<br>NORCROSS, GA 30092 | MCW-RC-GA-Peachtree Parkway Plaza, LLC<br>c/o Regency Centers, LP<br>121 West Forsyth Street, Suite 200<br>Jacksonville, FL 32202 |
| 9001 | 833 SHOTWELL ROAD<br>CLAYTON, NC 27520 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| 9038 | 6100 S MCINTOSH<br>SARASOTA, FL 34238 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                    :

                                                         :    **Chapter 11**

                                                         :
**WINN-DIXIE STORES, INC., et al.,**                     :    **Case No. 05-11063**

                                                         :
            **Debtors.**                                 :    **(Jointly Administered)**

                                                         :
-------------------------------------------------------------x

## ORDER AUTHORIZING THE DEBTORS TO
## REJECT CERTAIN REAL PROPERTY
## LEASES, EFFECTIVE AS OF THE PETITION DATE

Upon the Motion dated February 21, 2005 (the "Motion") of Winn-Dixie Stores,

Inc. and its debtor affiliates (collectively, the "Debtors") for an order authorizing and approving

the rejection by the Debtors of certain unexpired non-residential real property leases listed on

Exhibit A attached hereto (collectively, the "Leases"); all as more fully set forth in the Motion;

and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local

Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications

sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the

Motion and the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334 and the Standing

Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern

District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and

venue being proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409; and due and

proper notice of the Motion having been provided to (i) the Office of the United States Trustee

(the "United States Trustee"), (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors'

secured lenders, (iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty

(50) largest unsecured creditors; and no other or further notice being required; and the relief requested in the Motion being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtors are authorized to reject the Leases pursuant to 11 U.S.C. § 365(a), and each Lease is hereby deemed rejected, effective as of the Petition Date, subject to any objections filed within fifteen (15) days after the entry of this Order (the "Objection Deadline"); and it is further

ORDERED that any interest of any of the Debtors in any personal property remaining in the stores that are the subject of the Leases is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the Petition Date; and it is further

ORDERED that nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases, whether or not related to the Leases; and it is further

ORDERED that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED that any objection to the relief requested in the Motion shall be filed with the Court by the Objection Deadline and shall be served upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York  10004; (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times

Square, New York, New York 10036; and (iii) Sarah Robinson Borders, King & Spalding LLP,

191 Peachtree Street, Atlanta, Georgia  30303, so as to be received by the Objection Deadline.

With respect to each Lease, if no objection is timely filed and served, this Order shall be deemed

