LOWENSTEIN SANDLER, PC
Bruce S. Nathan (BSN 4844)
Anusia L. Gayer (ALG 9144)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Fax: (212) 262-7402

*Local Counsel for Bottling Group LLC*
*d/b/a The Pepsi Bottling Group,*
*PepsiAmericas, Inc., Western Union*
*Financial Services, Inc., and*
*Integrated Payment Systems, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., : | |
| : | Case No. 05-11063 |
| : | |
| Debtors. : | |
| : | (Jointly Administered) |

-------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND**
**BANKRUPTCY RULES 2002(g) AND 9010**

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States

Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure

("Bankruptcy Rules") that Lowenstein Sandler PC appear as local counsel for and on behalf of Bottling

Group LLC d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services,

Inc., and Integrated Payment Systems, Inc., creditors in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that Bottling Group LLC d/b/a The Pepsi Bottling

Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems,

Inc. request that all notices given or required to be given in the above-captioned chapter 11 cases

99992/47
02/28/2005 1684486.01

-2-

(including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas
18th Floor
New York, NY 10020
Tel: (212) 262-6700
Fax: (212) 262-7402
Attn: Bruce Nathan, Esq.
E-mail: bnathan@lowenstein.com
Attn: Anusia L. Gayer, Esq.
E-mail: agayer@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or the property of such Debtors or Debtors' estates.

LOWENSTEIN SANDLER PC

Dated: February 28, 2005          By: /s/ Bruce S. Nathan, Esq._____
New York, New York                     Bruce S. Nathan, Esq. (BSN 4844)
                                       Anusia L. Gayer, Esq. (ALG 9144)
                                       1251 Avenue of the Americas
                                       18th Floor
                                       New York, NY 10020
                                       Tel: (212) 262-6700
                                       Fax: (212) 262-7402

                                       *Counsel for Bottling Group LLC d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems, Inc.*

-2-