**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:                                         :
                                               :        Chapter 11
WINN-DIXIE STORES, INC., et al.,               :
                                               :        Case No. 05-11063
                                               :
          Debtors.                             :
                                               :        (Jointly Administered)
-------------------------------------------------------X

## CERTIFICATION OF SERVICE

LORRAINE D'ALESSIO, of full age, states as follows:

1. I am employed by the law firm of Lowenstein Sandler PC, local counsel to Bottling Group LLC d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems, Inc., a creditor in the above-referenced Chapter 11 proceeding.

2. On February 28, 2005, I caused a true and correct copy of the Notice of Appearance and Request for Service of Papers Pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(g) and 9010 to be served on the Service List annexed hereto via first class mail, postage pre-paid.

3. I certify that the aforementioned statements made by me are true and correct to the best of my information and belief. I understand that if any statement is willfully false that I am subject to the penalty of perjury.

Dated: February 28, 2005                    /s/ Lorraine D'Alessio
New York, New York                          Lorraine D'Alessio

99992/47
02/28/2005 1685628.01

## 2002 SERVICE LIST

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Phone: (212) 735-2150<br>Fax : (917) 777-2150<br>Email: jbaker@skadden.com<br>***Counsel for the Debtor*** | Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004<br>Phone: (212) 510-0500<br>Fax : (212) 668-2255<br>Email: richard.morrissey@usdoj.gov<br>***U.S. Trustee*** |