MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky, Esq. (LN-3675)


Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                          :

In re:
                                          :     Chapter 11

WINN-DIXIE STORES, INC., et al.,
                                          :     Case No. 05-11063 (RDD)
                         Debtors           :     (Jointly Administered)
                                          :
------------------------------------------------------------------ x


## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL PLEADINGS AND DOCUMENTS

       PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Chapter 11 of Title 11,

United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), Merrill Lynch, Pierce, Fenner & Smith

Incorporated ("Merrill Lynch"), a party-in-interest herein, by and through its attorneys, Morrison

& Foerster LLP, hereby appears in the above-captioned Chapter 11 cases of Winn-Dixie Stores,

Inc., et al., (collectively the "Debtors") and requests, pursuant to Bankruptcy Rules 2002, 9007,

and 9010, and section 342 of the Bankruptcy Code, that all papers, pleadings, motions and

applications served or required to be served in these cases, be given to and served upon the

following:

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Attn: Jason C. DiBattista, Esq.
E-mail:  jdibattista@mofo.com

with a copy to:

**MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED**
4 World Financial Center
New York, New York  10080
Telephone: (212) 449-8707
Facsimile: (212) 449-3247
Attn: Nicholas Griffths
E-mail: nicholas_griffiths@ml.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the

notices and the papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, all orders and notices of any application, motion, petition, pleading, request,

complaint, or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or

otherwise, which may affect or seek to affect in any way any rights or interests of Merrill Lynch

with respect to the Debtors, or any related entity(ies), or property or proceeds thereof in which

the Debtors may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all

pleadings and documents is without prejudice to Merrill Lynch rights, remedies and claims

against other entities or any objection that may be made to the subject matter jurisdiction of the

Court and shall not be deemed or construed to submit Merrill Lynch to the jurisdiction of the

Court.  All of Merrill Lynch rights, remedies and claims are hereby expressly reserved, including

without limitation, the right to make a motion seeking abstention or a motion for withdrawal of

the case or a proceeding therein.

/s/ Larren M. Nashelsky
Larren M. Nashelsky, Esq. (LN-3675)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Merrill Lynch, Pierce, Fenner &
Smith Incorporated

Dated:  February 28, 2005
        New York, New York

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky, Esq. (LN-3675)


Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
:
In re:                                              :    Chapter 11
:
WINN-DIXIE STORES, INC., et al.,                    :    Case No. 05-11063 (RDD)
:    (Jointly Administered)
                                Debtors             :
:
----------------------------------------------------------------- x

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on the date set forth below I served true and exact copies of the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS upon the following persons via United States Mail, First Class, postage prepaid:


Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida  32254

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10004

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303

United States Trustee
Office of the United States Trustee
Tracy Hope Davis, Esq.
33 Whitehall Street, 22nd Floor
New York, NY  10004


This 28th day of February, 2005.


/s/ Stacy Knobloch
Stacy Knobloch