IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

| | |
|---|---|
| IN RE: ) | |
| Winn-Dixie Stores, Inc., et al. ) | Chapter 11 |
| ) | Case No. 05-11063-RDD |
| Debtor. ) | (Jointly Administered) |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Derek F. Meek, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Buffalo Rock Company, a creditor in the above referenced case. My address is Burr & Forman LLP, 3100 SouthTrust Tower, 420 North 20th Street, Birmingham, Alabama 35203. My e-mail address is dmeek@burr.com. My telephone number is (205) 458-5471. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: February 28, 2005
Birmingham, Alabama

_____
Derek F. Meek

Attorney for Creditor
BUFFALO ROCK COMPANY

OF COUNSEL:
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street

1333419

Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## ORDER

**ORDERED,**

that Derek F. Meek, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the persons on the attached list by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 28th day of February 2005:

_____
OF COUNSEL

Certificate of Service: *In re: Winn-Dixie Stores, Inc.,* 05-11063-RDD

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
jbaker@skadden.com

Sarah Robinson Borders
Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
richard.morrissey@usdoj.gov

Adam L. Rosen
Scarcella Rosen & Slome LLP
333 Earle Ovington Blvd.
Suite 901
Uniondale, NY 11553
arosen@srsllp.com

Locke Liddell & Sapp LLP
601 Poydras Street
Suite 2400
New Orleans, LA 70130-6036
dboldissar@lockeliddell.com
rkuebel@lockeliddell.com

David L. Pollack
Jeffrey Meyers
Dean C. Waldt
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
pollack@ballardspahr.com

David W. Dykhouse
Michael Handler
Patterson, Balknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
dwdykhouse@pbwt.com
mhandler@pbwt.com

Cozen O'Connor
Neal D. Colton
David J. Liebman
1900 Market Street
Philadelphia, PA 19103
ncolton@cozen.com
dliebman@cozen.com

James S. Carr
Robert L. LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
jcarr@kelleydrye.com
rlehane@kelleydrye.com

Scott A. Zuber
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ
szuber@pitneyhardin.com

Joseph D. Frank
Micah R. Krohn
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
jfrank@fgllp.com
mkrohn@fgllp.com

Richard W. Ward
2527 Fairmount St.
Dallas, TX 75201
rwward@airmail.net

Neil E. Herman
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600
nherman@morganlewis.com

Paul Traub
Wendy Marcari
Traub Bonacquist & Fox LLP
655 Third Avenue - 21st Floor
New York, NY 10017
dbr@tbfesq.com

Leggett R. Bradford
Allman Spry Leggett & Crumpler, P.A.
380 Knollwood Street - Suite 700
Winston-Salem, NC 27113-5129
rbleggett@allmanspry.com

W. Clark Watson
Eric T. Ray
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
cwatson@balch.com
eray@balch.com

Richard G. Smolev
Keith R. Murphy
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
rsmolev@kayescholer.com
kmurphy@kayescholer.com

1332386

| | | |
|---|---|---|
| Patrick L. Huffstickler<br>Cox Smith Matthews Incorporated<br>112 E. Pecan, Suite 1800<br>San Antonio, TX 78205<br>plhuffst@coxsmith.com | Mr. David Boyle<br>Airgas, Inc.<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675<br>David.boyle@airgas.com | Greenberg Traurig LLP<br>Richard S. Miller<br>200 Park Avenue<br>New York, NY 10166<br>millerr@gtlaw.com |
| Earle I. Erman<br>400 Galleria Officentre, Suite 444<br>Southfield, MI 48034<br>eerman@ermanteicher.com | Ira S. Greene<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022<br>isgreene@hhlaw.com | Greenberg Traurig P.A.<br>Mark D. Bloom<br>1221 Brickell Avenue<br>Miami, FL 33131<br>bloomm@gtlaw.com |
| Conrad K. Chiu<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY 10036<br>cchiu@pitneyhardin.com | Frank Vydra<br>Discover Financial Services, Inc.<br>2500 Lake Cook Road<br>Riverwoods, IL 60015<br>frankvydra@discoverfinancial.com | Howard B. Levi<br>Steven B. Feigenbaum<br>Levi Lubarsky & Feigenbaum LLP<br>845 Third Avenue, 21st Floor<br>New York, NY 10022 |
| Henry A. Efroymson<br>Mark A. Bogdanowicz<br>Ice Miller<br>One American Square, Box 82001<br>Indianapolis, IN 46282<br>Henry.Efroymson@icemiller.com<br>Mark.Bogdanowicz@icemiller.com | J. Hayden Kepner<br>Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th St. NW<br>Suite 2100<br>Atlanta, GA 30363<br>hayden.kepner@agg.com | Janice Stanton<br>Contrarian Capital Management LLC<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 |
| Eric D. Schwartz<br>Morris, Nichols, Arsht and Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>eschwartz@mnat.com | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061<br>sreisman@cm-p.com | Laurence May<br>Rick A. Steinberg<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022-1906 |
| Kathleen M. Miller<br>Smith, Katzenstein & Furlow<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Kmiller@skfdelaware.com | Steven M. Cimalore<br>Wilmington Trust Company<br>1100 North Market Street<br>Rodney Square North<br>Wilmington, DE 19890<br>scimalore@wilmingtontrust.com | Michael S. Held<br>Jenkens & Gilchrist<br>1445 Ross Avenue, Suite 3200<br>Dallas, TX 75202-2799 |
| | | Fred B. Ringel<br>Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>1345 Avenue of the Americas<br>New York, NY 10105 |

Lee Champion
Page Scrantom Sprouse
Tucker & Ford P.C.
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Gary Ginsburg
Neiman Ginsburg & Mairanz, P.C.
39 Broadway - 25th Floor
New York, NY 10006

Katten Muchin Zavis Rosenman
c/o Thomas J. Leanse
c/o Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Thomas H. Grace
W. Steven Bryant
Locke Liddell & Sapp LLP
600 Travis Street
3400 Chase Tower
Houston, TX 77002

Grueneberg Law Group, LLC
Attn: Rudi R. Greueneberg
704 East Main Street, Building E
Moorestown, NH 08057

1332386                                3