**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                              :
                                                    :          Chapter 11
WINN-DIXIE STORES, INC., et al.,                    :
                                                    :          Case No. 05-11063
                                                    :
            Debtors.                                :          (Jointly Administered)
------------------------------------------------------------X

# MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Joseph D. Frank, a member in good standing of the bar in the State of Illinois, U.S. District Court for the Northern District of Illinois, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Western District of Michigan and U.S. Supreme Court request admission, ***pro hac vice***, before the Honorable Robert Drain, to represent Bottling Group LLC d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems, Inc., creditors in the above-referenced case.

My address is 325 North LaSalle Street, Suite 625, Chicago, IL, 60610. My email address is jfrank@fgllp.com; telephone number is (312) 276-1402

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

                                FRANK/GECKER LLP

Dated: February 24, 2005                /s/ Joseph D. Frank
                                            Joseph D. Frank, Esq.
                                            (ARDC #6216085)
                                            325 North LaSalle Street, Suite 625
                                            Chicago, Illinois  60610
                                            Telephone: (312) 276-1400
                                            Facsimile:  (312) 276-0035

_____

**ORDERED,**
That, Joseph D. Frank, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____          _____
New York, New York                                         /s/  UNITED STATES BANKRUPTCY JUDGE

99992/47
02/28/2005 1684377.01