**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
In re:                                              :
                                                    :          Chapter 11
WINN-DIXIE STORES, INC., et al.,                    :
                                                    :          Case No. 05-11063
                                                    :
                                Debtors.            :                                              :
                                                    :          (Jointly Administered)
-----------------------------------------------------X

## CERTIFICATION OF SERVICE

LORRAINE D'ALESSIO, of full age, states as follows:

1.      I am employed by the law firm of Lowenstein Sandler PC, local counsel to Bottling Group LLC d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems, Inc., a creditor in the above-referenced Chapter 11 proceeding.

2.      On February 28, 2005, I caused a true and correct copy of the Motion for Admission to Practice, Pro Hac Vice of Joseph D. Frank to be served on the Service List annexed hereto via first class mail, postage pre-paid.

3.      I certify that the aforementioned statements made by me are true and correct to the best of my information and belief.  I understand that if any statement is willfully false that I am subject to the penalty of perjury.

Dated:  February 28, 2005                            /s/ Lorraine D'Alessio
New York, New York                                  Lorraine D'Alessio

99992/47
02/28/2005 1685726.01

## 2002 SERVICE LIST

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Phone: (212) 735-2150<br>Fax : (917) 777-2150<br>Email: jbaker@skadden.com<br>***Counsel for the Debtor*** | Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004<br>Phone: (212) 510-0500<br>Fax : (212) 668-2255<br>Email: richard.morrissey@usdoj.gov<br>***U.S. Trustee*** |