IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

| | |
|---|---|
| IN RE: ) | |
| Winn-Dixie Stores, Inc., et al. ) | Chapter 11 |
| ) | Case No. 05-11063-RDD |
| Debtor. ) | (Jointly Administered) |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Robert B. Rubin, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Buffalo Rock Company, a creditor in the above referenced case. My address is Burr & Forman LLP, 3100 SouthTrust Tower, 420 North 20th Street, Birmingham, Alabama 35203. My e-mail address is brubin@burr.com. My telephone number is (205) 458-5351. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: February 28, 2005
Birmingham, Alabama

_____
Robert B. Rubin
Attorney for Creditor
BUFFALO ROCK COMPANY

**OF COUNSEL:**
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street

1333443

Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## ORDER

**ORDERED,**

that Robert B. Rubin, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the persons on the attached list by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 28 day of February 2005:

_____
OF COUNSEL

Certificate of Service: *In re: Winn-Dixie Stores, Inc.,* 05-11063-RDD

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
jbaker@skadden.com

Sarah Robinson Borders
Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
richard.morrissey@usdoj.gov

Adam L. Rosen
Scarcella Rosen & Slome LLP
333 Earle Ovington Blvd.
Suite 901
Uniondale, NY 11553
arosen@srsllp.com

Locke Liddell & Sapp LLP
601 Poydras Street
Suite 2400
New Orleans, LA 70130-6036
dboldissar@lockeliddell.com
rkuebel@lockeliddell.com

David L. Pollack
Jeffrey Meyers
Dean C. Waldt
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
pollack@ballardspahr.com

David W. Dykhouse
Michael Handler
Patterson, Balknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
dwdykhouse@pbwt.com
mhandler@pbwt.com

Cozen O'Connor
Neal D. Colton
David J. Liebman
1900 Market Street
Philadelphia, PA 19103
ncolton@cozen.com
dliebman@cozen.com

James S. Carr
Robert L. LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
jcarr@kelleydrye.com
rlehane@kelleydrye.com

Scott A. Zuber
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ
szuber@pitneyhardin.com

Joseph D. Frank
Micah R. Krohn
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
jfrank@fgllp.com
mkrohn@fgllp.com

Richard W. Ward
2527 Fairmount St.
Dallas, TX 75201
rwward@airmail.net

Neil E. Herman
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600
nherman@morganlewis.com

Paul Traub
Wendy Marcari
Traub Bonacquist & Fox LLP
655 Third Avenue - 21st Floor
New York, NY 10017
dbr@tbfesq.com

Leggett R. Bradford
Allman Spry Leggett & Crumpler, P.A.
380 Knollwood Street - Suite 700
Winston-Salem, NC 27113-5129
rbleggett@allmanspry.com

W. Clark Watson
Eric T. Ray
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
cwatson@balch.com
eray@balch.com

Richard G. Smolev
Keith R. Murphy
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
rsmolev@kayescholer.com
kmurphy@kayescholer.com

1332386

Patrick L. Huffstickler
Cox Smith Matthews
Incorporated
112 E. Pecan, Suite 1800
San Antonio, TX 78205
plhuffst@coxsmith.com

Earle I. Erman
400 Galleria Officentre,
Suite 444
Southfield, MI 48034
eerman@ermanteicher.com

Conrad K. Chiu
Pitney Hardin LLP
7 Times Square
New York, NY 10036
cchiu@pitneyhardin.com

Henry A. Efroymson
Mark A. Bogdanowicz
Ice Miller
One American Square,
Box 82001
Indianapolis, IN 46282
Henry.Efroymson@icemiller.com
Mark.Bogdanowicz@icemiller.com

Eric D. Schwartz
Morris, Nichols, Arsht and
Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
eschwartz@mnat.com

Kathleen M. Miller
Smith, Katzenstein &
Furlow
800 Delaware Avenue, 7th
Floor
P.O. Box 410
Wilmington, DE 19899
Kmiller@skfdelaware.com

Mr. David Boyle
Airgas, Inc.
259 Radnor-Chester Road,
Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
David.boyle@airgas.com

Ira S. Greene
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
isgreene@hhlaw.com

Frank Vydra
Discover Financial
Services, Inc.
2500 Lake Cook Road
Riverwoods, IL 60015
frankvydra@discoverfinancial.com

J. Hayden Kepner
Darryl S. Laddin
Arnall Golden Gregory
LLP
171 17th St. NW
Suite 2100
Atlanta, GA 30363
hayden.kepner@agg.com

Steven J. Reisman
Curtis, Mallet-Prevost,
Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
sreisman@cm-p.com

Steven M. Cimalore
Wilmington Trust
Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890
scimalore@wilmingtontrust.com

Greenberg Traurig LLP
Richard S. Miller
200 Park Avenue
New York, NY 10166
millerr@gtlaw.com

Greenberg Traurig P.A.
Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131
bloomm@gtlaw.com

Howard B. Levi
Steven B. Feigenbaum
Levi Lubarsky &
Feigenbaum LLP
845 Third Avenue, 21st
Floor
New York, NY 10022

Janice Stanton
Contrarian Capital
Management LLC
411 West Putnam Avenue,
Suite 225
Greenwich, CT 06830

Laurence May
Rick A. Steinberg
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022-1906

Michael S. Held
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799

Fred B. Ringel
Robinson Brog Leinwand
Greene Genovese & Gluck
P.C.
1345 Avenue of the
Americas
New York, NY 10105

3

Lee Champion
Page Scrantom Sprouse
Tucker & Ford P.C.
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Gary Ginsburg
Neiman Ginsburg & Mairanz, P.C.
39 Broadway - 25th Floor
New York, NY 10006

Katten Muchin Zavis Rosenman
c/o Thomas J. Leanse
c/o Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Thomas H. Grace
W. Steven Bryant
Locke Liddell & Sapp LLP
600 Travis Street
3400 Chase Tower
Houston, TX 77002

Grueneberg Law Group, LLC
Attn: Rudi R. Greueneberg
704 East Main Street,
Building E
Moorestown, NH 08057

1332386                                3