UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In re                                                       Chapter 11

Winn-Dixie Stores, Inc.                                     Case no.:  05-11063-rdd

               Debtor.                          NOTICE OF APPEARANCE
-----------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned appears as the attorney for American

Food Distributors Inc., and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section

1109(b) of the Bankruptcy Code, demands that all notices given or required to be given in this

case and all papers served or required to be served in this case, be given to and served upon the

undersigned at the office, post office and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the

notices and papers referred to in the Rules specified above, but also, includes, without limitation,

orders and notices of any application, motion, schedules, disclosure statement, plan, petition,

pleading, request, complaint or demand, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:  (1)

which affect or seek to affect in any way any of the rights or interests of the undersigned party in

interest with respect to (a) the debtor; (b) property or proceeds thereof in which the debtor or

trustee may claim an interest; or (c) property or proceeds thereof in the possession, custody or

control of the undersigned party in interest which the debtor or Trustee may seek to use; or (2)

which require or seek to require any action, delivery of any property, payment or other conduct

by the undersigned party in interest.

DATED: Melville, New York                    MACCO & STERN, LLP
        February 28, 2005                    Attorneys for American Food Distributors Inc.

                                  By:    */s/ Richard L. Stern*
                                     RICHARD L. STERN
                        135 Pinelawn Road, Suite 120 South
                        Melville, New York 11747
                        631-549-7900

STATE OF NEW YORK   )
COUNTY OF SUFFOLK   )  ss.:

      JEANETTE HODGINS, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at East Northport, New York.

      On February 28, 2005 deponent served the within

NOTICE OF APPEARANCE

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

| | |
|---|---|
| Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br>Attn:  Richard C. Morrissey | Winn-Dixie Stores Inc.<br>5050 Edgewood Court<br>Jacksonville, NY<br>32254-3690 |

David J. Baker
Attorney for Debtor
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

                               ***/s/ Jeanette Hodgins***
                               JEANETTE HODGINS

Sworn to before me this
28th day of February, 2005
***/s/ Richard L. Stern***
Notary Public
Richard L. Stern, Notary Public, State of New York
No. 02ST4665096, Suffolk County
Commission Expires April 30, 2006