**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Winn-Dixie Stores, Inc.,** | ) | **Chapter 11** |
| | ) | **Case No. 05-11063-RDD** |
| **Debtor.** | ) | **(Jointly administered)** |
| | ) | |

## NOTICE OF RECLAMATION DEMAND OF

## BUFFALO ROCK COMPANY

Please be advised that a Notice of Reclamation Demand on behalf of Buffalo Rock Company was served on February 25, 2005 on the Debtor by and through its attorney of record, David J. Baker. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Respectfully submitted,

Robert B. Rubin
Derek F. Meek

Attorneys for
**BUFFALO ROCK COMPANY**

**OF COUNSEL:**
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

BURR & FORMAN LLP

ATTORNEYS AND COUNSELORS

420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203-5206

(205) 251-3000
(205) 458-5100 (Fax)

Robert B. Rubin
Direct Dial: (205) 458-5351
Direct Fax: (205) 244-5703
Email: brubin@burr.com

February 25, 2005

**VIA FEDERAL EXPRESS**

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

**VIA FACSIMILE 212-735-2000, ORIGINAL TO FOLLOW BY FEDERAL EXPRESS**

D.J. Baker
Skaden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

To the Above Addressed Recipients:

This firm represents Buffalo Rock Company ("Buffalo Rock"), a bottler and distributor of Pepsi and other products. This letter is a follow-up to the letter already sent on behalf of Buffalo Rock on February 22, 2005, and serves to supplement Buffalo Rock's written demand to reclaim the goods it sold on credit to, and which were received by, Winn Dixie Stores, Inc. and/or its affiliates and subsidiaries ("Winn Dixie"), in the ten (10) day period prior to Winn Dixie's filing its Chapter 11 petition. Goods shipped and received are identified in the invoices attached.

Notwithstanding the attached detail, this demand covers any and all other goods Winn Dixie received from Buffalo Rock on or after February 11, 2005 up until the time the Bankruptcy Petition was filed (the "Reclamation Period").

This demand is made pursuant to § 546(c) of the Bankruptcy Code and § 2-702 of the Uniform Commercial Code. The goods in question were received by Winn Dixie while Winn Dixie was insolvent, and this demand is made within the applicable time periods of the Bankruptcy Code and the Uniform Commercial Code. Please see to it that none of these goods are sold, used, or otherwise disposed of before Buffalo Rock exercises its reclamation rights. If necessary, Buffalo Rock intends to file an adversary proceeding pursuant to Rule 7001(1) of the Federal Rules of Bankruptcy Procedure to recover these goods.

You may contact Roger Barker at (205) 912-2230 to make arrangements to return these goods. Should you have any questions regarding this matter, please do not hesitate to contact me at the above number.

