**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Case No. 05-11063** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**NOTICE OF SUPPLEMENTAL DEMAND FOR RECLAMATION**

Please take notice that on February 28, 2005, pursuant to 11 U.S.C. § 546, Coca-Cola Bottling Company United, Inc. served a supplement to its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written supplemental demand is attached hereto.

Dated this 28th day of February, 2005.

/s/ Danielle K. Greco
John P. Whittington
Patrick Darby
Danielle K. Greco

Attorneys for Coca-Cola Bottling Company United, Inc., Coca-Cola Bottling Company United-East, LLC and Coca-Cola Bottling Company United-Gulf Coast, LLC

**OF COUNSEL:**
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

1

1/1252870.1

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served the foregoing *Notice of Supplemental Demand for Reclamation* upon the following parties by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this the 28th day of February, 2005.

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | David L. Pollack, Esq.<br>Jeffrey Meyers, Esq.<br>Dean C. Waldt, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>Mellon Bank Center, 51st Floor<br>1735 Market Street<br>Philadelphia, PA 19103 |
| Sarah Robinson Borders<br>King & Spalding LLP<br>191 Peachtree St<br>Suite 4900<br>Atlanta, GA 30303-1763 | Janice Stanton<br>Contrarian Capital Management, L.L.C.<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 |
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | David W. Dykhouse<br>Patterson, Belknap, Webb & Tyler, LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| Howard B. Levi<br>Steven B. Feigenbaum<br>Levi Lubarsky & Feigenbaum LLP<br>845 Third Avenue, 21st Floor<br>New York, NY 10022 | Neal D. Colton<br>David J. Liebman<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Adam L. Rosen, Esq.<br>Scarcella Rose & Slome LLP<br>333 Earle Ovington Boulevard, Suite 901<br>Uniondale, NY 11553 | James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Omer Kuebel III, Esq.<br>C. Davin Boldissar, Esq.<br>Locke Liddell & Sapp LLP<br>601 Poydras Street, Suite 2400<br>New Orleans, LA 70130-6036 | Scott A. Zuber, Esq.<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 |

Joseph D. Frank
Micah R. Krohn
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

Richard W. Ward
2527 Fairmount Street
Dallas, TX  76201

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0600

Paul Traub, Esq.
Wendy Marcari, Esq.
Traub, Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY  10017

Leggett R. Bradford, Esq.
Allman Spry Leggett & Crumpler, P.A.
380 Knollwood Street, Suite 700
Winston-Salem, NC  27113-5129

W. Clark Watson
Eric T. Ray
Balch & Bingham, LL
P.O. Box 306
Birmingham, AL  35201

Laurence May, Esq.
Rick A. Steinberg, Esq.
Angel & Frankel, P.C.
460 Park Avenue
New York, NY  10022-1906

Richard G. Smolev
Keith R. Murphy
Kaye Scholer, LLP
425 Park Avenue
New York, NY  10022-3598

Patrick L. Huffstickler
Cox Smith Matthews Incorporated
112 E. Pecan, Suite 1800
San Antonio, TX  78205

Michael S. Held, Esq.
Jenkens & Gilchrist, a professional corporation
1445 Ross Avenue, Suite 3200
Dallas, TX  75202-2711

Earle I. Erman
Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI  48034

Conrad K. Chiu
Pitney Hardin LLP
7 Times Square
New York, NY  10036

Henry A. Efroymson
Mark A. Gobdanowicz
Ice Miller
One American Square, Box 82001
Indianapolis, IN  46282

Eric D. Schwartz, Esq.
Morris, Nichols, Arsht and Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

3

Fred B. Ringel, Esq.  
Robinson Brog Leinwand Greene Genovese & Gluck P.C.  
1345 Avenue of the Americas  
New York, NY  10105  

Lee Champion  
Page, Scrantom, Sprouse, Tucker & Ford, P.C.  
1111 Bay Avenue, 3rd Floor  
P.O. Box 1199  
Columbus, GA  31902-1199  

Kathleen M. Miller  
Smith, Katzenstein & Furlow  
P.O. Box 410  
Wilmington, DE  19899  

Mr. David Boyle  
Airgas, Inc.  
259 Radnor-Chester Road, Suite 100  
P.O. Box 6675  
Radnor, PA  19087-8675  

Ira S. Greene  
Hogan & Hartson L.L.P.  
875 Third Avenue  
New York, NY  10022  

Frank Vydra, Esq.  
Discover Financial Services, Inc.  
2500 Lake Cook Road  
Riverwoods, IL  60015  

Gary Ginsburg  
Neiman Ginsburg & Mairanz, P.C.  
39 Broadway, 25th Floor  
New York, NY  10006  

J. Hayden Depner  
Darryl S. Laddin  
Arnall Golden Gregory LLP  
171 17th Street, NW, Suite 2100  
Atlanta, GA  30363  

Steven J. Reisman, Esq.  
Curtins, Mallet-Prevost, Colt & Mosle LLP  
101 Park Avenue  
New York, NY  10178-0061  

Steven M. Cimalore  
Wilmington Trust Company  
1100 North Market Street  
Rodney Square North  
Wilmington, DE  19890  

Thomas J. Leanse  
Dustin P. Branch  
Katten Muchin Zavis Rosenman  
2029 Century Park East, Suite 2600  
Los Angeles, CA  90067-3012  

Thomas H. Grace, Esq.  
W. Steven Bryant, Esq.  
Locke Liddell & Sapp LLP  
600 Travis Street  
3400 Chase Tower  
Houston, TX  77002  

Richard S. Miller, Esq.  
Greenberg Traurig, LLP  
200 Park Avenue  
New York, NY  10166  

Mark D. Bloom, Esq.  
Greenberg Traurig, P.O.  
1221 Brickell Avenue  
Miami, FL  33131

Rudi R. Grueneberg, ESq.
Grueneberg Law Group, LLC
704 East Main Street, Building "E"
Moorestown, NJ  08057

Shelley D. Rucker
Coca-Cola Enterprises, Inc.
c/o Miller & Martin PLLC
832 Georgia Avenue, Suite 1000
Chattanooga, TN  37402-2289

Robert L. Holladay, Jr.
Young Williams P.A.
P.O. Box 23059
Jackson, MS  39225-3059

Reginald A. Greene
BellSouth
675 West Peachtree Street, NE, Suite 4300
Atlanta, GA  30375

Andrew J. Flame, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801

Bruce Nathan, Esq.
Anusia L. Gayer, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY  10020

Jason C. DiBattista, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

Nicholas Griffiths
Merrill Lynch, Pierce, Fenner & Smith Incorporated
4 World Financial Center
New York, NY  10080

Richard L. Stern
Macco & Stern, LLP
135 Pinelawn Road, Suite 120 South
Melville, NY  11747


Greco_____

/s/ Danielle K.

Of Counsel