

*Enjoy*

**Coca-Cola Bottling Company United, Inc.**

4600 East Lake Boulevard (35217)
P.O. Box 2006
Birmingham, Alabama 35201
Telephone 205 / 849-3266
Fax 205 / 841-9168
Email: ericsteadman@ccbcu.com

ERIC STEADMAN
Corporate Controller
Assistant Treasurer

February 28, 2005

## VIA FACSIMILE, ELECTRONIC MAIL AND OVERNIGHT DELIVERY

Mr. Jason Roy
Winn Dixie Stores, Inc.
Senior Director of Accounting
505 Edgewood Court
Jacksonville, FL 32254-3699

      **RE:**    **Supplemental Reclamation Demand by Coca-Cola Bottling Company United, Inc. to Winn Dixie-Stores, Inc.**

Dear Mr. Roy:

Pursuant to 11 U.S.C. § 546(c) and applicable state law, Coca-Cola Bottling Company United, Inc. ("Coke") hereby supplements its previous reclamation demand dated February 25, 2005 and reclaims, without limitation, those goods delivered pursuant to the invoices identified on the attached Exhibit A which were delivered on credit to Winn-Dixie Stores, Inc. or its subsidiaries, as identified on the attached Exhibit B (collectively, "Winn-Dixie"), on or after February 11, 2005. The total value of the goods subject to reclamation is $394,320.54.

Coke demands that Winn-Dixie segregate from other inventory all goods subject to Coke's reclamation and currently in Winn-Dixie's control. Coke further demands that Winn-Dixie make immediate arrangements for Coke to take possession of all goods subject to reclamation.

Coke hereby reserves all rights, claims, defenses and interests.

Sincerely,

Eric Steadman
Corporate Controller

Enclosures

cc:    John P. Whittington
       Danielle K. Greco

---

**ALABAMA:** Birmingham • Carbon Hill • Cullman • **GEORGIA:** Augusta • Brunswick • McRae • Milledgeville • Savannah • Statesboro • Waycross
**LOUISIANA:** Baton Rouge • Lake Charles • Lafayette • **MISSISSIPPI:** Gulfport • Hattiesburg • McComb
**SOUTH CAROLINA:** Spartanburg • **TENNESSEE:** Chattanooga

Exhibit A
Coca-Cola Bottling Company United, Inc.'s Supplemental Reclamation Demand on Winn-Dixie Stores, Inc.

| NAME | | | | | |
|---|---|---|---|---|---|
| CITY | | SAVE RITE STORE #2626 (B/C) | | | |
| | | HATTIESBURG | | | |
| | INVOICE # | | INV DATE | | LC amnt |
| | 5610661618691 | | 2/15/2005 | | 1,066.92 |
| | 5610662625167 | | 2/17/2005 | | 1,510.56 |
| ** | Account 116048903 | | | | 2,577.48 |

## EXHIBIT B TO RECLAMATION CLAIM
## OF COCA-COLA BOTTLING COMPANY UNITED, INC.
### Winn-Dixie Subsidiaries, Affiliates and Trade Names

| Debtor Name | Case No. | Trade Name(s) |
|---|---|---|
| Winn-Dixie Stores, Inc. | 05-11063 | The Marketplace; Winn-Dixie Marketplace; SaveRite; Jitney Jungle; Thriftway; Sack n' Save; Grocery Bargain Depot; Dixie Spirits |
| Dixie Stores, Inc. | 05-11061 | |
| Table Supply Food Stores Co., Inc. | 05-11062 | |
| Astor Products, Inc. | 05-11064 | |
| Crackin' Good, Inc. | 05-11065 | |
| Deep South Distributors, Inc. | 05-11066 | |
| Deep South Products, Inc. | 05-11067 | |
| Dixie Darling Bakers, Inc. | 05-11068 | |
| Dixie-Home Stores, Inc. | 05-11069 | |
| Dixie Packers, Inc. | 05-11070 | |
| Dixie Spirits, Inc. | 05-11071 | |
| Economy Wholesale Distributors, Inc. | 05-11072 | |
| Foodway Stores, Inc. | 05-11073 | |
| Kwik Chek Supermarkets, Inc. | 05-11074 | |
| Sunbelt Products, Inc. | 05-11075 | |
| Sundown Sales, Inc. | 05-11076 | |
| Superior Food Company | 05-11077 | |
| WD Brand Prestige Steaks, Inc. | 05-11078 | |
| Winn-Dixie Handyman, Inc. | 05-11079 | |
| Winn-Dixie Logistics, Inc. | 05-11080 | |
| Winn-Dixie Montgomery, Inc. | 05-11081 | |
| Winn-Dixie Procurement, Inc. | 05-11082 | |
| Winn-Dixie Raleigh, Inc. | 05-11083 | |
| Winn-Dixie Supermarkets, Inc. | 05-11084 | |