UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

CASE NO.: 05-11063-RDD
(Chapter 11)

(Jointly Administered)

WINN-DIXIE STORES, INC., et. al.,

Debtor.

---

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Edwin W. Held, Jr., of Held & Israel, a member in good standing of the bar in the State of Florida, and of the bar of the U.S. District Court for the Middle District of Florida, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Beaver Street Fisheries, Inc., a creditor in the above-referenced cases.

My contact information is as follows:

>Edwin W. Held, Jr., Esquire
>Held & Israel
>1301 Riverplace Boulevard
>Suite 1916
>Jacksonville, Florida  32207
>Telephone : (904) 398-4283
>Facsimile: (904) 398-4283
>E-mail: eheld@hilawfirm.com

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: February 28, 2005
      Jacksonville, Florida

                    HELD & ISRAEL

                    By: _____
                    Edwin W. Held, Jr., Esquire
                    Florida Bar #162574
                    1301 Riverplace Blvd. Suite 1916
                    Jacksonville, Florida 32207
                    (904) 398-7038 Telephone
                    (904) 398-4283 Facsimile
                     Attorneys for Beaver Street
                     Fisheries, Inc.

af/motionadmissionbeaver djg