UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 05-11063-RDD
(Chapter 11)

In Re:

(Jointly Administered)

WINN-DIXIE STORES, INC., et. al.,

      Debtor.

---

### ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

**ORDERED,**

that Edwin W. Held, Jr., of Held & Israel, is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
       New York, New York

                                                    UNITED STATES BANKRUPTCY JUDGE

af/orderadmissionbeaver djg