IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTHERN NEW YORK

| | | |
|---|---|---|
| In re: | ) ) ) ) | CHAPTER 11 |
| WINN-DIXIE STORES, INC. | ) ) | CASE NO. 05-11063 (RDD) |
| Debtor. | ) ) ) ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

McGrath North Mullin & Kratz PC LLO ("MNMK") hereby gives notice pursuant to BANKRUPTCY RULE 9010(b) that they are appearing in the above-captioned bankruptcy case on behalf of ConAgra Foods, Inc., and its Subsidiaries and Affiliates.

MNMK further requests that they receive all notices and other papers served or filed in this case, including pleadings, motions, applications, orders, plans, disclosure statements, financial statements, and other reports. Pursuant to BANKRUPTCY RULE 2002(g), all notices and papers should be sent to the following address:

> Mr. James J. Niemeier, Attorney at Law
> McGrath North Mullin & Kratz PC LLO
> First National Tower, Suite 3700
> 1601 Dodge Street
> Omaha, Nebraska 68102-1327
> Telephone:   (402) 341-3070
> Telefax:       (402) 341-0216
> E-Mail:  jniemeier@mnmk.com
>            awoodard@mnmk.com

MNMK further requests that they be added to the appropriate lists and matrices in this case as counsel to ConAgra Foods, Inc., and its Subsidiaries and Affiliates.

DATED this 28th day of February, 2005.

Respectfully submitted,

ConAgra Foods, Inc., and its Subsidiaries and Affiliates

By: /s/ *James J. Niemeier*
James J. Niemeier (NE Bar #18838)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070

CERTIFICATE OF SERVICE

I, hereby certify that on the 28th day of February, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of to all parties which receive an electronic notification in these proceedings.

/s/ *James J. Niemeier*