TAPLIN & ASSOCIATES
350 Fifth Avenue, Suite 2418
New York, New York 10118
(212) 967-0895
Ronald Scott Kaniuk (RSK-6145)

HOWARD, SOLOCHEK & WEBER, S.C.
324 E. Wisconsin Avenue, Suite 1100
Milwaukee, WI 53204
(414) 272-0760
Bryan M. Becker
Attorneys for Klement Sausage Company, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                                          Chapter 11

WINN-DIXIE STORES, INC., et al.,                            Case No. 05-11063 (RDD)
                                                                                    (Jointly Administered)
Debtors.
--------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that Taplin & Associates, A Partnership of Professional Associations, and Howard, Solochek & Weber, S.C. hereby appear in the above-captioned Chapter 11 cases as attorneys for Klement Sausage Company, Inc.

     PLEASE TAKE FURTHER NOTICE that in accordance with sections 102(1), 342 and 1109(b) of title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases, should be given to and served upon:

TAPLIN & ASSOCIATES
350 Fifth Avenue, Suite 2418
New York, New York 10118
Attn: Ronald Scott Kaniuk (RSK-6145)
(212) 967-0895
facsimile (212) 202-5217
email: rkaniuklaw@aol.com

and

HOWARD, SOLOCHEK & WEBER, S.C.
324 E. Wisconsin Avenue, Suite 1100

Milwaukee, WI 53204
Attn: Bryan M. Becker, Esq.
(414) 272-0760
facsimile (414) 272-7265
email: bbecker@hswmke.com

     PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b) the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to the above-referenced cases and proceedings therein. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization or liquidation.

     PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with these cases is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge, (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: February 24, 2005
     New York, New York

*S/Ronald Scott Kaniuk*
Ronald Scott Kaniuk, Esq. (RSK-6145)
TAPLIN & ASSOCIATES
350 Fifth Avenue, Suite 2418
New York, NY 10118
Telephone: (212) 967-0895
Facsimile: (212) 202-5217

and

Bryan M. Becker, Esq.
HOWARD, SOLOCHEK & WEBER, S.C.
324 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
Telephone: (414) 272-0760
Facsimile: (414) 272-7265

Attorneys for Klement Sausage Company, Inc.