UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

WINN DIXIE STORES, INC., et al.,

                              Debtor.

In re: Case No. 05-11063
Chapter 11

-----------------------------------------------------------------x

                              Plaintiff

        v.

Adversary Proceeding
Case No.

                              Defendant

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Bryan M. Becker_____, a member in good standing of the bar in the State of Wisconsin_____, or of the bar of the U.S. District Court for the _____ District of _____, request admission, *pro hac vice*, before the Honorable Robert D. Drain_____, to represent Klement Sausage Co., Inc._____, a creditor_____ in the above referenced [✓] case [ ] adversary proceeding.

My:   address is 324 East Wisconsin Avenue, Suite 1100, Milwaukee, WI 53202

       e-mail address is bbecker@hswmke.com ; telephone number is 414-272-0760

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: February 23, 2005

~~New York, New York~~
Milwaukee, Wisconsin

[signature]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WINN DIXIE STORES, INC., et al.,

                                                                                  In re: Case No. 05-11063
                                                                                  Chapter 11
                            Debtor.

------------------------------------------------------------x

                         Plaintiff                Adversary Proceeding
                                                          Case No.
      v.


                         Defendant
------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice***

I, Bryan M. Becker_____, a member in good standing of the bar in the State of

Wisconsin_____, or of the bar of the U.S. District Court for the _____ District of

_____, having request admission, *pro hac vice*, to represent

Klement Sausage Co., Inc._____, a creditor_____ in the above

referenced ☐ case ☐ adversary proceeding.

**ORDERED,**

that Bryan M. Becker_____, Esq., is admitted to practice, *pro hac vice*, in the above

referenced ☑ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern

District of New York, subject to payment of the filing fee.

Dated:

               New York, New York    /s/_____

                                                         UNITED STATES BANKRUPTCY JUDGE