**WINN-DIXIE STORES INC**
**JACKSONVILLE FL**

### RECLAMATION CLAIM

| LOCATION | INVOICE # | PURCHASE ORDER # | DATE SHIPPED | DATE DELIVERED | AMOUNT |
|---|---|---|---|---|---|
| Montgomery AL | 67218 | 622913 | 2/10/2005 | 2/14/2005 | 5250.00 |
| Jacksonville FL | 67217 | 622852 | 2/10/2005 | 2/14/2005 | 11256.00 |
| Pompano Beach FL | 67219 | 622930 | 2/10/2005 | 2/15/2005 | 3528.00 |
| Orlando FL | 67220 | 622931 | 2/10/2005 | 2/15/2005 | 15120.00 |
| New Orleans LA | 68307 | 630692 | 2/17/2005 | 2/23/2005 | 4536.00 |
| Orlando FL | 68309 | 630732 | 2/17/2005 | 2/22/2005 | 11424.00 |
| Montgomery AL | 68306 | 630688 | 2/17/2005 | 2/21/2005 | 4520.00 |
| | | | | | 55634.00 |