

PLEASE REMIT TO:

**KLEMENT SAUSAGE CO., INC.**
207 East Lincoln Avenue
Milwaukee, Wisconsin 53207
Phone (414) 481-4840
Wats – 1-800-558-2330
www.Klements.com

## OLD FASHIONED SAUSAGE

| SHIP TO | WINN DIXIE- ORLANDO<br>PRIVATE LABEL ACCT.<br>4401 SEABOARD RD<br>ORLANDO, FL 32808 | SOLD TO (IF DIFFERENT THAN SHIP TO) | WINN DIXIE STORES INC<br>P.O BOX 40043<br>JACKSONVILLE FL 32203 |
|---|---|---|---|

| INVOICE NO. | REG. | SLM | DATE SHIPPED | DATE ORDERED | TERMS | DATE INVOICED | PLQ CODE | ORDER TAKER | CHAIN NO. | CUST. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 67280 | A | C | 2/10/05 | 2/07/05 | NET-WEEKLY | 2/08/05 | 1220 | EDIORDER | 7000 | 7037 |

| CUSTOMER P.O. NUMBER | SHIPPING INFORMATION | | BROKER | BROKER | PAGE |
|---|---|---|---|---|---|
| 622931 | BW | 135525 | AP | | 1 |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT ORDERED | PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY BILLED | UNITS BILLED | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | | | 04744 | BRAT 1#DW 12#BX WD | | LBS | | |
| 400 | 400 | BXS | 04793 | ITAL 1#DW 12#BX WD | 4,800.00 | LBS | 1.75 | 8,400.00 |
| | | BXS | 04820 | HOT ITAL 1#DW 12#BX WD | | LBS | | |

***** NOTES *****
PLEASE DELIVER 2/15

| CHASER | WEIGHER | SHIPPERS | CARTONS | PALLETS | TOTAL UNITS | TOTAL WEIGHT | PLEASE PAY THIS TOTAL |
|---|---|---|---|---|---|---|---|
| JL | OLENCIND | | | 5 | 720 | 8,640.00 | 15120.00 |

**CUSTOMER SIGNATURE**

Claims will not be considered unless immediate notice is given upon receipt of goods. If shipment is short or damaged, refuse to accept from carrier until freight bill is properly noted and signed.
If returning goods, it is necessary to use original packages bearing government stamps.
No allowance made for natural shrinkage in transit.
2% MONTHLY SERVICE CHARGE ON PAST DUE ACCOUNTS

Do not receipt for goods until you have inspected and accepted.
I hereby certify that the following described product, which is offered for shipment in commerce, has been U.S. inspected and passed by the U.S. Department of Agriculture, is so marked, and at this date is not adulterated or misbranded.

**DUPLICATE SIGNED COPY**





## OLD FASHIONED SAUSAGE

PLEASE REMIT TO:

**KLEMENT SAUSAGE CO., INC.**
207 East Lincoln Avenue
Milwaukee, Wisconsin 53207
Phone (414) 481-4840
Wats – 1-800-558-2330
www.Klements.com

SHIP TO: WINN DIXIE- ORLANDO
PRIVATE LABEL ACCT.
4401 SEABOARD RD
ORLANDO, FL 32808

SOLD TO (IF DIFFERENT THAN SHIP TO): WINN DIXIE STORES INC
P O BOX 40043
JACKSONVILLE FL 32203

| INVOICE NO. | REG. | SLM | DATE SHIPPED | DATE ORDERED | TERMS | DATE INVOICED | PLQ CODE | ORDER TAKER | CHAIN NO. | CUST. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 68309 | A | C | 2/17/05 | 2/14/05 | NET-WEEKLY | 2/16/05 | 1220 | EDIORDER | 7000 | 7037 |

| CUSTOMER P.O. NUMBER | SHIPPING INFORMATION | | BROKER | BROKER | PAGE |
|---|---|---|---|---|---|
| 630732 | BW | | 130113 | AP | 1 |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT ORDERED | PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY BILLED | UNITS BILLED | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | | | 04544 | BRAT 1#EW 12#BX WD | | LBS | 1.75 | |
| 304 | 304 | BXS | 04793 | ITAL 1#EW 12#BX WD | 3,648.00 | LBS | 1.75 | 6,384.00 |
| 144 | 144 | BXS | 04920 | HOT ITAL 1#EW 12#BX WD | 1,728.00 | LBS | 1.75 | 3,024.00 |

