UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:                                           :
                                                 :
WINN-DIXIE STORES, INC., et al.,                 :   Chapter 11
                                                 :   Case No.
                                                 :   05-11063
                                                 :   Jointly Administered
                                                 :
                    Debtors.                     :
----------------------------------------------------------------x

## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that 40/86 Advisors, Inc.("40/86"), party-in interest herein and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2202 and 9010(b), hereby requests that all notices given or required to be given in this case be given and served upon:

    40/86 Advisors, Inc.
    535 N. College Drive
    Carmel, IN 46032
    Attention:   Frank Berg
    Telephone:  (317) 817-2827
    Facsimile:   (317) 817-4115

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, telephone, telegraph, telex or otherwise, which affects the above-captioned debtors (the "Debtors") or the property of

DOCSNY1·1104271.2

or in the possession, custody or control of the Debtors or which is otherwise filed or given with regard to the above-referenced case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Request for Service of Notices and Documents is without prejudice to: (1) 40/86's rights, remedies claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtors and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit 40/86 to the jurisdiction of the Court.

Dated: New York, New York
      February 24, 2005

                                40/86 ADVISORS, INC

                            By:   /s/ Frank Berg
                                    Frank Berg
                                    Gregory J. Seketa
                                    535 N. College Drive
                                    Carmel, IN 46032
                                    Telephone:   (317) 817-2794