UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

        WINN-DIXIE STORES, INC., et. al.,

                                  Chapter 11
                                  Case No.: 05-11063-rdd
                                  (Jointly Administered)

                      Debtors.
-------------------------------------------------------------------X

**CLAIM FOR RECLAMATION OF GOODS
PURSUANT TO 11 U.S.C. §546(c)**

        NEW YORK VALUE CLUB, LTD., d/b/a BELCO DISTRIBUTORS, INC.,

("Belco" or the "Claimant"), by and through its attorneys the Law Offices of Avrum J. Rosen,

hereby provides this notice of its claim for reclamation (the "Claim") pursuant to Section 546(c)

of title 11 of the United States Code (the "Bankruptcy Code") and Section 2-702 of any

applicable Uniform Commercial Code.  This Claim for reclamation is for the goods more

particularly identified on the invoices annexed hereto as Exhibit "A" and total $107,146.05.


Dated: Huntington, New York
         February 28, 2005

                                            The Law Offices of Avrum J. Rosen
                                            Attorneys for New York Value Club, Ltd.

                     BY:    S/Avrum J. Rosen
                                     Avrum J. Rosen (AJR4016)
                                     38 New Street
                                     Huntington, New York 11743
                                     631 423 8527
                                     ajrlaw@aol.com