# ONLY THE FIRST

# TWO PAGES

# OF EXHIBIT A

# HAVE BEEN SCANNED

# THE BALANCE OF THIS EXHIBIT
# IS ON FILE WITH THE
# CLERK'S OFFICE

| | | | | |
|---|---|---|---|---|
| 01/25/05 | 0065274-IN | WINN-DIXIE #230 | 230 | 2,901.93 |
| 01/31/05 | 0065592-IN | Winn Dixie #388 | 388 | 260.25 |
| 01/31/05 | 0065593-IN | Winn Dixie #2241 | 2241 | 232.62 |
| 01/31/05 | 0065594-IN | Winn Dixie #2244 | 2244 | 376.17 |
| 01/31/05 | 0065595-IN | Winn Dixie #212 | 212 | 265.23 |
| 01/31/05 | 0065596-IN | Winn Dixie #278 | 278 | 279.06 |
| 01/31/05 | 0065597-IN | Winn Dixie #25 | 25 | 470.55 |
| 01/31/05 | 0065598-IN | Winn Dixie#144 | 144 | 330.51 |
| 01/31/05 | 0065599-IN | Winn Dixie #107 | 107 | 269.82 |
| 01/31/05 | 0065600-IN | Winn Dixie #179 | 179 | 213.63 |
| 01/31/05 | 0065601-IN | Winn Dixie #151 | 151 | 549.15 |
| 01/31/05 | 0065602-IN | Winn Dixie #320 | 320 | 214.38 |
| 01/31/05 | 0065603-IN | Winn Dixie #318 | 318 | 343.62 |
| 01/31/05 | 0065604-IN | Winn Dixie #307 | 307 | 442.65 |
| 01/31/05 | 0065605-IN | Winn Dixie #305 | 305 | 206.88 |
| 01/31/05 | 0065606-IN | Winn Dixie #348 | 348 | 222.15 |
| 01/31/05 | 0065607-IN | WINN-DIXIE #385 | 385 | 335.37 |
| 01/31/05 | 0065608-IN | WinnDixie #328 | 328 | 5,780.25 |
| 01/31/05 | 0065609-IN | Winn Dixie #247 | 247 | 1,703.55 |
| 01/31/05 | 0065782-IN | Winn Dixie #361 | 361 | 640.68 |
| 01/31/05 | 0065794-IN | Winn Dixie #129 | 129 | 233.76 |
| 01/31/05 | 0065795-IN | Winn Dixie #380 | 380 | 440.13 |
| 01/31/05 | 0065796-IN | Winn Dixie #227 | 227 | 268.86 |
| 02/01/05 | 0065882-IN | Winn Dixie #710 | 710 | 312.72 |
| 02/03/05 | 0066011-IN | Winn Dixie #19 | 19 | 268.05 |
| 02/03/05 | 0066012-IN | Winn Dixie #6 | 6 | 336.69 |
| 02/03/05 | 0066021-IN | Winn Dixie #97 | 97 | 1,092.51 |
| 02/03/05 | 0066022-IN | Winn Dixie #195 | 195 | 532.38 |
| 02/03/05 | 0066023-IN | Winn Dixie #202 | 202 | 430.32 |
| 02/03/05 | 0066024-IN | Winn Dixie #162 | 162 | 270.15 |
| 02/03/05 | 0066025-IN | Winn Dixie #80 | 80 | 434.76 |
| 02/03/05 | 0066026-IN | Winn Dixie #221 | 221 | 1,760.82 |
| 02/03/05 | 0066027-IN | Winn Dixie #309 | 309 | 1,672.77 |
| 02/03/05 | 0066028-IN | Winn Dixie #375 | 375 | 886.59 |
| 02/03/05 | 0066029-IN | Winn Dixie #356 | 356 | 869.70 |
| 02/03/05 | 0066030-IN | Winn Dixie #695 | 695 | 339.18 |
| 02/03/05 | 0066033-IN | 190 | 190 | 2,183.97 |
| 02/04/05 | 0066044-IN | Winn-Dixie #206 | 206 | 3,409.50 |
| 02/04/05 | 0066045-IN | Winn-Dixie #367 | 367 | 3,385.98 |
| 02/04/05 | 0066055-IN | Winn-Dixie #296 | 296 | 3,380.37 |
| 02/04/05 | 0066056-IN | Winn-Dixie #346 | 345 | 3,390.08 |
| 02/07/05 | 0066235-IN | Winn Dixie #2341 | 2341 | 241.95 |
| 02/07/05 | 0066236-IN | Winn Dixie #2349 | 2349 | 288.12 |
| 02/07/05 | 0066237-IN | Winn Dixie #627 | 627 | 286.18 |
| 02/07/05 | 0066238-IN | Winn Dixie #145 | 145 | 171.90 |
| 02/07/05 | 0066239-IN | Winn Dixie #5 | 5 | 409.71 |
| 02/07/05 | 0066256-IN | Winn Dixie #286 | 286 | 1,137.75 |
| 02/07/05 | 0066258-IN | Winn Dixie #311 | 311 | 698.76 |
| 02/07/05 | 0066259-IN | Winn Dixie #249 | 249 | 311.31 |
| 02/07/05 | 0066260-IN | Winn Dixie #226 | 226 | 440.91 |
| 02/07/05 | 0066274-IN | Winn Dixie #378 | 378 | 1,389.27 |
| 02/07/05 | 0066278-IN | Winn Dixie #359 | 359 | 602.55 |
| 02/07/05 | 0066279-IN | Winn Dixie #319 | 319 | 368.28 |
| 02/07/05 | 0066280-IN | Winn Dixie #372 | 372 | 593.49 |
| 02/07/05 | 0066281-IN | Winn Dixie #366 | 366 | 593.49 |
| 02/09/05 | 0066483-IN | Winn-Dixie #176 | 176 | 2,178.16 |
| 02/09/05 | 0066484-IN | Winn-Dixie #86 | 86 | 2,650.32 |
| 02/09/05 | 0066485-IN | Winn-Dixie #28 | 28 | 2,137.77 |
| 02/09/05 | 0066486-IN | Winn-Dixie #81 | 81 | 2,608.11 |
| 02/10/05 | 0066580-IN | Winn Dixie #643 | 643 | 246.24 |

