**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                         :
                                                              :        **Chapter 11**
                                                              :
**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**           :        **Case No. 05-11063 (RDD)**
                                                              :
              **Debtors.**                                   :        **(Jointly Administered)**
                                                              :
-----------------------------------------------------------------x

## <u>ORDER SCHEDULING INITIAL CASE CONFERENCE</u>

Winn-Dixie Stores, Inc. and its debtor affiliates (collectively the "Debtors")

having filed petitions for reorganization under Chapter 11 of the Bankruptcy Code on February

21, 2005, and the Court having determined that a case management conference will aid in the

efficient conduct of the case; it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management

conference will be conducted by the Judge Robert D. Drain in Room 610, United States

Bankruptcy Court, One Bowling Green, New York, New York 10004 on March 15, 2005 at

10:00 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration

of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a

committee to review budget and fee requests, use of alternative dispute resolution, timetables,

and scheduling of additional case management conferences; and it is further

ORDERED, that the Debtors shall give notice by mail of this order at least seven

(7) days prior to the scheduled conference to each committee appointed to serve in the cases

pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10

largest unsecured claims), the holders of the five largest secured claims, any post-petition lender

-2-

to the Debtors, and the United States Trustee, and shall promptly file proof of service of such

notice with the Clerk of the Court.

Dated: February 28, 2005
        New York, New York


                                    _____/s/ Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE