### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUHTERN DISTRICT OF NEW YORK (MANHATTAN)

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al</u>.** | ) | **Case No. 05-11063** |
| | ) | |
| **Debtors** | ) | **(Jointly Administered)** |
| | ) | |

### AMENDED MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert L. Holladay, Jr., member in good standing of the bar in the State of Mississippi and the bar of the U.S. District Court for the Southern district of Mississippi, request admission, *pro hac vice*, before this honorable Court to represent Cal-Maine Foods, Inc., a creditor in the above-referenced case.

My address is YoungWilliams P.A., P.O. Box 23059, Jackson, Mississippi, 39225-3059. My e-mail address is Robert.Holladay@youngwilliams.com. My telephone number is 601-948-6100. I agree to pay the $25 fee upon approval by the Court admitting me to practice *pro hac vice*.

Dated:    February 28, 2005

Respectfully submitted,

Robert L. Holladay, Jr.
YoungWilliams P.A.
P.O. Box 23059
Jackson, MS  39225-3059
Phone:  (601) 948-6100
Fax:  (601) 355-6136

Counsel for Cal-Maine Foods, Inc.

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing was forwarded electronically and/or by first class mail postage prepaid to:

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 | Debtor's Attorney |
| Richard D. Morrissey<br>Office of the Unites States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | U. S. Trustee |

_____
Robert L. Holladay, Jr.