**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUHTERN DISTRICT OF NEW YORK (MANHATTAN)**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al</u>.** | ) | **Case No. 05-11063** |
| | ) | |
| **Debtors** | ) | **(Jointly Administered)** |
| | ) | |

**ORDER FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

ORDERED,

That Robert L. Holladay, Jr., Esq. admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT

Respectfully submitted,

_____
Robert L. Holladay, Jr.
YoungWilliams P.A.
P.O. Box 23059
Jackson, MS  39225-3059
Phone:  (601) 948-6100
Fax:  (601) 355-6136

Counsel for Cal-Maine Foods, Inc.