David L. Pollack (DP6341)
Jeffrey Meyers (JM9608)
Dean C. Waldt (DW8367)
**BALLARD SPAHR ANDREWS &**
  **INGERSOLL, LLP**
1735 Market Street – 51st Floor
Philadelphia, PA 19103
(215) 864-8325
(215) 864-9473
Attorneys New Plan Excel Realty Trust, Inc.
and Aronov Realty

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORES, INC.,** *et al.*, | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY COURT JUDGE :

   I, David L. Pollack, hereby apply for leave to appear and participate in this case as one of the attorneys for New Plan Excel Reatly Trust, Inc. and Aronov Realty and in support of my application do aver that:

   1.  I am a member in good standing of the Bar of the Commonwealth of Pennsylvania licensed to practice before all courts of the Commonwealth of Pennsylvania. I am a member in good standing of the Bar of the United States District Courts for the Eastern District of Pennsylvania, District of Maryland, Eastern District of Wisconsin and Northern District of Texas, and am admitted to practice before the United States Courts of Appeal for the Third and Seventh Circuits and the United States Supreme Court.

PHL_A #1975131 v1

2. I am currently admitted *pro hac vice* before the Bankruptcy Courts of the Middle and Western Districts of Pennsylvania, District of Massachusetts, District of New Jersey, Eastern District of Virginia, Northern District of New York, Middle District of Tennessee, District of Delaware, Southern District of Texas, District of Arizona, Northern and Central Districts of California, Northern and Southern Districts of Georgia and in this District in several matters.

3. Neither my admittance to practice nor my admittance *pro hac vice* has ever been revoked.

4. I am not a resident of, nor do I maintain offices in, this District for the practice of law.

5. I agree to pay the fee of $25.00 filing fee upon approval by the Court admitting me *pro hac vice*.

Dated this 28th day of February, 2005.

By: ___/s/ David L. Pollack___
DAVID L. POLLACK (DP6341)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103
(215) 864-8325