**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan (JM 0232)
Michael R. Dal Lago (MD 8034)

Attorneys for Southern Wine & Spirits of Florida, a
division of Southern Wine & Spirits of America, Inc., and
Southern Wine & Spirits of South Carolina, Inc., a wholly
owned subsidiary of Southern Wine & Spirits of America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                              :
                                                   :   Chapter 11
WINN-DIXIE STORES, INC., et al.,                   :
                                                   :   Case No. 05-11063
                                                   :
                         Debtors                   :
------------------------------------------------------------X

## RECLAMATION DEMAND

Southern Wine & Spirits of Florida, a division of Southern Wine & Spirits of America, Inc., and Southern Wine & Spirits of South Carolina, Inc., a wholly owned subsidiary of Southern Wine & Spirits of America, Inc. (collectively, "Southern Wine"), by their undersigned counsel, hereby demands reclamation, pursuant to section 546(c) of title 11 of the United States Code ("Bankruptcy Code"), section 2-702 of the Uniform Commercial Code, and any other

#528829 v1 \88888 \888

applicable sections thereunder, of all of the goods identified on the invoices[1] listed on the attached summaries. The total amount of this reclamation is $1,212.034.84.

Dated: February 28, 2005
     New York, New York

                                      MORRISON COHEN LLP
Attorneys for Southern Wine & Spirits of Florida, division of Southern Wine & Spirits of America, Inc., and Southern Wine & Spirits of South Carolina, Inc., a wholly owned subsidiary of Southern Wine & Spirits of America, Inc.

By:   */s/ Joseph T. Moldovan*
      Joseph T. Moldovan (JM 0232)
      Michael R. Dal Lago (MD 8034)

      909 Third Avenue
      New York, New York 10022
      (212) 735-8600

---

[1] The applicable invoices are voluminous and are available upon written request to Southern Wine's undersigned counsel.