# SUMMARY "B"

# CENTRAL FLORIDA

## WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SEB-MIA | 20050211 | 2559052 | 2.00 | $41.00 |
| SEB-MIA | 20050211 | 2559053 | 1.67 | $73.00 |
| SEB-MIA | 20050211 | 2559054 | 20.58 | $1,221.00 |
| SEB-MIA | 20050211 | 2559115 | 16.08 | $2,084.00 |
| SEB-MIA | 20050211 | 2559116 | 0.42 | $52.00 |
| SEB-MIA | 20050211 | 2560344 | 2.00 | $61.00 |
| SEB-MIA | 20050211 | 2560346 | 23.44 | $3,099.00 |
| SEB-MIA | 20050211 | 2560348 | 17.75 | $906.00 |
| SEB-MIA | 20050211 | 2560738 | 4.00 | $79.00 |
| SEB-MIA | 20050211 | 2560739 | 11.58 | $501.00 |
| SEB-MIA | 20050214 | 2561045 | 3.00 | $67.00 |
| SEB-MIA | 20050214 | 2561046 | 4.58 | $235.00 |
| SEB-MIA | 20050214 | 2561152 | 1.00 | $24.00 |
| SEB-MIA | 20050214 | 2561153 | 1.00 | $13.00 |
| SEB-MIA | 20050214 | 2561154 | 13.25 | $629.00 |
| SEB-MIA | 20050214 | 2561457 | 11.83 | $577.00 |
| SEB-MIA | 20050214 | 2561713 | 2.00 | $31.00 |
| SEB-MIA | 20050214 | 2561714 | 58.75 | $2,243.00 |
| SEB-MIA | 20050214 | 9519788 | -1.50 | ($70.00) |
| SEB-MIA | 20050214 | 9519987 | -1.00 | ($61.00) |
| SEB-MIA | 20050214 | 9519988 | -1.00 | ($24.00) |
| SEB-MIA | 20050214 | 9520004 | -2.00 | ($36.00) |
| SEB-MIA | 20050214 | 9520008 | -1.42 | ($64.00) |
| SEB-MIA | 20050214 | 9520016 | -0.33 | ($42.00) |
| SEB-MIA | 20050215 | 2561969 | 6.00 | $110.00 |
| SEB-MIA | 20050215 | 2561970 | 2.00 | $29.00 |
| SEB-MIA | 20050215 | 2561971 | 27.42 | $1,367.00 |
| SEB-MIA | 20050215 | 2561972 | 62.29 | $7,673.00 |
| SEB-MIA | 20050215 | 2561973 | 1.00 | $24.00 |
| SEB-MIA | 20050215 | 2561974 | 14.58 | $732.00 |
| SEB-MIA | 20050215 | 2562061 | 16.79 | $2,160.00 |
| SEB-MIA | 20050215 | 2563142 | 4.00 | $89.00 |
| SEB-MIA | 20050215 | 2563143 | 7.00 | $104.00 |
| SEB-MIA | 20050215 | 2563144 | 43.32 | $2,031.00 |
| SEB-MIA | 20050215 | 2563145 | 4.00 | $135.00 |
| SEB-MIA | 20050215 | 2563168 | 17.33 | $911.00 |
| SEB-MIA | 20050215 | 2563404 | 14.58 | $1,656.00 |
| SEB-MIA | 20050215 | 2563405 | 1.00 | $12.00 |
| SEB-MIA | 20050215 | 9520496 | -4.00 | ($79.00) |
| SEB-MIA | 20050215 | 9520783 | -0.25 | ($150.00) |
| SEB-MIA | 20050215 | 9520806 | -6.67 | ($845.00) |
| SEB-MIA | 20050215 | 9520818 | -1.00 | ($63.00) |
| SEB-MIA | 20050216 | 9520942 | -0.17 | ($18.00) |
| SEB-MIA | 20050216 | 9521086 | -13.25 | ($629.00) |
| SEB-MIA | 20050216 | 9521087 | -1.00 | ($24.00) |
| SEB-MIA | 20050216 | 9521088 | -1.00 | ($13.00) |
| SEB-MIA | 20050216 | 9521107 | -3.00 | ($119.00) |
| SEB-MIA | 20050217 | 2566460 | 1.00 | $18.00 |
| SEB-MIA | 20050217 | 2566461 | 14.83 | $762.00 |
| SEB-MIA | 20050217 | 2566462 | 30.03 | $3,704.00 |
| SEB-MIA | 20050217 | 2566463 | 2.00 | $38.00 |
| SEB-MIA | 20050217 | 2566464 | 4.83 | $274.00 |
| SEB-MIA | 20050217 | 2566518 | 6.25 | $284.00 |
| SEB-MIA | 20050217 | 2566880 | 14.75 | $595.00 |
| SEB-MIA | 20050217 | 2567451 | 6.00 | $106.00 |
| SEB-MIA | 20050217 | 2567452 | 1.00 | $28.00 |
| SEB-MIA | 20050217 | 2567453 | 20.50 | $812.00 |
| SEB-MIA | 20050217 | 2567606 | 1.00 | $16.00 |
| SEB-MIA | 20050217 | 2567607 | 23.42 | $901.00 |

1

*WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SEB-MIA | 20050217 | 2568034 | 18.32 | $862.00 |
| SEB-MIA | 20050217 | 2568203 | 6.50 | $283.00 |
| SEB-MIA | 20050217 | 9521761 | -1.00 | ($181.00) |
| SEB-MIA | 20050217 | 9521762 | -0.17 | ($10.00) |
| SEB-MIA | 20050217 | 9521888 | -1.00 | ($45.00) |
| SEB-MIA | 20050217 | 9521931 | -0.33 | ($39.00) |
| SEB-MIA | 20050218 | 2569589 | 26.00 | $1,477.00 |
| SEB-MIA | 20050218 | 2569618 | 1.00 | $20.00 |
| SEB-MIA | 20050218 | 2569619 | 2.33 | $78.00 |
| SEB-MIA | 20050218 | 2569620 | 27.33 | $1,282.00 |
| SEB-MIA | 20050218 | 2569727 | 1.00 | $18.00 |
| SEB-MIA | 20050218 | 2569728 | 4.00 | $96.00 |
| SEB-MIA | 20050218 | 2569729 | 21.83 | $989.00 |
| SEB-MIA | 20050218 | 2569816 | 3.00 | $66.00 |
| SEB-MIA | 20050218 | 2569817 | 13.58 | $1,783.00 |
| SEB-MIA | 20050218 | 2569818 | 2.00 | $82.00 |
| SEB-MIA | 20050218 | 2569819 | 9.25 | $387.00 |
| SEB-MIA | 20050218 | 2570243 | 1.00 | $18.00 |
| SEB-MIA | 20050218 | 2570244 | 1.00 | $18.00 |
| SEB-MIA | 20050218 | 2570245 | 13.33 | $652.00 |
| SEB-MIA | 20050221 | 2570501 | 2.00 | $39.00 |
| SEB-MIA | 20050221 | 2570502 | 4.33 | $271.00 |
| SEB-MIA | 20050221 | 2570600 | 2.00 | $29.00 |
| SEB-MIA | 20050221 | 2570601 | 11.92 | $581.00 |
| SEB-MIA | 20050221 | 2570867 | 1.00 | $23.00 |
| SEB-MIA | 20050221 | 2570868 | 3.00 | $42.00 |
| SEB-MIA | 20050221 | 2570869 | 12.25 | $597.00 |
| SEB-MIA | 20050221 | 2571001 | 3.00 | $80.00 |
| SEB-MIA | 20050221 | 2571002 | 11.00 | $508.00 |
| SEB-MIA | 20050221 | 2571078 | 1.00 | $18.00 |
| SEB-MIA | 20050221 | 2571079 | 21.83 | $1,120.00 |
| SEB-MIA | 20050221 | 9522891 | -0.33 | ($70.00) |
| SEB-MIA | 20050221 | 9523044 | -1.25 | ($70.00) |
| SEB-MIA | 20050221 | 9523107 | -1.00 | ($36.00) |
| SWS OF TAMPA | 20050211 | 2545736 | 29.79 | $3,811.00 |
| SWS OF TAMPA | 20050211 | 2545801 | 2.00 | $46.00 |
| SWS OF TAMPA | 20050211 | 2545802 | 16.90 | $1,745.00 |
| SWS OF TAMPA | 20050211 | 2545803 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050211 | 2545804 | 4.33 | $202.00 |
| SWS OF TAMPA | 20050211 | 2545829 | 27.83 | $1,238.00 |
| SWS OF TAMPA | 20050211 | 2545830 | 2.00 | $28.00 |
| SWS OF TAMPA | 20050211 | 2545869 | 16.17 | $781.00 |
| SWS OF TAMPA | 20050211 | 2545878 | 0.25 | $13.00 |
| SWS OF TAMPA | 20050211 | 2545879 | 11.50 | $479.00 |
| SWS OF TAMPA | 20050211 | 2545880 | 1.00 | $23.00 |
| SWS OF TAMPA | 20050211 | 2545881 | 3.00 | $42.00 |
| SWS OF TAMPA | 20050211 | 2545882 | 21.66 | $1,336.00 |
| SWS OF TAMPA | 20050211 | 2545963 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050211 | 2545964 | 31.10 | $3,906.00 |
| SWS OF TAMPA | 20050211 | 2545965 | 3.00 | $90.00 |
| SWS OF TAMPA | 20050211 | 2545966 | 7.42 | $434.00 |
| SWS OF TAMPA | 20050211 | 2546013 | 18.00 | $375.00 |
| SWS OF TAMPA | 20050211 | 2546014 | 2.00 | $62.00 |
| SWS OF TAMPA | 20050211 | 2546015 | 12.42 | $577.00 |
| SWS OF TAMPA | 20050211 | 2546045 | 15.00 | $331.00 |
| SWS OF TAMPA | 20050211 | 2546046 | 3.00 | $46.00 |
| SWS OF TAMPA | 20050211 | 2546047 | 25.58 | $1,628.00 |
| SWS OF TAMPA | 20050211 | 2546073 | 2.00 | $49.00 |
| SWS OF TAMPA | 20050211 | 2546074 | 11.69 | $1,288.00 |

*WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050211 | 2546075 | 4.00 | $149.00 |
| SWS OF TAMPA | 20050211 | 2546076 | 11.25 | $596.00 |
| SWS OF TAMPA | 20050211 | 2546125 | 2.00 | $36.00 |
| SWS OF TAMPA | 20050211 | 2546126 | 1.00 | $36.00 |
| SWS OF TAMPA | 20050211 | 2546127 | 10.33 | $454.00 |
| SWS OF TAMPA | 20050211 | 2546213 | 16.00 | $733.00 |
| SWS OF TAMPA | 20050211 | 2546219 | 2.00 | $36.00 |
| SWS OF TAMPA | 20050211 | 2546220 | 1.00 | $15.00 |
| SWS OF TAMPA | 20050211 | 2546221 | 15.75 | $614.00 |
| SWS OF TAMPA | 20050211 | 2546233 | 3.00 | $53.00 |
| SWS OF TAMPA | 20050211 | 2546234 | 20.50 | $1,056.00 |
| SWS OF TAMPA | 20050211 | 2546237 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050211 | 2546238 | 5.00 | $184.00 |
| SWS OF TAMPA | 20050211 | 2546243 | 10.67 | $588.00 |
| SWS OF TAMPA | 20050211 | 2546244 | 14.00 | $301.00 |
| SWS OF TAMPA | 20050211 | 2546245 | 12.50 | $679.00 |
| SWS OF TAMPA | 20050211 | 2546256 | 4.00 | $73.00 |
| SWS OF TAMPA | 20050211 | 2546257 | 25.33 | $916.00 |
| SWS OF TAMPA | 20050211 | 2546348 | 3.00 | $49.00 |
| SWS OF TAMPA | 20050211 | 2546349 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050211 | 2546350 | 19.00 | $802.00 |
| SWS OF TAMPA | 20050211 | 2546368 | 20.54 | $2,190.00 |
| SWS OF TAMPA | 20050211 | 2546369 | 2.00 | $53.00 |
| SWS OF TAMPA | 20050211 | 2546398 | 10.66 | $1,035.00 |
| SWS OF TAMPA | 20050211 | 2546457 | 13.58 | $712.00 |
| SWS OF TAMPA | 20050211 | 2546462 | 2.00 | $46.00 |
| SWS OF TAMPA | 20050211 | 2546463 | 1.00 | $13.00 |
| SWS OF TAMPA | 20050211 | 2546464 | 12.58 | $552.00 |
| SWS OF TAMPA | 20050211 | 2546488 | 3.00 | $56.00 |
| SWS OF TAMPA | 20050211 | 2546490 | 8.08 | $355.00 |
| SWS OF TAMPA | 20050211 | 2546661 | 11.67 | $576.00 |
| SWS OF TAMPA | 20050211 | 2546675 | 19.75 | $873.00 |
| SWS OF TAMPA | 20050211 | 2546865 | 5.00 | $99.00 |
| SWS OF TAMPA | 20050211 | 2546866 | 20.58 | $987.00 |
| SWS OF TAMPA | 20050211 | 2546915 | 12.91 | $684.00 |
| SWS OF TAMPA | 20050211 | 2547109 | 6.00 | $109.00 |
| SWS OF TAMPA | 20050211 | 2547110 | 1.00 | $14.00 |
| SWS OF TAMPA | 20050211 | 2547111 | 37.74 | $1,784.00 |
| SWS OF TAMPA | 20050211 | 2547188 | 6.00 | $134.00 |
| SWS OF TAMPA | 20050211 | 2547189 | 14.10 | $1,783.00 |
| SWS OF TAMPA | 20050211 | 2547190 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050211 | 2547191 | 9.25 | $474.00 |
| SWS OF TAMPA | 20050211 | 2547217 | 25.46 | $2,845.00 |
| SWS OF TAMPA | 20050211 | 2547218 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050211 | 2547220 | 18.13 | $2,570.00 |
| SWS OF TAMPA | 20050211 | 2547222 | 8.42 | $516.00 |
| SWS OF TAMPA | 20050211 | 2547226 | 25.62 | $2,801.00 |
| SWS OF TAMPA | 20050211 | 2547352 | 36.95 | $3,798.00 |
| SWS OF TAMPA | 20050211 | 2547414 | 10.00 | $193.00 |
| SWS OF TAMPA | 20050211 | 2547415 | 26.24 | $1,209.00 |
| SWS OF TAMPA | 20050211 | 2547519 | 19.58 | $805.00 |
| SWS OF TAMPA | 20050211 | 2547608 | 23.44 | $2,834.00 |
| SWS OF TAMPA | 20050211 | 2547609 | 2.00 | $56.00 |
| SWS OF TAMPA | 20050211 | 2547610 | 10.33 | $565.00 |
| SWS OF TAMPA | 20050211 | 2547705 | 20.97 | $2,392.00 |
| SWS OF TAMPA | 20050211 | 2547706 | 1.00 | $24.00 |
| SWS OF TAMPA | 20050211 | 2547707 | 15.31 | $2,186.00 |
| SWS OF TAMPA | 20050211 | 2547708 | 9.00 | $435.00 |
| SWS OF TAMPA | 20050211 | 2547709 | 13.87 | $1,823.00 |

## WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050211 | 2547710 | 3.25 | $106.00 |
| SWS OF TAMPA | 20050211 | 2547771 | 1.00 | $15.00 |
| SWS OF TAMPA | 20050211 | 2547772 | 8.42 | $324.00 |
| SWS OF TAMPA | 20050211 | 2547801 | 1.00 | $16.00 |
| SWS OF TAMPA | 20050211 | 2547802 | 6.00 | $261.00 |
| SWS OF TAMPA | 20050211 | 2547852 | 1.00 | $18.00 |
| SWS OF TAMPA | 20050211 | 2547853 | 14.42 | $552.00 |
| SWS OF TAMPA | 20050211 | 9639525 | -2.00 | ($28.00) |
| SWS OF TAMPA | 20050211 | 9639526 | -27.83 | ($1,238.00) |
| SWS OF TAMPA | 20050211 | 9639883 | -9.00 | ($283.00) |
| SWS OF TAMPA | 20050211 | 9639908 | -0.33 | ($18.00) |
| SWS OF TAMPA | 20050214 | 2547970 | 3.00 | $69.00 |
| SWS OF TAMPA | 20050214 | 2547971 | 18.50 | $879.00 |
| SWS OF TAMPA | 20050214 | 2547992 | 2.00 | $43.00 |
| SWS OF TAMPA | 20050214 | 2547993 | 4.00 | $70.00 |
| SWS OF TAMPA | 20050214 | 2547994 | 7.58 | $385.00 |
| SWS OF TAMPA | 20050214 | 2548002 | 6.00 | $115.00 |
| SWS OF TAMPA | 20050214 | 2548003 | 4.25 | $105.00 |
| SWS OF TAMPA | 20050214 | 2548004 | 25.50 | $980.00 |
| SWS OF TAMPA | 20050214 | 2548020 | 17.00 | $1,952.00 |
| SWS OF TAMPA | 20050214 | 2548069 | 10.00 | $230.00 |
| SWS OF TAMPA | 20050214 | 2548070 | 1.00 | $13.00 |
| SWS OF TAMPA | 20050214 | 2548071 | 8.92 | $497.00 |
| SWS OF TAMPA | 20050214 | 2548094 | 1.00 | $23.00 |
| SWS OF TAMPA | 20050214 | 2548095 | 23.08 | $1,116.00 |
| SWS OF TAMPA | 20050214 | 2548116 | 3.00 | $53.00 |
| SWS OF TAMPA | 20050214 | 2548117 | 2.00 | $42.00 |
| SWS OF TAMPA | 20050214 | 2548118 | 17.91 | $889.00 |
| SWS OF TAMPA | 20050214 | 2548158 | 4.00 | $56.00 |
| SWS OF TAMPA | 20050214 | 2548159 | 7.91 | $455.00 |
| SWS OF TAMPA | 20050214 | 2548169 | 11.00 | $252.00 |
| SWS OF TAMPA | 20050214 | 2548170 | 11.58 | $565.00 |
| SWS OF TAMPA | 20050214 | 2548232 | 5.00 | $102.00 |
| SWS OF TAMPA | 20050214 | 2548233 | 5.83 | $272.00 |
| SWS OF TAMPA | 20050214 | 2548238 | 3.08 | $195.00 |
| SWS OF TAMPA | 20050214 | 2548272 | 4.00 | $87.00 |
| SWS OF TAMPA | 20050214 | 2548273 | 4.08 | $100.00 |
| SWS OF TAMPA | 20050214 | 2548274 | 13.41 | $753.00 |
| SWS OF TAMPA | 20050214 | 2548293 | 12.17 | $576.00 |
| SWS OF TAMPA | 20050214 | 2548345 | 5.00 | $168.00 |
| SWS OF TAMPA | 20050214 | 2548457 | 4.00 | $73.00 |
| SWS OF TAMPA | 20050214 | 2548458 | 7.67 | $411.00 |
| SWS OF TAMPA | 20050214 | 2548467 | 6.00 | $118.00 |
| SWS OF TAMPA | 20050214 | 2548468 | 2.00 | $30.00 |
| SWS OF TAMPA | 20050214 | 2548469 | 16.75 | $630.00 |
| SWS OF TAMPA | 20050214 | 2548516 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050214 | 2548517 | 17.50 | $723.00 |
| SWS OF TAMPA | 20050214 | 2548555 | 1.00 | $36.00 |
| SWS OF TAMPA | 20050214 | 2548556 | 13.66 | $682.00 |
| SWS OF TAMPA | 20050214 | 2548859 | 1.00 | $24.00 |
| SWS OF TAMPA | 20050214 | 2548860 | 1.00 | $32.00 |
| SWS OF TAMPA | 20050214 | 2548861 | 10.91 | $671.00 |
| SWS OF TAMPA | 20050214 | 9640301 | -5.00 | ($339.00) |
| SWS OF TAMPA | 20050214 | 9640302 | -12.83 | ($541.00) |
| SWS OF TAMPA | 20050214 | 9640303 | -2.00 | ($43.00) |
| SWS OF TAMPA | 20050214 | 9640304 | -3.00 | ($52.00) |
| SWS OF TAMPA | 20050214 | 9640308 | -18.00 | ($375.00) |
| SWS OF TAMPA | 20050214 | 9640309 | -3.00 | ($62.00) |
| SWS OF TAMPA | 20050214 | 9640310 | -17.17 | ($843.00) |

*WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050214 | 9640314 | -11.25 | ($491.00) |
| SWS OF TAMPA | 20050214 | 9640315 | -2.00 | ($67.00) |
| SWS OF TAMPA | 20050214 | 9640316 | -2.00 | ($56.00) |
| SWS OF TAMPA | 20050214 | 9640317 | -6.00 | ($114.00) |
| SWS OF TAMPA | 20050214 | 9640325 | -11.00 | ($623.00) |
| SWS OF TAMPA | 20050214 | 9640351 | -1.00 | ($15.00) |
| SWS OF TAMPA | 20050214 | 9640352 | -2.91 | ($160.00) |
| SWS OF TAMPA | 20050214 | 9640356 | -1.00 | ($26.00) |
| SWS OF TAMPA | 20050214 | 9640357 | -1.00 | ($50.00) |
| SWS OF TAMPA | 20050214 | 9640358 | -3.25 | ($145.00) |
| SWS OF TAMPA | 20050214 | 9640364 | -0.33 | ($13.00) |
| SWS OF TAMPA | 20050214 | 9640365 | -1.92 | ($114.00) |
| SWS OF TAMPA | 20050214 | 9640366 | -3.00 | ($57.00) |
| SWS OF TAMPA | 20050214 | 9640367 | -0.25 | ($11.00) |
| SWS OF TAMPA | 20050214 | 9640368 | -0.25 | ($12.00) |
| SWS OF TAMPA | 20050214 | 9640371 | -0.33 | ($33.00) |
| SWS OF TAMPA | 20050214 | 9640372 | -1.41 | ($107.00) |
| SWS OF TAMPA | 20050214 | 9640373 | -1.00 | ($41.00) |
| SWS OF TAMPA | 20050214 | 9640375 | -1.00 | ($30.00) |
| SWS OF TAMPA | 20050214 | 9640376 | -6.00 | ($123.00) |
| SWS OF TAMPA | 20050214 | 9640379 | -3.42 | ($217.00) |
| SWS OF TAMPA | 20050214 | 9640382 | -0.25 | ($27.00) |
| SWS OF TAMPA | 20050214 | 9640385 | -1.00 | ($54.00) |
| SWS OF TAMPA | 20050214 | 9640386 | -0.25 | ($22.00) |
| SWS OF TAMPA | 20050214 | 9640443 | -1.58 | ($132.00) |
| SWS OF TAMPA | 20050214 | 9640515 | -0.50 | ($27.00) |
| SWS OF TAMPA | 20050214 | 9640516 | -2.00 | ($96.00) |
| SWS OF TAMPA | 20050214 | 9640519 | -1.00 | ($15.00) |
| SWS OF TAMPA | 20050214 | 9640522 | -1.00 | ($32.00) |
| SWS OF TAMPA | 20050214 | 9640526 | -1.50 | ($92.00) |
| SWS OF TAMPA | 20050214 | 9640528 | -0.33 | ($30.00) |
| SWS OF TAMPA | 20050214 | 9640531 | -1.00 | ($45.00) |
| SWS OF TAMPA | 20050214 | 9640534 | -2.00 | ($142.00) |
| SWS OF TAMPA | 20050214 | 9640556 | -1.00 | ($81.00) |
| SWS OF TAMPA | 20050214 | 9640560 | -1.00 | ($81.00) |
| SWS OF TAMPA | 20050214 | 9640561 | -1.00 | ($15.00) |
| SWS OF TAMPA | 20050214 | 9640562 | -0.50 | ($23.00) |
| SWS OF TAMPA | 20050214 | 9640563 | -1.00 | ($15.00) |
| SWS OF TAMPA | 20050214 | 9640564 | -0.67 | ($82.00) |
| SWS OF TAMPA | 20050214 | 9640565 | -1.00 | ($33.00) |
| SWS OF TAMPA | 20050214 | 9640566 | -0.50 | ($117.00) |
| SWS OF TAMPA | 20050214 | 9640567 | -0.08 | ($6.00) |
| SWS OF TAMPA | 20050214 | 9640568 | -1.00 | ($16.00) |
| SWS OF TAMPA | 20050214 | 9640569 | -0.33 | ($32.00) |
| SWS OF TAMPA | 20050214 | 9640570 | -1.00 | ($26.00) |
| SWS OF TAMPA | 20050214 | 9640571 | -1.00 | ($36.00) |
| SWS OF TAMPA | 20050214 | 9640572 | -18.00 | ($566.00) |
| SWS OF TAMPA | 20050215 | 2549076 | 15.33 | $1,797.00 |
| SWS OF TAMPA | 20050215 | 2549142 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050215 | 2549143 | 28.50 | $1,298.00 |
| SWS OF TAMPA | 20050215 | 2549146 | 32.36 | $4,110.00 |
| SWS OF TAMPA | 20050215 | 2549202 | 4.00 | $87.00 |
| SWS OF TAMPA | 20050215 | 2549203 | 10.42 | $436.00 |
| SWS OF TAMPA | 20050215 | 2549262 | 1.00 | $18.00 |
| SWS OF TAMPA | 20050215 | 2549263 | 2.00 | $62.00 |
| SWS OF TAMPA | 20050215 | 2549264 | 3.67 | $171.00 |
| SWS OF TAMPA | 20050215 | 2549265 | 2.50 | $546.00 |
| SWS OF TAMPA | 20050215 | 2549266 | 5.42 | $343.00 |
| SWS OF TAMPA | 20050215 | 2549268 | 5.00 | $96.00 |

