# SUMMARY "D"

# SOUTH CAROLINA

## *WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS - South Carolina | 2/11/2005 | 768612 | | ($4.01) |
| SWS - South Carolina | 2/11/2005 | 7695285 | | $351.03 |
| SWS - South Carolina | 2/11/2005 | 768611 | | ($1.60) |
| SWS - South Carolina | 2/11/2005 | 7695326 | | $89.44 |
| SWS - South Carolina | 2/11/2005 | 7695327 | | $322.12 |
| SWS - South Carolina | 2/11/2005 | 768614 | | ($0.80) |
| SWS - South Carolina | 2/11/2005 | 768662 | | ($9.59) |
| SWS - South Carolina | 2/11/2005 | 768663 | | ($11.55) |
| SWS - South Carolina | 2/11/2005 | 768613 | | ($2.64) |
| SWS - South Carolina | 2/11/2005 | 768639 | | ($22.36) |
| SWS - South Carolina | 2/11/2005 | 768618 | | ($35.97) |
| SWS - South Carolina | 2/11/2005 | 7696145 | | $172.66 |
| SWS - South Carolina | 2/11/2005 | 7696146 | | $27.16 |
| SWS - South Carolina | 2/11/2005 | 768711 | | ($15.98) |
| SWS - South Carolina | 2/11/2005 | 7696127 | | $291.61 |
| SWS - South Carolina | 2/11/2005 | 7696128 | | $27.16 |
| SWS - South Carolina | 2/11/2005 | 768628 | | ($15.96) |
| SWS - South Carolina | 2/11/2005 | 7696227 | | $450.92 |
| SWS - South Carolina | 2/11/2005 | 768619 | | ($7.70) |
| SWS - South Carolina | 2/11/2005 | 7696245 | | $744.62 |
| SWS - South Carolina | 2/11/2005 | 7696133 | | $95.84 |
| SWS - South Carolina | 2/11/2005 | 7696134 | | $704.01 |
| SWS - South Carolina | 2/11/2005 | 7696203 | | $20.76 |
| SWS - South Carolina | 2/11/2005 | 7696204 | | $177.30 |
| SWS - South Carolina | 2/11/2005 | 7696205 | | $789.22 |
| SWS - South Carolina | 2/11/2005 | 7695103 | | $198.89 |
| SWS - South Carolina | 2/11/2005 | 7695104 | | $540.75 |
| SWS - South Carolina | 2/11/2005 | 768630 | | ($49.51) |
| SWS - South Carolina | 2/11/2005 | 7696264 | | $242.99 |
| SWS - South Carolina | 2/11/2005 | 7696265 | | $260.32 |
| SWS - South Carolina | 2/14/2005 | 7696756 | | $463.48 |
| SWS - South Carolina | 2/14/2005 | 7696757 | | $47.92 |
| SWS - South Carolina | 2/14/2005 | 7696758 | | $386.30 |
| SWS - South Carolina | 2/14/2005 | 7696762 | | $266.43 |
| SWS - South Carolina | 2/14/2005 | 7696763 | | $41.52 |
| SWS - South Carolina | 2/14/2005 | 768925 | | ($0.90) |
| SWS - South Carolina | 2/14/2005 | 768951 | | ($9.58) |
| SWS - South Carolina | 2/14/2005 | 768942 | | ($35.16) |
| SWS - South Carolina | 2/14/2005 | 7696820 | | $292.35 |
| SWS - South Carolina | 2/14/2005 | 7696821 | | $20.76 |
| SWS - South Carolina | 2/14/2005 | 7696751 | | $211.54 |
| SWS - South Carolina | 2/14/2005 | 7696752 | | $389.11 |
| SWS - South Carolina | 2/14/2005 | 7696760 | | $135.76 |
| SWS - South Carolina | 2/14/2005 | 768943 | | ($33.90) |
| SWS - South Carolina | 2/14/2005 | 7696626 | | $382.65 |
| SWS - South Carolina | 2/14/2005 | 7696627 | | $22.36 |
| SWS - South Carolina | 2/14/2005 | 7696622 | | $190.87 |
| SWS - South Carolina | 2/14/2005 | 768930 | | ($2.30) |
| SWS - South Carolina | 2/14/2005 | 768956 | | ($21.57) |
| SWS - South Carolina | 2/14/2005 | 7696637 | | $19.18 |
| SWS - South Carolina | 2/14/2005 | 7696638 | | $932.58 |

