UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :
                                                               :
    Winn-Dixie Stores, Inc., *et al.*,           :   Chapter 11
                                                               :   Case No. 05-11063
    Debtors.                                      :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Eric T. Ray, a member in good standing of the bar in the State of Alabama, and of the bar of the United States District Court for the Northern District of Alabama, request admission, ***pro hac vice***, before the Honorable Robert Drain, to represent Alabama Power Company, a creditor in the above referenced case.

My address is 1901 Sixth Avenue North, Suite 2600, Birmingham, Alabama 35203. My email address is eray@balch.com and my telephone number is (205) 251-8100. I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated: March 1, 2005

                                                      /s/ Eric T. Ray
                                                    Eric T. Ray
                                                    BALCH & BINGHAM LLP
                                                    P. O. Box 306
                                                    Birmingham, Alabama 35201
                                                    Telephone: (205) 251-8100
                                                    Facsimile: (205) 226-8799

                                                    *Attorney for Alabama Power Company*

756558.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                       :

In re:                                                :

      Winn-Dixie Stores, Inc., *et al.*,      :      Chapter 11
                                                :      Case No. 05-11063
            Debtors.                    :      (Jointly Administered)
                                                :
------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED**, that Eric T. Ray, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
New York, New York

                                                                      _____
                                                                       UNITED STATES BANKRUPTCY JUDGE