TAPLIN & ASSOCIATES
350 Fifth Avenue, Suite 2418
New York, New York 10118
(212) 967-0895
Ronald Scott Kaniuk (RSK-6145)

HOWARD, SOLOCHEK & WEBER, S.C.
324 E. Wisconsin Avenue, Suite 1100
Milwaukee, WI 53204
(414) 272-0760
Bryan M. Becker
Attorneys for Klement Sausage Company, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-11063 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------x

## ATTORNEY'S AFFIRMATION OF SERVICE

    **Ronald Scott Kaniuk**, being an attorney admitted to practice in the States of New York, New Jersey and Florida, affirms pursuant to the New York State CPLR as follows:
I am not a party to the action herein; am over the age of 18 years; reside in Livingston, New Jersey; and maintain offices for the practice of law in New York, New York and West Palm Beach, Florida.
    On March 1, 2005, I served a copy of: (1) Notice of Appearance; (2) Pro Hac Vice Application and (3) Relcamation Notice/Motion via e-mail and regular mail as indicated on the attached sheets by either (a) sending an e-mail with attachment to the e-mail address indicated on the receipt from the U.S. Bankruptcy Court Website and/or (b) mailing the previously identified documents at the addresses designated for such purpose by mailing same in a properly sealed envelope with postage paid thereon, in an official depository of the United States Postal Service within the State of New York.

New York, New York
March 1, 2005

                                                                                           *s/Ronald Scott Kaniuk*
                                                                                            Ronald Scott Kaniuk

**E-MAIL SERVICE LIST**

David J. Baker    jbaker@skadden.com, rgray@skadden.com, aravin@skadden.com, dturetsk@skadden.com, lbonache@skadden.com, shenry@skadden.com

John P. Brice    lexbankruptcy@wyattfirm.com

W. Steven Bryant    hobankecf@lockeliddell.com

James S. Carr    jcarr@kelleydrye.com

Lee Champion    flc@psstf.com,

Conrad Chiu    cchiu@phks.com,

Neal D. Colton    NColton@Cozen.com, mhynes@cozen.com, efreed@cozen.com, dliebman@cozen.com

David W. Dykhouse    dwdykhouse@pbwt.com, cbelanger@pbwt.com

Henry A! . Efroymson    henry.efroymson@icemiller.com

Earle I. Erman    eerman@ermanteicher.com,

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com

Gary Ginsburg    gginsburg@ngmpc.com

Danielle K. Greco    dgreco@bradleyarant.com,

Ira S. Greene    isgreene@hhlaw.com, khseal@hhlaw.com

Rudi R. Grueneberg    rrg@rglawgroup.com,

Edwin W. Held    eheld@hilawfirm.com,

Neil E. Herman !    Nherman@morganlewis.com

Robert L. Holladay    robert.holladay@youngwilliams.com,

Patrick L. Huffstickler    plhuffst@coxsmith.com,

Darryl S. Laddin    bkrfilings@agg.com

Thomas J. Leanse carole.levine@kmzr.com, cora.sagara@kmzr.com, alicia.castellanos@kmzr.com, kathleen.beaver@kmzr.com, adelle.shafer@kmzr.com

Laurence May    lmay@angelfrankel.com

Austin L. McMullen    amcmulle@bccb.com,

Derek F. Meek    dmeek@burr.com,

Joseph Thomas Moldovan !    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Larren M. Nashelsky    jdibattista@mofo.com

Bruce S. Nathan    bnathan@lowenstein.com

James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com,

David L. Pollack    pollack@ballardspahr.com

Eric T. Ray    eray@balch.com,

Steven J. Reisman    sreisman@cm-p.com, jdecristofaro@cm-p.com, jbarucha@cm-p.com, webmaster@docketware.com, athau@cm-p.com, mharwood@cm-p.com, kparker@cm-p.com

