**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                             :
                                         :         Chapter 11
                                         :
**WINN-DIXIE STORES, INC., et al.,**    :         Case No. 05-11063
                                         :
          Debtors.               :         (Jointly Administered)
                                         :
---------------------------------------------------------------x

**ORDER GRANTING MOTION OF D. J. BAKER FOR ADMISSION PRO HAC VICE OF SARAH ROBINSON BORDERS AND BRIAN C. WALSH**

Upon the Motion (the "Motion") of D. J. Baker seeking the admission pro hac vice of Sarah Robinson Borders and Brian C. Walsh to represent the Debtors in these cases; and upon consideration of the Motion, the Certification of Sarah Robinson Borders, and the Certification of Brian C. Walsh; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor, it is

        ORDERED that Sarah Robinson Borders is admitted pro hac vice to represent the Debtors in the above captioned cases and may appear in these cases and any related proceedings pro hac vice.

        ORDERED that Brian C. Walsh is admitted pro hac vice to represent the Debtors in the above captioned cases and may appear in these cases and any related proceedings pro hac vice.

-2-

ORDERED that the requirement of the service and filing of a separate memorandum of law under Rule 9013-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York is hereby waived.

Dated: February __, 2005
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE