WYATT, TARRANT & COMBS, LLP
Attorney for Laura's Lean Beef
John P. Brice (JPB 5376)
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
email: lexbankruptcy@wyattfirm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

| | |
|---|---|
| In Re: ) | |
| ) | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | CASE NO. 05-11063-rdd |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

## **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, John P. Brice, a member in good standing of the bars in the Commonwealth of Kentucky, the bar of the U.S. District Courts for the Eastern and Western Districts of Kentucky request admission, *pro hac vice*, to represent Laura's Lean Beef  Mailing address: 250 West Main Street, Suite 1600, Lexington, Kentucky 40507-1746; telephone number (859) 233-2012.  I agree to pay fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Respectfully submitted,

/s/ John P. Brice
John P. Brice (JPB 5376)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
email: lexbankruptcy@wyattfirm.com

COUNSEL FOR LAURA'S LEAN BEEF

30360966.1