UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WINN-DIXIE STORES, INC., et al.  ) | CASE NO.    05-11063 |
| ) | |
| Debtors ) | |
| ) | |
| ) | (Jointly Administered) |

**ORDER OF ADMISSION TO PRACTICE,** *PRO HAC VICE*

David S. Rubin, a member in good standing of the bar in the State of Louisiana and the bars of the U.S. District Courts for the Eastern, Middle, and Western Districts of Louisiana, and the United States Courts of Appeal for the Fifth and Eleventh Circuits, and request admission, *pro hac vice*, to represent Community Coffee, L.L.C., Inc., in the above referenced cases.

**ORDERED,**

that David S. Rubin, Esq., is admitted to practice, *pro hac vice*, in the above reference case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: February 28, 2005.

New York, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

139997