UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X    (AJR-4016)
In re:

        WINN-DIXIE STORES, INC., et. al.,

Chapter 11
Case No.: 05-11063-rdd
(Jointly Administered)

                      Debtors.
----------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF ALL PAPERS

**PLEASE TAKE NOTICE** that New York Value Club, Ltd. d/b/a Belco, Inc., who is a creditor and party in interest herein, appears in this case, by its attorneys, LAW OFFICES OF AVRUM J. ROSEN, and demands, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, that all notice given or required to be served in this case be given to and served upon the following:

                LAW OFFICES OF AVRUM J. ROSEN
                          38 New Street
                    Huntington, New York  11743

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes a demand not only for the notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated:  Huntington, New York
          March 1, 2005
                                       LAW OFFICES OF AVRUM J. ROSEN

By: <u>S/ Avrum J. Rosen</u>
    AVRUM J. ROSEN (AJR-4016)
    38 New Street
    Huntington, New York 11743