Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436
(203) 319-4042
(203) 319-4034 Facsimile
Charles J. Filardi, Jr. (CF-3262)
Attorney for Federal Express Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | : | Case No.05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

Pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure the undersigned hereby requests that a true, complete and accurate copy of each and every notice required to be given in this case, as well as all copies of pleadings and other papers filed in the above matter, be directed to counsel for FEDERAL EXPRESS CORPORATION at the following address:

> Charles J. Filardi, Jr.
> Pepe & Hazard LLP
> 30 Jelliff Lane
> Southport, CT 06890-1436
> (203) 319-4042
> (203) 319-4034 Facsimile
> E-mail: cfilardi@pepehazard.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of **FEDERAL EXPRESS CORPORATION** with respect to the above-captioned debtors, the bankruptcy estate, or any related entity, or property or proceeds in which the debtors or their trustee may claim an interest.

Dated:  March 1, 2005                    FEDERAL EXPRESS CORPORATION

                                        By:         /s/
                                                Charles J. Filardi, Jr.  (CF-3262)
                                                Pepe & Hazard LLP
                                                30 Jelliff Lane
                                                Southport, CT 06890-1436
                                                (203) 319-4042
                                                (203) 319-4034 Facsimile
                                                E-mail: cfilardi@pepehazard.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 1st day of March, 2005 a copy of the foregoing Notice of Appearance, Request for Notices and Demand for Service of Papers has been served via first class mail, postage pre-paid to the following parties:

<u>Counsel for the Debtors:</u>
David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

<u>Office of the United States Trustee:</u>
Richard C. Morrissey
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004


      /s/
      Charles J. Filardi, Jr.