LOCKE LIDDELL & SAPP LLP
Counsel for Riviana Foods, Inc.
600 Travis Street, Suite 2600
Houston, TX 77002-3095
(713) 226-1200
Thomas H. Grace (Tx. SBN# 00785453)
W. Steven Bryant (Tx. SBN# 24027413)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :  Chapter 11
    WINN-DIXIE STORES, INC., *et al.*,    :  Case No. 05-11063-RDD
                                                            :
                             Debtors.  :  Jointly Administered
                                                            :
------------------------------------------------------------x

### RIVIANA FOODS, INC.'S NOTICE OF DEMAND FOR RECLAMATION

**PLEASE TAKE NOTICE** that on February 24, 2005, pursuant to 11 U.S.C. 546, Riviana Foods, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

DATED:   Houston, Texas
              February 28, 2005

                                                      Respectfully Submitted,

                                                       /s/ Thomas H. Grace
                                                   LOCKE LIDDELL & SAPP LLP
                                                   Thomas H. Grace
                                                   Texas Bar No. 00785453
                                                   Federal Bar No. 12618
                                                   W. Steven Bryant
                                                   Texas Bar No. 24027413
                                                   Federal I.D. No. 32913
                                                   600 Travis Street, Suite 3400
                                                   Houston, Texas 77002
                                                   713-226-1200; 713-223-3717 (Fax)

                                                   ATTORNEYS FOR RIVIANA FOODS,
                                                   INC.

## CERTIFICATE OF SERVICE

     I certify that on this 28th day of February, 2005, a true and correct copy of the foregoing NOTICE OF APPEARANCES AND REQUEST FOR ALL NOTICES was served by U.S. Mail on all parties on the attached Service List, excluding those parties who receive notice electronically:

                                  /s/ Thomas H. Grace
                                  THOMAS H. GRACE