# LOCKE LIDDELL & SAPP LLP

ATTORNEYS & COUNSELORS

3400 CHASE TOWER
600 TRAVIS STREET
HOUSTON, TEXAS 77002-3095

AUSTIN • DALLAS • HOUSTON • NEW ORLEANS

(713) 226-1200
Fax: (713) 223-3717
www.lockeliddell.com

Direct Number: (713) 226-1377
email: tgrace@lockeliddell.com

February 24, 2005

**VIA FACSIMILE, FEDEX OR E-MAIL**
Mr. Hal Hopkins
Financial Director
WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

David J. Baker
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036
E-mail: jbaker@skadden.com
Fax: (917) 777-2150

    Re:    Reclamation Demand by Riviana Foods, Inc. ("Riviana") to Winn-Dixie Stores, Inc. (the "Debtor")

To the Debtor:

    During the period commencing on and including February 11, 2005, and ending on and including February 21, 2005 (the "Reclamation Period"), Riviana delivered to the Debtor products for which Riviana has not been paid (the "Reclamation Goods"). Riviana can, and will, supply detailed information to you regarding the amounts of the Reclaimed Goods. Under applicable non-bankruptcy law and Section 546(c) of the Bankruptcy Code, Riviana is, or may be, entitled to reclaim the Reclamation Goods and therefore asserts a reclamation claim in the amount of $87,207.77.

    This letter will serve as Riviana's formal demand for reclamation, under applicable nonbankruptcy law and Section 546(c) of the Bankruptcy Code, of the Reclamation Goods received by the Debtor within the Reclamation Period as shown on the attached spreadsheet.

    This letter and Riviana's reclamation demand do not waive any rights or remedies of Riviana under any instrument, agreement or applicable law. If you have any questions or require any further information, please let me know.

Sincerely,

Thomas H. Grace

HOUSTON: 910000.40000: 986937v1

RIVIANA FOODS INC.

Winn Dixie Reclamation Claim

| Riviana | | WINN-DIXIE | | | Invoice |
|---|---|---|---|---|---|
| Invoice Number | Date | Ship-To Location | PO # | Date Received | Amount |
| 700609 | February 14, 2005 | WINN-DIXIE - Jacksonville | 620089 | February 16, 2005 | $ 17,332.20 |
| 700611 | February 14, 2005 | WINN-DIXIE - Pompano Beach | 620078 | February 14, 2005 | $ 7,537.80 |
| 700612 | February 14, 2005 | WINN-DIXIE – Miami | 620085 | February 14, 2005 | $ 5,213.80 |
| 700610 | February 14, 2005 | WINN-DIXIE – Orlando | 620093 | February 14, 2005 | $ 16,640.60 |
| 700596 | February 16, 2005 | WINN-DIXIE – Atlanta | 620079 | February 15, 2005 | $ 4,542.00 |
| 700937 | February 16, 2005 | WINN-DIXIE - Montgomery | 620084 | February 15, 2005 | $ 6,457.80 |
| 701115 | February 17, 2005 | WINN-DIXIE – Orlando | 624159 | February 16, 2005 | $ 8,944.00 |
| 701114 | February 17, 2005 | WINN-DIXIE - Montgomery | 624146 | February 17, 2005 | $ 10,862.70 |
| 701234 | February 18, 2005 | WINN-DIXIE - Jacksonville | 624140 | February 18, 2005 | $ 9,676.87 |
| Total | | | | | $ 87,207.77 |

HOUSTON: 910000.40000: 986937v1