# WINN-DIXIE STORES, INC.
## SERVICE LIST - CASE # 05-11063 (RDD)

**DEBTOR:**
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

**DEBTOR'S ATTORNEY:**
David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-2150
Fax : (917) 777-2150
Email: jbaker@skadden.com

**TRUSTEE:**
Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255
Email: richard.morrissey@usdoj.gov

**40 LARGEST TRADE CREDITORS:**

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
22541 Network Place
Chicago, IL 60673-1225

Pepsico & Subsidiaries
P.O. Box 844700
Dallas, TX 75284-4700

Proctor & Gamble Distributing Co.
P.O. Box 100537
Atlanta, GA 30384-0537

Nestle (Nestle USA, Nestle Purina, Nestle Water)
P.O. Box 277817
Atlanta, GA 30384-7817

**40 LARGEST TRADE CREDITORS CONT.:**

General Mills Inc.
P.O .Box 101412
Atlanta, GA 30392-0001

Unilever (HPC USA & Best Foods)
1 Johns Street
Clinton, CT 06413

Florida Coca-Cola
P.O. Box 30000
Orlando, FL 32891-0001

ConAgra Grocery Products
P.O. Box 409626
Atlanta, GA 30384

Kimberly Clark
P.O. Box 915003
Dallas, TX 75391-5003

McKee Foods Corporation
P.O. Box 2118
Collegedale, TN 37315-2118

Sara Lee Foods
P.O. Box 905466
Charlotte, NC 28290

US Bank Corporation
P.O. Box 790428
St. Louis, MO 63179-0428

Gourmet Award Foods Mid Atlantic
4055 Deerpark Blvd.
Elkton, FL 32033

Good Humor Breyers Ice Cream
P.O. Box 75604
Charlotte, NC 28275-5604

**In re: Winn-Dixie Stores, Inc.**
Case No. 05-11063 (rdd)

Keebler Company
P.O. Box 73451
Chicago, IL 60673-7451

CH Robinson Worldwide Inc.
P.O. Box 9121
Minneapolis, MN 55480-9121

Del Monte Foods USA
1336 Solutions Center
Chicago, IL 60677-1003

Fin Tech
4720 W. Cypress Street
Tampa, FL 33607

Powerhouse Produce LLC
P.O. Box 368
Riverhead, NY 11901

Gillette Company
P.O. Box 100800
Atlanta, GA 30384-0800

Coca-Cola Bottling Works
300 Coca-Cola Road
Charlotte, NC 28275

Schreiber Foods, Inc.
P.O. Box 905008
Charlotte, NC 28290-5008

Campbell Soup Co.
P.O. Box 101407
Atlanta, GA 30392-1407

Georgia Pacific Corp.
P.O. Box 102487
Atlanta, GA 30368-2487

Ross Laboratories
Dept. L-281
Columbus, OH 43260-0001

Clorox Sales Co – KPD
P.O. Box 66123
Charlotte, NC 28275-1754

Kellogg Sales Company
P.O. Box 905193
Charlotte, NC 28290-9051

Johnson & Johnson
P.O. Box 751059
Charlotte, NC 28275

Riverdale Farms
P.O. Box 861093
Orlando, FL 32886-3356

Anderson News LLC
P.O. Box 52570
Knoxville, TN 37950-2570

Safe Harbor Seafood
4371 Ocean Street
Mayport, FL 32233-2417

Louisiana Coca-Cola
1314 Eraste Landry Road
Lafayette, LA 70506

Edy's Grand Ice Cream
P.O. Box 406247
Atlanta, GA 30384-6247

Wyeth Consumer Healthcare
P.O. Box 75296
Charlotte, NC 28275-5296

Warner Lambert Consumer Group
400 West Lincoln Avenue
Lititz, PA 17543

Gerber Products Company
445 State Street
Freemont, MI 49413

Coca-Cola Bottling Co.
300 Coca-Cola Road
Charlotte, NC 28275

**In re: Winn-Dixie Stores, Inc.**
Case No. 05-11063 (rdd)

Sanderson Farms
P.O. Box 988
Laurel, MS  39441-0998

DLJ Produce, Inc.
P.O. Box 2398
West Covina, CA  91793

Schering Plough Health Care
P.O. Box 100373
Atlanta, GA  30384

10 LARGEST INSTITUTIONAL CREDITORS:

Wilmington Trust Company, as Indenture Trustee
Rodney Square North
Wilmington, DE  19890

