<h1 align="center">MACCO & STERN, LLP</h1>

Attorneys At Law<br>
135 Pinelawn Road<br>
Suite 120 South<br>
Melville, New York 11747<br>
www.maccosternlaw.com



Michael J. Macco  
Richard L. Stern  

Telephone (631) 549-7900  
Facsimile (631) 549-7845

Vincent Cuocci

February 25, 2005

**VIA OVERNIGHT MAIL**

David J. Baker, Esq.  
Skadden Arps Slate Meagher & Flom, LLP  
Four Times Square  
New York, NY 10036

RE: American Food Distributors Inc. Reclamation Demand/Winn-Dixie Stores Inc.  
    Bankruptcy Case No.: 05-11063-rdd

Dear Mr. Baker:

Please be advised that the undersigned represents American Food Distributors Inc.

In compliance with Section 546 of the Bankruptcy Code, this letter shall constitute a reclamation demand upon Winn-Dixie Stores Inc. ("Debtor") in the amount of $134,737.65 with respect to goods sold and delivered by American Food Distributors Inc. to the debtor as reflected on the attached invoices.

Please immediately advise with respect to the position of the debtor concerning this reclamation demand.

Thank you for your immediate attention to this matter.

Very truly yours,

Richard L. Stern

RLS:jh  
cc: Winn-Dixie Stores Inc. via overnight mail  
    Office of the U.S. Trustee via overnight mail  
    Attn: Richard C. Morrissey  
    Clerk U.S. Bankruptcy Court  
    All parties who have filed notices of appearance in the case by  
    Regular mail  
    American Food Distributors Inc.