NOTES/COMMENTS:

PLEASE SEE ATTACHED THE COPIES OF THE WINN DIXIE INVOICES:

| INVOICE # | WINN DIXIE PO# | DELIVERY DATE | AMOUNT |
|---|---|---|---|
| 43132 | 619516 | 2/15/05 | $15024.45 |
| 43138 | 619511 | 2/17/05 | 2870.00 |
| 43133 | 619512 | 2/17/05 | 17220.00 |
| 43077 | 616575 | 2/18/05 | 7722.00 |
| 43137 | 619526 | 2/18/05 | 17220.00 |
| 43129 | 619509 | 2/18/05 | 31570.00 |
| 43136 | 619517 | 2/18/05 | 17220.00 |
| 43266 | 628330 | 2/21/05 | 25891.20 |

TOTAL AMOUNT DUE $134737.65

# INVOICE

American Food Distributors, Inc.
NW 5420
PO Box 1450
Minneapolis, MN 55485-5420

| INVOICE DATE | OUR ORDER NO | YOUR ORDER NO | TERMS | SALESPERSON |
|---|---|---|---|---|
| 02/22/05 | 43130 | 619515 | NET 10 DAYS | RM |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 350 | 31000-11001 | 12/18 OZ BANQ X FRD CHICKEN DINNER | 14.35 | 5022.50 |
| 350 | 31000-11005 | 12/19 OZ BANQ X SALISBURY STK DINN | 14.35 | 5022.50 |
| 198 | 31000-11009 | 12/15.25 BQT HEARTY PORK RIBLET | 14.35 | 2841.30 |
| 149 | 31000-11010 | 12/18.65 BQT CHICKEN FRIED STEAK | 14.35 | 2138.15 |

TOTAL 15024.45

THANK YOU

# INVOICE

**American Food Distributors, Inc.**
NW 5420
PO Box 1450
Minneapolis, MN 55485-5420

1-800-338-88...
Fax (831) 864-...

INVOICE NO: 43128

Bill To:
[illegible]
JACKS[ON]...

Ship to:
WIN DIXIE
... FULTON AVE
ATLANTA GA 303...

| INVOICE DATE | OUR ORDER NO | YOUR ORDER NO | TERMS | SALESPERSON |
|---|---|---|---|---|
| 12/22/05 | 43128 | 619511 | NET 10 DAYS | BM |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 100 | 31000-11001 12/18 OZ BANQ X FRD CHICKEN DINNER | 14.35 | 1435.00 |
| 100 | 31000-11005 12/19 OZ BANQ X SALISBURY STK DINN | 14.35 | 1435.00 |
| | TOTAL | | 2870.00 |

THANK YOU

# INVOICE

American Food Distributors, Inc.
NW 5420
PO Box 1450
Minneapolis, MN 55485-5420

1-800-338-8818
Fax (631) 864-0165

INVOICE NO. 43183

Received 3-17-05

**BILL TO:**
WINN DIXIE
P.O. BOX #05956
JACKSONVILLE, FL 32203

**SHIP TO:**
WINN DIXIE
15500 BEAVER ST
JACKSONVILLE, FL 32234

| INVOICE DATE | OUR ORDER NO | YOUR ORDER NO | TERMS | SALESPERSON |
|---|---|---|---|---|
| 02/17/05 | 43130 | 619512 | NET 10 DAYS | BM |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 350 | 31000-11001 | 12/18 OZ BANQ X FRD CHICKEN DINNER | 14.35 | 5022.50 |
| 350 | 31000-11005 | 12/19 OZ BANQ X SALISBURY STK DINN | 14.35 | 5022.50 |
| 350 | 31000-11009 | 12/15.25 BQT HEARTY PORK RIBLET | 14.35 | 5022.50 |
| 150 | 31000-11010 | 12/18.65 BQT CHICKEN FRIED STEAK | 14.35 | 2152.50 |

THANK YOU

TOTAL  17220.00

# INVOICE

American Food Distributors, Inc.
NW 5420
PO Box 1450
Minneapolis, MN 55485-5420

| INVOICE DATE | OUR ORDER NO | YOUR ORDER NO | TERMS | SALESPERSON |
|---|---|---|---|---|
| 2/22/05 | 43076 | 616575 | NET 10 DAYS | BM |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 540 | 50200-01247 | 4/128OZ SUNNY DELIGHT CAL STYLE | 7.15 | 3861.00 |
| 540 | 50200-01246 | 4/128OZ SUNNY DELIGHT CITRUS PUNC | 7.15 | 3861.00 |

THANK YOU

TOTAL: 7722.00

American Food Distributors, Inc.
NW 5420
PO Box 1450
Minneapolis, MN 55485-5420

1-800-338-88..
Fax (631) 864-....



