**05-11063-rdd** Winn-Dixie Stores, Inc.
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Robert D. Drain
**Date filed:** 02/21/2005 **Date of last filing:** 03/01/2005

# Parties

**40/86 Advisors, Inc.**
*Added: 02/28/2005*
*(Unknown)*

represented by

**Gregory J. Seketa**
40|86 Advisorts Inc.
535 N. College Drive
Carmel, IN 46032
(317) 817-2794
(317) 817-4115 (fax)
franklin.berg@4086.com
*Assigned: 02/28/05*

**Airgas Inc.**
*Added: 02/24/2005*
*(Creditor)*

represented by

**Kathleen M. Miller**
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899
(302) 652-8400
(303) 652-8405 (fax)
kmm@skfdelaware.com
*Assigned: 02/24/05*

**Alabama Power Company**
c/o Eric T. Ray
Balch & Bingham
P. O. Box 306
Birmingham, AL 35201
205-226-3457
205-488-5845 (fax)
eray@balch.com
*Added: 02/23/2005*
*(Creditor)*

represented by

**Eric T. Ray**
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 2600
P.O. Box 306
Birmingham, AL 35201-0306
(205) 226-3457
(205) 488-5845 (fax)
eray@balch.com
*Assigned: 03/01/05*

**American Food Distributors Inc.**
c /o Macco & Stern, LLP
135 Pinelawn Road
Suite 120 S
Melville, NY 11747
*Added: 02/25/2005*
*(Creditor)*

**Aronov Realty**
*Added: 02/22/2005*
*(Creditor)*

represented by

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103
(215) 864-8325
(215) 864-9473 (fax)

| Party | | Represented By |
|---|---|---|
| **BAL Global Finance, LLC**<br>Added: 02/24/2005<br>(Unknown) | represented by | pollack@ballardspahr.com<br>*Assigned: 02/22/05*<br><br>**Richard G. Smolev**<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000<br>(212) 836-7157 (fax)<br>rsmolev@kayescholer.com<br>*Assigned: 02/24/05* |
| **Belco Distributors**<br>100 Adams Blvd<br>Farmingdale, NY 11735<br>Added: 02/28/2005<br>(Unknown) | represented by | **Avrum J. Rosen**<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743<br>(631) 423-8527<br>(631) 423-4536 (fax)<br>arosen@avrumrosenlaw.com<br>*Assigned: 02/28/05* |
| **BellSouth**<br>675 West Peachtree St<br>Suite 4300<br>Atlanta, GA 30375<br>404-335-0761<br>404-614-4054 (fax)<br>reginald.greene@bellsouth.com<br>Tax id: 58-1533433<br>Added: 02/27/2005<br>(Creditor) | represented by | **Reginald A. Greene**<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375<br>(404) 335-0761<br>(404) 614-4054 (fax)<br>reginald.greene@bellsouth.com<br>*Assigned: 02/27/05* |
| **Bottling Group LLC, d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems, Inc.**<br>Added: 02/28/2005<br>(Creditor) | represented by | **Bruce S. Nathan**<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020<br>(212) 204-8686<br>(212) 422-6851 (fax)<br>bnathan@lowenstein.com<br>*Assigned: 02/28/05* |
| **Buffalo Rock Company**<br>c/o Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br>(205) 251-3000<br>(205) 458-5100 (fax)<br>Added: 02/28/2005<br>(Creditor) | represented by | **Derek F. Meek**<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br>(205) 458-5471<br>(205) 244-5679 (fax)<br>dmeek@burr.com<br>*Assigned: 02/28/05* |

**Cadbury Adams USA LLC**
Added: 02/23/2005
(Creditor)

represented by

**Robert B. Rubin**
Burr & Forman LLP
420 Twentieth Street North
Birmingham, AL 35023
(205) 458-5351
(205) 458-5100 (fax)
brubin@burr.com
Assigned: 02/28/05

**Richard Whitney Ward**
2527 Fairmount Street
Dallas, TX 75024
(214) 220-2402
(214) 871-2682 (fax)
rwward@airmail.net
Assigned: 02/23/05

