Attention: James J. Niemeier
McGrath North Mullin & Kratz, PC
LLO
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102
402-341-3070
402-341-0216 (fax)
jniemeier@mnmk.com,
awoodard@mnmk.com
*Added: 02/28/2005*
*(Interested Party)*

represented
by

**James J. Niemeier**
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102
(402) 341-3070
(402) 341-0216 (fax)
jniemeier@mnmk.com,awoodard@mnmk.com

*Assigned: 02/28/05*

**Concord-Fund IV Retail, L.P.**
*Added: 02/22/2005*
*(Unknown)*

represented
by

**Walter E. Swearingen**
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022
(212) 308-6100
(212) 308-8830 (fax)
wswearingen@llf-law.com
*Assigned: 02/22/05*

**Contrarian Capital Management,
LLC**
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830
203-862-8200
203-629-1977 (fax)
*Added: 02/22/2005*
*(Unknown)*

**Crest Haven, LLC**
*Added: 02/22/2005*
*(Unknown)*

represented
by

**Walter E. Swearingen**
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022
(212) 308-6100
(212) 308-8830 (fax)
wswearingen@llf-law.com
*Assigned: 02/22/05*

**DIVERSIFIED MAINTENANCE
SYSTEMS, INC.**
Pitney Hardin LLP
7 Times Square
New York,, NY 10036
(212) 297-5800
(212) 916-2940 (fax)
cchiu@pitneyhardin.com

represented
by

**Conrad Chiu**
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017
(212) 297-5800
(212) 682-3485 (fax)
cchiu@phks.com

*Added: 02/24/2005*
*(Creditor)*

*Assigned: 02/24/05*

**Dell Inc.**
*Added: 02/25/2005*
*(Creditor)*

represented by

**Sabrina L. Streusand**
Hughes & Luce, LLP
111 Congress Avenue
Suite 900
Austin, TX 78701
(512) 482-6842
(512) 482-6859 (fax)
streuss@hughesluce.com
*Assigned: 02/25/05*

**Developers Diversified Realty Corp.**
*Added: 02/23/2005*
*(Creditor)*

represented by

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7955
(212) 808-7897 (fax)
jcarr@kelleydrye.com
*Assigned: 02/23/05*

**Discover Financial Services, Inc.**
c/o Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
212-918-3000
212-918-3100 (fax)
*Added: 02/24/2005*
*(Interested Party)*

represented by

**Ira S. Greene**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
(212) 918-3100 (fax)
isgreene@hhlaw.com
*Assigned: 02/24/05*

**Doane Pet Care Company**
210 Westwood Place South, Suite 300
P.O. Box 2487
Brentwood, TN 37027
(615) 373-7774
alewis@doanepetcare.com
*Added: 02/25/2005*
*(Creditor)*

represented by

**Austin L. McMullen**
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203
(615) 252-2307
(615) 252-6307 (fax)
amcmulle@bccb.com
*Assigned: 02/25/05*

**Dr Pepper/Seven Up, Inc.**
*Added: 02/23/2005*
*(Creditor)*

represented by

**Richard Whitney Ward**
2527 Fairmount Street
Dallas, TX 75024
(214) 220-2402
(214) 871-2682 (fax)
rwward@airmail.net
*Assigned: 02/23/05*

**Eagle Creek Commercial Company, Inc.**
*Added: 02/24/2005*

**Henry A. Efroymson**
Ice Miller
One American Square

*(Creditor)*

represented
by

Box 82001
Indianapolis, IN 46282-0200
(317) 236-2397
(317) 592-4643 (fax)
henry.efroymson@icemiller.com
*Assigned: 02/24/05*

**Edens & Avant**
*Added: 02/23/2005*
*(Creditor)*

represented
by

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7955
(212) 808-7897 (fax)
jcarr@kelleydrye.com
*Assigned: 02/23/05*

**Elston/Leetsdale, LLC**
*Added: 02/22/2005*
*(Unknown)*

represented
by

**Walter E. Swearingen**
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022
(212) 308-6100
(212) 308-8830 (fax)
wswearingen@llf-law.com
*Assigned: 02/22/05*

**Equity One, Inc. and its subsidiaries**
*Added: 02/24/2005*
*(Unknown)*

**Faison-Waterford Lakes Village Limited Partnership**
*Added: 02/24/2005*
*(Creditor)*

represented
by

**Henry A. Efroymson**
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200
(317) 236-2397
(317) 592-4643 (fax)
henry.efroymson@icemiller.com
*Assigned: 02/24/05*

