| | | |
|---|---|---|
| (859) 299-7707<br>*Added: 02/24/2005*<br>*(Creditor)* | by | Lexington, KY 40507-1746<br>(859) 233-2012<br>(859) 259-0649 (fax)<br>lexbankruptcy@wyattfirm.com<br>*Assigned: 02/24/05* |
| **Liberty Mutual Insurance Company**<br>*Added: 02/23/2005*<br>*(Creditor)* | represented by | **Laurence May**<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022<br>(212) 752-8000<br>(212) 752-8393 (fax)<br>lmay@angelfrankel.com<br>*Assigned: 02/23/05* |
| | | **Rick A. Steinberg**<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022<br>(212) 752-8000<br>(212) 752-8393 (fax)<br>rsteinberg@angelfrankel.com<br>*Assigned: 02/24/05* |
| **MFR Properties LLC**<br>*Added: 02/24/2005*<br>*(Creditor)* | represented by | **Fred B. Ringel**<br>Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY 10105-0143<br>(212) 586-4050<br>(212) 956-2164 (fax)<br>fringel@pobox.com<br>*Assigned: 02/24/05* |
| **Menu Foods Inc.**<br>*Added: 02/23/2005*<br>*(Creditor)* | represented by | **Chris Lenhart**<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498<br>(612) 752-7313<br>(612) 340-2643 (fax)<br>lenhart.chris@dorseylaw.com<br>*Assigned: 02/23/05* |
| **Merill Lynch, Pierce, Fenner & Smith Incorporated**<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | represented by | **Larren M. Nashelsky**<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>212-468-8000 |

lnashelsky@mofo.com
*Added: 02/28/2005*
*(Unknown)*

**Mott's LLP**
*Added: 02/23/2005*
*(Creditor)*

represented by

212-468-7900 (fax)
lnashelsky@mofo.com
*Assigned: 02/28/05*

**Richard Whitney Ward**
2527 Fairmount Street
Dallas, TX 75024
(214) 220-2402
(214) 871-2682 (fax)
rwward@airmail.net
*Assigned: 02/23/05*

**New Plan Excel Realty Trust, Inc.**
*Added: 02/22/2005*
*(Creditor)*

represented by

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103
(215) 864-8325
(215) 864-9473 (fax)
pollack@ballardspahr.com
*Assigned: 02/22/05*

**Northpoint Trading, Inc.**
*Added: 02/24/2005*
*(Creditor)*

represented by

**Gary Ginsburg**
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006
(212) 269-1000
(212) 635-9302 (fax)
gginsburg@ngmpc.com
*Assigned: 02/24/05*

**PepsiAmericas**
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610
312-276-1402
jfrank@fgllp.com
*Added: 02/23/2005*
*(Creditor)*

represented by

**Joseph D. Frank**
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610
(312) 276-1400
(312) 276-0035 (fax)
jfrank@fgllp.com
*Assigned: 02/23/05*

**Riviana Foods, Inc.**
*Added: 02/24/2005*
*(Creditor)*

represented by

**W. Steven Bryant**
Locke Liddell & Sapp, LLP
600 Travis Street
# 2600
Houston, TX 77002-3095
(713) 226-1489
(713) 223-3717 (fax)
hobankecf@lockeliddell.com
*Assigned: 02/24/05*

**Sirius Computer Solutions, Inc.**
Cox Smith Matthews Incorporated

**Patrick L. Huffstickler**
Cox & Smith Incorporated

| | | |
|---|---|---|
| 112 East Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>(210) 554-5273<br>(210) 226-8395 (fax)<br>plhuffst@coxsmith.com<br>*Added: 02/24/2005*<br>*(Creditor)* | represented by | 112 E. Pecan Street<br>Suite 1800<br>San Antonio, TX 78205<br>(210) 554-5273<br>(210) 226-8395 (fax)<br>plhuffst@coxsmith.com<br>*Assigned: 02/24/05* |
| **Sorrento Lactalis, Inc.**<br>*Added: 02/23/2005*<br>*(Creditor)* | | |
| **Southeast Provisions, LLC**<br>11 Task Industrial Court<br>Greenville, SC 29607<br>856-235-6710<br>856-235-6898 (fax)<br>RRG@RGLawGroup.com<br>Tax id: 20-1661742<br>*Added: 02/25/2005*<br>*(Petition. Cred.)* | represented by | **Rudi R. Grueneberg**<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057<br>(856) 235-6710<br>(856) 235-6898 (fax)<br>rrg@rglawgroup.com<br>*Assigned: 02/25/05* |
| **Southern Wine & Spirits of Florida and Southern Wine & Spirits of South Carolina, Inc.**<br>*Added: 02/28/2005*<br>*(Unknown)* | represented by | **Joseph Thomas Moldovan**<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022-4731<br>(212) 735-8600<br>(212) 735-8708 (fax)<br>bankruptcy@morrisoncohen.com<br>*Assigned: 02/28/05* |
| **TA/Western, LLC**<br>*Added: 02/22/2005*<br>*(Unknown)* | represented by | **Walter E. Swearingen**<br>Levi Lubarsky & Feigenbaum, LLP<br>845 Third Avenue<br>21st Floor<br>New York, NY 10022<br>(212) 308-6100<br>(212) 308-8830 (fax)<br>wswearingen@llf-law.com<br>*Assigned: 02/22/05* |
| **TSO Volusia, LLC**<br>c/o Arnall Golden Gregory LLP<br>J. Hayden Kepner<br>171 17th St. NW<br>Suite 2100<br>Atlanta, GA 30363<br>404-873-8604<br>404-873-8605 (fax)<br>bkrfilings@agg.com<br>*Added: 02/24/2005* | represented by | **Darryl S. Laddin**<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031<br>(404) 873-8120<br>(404) 873-8121 (fax)<br>bkrfilings@agg.com<br>*Assigned: 02/24/05* |

