UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x  Chapter 11
:
In re                                                      :  Case No. 05-11063
:
:  (Jointly Administered)
WINN-DIXIE STORES, INC., *et al.,*                         :
:
Debtors.                                   x
----------------------------------------------------------

### NOTICE OF DEMAND FOR RECLAMATION
### BY METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC

PLEASE TAKE NOTICE that on February 25, 2005, pursuant to 11 U.S.C. 546(c), Metro-Goldwyn-Mayer Home Entertainment LLC served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie"). A copy of that written demand (not including the approximately 1,380 separate invoices that were attached to the original demand that was served on Winn-Dixie) is attached hereto.

Dated: New York, New York
       February 28, 2005

                                                                                      FINKEL GOLDSTEIN BERZOW
                                                                                      ROSENBLOOM & NASH, LLP
            26 Broadway, Suite 711
            New York, New York 10004
            Tel  (212) 344-2929
            Fax  (212) 422-6836

By: */s/ Neal M. Rosenbloom*
    NEAL M. ROSENBLOOM (NMR 5465)
    A Member of the Firm