Carolyn Hochstadter Dicker (CD-3987)
Morton R. Branzburg
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA  19102
(215) 568-6060 (Telephone)
(215) 568-6603 (Facsimile)
Attorneys for Hershey Foods Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for Hershey Foods Corporation, a creditor and party-in-interest in the above-captioned case, and pursuant to the Federal Rules of Bankruptcy Procedure hereby demands that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon the undersigned at the address of its counsel as set forth below:

> Morton R. Branzburg, Esquire
> KLEHR, HARRISON, HARVEY,
> BRANZBURG & ELLERS LLP
> 260 South Broad St., 5th Floor
> Philadelphia, PA  19102

PLEASE TAKE NOTICE that to the extent this is a case under Chapter 11 of the Bankruptcy Code, pursuant to 11 U.S.C. §1109(b), the foregoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together

with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect any of the above-captioned debtors or their property.

PLEASE TAKE FURTHER NOTICE that Hershey Foods Corporation does not intend for this notice of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of Hershey Foods Corporation to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by the District Court, (2) the right of Hershey Foods Corporation to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Hershey Foods Corporation to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Hershey Foods Corporation is or may be entitled.

DATED:  March 1, 2005

KLEHR, HARRISON, HARVEY
  BRANZBURG & ELLERS LLP
260 South Broad Street
Philadelphia, PA  19102

By: _____/s/_____
Carolyn Hochstadter Dicker, Esquire
  (CD 3987)
Counsel for Hershey Foods Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____: | | |

## CERTIFICATE OF SERVICE

I, Carolyn Hochstadter Dicker, Of Counsel at Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby certify that on March 1, 2005, I caused a true and correct copy of the Notice of Appearance and Request for Service of Papers to be served on all parties on the attached service list by first-class mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  March 1, 2005                      _____/s/_____
                                                                Carolyn Hochstadter Dicker

PHIL1 614160-1

**SERVICE LIST**

<u>Counsel for the Debtors</u>:
David J. Baker, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

<u>Office of the United States Trustee</u>:
Richard C. Morrissey
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

PHIL1 614160-1