ROETZEL & ANDRESS
1375 East Ninth Street,
One Cleveland Center, 9th Floor
Cleveland, Ohio 44115
(216) 696-0150
Diana M. Thimmig

Attorneys for Chester Dix

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WINN-DIXIE STORES, INC., et al.,

          Debtors

Chapter 11

Case No. 05-11063 (RDD)
(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appears for Chester Dix Jeffersontown Corp., Chester Dix Alexandria Corp., Chester Dix Fort Corp., Chester Dix Pikeville Corp., Chester Dix Florence Corp., Chester Dix Newman Corp., Chester Dix Hurst Corp., Chester Dix Lake Corp., Chester Dix Williston Corp., Chester Dix Crawfordville Corp., Chester Dix Crescent Corp., Chester Dix Wauchula Corp., and Chester Dix LaBelle Corp., (collectively referred to as "Chester Dix"), and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

    Diana M. Thimmig, Esq.
    ROETZEL & ANDRESS
    1375 East Ninth Street,
    One Cleveland Center, 9th Floor
    Cleveland, Ohio 44115
    Direct phone: (216) 696-7078
    Telecopy: (216) 623-0134
    E-Mail: *dthimmig@ralaw.com*

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Chester Dix is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Cleveland, Ohio
March 1, 2005

**ROETZEL & ANDRESS**

Attorneys for Chester Dix

/s/ Diana M. Thimmig
By: Diana M. Thimmig, Esq.
ROETZEL & ANDRESS
1375 East Ninth Street,
One Cleveland Center, 9th Floor
Cleveland, Ohio 44115
Direct phone: (216) 696-7078
Telecopy: (216) 623-0134
E-Mail: *dthimmig@ralaw.com*

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Appearance and Request for Service* was served via first class U.S. mail, this 1<u>st</u> day of March, 2005 to:

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036

United States Trustee
33 Whitehall Street 21st Floor
New York, NY 10004

/s/Diana M. Thimmig
*Attorney Chester Dix*

204621.1.111909.0004