ROETZEL & ANDRESS
1375 East Ninth Street,
One Cleveland Center, 9th Floor
Cleveland, Ohio 44115
(216) 696-0150
Diana M. Thimmig, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

In re:

WINN-DIXIE STORES INC., *et al*
                    **Debtors.**

**Chapter 11**
**Case No. 05-11063 (RDD)**
**(Jointly Administered)**

_____x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Diana M. Thimmig, am admitted to the United States Supreme Court, Ohio Supreme Court, the Sixth Circuit Court of Appeals, Third Circuit Court of Appeals, the District Court for Northern District of Ohio, the Western District of Pennsylvania and the Middle District of Michigan, and am member in good standing of the bar of the State of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent, Chester Dix Jeffersontown Corp., Chester Dix Alexandria Corp., Chester Dix Fort Corp., Chester Dix Pikeville Corp., Chester Dix Florence Corp., Chester Dix Newman Corp., Chester Dix Hurst Corp., Chester Dix Lake Corp., Chester Dix Williston Corp., Chester Dix Crawfordville Corp., Chester Dix Crescent Corp., Chester Dix Wauchula Corp., and Chester Dix LaBelle Corp., (collectively referred to as "Chester Dix")in the above-referenced cases. My contact information is as follows:

    Diana M. Thimmig, Esq.
    ROETZEL & ANDRESS
    1375 East Ninth Street,
    One Cleveland Center, 9th Floor
    Cleveland, Ohio 44115
    Direct phone: (216) 696-7078
    Telecopy: (216) 623-0134
    E-Mail: *dthimmig@ralaw.com*

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: March 1, 2005
       Cleveland, Ohio

                                      /s/ Diana M. Thimmig
                                      By: Diana M. Thimmig, Esq.
                                      ROETZEL & ANDRESS
                                      1375 East Ninth Street,
                                      One Cleveland Center, 9th Floor
                                      Cleveland, Ohio 44115
                                      Direct phone: (216) 696-7078
                                      Telecopy: (216) 623-0134
                                      E-Mail: *dthimmig@ralaw.com*

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion was served via first class U.S. mail, this 1<u>st</u> day of March, 2005 to:

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036

United States Trustee
33 Whitehall Street 21st Floor
New York, NY 10004

                                                  /s/Diana M. Thimmig
                                                  *Attorney Chester Dix*

**ORDERED,** that Diana M. Thimmig is admitted to practice, *pro hoc vice,* in the above-referenced cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____ 2005
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

204622.1.111909.0004