UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              Chapter 11

WINN-DIXIE STORES, INC., *et al.*,                  Case No. 05-11063

                                                          (Jointly Administered)

             Debtor.              **CERTIFICATE OF SERVICE**
-----------------------------------------------------------x

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF NEW YORK )

    ELIZABETH PARKER, hereby certifies as follows:

    1.    I am not a party to the action, am over 18 years of age and reside at New York, New York.

    2.    On March 1, 2005, I served the within Notice of Demand for Reclamation by Metro-Goldwyn-Mayer Home Entertainment LLC by regular mail, addressed to:

                         Skadden Arps Slate Meagher & Flom LLP
                         4 Times Square
                         New York, New York 10036

                         U. S. Trustee
                         33 Whitehall Street
                         New York, New York 10004

Dated: New York, New York
       March 1, 2005

                                                        */s/ Elizabeth Parker*
                                                        ELIZABETH PARKER