HUGHES HUBBARD & REED LLP
Daniel S. Lubell (DL-7932)
Jeffrey S. Margolin (JM-4853)
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Counsel for FPL Food LLC d/b/a Shapiro Packing Company, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| WINN-DIXIE STORES, INC. et al., | Case No. 05-11063 |
|  | (Jointly Administered) |
| Debtors. |  |

## NOTICE OF DEMAND FOR RECLAMATION

FPL Food LLC d/b/a Shapiro Packing Company, Inc. ("FPL Food"), by its undersigned counsel, hereby provides notice of its demand for reclamation, pursuant to section 546(c) of the Bankrupcy Code, Section 2-702 of the Uniform Commercial Code, and any other statutory or common law rights, of all of the goods identified in the correspondence and invoices annexed hereto as Exhibit A. The total amount of this reclamation is $295,592.30.

Dated: New York, New York
       March 1, 2005

                                              Respectfully submitted,

                                              HUGHES HUBBARD & REED LLP

                                              By: _____
                                                  Daniel S. Lubell (DL-7932)
                                                  Jeffrey S. Margolin (JM-4853)
                                                  One Battery Park Plaza
                                                  New York, New York 10004
                                                  (212) 837-6000

                                              Counsel for FPL Foods LLC d/b/a Shapiro
                                              Packing Company, Inc.

# EXHIBIT A



d/b/a Shapiro Packing Company, Inc.

March 1, 2005

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Winn-Dixie
Attn: Accounts Payable
P.O. Box 40043
Jacksonville, Florida 32203-0595

Re:  **NOTICE AND DEMAND FOR RECLAMATION**

Dear Sir or Madam:

    We understand that Winn-Dixie Stores, Inc. ("Winn-Dixie") and approximately 24 related entities were insolvent and filed petitions under Chapter 11 of the Federal Bankruptcy Code on or about February 21, 2005. This Notice is addressed to Winn-Dixie and all affiliated entities as may have received delivery or come into possession of goods listed below purchased on credit from the undersigned, including the Winn-Dixie entities at the locations set forth on the attached Invoices.

    Pursuant to Section 2-702 of the Uniform Commercial Code, Section 546(c) of the Bankruptcy Code, and other statutory or common law rights, FPL Food LLC d/b/a Shapiro Packing Company, Inc. hereby reclaims all of the goods or proceeds therefrom received by you on or within the 10 day period commencing on February 11, 2005 and ending on February 21, 2005 (the "Reclamation Period"). The goods reclaimed, further described in the Invoices attached hereto, include without limitation the following:

| Invoice Number | Product/Quantity (lbs.) | Value of Goods |
|---|---|---|
| 89388 | Beef Chub (80 lb box) – 36,180.75 lbs | $51,014.86 |
| 89390 | Chuck Chub – 30,219.95 lbs | $48,351.92 |

NY Reclamation Letter

1301 New Savannah Road  ·  Augusta, GA 30901  ·  706.722.2694  ·  Fax: 706.722.2259

PAGE.02

| Invoice Number | Product/Quantity (lbs.) | Value of Goods |
|---|---|---|
| 89397 | Beef Chub (80 lb box) – 9,057.65 lbs<br>Round Chub - 4,010.05 lbs<br>Chuck Chub – 10,762.30 lbs<br>Beef Chub – 4,027.05 lbs<br>Sirloin Chub – 2,430.25 lbs | $49,013.65 |
| 89398 | Round Chub - 7,204.90 lbs | $12,320.38 |
| 89399 | Beef Chub (80 lb box) – 20,040.50 lbs<br>Chuck Chub – 14,461.35 lbs<br>Beef Chub – 5,540.20 lbs<br>Sirloin Chub – 1,819.20 lbs | $64,755.90 |
| 89400 | Round Chub – 12,064.10 lbs<br>Beef Chub – 7,155.25 lbs<br>Sirloin Chub – 4,061.85 lbs | $42,872.02 |
| 89560 | Round Chub – 3,984.15 lbs<br>Sirloin Chub – 3,958.95 lbs<br>Beef Chub – 6,031.70 lbs | $27,263.57 |

We hereby demand that any of the foregoing goods received within the Reclamation Period or hereafter, be segregated, preserved, identified and not sold, dissipated or commingled with any other goods. Please contact the undersigned immediately to discuss any issues you may have with the foregoing.

