UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

       WINN-DIXIE STORES, INC., et. al.,

                        Debtors.
------------------------------------------------------------------------X

Chapter 11
Case No.: 05-11063-rdd
(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF SUFFOLK    )

       Barbara A. Yarmus, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Lake Grove, NY;

       That on the 1st day of March, 2005, deponent served a **Notice of Appearance and Demand for Service of all Papers** to the referenced persons listed below, said persons constituting all creditors and parties in interest entitled to notice, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in an specifically designated depository box under the exclusive care and custody of United States Postal Service within the State of New York:

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Att: Richard C. Morrissey

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

                                                       s/Barbara A. Yarmus
                                                        Barbara A. Yarmus

Sworn to before me this
1ST   day of March,  2005

s/ AVRUM J. ROSEN
Avrum J.  Rosen
Notary Public, State of New York
No. 02R04872542
Qualified in Suffolk County
Commission Expires Sept. 8, 2006