FRANK/GECKER LLP

325 North LaSalle Street

Suite 625

Chicago, Illinois 60610

Telephone: (312) 276-1400

Facsimile:  (312) 276-0035

Joseph D. Frank (JF-6085)

Micah R. Krohn (MK-7264)


Attorneys for Bottling Group, LLC d/b/a

The Pepsi Bottling Group

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :
WINN-DIXIE STORES, INC., et al.,              :        Case No.  05 - 11063 (RDD)
                                              :
                   Debtors.                   :        (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

## NOTICE OF RECLAMATION DEMAND OF
## BOTTLING GROUP, LLC D/B/A THE PEPSI BOTTLING GROUP

Please take notice that Bottling Group, LLC d/b/a The Pepsi Bottling Group has made

demand upon Winn-Dixie Stores, Inc. for the reclamation of goods with a value of at least

$2,807,774, pursuant to § 2-702 of the Uniform Commercial Code (as adopted in relevant states),

11 U.S.C. § 546(c) and Fed. R. Bankr. P. 9006(a).

Dated: March 1, 2005

<div style="margin-left:40%">

_____/s/ Joseph D. Frank_____

Joseph D. Frank (JF-6085)

FRANK/GECKER LLP

325 North LaSalle Street, Suite 625

Chicago, Illinois  60610

Telephone:    (312) 276-1400

Facsimile:      (312) 276-0035


ATTORNEYS FOR BOTTLING GROUP, LLC

d/b/a THE PEPSI BOTTLING GROUP

</div>

{ PBG / 019 / 00000878.DOC /}

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on March 1, 2005, a copy of the foregoing **Notice of Reclamation Demand of Bottling Group, LLC d/b/a The Pepsi Bottling Group** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing system.  A copy was also served this day by first-class United States mail, postage prepaid, upon the following:

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York  10036

United States Trustee
33 Whitehall Street
21st Street
New York, New York  10004

Sarah Robinson Borders
Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303

/s/ Joseph D. Frank
Joseph D. Frank (JF-6085)
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610