FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60610
Telephone: (312) 276-1400
Facsimile:  (312) 276-0035
Joseph D. Frank (JF-6085)
Micah R. Krohn (MK-7264)

Attorneys for Bottling Group, LLC d/b/a
The Pepsi Bottling Group

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re:**                                                   :   **Chapter 11**
                                                             :
**WINN-DIXIE STORES, INC.,** *et al.,*                       :   **Case No.  05 - 11063 (RDD)**
                                                             :
                          **Debtors.**                       :   **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

**NOTICE OF RECLAMATION DEMAND OF**
**BOTTLING GROUP, LLC D/B/A THE PEPSI BOTTLING GROUP**

Please take notice that Bottling Group, LLC d/b/a The Pepsi Bottling Group has made demand upon Winn-Dixie Stores, Inc. for the reclamation of goods with a value of at least $2,807,774, pursuant to § 2-702 of the Uniform Commercial Code (as adopted in relevant states), 11 U.S.C. § 546(c) and Fed. R. Bankr. P. 9006(a).

Dated: March 1, 2005

                                          /s/ Joseph D. Frank
                                     Joseph D. Frank (JF-6085)
                                     FRANK/GECKER LLP
                                     325 North LaSalle Street, Suite 625
                                     Chicago, Illinois  60610
                                     Telephone:    (312) 276-1400
                                     Facsimile:     (312) 276-0035

                                     ATTORNEYS FOR BOTTLING GROUP, LLC
                                     d/b/a THE PEPSI BOTTLING GROUP

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 2, 2005, a copy of the foregoing **Notice of Reclamation Demand of Bottling Group, LLC d/b/a The Pepsi Bottling Group** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing system.  A copy was also served this day by first-class United States mail, postage prepaid, upon the following:

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York  10036 | United States Trustee<br>33 Whitehall Street<br>21st Street<br>New York, New York  10004 |
| Sarah Robinson Borders<br>Brian C. Walsh<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, Georgia  30303 | |

/s/ Joseph D. Frank
Joseph D. Frank (JF-6085)
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610