**ROETZEL & ANDRESS**
**1375 East Ninth Street,**
**One Cleveland Center, 9th Floor**
**Cleveland, Ohio  44115**
**(216) 696-0150**
**Diana M. Thimmig**

**Attorneys for Chester Dix**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re:**

          **Chapter 11**

**WINN-DIXIE STORES, INC., et al.,**

          **Case No. 05-11063 (RDD)**
     **Debtors**     **(Jointly Administered)**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned caused copies of the Notice of Appearance and Motion for Admission to

Practice *Pro Hac Vice* to be served via regular first-class U.S. mail, postage prepaid, this 2nd day

of March, 2005, upon the following parties:

| | |
|---|---|
| Robert Dehney | Paul H. Deutch |
| Morris, Nichols, Arsht & Tunnell | Jenkens & Gilchrist Parker Chapin LLP |
| 1201 N. Market Street | The Chrysler Building |
| Wilmington, DE 19899 | 405 Lexington Avenue |
| | New York, NY 10174 |
| | |
| Reginald A. Greene | Andrew C. Kassner |
| Bellsouth Telecommunications, Inc. | Drinker Biddle & Reath LLP |
| 675 W. Peachtree Street | One Logan Square |
| Atlanta, GA 30375 | 18th & Cherry Streets |
| | Philadelphia, PA 19103-6996 |
| | |
| Chris Lenhart | Kathleen M. Miller |
| Dorsey & Whitney, LLP | Smith Katzenstein & Furlow LLP |
| 50 South Sixth Street | 800 Delaware Avenue, 7th Floor |
| Suite 1500 | Wilmington, DE 19899 |
| Minneapolis, MN 55402-1498 | |

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

United States Trustee
33 Whitehall Street 21st Floor
New York, NY 10004

Dated:  Cleveland, Ohio
         March 2, 2005

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036

Daniel S. Lubell, Esq.
Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York  10004

**ROETZEL & ANDRESS**

Attorneys for Chester Dix

/s/ Diana M. Thimmig
By: Diana M. Thimmig, Esq.
ROETZEL & ANDRESS
1375 East Ninth Street,
One Cleveland Center, 9th Floor
Cleveland, Ohio  44115
Direct phone: (216) 696-7078
Telecopy: (216) 623-0134
E-Mail: *dthimmig@ralaw.com*

204846.1.111909.0004