# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

In Re:

WINN-DIXIE STORES, INC.                    Case No. 05-11063-rdd
                                           Chapter 11
      Debtor-In-Possession.            Hon. Robert D. Drain

---------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Timothy J. Curtin, a member in good standing of the bar in the State of Michigan and of the bar of th U.S. District Court for the Western District of Michigan, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Cole's Quality Foods, Inc., a creditor in the above-referenced case.

  My:    address is      Varnum, Riddering, Schmidt & Howlett LLP
                              P.O. Box 352
                              Grand Rapids, Michigan 49501-0352
     e-mail address is: tjcurtin@varnumlaw.com; telephone number is (616) 336-6440.

I agree to pay the fee of $25 upon approval of this Court admitting me to practice ***pro hac vice***.

Dated:  March 1, 2005.                /s/
                                        Timothy J. Curtin (P-12410)

## ORDER

**ORDERED,**
that Timothy J. Curtin, Esq., is admitted to practice, **pro hac vice**, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
      New York, New York

                                              UNITED STATES BANKRUPTCY JUDGE

1095590_1.DOC