# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

WINN-DIXIE STORES, INC.,            Case No. 05-11063-rdd
                                                    Chapter 11
                                                    Hon. Robert D. Drain

         Debtor-In-Possession.

_____

## APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Cole's Quality Foods, Inc., a creditor in the above-referenced case, and pursuant to F.R.Bankr.P. 2002 and 9007, and § 1109 of the Bankruptcy Code, demands that all notices given or required to be given in the above case and all papers served in the above case be given to and served upon the undersigned of the following office, telephone number and telecopier number:

> Timothy J. Curtin
> Varnum, Riddering, Schmidt & Howlett LLP.
> Bridgewater Place
> P.O. Box 352
> Grand Rapids, Michigan 49501-0352
> (616) 336-6000 Telephone
> (616) 336-7000 Facsimile
> E-mail Address: tjcurtin@varnumlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, telecopier, email or otherwise, that affects the Debtor or property of the Debtor.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Cole's Quality Foods, Inc.'s right (1) to have final orders in noncore

matters entered only after <u>de novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Cole's Quality Foods, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Cole's Quality Foods, Inc. expressly reserves.

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Attorneys for: Cole's Quality Foods, Inc.

Date: March 1, 2005

By:_____/s/_____
    Timothy J. Curtin (P-12410)
    Business Address:
        Bridgewater Place
        P. O. Box 352
        Grand Rapids, MI  49501-0352
        (616) 336-6000

1095610_1.DOC