```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re                                          :
                                               :
                                               :
        WINN-DIXIE STORES, INC.                :   Case No.  05 - 11063 (RDD)
                                               :
                                               :
                                               :
                            Debtor.            :
-----------------------------------------------------X    (Chapter 11)
```

### APPOINTMENT OF COMMITTEE OF
### UNSECURED CREDITORS

Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1. R² Investments, LDC
   c/o Amalgamated Gadget, LP
   301 Commerce Street, Suite 3200
   Fort Worth, TX 76102
   Attn: Dave Gillespie, Chief Financial Officer
   Tel. No. (817) 332-9500

2. Deutsche Bank Trust Company Americas
   60 Wall Street
   New York, NY 10005-2858
   Attn: S. Berg
   Tel. No. (212) 250-2921

3. New Plan Excel Realty Trust, Inc.
   420 Lexington Avenue
   New York, NY 10170
   Tel. No. (212) 869-3000

4. Kraft Foods Global, Inc.
   Three Lakes Drive
   Northfield, IL 60093
   Attn: Sandra Schirmang,
      Senior Director of Credit
   Tel. No. (847) 646-6719

5. Pepisco & Subsidiaries
   7701 Legacy Drive 38-109
   Plano, TX  75024
   Attn: Scott Johnson, Group Credit Manager
   Tel. No. (972) 334-7405

6. OCM Opportunities Fund V, L.P.
   c/o Oaktree Capital Management, LLC
   Los Angeles, CA 90071
   Attn: Alan S. Adler, Vice President
   Tel. No. (213) 830-6300

7. Capital Research & Management Company
   333 South Hope Street
   Los Angles, CA 90071
   Attn: Ellen Carr, Vice President
   Tel. No. (213) 486-9200

Dated: New York, New York
       March 2, 2005

                                    DEIRDRE A. MARTINI
                                    UNITED STATES TRUSTEE


                              By:   /s/ Richard C. Morrissey
                                    RICHARD MORRISSEY (RCM 1970)

                                    33 Whitehall Street, 21st Floor
                                    New York, New York  10004
                                    Tel. No. (212) 510-0500