# Future Food

Innovative and Quality Food Products

March 1, 2005

### VIA FACSIMILE AND OVERNIGHT COURIER

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Fax: (904) 783-5235

D. Jan Baker
Rosalie Walker Gray
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax: (212) 735-2000

### RE: RECLAMATION OF GOODS

Ladies and Gentlemen:

Future Foods, Ltd. ("Future Foods") has learned that Winn-Dixie Stores, Inc. and certain of its affiliates (collectively the "Debtors") filed a voluntary petition for bankruptcy after close of business on February 21, 2005.

Pursuant to section 2-702 of the Uniform Commercial Code (as codified in the relevant jurisdiction(s)), section 546(c) of Title 11 of the U.S. Code, and the Reclamation Procedures outlined in the Debtors' *Motion for Order (A) Authorizing Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering With Delivery of Goods*, Future Foods hereby makes its reclamation demand upon the Debtors as to all goods delivered by Future Foods to the Debtors within the ten (10) days preceding the close of business on February 21, 2005, including, without limitation, the goods referenced on the invoices attached hereto.

In providing this notice, Future Foods does not intend to, and shall not be deemed to, waive any rights with respect to any claims it may have against the Debtors, including, without limitation, the right to assert that certain of the goods were delivered post-petition and that Future Foods is therefore entitled to payment for such goods in the ordinary course, and/or that certain goods

March 1, 2005
Page 2

are subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. § 499e(c)).

Very truly yours,

Michael K. Austin
Future Food, Ltd

Encs.

316473v1

# Future Food, Ltd.

1420 Valwood Parkway, Suite#164
Carrollton, TX 75006



# Invoice

| DATE | INVOICE # |
|---|---|
| 2/11/2005 | 23947 |

| BILL TO |
|---|
| WINN DIXIE - ATLANTA<br>PO BOX 2320<br>JACKSONVILLE, FL 32202-2320 |

| SHIP TO |
|---|
| WINN DIXIE<br>5400 FULTON INDUSTRIAL BLVD.<br>ATLANTA, GA 30336 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 620636 | Net 30 | GF | 2/11/2005 | EDGE | | WD-AtlantaGA |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 16 | KSUP7S | KRAB SUPREME 12/7oz Sq | 20.28 | 324.48 |
| 16 | CSAL7S | CAJUN SMOKED SALMON 12/7oz Sq | 20.28 | 324.48 |
| 16 | SMKSALF7S | SMOKED SALMON FLV SPREAD 12/7oz Sq | 20.28 | 324.48 |
| 48 | SFS9 | SEAFOOD SALAD 12/9oz | 14.40 | 691.20 |
| 36 | ISS9 | ITALIAN SEAFOOD SALAD 12/9oz | 15.60 | 561.60 |
| -36 | ISS9 | ITALIAN SEAFOOD SALAD 12/9oz - Refused | 15.60 | -561.60 |

Thank you for your business.

**Total** $1,664.64

# Future Food, Ltd.

1420 Valwood Parkway, Suite#164
Carrollton, TX 75006



# Invoice

| DATE | INVOICE # |
|---|---|
| 2/11/2005 | 23949 |

| BILL TO |
|---|
| WINN DIXIE - MONTGOMERY<br>PO BOX 40475<br>JACKSONVILLE, FL 32203-0475 |

| SHIP TO |
|---|
| WINN DIXIE<br>6080 HWY 31 SO.<br>MONTGOMERY, AL 36104 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 620519 | Net 30 | GF | 2/11/2005 | EDGE | | WD-MontgomeryAL |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 178 | CKD7S | CAJUN KRAB DIP 12/7oz Sq | 20.28 | 3,609.84 |
| 61 | CCD7S | CAJUN CRAWFISH DIP 12/7oz Sq | 21.98 | 1,340.78 |
| 63 | SFS16 | SEAFOOD SALAD 12/16oz | 22.52 | 1,418.76 |
| 24 | ISS9 | ITALIAN SEAFOOD SALAD 12/9oz | 15.60 | 374.40 |

Thank you for your business.

