SILLS CUMMIS EPSTEIN & GROSS P.C.
Andrew H. Sherman (AS 6061)
30 Rockefeller Plaza
New York, New York 10112
(212) 643-7000
Attorneys for Qwest Communications Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* | Case No. 05-11063 |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Sills Cummis Epstein & Gross P.C. ("Sills Cummis"), appears herein as attorneys for Qwest Communications Corporation ("QCC"), a creditor and party in interest in these chapter 11 cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sills Cummis requests, on behalf of QCC, that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon Sills Cummis, at the office, address and telephone number set forth below and that Sills Cummis be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

> Andrew Sherman, Esq.
> Sills Cummis Epstein & Gross P.C.
> One Riverfront Plaza
> Newark, New Jersey 07102-5400
> Telephone: (973) 643-7000
> Telecopier: (973) 643-6500

#884572 v1

Email: asherman@sillscummis.com

**PLEASE TAKE FURTHER NOTICE**, that under section 1109(b) of the Bankruptcy Code, this request includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of and all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, or otherwise that (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in these cases with respect to: (a) the debtors; (b) property of the estates; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by QCC.

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance includes and constitutes a request pursuant to Bankruptcy Rule 3017 to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any later appearance, pleading, claim or suit waives (1) the right to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in

#884572 v1

2

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 2, 2005

                        SILLS CUMMIS EPSTEIN & GROSS P.C.
                        30 Rockefeller Plaza
                        New York, New York 10112
                        (212) 643-7000
                        Attorneys for Qwest Communications
                        Corporation

                        By:   /s/ Andrew H. Sherman
                              Andrew H. Sherman (AS 6061)