# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In Re:                                      :
                                            :   Case No.  05-11063 (RDD)
WINN-DIXIE STORES, INC., et al.             :   Jointly Administered
                                            :
            Debtors,                        :   Honorable Robert D. Drain
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

COMES NOW the law firm of Lathrop & Gage L.C. and hereby enters its appearance on behalf of Dairy Farmers of America, Inc. ("DFA"), and, pursuant to Fed. R. Bankr. P. 2002 and 9007, requests and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that DFA requests that all notices authorized, permitted, or required by any provision of the Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Bankruptcy Court for the Southern District of New York, and by any request, instruction, or directive of the Office of the United States Trustee, and all other notices, applications, motions, complaints, petitions, pleadings, plans of liquidation, reports, orders, and papers lodged or filed in the above-captioned Bankruptcy Code proceeding, as well as all notices of any of the foregoing, be given to and served upon its attorneys:

        Stephen B. Sutton
        (816) 460-5526 direct dial
        E-Mail: ssutton@lathropgage.com

        LATHROP & GAGE L.C.
        2345 Grand Boulevard, Suite 2800
        Kansas City, MO  64108
        (816) 292-2000 telephone
        (816) 292-2001 facsimile

-2-

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) DFA's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) DFA's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) DFA's right to request a withdrawal of the reference by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoff or recoupments to which DFA is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments DFA expressly reserves.

                Respectfully submitted,

Dated:  March 2, 2005       LATHROP & GAGE L.C.


              By: */s/  Stephen B. Sutton*
                Stephen B. Sutton    MO Bar #29105
                2345 Grand Boulevard
                Suite 2800
                Kansas City, Missouri 64108-2684
                Telephone:  (816) 292-2000
                Telecopier:  (816) 292-2001

             ATTORNEYS FOR CREDITOR
             DAIRY FARMERS OF AMERICA, INC.

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing was served, by Notice of Electronic Case Filing and/or by First Class United States Mail, Postage Prepaid, on the following counsel of record:

| | |
|---|---|
| David J. Baker | Carolyn Schwartz |
| Skadden Arps Slate Meagher & Flom LLP | Office of the United States Trustee |
| Four Times Square | 33 Whitehall Street |
| New York, NY  10036 | New York, NY  10004-11480 |
| ATTORNEYS FOR DEBTORS | US TRUSTEE |

March  2 , 2005

                                                      */s/  Stephen B. Sutton*
                                                      Attorney For Creditor
                                                      Dairy Farmers of America, Inc.