**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                              )
In re:                                        )     Chapter 11
                                              )
**WINN-DIXIE STORES, INC.,**                  )     Case No. 05-11063
**et al.,**                                   )
                                              )     **(Jointly Administered)**
                     Debtor.                  )
_____)

## NOTICE OF RECLAMATION DEMAND

PLEASE TAKE NOTICE that on March 1, 2005, pursuant to 11 U.S.C. § 546, Scunci International, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

Dated this 2nd day of March, 2005.

        Respectfully Submitted,

        SCUNCI INTERNATIONAL, INC.


        By:   /s/ Tracy L. Klestadt
              One of its Attorneys

Of Counsel:

Tracy L. Klestadt (TK-3591)
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
(212) 972-3000
(212) 972-2245 fax

Jonathan W. Young (IL #6204590)
Joel C. Paschke (IL #6275662)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois  60606
(312) 201-2000