

**Wildman, Harrold, Allen & Dixon LLP**
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildmanharrold.com

**Joel C. Paschke**
312-201-2954
paschke@wildmanharrold.com

Wildman Harrold
*Attorneys and Counselors*

March 1, 2005

## VIA FACSIMILE AND FEDERAL EXPRESS

Peter L. Lynch
President and CEO
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Fax: (904) 783-5059

David J. Baker
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax: (212) 735-2000

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Fax: (404) 572-5100

Re:   Reclamation Demand Against Winn-Dixie Stores, Inc.

To the persons listed above:

    This firm represents Scunci International, Inc. ("Scunci"). Demand is hereby made for the reclamation of all goods delivered by Scunci to Winn-Dixie Stores, Inc. and any of its affiliated debtors currently in bankruptcy proceedings (individually or collectively, the "Debtor"), and eligible for reclamation under Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code (Title 11, U.S.C.). Scunci reserves all rights and remedies on this and other issues to the fullest extent possible. The goods subject to this demand are described with greater particularity on the invoices attached hereto, which are incorporated herein by reference. On information and belief, the Debtor is insolvent, and the goods at issue were delivered without knowledge of the Debtor's insolvency by Scunci.

    The goods were sold by Scunci to the Debtor in the ordinary course of Scunci's business, are identifiable, were received and accepted for delivery by the Debtor while insolvent, and are believed to be in the Debtor's possession on the date hereof. Accordingly, Scunci demands reclamation or return of said goods. In the alternative, and assuming that the Debtor wishes to retain possession of the goods at issue, ACCO demands allowance of an administrative claim pursuant to 11 U.S.C. § 546(c) in the amount of $56,909.52, which amount reflects the total value of the goods delivered pursuant to the attached invoices.

1497233_1.DOC

Reclamation Demand
March 1, 2005
Page 2



Very truly yours,

Joel C. Paschke

Enclosure

cc: Jonathan W. Young
Joseph C. Miller

1497233_1.DOC

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040   215-328-9500   OR 866-567-2537

Please Remit To: PO BOX 8594
PHILADELPHIA, PA 19182-8594

**SOLD TO:** Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:** WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | | |
|---|---|---|---|---|---|---|---|
| 2675 | 082 | 620307 | 135075 | 2/04/05 | 2/15/05 | | 1160018 |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx    VENDOR# 828291 E

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | 48 | | 5715 03A048 | 3pk Velour Twister | 1.1400 | 54.72 |
| 96 | 96 | | 5975 03A048 | 34pk 2mm S ND Elastics - Blk | .9100 | 87.36 |
| 48 | 48 | | 5976 03A048 | 28pk 2mm L ND Elastics - Blk | .9100 | 43.68 |
| 48 | 48 | | 5979 03A048 | 8pk 2.5cm Jaw Clips | 1.1400 | 54.72 |
| 96 | 96 | | 5992 03A048 | 12pk 3cm Clippies - Silver | 1.1400 | 109.44 |
| 48 | 48 | | 6111 03A048 | 3pk 6cm 2 Loop Jaw Clip | .7600 | 36.48 |
| 48 | 48 | | 6156 03A048 | 8.5cm French Twist Clip-Blk | 1.1400 | 54.72 |
| 48 | 48 | | 6158 03A048 | 12pk Coil Ponytailer - B Rule | 1.1400 | 54.72 |
| 96 | 96 | | 6160 03A048 | 6pk Open Center ST Barrette | 1.1400 | 109.44 |

** CONTINUED **

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040   215-328-9500 OR 866-567-2537

Please Remit To:
P.O. BOX 828594
PHILADELPHIA, PA 19182-8594

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:** WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

Date: 2/15/05    Invoice #: 1160018

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 620807 | 1235075 | 2/04/05 | 2/15/05 | |

CARRIER: Old Dominion
TERMS: Net 30 Days DDI xxx      VENDOR# 828291        E

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 96 | 96 | | 16161 | 52pk Polybands-Blk | .7600 | 72.96 |
| 48 | 48 | | 16165 | 52pk Polyband - Clear | .9100 | 43.68 |
| 48 | 48 | | 16176 | 3pk 8.5cm ST Barrette | .9500 | 45.60 |
| 48 | 48 | | 16192 | 18 Pk. Small Wavy Bobby Pins | .7600 | 36.48 |
| 48 | 48 | | 16197 | 250pk Sil Rubberband-Exotic | .5300 | 25.44 |
| 48 | 48 | | 16203 | 12pk 7cm Side Comb-Asst. | 1.1400 | 54.72 |
| 48 | 48 | | 16208 | 15cm Flat Tort Clincher Comb | .9500 | 45.60 |
| 48 | 48 | | 16267 | 3pk 9cm Jaw Clip | 1.1400 | 54.72 |
| 48 | 48 | | 16274 | Chambray Kerchief | 1.1400 | 54.72 |

** CONTINUED **

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days. Please Re-Advised: Scunci International, Inc. does not sell on guaranteed sale.

