**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **WINN-DIXIE STORES, INC.,** | ) | Case No. 05-11063 |
| et al., | ) | |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

## NOTICE OF RECLAMATION DEMAND

PLEASE TAKE NOTICE that on March 1, 2005, pursuant to 11 U.S.C. § 546, ACCO Brands, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

Dated this 2nd day of March, 2005.

Respectfully Submitted,

ACCO BRANDS, INC.

By: /s/ Tracy L. Klestadt
One of its Attorneys

Of Counsel:

Tracy L. Klestadt (TK-3591)
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
(212) 972-3000
(212) 972-2245 fax

Jonathan W. Young (IL #6204590)
Joel C. Paschke (IL #6275662)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000