UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | Case No. 05-11063 (RDD) |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned cases on behalf of Developers Diversified Realty Corp. ("DDRC") a creditor, and pursuant to the Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et seq.* (the "Bankruptcy Code"), demands that all notices given or required to be given and all papers served in these cases be delivered to and served upon the party identified below at the following address:

> **Eric C. Cotton, Esq.**
> **Developers Diversified Realty Corporation**
> **3300 Enterprise Parkway**
> **P.O. Box 227042**
> **Beachwood, Ohio 44122**
> **Tel: 212-755-5500**
> **e-mail: ecotton@ddrc.com**

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive DDRC's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which DDRC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: March 2, 2005

Developers Diversified Realty Corporation

By: */s/ Eric C. Cotton*
 Eric C. Cotton, Esq.
3300 Enterprise Parkway
P.O. Box 227042
Beachwood, Ohio 44122
Tel: 216-755-5500
Fax: 216-755-1678
e-mail: ecotton@ddrc.com