UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | Case No. 05-11063 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL</u>**

STATE OF NEW YORK     )
                                          ss.:
COUNTY OF NEW YORK  )

William Monge, being duly sworn, deposes and says:

Deponent is not a party to this proceeding, is over 18 years of age and resides at Brooklyn, New York.

On March 2, 2005, Deponent served:

1) Motion For Admission to Practice *Pro Hac Vice* of J. Michael Franks *(Docket No. 72)*; and

2) Motion For Admission to Practice *Pro Hac Vice* of Michael E. Collins *(Docket No. 73)*; and

3) Motion For Admission to Practice *Pro Hac Vice* of Thomas T. Pennington *(Docket No. 75)*;

79413_1.DOC MS Word

upon the parties on the annexed list by first class mail, by depositing a true copy of same in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

    /s/ William Monge
William Monge

Sworn to before me this
2nd day of March, 2005

 /s/ Gayle M. Alstrom
Notary Public, State of New York

79413_1.DOC MS Word