WINN-DIXIE STORES, INC.
Service List
Created 3/1/05
Updated 3/2/05
This is Doc.# **79405.1**
**A&F File # 1100**
**A & F Client: Liberty Mutual Insurance Company**

Adam L. Rosen
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Austin L. McMullen
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

Avrum J. Rosen
Law Office of Avrum J. Rosen
38 New Street
Huntington, NY 11743

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

Carolyn Hochstadter Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Conrad Chiu
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017

| | |
|---|---|
| Danielle K. Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 |
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | David W. Dykhouse<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| David S. Rubin<br>Kantrow Spaht Weaver & Blitzer<br>P.O. Box 2997<br>Baton Rouge, LA 70821 | David L. Pollack<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street - 51st Floor<br>Philadelphia, PA 19103 |
| Derek F. Meek<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 | Diana M. Thimmig<br>Roetzel & Andress<br>1375 East Ninth Street<br>Ninth Floor<br>One Cleveland Center<br>Cleveland, OH 44114 |
| Earle I. Erman<br>Erman Teicher Miller Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034 | Edwin W. Held, Jr.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 |

Eric T. Ray
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 2600
P.O. Box 306
Birmingham, AL 35201-0306

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
31st Floor
New York, NY 10105-0143

Gary Ginsburg
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

Gregory J. Seketa
40|86 Advisorts Inc.
535 N. College Drive
Carmel, IN 46032

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Ira S. Greene
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

James J. Niemeier
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

John P. Brice
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Lee Champion
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

Neal M. Rosenbloom
Finkel Goldstein Rosenbloom Nash LLP
26 Broadway
Suite 711
New York, NY 10004

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Patrick L. Huffstickler
Cox & Smith Incorporated
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

| | |
|---|---|
| Paul H. Deutch<br>Jenkens & Gilchrist Parker Chapin LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Reginald A. Greene<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 |
| Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX 75024 | Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 |
| Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Robert Dehney<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| Robert B. Rubin<br>Burr & Forman LLP<br>420 Twentieth Street North<br>Birmingham, AL 35023 | Robert L. Holladay, Jr.<br>YoungWilliams P.A.<br>210 E. Capitol Street<br>Suite 2000<br>Jackson, MS 39201 |
| Ronald Scott Kaniuk<br>Taplin & Associates<br>340 Fifth Avenue<br>Suite 2418<br>New York, NY 10118 | Rudi R. Grueneberg<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057 |

| | |
|---|---|
| Sabrina L. Streusand<br>Hughes & Luce, LLP<br>111 Congress Avenue<br>Suite 900<br>Austin, TX 78701 | Scott A. Zuber<br>Pitney Hardin Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ 07932-0950 |
| Shawn Randall Fox<br>McGuireWoods LLP<br>1345 Avnue of the Americas<br>New York, NY 10128 | Shelly D. Rucker<br>Miller & Martin LLP<br>1000 Volunteer Building<br>832 Georgia Avenue,<br>Chattanooga, TN 37402-2289 |
| Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | Thomas J. Leanse<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| W. Steven Bryant<br>Locke Liddell & Sapp, LLP<br>600 Travis Street<br># 2600<br>Houston, TX 77002-3095 | Walter E. Swearingen<br>Levi Lubarsky & Feigenbaum, LLP<br>845 Third Avenue<br>21st Floor<br>New York, NY 10022 |
| Timothy J. Curtin<br>Varnum, Riddering, Schmidt & Howlett LLP<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352 | Andrew H. Sherman<br>Sills Cummis Epstein & Gross P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 |