WYATT, TARRANT & COMBS, LLP
Attorney for Commonwealth Brands, Inc.
Robert J. Brown (RJB 5889)
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
email:  lexbankruptcy@wyattfirm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

| | |
|---|---|
| In Re: ) | |
| ) | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | CASE NO. 05-11063-rdd |
| ) | (Jointly Administered) |
| Debtors. ) | |

**CLAIM FOR RECLAMATION OF GOODS**
**BY COMMONWEALTH BRANDS, INC.**

Commonwealth Brands, Inc., a creditor and party in interest in this proceeding, hereby gives notice of its claim for reclamation pursuant to 11 U.S.C. § 546(c) and KRS 355.2-702 and § 2-702 of any applicable Uniform Commercial Code. The claim for reclamation is for the goods identified on the attached invoices for a total reclamation claim of $28,684.80. Commonwealth Brands, Inc., demands return of said goods or protection of its claim as provided by 11 U.S.C. § 546(c). Attached hereto are (1) copies of Invoices numbered 524574, 524575, 525179, 525453, 525459, 525460, 525461, and 525463 which disclose the goods for which

return is demanded, (2) Bills of Lading for all shipments, and (3) Proofs of Delivery for all shipments.

          Respectfully submitted,

          /s/ Robert J. Brown
          Robert J. Brown (RJB 5889)
          WYATT, TARRANT & COMBS, LLP
          250 West Main Street, Suite 1600
          Lexington, Kentucky  40507-1746
          Phone: (859) 233-2012
          Fax:    (859) 259-0649
          email:  lexbankrutpcy@wyattfirm.com

          COUNSEL FOR COMMONWEALTH
          BRANDS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Claim for Reclamation of Goods has been served on all parties listed below by electronic mail on this 2nd day of March 2005, and by Federal Express on the 2nd day of March, 2005.

David J. Baker  
Skadden Arps Slate Meagher  
& Flom, LLP  
Four Times Square  
New York, NY  10036

Winn-Dixie Stores, Inc.  
5050 Edgewood Court  
Jacksonville, FL  32254-3699

                                              /s/ Robert J. Brown  
                                              Robert J. Brown

30361752.1

# Commonwealth Brands, Inc.

Box 51587  Bowling Green, KY 42102  Ph. (270) 781-9100  Fax (270) 843-8607

**INVOICE**

PLEASE MAIL REMITTANCE TO
COMMONWEALTH BRANDS, INC.
DEPT. NO. 8034
CAROL STREAM IL 60122-8034

| PAGE NO. | 1 |
|---|---|
| DATE | 02/16/05 |
| CUSTOMER NO. | 18372 |
| BRANCH / PLANT | 10812 |
| ORDER DATE | 02/14/05 |
| ORDER NO. | 554025 SO |
| INVOICE NO. | 524574 RI |

**SOLD TO:**
WINN-DIXIE STORES, INC. - ORLANDO DIV.
P.O. BOX 40043
JACKSONVILLE FL 32203-0043

**SHIP TO:**
WINN-DIXIE STORES, INC
4401 SEABOARD ROAD
ORLANDO FL 32808

| SHIP DATE | CUSTOMER P.O. NO. | SHIP FROM LOCATION | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| 02/16/05 | 629773 | Lakeland, FL | PAST DUE ACCTS SUBJECT TO 1.5% FINANCE CHG |

| NO. | DESCRIPTION | ITEM NUMBER | SIZE | U/M | QUANTITY ORDERED | NUMBER OF CIGARETTES | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | | HAS APPTS ON MON & THURS ONLY | | | |
| 000 | 1 USA GOLD F/F 100'S | 0090500012 | 06M | CAS | 2 | 12,000 | 74.70 | 896.40 |
| 000 | 1 USA GOLD LIGHTS 100 | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| 000 | 1 USA GOLD F/F KING | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| 000 | 1 USA GOLD LIGHT KING BOX | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| 000 | USA GOLD F/F MENTHOL 100 | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| 000 | 1 USA GOLD ULTRA LIGHT 100 | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| 000 | 1 USA GOLD MENTHOL LITE 100 | 0090500012 | 06M | CAS | 3 | 18,000 | 74.70 | 1,344.60 |
| | | | | | 10 | 60,000 | | |

| TERMS | NET DUE DATE | DISCOUNT AVAILABLE / NET AMOUNT DUE | TOTAL DUE |
|---|---|---|---|
| 3.75% / 2 EFT | 02/19/05 | 168.09 / 4,313.91 | 4,482.00 |

ORIGINAL

# Commonwealth Brands, Inc.

P.O. Box 51587 Bowling Green, KY 42102 · Ph. (888) 781-9100 · Fax (270) 781-3285

## Bill of Lading

| | |
|---|---|
| Customer No. | 18372 |
| Ship To No | 18256 |
| Order Number | 554025-000 50 |
| Related P.O. | - |
| Brk/Plt | 10612 |

