IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| WINN DIXIE STORES, INC., et al., | Case No. 05-11063 |
| Debtors | (Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND BY SOUTHERN PRIDE CATFISH, D/B/A AMERICAN PRIDE SEAFOODS

**PLEASE TAKE NOTICE,** that on February 28, 2005, pursuant to 11 U.S.C. 546(c),

Southern Pride Catfish, d/b/a American Pride Seafoods served its written demand for

reclamation upon Winn Dixie Stores, Inc., and its affiliated ddebtors.  A copy of the written

demand is attached hereto.

Dated:  March 1, 2005
        Newark, New Jersey

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
Attorneys for Southern Pride Catfish, d/b/a
American Pride Seafoods

By: _____
    David N. Crapo, Esq. (DC 9691)
    One Riverfront Plaza
    Newark, New Jersey 07102-5497
    (973) 596-4523 (telephone)
    (973) 639-6244 (telefax)
    dcrapo@gibbonslaw.com (e-mail)



*A Division of American Seafoods Group LLC*

February 25, 2005

**VIA FEDERAL EXPRESS and CERTIFIED MAIL R.R.R.**

Bennett L. Nussbaum
Senior Vice President and Chief Financial Officer
Winn-Dixie Stores, Inc.,
5050 Edgewood Court
Jacksonville, Florida 32254-3699

      Re:  **Reclamation Demand of Southern Pride Catfish d/b/a/ American Pride Seafoods to Winn-Dixie Stores, Inc. and/or one or more of its Affiliate Debtors**

Dear Mr. Nussbaum:

      Southern Pride Catfish d/b/a American Pride Seafoods ("American Pride") has learned that, on February 21, 2005 ("Petition Date"), Winn-Dixie Stores, Inc. and several affiliates (collectively, "Debtors") filed voluntary petitions for relief in the United States Bankruptcy Court for the Southern District of New York under Chapter 11 of Title 11 of the United States Code. American Pride has also been advised to seek reclamation of goods it has shipped to one or more of the Debtors.

      Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546(c), American Pride hereby demands the immediate return of all goods ("Goods"), or the proceeds thereof, of any kind or character shipped by American Pride or its affiliates and received by any of the Debtors from February 11, 2005 through and including the date of this letter. The Goods include, but are not limited to, the Goods shipped to and received by any of the Debtors as described in the Schedule attached hereto.

      By this letter, the Debtors, and any related entities, are instructed to immediately inventory the Goods and keep the Goods segregated from all other inventory. Further neither the Debtors nor any related entities are permitted to use, sell, encumber or transfer the Goods to any other party.

      Please contact the undersigned at (508) 991-6416 to arrange for the immediate return of the Goods, or the proceeds thereof. Your anticipated cooperation is required and expected.



Southern Pride Catfish LLC

**American Pride Seafoods**
Greensboro Operations & Sales P. O. Box 436 ✦ Greensboro, Alabama 36744 USA
New Bedford Operations P. O. Box 2087 ✦ New Bedford, Massachusetts 02741 USA
Sales: (800) 342-8046 ✦ (334) 624-4021 ✦ Fax (334) 624-5770
www.americanprideseafoods.com ✦ info@americanprideseafoods.com



American Seafoods International



*A Division of American Seafoods Group LLC*

Very truly yours,

Robert Myatt
V.P  Finance

Attachment

cc:    Mr. Dewey Maroni (w/encl)
       Mr. Doug Owenby (w/encl)
       Mr. D.W. Wilson (w/encl)
       Mr. David N. Crapo (w/encl)



Southern Pride Catfish LLC



American Pride Seafoods
Greensboro Operations & Sales P.O. Box 436 • Greensboro, Alabama 36744 USA
New Bedford Operations P.O. Box 2017 • New Bedford, Massachusetts 02741 USA
Sales: (800) 343-9046 • (334) 624-4621 • Fax (334) 624-5770
www.americanprideseafoods.com • info@americanprideseafoods.com
EEO/Affirmative Action Employer



