UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
In re:

        WINN-DIXIE STORES, INC., et. al.,

                              Debtors.
---------------------------------------------------------------------X

Chapter 11
Case No.: 05-11063-rdd
(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF SUFFOLK    )

      Joanne Tyburski, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at South Huntington, NY;

      That on the 2nd day of March, 2005, deponent served a Reclamation of Goods Pursuant to 11 U.S.C. §546(c) together supporting documents, to the referenced persons listed below, said persons constituting all creditors and parties in interest entitled to notice, by UPS Overnight Mail, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a specifically designated depository box under the exclusive care and custody of United Parcel Service, within the State of New York:

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

                                                  s/Joanne Tyburski
                                                    Joanne Tyburski

Sworn to before me this
2nd day of March, 2005

s/ AVRUM J. ROSEN
Avrum J. Rosen
Notary Public, State of New York

No. 02R04872542
Qualified in Suffolk County
Commission Expires Sept. 8, 2006