GARY GINSBURG, ESQ. (GG-3028)
NEIMAN GINSBURG & MAIRANZ P.C.
39 Broadway - 25th Floor
New York, New York 10006
(212) 269-1000
Attorneys for Creditor Northpoint Trading, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
|     WINN-DIXIE STORES, INC., *et al.*, | Case No. 05-11063 (RDD) |
|     Debtor. | |

-------------------------------------------------------------x

    GLEN WEINGARTEN, being duly affirmed under the penalties of perjury, hereby certifies:

    1. I am not a party to this action, am over eighteen years of age and reside at Brooklyn, New York.

    2. On March 2, 2005, I served a true copy of the within Affirmation in Opposition to the Proposed Order Fixing Reclamation procedures upon the entities listed below, by enclosing same in a Federal Express wrapper, properly addressed to said entities at their addresses listed below (the addresses designated by said entities for service of papers), and depositing same in with the proper Federal Express personnel, at a Federal Express office within the State of New York, who accepted same for overnight delivery.

| | |
|---|---|
| Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 | David J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |
| Sarah Robinson Borders, Esq.<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, Georgia 30303 | |

Dated: New York, New York
         March 2, 2005

                                                    __s/ Glen Weingarten__
                                                   GLEN WEINGARTEN