HERRICK, FEINSTEIN LLP
Paul Rubin (PR-2097)
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Ernst Properties, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| WINN-DIXIE STORES, INC. et al., | : | Case No. 05-11063 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ernst Properties, Inc. ("EPI"), a creditor and party-in-interest, appears herein by and through its undersigned counsel and requests, pursuant to Bankruptcy Rule 9010(b), that all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served in this case, and any case consolidated herewith, as provided for or referred to by Bankruptcy Rules 2002, 3017, 4004, 4007, or 9007, Title 11, United States Code, and other applicable Bankruptcy Statutes and Rules, be given to and served upon its attorneys, and that such service and notice be mailed to:

| | | |
|---|---|---|
| Herrick, Feinstein LLP | | Milling Benson Woodward L.L.P. |
| 2 Park Avenue | | 909 Poydras Street, Suite 2300 |
| New York, New York, 10016 | -and- | New Orleans, LA   70112-1010 |
| Telephone: (212) 592-1400 | | Telephone: (504) 569-7000 |
| Attention:  Paul Rubin, Esq. | | Attention:    David Conroy, Esq. |
| E-mail:  prubin@herrick.com | | E-mail:dconroy@millinglaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, statements, papers, and pleadings referred to in the Statutes and Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition,

pleading, request, complaint, demand, or other document brought before this Court in this case, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the above-captioned case. This pleading constitutes a written and specific request for the plan and disclosure statement. It is also requested that such address be added to the official mailing matrix and the core list of creditors.

PLEASE TAKE FURTHER NOTICE that EPI intends that neither this Notice of Appearance or any later appearance, pleading, claim or suit shall waive: (a) EPI's right to have final orders and non-core matters entered only after de novo review by a District Judge; (b) EPI's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) EPI's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which EPI is or may be entitled.

Dated: March 2, 2005
      New York, New York

                                    HERRICK, FEINSTEIN LLP

                                    By: /s/ Paul Rubin
                                          Paul Rubin (PR-2097)
                                   2 Park Avenue
                                   New York, NY 10016
                                   Telephone: (212) 592-1400

                                        -and-

                                   David Conroy, Esq.
                                   Milling Benson Woodward L.L.P.
                                   909 Poydras Street, Suite 2300
                                   New Orleans, LA  70112-1010
                                   Telephone: (504) 569-7000

                                   Co-Counsel for Ernst Properties, Inc.

3

## Certificate of Service

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers to be served upon the parties and at the addresses set forth on the annexed service list via U.S. Mail, postage prepaid.

Dated: March 2, 2005

                                                  /s/ David M. Bass
                                                  David M. Bass

**SERVICE LIST**

Debtor

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

Attorneys for the Debtor

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10004

Sarah Robinson Borders, Esq.
King & Spalding
191 Peachtree Street
Suite 4900
Atlanta, GA 30303-1763

Office of the United States Trustee

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attention: Richard C. Morrissey, Esq.

Attorneys for the Official Committee of Unsecured Creditors

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005