UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 05-11063 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, Warner Stevens LLP, hereby appears in the above-captioned chapter 11 cases on behalf of Kashi Company, Keebler Company, Kellogg Sales Company, Murray Biscuit Company, L.L.C., Entergy Gulf States, Inc., Entergy Louisiana, Inc., Entergy Mississippi, Inc. and Entergy New Orleans, Inc., pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and hereby demands copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

Michael D. Warner, Esq.
David T. Cohen, Esq.
WARNER STEVENS, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
E-mail: mwarner@warnerstevens.com

dcohen@warnerstevens.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002, Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before the Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

DATED: March 2, 2005.

By: /s/ Michael D. Warner
Michael D. Warner (TX Bar No. 00792304)
David T. Cohen (TX Bar No. 75008424)
WARNER STEVENS, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255

Attorneys for:
KASHI COMPANY
KEEBLER COMPANY

KELLOGG SALES COMPANY
MURRAY BISCUIT COMPANY, L.L.C.
ENTERGY GULF STATES, INC.
ENTERGY LOUISIANA, INC.
ENTERGY MISSISSIPPI, INC.
ENTERGY NEW ORLEANS, INC.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Appearance and Request for Service of Papers has been served upon the parties listed below on this 2nd day of March, 2005, via regular First Class Mail, properly addressed, with postage pre-paid.

                                     /s/ Michael D. Warner
                                       Michael D. Warner

Deirdre A. Martini
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Peter J. Neckles
Alexandra Margolis
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
Four Times Square
New York, NY 10036-6522

Sarah Robinson Borders
King & Spalding, L.L.P.
191 Peachtree Street
Atlanta, GA 30303-1763