UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 05-11063 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Michael D. Warner, a member in good standing of the bars in the states of California and Texas, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent Kashi Company, Keebler Company, Kellogg Sales Company, Murray Biscuit Company, L.L.C., Entergy Gulf States, Inc., Entergy Louisiana, Inc., Entergy Mississippi, Inc. and Entergy New Orleans, Inc., in the above captioned Chapter 11 cases.

My contact information is as follows:

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
E-mail: mwarner@warnerstevens.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice.

DATED: March 2, 2005

/s/ Michael D. Warner
Michael D. Warner

**ORDERED**, that Michael D. Warner, is admitted to practice, pro hac vice, in the above captioned Chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED: _____

_____
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE