UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 05-11063 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## **STATEMENT OF ATTORNEYS FOR CREDITORS PURSUANT TO RULE 2019**

Warner Stevens, L.L.P. (the "Firm"), as counsel for various entities in the above-captioned chapter 11 cases, makes the following statement pursuant to the Federal Rules of Bankruptcy Procedure, Rule 2019.

1. The Firm represents the interests of the following entities:

   a. Kashi Company ("Kashi")
      P.O. Box 8557
      LaJolla, CA 92038

   b. Keebler Company ("Keebler")
      P.O. Box 73451
      Chicago, IL 60673-7451

   c. Kellogg Sales Company ("Kellogg")
      One Kellogg Square
      Battle Creek, MI 49016

   d. Murray Biscuit Company, L.L.C. ("Murray")
      1720 Windward Concourse, #400
      Alpharetta, GA 30005-2291

      e.      Entergy Gulf States, Inc., Entergy Louisiana, Inc.; Entergy Mississippi, Inc.; Entergy New Orleans, Inc., collectively ("Entergy")
P.O. Box 6008
New Orleans, LA 70714

Kashi, Keebler, Kellogg and Murray are suppliers of goods to the Debtors and Entergy is a utilities provider to the Debtors.

2.      The Firm has been retained by the entities listed above to represent their respective interests in these cases.

4.      The Firm represents the interests of Kashi, Keebler, Kellogg, Murray and Entergy, separately, in numerous bankruptcy cases pending across the nation.

5.      Kashi, Keebler, Kellogg, Murray and Entergy are fully aware of the Firm's representation of them as parties in these cases. The entities have waived any potential conflict that may exist based upon such representations by the Firm.

6.      The Firm does not own and has never owned, any claim against the Debtors in these cases, nor any equity securities of the Debtors.

DATED: March 2, 2005.

Respectfully submitted,

By: /s/ Michael D. Warner
Michael D. Warner (TX Bar No. 00792304)
David T. Cohen (TX Bar No. 75008424)
WARNER STEVENS, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255

                                                          Attorneys for:
                                                          KASHI COMPANY
                                                          KEEBLER COMPANY
                                                          KELLOGG SALES COMPANY
                                                          MURRAY BISCUIT COMPANY, L.L.C.
                                                          ENTERGY GULF STATES, INC.
                                                          ENTERGY LOUISIANA, INC.
                                                          ENTERGY MISSISSIPPI, INC.
                                                          ENTERGY NEW ORLEANS, INC.

I, Michael D. Warner, Managing Partner of Warner Stevens, L.L.P., certify under penalty of perjury that the foregoing statement is true and correct.

Executed on March 2, 2005.

                                                          /s/ Michael D. Warner
                                                          Michael D. Warner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Statement of Attorney for Creditors Pursuant to Rule 2019 has been served upon the parties listed below on this 2nd day of March, 2005, via regular First Class Mail.

                                                          /s/ Michael D. Warner
                                                          Michael D. Warner

Deirdre A. Martini
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Peter J. Neckles
Alexandra Margolis
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
Four Times Square
New York, NY 10036-6522

Sarah Robinson Borders
King & Spalding, L.L.P.
191 Peachtree Street
Atlanta, GA 30303-1763