**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
Attorneys Appearing: Warren J. Martin Jr. (WM-0487)
                        Brett S. Moore (BM-0014)

**BROAD AND CASSEL**
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
(561) 832-3300
Attorney Appearing: C. Craig Eller, Esq.

Co-counsel for Riverdale Farms, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case Nos. 05-11063 (RDD) |
| **WINN-DIXIE STORES, INC.,** | Chapter 11 |
| Debtor. | |

**RIVERDALE FARMS, INC.'S**
**NOTICE OF DEMAND FOR RECLAMATION**

**PLEASE TAKE NOTICE** that on March 2, 2005, pursuant to 11 U.S.C. 546, Riverdale Farms, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

Dated:    Morristown, New Jersey
             March 2, 2005

                                       **PORZIO, BROMBERG & NEWMAN, P.C.**
                                       Co-counsel for Riverdale Farms, Inc.

                                       By    /s/ Brett S. Moore
                                                Brett S. Moore

913449