

**BROAD AND CASSEL**
ATTORNEYS AT LAW

ONE NORTH CLEMATIS STREET
SUITE 500
WEST PALM BEACH, FLORIDA 33401
TELEPHONE: 561.832.3300
FACSIMILE: 561.655.1109
www.broadandcassel.com

C. CRAIG ELLER
DIRECT FACSIMILE: 561.650.1153
EMAIL: celler@broadandcassel.com

March 2, 2005

**VIA FEDERAL EXPRESS AND FACSIMILE - NO. 904-783-5059**

Attention: Bennett Nussbaum,
  Senior Vice President and CFO
WINN DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, FL 32254

    Re:    Winn Dixie Stores, Inc.
           Riverdale Farms, Inc.
           Outstanding Invoices

Dear Mr. Nussbaum:

    Our firm represents Riverdale Farms, Inc., a distributor of flowers and floral products to Winn Dixie. Riverdale Farms delivered goods to Winn Dixie stores during the ten days prior to Winn Dixie Stores' Chapter 11 filing on behalf of itself and other third-party sellers.

**Riverdale Farms, Inc.**
**Winn-Dixie Sales from 2/11/05 to 2/21/05**
**Sales Directly to Winn-Dixie**

| Date | Amount |
|---|---|
| 2/14/2005 | $ 28,340.60 |
| 2/17/2005 | $ 36,693.24 |
| 2/21/2005 | $ 49,521.85 |
|  | $114,555.69 |

**Sales to Winn-Dixie thru 3rd Party Sellers**

| Date | Amount |
|---|---|
| 2/11/2005 | $ 2,553.01 |
| 2/12/2005 | $ 1,587.50 |
| 2/13/2005 | $ 2,000.48 |
| 2/14/2005 | $ 2,793.96 |
| 2/15/2005 | $ 2,281.18 |
| 2/16/2005 | $ 1,949.60 |
| 2/18/2005 | $ 4,815.91 |
| 2/19/2005 | $ 2,218.77 |
| 2/20/2005 | $ 1,833.15 |
| 2/21/2005 | $ 4,313.70 |
|  | $ 26,347.26 |

Attention: Bennett Nussbaum,
Senior Vice President and CFO
March 2, 2005
Page 2

In accordance with the provisions of Section 672.702, Florida Statutes, demand is hereby made for the immediate return of the good delivered as described above.

If you have any questions, please do not hesitate to contact me.

Sincerely yours,

C. Craig Eller

CCE:bbs



**BROAD AND CASSEL**
ATTORNEYS AT LAW

ONE NORTH CLEMATIS STREET
SUITE 500
WEST PALM BEACH, FLORIDA 33401
TELEPHONE: 561.832.3300
FACSIMILE: 561.655.1109
www.broadandcassel.com

# TELECOPIER TRANSMITTAL

*FAXED*

| | |
|---|---|
| DATE: | March 2, 2005 |
| TO: | Bennett Nussbaum, Senior VP and CFO |
| ADDRESS: | Winn Dixie Stores, Inc. |
| TELECOPIER PHONE NO.: | 904-783-5059 |
| CONFIRMATION PHONE NO.: | |
| FROM: | C. Craig Eller |
| FROM TELECOPIER PHONE NO.: | (561) 655-1109 |
| TOTAL NUMBER OF PAGES: | 3 (including cover) |
| CLIENT AND MATTER: | 35316.0001 |
| | HARD COPY WILL FOLLOW VIA FEDERAL EXPRESS |

## MESSAGE:

PLEASE NOTIFY US IMMEDIATELY IF ALL PAGES WERE NOT RECEIVED AT 561.832.3300

FAX OPERATOR: _____   FIRST ATTEMPT: _____   SECOND ATTEMPT: _____

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

BOCA RATON • DESTIN • FT. LAUDERDALE • MIAMI • ORLANDO • TALLAHASSEE • TAMPA • WEST PALM BEACH

```
* * * COMMUNICATION RESULT REPORT ( MAR. 2. 2005 5:10PM ) * * *

                                              FAX HEADER 1:  561 655 1109
                                              FAX HEADER 2:  BROAD AND CASSEL

TRANSMITTED/STORED : MAR. 2. 2005 5:03PM
FILE MODE         OPTION            ADDRESS                  RESULT      PAGE
-------------------------------------------------------------------------------
3885 MEMORY TX                      9047835059               OK          3/3
-------------------------------------------------------------------------------
       REASON FOR ERROR
       E-1) HANG UP OR LINE FAIL        E-2) BUSY
       E-3) NO ANSWER                   E-4) NO FACSIMILE CONNECTION
```



ONE NORTH CLEMATIS STREET
SUITE 500
WEST PALM BEACH, FLORIDA 33401
TELEPHONE: 561.832.3300
FACSIMILE: 561.655.1109
www.broadandcassel.com

ATTORNEYS AT LAW

## TELECOPIER TRANSMITTAL

| | |
|---|---|
| **DATE:** | March 2, 2005 |
| **TO:** | Bennett Nussbaum, Senior VP and CFO |
| **ADDRESS:** | Winn Dixie Stores, Inc. |
| **TELECOPIER PHONE NO.:** | 904-783-5059 |
| **CONFIRMATION PHONE NO.:** | |
| **FROM:** | C. Craig Eller |
| **FROM TELECOPIER PHONE NO.:** | (561) 655-1109 |
| **TOTAL NUMBER OF PAGES:** | 3 (including cover) |
| **CLIENT AND MATTER:** | 35316.0001 |
| | HARD COPY WILL FOLLOW VIA FEDERAL EXPRESS |

### MESSAGE:

PLEASE NOTIFY US IMMEDIATELY IF ALL PAGES WERE NOT RECEIVED AT 561.832.3300

FAX OPERATOR: _____  FIRST ATTEMPT: _____  SECOND ATTEMPT: _____

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

BOCA RATON · DESTIN · FT. LAUDERDALE · MIAMI · ORLANDO · TALLAHASSEE · TAMPA · WEST PALM BEACH

From:  Origin ID: (561)832-3300
Broad Cassel
BROAD AND CASSEL
1 NORTH CLEMATIS STREET
SUITE 500
WEST PALM BEACH, FL 33401


FedEx Express

Ship Date: 02MAR05
Actual Wgt: 1 LB
System#: 2777619/INET2000
Account#: S *********

REF: 35316/0001/0284


Delivery Address Bar Code

SHIP TO: (904)783-5000    BILL SENDER
Attention: Bennett Nussbaum, Sr. V
Winn Dixie Stores, Inc.
5050 Edgewood Court

Jacksonville, FL 32254



**PRIORITY OVERNIGHT**    **THU**
Deliver By:
TRK# **7909 3580 4298**   FORM 0201    03MAR05
JAX    A2

32254   -FL-US

**XH NIPA**



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.