## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) <br> ) <br> **WINN-DIXIE STORES, INC.,** ) <br> *et al.,* ) <br> ) <br> ) <br> **Debtors.** ) <br> ) <br> ) <br> ) | **Chapter 11** <br><br> **Case No. 05-11063** <br> **(Jointly Administered)** |

### NOTICE OF RECLAMATION DEMANDS BY THE SMITHFIELD PACKING COMPANY, INC. AND GWALTNEY OF SMITHFIELD, LTD.

The Smithfield Packing Company, Inc. ("Smithfield Packing") and Gwaltney of Smithfield, Ltd. ("Gwaltney"), by its undersigned counsel, file the following Notice of Reclamation Demands (the "Reclamation Notice") and state as follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc. and numerous affiliates (collectively, "Winn-Dixie") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Prior to the bankruptcy filing, on February 17, 2005, both Smithfield Packing and Gwaltney sent letters to Winn-Dixie demanding reclamation, pursuant to section 2-702 of the Uniform Commercial Code, of certain products and materials received by Winn-Dixie as identified in such letters. Copies of those letters, without copies of invoices that accompanied such letters, are attached hereto as Exhibit A.

3. On February 25, 2005, both Smithfield Packing and Gwaltney sent additional letters to Winn-Dixie demanding reclamation, pursuant to 2-702 of the Uniform Commercial Code and section 546(c) of the Bankruptcy Code, of additional

product and materials received by Winn-Dixie from Smithfield Packing and Gwaltney within the period for reclamation under applicable law, as identified in those letters. Copies of such February 25, 2005 letters, without copies of the invoices that accompanied such letters, are attached hereto as Exhibit B.

4. Neither the filing of this Reclamation Notice nor the written reclamation demands sent by Smithfield Packing and Gwaltney to Winn-Dixie shall be construed to be a limitation of rights or election of remedies for any purpose, including Smithfield Packing's and Gwaltney's right to assert any and all rights under any other applicable federal or state law. Smithfield Packing and Gwaltney expressly reserve any and all such rights.

Dated: March 2, 2005
New York, New York

> THE SMITHFIELD PACKING COMPANY, INC. AND GWALTNEY OF SMITHFIELD, LTD.
>
> By:    /s/ Shawn R. Fox
> Shawn R. Fox (SF-7975)
> McGUIREWOODS LLP
> 1345 Avenue of the Americas, 7th Floor
> New York, New York 10105-0106
> (212) 548-2100
> Counsel for The Smithfield Packing Company, Inc. and Gwaltney of Smithfield, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Reclamation Demand by The Smithfield Packing Company, Inc. and Gwaltney of Smithfield, Ltd. was served on March 2, 2005 on those parties listed below by first-class mail.

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Richard C. Morrissey
Office of United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

　　／s／ Shawn R. Fox　　
　　Shawn R. Fox