# EXHIBIT A

EXHIBIT A

# Smithfield.

501 North Church Street
P.O. Box 447
Smithfield, VA 23430

February 17, 2005

TEL 757-357-4321
FAX 757-357-1349

**VIA FACSIMILE
AND OVERNIGHT MAIL**

Winn Dixie

    Re:  **Claim for reclamation under Section 2-702 of the Uniform Commercial Code**

Dear Mr. Nusbaum,

    The Smithfield Packing Co., Inc. (Smithfield), pursuant to Section 2-702 of the Uniform Commercial Code, hereby reclaims all product and materials received by Winn Dixie ("Winn Dixie") or which is in transit to Winn Dixie, and demands return of the same to the following:

        The Smithfield Packing Co., Inc.
        501 N. Church Street
        P.O. Box 447
        Smithfield, VA 23431
        Telephone: (757) 357-1345
        Facsimile: (757) 357-1349
        Attention: Jean D. Moody

    This reclamation letter includes, but is not limited to, all product and materials received by Winn Dixie under the following invoice numbers (copies of which are attached hereto):

| Invoice No. | Invoice Date | Amount |
|---|---|---|
| 833353 | 2/08/05 | $ 49,496.08 |
| 835144 | 2/10/05 | 70,696.56 |
| 836284 | 2/12/05 | 44,726.12 |
| 837340 | 2/14/05 | 3,144.48 |
| 837341 | 2/14/05 | 12,930.24 |
| 833103 | 2/08/05 | 2,999.04 |
| 834356 | 2/09/05 | 63,634.16 |
| 836073 | 2/11/05 | 39,832.65 |

# Smithfield.

501 North Church Street
P.O. Box 447
Smithfield, VA 23430

TEL 757-357-4321
FAX 757-357-1349

| | | |
|---|---|---|
| 816061 | 1/11/05 | 42,320.25 |
| 816196 | 1/11/05 | 45,014.38 |
| 822662 | 1/21/05 | 50,654.31 |
| 823589 | 1/22/05 | 33,345.85 |
| 823638 | 1/22/05 | 50,974.20 |
| 829350 | 2/01/05 | 46,304.48 |
| 831036 | 2/04/05 | 47,766.87 |
| 832465 | 2/06/05 | 49,401.06 |
| 833003 | 2/07/05 | 49,056.35 |
| 833809 | 2/08/05 | 65,121.13 |
| 833830 | 2/09/05 | 70,064.60 |
| 835937 | 2/11/05 | 43,324.73 |
| 836534 | 2/12/05 | 3,664.80 |
| 836535 | 2/12/05 | 3,887.61 |
| 839093 | 2/17/05 | 64,263.91 |
| 832732 | 2/07/05 | 48,763.78 |
| 833591 | 2/08/05 | 67,071.55 |
| 833805 | 2/08/05 | 4,498.56 |
| 834091 | 2/09/05 | 33,488.86 |
| 836305 | 2/12/05 | 3,748.80 |
| 836306 | 2/12/05 | 4,068.09 |
| 836773 | 2/13/05 | 36,606.92 |
| 837731 | 2/15/05 | 619.80 |
| 838968 | 2/16/05 | 57,008.89 |
| 830939 | 2/03/05 | 44,981.60 |
| 835940 | 2/11/05 | 45,337.60 |
| 836600 | 2/12/05 | 6,667.92 |
| 836601 | 2/12/05 | 4,034.26 |
| 838944 | 2/16/05 | 63,446.36 |
| 831094 | 2/04/05 | 44,222.24 |
| 832990 | 2/07/05 | 69,040.90 |
| 835456 | 2/11/05 | 1,874.40 |
| 835457 | 2/11/05 | 1,980.47 |
| 836035 | 2/11/05 | 52,250.43 |
| 839188 | 2/17/05 | 60,732.88 |
| 831075 | 2/04/05 | 3,965.43 |
| 832122 | 2/05/05 | 3,747.52 |
| 832123 | 2/05/05 | 20,373.80 |
| 832708 | 2/07/05 | 47,919.55 |
| 834242 | 2/09/05 | 73,538.28 |
| 834767 | 2/10/05 | 72,668.90 |
| 835316 | 2/10/05 | 2,624.16 |
| 835317 | 2/10/05 | 6,840.00 |
| 835318 | 2/10/05 | 3,993.26 |
| 835583 | 2/11/05 | 45,569.85 |
| 836495 | 2/12/05 | 6,692.00 |

# Smithfield.

501 North Church Street
P.O. Box 447
Smithfield, VA 23430

TEL 757-357-4321
FAX 757-357-1349

| | | |
|---|---|---|
| 834506 | 2/09/05 | 60,646.38 |
| 835963 | 2/11/05 | 43,453.39 |
| 836307 | 2/12/05 | 2,999.04 |
| 836533 | 2/12/05 | 3,131.10 |
| 837202 | 2/14/05 | 7,137.43 |
| 833068 | 2/08/05 | 12,560.74 |
| 837699 | 2/15/05 | 10,605.10 |
| **TOTAL:** | | **$2,031,534.10** |

Please contact me at your earliest convenience to arrange for Smithfield to reclaim such product and materials.

Sincerely,

*Jean D. Moody*

Jean D. Moody
Vice President of Credit & A/R
The Smithfield Packing Company, Inc.
Gwaltney of Smithfield, Ltd.

