# EXHIBIT B

# Smithfield

501 North Church Street
P.O. Box 447
Smithfield, VA 23430

TEL 757-357-4321
FAX 757-357-1349

February 25, 2005

**VIA FACSIMILE
AND OVERNIGHT MAIL**

Winn-Dixie Stores, Inc. (and those affiliates listed on the attached sheet)
**Mr. Bennett Nusbaum Sr. VP & CFO
5050 Edgewood Ct.
Jacksonville, FL 32254-3699**

    Re:    In re Winn-Dixie Stores, Inc. *et al.*
             Claim for reclamation under Section 2-702 of the Uniform
             Commercial Code and Section 546(c) of the Bankruptcy Code

Dear Mr. Nusbaum,

    The Smithfield Packing Company, Inc. ("Smithfield"), pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, hereby reclaims all product and materials received by Winn-Dixie Stores, Inc. and/or any its affiliates identified on the attached sheet (together "Winn-Dixie") from Smithfield within the applicable period for reclamation or which is in transit to Winn-Dixie, and demands return of the same to the following:

                The Smithfield Packing Company, Inc.
                501 N. Church Street
                P.O. Box 447
                Smithfield, VA 23431
                Telephone: (757) 357-1345
                Facsimile: (757) 357-1349
                Attention: Jean D. Moody

    This reclamation letter includes, but is not limited to, all product and materials received by Winn-Dixie under the following invoice numbers (copies of which are attached hereto):

# Smithfield.

501 North Church Street
P.O. Box 447
Smithfield, VA 23430

TEL 757-357-4321
FAX 757-357-1349

| Invoice No. | Invoice Date | Amount |
|---|---|---|
| 840791 | 2/18/05 | $54,405.97 |
| 840817 | 2/18/05 | $49,160.16 |
| 840829 | 2/18/05 | $47,985.10 |
| 840808 | 2/18/05 | $51,401.52 |
| 841133 | 2/18/05 | $50,201.37 |
| 841131 | 2/18/05 | $27,337.84 |
| | TOTAL: | $280,491.96 |

This reclamation letter supplements a previous reclamation demand sent by Smithfield to Winn-Dixie by letter dated February 17, 2005, a copy of which is attached hereto.

Please contact me at your earliest convenience to arrange for Smithfield to reclaim such product and materials.

Sincerely,

Jean D. Moody
Vice President of Credit & A/R
The Smithfield Packing Company, Inc.
Gwaltney of Smithfield, Ltd.

Attachments
cc via regular mail:

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

McGuireWoods LLP

# Smithfield

501 North Church Street
P.O. Box 447
Smithfield, VA 23430

TEL 757-357-4321
FAX 757-357-1349

## AFFILIATES OF WINN-DIXIE STORES, INC.

Astor Products, Inc.
Crackin' Good, Inc.
Deep South Distributors, Inc.
Deep South Products, Inc.
Dixie Darling Bakers, Inc.
Dixie-Home Stores, Inc.
Dixie Packers, Inc.
Dixie Spirits, Inc.
Dixie Stores, Inc.
Economy Wholesale Distributors, Inc.
Foodway Stores, Inc.
Kwik Chek Supermarkets, Inc.
Sunbelt Products, Inc.
Sundown Sales, Inc.
Superior Food Company
Table Supply Food Stores Co., Inc.
WD Brand Prestige Steaks, Inc.
Winn-Dixie Handyman, Inc.
Winn-Dixie Logistics, Inc.
Winn-Dixie Montgomery, Inc.
Winn-Dixie Procurement, Inc.
Winn-Dixie Raleigh, Inc.
Winn-Dixie Supermarket, Inc.

# Gwaltney

February 25, 2005

**VIA FACSIMILE
AND OVERNIGHT MAIL**

Winn-Dixie Stores, Inc. (and those affiliates listed on the attached sheet)
Mr. Bennett Nusbaum Sr. VP & CFO
5050 Edgewood Ct.
Jacksonville, FL 32254-3699

    Re:   In re Winn-Dixie Stores, Inc. *et al.*
             Claim for reclamation under Section 2-702 of the Uniform
             Commercial Code and Section 546(c) of the Bankruptcy Code

Dear Mr. Nusbaum,

    Gwaltney of Smithfield, Ltd. ("Gwaltney"), pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, hereby reclaims all product and materials received by Winn-Dixie Stores, Inc. and/or any its affiliates identified on the attached sheet (together "Winn-Dixie") from Gwaltney within the applicable period for reclamation or which is in transit to Winn-Dixie, and demands return of the same to the following:

                Gwaltney of Smithfield, Ltd.
                501 N. Church Street
                P.O. Box 447
                Smithfield, VA 23431
                Telephone:  (757) 357-1345
                Facsimile:  (757) 357-1349
                Attention:   Jean D. Moody

    This reclamation letter includes, but is not limited to, all product and materials received by Winn-Dixie under the following invoice numbers (copies of which are attached hereto):

# Gwaltney

| Invoice No. | Invoice Date | Amount |
|---|---|---|
| 851575 | 2/15/05 | 1,875.00 |
| TOTAL: | | $1,875.00 |

    This reclamation letter supplements a previous reclamation demand sent by Gwaltney to Winn-Dixie by letter dated February 17, 2005, a copy of which is attached hereto.

    Please contact me at your earliest convenience to arrange for Gwaltney to reclaim such product and materials.

Sincerely,

Jean D. Moody
Vice President of Credit & A/R
The Smithfield Packing Company, Inc.
Gwaltney of Smithfield, Ltd.

Attachments
cc via regular mail:

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

McGuireWoods LLP

*Gwaltney*

## AFFILIATES OF WINN-DIXIE STORES, INC.

Astor Products, Inc.
Crackin' Good, Inc.
Deep South Distributors, Inc.
Deep South Products, Inc.
Dixie Darling Bakers, Inc.
Dixie-Home Stores, Inc.
Dixie Packers, Inc.
Dixie Spirits, Inc.
Dixie Stores, Inc.
Economy Wholesale Distributors, Inc.
Foodway Stores, Inc.
Kwik Chek Supermarkets, Inc.
Sunbelt Products, Inc.
Sundown Sales, Inc.
Superior Food Company
Table Supply Food Stores Co., Inc.
WD Brand Prestige Steaks, Inc.
Winn-Dixie Handyman, Inc.
Winn-Dixie Logistics, Inc.
Winn-Dixie Montgomery, Inc.
Winn-Dixie Procurement, Inc.
Winn-Dixie Raleigh, Inc.
Winn-Dixie Supermarket, Inc.