Richard W. Ward
Texas Bar No. 20846350
2527 Fairmount St.
Dallas, TX 75201
Telephone: 214-220-2402

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:
WINN-DIXIE STORES, INC., et al.                    Chapter 11
       Debtor  in possession                        Case No. 05-11063
                                                    (Jointly Administered)
------------------------------------------------------------X

**MOTION OF RICHARD W. WARD FOR LEAVE TO APPEAR**
**PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

      COMES NOW Richard W. Ward ("Applicant") who files this his motion for leave to appear pro hac vice and respectfully represents:

1.    Applicant's address is 2527 Fairmount St., Dallas, Texas 75201.

2.    Applicant was admitted to practice in the courts of the state of Louisiana in October 17, 1980.  Applicant's Louisiana state bar number is 13326.  Applicant was admitted to practice in the United States District Court for the Western District of Louisiana in September of 1981.  Applicant was admitted to practice in the United States District Court for the Eastern District of Louisiana in 1990.

3.    Applicant was admitted to practice in the courts of the state of Texas in May of 1982.  Applicant's Texas state bar no. is 20846350.  Applicant was admitted to practice in the United States District Court for the Northern District of Texas in October of 1981.  Applicant is also admitted to practice before the United States Court of Appeals for the Fifth Circuit, such admission was in 1985.

4. Applicant is in good standing in all courts where admitted.

5. Applicant is not currently suspended or disbarred in any court and no formal grievance proceeding is pending.

6. Applicant has previously practiced in bankruptcy cases before this court.

7. Applicant wishes to be admitted to practice before this Court in this case on behalf of Cadbury Adams USA LLC, successor by merger to Jaret International, Inc., Mott's, LLP and Dr Pepper/Seven Up, Inc.

WHEREFORE Richard W. Ward requests that he be admitted pro hac vice in this case and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Richard W. Ward
Richard W. Ward  (RW 9467)
2527 Fairmount St.
Dallas, TX 75201
Telephone: (214) 220-2402
Facsimile: (214) 871-2682
ATTORNEY FOR CADBURY ADAMS
USA LLC, successor by merger to Jaret
International, Inc., Mott's, LLP and Dr
Pepper/Seven Up, Inc.

**Motion of Richard W. Ward for Leave to Appear**
**Pro Hac Vice, page 2**