IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:
WINN-DIXIE STORES, INC., et al.                    Chapter 11
       Debtor in possession                         Case No. 05-11063
                                                                   (Jointly Administered)
-----------------------------------------------------------------X

## ORDER GRANTING MOTION OF RICHARD W. WARD
## FOR LEAVE TO APPEAR PRO HAC VICE

     In consideration of the Motion of Richard W. Ward for leave to appear pro hac vice and the allegations contained therein

     IT IS ORDERED that Richard W. Ward is admitted pro hac vice as counsel for Cadbury Adams USA, LLC, Mott's, LLP and Dr Pepper/Seven Up, Inc. in this case.

                                 ### END OF ORDER ###

Prepared by
Richard W. Ward
Texas Bar No. 20846350
2527 Fairmount St.
Dallas, TX 75201
Telephone: 214-220-2402

**Order Admitting Richard W. Ward  Pro Hac Vice, page 1**