**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
Attorneys Appearing: Warren J. Martin Jr. (WM-0487)
                             Brett S. Moore (BM-0014)

**BROAD AND CASSEL**
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
(561) 832-3300
Attorney Appearing: C. Craig Eller, Esq.

Co-counsel for Riverdale Farms, Inc.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case Nos. 05-11063 (RDD) |
| **WINN-DIXIE STORES, INC.,** | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Riverdale Farms, Inc. hereby appears by and through its counsel, Porzio, Bromberg & Newman, P.C.

**REQUEST IS HEREBY MADE** pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure that all notices given or required to be given in this case or required to be served in this case, shall be directed to and served upon:

913155

**Porzio, Bromberg & Newman, P.C.**
Warren J. Martin Jr., Esq.
Brett S. Moore, Esq.
100 Southgate Parkway
Morristown, NJ  07962
Telephone: (973) 538-4006
Facsimile: (973) 538-5146
wjmartin@pbnlaw.com
bsmoore@pbnlaw.com

- and -

**Broad and Cassel**
C. Craig Eller, Esq.
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
Telephone: 561-832-3300
Facsimile: 561-650-1153
celler@broadandcassel.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests, suggestions, complaint with demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way the rights and interests of the creditors or equity security holders with respect to the Debtor or property or proceeds thereof in which the Debtor may claim an interest, including any adversary proceedings filed in this matter.

This Notice of Appearance and Request for Notice is without prejudice to the Riverdale Farms Inc.'s rights, remedies and claims against the Debtor and any other entities either in this case or in any other action, or any objection which may be made to the jurisdiction of the Court and shall not be deemed or construed to be a waiver of any

913155

objection thereto nor shall it be deemed or construed to submit the creditor to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved.

Dated:  Morristown, New Jersey
        March 2, 2005

          **PORZIO, BROMBERG & NEWMAN, P.C.**
          Co-counsel for Riverdale Farms, Inc.

          By   /s/ Brett S. Moore
                Brett S. Moore

913155