FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60610
Telephone: (312) 276-1400
Facsimile:  (312) 276-0035
Joseph D. Frank (JF-6085)
Micah R. Krohn (MK-7264)

Attorneys for PepsiAmericas, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :
**In re:**                                    :       Chapter 11
                                              :
**WINN-DIXIE STORES, INC.,** *et al.,*        :       Case No.  05 - 11063 (RDD)
                                              :
                         **Debtors.**         :       **(Jointly Administered)**
                                              :
---------------------------------------------------------------x

**NOTICE OF RECLAMATION DEMAND**
**OF PEPSIAMERICAS, INC.**

Please take notice that PepsiAmericas, Inc. has made demand upon Winn-Dixie Stores, Inc. for the reclamation of goods with a value of at least $441,421.75 pursuant to § 2-702 of the Uniform Commercial Code (as adopted in relevant states), 11 U.S.C. § 546(c) and Fed. R. Bankr. P. 9006(a).

Dated: March 2, 2005

                              /s/ Joseph D. Frank
                              Joseph D. Frank (JF-6085)
                              FRANK/GECKER LLP
                              325 North LaSalle Street, Suite 625
                              Chicago, Illinois  60610
                              Telephone:     (312) 276-1400
                              Facsimile:     (312) 276-0035

                              ATTORNEYS FOR PEPSIAMERICAS, INC.

{ PEPSIAM / 010 / 00000898.DOC /}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 2, 2005, a copy of the foregoing **Notice of Reclamation Demand of PepsiAmericas, Inc.** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing system. A copy was also served this day by first-class United States mail, postage prepaid, upon the following:

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York  10036

United States Trustee
33 Whitehall Street
21st Street
New York, New York  10004

Sarah Robinson Borders
Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303

        /s/ Joseph D. Frank
        Joseph D. Frank (JF-6085)
        Frank/Gecker LLP
        325 North LaSalle Street, Suite 625
        Chicago, Illinois  60610