IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: .' | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al. | : | Case No. 05-11063 |
| | : | |
| Debtor s | : | (Jointly Administered) |

---------------------------------------------------------x

**STATEMENT OF RECLAMATION DEMANDS OF**
**MOTT'S LLP AND CADBURY ADAMS USA, LLC**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on March 2, 2005, Mott's, LLP and Cadbury Adams USA, LLC filed their reclamation demands pursuant to 11 U.S.C. § 546 and applicable state law against Winn-Dixie Stores, Inc. and its affiliates.

Respectfully submitted,

/s/ Richard W. Ward_____
Richard W. Ward
Texas Bar No. 20846350
2527 Fairmount St.
Dallas, TX 75201
Telephone: 214-220-2402
Fax: 214-871-2682
ATTORNEY FOR DR PEPPER/SEVEN UP, INC., MOTT'S LLP; AND CADBURY ADAMS USA LLC

**Notice of Appearance of Richard W. Ward as attorney for**
**_____, page 1**