UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

WINN-DIXIE STORES, INC.

          Debtor-In-Possession.

Case No. 05-11063-rdd
Chapter 11
Hon. Robert D. Drain

---

## PROOF OF SERVICE

The undersigned certifies that on March 2, 2005 a copy of the following documents:

1. **Motion for Admission to Practice, *Pro Hac Vice*, and proposed Order** was served as follows:

    A. By depositing said copies in the U.S. Mail, postage prepaid, upon the following addressees:

| | | |
|---|---|---|
| Robert Dehney<br>Morris Nichols Arsht Tunnell<br>1201 N. Market St<br>Wilmington DE 19899 | Paul H. Deutch<br>Jenkins Gilchrist Parker Chapin LLP<br>The Chrysler Building<br>405 Lexington Ave<br>New York NY 10174 | Reginald A. Greene<br>Bellsmouth Telecommunications Inc<br>675 W Peachtree St<br>Atlanta GA 30375 |
| Andrew C. Kassner<br>Drinker Biddle Reath LLP<br>One Logan Square<br>18th & Cherry Strets<br>Philadelphia PA 19103-6996 | Chris Lenhart<br>Dorsey & Whitney LLP<br>50 South Sixth St – Ste. 1500<br>Minneapolis MN 55402-1498 | Kathleen M. Miller<br>Smith Katzenstein Furlow LLP<br>800 Delaware Ave – 7th Flr<br>Wilmington DE 19899 |
| Richard C. Morrissey<br>Office of U.S. Trustee<br>33 Whitehall St – 21st Flr<br>New York NY 10004 | Paul Traub<br>Traub Bonacquist Fox LLP<br>655 Third Ave – 21st Flr<br>New York NY 10017 | Richard Whitney Ward<br>2527 Fairmount St<br>Dallas TX 75024 |

2. **A copy of the receipt of filing only** of the Motion for Admission to Practice, Pro Hac Vice, and proposed Order, was served as follows:

    A. By e-mail service, upon the following addressees at their respective e-mail addresses on record with the court as shown on the attached matrix.

| | | |
|---|---|---|
| David J. Baker | W. Steven Bryant | James S. Carr |
| Lee Champion | Conrad Chiu | Neal D. Colton |
| Carolyn Hochstadter Dicker | David W. Dykhouse | Henry A. Efroymson |
| Earle I. Erman | Charles J. Filardi | Shawn Randall Fox |
| Joseph D. Frank | Gary Ginsburg | Danielle K. Grego |
| Ira S. Greene | Rudi R. Grueneberg | Edwin W. Held |
| Neil E. Herman | Robert L. Holladay | Patrick L. Huffstickler |

| Ronald Scott Kaniuk | Darryl S. Laddin | Thomas J. Leanse |
|---|---|---|
| Jeffrey S. Margolin | Laurence May | Austin L. McMullen |
| Derek F. Meek | Joseph Thomas Moldovan | Larren M. Nashelsky |
| Bruce S. Nathan | James J. Niemeier | David L. Pollack |
| Eric T. Ray | Steven J. Reisman | Fred B. Ringel |
| Adam L. Rosen | Avrum J. Rosen | Neal M. Rosenbloom |
| David S. Rubin | Robert B. Rubin | Shelly D. Rucker |
| Robert K. Scheinbaum | Gregory J. Seketa | Richard G. Smolev |
| Richard G. Smoley | Rick A. Steinberg | Sabrina L. Streusand |
| Walter E. Swearingen | Diana M. Thimmig | Scott A. Zuber |

Date: March 2, 2005

*Marty Heiss* (signature)

Marty Heiss
Assistant to Timothy J. Curtin
Varnum Riddering Schmidt & Howlett LLP
Counsel to Cole's Quality Foods, Inc.
P.O. Box 352
Grand Rapids, MI 49501-0352
Tel. (616) 336-6000

1096026_1.DOC

# Mailing Information for Case 05-11063-rdd

### Electronic Mail Notice List

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

- **David J. Baker**
  jbaker@skadden.com
  rgray@skadden.com;aravin@skadden.com;dturetsk@skadden.com;lbonache@skadden.com;shenr

