UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>　　WINN-DIXIE STORES, INC., et al.<br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-11063 (RDD)<br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that Southern Cleaning Services, Inc., pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears through ANDERSON KILL & OLICK, P.C., its undersigned counsel, and requests of all notices and documents herein upon:

ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY  10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Attn:  Larry D. Henin (LH-0437)

Email: lhenin@andersonkill.com

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal however transmitted or conveyer, related in any way to the above-captioned debtors, their

property, or their estates.  The undersigned request that their name be added to the mailing matrix.

      PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      February 25, 2005

                          ANDERSON KILL & OLICK, P.C.

                By:    /s/ Larry D. Henin
                           Larry D. Henin (LH-0437)

                        1251 Avenue of the Americas
                        New York, NY  10020
                        Telephone:  212-278-1000

                        Counsel for
                        Southern Cleaning Services, Inc.

## CERTIFICATE OF SERVICE

I, Larry D. Henin, hereby certify that I caused to be served true copies of the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS,** upon the parties thereon the annexed service list by regular mail as indicated on this 25th day of February 25, 2005.

Dated: New York, New York
February 25, 2005

/s/ Larry D. Henin
Larry D. Henin (LH-0437)

ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020

<div style="columns:2">

**David J. Baker**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

**James S. Carr**
Kelly Drye & Warren LLP
101 Park Ave.
New York, NY  10178

**David W. Dykhouse**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

**Neil E. Herman**
Morgan, Lewis & Bokius LLP
101 Park Avenue
New York, NY  10178

**Laurence May**
Angel & Frankel, P.C.
460 Park Avenue
New York, NY  10022

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street – 51st Floor
Philadelphia, PA  19103

**Janice Stanton**
Contarian Capital Management, L.L.C.
411 West Putnam Ave., Suite 225
Greenwich, CT  06830

**Paul Traub**
Traub Bonacquist & Fox LLP
655 Third Ave., 21st Floor
New York, NY  10017

**Sarah Robinson Borders**
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA  30303

**Neal D. Colton**
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA  19103

**Joseph D. Frank**
Frank/Gecker, LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

**Chris Lenhart**
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN  55402-1498

**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

**Adam L. Rosen**
Scarcella Rosen & Slome, LLP
333 Earle Ovington Blvd.
Ninth Floor
Uniondale, NY  11533-3622

**Walter E. Swearingen**
Levi Lubarsky & Feigenbaum, LLP
845 Third Ave., 21st Floor
New York, NY  10022

**Richard Whitney Ward**
2527 Fairmount Street
Dallas, TX  75024

</div>

| | |
|---|---|
| **Scott A. Zuber**<br>Pitney Hardin Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ  07932-0950 | **Steven J. Reisman**<br>Curtis, Mallet-Prevost,<br>Colt & Mosle, LLP<br>101 Park Avenue<br>New York, NY  10178-0061 |