## UNITED STATES BANKRUPTCY COURT
## SOUTHER DISTRICT OF NEW YORK

IN RE:        **WINN-DIXIE STORES, INC.**            **BANKRUPTCY CASE NO.**

           **DEBTOR**                                              **05-11063**

### REQUEST FOR NOTICE
### PURSUANT TO BANKRUPTCY RULE 2002

      **CLECO CORPORATION,** creditor herein, through its counsel, **WHEELIS & ROZANSKI**, hereby requests that pursuant to Bankruptcy Rule 2002, all Notices in this case be mailed to:

      MR. STEPHEN D. WHEELIS
      WHEELIS & ROZANSKI
      P. O. BOX 13199
      ALEXANDRIA, LA  71315-3199
      (318) 445-5600

      **WHEELIS & ROZANSKI and Stephen D. Wheelis <u>DO NOT AGREE TO ACCEPT</u>** notice by electronic means and all notices and service should be by first class mail in accordance with the Bankruptcy Rules. (Electronic service is declined per Section IX C., Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means and the Standing Order Relating to Electronic Case Filing, August 2002).

    Alexandria, Louisiana, this 2nd day of March, 2005.

        Respectfully submitted,

        **WHEELIS & ROZANSKI**

        By: /s/ Stephen D. Wheelis
           Stephen D. Wheelis #17205
           P.O. Box 13199
           Alexandria, Louisiana 71315-3199
           318/445-5600
        **ATTORNEYS FOR CLECO CORPORATION**

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that the above and foregoing Request for Notice of Pleadings has been served upon Mr. D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036 and Mrs. Sarah Robinson Borders, King & Spalding, 191 Peachtree St., Atlanta, GA 30303, by placing a copy of same in the United States mail postage prepaid.

    Alexandria, Louisiana this 3rd day of March, 2005.

        /s/ Stephen D. Wheelis
        OF COUNSEL