# UNITED STATES BANKRUPTCY COURT
# SOUTHER DISTRICT OF NEW YORK

IN RE:     WINN-DIXIE STORES, INC.           BANKRUPTCY CASE NO.

         DEBTOR                                    05-11063

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

**NOW INTO COURT**, comes Stephen D. Wheelis, who moves this Court as follows:

1.

Stephen D. Wheelis and the Firm of Wheelis & Rozanski represent a creditor in the instant proceeding, Cleco Corporation.

2.

Cleco desires that its counsel handle this matter for all purposes.

3.

Counsel is not admitted to practice in the Southern District of New York and seeks admission pro hac vice solely for the purpose of representing Cleco Corporation in this bankruptcy proceeding in general.

4.

Counsel is not a resident of this District but Counsel is familiar with the Local Rules of Court of this District.

5.

Counsel is admitted and qualified to practice as an attorney in the Federal District Courts of Louisiana and in the United States Court of Appeals for the Fifth Circuit.

6.

Counsel was admitted to practice in the Western District of Louisiana on November 27, 1985; in the Eastern District of Louisiana on July 12, 1989 and in the Middle District of Louisiana on October 21, 1985.  Counsel was admitted to practice in the Fifth Circuit Court of Appeals on October 18, 1985.

7.

Counsel remains in good standing in all courts and is also licensed to practice and in good standing in all State Courts in Louisiana.

8.

Counsel has also been admitted to practice pro hac vice in various Bankruptcy Courts including the Southern District of New York, the Northern District of Mississippi, the Eastern District of Texas and Arizona.

**WHEREFORE,** counsel prays that he be admitted to practice pro hac vice to represent Cleco Corporation in the above captioned Bankruptcy Proceeding.

Respectfully submitted,

**WHEELIS & ROZANSKI**

By: /s/ Stephen D. Wheelis
    Stephen D. Wheelis #17205
    P.O. Box 13199
    Alexandria, Louisiana 71315-3199
    318/445-5600
**ATTORNEY FOR CLECO CORPORATION**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion for Admission to Practice Pro Hac Vice has been served upon Mr. D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036 and Mrs. Sarah Robinson Borders, King & Spalding, 191 Peachtree St., Atlanta, GA 30303 by placing a copy of same in the United States mail postage prepaid.

Alexandria, Louisiana this 3rd day of March, 2005.

/s/ Stephen D. Wheelis
OF COUNSEL