# MACCO & STERN, LLP
Attorneys At Law
135 Pinelawn Road
Suite 120 South
Melville, New York 11747
www.maccosternlaw.com

Michael J. Macco                                                                                                Telephone (631) 549-7900
Richard L. Stern                                                                                                Facsimile (631) 549-7845
_____
Vincent Cuocci

March 3, 2005

**VIA OVERNIGHT MAIL**

Steven Eichel, Esq
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

RE: American Food Distributors Inc. Reclamation Demand/Winn-Dixie Stores Inc.
   Bankruptcy Case No.: 05-11063-rdd

Dear Mr. Eichel:

   As per our conversation of this morning, on February 25, 2005 this office via overnight mail forwarded to your firm and your client a notice of a reclamation demand with respect to our client American Food Distributors Inc. (attached is a copy of that letter.).

   I am enclosing for your review copies of the Delivery receipts and another copy of the invoices previously forwarded to your office which are attached herewith for your reference.

   This letter will also serve to confirm that you have advised me that the hearing with respect to the interim reclamation order dated February 23, 2005 has been adjourned to March 15, 2005 .
   Thank you.

Very truly yours,
***/s/ Richard L. Stern***
Richard L. Stern
RLS:jh
cc: Winn-Dixie Stores Inc. via overnight mail
    King & Spalding LLP
    Attn: Sarah Robinson Borders, Esq. via overnight mail
    Millbank, Tweed, Hadley & McCloy, LLP
    Attn: Dennis Dunne
    Clerk U.S. Bankruptcy Court
    American Food Distributors Inc.
    Attn: Len Kanter via facsimile