**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

-----------------------------------------------------------X
In re:                                          :
WINN-DIXIE STORES, INC. *et al.,*               :
                                                :   Chapter 11
                                                :   Case No. 05-11063 (RDD)
                    Debtors.                    :   (Jointly Administered)
                                                :
-----------------------------------------------------------X

**NOTICE OF APPEARANCE PURSUANT TO RULE 2002 OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE AND**
**REQUEST FOR NOTICE**

Wharton, Aldhizer & Weaver, P.L.C. notes its appearance pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, as counsel for Mt. Olive Pickle Company, Inc., a party in interest herein, and requests that copies of all notices and papers filed in these cases, electronically or otherwise, including any disclosure statement(s), plan(s) of reorganization and notices required or otherwise served in the proceedings, be served on the following person at the address indicated below:

Stephan W. Milo, Esq.
WHARTON, ALDHIZER & WEAVER, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA  24401

Dated: Staunton, Virginia
       March 3, 2005

MOUNT OLIVE PICKLE COMPANY, INC.
By It's Counsel

  /s/ Stephan W. Milo
Stephan W. Milo, Esq. (NYSB# SM3914)
WHARTON, ALDHIZER & WEAVER, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA  24401
Telephone:  (540) 213-7440
Facsimile:  (540) 213-0390

# Certificate of Service

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in the City of Harrisonburg and my business address is 100 South Mason Street, P.O. Box 20028, Harrisonburg, VA 22801.

I hereby certify that on this 3rd day of March, 2005, a copy of the foregoing Notice of Appearance and Request for Service was mailed, postage pre-paid to:

Winn- Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, NY

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Richard C. Morrissey

David J. Baker
Attorney for Debtor
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Rudi R. Grueneberg
Grueneberg Law Group, LLC
704 East Main Street
Bldg. E
Moorestown, NJ 08057

    /s/ Jamie A. Rogers
Jamie A. Rogers, Legal Assistant

SWM/jar
05003473