**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
In re:                                          :
                                                :
WINN-DIXIE STORES, INC., et al.,                :          Chapter 11
                                                :          Case No. 05-11063 (RDD)
                 Debtor                         :          (Jointly Administered)
---------------------------------------------------------X

**NOTICE OF RECLAMATION DEMAND OF**
**MOUNT OLIVE PICKLE COMPANY, INC.**

      PLEASE TAKE NOTICE that on February 23, 2005 pursuant to 2-702 of the Uniform Commercial Code (and pertinent state equivalent statutes) and 11 U.S.C. § 546(c), Mount Olive Pickle Company, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors.  A copy of that written demand, including invoices, is attached hereto.

Dated: Staunton, Virginia
       March 3, 2005

                          MOUNT OLIVE PICKLE COMPANY, INC
                          By Counsel

                          __/s/ Stephan W. Milo_____
                          Stephan W. Milo, Esquire (NYSB# SM3914)
                          WHARTON, ALDHIZER & WEAVER, PLC
                          The American Hotel
                          125 South Augusta Street, Suite 2000
                          Staunton, VA  24401
                          Telephone:  (540) 213-7440
                          Facsimile:  (540) 213-0390

# Certificate of Service

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in the City of Harrisonburg and my business address is 100 South Mason Street, P.O. Box 20028, Harrisonburg, VA 22801.

I hereby certify that on this 3rd day of March, 2004, a copy of the foregoing Notice of Reclamation Demand was mailed, postage pre-paid to:

Winn- Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, NY

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Richard C. Morrissey

David J. Baker
Attorney for Debtor
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

                                                                                              /s/ Jamie A. Rogers
                                                                              Jamie A. Rogers, Legal Assistant

jar/05003195