SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D.J. Baker (DB 0085)

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**In re**                                                      :
                                                               :     **Chapter 11**
                                                               :
**WINN-DIXIE STORES, INC., et al.,**                          :     **Case No. 05-11063 (RDD)**
                                                               :
        **Debtors.**                                           :     **(Jointly Administered)**
                                                               :
------------------------------------------------------------x

**NOTICE OF CONTINUED HEARING ON**
**CERTAIN FIRST DAY APPLICATIONS AND MOTIONS**

TO PARTIES IN INTEREST:

        PLEASE TAKE NOTICE:

        1.        The hearing to consider the Debtors'[1] Motion for Order (A) Deeming

Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or

Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional

Assurance previously scheduled for March 4, 2005, has been continued to and will be held on

---

[1]        The "Debtors" consist of Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good,
Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-
Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy
Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt
Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co.,
Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc.,
Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and
Winn-Dixie Supermarkets, Inc.

**March 9, 2005, at 10:00 a.m. prevailing Eastern time**, before the Honorable Robert D. Drain,

United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York.

        2.      A final hearing has been scheduled for **March 15, 2005, at 10:00 a.m.**

**prevailing Eastern time**, before the Honorable Robert D. Drain, United States Bankruptcy

Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York, to consider the following first day requests

for relief made by the Debtors:

> Application for Authority to Retain Skadden, Arps, Slate, Meagher & Flom LLP as Lead Restructuring and Bankruptcy Counsel to the Debtors

> Application for Authority to Retain King & Spalding LLP as Bankruptcy Co-Counsel and General Corporate Counsel to the Debtors

> Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)

> Motion for Authority (A) to Maintain Existing Bank Accounts and Cash Management System, (B) to Continue Use of Existing Checks, and (C) to Continue Use of Current Investment Policy

> Motion for Authority to Pay (A) Pre-Petition Compensation, Payroll Taxes, Employee Benefits, and Related Expenses, (B) Expenses Related to Independent Contractors, and (C) Retiree Benefits

> Motion for Authority to Honor Certain Pre-Petition Customer Obligations

> Motion for Authority to Turn Over Certain Funds Held in Trust and to Continue Performance and Honor Obligations Under Consignment Arrangements

> Motion for Authority to Continue Pre-Petition Insurance and Workers' Compensation Programs and to Pay Pre-Petition Premiums, Related Obligations, and Premium Financing Payments

> Motion for Order (A) Granting Administrative Expense Status to Debtors' Undisputed Obligations Arising from the Post-Petition Delivery of Goods Ordered in the Pre-Petition Period and Authorizing the Debtors to Pay Such Obligations in the Ordinary Course of Business; and (B) Authorizing Payment of Pre-Petition Common Carrier and Warehouse Charges

> Motion for Authority to Pay Pre-Petition Claims Arising Under the Perishable Agricultural Commodities Act

> Motion for Order (A) Authorizing Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery of Goods

Motion for Authority to Pay Certain Work-in-Progress Claims of On-Site Providers as Necessary to Avoid Disruption to Operations

Application for Authority to Retain The Blackstone Group, L.P. as Financial Advisors

Application for Authority to Employ XRoads Solutions Group LLC as Financial and Operations Restructuring Consultants

Application for Authority to Retain Kirschner & Legler, P.A. as Special Corporate Finance Counsel to the Debtors

Application for Authority to Retain Smith, Gambrell & Russell, LLP as Special Real Estate Counsel to the Debtors

3.     The deadlines and procedures for objecting to the Applications and Motions identified herein have not changed from the deadlines and procedures set forth in prior notices of hearing filed by the Debtors.  Accordingly, except as provided in paragraph 4, any objections to the Applications and Motions referenced herein were to have been served on the parties required to receive such service, so as to be <u>actually</u> <u>received</u> no later than **March 3, 2005, at 4:00 p.m. prevailing Eastern time**.

4.     Objections to the relief requested in the Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) shall be served on the parties required to receive such service, so as to be <u>actually</u> <u>received</u> no later than **March 11, 2005, at 4:00 p.m. prevailing Eastern time**.  Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

5.     Copies of the Applications and Motions referenced herein have been previously served by the Debtors.  Additional copies of the Applications and Motions may be obtained upon written request to Luisa Bonachea, Skadden, Arps, Slate, Meagher & Flom LLP,

Four Times Square, New York, New York, 10036, Telephone: 212-735-4065, E-mail:

lbonache@skadden.com.

Dated:  March 3, 2005
         New York, New York

/s/      D. J. Baker
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:   (917) 777-2150

PROPOSED ATTORNEYS FOR THE DEBTORS