Dennis F. Dunne (DD 7543)
Matthew S. Barr (MB 9170)
**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Winn-Dixie Stores, Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                              : Chapter 11
                                    :
WINN-DIXIE STORES, INC., et al.,    : Case No. 05-11063 (RDD)
                                    :
                         Debtors.   : (Jointly Administered)
------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP AS PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS, UNDER 11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, AND 9010**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as proposed counsel for the Official Committee of Unsecured Creditors in the above-captioned jointly administered cases and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, and 9010, requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these

cases be given and served upon the following party:

>Dennis F. Dunne, Esq.
>Matthew S. Barr, Esq.
>**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
>1 Chase Manhattan Plaza
>New York, New York 10005
>Telephone:  (212) 530-5000
>Facsimile:  (212) 530-5219
>Email:  ddunne@milbank.com
>        mbarr@milbank.com

Dated:   New York, New York
         March 3, 2005

**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**

By: /s/ Matthew S. Barr

Dennis F. Dunne (DD 7543)
Matthew S. Barr (MB 9170)
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Winn-Dixie Stores, Inc., et al.