**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                          )
In re:                                                   )         Chapter 11
                                                          )
**WINN-DIXIE STORES, INC.,**                )         Case No. 05-11063
**et al.,**                                            )
                                                          )         (Jointly Administered)
                        Debtor.                    )
_____)

## NOTICE OF AMENDED RECLAMATION DEMAND

    PLEASE TAKE NOTICE that on March 3, 2005, pursuant to 11 U.S.C. § 546, Scunci International, Inc. served its amended demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

    Dated this 3rd day of March, 2005.

                                                            Respectfully Submitted,

                                                            SCUNCI INTERNATIONAL, INC.


                                                     By: /s/ Tracy L. Klestadt
                                                            One of its Attorneys

Tracy L. Klestadt (TK-3591)
Klestadt & Winters LLP
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
(212) 972-3000
(212) 972-2245 fax

Of Counsel:

Jonathan W. Young (IL #6204590)
Joel C. Paschke (IL #6275662)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000