**Wildman, Harrold, Allen & Dixon** LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildmanharrold.com

**Joel C. Paschke**
312-201-2954
paschke@wildmanharrold.com



Wildman Harrold
*Attorneys and Counselors*

March 3, 2005

## VIA FACSIMILE AND FEDERAL EXPRESS

Peter L. Lynch                                David J. Baker
President and CEO                      Skadden Arps Slate Meagher & Flom LLP
Winn-Dixie Stores, Inc.              Four Times Square
5050 Edgewood Court                 New York, NY 10036
Jacksonville, FL 32254-3699       Fax: (212) 735-2000
Fax: (904) 783-5059

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Fax: (404) 572-5100

Re:    **Amended Reclamation Demand Against Winn-Dixie Stores, Inc.**

To the persons listed above:

This firm represents Scunci International, Inc. ("Scunci"). Demand is hereby made for the reclamation of all goods delivered by Scunci to Winn-Dixie Stores, Inc. and any of its affiliated debtors currently in bankruptcy proceedings (individually or collectively, the "Debtor"), and eligible for reclamation under Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code (Title 11, U.S.C.). Scunci reserves all rights and remedies on this and other issues to the fullest extent possible. The goods subject to this demand are described with greater particularity on the invoices attached hereto, which are incorporated herein by reference. On information and belief, the Debtor is insolvent, and the goods at issue were delivered without knowledge of the Debtor's insolvency by Scunci.

The goods were sold by Scunci to the Debtor in the ordinary course of Scunci's business, are identifiable, were received and accepted for delivery by the Debtor while insolvent, and are believed to be in the Debtor's possession on the date hereof. Accordingly, Scunci demands reclamation or return of said goods. In the alternative, and assuming that the Debtor wishes to retain possession of the goods at issue, Scunci demands allowance of an administrative claim pursuant to 11 U.S.C. § 546(c) in the amount of $48,495.60, which amount reflects the total value of the goods delivered pursuant to the attached invoices.

1499596_1.DOC

Reclamation Demand
March 3, 2005
Page 2



Very truly yours,

Joel Paschke

Joel C. Paschke

Enclosure

cc:    Jonathan W. Young
       Joseph C. Miller



# RECLAMATION CLAIM

**SCUNCI INTERNATIONAL, INC.**
**2200 Byberry Road**
**Hatboro, PA 19040**
**March 2, 2005**

**VENDOR NO. 828291**

Request to reclaim goods shipped and received by Winn Dixie as follows:

| PO No. | Date of Delivery | Invoice No. | Amount | |
|--------|------------------|-------------|--------|--|
| 618935 | 2/11/2005 | 1159653 | $441.60 | |
| 616195 | 2/11/2005 | 1159686 | $910.08 | |
| 620804 | 2/14/2005 | 1159808 | $2,990.64 | |
| 620807 | 2/18/2005 | 1160018 | $4,157.28 | |
| 555171 | 2/21/2005 | 1160116 | $21,681.00 | |
| 555173 | 2/18/2005 | 1160117 | $18,315.00 | |
| | | | | |
| | **TOTAL CLAIM AMOUNT** | | **$48,495.60** | |

enc:     Copies:  Invoices/delivery Receipts

claim file 3/2

---

2200 Byberry Road, Hatboro, PA 19040-3738   Telephone: 215-328-9500

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040   215-328-9500   OR 866-567-2837

# INVOICE

P.O. BOX 828594
PHILADELPHIA, PA 19182-8594

2/08/05    1159653

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:**
WINN DIXIE STORES, INC.
5050 EDGEWOOD CT.
JACKSONVILLE, FL 32254

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 23875 | 082 | 618935 | 1tJ5024 | 2/02/05 | 2/08/05 E | |

CARRIER: UPS Ground
TERMS: Net 30 Days DCI xxx          VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 96 | | 18082 | Electric Roller Pins—12 ct | .5700 | 54.72 |
| | 96 | | 18897 | Compact Mirror (b card) | .8700 | 83.52 |
| | 48 | | 73012 | Ladies Personal Trimmer blist. | 4.8000 | 230.40 |
| | 96 | | 81492 | 6pk 2.5cm Butterfly JC | .7600 | 72.96 |

QTY: 312                CTNS: 6

| | MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 441.60 | | | | | | | 441.60 |

Interest will be charged at 1.5% for payments made after due date.   Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.



