**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| WINN DIXIE STORES, INC. et al., | Case No. 04-11063 (RDD) |
| Debtor. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for Southern Pride Catfish, d/b/a American Pride Seafoods ("Southern"), a party-in-interest in the above captioned chapter 11 case. Request is made in accordance with 11 U.S.C. §1109(b) of title 11, United States Code, 11 U.S.C. §§ 101-1330, and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Rule"), that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon:

> GIBBONS, DEL DEO, DOLAN,
> GRIFFINGER & VECCHIONE
> A Professional Corporation
> One Riverfront Plaza
> Newark, New Jersey 07102-5497
> Attn: David N. Crapo
> Telephone: (973) 596-4523
> Facsimile: (973) 639-6244
> E-mail: dcrapo@gibbonslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any

way any rights or interests of creditors with respect to the debtor or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to Southern's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Southern to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: March 2, 2005
      Newark, New Jersey

                              GIBBONS, DEL DEO, DOLAN,
                              GRIFFINGER & VECCHIONE
                              A Professional Corporation
                              One Riverfront Plaza
                              Newark, New Jersey 07102-5496
                              (973) 596-4500

                              Attorneys for Southern Pride Catfish
                              d/b/a American Pride Seafoods


                              By:   /s/ David N. Crapo
                                      David N. Crapo

## SERVICE LIST

| | |
|---|---|
| Richard C. Morrissey, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10014<br><br>Attorneys for United States Trustee | Gregory J. Seketa, Esq.<br>535 N. College Drive<br>Carmel, IN  46032<br><br>Attorneys for 40/86 Advisors, Inc. |
| Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE  19899<br><br>Attorneys for Airgas, Inc. | Eric T. Ray, Esq.<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 306<br>Birmingham, AL  35201-0306<br><br>Attorneys for Alabama Power Company |
| David L. Pollack, Esq.<br>Ballard, Spahr, Andrews & Ingersoll, LLP<br>1735 Market Street - 51st Floor<br>Philadelphia, PA  19103<br><br>Attorneys for Aronov Realty and New Plan Excel Realty Trust, Inc. | Richard G. Smolev<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY  10022<br><br>Attorneys for BAL Global Finance, LLC |
| Avrum J. Rosen, Esq.<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY  11743<br><br>Attorneys for Belco Distributors | Reginald A. Greene, Esq.<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA  30375<br><br>Attorneys for BellSouth |
| Bruce S. Nathan, Esq.<br>Lowenstein Sandler, PC<br>1251 Avenue of the Americas<br>21st  Floor<br>New York, NY  10020<br><br>Attorneys for Bottling Group LLC, d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems, Inc. | Joseph D. Frank, Esq.<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL  60610<br><br>Attorneys for Bottling Group, LLC d/b/a The Pepsi Bottling Group, Integrated Payment Systems, Inc., PepsiAmericas and Western Union Financial Services, Inc. |

| | |
|---|---|
| Derek F. Meek, Esq.<br>Robert B. Rubin, Esq.<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL  35203<br><br>Attorneys for Buffalo Rock Company | Richard Whitney Ward, Esq.<br>2527 Fairmount Street<br>Dallas, TX  75024<br><br>Attorneys for Cadbury Adams USA, LLC, Dr. Pepper/Seven Up, Inc. and Mott's LLP |
| Robert L. Holladay, Jr., Esq.<br>Young Williams P.A.<br>210 E. Capitol Street<br>Suite 2000<br>Jackson, MS  39201<br><br>Attorneys for Cal-Maine Foods, Inc. | Scott A. Zuber, Esq.<br>Pitney, Hardin, Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ  07932-0950<br><br>Attorneys for Cardinal Health |
| Andrew C. Kassner, Esq.<br>Drinker, Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA  19103-6996<br><br>Attorneys for Carthage Cup, L.P. | Diana M. Thimmig, Esq.<br>Roetzel & Andress<br>1375 East Ninth Street<br>Ninth Floor<br>One Cleveland Center<br>Cleveland, OH  44114<br><br>Attorneys for Chester Dix Corp. |
| Danielle K. Greco, Esq.<br>Bradley, Arant, Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL  35203<br><br>Attorneys for Coca-Cola Bottling Company United, Inc. | Shelly D. Rucker, Esq.<br>Miller & Martin LLP<br>1000 Volunteer Building<br>832 Georgia Avenue<br>Chattanooga, TN  37402-2289<br><br>Attorneys for Coca-Cola Enterprises, Inc. |
| David S. Rubin, Esq.<br>Kantrow, Spaht, Weaver & Blitzer<br>P.O. Box 2997<br>Baton Rouge, LA  70821<br><br>Attorneys for Community Coffee Company, LLC | Earle I. Erman, Esq.<br>Erman, Teicher, Miller, Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI  48034<br><br>Attorneys for Computer Leasing Company of Michigan, Inc. |

