MOORE & VAN ALLEN PLLC
Attorneys for South Carolina Electric & Gas Company,
SCANA Energy Marketing, Inc., and Public Service of North Carolina
David B. Wheeler (DBW 0180)
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC  29413-2828
(843) 579-7000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-11063 |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, David B. Wheeler, of the law firm of Moore & Van Allen PLLC, hereby appears, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, on behalf of Creditors, South Carolina Electric & Gas Company, SCANA Energy Marketing, Inc., and Public Service of North Carolina in the captioned case, and demands that notices of all matters be served on him, at the address set forth below.

Please take further notice that demand is also made for service of copies of papers, reports, pleadings, monthly operating statements, Motions and Applications, Petitions, Disclosure Statements, Plans of Reorganization and any other matter filed in this action, including any adversary proceedings.

The full address for such service and notice is as follows:

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

Telephone:  (843) 579-7000
Facsimile:   (843) 579-8727
email:  davidwheeler@mvalaw.com

Please take further notice that said Creditors intend that neither this Notice of Appearance nor any

later appearance, pleadings, claim, or suit shall waive (1) the right of Creditors to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by the District Court, (2) the rights of said Creditors to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the rights of said Creditors to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupment to which said Creditors are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, or recoupment said Creditors expressly reserve.

s/David B. Wheeler
David B. Wheeler (DBW 0180)
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC  29413-2828
(843) 579-7000

ATTORNEYS FOR CREDITORS,
SOUTH CAROLINA ELECTRIC & GAS COMPANY,
SCANA ENERGY MARKETING, INC., AND
PUBLIC SERVICE OF NORTH CAROLINA

CHARLESTON, SC
March 3, 2005