**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq. (JM-0232)
Michael R. Dal Lago (MD-8034)

Attorneys for Southern Wine & Spirits of Florida, a
division of Southern Wine & Spirits of America, Inc., and
Southern Wine & Spirits of South Carolina, Inc., a wholly
owned subsidiary of Southern Wine & Spirits of America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
In re                                          :
                                               :   Chapter 11
WINN-DIXIE STORES, INC., et al.,               :
                                               :   Case No. 05-11063
                                               :
                    Debtors                    :
------------------------------------------------------------- X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109 (b) and Rules 2002, 9007, and 9010 of the Federal Rules of the Bankruptcy Procedure ("Rules"), Morrison Cohen LLP, as counsel for Southern Wine & Spirits of Florida, a division of Southern Wine & Spirits of America, Inc., and Southern Wine & Spirits of South Carolina, Inc., a wholly owned subsidiary of Southern Wine & Spirits of America, Inc. (collectively "Southern Wine"), demands that all notices, papers, and pleadings including, without limitation, orders, applications, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein, be served upon:

Attn: Michael R. Dal Lago, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
Phone (212) 735-8600
Fax: (212) 735-8708
Email: bankruptcy@morrisoncohen.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Southern Wine's: (i) right to have a final order in non-core matters entered only after de novo review by a District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Southern Wine is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
       March 2, 2005

**MORRISON COHEN LLP**
Attorneys Southern Wine & Spirits of Florida,
a division of Southern Wine & Spirits of America,
Inc., and Southern Wine & Spirits of South Carolina,
Inc., a wholly owned subsidiary of Southern
Wine & Spirits of America, Inc.

 */s/Michael R. Dal Lago*
Joseph T. Moldovan (JM-0232)
Michael R. Dal Lago (MD-8034)
909 Third Avenue
New York, New York 10022
(212) 735-8600

#529011 v1 \17828 \001

STATE OF NEW YORK        )
                          ) ss.:
COUNTY OF NEW YORK   )

       **MARIOLA WIATRAK,** being duly sworn, deposes and says:

       I am employed by the firm of Morrison Cohen Singer & Weinstein, LLP, attorneys for Southern Wine & Spirits of Florida, a division of Southern Wine & Spirits of America, Inc., and Southern Wine & Spirits of South Carolina, Inc., a wholly owned subsidiary of Southern Wine & Spirits of America, Inc.  I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

       On March 3, 2005 I served copies of the Notice of Appearance and Demand for Service of Papers upon the parties on the annexed service list by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York.

       *Mariola Wiatrak*
       MARIOLA WIATRAK

Sworn to before me this
3rd day of March 2005

   */s/*
  NOTARY PUBLIC

#529011 v1\17828\001

4

## SERVICE LIST

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

#529011 v1 \17828 \001