UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

WINN DIXIE STORES, INC, *et al.,*                    No. 05-11063 (RDD)

Debtor.

## CERTIFICATE OF SERVICE

I, Roger A. Fitzgerald, of full age, hereby certify as follows:

1.      I am a paralegal employed by the law firm of Gibbons, Del Deo, Dolan,
Griffinger & Vecchione, A Professional Corporation, attorneys for Southern Pride Catfish d/b/a
American Pride Seafoods, a party in interest in the above-captioned matter.

2.      On March 2, 2005, the Notice of Demand for Reclamation of Southern Pride
Catfish was served electronically through the Court's CM/ECF system upon the persons listed as
receiving electronic notice on the Notice of Electronic Filing which is attached as Exhibit A.

3.      On March 3, 2005, the Notice of Appearance and Demand for Service of Papers
of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, A Professional Corporation on behalf of
Southern Pride Catfish d/b/a American Pride Seafoods was served electronically through the
Court's CM/ECF system upon the persons listed as receiving electronic notice on the Notice of
Electronic Filing which is attached as Exhibit A.

4.      On March 3, 2005, I caused a true copy of the Notice of Demand for Reclamation
of Southern Pride Catfish  and the Notice of Appearance and Demand for Service of Papers of
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, A Professional Corporation on behalf of
Southern Pride Catfish d/b/a American Pride Seafoods to be served upon the persons listed on

the attached service list which is attached as Exhibit C by United States first-class mail, postage prepaid.

I hereby certify that the foregoing statements are true and correct.  I am aware that if any of the foregoing statements is willfully false, I am subject to punishment.

_/s/ Roger A. Fitzgerald_
Roger A. Fitzgerald

Dated:  March 3, 2005
       Newark, New Jersey

Exhibit A

## File an Answer:

05-11063-rdd Winn-Dixie Stores, Inc.

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Crapo, David N. entered on 3/2/2005 at 5:01 PM and filed on 3/2/2005

**Case Name:**       Winn-Dixie Stores, Inc.

**Case Number:**     05-11063-rdd

**Document Number:** 187

**Docket Text:**

Statement *Notice of Reclamation Demand* filed by David N. Crapo on behalf of Southern Pride Catfish d/b/a American Pride Seafoods. (Crapo, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**C:\Documents and Settings\rfitzgerald\Desktop\Reclamation.pdf

**Electronic document Stamp:**

[STAMP NYSBStamp_ID=842906028 [Date=3/2/2005] [FileNumber=3866740-0] [ 1c1732c9fec878182b68e5c7ad05301c33c595d70b07565929da7cad2b8cc6e894800a e35162f2d2c7167a18c3b33a51af9b9459cc0a6a1e8e9bc5e4e55ad77d]]

**05-11063-rdd Notice will be electronically mailed to:**

David J. Baker    jbaker@skadden.com, rgray@skadden.com;aravin@skadden.com;dturetsk@skadden.com;lbonache@skadden.com;she nry@skadden.com

John P. Brice    lexbankruptcy@wyattfirm.com

Robert J. Brown    lexbankruptcy@wyattfirm.com,

W. Steven Bryant    hobankecf@lockeliddell.com

James S. Carr    jcarr@kelleydrye.com

Lee Champion    flc@psstf.com,

Conrad Chiu    cchiu@phks.com,

Neal D. Colton    NColton@Cozen.com,
mhynes@cozen.com;efreed@cozen.com;dliebman@cozen.com

David N. Crapo    dcrapo@gibbonslaw.com,

Timothy J. Curtin    tjcurtin@varnumlaw.com,

Carolyn Hochstadter Dicker    CHDicker@Klehr.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Henry A. Efroymson    henry.efroymson@icemiller.com

Earle I. Erman    eerman@ermanteicher.com,

Charles J. Filardi    cfilardi@pepehazard.com, afox@pepehazard.com

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com

J. Nathan Galbreath    ngalbreath@pattonboggs.com,

Gary Ginsburg    gginsburg@ngmpc.com

Danielle K. Greco    dgreco@bradleyarant.com,

Ira S. Greene    isgreene@hhlaw.com, khseal@hhlaw.com

Rudi R. Grueneberg    rrg@rglawgroup.com,

Edwin W. Held    eheld@hilawfirm.com,

Neil E. Herman    Nherman@morganlewis.com

Robert L. Holladay    robert.holladay@youngwilliams.com,

Patrick L. Huffstickler    plhuffst@coxsmith.com,

Ronald Scott Kaniuk    rkaniuklaw@aol.com

Darryl S. Laddin    bkrfilings@agg.com

Thomas J. Leanse
carole.levine@kmzr.com;cora.sagara@kmzr.com;alicia.castellanos@kmzr.com;kathleen.beaver
@kmzr.com;adelle.shafer@kmzr.com

