## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

In Re:

WINN-DIXIE STORES, INC.

              Debtor-In-Possession.

-------------------------------------------------

Case No. 05-11063-rdd
Chapter 11
Hon. Robert D. Drain

### NOTICE OF RECLAMATION DEMAND BY COLE'S QUALITY FOODS, INC.

PLEASE TAKE NOTICE that on February 21, 2005, pursuant to Section 2-702 of the Uniform Commercial Code, Cole's Quality Foods, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc., and a copy of such written demand is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that on February 22, 2005, pursuant to 11 U.S.C. 546, Cole's Quality Foods, Inc. served an additional written demand for reclamation upon Winn-Dixie Stores, Inc. A copy of that additional demand is attached hereto as Exhibit B.

Dated: March 3, 2005.
Grand Rapids, Michigan

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
Counsel for Cole's Quality Foods, Inc.

By: _____ /s/ _____

        Timothy J. Curtin (P-12410)
Business Address:
        Bridgewater Place - P.O. Box 352
        Grand Rapids, MI 49501-0352
        Telephone: (616) 336-6000
        E-mail: tjcurtin@varnumlaw.com

1096485_1.DOC

EXHIBIT A



**VARNUM**
RIDDERING SCHMIDT HOWLETT LLP
■ ATTORNEYS AT LAW ■

BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352

TELEPHONE 616 / 336-6000 • FAX 616 / 336-7000 • WWW.VARNUMLAW.COM

TIMOTHY J. CURTIN

DIRECT DIAL 616/336-6440
E-MAIL tjcurtin@varnumlaw.com

February 21, 2005

***Via Federal Express***
***Via Facsimile: 904 783 5646***

Mr. Bennett Nussbaum
Sr. Vice President/CFO
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

     **Re:    Cole's Quality Foods, Inc.**

Dear Mr. Nussbaum:

     Please be advised that our firm represents Cole's Quality Foods, Inc. of Grand Rapids, Michigan. Cole's delivered to you the goods detailed on Invoice Nos. 263317, 263451, 263456, 263472, 263486, 263759, 263802, and 263803, copies of which are attached. All of these goods were sent to you within the last ten (10) days.

     We are advising you that Cole's is exercising its rights under Section 2-702 of the Uniform Commercial Code. It is demanding the return of the goods and/or immediate payment of the attached invoices.

     Please contact the undersigned or Ms. Cindy Havard at Cole's (616/975-0088) to arrange for the return of the goods.

     Very truly yours,

     VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP

     Timothy J. Curtin

mh/enclosures
cc:    Cindy Havard
1092721_1.DOC



# VARNUM
### RIDDERING SCHMIDT HOWLETT LLP
ATTORNEYS AT LAW

BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352

TELEPHONE 616 / 336-6000 • FAX 616 / 336-7000 • WWW.VARNUMLAW.COM

TIMOTHY J. CURTIN

DIRECT DIAL 616/336-6440
E-MAIL tjcurtin@varnumlaw.com

February 21, 2005

***Via Federal Express***
***Via Facsimile:  904 783 5964***

Winn-Dixie Stores, Inc.
Attn:  Accounts Payable
P.O. Box 40535
5050 Edgewood Court
Jacksonville, FL  32254

     **Re:    Cole's Quality Foods, Inc.**

Dear Winn Dixie:

     Please be advised that our firm represents Cole's Quality Foods, Inc. of Grand Rapids, Michigan.  Cole's delivered to you the goods detailed on Invoice Nos. 263317, 263451, 263456, 263472, 263486, 263759, 263802, and 263803, copies of which are attached.  All of these goods were sent to you within the last ten (10) days.

     We are advising you that Cole's is exercising its rights under Section 2-702 of the Uniform Commercial Code.  It is demanding the return of the goods and/or immediate payment of the attached invoices.

     Please contact the undersigned or Ms. Cindy Havard at Cole's (616/975-0088) to arrange for the return of the goods.

