SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

**DECLARATION OF COUNSEL IN SUPPORT OF**
**EX PARTE MOTION FOR ORDER SHORTENING NOTICE**
**PERIOD AND ESTABLISHING OBJECTION DEADLINE AND**
**HEARING ON MOTION OF DEBTORS FOR ENTRY OF**
**AN ORDER APPROVING THE SALE OF CERTAIN**
**<u>PHARMACEUTICAL PRESCRIPTIONS AND INVENTORY</u>**

D. J. Baker declares and says:

1. I am a member of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the debtors and debtors-in-possession (the "Debtors") in the above-captioned bankruptcy cases.

2. I make this declaration in support of the Ex Parte Motion (the "Motion to Shorten") for Order Shortening Notice Period and Establishing Objection Deadline and Hearing on Motion of Debtors for Entry of an Order Approving the Sale of Certain Pharmaceutical Prescriptions and Inventory (the "Sale Motion").

      3.      As set forth in the Motion to Shorten and the Sale Motion, a hearing with respect to the Sale Motion and approval of the sales of pharmaceutical prescriptions and related inventory described therein is necessary in advance of two store closings that are scheduled to occur on March 9, 2005 and March 10, 2005, respectively.

      4.      If the relief requested in the Motion to Shorten is not granted, the customers who depend on the prescription drugs will be unable to obtain their medication.

      5.      Accordingly, the Debtors have respectfully requested that the Court enter an order in substantially the form of the proposed form of order submitted with the Motion to Shorten.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2005, New York, New York

                                                        /s/  D. J. Baker
                                                            D. J. Baker