**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                   :
                                                        :         **Chapter 11**
                                                        :
**WINN-DIXIE STORES, INC., et al.,**       :         **Case No. 05-11063**
                                                        :
        Debtors.                              :         **(Jointly Administered)**
                                                        :
---------------------------------------------------------------x

## ORDER SHORTENING NOTICE PERIOD AND ESTABLISHING OBJECTION DEADLINE AND HEARING ON MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING THE SALE OF CERTAIN PHARMACEUTICAL PRESCRIPTIONS AND INVENTORY

Upon the Motion dated March 3, 2005 (the "Motion") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for entry of an order shortening the notice period and establishing a hearing date and time and an objection deadline with respect to the Debtors' Motion for entry of an order approving the sale of certain pharmaceutical prescriptions and inventory (the "Sale Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.     The Motion is GRANTED.

2.     The objection deadline for the Sale Motion is March 7, 2005 at 4:00 p.m. (prevailing Eastern time).

- 2 -

      3.      The hearing on the Sale Motion is scheduled for March 8, 2005 at 10:00 a.m. (prevailing Eastern time).

      4.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.

      5.      The requirement under Local Bankr. R. 9013-1(b) of the service and filing of a separate memorandum of law is satisfied by the Motion.

Dated:  March ___, 2005
           New York, New York

 

_____
Honorable Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE