**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------
In Re:

WINN-DIXIE STORES, INC.                                  Case No. 05-11063-rdd
                                                         Chapter 11
       Debtor-In-Possession.                             Hon. Robert D. Drain
---------------------------------------------------

## PROOF OF SERVICE

The undersigned certifies that on March 3, 2005 a copy of the following documents:

**1.** **Notice of Reclamation Demand by Cole's Quality Foods, Inc.** was served as follows:

    A.    By depositing said copies in the U.S. Mail, postage prepaid, upon the following addressees:

| | | |
|---|---|---|
| Robert Dehney<br>Morris Nichols Arsht Tunnell<br>1201 N. Market St<br>Wilmington DE  19899 | Paul H. Deutch<br>Jenkins Gilchrist Parker Chapin LLP<br>The Chrysler Building<br>405 Lexington Ave<br>New York NY  10174 | Reginald A. Greene<br>Bellsmouth Telecommunications Inc<br>675 W Peachtree St<br>Atlanta GA  30375 |
| Andrew C. Kassner<br>Drinker Biddle Reath LLP<br>One Logan Square<br>18th & Cherry Strets<br>Philadelphia PA  19103-6996 | Chris Lenhart<br>Dorsey & Whitney LLP<br>50 South Sixth St – Ste. 1500<br>Minneapolis MN  55402-1498 | Kathleen M. Miller<br>Smith Katzenstein Furlow LLP<br>800 Delaware Ave – 7th Flr<br>Wilmington DE  19899 |
| Richard C. Morrissey<br>Office of U.S. Trustee<br>33 Whitehall St – 21st Flr<br>New York NY  10004 | Paul Traub<br>Traub Bonacquist Fox LLP<br>655 Third Ave – 21st Flr<br>New York NY  10017 | Richard Whitney Ward<br>2527 Fairmount St<br>Dallas TX  75024 |
| Larry D. Henin<br>Anderson Kill & Olick PC<br>1251 Avenue of the Americas<br>New York NY  10020 | Stephen William Milo<br>Wharton Aldhizer Weaver PLC<br>PO Box 20028<br>Harrisonburg VA 22801-7528 | Paul Rubin<br>Herrick Feinstein LLP<br>Two Park Avenue<br>New York NY  10016 |
| Andrew Howard Sherman<br>Sills Cummis Radin Tischman et al<br>712 Fifth Ave – 20th Flr<br>New York NY  10019 | | |

**2.** **A copy of the receipt of filing only** of the Notice of Reclamation Demand by Cole's Quality Foods, Inc. was served as follows**:**

    A.    By e-mail service, upon the following addressees at their respective e-mail addresses on record with the court.

| | | |
|---|---|---|
| David J. Baker | W. Steven Bryant | James S. Carr |
| Lee Champion | Conrad Chiu | Neal D. Colton |

| Carolyn Hochstadter Dicker | David W. Dykhouse | Henry A. Efroymson |
|---|---|---|
| Earle I. Erman | Charles J. Filardi | Shawn Randall Fox |
| Joseph D. Frank | Gary Ginsburg | Danielle K. Grego |
| Ira S. Greene | Rudi R. Grueneberg | Edwin W. Held |
| Neil E. Herman | Robert L. Holladay | Patrick L. Huffstickler |
| Ronald Scott Kaniuk | Darryl S. Laddin | Thomas J. Leanse |
| Jeffrey S. Margolin | Laurence May | Austin L. McMullen |
| Derek F. Meek | Joseph Thomas Moldovan | Larren M. Nashelsky |
| Bruce S. Nathan | James J. Niemeier | David L. Pollack |
| Eric T. Ray | Steven J. Reisman | Fred B. Ringel |
| Adam L. Rosen | Avrum J. Rosen | Neal M. Rosenbloom |
| David S. Rubin | Robert B. Rubin | Shelly D. Rucker |
| Robert K. Scheinbaum | Gregory J. Seketa | Richard G. Smolev |
| Richard G. Smoley | Rick A. Steinberg | Sabrina L. Streusand |
| Walter E. Swearingen | Diana M. Thimmig | Scott A. Zuber |
| Matthew Scott Barr | John P. Brice | Robert J. Brown |
| David N. Crapo | J. Nathan Galbreath | Brett S. Moore |
| Stephen B. Sutton | Michael D. Warner | David B. Wheeler |
| Stephen D. Wheelis | | |

Date:  March 3, 2005

Marty Heiss
Assistant to Timothy J. Curtin
Varnum Riddering Schmidt & Howlett LLP
Counsel to Cole's Quality Foods, Inc.
P.O. Box 352
Grand Rapids, MI  49501-0352
Tel. (616) 336-6000

1096026_1.DOC