PITNEY HARDIN LLP
Ronald S. Beacher (RB-8837)
Conrad K. Chiu (CC-6346)
7 Times Square
New York, NY 10036-7311
Telephone: (212) 297-5800

Attorneys for Diversified Maintenance Systems, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                    )    Chapter 11
In re:                                              )
                                                    )    Case No. 05-11063 (RDD)
WINN-DIXIE STORES, INC., *et al.*,                  )
                                                    )    (Jointly Administered)
                          Debtors.                  )
                                                    )
-------------------------------------------------------X

## MOTION OF CONRAD CHIU FOR ADMISSION
## PRO HAC VICE OF RICHARD J. MCINTYRE

Conrad Chiu ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and an associate of Pitney Hardin LLP ("Pitney"), hereby moves (the "Motion") this Court for an order admitting Richard J. McIntyre (the "Proposed Admittee") pro hac vice to represent Diversified Maintenance Systems, Inc. ("Diversified") in these cases pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"). In support of this Motion, Movant relies upon the certification of the Proposed Admittee that is attached as an exhibit hereto and respectfully represents as follows:

1.      Richard J. McIntyre is a member of the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.  Mr. McIntyre is a member in good standing of the State Bar of Florida and has been admitted to practice before the United States District Court for the Middle District of Florida.  There are no disciplinary proceedings or criminal proceedings pending against Mr. McIntyre in any jurisdiction and there have been no disclosures of any pending formal grievances against him.  The Certification of Richard J. McIntyre is attached hereto as Exhibit A in support of his admission pro hac vice.

2.      Movant requests that this Court approve the Motion so that the Proposed Admittee may file pleadings, appear and be heard at hearings, and otherwise represent Diversified Maintenance Systems, Inc. in these cases.

3.      Pursuant to Rule 9013-1(b) of the Local Rules, because there are no novel issues of law presented herein, Movant respectfully requests that the Court waive the requirement that a memorandum of law be filed in support of the Motion.

**WHEREFORE**, Movant respectfully requests that the Court:

(a)     enter an order admitting Richard J. McIntyre pro hac vice to represent Diversified Maintenance Systems, Inc. in these cases;  and

(b)     grant such other and further relief as is just and proper

Dated:  March 3, 2005

PITNEY HARDIN LLP

By     /s/ Conrad K. Chiu
    Conrad K. Chiu (CC-6346)
    7 Times Square
    New York, New York 10036-7311
    Telephone: (212) 297-5800