Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                    )    Chapter 11
In re:                                              )
                                                    )    Case No. 05-11063 (RDD)
WINN-DIXIE STORES, INC., *et al.*,                  )
                                                    )    (Jointly Administered)
                          Debtors.                  )
                                                    )
--------------------------------------------------------X

## CERTIFICATION OF RICHARD J. MCINTYRE

I, Richard J. McIntyre, in support of the Motion of Conrad Chiu for Admission Pro Hac Vice of Richard J. McIntyre do hereby certify under penalty of perjury as follows:

1. I am eligible for admission pro hac vice to this Court.

2. I am a member of the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. and maintain an office for the practice of law at 2700 Bank of America Plaza, 101 E. Kennedy Blvd., Tampa, Florida 33601.

3. I am a member in good standing of the State Bar of Florida, and have been admitted to practice before the United States District Court for the Middle District of Florida. There are no disciplinary proceedings or criminal proceedings pending against me and there have been no disclosures of any pending formal grievances against me.

4. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these chapter 11 cases, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

5. I have access to, or have acquired, a copy of the Local Rules of this Court, am generally familiar with such Rules, and will comply with such Rules.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2005

/s/     *Richard J. McIntyre*
Richard J. McIntyre
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
2700 Bank of America Plaza
101 E. Kennedy Blvd.
Tampa, FL 33601
Telephone:     (813) 202-7808
Facsimile:     (813) 229-6553

2