UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                  )      Chapter 11

In re:                        )

                           )      Case No. 05-11063 (RDD)

WINN-DIXIE STORES, INC., *et al.*,   )

                           )      (Jointly Administered)

                   Debtors.  )

                           )
------------------------------------------------------X

## ORDER GRANTING MOTION OF CONRAD CHIU FOR ADMISSION PRO HAC VICE OF RICHARD J. MCINTYRE

Upon the Motion (the "Motion") of Conrad Chiu seeking the admission pro hac vice of Richard J. McIntyre to represent Diversified Maintenance Systems, Inc. in these cases; and upon consideration of the Motion and the Certification of Richard J. McIntyre; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that Richard J. McIntyre is admitted pro hac vice to represent Diversified Maintenance Systems, Inc. in the above captioned cases and may appear in these cases and any related proceedings pro hac vice.

ORDERED that the requirement of the service and filing of a separate memorandum of law under Rule 9013-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York is hereby waived.

Dated: March ___, 2005
New York, New York

                                                        _____
                                                        UNITED STATES BANKRUPTCY JUDGE