Nina M. LaFleur
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
Telephone: (904) 358-4000
Facsimile:  (904) 358-4001

Attorneys for JEA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-11063 (RDD) |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that JEA, a party in interest, hereby appears in she above

captioned case under Chapter 11 of the Bankruptcy Code and, pursuant to Rules 2002(g),

9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices,

pleadings or other documents to be served in the above captioned Chapter 11 case be given

to and served upon the following:

> Nina M. LaFleur
> Stutsman & Thames, P.A.
> 121 W. Forsyth Street, Suite 600
> Jacksonville, Florida 32202
> Telephone: (904) 358-4000
> Facsimile:  (904) 358-4001
> Email: nlafleur@stutsman-thames.com

**STUTSMAN & THAMES, P.A.**


/s/ Nina M. LaFleur

By_____

     Nina M. LaFleur
     Richard R. Thames

Florida Bar Number 0107451
Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for JEA



**<u>Certificate of Service</u>**

I certify that a copy of the foregoing has been furnished electronically and by mail to David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Sarah Robinson Borders, Esq., King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303; and to the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 on this 3rd day of March, 2005.


/s/ Nina M. LaFleur

_____

        Attorney

55064

–2–