ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (DL5130)
James P. Smith (GA659775)
201 Second Street, Suite 1000
Macon, GA 31201
(478) 745-3344
(478) 743-0239 (facsimile)
Attorneys for Rich-SeaPak Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                            :   Chapter 11
In re                                       :
                                            :   Case No. 05-11063-rdd
WINN-DIXIE STORES, INC., et al.,            :
                                            :   (Jointly Administered)
                        Debtors.            :
----------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James P. Smith, a member in good standing of the bar in the State of Georgia, the Court of Appeals of the State of Georgia, the Supreme Court of the State of Georgia, the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, the United States District Court for the Southern District of Georgia, and the Eleventh Circuit Court of Appeals, request admission, *pro hac vice*, to represent Rich-SeaPak Corporation ("Rich-SeaPak") in the above-referenced case. My partner, Darryl S. Laddin, also represents Rich-SeaPak in the above-referenced case, and is a member in good standing of the bar of the United States District Court for the Southern District of New York.

My address is:         Arnall Golden Gregory LLP
                       201 Second Street
                       Suite 1000
                       Macon, Georgia  31201
                       (478) 741-8267  Telephone
                       (478) 743-0239  Fax
                       email:  james.smith@agg.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

2

Dated: March 3, 2005
       Macon, Georgia

ARNALL GOLDEN GREGORY LLP

/s/  James P. Smith
James P. Smith
Attorneys for Rich-SeaPak

1868363v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
| | : | Chapter 11 |
|---|---|---|
| In re | : | |
| | : | Case No. 05-11063-rdd |
| WINN-DIXIE STORES, INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------X

**ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*** 

THE COURT, having considered the Motion for Admission *Pro Hac Vice* filed by James P. Smith.

ORDERED, that James P. Smith, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: March___, 2005
       New York, New York



_____
UNITED STATES BANKRUPTCY JUDGE

1868363v1