**SILLER WILK LLP**
675 Third Avenue
New York, New York 10017
(212) 421-2233
Eric J. Snyder (ES-8032)

Attorneys for Arizona Beverage Co., LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                                      :
                                                           :    Chapter 11
WINN-DIXIE STORES, INC.                                    :
                                                           :    Case No. 05-11063
                                                           :
          Debtors.                                         :
-----------------------------------------------------------X

## RECLAMATION DEMAND

Arizona Beverage Co., LLC, by their undersigned counsel, hereby demands, reclamation, pursuant to section 546(c) of title 11 of the United States Code ("Bankruptcy Code"), section 2-702 of the Uniform Commercial Code, and any other applicable sections thereunder, of all the goods identified on the invoices listed on the attached summary. The total amount of this reclamation is $39,176.00.

Dated: March 3, 2005
       New York, New York

                                          SILLER WILK LLP
                                          Attorneys for Arizona Beverages Co., LLC

                                          By:_____
                                               Eric J. Snyder (ES-8032)
                                               675 Third Avenue
                                               New York, NY 10017
                                               (212) 431-2233

{00112904v1}

## SUMMARY

| Invoice # | Invoice Amount |
|---|---|
| 1294082 | $ 4,800.00 |
| 1295862 | $11,447.00 |
| 1296729 | $12,315.00 |
| 1297807 | $10,614.00 |

Total Receivables due from Winn-Dixie:   $39,176.00

{00112904v1}