Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildmanharrold.com



Wildman Harrold
*Attorneys and Counselors*

Joel C. Paschke
312-201-2954
paschke@wildmanharrold.com

March 3, 2005

## VIA FACSIMILE

Peter L. Lynch
President and CEO
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Fax: (904) 783-5059

David J. Baker
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax: (212) 735-2000

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Fax: (404) 572-5100

Re:   **Amended Reclamation Demand Against Winn-Dixie Stores, Inc.**

To the persons listed above:

This firm represents ACCO Brands, Inc. ("ACCO"). Demand is hereby made for the reclamation of all goods delivered by ACCO to Winn-Dixie Stores, Inc. and any of its affiliated debtors currently in bankruptcy proceedings (individually or collectively, the "Debtor"), and eligible for reclamation under Section 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546(c). ACCO reserves all rights and remedies on this and other issues to the fullest extent possible. The goods subject to this demand are described with greater particularity on the invoices attached hereto, which are incorporated herein by reference. The relevant bills of lading are attached hereto as well. On information and belief, the Debtor is insolvent, and the goods at issue were delivered without knowledge of the Debtor's insolvency by ACCO.

The goods were sold by ACCO to the Debtor in the ordinary course of ACCO's business, are identifiable, were received and accepted for delivery by the Debtor while insolvent, and are believed to be in the Debtor's possession on the date hereof. Accordingly, ACCO demands reclamation or return of said goods. In the alternative, and assuming that the Debtor wishes to retain possession of the goods at issue, ACCO demands allowance of an administrative claim pursuant to 11 U.S.C. § 546(c) in the amount of $6,680.78, which amount reflects the total value of goods delivered pursuant to the attached invoices.

1499823_1.DOC

Reclamation Demand
March 3, 2005
Page 2



Very truly yours,

Joel C. Paschke

Enclosure

cc:   Jonathan W. Young
      Nancy Nimz
      Marc Hedlund

1499823_1.DOC



# INVOICE

| ACCOUNT # | LOC | RECEIVED DATE | CUSTOMER P.O. NO | TERMS | PAGE | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 2282 | OGD Distribution | | 623924 | 1% 60, Net 61 | 1 of 1 | 1183406 |

| SHIP DATE | FOB POINT | CARRIER SHIP VIA | FRT. TERMS | TOTAL WEIGHT | # OF CTN | ORDER NUMBER |
|---|---|---|---|---|---|---|
| 15-FEB-05 | LOAD | OLD DOMINION FREIG | PPD | 559.4728 | 103 | 270416 |

SOLD TO: Attn: Accounts Payable
WINN DIXIE
GENERAL MERCHANDISE DIST CENTER
PO BOX 40805
JACKSONVILLE FL 32201-4805

SHIP TO: WINN DIXIE
WINN DIXIE GREENVILLE INC
2819 WADE HAMPTON BOULEVARD
GENERAL MERCHANDISE
TAYLORS SC 29687

| LINE# | ITEM#/UPC | ORDERED | SHIPPED | UM | PRICE U/P | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 517834 ANYWHERE STAPLER | 26 | 26 | CS | 19.08 | 496.08 |
| 2 | 517982 1 IN BASIC R-RING BNDR H/O ASSRT | 35 | 35 | CS | 11.16 | 390.60 |
| 3 | 518551 E-Z USE STAPLER | 6 | 6 | CS | 24.00 | 144.00 |
| 4 | 518557 ASST PACK - SURECLIP RPT COVERS | 13 | 13 | CS | 21.75 | 282.75 |
| 5 | 518559 ERASBLE TAB INDX - 5T WHT | 8 | 8 | CS | 13.44 | 107.52 |
| 6 | 520125 5M STANDARD STAPLES | 7 | 7 | CS | 14.64 | 102.48 |
| 7 | 523571 PORTABLE PAPER PUNCH -OPAQUE | 2 | 2 | CS | 19.80 | 39.60 |
| 8 | 530469 TOT STAPLER | 6 | 6 | CS | 50.04 | 300.24 |

COMMENTS:

THANK YOU FOR YOUR BUSINESS FROM TEAM ACCO NORTH AMERICA

| REMIT PAYMENT TO: | DUE DATE | DISCOUNT AMOUNT | | INVOICE TOTAL |
|---|---|---|---|---|
| 75 REMITTANCE DRIVE<br>SUITE 1187<br>CHICAGO US IL 60675-1187 | 17-APR-05 | 16-APR-05 | 18.63 | 1,863.27 |

Acco 416 Rev. 1004



**INVOICE 1183406**

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
P.O. BOX 60908 - CHARLOTTE, N.C. 28260
(336) 889-5000

| GVL | SYR | 110214562453 | 623924 | | 2/21/05 | DUP | DR |

Dest I/L Car: 424834    2/15/05    9900406153~

WINN DIXIE GREENVILLE INC
2819 WADE HAMPTON BLVD.
TAYLORS    SC 29687
GEN MDSE

ACCO BRANDS INC
941 ACCO WAY
OGDENSBURG    NY 13669

ATTN: TRANSPORTATION DEPT

9900406153~

Page No: 3    Sec 7I Shpt: 3
P/C: P    C/O/G
B/C *** B/C 1

VISIT WWW.ODFL.COM FOR DETAILS

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 3002226 | 12259703 | 883 | 557 | |

Exceptions: Shrink Wrap Removed/Torn Refused For Delivery

Driver: (signature)

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By: _____ Date: _____
Company: _____

