**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
In re:                                              :         **Chapter 11**
                                                    :
**WINN-DIXIE STORES, INC., et al.,**                :         **Case No. 05-11063 (RDD)**
                                                    :
                    Debtors.                        :         **(Jointly Administered)**
                                                    :
_____:

## CERTIFICATE OF SERVICE

I, Thomas R. Slome, hereby certify that on this 4th day of March 2005, I caused a true and correct copy of the Objection Of Creditor, Florida Power And Light Company To Debtors' Motion For Order (A) Deeming Utilities Adequately Assured Of Payment, (B) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services, And (C) Establishing Procedures For Resolving Requests For Additional Assurance to be served by facsimile on **David J. Baker, Esquire**, Skadden, Arps, Slates, Meagher & Flom, LLP, Four Times Square, New York, New York 10036 (Facsimile No. 917-777-2150), **Sarah Robinson Borders, Esquire**, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303-1763 (Facsimile No. 404-572-5100), and **Richard C. Morrissey**, **Esq.,** Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, (Facsimile No. 212-668-2255).

                                                    /s/ Thomas R. Slome
                                                    Thomas R. Slome (TS-0957)