UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                                          :

In re:                                                      :
                                                     :    Case No. 05-11063-(RDD)
Winn-Dixie Stores, Inc., et al.,                   :        Chapter 11
                                                       :
                                                       :    (Jointly Administered)
                         Debtors.             :

-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned Bear Stearns Investment Products Inc., hereby appears in the above-captioned case under chapter 11 of title 11, United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002 and section 1109(b) of the Bankruptcy Code requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon:

                Bear Stearns Investment Products Inc.
                383 Madison Avenue
                New York, New York 10179
                Attention: Noah Charney
                Tel.: (212) 272-3770
                Fax.: (212) 272-9394
                ncharney@bear.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above but also includes, without limitation,

all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise, that affect the above captioned debtor or the debtor's estate.

Dated: New York, New York
       March 3, 2005

BEAR STEARNS INVESTMENT PRODUCTS INC.

By: _____
John E. McDermott
Senior Managing Director