UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                         :

In re:                                                       :

                                                       :   Case No. 05-11063-(RDD)

Winn-Dixie Stores, Inc., et al.,              :   Chapter 11

                                                       :

                                                       :   (Jointly Administered)

                    Debtors.                  :

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

      TARIN ANNE, being duly sworn, deposes and says:

      1.     I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

      2.     On March 4, 2005, I caused to be served Notice of Appearance and Request for Notices by serving true and correct copies by first class United States mail to the parties listed on the annexed Exhibit "A".

                                                             _____
                                                            Tarin Anne

Sworn to before me this
4th day of March, 2005

_____
Notary

EMILY SEIDMAN
NOTARY PUBLIC, State of New York
No. 01SE6114517
Qualified in New York County
Commission Expires August 16, 2008

KL2:2378450.1

**Exhibit A**

**SERVICE LIST**

**UNITED STATES TRUSTEE**
Tracy Hope Davis, Esq.
United States Trustee Office
33 Whitehall Street
22nd Floor
New York, NY 10004

**DEBTOR'S ATTORNEY**
David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**INTERESTED PARTIES**
Rudi R. Gruenberg
704 East Main Street, Bldg. E
Moorestown, NJ 08057

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Counsel for Developers Diversified Realty Corp. and Edens & Avent

Neal D. Colton, Esq
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103
Counsel for The Wackenhut Corporation

David W. Dykhouse, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Counsel for Hallmark Marketing Corp.

David L. Pollack, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103
Counsel for Aronov Realty and New Plan Realty Trust, Inc.

Adam L. Rosen, Esq.
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622
Counsel for Victory Investments, Inc.

Walter E. Swearingen, Esq.
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022
Counsel for Concord-Fund IV Retail, LP, Crest Haven, LLC,
Elston/Leetsdale, LLC, Flagler Retail Associates, Ltd.,
Gehr Florida Development, LLC, TA/Western, LLC

Janice Stanton, Esq.
Contrarian Capital Management, LLC
411 West Putnam Avenue, Ste. 225
Greenwich, CT 06830