Sharon L. Levine (SL 2109)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500
Attorneys for Vestcom New Century LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>WINNE-DIXIE STORES, INC., *et al*.,<br>　　　　　　　　　Debtor. | Chapter 11<br>Case No. 05-11063(RDD)<br>(Jointly Adminstered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Code § 1109(b) and Fed. R. Bankr. P. 2002(g), 9007 and 9010, Lowenstein Sandler PC appears for and on behalf of **Vestcom New Century LLC,** a creditor and party-in-interest, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case and in all adversary proceedings in this case, be given to and served upon the following:

>Sharon L. Levine, Esq.
>LOWENSTEIN SANDLER, PC
>65 Livingston Avenue
>Roseland, New Jersey 07068
>(973) 597-2374
>(973) 597-2400
>slevine@lowenstein.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of its rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment

V6574/54
03/04/05 1687578.01

-2-

to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

                                         LOWENSTEIN SANDLER PC
                                         Attorney for Vestcom New Century LLC

                                         By: /s/*Sharon L. Levine*
                                               Sharon L. Levine

Dated: March 4, 2005