Sharon L. Levine (SL 2109)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
Telephone: 973.597.2500
Facsimile: 973. 597 2400
Attorneys for Vestcom New Century LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re<br>WINNE-DIXIE STORES, INC., *et al*.,<br>                              Debtor. | Chapter 11<br>Case No. 05-11063(RDD)<br><br>(Jointly Adminstered) |

## NOTICE OF RECLAMATION DEMAND OF VESTCOM NEW CENTURY LLC

**PLEASE TAKE NOTICE** that Vestcom New Century LLC has made a demand upon Winne-Dixie Stores, Inc. for the reclamation of goods with value of at least $67,595.89, pursuant to Bankruptcy Code § 546(c) and Fed. R. Bank. P. 9006(a).

|  |  |
|---|---|
|  | LOWENSTEIN SANDLER PC<br>Attorney for Vestcom New Century LLC<br><br>By:  _/s/*Sharon L. Levine*_<br>Sharon L. Levine<br>65 Livingston Avenue<br>Roseland, New Jersey  07068<br>Telephone: 973.597.2500<br>Facsimile: 973. 597 2400 |
| Dated:  March 4, 2005 |  |