GERARD DICONZA (GD–0890)
Bianchi Macron LLP
Bankruptcy Counsel for Bay City Produce
390 Old Country Road
Garden City, New York 11530
Tel:  516-408-3030
Fax:  516-408-7917

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                          :
In re:                                                    :
                                                          :   Chapter 11
                                                          :
WINN-DIXIE STORES, INC., et al.,          :   Case No. 05-11063
                                                          :   Jointly Administered
                                    Debtors.   :
                                                          :
-------------------------------------------------------X

### NOTICE OF RECLAMATION DEMAND OR, ALTERNATIVELY, REQUEST FOR PRIORITY CLAIM OR LIEN TREATMENT OF BAY CITY PRODUCE

Bay City Produce ("Bay City"), by its undersigned attorneys, Bianchi Macron LLP, submits this Notice of Reclamation Demand, or Alternatively, for Request for Priority Claim or Lien Treatment, and respectfully states:

1. On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and certain if its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et. seq.* (the "Bankruptcy Code").

2. Prior to the Petition Date, Bay City shipped certain fruit, vegetables and other agricultural goods to the Debtors.  Copies of Bay City's invoices are attached hereto as

Exhibit "1." Upon information and belief, the Debtors received all goods shipped by Bay City that are reflected on the attached invoices.

3. Bay City hereby makes demand upon the Debtors for reclamation pursuant to section 546(c) of the Bankruptcy Code and § 2-207 of the Uniform Commercial Code. In the alternative, Bay City seeks a priority claim or lien in the amount of $84,181.65 for all products received by the Debtors during the 10 days preceding the Petition Date.

4. Nothing herein shall be construed or deemed to limit or otherwise preclude Bay City's right to assert any and all rights under any and all other applicable federal, state or foreign statutes or rules regarding the goods subject to this Notice, including, but not limited to, The Perishable Agricultural Commodities Act. Bay City hereby reserves any and all such rights.

5. Pursuant to section 546(c) of the Bankruptcy Code, a seller may make written demand for reclamation of the goods before ten (10) days after receipt by the debtor, or if the ten (10) day period expires after the commencement of the case, before the 20 days after the debtor receives the goods. See 11 U.S.C. § 546(c)(1). If a Court denies a seller's claim for reclamation, it must grant the seller an administrative priority expense or secure the seller's claim with a lien. See 11 U.S.C. § 546(c)(2)(A) and (B); 11 U.S.C. § 503(b) and § 507(a)(1).

6. Bay City hereby makes demand for reclamation for the goods delivered to the Debtors, an itemization of which is set forth on Exhibit "1" attached hereto.

7. The goods were sold to the Debtors in the ordinary course of business. Furthermore, upon information and belief, the Debtors were insolvent when the goods were sold and received.

8. Wherefore, having satisfied the requirements of 11 U.S.C. § 546(c), Bay City demands reclamation of its products or, in the alternative, a priority claim or lien in the amount of $84,181.65.

Dated:   New York, New York
        March 1, 2005                BIANCHI MACRON LLP
                                         By:

                                         /s/ Gerard DiConza
                                         Gerard DiConza (GD-0890)
                                         390 Old Country Road
                                         Garden City, New York 11530
                                         Tel:  (516) 408-3030

...

## CERTIFICATE OF SERVICE

The undersigned, being duly admitted to practice before the District Court for the Southern District of New York, certifies that on March 1, 2005, a true and correct copy of the foregoing was served, by overnight mail, upon the following:

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Attn:  President


Dated: Garden City, New York
       March 1, 2005

/s/ Gerard DiConza
Gerard DiConza (GD-0890)

## EXHIBIT "1"

## BAY CITY PRODUCE INVOICES