AP! 430

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52245

171K

| Customer's Order No. | | | Date 2/8 | | | 2005 |
|---|---|---|---|---|---|---|
| Name | | WINN DIXIE / ORLANDO | | | | |
| Address | | PO# 613720 | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE Net Net 100 DAY | ON ACCT | MDSE RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 360 | Hot House Tomato | 7 95 | 2862 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Kevin O'Donnell 2/8/05 | |
| | | | |
| | | | |
| | | | |
| | | | |

All charges and returned goods MUST be accompanied by this bill.

| TAX | |
|---|---|
| Received By | TOTAL 2862 00 |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

ORIGINAL

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52246**

17TH

Customer's Order No.
Date 2/8 20 05
Name: WINN DIXIE / ORLANDO
Address: PO# 624 237

SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RETD | PAID OUT
NET NET 100 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | WATERCRESS | 10 80 | 54 00 |
| 6 | RADISH W TOPS | 13 90 | 83 40 |
| 7 | ARUGALA | 19 90 | 139 30 |
| 102 | NAVEL ORANGE | 18 50 | 1887 00 |
| 15 | BUNCH SPINACH | 16 90 | 253 50 |
| 25 | ROMAIN LETTUCE | 13 90 | 347 50 |
| 10 | 15CT PARSLEY | 10 90 | 109 00 |
| 5 | BOK CHOY | 17 50 | 89 50 |
| 10 | SEEDLESS WATERMELON | 17 90 | 179 00 |

Kevin Powell
2/8

TAX
TOTAL 3142 20

70

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52248

1874

| Customer's Order No. | | | Date 2/9 | | | 20 05 |
|---|---|---|---|---|---|---|
| Name | WINN DIXIE / ORLANDO | | | | | |
| Address | PO# 625 950 | | | | | |

| SOLD BY | CASH | C.O.D | CHARGE NET NET 10 DAY | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | NAPPA | 17⁸⁵ | 89 25 |
| 10 | BLK BERRIE | 23⁹⁰ | 239 00 |
| 25 | CAPARI TOMATO | 26⁹⁰ | 672 50 |
| 100 | GREEN BEAN | 29⁵⁰ | 2950 00 |
| 20 | POLE BEAN | 28⁵⁰ | 570 00 |
| 30 | OKRA | 21⁹⁰ | 657 00 |
| 10 | ACORN SQ | 21⁵⁰ | 215 00 |

2905

| | TAX | |
|---|---|---|
| Received By | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%

23

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

4:00
APT

52247

18TH

| Customer's Order No. | | | Date 12/09 | | 20 95 |
|---|---|---|---|---|---|
| Name | WINN DIXIE / ORLANDO | | | | |
| Address | PO# 613721 | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE / ON ACCT. Net 10 DAY | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 270 | Hothouse Tomato | 7 25 | 2146 50 |

All claims and returned goods MUST be accompanied by this bill.

Received By

TAX
TOTAL

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.



# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52249

197H

| Customer's Order No. | | | | Date 2/10 | | | 20 05 |
|---|---|---|---|---|---|---|---|
| Name | WINN DIXIE / ORLANDO | | | | | | |
| Address | PO# 627203 | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET 10 DAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 | BLK BENNIE | 23 90 | 239 00 |
| 49 | GS APPLE LRGT | 23 90 | 1171 10 |
| 48 | LR GALA APPLE | 26 90 | 1291 20 |

TAX

TOTAL 2701 30

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

400

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52250

207H

| Customer's Order No. | | | | Date 2/11 | | 2005 |
|---|---|---|---|---|---|---|
| Name | WINN DIXIE/ ORLANDO | | | | | |
| Address | PO# 627745 | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE NET NET 10DAY | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 6 | ARUGULA | 19 90 | 119 40 |
| 10 | BOSTON LET | 16 50 | 165 00 |
| 10 | ESROM | 16 90 | 169 00 |
| 5 | NAPPA | 17 50 | 87 50 |
| 5 | BOK CUT | 17 85 | 89 25 |
| 20 | CAMPARI | 26 90 | 538 00 |
| 55 | LA LEMON | 23 90 | 1290 60 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 2458 75 |
| | | TAX | |
| | Received By | TOTAL | 75 |

All claims and returned goods MUST be accompanied by this bill.

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52252**

2185

| Customer's Order No. | | | | Date 02/12 | | 20 05 |
|---|---|---|---|---|---|---|
| Name | WINN DIXIE/ ORLANDO | | | | | |
| Address | PO# 619989 | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE. RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET NET/ 10 DAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 288 | Grape Tomato | 13 85 | 3988 80 /x |

2/12/05

Received By: Bill H. Cott

TAX
TOTAL

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE.
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

Paro trust

ORIGINAL

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52253

2155

| Customer's Order No. | | | | Date 2/12 | | 20 05 |
|---|---|---|---|---|---|---|
| Name | | WINN DIXIE/ORLANDO | | | | |
| Address | | PO# 629018 | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET 10 DAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | EGG PLANT | 10 95 | 32 00 |
| 4 | 60CT PARSLEY | 19 90 | 79 60 |
| 4 | BOSTON LETT | 16 90 | 67 60 |
| 100 | 5LB POLY NWCT | 13 90 | 1390 00 |

Rcvd 108 cases

2/12/05

All claims and returned goods MUST be accompanied by this bill.

