# BIANCHI MACRON LLP

Attorneys and Counselors at Law

John J. Macron
Anthony G. Bianchi
Matthew J. DiTrapani
Gregory W. Bachmann
Gerard DiConza
Marilyn Macron *Of Counsel*

390 Old Country Road
Garden City, NY 11530
Telephone: (516) 408-3030
Facsimile: (516) 408-7917
www.BianchiMacron.com

March 1, 2005

**BY OVERNIGHT MAIL**

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Attn: Michael Byrum or President

### NOTICE OF INTENT TO PRESERVE PACA TRUST BENEFITS

Re:  **Winn-Dixie Stores, Inc. (the "Debtor")**
**Chapter 11 Case No. 05-11063**
**PACA License No. 19162990**

Dear Sir or Madam:

In compliance with the Perishable Agricultural Commodities Act ("PACA") and the Order of the United States Bankruptcy Court for the Southern District of New York dated February 23, 2005 granting authority to the above-referenced Debtor to pay pre-petition claims arising under PACA, Bay City Produce ("Bay City"), by its counsel, hereby notifies you of Bay City's intent to preserve its PACA trust benefits for the unpaid goods sold to the Debtor in the amount of $84,181.65, which are reflected on the invoices enclosed herewith.

The perishable agricultural commodities listed on the enclosed invoices are sold subject to the statutory trust authorized by section 5(c) of PACA (7 U.S.C. 499e(c)). Bay City, as the seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**BIANCHI MACRON LLP**

Winn-Dixie Stores, Inc.
March 1, 2005
Page 2 of 2

Thank you for your immediate attention to this matter.

Very truly yours,

Bianchi Macron LLP
By:

Gerard DiConza

Enclosures

cc, w/encl., by overnight mail:

David J. Baker, Esq.
Sarah Robinson Borders, Esq.