AP1 430

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52245

171K

| Customer's Order No. | | | | Date 2/8 | | 2005 |
|---|---|---|---|---|---|---|
| Name | WINN DIXIE / ORLANDO | | | | | |
| Address | PO# 613720 | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE Net Net 10 DAY | ON ACCT | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 360 | Hot House Tomato | 7 95 | 2862 00 |
| | | | |
| | | | |
| | | Kevin O'Donnell 2/8/05 | |
| | | TAX | |
| | Received By | TOTAL | 2862 00 |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

ORIGINAL

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52246**

17TH

Customer's Order No.
Date 2/8 20 05
Name: WINN DIXIE / ORLANDO
Address: PO# 624 237

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET NET 100 DAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | WATERCREST | 10 80 | 54 00 |
| 6 | RADISH W TOPS | 13 90 | 83 40 |
| 7 | AUGALA | 19 90 | 139 30 |
| 102 | NAVEL ORANGE | 18 50 | 1887 00 |
| 15 | BUNCH SPINACH | 16 90 | 253 50 |
| 25 | ROMAIN LETTUCE | 13 90 | 347 50 |
| 10 | 15CT PARSLEY | 10 90 | 109 00 |
| 5 | BoK CHOY | 17 50 | 89 50 |
| 10 | SEEDLESS WATERMELON | 17 90 | 179 00 |

Kevin Powell 2/8

All claims and returned goods MUST be accompanied by this bill

| TAX | |
| Received By | TOTAL 3142 20 |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

70

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52248

1874

Customer's Order No.
Date 2/9 20 05
Name: WINN DIXIE / ORLANDO
Address: PO# 625 950

CHARGE — NET NET 10 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | NAPPA | 17.85 | 89.25 |
| 10 | BLK BEANIE | 23.90 | 239.00 |
| 25 | CAPARI TOMATO | 26.90 | 672.50 |
| 100 | GREEN BEAN | 29.50 | 2950.00 |
| 20 | POLE BEAN | 28.50 | 570.00 |
| 30 | OKRA | 21.90 | 657.00 |
| 10 | ACORN SQ | 21.50 | 215.00 |

2905

All claims and returned goods MUST be accompanied by this bill.

Received By

TAX
TOTAL

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

4:00
APT

52247

187H

| Customer's Order No. | | | | Date 12/09 | | 20 95 |
|---|---|---|---|---|---|---|
| Name | | WINN DIXE/ ORLANDO | | | | |
| Address | | PO# 613721 | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE / NET | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET 10 DAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 270 | Hothouse Tomato | 7.95 | 2146.50 |
| | | | 29.65 |

All claims and returned goods MUST be accompanied by this bill.

Received By

| TAX | |
| TOTAL | |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52249

197H

Customer's Order No. .... Date 2/10 20 05

Name WINN DIXIE / ORLANDO

Address P# 627203

SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD. | PAID OUT
NET 10 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 | BLK BERRIE | 23 90 | 239 00 |
| 49 | GS APPLE LRGT | 23 90 | 1171 10 |
| 48 | LRG GALA APPLE | 26 90 | 1291 20 |

2/10/05

All claims and returned goods MUST be accompanied by this bill.

TAX

Received By

TOTAL 2701 30

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

400

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52250

207H

| Customer's Order No. | | | Date 2/11 | | | 2005 |
|---|---|---|---|---|---|---|
| Name | WINN DIXIE/ ORLANDO | | | | | |
| Address | PO# 627745 | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE NET NET 10DAY | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 6 | ARUGULA | 19 90 | 119 40 |
| 10 | BOSTON LET | 16 50 | 165 00 |
| 10 | FRISON | 16 90 | 169 00 |
| 5 | NAPPA | 17 50 | 87 50 |
| 5 | BOK COT | 17 85 | 89 25 |
| 20 | CAMPARI | 26 90 | 538 00 |
| 55 | LA LEMON | 23 50 | 1290 60 |
| | | | |
| | | | 2458 75 |
| | | TAX | |
| | Received By | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.      75

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52252**

2185

| Customer's Order No. | | | | Date 02/12 | | 20 05 |
|---|---|---|---|---|---|---|
| Name | | WINN DIXIE / ORLANDO | | | | |
| Address | | PO# 619989 | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE. RETD | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET NET 10 DAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 288 | Grape Tomato | 13 85 | 3988 80 TX |

2/12/05

All claims and returned goods MUST be accompanied by this bill.

