UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                    :  Chapter 11
In re:                                              :
                                                    :  Case No.: 05-11063 (RRD)
Winn-Dixie Stores, Inc., *et al.*,[1]               :
                                                    :
                        Debtors.                    :  (Jointly Administered)
-------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    }
                     } ss:
COUNTY OF NEW YORK   }

       I, Reyko E. Delpino, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in New York County, New York.  I caused a true copy of the **NOTICE OF RECLAMATION DEMAND BY KRISPY KREME DOUGHNUT CORPORATION** to be served by Priority Mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, on March 3, 2004 upon Tracy Hope Davis, Esq., United States Trustee Office, 33 Whitehall Street – 22nd Floor , New York, NY 10004 and on March 4, 2005 upon all remaining parties identified on the annexed service list.

Dated: March 4, 2005
      New York, New York

                                                    *s/Reyko E. Delpino*
                                                    Reyko E. Delpino

Sworn to before me this
4th day of March, 2005.

*s/Anthony B. Stumbo*
Notary Public

**Anthony B. Stumbo**
**Notary Public, State of New York**
**No. 02ST6057531**
**Qualified in Kings County**
**Commission Expires: April 16, 2007**

---

[1] The Debtors are the following entities: Dixie Stores, Inc., Table Supply Food Stores Co., Inc., Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc. Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

O:\4771.002\LEGAL\AOS.Reclamation.Demand.doc

In re: Winn-Dixie Stores, Inc., et al.
Case No. 05-11063 (RDD)

**SERVICE LIST**

**DEBTORS' COUNSEL**
David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**INTERESTED PARTIES**
Neal D. Colton, Esq
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103
Counsel for The Wackenhut Corporation

David L. Pollack, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street – 51st Floor
Philadelphia, PA 19103
Counsel for Aronov Realty and New Plan Realty Trust, Inc.

Adam L. Rosen, Esq.
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard – 9th Floor
Uniondale, NY 11533-3622
Counsel for Victory Investments, Inc. and
Victory Real Estate Investments, LLC

Walter E. Swearingen, Esq.
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue – 21st Floor
New York, NY 10022
Counsel for Concord-Fund IV Retail, LP, Crest Haven, LLC,
Elston/Leetsdale, LLC, Flagler Retail Associates, Ltd., Gehr Florida Development, LLC and
TA/Western, LLC

Janice Stanton, Esq.
Contrarian Capital Management, LLC
411 West Putnam Avenue – Suite 225
Greenwich, CT 06830

Scott A. Zuber, Esq.
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962-1945
Counsel for Cardinal Health

Richard Whitney Ward, Esq.
2527 Fairmont Street
Dallas, TX 75201
Counsel for Cadbury Adams USA LLC,
Dr. Pepper/Seven Up, Inc. and Mott's LLP

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178
Counsel for Kimco Realty Corporation

W. Clark Watson, Esq.
Eric T. Ray, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North – Suite 2600
Birmingham, AL 35201
Counsel for Alabama Power Company

Lawrence May, Esq.
Angel & Frankel, P.C.
460 Park Avenue
New York, NY  10022-1906
Counsel for Liberty Mutual Insurance Company

Richard G. Smolev, Esq.
Keith R. Murphy, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Counsel for BAL Global Finance, LLC

John P. Brice, Esq.
Wyatt, Tarrant & Combs, LLP
250 West Main Street – Suite 1600
Lexington, KY  40507-1746
Counsel for Laura's Lean Beef

Robert J. Brown, Esq.
Wyatt, Tarrant & Combs, LLP
250 West Main Street – Suite 1600
Lexington, KY  40507-1746
Counsel for Commonwealth Brands, Inc.

W. Steven Bryant, Esq.
Locke Liddell & Sapp, LLP
600 Travis Street – #2600
Houston, TX  77002-3095
Counsel for Riviana Foods, Inc.

Lee Champion, Esq.
Page Scrantom Sprouse Tucker & Ford, P.C.
1111 Bay Avenue – 3rd Floor
Columbus, GA  31901
Counsel for Georgia Crown Distributing Co.

Conrad Chiu, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY  10017
Counsel for Diversified Maintenance Systems, Inc.

