UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

                                                                                                                         In re: Case No.
                                                                                                                         Chapter

                                                               Debtor.
----------------------------------------------------------------x

                                                              Plaintiff                   Adversary Proceeding
                                                                                            Case No.
                              v.

                                                             Defendant
----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, _____, a member in good standing of the bar in the State of _____, or of the bar of the U.S. District Court for the _____ District of _____, request admission, *pro hac vice*, before the Honorable _____, to represent _____, a _____ in the above referenced ☐ case ☐ adversary proceeding.
My:    address is_____
        e-mail address is_____ ; telephone number is _____
I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.
Dated:
       New York, New York                  _____
_____

## ORDER

**ORDERED**,
that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☐ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
       New York, New York    /s/ _____
                                                     UNITED STATES BANKRUPTCY JUDGE