SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (rdd)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Adam S. Ravin, hereby certify that I caused to be served the following
documents, by having true and correct copies thereof sent via (a) first-class mail, postage
pre-paid on March 3, 2005 to the parties listed in Exhibit A, (b) e-mail service on March
3, 2005 and first-class mail, postage pre-paid on March 4, 2005 to the parties listed in
Exhibit B, (c) FedEx on March 4, 2005 to the parties listed in Exhibit C and (d) e-mail
service on March 4, 2005 to the parties listed in Exhibit D.

1. Order Shortening Notice Period and Establishing Objection Deadline and Hearing
   on Motion of Debtors for Entry of an Order Approving the Sale of Certain
   Pharmaceutical Prescriptions and Inventory;

2. Expedited Emergency Motion for Entry of an Order Approving the Sale of
   Certain  Pharmaceutical Prescriptions and Inventory; and

3.    Proposed form of Order Approving the Sale of Certain Pharmaceutical

Prescriptions and Inventory.

Dated:  March 4, 2005
        New York, New York

                                        /s/   *Adam S. Ravin*_____
                                        Adam S. Ravin
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                          & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        Telephone:  (212) 735-3000
                                        Facsimile:   (917) 777-3389

**<u>EXHIBIT A</u>**

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Office of New York State Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271
Phone: 212-416-8000

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
Phone: 817-332-9500
301 Commerce Street, Ste 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company Americas
Attn: S. Berg
60 Wall Street
New York, NY 10005-2858
Phone: 212-250-2921

New Plan Excel Realty Trust, Inc.
420 Lexington Ave
New York, NY 10170
Phone: 212-869-3

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit
22541 Network Place
Chicago, IL 60673-1225
Phone: 847-646-6719
Fax: 847-646-4479

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024
Phone: 972-334-7405

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management, LLC
Attn: Alan S. Adler
Los Angeles, CA 90071
Phone: 213-830-6300

Capital Research and Management Company
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071
Phone: 213-486-9200
Fax: 213-486-9217

Pepsico & Subsidiaries
Attn:  Marty Scaminaci, Director Financial Services
P. O. Box 844700
Dallas, TX 75284-4700
Phone: 847-483-7285
Fax: 914-253-2070

Proctor & Gamble Distributing Co.
Attn: Jay Jones, Credit Manager
P. O. Box 100537
Atlanta, GA 30384-0537
Phone: 513-774-1782
Fax:  513-945-3182

Nestle (Nestle USA, Nestle Purina, Nestle Water)
Attn:  Peter B. Knox, Director of Credit and Collections
P. O. Box 277817
Atlanta, GA 30384-7817
Phone: 818-549-5779
Fax: 818-326-7447

General Mills Inc.
Attn: Terri Johnson, Account Operation Development Manager
P. O. Box 101412
Atlanta, GA 30392-0001
Phone: 763-293-2354
Fax: 800-643-6462

Unilever (HPC USA & Best Foods)
Attn: Richard Bellis, Credit Manager
1 Johns Street
Clinton, CT 06413
Phone: 800-726-9866
Fax: 630-955-2720

Florida Coca-Cola
Attn: Dick Stiteler, Director of Customer Financial Services
P. O. Box 30000
Orlando, FL 32891-0001
Phone: 813-569-3708
Fax: 813-569-3783

ConAgra Grocery Products Co.
Attn: Robert Ellis, Corp Credit Analysis Manager
P. O. Box 409626
Atlanta, GA 30384
Phone: 402-998-2770
Fax: 402-516-3751

Kimberly Clark
Attn:  Ted C. Banker, Sr. Credit Manager
P. O. Box 915003
Dallas, TX 75391-5003
Phone: 865-541-7602
Fax: 865-541-7640

McKee Foods Corporation
Attn: Valerie Phillips, Sr. Credit Manager
P. O. Box 2118
Collegedale, TN 37315-2118
Phone: 423-238-7111
Fax: 423-238-7196

Sara Lee Foods
Attn: Joel Cartright, Credit Manager
P. O. Box 905466
Charlotte, NC 28290
Phone: 513-936-2406
Fax: 513-936-2480

US Bank Corporation
Attn: Angela Trudeau, VP Relationship Management
P. O. Box 790428
St. Louis, MO 63179-0428
Phone: 612-973-1339
Fax:  612-973-3706

