| | |
|---|---|
| ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>Telephone (212) 223-0400<br>Facsimile (212) 753-0396<br>Stuart Krause, Esq. (SK-3847)<br><br>*Attorneys for Healthcare Consultants*<br>*of Central Florida, INC.* | MATEER & HARBERT, P.A.<br>225 EAST ROBINSON STREET<br>SUITE 600<br>POST OFFICE BOX 2854<br>ORLANDO, FLORIDA 3202-2854<br>TELEPHONE (407) 425-9044<br>FACSIMILE (407) 423-2016 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>                                        Debtor. | Chapter 11<br><br>Case No.: 05-11063 (RDD)<br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, the law firms set forth below appears as counsel for Healthcare Consultants of Central Florida, Inc., a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that the following name and address be added to the mailing list maintained by the Clerk of Court and Debtor's counsel in this case and further demands that all notices given or required to be given in this case and all papers

served or required to be served in this case by all counsel, parties-in-interest, and this Court be given to and served upon the following counsel:

>Stuart Krause, Esq.
>Zeichner Ellman & Krause LLP
>575 Lexington Avenue
>New York, New York 10022
>Telephone: (212) 223-0400
>Fax: (212) 753-0396
>E-mail: skrause@zeklaw.com

and

>MATEER & HARBERT, P.A.
>225 EAST ROBINSON STREET
>SUITE 600
>POST OFFICE BOX 2854
>ORLANDO, FLORIDA 3202-2854
>TELEPHONE (407) 425-9044
>FACSIMILE (407) 423-2016
>dlandis@mateerharbert.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of, **any** application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise, which affects the Debtor or property of the Debtor's or the rights of creditors and parties-in-interest such as Healthcare Consultants of Central Florida, Inc.

**PLEASE TAKE FURTHER NOTICE** that, Central Florida, Inc. does not intend that this Notice of Appearance and Request for Service of Papers or any later appearance or pleading be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or

proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Healthcare Consultants of Central Florida, Inc. expressly reserves.

Dated: New York, New York
       March 4, 2005

                            ZEICHNER ELLMAN & KRAUSE LLP
                            *Attorneys for Healthcare Consultants*
                                  *of Central Florida, INC*

By: /s/ Stuart Krause
     Stuart Krause, Esq. (SK-3847)
     575 Lexington Avenue
     New York, New York 10022
     (212) 223-0400

458119.01/10294-001/MKM