SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

Proposed Attorney for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
---------------------------------------------------------------x

### MOTION OF D. J. BAKER FOR ADMISSION PRO HAC VICE OF ERIC M. DAVIS

D. J. Baker ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and a member of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps"), hereby moves (the "Motion") this Court for an order admitting Eric M. Davis (the "Proposed Admitee") pro hac vice to represent Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") in these cases pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"). In support of this Motion, Movant relies upon the respective certification of the Proposed Admittee that is attached as an exhibit hereto and respectfully represents as follows:

1.  Eric M. Davis is a member of Skadden, Arps. Mr. Davis is a member in good standing of the Bar of the State of Delaware, admitted to practice before all state courts in

Delaware since 1997.  Mr. Davis is also a member in good standing of the Bar of the State of Maryland, admitted to practice before all state courts in Maryland since 1992.  Mr. Davis is admitted to practice before the United State District Court for the Districts of Delaware and Maryland and the United States Court of Appeals for the Third and D.C. Circuits.  There are no disciplinary proceedings or criminal proceedings pending against Mr. Davis in any jurisdiction and there have been no disclosures of any pending formal grievances against him.  The Certification of Eric M. Davis is attached hereto as <u>Exhibit A</u> in support of the admission of Mr. Davis <u>pro</u> <u>hac</u> <u>vice</u>.

2. Movant requests that this Court approve the Motion so that the Proposed Admittee may file pleadings, appear and be heard at hearings, and otherwise represent the Debtors in these cases.

3. Pursuant to Rule 9013-1(b) of the Local Rules, because there are no novel issues of law presented herein, Movant respectfully requests that the Court waive the requirement that the Debtors file a memorandum of law in support of this Motion.

WHEREFORE, Movant respectfully requests that the Court:

(a)      enter an order admitting Eric M. Davis pro hac vice to represent the Debtors in these cases; and

(b)      grant such other and further relief as is just and proper.

Dated: March 4, 2005
New York, New York

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

/s/      *D. J. Baker*
D. J. Baker

Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re                                            :
                                                 :     Chapter 11
                                                 :
WINN-DIXIE STORES, INC., et al.,                 :     Case No. 05-11063
                                                 :
                     Debtors.                    :     (Jointly Administered)
                                                 :
-------------------------------------------------------------x
```

**CERTIFICATION OF
ERIC M. DAVIS**

I, Eric M. Davis, in support of the Motion of D. J. Baker for Admission Pro Hac Vice of Eric M. Davis do hereby certify under penalty of perjury as follows:

1. I am eligible for admission pro hac vice to this Court.

2. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and maintain an office for the practice of law at One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899.

3. I am a member in good standing of the Bar of the State of Delaware and Maryland, and have been admitted to practice before the United States District Court for the Districts of Delaware and Maryland and the United States Court of Appeals for the Third and D.C. Circuits. There are no disciplinary proceedings or criminal proceedings pending against me and there have been no disclosures of any pending formal grievances against me.

4. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

5. I have access to, or have acquired, a copy of the Local Rules of this Court, am generally familiar with such Rules, and will comply with such Rules.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2005.

/s/ *Eric M. Davis*
Eric M. Davis
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Telephone: (302) 651-3000
Facsimile: (302) 651-3190

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                      :
                                                           :         **Chapter 11**
                                                           :
**WINN-DIXIE STORES, INC., et al.,**            :         **Case No. 05-11063**
                                                           :
            Debtors.                                 :         **(Jointly Administered)**
                                                           :
------------------------------------------------------------x

### ORDER GRANTING MOTION OF D. J. BAKER FOR ADMISSION PRO HAC VICE OF ERIC M. DAVIS

Upon the Motion (the "Motion") of D. J. Baker seeking the admission pro hac vice of Eric M. Davis to represent the Debtors in these cases; and upon consideration of the Motion, the Certification of Eric M. Davis; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that Eric M. Davis is admitted pro hac vice to represent the Debtors in the above captioned cases and may appear in these cases and any related proceedings pro hac vice.

ORDERED that the requirement of the service and filing of a separate memorandum of law under Rule 9013-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York is hereby waived.

Dated: March __, 2005
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE