SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., et al.,** : | **Case No. 05-11063** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

----------------------------------------------------------------x

**DECLARATION OF MICHAEL F. LEBLANC IN SUPPORT OF THE EXPEDITED EMERGENCY MOTION FOR ENTRY OF AN ORDER APPROVING THE SALE OF CERTAIN PHARMACEUTICAL PRESCRIPTIONS AND INVENTORY**

Michael F. LeBlanc declares and says:

      1.     I am the Director of Pharmacy Business Development for Winn-Dixie Stores, Inc.

      2.     I make this declaration in support of the Expedited Emergency Motion for Entry of an Order Approving the Sale of Certain Pharmaceutical Prescriptions and Inventory ("the Emergency Motion").

2

3. I have read the Emergency Motion and I have personal knowledge as to all the facts set forth therein or the facts are otherwise true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2005, New York, New York

>  */s/  Michael F. LeBLanc*
>          Michael F. LeBlanc