GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5496
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Geraldine E. Ponto (GP-2849)
Attorneys for George Weston Bakeries, Inc.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------- x

### CERTIFICATE OF SERVICE

I, Roger A. Fitzgerald, of full age, hereby certify as follows:

1.      I am a paralegal employed by the law firm of Gibbons, Del Deo, Dolan,

Griffinger & Vecchione, A Professional Corporation, attorneys for George Weston Bakeries,

Inc., a party in interest in the above-captioned matter.

2.      On March 3, 2005, I caused a true copy of the (i) Limited Objection to Debtors'

Motion for Authority to Turn Over Certain Funds Held in Trust and to Continue Performance

and Honor Objections Under Consignment Arrangements and the (ii) Amended Limited

Objection to Debtors' Motion for Authority to Turn Over Certain Funds Held in Trust and to

Continue Performance and Honor Obligations Under Consignment Arrangements to be served

upon the persons listed below by facsimile transmission and electronic mail.

| David J. Baker, Esq.<br>Skadden, Arps, Slate,<br>Meagher and Flom, LLP<br>Four Times Square<br>New York, NY  10036<br>Facsimile: 212-735-2000 and<br>917-777-2150<br>jbaker@skadden.com | Sally McDonald Henry, Esq.<br>Skadden, Arps, Slate,<br>Meagher and Flom, LLP<br>Four Times Square<br>New York, NY  10036<br>Facsimile: 212-735-2000<br>shenry@skadden.com | Sarah Robinson Borders, Esq.<br>King and Spalding, LLP<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763<br>Facsimile: 404-572-5100<br>sborders@kslaw.com |
|---|---|---|

I hereby certify that the foregoing statements are true and correct.  I am aware that if any

of the foregoing statements is willfully false, I am subject to punishment.

/s/ Roger A. Fitzgerald
Roger A. Fitzgerald

Dated:  Newark, New Jersey
        March 4, 2005