| | |
|---|---|
| ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>Telephone (212) 223-0400<br>Facsimile (212) 753-0396<br>Stuart Krause, Esq. (SK-3847) | MATEER & HARBERT, P.A.<br>225 East Robinson Street<br>Suite 600<br>Post Office Box 2854<br>Orlando, Florida 3202-2854<br>Telephone (407) 425-9044<br>Facsimile (407) 423-2016<br>David Landis, Esq. |

*Attorneys for Healthcare Consultants
   of Central Florida, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>                              Debtor. | Chapter 11<br><br>Case No.: 05-11063 (RDD)<br>(Jointly Administered)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK,
COUNTY OF NEW YORK

**MARION K. MILLNAMOW**, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York, that on the 4th day of March, 2005, deponent served a true copy of the following document in the matter of the above-referenced bankruptcy case as set forth below:

**NOTICE OF APPEARANCE**

**BY: E-MAIL**

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
jbaker@skadden.com

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
richard.morrissey@usdoj.gov

      /s/Marion K. Millnamow
**Marion K. Millnamow**

Sworn to before me this
4th day of March, 2005

/s/ Peter Janovsky
Notary Public, State of New York
No. 31-4949976
Qualified in New York County
Commission Expires April 17, 2006

458140.01/10294-001/MKM