**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                        :
                                                             :        **Chapter 11**
                                                             :
**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**               :        **Case No. 05-11063 (RDD)**
                                                             :
                        **Debtors.**                         :        **(Jointly Administered)**
                                                             :
----------------------------------------------------------------x

### ORDER AUTHORIZING THE DEBTORS (A) TO PREPARE A CONSOLIDATED LIST OF CREDITORS AND A LIST OF EQUITY SECURITY HOLDERS IN LIEU OF A MATRIX, (B) TO FILE A CONSOLIDATED LIST OF THE FIFTY LARGEST GENERAL UNSECURED CREDITORS, AND (C) TO MAIL INITIAL NOTICES

Upon the Motion dated February 21, 2005 (the "Motion") of Winn-Dixie Stores,

Inc. and its debtor affiliates (collectively, the "Debtors") for an order authorizing (a) the

preparation of a consolidated list of creditors and a list of equity security holders in lieu of a

matrix, (b) the filing of a consolidated list of the Debtors' fifty largest general unsecured

creditors, and (c) the mailing of initial notices; all as more fully set forth in the Motion; and upon

consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule

1007-2 (the "Local Rules") in Support of First-Day Motion and Applications sworn to on the

21st day of February, 2005; and the Court having jurisdiction to consider the Motion and the

relief requested therein pursuant to 28 U.S.C. § § 157 and 1334 and the Standing Order of

Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of

New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409; and due and proper notice of

the Motion having been provided to (i) the Office of the United States Trustee, (ii) counsel for

Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for the

Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no other or further notice being required, and the relief requested in the Motion being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED, that, notwithstanding Bankruptcy Rule 1007(d) and Local Rule 1007-1, the Debtors are authorized to prepare a consolidated list of creditors and a list of equity security holders in a computer-readable format that is acceptable to the Clerk of the Court and to make such list available only upon request; and it is further

ORDERED, that the Debtors are authorized to file a consolidated list of their fifty (50) largest general unsecured creditors; and it is further

ORDERED, that the Debtors, with the assistance of Logan and Company (upon this Court's authorization to engage Logan & Company as the Debtors' notice and claims agent (the "Notice and Claims Agent")), are authorized, but not directed, to mail initial notices, such as (a) a notice of filing of the Chapter 11 Cases; (b) a notice of a meeting of creditors under section 341 of the Bankruptcy Code; and (c) any correspondence the Debtors may wish to send to creditors and equity security holders as part of the Debtors' communication efforts to keep their creditors and equity security holders informed with respect to the status of the Chapter 11 Cases; and it is further

ORDERED, that the Debtors, with the assistance of the Notice and Claims Agent, are authorized, but not directed, to undertake all mailings directed by the Court, the United States

Trustee or as required by the Bankruptcy Code, including, but not limited to, the notice of

commencement and any other correspondence that the Debtors may wish to send to creditors and

equity security holders; and it is further

           ORDERED, that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order; and it is further

           ORDERED, that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated:  March 4, 2005
      New York, New York


                                     /s/ Robert D. Drain
                               UNITED STATES BANKRUPTCY JUDGE