**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**In re**                                                      :
                                                               :       **Chapter 11**
                                                               :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**                    :       **Case No. 05-11063 (RDD)**
                                                               :
                     **Debtors.**                              :       **(Jointly Administered)**
                                                               :
----------------------------------------------------------------x

**ORDER GRANTING DEBTORS**
**ADDITIONAL TIME TO FILE SCHEDULES**
**<u>AND STATEMENTS OF FINANCIAL AFFAIRS</u>**

Upon the Motion dated February 21, 2005 (the "Motion") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Section 521(1) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007 extending the Debtors time to file schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules"), all as more fully set forth in the Motion; and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee, (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the

-2-

indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no other or further notice being required; and the relief requested in the Motion being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the time within which the Debtors are required to file the Schedules is hereby extended through April 7, 2005; and it is further

ORDERED that entry of this Order is without prejudice to the right of the Debtors to seek a further extension of time to file their Schedules for cause shown; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated: March 4, 2005
      New York, New York

        /s/ Robert D. Drain      
UNITED STATES BANKRUPTCY JUDGE