SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                               :
                                                    :    **Chapter 11**
                                                    :
**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**  :    **Case No. 05-11063 (rdd)**
                                                    :
                        Debtors.                    :    **(Jointly Administered)**
                                                    :
----------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

I, Luisa Bonachea, hereby certify that I caused to be served the following documents, by having true and correct copies thereof sent via (a) FedEx next day delivery service on March 1, 2005 to the party listed in Exhibit A, (b) first-class mail, postage pre-paid on March 1, 2005 to the parties listed in Exhibit B, (c) e-mail service on March 2, 2005 to the parties listed in Exhibit C, (d) facsimile on March 2, 2005 to the parties listed in Exhibit D and (e) facsimile on March 4, 2005 to the parties listed in Exhibit E, such parties having become known to the Debtors as potential parties in interest on or shortly prior to the dates on which the reprective parties were served:

1. Notice of Further Hearing on Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c);\

2. Interim Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Superpriority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, (III) Authorizing Debtors to Pay in Full All Claims of Debtors' Pre-Petition Secured Lenders, and (IV) Prescribing Form and Manner of Notice and Time for Final Hearing; and

3. Order (A) Authorizing, on an Interim Basis, Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing, on an Interim Basis, Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery Goods.

Dated: March 4, 2005
New York, New York

/s/  *Luisa M. Bonachea*
Luisa M. Bonachea

**<u>EXHIBIT A</u>**

Case 3:05-bk-03817-JAF    Doc 257    Filed 03/04/05    Page 3 of 18

**<u>EXHIBIT A</u>**

Premier Beverage Company
Attn: John F. Grau
9801 Premier Parkway
Miramar, FL 33025

**EXHIBIT B**

Stefco Industries, Inc.
c/o Drew M. Dillworth, Esq.
StearnsWeaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Fax: (305) 789-3395

Susan L. Dawson
Marks, Marks, and Kaplan, Ltd.
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Fax: (312) 332-2952

MGM Home Entertainment LLC
2450 Broadway Street
Santa Monica, CA 90404-3036

Shapiro Packing Company, Inc.
c/o Hughes Hubbard & Reed LLP
Attn: Daniel S. Lubell
One Battery Park Plaza
New York, NY 10004-1482
Phone: (212) 837-6892
Fax: (212) 299-6892

**EXHIBIT C**

Chester Dix Corp.
C/O Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St., One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com

Cole's Quality Foods, Inc.
C/O Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352
Phone: 616-336-6000
Fax: 616-336-7000
tjcurtin@varnumlaw.com

Hershey Foods Corporation
C/O Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com

MGM Home Entertainment LLC
C/O Finkel, Goldstein, Berzow, Rosenbloom & Nash
Attn: Neal M. Rosenbloom
26 Broadway, Ste 711
Phone: 212-344-2929
Fax: 212-422-6836
nrosenbloom@finkgold.com

**EXHIBIT D**

| | |
|---|---|
| A. Duda & Sons, Inc.<br>P.O. Box 620257<br>Oviedo, FL 32762-0257<br>Fax: (407)365-2147 | A Martinez Product<br>Attn: Mr. Martinez<br>8181 Nw South River Dr  #D443<br>Medley, FL 33166<br>Phone: 305-468-3733<br>Fax: 305-468-3734 |
| ACCO Brands, Inc.<br>c/o Joel C. Paschke<br>Wildman, Harrold, Allen & Dixon LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229<br>Fax: (312) 201-2555 | Acme McCrary Corporation<br>c/o Gene Simpson<br>P.O. Box 1287<br>Asheboro, NC 27204<br>Fax: (336) 629-2263 |
| AEP Industries, Inc.<br>125 Phillips Avenue<br>South Hackensack, NJ 07606<br>Fax: 201-807-2489 | American Safety Razor Company<br>c/o Bernard A. McGough<br>One Razor Blade Lane<br>Verona, VA 24482<br>Fax: (540) 248-9771 |
| Ansell Healthcare<br>c/o James N. Albetta<br>200 Schultz Drive<br>Red Bank, NJ 07701<br>Fax:  (904) 783-5059 | Associated Brands<br>c/o Becky L. Rath<br>P.O. Box 788<br>  Medina, NY 14103<br>Fax: (585) 798-1938 |
| Beechnut Nutrition Corporation<br>c/o Steven M. Wallace<br>Blackwell Sanders Peper Martin LLP<br>720 Olive Street, Suite 2400<br>St. Louis, MO 63101<br>Fax: (314) 345-6060 | Bemis Company, Inc<br>c/o James McDermott<br>Polyethylene Packing Divison<br>PO Box 905<br>Terre Haute, IN 47808<br>Fax: (812) 460-6370 |

Berry Plastics Corporation
c/o Ronda Hale
101 Oakley Street, P.O. Box 959
Evansville, Indiana 47706
Fax: (812) 463-7739

