**WINN-DIXIE STORES, INC.**
**AEP ACCTS**

| PRE-PETITION ACCT # | POST-PETITION ACCT # | NAME | SERVICE ADDRESS | DEPOSIT QUOTE | PREPETITION DEBT |
|---|---|---|---|---|---|
| 018-431-260-0 | 018-431-260-1 | WINN DIXIE CHARLOTTE INC | 2450 MEMORIAL BLVD KINGSPORT, TN | $11,088.00 | $3,701.02 |
| 013-294-260-0 | 013-294-260-1 ` | WINN DIXIE CHARLOTTE INC | 4310 W STONE DR KINGSPORT, TN | $8,984.00 | $1,813.12 |
| 018-710-260-0 | 018-710-260-1 | WINN DIXIE-CHARLOTTE INC | 2450 MEMORIAL BLVD KINGSPORT, TN | $78.00 | $52.35 |
| 020-903-288-1 | 020-903-288-0 | WINN DIXIE RALEIGH INC STORE #983 | 1255 FRANKLIN ST ROCKY MOUNT, VA | $16,430.00 | $7,269.38 |
| 022-992-652-1 | 022-992-652-0 | WINN DIXIE RALEIGH INC | 3225 OLD FOREST RD LYNCHBURG, VA | $1,132.00 | $595.30 |
| 023-546-053-1 | 023-546-053-2 | WINN-DIXIE RALEIGH INC | 4950 PLANTATION RD ROANOKE, VA | $518.00 | $190.24 |
| 022-642-552-0 | 022-642-552-1 | WINN-DIXIE RALEIGH INC | STATE RT 24 VINTON, VA | $10,990.00 | $3,037.52 |
| 020-173-552-1 | 020-173-552-0 | WINN-DIXIE RALEIGH INC #963 | 4920 GREENSBORO RD RIDGEWAY, VA | $11,984.00 | $9,194.18 |
| 027-267-852-1 | 027-267-852-0 | WINN-DIXIE RALEIGH INC #989 | 7701 TIMBERLAKE RD LYNCHBURG, VA | $1,522.00 | $496.71 |
| 953-033-790-0 | 953-033-790-1 | WINN DIXIE #2577 | 410 S GEORGE NIGH EXPY MCALESTER, OK | $270.00 | $129.79 |
| 962-022-603-0 | 962-022-603-2 | WINN DIXIE #2437 CONTRACT ACCT | 101 MIDTOWN PLZ KILGORE, TX | $3,190.00 | $2,059.90 |
| **TOTAL** | | | | **$66,186.00** | **$28,539.51** |