**Duke Power Company**
**Post Petition Deposit**

**Debtor: WINN-DIXIE**

| Name | Pre-Petition Account Number | Service Address | Pre-Petition Debt | Post Petition Deposit 2 Month |
|---|---|---|---|---|
| Winn-Dixie | 2588900 | 1526 Alleghany St. Charlotte, NC | N/A | $17,585.00 |
| Winn-Dixie | 2588903 | 3122 Eastway Dr. Charlotte, NC | N/A | $13,540.00 |
| Winn-Dixie | 2588904 | 5300 Sunset Rd. Charlotte, NC | N/A | $14,615.00 |
| Winn-Dixie | 2588905 | 8322 Pinevl Matt.Rd. Charlotte, NC | N/A | $17,150.00 |
| Winn-Dixie | 2588906 | 818 E. Arrowood Rd. Charlotte, NC | N/A | $18,220.00 |
| Winn-Dixie | 2588921 | 3008 Old Hollow Rd. Walkertown, NC | N/A | $15,950.00 |
| Winn-Dixie | 2588932 | 4709 Lawndale Dr. Greensboro, NC | N/A | $2,140.00 |
| Winn-Dixie | 2588936 | 1421 E. Cone Blv. Greensboro, NC | N/A | $19,155.00 |
| Winn-Dixie | 2588937 | 5322 Liberty Rd. Greensboro, NC | N/A | $13,350.00 |
| Winn-Dixie | 2588940 | 1003 W. Main St. HR, Haw River, NC | N/A | $17,185.00 |
| Winn-Dixie | 2588951 | 807 S. Msin St. GR Graham, NC | N/A | $12,910.00 |
| Winn-Dixie | 2588945 | Hwy. 64-70 Hildebran, NC | N/A | $90.00 |
| Winn-Dixie | 2588946 | Hwy. 64-70 W Hildebran, NC | N/A | $10,935.00 |
| Winn-Dixie | 2588947 | 2449 Hwy 127 N Hickory, NC | N/A | $20,735.00 |
| Winn-Dixie | 2588948 | 2515 12th AV NE Hickory, NC | N/A | $19,245.00 |
| Winn-Dixie | 2588950 | 401 E. Lakewood Ave. Durham, NC | N/A | $6,100.00 |
| Winn-Dixie | 2588952 | 1005 Railroad Ave. Rutherfordton, NC | N/A | $11,580.00 |
| Winn-Dixie | 2588953 | Pennrose Mall Reidsville, NC | N/A | $16,075.00 |
| Winn-Dixie | 2588954 | 1460 S. Main St. Chine Grove, NC | N/A | $15,735.00 |
| Winn-Dixie | 2588956 | 908 N. Salisbury St. Salisbury, NC | N/A | $15,185.00 |
| Winn-Dixie | 2588957 | 908 N. Salisbury St. Salisbury, NC | N/A | $70.00 |
| Winn-Dixie | 2588958 | 950 S. Cannon Blvd. Kannapolis, NC | N/A | $12,185.00 |
| Winn-Dixie | 2588964 | 7720 NC 770#1 Eden, NC | N/A | $10,770.00 |
| Winn-Dixie | 2588965 | N. Bridge St. Elkin, NC | N/A | $14,260.00 |
| Winn-Dixie | 2588966 | US 421 A,C83-2 N. Wilkesboro, NC | N/A | $14,190.00 |
| Winn-Dixie | 2588967 | New Market Madison Madison, NC | N/A | $19,930.00 |
| Winn-Dixie | 2588972 | Chimny Rk Rd. Hendersonville, NC | N/A | $14,575.00 |

