# Winn-Dixie Stores Inc

**Dominion Virginia Power**

| Account Address | Account Number | Prepetition Debt Est. | Deposit Held | Requested Deposit |
|---|---|---|---|---|
| 3300 Broad Rock Blvd Richmond VA | 619918329 | $ 2,500.00 | $27,540.00 | $ 27,010.00 |
| 6500 George Washington Hwy Yorktown VA | 818806705 | $ 1,200.00 | $1,722.00 | $ 1,462.00 |
| 301 Oyster Point Rd Newport News VA | 4570255556 | $ 200.00 | $2,481.00 | $ 1,156.00 |
| 5260 Oaklawn Blvd Hoepwell VA | 5866390007 | $ 12,100.00 | $24,114.00 | $ 25,166.00 |
| 5210 Oaklawn Blvd Hopewell VA | 8232210006 | $ 20.00 | $36.00 | $ 37.00 |
| 2098 Nickerson Blvd Hampton VA | 8442605302 | $ 800.00 | $25,563.00 | $ 24,614.00 |
| 2301 Salem Church Rd Fredericksburg VA | 8741780145 | $ 3,300.00 | $2,691.00 | $ 6,343.00 |
| Pocohontas Trl Quinton VA | 332776004 | $ 450.00 | $1,133.00 | $ 850.00 |
| 13532 Genito Rd Midlothian VA | 516420007 | $ 10,000.00 | $23,977.00 | $ 23,391.00 |
| 6569 Market Dr Gloucester VA | 656342508 | $ 11,400.00 | $25,000.00 | $ 26,538.00 |
| Airport Dr Highland Springs VA | 1536310004 | $ 8,000.00 | $17,761.00 | $ 17,426.00 |
| 6601 Lake Harbour Dr Midlothian VA | 2635184001 | $ 11,600.00 | $29,520.00 | $ 28,049.00 |
| 7300 Market Place Dr Quinton VA | 4452400007 | $ 13,000.00 | $23,571.00 | $ 25,240.00 |
| Staunton Plaza SH | 5826500000 | $ 6,000.00 | $16,164.00 | $ 16,254.00 |

| | | | | |
|---|---|---|---|---|
| Hurt VA | | | | |
| 4211 Beulah Rd<br>Richmond VA | 7316230007 | $ 4,700.00 | $16,332.00 | $ 15,085.00 |
| 719 E Atlantic St<br>South Hill VA | 7534747568 | $ 150.00 | $269.00 | $ 252.00 |
| 12450 Gayton Rd<br>Richmond VA | 7546282505 | $ 9,500.00 | $17,682.00 | $ 20,702.00 |
| 4501 John Tyler Hwy<br>Williamsburg VA | 8146345007 | $ 12,000.00 | $26,572.00 | $ 26,065.00 |
| 1720 E Little Creek Rd<br>Norfolk VA | 8655354739 | $ 2,000.00 | $25,024.00 | $ 23,475.00 |
| Virginia Ave<br>Clarksville VA | 9376390002 | $ 600.00 | $1,888.00 | $ 1,463.00 |
| 3810 Mechanisville Pike<br>Richmond VA | 9456360008 | $ 5,700.00 | $16,125.00 | $ 16,452.00 |
| State Rt 3<br>Kilmarnock VA | 6396170000 | $ 250.00 | $1,282.00 | $ 1,261.00 |
| **TOTAL** | | **$ 115,470.00** | **$326,447.00** | **$ 328,291.00** |
| Dominion North Carolina Power | | | | |
| 813 East Blvd<br>Williamston NC | 2186300006 | $ 72.00 | $14,886.00 | $ 14,418.00 |
| 1120 E 10th St<br>Roanoke Rapid NC | 3656288531 | $ 18,000.00 | $30,199.00 | $ 30,300.00 |
| 1120 E 10th St Sign<br>Roanoke Rapid NC | 4386807822 | $ 100.00 | $122.00 | $ 158.00 |
| **TOTAL** | | **$ 18,172.00** | **$45,207.00** | **$ 44,876.00** |
| **Dominion Total** | | **$ 133,642.00** | **$371,654.00** | **$373,167.00** |