**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **WINN-DIXIE STORES, INC.**, <u>et al</u>, | ) Case No. 05-11063 (RDD) |
|  | ) |
| **Debtors.** | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Thomas R. Slome, hereby certify that on this 4th day of March 2005, I caused a true and correct copy of the (I) Objection of Certain Utility Companies to Motion of Debtors For Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures For Resolving Requests For Additional Assurance, and (II) Motion of Utility Companies To Determine Adequate Assurance of Payment to be sent via facsimile and first-class mail, postage prepaid, on the parties listed below.

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York  10036
*Counsel For Debtors*
Facsimile No. 917-777-2150

Sarah Robinson Boarders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303
*Counsel For Debtors*
Facsimile No. 404-572-5100

2

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004
*United States Trustee*
Facsimile No. 212-668-2255

                                                /s/ Thomas R. Slome
                                                Thomas R. Slome (TS-0957)