Alan W. Kornberg (AWK 0756)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
(212) 757-3990

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
                                                    :
In re:                                              :   Chapter 11
                                                    :
WINN-DIXIE STORES, INC., et al.,                    :   Case No. 05-11063 (RDD)
                                                    :   (Jointly Administered)
                       Debtors.                     :
                                                    :
----------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that OCM Opportunities Fund V, L.P., a party in interest in the above-referenced case, by and through its counsel, hereby enters its appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and that such representatives hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given and served upon the undersigned representatives at the following addresses and telephone numbers:

| | |
|---|---|
| Alan W. Kornberg | Alan S. Adler |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | OCM Opportunities Fund V, L.P. |
| 1285 Avenue of the Americas | c/o Oaktree Capital Management, LLC |
| New York, NY 10019-6064 | 333 South Grand Avenue, 28th Floor |
| Tel. No. (212) 373-3000 | Los Angeles, CA 90071 |
| Fax No. (212) 757-3990 | Tel. No. (213) 830-6473 |
| | Fax No. (213) 830-8851 |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to

Doc #:NY6:928100.4

in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive OCM Opportunities Fund V, L.P.'s (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which OCM Opportunities Fund V, L.P., is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
       March 4, 2005

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:   /s/ Alan W. Kornberg\_\_\_
               Alan W. Kornberg, Esq.
               (A member of the firm)
               1285 Avenue of the Americas
               New York, NY 10019-6064
               Tel. No. 212-373-3000
               Tel. No. 212-757-3990

Doc #:NY6:928100.4