UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
In re:                                            :      Chapter 11
:
WINN-DIXIE STORES, INC., *et al.*                 :      Case No. 05-11063 (RDD)
:
                     Debtors.                     :      (Jointly Administered)
:
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

Joseph Monzione, being duly sworn, deposes, and says:

     1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.    On March 4, 2005, I caused to be served copies of the **Notice of Appearance and Demand for Service of Papers** on the persons set forth on the attached service list.

     3.    I caused such service to be made by enclosing true copies of the aforementioned document in postpaid, properly addressed envelopes, and caused them to be deposited in a depository under the exclusive care and custody of the United States Post Office in the State of New York.

                                             /s/ Joseph Monzione
                                               Joseph Monzione

Sworn to before me this
4th day of March, 2005

/s/ Maurice Tattnall
Notary Public
State of New York, No. 01TA6018000
Qualified in Kings County,
Certificate Filed in New York County
Commission Expires Dec. 21, 2006

Doc #:NY6:929086.1

**SERVICE LIST**

Patricia Morrissey
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Noah Charney
Bear Stearns Investment Products, Inc.
383 Madison Avenue
New York, NY 10179

Steven J. Reisman
Curtis Mallet-Prevost Colt & Mosle
101 Park Avenue
New York, NY 10178

Steven Cimalore
Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

Sarah Robinson Borders
Brian C. Walsh
King & Spalding
191 Peachtree Street
Atlanta, GA 30303

Jason DiBattista
Larren M. Nashelsky
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Nichols Griffths
Merrill Lynch Pierce Fenner & Smith, Inc.
4 World Financial Center
New York, NY 10080

Jonathan Helfat
Richard G. Haddad
Daniel F. Fiorillo
Outterbourg Steindler Houston & Rosen
230 Park Avenue
New York, NY 10169

Dennis F. Dunne
Milbank Tweed Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

David Baker
Sally McDonald Henry
R.W. Gray
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036