a final order, and no further hearing on the Motion shall be held; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated:  February ___, 2005
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 146 | 843 PINEWOOD WAY<br>LIVE OAK, FL 32060 | Suwanee County Investments, LLC<br>20377 180th Street<br>Live Oak, FL 32060 |
| 264 | 334 N. CONGRESS AVENUE<br>BOYNTON BEACH, FL 33435 | E&A Acquisition Two Limited Partnership<br>900 Bank of America Plaza<br>1901 Main Street<br>Columbia, SC 29201 |
| 298 | 8040 WEST MCNAB ROAD<br>NORTH LAUDERDALE, FL 33068 | SKW II Real Estate Limited Partnership<br>100 Crescent Court, Suite 1000<br>Dallas, TX 75201 |
| 376 | 6177 JOG RD, BAY D<br>LAKE WORTH, FL 33462 | Lantana Square Shopping Center, Ltd<br>c/o Southeast Properties<br>1645 SE 3rd Court, Suite 200<br>Deerfield Beach, FL 33441 |
| 382 | 5301 WEST ATLANTIC BLVD.<br>MARGATE, FL 33063 | Lakewood Associates, Ltd.<br>701 Brickell Avenue, Suite 1400<br>Miami, FL 33131 |
| 430 | WALKER CHAPEL ROAD<br>FULTONDALE, AL 35068 | Walker Chapel Plaza, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 477 | 6477 HAMILTON ROAD<br>COLUMBUS, GA 31904 | Ervin R. Bard and Susanne Bard<br>1100 Alta Loma Road, Suite 1204<br>Los Angeles, CA 90069 |
| 499 | 470 S. HIGHWAY 29<br>CANTONMENT, FL 32533 | Moulton Properties, Inc.<br>P. O. Box 12524<br>Pensacola, FL 32573 |
| 508 | 1610 MAIN STREET<br>CHIPLEY, FL 32428 | Main Street Marketplace, LLC<br>2100 Riverchase Center, Suite 230-A<br>Birmingham, AL 35244 |
| 510 | 765 HWY 98 EAST<br>DESTIN, FL 32541 | Downtown Destin Shopping Center/The Pelican Group, Inc.<br>P. O. Box 160403<br>Mobile, AL 36616-1403 |
| 511 | 1303 SOUTH WASHINGTON STREET<br>MARION, FL 36756 | Macon W. Gravlee, Jr.<br>P. O. Box 310<br>Fayette, AL 35555 |
| 522 | 3791 HWY 14<br>MILLBROOK, AL 36054 | Spectrum/Grandview Pines, LLC<br>P. O. Box 11045<br>Montgomery, AL 36111 |
| 534 | 2471 HIGHWAY 150<br>HOOVER, AL 35244 | Sulphur Springs Partners, LLP<br>801 N.E. 167th Street, 2nd Floor<br>N. Miami Beach, FL 33162 |
| 539 | 52ND  POPLAR SPRINGS<br>MERIDIAN, MS 39301 | Barbaree G. Rosenbaum, Trustee, Laura C. Kimbrell, et al.<br>Co-Trustees<br>P. O. Box 3007<br>Meridian, MS 39303 |
| 540 | 1801 WEST DALLAS AVENUE<br>SELMA, AL 36701 | Aronov Realty Company, Inc.<br>P. O. Box 235000<br>Montgomery, AL 36103 |
| 582 | 719 HWY 43 SOUTH<br>SARALAND, AL 36571 | Bowdoin Square LLC, c/o Head Companies<br>P. O. Box 230<br>Point Clear, AL 36564 |
| 592 | 102 MCMEANS AVENUE<br>BAY MINETTE, AL 36507 | New Bay Minette, LLC<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 686 | 1803 N HIGHLANDS AVE<br>CLEARWATER, FL 33755 | The Morgan Company, Inc., c/o George L. Hayes, III, Esq.<br>5959 Central Avenue, Suite 104<br>St. Petersburg, FL 33710 |
| 704 | 18906 US HWY 19<br>HUDSON, FL 34667 | John Benetti Associates, a California Partnership<br>80 Mt. Vernon Lane<br>Atherton, CA 94025 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 714 | 27251 BAY LANDING<br>BONITA SPRINGS, FL 34135 | Barron Collier Partnership<br>2600 Golden Gate Parkway<br>P. O. Box 413038<br>Naples, FL 34101-3038 |