Very truly yours,

Robert B. Rubin - DFM

RBR/nrf
Enclosures
cc: Louis H. Anders
Derek F. Meek
Roger Barker

| Date | Store Name | Store Number | Invoice # | Invoice Amount | Division |
|---|---|---|---|---|---|
| 2/11/2005 | Winn-Dixie | 400 | 66425007 | $ (315.13) | BHM |
| 2/11/2005 | Winn-Dixie | 400 | 66425008 | $ 827.70 | BHM |
| 2/11/2005 | Winn-Dixie | 410 | 66425003 | $ 1,341.18 | BHM |
| 2/11/2005 | Winn-Dixie | 410 | 66425004 | $ 35.82 | BHM |
| 2/11/2005 | Winn-Dixie | 414 | 66350247 | $ 686.78 | BHM |
| 2/11/2005 | Winn-Dixie | 415 | 66342236 | $ 1,328.46 | BHM |
| 2/11/2005 | Winn-Dixie | 417 | 66329252 | $ (113.19) | BHM |
| 2/11/2005 | Winn-Dixie | 417 | 66329253 | $ 253.98 | BHM |
| 2/11/2005 | Winn-Dixie | 421 | 66175235 | $ 305.80 | BHM |
| 2/11/2005 | Winn-Dixie | 421 | 66368095 | $ 646.34 | BHM |
| 2/11/2005 | Winn-Dixie | 435 | 66117686 | $ 903.65 | BHM |
| 2/11/2005 | Winn-Dixie | 458 | 66275466 | $ 998.17 | BHM |
| 2/11/2005 | Winn-Dixie | 461 | 66342240 | $ 360.30 | BHM |
| 2/11/2005 | Winn-Dixie | 469 | 66314167 | $ 1,323.55 | BHM |
| 2/11/2005 | Winn-Dixie | 496 | 66118690 | $ (792.96) | BHM |
| 2/11/2005 | Winn-Dixie | 496 | 66118692 | $ 1,113.40 | BHM |
| 2/11/2005 | Winn-Dixie | 500 | 66115858 | $ (726.88) | BHM |
| 2/11/2005 | Winn-Dixie | 500 | 66115857 | $ 1,270.43 | BHM |
| 2/11/2005 | Winn-Dixie | 509 | 66327370 | $ 1,003.49 | BHM |
| 2/11/2005 | Winn-Dixie | 514 | 66175228 | $ 958.16 | BHM |
| 2/11/2005 | Winn-Dixie | 514 | 66175245 | $ 403.75 | BHM |
| 2/11/2005 | Winn-Dixie | 517 | 66175234 | $ 305.57 | BHM |
| 2/11/2005 | Winn-Dixie | 517 | 66287014 | $ 875.29 | BHM |
| 2/11/2005 | Winn-Dixie | 523 | 66357113 | $ 37.50 | BHM |
| 2/11/2005 | Winn-Dixie | 523 | 66357114 | $ 458.45 | BHM |
| 2/11/2005 | Winn-Dixie | 529 | 66387084 | $ 1,586.11 | BHM |
| 2/11/2005 | Winn-Dixie | 532 | 66116841 | $ (109.33) | BHM |
| 2/11/2005 | Winn-Dixie | 532 | 66116842 | $ 763.04 | BHM |
| 2/11/2005 | Winn-Dixie | 532 | 66116843 | $ 52.58 | BHM |
| 2/11/2005 | Winn-Dixie | 547 | 66314162 | $ 763.13 | BHM |
| 2/11/2005 | Winn-Dixie | 550 | 66175230 | $ 2,102.00 | BHM |
| 2/11/2005 | Winn-Dixie | 550 | 66357116 | $ 264.32 | BHM |
| 2/11/2005 | Winn-Dixie | 574 | 66342234 | $ (91.41) | BHM |
| 2/11/2005 | Winn-Dixie | 574 | 66342232 | $ 1,496.30 | BHM |
| 2/11/2005 | Winn-Dixie | 593 | 66124886 | $ 558.88 | BHM |
| 2/11/2005 | Winn-Dixie | 595 | 66341194 | $ (42.50) | BHM |
| 2/11/2005 | Winn-Dixie | 595 | 66341191 | $ 984.21 | BHM |
| 2/11/2005 | Winn-Dixie | 597 | 66387091 | $ (498.45) | BHM |
| 2/11/2005 | Winn-Dixie | 597 | 66387093 | $ 919.03 | BHM |
| 2/11/2005 | WINN DIXIE | 110 | 30551169 | $ 954.00 | Col |
| 2/11/2005 | WINN DIXIE | 120 | 30485470 | $ (113.50) | Col |
| 2/11/2005 | WINN DIXIE | 120 | 30485469 | $ 1,184.60 | Col |
| 2/11/2005 | WINN DIXIE | 172 | 30485477 | $ (159.30) | Col |
| 2/11/2005 | WINN DIXIE | 172 | 30485476 | $ 1,136.76 | Col |
| 2/11/2005 | WINN DIXIE | 433 | 31701696 | $ (17.05) | Col |
| 2/11/2005 | WINN DIXIE | 433 | 31701695 | $ 798.00 | Col |
| 2/11/2005 | WINN DIXIE | 439 | 31701699 | $ (8.10) | Col |
| 2/11/2005 | WINN DIXIE | 439 | 31701698 | $ 2,146.85 | Col |
| 2/11/2005 | WINN DIXIE | 579 | 31710545 | $ (28.35) | Col |
| 2/11/2005 | WINN DIXIE | 579 | 31710544 | $ 1,437.90 | Col |
| 2/11/2005 | Winn Dixie | 422 | 11762792 | $ 1,666.76 | Dot |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/11/2005 | Winn Dixie | 432 | 11789171 | $ | (26.80) | Dot |
| 2/11/2005 | Winn Dixie | 432 | 11789170 | $ | 788.06 | Dot |
| 2/11/2005 | Winn Dixie | 454 | 11762796 | $ | (793.80) | Dot |
| 2/11/2005 | Winn Dixie | 454 | 11762795 | $ | 1,763.41 | Dot |
| 2/11/2005 | Winn Dixie | 457 | 11762805 | $ | 1,029.52 | Dot |
| 2/11/2005 | Winn Dixie | 478 | 11766404 | $ | (44.70) | Dot |
| 2/11/2005 | Winn Dixie | 478 | 11766403 | $ | 2,141.77 | Dot |
| 2/11/2005 | Winn Dixie 550464 | 418 | 56184357 | $ | 1,593.16 | Gad |
| 2/11/2005 | Winn Dixie 550465 | 418 | 56184358 | $ | 441.60 | Gad |
| 2/11/2005 | Winn Dixie 550466 | 429 | 56185382 | $ | 459.22 | Gad |
| 2/11/2005 | Winn Dixie 550467 | 434 | 56185379 | $ | (39.98) | Gad |
| 2/11/2005 | Winn Dixie 550468 | 434 | 56185378 | $ | 961.12 | Gad |
| 2/11/2005 | Winn Dixie 550469 | 440 | 56178637 | $ | (29.55) | Gad |
| 2/11/2005 | Winn Dixie 550470 | 440 | 56178638 | $ | 752.58 | Gad |
| 2/11/2005 | WINN DIXIE | 1904 | 7863724 | $ | (19.95) | Hun |
| 2/11/2005 | WINN DIXIE | 1904 | 7863723 | $ | 820.20 | Hun |
| 2/11/2005 | WINN DIXIE | 1912 | 7861787 | $ | (25.15) | Hun |
| 2/11/2005 | WINN DIXIE | 1912 | 7861786 | $ | 1,934.55 | Hun |
| 2/11/2005 | WINN DIXIE | 1915 | 7861790 | $ | 2,984.05 | Hun |
| 2/11/2005 | Winn Dixie | 1345 | 60148025 | $ | (4.13) | Mob |
| 2/11/2005 | Winn Dixie | 1345 | 60148027 | $ | (33.04) | Mob |
| 2/11/2005 | Winn Dixie | 1345 | 60148026 | $ | 964.57 | Mob |
| 2/11/2005 | Winn Dixie | 549 | 60087909 | $ | (180.63) | Mob |
| 2/11/2005 | Winn Dixie | 549 | 60087910 | $ | 478.74 | Mob |
| 2/11/2005 | Winn Dixie | 581 | 60107547 | $ | (19.38) | Mob |