***** N O T E S *****
PLEASE DELIVER 2/22

CUSTOMER SIGNATURE

| PURCHASER | WEIGHER | SHIPPERS | CARTONS | PALLETS | | TOTAL UNITS | TOTAL WEIGHT | PLEASE PAY THIS TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | LUBBJIM | | | 5 | | | 6,528.00 | ➤ | 11424.00 |

Claims will not be considered unless immediate notice is given upon receipt of goods.
If shipment is short or damaged, refuse to accept from carrier until freight bill is properly noted and signed.
If returning goods, it is necessary to use original packages bearing government stamps.
No allowance made for natural shrinkage in transit.
% MONTHLY SERVICE CHARGE ON PAST DUE INVOICES

Do not receipt for goods until you have inspected and accepted.
I hereby certify that the following described product, which is offered for shipment in commerce, has been U.S. inspected and passed by the U.S. Department of Agriculture, is so marked, and at this date is not adulterated or misbranded.

DUPLICATE SIGNED COPY



# Klements

## OLD FASHIONED SAUSAGE

PLEASE REMIT TO:

**KLEMENT SAUSAGE CO., INC.**
207 East Lincoln Avenue
Milwaukee, Wisconsin 53207
Phone (414) 481-4840
Wats – 1-800-558-2330
www.Klements.com

| ROUTE | STOP |
|---|---|
| CC | |

SHIP TO:
WINN DIXIE- POMPANO
PRIVATE LABEL ACCT.
1141 S.W. 12TH AVE
POMPANO BEACH, FL 33069

SOLD TO (IF DIFFERENT THAN SHIP TO):
WINN DIXIE STORES INC
P O BOX 40026
JACKSONVILLE FL 32203

| INVOICE NO. | REG. | SLM | DATE SHIPPED | DATE ORDERED | TERMS | DATE INVOICED | PLQ CODE | ORDER TAKER | CHAIN NO. | CUST. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 67219 | A | C | 2/10/05 | 2/07/05 | NET-WEEKLY | 2/09/05 | 1220 | EDIORDER | 7000 | 7036 |

| CUSTOMER P.O. NUMBER | SHIPPING INFORMATION | | BROKER | BROKER | PAGE |
|---|---|---|---|---|---|
| 622930 | BW | 094815 | AF | | 1 |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT ORDERED | PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY BILLED | UNITS BILLED | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 84 | 84 | BXS | 04544 | BRAT 1#EW 12#BX WD | 768.00 | LBS | 1.75 | 1,344.00 |
| 72 | 72 | BXS | 04793 | ITAL 1#EW 12#BX WD | 864.00 | LBS | 1.75 | 1,512.00 |
| 32 | 32 | BXS | 04920 | HOT ITAL 1#EW 12#BX WD | 384.00 | LBS | 1.75 | 672.00 |

168

***** NOTES *****
PLEASE DELIVER 2/15

**CUSTOMER SIGNATURE**

| CHASER | WEIGHER | SHIPPERS | CARTONS | PALLETS | TOTAL UNITS | TOTAL WEIGHT | PLEASE PAY THIS TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | LUEEJIM | | | 2 | | 2,016.00 | ➤ | 3528.00 |

Claims will not be considered unless immediate notice is given upon receipt of goods.
If shipment is short or damaged, refuse to accept from carrier until freight bill is properly noted and signed.
If returning goods, it is necessary to use original packages bearing government stamps.
No allowance made for natural shrinkage in transit.
2% MONTHLY SERVICE CHARGE ON PAST DUE AMOUNTS

Do not receipt for goods until you have inspected and accepted.
I hereby certify that the following described product, which is offered for shipment in commerce, has been U.S. inspected and passed by the U.S. Department of Agriculture, is so marked, and at this date is not adulterated or misbranded.