| Date | Invoice | Customer | Store | Amount |
|------|---------|----------|-------|--------|
| 02/10/05 | 0066581-IN | Winn Dixie #2347 | 2347 | 357.12 |
| 02/10/05 | 0066582-IN | Winn Dixie #2278 | 2278 | 262.58 |
| 02/10/05 | 0066583-IN | Winn Dixie #719 | 719 | 212.70 |
| 02/10/05 | 0066584-IN | Winn Dixie #624 | 624 | 365.49 |
| 02/10/05 | 0066585-IN | Winn Dixie #611 | 611 | 265.14 |
| 02/10/05 | 0066586-IN | Winn Dixie #238 | 238 | 345.90 |
| 02/15/05 | 0066871-IN | Winn Dixie #72 | 72 | 232.41 |
| 02/15/05 | 0066872-IN | Winn Dixie #141 | 141 | 632.04 |
| 02/15/05 | 0066874-IN | Winn Dixie #702 | 702 | 328.41 |
| 02/15/05 | 0066875-IN | Winn Dixie #180 | 180 | 1,040.28 |
| 02/15/05 | 0066876-IN | Winn-Dixie #210 | 210 | 3,329.01 |
| 02/15/05 | 0066906-IN | Winn Dixie #25 | 25 | 239.88 |
| 02/15/05 | 0066907-IN | Winn Dixie#144 | 144 | 939.33 |
| 02/16/05 | 0066978-IN | Winn Dixie #151 | 151 | 264.36 |
| 02/16/05 | 0066979-IN | Winn Dixie #202 | 202 | 641.31 |
| 02/16/05 | 0066980-IN | Winn Dixie #195 | 195 | 350.70 |
| 02/16/05 | 0066997-IN | Winn-Dixie #339 | 339 | 3,302.46 |
| 02/16/05 | 0067086-IN | Winn Dixie #737 | 737 | 706.23 |
| 02/17/05 | 0067129-IN | Winn-Dixie #676 | 676 | 458.85 |
| | | | | |
| 01/25/05 | 0065222-IN | WHS Winn Dixie | 5050 | 8,700.60 |
| 02/09/05 | 0066482-IN | WHS Winn Dixie | 5050 | 16,823.28 |
| 02/15/05 | 0066873-IN | WHS Winn Dixie | 5050 | 8,055.96 |

**Total:**     **107,146.05**

Case 3:05-bk-03817-JAF    Doc 147-1    Filed 02/28/05    Page