5

*WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050215 | 2549269 | 4.00 | $108.00 |
| SWS OF TAMPA | 20050215 | 2549270 | 12.17 | $565.00 |
| SWS OF TAMPA | 20050215 | 2549297 | 22.83 | $2,837.00 |
| SWS OF TAMPA | 20050215 | 2549334 | 2.00 | $62.00 |
| SWS OF TAMPA | 20050215 | 2549335 | 10.75 | $523.00 |
| SWS OF TAMPA | 20050215 | 2549395 | 14.45 | $1,679.00 |
| SWS OF TAMPA | 20050215 | 2549441 | 4.00 | $71.00 |
| SWS OF TAMPA | 20050215 | 2549442 | 2.00 | $28.00 |
| SWS OF TAMPA | 20050215 | 2549443 | 19.33 | $950.00 |
| SWS OF TAMPA | 20050215 | 2549448 | 4.00 | $71.00 |
| SWS OF TAMPA | 20050215 | 2549449 | 12.00 | $530.00 |
| SWS OF TAMPA | 20050215 | 2549482 | 1.00 | $21.00 |
| SWS OF TAMPA | 20050215 | 2549483 | 32.33 | $1,770.00 |
| SWS OF TAMPA | 20050215 | 2549514 | 3.00 | $64.00 |
| SWS OF TAMPA | 20050215 | 2549515 | 6.58 | $273.00 |
| SWS OF TAMPA | 20050215 | 2549516 | 2.00 | $40.00 |
| SWS OF TAMPA | 20050215 | 2549517 | 116.17 | $5,898.00 |
| SWS OF TAMPA | 20050215 | 2549544 | 3.00 | $59.00 |
| SWS OF TAMPA | 20050215 | 2549545 | 4.00 | $87.00 |
| SWS OF TAMPA | 20050215 | 2549546 | 23.66 | $1,157.00 |
| SWS OF TAMPA | 20050215 | 2549549 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050215 | 2549550 | 2.00 | $27.00 |
| SWS OF TAMPA | 20050215 | 2549551 | 12.00 | $572.00 |
| SWS OF TAMPA | 20050215 | 2549560 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050215 | 2549561 | 21.75 | $1,004.00 |
| SWS OF TAMPA | 20050215 | 2549563 | 2.00 | $41.00 |
| SWS OF TAMPA | 20050215 | 2549564 | 22.16 | $897.00 |
| SWS OF TAMPA | 20050215 | 2549567 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050215 | 2549568 | 6.08 | $344.00 |
| SWS OF TAMPA | 20050215 | 2549669 | 1.00 | $44.00 |
| SWS OF TAMPA | 20050215 | 2549670 | 19.28 | $2,412.00 |
| SWS OF TAMPA | 20050215 | 2549671 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050215 | 2549672 | 3.42 | $146.00 |
| SWS OF TAMPA | 20050215 | 2549694 | 4.00 | $73.00 |
| SWS OF TAMPA | 20050215 | 2549695 | 14.35 | $1,694.00 |
| SWS OF TAMPA | 20050215 | 2549696 | 2.00 | $53.00 |
| SWS OF TAMPA | 20050215 | 2549697 | 9.25 | $523.00 |
| SWS OF TAMPA | 20050215 | 2549750 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050215 | 2549751 | 16.33 | $850.00 |
| SWS OF TAMPA | 20050215 | 2549792 | 14.50 | $639.00 |
| SWS OF TAMPA | 20050215 | 2549824 | 5.00 | $94.00 |
| SWS OF TAMPA | 20050215 | 2549825 | 1.00 | $16.00 |
| SWS OF TAMPA | 20050215 | 2549826 | 11.67 | $566.00 |
| SWS OF TAMPA | 20050215 | 2550097 | 8.00 | $160.00 |
| SWS OF TAMPA | 20050215 | 2550098 | 2.00 | $50.00 |
| SWS OF TAMPA | 20050215 | 2550099 | 43.99 | $2,432.00 |
| SWS OF TAMPA | 20050215 | 2550115 | 5.00 | $102.00 |
| SWS OF TAMPA | 20050215 | 2550116 | 2.00 | $30.00 |
| SWS OF TAMPA | 20050215 | 2550117 | 11.67 | $443.00 |
| SWS OF TAMPA | 20050215 | 2550148 | 2.00 | $33.00 |
| SWS OF TAMPA | 20050215 | 2550149 | 2.00 | $28.00 |
| SWS OF TAMPA | 20050215 | 2550150 | 29.58 | $1,291.00 |
| SWS OF TAMPA | 20050215 | 2550189 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050215 | 2550190 | 2.00 | $40.00 |
| SWS OF TAMPA | 20050215 | 2550191 | 20.16 | $843.00 |
| SWS OF TAMPA | 20050215 | 2550391 | 1.00 | $18.00 |
| SWS OF TAMPA | 20050215 | 2550392 | 5.83 | $213.00 |
| SWS OF TAMPA | 20050215 | 2550470 | 1.00 | $24.00 |
| SWS OF TAMPA | 20050215 | 2550471 | 16.77 | $2,161.00 |

*WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050215 | 2550472 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050215 | 2550473 | 7.67 | $494.00 |
| SWS OF TAMPA | 20050215 | 2550488 | 19.20 | $2,609.00 |
| SWS OF TAMPA | 20050215 | 2550490 | 1.00 | $16.00 |
| SWS OF TAMPA | 20050215 | 2550491 | 14.85 | $1,754.00 |
| SWS OF TAMPA | 20050215 | 2550492 | 1.00 | $14.00 |
| SWS OF TAMPA | 20050215 | 2550493 | 3.91 | $354.00 |
| SWS OF TAMPA | 20050215 | 2550495 | 23.99 | $3,409.00 |
| SWS OF TAMPA | 20050215 | 2550496 | 1.83 | $117.00 |
| SWS OF TAMPA | 20050215 | 2550819 | 1.00 | $24.00 |
| SWS OF TAMPA | 20050215 | 2550820 | 26.99 | $2,847.00 |
| SWS OF TAMPA | 20050215 | 2550821 | 15.75 | $913.00 |
| SWS OF TAMPA | 20050215 | 2550852 | 8.00 | $156.00 |
| SWS OF TAMPA | 20050215 | 2550853 | 28.00 | $823.00 |
| SWS OF TAMPA | 20050215 | 2550929 | 4.00 | $71.00 |
| SWS OF TAMPA | 20050215 | 2550930 | 18.01 | $2,291.00 |
| SWS OF TAMPA | 20050215 | 2550931 | 1.33 | $41.00 |
| SWS OF TAMPA | 20050215 | 2550932 | 10.33 | $407.00 |
| SWS OF TAMPA | 20050215 | 2550933 | 3.00 | $62.00 |
| SWS OF TAMPA | 20050215 | 2550934 | 18.50 | $2,503.00 |
| SWS OF TAMPA | 20050215 | 2550935 | 6.83 | $421.00 |
| SWS OF TAMPA | 20050215 | 2550936 | 12.78 | $1,267.00 |
| SWS OF TAMPA | 20050215 | 2551017 | 4.00 | $79.00 |
| SWS OF TAMPA | 20050215 | 2551018 | 1.00 | $13.00 |
| SWS OF TAMPA | 20050215 | 2551019 | 14.00 | $589.00 |
| SWS OF TAMPA | 20050215 | 9640839 | -1.00 | ($36.00) |
| SWS OF TAMPA | 20050215 | 9641243 | -4.67 | ($686.00) |
| SWS OF TAMPA | 20050215 | 9641246 | -1.00 | ($50.00) |
| SWS OF TAMPA | 20050215 | 9641247 | -1.00 | ($105.00) |
| SWS OF TAMPA | 20050215 | 9641249 | -0.25 | ($18.00) |
| SWS OF TAMPA | 20050215 | 9641254 | -1.00 | ($26.00) |
| SWS OF TAMPA | 20050215 | 9641255 | -0.25 | ($16.00) |
| SWS OF TAMPA | 20050215 | 9641256 | -1.33 | ($58.00) |
| SWS OF TAMPA | 20050215 | 9641257 | -1.00 | ($23.00) |
| SWS OF TAMPA | 20050215 | 9641258 | -0.25 | ($53.00) |
| SWS OF TAMPA | 20050215 | 9641259 | -0.10 | ($22.00) |
| SWS OF TAMPA | 20050215 | 9641261 | -5.00 | ($157.00) |
| SWS OF TAMPA | 20050215 | 9641262 | -0.25 | ($12.00) |
| SWS OF TAMPA | 20050215 | 9641263 | -1.17 | ($315.00) |
| SWS OF TAMPA | 20050215 | 9641265 | -0.17 | ($29.00) |
| SWS OF TAMPA | 20050215 | 9641266 | -1.00 | ($15.00) |
| SWS OF TAMPA | 20050215 | 9641275 | -0.08 | ($7.00) |
| SWS OF TAMPA | 20050215 | 9641276 | -0.42 | ($79.00) |
| SWS OF TAMPA | 20050215 | 9641277 | -1.00 | ($33.00) |
| SWS OF TAMPA | 20050215 | 9641279 | -0.83 | ($20.00) |
| SWS OF TAMPA | 20050215 | 9641282 | -1.00 | ($59.00) |
| SWS OF TAMPA | 20050215 | 9641284 | -0.33 | ($41.00) |
| SWS OF TAMPA | 20050215 | 9641286 | -4.17 | ($205.00) |
| SWS OF TAMPA | 20050215 | 9641290 | -0.17 | ($22.00) |
| SWS OF TAMPA | 20050215 | 9641298 | -0.25 | ($94.00) |
| SWS OF TAMPA | 20050215 | 9641299 | -0.08 | ($23.00) |
| SWS OF TAMPA | 20050215 | 9641306 | -0.33 | ($49.00) |
| SWS OF TAMPA | 20050215 | 9641307 | -0.58 | ($113.00) |
| SWS OF TAMPA | 20050215 | 9641310 | -0.42 | ($30.00) |
| SWS OF TAMPA | 20050215 | 9641325 | -1.00 | ($90.00) |
| SWS OF TAMPA | 20050215 | 9641373 | -1.00 | ($19.00) |
| SWS OF TAMPA | 20050215 | 9641460 | -2.00 | ($36.00) |
| SWS OF TAMPA | 20050215 | 9641461 | -10.33 | ($454.00) |
| SWS OF TAMPA | 20050215 | 9641462 | -1.00 | ($36.00) |

7

*WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050215 | 9641465 | -1.00 | ($15.00) |
| SWS OF TAMPA | 20050215 | 9641519 | -6.00 | ($109.00) |
| SWS OF TAMPA | 20050215 | 9641541 | -3.00 | ($55.00) |
| SWS OF TAMPA | 20050215 | 9641542 | -3.00 | ($41.00) |
| SWS OF TAMPA | 20050215 | 9641543 | -12.00 | ($616.00) |
| SWS OF TAMPA | 20050216 | 2551799 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050216 | 2551800 | 3.00 | $65.00 |
| SWS OF TAMPA | 20050216 | 2551801 | 5.00 | $243.00 |
| SWS OF TAMPA | 20050216 | 2552034 | 3.00 | $53.00 |
| SWS OF TAMPA | 20050216 | 2552035 | 6.00 | $220.00 |
| SWS OF TAMPA | 20050216 | 2553173 | 1.00 | $16.00 |
| SWS OF TAMPA | 20050216 | 2553174 | 39.55 | $5,310.00 |
| SWS OF TAMPA | 20050216 | 2553175 | 3.00 | $95.00 |
| SWS OF TAMPA | 20050217 | 2553728 | 3.00 | $61.00 |
| SWS OF TAMPA | 20050217 | 2553729 | 1.00 | $13.00 |
| SWS OF TAMPA | 20050217 | 2553730 | 12.67 | $580.00 |
| SWS OF TAMPA | 20050217 | 2553756 | 2.00 | $36.00 |
| SWS OF TAMPA | 20050217 | 2553758 | 136.58 | $3,655.00 |
| SWS OF TAMPA | 20050217 | 2553772 | 9.00 | $165.00 |
| SWS OF TAMPA | 20050217 | 2553773 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050217 | 2553774 | 13.92 | $623.00 |
| SWS OF TAMPA | 20050217 | 2553811 | 1.00 | $24.00 |
| SWS OF TAMPA | 20050217 | 2553812 | 4.17 | $229.00 |
| SWS OF TAMPA | 20050217 | 2553814 | 5.00 | $87.00 |
| SWS OF TAMPA | 20050217 | 2553815 | 2.00 | $40.00 |
| SWS OF TAMPA | 20050217 | 2553816 | 18.33 | $798.00 |
| SWS OF TAMPA | 20050217 | 2553856 | 11.08 | $716.00 |
| SWS OF TAMPA | 20050217 | 2553858 | 4.00 | $207.00 |
| SWS OF TAMPA | 20050217 | 2553865 | 10.00 | $245.00 |
| SWS OF TAMPA | 20050217 | 2553867 | 17.08 | $783.00 |
| SWS OF TAMPA | 20050217 | 2553884 | 1.00 | $13.00 |
| SWS OF TAMPA | 20050217 | 2553885 | 13.75 | $672.00 |
| SWS OF TAMPA | 20050217 | 2553961 | 7.58 | $601.00 |
| SWS OF TAMPA | 20050217 | 2554024 | 4.00 | $72.00 |
| SWS OF TAMPA | 20050217 | 2554025 | 8.33 | $388.00 |
| SWS OF TAMPA | 20050217 | 2554032 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050217 | 2554033 | 19.08 | $826.00 |
| SWS OF TAMPA | 20050217 | 2554054 | 4.00 | $78.00 |
| SWS OF TAMPA | 20050217 | 2554055 | 1.00 | $36.00 |
| SWS OF TAMPA | 20050217 | 2554056 | 29.00 | $1,340.00 |
| SWS OF TAMPA | 20050217 | 2554084 | 5.00 | $91.00 |
| SWS OF TAMPA | 20050217 | 2554085 | 2.00 | $40.00 |
| SWS OF TAMPA | 20050217 | 2554086 | 17.41 | $803.00 |
| SWS OF TAMPA | 20050217 | 2554103 | 5.00 | $101.00 |
| SWS OF TAMPA | 20050217 | 2554104 | 6.00 | $155.00 |
| SWS OF TAMPA | 20050217 | 2554105 | 32.08 | $1,441.00 |
| SWS OF TAMPA | 20050217 | 2554107 | 1.00 | $20.00 |
| SWS OF TAMPA | 20050217 | 2554108 | 3.00 | $65.00 |
| SWS OF TAMPA | 20050217 | 2554109 | 16.33 | $710.00 |
| SWS OF TAMPA | 20050217 | 2554111 | 1.00 | $23.00 |
| SWS OF TAMPA | 20050217 | 2554112 | 2.00 | $64.00 |
| SWS OF TAMPA | 20050217 | 2554113 | 16.75 | $616.00 |
| SWS OF TAMPA | 20050217 | 2554121 | 1.00 | $18.00 |
| SWS OF TAMPA | 20050217 | 2554122 | 10.42 | $400.00 |
| SWS OF TAMPA | 20050217 | 2554125 | 1.00 | $16.00 |
| SWS OF TAMPA | 20050217 | 2554126 | 1.00 | $13.00 |
| SWS OF TAMPA | 20050217 | 2554127 | 8.42 | $342.00 |
| SWS OF TAMPA | 20050217 | 2554130 | 2.00 | $43.00 |
| SWS OF TAMPA | 20050217 | 2554131 | 2.00 | $29.00 |

*WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050217 | 2554132 | 36.25 | $1,761.00 |
| SWS OF TAMPA | 20050217 | 2554136 | 3.00 | $56.00 |
| SWS OF TAMPA | 20050217 | 2554137 | 1.00 | $13.00 |
| SWS OF TAMPA | 20050217 | 2554138 | 15.58 | $607.00 |
| SWS OF TAMPA | 20050217 | 2554140 | 22.16 | $897.00 |
| SWS OF TAMPA | 20050217 | 2554141 | 2.00 | $41.00 |
| SWS OF TAMPA | 20050217 | 2554147 | 1.00 | $23.00 |
| SWS OF TAMPA | 20050217 | 2554148 | 7.75 | $312.00 |
| SWS OF TAMPA | 20050217 | 2554192 | 12.42 | $520.00 |
| SWS OF TAMPA | 20050217 | 2554204 | 5.00 | $100.00 |
| SWS OF TAMPA | 20050217 | 2554205 | 2.00 | $68.00 |
| SWS OF TAMPA | 20050217 | 2554206 | 10.42 | $460.00 |
| SWS OF TAMPA | 20050217 | 2554217 | 1.00 | $20.00 |
| SWS OF TAMPA | 20050217 | 2554218 | 2.00 | $28.00 |
| SWS OF TAMPA | 20050217 | 2554219 | 28.16 | $1,228.00 |
| SWS OF TAMPA | 20050217 | 2554224 | 5.00 | $91.00 |
| SWS OF TAMPA | 20050217 | 2554225 | 18.25 | $695.00 |
| SWS OF TAMPA | 20050217 | 2554243 | 2.00 | $41.00 |
| SWS OF TAMPA | 20050217 | 2554244 | 4.00 | $191.00 |
| SWS OF TAMPA | 20050217 | 2554251 | 4.00 | $912.00 |
| SWS OF TAMPA | 20050217 | 2554280 | 16.83 | $683.00 |
| SWS OF TAMPA | 20050217 | 2554288 | 2.00 | $62.00 |
| SWS OF TAMPA | 20050217 | 2554289 | 8.00 | $333.00 |
| SWS OF TAMPA | 20050217 | 2554335 | 10.17 | $517.00 |
| SWS OF TAMPA | 20050217 | 2554378 | 2.00 | $36.00 |
| SWS OF TAMPA | 20050217 | 2554379 | 27.66 | $1,562.00 |
| SWS OF TAMPA | 20050217 | 2554387 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050217 | 2554388 | 12.33 | $640.00 |
| SWS OF TAMPA | 20050217 | 2554443 | 2.00 | $40.00 |
| SWS OF TAMPA | 20050217 | 2554444 | 7.25 | $317.00 |
| SWS OF TAMPA | 20050217 | 2554458 | 9.00 | $376.00 |
| SWS OF TAMPA | 20050217 | 2554504 | 2.00 | $43.00 |
| SWS OF TAMPA | 20050217 | 2554505 | 2.00 | $40.00 |
| SWS OF TAMPA | 20050217 | 2554506 | 11.83 | $635.00 |
| SWS OF TAMPA | 20050217 | 2554545 | 1.00 | $23.00 |
| SWS OF TAMPA | 20050217 | 2554546 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050217 | 2554547 | 20.41 | $1,089.00 |
| SWS OF TAMPA | 20050217 | 2554574 | 2.00 | $36.00 |
| SWS OF TAMPA | 20050217 | 2554575 | 5.00 | $105.00 |
| SWS OF TAMPA | 20050217 | 2554576 | 3.00 | $42.00 |
| SWS OF TAMPA | 20050217 | 2554577 | 28.25 | $1,548.00 |
| SWS OF TAMPA | 20050217 | 2554600 | 2.00 | $40.00 |
| SWS OF TAMPA | 20050217 | 2554601 | 15.74 | $791.00 |
| SWS OF TAMPA | 20050217 | 2554615 | 54.66 | $2,577.00 |
| SWS OF TAMPA | 20050217 | 2554616 | 1.00 | $23.00 |
| SWS OF TAMPA | 20050217 | 2554617 | 2.00 | $51.00 |
| SWS OF TAMPA | 20050217 | 2554618 | 16.50 | $748.00 |
| SWS OF TAMPA | 20050217 | 2554694 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050217 | 2554695 | 0.58 | $30.00 |
| SWS OF TAMPA | 20050217 | 2554696 | 6.33 | $245.00 |
| SWS OF TAMPA | 20050217 | 2554742 | 6.00 | $114.00 |
| SWS OF TAMPA | 20050217 | 2554743 | 3.00 | $44.00 |
| SWS OF TAMPA | 20050217 | 2554744 | 28.25 | $1,121.00 |
| SWS OF TAMPA | 20050217 | 2554818 | 9.00 | $179.00 |
| SWS OF TAMPA | 20050217 | 2554819 | 2.00 | $27.00 |
| SWS OF TAMPA | 20050217 | 2554820 | 16.24 | $978.00 |
| SWS OF TAMPA | 20050217 | 2554896 | 2.00 | $47.00 |
| SWS OF TAMPA | 20050217 | 2554897 | 12.39 | $1,214.00 |
| SWS OF TAMPA | 20050217 | 2554898 | 1.00 | $59.00 |