## *WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS - South Carolina | 2/14/2005 | 768921 | | ($11.02) |
| SWS - South Carolina | 2/14/2005 | 768957 | | ($12.76) |
| SWS - South Carolina | 2/14/2005 | 768927 | | ($5.94) |
| SWS - South Carolina | 2/14/2005 | 768928 | | ($4.80) |
| SWS - South Carolina | 2/14/2005 | 768923 | | ($2.00) |
| SWS - South Carolina | 2/14/2005 | 768941 | | ($11.18) |
| SWS - South Carolina | 2/14/2005 | 7697097 | | $60.71 |
| SWS - South Carolina | 2/14/2005 | 7697098 | | $213.64 |
| SWS - South Carolina | 2/14/2005 | 768922 | | ($6.92) |
| SWS - South Carolina | 2/14/2005 | 768940 | | ($6.11) |
| SWS - South Carolina | 2/14/2005 | 7696753 | | $368.65 |
| SWS - South Carolina | 2/14/2005 | 7696754 | | $23.96 |
| SWS - South Carolina | 2/14/2005 | 768924 | | ($0.80) |
| SWS - South Carolina | 2/14/2005 | 768945 | | ($9.58) |
| SWS - South Carolina | 2/15/2005 | 7697426 | | $22.36 |
| SWS - South Carolina | 2/15/2005 | 7697427 | | $206.74 |
| SWS - South Carolina | 2/15/2005 | 769195 | | ($0.80) |
| SWS - South Carolina | 2/15/2005 | 769196 | | ($4.80) |
| SWS - South Carolina | 2/15/2005 | 7697453 | | $20.76 |
| SWS - South Carolina | 2/15/2005 | 7697454 | | $43.12 |
| SWS - South Carolina | 2/15/2005 | 7697455 | | $316.35 |
| SWS - South Carolina | 2/15/2005 | 7698184 | | $590.42 |
| SWS - South Carolina | 2/15/2005 | 7698185 | | $46.32 |
| SWS - South Carolina | 2/15/2005 | 769207 | | ($1.60) |
| SWS - South Carolina | 2/15/2005 | 7698259 | | $288.65 |
| SWS - South Carolina | 2/15/2005 | 7698260 | | $44.72 |
| SWS - South Carolina | 2/15/2005 | 7698191 | | $426.84 |
| SWS - South Carolina | 2/15/2005 | 7698192 | | $22.36 |
| SWS - South Carolina | 2/15/2005 | 769209 | | ($9.58) |
| SWS - South Carolina | 2/15/2005 | 769199 | | ($31.17) |
| SWS - South Carolina | 2/15/2005 | 769194 | | ($1.60) |
| SWS - South Carolina | 2/15/2005 | 769204 | | ($20.76) |
| SWS - South Carolina | 2/15/2005 | 769264 | | ($23.98) |
| SWS - South Carolina | 2/15/2005 | 7697773 | | $23.98 |
| SWS - South Carolina | 2/15/2005 | 7698182 | | $406.23 |
| SWS - South Carolina | 2/15/2005 | 7698183 | | $182.12 |
| SWS - South Carolina | 2/15/2005 | 769227 | | ($15.98) |
| SWS - South Carolina | 2/15/2005 | 769228 | | ($8.79) |
| SWS - South Carolina | 2/15/2005 | 769210 | | ($53.48) |
| SWS - South Carolina | 2/15/2005 | 7698284 | | $594.47 |
| SWS - South Carolina | 2/15/2005 | 7698285 | | $68.00 |
| SWS - South Carolina | 2/15/2005 | 7698273 | | $620.14 |
| SWS - South Carolina | 2/15/2005 | 7698274 | | $92.64 |
| SWS - South Carolina | 2/16/2005 | 7698746 | | $313.25 |
| SWS - South Carolina | 2/16/2005 | 7698747 | | $22.36 |
| SWS - South Carolina | 2/16/2005 | 769521 | | ($0.80) |
| SWS - South Carolina | 2/16/2005 | 769542 | | ($23.96) |
| SWS - South Carolina | 2/16/2005 | 769543 | | ($28.74) |
| SWS - South Carolina | 2/16/2005 | 769522 | | ($2.40) |
| SWS - South Carolina | 2/16/2005 | 7698693 | | $218.10 |
| SWS - South Carolina | 2/16/2005 | 7698691 | | $20.76 |

## WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS - South Carolina | 2/16/2005 | 7698692 | | $183.20 |
| SWS - South Carolina | 2/16/2005 | 7698694 | | $26.48 |
| SWS - South Carolina | 2/16/2005 | 7698695 | | $191.65 |
| SWS - South Carolina | 2/16/2005 | 769523 | | ($1.60) |
| SWS - South Carolina | 2/16/2005 | 769540 | | ($19.69) |
| SWS - South Carolina | 2/16/2005 | 769541 | | ($7.19) |
| SWS - South Carolina | 2/16/2005 | 7698810 | | $235.87 |
| SWS - South Carolina | 2/16/2005 | 7698803 | | $316.15 |
| SWS - South Carolina | 2/16/2005 | 7698804 | | $41.52 |
| SWS - South Carolina | 2/16/2005 | 7698709 | | $406.14 |
| SWS - South Carolina | 2/16/2005 | 7698710 | | $28.76 |
| SWS - South Carolina | 2/16/2005 | 769544 | | ($135.76) |
| SWS - South Carolina | 2/16/2005 | 769530 | | ($19.18) |
| SWS - South Carolina | 2/16/2005 | 769531 | | ($19.17) |
| SWS - South Carolina | 2/16/2005 | 769532 | | ($9.58) |
| SWS - South Carolina | 2/16/2005 | 769661 | | ($38.36) |
| SWS - South Carolina | 2/17/2005 | 769889 | | ($0.80) |
| SWS - South Carolina | 2/17/2005 | 769968 | | ($31.00) |
| SWS - South Carolina | 2/17/2005 | 7699825 | | $31.00 |
| SWS - South Carolina | 2/17/2005 | 7699901 | | $390.95 |
| SWS - South Carolina | 2/17/2005 | 7700101 | | $22.36 |
| SWS - South Carolina | 2/17/2005 | 7700102 | | $407.16 |
| SWS - South Carolina | 2/17/2005 | 7699907 | | $330.43 |
| SWS - South Carolina | 2/17/2005 | 7699908 | | $19.18 |
| SWS - South Carolina | 2/17/2005 | 769900 | | ($9.58) |
| SWS - South Carolina | 2/17/2005 | 769965 | | ($13.95) |
| SWS - South Carolina | 2/17/2005 | 7699909 | | $296.08 |
| SWS - South Carolina | 2/17/2005 | 769890 | | ($509.73) |
| SWS - South Carolina | 2/17/2005 | 769892 | | ($46.32) |
| SWS - South Carolina | 2/17/2005 | 769887 | | ($3.20) |
| SWS - South Carolina | 2/17/2005 | 769893 | | ($12.76) |
| SWS - South Carolina | 2/17/2005 | 7699762 | | $78.29 |
| SWS - South Carolina | 2/17/2005 | 7699763 | | $260.93 |
| SWS - South Carolina | 2/17/2005 | 7700761 | | $163.60 |
| SWS - South Carolina | 2/17/2005 | 7700762 | | $19.16 |
| SWS - South Carolina | 2/17/2005 | 7700850 | | $19.18 |
| SWS - South Carolina | 2/17/2005 | 7700851 | | $776.58 |
| SWS - South Carolina | 2/17/2005 | 7700755 | | $156.50 |
| SWS - South Carolina | 2/17/2005 | 7700756 | | $22.36 |
| SWS - South Carolina | 2/17/2005 | 7699764 | | $46.32 |
| SWS - South Carolina | 2/17/2005 | 7699766 | | $108.58 |
| SWS - South Carolina | 2/17/2005 | 7699767 | | $859.39 |
| SWS - South Carolina | 2/17/2005 | 7700195 | | $165.25 |
| SWS - South Carolina | 2/17/2005 | 7700196 | | $35.16 |
| SWS - South Carolina | 2/17/2005 | 7699906 | | $526.23 |
| SWS - South Carolina | 2/17/2005 | 7700820 | | $172.68 |
| SWS - South Carolina | 2/17/2005 | 7700821 | | $23.96 |
| SWS - South Carolina | 2/17/2005 | 769897 | | ($6.38) |
| SWS - South Carolina | 2/17/2005 | 7699903 | | $26.48 |
| SWS - South Carolina | 2/17/2005 | 7699904 | | $762.54 |
| SWS - South Carolina | 2/17/2005 | 7699905 | | $158.22 |