Fred B. Ringel    fringel@pobox.com

Adam L. Rosen  !    mail@srsllp.com

Avrum J. Rosen    arosen@avrumrosenlaw.com, AJRLAW@aol.com, ddobbin@avrumrosenlaw.com, kberson@avruumrosenlaw.com, fredkantrow@msn.com

David S. Rubin    drubin@kswb.com

Robert B. Rubin    brubin@burr.com,

Shelly D. Rucker    srucker@millermartin.com

Robert K. Scheinbaum    rscheinbaum@podveysachs.com,

Gregory J. Seketa    franklin.berg@4086.com,

Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com

Rick A. Steinberg    rsteinberg@angelfrankel.com

Sabrina L. Streusand    &! nbsp streuss@hughesluce.com

Walter E. Swearingen    wswearingen@llf-law.com, wswearngen@aol.com

Scott A. Zuber    szuber@pitneyhardin.com, jhahn@pitneyhardin.com

Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com

Paul H. Deutch    wsandler@jenkens.com, hecohen@jenkens.com

Reginald A. Greene    reginald.greene@bellsouth.com

Richard C. Morrissey    richard.morrissey@usdoj.gov

Paul Traub    dbr@tbfesq.com

**U.S. Mail Service List**

Richard C. Judd
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 33254-3699

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Attn: Sarah Robinson Borders

United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
lenhart.chris@dorseylaw.com

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

Alabama Power Company
c/o Eric T. Ray
Balch & Bingham
P. O. Box 306
Birmingham, AL  35201

American Food Distributors Inc.
c /o Macco & Stern, LLP
135 Pinelawn Road
Suite 120 S
Melville, NY  11747

BellSouth
675 West Peachtree St
Suite 4300
Atlanta, GA  30375

Buffalo Rock Company
c/o Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL  35203

Cal-Maine Foods, Inc.
3320 Woodrow Wilson Drive
PO Box 2960
Jackson, MS  39207

Cardinal Health
Scott A. Zuber, Esq.
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ  07962-1945

Coca-Cola Bottling Company United, Inc.
c/o Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, AL  35203

Coca-Cola Enterprises, Inc.
832 Georgia Avenue, Suite 1000
Chattanooga, TN  37402

Computer Leasing Company of Michigan, Inc.
5150 Palm Valley Road
Suite 208
Ponte Vedra Beach, FL  32082

ConAgra Foods, Inc.
Attention: James J. Niemeier
McGrath North Mullin & Kratz, PC LLO
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE  68102

Integrated Payment Systems, Inc.
Frank/Gecker LLP
325 N. LaSalle Street
Suite 625
Chicago, IL  60610

Kimco Realty Corporation
3333 New Hyde Park Road
New Hyde Park, NY  11753

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT  06830

DIVERSIFIED MAINTENANCE SYSTEMS, INC.
Pitney Hardin LLP
7 Times Square
New York,, NY  10036

Discover Financial Services, Inc.
c/o Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022

Doane Pet Care Company
210 Westwood Place South, Suite 300
P.O. Box 2487
Brentwood, TN  37027

Georgia Crown Distributing Co.
100 Georgia Crown Dr.
POBox 308
McDonough, Ga  30253

Laura's Lean Beef
2285 Executive Drive
Suite 200
Lexington, KY  40505

Merill Lynch, Pierce, Fenner & Smith Incorporated
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

Sirius Computer Solutions, Inc.
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX  78205

PepsiAmericas
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL  60610

Southeast Provisions, LLC
11 Task Industrial Court
Greenville, SC  29607

TSO Volusia, LLC
c/o Arnall Golden Gregory LLP
J. Hayden Kepner
171 17th St. NW
Suite 2100
Atlanta, GA  30363

The Pepsi Bottling Group
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL  60610

The Wackenhut Corporation
Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE  19890

Edwin W. Held
c/o David S. Rubin Community Coffee Company, LLC
Kantrow Spaht Weaver & Blitzer (APLC)
P. O. Box 2997
Baton Rouge, LA  70821-2997

Coca-Cola Bottling Company United, Inc.
c/o Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, AL 35203