Capital Research and Management Company
American Funds
333 South Hope Street
Los Angeles, CA  90071

Vanguard Group Incorporated
The Vanguard Group
P.O. Box 2600
Valley Forge, PA  19482

Ameriprime Funds
IMS Capital Management
8995 SE Otty Road
Portland, OR  97266

Reliance Standard Life Insurance Co.
2001 Market Street
Suite 1500
Philadelphia, PA  19103

Fortis Benefits Insurance Company
P.O. Box 3050
Milwaukee, WI  53201

Goodman & Co. Investment Counsel
Scotia Plaza
55th Floor
40 King Street West
Toronto, Ontario M5H 4A9

Wellington Management Co. LLP
Gateway Center Three
100 Mulberry Street
Newark, NJ  07102

Securities Management and Research, Inc.
24500 South Shore Blvd.
Suite 400
League City, TX  77573

Aviva Life Insurance Company
108 Myrtle Street
Newport Office Park
North Quincy, MA  02171

PARTIES REQUESTING NOTICE:

Howard B. Levi
Steven B. Feigenbaum
LEVI LUBARSKY & FEIGENBAUM LLP
845 Third Avenue, 21st Floor
New York, New York 10022
(212) 308-6100
Attorneys for Gehr Florida Development, LLC, TA/Western, LLC, Concord-Fund IV Retail, L.P., Crest Haven, LLC, Flagler Retail Associates, Ltd., and Elston/Leetsdale, LLC

Adam L. Rosen
SCARCELLA ROSEN & SLOME LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, New York 11553
(516) 227-1600
Fax: (516) 227-1601
Email: arosen@srsllp.com

**In re:  Winn-Dixie Stores, Inc.**
Case No.  05-11063 (rdd)

Locke Liddell & Sapp LLP
601 Poydras Street, Suite 2400
New Orleans, LA 70130-6036
Attention: Omer Kuebel III, Esq.
            C. Davin Boldissar, Esq.
Telephone: (504) 558-5110
Fax: (504) 558-5200
Email: dboldissar@lockeliddell.com
       rkuebel@lockeliddell.com
Attorneys for Victory Real Estate Investments, LLC, Victory Investments, Inc., et al.

David L. Pollack
Jeffrey Meyers
Dean C. Waldt
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street – 51st Floor
Philadelphia, PA 19103
(215) 864-8325
(215) 864-9473
Attorneys New Plan Excel Realty Trust, Inc. and Aronov Realty

Janice Stanton
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

David W. Dykhouse
Michael Handler
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
dwdykhouse@pbwt.com,
mhandler@pbwt.com
Attorneys for Hallmark Marketing Corporation

Neal D. Colton
David J. Liebman
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2060/2122
(215) 701-2060/2243 (fax)
ncolton@cozen.com
dliebman@cozen.com
Attorneys for The Wackenhut Corporation

James S. Carr, Esq.
Robert L. LeHane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897
Attorneys For Developers Diversified Realty Corp. and Edens & Avant

Peter A. Forgosh, Esq.
Scott A. Zuber, Esq.
PITNEY HARDIN LLP
(Mail to) P.O. Box 1945
Morristown, NJ 07962-1945
(Deliver to) 200 Campus Drive
Florham Park, NJ  07932-0950
(973) 966-6300
Fax: 973-966-1550
szuber@pitneyhardin.com

- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800
Attorneys For Cardinal Health

**In re:  Winn-Dixie Stores, Inc.**
Case No.  05-11063 (rdd)

Joseph D. Frank
Micah R. Krohn
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
Attorneys for Bottling Group LLC d/b/a
The Pepsi Bottling Group;
PepsiAmericas, Inc.; Western Union
Financial Services, Inc.; and Integrated
Payment Systems Inc.

Richard W. Ward
2527 Fairmount St.
Dallas, TX 75201
Telephone: 214-220-2402
Fax: 214-871-2682
Attorney For Dr Pepper/Seven Up, Inc.,
Mott's LLP; And Cadbury Adams USA
LLC

Neil E. Herman
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6669
Telecopy: (212) 309-6001
E-Mail: nherman@morganlewis.com
Attorneys for Kimco Realty Corporation

Paul Traub, Esq.
Wendy Marcari, Esq.
Traub, Bonacquist & Fox LLP
655 Third Avenue - 21st Floor
New York, New York 10017
Tel. (212) 476-4777
Fax. (212) 476-4787
E-mail: dbr@tbfesq.com
-and-