**INVOICE**

INVOICE NO. 43134

BILL TO: WINN DIXIE
PO BOX ...
JACKSONVILLE...

...DIXIE
...JACKSON FERRY RD
MONTGOMERY, AL 36...

| INVOICE DATE | OUR ORDER NO | YOUR ORDER NO | TERMS | SALESPERSON |
|---|---|---|---|---|
| 02/22/05 | 43134 | 619526 | NET 10 DAYS | BM |

| QUANTITY | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 350 | 31000-11001 | 12/18 OZ | BANQ X FRD CHICKEN DINNER | 14.35 | 5022.50 |
| 450 | 31000-11005 | 12/19 OZ | BANQ X SALISBURY STK DINN | 14.35 | 6457.50 |
| 250 | 31000-11009 | 12/15.25 | BQT HEARTY PORK RIBLET | 14.35 | 3587.50 |
| 150 | 31000-11010 | 12/18.65 | BQT CHICKEN FRIED STEAK | 14.35 | 2152.50 |

THANK YOU

TOTAL  17220.00



**INVOICE**

American Food Distributors, Inc.
NW 5420
PO Box 1450
Minneapolis, MN 55485-5420

1-800-338-88..
Fax (831) 864-....

INVOICE NO. 43128

| INVOICE DATE | OUR ORDER NO. | YOUR ORDER NO. | TERMS | SALESPERSON |
|---|---|---|---|---|
| 12/22/05 | 43128 | 619509 | NET 10 DAYS | BM |

| QUANTITY | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 700 | 31000-11001 | 12/18 OZ | BANQ X FRD CHICKEN DINNER | 14.35 | 10045.00 |
| 650 | 31000-11005 | 12/19 OZ | BANQ X SALISBURY STK DINN | 14.35 | 9327.50 |
| 450 | 31000-11009 | 12/15.25 | BQT HEARTY PORK RIBLET | 14.35 | 6457.50 |
| 400 | 31000-11010 | 12/18.65 | BQT CHICKEN FRIED STEAK | 14.35 | 5740.00 |

THANK YOU

TOTAL  31570.00

# INVOICE

American Food Distributors, Inc.
NW 5420
PO Box 1450
Minneapolis, MN  55485-5420

1-800-338-881.
Fax (631) 864-0165

INVOICE NO.

BILL TO:

WINN DIXIE
P.O. BOX
JACKSONVILLE

SHIP TO:

WINN DIXIE
725 HIGHWAY 190 WEST
HAMMOND, LA 70401

| INVOICE DATE | OUR ORDER NO | YOUR ORDER NO | TERMS | SALESPERSON |
|---|---|---|---|---|
| 12/22/05 | 43134 | 619517 | NET 10 DAYS | BM |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 350 | 31000-11001 | 12/18 OZ BANQ X FRD CHICKEN DINNER | 14.35 | 5022.50 |
| 450 | 31000-11005 | 12/19 OZ BANQ X SALISBURY STK DINN | 14.35 | 6457.50 |
| 250 | 31000-11009 | 12/15.25 BQT HEARTY PORK RIBLET | 14.35 | 3587.50 |
| 150 | 31000-11010 | 12/18.65 BQT CHICKEN FRIED STEAK | 14.35 | 2152.50 |

THANK YOU

TOTAL  17220.00

# INVOICE

American Food Distributors, Inc.
NW 5420
PO Box 1450
Minneapolis, MN 55485-5420

1-800-336-8818
Fax (631) 864-0165

INVOICE NO: 43265

BILL TO:
WINN DIXIE
JACKSONVILLE FL

SHIP TO:
WINN DIXIE
SANFORD RD
ORLANDO FL 32805

| INVOICE DATE | OUR ORDER NO | YOUR ORDER NO | TERMS | SALESPERSON |
|---|---|---|---|---|
| 02/22/05 | 43265 | 628330 | NET 10 DAYS | BM |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 480 | 42800-10700 | 12/10.9Z TOTINO SUPREME PARTY PIZZ | 8.99 | 4315.20 |
| 240 | 42800-11100 | 12/10.8Z TOTINO PRTY PIZZA SAUSAGE | 8.99 | 2157.60 |
| 300 | 42800-11200 | 12/10.9O TOTINOS PRTY PIZZA-HAMB | 8.99 | 2697.00 |
| 1080 | 42800-11400 | 12/10.2Z TOTINO P PIZZA PEPPERONI | 8.99 | 9709.20 |
| 780 | 42800-11600 | 12/10.7Z TOTINO P PIZZA COMBINATON | 8.99 | 7012.20 |