**Cal-Maine Foods, Inc.**
3320 Woodrow Wilson Drive
PO Box 2960
Jackson, MS 39207
601.948.6100
Robert.Holladay@youngwilliams.com

Tax id: 640500378
Added: 02/25/2005
(Creditor)

represented by

**Robert L. Holladay, Jr.**
YoungWilliams P.A.
210 E. Capitol Street
Suite 2000
Jackson, MS 39201
(601) 948-6100
(601) 355-6136 (fax)
robert.holladay@youngwilliams.com
Assigned: 02/25/05

**Cal-Maine Foods, Inc.**
3320 Woodrow Wilson Drive
PO Box 2960
Jackson, MS 39207
601.948.6100
Robert.Holladay@youngwilliams.com

Tax id: 640500378
Added: 02/28/2005
(Unknown)

represented by

**Robert L. Holladay, Jr.**
YoungWilliams P.A.
210 E. Capitol Street
Suite 2000
Jackson, MS 39201
(601) 948-6100
(601) 355-6136 (fax)
robert.holladay@youngwilliams.com
Assigned: 02/28/05

**Cardinal Health**
Scott A. Zuber, Esq.
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962-1945
(973) 966-6300
(973) 966-1550 (fax)
szuber@pitneyhardin.com
Added: 02/23/2005
(Creditor)

represented by

**Scott A. Zuber**
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950
(973) 966-6300
(973) 966-1550 (fax)
szuber@pitneyhardin.com
Assigned: 02/23/05

**Carthage Cup, L.P.**

**Andrew C. Kassner**

| | | |
|---|---|---|
| *Added: 02/28/2005*<br>*(Creditor)* | represented by | Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2554<br>(215) 988-2757 (fax)<br>kassneac@dbr.com<br>*Assigned: 02/28/05* |
| **Coca-Cola Bottling Company United, Inc.**<br>c/o Danielle K. Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Ave. North<br>Birmingham, AL 35203<br>205-521-8373<br>205-488-6373 (fax)<br>dgreco@bradleyarant.com<br>*Added: 02/27/2005*<br>*(Creditor)* | represented by | **Danielle K. Greco**<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>(205) 521-8373<br>(205) 488-6373 (fax)<br>dgreco@bradleyarant.com<br>*Assigned: 02/27/05* |
| **Coca-Cola Enterprises, Inc.**<br>832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402<br>423-756-6600<br>423-785-8480 (fax)<br>*Added: 02/25/2005*<br>*(Creditor)* | represented by | **Shelly D. Rucker**<br>Miller & Martin LLP<br>1000 Volunteer Building<br>832 Georgia Avenue,<br>Chattanooga, TN 37402-2289<br>423-756-6600<br>(423) 785-8480 (fax)<br>srucker@millermartin.com<br>*Assigned: 02/25/05* |
| **c/o David S. Rubin Community Coffee Company, LLC**<br>Kantrow Spaht Weaver & Blitzer (APLC)<br>P. O. Box 2997<br>Baton Rouge, LA 70821-2997<br>*Added: 02/25/2005*<br>*(Creditor)* | represented by | **David S. Rubin**<br>Kantrow Spaht Weaver & Blitzer<br>P.O. Box 2997<br>Baton Rouge, LA 70821<br>(225) 383-4703<br>(225) 343-0630 (fax)<br>drubin@kswb.com<br>*Assigned: 02/25/05* |
| **Computer Leasing Company of Michigan, Inc.**<br>5150 Palm Valley Road<br>Suite 208<br>Ponte Vedra Beach, FL 32082<br>904-285-2206<br>*Added: 02/24/2005*<br>*(Creditor)* | represented by | **Earle I. Erman**<br>Erman Teicher Miller Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034<br>(248) 827-4100<br>(248) 827-4106 (fax)<br>eerman@ermanteicher.com<br>*Assigned: 02/24/05* |
| **ConAgra Foods, Inc.** | | |