**Federal Express Corporation**
*Added: 03/01/2005*
*(Unknown)*

represented
by

**Charles J. Filardi, Jr.**
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436
203-319-4042
203-319-4034 (fax)
cfilardi@pepehazard.com
*Assigned: 03/01/05*

**Flagler Retail Associates, Ltd.**
*Added: 02/22/2005*
*(Unknown)*

**Walter E. Swearingen**
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue

|  | represented by | 21st Floor<br>New York, NY 10022<br>(212) 308-6100<br>(212) 308-8830 (fax)<br>wswearingen@llf-law.com<br>*Assigned: 02/22/05* |
|---|---|---|

**Friendship Dairies, Inc.**
*Added: 02/25/2005*
*(Creditor)*

**Gehr Florida Development, LLC**
*Added: 02/22/2005*
*(Unknown)*

|  | represented by | **Walter E. Swearingen**<br>Levi Lubarsky & Feigenbaum, LLP<br>845 Third Avenue<br>21st Floor<br>New York, NY 10022<br>(212) 308-6100<br>(212) 308-8830 (fax)<br>wswearingen@llf-law.com<br>*Assigned: 02/22/05* |
|---|---|---|

**Georgia Crown Distributing Co.**
100 Georgia Crown Dr.
POBox 308
McDonough, Ga 30253
*Added: 02/24/2005*
*(Creditor)*

|  | represented by | **Lee Champion**<br>Page Scrantom Sprouse Tucker & Ford, P.C<br>1111 Bay Avenue<br>3rd Floor<br>Columbus, GA 31901<br>(706) 243-5634<br>(706) 323-7519 (fax)<br>flc@psstf.com<br>*Assigned: 02/24/05* |
|---|---|---|

**Hallmark Marketing Corporation**
*Added: 02/22/2005*
*(Unknown)*

|  | represented by | **David W. Dykhouse**<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>(212) 336-2850<br>(212) 336-2222 (fax)<br>dwdykhouse@pbwt.com<br>*Assigned: 02/22/05* |
|---|---|---|

**Edwin W. Held**
*Added: 02/28/2005*
*(Unknown)*

|  | represented by | **Edwin W. Held, Jr.**<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207<br>(904) 398-7038<br>(904) 398-4283 (fax)<br>eheld@hilawfirm.com<br>*Assigned: 02/28/05* |
|---|---|---|

**Integrated Payment Systems, Inc.**
Frank/Gecker LLP

**Joseph D. Frank**

325 N. LaSalle Street
Suite 625
Chicago, IL 60610
312-276-1402
312-276-0035 (fax)
jfrank@fgllp.com
*Added: 02/23/2005*
*(Creditor)*

represented by

Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610
(312) 276-1400
(312) 276-0035 (fax)
jfrank@fgllp.com
*Assigned: 02/23/05*

**Kemor Properties, Inc.**
*Added: 02/24/2005*
*(Creditor)*

represented by

**Robert Dehney**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
(302) 658-9200
(302) 658-3989 (fax)
rdehney@mnat.com
*Assigned: 02/24/05*

**Kimco Realty Corporation**
3333 New Hyde Park Road
New Hyde Park, NY 11753
516-869-9000
*Added: 02/23/2005*
*(Creditor)*

represented by

**Neil E. Herman**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
(212) 309-6669
(212) 309-6273 (fax)
Nherman@morganlewis.com
*Assigned: 02/23/05*

**Klement Sausage Company, Inc.**
*Added: 02/28/2005*
*(Creditor)*

represented by

**Ronald Scott Kaniuk**
Taplin & Associates
340 Fifth Avenue
Suite 2418
New York, NY 10118
212-967-0895
212-202-5217 (fax)
rkaniuklaw@aol.com
*Assigned: 02/28/05*

**Krispy Kreme Doughnuts Corporation**
*Added: 02/23/2005*
*(Creditor)*

represented by

**Paul Traub**
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017
(212) 476-4770
(212) 476-4787 (fax)
tbfesq@aol.com
*Assigned: 02/23/05*

**Laura's Lean Beef**
2285 Executive Drive
Suite 200
Lexington, KY 40505

represented

**John P. Brice**
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600