*(Creditor)*

**The Pepsi Bottling Group**
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610
312-276-1402
312-276-0035 (fax)
jfrank@fgllp.com
*Added: 02/23/2005*
*(Creditor)*

represented by

**Joseph D. Frank**
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610
(312) 276-1400
(312) 276-0035 (fax)
jfrank@fgllp.com
*Assigned: 02/23/05*

**The Prudential Insurance Company of America**
*Added: 02/24/2005*
*(Creditor)*

represented by

**Thomas J. Leanse**
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
(310) 788-4400
(310) 788-4471 (fax)
thomas.leanse@kmzr.com
*Assigned: 02/24/05*

**The Wackenhut Corporation**
Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2060
215-701-2060 (fax)
ncolton@cozen.com
*Added: 02/23/2005*
*(Interested Party)*

represented by

**Neal D. Colton**
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103
(215) 665-2060
(215) 701-2060 (fax)
NColton@Cozen.com
*Assigned: 02/23/05*

**Tree of Life, Inc.**
*Added: 02/25/2005*
*(Creditor)*

represented by

**Shawn Randall Fox**
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128
(212) 548-2165
(212) 715-6278 (fax)
sfox@mcguirewoods.com
*Assigned: 02/25/05*

**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
*Added: 02/21/2005*
*(U.S. Trustee)*

represented by

**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
(212) 510-0500
(212) 668-2255 (fax)
richard.morrissey@usdoj.gov
*Assigned: 02/23/05*

| | | |
|---|---|---|
| **Victory Investments, Inc.**<br>*Added: 02/22/2005*<br>*(Creditor)* | represented by | **Adam L. Rosen**<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622<br>(516) 227-1600<br>(516) 227-1601 (fax)<br>mail@srsllp.com<br>*Assigned: 02/22/05* |
| **Victory Real Estate Investments, LLC**<br>*Added: 02/22/2005*<br>*(Creditor)* | represented by | **Adam L. Rosen**<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622<br>(516) 227-1600<br>(516) 227-1601 (fax)<br>mail@srsllp.com<br>*Assigned: 02/22/05* |
| **W.D. MARIANNA PORTFOLIO, LP. W.D. MILTON PORTFOLIO, LP AND W.D. FLORENCE PORTFOLIO, LP.**<br>*Added: 02/24/2005*<br>*(Creditor)* | represented by | **Paul H. Deutch**<br>Jenkens & Gilchrist Parker Chapin LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>(212) 704-6000<br>(212) 704-6137 (fax)<br>pdeutch@jenkens.com<br>*Assigned: 02/24/05* |
| **Wachovia Bank, National Association**<br>*Added: 02/22/2005*<br>*(Unknown)* | | |
| **Western Union Financial Services, Inc.**<br>Frank/Gecker LLP<br>325 N. LaSalle<br>Suite 625<br>Chicago, IL 60610<br>312-276-1402<br>312-276-0035 (fax)<br>jfrank@fgllp.com<br>*Added: 02/23/2005*<br>*(Creditor)* | represented by | **Joseph D. Frank**<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610<br>(312) 276-1400<br>(312) 276-0035 (fax)<br>jfrank@fgllp.com<br>*Assigned: 02/23/05* |
| **Wilmington Trust Company**<br>1100 North Market Street<br>Rodney Square North<br>Wilmington, DE 19890 | represented | **Steven J. Reisman**<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |

(302) 636-6000  
(302) 636-4140 (fax)  
*Added: 02/24/2005*  
*(Creditor)*

by

212-696-6065  
(212) 697-1559 (fax)  
sreisman@cm-p.com  
*Assigned: 02/24/05*

**Winn-Dixie Stores, Inc.**  
5050 Edgewood Court  
Jacksonville, FL 32254-3699  
Tax id: 59-0514290  
*Added: 02/21/2005*  
*(Debtor In Possession)*

represented by

**David J. Baker**  
Skadden Arps Slate Meagher & Flom, LLP  
Four Times Square  
New York, NY 10036  
(212) 735-2150  
(917) 777-2150 (fax)  
jbaker@skadden.com  
*Assigned: 02/21/05*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/01/2005 15:16:03 | | | |
| PACER Login: | rs1157 | Client Code: | |
| Description: | Party List | Search Criteria: | 05-11063-rdd |
| Billable Pages: | 6 | Cost: | 0.48 |