We assert and preserve all rights under UCC 2-702, Section 546(c) of the Bankruptcy Code and other applicable law.

Very truly yours,

Jerome F. Sheehan
CFO

cc:  D.J. Baker, Esq.
     Sarah Robinson Borders, Esq.
     Daniel S. Lubell, Esq.

# SHAPIRO PACKING CO INC.

1301 NEW SAVANNAH ROAD • AUGUSTA, GA 30901
1-706-722-2694

| Invoice | |
|---|---|
| NUMBER | 89388 |
| DATE | 11-FEB-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 612108 |
| OUR REFERENCE | |
| SHIPPING REFERENCE | |
| CUSTOMER NUMBER | 10291 |
| LOCATION | JACKSONVILLE |

BILL TO:
Attn: Accounts Payable
WINN-DIXIE
P.O. BOX 40043
JACKSONVILLE FL 32203-0595

SHIP TO:
WINN-DIXIE
3015 COASTLINE DRIVE
ORLANDO FL 32808

REMIT TO:
PO BOX 930212
ATLANTA GA 31193

| TERMS | DUE DATE |
|---|---|
| NET 07 | 18-FEB-05 |

| LINE NO. | LINE DESCRIPTION | UNITS | POUNDS | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | 673910 WD 75% 10# Beef Chub 80 LB Box | 600 | 36180.75 | 1.4100 | 51,014.86 |

SHIP DATE: 2/11/05 DELIVERY
DATE: 2/12/05 TOTAL CASE: 600
TOTAL LB: 36180.75

| SUBTOTAL | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| 51,014.86 | 0.00 | 0.00 | 51,014.86 |

## TERMS AND CONDITIONS

Invoice amount is due in full on or before invoice due date.
All sales are F.O.B. customer.

PAGE.04

# SHAPIRO PACKING CO INC.

1301 NEW SAVANNAH ROAD • AUGUSTA, GA 30901
1-706-722-2694

|  | Invoice |
|---|---|
| NUMBER | 89390 |
| DATE | 11-FEB-05 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | 598713 |
| OUR REFERENCE | |
| SHIPPING REFERENCE | |
| CUSTOMER NUMBER | 10291 |
| LOCATION | JACKSONVILLE |

BILL TO:
Attn: Accounts Payable
WINN-DIXIE
P.O. BOX 40043
JACKSONVILLE FL 32203-0595

SHIP TO:
WINN-DIXIE
3015 COASTLINE DRIVE
ORLANDO FL 32808

REMIT TO:
PO BOX 930212
ATLANTA GA 31193

| TERMS | DUE DATE |
|---|---|
| NET 07 | 18-FEB-05 |

| LINE NO. | LINE DESCRIPTION | UNITS | POUNDS | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | 673911 WD-81% Chuck Chub 10# | 500 | 30219.95 | 1.6000 | 48,351.92 |

SHIP DATE: 2/11/05 DELIVERY
DATE: 2/12/05 TOTAL CASE: 500
TOTAL LB: 30219.95

| SUBTOTAL | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| 48,351.92 | 0.00 | 0.00 | 48,351.92 |

## TERMS AND CONDITIONS

Invoice amount is due in full on or before invoice due date.

All sales are F.O.B. customer.

# SHAPIRO PACKING CO INC.

1301 NEW SAVANNAH ROAD • AUGUSTA, GA 30901
1-706-722-2694

| Invoice | |
|---|---|
| NUMBER | 89397 |
| DATE | PAGE |
| 11-FEB-05 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| 610678 | |
| OUR REFERENCE | |
| SHIPPING REFERENCE | |
| CUSTOMER NUMBER | LOCATION |
| 10291 | JACKSONVILLE |

BILL TO:
Attn: Accounts Payable
WINN-DIXIE
P.O. BOX 2320
JACKSONVILLE FL 32203-0595