**Total** $6,743.78

# Future Food, Ltd.

1420 Valwood Parkway, Suite#164
Carrollton, TX  75006



# Invoice

| DATE | INVOICE # |
|---|---|
| 2/11/2005 | 23948 |

| BILL TO |
|---|
| WINN DIXIE - NEW ORLEANS<br>PO BOX 40045<br>JACKSONVILLE, FL 32203-0045<br>ATTN.: PERISHABLE INVENTORY ACCOUNTING |

| SHIP TO |
|---|
| WINN DIXIE<br>3925 HIGHWAY 190 WEST<br>HAMMOND, LA  70401 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 621365 | Net 30 | GF | 2/11/2005 | EDGE | | WD-NewOrleansLA |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 112 | CKD7S | CAJUN KRAB DIP 12/7oz Sq | 20.28 | 2,271.36 |
| 64 | CCD7S | CAJUN CRAWFISH DIP 12/7oz Sq | 21.98 | 1,406.72 |
| 60 | SFS9 | SEAFOOD SALAD 12/9oz | 14.40 | 864.00 |
| 12 | ISS9 | ITALIAN SEAFOOD SALAD 12/9oz | 15.60 | 187.20 |

Thank you for your business.

**Total**  $4,729.28

# Future Food, Ltd.

1420 Valwood Parkway, Suite#164
Carrollton, TX 75006



# Invoice

| DATE | INVOICE # |
|---|---|
| 2/21/2005 | 24028 |

| BILL TO | SHIP TO |
|---|---|
| WINN DIXIE - ORLANDO<br>PO BOX 40043<br>JACKSONVILLE, FL 32203-0043 | WINN DIXIE<br>3015 COASTLINE DR.<br>ORLANDO, FL 32804 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 624026 | Net 30 | GF | 2/21/2005 | EDGE | | WD-OrlandoFL |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 96 | SFS16 | SEAFOOD SALAD 12/16oz | 22.52 | 2,161.92 |

Thank you for your business.

**Total** $2,161.92

# Future Food, Ltd.

1420 Valwood Parkway, Suite#164
Carrollton, TX  75006



# Invoice

| DATE | INVOICE # |
|---|---|
| 2/21/2005 | 24031 |

| BILL TO |
|---|
| WINN DIXIE - NEW ORLEANS<br>PO BOX 40045<br>JACKSONVILLE, FL 32203-0045<br>ATTN.: PERISHABLE INVENTORY ACCOUNTING |

| SHIP TO |
|---|
| WINN DIXIE<br>3925 HIGHWAY 190 WEST<br>HAMMOND, LA 70401 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 624480 | Net 30 | GF | 2/21/2005 | EDGE | | WD-NewOrleansLA |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 48 | CCD7S | CAJUN CRAWFISH DIP 12/7oz Sq | 21.98 | 1,055.04 |
| 36 | SFS16 | SEAFOOD SALAD 12/16oz | 22.52 | 810.72 |

Thank you for your business.

**Total** $1,865.76

# Future Food, Ltd.

1420 Valwood Parkway, Suite#164
Carrollton, TX  75006



# Invoice

| DATE | INVOICE # |
|---|---|
| 2/21/2005 | 24035 |

| BILL TO | SHIP TO |
|---|---|
| WINN DIXIE - MONTGOMERY<br>PO BOX 40475<br>JACKSONVILLE, FL 32203-0475 | WINN DIXIE<br>6080 HWY 31 SO.<br>MONTGOMERY, AL 36104 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 624462 | Net 30 | GF | 2/21/2005 | EDGE | | WD-MontgomeryAL |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 12 | CCD7S | CAJUN CRAWFISH DIP 12/7oz Sq | 21.98 | 263.76 |
| 72 | SFS9 | SEAFOOD SALAD 12/9oz | 14.40 | 1,036.80 |
| 60 | SFS16 | SEAFOOD SALAD 12/16oz | 22.52 | 1,351.20 |

Thank you for your business.

**Total** $2,651.76