# INVOICE

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR  866-567-2537

Please Remit To: 828594
PHILADELPHIA, PA 19182-8594

2/15/05    1160018

| SOLD TO: | Winn Dixie Stores, Inc.<br>5050 Edgewood Ct.<br>Jacksonville, FL 32254 | SHIP TO: | WINN DIXIE STORES, INC.<br>2819 WADE HAMPTON BLVD<br>SUITE #6<br>TAYLORS, SC 29687 |
|---|---|---|---|

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 620807 | 1235075 | 2/04/05 | 2/15/05 | E |

CARRIER: Old Dominion           VENDOR# 828291
TERMS: Net 30 Days DDI xxx    00

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | | | 16345 03A048 | 6pk Thermal Twisters - Bright | 1.9000 | 91.20 |
| 48 | | | 16353 03A048 | 34pk 2mm S ND Elastic-Neutrals | .9100 | 43.68 |
| 48 | | | 16356 03A048 | 12 Pk. Knotted Ponytailer | 1.1400 | 54.72 |
| 48 | | | 16631 03A048 | 2pk Domed Ponytailer | .8700 | 41.76 |
| 48 | | | 16634 03A048 | 12pk 2cm Chunky Jaw Clips | 1.1400 | 54.72 |
| 96 | | | 16755 03A048 | 6.5cm TH Bear Claw Clip | .9500 | 45.60 |
| 48 | | | 16765 03A048 | 3pk 4cm Hidden Spring JC | .9500 | 91.20 |
| 48 | | | 16774 03A048 | 8cm Jumbo Bear Claw | 1.1400 | 54.72 |
| 48 | | | 16775 03A048 | 18pk 4mm L ND Elastic-Blk | 1.1400 | 54.72 |

** CONTINUED **

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040   215-328-9500 OR 866-567-2537

Please Remit To: PO BOX 828594
PHILADELPHIA, PA 19182-8594

2/15/05   1160018

**SOLD TO:** Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:** WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 420807 | 1235075 | 2/04/05 | 2/15/05 | |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx   00   VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | | | 6779 03A048 | 18pk 4mm L ND Elastic-Blues | 1.1400 | 54.72 |
| 48 | | | 6782 03A048 | 100pk Elastic w Crp - Brights | 1.5200 | 72.96 |
| 96 | | | 6932 03A048 | 18pk 4mm L ND Elastics - BW | 1.1400 | 109.44 |
| 48 | | | 6979 03A048 | 6pk B/G/W Thermal Twisters | 1.9000 | 91.20 |
| 48 | | | 7078 02A048 | 14cm Jumbo Jaw Clip | .9500 | 45.60 |
| 48 | | | 7617 03A048 | 9cm Acrylic AC Barrette | .8700 | 41.76 |
| 72 | | | 8069 06A072 | Pocket Comb | .5300 | 38.16 |
| 72 | | | 8071 06A072 | 2pk medium picks | .7600 | 54.72 |
| 72 | | | 8074 06A072 | Super Comb | .7600 | 54.72 |
| ** CONTINUED ** | | | | | | |

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

Interest will be charged at 1.5% for payments made after due date.

# INVOICE

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040   215-328-9500   OR 866-567-2537

Please Remit To:
PHILADELPHIA, PA 19182-8594

2/15/05   1160018

SOLD TO:
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

SHIP TO:
WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 620807 | 1235075 | 2/04/05 | 2/15/05 | E |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx   OO   VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 72 | | | 8075 | 06A072 2pk pick & super comb | .9500 | 68.40 |
| 72 | | | 8079 | 06A072 100pk brown hair pins | .7600 | 54.72 |
| 72 | | | 8080 | 06A072 18pk brown roller pins | .5700 | 41.04 |
| 72 | | | 8081 | 06A072 18pk black roller pins | .5700 | 41.04 |
| 144 | | | 8085 | 06A072 60pk brown bobby pins | .4900 | 70.56 |
| 72 | | | 8086 | 06A072 12pk double prong salon clips | 1.3300 | 95.76 |
| 72 | | | 8088 | 06A072 4pk vented salon clips | 1.3300 | 95.76 |
| 72 | | | 8097 | 06A072 3pk Hair Nets | .5300 | 38.16 |
| 48 | | | 8123 | 03A048 Foam Rollers Large--10 Ct | .8700 | 41.76 |

** CONTINUED **

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.
Please Be Advised, Scunci International Inc. does not sell on guaranteed sale.