Sold To: WINN-DIXIE STORES, INC. - ORLAND
P.O. BOX 40043
JACKSONVILLE FL 32203-0043

Ship To: WINN-DIXIE STORES, INC
4401 SEABOARD ROAD
ORLANDO FL 32808

416225

============================ * COMMONWEALTH BRANDS
SEND FREIGHT BILL TO=>* P.O. BOX 61587
============================ * BOWLING GREEN, KY 42102

| Ord Date | Promised | Customer P.O. | | Ship | 3DLC - SAME DAY FAX INV TRUCK |
|---|---|---|---|---|---|
| 02/14/05 | 02/17/05 | 628778 | | Inst | HAS APPTS ON MON & THURS ONLY |

| Description | Item Number | Size | Shipped | Backordered | UM |
|---|---|---|---|---|---|
| 1 USA GOLD F/F 100'S 009050001209 | 01209 | 06M | 2 | | CA |
| 1 USA GOLD LIGHTS 100 009050001228 | 01228 | 06M | 1 | | CA |
| 1 USA GOLD F/F KING 009050001234 | 01234 | 06M | 1 | | CA |
| 1 USA GOLD LIGHT KING BOX 009050001217 | 01217 | 06M | 1 | | CA |
| USA GOLD F/F MENTHOL 100 009050001237 | 01237 | 06M | 1 | | CA |
| 1 USA GOLD ULTRA LIGHT 10 009050001219 | 01219 | 06M | 1 | | CA |
| 1 USA GOLD MENTHOL LITE 1 009050001236 | 01236 | 06M | 3 | | CA |

10 cases
2.17.05
Mark Brakson
WD

Steve M
2-17-05

179.0000                                    10
WHSE Signature     Carrier Signature     Shippable Weight    Tot. Case

FREIGHT: PREPAID DESTINATION CLASS 85 ANY CARRIER SERVICE FAILURE...PLS CALL 1-888-781-9100 *****

# Commonwealth Brands, Inc.

Box 51587   Bowling Green, KY 42102   Ph. (270) 781-9100   Fax (270) 843-8607

**INVOICE**

PLEASE MAIL REMITTANCE TO:
COMMONWEALTH BRANDS, INC.
DEPT. NO. 8034
CAROL STREAM IL 60122-8034

| | |
|---|---|
| PAGE NO. | 1 |
| DATE | 02/16/05 |
| CUSTOMER NO. | 18971 |
| BRANCH / PLANT | 10825 |
| ORDER DATE | 02/14/05 |
| ORDER NO. | 554047 SO |
| INVOICE NO. | 524575 RI |

**SOLD TO:**
WINN-DIXIE ATLANTA, INC.
P.O. BOX 2320
JACKSONVILL FL 32203-2320

**SHIP TO:**
WINN-DIXIE STORES, INC
DBA: ECONOMY WHOLESALE DISTRIBUTORS
5400 FULTON INDUSTRIAL BLVD
ATLANTA GA 30336

| SHIP DATE | CUSTOMER P.O. NO. | SHIP FROM LOCATION | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| 02/16/05 | 629805 | Atlanta, GA | PAST DUE ACCTS SUBJECT TO 1.5% FINANCE CHG |

| NO. | DESCRIPTION | ITEM NUMBER | SIZE | U M | QUANTITY ORDERED | NUMBER OF CIGARETTES | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | FAX INV. | | |
| .000 | 1 USA GOLD F/F 100'S | 0090500012 | 06M | CA | 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD F/F KING | 0090500012 | 06M | CA | 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD ULTRA LIGHT 100 | 0090500012 | 06M | CA | 1 | 6,000 | 74.70 | 448.20 |
| | | | | | 3 | 18,000 | | |

| TERMS | NET DUE DATE | DISCOUNT AVAILABLE / NET AMOUNT DUE | TOTAL DUE |
|---|---|---|---|
| 3.75% / 2 EFT | 02/19/05 | 50.43 / 1,294.17 | 1,344.60 |

ORIGINAL

# Bill of Lading

**Commonwealth Brands, Inc.**
P.O. Box 51587 Bowling Green, KY 42102  Ph. (888) 781-9100  Fax (270) 781-3285

| B.O.L Number | 0535646 | Date | 2/16/05 |
|---|---|---|---|
| | | Customer No | 18371 |
| | | Ship To No | 18257 |
| | | Order Number | 554047-000 SO |
| | | Related P.O | |
| | | Bny/Slt | 10825 |