American Seafoods International

**Listing of Winn-Dixie Invoice 02/10/05-02/21/05**

| Customer | Invoice Number | Invoice Date | Amount |
|---|---|---|---|
| Winn-Dixie Montgomery | 68661 | 2/11/2005 | $ 4,000.00 |
| Winn-Dixie Montgomery | 69021 | 2/15/2005 | 14,155.00 |
| Winn-Dixie Atlanta | 68663 | 2/11/2005 | 6,080.00 |
| Winn-Dixie Atlanta | 69111 | 2/11/2005 | 1,125.00 |
| Winn-Dixie Atlanta | 69024 | 2/15/2005 | 7,815.00 |
| Winn-Dixie Atlanta | 69112 | 2/15/2005 | 1,375.00 |
| Winn-Dixie Miami | 69087 | 2/11/2005 | 3,430.00 |
| Winn-Dixie Jacksonville | 69071 | 2/11/2005 | 9,315.00 |
| Winn-Dixie Jacksonville | 69088 | 2/15/2005 | 11,014.50 |
| Winn-Dixie Jacksonville | 69330 | 2/15/2005 | 552.00 |
| Winn-Dixie Orlando | 69081 | 2/11/2005 | 6,980.00 |
| Winn-Dixie Orlando | 69103 | 2/15/2005 | 8,260.00 |
| Winn-Dixie Miami (Pompano) | 69085 | 2/11/2005 | 2,775.50 |
| Winn-Dixie New Orleans | 68662 | 2/11/2005 | 3,660.00 |
| Winn-Dixie New Orleans | 69022 | 2/15/2005 | 15,879.50 |
| Winn-Dixie Charlotte | 68218 | 2/10/2005 | 5,115.50 |
| Winn-Dixie Charlotte | 69101 | 2/15/2005 | 5,027.00 |
| Winn-Dixie Charlotte | 69102 | 2/15/2005 | 6,267.00 |
| Total | | | $111,427.00 |

FEB-28-2005  09:52AM    FROM-AMERICAN SEAFOODS INTL          509-891-6480      T-346  P.005  F-614



# INVOICE

## AMERICAN PRIDE SEAFOODS
(800) 343-8046
Phone: (334) 824-4021  Fax: (334) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69352 | 2/11/05 | 610177 | 2/12/05 | 1 |

**SOLD TO**
WINN-DIXIE MIAMI
PERISHABLE ACCTG
P.O. BOX 40026
JACKSONVILLE          FL 32203

**SHIP TO**
WINN-DIXIE MIAMI
3300 NW 123RD ST
MIAMI                 FL 33167

GREENSBORO

| CASES | PROD CODE | ORDER | SHIP DATE | OTHER | CASES | POUNDS | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1537 1194L | RETAIL CORPORATE - | 0/00/00 | | OTHER | | | | |
| 10-58585 | 2051405 WINN DIXIE CATF NUG 10# FARM USA | | | | | 100.00- | 1.3000 | 130.00- |
| | TO CREDIT YOU FOR | | | | | | | |
| | 10 CS SHORT CN | | | | | | | |
| | INV 68215 | | | | | | | |
| | FILLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX | | | | | | | |

| | TOTAL POUNDS | TOTAL AMOUNT |
|---|---|---|
| | 100.00- | 130.00- |

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA. 19178-5125

TERMS- NET 14 DAYS

FEB-28-2005 00:53AM  FROM-AMERICAN SEAFOODS INTL            508-981-6490      T-346  P.006/023  F-614



**AMERICAN PRIDE SEAFOODS**

Phone: (504) 834-4021 Fax: (504) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 84661 | 2/11/05 | 616713 | 2/01/05 | |

WINN-DIXIE MONTGOMERY, INC.
PERISHABLE ACCTG
P.O. BOX 404075
JACKSONVILLE    FL 32203

SHIP TO:
WINN-DIXIE MONTGOMERY, INC.
6080 HIGHWAY 31, SOUTH
MOBILE HIGHWAY
MONTGOMERY    AL 36108

| | | DESCRIPTION | | | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 296 | 11932 | SOUTHEAST - HOUSE | 2/12/05 | SP FLORIDA/SAFE HBR | | | GREENSBORO |
| 70 | 58585 | 2051405 WINN DIXIE CATF NUG 10# FARM USA | | | 700.00 | 1.300 | 910.00 |
| 20 | 58590 | 2593045 WINN DIXIE 5-12OZ CAJUN STYLE 10# FARM USA | | | 200.00 | 2.900 | 580.00 |
| 120 | 58580 | 1033405 WINN DIXIE CATF 7-14OZ WHL 10# FARM USA | | | 1,200.00 | 1.650 | 2,220.00 |
| 10 | 58600 | 2591045 WINN DIXIE CATF 5-12OZ LNPR MAR 10# FARM USA | | | 100.00 | 2.900 | 290.00 |

ET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

TERMS- NET 14 DAYS

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA. 19178-5125

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 2,200.00 | 4,000.00 |

FEB-28-2005  09:53AM   FROM-AMERICAN SEAFOODS INTL        508-991-6480        T-346   P.007/023   F-614



# AMERICAN PRIDE SEAFOODS

Phone: (334) 624-4021  Fax: (334) 624-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE

OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69021 | 2/15/05 | 621379 | 2/08/05 | 1 |