Attachments
cc via facsimile:
  McGuireWoods LLP

# Gwaltney

February 17, 2005

<u>VIA FACSIMILE</u>
<u>AND OVERNIGHT MAIL</u>

Winn Dixie

    Re:  **Claim for reclamation under Section 2-702 of the Uniform Commercial Code**

Dear Mr. Nusbaum,

    Gwaltney of Smithfield, Ltd. (Gwaltney), pursuant to Section 2-702 of the Uniform Commercial Code, hereby reclaims all product and materials received by Winn Dixie ("Winn Dixie") or which is in transit to Winn Dixie, and demands return of the same to the following:

        Gwaltney of Smithfield, Ltd.
        501 N. Church Street
        P.O. Box 447
        Smithfield, VA  23431
        Telephone:  (757) 357-1345
        Facsimile:   (757) 357-1349
        Attention:   Jean D. Moody

    This reclamation letter includes, but is not limited to, all product and materials received by Winn Dixie under the following invoice numbers (copies of which are attached hereto):

| Invoice No. | Invoice Date | Amount |
|---|---|---|
| 847158 | 1/29/05 | 1,485.21 |
| 849484 | 2/09/05 | 895.52 |
| 849499 | 2/09/05 | 1,018.09 |
| 849500 | 2/09/05 | 32,447.52 |
| 849743 | 2/11/05 | 21,960.54 |
| 849817 | 2/11/05 | 17,191.38 |
| 849818 | 2/11/05 | 4,736.10 |
| 850530 | 2/15/05 | 1,999.20 |

# Gwaltney

| Invoice | Date | Amount |
|---|---|---|
| 850545 | 2/15/05 | 7,703.51 |
| 850734 | 2/16/05 | 4,096.64 |
| 850735 | 2/16/05 | 1,022.25 |
| 849683 | 2/10/05 | 620.46 |
| 849684 | 2/10/05 | 51,304.84 |
| 849742 | 2/11/05 | 21,192.03 |
| 850501 | 2/15/05 | 1,881.60 |
| 850502 | 2/15/05 | 15,724.72 |
| 850503 | 2/15/05 | 1,440.59 |
| 848879 | 2/07/05 | 5,524.20 |
| 850504 | 2/15/05 | 3,103.53 |
| 849223 | 2/08/05 | 38,446.91 |
| 849740 | 2/11/05 | 42,592.48 |
| 850056 | 2/11/05 | 45,903.42 |
| 850059 | 2/12/05 | 2,354.80 |
| 850060 | 2/12/05 | 33,306.96 |
| 850479 | 2/15/05 | 2,234.40 |
| 850480 | 2/15/05 | 19,470.96 |
| 850481 | 2/15/05 | 5,883.50 |
| 850675 | 2/15/05 | 22,686.11 |
| 849241 | 2/09/05 | 39,585.68 |
| 849501 | 2/09/05 | 20,616.09 |
| 849720 | 2/10/05 | 1,084.95 |
| 849721 | 2/10/05 | 52,051.87 |
| 849746 | 2/11/05 | 21,065.51 |
| 850393 | 2/15/05 | 11,598.68 |
| 850394 | 2/15/05 | 17,925.86 |
| 850955 | 2/16/05 | 1,663.16 |
| 850956 | 2/16/05 | 1,338.91 |
| 848167 | 2/04/05 | 3,092.04 |
| 849718 | 2/10/05 | 1,588.38 |
| 849719 | 2/10/05 | 47,870.03 |
| 849747 | 2/11/05 | 21,691.65 |
| 850007 | 2/11/05 | 9,187.56 |
| 850052 | 2/11/05 | 12,427.20 |
| 850107 | 2/12/05 | 5,910.01 |
| 849734 | 2/11/05 | 42,950.93 |
| 849744 | 2/11/05 | 4,466.65 |
| 849745 | 2/11/05 | 40,743.28 |
| 850061 | 2/12/05 | 42,173.36 |
| 850158 | 2/12/05 | 3,057.60 |
| 850159 | 2/12/05 | 12,447.51 |
| 850856 | 2/16/05 | 65,216.16 |
| 849274 | 2/09/05 | 18,227.88 |
| 849274 | 2/09/05 | 21,202.75 |
| 849495 | 2/09/05 | 1,998.31 |
| 849496 | 2/09/05 | 46,324.32 |

# *Gwaltney*

| | | |
|---|---|---|
| 849497 | 2/09/05 | 2,050.40 |
| 849587 | 2/10/05 | 2,235.36 |
| 849588 | 2/10/05 | 12,933.05 |
| 849731 | 2/11/05 | 19,758.23 |
| 849732 | 2/11/05 | 19,250.41 |
| 849739 | 2/11/05 | 47,092.99 |
| 850025 | 2/11/05 | 10,657.31 |
| 850026 | 2/11/05 | 8,036.58 |
| 850073 | 2/12/05 | 42,182.16 |
| 850134 | 2/12/05 | 18,270.61 |
| 850135 | 2/12/05 | 13,915.28 |
| 850771 | 2/16/05 | 10,508.86 |
| 850772 | 2/16/05 | 8,939.99 |
| **TOTAL:** | | **$1,191,565.03** |

Please contact me at your earliest convenience to arrange for Gwaltney to reclaim such product and materials.

Sincerely,

*Jean D. Moody*

Jean D. Moody
Vice President of Credit & A/R
The Smithfield Packing Company, Inc.
Gwaltney of Smithfield, Ltd.

Attachments
cc via facsimile:
   McGuireWoods LLP