- **John P. Brice**
  lexbankruptcy@wyattfirm.com

- **W. Steven Bryant**
  hobankecf@lockeliddell.com

- **James S. Carr**
  jcarr@kelleydrye.com jcarr@kelleydrye.com

- **Lee Champion**
  flc@psstf.com

- **Conrad Chiu**
  cchiu@phks.com

- **Neal D. Colton**
  NColton@Cozen.com mhynes@cozen.com;efreed@cozen.com;dliebman@cozen.com

- **Timothy J. Curtin**
  tjcurtin@varnumlaw.com

- **Carolyn Hochstadter Dicker**
  CHDicker@Klehr.com CHDicker@Klehr.com

- **David W. Dykhouse**
  dwdykhouse@pbwt.com dwdykhouse@pbwt.com;cbelanger@pbwt.com

- **Henry A. Efroymson**
  henry.efroymson@icemiller.com

- **Earle I. Erman**
  eerman@ermanteicher.com

- **Charles J. Filardi**
  cfilardi@pepehazard.com afox@pepehazard.com

- **Shawn Randall Fox**
  sfox@mcguirewoods.com

- **Joseph D. Frank**

jfrank@fgllp.com

- **J. Nathan Galbreath**
  ngalbreath@pattonboggs.com

- **Gary Ginsburg**
  gginsburg@ngmpc.com

- **Danielle K. Greco**
  dgreco@bradleyarant.com

- **Ira S. Greene**
  isgreene@hhlaw.com khseal@hhlaw.com

- **Rudi R. Grueneberg**
  rrg@rglawgroup.com

- **Edwin W. Held**
  eheld@hilawfirm.com

- **Neil E. Herman**
  Nherman@morganlewis.com

- **Robert L. Holladay**
  robert.holladay@youngwilliams.com

- **Patrick L. Huffstickler**
  plhuffst@coxsmith.com

- **Ronald Scott Kaniuk**
  rkaniuklaw@aol.com

- **Andrew C. Kassner**
  kassneac@dbr.com

- **Darryl S. Laddin**
  bkrfilings@agg.com

- **Thomas J. Leanse**
  thomas.leanse@kmzr.com
  carole.levine@kmzr.com;cora.sagara@kmzr.com;alicia.castellanos@kmzr.com;kathleen.beaver@l

- **Jeffrey S. Margolin**
  margolin@hugheshubbard.com

- **Laurence May**
  lmay@angelfrankel.com lmay@angelfrankel.com

- **Austin L. McMullen**
  amcmulle@bccb.com

- **Derek F. Meek**
  dmeek@burr.com

- **Joseph Thomas Moldovan**
  bankruptcy@morrisoncohen.com mdallago@morrisoncohen.com

- **Larren M. Nashelsky**
  lnashelsky@mofo.com jdibattista@mofo.com

- **Bruce S. Nathan**
  bnathan@lowenstein.com

- **James J. Niemeier**
  jniemeier@mnmk.com,awoodard@mnmk.com

- **David L. Pollack**
  pollack@ballardspahr.com

- **Eric T. Ray**
  eray@balch.com

- **Steven J. Reisman**
  sreisman@cm-p.com jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;athau@cm-p.com;mharwood@cm-p.com;kparker@cm-p.com

- **Fred B. Ringel**
  fringel@pobox.com

- **Adam L. Rosen**
  mail@srsllp.com

- **Avrum J. Rosen**
  arosen@avrumrosenlaw.com
  AJRLAW@aol.com;ddobbin@avrumrosenlaw.com;kberson@avruumrosenlaw.com;fredkantrow@

- **Neal M. Rosenbloom**
  NRosenbloom@finkgold.com

- **David S. Rubin**
  drubin@kswb.com

- **Robert B. Rubin**
  brubin@burr.com

- **Shelly D. Rucker**
  srucker@millermartin.com

- **Robert K. Scheinbaum**
  rscheinbaum@podveysachs.com

# Mailing Information for Case 05-11063-rdd

### Electronic Mail Notice List

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

- **David J. Baker**
  jbaker@skadden.com
  rgray@skadden.com;aravin@skadden.com;dturetsk@skadden.com;lbonache@skadden.com;shenr