## UPS Package Tracking

Page 1 of 1

Home | About UPS | Contact UPS | Welcome Center

[ Search ]

**UPS United States**

INV #
1159653

### Tracking

Log-In  User ID: [        ]  Password: [        ]  ➔  | Forgot Password          [ Register ]

→ Track by Tracking Number
→ Track by Reference Number
→ Import Tracking Numbers
→ Track by E-mail
→ Access Quantum View
→ Void a Shipment
→ Help



Get more
from UPS.com.
Register for
My UPS today. →

**Find Answers to Your Tracking Questions**

→ Go to Tracking Number FAQ

‖‖‖ **Track by Tracking Number**

#### View Packages Shipped

**Packages in Shipment:** 6
**Status:** Delivered (6)
**Service Type:** GROUND

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z X3X 523 03 4186 096 0  Detail | Delivered | Delivered on: | Feb 10, 2005 10:30 A.M. |
| | | Delivered to: Signed by: | JACKSONVILLE, FL, US CAMPBELL |
| 2. 1Z X3X 523 03 4059 311 7  Detail | Delivered | Delivered on: | Feb 10, 2005 10:30 A.M. |
| | | Delivered to: Signed by: | JACKSONVILLE, FL, US CAMPBELL |
| 3. 1Z X3X 523 03 4129 830 0  Detail | Delivered | Delivered on: | Feb 10, 2005 10:30 A.M. |
| | | Delivered to: Signed by: | JACKSONVILLE, FL, US CAMPBELL |
| 4. 1Z X3X 523 03 4076 233 6  Detail | Delivered | Delivered on: | Feb 10, 2005 10:30 A.M. |
| | | Delivered to: Signed by: | JACKSONVILLE, FL, US CAMPBELL |
| 5. 1Z X3X 523 03 4009 031 1  Detail | Delivered | Delivered on: | Feb 10, 2005 10:30 A.M. |
| | | Delivered to: Signed by: | JACKSONVILLE, FL, US CAMPBELL |
| 6. 1Z X3X 523 03 4003 389 2  Detail | Delivered | Delivered on: | Feb 10, 2005 10:30 A.M. |
| | | Delivered to: Signed by: | JACKSONVILLE, FL, US CAMPBELL |

Tracking results provided by UPS: Mar 3, 2005 10:51 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

↑ Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR 866-567-2937

# INVOICE

Please Remit To:
P.O. BOX 828594
PHILADELPHIA, PA 19182-8594

2/09/05   1159686

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:**
WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 2875 | 082 | 616195 | 1234345 | 1/31/05 | 2/09/05 E |

CARRIER: UPS Ground
TERMS: Net 30 Days DOI xxx          VENDOR# 828271

SHIPPING INSTRUCTIONS

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 72 | 72 | | 18074 | 06A072 Super Comb | .7600 | 54.72 |
| 72 | | | 18478 | 06A072 72pk blonde bobby bin | .7600 | 54.72 |
| 48 | 48 | | 22003 | 03A048 3 Pk. Pom-pom Ponytailer | 1.3300 | 63.84 |
| 48 | 48 | | 30240 | 03A048 24pk. Terry'os flowers | .9500 | 45.60 |
| 96 | 96 | | 73012 | 03/048 Ladies Personal Trimmer blist. | 4.8000 | 460.80 |
| 48 | 48 | | 73026 | 03/048 Men's Personal Trimmer blister | 4.8000 | 230.40 |

CTNS: 7

QTY:     384

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 910.08 | | | | | | | 910.08 |

Interest will be charged at 1.5% for payments made after due date.

Sound International, Inc. will not be liable for claims or disputes not reported within 30 days.

# UPS Package Tracking

Page 1 of 2

Home | About UPS | Contact UPS | Welcome Center

**Search**

Inv # 1159686

**UPS United States**

Log-In  User ID: [        ]  Password: [        ]  → | Forgot Password

**Register**

## Tracking

- Track by Tracking Number
- Track by Reference Number
- Import Tracking Numbers
- Track by E-mail
- Access Quantum View
- Void a Shipment
- Help

Get more from UPS.com. Register for My UPS today. →

**Find Answers to Your Tracking Questions**

Go to Tracking Number FAQ

## ▌▌▌ Track by Tracking Number

### View Packages Shipped

**Packages in Shipment:** 7
**Status:** Delivered (7)
**Service Type:** GROUND

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z X3X 523 03 4103 671 7  Detail | Delivered | Delivered on: | Feb 11, 2005 2:40 P.M. |
| | | Delivered to: Signed by: | TAYLORS, SC, US WILLIAMS |
| 2. 1Z X3X 523 03 4200 779 2  Detail | Delivered | Delivered on: | Feb 11, 2005 2:40 P.M. |
| | | Delivered to: Signed by: | TAYLORS, SC, US WILLIAMS |
| 3. 1Z X3X 523 03 4036 464 1  Detail | Delivered | Delivered on: | Feb 11, 2005 2:40 P.M. |
| | | Delivered to: Signed by: | TAYLORS, SC, US WILLIAMS |
| 4. 1Z X3X 523 03 4188 232 0  Detail | Delivered | Delivered on: | Feb 11, 2005 2:40 P.M. |
| | | Delivered to: Signed by: | TAYLORS, SC, US WILLIAMS |
| 5. 1Z X3X 523 03 4109 117 6  Detail | Delivered | Delivered on: | Feb 11, 2005 2:40 P.M. |
| | | Delivered to: Signed by: | TAYLORS, SC, US WILLIAMS |
| 6. 1Z X3X 523 03 4181 679 5  Detail | Delivered | Delivered on: | Feb 11, 2005 2:40 P.M. |
| | | Delivered to: Signed by: | TAYLORS, SC, US WILLIAMS |
| 7. 1Z X3X 523 03 4049 455 5  Detail | Delivered | Delivered on: | Feb 11, 2005 2:40 P.M. |
| | | Delivered to: Signed by: | TAYLORS, SC, US WILLIAMS |