| | |
|---|---|
| James J. Niemeier, Esq.<br>McGrath, North, Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite 3700<br>Omaha, NE  68102<br><br>Attorneys for ConAgra Foods, Inc. | Walter E. Swearingen, Esq.<br>Levi, Lubarsky & Feigenbaum, LLP<br>845 Third Avenue<br>21st Floor<br>New York, NY  10022<br><br>Attorneys for Concord-Fund IV Retail, L.P., Crest Haven, LLC, Elston/Leetsdale, LLC, Flagler Retail Associates, Ltd. , Gehr Florida Development, LLC, and TA/Western, LL |
| Conrad Chiu, Esq.<br>Pitney, Hardin, Kipp & Szuch, LLP<br>685 Third Avenue<br>New York, NY  10017<br><br>Attorneys for Diversified Maintenance Systems, Inc. | Sabrina L. Streusand, Esq.<br>Hughes & Luce, LLP<br>111 Congress Avenue<br>Suite 900<br>Austin, TX  78701<br><br>Attorneys for Dell, Inc. |
| James S. Carr, Esq.<br>Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY  10178<br><br>Attorneys for Developers Diversified Realty Corp. and Edens & Avant | Ira S. Greene, Esq.<br>Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY  10022<br><br>Attorneys for Discover Financial Services, Inc. |
| Austin L. McMullen, Esq.<br>Boult, Cummings, Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN  37203<br><br>Attorneys for Doane Pet Care Company | Henry A. Efroymson, Esq.<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN  46282-0200<br><br>Attorneys for Eagle Creek Commercial Company, Inc. and Faison-Waterford Lakes Village Limited Partnership |
| Jeffrey S. Margolin, Esq.<br>Hughes, Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY  10004<br><br>Attorneys for FPL Food LLC d/b/a Shapiro Packing Company, Inc. | Charles J. Filardi, Jr.<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT  06890-1436<br><br>Attorneys for Federal Express Corporation |

| | |
|---|---|
| Lee Champion, Esq.<br>Page, Scrantom, Sprouse, Tucker & Ford, P.C.<br>1111 Bay Avenue<br>3rd Floor<br>Columbus, GA  31901<br><br>Attorneys for Georgia Crown Distributing Co. | David W. Dykhouse, Esq.<br>Patterson, Belknap, Webb & Tyler, LLP<br>1133 Avenue of the Americas<br>New York, NY  10036-6710<br><br>Attorneys for Hallmark Marketing Corporation |
| Edwin W. Held, Jr., Esq.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL  32207<br><br>Attorneys for Edwin W. Held | Carolyn Hochstadter Dicker, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>260 South Broad Street<br>Philadelphia, PA  19102<br><br>Attorneys for Hershey Foods Corporation |
| Robert Dehney, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE  19899<br><br>Attorneys for Kemor Properties, Inc. | Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY  10178<br><br>Attorney for Kimco Realty Corporation |
| Ronald Scott Kaniuk, Esq.<br>Taplin & Associates<br>340 Fifth Avenue<br>Suite 2418<br>New York, NY  10118<br><br>Attorneys for Klement Sausage Company, Inc. | Paul Traub, Esq.<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY  10017<br><br>Attorneys for Krispy Kreme Cough uts Corporation. |
| John P. Brice, Esq.<br>Wyatt, Tarrant & Combs, LLP<br>250 West main Street<br>Suite 1600<br>Lexington, KY  40507-1746<br><br>Attorneys for Laura's Lean Beef | Laurence May, Esq.<br>Rick A. Steinberg<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY  10022<br><br>Attorneys for Liberty Mutual Insurance Company |

| | |
|---|---|
| Fred B. Ringel, Esq.<br>Robinson, Brog, Leinwand, Greene, Genovese & Gluck, P.C.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY  10105-0143<br><br>Attorneys for MFR Properties, LLC | Chris Lenhart, Esq.<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN  55402-1498<br><br>Attorneys for Menu Foods, Inc. |
| Larren M. Nashelsky, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br><br>Attorneys for Merill, Lynch, Pierce, Fenner & Smith Incorporated | Neal M. Rosenbloom, Esq.<br>Finkel, Goldstein, Rosenbloom, Nash, LLP<br>26 Broadway<br>Suite 711<br>New York, NY  10004<br><br>Attorneys for Metro-Goldwyn-Mayer Home Entertainment, LLC |
| Gary Ginsburg, Esq.<br>Neiman, Ginsburg & Mairanz, PC<br>39 Broadway, 25th Floor<br>New York, NY  10006<br><br>Attorneys for Northpoint Trading, Inc. | W. Steven Bryant, Esq.<br>Locke, Liddel & Sapp, LLP<br>600 Travis Street<br>#2600<br>Houston, TX  77002-3095<br><br>Attorneys for Riviana Foods, Inc. |
| Patrick L. Huffstickler, Esq.<br>Cox & Smith Incorporated<br>112 E. Pecan Street<br>Suite 1800<br>San Antonio,TX  78205<br><br>Attorneys for Sirius Computer Solutions, Inc. | Rudi R. Grueneberg, Esq.<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ  08057<br><br>Attorneys for Southeast Provisions, LLC |
| Joseph Thomas Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York , NY  10022-4731<br><br>Attorneys for Southern Wine & Spirits of Florida and Southern Wine & Spirits of South Carolina, Inc. | Darrly S. Laddin, Esq.<br>Arnall, Gol.den, Gregory, LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA  30363-1031<br><br>Attorneys for TSO Volusia LLC |

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br><br>Attorneys for Winn-Dixie Stores, Inc. | Thomas J. Leanse, Esq.<br>Katten, Muchin, Zavis, Rosenmann<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012<br><br>Attorneys for The Prudential Insurance Company of America |
| Neal D. Colton, Esq.<br>Cozen O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>Attorneys for The Wackenhut Corporation | Shawn Randall Fox, Esq.<br>McGuire Woods, LLP<br>1345 Avenue of the Americas<br>New York, NY 10128<br><br>Attorneys for Tree of Life, Inc. |
| Adam L. Rosen, Esq.<br>Scarcella, Rosen & Slome, LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622<br><br>Attorneys for Victory Investments, Inc. and Victory Real Estate Investments, LLC | Paul H. Deutch, Esq.<br>Jenkins & Gilchrist Parker Chapin, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br><br>Attorneys for W.D. Marianna Portfolio, LP, W.D. Milton Portfolio, LP and W.D. Florence Portfolio, LP |
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>Attorneys for Wilmington Trust Company | |