Jeffrey S. Margolin    margolin@hugheshubbard.com,

Laurence May    lmay@angelfrankel.com

Austin L. McMullen    amcmulle@bccb.com,

Derek F. Meek    dmeek@burr.com,

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Larren M. Nashelsky    jdibattista@mofo.com

Bruce S. Nathan    bnathan@lowenstein.com

James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com,

David L. Pollack    pollack@ballardspahr.com

Eric T. Ray    eray@balch.com,

Steven J. Reisman    sreisman@cm-p.com, jdecristofaro@cm-p.com;jbarucha@cm-
p.com;webmaster@docketware.com;athau@cm-p.com;mharwood@cm-p.com;kparker@cm-
p.com

Fred B. Ringel    fringel@pobox.com

Adam L. Rosen    mail@srsllp.com

Avrum J. Rosen    arosen@avrumrosenlaw.com,
AJRLAW@aol.com;ddobbin@avrumrosenlaw.com;kberson@avruumrosenlaw.com;fredkantrow
@msn.com

Neal M. Rosenbloom    NRosenbloom@finkgold.com

David S. Rubin    drubin@kswb.com

Robert B. Rubin    brubin@burr.com,

Shelly D. Rucker    srucker@millermartin.com

Robert K. Scheinbaum    rscheinbaum@podveysachs.com,

Gregory J. Seketa    franklin.berg@4086.com,

Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com

Rick A. Steinberg    rsteinberg@angelfrankel.com

Sabrina L. Streusand    streuss@hughesluce.com

Stephen B. Sutton    ssutton@lathropgage.com

Walter E. Swearingen    wswearingen@llf-law.com, wswearngen@aol.com

Diana M. Thimmig    dthimmig@ralaw.com

Scott A. Zuber    szuber@pitneyhardin.com, jhahn@pitneyhardin.com

**05-11063-rdd Notice will not be electronically mailed to:**

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
rdehney@mnat.com, gsaydah@mnat.com

Paul H. Deutch
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
wsandler@jenkens.com;hecohen@jenkens.com

Reginald A. Greene
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375
reginald.greene@bellsouth.com

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street

Suite 1500
Minneapolis, MN 55402-1498
lenhart.chris@dorseylaw.com

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
richard.morrissey@usdoj.gov

Andrew Howard Sherman
Sills Cummis Radin Tischman Epstein &
Gross
712 5th Avenue
20th Floor
New York, NY 10019
asherman@sillscummis.com, asherman@sillscummis.com

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017
dbr@tbfesq.com

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

Exhibit B

## File a Notice:

05-11063-rdd Winn-Dixie Stores, Inc.

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Crapo, David N. entered on 3/3/2005 at 3:20 PM and filed on 3/3/2005

**Case Name:**      Winn-Dixie Stores, Inc.
**Case Number:**    05-11063-rdd
**Document Number:** 213

**Docket Text:**
Notice of Appearance filed by David N. Crapo on behalf of Southern Pride Catfish d/b/a American Pride Seafoods. (Crapo, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\rfitzgerald\Desktop\Notice of Appearance.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=3/3/2005] [FileNumber=3869631-0] [ 33457cbc0894dd237b0d292bcea723dc212ea23e4ac4e63c6887bc80b395e2a9cd1efb 9523448d7831c0517097811495b5081f157aa1b1ac3792d70987671846]]

**05-11063-rdd Notice will be electronically mailed to:**

David J. Baker    jbaker@skadden.com, rgray@skadden.com;aravin@skadden.com;dturetsk@skadden.com;lbonache@skadden.com;shenry@skadden.com

Matthew Scott Barr mbarr1@milbank.com;herick@milbank.com;smccabe@milbank.com;jclark2@milbank.com

John P. Brice    lexbankruptcy@wyattfirm.com

Robert J. Brown    lexbankruptcy@wyattfirm.com,

W. Steven Bryant    hobankecf@lockeliddell.com

James S. Carr    jcarr@kelleydrye.com

Lee Champion    flc@psstf.com,

Conrad Chiu    cchiu@phks.com,

Neal D. Colton    NColton@Cozen.com,
mhynes@cozen.com;efreed@cozen.com;dliebman@cozen.com

David N. Crapo    dcrapo@gibbonslaw.com,

Timothy J. Curtin    tjcurtin@varnumlaw.com,

Carolyn Hochstadter Dicker    CHDicker@Klehr.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Henry A. Efroymson    henry.efroymson@icemiller.com