     Very truly yours,

     VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP

     Timothy J. Curtin

mh/enclosures
cc:    Cindy Havard
1092607_1.DOC

GRAND HAVEN • GRAND RAPIDS • KALAMAZOO • LANSING • MILWAUKEE • NOVI

FEB 2 ' 2005  1:32PM    COLE'S QUALITY FOODS                    NO. 55    P. 7



**Cole's**
**Quality Foods, Inc.**
1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6860

**INVOICE**
**263317**

2/09/05

SOLD TO:

WINN DIXIE - NEW ORLEANS
ACCOUNTS PAYABLE
P O BOX 40045
JACKSONVILLE, FL 32203

**Terms:**
**2% 10 DAYS - NET 11 DAYS**

SHIP TO:

WINN DIXIE STORES, INC.
HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST
HAMMOND, LA 70401

**EDI TRANSMITTED INVOICE**

| 612361 | 4810 | 4 | 20 | TX,OK,AR,LA,MS,EAST TN&KY | | 2/08/05 | 263317 |
|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | | 108 | 18.60 | 18.60 | 2,008.80 |
| 000023 | 12/1# Zesty Garlic Bread | | | 72 | 18.60 | 18.60 | 1,339.20 |
| 000045 | 12/14 oz. 8ct Texas Toast | | | 120 | 18.60 | | |
| | # 6 9103 MARKET DEVELOPMENT FUND | | | | | 3.00 | 15.60 | 1,872.00 |
| 000047 | 12/14 oz. Garlic Toast | | | 40 | 18.60 | 18.60 | 744.00 |
| 000048 | 12/14oz. Cheese Garlic Toast | | | 40 | 18.60 | 18.60 | 744.00 |
| | | | | | | TOTAL | 6,708.00 |

**PAYMENT DUE ON** 2/19/05          **DEDUCT**   $141.36              170666-000

Remit to: 1188 Lakeshore Drive   Muskegon, MI  49441-1691

File Copy

FEB. 21 2005  1:33PM    COLE'S QUALITY FOODS    NO. 156  P. 13



**Cole's**
Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6860

**INVOICE**
263451

2/11/05

SOLD TO:

WINN DIXIE - NEW ORLEANS
ACCOUNTS PAYABLE
P O BOX 40045
JACKSONVILLE, FL 32203

Terms:
2% 10 DAYS - NET 11 DAYS

SHIP TO:

WINN DIXIE STORES, INC.
HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST
HAMMOND, LA 70401

EDI TRANSMITTED INVOICE

| 617150 | 4810 | 4 | 60 | Rabbit River | | 2/11/05 | 263451 |
|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | 252 | 18.60 | 18.60 | 4,687.20 |
| 000023 | 12/1# Zesty Garlic Bread | | 324 | 18.60 | 18.60 | 6,026.40 |
| 000047 | 12/14 oz. Garlic Toast | | 40 | 18.60 | 18.60 | 744.00 |
| 000048 | 12/14oz. Cheese Garlic Toast | | 40 | 18.60 | 18.60 | 744.00 |
| | | | | | TOTAL | 12,201.60 |

**PAYMENT DUE ON**  2/21/05          **DEDUCT**  $244.03          170890-000

Remit to: 1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB. 21. 2005  1:32PM    COLE'S QUALITY FOODS                    NO. 556    P. 5



**Cole's**
Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax 231-722-6860

**INVOICE**
263456

2/11/05

**SOLD TO:**

WINN DIXIE - CHARLOTTE
ACCOUNTS PAYABLE
P O BOX 40535
JACKSONVILLE, FL 32203-0535

**Terms:**
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE STORES, INC.
12520 GENERAL DRIVE
CHARLOTTE, NC 28273
U.S.A.

EDI TRANSMITTED INVOICE

| 620632 | 4790 | 4 | 60 | Melissa Gillem | | | 2/10/05 | 263456 |
|---|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | | | 972 | 18.60 | | |
| | # 3 CO-MARKETING | | | | | | 3.00 | 15.60 | 15,163.20 |
| 000023 | 12/1# Zesty Garlic Bread | | | | 432 | 18.60 | | |
| | # 3 CO-MARKETING | | | | | | 3.00 | 15.60 | 6,739.20 |
| 000025 | 12/8 oz Garlic Mini Loaf | | | | 77 | 11.80 | | 11.80 | 908.60 |
| 000032 | 12/9 oz Bread Sticks | | | | 24 | 18.60 | | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | | | | 3.00 | 15.60 | 374.40 |
| 000045 | 12/14 oz. 8ct Texas Toast | | | | 48 | 18.60 | | | |
| | # 6 9103 MARKET DEVELOPMENT FUND | | | | | | 3.00 | 15.60 | 748.80 |
| | | | | | | | TOTAL | 23,934.20 |