Seal # (if Apple)

C.O.D.    AMT .00
CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd
Date Del'd

COPY ORIGINAL FREIGHT



# INVOICE

| ACCOUNT # | LOC | RECEIVED DATE | CUSTOMER P.O. NO | TERMS | PAGE | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 2282 | OGD Distribution | | 623926 | 1% 60, Net 61 | 1 of 1 | 1183407 |

| SHIP DATE | FOB POINT | CARRIER SHIP VIA | FRT. TERMS | TOTAL WEIGHT | # OF CTN | ORDER NUMBER |
|---|---|---|---|---|---|---|
| 15-FEB-05 | LOAD | OLD DOMINION FREIG | PPD | 501.6536 | 83 | 270415 |

SOLD TO: Attn: Accounts Payable
WINN DIXIE
GENERAL MERCHANDISE DIST CENTER
PO BOX 40805
JACKSONVILLE FL 32201-4805

SHIP TO: WINN DIXIE
WINN DIXIE STORES INC
GENERAL MERCHANDISE DIST
5050 EDGEWOOD COURT
DEPT: GM/HBC
JACKSONVILLE FL 32254

| LINE# | ITEM#/UPC | ORDERED | SHIPPED | UM | PRICE U/P | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 517834 ANYWHERE STAPLER | 21 | 21 | CS | 19.08 | 400.68 |
| 2 | 517982 1 IN BASIC R-RING BNDR H/O ASSRT | 20 | 20 | CS | 11.16 | 223.20 |
| 3 | 517983 2 IN STD R-RING VINYL BNDR ASSORTED | 7 | 7 | CS | 23.28 | 162.96 |
| 4 | 518551 E-Z USE STAPLER | 7 | 7 | CS | 24.00 | 168.00 |
| 5 | 518557 ASST PACK - SURECLIP RPT COVERS | 8 | 8 | CS | 21.75 | 174.00 |
| 6 | 520125 5M STANDARD STAPLES | 9 | 9 | CS | 14.64 | 131.76 |
| 7 | 523571 PORTABLE PAPER PUNCH -OPAQUE | 5 | 5 | CS | 19.80 | 99.00 |
| 8 | 530469 TOT STAPLER | 6 | 6 | CS | 50.04 | 300.24 |

COMMENTS:

THANK YOU FOR YOUR BUSINESS FROM TEAM ACCO NORTH AMERICA

| REMIT PAYMENT TO: | DUE DATE | DISCOUNT AMOUNT | | INVOICE TOTAL |
|---|---|---|---|---|
| 75 REMITTANCE DRIVE<br>SUITE 1187<br>CHICAGO US IL 60675-1187 | 17-APR-05 | 16-APR-05 | 16.60 | 1,659.84 |

Acco 416 Rev. 1004



**INVOICE 1183407**




ACCO BRANDS

# INVOICE

| ACCOUNT # | LOC | RECEIVED DATE | CUSTOMER P.O. NO | TERMS | PAGE | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 2282 | OGD Distribution | | 617519 | 1% 60, Net 61 | 1 of 1 | 1177142 |

| SHIP DATE | FOB POINT | CARRIER SHIP VIA | FRT. TERMS | TOTAL WEIGHT | # OF CTN | ORDER NUMBER |
|---|---|---|---|---|---|---|
| 09-FEB-05 | LOAD | OLD DOMINION FREIG | PPD | 1430.5832 | 207 | 266729 |

**SOLD TO:** Attn: Accounts Payable
WINN DIXIE
GENERAL MERCHANDISE DIST CENTER
PO BOX 40805
JACKSONVILLE FL 32201-4805

**SHIP TO:** WINN DIXIE
WINN DIXIE STORES INC
GENERAL MERCHANDISE DIST
5050 EDGEWOOD COURT
DEPT: GM/HBC
JACKSONVILLE FL 32254

| LINE# | ITEM#/UPC | ORDERED | SHIPPED | UM | PRICE U/P | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 517834 ANYWHERE STAPLER | 24 | 24 | CS | 19.08 | 457.92 |
| 2 | 517981 1 IN ACCOHIDE POLY BNDR FASHION | 55 | 55 | CS | 9.44 | 519.20 |
| 3 | 517982 1 IN BASIC R-RING BNDR H/O ASSRT | 25 | 25 | CS | 11.16 | 279.00 |
| 4 | 518551 E-Z USE STAPLER | 8 | 8 | CS | 24.00 | 192.00 |
| 5 | 518557 ASST PACK - SURECLIP RPT COVERS | 13 | 13 | CS | 21.75 | 282.75 |
| 6 | 520125 5M STANDARD STAPLES | 8 | 8 | CS | 14.64 | 117.12 |
| 7 | 523571 PORTABLE PAPER PUNCH -OPAQUE | 2 | 2 | CS | 19.80 | 39.60 |
| 8 | 593212 1" R-RING VIEW WHITE W/SL | 72 | 72 | CS | 17.64 | 1,270.08 |

**COMMENTS:**

THANK YOU FOR YOUR BUSINESS FROM TEAM ACCO NORTH AMERICA

| REMIT PAYMENT TO: | DUE DATE | DISCOUNT AMOUNT | | INVOICE TOTAL |
|---|---|---|---|---|
| 75 REMITTANCE DRIVE
SUITE 1187
CHICAGO US IL 60675-1187 | 11-APR-05 | 10-APR-05 | 31.58 | 3,157.67 |

Acco 416 Rev. 1004



**INVOICE 1177142**