Received By [signature]

TAX 1537 20

TOTAL

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52257**

Customer's Order No. _____ Date 02/14 2005

Name: WINN DIXIE / ORLANDO

Address: PO# 630609

CHARGE (circled) — NET 10 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 20 | EGG PLANT FCY | 19 90 | 398 00 |
| 5 | BOSTON LET | 16 90 | 84 50 |
| 8 ~~15~~ | REDLEAF 7 SHORT | 16 90 | 135 20 |
| 136 | BLK PLUMS | 17 80 | 2434 80 |
|  |  |  | 2434 50 |

7 CASES REDLEAF SHORT

2/14/05

Received By: FRANK DORAN

TAX

TOTAL: 3052 70

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.



# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52255**

Customer's Order No.
Date 2/14 20 05
Name: WINN DIXIE / ORLANDO
Address: P O # 628083

CHARGE ON ACCT — NET 10 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 148 | Red Cluster | 12 90 | 1909 20 |

2/14/05
Received By FRANK DOM

Paca trust

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52256**

Date 2/14 20 05

Name: WINN DIXIE / ORLANDO
Address: PO# 619992

CHARGE NET 1 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| (576) | GRAPE TOMATO | 13.95 | 8035.20 |

2/14/05
Received By: FRANK DOZA
TOTAL 8035.20

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52259**

| Customer's Order No. | | Date 2/15 | 20 05 |
|---|---|---|---|

Name: WINNDIXE/ ORLANDO
Address: PO# 619994

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1008 1007 | GRAPE TOMATO | 15 95 | 16 07 65 |
| | 1 DAMAGED | | |

2/15/05
Received By: FRANK DORA

TAX
TOTAL 16 07 65

Paca trust

ORIGINAL

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52258**

Customer's Order No. ........... Date 2/15 20 05

Name WINN DIXIE / ORLANDO

Address # 631839

SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RETD | PAID OUT

NET 10 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 15 | Pole Bean | 26 90 | 403 50 |
| 15 | Okra | 14 85 | 222 75 |
| 20 | Jalapeños | 12 90 | 258 00 |
| 120 | Red Plums | 16 00 | 1920 00 |
| 14 | Red Leaf Let | 16 85 | 235 90 |

2/15/05

Received By FRANK

TAX

TOTAL 3040 15

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52225**

Customer's Order No. _____  Date **2/16** 20**05**

Name **WINN DIXIE / ORLANDO**

Address **PO# 633046**

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET TODAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 15 | BOSTON LETT | 15.90 | 238.50 |
| 10 | RADISH W TOPS | 14.50 | 145.00 |
| 10 | ARRUGULA | 19.90 | 199.00 |

2/16/05
FRANK

TAX
TOTAL **582.50**

All claims and returned goods MUST be accompanied by this bill.
Received By

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52260**

Customer's Order No. _____ Date 2/16 20 05

Name: WINN DIXIE / ORLANDO

Address: PO# 619996

CHARGE (circled) — NET/100AY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 865 432 | GRAPE TOMATO | 15 95 | 6890 40 |

433 CASES SHORT

2/16/05

Received By: [signature] FRANK DSDA

All claims and returned goods MUST be accompanied by this bill.

TAX
TOTAL

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52262

Customer's Order No.
Date 2/17 20 05
Name WINN DIXIE/ ORLANDO
Address PO# 633375

CHARGE: NET NET 10 DAY

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 432 | GRAPE TOMATO | 13.95 | 6026.40 |

2/17/05

TOTAL 6026.40

Paca trust

ORIGINAL

4:00

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52264

| Customer's Order No. | | | Date 2/17 | | | 20 05 |
|---|---|---|---|---|---|---|
| Name | WINNDIXIE/ ORLANDO | | | | | |
| Address | PO# 624003 | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET NET 10DAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 18 | Red Pepper Hothouse | 28 50 | 513 00 |
| 109 | 3/6 Red Apple | 16 95 | 1847 55 |
| 10 | Water Crest | 11 90 | 119 00 |
| 5 | Bunch Spinach | 19 20 | 99 00 |
| 30 | Capari Tomato | 26 90 | 807 00 |

2/17/05

| | TAX | |
|---|---|---|
| Received By | TOTAL | 3386 05 |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52265**

Customer's Order No. ___  Date 2/18  20 05
Name: WINN DIXIE / ORLANDO
Address: PO# 6355.63

SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RETD | PAID OUT
NET 7 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 18 25N | Red Cabbage | 8 90 | 160 20 |
| 15 5/3 | Scallots | 9 90 | 148 50 |
| 120 | Hot House | 7 95 | 954 00 |
| 125 | Red Cluster | 19 90 | 2487 00 |
| 30 | Barbun Apples | 23 90 | 717 00 |
| 30 ct | Fuji Apples | 23 90 | 717 00 |

Bill Estes 2/18/05

TAX
TOTAL 5184 20

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52266
AMT
1145 —

Customer's Order No. _____ Date 12/19 20 05
Name: WINN DIXIE / ORLANDO
Address: PO# 635835

SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT
NET 10 DAY

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 40 | Pole Bean | 33 50 | 1340 00 |
| 20 | Okra Fcy | 16 90 | 338 00 |
| 30 | Zukie Fcy | 13 90 | 417 00 |
| 120 | W/D Poly Pot | 13 90 | 1668 00 |
| 20 | Green Bean | 32 50 | 650 00 |
| 42 | Fuji Apple | 23 90 | 1003 80 |
| 5 | 'H' Jicama | 19 90 | 99 50 |
| 10 | Orange Pepper | 26 85 | 268 50 |

297 cases
Rcvd 2/19/05

Received By: Bill W Estes

TAX
TOTAL 5784 80

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.