Received By: Bill H. Cox

| TAX | |
| TOTAL | |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE.
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

Paro trust      ORIGINAL

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52253

2151

| Customer's Order No. | | | | Date 2/12 | | | 20 05 |
|---|---|---|---|---|---|---|---|

Name: WINN DIXIE / ORLANDO
Address: PO# 629018

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET 70 DAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | EGG PLANT | 10 95 | 21 00 |
| 4 | 60CT PARSLEY | 19 90 | 79 60 |
| 4 | BOSTON LETT | 16 90 | 67 60 |
| 100 | 5LB POLY NWCT | 13 90 | 1390 00 |

RCVD 108 CASES

2/12/05

All claims and returned goods MUST be accompanied by this bill.

Received By: [signature]

| TAX | 1537 80 |
| TOTAL | |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52257**

| Customer's Order No. | | Date 02/14 2005 |
|---|---|---|
| Name | WINN DIXIE/ ORLANDO | |
| Address | PO# 630609 | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET 10 DAY | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 20 | EGG PLANT FCY | 19 90 | 398 00 |
| 5 | BOSTON LET | 16 90 | 84 50 |
| 8/5 | REDLEAF 7 SHORT | 16 90 | 135 20 |
| 136 | BLK PLUMS | 17 90 | 2434 40 |
| | | | 2434 |

7 CASES REDLEAF SHORT

2/14/05
FRANK DORAN

| TAX | 3052 10 |
|---|---|
| TOTAL | |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52255**

ONLY

| Customer's Order No. | | | Date 2/14 | | | 20 05 |
|---|---|---|---|---|---|---|
| Name | WINN DIXIE / ORLANDO | | | | | |
| Address | PO# 628083 | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE NET 10 DAY | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| (148) | Red Cluster | 12 90 | 1909 20 |

Received By /s/ FRANK 2/14/05

TAX
TOTAL

All claims and returned goods MUST be accompanied by this bill.
ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

Paca trust.

ORIGINAL

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52256**

DRIVER

| Customer's Order No. | | | Date 2/14 | | 20 05 |
|---|---|---|---|---|---|
| Name | WINN DIXIE/ ORLANDO | | | | |
| Address | PO# 619992 | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE NET/1 DAY | ON ACCT. | MDSE. RETD. | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| (576) | GRAPE TOMATO | 13 95 | 8035 20 |

Received By /s/ 2/4/05 FRANK DOZA

All claims and returned goods MUST be accompanied by this bill

TAX
TOTAL 8035 20

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52259**

Customer's Order No. _____ Date **2/15** 20 **05**

Name **WINNDIXE/ ORLANDO**

Address **PO# 61999Y**

| SOLD BY | CASH | C.O.D. | CHARGE NET | ON ACCT. TODAY | MDSE. RETD. | PAID OUT |
|---------|------|--------|------------|----------------|-------------|----------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| ~~1008~~ 1007 | GRAPE TOMATO | 15 95 | 16.07 65 |
|  | 1 DAMAGED |  |  |

2/15/05
Received By **FRANK DORA**

TAX
TOTAL **16.07** 65

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

Paca trust

ORIGINAL

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52258**

Customer's Order No. ___ Date 2/15 20 05

Name: WINN DIXIE / ORLANDO

Address: # 631839

SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RETD | PAID OUT

NET 10 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 15 | POLE BEAN | 26.90 | 403.50 |
| 15 | OKRA | 14.85 | 222.75 |
| 20 | JALAPEÑOS | 12.90 | 258.00 |
| 120 | RED PLUMS | 16.00 | 1920.00 |
| 14 | RED LEAFLET | 16.85 | 235.90 |