David N. Crapo, Esq.
Gibbons, Del Del, Dolan, Griffiner & Vecchione
One Riverfront Plaza
Newark, NJ  07102-5496
Counsel for Southern Pride Catfish d/b/a American Pride Seafoods

Timothy J. Curtin, Esq.
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW – Suite 1700
P.O. Box 352
Grand Rapids, MI  49501-0352
Counsel for Cole's Quality Foods Inc.

Robert Dehney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
Counsel for Kemor Properties, Inc.

Paul H. Deutch, Esq.
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Counsel for W.D. Marianna Portfolio, LP;
W.D. Milton Portfolio, LP and
W.D. Florence Portfolio, LP

Carolyn Hochstadter Dicker, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102
Counsel for Hershey Foods Corporation

Henry A. Efroymson, Esq.
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200
Counsel for Eagle Creek Commercial Company, Inc. and
Faison-Waterford Lakes Village Limited Partnership

Earle I. Erman, Esq.
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre – Suite 444
Southfield, MI 48034
Counsel for Computer Leasing Company of Michigan, Inc.

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436
Counsel for Federal Express Corporation

Shawn Randall Fox, Esq.
McGuire Woods LLP
1345 Avenue of the Americas
New York, New York 10128
Counsel for Tree of Life, Inc.,
Smithfield Packing Company, Inc. and
Gwaltney of Smithfield, Ltd.

J. Nathan Galbreath, Esq.
Patton Boggs LLP
2001 Ross Avenue – Suite 3000
Dallas, TX 75201
Counsel for Future Foods, Ltd.

Gary Ginsburg, Esq.
Neiman Ginsburg & Mairanz, PC
39 Broadway – 25th Floor
New York, NY 10006
Counsel for Northpoint Trading, Inc.

Danielle K. Greco, Esq.
1819 Fifth Avenue North
Birmingham, AL 35203
Counsel for Coca-Cola Bottling Company United, Inc.

Ira S. Greene, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
Counsel for Discover Financial Services, Inc.

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Counsel for Developers Diversified Realty Corp. and
Edens & Avant

David W. Dykhouse, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Counsel for Hallmark Marketing Corporation

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street – Suite 625
Chicago, IL  60610
Counsel for Integrated Payment Systems, Inc., Pepsi Americas,
The Pepsi Bottling Group, Western Union Financial Services, Inc. and
Bottling Group, LLC d/b/a The Pepsi Bottling Group

Ira S. Greene, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, NY  10022
Counsel for Discover Financial Services, Inc.

Reginald A. Greene, Esq.
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA  30375
Counsel for Bellsouth

Rudi R. Grueneberg, Esq.
Grueneberg Law Group, LLC
704 East Main Street – Building E
Moorestown, New Jersey  08057
Counsel for Southeast Provisions, LLC

Edwin W. Held, Jr.
Held & Israel
1301 Riverplace Boulevard – Suite 1916
Jacksonville, FL  32207
Counsel for Edwin W. Held

Larry D. Henin, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
Counsel for Southern Cleaning Services, Inc.

Robert L. Holladay, Jr., Esq.
Young Williams P.A.
210 East Capitol Street – Suite 2000
Jackson, MS  39201
Counsel for Cal-Maine Foods, Inc.

Patrick L. Huffstickler, Esq.
Cox & Smith Incorporated
112 E. Pecan Street – Suite 1800
San Antonio, TX 78205
Counsel for Sirius Computer Solutions, Inc.

Ronald Scott Kaniuk, Esq.
Taplin & Associates
340 Fifth Avenue – Suite 2418
New York, NY
Counsel for Klement Sausage Company, Inc.

Andrew C. Kassner, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Counsel for Carthage Cup, L.P.

Darryl S. Laddin, Esq.
Arnall Golden Gregory LLP
171 17th Street – Suite 2100
Atlanta, GA  30363-1031
Counsel for TSO Volusia, LLC

Thomas J. Leanse, Esq.
Katten Muchin Zavis Rosenman
2029 Century Park East – Suite 2600
Los Angeles, CA  90067-3012
Counsel for The Prudential Insurance Company of America

Chris Lenhart, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street – Suite 1500
Minneapolis, MN  55402-1498
Counsel for Menu Foods Inc.