Gourmet Award Foods Mid Atlantic
Attn: Mark Kellum, National Account Manger
4055 Deerpark Boulevard
Elkton, FL 32033
Phone: 864-444-5472
Fax: 904-825-2054

Good Humor Breyers Ice Cream
Attn: Craig Stargardt, Credit Manager
P. O. Box 75604
Charlotte, NC 28275-5604
Phone: 920-497-6310
Fax: 920-497-6583

Keebler Company
Attn: Dan Gilroy
P. O. Box 73451
Chicago, IL 60673-7451
Phone: 404-559-4540 ext 114
Fax: 404-559-4565

CH Robinson Worldwide Inc.
Attn: Teresa Bellman, Controller
P. O. Box 9121
Minneapolis, MN 55480-9121
Phone: 952-937-6711
Fax: 952-937-6703

Del Monte Foods USA
Attn: Frank Buckstein, Manager Credit and Collections
1336 Solutions Center
Chicago, IL 60677-1003
Phone: 412-222-8045
Fax: 412-222-2938

Fin Tech
Attn: Doug Wilhelm
4720 W. Cypress St.
Tampa, FL 33607
Phone: 800-572-0854
Fax: 813-289-5599

Powerhouse Produce LLC
Attn: James Banks, Account Manger
P. O. Box 368
Riverhead, NY 11901
Phone: 631- 474-4673
Fax: 631-369-7031

Gillette Company
Attn: Mary Trahan, Credit Manager
P. O. Box 100800
Atlanta, GA 30384-0800
Phone: 617-463-9450
Fax: 617-463-9097

Coca-Cola Bottling Works
Attn: Dick Stiteler, Director of Customer Financial Services
300 Coca-Cola Road
Charlotte, NC 28275
Phone: 813-569-3708
Fax: 813-569-3783

Schreiber Foods, Inc.
Attn: Kris Skupas, Credit Manager
P. O. Box 905008
Charlotte, NC 28290-5008
Phone: 920-455-6423
Fax: 800-439-7634

Campbell Soup Co.
Attn: Maureen Hart, Sr. Credit Manager
P. O. Box 101407
Atlanta, GA 30392-1407
Phone: 856-317-3123
Fax: 856-342-3878

Georgia Pacific Corp.
Attn: Bob Moon, Credit Manager
P. O. Box 102487
Atlanta, GA 30368-2487
Phone: 770--619-2214
Fax: 770-619-0229

Ross Laboratories
Attn: Phil Polk, Controller
Dept L-281
Columbus, OH 43260-0001
Phone: 614-624-5627
Fax: 614-624-2751

Clorox Sales Co - KPD
Attn: Sybil Shaw, Credit Manager
P. O. Box 66123
Charlotte, NC 28275-1754
Phone: 678-893-8805
Fax: 678-893-8833

Kellogg Sales Company
Attn: Ron Mospek, Credit Manager
P. O. Box 905193
Charlotte, NC 28290-9051
Phone: 269-961-2262
Fax: 888-886-3190

Johnson & Johnson
Attn: John Wernicki, National Sales Director
P. O. Box 751059
Charlotte, NC 28275
Phone: 800-932-3025
Fax: 732-422-5949

Riverdale Farms
Attn: Vanessa Fernandez, Controller
P. O. Box 861093
Orlando, FL 32886
Phone: 305-592-5760
Fax: 305-592-3356

Anderson News LLC
Attn: Jennifer Voss, VP Accounting
P. O. Box 52570
Knoxville, TN 37950-2570
Phone: 800-550-5713
Fax: 865-584-1169

Safe Harbor Seafood
Attn: Jack Jones, CFO
4371 Ocean Street
Mayport, FL 32233-2417
Phone: 904-246-4911
Fax: 904-249-1025

Louisiana Coca-Cola
Attn: Dick Stiteler, Director of Customer Financial Services
1314 Eraste Landry Road
Lafayette, LA 70506
Phone: 904-616-4295
Fax: 813-569-3783

Edy's Grand Ice Cream
Attn: Fred Pomerantz, Credit Manager
P. O. Box 406247
Atlanta, GA 30384-6247
Phone: 510-601-4312
Fax: 510-601-4200