BIC USA Inc.
c/o Paul Floridia
500 BIC Drive Milford, CT 06460
Fax: (203) 783-2081

Blue Diamond Growers
c/o Jennifer Sto. Bomingo
P.O. Box 1768
Sacramento, CA 95812
Fax: (916) 446-8620

Budweiser King of Beers
c/o John Saputo
2150 47th Street
Sarasota, FL 34234

Bunge North America
11720 Borman Drive
P.O. Box 28500
St. Louis, MO 63146-1000
Fax: (314) 292-2521

C.B. Fleet Company
c/o Ray Venckus
PO Box 11349
Lynchburg, VA 24506
Fax: (434) 847-4219

C.H. Robinson Company,
Del Monte Fresh Produce, N.A.
c/o Martyn and Associates
820 Superior Avenue, NW, Tenth Floor
Cleveland, OH 44113
Fax: (216) 861-4703

Claxton Poultry Farms
c/o Greg Tatum
PO Box 428
Claxton, GA 30417
Fax: (912) 739-3181

Coca-Cola Bottling Company United Inc
c/o Eric Steadman
4600 East Lake Blvd
PO Box 2006
Birmingham, AL 35201

Combe Inc
c/o Carol Pirone
1101 Westchester Avenue
White Plains, NY 10604
Fax: (914) 697-7748

Conecuh Sausage Company, Inc.
c/o Thomas L. Webb
613 22nd Avenue
Meridian, MS 39301
Fax: 251-578-5408
tlw@thomaswebb.com

Continental Mills, Inc
c/o Mark Harris
18125 Andover Park West
Seattle, WA 98188
Fax: (253) 872-7954

Conwood Company, L.P.
c/o Edward J. Foster
813 Ridge Lake Boulevard
P.O. Box 217
Memphis, TN 38101-0217
Fax: 901-248-1412

Deep South Products, Inc.
c/o Rose Fletcher
P.O. Box 1448
Fitzgerald, GA 31750
Fax: (229) 424-9039

Doane Pet Care Company
c/o Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Fax: 615-252-6380

ExxonMobil Chemical Company
c/o Dennis H. Moon
13501 Katy Freeway
Houston, TX 77079-1398
Fax: (281) 588-2525

Fabri-Kal
c/o Howard W. Lynch
Plastics Place
Kalamazoo, MI 49001
Fax: (269) 385-0197

Falcon Farms
c/o Jairo Rengifo
1401 N.W. 78th Avenue
Miami, FL 33152
Fax: (305) 597-9809

Fieldale Farm Corporation
c/o Susan Rushing
P.O. Box 558
Baldwin, GA 30511
Fax: (706) 776-6993

Freezer Queen
c/o Wendy Kinsella
Harris Beach, LLP
One Park Place, 4th Floor, 300 S. State Street
Syracuse, NY 13202
Fax: (315) 422-9331

George Weston Bakeries, Inc.
c/o Chris Demetriou
930 North Riverview Drive
Suite 100
Totowa, NJ  07512
Fax:  (973) 785-7657

Gerber Products Company
c/o Jeffrey J. Kippe
445 State Street
Freemont, MI  49413-0001
Fax:  (231) 928-3119

GFA Brands, Inc.
c/o Robert M. Harris
P.O. Box 397
Cresskill, NJ  07626-0397
Fax: (201) 568-6374

Gonnella Frozen Products
c/o Ronald Lucchesi
1117 E. Wiley Road
Schaumberg, IL  60173
Fax:  (847) 884-9469

Goya Foods, Inc.
c/o Tony Sanchez
100 Seaview Drive
Secaucus, NJ  07096-1592
Fax:  (201) 348-6609

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060
Phone: 804-273-9777
Fax: (804) 527-7268

Hanover Foods Corporation
c/o Steven E. Robertson
P.O. Box 334
Hanover, PA  17331
Fax:  (717) 632-6681

Hartz Mountain Corporation
c/o Carolina Calderon, Esq.
400 Plaza Drive
Secaucus, NJ 07094
Fax: (201) 348-4358

Hasbro, Inc.
c/o Judith A. Smith
200 Narragansett Park Dr.
Pawtucket, RI  02862-0200
Fax:  (401) 431-8586

Henkel Consumer Adhesives
c/o Dave Wiengandt
32150 Just Imagine Dr.
Avon,  OH,  44011
Fax:  (440) 937-7077

Hormel Foods CorporationFord Symonds
c/o Ford Symonds
1 Hormel Place
Austin, MN 55912-3680
Fax: (507) 437-5140

Huhtamaki Americas, Inc.
c/o Jonathan Beals
9201 Packaging Drive
DeSoto, KS 66018
Fax: (913) 583-8660