| Winn-Dixie | 2588973 | 245 Rosman Hwy. Brevard, NC | N/A | $10,495.00 |
|---|---|---|---|---|
| Winn-Dixie | 2588976 | 109 E. Dallas Rd., Stanley, NC | N/A | $10,880.00 |
| Winn-Dixie | 2588977 | 157 W. Wilkinson Blvd. Belmont, NC | N/A | $14,255.00 |
| Winn-Dixie | 2588978 | 2620 E. Main St. Lincolnton, NC | N/A | $13,445.00 |
| Winn-Dixie | 2588979 | 2618 E. Main St. Sign Lincolnton, NC | N/A | $110.00 |
| Winn-Dixie | 2588980 | 742 NC 27 West Lincolnton, NC | N/A | $19,425.00 |
| Winn-Dixie | 2588982 | 315 N. Main St. Marion, NC | N/A | $9,380.00 |
| Winn-Dixie | 855400 | 3122 Eastway Dr. Charlotte, NC | N/A | $15.00 |
| Winn-Dixie | 855411 | 2727 S. Church St. Burlington, NC | N/A | $24,900.00 |
| Winn-Dixie | 855413 | 1460 S. Main St. China Grove, NC | N/A | $2,075.00 |
| Winn-Dixie | 855414 | 950 S, Cannon Blvd. Kannapolis, NC | N/A | $975.00 |
| Winn-Dixie | 2142099 | 10215 Univ. City Blvd. Charlotte, NC | N/A | $20,070.00 |
| Winn-Dixie | 150694 | 525 Little Rock Rd. Charlotte, NC | N/A | $23,485.00 |
| Winn-Dixie | 904200 | 640 S. Van Buren Rd. Eden, NC | N/A | $17,755.00 |
| Winn-Dixie | 904337 | 4709 Lawndale Dr. Greensboro, NC | N/A | $335.00 |
| Winn-Dixie | 2678396 | 710 W. Market Sq. Salisbury, NC | N/A | $14,680.00 |
| Winn-Dixie | 2678413 | 3112 Milton Rd. Charlotte, NC | N/A | $15,660.00 |
| Winn-Dixie | 568698 | 1033 Randolph St. #1 Thomasville, NC | N/A | $15,945.00 |
| Winn-Dixie | 2914679 | Cloniger St. Thomasville, NC | N/A | $155.00 |
| Winn-Dixie | 3286112 | 11108 S. Tryon St. Charlotte, NC | N/A | $20,620.00 |
| Winn-Dixie | 125973 | Railroad Ave. Rutherfordton, NC | N/A | $30.00 |
| Winn-Dixie | 144858 | Excelsior/Nevada Blv. Charlotte, NC | N/A | $131,135.00 |
| Winn-Dixie | 2957589 | 2000 Avondale Dr. Durham, NC | N/A | $23,175.00 |
| Winn-Dixie | 4061134 | 1020 Mebane Oaks Rd. Mebane, NC | N/A | $23,860.00 |
| Winn-Dixie | 4736526 | 3712 S. Holden Rd. Greensboro, NC | N/A | $1450.00 |
| Winn-Dixie | 3490928 | 1605 New Garden Rd. Greensboro, NC | N/A | $19,945.00 |
| Winn-Dixie | 3710972 | 2025 Morganton Blvd. Lenoir, NC | N/A | $17,665.00 |
| Winn-Dixie | 2786047 | 189 Hickory Tree Rd. Winston Salem, NC | N/A | $17,680.00 |
| Winn-Dixie | 2588896 | 4400 Potter Rd. Matthews, NC | N/A | $16,680.00 |
| Winn-Dixie | 2588907 | 951 Grove Rd. Greenville, SC | N/A | $18,380.00 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Winn-Dixie | 2588911 | 642 Sulphur Spgs.Sign Greenville, SC | N/A | $145.00 |
| Winn-Dixie | 2588912 | 642 Sulphur Spgs Rd. Greenville, SC | N/A | $21,000.00 |
| Winn-Dixie | 2588913 | 642 Sulphur Spgs Rd. Greenville, SC | N/A | $175.00 |
| Winn-Dixie | 2588916 | 2819 Wade Hampton Taylors, SC | N/A | $195.00 |
| Winn-Dixie | 2588919 | Hwy. 25 Roe Rd. Travelers Rest, SC | N/A | $20,860.00 |
| Winn-Dixie | 2588924 | Windsor Place Anderson, SC | N/A | $15,065.00 |
| Winn-Dixie | 2588928 | JA Cochran Bypass Chester,, SC | N/A | $14,325.00 |
| Winn-Dixie | 2588931 | 700 E. Main St. #13 Duncan, SC | N/A | $20,790.00 |
| Winn-Dixie | 2588960 | 529 Hampton Ave Pickens, SC | N/A | $22,115.00 |
| Winn-Dixie | 2588961 | 134 Foothills Ctr. West Union, SC | N/A | $19,665.00 |
| Winn-Dixie | 2588963 | 500 Old Greenville Hwy. Clemson, SC | N/A | $25,355.00 |
| Winn-Dixie | 2588970 | 1529 Reidville Rd. Spartanburg, SC | N/A | $22,120.00 |
| Winn-Dixie | 2588971 | 359 Cresote Rd. Spartanburg, SC | N/A | $20,295.00 |
| Winn-Dixie | 2588974 | 1329 W. Hwy. 160 Fort Mill, SC | N/A | $24,645.00 |
| Winn-Dixie | 855402 | 21 Town Sq. Shp. Ctr. Williamston, SC | N/A | $20,680.00 |
| Winn-Dixie | 855404 | 605 S. Main St. Belton, SC | N/A | $17,555.00 |
| Winn-Dixie | 855405 | Palmetto Place Shp. Belton, SC | N/A | $2,890.00 |
| Winn-Dixie | 855415 | 134 Foothills Ctr. West Union, SC | N/A | $1,295.00 |
| Winn-Dixie | 855416 | Old Greenville Hwy. Clemson, SC | N/A | $3,250.00 |
| Winn-Dixie | 855419 | 1329 W. Hwy. 160 Fort Mill, SC | N/A | $695.00 |
| Winn-Dixie | 2678377 | 254 Cedar Springs Rd. Spartanburg, SC | N/A | $22,725.00 |
| Winn-Dixie | 729558 | Winn Dixie Whse. Greenville, SC | N/A | $118,170.00 |
| Winn-Dixie | 1091409 | 158 Hwy. 274 Clover, SC | N/A | $23,910.00 |
| Winn-Dixie | 556942 | 550 Roe Center Ct. Travelers Rest, SC | N/A | $1,160.00 |
| Winn-Dixie | 919491 | 1329 W. Hwy 160 Fort Mill, SC | N/A | $1,450.00 |
| Winn-Dixie | 1188415 | 1475 Pearman Dairy Rd. Anderson, SC | N/A | $22,190.00 |
| Winn-Dixie | 3000645 | 1131 Hwy. 321 N. York, SC | N/A | $24,535.00 |
| Winn-Dixie | 4230882 | 134 Foothills Dr. West Union, SC | N/A | $135.00 |
| Winn-Dixie | 4736557 | 935 Hwy 29 S. Anderson, SC | N/A | $3,220.00 |
| Winn-Dixie | 1378530776 | 935 Hwy.29 S. Anderson, SC | N/A | $325.00 |
| | | | | |

| Winn-Dixie | 1329950049 | 935 Hwy 29 S. Anderson, SC | N/A | $2,900.00 |
| Winn-Dixie | 3826695 | 254 Cedar Springs Rd. Spartanburg, SC | N/A | $970.00 |
| TOTAL | | | | $1,362,925.00 |