| 832 | 112 WESTERN BLVD<br>JACKSONVILLE, NC 28540 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 868 | 750 N MADISON BOULEVARD<br>ROXBORO, NC 27573 | Roxborough Associates, LLC<br>P. O. Box 1359<br>605 S. Morgan Street<br>Roxboro, NC 27573 |
| 869 | US HWY 301 & FIKEWOOD ST.<br>WILSON, NC 27893 | Bailey & Associates, c/o LIF Realty Trust<br>106 Access Road<br>Norwood, MA 02062-5294 |
| 870 | 2799 RALEIGH ROAD<br>WILSON, NC 27893 | KPT Communities LLC, c/o Kimco Realty Corporation<br>3333 New Hyde Road, Suite 100<br>New Hyde Park, NY 11042-0020 |
| 875 | 1222 NORTH WESLEYAN BOULEVARD<br>ROCKY MOUNT, NC 27804 | DPJ Company Limited Partnership<br>145 Rosemary Street, Suite Entrance K<br>Needham, MA 02194 |
| 925 | 401 E. LAKEWOOD AVENUE<br>DURHAM, NC 27704 | Heritage Square Associates<br>112 N. Main Street<br>Durham, NC 27702 |
| 940 | 6569 MARKET DRIVE<br>GLOUCESTER, VA 23061 | Butler Investments I, LC<br>c/o Derrine & Wheeler Real Estate Company<br>Crown Center<br>580 East Main Street, Suite 300<br>Norfolk, VA 23510 |
| 941 | US HIWAY 58 & SR 15<br>CLARKSVILLE, VA 23927 | Daniel G. Kamin Clarksville, LLC, c/o Kamin Realty Company<br>490 S. Highland Street<br>Pittsburgh, PA 15206 |
| 946 | 4950 PLANTATION ROAD<br>ROANOKE, VA 24019 | WD Roanoke, LLC, c/o I. Reiss & Company<br>200 East 61st Street, Suite 29F<br>New York, NY 10021 |
| 949 | 3808 MECHANICSVILLE TURNPIKE<br>RICHMOND, VA 23223 | USRP I, LLC, Lockbox #4226<br>4226 Collection Center Drive<br>Chicago, IL 60693 |
| 955 | 463 N. MAIN STREET<br>KILMARNOCK, VA 22482 | Lancaster Community Investors, LC<br>P. O. Box 1582<br>Kilmarnock, VA 22482-1582 |
| 958 | 4211 BEULAH RD<br>RICHMOND, VA 23237 | Crenshaw-Singleton Properties<br>1011 East Main Street, Suite 206<br>Richmond, VA 23219 |
| 965 | 2098 NICKERSON BLVD.<br>HAMPTON, VA 23663 | GEM Nickerson, LLC, c/o Ellis Gibson Development Group<br>207 Business Park Drive, Suite 101<br>Virginia Beach, VA 23462 |
| 970 | 285 NORDAN DRIVE<br>DANVILLE, VA 24541 | Old 97, Inc., c/o Phillips Edison & Company<br>11690 Grooms Road<br>Cincinnati, OH 45242 |
| 972 | 2301 SALEM CHCH RD<br>FREDERICKSBURG, VA 22407 | WD Route 3 Limited Partnership<br>1201 Central Park Boulevard<br>Fredericksburg, VA 22401 |
| 979 | 1720 E. LITTLE CREEK ROAD<br>NORFOLK, VA 23510 | Rose J. Caplan and Esther S. Fleder, Trustees<br>500 Main Plaza East, 1324 Crestar Bank Building<br>Norfolk, VA 23510 |
| 980 | 1092 BYPASS ROAD<br>VINTON, VA 24179 | PNC<br>230 S. Tryon Street, Suite 700<br>Charlotte, NC 28202 |
| 984 | US 29 BUSINESS<br>HURT, VA 24563 | Staunton Plaza Associates, Limited Partnership<br>5 Norden Drive<br>Glen Head, NY 11545 |
| 987 | 596 BLUE RIDGE AVENUE<br>BEDFORD, VA 24523 | Southgate Associates, II, LP<br>P. O. Box 8510<br>Richmond, VA 23226 |