| 2/11/2005 | Winn Dixie | 581 | 60107548 | $ | 609.83 | Mob |
| 2/11/2005 | Winn Dixie | 591 | 60087906 | $ | (48.00) | Mob |
| 2/11/2005 | Winn Dixie | 591 | 60087907 | $ | 453.69 | Mob |
| 2/11/2005 | Winn Dixie | 596 | 60148037 | $ | 896.52 | Mob |
| 2/11/2005 | Winn Dixie | 599 | 60148036 | $ | 1,848.26 | Mob |
| 2/11/2005 | WINN-DIXIE | 456 | 50104688 | $ | (44.29) | Mont |
| 2/11/2005 | WINN-DIXIE | 456 | 50104691 | $ | (18.36) | Mont |
| 2/11/2005 | WINN-DIXIE | 456 | 50104687 | $ | 772.83 | Mont |
| 2/11/2005 | WINN-DIXIE | 519 | 50095819 | $ | (241.62) | Mont |
| 2/11/2005 | WINN-DIXIE | 519 | 50095818 | $ | 231.65 | Mont |
| 2/11/2005 | Winn-Dixie | 1807 | 32965329 | $ | 1,292.66 | New |
| 2/11/2005 | Sav-Rite | 2716 | 32020517 | $ | 748.80 | New |
| 2/11/2005 | Sav-Rite | 2716 | 32963385 | $ | 2,501.15 | New |
| 2/11/2005 | Sav-Rite | 2719 | 32945618 | $ | (24.30) | New |
| 2/11/2005 | Sav-Rite | 2719 | 32945619 | $ | 2,587.65 | New |
| 2/11/2005 | Winn Dixie liquors | #455 | 20763177 | $ | 67.48 | Pcy |
| 2/11/2005 | Winn Dixie | #481 | 20753357 | $ | (50.72) | Pcy |
| 2/11/2005 | Winn Dixie | #481 | 20753356 | $ | 1,465.24 | Pcy |
| 2/11/2005 | Winn Dixie | #436 | 20753354 | $ | (54.60) | Pcy |
| 2/11/2005 | Winn Dixie | #436 | 20753353 | $ | 1,376.77 | Pcy |
| 2/11/2005 | Winn Dixie | #487 | 20753351 | $ | (39.80) | Pcy |
| 2/11/2005 | Winn Dixie | #487 | 20753350 | $ | 1,653.67 | Pcy |
| 2/11/2005 | Winn Dixie | #488 | 20750429 | $ | (29.48) | Pcy |
| 2/11/2005 | Winn Dixie | #488 | 20750428 | $ | 1,345.98 | Pcy |
| 2/11/2005 | Winn Dixie | #494 | 20750431 | $ | (18.20) | Pcy |
| 2/11/2005 | Winn Dixie | #494 | 20750430 | $ | 1,558.06 | Pcy |
| 2/11/2005 | Winn Dixie | #538 | 20753347 | $ | (19.10) | Pcy |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/11/2005 | Winn Dixie | #538 | 20753346 | $ | 1,050.27 | Pcy |
| 2/11/2005 | Winn Dixie | #552 | 20750436 | $ | (117.78) | Pcy |
| 2/11/2005 | Winn Dixie | #552 | 20750435 | $ | 2,811.68 | Pcy |
| 2/11/2005 | Winn Dixie | #561 | 20750424 | $ | 716.59 | Pcy |
| 2/11/2005 | WINN DIXIE | 412 | 21711943 | $ | 604.28 | Pen |
| 2/11/2005 | WINN DIXIE | 412 | 21711944 | $ | (33.72) | Pen |
| 2/11/2005 | WINN DIXIE | 412 | 21711945 | $ | (7.40) | Pen |
| 2/11/2005 | WINN DIXIE | 565 | 21711941 | $ | 1,218.26 | Pen |
| 2/11/2005 | WINN DIXIE | 565 | 21711942 | $ | (20.15) | Pen |
| 2/11/2005 | WINN DIXIE | 560 | 21732496 | $ | 501.26 | Pen |
| 2/11/2005 | WINN DIXIE | 560 | 21732497 | $ | (82.93) | Pen |
| 2/11/2005 | WINN DIXIE | 501 | 21711946 | $ | 919.22 | Pen |
| 2/11/2005 | WINN DIXIE | 566 | 21732490 | $ | 605.09 | Pen |
| 2/11/2005 | WINN DIXIE | 566 | 21732491 | $ | (77.90) | Pen |
| 2/11/2005 | Winn Dixie | 479 | 15766922 | $ | 2,399.04 | Tsc |
| 2/11/2005 | Winn Dixie | 526 | 15790016 | $ | (42.25) | Tsc |
| 2/11/2005 | Winn Dixie | 526 | 15790015 | $ | 1,550.66 | Tsc |
| 2/11/2005 | Winn Dixie | 528 | 15790021 | $ | (723.60) | Tsc |
| 2/11/2005 | Winn Dixie | 1906 | 6662348 | $ | 597.65 | Tus |
| **2/11/2005 Total** | | | | $ | 77,821.57 | |
| 2/14/2005 | Winn-Dixie | 417 | 66329267 | $ | 252.30 | BHM |
| 2/14/2005 | Winn-Dixie | 461 | 66342252 | $ | 656.52 | BHM |
| 2/14/2005 | Winn-Dixie | 500 | 66115857 | $ | 434.56 | BHM |
| 2/14/2005 | WINN DIXIE | 120 | 30551185 | $ | 268.80 | Col |
| 2/14/2005 | WINN DIXIE | 172 | 30551188 | $ | 268.80 | Col |
| 2/14/2005 | WINN DIXIE | 409 | 31710566 | $ | (5.60) | Col |
| 2/14/2005 | WINN DIXIE | 409 | 31710567 | $ | 482.65 | Col |
| 2/14/2005 | WINN DIXIE | 437 | 31710569 | $ | 772.40 | Col |
| 2/14/2005 | WINN DIXIE | 438 | 31695905 | $ | (18.10) | Col |
| 2/14/2005 | WINN DIXIE | 438 | 31695904 | $ | 1,186.10 | Col |
| 2/14/2005 | WINN DIXIE | 443 | 31695913 | $ | (21.80) | Col |
| 2/14/2005 | WINN DIXIE | 443 | 31695912 | $ | 1,572.40 | Col |
| 2/14/2005 | WINN DIXIE | 480 | 31695916 | $ | (23.20) | Col |
| 2/14/2005 | WINN DIXIE | 480 | 31695915 | $ | 2,697.75 | Col |
| 2/14/2005 | WINN DIXIE | 482 | 31695911 | $ | 1,835.90 | Col |
| 2/14/2005 | Winn Dixie | 555 | 11762818 | $ | 671.60 | Dot |
| 2/14/2005 | Winn Dixie 550471 | 525 | 56184370 | $ | 1,066.90 | Gad |
| 2/14/2005 | Winn Dixie 550472 | 462 | 56184375 | $ | 2,594.12 | Gad |
| 2/14/2005 | WINN DIXIE | 1903 | 7026757 | $ | 586.02 | Hun |
| 2/14/2005 | Winn Dixie | 473 | 60147037 | $ | 218.32 | Mob |
| 2/14/2005 | Winn Dixie | 564 | 60087927 | $ | (47.12) | Mob |
| 2/14/2005 | Winn Dixie | 564 | 60087926 | $ | 338.12 | Mob |
| 2/14/2005 | Winn Dixie | 570 | 60148044 | $ | (16.52) | Mob |
| 2/14/2005 | Winn Dixie | 570 | 60148043 | $ | 2,329.50 | Mob |
| 2/14/2005 | Winn Dixie | 571 | 60100575 | $ | 82.53 | Mob |
| 2/14/2005 | Winn Dixie | 572 | 60107563 | $ | 1,699.56 | Mob |
| 2/14/2005 | Winn Dixie | 580 | 60107561 | $ | 1,117.63 | Mob |
| 2/14/2005 | Winn Dixie | 590 | 60087924 | $ | (72.72) | Mob |
| 2/14/2005 | Winn Dixie | 590 | 60087923 | $ | 1,254.71 | Mob |
| 2/14/2005 | WINN-DIXIE | 464 | 50104696 | $ | (29.10) | Mont |
| 2/14/2005 | WINN-DIXIE | 464 | 50104695 | $ | 840.86 | Mont |
| 2/14/2005 | WINN-DIXIE | 519 | 50139255 | $ | 325.50 | Mont |