**DUPLICATE SIGNED COPY**



# Klement's

## OLD FASHIONED SAUSAGE

PLEASE REMIT TO:

**KLEMENT SAUSAGE CO., INC.**
207 East Lincoln Avenue
Milwaukee, Wisconsin 53207
Phone (414) 481-4840
Wats – 1-800-558-2330
www.Klements.com

| ROUTE | STOP |
|---|---|
| CC | |

SHIP TO:
. WINN DIXIE-JACK PRI LABEL
. 15500 W BEAVER STREET
. PERISHABLES BLDG CT
. JACKSONVILLE, FL 32234

SOLD TO (IF DIFFERENT THAN SHIP TO):
. WINN DIXIE STORES INC
. P O BOX 40595
. JACKSONVILLE FL 32203

| INVOICE NO. | REG. | SLM | DATE SHIPPED | DATE ORDERED | TERMS | DATE INVOICED | PLQ CODE | ORDER TAKER | CHAIN NO. | CUST. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 67217 | A | C | 2/10/05 | 2/07/05 | NET-WEEKLY | 2/09/05 | 1220 | EDIORDER | 7000 | 7034 |

| CUSTOMER P.O. NUMBER | SHIPPING INFORMATION | | BROKER | BROKER | PAGE |
|---|---|---|---|---|---|
| 622852 | BW | | 094815 | AP | 1 |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT ORDERED | PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY BILLED | UNITS BILLED | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 280 | 280 | BXS | 04793 | ITAL 1#EW 12#BX WD | 3,360.00 | LBS | 1.76 | 5,880.00 |

```
***** N O T E S *****
PLEASE DELIVER 2/14
```

**CUSTOMER SIGNATURE**

| CHASER | WEIGHER | SHIPPERS | CARTONS | PALLETS | TOTAL UNITS | TOTAL WEIGHT | PLEASE PAY THIS TOTAL |
|---|---|---|---|---|---|---|---|
| | LUEBJIM | | | 5 | | 5,432.00 | 11258.00 |

Claims will not be considered unless immediate notice is given upon receipt of goods.
If shipment is short or damaged, refuse to accept from carrier until freight bill is properly noted and signed.
If returning goods, it is necessary to use original packages bearing government stamps.
No allowance made for natural shrinkage in transit.

Do not receipt for goods until you have inspected and accepted.
I hereby certify that the following described product, which is offered for shipment in commerce, has been U.S. inspected and passed by the U.S. Department of Agriculture, is so marked, and at this date is not adulterated or misbranded.

DUPLICATE SIGNED COPY



| ROUTE | STOP |
|---|---|
| CC | |

# Klements

## OLD FASHIONED SAUSAGE

PLEASE REMIT TO:

**KLEMENT SAUSAGE CO., INC.**
207 East Lincoln Avenue
Milwaukee, Wisconsin 53207
Phone (414) 481-4840
Wats – 1-800-558-2330
www.Klements.com

| SHIP TO | WINN DIXIE- MONTGOMERY PRIVATE LABEL ACCT. 6060 HWY 31 SO MOBIL HWY MONTGOMERY, AL 36108 | SOLD TO (IF DIFFERENT THAN SHIP TO) | WINN DIXIE STORES INC P O BOX 40476 JACKSONVILLE FL 32203 |
|---|---|---|---|