9

## WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050217 | 2554899 | 15.41 | $825.00 |
| SWS OF TAMPA | 20050217 | 2555011 | 8.00 | $128.00 |
| SWS OF TAMPA | 20050217 | 2555012 | 16.75 | $856.00 |
| SWS OF TAMPA | 20050217 | 2555027 | 2.00 | $46.00 |
| SWS OF TAMPA | 20050217 | 2555028 | 3.00 | $80.00 |
| SWS OF TAMPA | 20050217 | 2555029 | 18.00 | $787.00 |
| SWS OF TAMPA | 20050217 | 2555128 | 5.00 | $97.00 |
| SWS OF TAMPA | 20050217 | 2555129 | 1.00 | $32.00 |
| SWS OF TAMPA | 20050217 | 2555130 | 8.00 | $292.00 |
| SWS OF TAMPA | 20050217 | 2555206 | 9.00 | $522.00 |
| SWS OF TAMPA | 20050217 | 2555250 | 2.00 | $43.00 |
| SWS OF TAMPA | 20050217 | 2555251 | 13.66 | $592.00 |
| SWS OF TAMPA | 20050217 | 2555348 | 4.00 | $79.00 |
| SWS OF TAMPA | 20050217 | 2555349 | 2.33 | $45.00 |
| SWS OF TAMPA | 20050217 | 2555350 | 10.67 | $578.00 |
| SWS OF TAMPA | 20050217 | 2555353 | 2.00 | $35.00 |
| SWS OF TAMPA | 20050217 | 2555354 | 1.00 | $15.00 |
| SWS OF TAMPA | 20050217 | 2555355 | 6.25 | $254.00 |
| SWS OF TAMPA | 20050217 | 2555440 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050217 | 2555441 | 1.00 | $16.00 |
| SWS OF TAMPA | 20050217 | 2555442 | 14.50 | $706.00 |
| SWS OF TAMPA | 20050217 | 9642275 | -2.00 | ($124.00) |
| SWS OF TAMPA | 20050217 | 9642286 | -0.25 | ($94.00) |
| SWS OF TAMPA | 20050217 | 9642294 | -2.00 | ($42.00) |
| SWS OF TAMPA | 20050217 | 9642299 | -0.33 | ($13.00) |
| SWS OF TAMPA | 20050217 | 9642306 | -1.42 | ($73.00) |
| SWS OF TAMPA | 20050217 | 9642310 | -0.08 | ($4.00) |
| SWS OF TAMPA | 20050217 | 9642321 | -1.00 | ($26.00) |
| SWS OF TAMPA | 20050217 | 9642323 | -0.17 | ($10.00) |
| SWS OF TAMPA | 20050217 | 9642347 | -1.00 | ($54.00) |
| SWS OF TAMPA | 20050217 | 9642348 | -1.00 | ($24.00) |
| SWS OF TAMPA | 20050217 | 9642540 | -0.08 | ($4.00) |
| SWS OF TAMPA | 20050217 | 9642541 | -0.42 | ($71.00) |
| SWS OF TAMPA | 20050217 | 9642547 | -0.33 | ($21.00) |
| SWS OF TAMPA | 20050217 | 9642548 | -0.08 | ($9.00) |
| SWS OF TAMPA | 20050217 | 9642551 | -0.70 | ($30.00) |
| SWS OF TAMPA | 20050217 | 9642552 | -0.40 | ($23.00) |
| SWS OF TAMPA | 20050217 | 9642559 | -0.17 | ($13.00) |
| SWS OF TAMPA | 20050217 | 9642566 | -0.58 | ($63.00) |
| SWS OF TAMPA | 20050217 | 9642567 | -1.25 | ($66.00) |
| SWS OF TAMPA | 20050217 | 9642571 | -4.17 | ($635.00) |
| SWS OF TAMPA | 20050217 | 9642572 | -1.00 | ($26.00) |
| SWS OF TAMPA | 20050217 | 9642573 | -2.17 | ($279.00) |
| SWS OF TAMPA | 20050217 | 9642574 | -0.58 | ($45.00) |
| SWS OF TAMPA | 20050217 | 9642575 | -0.10 | ($18.00) |
| SWS OF TAMPA | 20050217 | 9642656 | -2.75 | ($147.00) |
| SWS OF TAMPA | 20050217 | 9642681 | -4.00 | ($71.00) |
| SWS OF TAMPA | 20050217 | 9642692 | -2.00 | ($41.00) |
| SWS OF TAMPA | 20050217 | 9642693 | -22.16 | ($897.00) |
| SWS OF TAMPA | 20050217 | 9642727 | -6.25 | ($304.00) |
| SWS OF TAMPA | 20050217 | 9642729 | -29.58 | ($1,291.00) |
| SWS OF TAMPA | 20050217 | 9642730 | -2.00 | ($33.00) |
| SWS OF TAMPA | 20050217 | 9642731 | -2.00 | ($28.00) |
| SWS OF TAMPA | 20050217 | 9642806 | -5.75 | ($555.00) |
| SWS OF TAMPA | 20050217 | 9643092 | -1.00 | ($117.00) |
| SWS OF TAMPA | 20050217 | 9643094 | -0.62 | ($84.00) |
| SWS OF TAMPA | 20050217 | 9643096 | -1.00 | ($26.00) |
| SWS OF TAMPA | 20050217 | 9643098 | -0.17 | ($13.00) |
| SWS OF TAMPA | 20050217 | 9643099 | -2.41 | ($258.00) |

## WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050217 | 9643100 | -0.67 | ($66.00) |
| SWS OF TAMPA | 20050217 | 9643101 | -1.33 | ($61.00) |
| SWS OF TAMPA | 20050217 | 9643102 | -1.00 | ($18.00) |
| SWS OF TAMPA | 20050217 | 9643103 | -0.50 | ($58.00) |
| SWS OF TAMPA | 20050217 | 9643105 | -1.08 | ($36.00) |
| SWS OF TAMPA | 20050217 | 9643107 | -1.00 | ($45.00) |
| SWS OF TAMPA | 20050217 | 9643108 | -1.00 | ($14.00) |
| SWS OF TAMPA | 20050217 | 9643109 | -0.75 | ($145.00) |
| SWS OF TAMPA | 20050217 | 9643113 | -0.98 | ($179.00) |
| SWS OF TAMPA | 20050217 | 9643114 | -0.33 | ($56.00) |
| SWS OF TAMPA | 20050217 | 9643115 | -1.00 | ($144.00) |
| SWS OF TAMPA | 20050217 | 9643116 | -0.50 | ($51.00) |
| SWS OF TAMPA | 20050218 | 2555494 | 8.00 | $160.00 |
| SWS OF TAMPA | 20050218 | 2555495 | 2.00 | $30.00 |
| SWS OF TAMPA | 20050218 | 2555496 | 22.33 | $1,036.00 |
| SWS OF TAMPA | 20050218 | 2555498 | 34.70 | $4,436.00 |
| SWS OF TAMPA | 20050218 | 2555499 | 0.33 | $27.00 |
| SWS OF TAMPA | 20050218 | 2555500 | 2.00 | $36.00 |
| SWS OF TAMPA | 20050218 | 2555501 | 13.83 | $656.00 |
| SWS OF TAMPA | 20050218 | 2555565 | 16.03 | $1,652.00 |
| SWS OF TAMPA | 20050218 | 2555694 | 12.42 | $2,549.00 |
| SWS OF TAMPA | 20050218 | 2555708 | 2.75 | $87.00 |
| SWS OF TAMPA | 20050218 | 2555709 | 11.50 | $555.00 |
| SWS OF TAMPA | 20050218 | 2555719 | 26.81 | $2,926.00 |
| SWS OF TAMPA | 20050218 | 2555720 | 2.00 | $50.00 |
| SWS OF TAMPA | 20050218 | 2555721 | 5.42 | $305.00 |
| SWS OF TAMPA | 20050218 | 2555786 | 4.00 | $92.00 |
| SWS OF TAMPA | 20050218 | 2555787 | 30.91 | $1,549.00 |
| SWS OF TAMPA | 20050218 | 2555815 | 26.24 | $3,069.00 |
| SWS OF TAMPA | 20050218 | 2555816 | 8.42 | $434.00 |
| SWS OF TAMPA | 20050218 | 2555965 | 3.00 | $64.00 |
| SWS OF TAMPA | 20050218 | 2555966 | 0.67 | $36.00 |
| SWS OF TAMPA | 20050218 | 2555967 | 20.92 | $864.00 |
| SWS OF TAMPA | 20050218 | 2555969 | 1.00 | $18.00 |
| SWS OF TAMPA | 20050218 | 2555970 | 2.00 | $29.00 |
| SWS OF TAMPA | 20050218 | 2555971 | 11.00 | $445.00 |
| SWS OF TAMPA | 20050218 | 2555980 | 2.00 | $43.00 |
| SWS OF TAMPA | 20050218 | 2555981 | 2.00 | $64.00 |
| SWS OF TAMPA | 20050218 | 2555982 | 19.58 | $788.00 |
| SWS OF TAMPA | 20050218 | 2555986 | 5.00 | $220.00 |
| SWS OF TAMPA | 20050218 | 2555992 | 10.00 | $197.00 |
| SWS OF TAMPA | 20050218 | 2555993 | 1.00 | $14.00 |
| SWS OF TAMPA | 20050218 | 2555994 | 6.25 | $292.00 |
| SWS OF TAMPA | 20050218 | 2556089 | 2.00 | $41.00 |
| SWS OF TAMPA | 20050218 | 2556090 | 23.33 | $996.00 |
| SWS OF TAMPA | 20050218 | 2556114 | 14.87 | $1,688.00 |
| SWS OF TAMPA | 20050218 | 2556136 | 4.00 | $69.00 |
| SWS OF TAMPA | 20050218 | 2556137 | 18.25 | $2,551.00 |
| SWS OF TAMPA | 20050218 | 2556138 | 3.50 | $171.00 |
| SWS OF TAMPA | 20050218 | 2556206 | 8.00 | $150.00 |
| SWS OF TAMPA | 20050218 | 2556207 | 15.66 | $697.00 |
| SWS OF TAMPA | 20050218 | 2556231 | 1.00 | $16.00 |
| SWS OF TAMPA | 20050218 | 2556232 | 16.75 | $868.00 |
| SWS OF TAMPA | 20050218 | 2556259 | 2.00 | $36.00 |
| SWS OF TAMPA | 20050218 | 2556260 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050218 | 2556261 | 7.00 | $247.00 |
| SWS OF TAMPA | 20050218 | 2556459 | 3.25 | $69.00 |
| SWS OF TAMPA | 20050218 | 2556460 | 15.25 | $634.00 |
| SWS OF TAMPA | 20050218 | 2556549 | 1.00 | $15.00 |

## WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050218 | 2556550 | 12.42 | $521.00 |
| SWS OF TAMPA | 20050218 | 2556610 | 3.00 | $76.00 |
| SWS OF TAMPA | 20050218 | 2556611 | 21.08 | $1,069.00 |
| SWS OF TAMPA | 20050218 | 2556631 | 3.00 | $55.00 |
| SWS OF TAMPA | 20050218 | 2556632 | 1.00 | $15.00 |
| SWS OF TAMPA | 20050218 | 2556633 | 16.25 | $856.00 |
| SWS OF TAMPA | 20050218 | 2556673 | 3.00 | $52.00 |
| SWS OF TAMPA | 20050218 | 2556674 | 1.50 | $37.00 |
| SWS OF TAMPA | 20050218 | 2556675 | 38.83 | $1,647.00 |
| SWS OF TAMPA | 20050218 | 2556716 | 6.00 | $120.00 |
| SWS OF TAMPA | 20050218 | 2556717 | 11.67 | $462.00 |
| SWS OF TAMPA | 20050218 | 2556739 | 1.00 | $20.00 |
| SWS OF TAMPA | 20050218 | 2556740 | 3.83 | $80.00 |
| SWS OF TAMPA | 20050218 | 2556741 | 22.49 | $1,152.00 |
| SWS OF TAMPA | 20050218 | 2557033 | 3.00 | $57.00 |
| SWS OF TAMPA | 20050218 | 2557034 | 16.78 | $2,122.00 |
| SWS OF TAMPA | 20050218 | 2557035 | 3.58 | $302.00 |
| SWS OF TAMPA | 20050218 | 2557074 | 20.23 | $2,278.00 |
| SWS OF TAMPA | 20050218 | 2557076 | 3.00 | $66.00 |
| SWS OF TAMPA | 20050218 | 2557077 | 20.37 | $2,419.00 |
| SWS OF TAMPA | 20050218 | 2557079 | 6.42 | $395.00 |
| SWS OF TAMPA | 20050218 | 2557083 | 15.14 | $1,854.00 |
| SWS OF TAMPA | 20050218 | 2557244 | 28.82 | $3,737.00 |
| SWS OF TAMPA | 20050218 | 2557382 | 5.00 | $89.00 |
| SWS OF TAMPA | 20050218 | 2557383 | 27.58 | $1,353.00 |
| SWS OF TAMPA | 20050218 | 2557389 | 7.00 | $122.00 |
| SWS OF TAMPA | 20050218 | 2557390 | 3.00 | $0.00 |
| SWS OF TAMPA | 20050218 | 2557391 | 3.00 | $46.00 |
| SWS OF TAMPA | 20050218 | 2557392 | 41.58 | $2,086.00 |
| SWS OF TAMPA | 20050218 | 2557430 | 8.00 | $151.00 |
| SWS OF TAMPA | 20050218 | 2557431 | 4.00 | $75.00 |
| SWS OF TAMPA | 20050218 | 2557432 | 26.91 | $1,500.00 |
| SWS OF TAMPA | 20050218 | 2557472 | 4.00 | $87.00 |
| SWS OF TAMPA | 20050218 | 2557473 | 32.93 | $5,054.00 |
| SWS OF TAMPA | 20050218 | 2557474 | 2.00 | $64.00 |
| SWS OF TAMPA | 20050218 | 2557475 | 4.75 | $251.00 |
| SWS OF TAMPA | 20050218 | 2557578 | 3.00 | $49.00 |
| SWS OF TAMPA | 20050218 | 2557579 | 18.51 | $2,255.00 |
| SWS OF TAMPA | 20050218 | 2557580 | 1.00 | $26.00 |
| SWS OF TAMPA | 20050218 | 2557581 | 8.50 | $461.00 |
| SWS OF TAMPA | 20050218 | 2557582 | 1.00 | $23.00 |
| SWS OF TAMPA | 20050218 | 2557583 | 31.92 | $3,978.00 |
| SWS OF TAMPA | 20050218 | 2557584 | 2.00 | $104.00 |
| SWS OF TAMPA | 20050218 | 2557585 | 1.00 | $24.00 |
| SWS OF TAMPA | 20050218 | 2557586 | 20.04 | $2,754.00 |
| SWS OF TAMPA | 20050218 | 2557587 | 4.50 | $282.00 |
| SWS OF TAMPA | 20050218 | 2557675 | 6.00 | $167.00 |
| SWS OF TAMPA | 20050218 | 2557676 | 1.33 | $30.00 |
| SWS OF TAMPA | 20050218 | 2557677 | 10.33 | $555.00 |
| SWS OF TAMPA | 20050218 | 2557678 | 4.00 | $69.00 |
| SWS OF TAMPA | 20050218 | 2557679 | 1.00 | $15.00 |
| SWS OF TAMPA | 20050218 | 2557680 | 8.00 | $315.00 |
| SWS OF TAMPA | 20050218 | 2557724 | 1.00 | $16.00 |
| SWS OF TAMPA | 20050218 | 2557725 | 9.75 | $373.00 |
| SWS OF TAMPA | 20050218 | 9643134 | -9.00 | ($165.00) |
| SWS OF TAMPA | 20050218 | 9643138 | -18.33 | ($798.00) |
| SWS OF TAMPA | 20050218 | 9643139 | -2.00 | ($40.00) |
| SWS OF TAMPA | 20050218 | 9643140 | -5.00 | ($87.00) |
| SWS OF TAMPA | 20050218 | 9643712 | -0.25 | ($36.00) |

## WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS OF TAMPA | 20050218 | 9643730 | -1.00 | ($36.00) |
| SWS OF TAMPA | 20050218 | 9643731 | -1.00 | ($54.00) |
| SWS OF TAMPA | 20050218 | 9643734 | -1.00 | ($32.00) |
| SWS OF TAMPA | 20050218 | 9643735 | -1.00 | ($16.00) |
| SWS OF TAMPA | 20050218 | 9643766 | -1.00 | ($26.00) |
| SWS OF TAMPA | 20050218 | 9643767 | -0.25 | ($31.00) |
| SWS OF TAMPA | 20050218 | 9643801 | -1.25 | ($139.00) |
| SWS OF TAMPA | 20050221 | 9643952 | -10.00 | ($245.00) |
| SWS OF TAMPA | 20050221 | 9643953 | -17.08 | ($783.00) |
| SWS OF TAMPA | 20050221 | 9643961 | -12.42 | ($520.00) |
| SWS OF TAMPA | 20050221 | 9644043 | -2.00 | ($42.00) |
| SWS OF TAMPA | 20050221 | 9644136 | -0.25 | ($34.00) |
| SWS OF TAMPA | 20050221 | 9644138 | -3.17 | ($217.00) |
| SWS OF TAMPA | 20050221 | 9644146 | -3.00 | ($57.00) |
| SWS OF TAMPA | 20050221 | 9644149 | -0.33 | ($13.00) |
| SWS OF TAMPA | 20050221 | 9644153 | -1.00 | ($50.00) |
| SWS OF TAMPA | 20050221 | 9644154 | -1.00 | ($40.00) |
| SWS OF TAMPA | 20050221 | 9644155 | -0.33 | ($16.00) |
| SWS OF TAMPA | 20050221 | 9644161 | -4.00 | ($144.00) |
| SWS OF TAMPA | 20050221 | 9644164 | -0.25 | ($18.00) |
| SWS OF TAMPA | 20050221 | 9644172 | -0.17 | ($33.00) |
| SWS OF TAMPA | 20050221 | 9644173 | -1.00 | ($20.00) |
| SWS OF TAMPA | 20050221 | 9644177 | -1.00 | ($41.00) |
| SWS OF TAMPA | 20050221 | 9644203 | -1.00 | ($54.00) |
| SWS OF TAMPA | 20050221 | 9644204 | -1.00 | ($26.00) |
| SWS OF TAMPA | 20050221 | 9644207 | -0.17 | ($5.00) |
| SWS OF TAMPA | 20050221 | 9644214 | -1.00 | ($40.00) |
| SWS OF TAMPA | 20050221 | 9644216 | -3.00 | ($121.00) |
| SWS OF TAMPA | 20050221 | 9644255 | -6.00 | ($356.00) |
| SWS OF TAMPA | 20050221 | 9644260 | -2.00 | ($96.00) |
| SWS OF TAMPA | 20050221 | 9644264 | -1.00 | ($41.00) |
| Subtotal | | | 4763.02 | $293,780.00 |