## *WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS - South Carolina | 2/17/2005 | 7699816 | | $38.36 |
| SWS - South Carolina | 2/17/2005 | 7699988 | | $67.08 |
| SWS - South Carolina | 2/17/2005 | 7699990 | | $715.37 |
| SWS - South Carolina | 2/17/2005 | 7700781 | | $119.88 |
| SWS - South Carolina | 2/17/2005 | 7700782 | | $424.86 |
| SWS - South Carolina | 2/18/2005 | 770189 | | ($1.60) |
| SWS - South Carolina | 2/18/2005 | 7701388 | | $22.36 |
| SWS - South Carolina | 2/18/2005 | 7701389 | | $363.86 |
| SWS - South Carolina | 2/18/2005 | 7701422 | | $315.19 |
| SWS - South Carolina | 2/18/2005 | 770191 | | ($0.80) |
| SWS - South Carolina | 2/18/2005 | 770202 | | ($5.59) |
| SWS - South Carolina | 2/18/2005 | 770201 | | ($20.76) |
| SWS - South Carolina | 2/18/2005 | 770194 | | ($28.76) |
| SWS - South Carolina | 2/18/2005 | 770195 | | ($15.98) |
| SWS - South Carolina | 2/18/2005 | 7702181 | | $533.75 |
| SWS - South Carolina | 2/18/2005 | 7702162 | | $502.53 |
| SWS - South Carolina | 2/18/2005 | 7702273 | | $631.99 |
| SWS - South Carolina | 2/18/2005 | 7702274 | | $114.98 |
| SWS - South Carolina | 2/18/2005 | 7702168 | | $74.40 |
| SWS - South Carolina | 2/18/2005 | 7702169 | | $787.85 |
| SWS - South Carolina | 2/18/2005 | 7702234 | | $387.40 |
| SWS - South Carolina | 2/18/2005 | 7701231 | | $41.52 |
| SWS - South Carolina | 2/18/2005 | 7701232 | | $67.07 |
| SWS - South Carolina | 2/18/2005 | 7701233 | | $514.14 |
| SWS - South Carolina | 2/18/2005 | 7702292 | | $402.57 |
| SWS - South Carolina | 2/18/2005 | 7702293 | | $274.78 |
| SWS - South Carolina | 2/22/2005 | 770756 | | ($6.38) |
| SWS - South Carolina | 2/22/2005 | 770757 | | ($9.58) |
| SWS - South Carolina | 2/22/2005 | 770742 | | ($11.18) |
| SWS - South Carolina | 2/22/2005 | 770751 | | ($28.75) |
| SWS - South Carolina | 2/22/2005 | 770740 | | ($31.17) |
| SWS - South Carolina | 2/22/2005 | 770903 | | ($47.91) |
| SWS - South Carolina | 2/22/2005 | 770904 | | ($31.93) |
| SWS - South Carolina | 2/22/2005 | 770752 | | ($83.04) |
| SWS - South Carolina | 2/22/2005 | 770966 | | ($23.96) |
| SWS - South Carolina | 2/21/2005 | 7702748 | | $1,262.98 |
| SWS - South Carolina | 2/21/2005 | 7702749 | | $92.64 |
| SWS - South Carolina | 2/21/2005 | 7702750 | | $161.04 |
| SWS - South Carolina | 2/21/2005 | 7702751 | | $44.72 |
| SWS - South Carolina | 2/21/2005 | 7702754 | | $486.45 |
| SWS - South Carolina | 2/21/2005 | 7702755 | | $22.36 |
| SWS - South Carolina | 2/21/2005 | 770540 | | ($1.60) |
| SWS - South Carolina | 2/21/2005 | 7702746 | | $116.69 |
| SWS - South Carolina | 2/21/2005 | 7702810 | | $331.16 |
| SWS - South Carolina | 2/21/2005 | 7702811 | | $41.54 |
| SWS - South Carolina | 2/21/2005 | 7702744 | | $23.96 |
| SWS - South Carolina | 2/21/2005 | 7702745 | | $119.67 |
| SWS - South Carolina | 2/21/2005 | 7702747 | | $303.05 |
| SWS - South Carolina | 2/21/2005 | 7702501 | | $13.95 |
| SWS - South Carolina | 2/21/2005 | 7702752 | | $270.77 |
| SWS - South Carolina | 2/21/2005 | 7702627 | | $302.71 |

## *WINN DIXIE SALES BY INVOICE (FEB 11 - FEB 21, 2005)*

| SITE NAME | INVOICE DATE | INVOICE NUMBER | CASES Total | NET Total |
|---|---|---|---|---|
| SWS - South Carolina | 2/21/2005 | 7702622 | | $422.17 |
| SWS - South Carolina | 2/21/2005 | 770536 | | ($5.60) |
| SWS - South Carolina | 2/21/2005 | 770532 | | ($9.58) |
| SWS - South Carolina | 2/21/2005 | 770533 | | ($38.31) |
| SWS - South Carolina | 2/21/2005 | 770503 | | ($11.18) |
| SWS - South Carolina | 2/21/2005 | 770498 | | ($5.59) |
| SWS - South Carolina | 2/21/2005 | 770535 | | ($0.15) |
| SWS - South Carolina | 2/21/2005 | 7703098 | | $303.00 |
| SWS - South Carolina | 2/21/2005 | 770502 | | ($23.98) |
| SWS - South Carolina | 2/21/2005 | 770537 | | ($1.60) |
| SWS - South Carolina | 2/21/2005 | 770538 | | ($3.20) |
| | | | | |
| Total | | | | $30,681.34 |