Leggett R. Bradford, Esq.
Allman Spry Leggett & Crumpler, P.A.
380 Knollwood Street-Suite 700
Winston-Salem, NC 27113-5129
Tel. (336) 722-2300
Fax. (336) 721-0414
E-mail: rbleggett@allmanspry.com
Co-Counsel for Krispy Kreme Doughnuts
Corporation

W. Clark Watson
Eric T. Ray
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
Telephone (205) 251-8100
Facsimile (205) 226-8799
Email: cwatson@balch.com
Email: eray@balch.com
*Street Address*
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama
Attorneys for Alabama Power Company

Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022-1906
Attn: Laurence May, Esq.
Rick A. Steinberg, Esq.
Tel: (212) 752-8000
Fax: (212) 752-8393
Attorneys for Liberty Mutual Insurance
Company

KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598
Attn: Richard G. Smolev
Attn: Keith R. Murphy
Email: rsmolev@kayescholer.com
Email: kmurphy@kayescholer.com
Counsel for BAL Global Finance, LLC
f/k/a/ Fleet Business Credit, LLC

**In re: Winn-Dixie Stores, Inc.**
Case No. 05-11063 (rdd)

HOUSTON: 910000.40000: 987468v1

Patrick L. Huffstickler
Cox Smith Matthews Incorporated
112 E. Pecan, Suite 1800
San Antonio, Texas 78205 (210) 554-5500
(210) 226-8395 (Fax)
plhuffst@coxsmith.com (E-Mail)
Counsel for Sirius Computer Solutions

Michael S. Held, Esq.
JENKENS & GILCHRIST, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799
Telephone: (214) 855-4500
Telecopy: (214) 855-4300
Attorneys For W.D. Marianna Portfolio,
L.P., W.D. Milton Portfolio, L.P., and
W.D. Florence Portfolio, L.P.

Earle I. Erman
ERMAN, TEICHER, MILLER
ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
Attorneys for Computer Leasing
Company of Michigan, Inc.

CONRAD K. CHIU
Pitney Hardin LLP
7 Times Square
New York, New York 10036
Telephone: (212) 297-5811
Facsimile: (212) 682-3485
E-mail: cchiu@pitneyhardin.com
Attorneys for Diversified Maintenance
Systems, Inc.

Henry A. Efroymson
Mark A. Bogdanowicz
ICE MILLER
One American Square, Box 82001
Indianapolis Indiana 46282-0002
(317) 236-2100
Attorneys for Eagle Creek Commercial
Company, Inc. and Faison-Waterford
Lakes Village Limited Partnership

Robert J. Dehney
Eric D. Schwartz
Morris, Nichols, Arsht and Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
(302) 658-3989
Attorneys for Kemor Properties, Inc.

Fred B. Ringel
ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.
1345 Avenue of the Americas
New York, New York 10105
(212) 586-4050
Attorneys for MFR Properties LLC

Andrew C. Kassner
DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Attorneys for Carthage Cup, L.P.

Reginald A. Greene
BellSouth
675 West Peachtree Street NE, Suite 4300
Atlanta, Georgia 30375
Telephone: (404) 335-0761
Facsimile: (404) 614-4054
Attorney for BellSouth
Telecommunications, Inc.; BellSouth
Business Systems, Inc.; BellSouth
Communications Systems, LLC; and
BellSouth Long Distance, Inc.

<u>In re: Winn-Dixie Stores, Inc.</u>
Case No. 05-11063 (rdd)

Robert L. Holladay, Jr.
YoungWilliams P.A.
P.O. Box 23059
Jackson, MS 39225-3059
(601) 948-6100
Attorneys for Cal-Maine Foods, Inc.

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelley D. Rucker
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402-2289
Tel. (423) 756-6600
Fax (423) 785-8480
Attorneys for Coca-Cola Enterprises Inc.

Rudi R. Grueneberg, Esquire
Grueneberg Law Group, LLC
704 East Main Street, Building "E"
Moorestown, NJ 08057
(856) 235-6710 / Telephone
(856) 235-6898 / Telefax
Attorneys for Southeast Provisions, L.L.C.
and Dietz & Watson, Inc.

Richard S. Miller
GREENBERG TRAURIG, P.A.
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

   -   and –

GREENBERG TRAURIG, P.A.
Mark D. Bloom, Esq.
1221 Brickell Avenue
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717
Attorneys for Equity One, Inc.
and its subsidiaries

**In re: Winn-Dixie Stores, Inc.**
Case No. 05-11063 (rdd)