SHIP TO:
WINN-DIXIE
5400 FULTON INDUSTRIAL BLVD.
ATLANTA GA 30336

REMIT TO:
PO BOX 930212
ATLANTA GA 31193

| TERMS | DUE DATE |
|---|---|
| NET 07 | 18-FEB-05 |

| LINE NO. | LINE DESCRIPTION | UNITS | POUNDS | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | 673910 WD 75% 10# Beef Chub 80 LB Box | 150 | 9057.65 | 1.3900 | 12,590.13 |
| 2 | 673912 WD-85% Round Chub 10# | 100 | 4010.05 | 1.7100 | 6,857.19 |
| 3 | 673911 WD-81% Chuck Chub 10# | 180 | 10762.30 | 1.5800 | 17,004.43 |
| 4 | 673913 WD-93% Beef Chub 10# | 100 | 4027.05 | 1.8400 | 7,409.77 |
| 5 | 673914 WD-90% Sirloin Chub 10# | 60 | 2430.25 | 2.1200 | 5,152.13 |

SHIP DATE: 02/11/05 DELIVERY
DATE: 02/13/05 TTL CS: 590
TTL LB: 30287.30

| SUBTOTAL | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| 49,013.65 | 0.00 | 0.00 | 49,013.65 |

## TERMS AND CONDITIONS

Invoice amount is due in full on or before invoice due date.
All sales are F.O.B. customer.

PAGE.06

# SHAPIRO PACKING CO INC.

1301 NEW SAVANNAH ROAD • AUGUSTA, GA 30901
1-706-722-2694

| | Invoice | |
|---|---|---|
| NUMBER | 89398 | |
| DATE | PAGE | |
| 11-FEB-05 | 1 of 1 | |
| PURCHASE ORDER NUMBER | | |
| 610712 | | |
| OUR REFERENCE | | |
| SHIPPING REFERENCE | | |
| CUSTOMER NUMBER | LOCATION | |
| 10291 | JACKSONVILLE | |

BILL TO
Attn: Accounts Payable
WINN-DIXIE
P.O. BOX 40535
JACKSONVILLE FL. 32203-0595

SHIP TO
WINN-DIXIE
11700 GENERAL DRIVE
CHARLOTTE NC 28241

REMIT TO
PO BOX 930212
ATLANTA GA 31193

| TERMS | DUE DATE | | | | |
|---|---|---|---|---|---|
| NET 07 | 18-FEB-05 | | | | |
| LINE NO. | LINE DESCRIPTION | UNITS | POUNDS | UNIT PRICE | EXTENDED AMOUNT |
| 1 | 673912 WD-85% Round Chub 10# | 180 | 7204.90 | 1.7100 | 12,320.38 |

SHIP DATE: 02/11/05 DELIVERY
DATE: 02/12/05 TTL CS: 180
TTL LB: 7204.90

| SUBTOTAL | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| 12,320.38 | 0.00 | 0.00 | 12,320.38 |

## TERMS AND CONDITIONS

Invoice amount is due in full on or before invoice due date.
All sales are F.O.B. customer.

PAGE.07

# SHAPIRO PACKING CO INC.

1301 NEW SAVANNAH ROAD • AUGUSTA, GA 30901
1-706-722-2694

| | Invoice | |
|---|---|---|
| NUMBER | 89399 | |
| DATE | | PAGE |
| 11-FEB-05 | | 1 of 1 |
| PURCHASE ORDER NUMBER | | |
| 610711 | | |
| OUR REFERENCE | | |
| SHIPPING REFERENCE | | |
| CUSTOMER NUMBER | | LOCATION |
| 10291 | | JACKSONVILLE |

BILL TO:
Attn: Accounts Payable
WINN-DIXIE
P.O. BOX 40535
JACKSONVILLE FL. 32203-0595

SHIP TO:
WINN-DIXIE
11700 GENERAL DRIVE
CHARLOTTE NC 28241

REMIT TO:
PO BOX 930212
ATLANTA GA 31193

| TERMS | DUE DATE |
|---|---|
| NET 07 | 18-FEB-05 |

| LINE NO. | LINE DESCRIPTION | UNITS | POUNDS | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | 673910 WD 75% 10# Beef Chub 80 LB Box | 330 | 20040.50 | 1.3900 | 27,856.30 |
| 2 | 673911 WD-81% Chuck Chub 10# | 240 | 14461.35 | 1.5800 | 22,848.93 |
| 3 | 673913 WD-93% Beef Chub 10# | 135 | 5540.20 | 1.8400 | 10,193.97 |
| 4 | 673914 WD-90% Sirloin Chub 10# | 45 | 1819.20 | 2.1200 | 3,856.70 |

SHIP DATE: 02/11/05 DELIVERY
DATE: 02/12/05 TTL CS: 750
TTL LB: 41861.25

| SUBTOTAL | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| 64,755.90 | 0.00 | 0.00 | 64,755.90 |

## TERMS AND CONDITIONS

Invoice amount is due in full on or before invoice due date.
All sales are F.O.B. customer.