# INVOICE

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR 866-567-2537

Please REMIT TO28594
PHILADELPHIA, PA 19182-8594

SOLD TO:
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

SHIP TO: WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | | |
|---|---|---|---|---|---|---|---|
| 2875 | 082 | 620807 | 1235075 | 2/04/05 | 2/15/05 | | |
| | | | | | | 2/15/05 | 1160018 |

CARRIER: Old Dominion
TERMS: Net 30 Days DDI xxx   E
VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | 48 | | 18139 | 03A048 eyelet slumber cap | .8700 | 41.76 |
| 96 | 96 | | 18402 | 03A048 18Pk Family Comb Pack | 1.1400 | 109.44 |
| 48 | 48 | | 18503 | 03A048 16pk medium foam rollers | .7600 | 36.48 |
| 48 | 48 | | 18507 | 03A048 Magnetic Rollers Medium--14 Ct | .8700 | 41.76 |
| 48 | 48 | | 18547 | 03A048 2Pk S and Z Comb | 1.3300 | 63.84 |
| 48 | 48 | | 18628 | 03A048 5 4 in 1 Grooming Mirror | 2.6600 | 127.68 |
| 72 | 72 | | 18649 | 06A072 3pk Sm Lift Comb | .9500 | 68.40 |
| 48 | 48 | | 22000 | 03A048 100pk 2mm S/L Elastics-AAG | 1.5200 | 72.96 |
| 48 | 48 | | 30085 | 03A048 6pk Headbands | 1.1400 | 54.72 |

** CONTINUED **

| | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| MERCHANDISE | | | | | | | |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040    215-328-9500    OR    866-567-2537

Please Remit To: **P.O. BOX 7828594**
**PHILADELPHIA, PA 19182-8594**

**SOLD TO:** Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:** WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | | |
|---|---|---|---|---|---|---|---|
| 2875 | 082 | 620807 | 1235075 | 2/04/05 | 2/15/05 | | 1160018 |

**CARRIER:** Old Dominion    VENDOR# 828291    E
**TERMS:** Net 30 Days DDI xxx

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|---|
| 48 | 48 | | 67067 | 03A04B 10x sidekick mirror w/ suction | 3.0400 | 145.92 | |
| 96 | 96 | | 73026 | 03/Q04B Men's Personal Trimmer blister | 4.8000 | 460.80 | |
| 48 | 48 | | 81141 | 03H04B 6pk 5cm Glitter Clipples | 1.1400 | 54.72 | |
| 48 | 48 | | 81273 | 03H04B 12pk 1.5cm Multi Color JC | 1.1400 | 54.72 | |
| 48 | 48 | | 81389 | 03H04B 30pk Basic Elastics | .9500 | 45.60 | |
| 48 | 48 | | 91132 | 03H04B 9cm New Classic Jaw Clip | .8700 | 41.76 | |
| 48 | 48 | | 91218 | 03H04B 6pk 3cm Coil Jaw Clip | 1.1400 | 54.72 | |

QTY: 3672    CTNS: 70

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 4157.28 | | | | | | | 4,157.28 |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR 866-567-2537

Please Remit to:
P.O. BOX 8500-28594
PHILADELPHIA, PA 19178-8594

2/14/05  1160116

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:**
WINN DIXIE STORES, INC.
5050 EDGEWOOD CT.
JACKSONVILLE, FL 32254

SHIPPING INSTRUCTIONS

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 2875 | 082 | 555171 | 1235620 | 12/02/04 | 2/16/05 E |

CARRIER: Old Dominion
TERMS: Net 30 Days EOI xxx  VENDOR# 82B291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 219 | 219 | | 44315  015001 | WD No-Slip Side Rack | 99.0000 | 21681.00 |

QTY: 219  CTNS: 219

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 21681.00 | | | | | | | 21,681.00 |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR  866-557-2537

Please Remit To: BOX 828594
PHILADELPHIA, PA 19182-8594

2/16/05   1160117

**SOLD TO:** Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:** WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 062 | 555173 | 1235621 | 12/02/04 | 2/16/05 | E |

**CARRIER:** Old Dominion
**TERMS:** Net 30 Days DDI xxx   VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 185 | 185 | 00 | 44315   015001 | WD No-Slip Side Rack | 99.0000 | 18315.00 |