Sold To: WINN-DIXIE ATLANTA, INC.
P.O. BOX 2020
JACKSONVILLE FL 32203-2020

Ship To: WINN-DIXIE STORES, INC
DBA: ECONOMY WHOLESALE DISTRIBUTORS
5400 FULTON INDUSTRIAL BLVD
ATLANTA GA 30336

************************
* COMMONWEALTH BRANDS
SEND FREIGHT BILL TO=>* P.O. BOX 51587
* BOWLING GREEN, KY 42102
************************

| Ord Date | Promised | Customer P.O. | Ship Inst | SDLC - SAME DAY FAX INV. |
|---|---|---|---|---|
| 02/14/05 | 02/17/05 | 629805 | | |

| Description | Item Number | Size | Shipped | Backordered | UM |
|---|---|---|---|---|---|
| 1 USA GOLD F/F 100'S | 01209 | 06M | 1 | | CA |
| 009050001209 | | | | | |
| 1 USA GOLD F/F KING | 01294 | 06M | 1 | | CA |
| 009050001294 | | | | | |
| 1 USA GOLD ULTRA LIGHT 10 | 01219 | 06M | 1 | | CA |
| 009050001219 | | | | | |

*[signature]*
2-17-05
WD

52.0000    2
WHSE Signature    Carrier Signature    Shippable Weight    Tot. Case

| CONSIGNEE | DELIVERY RECEIPT (RED) | | | SHIPPER | | 749 165 594 |
|---|---|---|---|---|---|---|
| WINN DIXIE GROCERY WHSE 2425 NEVADA BLVD CHARLOTTE NC 28273 00875226 | | 4271760 OVNZ | | COMMONWEALTH BRANDS INC KOBC LOGISTICS CORP 7075 CAINDALE DR GREENSBORO NC 27409 (336)665-6090 | | |
| | | FREIGHT BILL NUMBER 749 165 594 | | 30196190 | | |
| | | QTY WEIGHT | DEST CLT | ADV CAR | | |
| | (704)587-4000 | | | 526515 | | |
| 233643 | (800)333-7400 | 02/21/05 | 680 | | | |

22/ APPOINTMENT DELIVERY

OVERNITE TRANSPORTATION COMPANY  www.overnite.com  749 165 594   OVNT

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | INFO | | |
|---|---|---|---|---|---|---|---|
| 14 | | CS | 14 PIECE(S) COUNTED AND VERIFIED ON 14 OT HANDLING UNIT(S) WITH THE FOLLOWING CIGARETTES LTL FUEL ADJUSTMENT 354950000080  BILL-LADING # SHIPPER IS PLANT 0019 SHIPPER IS NOT RESPONSIBLE FOR ANY ACCESSORIAL CHARGES 9111  CUSTOMER # 1321  CUSTOMER # 10807  CUSTOMER # BILL TO: 24921220 | 245 | 047770-00 | | |

CONTD  TTL PCS 14  Robert C. Bell  TTL WT  Winn Dixie  ODM 107  ARRIVE 1345  DEPART 1420

# Commonwealth Brands, Inc.

Box 51587  Bowling Green, KY 42102  Ph. (270) 781-9100  Fax (270) 843-8607

**INVOICE**

PLEASE MAIL REMITTANCE TO:
COMMONWEALTH BRANDS, INC.
DEPT. NO. 8034
CAROL STREAM IL 60122-8034

| | |
|---|---|
| PAGE NO. | 1 |
| DATE | 02/18/05 |
| CUSTOMER NO. | 18374 |
| BRANCH / PLANT | 10812 |
| ORDER DATE | 02/17/05 |
| ORDER NO. | 554946 SO |
| INVOICE NO. | 525179 RI |

**SOLD TO:**
WINN-DIXIE STORES, INC - JACKSONVILLE
P.O. BOX 40595
JACKSONVILLE FL 32203-0595

**SHIP TO:**
WINN-DIXIE STORES - JACKSONVILLE
15500 W. BEAVER STREET
JACKSONVILLE FL 32234

| SHIP DATE | CUSTOMER P.O. NO. | SHIP FROM LOCATION | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| 02/18/05 | 633639 | Lakeland, FL | PAST DUE ACCTS SUBJECT TO 1.5% FINANCE CHG |

| NO | DESCRIPTION | ITEM NUMBER | SIZE | U/M | QUANTITY ORDERED | NUMBER OF CIGARETTES | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **CIGARETTES** | NO APPT. REQ. | |
| .000 | 1 USA GOLD F/F 100'S | 0090500012 | 06M | CAS | 2 | 12,000 | 74.70 | 896.40 |
| .000 | 1 USA GOLD LIGHTS 100 | 0090500012 | 06M | CAS | 3 | 18,000 | 74.70 | 1,344.60 |
| .000 | 1 USA GOLD F/F KING | 0090500012 | 06M | CAS | 2 | 12,000 | 74.70 | 896.40 |
| .000 | 1 USA GOLD LIGHT KING BOX | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| .000 | USA GOLD F/F MENTHOL 100 | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD ULTRA LIGHT 100 | 0090500012 | 06M | CAS | 2 | 12,000 | 74.70 | 896.40 |
| .000 | 1 USA GOLD MENTHOL LITE 100 | 0090500012 | 06M | CAS | 2 | 12,000 | 74.70 | 896.40 |
| | | | | | 13 | 78,000 | | |

| TERMS | NET DUE DATE | DISCOUNT AVAILABLE / NET AMOUNT DUE | TOTAL DUE |
|---|---|---|---|
| 3.75% / 2 EFT | 02/23/05 | 218.52 / 5,608.08 | 5,826.60 |