SOLD TO:
WINN-DIXIE MONTGOMERY, INC.
PERISHABLE ACCTG
P.O. BOX 404675
JACKSONVILLE        FL 32203

SHIP TO:
WINN-DIXIE MONTGOMERY, INC.
6080 HIGHWAY 31, SOUTH
MOBILE HIGHWAY
MONTGOMERY        AL 36108

| SLSP | PROD. U-NIT | DESCRIPTION | U-M | TX | ROUTE | SP FLORIDA TUESDAY | | GREENSBORO | |
|---|---|---|---|---|---|---|---|---|---|
| 1096 | 11941 | RETAIL CORPORATE | - | 2/15/05 | | | | | |
| 50 | 58585 | 2051-05 WINN DIXIE CATF NUG 10# FARM USA | | | | 500.00 | POUNDS | 1.3000 | 650.00 |
| 10 | 58590 | 2593-05 WINN DIXIE 5-12OZ CAJUN STYLE 1# FARM USA | | | | 100.00 | | 2.9000 | 290.00 |
| 200 | 58580 | 1033-05 WINN DIXIE CATF 7-14OZ WHL 10# FARM USA | | | | 2,000.00 | | 1.6500 | 3,300.00 |
| 350 | 58575 | 2015-05 CATF 5-12OZ FLT 10# FARM USA | | | | 3,500.00 | | 2.7500 | 9,625.00 |
| 10 | 58600 | 2591-05 CATF 5-12OZ LHPA MAK 10# FARM USA | | | | 100.00 | | 2.9000 | 290.00 |

LET E BAD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA. 19178-5125

TERMS— NET 14 DAYS

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 6,200.00 | 14,155.00 |



FEB-28-2005 09:53AM    FROM-AMERICAN SEAFOODS INTL    008-891-6480    T-346    P.008/023    F-614

# American Pride

## AMERICAN PRIDE SEAFOODS

Phone: (334) 824-4021 Fax: (334) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE

OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 68663 | 2/11/05 | 616716 | 2/01/05 | |

SOLD TO:
WINN-DIXIE ATLANTA DIV
PERISHABLE ACCTG
P.O. BOX 2320
JACKSONVILLE          FL 32203

SHIP TO:
WINN-DIXIE ATLANTA DIVISION
5400 FULTON INDUSTRIAL BLVD.
PERISHABLE WAREHOUSE
ATLANTA          GA 30336

| | | | | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1322 | 11932 | SOUTHEAST - HOUSE | 2/12/05 | SP FLORIDA/SAFE HAR | | | GREENSBORO |
| 10 | 50505 | 2051905 | WINN DIXIE CATF NUG 10# FARM USA | | 100.00 | 1.3000 | 130.00 |
| 15 | 58590 | 2593045 | WINN DIXIE 5-12LZ CAJUN STYLE 10# FARM USA | | 150.00 | 2.9000 | 435.00 |
| 100 | 58580 | 1033905 | WINN DIXIE CATF 7-140Z MHL 10# FARM USA | | 1,000.00 | 1.8500 | 1,850.00 |
| 10 | 58600 | 2393095 | CATF 5-120Z LHKR MAR 10# FARM USA | | 100.00 | 2.9000 | 290.00 |
| 150 | 58575 | 2015105 | CATF 5-120Z FLT 10# FARM USA | | 1,500.00 | 2.2500 | 3,375.00 |

LET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA. 19178-5125

TERMS- NET 14 DAYS

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 2,850.00 | 6,080.00 |



FEB-28-2005  09:59AM  FROM-AMERICAN SEAFOODS INTL.                    850-991-6490        T-946  P.008/023  F-614

# American Pride
**★ SEAFOODS ★**

## AMERICAN PRIDE SEAFOODS
Phone: (334) 824-4021 Fax: (334) 824-5770
(800) 843-9046
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE
*OFFICE COPY*

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 649024 | 2/15/05 | 621303 | 2/08/05 | 1 |

**SOLD TO**
WINN-DIXIE ATLANTA DIV
PERISHABLE ACCTG
P.O. BOX 2320
JACKSONVILLE          FL 32203

**SHIP TO**
WINN-DIXIE ATLANTA DIVISION
5400 FULTON INDUSTRIAL BLVD.
PERISHABLE WAREHOUSE
ATLANTA                  GA 30336

| DATE | PRO NO. | CUST PO | DESCRIPTION | CARRIER | SP FLORIDA/SAFE HAR | SHIP FROM | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1941 | 1322 | RETAIL CORPORATE - | 2/15/05 | | | GREENSBORD | | | |
| 15 | 58600 | 29 10N5 CATF 4-12OZ LMPR HAR 10# FARM USA | | | | | 150.00 | 2.900C | 435.00 |
| 150 | 58575 | 20 51O5 CATF 5-12OZ FLT 10# FARM USA | | | | | 1,500.00 | 2.750D | 4,125.00 |
| 150 | 58580 | 1 03HO5 WINN DIXIE CATF 7-14OZ WHL 1C# FARM USA | | | | | 1,500.00 | 1.650D | 2,475.00 |
| 20 | 58590 | 2 59 30N5 WINN DIXIE 5-12OZ CAJUN STYLE 1G# FARM US | | | | | 200.00 | 2.900D | 580.00 |