- **John P. Brice**
  lexbankruptcy@wyattfirm.com

- **W. Steven Bryant**
  hobankecf@lockeliddell.com

- **James S. Carr**
  jcarr@kelleydrye.com jcarr@kelleydrye.com

- **Lee Champion**
  flc@psstf.com

- **Conrad Chiu**
  cchiu@phks.com

- **Neal D. Colton**
  NColton@Cozen.com mhynes@cozen.com;efreed@cozen.com;dliebman@cozen.com

- **Timothy J. Curtin**
  tjcurtin@varnumlaw.com

- **Carolyn Hochstadter Dicker**
  CHDicker@Klehr.com CHDicker@Klehr.com

- **David W. Dykhouse**
  dwdykhouse@pbwt.com dwdykhouse@pbwt.com;cbelanger@pbwt.com

- **Henry A. Efroymson**
  henry.efroymson@icemiller.com

- **Earle I. Erman**
  eerman@ermanteicher.com

- **Charles J. Filardi**
  cfilardi@pepehazard.com afox@pepehazard.com

- **Shawn Randall Fox**
  sfox@mcguirewoods.com

- **Joseph D. Frank**

jfrank@fgllp.com

- **J. Nathan Galbreath**
  ngalbreath@pattonboggs.com

- **Gary Ginsburg**
  gginsburg@ngmpc.com

- **Danielle K. Greco**
  dgreco@bradleyarant.com

- **Ira S. Greene**
  isgreene@hhlaw.com khseal@hhlaw.com

- **Rudi R. Grueneberg**
  rrg@rglawgroup.com

- **Edwin W. Held**
  eheld@hilawfirm.com

- **Neil E. Herman**
  Nherman@morganlewis.com

- **Robert L. Holladay**
  robert.holladay@youngwilliams.com

- **Patrick L. Huffstickler**
  plhuffst@coxsmith.com

- **Ronald Scott Kaniuk**
  rkaniuklaw@aol.com

- **Andrew C. Kassner**
  kassneac@dbr.com

- **Darryl S. Laddin**
  bkrfilings@agg.com

- **Thomas J. Leanse**
  thomas.leanse@kmzr.com
  carole.levine@kmzr.com;cora.sagara@kmzr.com;alicia.castellanos@kmzr.com;kathleen.beaver@]

- **Jeffrey S. Margolin**
  margolin@hugheshubbard.com

- **Laurence May**
  lmay@angelfrankel.com lmay@angelfrankel.com

- **Austin L. McMullen**
  amcmulle@bccb.com

- **Derek F. Meek**
  dmeek@burr.com

- **Joseph Thomas Moldovan**
  bankruptcy@morrisoncohen.com mdallago@morrisoncohen.com

- **Larren M. Nashelsky**
  lnashelsky@mofo.com jdibattista@mofo.com

- **Bruce S. Nathan**
  bnathan@lowenstein.com

- **James J. Niemeier**
  jniemeier@mnmk.com,awoodard@mnmk.com

- **David L. Pollack**
  pollack@ballardspahr.com

- **Eric T. Ray**
  eray@balch.com

- **Steven J. Reisman**
  sreisman@cm-p.com jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;athau@cm-p.com;mharwood@cm-p.com;kparker@cm-p.com

- **Fred B. Ringel**
  fringel@pobox.com

- **Adam L. Rosen**
  mail@srsllp.com

- **Avrum J. Rosen**
  arosen@avrumrosenlaw.com
  AJRLAW@aol.com;ddobbin@avrumrosenlaw.com;kberson@avruumrosenlaw.com;fredkantrow@

- **Neal M. Rosenbloom**
  NRosenbloom@finkgold.com

- **David S. Rubin**
  drubin@kswb.com

- **Robert B. Rubin**
  brubin@burr.com

- **Shelly D. Rucker**
  srucker@millermartin.com

- **Robert K. Scheinbaum**
  rscheinbaum@podveysachs.com

- **Gregory J. Seketa**
  franklin.berg@4086.com

- **Richard G. Smolev**
  rsmolev@kayescholer.com rrotman@kayescholer.com

- **Rick A. Steinberg**
  rsteinberg@angelfrankel.com

- **Sabrina L. Streusand**
  streuss@hughesluce.com

- **Walter E. Swearingen**
  wswearingen@llf-law.com wswearngen@aol.com

- **Diana M. Thimmig**
  dthimmig@ralaw.com

- **Scott A. Zuber**
  szuber@pitneyhardin.com jhahn@pitneyhardin.com