Tracking results provided by UPS: Mar 3, 2005 10:52 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

♠ Back to Top

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040 215-328-9500 OR 866-587-2537

# INVOICE

P.O. BOX 828594
PHILADELPHIA, PA 19182-8594

Please Remit To:

2/10/05          1159808

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:**
WINN DIXIE STORES, INC.
5050 EDGEWOOD CT.
JACKSONVILLE, FL 32254

| CUSTOMER | S/SM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 820804 | 1235070 | 2/04/05 | 2/10/05 | |

CARRIER: Old Dominion                              E

**TERMS:** Net 30 Days DOI xxx          OO          VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | 48 | | 16172 | 18 pk. Small Wavy Bobby Pins | 1.1900 | 56.48 |
| 48 | 48 | | 16274 | Chambray Kerchief | 1.1400 | 54.72 |
| 48 | 48 | | 16774 | 8cm Jumbo Bear Claw | 1.1400 | 54.72 |
| 48 | 48 | | 16987 | 6pk Mini 2 x 2 Rib Twister | 1.1400 | 54.72 |
| 72 | 72 | | 18084 | 60pk black bobby pins | .4900 | 35.28 |
| 48 | 48 | | 18100 | Bouffant Shower Cap--1 Ct | .8700 | 41.76 |
| 48 | 48 | | 18139 | eyelet slumber cap | .8700 | 41.76 |
| 48 | 48 | | 30063 | 26pk. Snap Barrettes | .9500 | 45.60 |
| 240 | 240 | | 73012 | Ladies Personal Trimmer blist. | 4.8000 | 1152.00 |

** CONTINUED **

| | MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Interest will be charged at 1.5% for payments made after
due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040   215-328-8500   OR 888-567-2837

Please remit to: P.O. BOX 828574
PHILADELPHIA, PA 19182-8574

1159808

2/10/05

SOLD TO:
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

SHIP TO:
WINN DIXIE STORES, INC.
5050 EDGEWOOD CT.
JACKSONVILLE, FL 32254

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 620B04 | 1235070 | 2/04/05 | 2/10/05 | |

CARRIER: Old Dominion                      E
TERMS: Net 30 Days DOI xxx        VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 288 | 288 | | 43025 | 03/04B Men's Personal Trimmer Blister | 4.8000 | 1382.40 |
| 48 | 48 | | B107B | 03H04B 7pk Mini Barrel Jaw Clips | .9500 | 45.60 |
| 48 | 48 | | 9114B | 03H04B 2pk 9cm Rounded Jaw Clips | .9500 | 45.60 |

QTY:  1032        CTNS:    21

| | | MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | 2990.64 | | | | | | | 2,990.64 |

Interest will be charged at 1.5% for payments made after due date.     Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

*INV#7159008*

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
P.O. BOX 60908 - CHARLOTTE, N.C. 28260
(336) 889-5000

| TAX | MFS | SEE BELOW | | 520804 | | 2/14/05 | | DR |
|---|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| WINN DIXIE STORES | | | | 682151 | 2/10/05 | 06206304161 |
| 2050 EDGEWOOD CT | | Dest I/A Car | SCUNCI INTERNATIONAL | | | Page No |
| JACKSONVILLE      FL 32254 | | | C/O PATTERSON WAREHOUSE<br>5388 AIRWAYS BLVD<br>MEMPHIS                TN 38116 | | | 2    2 |
| | | | | | | Sec 7  SHPT |
| | | | | | | P/C    C/O/P<br>P |
| 06206304161 | | | | | | R/C    R/C<br>GKR  *** |

B/L # 1235070
B/L # 483032

******* PRIORITY *******

VISIT WWW.ODFL.COM FOR DETAILS

| | 5409280 | 12101296 | 559 | | 160 | | C.O.D. | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | .00 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Exceptions:

Company: *AD*

Date: *2-14-05*

Drivers

CASH ☐    CHK ☐    CHG ☐
Pcs. Del'd
Date Del'd

COPY ORIGINAL FREIGHT

OLD DOMINION FREIGHT LINE, INC. (ODFL)
P.O. BOX 60908 - CHARLOTTE, N.C. 28260
(336) 889-5000

| JAX | MFS | SEE BELOW | | 520804 | | | 2/14/05 | | DR |

| | | 682151 | 2/10/05 | 06206304161 |

WINN DIXIE STORES
5050 EDGEWOOD CT
JACKSONVILLE          FL 32254

Dest I/L Car

SCUNCI INTERNATIONAL
C/O PATTERSON WAREHOUSE
5388 AIRWAYS BLVD
MEMPHIS                TN 38116

Page No
1        2
Sec 7   SHMT

P/C   C/O/P
P

B/C   B/C
GKR   ***

06206304161

| 1 | HANDLING UNITS: 1 UNITS OF TYPE WSKD | | | |
| | SW SK STC 21 CTNS NMFC 56290 S6    092 | 160 | | |
| | FUEL INCREASE | | | |
| | C/ADDITIONAL REDUCTION, ALLOWANCE OR | | | |
| | ADDITIONAL REDUCTION, ALLOWANCE OR | | | |
| | ADJUSTMENT MAY APPLY. | | | |
| | ADJUSTMENT MAY APPLY. | | | |
| | ODFL JAX  PHONE       (904)-388-6567 | | | |
| | ODFL JAX  TOLL-FREE   (800)-433-6195 | | | |

C.O.D.

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

Exceptions:

BY:

Company:

Date:

Driver:

CASH ☐    CHK ☐    CHG ☐

Pcs. Del'd

Date Del'd

(if Apply)

COPY ORIGINAL FREIGHT

# INVOICE

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR 866-567-2537

Please Remit To:
P.O. BOX 828594
PHILADELPHIA, PA 19182-8594

| | |
|---|---|
| **SOLD TO:** | Winn Dixie Stores, Inc.<br>5050 Edgewood Ct.<br>Jacksonville, FL 32254 |
| **SHIP TO:** | WINN DIXIE STORES, INC.<br>2819 WADE HAMPTON BLVD<br>SUITE #6<br>TAYLORS, SC 29687 |

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO | ORDER DATE | SHIP DATE | |
|---|---|---|---|---|---|---|
| 2875 | 082 | 620807 | 1; 15075 | 2/04/05 | 2/15/05 | E |

CARRIER: Old Dominion

TERMS: Net 30 Days DOI xxx          OO          VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | 48 | | 5715 | O3A04B 3pk Velour Twister | 1.1400 | 54.72 |
| 96 | 96 | | 5975 | O3A04B 34pk 2mm S ND Elastics - Blk | .9100 | 87.36 |
| 48 | 48 | | 5976 | O3A04B 28pk 2mm L ND Elastics - Blk | .9100 | 43.68 |
| 48 | 48 | | 5979 | O3A04B 8pk 2.5cm Jaw Clips | 1.1400 | 54.72 |
| 96 | 96 | | 5992 | O3A04B 12pk 3cm Clippies - Silver | 1.1400 | 109.44 |
| 48 | 48 | | 6111 | O3A04B 3pk 6cm 2 Loop Jaw Clip | .7600 | 36.48 |
| 48 | 48 | | 6156 | O3A04B 8.5cm French Twist Clip-Blk | 1.1400 | 54.72 |
| 48 | 48 | | 6158 | O3A04B 12pk Coil Ponytailer - B Rule | 1.1400 | 54.72 |
| 96 | 96 | | 6160 | O3A04B 6pk Open Center ST Barrette | 1.1400 | 109.44 |

** CONTINUED **

SHIPPING INSTRUCTIONS

| | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| **MERCHANDISE** | | | | | | | |

Interest will be charged at 1.5% for payments made after due date.          Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR  865-567-2537

# INVOICE

Please REMIT TO: P.O. BOX 8594
PHILADELPHIA, PA 19182-8594

| SOLD TO: | Winn Dixie Stores, Inc.<br>5050 Edgewood Ct.<br>Jacksonville, FL 32254 | SHIP TO: | WINN DIXIE STORES, INC.<br>2819 WADE HAMPTON BLVD<br>SUITE #6<br>TAYLORS, SC 29687 | | |
|---|---|---|---|---|---|

| CUSTOMER SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | |
|---|---|---|---|---|---|
| 2875  082  620807 | | 1235075 | 2/04/05 | 2/15/05 | E |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx          OO          VENDOR# 828291

2/15/05          116001B

| ORDERED SHIPPED | B/O | ITEM NUMBER | | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 96 | | 16161 | 03A048 | 52pk Polybands-Blk | .7600 | 72.96 |
| 48 | | 16165 | 03A048 | 52pk Polyband - Clear | .9100 | 43.68 |
| 48 | | 16176 | 03A048 | 3pk 6.5cm ST Barrette | .9500 | 45.60 |
| 48 | | 16192 | 03A048 | 18 Pk. Small Wavy Bobby Pins | .7600 | 36.48 |
| 48 | | 16197 | 03A048 | 250pk S11 Rubberband-Exotic | .5300 | 25.44 |
| 48 | | 16203 | 03A048 | 12pk 7cm Side Comb-Asst. | 1.1400 | 54.72 |
| 48 | | 16208 | 03A048 | 15cm Flat Tort Cincher Comb | .9500 | 45.60 |
| 48 | | 16267 | 03A048 | 3pk 9cm Jaw Clip | 1.1400 | 54.72 |
| 48 | | 16274 | 03A048 | Chambrag Kerchief | 1.1400 | 54.72 |
| | | | | | | |
| ** CONTINUED ** | | | | | | |

| | MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|---|

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR 866-567-2537

Please Remit To:
P.O. BOX 828594
PHILADELPHIA, PA 19182-8594

2/15/05    1160018

| | |
|---|---|
| **SOLD TO:** | Winn Dixie Stores, Inc.<br>5050 Edgewood Ct.<br>Jacksonville, FL 32254 |
| **SHIP TO:** | WINN DIXIE STORES, INC.<br>2819 WADE HAMPTON BLVD<br>SUITE #6<br>TAYLORS, SC 29687 |