Earle I. Erman    eerman@ermanteicher.com,

Charles J. Filardi    cfilardi@pepehazard.com, afox@pepehazard.com

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com

J. Nathan Galbreath    ngalbreath@pattonboggs.com,

Gary Ginsburg    gginsburg@ngmpc.com

Danielle K. Greco    dgreco@bradleyarant.com,

Ira S. Greene    isgreene@hhlaw.com, khseal@hhlaw.com

Rudi R. Grueneberg    rrg@rglawgroup.com,

Edwin W. Held    eheld@hilawfirm.com,

Neil E. Herman    Nherman@morganlewis.com

Robert L. Holladay    robert.holladay@youngwilliams.com,

Patrick L. Huffstickler    plhuffst@coxsmith.com,

Ronald Scott Kaniuk    rkaniuklaw@aol.com

Darryl S. Laddin    bkrfilings@agg.com

Thomas J. Leanse
carole.levine@kmzr.com;cora.sagara@kmzr.com;alicia.castellanos@kmzr.com;kathleen.beaver
@kmzr.com;adelle.shafer@kmzr.com

Jeffrey S. Margolin    margolin@hugheshubbard.com,

Laurence May    lmay@angelfrankel.com

Austin L. McMullen    amcmulle@bccb.com,

Derek F. Meek    dmeek@burr.com,

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Brett S. Moore    bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;akallen@pbnlaw.com

Larren M. Nashelsky    jdibattista@mofo.com

Bruce S. Nathan    bnathan@lowenstein.com

James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com,

David L. Pollack    pollack@ballardspahr.com

Eric T. Ray    eray@balch.com,

Steven J. Reisman    sreisman@cm-p.com, jdecristofaro@cm-p.com;jbarucha@cm-
p.com;webmaster@docketware.com;athau@cm-p.com;mharwood@cm-p.com;kparker@cm-
p.com

Fred B. Ringel    fringel@pobox.com

Adam L. Rosen    mail@srsllp.com

Avrum J. Rosen    arosen@avrumrosenlaw.com,
AJRLAW@aol.com;ddobbin@avrumrosenlaw.com;kberson@avruumrosenlaw.com;fredkantrow
@msn.com

Neal M. Rosenbloom    NRosenbloom@finkgold.com

David S. Rubin    drubin@kswb.com

Robert B. Rubin    brubin@burr.com,

Shelly D. Rucker    srucker@millermartin.com

Robert K. Scheinbaum    rscheinbaum@podveysachs.com,

Gregory J. Seketa    franklin.berg@4086.com,

Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com

Rick A. Steinberg    rsteinberg@angelfrankel.com

Sabrina L. Streusand    streuss@hughesluce.com

Stephen B. Sutton    ssutton@lathropgage.com

Walter E. Swearingen    wswearingen@llf-law.com, wswearngen@aol.com

Diana M. Thimmig    dthimmig@ralaw.com

Michael D. Warner    bankruptcy@swdlaw.com

Stephen D. Wheelis    jennifer@wheelis-rozanski.com,

Scott A. Zuber    szuber@pitneyhardin.com, jhahn@pitneyhardin.com

**05-11063-rdd Notice will not be electronically mailed to:**

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
rdehney@mnat.com, gsaydah@mnat.com

Paul H. Deutch
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
wsandler@jenkens.com;hecohen@jenkens.com

Reginald A. Greene
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375
reginald.greene@bellsouth.com

Larry D. Henin
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
lenhart.chris@dorseylaw.com

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Stephan William Milo
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528
smilo@wawlaw.com

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
richard.morrissey@usdoj.gov

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
PRUBIN@HERRICK.COM;EMIRAN@HERRICK.COM

Andrew Howard Sherman
Sills Cummis Radin Tischman Epstein &
Gross

712 5th Avenue
20th Floor
New York, NY 10019
asherman@sillscummis.com, asherman@sillscummis.com

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017
dbr@tbfesq.com

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

Exhibit C

## SERVICE LIST

| | |
|---|---|
| Richard C. Morrissey, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10014<br><br>Attorneys for United States Trustee | David J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher and Flom, LLP<br>Four Times Square<br>New York, New York 10036<br><br>Attorneys for the Debtor |
| Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE 19899<br><br>Attorneys for Airgas, Inc. | Paul H. Deutch, Esq.<br>Jenkins & Gilchrist Parker Chapin, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br><br>Attorneys for W.D. Marianna Portfolio, LP,<br>W.D. Milton Portfolio, LP and W.D. Florence<br>Portfolio, LP |
| Andrew C. Kassner, Esq.<br>Drinker, Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br><br>Attorneys for Carthage Cup, L.P. | Richard Whitney Ward, Esq.<br>2527 Fairmount Street<br>Dallas, TX 75024<br><br>Attorneys for Cadbury Adams USA, LLC, Dr.<br>Pepper/Seven Up, Inc. and Mott's LLP |
| Robert Dehney, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899<br><br>Attorneys for Kemor Properties, Inc. | Paul Traub, Esq.<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY 10017<br><br>Attorneys for Krispy Kreme Cough uts<br>Corporation. |
| Chris Lenhart, Esq.<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498<br><br>Attorneys for Menu Foods, Inc. | |