**PAYMENT DUE ON** 2/21/05        **DEDUCT** $567.24        171029-000

Remit to: 1188 Lakeshore Drive  Muskegon, MI 49441-1691

File Copy



FEB. 2. 2005 1:37PM    COLE'S QUALITY FOODS                    NO. 55   P. 20



1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax 231-722-6860



**INVOICE**
**263472**

2/14/05

**SOLD TO:**

WINN DIXIE - ORLANDO
ACCOUNTS PAYABLE
P O BOX 40043
JACKSONVILLE, FL 32203-0043

**Terms:**
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE STORES
4401 SEABOARD
ORLANDO, FL 32858
U.S.A.

**EDI TRANSMITTED INVOICE**

| 615951 | 4840 | 4 | 60 | K&K Transportation, L.L.C | | 2/11/05 | 263472 |
|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | | 90 | 18.60 | 18.60 | 1.674.00 |
| 000023 | 12/1# Zesty Garlic Bread | | | 45 | 18.60 | 18.60 | 837.00 |
| 000025 | 12/8 oz Garlic Mini Loaf | | | 77 | 11.80 | 11.80 | 908.60 |
| 000032 | 12/9 oz Bread Sticks | | | 36 | 18.60 | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | | | 3.00 | 15.60 | 561.60 |
| 000045 | 12/14 oz. 8ct Texas Toast | | | 144 | 18.60 | | |
| | # 6 9103 MARKET DEVELOPMENT FUND | | | | | 3.00 | 15.60 | 2.246.40 |
| | | | | | | TOTAL | 6.227.60 |

**PAYMENT DUE ON** 2/24/05        **DEDUCT**    $135.35            170817-000

Remit to: 1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB. 2. 2005  1:35PM    COLE'S QUALITY FOODS                    NO. 55    P. 14



**Cole's**
Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax 231-722-6840

**INVOICE**
**263486**

2/14/05

**SOLD TO:**

WINN DIXIE - JACKSONVILLE
ATTN: ACCOUNTS PAYABLE
P O BOX 40595
JACKSONVILLE, FL 32203-0595

**Terms:**
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE RETAIL SUPPORT CTR9
15500 WEST BEAVER STREET
BALDWIN BLDG C PERISHABLES
JACKSONVILLE, FL 32234

EDI TRANSMITTED INVOICE

| 623770 | 4830 | 4 | 60 | K&K Transportation, L.L.C | | 2/11/05 | 263486 |
|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread<br># 3 CO-MARKETING | | | 90 | 18.60 | | |
| 000032 | 12/9 oz Bread Sticks<br># 6 PROMOTIONAL ALLOWANCE | | | 84 | 18.60 | 3.00 | 15.60 | 1,404.00 |
| 000045 | 12/14 oz. 8ct Texas Toast<br># 6 9103 MARKET DEVELOPMENT FUND | | | 150 | 18.60 | 3.00 | 15.60 | 1,310.40 |
| 000047 | 12/14 oz. Garlic Toast<br># 6 PROMOTIONAL ALLOWANCE | | | 40 | 18.60 | 3.00 | 15.60 | 2,340.00 |
| 000048 | 12/14oz. Cheese Garlic Toast<br># 6 PROMOTIONAL ALLOWANCE | | | 80 | 18.60 | 3.00 | 15.60 | 624.00 |
| | | | | | | 3.00 | 15.60 | 1,248.00 |
| | | | | | | | TOTAL | 6,926.40 |

**PAYMENT DUE ON**  2/24/05        **DEDUCT**   $165.17        171178-000

Remit to: 1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB 21 2005 1:36PM   COLE'S QUALITY FOODS          NO. 56   P. 13



**Cole's**
**Quality Foods, Inc.**

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6860

**INVOICE**
263759

2/18/05

**SOLD TO:**

WINN DIXIE - MONTGOMERY
ACCOUNTS PAYABLE
P O BOX 40475
JACKSONVILLE, FL 32203-0475

Terms:
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE
WESTPORT INDUSTRIAL PARK
6080 MOBILE HIGHWAY
MONTGOMERY, AL 36105

EDI TRANSMITTED INVOICE

| 619850 | 4837 | 4 | 60 | VAN EERDEN TRUCKING CO. | 2/18/05 | 263759 |
|--------|------|---|----|--------------------------|---------|--------|
| 000009 | 12/1# Garlic Bread | | | 594 | 18.60 | 18.60 | 11,048.40 |
| 000023 | 12/1# Zesty Garlic Bread | | | 432 | 18.60 | 18.60 | 8,035.20 |
| | | | | | | TOTAL | 19,083.60 |