2/15/05

Received By: FRANK

TAX
TOTAL 3040.15

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52225**

| Customer's Order No. | | Date 2/16 | | | 20 05 |
|---|---|---|---|---|---|
| Name | WINN DIXIE / ORLANDO | | | | |
| Address | PO# 633046 | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE NET 10 DAY | ON ACCT. NET 10 DAY | MDSE RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 15 | BOSTON LETT | 15 90 | 238 50 |
| 10 | RADISH W TOPS | 14 50 | 145 00 |
| 10 | ARRUGULA | 19 90 | 199 00 |

Received By /s/ FRANK 2/16/05

| TAX | |
| TOTAL | 582 50 |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52260**

| Customer's Order No. | | | Date 2/16 20 05 |
|---|---|---|---|
| Name | WINN DIXIE / ORLANDO | | |
| Address | PO# 619996 | | |

| SOLD BY | CASH | C.O.D. | CHARGE NET NET 10 DAY | ON ACCT. | MDSE. RETD | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 865 432 | GRAPE TOMATO | 15 95 | 6890 40 |

433 CASES SHORT

2/16/05
FRANK DSPA

All claims and returned goods MUST be accompanied by this bill.

Received By

| TAX | |
| TOTAL | |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52262

Customer's Order No.
Date 2/17 20 05
Name WINN DIXIE / ORLANDO
Address PO# 633375

CHARGE: NET NET 10 DAY

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 432 | GRAPE TOMATO | 13 95 | 6026 40 |

2/17/05

TOTAL 6026 40

Paca trust

4:00

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52264

| Customer's Order No. | | | | Date 2/17 | | 20 05 |
|---|---|---|---|---|---|---|
| Name | WINN DIXIE/ ORLANDO | | | | | |
| Address | PO# 624003 | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | NET | NET 1007 | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 18 | Red Pepper Hothouse | 28 50 | 513 00 |
| 109 | 3/5 Red Apple | 16 95 | 1847 55 |
| 10 | Water Cress | 11 90 | 119 00 |
| 5 | Bunch Spinage | 19 90 | 99 50 |
| 30 | Capali Tomato | 26 90 | 807 00 |

2/17/05

All claims and returned goods MUST be accompanied by this bill.

TAX

Received By

TOTAL 3386 05

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

**52265**

Customer's Order No. ...........
Date 2/18 20 05
Name WINN DIXIE/ ORLANDO
Address PO# 635563

SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RETD | PAID OUT
NET 7 DAY

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 18 | 25N RED CABBAGE | 8 90 | 160 20 |
| 15 | 5/3 SCALOTS | 9 90 | 148 50 |
| 120 | 1 Hot House | 7 95 | 954 00 |
| 125 | Red Cluster | 19 90 | 2487 00 |
| 30 | Braburn apples | 23 90 | 717 00 |
| 30 | ct Fuji Apples | 23 90 | 717 00 |

Bill Estes
2/18/05

All claims and returned goods MUST be accompanied by this bill.

Received By

TAX
TOTAL 5184 20

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE, WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

# BAY CITY PRODUCE

P.O. Box 8990
Tampa, FL 33674
(813) 932-4465
FAX 239-1425

52266
AMT
1145 —

| Customer's Order No. | | | | Date 12/19 20 05 | | | |
|---|---|---|---|---|---|---|---|
| Name | WINN DIXIE / ORLANDO | | | | | | |
| Address | PO# 635835 | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
| | | | NET 10 DAY | | | | |

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 40 ✓ | Pole Bean | 33 50 | 1340 00 |
| 20 ✓ | Okra FCY | 16 90 | 338 00 |
| 30 | Zukie FY | 13 90 | 417 00 |
| 120 ✓ | W Poly Pot | 13 90 | 1668 00 |
| 20 ✓ | Green Bean | 32 50 | 650 00 |
| 42 ✓ | Fuji Apple | 23 90 | 1003 80 |
| 5 ✓ | 'H' Jicama | 19 90 | 99 50 |
| 10 ✓ | Orange Pepper | 26 85 | 268 50 |

297 cases
Rcvd 2/19/05

All claims and returned goods MUST be accompanied by this bill.

Received By: Bill W Estes

| TAX | |
| TOTAL | 5784 80 |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO A 1½% PER MONTH SERVICE CHARGE,
WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.