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY  10004
Counsel for FPL Food LLC d/b/a Shapiro Packing Company, Inc.

Austin L. McMullen, Esq.
Boult Cummings Conners & Berry
1600 Division Street – Suite 700
Nashville, TN 37203
Counsel for Doane Pet Care Company

Derek F. Meek, Esq.
Burr & Forman LLP
420 North 20th Street – Suite 3100
Birmingham, AL 35203
Counsel for Buffalo Rock Company

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue – 7th Floor
Wilmington, DE 19899
Counsel for Airgas Inc.

Joseph Thomas Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731
Counsel for Southern Wine & Spirits of Florida and
Southern Wine & Spirits of South Carolina, Inc.

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Counsel for Riverdale Farms, Inc.

Richard C. Morrissey, Esq.
Office of the U.S. Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004
Counsel for United States Trustee

Larren M. Nashelsky, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Counsel for Merrill Lynch, Pierce, Fenner & Smith Incorporated

Bruce S. Nathan, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas – 21st Floor
New York, NY  10020
Counsel for Bottling Group LLC, d/b/a The Pepsi Bottling Group,
Pepsi Americas, Inc., Western Union Financial Services, Inc., and
Integrated Payment Systems, Inc.

James J. Niemeier, Esq.
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower – Suite 3700
Omaha, NE  68102
Counsel for ConAgra Foods, Inc.

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178
Counsel for Wilmington Trust Company

Fred B. Ringel, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas – 31st Floor
New York, NY  10105-0143
Counsel for MFR Properties LLC

Avrum J. Rosen, Esq.
Law Office of Avrum J. Rosen
38 New Street
Huntington, NY  11743
Counsel for Belco Distributors

Neal M. Rosenbloom, Esq.
Finkel Goldstein Rosenbloom Nash LLP
26 Broadway – Suite 711
New York, NY  10004
Counsel for Metro-Goldwyn Mayer Home Entertainment LLC

David S. Rubin, Esq.
Kantrow Spaht Weaver & Blitzer
P.O. Box 2997
Baton Rouge, LA  70821
Counsel for David S. Rubin Community Coffee Company, LLC

Paul Rubin, Esq.
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
Counsel for Ernst Properties, Inc.

Robert B. Rubin, Esq.
Burr & Forman LLP
420 Twentieth Street North
Birmingham, AL 35023
Counsel for Buffalo Rock Company

Shelly D. Rucker, Esq.
Miller & Martin LLP
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Counsel for Coca-Cola Enterprises, Inc.

Gregory J. Seketa, Esq.
40/86 Advisorts Inc.
535 N. College Drive
Carmel, IN 46032
Counsel for 40/86 Advisors, Inc.

Andrew Howard Sherman
Sills Cummis Radin Tischman Epstein & Gross
712 Fifth Avenue – 20th Floor
New York, NY 10019
Counsel for Qwest Communications Corporation

Rick A. Steinberg, Esq.
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022
Counsel for Liberty Mutual Insurance Company

Sabrina L. Streusand, Esq.
Hughes & Luce, LLP
111 Congress Avenue – Suite 900
Austin, TX 78701
Counsel for Dell Inc.

Stephen B. Sutton, Esq.
Lathrop & Gage, L.C.
2345 Grand Boulevard – Suite 2800
Kansas City, MO  64108-2612
Counsel for Dairy Farmers of America, Inc.

Diana M. Thimmig, Esq.
Roetzel & Andress
1375 East Ninth Street – 9th Floor
One Cleveland Center
Cleveland, OH  44114
Counsel for Chester Dix Corp.

Michael D. Warner, Esq.
Warner, Stevens & Doby, L.L.P.
1700 City Center Tower II
Fort Worth, TX  76102
Counsel for Kellogg Sales Company

Stephen D. Wheelis, Esq.
Wheelis & Rozanski
2312 S. MacArthur Drive
Alexandria, LA  71301
Counsel for Cleco Corporation

O:\4771.002\LEGAL\AOS.Reclamation.Demand.doc