Wyeth Consumer Healthcare
Attn: Larry Sanders, VP Global Finance
P. O. Box 75296
Charlotte, NC 28275-5296
Phone: 973-660-6623
Fax: 973-660-6623

Warner Lambert Consumer Group
Attn: Andy Helveston
400 West Lincoln Avenue
Lititz, PA 17543
Phone: 973-385-4963
Fax: 800-250-4788

Gerber Products Company
Attn: Jeff Talee, Finance Manager
445 State St.
Freemont, MI 49413
Phone: 231-928-2000
Fax: 901-320-2884

Coca-Cola Bottling Co
Attn: Joyce Roper
300 Coca-Cola Rd
Charlotte, NC 28275
Phone: 704-557-4483
Fax: 704-602-4483

Sanderson Farms
Attn: Neal Morgan, Director of Sales
P. O. Box 988
Laurel, MS 39441-0988
Phone: 800-267-1510
Fax: 601-426-1503

DLJ Produce, Inc.
Attn: Alan Yoshidone, Controller
P. O. Box 2398
West Covina, CA 91793
Phone: 626-330-6849
Fax: 62-330-6579

Schering Plough Health Care
Attn: John Glynn
P. O. Box 100373
Atlanta, GA 30384
Phone: 901-320-4345
Fax: 901-320-2884

Wilmington Trust Company as Indenture Trustee
Attn: Corporate Trust Department
Rodney Square North
Wilmington, DE 19890
Phone: 302-651-1343
Fax: 302-636-4144

Vanguard Group Incorporated
The Vanguard Group
Attn: Earl E. McEvoy
P. O. Box 2600
Valley Forge, PA 19482
Phone: 610-669-1000
Fax: 610-669-6605

Ameriprime Funds
IMS Capital Management
Attn: Carl W. Marker
8995 SE Otty Road
Portland, OR 97266
Phone: 800-408-8014
Fax: 503-788-4100

Reliance Standard Life Insurance Company
Attn: Earl E. McEvoy
2001 Market Street
Suite 1500
Philadelphia, PA 19103
Phone: 267-256-3500
Fax: 267-256-3532

Fortis Benefits Insurance Company
Attn: Catherine Janik
Legal Department
P. O. Box 3050
Milwaukee, WI 53201
Phone: 262-798-2620
Fax: 651-361-5646

Goodman & Co. Investment Counsel
Attn: Christy Yip
Scotia Plaza
55th Floor
40 King Street West
Toronto, Ontario M5H 4A9
Phone: 416-363-9097
Fax: 416- 865-3463

Wellington Management Co. LLP
Gateway Center Three
Attn:  Earl E. McEvoy
100 Mulberry Street
Newark, NJ 07102
Fax: 617-443-5645

Securities Management and Research, Inc
Attn: Sherry Baker
24500 South Shore Blvd.
Suite 400
League City, TX 77573
Phone: 281-334-2469
Fax: 409-621-7529

Aviva Life Insurance Company
Attn: Elizabeth Anne Dowd
108 Myrtle Street
Newport Office Park
North Quincy, MA 02171
Phone: 617-405-6000
Fax: 866-295-0061

Angel & Frankel PC
Attn: Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906
Phone: 212-752-8000
Fax: 212-752-8393
Lmay@angelfrankel.com rsteinberg@angelfrankel.com

Jenkens & Gilchrist P.C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
Phone: 214-885-4500
Fax: 214-885-4300

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199
Phone: 318-445-5600
Fax:318-445-5710
steve@wheelis-rozanski.com

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Fl.
New York, NY 10167
Phone: 212-692-2034
Fax: 212-867-6395

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060
Phone: 804-273-9777
Fax: 804-527-7268

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602
Phone: 919-743-2200
Fax: 919-743-2201
jboyles@jhvgmlaw.com

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748
Phone: 732-706-7600
Fax: 732-706-7601

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial
Atlanta, GA 30336
Phone: 404-344-5421
Fax: 404-344-3003

Richard Blackstone Webber II, PA
Attn: Richard Blackstone Webber II
320 Maitland Ave.
Altamonte Springs, FL 32701
Phone: 407-260-8955
Fax: 407-260-5133