IFCO Systems, N.A.
c/o Mario Pratts
6829 Flintlock Road
Houston, TX 77040
Fax: (713) 332-6146

Long Wholesale, Inc.
c/o Thomas L. Webb
613 22nd Avenue
Meridian, MS 39301
Fax: 251-578-5408
tlw@thomaswebb.com

LuVel
c/o Charles R. Terry
P.O. Box 1229
Kosciusko, MS 39090
Fax: (662) 289-4078

Marcal Paper Mills, Inc.
c/o Barbara A. Mahoney
1 Market Street
Elmwood Park, NJ 07407-1451
Fax: 201-796-0470

Maritime Products International, Inc.
c/o Thomas R. Walker
Troutman Sanders LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA 30308-2216
Fax: (404) 885-3900

The Minute Maid Company
Ruby Watts
John Lewis Jr., Esq.
P.O. Box 2079
Houston, TX 77252-2079
Fax: 713-888-5716

National Distributing Co., Inc. ("NDC")
Dennis J. Connolly
Alston & Bird LLP
One Atlantic Center, 1201 West Peachtree St.
Atlanta, GA 30309-3424
Phone: 404-881-7269
Fax: 404-881-7777
DConnolly@alston.com

NCR Corporation
Robert Weltner, Esq.
Edward W. Mayer
1700 S. Patterson Blvd. SDC-3
Dayton, OH 45479
Fax: 513-719-6958
Em129230.ncr.com

PYA Monarch LLC d/b/a US Food Service Inc.
Christine Underwood
P.O. Box 117
2850 Selma Highway
Montgomery, AL 36108-5068
Fax: 334-280-4815

Safe Harbor Seafood
c/o Gerald Pack
4371 Ocean Street
Mayport, FL 32233
Fax: (904) 249-1025

Sampco, Inc.
c/o Marks, Marks and Kaplan, Ltd.
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Fax: (312) 332-2952

Scunci International, Inc.
c/o Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229
Fax: (312) 201-2555

Sergeant's Pet Care Products
c/o Edwina
2637 S 158th Plaza, Suite 100
Omaha, Nebraska 68130
Fax: (402) 938-7091

Simmons Allied Pet Foods, Inc
c/o Terri Dill Chadick
Conner & Winters
100 West Center Street, Suite 200, Fayetteville
Fayetteville, AK 72701
Fax: (479) 587-1426

John B. Stanfilippo & Son, Inc.
c/o Puni Nagpal
2299 Busse Road
Elk Grove Village, IL 60007
Fax: (847) 593-3085

Swift & Company
c/o Michael Hajost
1770 Promontory Circle
Greeley, CO 80634
Fax: (970) 506-8337

T.W. Garner Food Co
c/o Harold Garner
PO Box 4329
Winston-Salem, NC 27115
Fax: (336) 661-1901

Tate & Lyle Sucralose, Inc
c/o Mike Hopkins
2200 East Eldorado St
Decatur, IL 62525
Fax: (217) 421-4703

| | |
|---|---|
| The Jel Sert Company<br>Ronald L. Motsinger<br>P.O. Box 261<br>West Chicago, IL 60186-0261<br>Fax: (630) 231-3993 | Trinidad Benham Corp<br>Ronald Weiner<br>2650 S Yosemite, Suite 300<br>Denver, CO 80237<br>Fax: (303) 220-1490 |
| Tyson Foods, Inc<br>Nathan Hodne<br>Legal Department<br>2210 West Oaklawn Dr<br>Springdale, AR 72762<br>Fax: (479) 290-7967 | U.S. Smokeless Tobacco Brands, Inc<br>Tracy Riccio<br>100 West Putnam Ave<br>Greenwich, CT 06830<br>Fax: (203) 863-7345 |
| Unico Holdings, Inc<br>Carl Tsang<br>1830 Second Ave North<br>Lake Worth, FL 33461<br>Fax: (561) 582-8558 | |

**EXHIBIT E**

Case 3:05-bk-03817-JAF    Doc 257    Filed 03/04/05    Page 17 of 18

**EXHIBIT E**

Commonwealth Brands, Inc.
C/O Wyatt, Tarrant & Combs, LLP
Attn: Robert J. Brown
250 West Main Street, Ste 1600
Lexington, KY 40507-1746
Phone: 859-233-2012
Fax: 859-259-0649
lexbankruptcy@wyattfirm.com

Southern Pride Catfish
C/O Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4523
Fax: 973-639-6244
dcrapo@gibbonslaw.com

Riverdale Farms
C/O Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway, P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax: 973-538-5146
 bsmoore@pbnlaw.com

Mott's LLP
C/O Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682
Rwward@airmail.net

Krispy Kreme Doughnut Corp.
C/O Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017
Phone: 212-476-4777
Fax: 212-476-4787
Dbr@tbfesq.com