| 988 | 3225 OLD FOREST ROAD<br>LYNCHBURG, VA 24501 | George C. Walker, Jr., c/o John Stewart Walker Company<br>3211 Old Forest Road<br>Lynchburg, VA 24501 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 989 | 7701 TIMBERLAKE ROAD<br>LYNCHBURG, VA 24502 | Timberlake Station, LLC<br>P. O. Box 640594<br>Cincinnati, OH 45249-0594 |
| 990 | 301 OYSTER POINT ROAD<br>NEWPORT NEWS, VA 23607 | GEM Warwick, LLC, c/o Ellis-Gibson Development Group<br>1081 19th Street, Suite 203<br>Virginia Beach, VA 23451-5600 |
| 1006 | 2215 TOBACCO RD<br>AUGUSTA, GA 30906 | Peach Orchard Center, LLC<br>3152 Washington Road<br>Augusta, GA 30907 |
| 1009 | 248 W COLUMBIA AVE<br>BATESBURG, SC 29006 | Lasco Realty, LLC, Attn: Robert Schwagerl<br>P. O. Box 418<br>Keswick, VA 22947 |
| 1014 | 1070 A SOUTH LAKE DR<br>LEXINGTON, SC 29073 | The Delta Interests<br>P. O. Box 1806<br>Greenville, SC 29602 |
| 1017 | 935 HWY 29 S<br>ANDERSON, SC 29624 | Southland-Anderson W.D. Delaware Business Trust<br>c/o Wilmington Trust Co.<br>1100 N. Market Street<br>Wilmington, DE 19890-0001 |
| 1270 | 1215 NORTH MAIN STREET<br>SUMMERVILLE, SC 29483 | Invesco, LP, W. C. Wilbur & Co.<br>P. O. Box 5225<br>North Charleston, SC 29406 |
| 1272 | 2245 CHARLESTON HWY<br>CAYCE, SC 29033 | Cayce Marketplace Partners, LP<br>130 Bloor Street West, Suite 1200<br>Toronto, Ontario M5S 1N5 |
| 1313 | 1004 CENTRAL ST.<br>WATER VALLEY, MS 38965 | Macon W. Gravlee, Jr.<br>P O. Box 310<br>Fayette, AL 35555 |
| 1325 | 12120 HWY 63 S<br>LUCEDALE, MS 39452 | SeaPea, Inc.<br>13505 North Amiss Road<br>Baton Rouge, LA 70810 |
| 1330 | 2150 WEST JACKSON<br>OXFORD, MS 38655 | Greenville Compress Company<br>Attn: Kenneth Brantley, Secretary-Treasurer<br>P. O. Box 218<br>Greenville, MS 38702 |
| 1341 | 628 HWY 12 E.<br>STARKVILLE, MS 39759 | 1997 Properties, LLC, c/o Roger P. Friou<br>P. O. Box 55416<br>Jackson, MS 39296 |
| 1347 | 1925 SPILLWAY RD.<br>BRANDON, MS 39047 | Edens & Avant Properties Limited Partnership<br>c/o Reservoir Square<br>P. O. Box 528<br>Columbia, SC 29202 |
| 1352 | 658 E. MADISON<br>HOUSTON, MS 38851 | Macon W. Gravlee, Jr., c/o General Management Services<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1354 | 11TH AVE, HWY 78 E.<br>GUIN, AL 35563 | Guin Square, LLC, c/o LeDrue Gravlee<br>P. O. Box 310<br>Fayette, AL 35555 |
| 1364 | 1321 W. GOVERNMENT ST.<br>BRANDON, MS 39042 | Premier Plaza Associates, LLC<br>3060 Peachtree Road, Suite 1850<br>Atlanta, GA 30305 |
| 1366 | 1201 US 49 S, SUITE 16<br>RICHLAND, MS 39218 | Litchfield Investments Riverwood LLC<br>c/o The Mitchell Company<br>P. O. Box 16036<br>Mobile, AL 36616 |
| 1370 | 200 CLINTON BLVD.<br>CLINTON, MS 39056 | CPM Associates, LP, c/o Fletcher Bright Company<br>537 Market Street, Suite 400<br>Chattanooga, TN 37402 |
| 1401 | HWY. 90 & JAMIE BLVD.<br>AVONDALE, LA 70094 | Avondale Square Limited Partnership<br>100 Conti Street<br>New Orleans, LA 70130 |
| 1420 | 1123 PAUL MAILLARD ROAD<br>LULING, LA 70070 | Kingfisher, Inc.<br>P. O. Box 47<br>Luling, LA 70070 |
| 1462 | W. MAIN & PINE<br>GRAMERCY, LA 70052 | Alvyn L. Woods, Inc.<br>P. O. Box 396<br>Lutcher, LA 70071 |