| | | | | | |
|---|---|---|---|---|---|
| 2/14/2005 Winn-Dixie | 1998 | 32965356 | $ | 2,257.00 | New |
| 2/14/2005 Sav-Rite | 2709 | 32923946 | $ | 2,686.95 | New |
| 2/14/2005 Sav-Rite | 2714 | 32945630 | $ | 2,004.41 | New |
| 2/14/2005 Winn Dixie | #481 | 20750445 | $ | 2,894.24 | Pcy |
| 2/14/2005 Winn Dixie | #436 | 20038416 | $ | 166.40 | Pcy |
| 2/14/2005 Winn Dixie | #436 | 20750444 | $ | 1,123.34 | Pcy |
| 2/14/2005 Winn Dixie | #487 | 20753365 | $ | (8.28) | Pcy |
| 2/14/2005 Winn Dixie | #487 | 20753364 | $ | 1,248.81 | Pcy |
| 2/14/2005 Winn Dixie | #538 | 20753362 | $ | (39.14) | Pcy |
| 2/14/2005 Winn Dixie | #538 | 20753361 | $ | 513.60 | Pcy |
| 2/14/2005 WINN DIXIE | 489 | 21711951 | $ | 922.41 | Pen |
| 2/14/2005 WINN DIXIE | 489 | 21711952 | $ | (64.18) | Pen |
| 2/14/2005 WINN DIXIE | 507 | 21711953 | $ | 1,061.68 | Pen |
| 2/14/2005 WINN DIXIE | 507 | 21711954 | $ | (11.75) | Pen |
| 2/14/2005 WINN DIXIE | 541 | 21732501 | $ | 771.45 | Pen |
| 2/14/2005 WINN DIXIE | 498 | 21711949 | $ | 1,241.52 | Pen |
| 2/14/2005 WINN DIXIE | 551 | 21732509 | $ | 2,836.94 | Pen |
| 2/14/2005 WINN DIXIE | 551 | 21732510 | $ | (14.80) | Pen |
| 2/14/2005 WINN DIXIE | 558 | 21732505 | $ | 4,392.32 | Pen |
| 2/14/2005 WINN DIXIE | 558 | 21732506 | $ | (96.11) | Pen |
| 2/14/2005 WINN DIXIE | 558 | 21732507 | $ | (38.76) | Pen |
| 2/14/2005 Winn Dixie | 407 | 15774765 | $ | (33.04) | Tsc |
| 2/14/2005 Winn Dixie | 407 | 15774768 | $ | (20.60) | Tsc |
| 2/14/2005 Winn Dixie | 407 | 15774764 | $ | 7,902.25 | Tsc |
| 2/14/2005 Winn Dixie | 407 | 15774767 | $ | 84.25 | Tsc |
| 2/14/2005 Winn Dixie | 516 | 15766938 | $ | (10.80) | Tsc |
| 2/14/2005 Winn Dixie | 516 | 15766937 | $ | 603.49 | Tsc |
| 2/14/2005 Winn Dixie | 528 | 15790036 | $ | 1,962.28 | Tsc |
| 2/14/2005 Winn Dixie | 1917 | 6662355 | $ | 2,578.35 | Tus |
| **2/14/2005 Total** | | | $ | 60,233.62 | |
| 2/15/2005 Winn-Dixie | 400 | 66425027 | $ | 1,228.66 | BHM |
| 2/15/2005 Winn-Dixie | 405 | 66124897 | $ | 2,750.39 | BHM |
| 2/15/2005 Winn-Dixie | 405 | 66124898 | $ | 13.87 | BHM |
| 2/15/2005 Winn-Dixie | 410 | 66425020 | $ | 3,143.59 | BHM |
| 2/15/2005 Winn-Dixie | 410 | 66425021 | $ | 50.66 | BHM |
| 2/15/2005 Winn-Dixie | 414 | 66350282 | $ | (81.12) | BHM |
| 2/15/2005 Winn-Dixie | 414 | 66350281 | $ | 2,014.28 | BHM |
| 2/15/2005 Winn-Dixie | 415 | 66342266 | $ | (8.26) | BHM |
| 2/15/2005 Winn-Dixie | 415 | 66342265 | $ | 836.34 | BHM |
| 2/15/2005 Winn-Dixie | 417 | 66329282 | $ | (55.05) | BHM |
| 2/15/2005 Winn-Dixie | 417 | 66329283 | $ | 507.92 | BHM |
| 2/15/2005 Winn-Dixie | 421 | 66368118 | $ | 889.98 | BHM |
| 2/15/2005 Winn-Dixie | 435 | 66117701 | $ | 961.94 | BHM |
| 2/15/2005 Winn-Dixie | 452 | 66425026 | $ | 2,380.07 | BHM |
| 2/15/2005 Winn-Dixie | 458 | 66275485 | $ | 3,358.27 | BHM |
| 2/15/2005 Winn-Dixie | 458 | 66275486 | $ | 97.43 | BHM |
| 2/15/2005 Winn-Dixie | 461 | 66342270 | $ | 819.01 | BHM |
| 2/15/2005 Winn-Dixie | 469 | 66314183 | $ | (101.04) | BHM |
| 2/15/2005 Winn-Dixie | 469 | 66314184 | $ | 20.00 | BHM |
| 2/15/2005 Winn-Dixie | 469 | 66314185 | $ | 937.89 | BHM |
| 2/15/2005 Winn-Dixie | 496 | 66118709 | $ | 2,584.73 | BHM |
| 2/15/2005 Winn-Dixie | 500 | 66115875 | $ | 911.01 | BHM |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/15/2005 | Winn-Dixie | 509 | 66287025 | $ | 8,657.21 | BHM |
| 2/15/2005 | Winn-Dixie | 509 | 66287026 | $ | 50.66 | BHM |
| 2/15/2005 | Winn-Dixie | 514 | 66327395 | $ | (1,079.11) | BHM |
| 2/15/2005 | Winn-Dixie | 514 | 66327396 | $ | 2,134.52 | BHM |
| 2/15/2005 | Winn-Dixie | 514 | 66327398 | $ | 95.63 | BHM |
| 2/15/2005 | Winn-Dixie | 517 | 66287019 | $ | 1,493.36 | BHM |
| 2/15/2005 | Winn-Dixie | 523 | 66357125 | $ | 2,078.81 | BHM |
| 2/15/2005 | Winn-Dixie | 529 | 66387106 | $ | (84.87) | BHM |
| 2/15/2005 | Winn-Dixie | 529 | 66387108 | $ | 2,501.55 | BHM |
| 2/15/2005 | Winn-Dixie | 532 | 66116860 | $ | (583.41) | BHM |
| 2/15/2005 | Winn-Dixie | 532 | 66116861 | $ | 1,132.69 | BHM |
| 2/15/2005 | Winn-Dixie | 547 | 66314179 | $ | (52.76) | BHM |
| 2/15/2005 | Winn-Dixie | 547 | 66314180 | $ | 599.93 | BHM |
| 2/15/2005 | Winn-Dixie | 550 | 66357128 | $ | 1,908.16 | BHM |
| 2/15/2005 | Winn-Dixie | 574 | 66342263 | $ | (4.13) | BHM |
| 2/15/2005 | Winn-Dixie | 574 | 66342261 | $ | 3,651.67 | BHM |
| 2/15/2005 | Winn-Dixie | 574 | 66342262 | $ | 25.33 | BHM |
| 2/15/2005 | Winn-Dixie | 575 | 66117706 | $ | (17.70) | BHM |
| 2/15/2005 | Winn-Dixie | 575 | 66117703 | $ | 92.25 | BHM |
| 2/15/2005 | Winn-Dixie | 575 | 66117704 | $ | 2,210.61 | BHM |
| 2/15/2005 | Winn-Dixie | 593 | 66124894 | $ | 567.63 | BHM |
| 2/15/2005 | Winn-Dixie | 594 | 66341211 | $ | (32.09) | BHM |
| 2/15/2005 | Winn-Dixie | 594 | 66341210 | $ | 2,231.76 | BHM |
| 2/15/2005 | Winn-Dixie | 595 | 66341208 | $ | 1,511.26 | BHM |
| 2/15/2005 | WINN DIXIE | 110 | 30551199 | $ | 3,470.61 | Col |
| 2/15/2005 | WINN DIXIE | 120 | 30551201 | $ | 2,341.35 | Col |
| 2/15/2005 | WINN DIXIE | 172 | 30551203 | $ | 2,030.90 | Col |
| 2/15/2005 | WINN DIXIE | 22 | 30551193 | $ | 1,741.95 | Col |