| INVOICE NO. | REG. | SLM | DATE SHIPPED | DATE ORDERED | TERMS | DATE INVOICED | PLQ CODE | ORDER TAKER | CHAIN NO. | CUST. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 68306 | A | C | 2/17/05 | 2/14/05 | NET-WEEKLY | 2/16/05 | 1220 | EDIORDER | 7000 | 7038 |

| CUSTOMER P.O. NUMBER | SHIPPING INFORMATION | | BROKER | BROKER | PAGE |
|---|---|---|---|---|---|
| 630888 | BW | | 130113 | AP | 1 |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT ORDERED | PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY BILLED | UNITS BILLED | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | | | 04244 | BRAT 1#EW 12#BX WD | | | | |
| 100 | 100 | BXS | 04793 | ITAL 1#EW 12#BX WD | 1,200.00 | LBS | 1.75 | 2,100.00 |
| | | | 04920 | HOT ITAL 1#EW 12#BX WD | | | | |

***** NOTES *****
PLEASE DELIVER 2/21

| CHASER | WEIGHER | SHIPPERS | CARTONS | PALLETS | TOTAL UNITS | TOTAL WEIGHT | PLEASE PAY THIS TOTAL |
|---|---|---|---|---|---|---|---|
| | LUBEJIM | | 220 | 2 | 220 | 2,640.00 | 4620.00 |

CUSTOMER SIGNATURE

Claims will not be considered unless immediate notice is given upon receipt of goods. If shipment is short or damaged, refuse to accept from carrier until freight bill is properly noted and signed. If returning goods, it is necessary to use original packages bearing government stamps. No allowance made for natural shrinkage in transit.

3% MONTHLY SERVICE CHARGE ON PAST DUE AMOUNTS

Do not receipt for goods until you have inspected and accepted. I hereby certify that the following described product, which is offered for shipment in commerce, has been U.S. inspected and passed by the U.S. Department of Agriculture, is so marked, and at this date is not adulterated or misbranded.

**DUPLICATE SIGNED COPY**




## OLD FASHIONED SAUSAGE

PLEASE REMIT TO:

**KLEMENT SAUSAGE CO., INC.**
207 East Lincoln Avenue
Milwaukee, Wisconsin 53207
Phone (414) 481-4840
Wats – 1-800-558-2330
www.Klements.com

| ROUTE | STOP |
|---|---|
| CC | |

SHIP TO:
- WINN DIXIE- MONTGOMERY
- PRIVATE LABEL ACCT.
- 6080 HWY 31 SO MOBIL HWY
- MONTGOMERY, AL 36108

SOLD TO (IF DIFFERENT THAN SHIP TO):
- WINN DIXIE STORES INC
- P O BOX 40475
- JACKSONVILLE FL 32203

| VOICE NO. | REG. | SLM | DATE SHIPPED | DATE ORDERED | TERMS | DATE INVOICED | PLQ CODE | ORDER TAKER | CHAIN NO. | CUST. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 67218 | A | C | 2/10/05 | 2/07/05 | NET-WEEKLY | 2/09/05 | 1220 | EDIORDER | 7080 | 7039 |

| CUSTOMER P.O. NUMBER | SHIPPING INFORMATION | | BROKER | BROKER | PAGE |
|---|---|---|---|---|---|
| 622913 | BW | | 094815 | AP | 1 |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT ORDERED | PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY BILLED | UNITS BILLED | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 40 | 40 | BXS | 04344 | BRAT 1#EW 12#BX WD | 480.00 | LBS | 1.75 | 840.00 |
| 130 | 130 | BXS | 04793 | ITAL 1#EW 12#BX WD | 1,560.00 | LBS | 1.75 | 2,730.00 |
| 80 | 80 | BXS | 04592 | HOT ITAL 1#EW 12#BX WD | 960.00 | LBS | 1.75 | 1,680.00 |
| 250 | | | | | | | | |

***** NOTES *****
PLEASE DELIVER 2/14

CUSTOMER SIGNATURE

| HASER | WEIGHER | SHIPPERS | CARTONS | PALLETS | | TOTAL UNITS | TOTAL WEIGHT | PLEASE PAY THIS TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | LUEBJIM | | | 2 | | | 3,000.00 | ➤ | 5250.00 |

Claims will not be considered unless immediate notice is given upon receipt of goods.
If shipment is short or damaged, refuse to accept from carrier until freight bill is properly noted and signed.
If returning goods, it is necessary to use original packages bearing government stamps.
No allowance made for natural shrinkage in transit.