PAGE.08

| | Invoice | |
|---|---|---|
| NUMBER | 89400 | |
| DATE | 11-FEB-05 | PAGE 1 of 1 |
| PURCHASE ORDER NUMBER | 612111 | |
| OUR REFERENCE | | |
| SHIPPING REFERENCE | | |
| CUSTOMER NUMBER | 10291 | LOCATION JACKSONVILLE |

# SHAPIRO PACKING CO INC.
1301 NEW SAVANNAH ROAD • AUGUSTA, GA 30901
1-706-722-2694

BILL TO:
Attn: Accounts Payable
WINN-DIXIE
P.O. BOX 40043
JACKSONVILLE FL 32203-0595

SHIP TO:
WINN-DIXIE
3015 COASTLINE DRIVE
ORLANDO FL 32808

REMIT TO:
PO BOX 930212
ATLANTA GA 31193

| TERMS | DUE DATE |
|---|---|
| NET 07 | 18-FEB-05 |

| LINE NO. | LINE DESCRIPTION | UNITS | POUNDS | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | 673912 WD-85% Round Chub 10# | 300 | 12064.10 | 1.7300 | 20,870.89 |
| 2 | 673913 WD-93% Beef Chub 10# | 175 | 7155.25 | 1.8600 | 13,308.77 |
| 3 | 673914 WD-90% Sirloin Chub 10# | 100 | 4061.85 | 2.1400 | 8,692.36 |

SHIP DATE: 02/11/05 DELIVERY
DATE: 02/12/05 TTL CS: 575
TTL LB: 23281.20

| SUBTOTAL | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| 42,872.02 | 0.00 | 0.00 | 42,872.02 |

## TERMS AND CONDITIONS

Invoice amount is due in full on or before invoice due date.
All sales are F.O.B. customer.

# SHAPIRO PACKING CO INC.

1301 NEW SAVANNAH ROAD • AUGUSTA, GA 30901
1-706-722-2694

| | |
|---|---|
| BILL TO | Attn: Accounts Payable<br>WINN-DIXIE<br>P.O. BOX 44110<br>JACKSONVILLE FL 32231 |

| | |
|---|---|
| SHIP TO | WINN-DIXIE<br>1500 WEST BEAVER STREET<br>BALDWIN FL 32234 |

## Invoice

| NUMBER | 89560 | |
|---|---|---|
| DATE | 17-FEB-05 | PAGE: 1 of 1 |
| PURCHASE ORDER NUMBER | 616991 | |
| OUR REFERENCE | | |
| SHIPPING REFERENCE | | |
| CUSTOMER NUMBER | 10291 | LOCATION: JACKSONVILLE |

REMIT TO: PO BOX 930212 ATLANTA GA 31193

| TERMS | DUE DATE |
|---|---|
| NET 07 | 24-FEB-05 |

| LINE NO. | LINE DESCRIPTION | UNITS | POUNDS | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1 | 673912 WD-85% Round Chub 10# | 100 | 3984.15 | 1.7800 | 7,091.79 |
| 2 | 673914 WD-90% Sirloin Chub 10# | 100 | 3956.95 | 2.1700 | 8,590.92 |
| 3 | 673913 WD-93% Beef Chub 10# | 150 | 6031.70 | 1.9200 | 11,580.86 |

SHIP DT: 02/17/05 DELIVERY
DT: 02/18/05 TTL CS: 350 TTL
LB: 13974

| SUBTOTAL | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| 27,263.57 | 0.00 | 0.00 | 27,263.57 |

## TERMS AND CONDITIONS

Invoice amount is due in full on or before invoice due date.
All sales are F.O.B. customer.