CTNS: 185

QTY: 185

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 18315.00 | | | | | | | 18,315.00 |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040   215-328-9500   OR 866-567-2537

Please REMIT TO: 828594
PHILADELPHIA, PA 19182-8594

2/22/05   1160573

**SOLD TO:** Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:** WINN DIXIE STORES, INC.
5050 EDGEWOOD CT.
JACKSONVILLE, FL 32254

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 2875 | 082 | 626245 | 1235960 | 2/09/05 | 2/22/05 |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx   B/O  00   VENDOR# 828291

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 96 | | 16816   03A048 | 6pk Skinny Headband | 1.1400 | 109.44 |
| 480 | | 73012   03N048 | Ladies Personal Trimmer blist. | 4.8000 | 2304.00 |

QTY: 576   CTNS: 12

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 2413.44 | | | | | | | 2,413.44 |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040   215-328-9500  OR  866-567-2537

Please Remit To:
P.O. BOX 8594
PHILADELPHIA, PA 19182-8594

FAX# 8282991

2/22/05    1160574

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:**
WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 628992 | 1235961 | 2/11/05 | 2/22/05 | |

CARRIER: Old Dominion
TERMS: Net 30 Days   DUI xxx   OO   VENDOR# 8282291   E

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 144 | | | 6982  03A048 | 6pk Waffle Twisters | 1.9000 | 273.60 |
| 288 | | | 8074  06Y072 | Super Comb | .7600 | 218.88 |
| 48 | | | 18897 03A048 | Compact Mirror (b card) | .8700 | 41.76 |
| 480 | | | 3012  03N048 | Ladies Personal Trimmer blist. | 4.8000 | 2304.00 |
| 480 | | | 3026  03/048 | Men's Personal Trimmer blister | 4.8000 | 2304.00 |

QTY: 1440   CTNS: 28

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 5142.24 | | | | | | | 5,142.24 |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040   215-328-9500  OR  866-557-2537

Please REMIT TO 28594
PHILADELPHIA, PA 19182-8594

2/22/05   1160575

SOLD TO:
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

SHIP TO:
WINN DIXIE STORES, INC.
5050 EDGEWOOD CT.
JACKSONVILLE, FL 32254

SHIPPING INSTRUCTIONS

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 2875 | 082 | 429005 | 1235962 | 2/11/05 | 2/22/05 E |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx    00    VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 72 | | | 18082 03A072 | Electric Roller Pins--12 ct | .7600 | 54.72 |
| 96 | | | 30063 03A048 | 26pk. Snap Barrettes | .9500 | 91.20 |
| 48 | | | 30240 03A048 | 24pk. Terry's flowers | .9500 | 45.60 |
| 48 | | | 30252 03A048 | 36pk. Mylar terry pony o's | 1.1400 | 54.72 |
| 480 | | | 73026 03/Q48 | Men's Personal Trimmer blister | 4.8000 | 2304.00 |
| 144 | | | 91189 03H048 | 2pk lin. Headbands | .9500 | 136.80 |
| 48 | | | 91234 03H048 | 2pk 7.5cm Swirl-top Jaw Clip | .7600 | 36.48 |

QTY: 936    CTNS: 19

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 2723.52 | | | | | | | 2,723.52 |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR  866-567-2537

Please Remit To:
P.O. BOX 828594
PHILADELPHIA, PA 19182-8574

| SOLD TO: | Winn Dixie Stores, Inc.<br>5050 Edgewood Ct.<br>Jacksonville, FL 32254 | | | SHIP TO: | WINN DIXIE STORES, INC.<br>2819 WADE HAMPTON BLVD<br>SUITE #4<br>TAYLORS, SC 29687 | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 2/22/05 | 1160576 |

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 635545 | 1235963 | 2/18/05 | 2/22/05 | E |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx    OO    VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | | | 5715 | 03A048 3pk Velour Twister | 1.1400 | 54.72 |
| 192 | | | 15975 | 03A048 34pk 2mm S ND Elastics - Blk | .9100 | 174.72 |
| 48 | | | 15978 | 03A048 Clincher AC Barrette | 1.1400 | 54.72 |
| 96 | | | 6103 | 03A048 12pk 1cm Jaw Clips | .9500 | 91.20 |
| 48 | | | 6111 | 03A048 3pk 6cm 2 Loop Jaw Clip | .7600 | 36.48 |
| 96 | | | 6160 | 03A048 6pk Open Center ST Barrette | 1.1400 | 109.44 |
| 96 | | | 6163 | 03A048 3pk Auto Clasp Barrette | 1.5200 | 145.92 |
| 96 | | | 6176 | 03A048 3pk 8.5cm ST Barrette | .9500 | 91.20 |
| 48 | | | 6178 | 03A048 6pk XL Clippie - Fashion | 1.1400 | 54.72 |