ORIGINAL

D.L. Number 535203

# BILL OF LADING

## Commonwealth Brands, Inc.
P.O. Box 51587 Bowling Green, KY 42102  Ph. (888) 781-9100  Fax (270) 781-0286

**Bill of Lading**

Date - 2/18/05
Customer No - 18374
Ship To No - 18250
Order Number - 354946-000 30
Related P.O. -
Srn/Plt - 10812

Sold To: WINN-DIXIE STORES, INC - JACKSON
P.O. BOX 40585
JACKSONVILLE FL 32203-0398

Ship To: WINN-DIXIE STORES - JACKSONVILLE
15500 W. BEAVER STREET
JACKSONVILLE FL 32234

416680

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* COMMONWEALTH BRANDS
SEND FREIGHT BILL TO=>\* P.O. BOX 51587
\* BOWLING GREEN, KY 42102
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Ord Date | Promised | Customer P.O. | Ship Inst | AACT - SAME DAY \*\*CIGARETTES\*\* | FAX INV. NO APPT. REQ. |
|---|---|---|---|---|---|
| 02/17/05 | 02/21/05 | 633699 | | | |

| Description | Item Number | Size | Shipped | Backordered | UM |
|---|---|---|---|---|---|
| USA GOLD F/F 100'S  9050001209 | 01209 | 06M | 2 | | CA |
| USA GOLD LIGHTS 100  9050001226 | 01226 | 06M | 3 | | CA |
| USA GOLD F/F KING  9050001234 | 01234 | 06M | 2 | | CA |
| USA GOLD LIGHT KING BOX  9050001217 | 01217 | 06M | 1 | | CA |
| USA GOLD F/F MENTHOL 100  9050001237 | 01237 | 06M | 1 | | CA |
| USA GOLD ULTRA LIGHT 10  9050001213 | 01213 | 06M | 2 | | CA |
| USA GOLD MENTHOL LITE 1  9050001235 | 01235 | 06M | 2 | | CA |

SHIPPER LABEL
AACT  AAA COOPER TRANSPORTATION
AACT  45173483
DRIVERS SIGNATURE ACKNOWLEDGES RECEIPT OF FREIGHT ONLY. UNLESS OTHERWISE AGREED TO UNDER SEPARATE CONTRACT. TERMS AND CONDITIONS OF TARIFF AACT-100 APPLY.



AdT/Bertram Ⓑ
2-21-05 5:20PM

291.0000      13

WBD Signature      Carrier Signature      Shippable Weight   Tot. Case

# INVOICE

**Commonwealth Brands, Inc.**
Box 51587  Bowling Green, KY 42102  Ph. (270) 781-9100  Fax (270) 843-8607

PLEASE MAIL REMITTANCE TO:
COMMONWEALTH BRANDS, INC.
DEPT. NO. 8034
CAROL STREAM IL 60122-8034

| | |
|---|---|
| PAGE NO. | 1 |
| DATE | 02/21/05 |
| CUSTOMER NO. | 18372 |
| BRANCH / PLANT | 10812 |
| ORDER DATE | 02/16/05 |
| ORDER NO. | 554803 SO |
| INVOICE NO. | 525453 RI |

**SOLD TO:**
WINN-DIXIE STORES, INC. - ORLANDO DIV.
P.O. BOX 40043
JACKSONVILLE FL 32203-0043

**SHIP TO:**
WINN-DIXIE STORES, INC
4401 SEABOARD ROAD
ORLANDO FL 32808

| SHIP DATE | CUSTOMER P.O. NO. | SHIP FROM LOCATION | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| 02/21/05 | 632620 | Lakeland, FL | PAST DUE ACCTS SUBJECT TO 1.5% FINANCE CHG |

SPECIAL INSTRUCTIONS: HAS APPTS ON MON & THURS ONLY

| NO. | DESCRIPTION | ITEM NUMBER | SIZE | UM | QUANTITY ORDERED | NUMBER OF CIGARETTES | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| .000 | 1 USA GOLD F/F 100'S | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD LIGHTS 100 | 0090500012 | 06M | CAS | 2 | 12,000 | 74.70 | 896.40 |
| .000 | 1 USA GOLD F/F KING | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD ULTRA LIGHT 100 | 0090500012 | 06M | CAS | 2 | 12,000 | 74.70 | 896.40 |
| .000 | 1 USA GOLD MENTHOL LITE 100 | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| | | | | | 7 | 42,000 | | |

| TERMS | NET DUE DATE | DISCOUNT AVAILABLE / NET AMOUNT DUE | TOTAL DUE |
|---|---|---|---|
| 3.75% / 2 EFT | 02/24/05 | 117.67 / 3,019.73 | 3,137.40 |