_LET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

TERMS- NET 14 DAYS

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA.  19178-5125

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 3,350.00 | 7,615.00 |



FEB-28-2005 09:54AM    FROM-AMERICAN SEAFOODS INTL    508-881-8480    T-348    P.011/023    F-614



# AMERICAN PRIDE SEAFOODS

(800) 343-8046
Phone: (334) 624-4021  Fax (334) 624-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

## INVOICE

OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69112 | 2/15/05 | 625639 | 2/09/05 | |

**SOLD TO**
WINN-DIXIE ATLANTA DIV
PERISHABLE ACCTG
P.O. BOX 2320
JACKSONVILLE    FL 32203

**SHIP TO**
WINN-DIXIE ATLANTA DIVISION
5400 FULTON INDUSTRIAL BLVD.
PERISHABLE WAREHOUSE
ATLANTA    GA 30336

| CASES | PROD CODE | ITEM | DESCRIPTION | ORIGINAL DATE | DEL. NO. | SHIPPED | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 58575 | 2015105 | CAT- 5-1202 FLT 10# FARM USA | | | | | | |
| 1322 | 11491 | RETAIL CORPORATE | 2/15/05 | | SP FLORIDA/SAFE HBR | | 500.00 | 2.7500 | GREENSBORO 1,375.00 |

FILLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA, PA, 19178-5125

TERMS~ NET 14 DAYS

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 500.00 | 1,375.00 |



FEB-28-2005 09:54AM    FROM-AMERICAN SEAFOODS INTL    809-801-6480    T-346    P.012/028    F-614

American Pride *SEAFOODS*

**AMERICAN PRIDE SEAFOODS**
(800) 343-6048
Phone: (334) 824-4021  Fax: (334) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

**INVOICE**

OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 690087 | 2/11/05 | 624082 | 2/09/05 | 1 |

WINN-DIXIE MIAMI
PERISHABLE ACCTG
P.O. BOX 40026
JACKSONVILLE          FL 32203

SHIP TO: WINN-DIXIE MIAMI, INC.
3300 NW 123RD STREET
MIAMI          FL 33167

| | INVOICE DATE | DISCOUNT DATE | DUE DATE | SALESMAN | F O B |
|---|---|---|---|---|---|
| 1537 | 11941 | RETAIL CORPORATE - | 2/12/05 | SP FLORIDA/SAFE HAR | GREENSBORO |

| LINE NUMBER | ITEM | DESCRIPTION | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 36 | 58585 | 205IMD5 | WINN DIXIE CATF NUG 10# FARM USA | 360.00 | 1.3000 | 468.00 |
| 3 | 58590 | 259304S | WINN DIXIE 5-12OZ CAJUN STYLE 10# FARM USA | 30.00 | 2.9000 | 87.00 |
| 3 | 58595 | 259305S | WINN DIXIE 5-12OZ FIL MAR 10# FARM USA | 30.00 | 2.9000 | 87.00 |
| 23 | 58560 | 103IMD5 | WINN DIXIE CATF 7-14OZ WHL 10# FARM USA | 230.00 | 1.8500 | 425.50 |
| 105 | 58575 | 015105 | CATF 5-12OZ FLT 10# FARM USA | 1,050.00 | 2.2500 | 2,362.50 |

| | TOTAL POUNDS | | TOTAL AMOUNT |
|---|---|---|---|
| | 1,700.00 | | 3,430.00 |

LLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA., PA.   19178-5125

TERMS- NET 14 DAYS

FEB-28-2005 09:54AM   FROM-AMERICAN SEAFOODS INTL.          508-991-6490      T-346   P.013/023   F-614



# American Pride

## AMERICAN PRIDE SEAFOODS
(800) 343-9046
Phone: (334) 824-4021   Fax: (334) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69071 | 2/11/05 | 624072 | 2/08/05 | 1 |

SOLD TO:
WINN-DIXIE JACKSONVILLE, INC.
PERISHABLE ACCOUNTING
P.O. BOX 40026
JACKSONVILLE          FL 32203-0026

SHIP TO:
WINN-DIXIE JACKSONVILLE, INC.
15500 WEST BEAVER STREET
BUILDING C
JACKSONVILLE          FL 32234

| CASES | ITEM | DESCRIPTION | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 16 | 58590 259.30M5 | WINN DIXIE 5-12OZ CAJUN STYLE 10# FARM USA | 160.00 | 2.9000 | 522.00 |
| 11 | 58595 259.53M5 | WINN DIXIE 5-12OZ ITL MAR 10# FARM USA | 110.00 | 2.9000 | 319.00 |
| 45 | 58510 103.3MH5 | WINN DIXIE CATF 7-14OZ WHL 10# FARM USA | 450.00 | 1.8500 | 832.50 |
| 253 | 58575 201.51M5 | CATF 5-12OZ FLT 10# FARM USA | 2,530.00 | 2.2500 | 5,692.50 |
| 150 | 58565 201.1M05 | WINN DIXIE CATF NUG 10# FARM USA | 1,500.00 | 1.3000 | 1,950.00 |