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 620B07 | | 1235075 | 2/04/05 | 2/15/05 | E |

CARRIER: Old Dominion

TERMS: Net 30 Days DDI xxx          VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 48 | 48 | | 6345 | O3A048 | 6pk Thermal Twisters - Bright | 1.9000 | 91.20 |
| 48 | 48 | | 6353 | O3A048 | 34pk 2mm S ND Elastic-Neutrals | .9100 | 43.68 |
| 48 | 48 | | 6356 | O3A048 | 12 Pk. Knotted Ponytailer | 1.1400 | 54.72 |
| 48 | 48 | | 6631 | O3A048 | 2pk Domed Ponytailer | .8700 | 41.76 |
| 48 | 48 | | 6634 | O3A048 | 12pk 2cm Chunky Jaw Clips | 1.1400 | 54.72 |
| 48 | 48 | | 6755 | O3A048 | 6.5cm TH Bear Claw Clip | .9500 | 45.60 |
| 96 | 96 | | 6765 | O3A048 | 3pk 4cm Hidden Spring JC | .9500 | 91.20 |
| 48 | 48 | | 6774 | O3A048 | 8cm Jumbo Bear Claw | 1.1400 | 54.72 |
| 48 | 48 | | 6775 | O3A048 | 18pk 4mm L ND Elastic-Blk | 1.1400 | 54.72 |
| | | | ** CONTINUED ** | | | | |

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.

2800 Byberry Road, Hatboro, PA 19040  215-328-9500  OR  866-567-2637

Please Remit To:
PO Box 828594
PHILADELPHIA, PA 19182-8594

2/15/05    1160018

SOLD TO:
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

SHIP TO:
WINN DIXIE STORES, INC.
2812 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 620807 | 1235075 | 2/04/05 | 2/15/05 | E |

CARRIER: Old Dominion
TERMS: Net 30 Days DOI xxx

VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | | | 16779 | 03A04B | 18pk 4mm L ND Elastic-Blues | 1.1400 | 54.72 |
| 48 | | | 16782 | 03A04B | 100pk Elastic w Crp - Brights | 1.5200 | 72.96 |
| 96 | | | 16932 | 03A04B | 18pk 4mm L ND Elastics - BW | 1.1400 | 109.44 |
| 48 | | | 16979 | 03A04B | 6pk B/G/W Thermal Twisters | 1.9000 | 91.20 |
| 48 | | | 17078 | 02A04B | 14cm Jumbo Jaw Clip | .9500 | 45.60 |
| 48 | | | 17617 | 03A04B | 9cm Acrylic AC Barrette | .8700 | 41.76 |
| 72 | | | 18069 | 06A072 | Pocket Comb | .5300 | 38.16 |
| 72 | | | 18071 | 06A072 | 2pk medium picks | .7600 | 54.72 |
| 72 | | | 18074 | 06A072 | Super Comb | .7600 | 54.72 |

** CONTINUED **

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

**Scunci International, Inc.**

2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR  866-567-2537

Please Remit To:
P.O. BOX 828594
PHILADELPHIA, PA 19182-8594

1160018

2/15/05

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:**
WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO | ORDER H DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 2875 | 082 | 620807 | 1235075 | 2/04/05 | 2/15/05 | |

CARRIER: Old Dominion

TERMS: Net 30 Days DOI xxx

VENDOR# 828291   E

| ORDERED | SHIP/LD | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 72 | | 18075 | 06A072 2pk pick & super comb | .9500 | 68.40 |
| | 72 | | 18079 | 06A072 100pk brown hair pins | .7600 | 54.72 |
| | 72 | | 18080 | 06A072 18pk brown roller pins | .5700 | 41.04 |
| | 72 | | 18081 | 06A072 18pk black roller pins | .5700 | 41.04 |
| | 144 | | 18085 | 06A072 60pk brown bobby pins | .4900 | 70.56 |
| | 72 | | 18086 | 06A072 12pk double prong salon clips | 1.3300 | 95.76 |
| | 72 | | 18088 | 06A072 4pk vented salon clips | 1.3300 | 95.76 |
| | 72 | | 18097 | 06A072 3pk Hair Nets | .5300 | 38.16 |
| | 48 | | 18123 | 03A048 Foam Rollers Large—10 Ct | .8700 | 41.76 |

** CONTINUED **

| | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| MERCHANDISE | | | | | | | |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 18040  215-328-9500  OR  866-567-2537