**PAYMENT DUE ON** 2/28/05          **DEDUCT**  $381.67          170963-000

Remit to:  1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB. 21 2005  1:39PM    COLE'S QUALITY FOODS    NO. 56    P. 26



**1188 Lakeshore Drive**
**Muskegon, MI 49441-1691**
**Phone 231-722-1651**
**Fax  231-722-6860**

**INVOICE**
**263802**

2/21/05

**SOLD TO:**

WINN DIXIE - MIAMI
ACCOUNTS PAYABLE
P O BOX 40026
JACKSONVILLE, FL 32203-0026

**Terms:**

**2% 10 DAYS - NET 11 DAYS**

**SHIP TO:**

WINN DIXIE STORES
C/O PREFERRED FREEZERS
13700 N.W. 115TH AVE.
MEDLEY, FL 33178

**EDI  TRANSMITTED  INVOICE**

| 620516 | 4850 | 4 | 60 | Sunstate Carriers, Inc. | | 2/16/06 | 263802 |
|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | 810 | 18.60 | | | |
| | # 3 CO-MARKETING | | | 3.00 | 15.60 | 12,636.00 |
| 000023 | 12/1# Zesty Garlic Bread | 675 | 18.60 | | | |
| | # 3 CO-MARKETING | | | 3.00 | 15.60 | 10,530.00 |
| 000025 | 12/8 oz Garlic Mini Loaf | 77 | 11.80 | 3.00 | 11.80 | 908.60 |
| 000032 | 12/9 oz Bread Sticks | 42 | 18.60 | | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | 3.00 | 15.60 | 655.20 |
| 000045 | 12/14 oz. 8ct Texas Toast | 72 | 18.60 | | | |
| | # 6 9103 MARKET DEVELOPMENT FUND | | | 3.00 | 15.60 | 1,123.20 |
| 000048 | 12/14oz. Cheese Garlic Toast | 40 | 18.60 | | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | 3.00 | 15.60 | 624.00 |
| | | | | | TOTAL | 26,477.00 |

**PAYMENT DUE ON**  3/03/05          **DEDUCT**    $627.88                 171028-000

Remit to:  1188 Lakeshore Drive    Muskegon, MI  49441-1691

File Copy

FEB. 21. 2005  1:37PM    COLE'S QUALITY FOODS            NO. 55   P. 22



**Cole's**
Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6860

**INVOICE**
**263803**

2/21/05

**SOLD TO:**

WINN DIXIE - ORLANDO
ACCOUNTS PAYABLE
P O BOX 40043
JACKSONVILLE, FL 32203-0043

**Terms:**
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE STORES
4401 SEABOARD
ORLANDO, FL 32858
U.S.A.

**EDI TRANSMITTED INVOICE**

| 620584 | 4840 | 4 | 60 | Sunstate Carriers, Inc. | | | 2/16/05 | 263803 |
|---|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | | | 810 | 18.60 | | |
|  | # 3 CO-MARKETING | | | | | | 3.00 | 15.60 | 12,636.00 |
| 000023 | 12/1# Zesty Garlic Bread | | | | 585 | 18.60 | | |
|  | # 3 CO-MARKETING | | | | | | 3.00 | 15.60 | 9,126.00 |
| 000032 | 12/9 oz Bread Sticks | | | | 36 | 18.60 | | |
|  | # 6 PROMOTIONAL ALLOWANCE | | | | | | 3.00 | 15.60 | 561.60 |
| 000045 | 12/14 oz. 8ct Texas Toast | | | | 72 | 18.60 | | |
|  | # 6 9103 MARKET DEVELOPMENT FUND | | | | | | 3.00 | 15.60 | 1,123.20 |
| 000048 | 12/14oz. Cheese Garlic Toast | | | | 50 | 18.60 | | |
|  | # 6 PROMOTIONAL ALLOWANCE | | | | | | 3.00 | 15.60 | 780.00 |
| | | | | | | | TOTAL | 24,226.80 |

**PAYMENT DUE ON**  3/03/05        **DEDUCT**  $577.72            171030-000

Remit to:  1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

EXHIBIT B



**VARNUM**
RIDDERING SCHMIDT HOWLETT LLP
ATTORNEYS AT LAW

BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352

TELEPHONE 616/336-6000 • FAX 616/336-7000 • WWW.VARNUMLAW.COM

TIMOTHY J. CURTIN

DIRECT DIAL 616/336-6440
E-MAIL tjcurtin@varnumlaw.com

February 22, 2005

Mr. Bennett Nussbaum                          *Via Facsimile: 904/783-5646*
Sr. VP/CFO
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254