Virginia Board of Pharmacy
Elizabeth Scott Russell
6606 West Broad St
Richmond, Va 23230

Virginia Department of Taxation
3600 West Broad Street
Suite 160
Richmond, VA 23230-4915

County of Franklin
Commissioner of the Revenue
275 South Main Street, Suite 106
Rocky Mount, VA 24151-1706

City of Franklin
Commissioner of the Revenue
P. O. Box 389
Franklin, VA 23851-0389

**EXHIBIT B**

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
deirdre.martini@usdoj.gov

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
richard.morrissey@usdoj.gov

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069
Phone: 212-848-4000
Fax: 212-848-7179
Atenzer@Shearman.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
dfiorillo@oshr.com; Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com; Lmandel@milbank.com; DODonnell@milbank.com; mbarr@milbank.com

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060
Phone: 212-309-6052
Fax: 212-309-6001
rtoder@morganlewis.com

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157
Phone: 313-393-7341
Fax: 313-259-7926
coheniw@pepperlaw.com

FTI Consulting
Attn: Michael Eisenband
3 Times Square
11th Floor
New York, NY 10036
Phone: 212- 499-3647
Fax 212-841-9350
Michael.Eisenband@FTIConsulting.com

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010
Phone: 212-583-5000
Fax: 212-583-5812
huffard@blackstone.com

XRoads Solutions Group LLC
Attn: Dennis Simon
 9 Executive Circle, Suite 190
Irvine, CA  92614
Phone : 949-567-1650
Fax : 949-567-1750
dsimon@xroadsllc.com

Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi, Steven Feigenbaum
845 Third Ave, 21st Flr
New York, NY 10022
Phone: 212-308-6100
Fax: 212-308-8830
Hlevi@llf-law.com

Scarella Rosen & Slome
Attn: Adam L. Rosen, Esq
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553
Phone: 516-227-1600
Fax: 516-227-1601
Arosen@srsllp.com

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III,  C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036
Phone: 504-558-5110
Fax: 504-558-5200
Rkuebel@lockeliddell.com; dboldissar@lockeliddell.com

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers, Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103
Phone: 215-864-8325
Fax: 215-864-9473
Pollack@ballardspahr.com

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830
Phone: 203-862-8261
Fax: 203-629-1977
Jstanton@contrariancapital.com

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse, Michael Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710
Phone: 212-336-2000
Fax: 212-336-2222
Dwdykhouse@pbwt.com; mhandler@pbwt.com

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103
Phone: 212-665-2060
Fax: 215-701-2122
Ncolton@cozen.com; dliebman@cozen.com

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com; rlehane@kelleydrye.com

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950
Phone: 973-966-6300
Fax: 973-966-1550
Szuber@pitneyhardin.com;
Pforgosh@pitneyhardin.com.

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682
Rwward@airmail.net

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600
Phone: 212-309-6669
Fax: 212-309-6001
Nherman@morganlewis.com

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017
Phone: 212-476-4777
Fax: 212-476-4787
Dbr@tbfesq.com

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St Ste 700
Winston-Salem, NC 27113-5129
Phone: 3367222300
Fax: 3367210414
Rbleggett@allmanspry.com

Balch & Bingham LLP
Attn: W. Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201
Phone: 205-251-8100
Fax: 205-226-8799
Cwatson@balch.com; eray@balch.com

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8000
Fax: 212-836-8689
Rsmolev@kayescholer.com; kmurphy@kayescholer.com

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5500
Fax: 201-226-8395
Plhuffst@coxsmith.com

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn: Earle I. Erman, Esq
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Phone: 248-827-4100
Fax: 248-827-4106
Eerman@ermanteicher.com

Manier & Herod
Attn: J. Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494
Phone: 615-244-0030
Fax: 615-242-4203
Mfranks@manierherod.com; mcollins@manierherod.com;
tpennington@manierherod.com

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq
7 Times Square
New York, NY 10036
Phone: 212-297-5811
Fax: 212-682-3485
Cchiu@pitneyhardin.com

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz.
One American Square, Box 82001
Indianaplois, Indiana 46282
Phone: 317-236-2100
Fax: 317-236-2219
Henry.efroymson@icemiller.com;
mark.bogdanowicz@icemiller.com