| **Store Number** | **Leased Property Location** | **Landlord** |
|---|---|---|
| 1465 | 29762 WALKER SOUTH ROAD<br>WALKER, LA 70785 | Walker, L.A., Commercial Properties Development Co., LLC,<br>P. O. Box 1693<br>Baton Rouge, LA 70821 |
| 1473 | 1215 ELTON ROAD<br>JENNINGS, LA 70546 | Jula Trust<br>919 W. Second Street<br>Crowley, LA 70527-1566 |
| 1550 | 5525 CAMERON ST.<br>SCOTT, LA 70583 | MPM Resources, LLC<br>P. O. Box 80673<br>Lafayette, LA 70598 |
| 1560 | 4510 AMBASSADOR CAFFERY PKWY<br>LAFAYETTE, LA 70508 | Gregory F. Reggie, Caffery Center, LLC<br>1 Northview Lane<br>Corwley, LA 70526 |
| 1565 | LA HWY. 1<br>NATCHITOCHES, LA 71457 | Cane River Associate, c/o Property One, Inc.<br>One Lakeshore Drive, Suite 560<br>Lake Charles, LA 70629 |
| 1580 | 2160 HWY. 64<br>ZACHARY, LA 70791 | Daniel G. Kamin, c/o Kamin Realty Company<br>P. O. Box 10234<br>Pittsburgh, PA 15232 |
| 1586 | 9708 GREENWELL SPRINGS RD.<br>BATON ROUGE, LA 70814 | Folmar & Associates, Attn: Elaine Barnes<br>P. O. Box 16765<br>Mobile, AL 36616 |
| 1605 | 4620 TAYLORSVILLE RD<br>LOUISVILLE, KY 40220 | Chester Dix Jefferson Corp.<br>P. O. Box 40<br>Westbury, NY 11590 |
| 1606 | 225 KENTUCKY HOME SQUARE<br>BARDSTOWN, KY 40004 | Bardstown S.C., LLC<br>3220 Office Pointe Place, Suite 200<br>Louisville, KY 40220 |
| 1609 | U S HIGHWAY 127& HOSPITAL<br>FRANKFORT, KY 40601 | Capital Plaza Shopping Center<br>31850 Northwestern Highway<br>Farmington Hills, MI 48018 |
| 1610 | 135 EAST LINCOLN TRAIL<br>RADCLIFF, KY 40160 | Teachers' Retirement System of the State of Kentucky<br>239 South Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1613 | 3150 RICHMOND ROAD<br>LEXINGTON, KY 40509 | New Plan Excel Realty Trust<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 1614 | 4230 SARON DRIVE<br>LEXINGTON, KY 40515 | Teachers' Retirement System of the State of Kentucky<br>Attn: Edward T. Wilson<br>c/o Mortgage Company of Kentucky, Inc.<br>642 South Fourth Street<br>Louisville, KY 40202 |
| 1636 | 4830 OUTER LOOP<br>LOUISVILLE, KY 40219 | Brown, Noltemeyer Company, Attn: Charles A. Brown, Jr.<br>2424 Eagles Eyrie Court<br>Louisville, KY 40206 |
| 1653 | 2511 FREDERICA STREET<br>OWENSBORO, KY 42303 | Palm Lakes, LLC<br>2285 Executive Drive, Suite 420<br>Lexington, KY 40505 |
| 1669 | 175 MARKETPLACE DRIVE<br>HILLVIEW, KY 40229 | Teachers' Retirement System of the State of Kentucky<br>c/o Mortgage Co. of Kentucky, Inc.<br>239 S. Fifth Street, Suite 917<br>Louisville, KY 40202 |
| 1670 | HWY 44<br>SHEPHERDSVILLE, KY 40165 | Shepherdsville Mall Associates Limited Partnership<br>c/o Center Services, Inc.<br>6200 Crestwood Station<br>Crestwood, KY 40014 |
| 1683 | 550 US 23S - HWY 114<br>PRESTONSBURG, KY 41653 | Glimcher Properties Limited Partnership<br>20 S. Third Street<br>Columbus, OH 43215 |
| 1691 | 1885 OLD STATE ROAD<br>CORYDON, IN 47112 | Dahlem Enterprise, Inc.<br>1000 Building Suite LL-2, 6200 Dutchmans Lane<br>Louisville, KY 40205-3285 |
| 1702 | 20 WEST 6TH<br>NEWPORT, KY 41071 | Wiedemann Square Ltd, Suite 205<br>5710 Wooster Pike<br>Cincinnati, OH 45227 |
| 1703 | 7850 ALEXANDRIA PIKE<br>ALEXANDRIA, KY 41001 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |

| **Store Number** | **Leased Property Location** | **Landlord** |
|---|---|---|
| 1763 | 848 MOLLY LANE<br>MILFORD, OH 45150 | Milford Associates, L.P., c/o QT Management, LLC<br>670 White Plains Road, Suite 305<br>Scarsdale, NY 10583 |
| 1768 | 5291 DELHI PIKE<br>CINCINNATI, OH 45238 | Del-Fair, Inc.<br>P. O. Box 389229<br>Cincinnati, OH 45238-9229 |
| 1771 | 5150 GLENCROSSING WAY<br>CINCINNATI, OH 45238 | Glenway Associates, c/o DDRD Down REIT LLC<br>P. O. Box 643474, Dept. 295<br>Pittsburgh, PA 15264-3474 |
| 1772 | 10180 COLERAIN AVENUE<br>CINCINNATI, OH 45251 | KIR Colerain 017, LLC, c/o Kimco Realty Corporation<br>P. O. Box 5020<br>New Hyde Park, NY 11042-0020 |
| 1773 | 409 WEST KEMPER ROAD<br>CINCINNATI, OH 45246 | Springdale Station, Ltd.<br>Attn: Mr. Michael C. Phillips, Managing Member, Phillips Edison & Company<br>4440 Lake Forest Drive, Suite 110<br>Cincinnati, OH 45242 |
| 1775 | 4605 DIXIE HIGHWAY<br>FAIRFIELD, OH 45014 | Midwest Centers, Ltd., Attn: Alvin Lipson<br>3307 Clifton Avenue<br>Cincinnati, OH 45220 |
| 1811 | 655 N EXPRESSWAY<br>GRIFFIN, GA 30223 | JDN Realty Corporation<br>Suite 400, 359 East Paces Ferry Road, NE<br>Atlanta, GA 30305 |
| 1829 | 2400 HIRAM ACWORTH HIGHWAY<br>DALLAS, GA 30157 | Hiram 99-GA, LLC, c/o Principal Net Lease Investors, LLC<br>711 High Street<br>Des Moines, IA 50392-0301 |
| 1865 | 12160 COUNTY LINE ROAD<br>FAYETTEVILLE, GA 30214 | Nashville TN Associates, a NY general partnership<br>c/o WD Fayetteville GA, LLC, Attn: Arthur Reiss<br>60 East 42nd Street, Suite 2201<br>New York, NY 10165 |
| 1867 | 1217 W SPRING ST<br>MONROE, GA 30655 | ARNOBO Associates Partnership<br>a/k/a ARNOBO Associates, LLC, c/o SCG Management<br>3101 Towercreek Parkway, Suite 200<br>Atlanta GA 30339 |
| 1902 | 11208 S. MEMORIAL PKWY<br>HUNTSVILLE, AL 35803 | Amberjack, Ltd<br>P. O. Box 81322<br>Mobile, AL 36689 |
| 1910 | 9076 HWY 20 STE F<br>MADISON, AL 35758 | Lennar Alabama Partners, Inc.<br>1601 Washington Avenue, Suite 700<br>Miami Beach, FL 33139 |
| 1911 | 6125 UNIVERSITY DR<br>HUNTSVILLE, AL 35806 | Madison Mall Shopping Center, Inc.,<br>c/o Marx Realty & Improvement Co., Inc.<br>708 Third Avenue, 15th Floor<br>New York, NY 10017 |
| 1916 | 240 MCCURDY AVE N<br>RAINSVILLE, AL 35986 | WD Rainsville Trust<br>2650 Louis Menck Drive<br>Ft. Worth, TX 76131 |
| 1918 | 4103 SPORTPLEX DRIVE<br>MUSCLE SHOALS, AL 35661 | Shoals Marketplace, LLC<br>6 Office Park Circle, Suite 100<br>Birmingham, AL 35223 |
| 1940 | 5450 HWY 153<br>CHATTANOOGA, TN 37409 | Kemor Properties, Inc., Attn: Bill Raines, c/o The Raines Group<br>1200 Mountain Creek Road, #100<br>Chattanooga, TN 37405 |
| 1996 | 2800 CANTON HWY<br>MARIETTA, GA 30066 | LN Piedmart Village, LLC, Attn: Al Johnston, Leasing Manager<br>4475 River Green Parkway, Suite 100<br>Duluth, GA 30096 |
| 2017 | 802 EAST CENTER STREET<br>LEXINGTON, NC 27292 | David R. Krug & Associates, W/D Lexington, LLC<br>131 Providence Road<br>Charlotte, NC 28207 |
| 2020 | 4709 LAWNDALE-COTTAGE<br>GREENSBORO, NC 27405 | Kotis Properties<br>P. O. Box 9296<br>Greensboro, NC 27429-9296 |
| 2037 | 900 WEST BOULEVARD<br>LAURINBURG, NC 28352 | Scotland Mall, Inc.<br>c/o Mr. C. F. Smith, Jr., President (or successor)<br>1800 Rockingham Road<br>Rockingham, NC 28379 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2064 | 3712 SOUTH HOLDEN ROAD<br>GREENSBORO, NC 27406 | Collett Management, LLC<br>P. O. Box 36799<br>Charlotte, NC 28236-6799 |