| 2/15/2005 | WINN DIXIE | 404 | 31701731 | $ | 252.00 | Col |
| 2/15/2005 | WINN DIXIE | 433 | 31701729 | $ | (2.50) | Col |
| 2/15/2005 | WINN DIXIE | 433 | 31701728 | $ | 2,825.55 | Col |
| 2/15/2005 | WINN DIXIE | 439 | 31695930 | $ | 6,023.40 | Col |
| 2/15/2005 | WINN DIXIE | 579 | 31710584 | $ | 1,593.20 | Col |
| 2/15/2005 | Winn Dixie | 422 | 11762833 | $ | 1,881.56 | Dot |
| 2/15/2005 | Winn Dixie | 426 | 11789190 | $ | (42.45) | Dot |
| 2/15/2005 | Winn Dixie | 426 | 11789189 | $ | 3,017.96 | Dot |
| 2/15/2005 | Winn Dixie | 432 | 11789193 | $ | 666.38 | Dot |
| 2/15/2005 | Winn Dixie | 454 | 11762830 | $ | 5,544.62 | Dot |
| 2/15/2005 | Winn Dixie | 457 | 11762842 | $ | 5,541.03 | Dot |
| 2/15/2005 | Winn Dixie | 478 | 11766432 | $ | (34.14) | Dot |
| 2/15/2005 | Winn Dixie | 478 | 11766433 | $ | (10.00) | Dot |
| 2/15/2005 | Winn Dixie | 478 | 11766430 | $ | 6,290.98 | Dot |
| 2/15/2005 | Winn Dixie | 555 | 11781387 | $ | 105.12 | Dot |
| 2/15/2005 | Winn Dixie 550473 | 418 | 56184395 | $ | 3,214.20 | Gad |
| 2/15/2005 | Winn Dixie 550474 | 429 | 56211180 | $ | (32.40) | Gad |
| 2/15/2005 | Winn Dixie 550475 | 429 | 56211179 | $ | 1,459.58 | Gad |
| 2/15/2005 | Winn Dixie 550476 | 434 | 56185444 | $ | (18.94) | Gad |
| 2/15/2005 | Winn Dixie 550477 | 434 | 56185445 | $ | (32.40) | Gad |
| 2/15/2005 | Winn Dixie 550478 | 434 | 56185443 | $ | 3,361.42 | Gad |
| 2/15/2005 | Winn Dixie 550479 | 440 | 56211181 | $ | 990.84 | Gad |
| 2/15/2005 | WINN DIXIE | 1903 | 7026866 | $ | 157.25 | Hun |
| 2/15/2005 | WINN DIXIE | 1903 | 7863727 | $ | 256.50 | Hun |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/15/2005 | WINN DIXIE | 1904 | 7861814 | $ | 1,694.85 | Hun |
| 2/15/2005 | WINN DIXIE | 1908 | 7863743 | $ | (7.20) | Hun |
| 2/15/2005 | WINN DIXIE | 1908 | 7863744 | $ | 947.52 | Hun |
| 2/15/2005 | WINN DIXIE | 1912 | 7861820 | $ | (12.90) | Hun |
| 2/15/2005 | WINN DIXIE | 1912 | 7861813 | $ | 2,059.16 | Hun |
| 2/15/2005 | WINN DIXIE | 1914 | 7908145 | $ | 1,713.57 | Hun |
| 2/15/2005 | WINN DIXIE | 1915 | 7861815 | $ | 3,950.26 | Hun |
| 2/15/2005 | Winn Dixie | 1345 | 60148056 | $ | (33.04) | Mob |
| 2/15/2005 | Winn Dixie | 1345 | 60148055 | $ | 1,175.45 | Mob |
| 2/15/2005 | Winn Dixie | 1333 | 60107574 | $ | 2,041.60 | Mob |
| 2/15/2005 | Winn Dixie | 549 | 60152011 | $ | (27.35) | Mob |
| 2/15/2005 | Winn Dixie | 549 | 60152010 | $ | 1,663.82 | Mob |
| 2/15/2005 | Winn Dixie | 578 | 60147054 | $ | (33.04) | Mob |
| 2/15/2005 | Winn Dixie | 578 | 60147055 | $ | 1,350.51 | Mob |
| 2/15/2005 | Winn Dixie | 581 | 60107577 | $ | (25.41) | Mob |
| 2/15/2005 | Winn Dixie | 581 | 60107576 | $ | 1,301.96 | Mob |
| 2/15/2005 | Winn Dixie | 591 | 60152008 | $ | 2,137.50 | Mob |
| 2/15/2005 | Winn Dixie | 596 | 60148066 | $ | 1,425.98 | Mob |
| 2/15/2005 | Winn Dixie | 599 | 60148064 | $ | 2,818.89 | Mob |
| 2/15/2005 | WINN-DIXIE | 411 | 50160005 | $ | 1,095.86 | Mont |
| 2/15/2005 | WINN-DIXIE | 428 | 50104700 | $ | (17.90) | Mont |
| 2/15/2005 | WINN-DIXIE | 428 | 50104699 | $ | 2,481.66 | Mont |
| 2/15/2005 | WINN-DIXIE | 446 | 50095841 | $ | (18.70) | Mont |
| 2/15/2005 | WINN-DIXIE | 446 | 50095840 | $ | 2,397.48 | Mont |
| 2/15/2005 | WINN-DIXIE | 448 | 50147230 | $ | (44.10) | Mont |
| 2/15/2005 | WINN-DIXIE | 448 | 50147229 | $ | 2,444.77 | Mont |
| 2/15/2005 | WINN-DIXIE | 460 | 50147232 | $ | (9.10) | Mont |
| 2/15/2005 | WINN-DIXIE | 460 | 50147231 | $ | 2,197.51 | Mont |
| 2/15/2005 | WINN-DIXIE | 463 | 50147228 | $ | (9.10) | Mont |
| 2/15/2005 | WINN-DIXIE | 463 | 50147227 | $ | 550.39 | Mont |
| 2/15/2005 | WINN-DIXIE | 464 | 50095831 | $ | (71.00) | Mont |
| 2/15/2005 | WINN-DIXIE | 464 | 50095842 | $ | (7.80) | Mont |
| 2/15/2005 | WINN-DIXIE | 464 | 50095830 | $ | 871.56 | Mont |
| 2/15/2005 | WINN-DIXIE | 465 | 50095837 | $ | (57.64) | Mont |
| 2/15/2005 | WINN-DIXIE | 465 | 50095836 | $ | 1,800.63 | Mont |
| 2/15/2005 | WINN-DIXIE | 468 | 50147236 | $ | (35.10) | Mont |
| 2/15/2005 | WINN-DIXIE | 468 | 50147235 | $ | 1,883.70 | Mont |
| 2/15/2005 | WINN-DIXIE | 503 | 50139265 | $ | 2,397.75 | Mont |
| 2/15/2005 | WINN-DIXIE | 521 | 50147234 | $ | (34.70) | Mont |
| 2/15/2005 | WINN-DIXIE | 521 | 50147233 | $ | 721.80 | Mont |
| 2/15/2005 | WINN-DIXIE | 451 | 50139259 | $ | (31.20) | Mont |
| 2/15/2005 | WINN-DIXIE | 451 | 50139258 | $ | 2,349.46 | Mont |
| 2/15/2005 | WINN-DIXIE | 527 | 50160008 | $ | (9.10) | Mont |
| 2/15/2005 | WINN-DIXIE | 527 | 50160009 | $ | 1,181.60 | Mont |
| 2/15/2005 | WINN-DIXIE | 531 | 50095839 | $ | 1,113.86 | Mont |
| 2/15/2005 | WINN-DIXIE | 553 | 50104703 | $ | 729.00 | Mont |
| 2/15/2005 | Winn-Dixie | 1807 | 32965363 | $ | 4,096.42 | New |
| 2/15/2005 | Winn-Dixie | 1807 | 32965364 | $ | (39.50) | New |
| 2/15/2005 | Sav-Rite | 2716 | 32963412 | $ | 663.49 | New |
| 2/15/2005 | Sav-Rite | 2716 | 32963413 | $ | (49.95) | New |
| 2/15/2005 | Sav-Rite | 2719 | 32945640 | $ | 1,739.11 | New |
| 2/15/2005 | Winn Dixie | #488 | 20750462 | $ | (51.40) | Pcy |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/15/2005 | Winn Dixie | #488 | 20750461 | $ | 1,177.02 | Pcy |