Do not receipt for goods until you have inspected and accepted.
I hereby certify that the following described product, which is offered for shipment in commerce, has been U.S. inspected and passed by the U.S. Department of Agriculture, is so marked, and at this date is not adulterated or misbranded.

% MONTHLY SERVICE CHARGE ON PAST DUE ACCOUNTS

DUPLICATE SIGNED COPY



| ROUTE | STOP |
|---|---|
| 2C | |

**PLEASE REMIT TO:**

**KLEMENT SAUSAGE CO., INC.**
207 East Lincoln Avenue
Milwaukee, Wisconsin 53207
Phone (414) 481-4840
Wats – 1-800-558-2330
www.Klements.com

# OLD FASHIONED SAUSAGE

SHIP TO:
WINN DIXIE- NEW ORLEANS
PRIVATE LABEL ACCT.
3925 HWY 190 WEST
HAMMOND  LA  70401

SOLD TO (IF DIFFERENT THAN SHIP TO):
WINN DIXIE STORES INC
P O BOX 40045
JACKSONVILLE FL  32203

| INVOICE NO. | REG. | SLM | DATE SHIPPED | DATE ORDERED | TERMS | DATE INVOICED | PLQ CODE | ORDER TAKER | CHAIN NO. | CUST. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 68307 | A | C | 2/17/05 | 2/14/05 | NET-WEEKLY | 2/16/05 | 1220 | EDIORDER | 7000 | 7031 |

| CUSTOMER P.O. NUMBER | SHIPPING INFORMATION | | BROKER | BROKER | PAGE |
|---|---|---|---|---|---|
| 630692 | BW | | 130113 | AP | 1 |

| QUANTITY SHIPPED | QUANTITY ORDERED | UNIT ORDERED | PRODUCT CODE | PRODUCT DESCRIPTION | QUANTITY BILLED | UNITS BILLED | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 64 | 64 | BXS | 04846 | BRAT 1#EW 12#BX WD | 768.00 | LBS | 1.75 | 1,344.00 |
| 112 | 112 | BXS | 04753 | ITAL 1#EW 12#BX WD | 1,344.00 | LBS | 1.75 | 2,352.00 |
| 40 | 40 | BXS | 04920 | HOT ITAL 1#EW 12#BX WD | 480.00 | LBS | 1.75 | 840.00 |

216

***** NOTES *****
PLEASE DELIVER 2/23

**CUSTOMER SIGNATURE**

| CHASER | WEIGHER | SHIPPERS | CARTONS | PALLETS | TOTAL UNITS | TOTAL WEIGHT | PLEASE PAY THIS TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | LUEBJIM | | | 2 | | 2,592.00 | ➤ | 4536.00 |

Claims will not be considered unless immediate notice is given upon receipt of goods.
If shipment is short or damaged, refuse to accept from carrier until freight bill is properly noted and signed.
If returning goods, it is necessary to use original packages bearing government stamps.
No allowance made for natural shrinkage in transit.
2% MONTHLY SERVICE CHARGE ON PAST DUE AMOUNTS

Do not receipt for goods until you have inspected and accepted.
I hereby certify that the following described product, which is offered for shipment in commerce, has been U.S. Inspected and passed by the U.S. Department of Agriculture is so marked, and at this date is not adulterated or misbranded.

**DUPLICATE SIGNED COPY**