** CONTINUED **

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040   215-328-9500   OR   866-567-2537

Please Remit To: 28594
PHILADELPHIA, PA 19182-8594

2/22/05   1160576

**SOLD TO:** Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:** WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 635545 | 1235963 | 2/18/05 | 2/22/05 | E |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx    00    VENDOR# 828291

| ORD REQ | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 96 | | 16201 | 4pk 5.5cm Epoxy Clippies-Tort | .9500 | 91.20 |
| | 48 | | 16203 | 12pk 7cm Side Comb-Asst. | 1.1400 | 54.72 |
| | 96 | | 16216 | 3pk Tortoise AC Barrette | 1.1400 | 109.44 |
| | 48 | | 16353 | 34pk 2mm S ND Elastic-Neutrals | .9100 | 43.68 |
| | 48 | | 16424 | 6pk Eyetooth Stretch Combs | 1.5200 | 72.96 |
| | 48 | | 16634 | 12pk 2cm Chunky Jaw Clips | 1.1400 | 54.72 |
| | 144 | | 16644 | 8pk 4cm Epoxy Clippie | 1.1400 | 164.16 |
| | 48 | | 16748 | 12pk 8mm Super Soft - Blk | 1.1400 | 54.72 |
| | 96 | | 16775 | 18pk 4mm L ND Elastic-Blk | 1.1400 | 109.44 |

** CONTINUED **

| | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| MERCHANDISE | | | | | | | |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc. 215-328-9500 OR 866-567-2537
2200 Byberry Road, Hatboro, PA 19040

Please Remit To: PO Box 828594
PHILADELPHIA, PA 19182-8594

2/22/05  1160576

SOLD TO: Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

SHIP TO: WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 635545 | 1235963 | 2/18/05 | 2/22/05 | E |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx       VENDOR# 828291

| ORDERED | SHIPPED | D/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | 48 | | 6779 | 03A048 18pk 4mm L ND Elastic-Blues | 1.1400 | 54.72 |
| 48 | 48 | | 4316 | 03A048 6pk Skinny Headband | 1.1400 | 54.72 |
| 48 | 48 | | 7621 | 03A048 12pk 2.5cm Epoxy Clippie | .7600 | 36.48 |
| 72 | 72 | | 8063 | 06A072 Large Dressing Comb | .7600 | 54.72 |
| 72 | 72 | | 8074 | 06Y072 Super Comb | .7600 | 54.72 |
| 72 | 72 | | 8080 | 06A072 18pk brown roller pins | .5700 | 41.04 |
| 48 | 48 | | 8095 | 03A048 Regular Shower Cap--3 Ct | 1.3300 | 63.84 |
| 48 | 48 | | 8122 | 03A048 Foam Rollers Medium--12 Ct | .8700 | 41.76 |
| 96 | 96 | | 30085 | 03A048 6pk Headbands | 1.1400 | 109.44 |

** CONTINUED **

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.
2200 Byberry Road, Hatboro, PA 19040  215-328-9500 OR 866-567-2537

Please Remit To:
P.O. BOX 828594
PHILADELPHIA, PA 19182-8594

2/22/05   1160576

SOLD TO:
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

SHIP TO:
WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 2875 | 082 | 635545 | 1235963 | 2/18/05 | 2/22/05 |

CARRIER: Old Dominion
TERMS: Net 30 Days DDI xxx     VENDOR# 828291  E

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | 48 | | 81263 | O3HO48 12pk Printed Elastics | 1.1400 | 54.72 |
| 48 | 48 | | 81273 | O3HO48 12pk 1.5cm Multi Color JC | 1.1400 | 54.72 |
| 48 | 48 | | 81369 | O3HO4B Hair Funk Ponytailer | 1.1400 | 54.72 |
| 96 | 96 | | 90086 | O3HO48 3pk Fashion Headband | .9500 | 91.20 |
| 48 | 48 | | 81126 | O3HO48 Domed TH AC Barrette - Tort | .8700 | 41.76 |
| 48 | 48 | | 81137 | O3HO48 6pk 4cm Matte Jaw Clips-Basic | .9500 | 45.60 |
| 48 | 48 | | 81218 | O3HO48 6pk 3cm Coil Jaw Clip | 1.1400 | 54.72 |

QTY: 2376    CTNS: 48

| | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| MERCHANDISE | | | | | | | |
| 2477.04 | | | | | | | 2,477.04 |

Interest will be charged at 1.5% for payments made after due date

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.