ORIGINAL

# BILL OF LADING

**Commonwealth Brands, Inc.**
P.O. Box 51587 Bowling Green, KY 42102  Ph. (888) 781-9100  Fax (270) 781-3285

Bill of Lading

| | |
|---|---|
| B.O.L Number | 526529 |
| Page | 1 |
| Date | 2/21/05 |
| Customer No | 18272 |
| Ship To No | 18286 |
| Order Number | 654883-080-80 |
| Related P.O. | - |
| Brn/Plt | 10012 |

Sold To: WINN-DIXIE STORES, INC. - ORLAND
P.O. BOX 40042
JACKSONVILLE FL 32202-8042

Ship To: WINN-DIXIE STORES, INC
4401 SEABOARD ROAD
ORLANDO FL 32808

416918

* COMMONWEALTH BRANDS
SEND FREIGHT BILL TO => * P.O. BOX 51587
* BOWLING GREEN, KY 42102

| Ord Date | Promised | Customer P.O. | Ship Inst |
|---|---|---|---|
| 02/16/05 | 02/22/05 | 632620 | SDLC - SAME DAY FAX INV. TRUCK HAS APPTS ON MON & THURS ONLY |

| Description | Item Number | Size | Shipped | Backordered | UM |
|---|---|---|---|---|---|
| 1 USA GOLD F/F 100'S  009050001209 | 01205 | 06M | 1 | | CA |
| 1 USA GOLD LIGHTS 100  009050001228 | 01228 | 06M | 2 | | CA |
| 1 USA GOLD F/F KING  009050001234 | 01234 | 06M | 1 | | CA |
| 1 USA GOLD ULTRA LIGHT 10  009050001219 | 01219 | 06M | 2 | | CA |
| 1 USA GOLD MENTHOL LITE 1  009050001236 | 01236 | 06M | 1 | | CA |

7 cases
2-22-05
Mark Branson
WD

[signature]
2-22-05

WHSE. Signature    Carrier Signature    Shippable Weight    Tot. Cases

# Commonwealth Brands, Inc.

Box 51587  Bowling Green, KY 42102  Ph. (270) 781-9100  Fax (270) 843-8607

**INVOICE**

PLEASE MAIL REMITTANCE TO:
COMMONWEALTH BRANDS, INC.
DEPT. NO. 8034
CAROL STREAM IL 60122-8034

| | |
|---|---|
| PAGE NO. | 1 |
| DATE | 02/21/05 |
| CUSTOMER NO. | 18376 |
| BRANCH / PLANT | 10812 |
| ORDER DATE | 02/17/05 |
| ORDER NO. | 554948 SD |
| INVOICE NO. | 525459 RI |

SOLD TO:
WINN-DIXIE STORES, INC. - MIAMI/POMPANO
P.O. BOX 40026
JACKSONVILLE FL 32203-0026

SHIP TO:
WINN-DIXIE STORES, INC
3300 NW 123 STREET
SUITE 3
MIAMI FL 33167

| SHIP DATE | CUSTOMER P.O. NO. | SHIP FROM LOCATION | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| 02/21/05 | 633640 | Lakeland, FL | PAST DUE ACCTS SUBJECT TO 1.5% FINANCE CHG |

| NO. | DESCRIPTION | ITEM NUMBER | SIZE | UM | QUANTITY ORDERED | NUMBER OF CIGARETTES | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | HAS APPTS. ON MON & THUR ONLY | | |
| .000 | 1 USA GOLD F/F 100'S | 0090500012 | 06M | CA | S 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD LIGHTS 100 | 0090500012 | 06M | CA | S 1 | 6,000 | 74.70 | 448.20 |
| .000 | USA GOLD F/F MENTHOL 100 | 0090500012 | 06M | CA | S 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD ULTRA LIGHT 100 | 0090500012 | 06M | CA | S 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD MENTHOL LITE 100 | 0090500012 | 06M | CA | S 2 | 12,000 | 74.70 | 896.40 |
| | | | | | 6 | 36,000 | | |

| TERMS | NET DUE DATE | DISCOUNT AVAILABLE NET AMOUNT DUE | TOTAL DUE |
|---|---|---|---|
| 3.75% / 2 EFT | 02/24/05 | 100.86<br>2,588.34 | 2,689.20 |

ORIGINAL

# Commonwealth Brands, Inc.

## Bill of Lading

P.O. Box 51587 Bowling Green, KY 42102 · Ph. (888) 761-9100 · Fax (270) 781-3265

| | |
|---|---|
| B.O.L Number: | 536528 |
| Page: | 1 |
| Date: | 2/21/05 |
| Customer No: | 18376 |
| Ship To No: | 18255 |
| Order Number: | 354948-000 30 |
| Related P.O.: | |
| Brn/Plt: | 10812 |