11941 RETAIL CORPORATE   2/12/05          SP FLORIDA/SAFE HAR          GREENSBORO

1530

FILLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

TERMS- NET 14 DAYS

REMIT PAYMENT TO:
P.O. BOX 8500-5125
DUI A. PA.   19178-5125

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 4,770.00 | 9,316.00 |



FEB-28-2005  09:55AM   FROM-AMERICAN SEAFOODS INTL   509-981-6480   T-846   P.014/023   F-614

# American Pride SEAFOODS

**AMERICAN PRIDE SEAFOODS**
Phone: (904) 349-8048
(800) 349-8048
www.americanprideseafoods.com   Fax: (904) 824-5770
EEO/Affirmative Action Employer

# INVOICE

OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69088 | 2/15/05 | 624-075 | 2/09/05 | 1 |

WINN-DIXIE JACKSONVILLE, INC.
PERISHABLE ACCOUNTING
P.O. BOX 40026
JACKSONVILLE        FL 32203-0026

SHIP TO:
WINN-DIXIE JACKSONVILLE, INC.
5050 EDGEWOOD COURT
JACKSONVILLE        FL 32205

SP FLORIDA/SAFE HAR        GREENSBORO

| QTY | ITEM | DESCRIPTION | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 150 | 53505 2051H05 | WINN DIXIE CATF NUG 10# FARM USA | 1,500.00 | 1.3000 | 1,950.00 |
| 18 | 58590 259J0H5 | WINN DIXIE 5-12OZ CAJUN STYLE 10# FARM USA | 180.00 | 2.9000 | 522.00 |
| 10 | 58595 2595J3H5 | WINN DIXIE 5-12OZ ITL MAR 10# FARM USA | 100.00 | 2.9000 | 290.00 |
| 70 | 58580 103JHD5 | WINN DIXIE CAF 7-14OZ WHL 10# FARM USA | 700.00 | 1.8500 | 1,295.00 |
| 253 | 58575 2015105 | CATF FLT 10# FARM USA | 2,530.00 | 2.7500 | 6,957.50 |

15388   11941 RETAIL CORPORATE - 2/15/05

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 5,010.00 | 11,014.50 |

LET 6 DRO CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

TERMS- NET 14 DAYS

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA. 19178-5125



FEB-28-2005 09:55AM    FROM-AMERICAN SEAFOODS INTL    508-081-8480    T-348  P.015/023  F-814

**AMERICAN PRIDE SEAFOODS**
(800) 343-8048
Phone: (334) 824-4021  Fax: (334) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE
OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69330 | 2/15/05 | 620225 | 2/14/05 | |

WINN-DIXIE JACKSONVILLE, INC.
PERISHABLE ACCOUNTING
P.O. BOX 40026
JACKSONVILLE        FL 32203-0026

SHIP TO:
WINN-DIXIE JACKSONVILLE, INC.
1550 WEST BEAVER STREET
BUILDING C
JACKSONVILLE        FL 32234

GREENSBORO

| | | DESCRIPTION | | | DOLLARS | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 1538 | 1941 | RETAIL CORPORATE - 2/15/05 | SP FLORIDA/SAFE H/R | | 600.00 | .9200 | 552.00 |
| 50 | 75221 | 40FLOG9 REGULAR HUSHPUPPES 12/16 | | | | | |

TOTAL POUNDS  600.00
TOTAL AMOUNT  552.00

LLET & BRO CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

TERMS- NET 14 DAYS

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA. 19178-5125

FEB-28-2005 09:55AM    FROM-AMERICAN SEAFOODS INTL        508-881-6490    T-346    P.016/023    F-614



**American Pride**

# AMERICAN PRIDE SEAFOODS
(800) 343-6048
Phone: (334) 824-4021 Fax: (334) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE

OFFICE COPY

**SOLD TO:**
WINN-DIXIE ORLANDO, INC.
PERISHABLE ACCTG
P.O. BOX 40043
JACKSONVILLE    FL 32203-0595

**SHIP TO:**
WINN-DIXIE ORLANDO(SEABOARD)
4401 SEABOARD ROAD
ORLANDO    FL 32808

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69081 | 2/11/05 | 624554 | 2/09/05 | 1 |