Please Remit To:
PO Box 8594
PHILADELPHIA, PA 19182-8594

2/15/05          1160018

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:**
WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER SLSM | PURCHASE ORDER | ORDER NO | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|
| 2875  082 | 620807 | 1235075 | 2/04/05 | 2/15/05 | E |

CARRIER: Old Dominion
**TERMS:** Net 30 Days DDI xxx          VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 48 | | 8139 | 03A04B eyelet slumber cap | .8700 | 41.76 |
| | 96 | | 18402 | 03A04B 18Pk Family Comb Pack | 1.1400 | 109.44 |
| | 48 | | 8503 | 03A04B 16pk medium foam rollers | .7600 | 36.48 |
| | 48 | | 8507 | 03A04B Magnetic Rollers Medium--14 Ct | .8700 | 41.76 |
| | 48 | | 8547 | 03A04B 2Pk S and Z Comb | 1.3300 | 63.84 |
| | 48 | | 8628 | 03A04B 5 4 in 1 Grooming Mirror | 2.6600 | 127.68 |
| | 72 | | 8649 | 06A072 3pk Sm Lift Comb | .9500 | 68.40 |
| | 48 | | 22000 | 03A04B 100pk 2mm S/L Elastics-AAG | 1.5200 | 72.96 |
| | 48 | | 30085 | 03A04B 6pk Headbands | 1.1400 | 54.72 |

** CONTINUED **

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

# INVOICE

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040  215-328-9500  OR  866-567-2637

Plea8e ABMX T6 628594
P.O. BOX 628594
PHILADELPHIA, PA 19182-8594

2/15/05    116001B

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:**
WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

| CUSTOMER SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|
| 2875  082 | 620807 | 1235075 | 2/04/05 | 2/15/05 | E |

CARRIER: Old Dominion

TERMS: Net 30 Days DQI xxx    OO    VENDOR# 828291

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | | | 57067 | 10x sidekick mirror w/ suction | 3.0400 | 145.92 |
| 96 | | | 73026 | Men's Personal Trimmer blister | 4.8000 | 460.80 |
| 48 | | | 81141 | 6pk 5cm Glitter Clippies | 1.1400 | 54.72 |
| 48 | | | 81273 | 12pk 1.5cm Multi Color JC | 1.1400 | 54.72 |
| 48 | | | 81389 | 30pk Basic Elastics | .9500 | 45.60 |
| 48 | | | 81132 | 9cm New Classic Jaw Clip | .8700 | 41.76 |
| 48 | | | 81218 | 6pk 3cm Coil Jaw Clip | 1.1400 | 54.72 |

QTY:  3672    CTNS:  70

| | MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 4157.28 | | | | | | | 4,157.28 |

Interest will be charged at 1.5% for payments made after due date.

Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

INV#110018

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
P.O. BOX 6509 CHARLOTTE, N.C. 28260
(336) 889-5000

DR

DUP
2/17/05

0620630418 7

Page No 3 3

520807

Dest 3/4 Car

| GVL | MFS | SEE BELOW |

WINN DIXIE STORES INC
2819 WADE HAMPTON BLVD. STE 6

TAYLORS            SC 29687

480181
SCUNCI INTERNATIONAL    2/15/05
C/O PATTERSON WAREHOUSE
5388 AIRWAYS BLVD
MEMPHIS            TN 38116

0620630418 7

APPT 00/00/00  00:00
CONTACT

VISIT WWW.ODFL.COM FOR DETAILS

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

3002226    12101296    559    547

By:

Company:                Date:

Seal # (If Apple)

Short Wrap
Mis-Routed
Terminated For
Delivery

C.O.D.            .00

CASH    CHK    CHG

Pcs. Del'd
Date Del'd

COPY ORIGINAL FREIGHT

**OLD DOMINION FREIGHT LINE INC. (ODFL)**
P.O. Box ... Charlotte N.C. 28266

DR
DUP
2/17/05

05206304187

| Page No | 2 | 3 |
| --- | --- | --- |
| Sec 7 | SHMT | 1 |
| P/C | C/O.G | |
| P | | |
| I/C | R/C | |
| AWG | *** | |

TN 38116

480181
SCUNCI INTERNATIONAL
C/O PATTERSON WAREHOUSE
5388 AIRWAYS BLVD
MEMPHIS TN 38116

520807

Dest I/L Car

GVL    MFS    SEE BELOW

WINN DIXIE STORES INC
2819 WADE HAMPTON BLVD. STE 6
TAYLORS          SC 29687

0620630 4187

ADDITIONAL REDUCTION, ALLOWANCE OR
ADJUSTMENT MAY APPLY.
ADJUSTMENT MAY APPLY.
ADJUSTMENT MAY APPLY.
ODFL GVL PHONE          (864)-877-9817
ODFL GVL TOLL-FREE      (800)-922-3328
B/L #1235075
B/L #483037
LOAD#NS
CONSIGNEE PHONE#:NS