Winn-Dixie Stores, Inc.                       *Via Facsimile: 904/783-5964*
Attn:  Accounts Payable
5050 Edgewood Court
Jacksonville, FL  32254

David J. Baker, Esq.                          *Via Facsimile: 917/777-2150*
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Adam Ravin, Esq.                             *Via Facsimile: 212/735-2000*
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

  Re: **Winn-Dixie Stores / Cole's Quality Foods, Inc.**

Dear Winn-Dixie and Counsel:

  Yesterday, we telefaxed Winn-Dixie and sent by Federal Express the attached February 21, 2005 reclamation letter.  With the filing by Winn-Dixie, including all of its related companies, in the Bankruptcy Court for the Southern District of New York, we are sending you again our reclamation demand under Section 2-702 of the Uniform Commercial Code, as well as pursuant to Section 546(c) of the Bankruptcy Code.

  Other than shipments on a cash advance or c.o.d. basis, Cole's will not be supplying the debtors absent reaching mutually-agreeable credit terms.  To discuss return of the reclaimed



VARNUM
RIDDERING SCHMIDT HOWLETT LLP
ATTORNEYS AT LAW

February 22, 2005
Page 2

goods and/or future purchases, employees should contact either Mr. John Sommavilla (616/975-0035) or Ms. Cindy Havard (616/975-0088) at Cole's.

Very truly yours,

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP

Timothy J. Curtin

mh/enclosure
cc:    John Sommavilla – via facsimile
1093128_1.DOC



**VARNUM**
RIDDERING SCHMIDT HOWLETT LLP
ATTORNEYS AT LAW

BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352

TELEPHONE 616 / 336-6000 • FAX 616 / 336-7000 • WWW.VARNUMLAW.COM

TIMOTHY J. CURTIN

DIRECT DIAL 616/336-6440
E-MAIL tjcurtin@varnumlaw.com

February 21, 2005

*Via Federal Express*
*Via Facsimile:  904 783 5646*

Mr. Bennett Nussbaum
Sr. Vice President/CFO
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254

      **Re:**    **Cole's Quality Foods, Inc.**

Dear Mr. Nussbaum:

     Please be advised that our firm represents Cole's Quality Foods, Inc. of Grand Rapids, Michigan.  Cole's delivered to you the goods detailed on Invoice Nos. 263317, 263451, 263456, 263472, 263486, 263759, 263802, and 263803, copies of which are attached.  All of these goods were sent to you within the last ten (10) days.

     We are advising you that Cole's is exercising its rights under Section 2-702 of the Uniform Commercial Code.  It is demanding the return of the goods and/or immediate payment of the attached invoices.

     Please contact the undersigned or Ms. Cindy Havard at Cole's (616/975-0088) to arrange for the return of the goods.

              Very truly yours,

     VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP

              Timothy J. Curtin

mh/enclosures
cc:    Cindy Havard
1092721_1.DOC



**VARNUM**
RIDDERING SCHMIDT HOWLETT<sup>LLP</sup>
ATTORNEYS AT LAW

BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352

TELEPHONE 616 / 336-6000 • FAX 616 / 336-7000 • WWW.VARNUMLAW.COM

TIMOTHY J. CURTIN

DIRECT DIAL 616/336-6440
E-MAIL tjcurtin@varnumlaw.com

February 21, 2005

*Via Federal Express*
*Via Facsimile:  904 783 5964*

Winn-Dixie Stores, Inc.
Attn:  Accounts Payable
P.O. Box 40535
5050 Edgewood Court
Jacksonville, FL  32254

Re:     Cole's Quality Foods, Inc.

Dear Winn Dixie:

Please be advised that our firm represents Cole's Quality Foods, Inc. of Grand Rapids, Michigan.  Cole's delivered to you the goods detailed on Invoice Nos. 263317, 263451, 263456, 263472, 263486, 263759, 263802, and 263803, copies of which are attached.  All of these goods were sent to you within the last ten (10) days.

We are advising you that Cole's is exercising its rights under Section 2-702 of the Uniform Commercial Code.  It is demanding the return of the goods and/or immediate payment of the attached invoices.