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-498-6208
Eschwartz@mnat.com; rdehney@mnat.com

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
fringel@pobox.com

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199
Phone: 706-324-0251
flc@psstf.com

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: 302-652-8400
Fax: 302-652-8405
kmiller@skfdelaware.com

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
Phone: 610-902-6028
Fax: 610-687-3187
David.boyle@airgas.com

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY 10022
Phone: 212-918-3000
Fax: 212-918-3100
Isgreene@hhlaw.com

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015
Phone: 847-405-3333
Fax: 847-405-4972
Frankvydra@discoverfinancial.com

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006
Phone: 212-269-1000
gginsburg@ngmpc.com


Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner, James Smith
171 W. 17th St., NW, Suite 2100
Atlanta, GA 30363
Phone: 404-873-8500
Fax: 404-873-8605
bkrfilings@agg.com; Hayden.kepner@agg.com;
james.smith@agg.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, New York 10178-0061
Phone: 212-696-6000
Fax: 212-697-1559
sreisman@cm-p.com


Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St., Rodney Square North
Wilmington, DE 19890
Phone: 302-636-6058
Fax: 302-636-4140
scimalore@wilmingtontrust.com

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746
Phone: 859-233-2012
Fax: 859-259-0649
lexbankruptcy@wyattfirm.com


Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4400
Fax: 310-788-4471
thomas.leanse@kmzr.com

Locke Liddell & Sapp LLP
Attn: W. Steven Bryant, Thomas H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX  77002
Phone: 713-226-1200
Fax: 713-223-3717
hobankecf@lockeliddell.com


Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400
millerr@gtlaw.com

Greenberg Traurig, LLP
Attn:  Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131
Phone: 305-579-0500
Fax: 305-579-0717
bloomm@gtlaw.com

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615.252.2307
Fax: 615.252.6307
amcmullen@boultcummings.com

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
srucker@millermartin.com

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997
Phone: 225-383-4703
Fax: 225-343-0630
drubin@kswb.com

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059
Phone: 601-948-6100
Fax: 641-355-6136
robert.holladay@youngwilliams.com

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-623-1000
Fax: 973-623-9131
rscheinbaum@podveysachs.com

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375
Phone: 404-335-0761
Fax: 404-614-4054
reginald.greene@bellsouth.com

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801
Phone: 302-467-4200
Fax: 302-467-4201
andrew.flame@dbr.com

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020
Phone: 212-262-6700
Fax: 212-262-7402
bnathan@lowenstein.com; agayer@lowenstein.com

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104
Phone: 212-468-8000
Fax: 212-468-7900
jdibattista@mofo.com

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080
Phone: 212-449-8707
Fax: 212-449-3247
nicholas_griffiths@ml.com

Burr & Forman LLP
Attn: Derek F. Meek, Robert B. Rubin
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203
Phone: 205-251-3000
Fax: 205-458-5100
dmeek@burr.com; brubin@burr.com


Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Phone: 631-549-7900
Fax: 631-549-7845
rstern@maccosternlaw.com

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
Phone: 904-398-4283
Fax: 904-398-4283
eheld@hilawfirm.com


McGrath North Mullin & Krath, PC LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102
Phone: 402-341-3070
Fax: 402-341-0216
jniemeier@mnmk.com; awoodard@mnmk.com

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave., Ste 2418
New York, NY 10118
Phone: 212-967-0895
Fax: 212-202-5217
rkaniuklaw@aol.com


Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202
Phone: 414-272-0760
Fax: 414-272-7265
bbecker@hswmke.com

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032
Phone: 317-817-2827
Fax: 317-817-4115
franklin.berg@4086.com


Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743
Phone: 631-423-8527
Fax: 631-423-4536
arosen@avrumrosenlaw.com

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff Lane
Southport, CT 06890-1436
Phone: 203-319-4042
Fax: 203-319-4034
cfilardi@pepehazard.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352
Phone: 616-336-6000
Fax: 616-336-7000
tjcurtin@varnumlaw.com

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102
Phone: 973-643-7000
Fax: 973-643-6500
asherman@sillscummis.com

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108
Phone: 816-292-2000
Fax: 816-292-2001
ssutton@lathropgage.com

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122
Phone: 216-755-5500
Fax: 216-755-1678
ecotton@ddrc.com