| 2105 | 1643 N BRIDGE STREET<br>ELKIN, NC 28621 | Elkmont Associates<br>Attn: Mr. James L. Poindexter, c/o Poindexter Enterprises<br>P. O. Box 28<br>Elkin, NC 28621-0028 |
| 2126 | US HWY 701 & N STREET<br>GEORGETOWN, SC 29440 | PG-1 Development Company<br>c/o  Century 21 Grimes & Associates<br>P. O. Box 664<br>Georgetown, SC 29442 |
| 2130 | 1120 OAKWOOD STREET<br>BENNETTSVILLE, SC 29512 | Bennettsville 99-SC, LLC, c/o Principal<br>801 Grand Avenue<br>Des Moines, IA 50392-0490: |
| 2168 | 348 PINEWOOD ROAD<br>SUMTER, SC 29154 | Woodland Village Apartments, a General Partnership<br>c/o J. Donald Dial<br>1320 Washington Street<br>Columbia, SC 29201 |
| 2174 | 1671 SPRINGDALE DRIVE<br>CAMDEN, SC 29020 | Developers Diversified Realty<br>3300 Enterprise Parkway<br>P. O. Box 228042<br>Beachwood, OH 44122 |
| 2188 | 4320 W. STONE DRIVE<br>KINGSPORT, TN 37660 | West Eck Partners, LP<br>2743 Perimeter Parkway, Building 100, Suite 370<br>Augusta, GA 30909 |
| 2189 | 2450 MEMORIAL BOULEVARD<br>KINGSPORT, TN 37664 | Judy R. Street, c/o Joseph B. Lyle, Esq., Green & Hale, P.C.<br>126 Edgemont Avenue<br>Bristol, TN 37621 |
| 2190 | 151 HUDSON DRIVE<br>ELIZABETHTON, TN 37643 | NP of Tennessee, LP<br>1120 Avenue of the Americas, 12th Floor<br>New York, NY 10036 |
| 2198 | HWY 36 & OAKLAND AVE<br>JOHNSON CITY, TN 37601 | Stichting Ken's Plaza Fonds, c/o Fletcher Bright Company<br>1300 First Tennessee Building<br>Chattanooga, TN 37402 |
| 2193 | 1729 HIGHWAY 19E<br>ELIZABETHTON, TN 37643 | Elizabethton Plaza, Ltd, c/o Ed Street Development<br>1913 S. Roan Street, Suite 105<br>Johnson City, TN 37601 |
| 2386 | 7600 DR. PHILLIPS DRIVE<br>ORLANDO, FL 32819 | Woolbright/SSR Marketplace, LLC, Attn: Shai Moschowits<br>3200 North Military Trail, 4th Floor<br>Boca Raton, FL 33431 |
| 2403 | 1580 E PRICE<br>KELLER, TX 76248 | Keller Crossing Texas, LP, c/o BVT Management Services, Inc.<br>3350 Riverwood Parkway, Suite 1500<br>Atlanta, GA 30339 |
| 2406 | 305 W. EULESS HWY. 10<br>EULESS, TX 76040 | Tri-State Commercial Associates Joint Venture<br>c/o Quine & Associates, Inc.<br>301 South Sherman Street, Suite 100<br>Richardson, TX 75081 |
| 2408 | 143 HARWOOD<br>HURST, TX 76054 | Parkwood Village, c/o HJ Brown Companies<br>7667B Lake Worth Road<br>Lake Worth, FL 33467 |
| 2409 | 2632 FRANKFORD ROAD<br>DALLAS, TX 75287 | Frankford Dallas, LLC<br>2761 E. Trinity Mills Road, #114<br>Carrolton, TX 75006 |
| 2412 | 555 E 6TH STREET<br>SAN ANGELO, TX 76903 | Laureate Capital Corporation<br>P. O. Box 890090<br>Charlotte, NC 28289-0090 |
| 2414 | 4501 NORTH I-35& E-LOOP 340<br>LACY-LAKEVIEW, TX 76705 | Peregrine Properties Limited Partnership<br>711 High Street<br>Des Moines, IA 50392 |
| 2415 | 1101 WALNUT CREEK<br>MANSFIELD, TX 76063 | Peregrine Properties Limited Partnership<br>Attn: Commercial Real Estate Loan Administrator<br>Ref. No. 750418<br>711 High Street<br>Des Moines, IA 50392 |
| 2416 | 10325 LAKE JUNE ROAD<br>DALLAS, TX 75277 | Larissa Lake June, Ltd.<br>6300 Independence Parkway, Suite A-1<br>Plano, TX 75023 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2420 | 1050 NORTH WESTMORELAND<br>DALLAS, TX 75211 | Saran, Ltd<br>5710 LBJ Freeway, Suite 135<br>Dallas, TX 75240 |
| 2421 | 6601 WATAUGA ROAD<br>WATAUGA, TX 76148 | R&G Associates<br>835 Douglas Avenue, Suite 815<br>LB-49, Dallas, TX 75235 |
| 2426 | 808 S.W. GREEN OAKS BLVD.<br>ARLINGTON, TX 76017 | Matlock Oaks Partners<br>P. O. Box 660394<br>Dallas, TX 75266-0394 |
| 2434 | 5651 WESTCREEK DRIVE<br>FORT WORTH, TX 76133 | United Commercial Mortgage Corporation, c/o Lawrence Kadish<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 |