| 2/15/2005 | Winn Dixie | #494 | 20750464 | $ | (50.46) | Pcy |
| 2/15/2005 | Winn Dixie | #494 | 20750463 | $ | 1,524.44 | Pcy |
| 2/15/2005 | Winn Dixie | #552 | 20753377 | $ | 5,277.06 | Pcy |
| 2/15/2005 | Winn Dixie | #561 | 20750456 | $ | (181.04) | Pcy |
| 2/15/2005 | Winn Dixie | #561 | 20750457 | $ | 1,025.18 | Pcy |
| 2/15/2005 | Winn Dixie | #577 | 20750451 | $ | (25.18) | Pcy |
| 2/15/2005 | Winn Dixie | #577 | 20750452 | $ | 1,395.93 | Pcy |
| 2/15/2005 | Winn Dixie liquors | #485 | 20763201 | $ | (22.15) | Pcy |
| 2/15/2005 | Winn Dixie liquors | #485 | 20763200 | $ | 93.40 | Pcy |
| 2/15/2005 | WINN DIXIE | 412 | 21711975 | $ | 1,196.49 | Pen |
| 2/15/2005 | WINN DIXIE | 412 | 21711978 | $ | (252.00) | Pen |
| 2/15/2005 | WINN DIXIE | 556 | 21712818 | $ | 1,380.92 | Pen |
| 2/15/2005 | WINN DIXIE | 504 | 21712815 | $ | 1,310.74 | Pen |
| 2/15/2005 | WINN DIXIE | 506 | 21712821 | $ | 1,327.04 | Pen |
| 2/15/2005 | WINN DIXIE | 506 | 21712823 | $ | (228.09) | Pen |
| 2/15/2005 | WINN DIXIE | 489 | 21712812 | $ | 3,740.14 | Pen |
| 2/15/2005 | WINN DIXIE | 565 | 21711959 | $ | 3,186.05 | Pen |
| 2/15/2005 | WINN DIXIE | 565 | 21711960 | $ | (25.26) | Pen |
| 2/15/2005 | WINN DIXIE | 565 | 21711961 | $ | (262.48) | Pen |
| 2/15/2005 | WINN DIXIE | 493 | 21711969 | $ | 466.38 | Pen |
| 2/15/2005 | WINN DIXIE | 493 | 21711970 | $ | (8.38) | Pen |
| 2/15/2005 | WINN DIXIE | 507 | 21712829 | $ | 3,473.17 | Pen |
| 2/15/2005 | WINN DIXIE | 507 | 21712832 | $ | (10.48) | Pen |
| 2/15/2005 | WINN DIXIE | 507 | 21712831 | $ | (45.63) | Pen |
| 2/15/2005 | WINN DIXIE | 541 | 21732513 | $ | 1,867.81 | Pen |
| 2/15/2005 | WINN DIXIE | 541 | 21732514 | $ | (147.06) | Pen |
| 2/15/2005 | WINN DIXIE | 498 | 21712826 | $ | 1,105.58 | Pen |
| 2/15/2005 | WINN DIXIE | 535 | 21711963 | $ | 2,295.85 | Pen |
| 2/15/2005 | WINN DIXIE | 535 | 21711964 | $ | (36.14) | Pen |
| 2/15/2005 | WINN DIXIE | 560 | 21732526 | $ | 766.10 | Pen |
| 2/15/2005 | WINN DIXIE | 566 | 21732517 | $ | 490.88 | Pen |
| 2/15/2005 | WINN DIXIE | 566 | 21732518 | $ | (20.15) | Pen |
| 2/15/2005 | Winn Dixie | 479 | 15766950 | $ | (113.29) | Tsc |
| 2/15/2005 | Winn Dixie | 479 | 15766949 | $ | 4,198.86 | Tsc |
| 2/15/2005 | Winn Dixie | 526 | 15790043 | $ | (36.56) | Tsc |
| 2/15/2005 | Winn Dixie | 526 | 15790044 | $ | (57.20) | Tsc |
| 2/15/2005 | Winn Dixie | 526 | 15068903 | $ | 176.30 | Tsc |
| 2/15/2005 | Winn Dixie | 526 | 15790042 | $ | 2,803.36 | Tsc |
| 2/15/2005 | Winn Dixie | 1906 | 6662375 | $ | 4,420.85 | Tus |
| **2/15/2005 Total** | | | | $ | 202,492.99 | |
| 2/16/2005 | WINN DIXIE | 437 | 31740599 | $ | (39.20) | Col |
| 2/16/2005 | WINN DIXIE | 437 | 31710598 | $ | 3,598.85 | Col |
| 2/16/2005 | Winn Dixie | 426 | 11781400 | $ | 55.80 | Dot |
| 2/16/2005 | Winn Dixie | 590 | 60107586 | $ | 2,362.36 | Mob |
| 2/16/2005 | WINN-DIXIE | 456 | 50104710 | $ | 895.65 | Mont |
| 2/16/2005 | WINN-DIXIE | 519 | 50095846 | $ | 523.10 | Mont |
| 2/16/2005 | Winn Dixie liquors | #497 | 20769079 | $ | 24.26 | Pcy |
| 2/16/2005 | Winn Dixie Liquors | 505 | 20769083 | $ | (11.08) | Pcy |
| 2/16/2005 | Winn Dixie Liquors | 505 | 20769082 | $ | 121.96 | Pcy |
| 2/16/2005 | Winn Dixie | #481 | 20753386 | $ | 4,630.08 | Pcy |
| 2/16/2005 | Winn Dixie | #436 | 20750474 | $ | (62.24) | Pcy |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/16/2005 | Winn Dixie | #436 | 20750473 | $ | 5,773.71 | Pcy |
| 2/16/2005 | Winn Dixie | #487 | 20750471 | $ | 3,577.72 | Pcy |
| 2/16/2005 | Winn Dixie | #488 | 20038537 | $ | 178.25 | Pcy |
| 2/16/2005 | Winn Dixie | #538 | 20753384 | $ | (19.10) | Pcy |
| 2/16/2005 | Winn Dixie | #538 | 20753383 | $ | 3,991.57 | Pcy |
| 2/16/2005 | WINN DIXIE | 495 | 21712840 | $ | (29.33) | Pen |
| 2/16/2005 | WINN DIXIE | 495 | 21712841 | $ | 2,287.58 | Pen |
| 2/16/2005 | WINN DIXIE | 501 | 21732542 | $ | 2,074.52 | Pen |
| 2/16/2005 | WINN DIXIE | 501 | 21732543 | $ | (149.33) | Pen |
| 2/16/2005 | Winn Dixie | 407 | 15068954 | $ | 93.30 | Tsc |
| 2/16/2005 | Winn Dixie | 530 | 15790065 | $ | (111.60) | Tsc |
| 2/16/2005 | Winn Dixie | 530 | 15790064 | $ | 3,101.46 | Tsc |
| 2/16/2005 | Winn Dixie | 530 | 15790066 | $ | 86.40 | Tsc |
| **2/16/2005 Total** | | | | $ | 32,954.69 | |
| 2/17/2005 | Winn-Dixie | 405 | 66341228 | $ | 2,713.71 | BHM |
| 2/17/2005 | Winn-Dixie | 415 | 66342290 | $ | 1,250.83 | BHM |
| 2/17/2005 | Winn-Dixie | 415 | 66342291 | $ | 10.49 | BHM |
| 2/17/2005 | Winn-Dixie | 417 | 66329307 | $ | 2,144.14 | BHM |
| 2/17/2005 | Winn-Dixie | 417 | 66329308 | $ | 34.85 | BHM |
| 2/17/2005 | Winn-Dixie | 421 | 66368137 | $ | 663.37 | BHM |
| 2/17/2005 | Winn-Dixie | 435 | 66117723 | $ | 1,467.77 | BHM |
| 2/17/2005 | Winn-Dixie | 435 | 66117724 | $ | 119.28 | BHM |
| 2/17/2005 | Winn-Dixie | 452 | 66425040 | $ | (33.17) | BHM |
| 2/17/2005 | Winn-Dixie | 452 | 66425041 | $ | 1,313.26 | BHM |
| 2/17/2005 | Winn-Dixie | 458 | 66275512 | $ | 2,131.03 | BHM |
| 2/17/2005 | Winn-Dixie | 461 | 66342298 | $ | 573.39 | BHM |
| 2/17/2005 | Winn-Dixie | 461 | 66342299 | $ | 95.63 | BHM |