Sold To: WINN-DIXIE STORES, INC. - MIAMI/
P.O. BOX 40026
JACKSONVILLE FL 32203-0026

Ship To: WINN-DIXIE STORES, INC
3300 NW 123 STREET
SUITE 8
MIAMI FL 33167

416917

***************
* COMMONWEALTH BRANDS
SEND FREIGHT BILL TO: * P.O. BOX 51587
* BOWLING GREEN, KY 42102
***************

| Ord Date | Promised | Customer P.O. | Ship Inst |
|---|---|---|---|
| 02/17/05 | 02/22/05 | 633640 | SDLC - SAME DAY FAX INV TRUCK — HAS APPTS. ON MON & THUR ONLY |

| Description | Item Number | Size | Shipped | Backordered | UM |
|---|---|---|---|---|---|
| 1 USA GOLD F/F 100'S  009050001209 | 01209 | 06M | 1 | | CA |
| 1 USA GOLD LIGHTS 100  009050001228 | 01228 | 06M | 1 | | CA |
| USA GOLD F/F MENTHOL 100  009050001237 | 01237 | 06M | 1 | | CA |
| 1 USA GOLD ULTRA LIGHT 10  009050001219 | 01219 | 06M | 1 | | CA |
| 1 USA GOLD MENTHOL LITE 1  009050001236 | 01236 | 06M | 2 | | CA |

[signature] REC 6 CS. 02/22/05

[signature] 22 FEB 05

| WHSE Signature | Carrier Signature | Shippable Weight | Tot. Cases |
|---|---|---|---|
| | | 108.0000 | 6 |

# INVOICE

**Commonwealth Brands, Inc.**
Box 51587  Bowling Green, KY 42102  Ph. (270) 781-9100  Fax (270) 843-8607

PLEASE MAIL REMITTANCE TO:
COMMONWEALTH BRANDS, INC.
DEPT. NO. 8034
CAROL STREAM IL 60122-8034

| | |
|---|---|
| PAGE NO. | 1 |
| DATE | 02/21/05 |
| CUSTOMER NO. | 18376 |
| BRANCH / PLANT | 10812 |
| ORDER DATE | 02/17/05 |
| ORDER NO. | 554949 SO |
| INVOICE NO. | 525460 RI |

**SOLD TO:**
WINN-DIXIE STORES, INC. - MIAMI/POMPANO
P.O. BOX 40026
JACKSONVILLE FL 32203-0026

**SHIP TO:**
WINN-DIXIE STORES, INC
1141 S.W. 12TH AVE
SUITE 1
POMPANO BEACH FL 33069-4671

| SHIP DATE | CUSTOMER P.O. NO. | SHIP FROM LOCATION | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| 02/21/05 | 633641 | Lakeland, FL | PAST DUE ACCTS SUBJECT TO 1.5% FINANCE CHG |

| NO. | DESCRIPTION | ITEM NUMBER | SIZE | U/M | QUANTITY ORDERED | NUMBER OF CIGARETTES | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | HAS APPTS. ON MON & THURS ONLY | | |
| .000 | 1 USA GOLD F/F 100'S | 0090500012 | 06M | CA S | 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD LIGHTS 100 | 0090500012 | 06M | CA S | 2 | 12,000 | 74.70 | 896.40 |
| .000 | 1 USA GOLD F/F KING | 0090500012 | 06M | CA S | 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD LIGHT KING BOX | 0090500012 | 06M | CA S | 2 | 12,000 | 74.70 | 896.40 |
| .000 | USA GOLD F/F MENTHOL 100 | 0090500012 | 06M | CA S | 1 | 6,000 | 74.70 | 448.20 |
| .000 | 1 USA GOLD ULTRA LIGHT 100 | 0090500012 | 06M | CA S | 2 | 12,000 | 74.70 | 896.40 |
| .000 | 1 USA GOLD MENTHOL LITE 100 | 0090500012 | 06M | CA S | 1 | 6,000 | 74.70 | 448.20 |
| | | | | | 10 | 60,000 | | |

| TERMS | NET DUE DATE | DISCOUNT AVAILABLE / NET AMOUNT DUE | TOTAL DUE |
|---|---|---|---|
| 3.75% / 2 EFT | 02/24/05 | 168.10 / 4,313.90 | 4,482.00 |

ORIGINAL

# BILL OF LADING

**Commonwealth Brands, Inc.**
P.O. Box 51587 Bowling Green, KY 42102  Ph. (800) 761-9100  Fax (270) 781-3285

## Bill of Lading

| | |
|---|---|
| B.O.L Number | 536827 |
| Date | 2/21/05 |
| Customer No | 18278 |
| Ship To No | 18254 |
| Order Number | 554949-000 50 |
| Related P.O. | - |
| Brn/Plt | 10812 |