1539  11941  RETAIL CORPORATE -  2/12/05    SP FLORIDA/SAFE H/R    GREENSBORO

| QTY | | | DESCRIPTION | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 44 | 58580 | 103JND5 | WINN DIXIE CATF 7-14OZ WHL 10# FARM USA | 440.00 | 1.8500 | 814.00 |
| 256 | 58575 | 201S1U5 | CATF 5-12OZ FLT 10# FARM USA | 2,560.00 | 2.2500 | 5,760.00 |
| 9 | 58590 | 2930M5 | WINN DIXIE 5-12OZ CAJUN STYLE 10# FARM USA | 90.00 | 2.9000 | 261.00 |
| 5 | 58595 | 2593M5 | WINN DIXIE 5-12OZ ITL HAR 10# FARM USA | 50.00 | 2.9000 | 145.00 |

**TOTAL POUNDS** 3,140.00

**TOTAL AMOUNT** 6,980.00

ILLET & BRO CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

TERMS- NET 14 DAYS

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA. 19178-5125



FEB-28-2005  09:55AM  FROM-AMERICAN SEAFOODS INTL          508-991-5493     T-346  P.017/023  F-614

# AMERICAN PRIDE SEAFOODS

(800) 343-8046
Phone (334) 824-4021  Fax: (334) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

**INVOICE**

OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69103 | 2/15/05 | 624557 | 2/09/05 | 1 |

**SOLD TO**
WINN-DIXIE ORLANDO, INC.
PERISHABLE ACCTG
P.O. BOX 40043
JACKSONVILLE        FL 32203-0595

**SHIP TO**
WINN-DIXIE ORLANDO(SEABOARD)
4401 SEABOARD ROAD
ORLANDO        FL 32808

| A.P.S. ITEM | CUST ITEM | DESCRIPTION | SHIP DATE | US TAX | POUNDS | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 1539 | 11941 | RETAIL CORPORATE - | 2/15/05 | SP FLORIDA/SAFE HAR | | GREENSBORO | |
| 5 | 59595 | 2.59.5345 WINN DIXIE 5-12CZ ITL MAR 10# FARM USA | | | 50.00 | 2.9000 | 145.00 |
| 44 | 58550 | 103.3405 WINN DIXIE CATF 7-14CZ WHL 10# FARM USA | | | 440.00 | 1.8500 | 814.00 |
| 256 | 58575 | 201.5105 CATF 5-12CZ FLT 10# FARM USA | | | 2.560.00 | 2.7500 | 7.040.00 |
| 9 | 58590 | 2.59.3045 WINN DIXIE 5-12CZ CAJUN STYLE 10# FARM USA | | | 90.00 | 2.9000 | 261.00 |

FILLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

TERMS- NET 14 DAYS

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA, PA. 19178-5125

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 3,140.00 | 8,260.00 |



FEB-28-2005 09:56AM FROM-AMERICAN SEAFOODS INTL          508-991-6490          T-346   P.018/023   F-614

# American Pride
*S E A F O O D S*

## AMERICAN PRIDE SEAFOODS
(800) 343-6046
Phone: (804) 684-4021  Fax: (804) 684-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE
OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69085 | 2/11/05 | 624083 | 2/09/05 | |

SOLD TO
WINN-DIXIE MIAMI (PGMPANO)
PERISHABLE ACCOUNTING
P.O. BOX 40026
JACKSONVILLE          FL 32203

SHIP TO
WINN-DIXIE/POMPANO WAREHOUSE
1141 SW 12TH AVENUE
POMPANO BEACH          FL 33069

| CUST. ORDER NO. | SLSP | DATE SHIPPED | SHIP VIA | TERMS | SHIP POINT |
|---|---|---|---|---|---|
| 1540  11941  RETAIL CORPORATE - | | 2/12/05 | SP FLORIDA/SAFE HR | | GREENSBORO |

| QTY | BO/CUST | ORDER | DESCRIPTION | POUNDS | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 29 | 585605 | 2051WD5 | WINN DIXIE CATF NUG 10# FARM USA | 290.00 | 1.3000 | 377.00 |
| 5 | 58590 | 29930.85 | WINN DIXIE 5-1202 CAJUN STYLE 10# FARM USA | 50.00 | 2.9000 | 145.00 |
| 4 | 58595 | 29953W5 | WINN DIXIE 5-1202 ITL MAR 10# FARM USA | 40.00 | 2.9000 | 116.00 |
| 95 | 58575 | 201510S | CATF 5-1202 FLT 10# FARM USA | 950.00 | 2.2500 | 2,137.50 |

| | | TOTAL POUNDS | TOTAL AMOUNT |
|---|---|---|---|
| | | 1,330.00 | 2,775.50 |

ILLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

TERMS- NET 14 DAYS

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA., PA.   19178-5125

FEB-28-2005  09:56AM    FROM-AMERICAN SEAFOODS INTL                    509-891-8480        T-346    P.019/023    F-814



# AMERICAN PRIDE SEAFOODS

(800) 343-6046
Phone: (904) 824-4021  Fax: (904) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE

1 FIRST COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 68662 | 2/11/05 | 616715 | 2/01/05 | 1 |

**SOLD TO:**
WINN-DIXIE NEW ORLEANS
PERISHABLE ACCTG
P.O. BOX 40045
JACKSONVILLE          FL 32203-0595

**SHIP TO:**
WINN-DIXIE HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST
HAMMOND          LA 70401

| QTY SHIP | PRO DUCT | DESCRIPTION | D-CODE | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 11941 | RETAIL CORPRATE - 2/12/04 | SP FLORIDA/SAFE HAR | | | GREENSBORO |
| 90 | 568585 | 2051M05 WINN DIXIE CATF NUG 10% FARM USA | | 960.00 | 1.300D | 1,170.00 |
| 10 | 58590 | 259 30M5 WINN DIXIE CATF 5-12OZ CAJUN STYLE 10% FARM USA | | 100.00 | 2.900 | 290.00 |
| 70 | 58580 | 1033M05 WINN DIXIE CATF T-14OZ WHL 10% FARM USA | | 700.00 | 1.850D | 1,295.00 |
| 10 | 58660 | 259 10M5 CATF 5-12OZ LMPR MAR 10% FARM USA | | 100.00 | 2.900D | 290.00 |
| 30 | 08601 | 1070205 CATF STEAK DP 10% FARM USA | | 300.00 | 2.050D | 615.00 |

FILLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

TERMS- NET 14 DAYS

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA.
19178-5125

| SUB TOTAL | TOTAL AMOUNT |
|---|---|
| TOTAL POUNDS 2,160.00 | 3,660.00 |

Purchaser remains liable all amounts owed Rhile/WD items not sold will incur a FINANCE CHARGE could be 1.5%, the monthly whichless ... BRIGHT, TECHNICAL BARE ... ... ...

FEB-28-2005  09:56AM   FROM-AMERICAN SEAFOODS INTL          808-801-6480        T-246   P.020/023   F-614



# INVOICE

## AMERICAN PRIDE SEAFOODS

(920) 349-8046
Phone: (334) 824-4021  Fax: (334) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69022 | 2/16/05 | 621381 | 2/08/05 | 1 |

**SOLD TO:**
WINN-DIXIE NEW ORLEANS
PERISHABLE ACCTG
P.O. BOX 40045
JACKSONVILLE                    FL 32203-0595

**SHIP TO:**
WINN-DIXIE HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST
HAMMOND                         LA 70401

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM | DESCRIPTION | POUNDS | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 90 | 54585 | 20514D5 | WINN DIXIE CATF NUG 10# FARM USA | 460.00 | 1.3000 | 1,170.00 |
| 10 | 8550 | 259304S | WINN DIXIE 5-12OZ CAJUN STYLE 10# FARM USA | 100.00 | 2.9000 | 290.00 |
| 150 | 58560 | 103340S | WINN DIXIE CATF 7-16OZ WHL 10# FARM USA | 1,500.00 | 1.6500 | 2,475.00 |
| 400 | 58975 | 201310S | CATF 5-12OZ FLT 10# FARM USA | 4,000.00 | 2.7500 | 11,000.00 |
| 8 | 58600 | 259110S | CATF 5-12OZ LMPR HAR 10# FARM USA | 80.00 | 2.9000 | 232.00 |
| 25 | 08801 | 107020S | CATF STEAK OP 10# FARM USA | 250.00 | 2.0500 | 512.50 |

2293  11941  RETAIL CORPRATE -  2/16/05  NEW ORLEANS TRUCK S  102  GREENSBORO

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 6,830.00 | 15,679.50 |

FILLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA. 19178-5125

TERMS- NET 14 DAYS

FEB-29-2005  09:56AM  FROM-AMERICAN SEAFOODS INTL          508-681-5483          T-346  P.021/023  F-614



# AMERICAN PRIDE SEAFOODS

(800) 343-8046
Phone: (336) 824-4021  Fax: (336) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

# INVOICE

OFFICE COPY

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 68218 | 2/10/05 | 610105 | 1/26/05 | |

SOLD TO
WINN-DIXIE CHARLOTTE, INC.
PERISHABLE ACCOUNTING
P.O. BOX 40535
JACKSONVILLE          FL 32203-0535

SHIP TO
WINN-DIXIE CHARLOTTE/GREENVILL
11700 GENERAL DRIVE
CHARLOTTE          NC 28273

| QUANTITY | OUR PRICE | ITEM # | DESCRIPTION | SHIP VIA | ORDER | TERMS | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4328 | 11932 | SOUTHEAST - HOUSE | 2/10/05 | SP TIDEWATER/SPEC A | | | | | GREENSBORO |
| 41 | 58585 | 2051MD5 | WINN DIXIE CATF NUG 10# FARM USA | | | | 410.00 | 1.300 | 533.00 |
| 30 | 54580 | 1033MD5 | WINN DIXIE CATF 7-1+02 HHL 10# FARM USA | | | | 300.00 | 1.850 | 555.00 |
| 179 | 58575 | 2051D5 | CATF 5-1202 FLT 10# FARM USA | | | | 1,790.00 | 2.250 | 4,027.50 |

FILLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA.  19178-5125

TERMS- NET 14 DAYS

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 2,500.00 | 5,115.50 |

Diplomar repack that all accurate and bids that dust and the like to return, mixing, return, etc.