C.O.D.
CONT'D.
CASH     CHK     CHG
Pcs. Del'd
Date Del'd
COPY ORIGINAL FREIGHT

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
Exceptions:
By:
Company:
Date:
Driver:
Seal # (if Applc)



Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040   215-328-9500   OR 866-567-2637

# INVOICE

Please Remit To: PO BOX 8594
PHILADELPHIA, PA 19182-8594

2/16/05    1160116

**SOLD TO:**
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

**SHIP TO:** WINN DIXIE STORES, INC.
5050 EDGEWOOD CT.
JACKSONVILLE, FL 32254

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 2875 | 082 | 555171 | 1235620 | 12/02/04 | 2/16/05 |

CARRIER: Old Dominion   VENDOR# 828291   E
TERMS: Net 30 Days DDI xxx

SHIPPING INSTRUCTIONS

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 219 | 219 | | 44315  01S001 | WD No-Slip Side Rack | 99.0000 | 21681.00 |

QTY: 219   CTNS: 219

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 21681.00 | | | | | | | 21,681.00 |

Interest will be charged at 1.5% for payments made after due date. Scunci International, Inc. will not be liable for claims or disputes not reported within 30 days.

Inv#1160116

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
P.O. BOX 6998 · CHARLOTTE, N.C. 28265
(336) 869-5888

DR

| JAX | MFS | SEE BELOW | | 555171 | | 2/18/05 | |

| | | | | 790529 | 2/16/05 | 06206304237 |

| | | | | | Page No |
|---|---|---|---|---|---|

WINN DIXIE STORES INC
5050 EDGEWOOD CT.

JACKSONVILLE        FL 32205

Dest I/L Car

SCUNCI INTERNATIONAL
C/O PATTERSON WAREHOUSE
5388 AIRWAYS BLVD
MEMPHIS            TN 38116

Page No **3**   **3**
Sec 7  SHPT **1**

P/C **P**   C/D/8

06206304237

B/C **AMG**   R/C ***

B/L # 1235620
B/L # 483560
LOAD# NS
CONSIGNEE PHONE#: NS

VISIT WWW.ODFL.COM FOR DETAILS

| 11 | 5409280 | 12101296 | 559 | | 2256 | | C.O.D. | |
| | | | | | | | | 00 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company: *AD*

Date: 2-21-05

Exceptions:

Driver:

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

Date Del'd

Seal # (if Appl)

COPY ORIGINAL FREIGHT



OLD DOMINION **FREIGHT LINE, INC.** (ODFL)
P.O. BOX 6998 - CHARLOTTE, N.C. 28260
(336) 889-5000

| JAX | MFS | SEE BELOW |
|---|---|---|

WINN DIXIE STORES INC
5050 EDGEWOOD CT.
JACKSONVILLE                FL 32205

555171                    2/18/05    DR

790529    2/16/05
SCUNCI INTERNATIONAL
C/O PATTERSON WAREHOUSE
5386 AIRWAYS BLVD
MEMPHIS                    TN 38116    06205304237

06205304237

LOW DENSITY RULE APPLIES PER ODFL 100
ITEM 610-1
WII CHK  2/18/05 ATL I
C/ADDITIONAL REDUCTION,  ALLOWANCE OR
ADDITIONAL REDUCTION,  ALLOWANCE OR
ADJUSTMENT MAY APPLY:
ADJUSTMENT MAY APPLY:
ODFL JAX  PHONE  (904)-388-6567
ODFL JAX  TOLL-FREE  (800)-433-5195

RECEIVED in good condition except as noted

Consignee:

Exceptions:

C.O.D.

Cons'd (if Applc)        Date:        Driver:

CASH    CHK    CHG
Pcs. Del'd
Date Del'd



**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
P.O. BOX 60908 - CHARLOTTE, N.C. 28260
(336) 869-6600

1

DR

| JAX | MFS | SEE BELOW | | 555171 | | 2/18/05 | |

790529    2/16/05    06206304237
Page No
1    3
Sec 7   SHT
1

WINN DIXIE STORES INC
5050 EDGEWOOD CT.

JACKSONVILLE          FL 32205

Dest I/L Car

SCUNCI INTERNATIONAL
C/O PATTERSON WAREHOUSE
5388 AIRWAYS BLVD
MEMPHIS          TN 38116

R/C   C/O/D
P
R/C   R/C
AVG   ***

06206304237

HANDLING UNITS: 11 UNITS OF TYPE SKID
SKID
219 CTN
DECORATIONS OR NOTIONS NOI
DENSITY 8-10 LBS PCF CL 100
NMFC # 056290 / SUB # 06
REQUIRED ARRIVAL DATE 02/22/05   ***
*** SHIPPER LOAD AND COUNT
FUEL INCREASE

11 | | 092 | 2258 | |

C.O.D.

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

Exceptions:

Company:

Driver:

Date:

CASH   CHK   CHG

Pcs. Del'd

Date Del'd

COPY ORIGINAL FREIGHT

Scunci International, Inc.