Please contact the undersigned or Ms. Cindy Havard at Cole's (616/975-0088) to arrange for the return of the goods.

Very truly yours,

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP

Timothy J. Curtin

mh/enclosures
cc:     Cindy Havard
1092607_1.DOC

GRAND HAVEN • GRAND RAPIDS • KALAMAZOO • LANSING • MILWAUKEE • NOVI

FEB. 2ᵗ 2005  1:32PM    COLE'S QUALITY FOODS                    NO. 56    P. 7



**Cole's**
Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax 231-722-6860

**INVOICE**
**263317**

2/09/05

**SOLD TO:**

WINN DIXIE – NEW ORLEANS
ACCOUNTS PAYABLE
P O BOX 40045
JACKSONVILLE, FL 32203

**Terms:**
2% 10 DAYS – NET 11 DAYS

**SHIP TO:**

WINN DIXIE STORES, INC.
HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST
HAMMOND, LA 70401

EDI TRANSMITTED INVOICE

| 612361 | 4810 | 4 | 20 | TX,OK,AR,LA,MS,EAST TN&KY | | 2/08/05 | 263317 |
|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | | 108 | 18.60 | 18.60 | 2,008.80 |
| 000023 | 12/1# Zesty Garlic Bread | | | 72 | 18.60 | 18.60 | 1,339.20 |
| 000045 | 12/14 oz. 8ct Texas Toast | | | 120 | 18.60 | | |
| | # 6 9103 MARKET DEVELOPMENT FUND | | | | 3.00 | 15.60 | 1,872.00 |
| 000047 | 12/14 oz. Garlic Toast | | | 40 | 18.60 | 18.60 | 744.00 |
| 000048 | 12/14oz. Cheese Garlic Toast | | | 40 | 18.60 | 18.60 | 744.00 |
| | | | | | | TOTAL | 6,708.00 |

**PAYMENT DUE ON**  2/19/05          **DEDUCT**  $141.36                    170666-000

Remit to:  1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB. 21. 2005  1:33PM    COLE'S QUALITY FOODS              NO. 155   P. 19



**Cole's**
Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6868

**INVOICE**
**263451**

2/11/05

SOLD TO:

WINN DIXIE - NEW ORLEANS
ACCOUNTS PAYABLE
P O BOX 40045
JACKSONVILLE, FL 32203

Terms:
2% 10 DAYS - NET 11 DAYS

SHIP TO:

WINN DIXIE STORES, INC.
HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST
HAMMOND, LA 70401

**EDI TRANSMITTED INVOICE**

| 617150 | 4810 | 4 | 60 | Rabbit River | | 2/11/05 | .263451 |
|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | 252 | 18.60 | | 18.60 | 4,687.20 |
| 000023 | 12/1# Zesty Garlic Bread | | 324 | 18.60 | | 18.60 | 6,026.40 |
| 000047 | 12/14 oz. Garlic Toast | | 40 | 18.60 | | 18.60 | 744.00 |
| 000048 | 12/14oz. Cheese Garlic Toast | | 40 | 18.60 | | 18.60 | 744.00 |
| | | | | | | TOTAL | 12,201.60 |

**PAYMENT DUE ON**  2/21/05          **DEDUCT**  $244.03          170890-000

Remit to:  1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB. 21. 2005  1:32PM    COLE'S QUALITY FOODS                NO. 55    P. 5



**Cole's**
Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6860

**INVOICE**
263456

2/11/05

**SOLD TO:**

WINN DIXIE - CHARLOTTE
ACCOUNTS PAYABLE
P O BOX 40535
JACKSONVILLE, FL 32203-0535

**Terms:**
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE STORES, INC.
12520 GENERAL DRIVE
CHARLOTTE, NC 28273
U.S.A.

**EDI TRANSMITTED INVOICE**

| 620632 | 4790 | 4 | 60 | Melissa Gillem | | 2/10/05 | 263456 |
|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | 972 | 18.60 | | | 15,163.20 |
| | # 3 CO-MARKETING | | | | 3.00 | 15.60 | |
| 000023 | 12/1# Zesty Garlic Bread | | 432 | 18.60 | | | 6,739.20 |
| | # 3 CO-MARKETING | | | | 3.00 | 15.60 | |
| 000025 | 12/8 oz Garlic Mini Loaf | | 77 | 11.80 | | 11.80 | 908.60 |
| 000032 | 12/9 oz Bread Sticks | | 24 | 18.60 | | | 374.40 |
| | # 6 PROMOTIONAL ALLOWANCE | | | | 3.00 | 15.60 | |
| 000045 | 12/14 oz. 8ct Texas Toast | | 48 | 18.60 | | | 748.80 |
| | # 6 9103 MARKET DEVELOPMENT FUND | | | | 3.00 | 15.60 | |
| | | | | | | TOTAL | 23,934.20 |