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com

Porzio, Bromberg & Newman PC
Attn: Warren0 J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax: 973-538-5146
wjmartin@pbnlaw.com; bsmoore@pbnlaw.com

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401
Phone: 561-832-3300
Fax: 561-650-1153
celler@broadandcassel.com

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-278-1000
Fax: 212-278-1733
lhenin@andersonkill.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4523
Fax: 973-639-6244
dcrapo@gibbonslaw.com

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828
Phone: 843-579-7000
Fax: 843-579-8727
davidwheeler@mvalaw.com

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022
Phone: 212-735-8600
Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202
Phone: 904-358-4000
Fax: 904-358-4001
nlafleur@stutsman-thames.com

Hunton & Williams, LLP
Attn: Craig V. Rasile
1111 Brickell Ave., Ste 2500
Miami, FL 33131
Phone: 305-810-2500
Fax: 305-810-2460
crasile@hunton.com

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittington, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birminghan, AL  35222
Phone: 205-521-8000
Fax: 205-521-8800
dgreco@bradleyarant.com

Smith Hulsey & Busey
Attn: James H. Post
225 Water Street, Ste 1800
Jacksonville, FL 32202
Phone: 904-359-7700
Fax: 904-359-7709
 jpost@smithhulsey.com

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202
Phone: 904-356-1306
Fax: 904-354-0194
rkjones@mwpplaw.com

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952
Phone: 770-518-1100
Fax: 770-552-1100
legal@mimms.org

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40ᵗʰ Fl.
Chicago, IL 60603
Phone: 312-346-7500
Fax: 312-580-2201
bkdept@fagelhaber.com

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660
Phone: 949-752-2911
Fax: 949-752-0953
pat@rjlaw.com; priscilla@rjlaw.com

Hiersche, Hayward, Drakeley & Urbach PC
Attn:  Russell W. Mills, Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001
Phone: 972-701-7000
Fax: 972-701-8765
rmills@hhdulaw.com; kbates@hhdulaw.com

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan  48243-1668
Phone : 313-568-5464
Fax : 313-568-6832
bbest@dykema.com

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861
Phone: 203-944-3042
Fax: 203-944-3044
glenn.reisman@corporate.ge.com

Marrero Land and Improvement Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072
Phone: 504-341-1635
Fax: 504-340-4277
vincent@marreroland.com

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202
Phone: 513-421-4040
Fax: 513-241-4490
mkindt@ctks.com

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St
Columbus, OH 43215-6197
Phone: 614-365-2700
Fax: 614-365-2499
krichner@ssd.com

Liebmann, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
Fax: 920-437-2868
jes@lcojlaw.com

**EXHIBIT C**

CVS
Attn: Charles Rotella
970 West Franklin St
Rocky Mount, VA 24151

CVS Realty Co.
Attn: Syed A. Husain
One CVS Drive
Woonsocket, RI 02895

Kroger
Attn: Mark Woolf
400 Old Franklins Turnpike
Rocky Mount, VA 24151

Rite Aid
Attn: Dominick Torchia
100 South College
Franklin, VA 23851

Eckerd Corporation
Attn: Jim Swearinger
1031 Armory Dr
Franklin, VA 23851

Wal-Mart
Attn: Ben Thankachan
702 Southwest 8th St.
Bentonville, AR 72716-0230

**<u>EXHIBIT D</u>**

CVS Realty Co.
Attn: Syed A. Husain
One CVS Drive
Woonsocket, RI 02895
sahusain@cvs.com

Kroger
Attn: Mark Woolf
400 Old Franklins Turnpike
Rocky Mount, VA 24151
mark.woolf@kroger.com

Rite Aid
Attn: Dominick Torchia
100 South College
Franklin, VA 23851
dtorchia@riteaid.com

Eckerd Corporation
Attn: Jim Swearinger
1031 Armory Dr
Franklin, VA 23851
jswea2@eckerd.com

Wal-Mart
Attn: Ben Thankachan
702 Southwest 8th St.
Bentonville, AR 72716-0230
Ben.Thankachan@wal-mart.com

Eckerd Corporation
Attn: Howard Nobleman
1031 Armory Dr
Franklin, VA 23851
dclev1@eckerd.com