| 2437 | 800 N. KILGORE STREET<br>KILGORE, TX 75662 | Cap Mark Services, Inc.<br>P. O. Box 404124<br>Atlanta GA 30384-8356 |
| 2438 | 1824 SOUTH JACKSON<br>JACKSONVILLE, TX 75766 | Herbert Singer, c/o Ben Fitzgerald Real Estate Services, LLC<br>1300 Pinecrest Drive<br>East, Marshall, TX 75670 |
| 2443 | 7501 DAVIS BOULEVARD<br>NORTH RICHLAND HILLS, TX 76180 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2452 | 719 NORTH HAMPTON ROAD<br>DESOTO, TX 75115 | EIG Hampton Square, LLC, c/o Equity Investment<br>111 East Wayne Street, Suite 500<br>Fort Wayne, IN 46802 |
| 2457 | 4601 DENTON HIGHWAY<br>HALTOM CITY, TX 76117 | DBT Porcupine WD3, HMG Coinvestment, LLC<br>1125 S. 103rd Street, Suite 450<br>Omaha, NE 68124 |
| 2462 | 714 SOUTH FORT HOOD STREET<br>KILLEEN, TX 76541 | 440 Group, Ltd, Attn: Gene Williams<br>P. O. Box 578<br>Killeen, TX 76540-0578 |
| 2480 | 1020 WEST MAIN STREET<br>GUN BARREL CITY, TX 75751 | Ben Fitzgerald Real Estate Services, c/o Dr. Herbert Singer<br>1300 Pinecrest Drive<br>East, Marshall, TX 75672 |
| 2483 | 4457 SOUTH 1ST STREET<br>ABILENE, TX 79605 | First Westgate Mall, LP<br>P. O. Box 671402<br>Dallas, TX 75267 |
| 2485 | 1950 EPHRIHAM<br>FORT WORTH, TX 76106 | Mitchell Mortgage Company, LLC, Attn: ORE Department/POP<br>325, P. O. Box 27459<br>Houston, TX 77227-7459 |
| 2487 | 4609 SOUTHWEST PARKWAY<br>WICHITA FALLS, TX 76310 | WD Wichita Falls TX LP, c/o I. Reiss & Son<br>200 E. 61st Street, Suite 29F<br>New York, NY 10021 |
| 2490 | 2301 CROSS TEMBERS ROAD<br>FLOWER MOUND, TX 75028 | Galileo CMBS T1 HL TX LP<br>P. O. Box 74845<br>Cleveland, OH 44194-4845 |
| 2491 | 5325 WILLIAM TATE<br>GRAPEVINE, TX 76051 | Vineyard Marketplace Limited Partnership<br>c/o Cencor Realty Services, Inc., Attn: Property Manager<br>3102 Maple Avenue, Suite 500<br>Dallas, TX 75201 |
| 2495 | 4445 SATURN<br>GARLAND, TX 75041 | East Partners, Ltd<br>3838 Oaklawn, Suite 810<br>Dallas, TX 75219 |
| 2523 | 710 EDWARDS DRIVE<br>HARKER HEIGHTS, TX 76543 | Central Texas Shopping Center Group, Ltd.<br>c/o HHP Company, LLC<br>Attn: Michael A. Phelan or Patrick H. Phelan<br>6310 Lemmon Avenue, Suite 202<br>Beaumont, TX 75209 |
| 2535 | 7351 SPRING HILL DRIVE<br>SPRING HILL, FL 34606 | Spring Hill Associates, Ltd, c/o Bruce Strumpt, Inc.<br>314 South Missouri Avenue, Suite #305<br>Clearwater, FL 34616 |
| 2536 | 4028 LITTLE ROAD<br>NEW PORT RICHEY, FL 34655 | The Center of Seven Springs, Inc.<br>50 Coconut Row, Suite 114<br>Palm Beach, FL 33480 |
| 2577 | 420 GEORGE NIGH EXPRESSWAY<br>MCALESTER, OK 74501 | Indianapolis Life Insurance Company<br>304 Airport Road, Suite A<br>Bentonville, AR 72712 |

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2625 | 800 HWY 1 SOUTH<br>GREENVILLE, MS 38701 | Delta Plaza, LLC, c/o Gabriel Jeidel<br>16 East 34th Street, 16th Floor<br>New York, NY 10016 |
| 2739 | 10800 ALPHARETTA HWY<br>ROSWELL, GA 30076 | CCP Employee Profit Sharing Plan & Trust<br>c/o Cardinal Capital Partners, Inc.<br>8214 Westchester Drive, 9th Floor<br>Dallas, TX 75225 |
| 2741 | 5450 PEACHTREE PARKWAY<br>NORCROSS, GA 30092 | MCW-RC-GA-Peachtree Parkway Plaza, LLC<br>c/o Regency Centers, LP<br>121 West Forsyth Street, Suite 200<br>Jacksonville, FL 32202 |
| 9001 | 833 SHOTWELL ROAD<br>CLAYTON, NC 27520 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| 9038 | 6100 S MCINTOSH<br>SARASOTA, FL 34238 | ZSF/WD Clayton, LLC, c/o Euclid Warehouses, Inc<br>One Chase Manhattan Plaza<br>New York, NY 10005 |