| 2/17/2005 | Winn-Dixie | 469 | 66314207 | $ | 806.21 | BHM |
| 2/17/2005 | Winn-Dixie | 496 | 66118736 | $ | 920.42 | BHM |
| 2/17/2005 | Winn-Dixie | 500 | 66115889 | $ | 526.17 | BHM |
| 2/17/2005 | Winn-Dixie | 509 | 66327409 | $ | 1,163.14 | BHM |
| 2/17/2005 | Winn-Dixie | 517 | 66287033 | $ | 382.60 | BHM |
| 2/17/2005 | Winn-Dixie | 523 | 66357139 | $ | 951.26 | BHM |
| 2/17/2005 | Winn-Dixie | 529 | 66387138 | $ | 588.54 | BHM |
| 2/17/2005 | Winn-Dixie | 547 | 66314200 | $ | 613.78 | BHM |
| 2/17/2005 | Winn-Dixie | 550 | 66357142 | $ | (83.92) | BHM |
| 2/17/2005 | Winn-Dixie | 550 | 66357143 | $ | 2,010.43 | BHM |
| 2/17/2005 | Winn-Dixie | 574 | 66342286 | $ | 3,072.80 | BHM |
| 2/17/2005 | Winn-Dixie | 575 | 66117727 | $ | 902.30 | BHM |
| 2/17/2005 | Winn-Dixie | 593 | 66447004 | $ | 1,767.48 | BHM |
| 2/17/2005 | Winn-Dixie | 595 | 66341224 | $ | (35.08) | BHM |
| 2/17/2005 | Winn-Dixie | 595 | 66341223 | $ | 1,403.47 | BHM |
| 2/17/2005 | Winn-Dixie | 597 | 66387142 | $ | (74.83) | BHM |
| 2/17/2005 | Winn-Dixie | 597 | 66387143 | $ | 2,708.07 | BHM |
| 2/17/2005 | WINN DIXIE | 110 | 30485499 | $ | 582.60 | Col |
| 2/17/2005 | WINN DIXIE | 22 | 30485501 | $ | (39.40) | Col |
| 2/17/2005 | WINN DIXIE | 22 | 30485500 | $ | 691.30 | Col |
| 2/17/2005 | WINN DIXIE | 404 | 31701743 | $ | (5.25) | Col |
| 2/17/2005 | WINN DIXIE | 404 | 31701742 | $ | 2,464.45 | Col |
| 2/17/2005 | WINN DIXIE | 409 | 31710622 | $ | 3,061.40 | Col |
| 2/17/2005 | WINN DIXIE | 438 | 31695956 | $ | (17.15) | Col |
| 2/17/2005 | WINN DIXIE | 438 | 31695955 | $ | 2,661.10 | Col |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/17/2005 | WINN DIXIE | 443 | 31695962 | $ | (8.10) | Col |
| 2/17/2005 | WINN DIXIE | 443 | 31695961 | $ | 3,125.20 | Col |
| 2/17/2005 | WINN DIXIE | 470 | 31710615 | $ | (52.45) | Col |
| 2/17/2005 | WINN DIXIE | 470 | 31710616 | $ | 2,609.50 | Col |
| 2/17/2005 | WINN DIXIE | 480 | 31695965 | $ | (84.40) | Col |
| 2/17/2005 | WINN DIXIE | 480 | 31695964 | $ | 3,080.05 | Col |
| 2/17/2005 | WINN DIXIE | 482 | 31695959 | $ | (23.60) | Col |
| 2/17/2005 | WINN DIXIE | 482 | 31695958 | $ | 2,838.10 | Col |
| 2/17/2005 | Winn Dixie | 555 | 11781434 | $ | (133.84) | Dot |
| 2/17/2005 | Winn Dixie | 555 | 11781433 | $ | 6,127.40 | Dot |
| 2/17/2005 | Winn Dixie | 422 | 11762855 | $ | (23.55) | Dot |
| 2/17/2005 | Winn Dixie | 422 | 11762857 | $ | 854.91 | Dot |
| 2/17/2005 | Winn Dixie | 478 | 11785408 | $ | 485.70 | Dot |
| 2/17/2005 | Winn Dixie 550480 | 418 | 56184427 | $ | (50.80) | Gad |
| 2/17/2005 | Winn Dixie 550481 | 418 | 56184426 | $ | 847.26 | Gad |
| 2/17/2005 | Winn Dixie 550482 | 525 | 56211220 | $ | (80.14) | Gad |
| 2/17/2005 | Winn Dixie 550483 | 525 | 56211221 | $ | (25.98) | Gad |
| 2/17/2005 | Winn Dixie 550484 | 525 | 56211219 | $ | 905.08 | Gad |
| 2/17/2005 | Winn Dixie 550485 | 462 | 56211206 | $ | (13.36) | Gad |
| 2/17/2005 | Winn Dixie 550486 | 462 | 56211207 | $ | (32.40) | Gad |
| 2/17/2005 | Winn Dixie 550487 | 462 | 56211205 | $ | 1,177.96 | Gad |
| 2/17/2005 | Winn Dixie | 473 | 60147069 | $ | 2,173.81 | Mob |
| 2/17/2005 | Winn Dixie | 490 | 60148079 | $ | (69.57) | Mob |
| 2/17/2005 | Winn Dixie | 490 | 60148078 | $ | 1,775.64 | Mob |
| 2/17/2005 | Winn Dixie | 564 | 60152046 | $ | (16.52) | Mob |
| 2/17/2005 | Winn Dixie | 564 | 60152047 | $ | 1,832.41 | Mob |
| 2/17/2005 | Winn Dixie | 570 | 60148089 | $ | (45.43) | Mob |
| 2/17/2005 | Winn Dixie | 570 | 60148090 | $ | 1,283.15 | Mob |
| 2/17/2005 | Winn Dixie | 571 | 60100622 | $ | 93.97 | Mob |
| 2/17/2005 | Winn Dixie | 572 | 60107607 | $ | (24.78) | Mob |
| 2/17/2005 | Winn Dixie | 572 | 60107608 | $ | 1,278.66 | Mob |
| 2/17/2005 | Winn Dixie | 580 | 60107605 | $ | (103.25) | Mob |
| 2/17/2005 | Winn Dixie | 580 | 60107604 | $ | 1,432.34 | Mob |
| 2/17/2005 | Winn Dixie | 586 | 60148086 | $ | (117.42) | Mob |
| 2/17/2005 | Winn Dixie | 586 | 60148087 | $ | 747.48 | Mob |
| 2/17/2005 | Winn Dixie | 590 | 60152049 | $ | 1,031.50 | Mob |
| 2/17/2005 | WINN-DIXIE | 411 | 50160022 | $ | 4,125.37 | Mont |
| 2/17/2005 | WINN-DIXIE | 428 | 50104718 | $ | 2,006.60 | Mont |
| 2/17/2005 | WINN-DIXIE | 448 | 50147247 | $ | 714.17 | Mont |
| 2/17/2005 | WINN-DIXIE | 449 | 50095857 | $ | (143.25) | Mont |
| 2/17/2005 | WINN-DIXIE | 449 | 50095856 | $ | 1,720.62 | Mont |
| 2/17/2005 | WINN-DIXIE | 460 | 50147251 | $ | (87.00) | Mont |
| 2/17/2005 | WINN-DIXIE | 460 | 50147250 | $ | 1,031.76 | Mont |
| 2/17/2005 | WINN-DIXIE | 463 | 50147246 | $ | (27.00) | Mont |
| 2/17/2005 | WINN-DIXIE | 463 | 50147245 | $ | 1,101.92 | Mont |
| 2/17/2005 | WINN-DIXIE | 464 | 50095861 | $ | (121.30) | Mont |
| 2/17/2005 | WINN-DIXIE | 464 | 50095854 | $ | 3,065.59 | Mont |
| 2/17/2005 | WINN-DIXIE | 465 | 50095859 | $ | (11.70) | Mont |
| 2/17/2005 | WINN-DIXIE | 465 | 50095858 | $ | 2,385.26 | Mont |
| 2/17/2005 | WINN-DIXIE | 468 | 50147256 | $ | 1,869.90 | Mont |
| 2/17/2005 | WINN-DIXIE | 521 | 50147254 | $ | 3,484.05 | Mont |
| 2/17/2005 | WINN-DIXIE | 451 | 50139274 | $ | (84.60) | Mont |