Sold To: WINN-DIXIE STORES, INC. - MIAMI/
P.O. BOX 40026
JACKSONVILLE FL 32203-0026

Ship To: WINN-DIXIE STORES, INC
1141 S.W. 12TH AVE
SUITE 1
POMPANO BEACH FL 33069-4671

416 916

SEND FREIGHT BILL TO => * COMMONWEALTH BRANDS
* P.O. BOX 51587
* BOWLING GREEN, KY 42102

| Ord Date | Promised | Customer P.O. | Ship Inst |
|---|---|---|---|
| 02/17/05 | 02/22/05 | 533641 | SDLC - SAME DAY FAX INV. TRUCK HAS APPTS. ON MON. & THURS ONLY |

| Description | Item Number | Size | Shipped | Backordered | UM |
|---|---|---|---|---|---|
| 1 USA GOLD F/F 100'S | 01209 | 06M | 1 | | CA |
| 009050001209 | | | | | |
| 1 USA GOLD LIGHTS 100 | 01228 | 06M | 2 | | CA |
| 009050001228 | | | | | |
| 1 USA GOLD F/F KING | 01234 | 06M | 1 | | CA |
| 009050001234 | | | | | |
| 1 USA GOLD LIGHT KING BOX | 01217 | 06M | 2 | | CA |
| 009050001217 | | | | | |
| USA GOLD F/F MENTHOL 100 | 01237 | 06M | 1 | | CA |
| 009050001237 | | | | | |
| 1 USA GOLD ULTRA LIGHT 10 | 01219 | 06M | 2 | | CA |
| 009050001219 | | | | | |
| 1 USA GOLD MENTHOL LITE 1 | 01236 | 06M | 1 | | CA |
| 009050001236 | | | | | |

Rec 10-05

Jack Bush
2-22-05
LD pony

Martin Lm 22FEB05

WHSE Signature    Carrier Signature    Shippable Weight    Tot. Cases
                                        100.0000              10

# INVOICE

**Commonwealth Brands, Inc.**
Box 51587    Bowling Green, KY 42102    Ph. (270) 781-9100    Fax (270) 843-8607

PLEASE MAIL REMITTANCE TO:
COMMONWEALTH BRANDS, INC.
DEPT. NO. 8034
CAROL STREAM IL 60122-8034

| | |
|---|---|
| PAGE NO. | 1 |
| DATE | 02/21/05 |
| CUSTOMER NO. | 9111 |
| BRANCH / PLANT | 10807 |
| ORDER DATE | 02/17/05 |
| ORDER NO. | 554950 SO |
| INVOICE NO. | 525461 RI |

**SOLD TO:**
WINN-DIXIE CHARLOTTE, INC.
GROCERY ACCOUNTS PAYABLE
P.O. BOX 40535
JACKSONVILLE FL 32203-0535

**SHIP TO:**
WINN-DIXIE STORES, INC - GROCERY WAREHOUSE
2425 NEVADA BLVD.
CHARLOTTE NC 28273

| SHIP DATE | CUSTOMER P.O. NO. | SHIP FROM LOCATION | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| 02/21/05 | 633643 | Greensboro, NC | PAST DUE ACCTS SUBJECT TO 1.5% FINANCE CHG |

| NO | DESCRIPTION | ITEM NUMBER | SIZE | UM | CA | QUANTITY ORDERED | NUMBER OF CIGARETTES | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | NO APPT REQUIRED CIGARETTES!! | | | |
| 000 | 1 USA GOLD F/F 100'S | 0090500012 | 06M | CA | S | 2 | 12,000 | 74.70 | 896.40 |
| 000 | 1 USA GOLD LIGHTS 100 | 0090500012 | 06M | CA | S | 2 | 12,000 | 74.70 | 896.40 |
| 000 | 1 USA GOLD LIGHT KINGS | 0090500012 | 06M | CA | S | 1 | 6,000 | 74.70 | 448.20 |
| 000 | 1 USA GOLD F/F KING | 0090500012 | 06M | CA | S | 3 | 18,000 | 74.70 | 1,344.60 |
| 000 | 1 USA GOLD LIGHT KING BOX | 0090500012 | 06M | CA | S | 1 | 6,000 | 74.70 | 448.20 |
| 000 | USA GOLD F/F MENTHOL 100 | 0090500012 | 06M | CA | S | 1 | 6,000 | 74.70 | 448.20 |
| 000 | 1 USA GOLD ULTRA LIGHT 100 | 0090500012 | 06M | CA | S | 2 | 12,000 | 74.70 | 896.40 |
| 000 | 1 USA GOLD MENTHOL LITE 100 | 0090500012 | 06M | CA | S | 2 | 12,000 | 74.70 | 896.40 |
| | | | | | | 14 | 84,000 | | |

| TERMS | NET DUE DATE | DISCOUNT AVAILABLE / NET AMOUNT DUE | TOTAL DUE |
|---|---|---|---|
| 3.75% / 2 EFT | 02/24/05 | 235.33 / 6,039.47 | 6,274.80 |