FEB-28-2005 00:57AM    FROM-AMERICAN SEAFOODS INTL    800-991-6480    T-346    P.022/023    F-614



**American Pride** *SEAFOODS*

**AMERICAN PRIDE SEAFOODS**

Phone: (334) 824-4021  Fax: (334) 824-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

OFFICE COPY

# INVOICE

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69161 | 2/15/05 | 624037 | 2/09/05 | 1 |

WINN-DIXIE CHARLOTTE, INC.
PERISHABLE ACCOUNTING
P.O. BOX 40535
JACKSONVILLE                          FL 32203-0535

SHIP TO:
WINN-DIXIE CHARLOTTE/GREENVILL,
11700 GENERAL DRIVE
CHARLOTTE                          NC 28273

SALESPERSON: SP TIDEWATER/SPECIA    GREENSBORO

| PRODUCT | DESCRIPTION | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 11941 | RETAIL CORPORATE | | | |
| 50 58585 2051405 | WINN DIXIE CATF NUG 10# FARM USA | 500.00 | 1.3000 | 650.00 |
| 6 58595 2593545 | WINN DIXIE 5-120Z ITL MAR 10# FARM USA | 60.00 | 2.9000 | 174.00 |
| 28 58580 1033605 | WINN DIXIE CATF 7-140Z MML 10# FARM USA | 280.00 | 1.8500 | 518.00 |
| 134 58575 2015195 | CATF 7-120Z FLT 10# FARM USA | 1,340.00 | 2.7500 | 3,685.00 |

LET & BRO CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA, PA. 19178-5125

TERMS- NET 14 DAYS

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 2,180.00 | 5,027.00 |

FEB-28-2005  09:57AM   FROM-AMERICAN SEAFOODS INTL                          509-691-8480              T-246   P.023/023   F-614



# AMERICAN PRIDE SEAFOODS

Phone: (334) 824-4221  Fax: (334) 624-5770
www.americanprideseafoods.com
EEO/Affirmative Action Employer

(800) 343-8048

OFFICE COPY

# INVOICE

GREENSBORO

| INVOICE NO. | DATE | P.O. NUMBER | ORDER DATE | PAGE |
|---|---|---|---|---|
| 69102 | 2/18/05 | 624089 | 2/09/05 | |

**SOLD TO**
WINN-DIXIE CHARLOTTE, INC.
PERISHABLE ACCOUNTING
P.O. BOX 40535
JACKSONVILLE          FL 32203-0535

**SHIP TO**
WINN-DIXIE CHARLOTTE/GREENVILL
11700 GENERAL DRIVE
CHARLOTTE          NC 28273

| CASES | PRODUCT | ORDER | DESCRIPTION | SHIP DATE | DEL TKT | ROUTE | SP TIDEWATER/SPECIA | POUNDS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 4328 | 11941 | RETAIL CORPCRATE - | 2/17/05 | | | | | | | |
| 50 | 58585 | 2051MD5 | WINN DIXIE CATF NUG 10# FARM USA | | | | | 500.00 | 1.300B | 650.00 |
| 7 | 58590 | 2593DM5 | WINN DIXIE 5-1202 CAJUN STYLE 10# FARM | | | | | 70.00 | 2.900B | 203.00 |
| 6 | 58585 | 2592535 | WINN DIXIE 5-1202 ITL MAR 10# FARM USA | | | | | 60.00 | 2.900B | 174.00 |
| 30 | 58580 | 103JMD5 | WINN DIXIE CATF 2-14CT WHL 10# FARM USA | | | | | 300.00 | 1.850B | 555.00 |
| 134 | 58575 | 2015105 | CATF 5-1202 FLT 10# FARM USA | | | | | 1,340.00 | 2.750B | 3,685.00 |

FILLET & BRD CATFISH BOX CHANGING FROM WHITE TO BROWN BOX

REMIT PAYMENT TO:
P.O. BOX 8500-5125
PHILA. PA.  19178-5125

TERMS- NET 14 CATS

| TOTAL POUNDS | TOTAL AMOUNT |
|---|---|
| 2,270.00 | 5,267.00 |