2200 Byberry Road, Hatboro, PA 19040   215-328-9500   OR 866-567-2837

# INVOICE

Please Remit To: PO BOX 828594
PHILADELPHIA, PA 19182-8594

2/16/05    1160117

SOLD TO:
Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

SHIP TO:
WINN DIXIE STORES, INC.
2819 WADE HAMPTON BLVD
SUITE #6
TAYLORS, SC 29687

SHIPPING INSTRUCTIONS

| CUSTOMER | SLSM | PURCHASE ORDER | ORDER NO. | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 2875 | 092 | 555173 | 1235621 | 12/02/04 | 2/16/05 |

CARRIER: Old Dominion
TERMS: Net 30 Days DDI xxx

VENDOR# 828291    E

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 185 | 185 | | 44315 | 018001 HD No-Slip Side Rack | 97.0000 | 18315.00 |

CTNS: 185

QTY: 185

| MERCHANDISE | FREIGHT | SPEC. CHARGE | F.E.T. | STATE | COUNTY | LOCAL | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 18315.00 | | | | | | | 18,315.00 |

Interest will be charged at 1.5% for payments made after due date.

Sound International, Inc. will not be liable for claims or disputes not reported within 30 days.



OLD DOMINION FREIGHT LINE, INC. (ODFL)
P.O. BOX 60908 — PHONE 336-889-5000
(336) 889-5060

| GVL | MFS | SEE BELOW | 555173 | DUP | 2/18/05 | DR |

WINN DIXIE STORES INC
2819 WADE HAMPTON BLVD. STE 6
TAYLORS                    SC 29687

06206304229

APPT 00/00/00  00:00
CONTACT
VISIT WWW.ODFL.COM FOR DETAILS

530098
SCUNCI INTERNATIONAL
C/O PATTERSON WAREHOUSE
5388 AIRWAYS BLVD
MEMPHIS                    TN 38116

Must I/A Car

06206304229
Page No  3
Sec ?  SHT  1
P/C  P  R/C  ***
L/C  R/C
AMG                        .00

C.O.D.

CHK    CHG    CHK

Pcs. Del'd
Date Del'd

Received
Temporarily
For Delivery

| 9 | 3002226 | 12101296 | 559 | 1893 | 2000 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
Exceptions:
Dr.wr:

Days

Company:                Date:

Seal # (if Apple.)

COPY ORIGINAL FREIGHT



OLD DOMINION FREIGHT LINE, INC. (ODFL)
P.O. BOX 600100, THOMASVILLE, N.C. 28360

| 1 | GVL | MFS | SEE BELOW | 555173 | Dest I/L Car |
|---|-----|-----|-----------|--------|--------------|

DR

DUP
2/18/05

06206304229
Page No  3
2

WINN DIXIE STORES INC
2819 WADE HAMPTON BLVD. STE 6
TAYLORS                SC 29687

06206304229

530098            2/16/05
SCUNCI INTERNATIONAL
C/O PATTERSON WAREHOUSE
5388 AIRWAYS BLVD
MEMPHIS            TN 38116

ADDITIONAL REDUCTION, ALLOWANCE OR
ADJUSTMENT MAY APPLY.
ADJUSTMENT MAY APPLY.
ODFL GVL PHONE        (864)-877-9817
ODFL GVL TOLL-FREE    (800)-922-3328
B/L # 1235621
B/L # 483561
LOAD# NS
CONSIGNEE PHONE#: NS

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

Exceptions:

Driver:

By:

Company:            Date:

Seal # (if Appl.)

C.O.D.

CASH        CHK        CHG

Pcs. Del'd

Date Del'd

CONTD.

COPY ORIGINAL FREIGHT



OLD DOMINION FREIGHT LINE, INC. (ODFL)
P.O. BOX 60908 - CHARLOTTE, N.C. 28260
(336) 889-5000

DUP
2/18/05

DR

06206304229

GVL    MFS    SEE BELOW    555173

WINN DIXIE STORES INC
2819 WADE HAMPTON BLVD. STE 6

TAYLORS                SC 29687

Dest I/L Car

530098        2/16/05
SCUNCI INTERNATIONAL
C/O PATTERSON WAREHOUSE
5388 AIRWAYS BLVD
MEMPHIS            TN 38116

Page No    1    3
Sec 7   SHMT    1

P/C    P    C/O/E
U/C    ***
DMG    R/C

06206304229

HANDLING UNITS: 9 UNITS OF TYPE SKID
SKID
185 CTN
DECORATIONS OR NOTIONS NOI
DENSITY 8-10 LBS PCF CL 100
NMFC# 056290 / SUB # 06
REQUIRED ARRIVAL DATE 02/22/05
FUEL INCREASE
C/ADDITIONAL REDUCTION ALLOWANCE OR

092        1893

9

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Exceptions:

By:

Company:            Date:

Driver:

C.O.D.

CONTD.

CASH        CHK        CHG

Pcs. Del'd

Date Del'd

Seal # (if Apple)

COPY ORIGINAL FREIGHT