**PAYMENT DUE ON**  2/21/05          **DEDUCT**   $567.24              171029-000

Remit to: 1188 Lakeshore Drive    Muskegon, MI 49441-1691

File Copy

FEB. 21. 2005  1:37PM     COLE'S QUALITY FOODS          NO. 155   P. 23



1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax 231-722-6860

**INVOICE**
**263472**

2/14/05

**SOLD TO:**

WINN DIXIE - ORLANDO
ACCOUNTS PAYABLE
P O BOX 40043
JACKSONVILLE, FL 32203-0043

Terms:
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE STORES
4401 SEABOARD
ORLANDO, FL 32858
U.S.A.

EDI TRANSMITTED INVOICE

| 615951 | 4840 | 4 | 60 | K&K Transportation, L.L.C | | 2/11/05 | 263472 |
|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | 90 | 18.60 | | 18.60 | 1,674.00 |
| 000023 | 12/1# Zesty Garlic Bread | 45 | 18.60 | | 18.60 | 837.00 |
| 000025 | 12/8 oz Garlic Mini Loaf | 77 | 11.80 | | 11.80 | 908.60 |
| 000032 | 12/9 oz Bread Sticks | 36 | 18.60 | | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | 3.00 | 15.60 | 561.60 |
| 000045 | 12/14 oz. 8ct Texas Toast | 144 | 18.60 | | | |
| | # 6 9103 MARKET DEVELOPMENT FUND | | | 3.00 | 15.60 | 2,246.40 |
| | | | | | TOTAL | 6,227.60 |

**PAYMENT DUE ON**  2/24/05            **DEDUCT**   $135.35                    170817-000

Remit to: 1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB. 2', 2005  1:35PM    COLE'S QUALITY FOODS                    NO. 156   P. 14

# Cole's
Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6860

**INVOICE**
263486

2/14/05

**SOLD TO:**

WINN DIXIE - JACKSONVILLE
ATTN: ACCOUNTS PAYABLE
P O BOX 40595
JACKSONVILLE, FL 32203-0595

Terms:
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE RETAIL SUPPORT CTR9
15500 WEST BEAVER STREET
BALDWIN BLDG C PERISHABLES
JACKSONVILLE, FL 32234

EDI TRANSMITTED INVOICE

| 623770 | 4830 | 4 | 60 | K&K Transportation, L.L.C | | | 2/11/05 | 263486 |
|---|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | | | 90 | 18.60 | | |
| | # 3 CO-MARKETING | | | | | | 3.00 | 15.60 | 1,404.00 |
| 000032 | 12/9 oz Bread Sticks | | | | 84 | 18.60 | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | | | | 3.00 | 15.60 | 1,310.40 |
| 000045 | 12/14 oz. 8ct Texas Toast | | | | 150 | 18.60 | | |
| | # 6 9103 MARKET DEVELOPMENT FUND | | | | | | 3.00 | 15.60 | 2,340.00 |
| 000047 | 12/14 oz. Garlic Toast | | | | 40 | 18.60 | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | | | | 3.00 | 15.60 | 624.00 |
| 000048 | 12/14oz. Cheese Garlic Toast | | | | 80 | 18.60 | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | | | | 3.00 | 15.60 | 1,248.00 |
| | | | | | | | TOTAL | 6,926.40 |

**PAYMENT DUE ON**  2/24/05          **DEDUCT**   $165.17               171178-000

Remit to: 1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB. 21. 2005  1:36PM    COLE'S QUALITY FOODS    NO. 156    P. 13

 **Cole's** Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6860

**INVOICE**
263759

2/18/05

**SOLD TO:**

WINN DIXIE - MONTGOMERY
ACCOUNTS PAYABLE
P O BOX 40475
JACKSONVILLE, FL 32203-0475

**Terms:**
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE
WESTPORT INDUSTRIAL PARK
6080 MOBILE HIGHWAY
MONTGOMERY, AL 36105