| | | | | | |
|---|---|---|---|---|---|
| 2/17/2005 WINN-DIXIE | 451 | 50139270 | $ | 2,688.42 | Mont |
| 2/17/2005 WINN-DIXIE | 527 | 50160025 | $ | 3,570.17 | Mont |
| 2/17/2005 WINN-DIXIE | 531 | 50095855 | $ | 942.90 | Mont |
| 2/17/2005 WINN-DIXIE | 553 | 50104721 | $ | (25.29) | Mont |
| 2/17/2005 WINN-DIXIE | 553 | 50104720 | $ | 1,217.51 | Mont |
| 2/17/2005 Winn-Dixie | 1998 | 32965383 | $ | 1,147.30 | New |
| 2/17/2005 Winn-Dixie | 1998 | 32965384 | $ | (96.60) | New |
| 2/17/2005 Sav-Rite | 2709 | 32998008 | $ | 1,796.50 | New |
| 2/17/2005 Sav-Rite | 2709 | 32998009 | $ | (30.00) | New |
| 2/17/2005 Sav-Rite | 2714 | 32945651 | $ | 2,163.67 | New |
| 2/17/2005 Sav-Rite | 2714 | 32945653 | $ | (18.00) | New |
| 2/17/2005 Winn Dixie | #436 | 20038668 | $ | 117.00 | Pcy |
| 2/17/2005 Winn Dixie | #488 | 20750483 | $ | (57.20) | Pcy |
| 2/17/2005 Winn Dixie | #488 | 20750482 | $ | 525.28 | Pcy |
| 2/17/2005 Winn Dixie | #494 | 20750485 | $ | (121.22) | Pcy |
| 2/17/2005 Winn Dixie | #494 | 20750484 | $ | 831.24 | Pcy |
| 2/17/2005 Winn Dixie | #577 | 20750480 | $ | 578.70 | Pcy |
| 2/17/2005 WINN DIXIE | 556 | 21712866 | $ | 2,312.87 | Pen |
| 2/17/2005 WINN DIXIE | 504 | 21712861 | $ | 2,372.69 | Pen |
| 2/17/2005 WINN DIXIE | 504 | 21712862 | $ | (55.32) | Pen |
| 2/17/2005 WINN DIXIE | 506 | 21712855 | $ | 2,861.88 | Pen |
| 2/17/2005 WINN DIXIE | 489 | 21712852 | $ | 1,953.83 | Pen |
| 2/17/2005 WINN DIXIE | 493 | 21752015 | $ | 1,608.59 | Pen |
| 2/17/2005 WINN DIXIE | 498 | 21712858 | $ | 1,724.23 | Pen |
| 2/17/2005 WINN DIXIE | 535 | 21752012 | $ | 954.42 | Pen |
| 2/17/2005 WINN DIXIE | 535 | 21752016 | $ | (33.52) | Pen |
| 2/17/2005 WINN DIXIE | 551 | 21732554 | $ | 4,769.25 | Pen |
| 2/17/2005 WINN DIXIE | 558 | 21732549 | $ | 5,370.77 | Pen |
| 2/17/2005 WINN DIXIE | 558 | 21732550 | $ | (36.91) | Pen |
| 2/17/2005 WINN DIXIE LIQUORS | 515 | 21748210 | $ | 92.70 | Pen |
| 2/17/2005 Winn Dixie | 407 | 15774804 | $ | (792.96) | Tsc |
| 2/17/2005 Winn Dixie | 407 | 15774803 | $ | 4,741.19 | Tsc |
| 2/17/2005 Winn Dixie | 453 | 15774811 | $ | (91.33) | Tsc |
| 2/17/2005 Winn Dixie | 453 | 15774810 | $ | 4,811.48 | Tsc |
| 2/17/2005 Winn Dixie | 516 | 15793008 | $ | (99.70) | Tsc |
| 2/17/2005 Winn Dixie | 516 | 15793007 | $ | 4,214.99 | Tsc |
| 2/17/2005 Winn Dixie | 528 | 15790073 | $ | (150.72) | Tsc |
| 2/17/2005 Winn Dixie | 528 | 15790074 | $ | (108.00) | Tsc |
| 2/17/2005 Winn Dixie | 528 | 15790072 | $ | 3,888.41 | Tsc |
| 2/17/2005 Winn Dixie | 530 | 15774814 | $ | (113.51) | Tsc |
| 2/17/2005 Winn Dixie | 530 | 15774813 | $ | 1,927.47 | Tsc |
| 2/17/2005 Winn Dixie | 1917 | 6662401 | $ | 4,139.55 | Tus |
| **2/17/2005 Total** | | | $ | 154,824.12 | |
| 2/18/2005 Winn-Dixie | 509 | 66175249 | $ | 2,378.88 | BHM |
| 2/18/2005 Winn Dixie | 526 | 15790098 | $ | (70.21) | Tsc |
| **2/18/2005 Total** | | | $ | 2,308.67 | |
| 2/21/2005 Winn Dixie | #538 | 20738651 | $ | (409.50) | Pcy |
| 2/21/2005 Winn Dixie | #538 | 20738650 | $ | 409.50 | Pcy |
| **2/21/2005 Total** | | | $ | - | |
| **Grand Total** | | | $ | 530,635.66 | |