ORIGINAL

*[Freight bill/delivery receipt from Overnite Transportation Company, rotated 90°. Key details:]*

**Consignee:** WINN DIXIE GROCERY WHSE, 2425 NEVADA BLVD, CHARLOTTE, NC 28273, (704) 587-4000, #08875226

**Shipper:** COMMONWEALTH BRANDS INC, K&SC LOGISTICS CORP, 7075 CAINDALE DR, GREENSBORO, NC 27409, (336) 665-6090

**Freight Bill Number:** 749 165 594

**PO:** 833643
**Pickup Date:** 02/21/05
**Dest:** CLT
**ADV CAR:** 5365315
**MFC:** 047770-00

**Description:**
- 14 CS CIGARETTES
- LTL FUEL ADJUSTMENT
- 5549500080   BILL-LADING
- SHIPPER IS PLANT 0019
- SHIPPER IS NOT RESPONSIBLE FOR ANY ACCESSORIAL CHARGES
- 9111 CUSTOMER #
- 1321 CUSTOMER #
- 10807 CUSTOMER #
- BILL TO: 24321220

14 PIECE(S) COUNTED AND VERIFIED ON WITH THE FOLLOWING 245

Weight: 749 165 594 GBO

Appointment Delivery: (800) 333-7400

Signatures: Robert C. Hoff / David Dodge

# INVOICE

## Commonwealth Brands, Inc.
Box 51587   Bowling Green, KY 42102   Ph. (270) 781-9100   Fax (270) 843-8607

PLEASE MAIL REMITTANCE TO
COMMONWEALTH BRANDS, INC.
DEPT. NO. 8034
CAROL STREAM IL 60122-8034

| | |
|---|---|
| PAGE NO. | 1 |
| DATE | 02/21/05 |
| CUSTOMER NO. | 18374 |
| BRANCH / PLANT | 10812 |
| ORDER DATE | 02/17/05 |
| ORDER NO. | 555029 SO |
| INVOICE NO. | 525463 RI |

**SOLD TO:**
WINN-DIXIE STORES, INC - JACKSONVILLE
P.O. BOX 40595
JACKSONVILLE FL 32203-0595

**SHIP TO:**
WINN-DIXIE STORES - JACKSONVILLE
15500 W. BEAVER STREET
JACKSONVILLE FL 32234

| SHIP DATE | CUSTOMER P.O. NO. | SHIP FROM LOCATION | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| 02/21/05 | 633655 | Lakeland, FL | PAST DUE ACCTS SUBJECT TO 1.5% FINANCE CHG |

| NO. | DESCRIPTION | ITEM NUMBER | SIZE | U M | QUANTITY ORDERED | NUMBER OF CIGARETTES | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **CIGARETTES** | NO APPT. REQ. | |
| 000 | 2 USA GOLD LIGHTS 100 | 0090500012 | 06M | CAS | 1 | 6,000 | 74.70 | 448.20 |
| | | | | | 1 | 6,000 | | |

| TERMS | NET DUE DATE | DISCOUNT AVAILABLE NET AMOUNT DUE | TOTAL DUE |
|---|---|---|---|
| 3.75% / 2 EFT | 02/24/05 | 16.81<br>431.39 | 448.20 |

ORIGINAL

## Commonwealth Brands Inc.
## BILL OF LADING

**Commonwealth Brands, Inc.**
P.O. Box 51587 Bowling Green, KY 42102  Ph (888) 781-9100  Fax (270) 781-3284

### Bill of Lading

| | |
|---|---|
| Page | 1 |
| Date | 2/21/05 |
| Customer No | 18374 |
| Ship To No | 18250 |
| Order Number | 555029-000 BO |
| Related P.O. | |
| Brn/Plt | 10812 |

B.O.L. Number: 526526

Sold To: WINN-DIXIE STORES, INC - JACKSON
P.O. BOX 40595
JACKSONVILLE FL 32203-0595

Ship To: WINN-DIXIE STORES - JACKSONVILLE
15500 W. BEAVER STREET
JACKSONVILLE FL 32234

416905

*********************
* COMMONWEALTH BRANDS
SEND FREIGHT BILL TO=> P.O. BOX 51587
* BOWLING GREEN, KY 42102
*********************

| Ord Date | Promised | Customer P.O. | Ship Inst | ACCT - SAME DAY | FAX INV |
|---|---|---|---|---|---|
| 02/17/05 | 02/22/05 | 633655 | | **CIGARETTES** | NO APPT REQ |

| Description | Item Number | Size | Shipped | Backordered | UM |
|---|---|---|---|---|---|
| 2 USA GOLD LIGHTS 100 | 01220 | 05M | (1) | | CA |
| 108050001228 | | | | | |

1Z X95 5W7 03 1000 380 8

18.0000    1