**EDI TRANSMITTED INVOICE**

| 619650 | 4837 | 4 | 60 | VAN EERDEN TRUCKING CO. | 2/16/05 | 263759 |
|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | | 594 | 18.60 | 18.60 | 11,048.40 |
| 000023 | 12/1# Zesty Garlic Bread | | | 432 | 18.60 | 18.60 | 8,035.20 |
| | | | | | | TOTAL | 19,083.60 |

**PAYMENT DUE ON**  2/28/05          **DEDUCT**   $381.67          170963-000

Remit to:  1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB. 21. 2005  1:39PM    COLE'S QUALITY FOODS          NO. 55   P. 25



1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6869

**INVOICE**
263802

2/21/05

**SOLD TO:**

WINN DIXIE - MIAMI
ACCOUNTS PAYABLE
P O BOX 40026
JACKSONVILLE, FL 32203-0026

Terms:
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE STORES
C/O PREFERRED FREEZERS
13700 N.W. 115TH AVE.
MEDLEY, FL 33178

EDI TRANSMITTED INVOICE

| 620516 | 4850 | 4 | 60 | Sunstate Carriers, Inc. | | 2/16/06 | 263802 |
|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread<br># 3 CO-MARKETING | 810 | 18.60 | | | | |
| 000023 | 12/1# Zesty Garlic Bread<br># 3 CO-MARKETING | 675 | 18.60 | | 3.00 | 15.60 | 12,636.00 |
| 000025 | 12/8 oz Garlic Mini Loaf | 77 | 11.80 | | 3.00 | 15.60 | 10,530.00 |
| 000032 | 12/9 oz Bread Sticks<br># 6 PROMOTIONAL ALLOWANCE | 42 | 18.60 | | | 11.80 | 908.60 |
| 000045 | 12/14 oz. 8ct Texas Toast<br># 6 9103 MARKET DEVELOPMENT FUND | 72 | 18.60 | | 3.00 | 15.60 | 655.20 |
| 000048 | 12/14oz. Cheese Garlic Toast<br># 6 PROMOTIONAL ALLOWANCE | 40 | 18.60 | | 3.00 | 15.60 | 1,123.20 |
| | | | | | 3.00 | 15.60 | 624.00 |
| | | | | | | TOTAL | 26,477.00 |

**PAYMENT DUE ON**  3/03/05          **DEDUCT**   $627.88                    171028-000

Remit to:  1188 Lakeshore Drive   Muskegon, MI 49441-1691

File Copy

FEB. 21. 2005  1:37PM    COLE'S QUALITY FOODS                NO. 55    P. 22



**Cole's**
Quality Foods, Inc.

1188 Lakeshore Drive
Muskegon, MI 49441-1691
Phone 231-722-1651
Fax  231-722-6960

**INVOICE**
**263803**

2/21/05

**SOLD TO:**

WINN DIXIE - ORLANDO
ACCOUNTS PAYABLE
P O BOX 40042
JACKSONVILLE, FL 32203-0043

**Terms:**
2% 10 DAYS - NET 11 DAYS

**SHIP TO:**

WINN DIXIE STORES
4401 SEABOARD
ORLANDO, FL 32858
U.S.A.

EDI TRANSMITTED INVOICE

| 620684 | 4840 | 4 | 60 | Sunstate Carriers, Inc. | | 2/16/05 | 263803 |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 000009 | 12/1# Garlic Bread | | | 810 | 18.60 | | |
| | # 3 CO-MARKETING | | | | | 3.00 | 15.60 | 12,636.00 |
| 000023 | 12/1# Zesty Garlic Bread | | | 585 | 18.60 | | |
| | # 3 CO-MARKETING | | | | | 3.00 | 15.60 | 9,126.00 |
| 000032 | 12/9 oz Bread Sticks | | | 36 | 18.60 | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | | | 3.00 | 15.60 | 561.60 |
| 000045 | 12/14 oz. 8ct Texas Toast | | | 72 | 18.60 | | |
| | # 6 9103 MARKET DEVELOPMENT FUND | | | | | 3.00 | 15.60 | 1,123.20 |
| 000048 | 12/14oz. Cheese Garlic Toast | | | 50 | 18.60 | | |
| | # 6 PROMOTIONAL ALLOWANCE | | | | | 3.00 | 15.60 | 780.00 |
| | | | | | | TOTAL | 24,226.80 |

**PAYMENT DUE ON** 3/03/05          **DEDUCT**  $577.72                171030-000

Remit to: 1188 Lakeshore Drive  Muskegon, MI 49441-1691

File Copy