<u>**Exhibit A**</u>

**ORDINARY COURSE PROFESSIONALS**

| <u>**Ordinary Course Professional**</u> | <u>**Services Provided**</u> |
|---|---|
| A. Brian Phillips, P.A.<br>111 N. Orange Avenue<br>Suite 1030<br>Orlando, Florida 32801 | Non-bankruptcy legal counsel |
| Adams & Adams<br>5th Floor, Concord Bldg.<br>66 West Flagler St.<br>Miami, FL 33130 | Non-bankruptcy legal counsel |
| Adorno & Yoss, P. A.<br>2525 Ponce de Leon Blvd., Suite 400<br>Coral Gables, FL 33134 | Non-bankruptcy legal counsel |
| Adorno & Yoss, P.A.<br>888 S.E. 3rd Avenue<br>Ft. Lauderdale, FL 33316 | Non-bankruptcy legal counsel |
| AIB International<br>1213 Bakers Way<br>P. O. Box 3999<br>Manhatttan, KS 66505-3999 | Food safety auditing |
| Akerman & Senterfitt P.A.<br>255 South Orange Avenue<br>Citrus Center<br>Orlando, Florida 32802 | Non-bankruptcy legal counsel |
| Akerman, Senterfitt & Eidson, P.A.<br>350 East Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, Florida 33301 | Non-bankruptcy legal counsel |
| Akerman, Senterfitt & Eidson, P.A.<br>50 North Laura Street<br>Suite 2750<br>Jacksonville, Florida 32202 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
|---|---|
| Akerman, Senterfitt & Eidson, P.A.<br>Sun Trust International<br>Center One<br>Miami, Florida 33131 | Non-bankruptcy legal counsel |
| Allen, Norton & Blue, P.A.<br>121 Majorca Ave.<br>Miami, Florida 33134 | Non-bankruptcy legal counsel |
| Armstrong Allen, PLLC<br>Brinkley Plaza<br>80 Monroe Avenue<br>Memphis, Tennessee 38103 | Non-bankruptcy legal counsel |
| Arnall Golden & Gregory, LLP<br>2800 One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309 | Non-bankruptcy legal counsel |
| Arrick, Peacock, Hodges & Wiener<br>Two Datran Center, Suite 1500<br>9130 S. Dadeland Blvd.<br>Miami, FL 33156 | Non-bankruptcy legal counsel |
| Ashe, Rafuse & Hill, LLP<br>1355 Peachtree St. NE<br>Suite 500<br>Atlanta, Georgia 30309 | Non-bankruptcy legal counsel |
| Baker & Hostetler<br>SunBank Center<br>200 South Orange Avenue<br>Orlando, Florida 32801 | Non-bankruptcy legal counsel |
| Baker & McKenzie<br>P.O. Box 60309<br>660 Hansen Way<br>Palo Alto, California 94304 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
|---|---|
| Baker, Donelson, Bearman, Caldwell & Berkowitz<br>South Trust Tower<br>420 N. Twentieth Street<br>Birmingham, Alabama 35203 | Non-bankruptcy legal counsel |
| Baker, Ravenel & Bender, LLP<br>1730 Main Street 29201<br>P. O. Box 8057<br>Columbia, SC 29202 | Non-bankruptcy legal counsel |
| Barron, Redding, Hughes, Fite, Fensom, et al<br>P.O. Box 2467<br>Panama City, Florida 32402 | Non-bankruptcy legal counsel |
| Beasley & Holden<br>435 Court Street<br>Reno, Nevada 89501 | Non-bankruptcy legal counsel |
| Bedell, Ditmar, DeVault, Pillans & Coxe<br>101 E. Adams Street<br>Jacksonville, Florida 32202 | Non-bankruptcy legal counsel |
| Beers, Anderson, Jackson & Smith, P.C.<br>250 Commerce Street<br>Suite 100<br>Montgomery, Alabama 36104 | Non-bankruptcy legal counsel |
| Bilzin, Sumberg, Dunn, Baena, el al.<br>First Union Financial Center<br>200 South Biscayne Blvd.<br>Miami, Florida 33131 | Non-bankruptcy legal counsel |
| Breaud & Lemoine, PLC<br>600 Jefferson Street (P. O. Box 3448)<br>Lafayette, LA 70502 | Non-bankruptcy legal counsel |
| Brigham, Moore, Gaylord, Schuster, et al.<br>2963 Dupont Ave.<br>Suite 3<br>Jacksonville, Florida 32217 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
|---|---|
| Brunini Grantham Grower & Hewes, PLLC<br>1400 Trustmark Building<br>248 East Capitol Street<br>Jackson, Mississippi 39205 | Non-bankruptcy legal counsel |
| Bussey, White, McDonough & Freeman, P. A.<br>105 E. Robinson Street, 4th Floor<br>Orlando, FL 32801 | Non-bankruptcy legal counsel |
| Cabaniss, Johnston, Gardner, Dumas, et al.<br>Park Place Tower<br>2001 Park Place North<br>Birmingham, Alabama 35203 | Non-bankruptcy legal counsel |
| Cameron, Hodges, Coleman, Hodges & Wright<br>P. O. Box 5549<br>Ocala,, FL 34478 | Non-bankruptcy legal counsel |
| Camner, Lipsitz & Poller, P.A.<br>550 Biltmore Way<br>Suite 700<br>Miami, Florida 33134 | Non-bankruptcy legal counsel |
| Cantey & Hanger, L.L.P.<br>2100 Burnett Plaza<br>801 Cherry Street<br>Fort Worth, Texas 76102 | Non-bankruptcy legal counsel |
| Capell & Howard - Montgomery<br>150 South Perry Street<br>Montgomery, Alabama 36104 | Non-bankruptcy legal counsel |
| Carlock, Copeland, Semler & Stair, LLP<br>1214 First Avenue, Suite 400<br>Columbus, GA 31902 | Non-bankruptcy legal counsel |
| Carlock, Copeland, Semler & Stair, LLP<br>285 Peachtree Cener Avenue, Suite 2600<br>Atlanta, GA 30303 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
| --- | --- |
| Carlton Fields<br>100 S.E. Second St, Ste 4000<br>Miami, Florida 33131 | Non-bankruptcy legal counsel |
| Carlton, Fields, Ward, Emmanuel, et al.<br>One Harbour Place<br>777 S. Harbour Island Blvd.<br>Tampa, Florida 33602 | Non-bankruptcy legal counsel |
| Carman, Beauchamp & Sang, P. A.<br>1936 Lee Road, Suite 250<br>Winter Park, FL 32789 | Non-bankruptcy legal counsel |
| Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.<br>100 Vestavia Parkway, Suite 200<br>Birmingham,, AL 35216 | Non-bankruptcy legal counsel |
| Caskie & Frost<br>P. O. Box 6360<br>Lynchburg, VA 24505 | Non-bankruptcy legal counsel |
| Chambless, Higdon, Richardson, Katz & Griggs, LLP<br>P.O. Box 246<br>Macon, GA 31202 | Non-bankruptcy legal counsel |
| Christovich & Kearney<br>601 Poydras Street, Suite 2300<br>New Orleans, LA 70130-6078 | Non-bankruptcy legal counsel |
| Clark Partington Hart Larry Bong & Stackhouse<br>One Pensacola Plaza<br>Suite 800<br>Pensacola, Florida 32501 | Non-bankruptcy legal counsel |
| Clarke Silverglate Campbell Williams &<br>Montgomery<br>799 Brickell Plaza<br>Suite 900<br>Miami, Florida 33131 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
|---|---|
| Clyatt, Clyatt & Golden<br>410 North Valdosta Rd.<br>Valdosta, GA  31603 | Non-bankruptcy legal counsel |
| Coffman, Coleman, Andrews, et al.<br>800 West Monroe Street<br>Jacksonville, Florida 32202 | Non-bankruptcy legal counsel |
| Cogburn Cogburn Goosmann & Brazil<br>P. O. Box 7436<br>Ashville, NC  28801 | Non-bankruptcy legal counsel |
| Coia & Sutton<br>Biscayne Centre<br>11900 Biscayne Blvd., Penthouse Suite 808<br>Miami, FL  33181 | Non-bankruptcy legal counsel |
| Cole, Stone, Stoudemire & Morgan<br>201 N. Hogan Street, Suite 200<br>Jacksonville, FL  32202 | Non-bankruptcy legal counsel |
| Collier, Shannon & Scott, PLLC<br>3050 K Street, N.W.<br>Suite 400<br>Washington, DC  20007 | Non-bankruptcy legal counsel |
| Constangy, Brooks & Smith, LLC<br>Billing Department<br>P.O. Box 102476<br>Atlanta, Georgia  30303 | Non-bankruptcy legal counsel |
| Crawford & Lewis<br>1600 Bank One Centre-North Tower<br>450 Laura Street<br>Baton Rouge, LA  70801 | Non-bankruptcy legal counsel |
| Dinsmore & Shohl, LLP<br>1400 PNC Plaza<br>500 West Jefferson Street<br>Louisville, Kentucky  40202 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
|---|---|
| Doumar, Allsworth, et al.<br>1177 Southeast Third Ave.<br>Fort Lauderdale, Florida 33316 | Non-bankruptcy legal counsel |
| Dubois & Cruickshank<br>2060 Delta Way<br>P. O. Drawer 1509<br>Tallahassee, FL 32302 | Non-bankruptcy legal counsel |
| Ellis, Lawhorne & Sims<br>1501 Main Street, 5th Floor<br>Columbia, SC 29202 | Non-bankruptcy legal counsel |
| Epstein Becker & Green, P.C.<br>945 East Paces Ferry Road<br>Suite 2700<br>Atlanta, Georgia 30326 | Non-bankruptcy legal counsel |
| Epstein Becker & Green, P.C.<br>201 S. Biscayne Blvd, 10th Flr<br>Miami, Florida 33131 | Non-bankruptcy legal counsel |
| Eraclides, Johns, Hall, Gelman, Eikner &<br>Johannessen, LLP<br>4811 Atlantic Blvd.<br>Jacksonville, FL 32207 | Non-bankruptcy legal counsel |
| Fain, Major, Wiley & Brennan, P.C.<br>100 Glenridge Point Parkway<br>Suite 500<br>Atlanta, Georgia 30342 | Non-bankruptcy legal counsel |
| Foley & Lardner LLP<br>One Independent Drive<br>Suite 1300<br>Jacksonville, Florida 32202 | Non-bankruptcy legal counsel |
| Forman, Perry, Watkins, Krutz & Tardy<br>Twelfth Floor<br>One Jackson Place<br>Jackson, Mississippi 39225 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
|---|---|
| Fowler White Boggs Banker<br>501 1st Avenue North, Suite 900,<br>P. O. Box 210<br>St. Petersburg, FL 33701 | Non-bankruptcy legal counsel |
| Fowler White Boggs Banker<br>501 East Kennedy Blvd., Suite 1700<br>P. O. Box 1438 (33601)<br>Tampa, FL 33602 | Non-bankruptcy legal counsel |
| Fowler White Boggs Banker<br>5811 Pelican Bay Blvd., Suite 600<br>Naples, FL 34108 | Non-bankruptcy legal counsel |
| Fowler White Boggs Banker<br>P. O. Box 1567<br>Ft. Myers, FL 33902 | Non-bankruptcy legal counsel |
| Franke, Rainey & Salloum<br>2605 14th St.<br>Gulfport, Mississippi 39501 | Non-bankruptcy legal counsel |
| Frazer Hubbard Brandt Trask & Yacavone, LLP<br>595 Main Street<br>Dunedin, FL 34698 | Non-bankruptcy legal counsel |
| Gaines, Gaines, & Rasco, P.C.<br>127 North Street<br>Talladega, Alabama 35160 | Non-bankruptcy legal counsel |
| Gaunt, Pratt, Radford & Methe<br>Horizons Bldg., Suite 500<br>1401 Forum Way<br>West Palm Beach, FL 33401 | Non-bankruptcy legal counsel |
| George, Hartz, Lundeen, Fulmer, Johnstone, King & Stevens<br>2866 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
|---|---|
| Gibbes, Gallivan, White & Boyd<br>One Liberty Square, 55 Beattie Place, Suite 1200<br>P. O. Box 10589 (29603)<br>Greenville, SC 29601 | Non-bankruptcy legal counsel |
| Gonzalez, Saggio & Harlan, L.L.P.<br>Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio 45202 | Non-bankruptcy legal counsel |
| Gonzalez, Saggio & Harlan, L.L.P.<br>225 East Michigan<br>4th Floor<br>Milwaukee, Wisconsin 53202 | Non-bankruptcy legal counsel |
| Goodwin Raup, PC<br>3030 North Third Street<br>Suite 1300<br>Phoenix, Arizona 85012 | Non-bankruptcy legal counsel |
| Gray Robinson<br>301 E. Pine Street<br>Suite 1400<br>Orlando, Florida 32801 | Non-bankruptcy legal counsel |
| Grimball & Cabaniss<br>473 Savannah Highway<br>P.O. Box 816<br>Charleston, South Carolina 29407 | Non-bankruptcy legal counsel |
| Hagood & Kerr, PA<br>400 Hibben Street<br>Suite 200<br>Mount Pleasant, South Carolina 29464 | Non-bankruptcy legal counsel |
| Hall, Rodgers, Millikan & Croom, PLLC<br>1225 Crescent Green, Suite 100<br>Cary, NC 27511 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
| --- | --- |
| Harris & Harris<br>5300 Bee Cave Road, Bldg. III, Suite 200<br>P. O. Box 26534 (78731)<br>Austin, TX 78746 | Non-bankruptcy legal counsel |
| Hassell, Moorhead & Carroll<br>149 S. Ridgewood Ave., Ste. 301<br>P.O. Box 2229<br>Daytona Beach, FL 32115 | Non-bankruptcy legal counsel |
| Haynesworth, Sinkler & Boyd<br>P. O. Box 2048<br>Greenville, SC 29602 | Non-bankruptcy legal counsel |
| Haynesworth, Sinkler & Boyd<br>P. O. Box 340<br>Charleston, SC 29402 | Non-bankruptcy legal counsel |
| Hill, Hill, Carter, Franco, Cole & Black, P.C.<br>425 South Perry Street<br>Montgomery, Alabama 36104 | Non-bankruptcy legal counsel |
| Holland & Knight<br>P.O. Box 32092<br>Lakeland, Florida 33802 | Non-bankruptcy legal counsel |
| Holloway, Dobson & Bachman, Inc.<br>211 N. Robinson<br>Suite 900<br>Oklahoma City, Oklahoma 73102 | Non-bankruptcy legal counsel |
| Holt Ney Zatcoff & Wasserman, LLP<br>100 Galleria Pkwy, Ste 600<br>Atlanta, Georgia 30339 | Non-bankruptcy legal counsel |
| Hornbeck, Krahl, Vitalie & Braun<br>3711 N. Classen<br>Oklahoma City, OK 73118 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
| --- | --- |
| Howrey, Simon, Arnold & White<br>550 South Hope Street<br>Suite 1400<br>Los Angeles, California 90071 | Non-bankruptcy legal counsel |
| Howrey, Simon, Arnold & White<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004 | Non-bankruptcy legal counsel |
| Hurley, Rogner, Miller, Cox, Waranch & Westcott,PA<br>1560 Orange Ave., Suite 500<br>Winter Park, FL 32789 | Non-bankruptcy legal counsel |
| J. Gordon Rothwell, P. A.<br>560 First Ave., N.<br>St. Petersburg, FL 33701 | Non-bankruptcy legal counsel |
| Johnson, Smith, Hibbard & Wildman Law Firm<br>220 North Church Street<br>Spartanburg, South Carolina 29306 | Non-bankruptcy legal counsel |
| Jones, Walker, Waetcher, Poitevent, et al.<br>Place St. Charles<br>201 St. Charles Avenue<br>New Orleans, Louisiana 70170 | Non-bankruptcy legal counsel |
| Katz, Kutter, Haigler, Alderman et al<br>106 E. College Avenue<br>12th Floor<br>Tallahassee, Florida 32301 | Non-bankruptcy legal counsel |
| Kaufman Dickstein & Grunspan, P.A.<br>200 S. Biscayme Blvd, Ste 4650<br>Miami, Florida 33131 | Non-bankruptcy legal counsel |
| Kelley, Kronenberg, Gilmartin, Fichtel & Wander, PA<br>2655 Lejeune Road<br>Penthouse1, Suite C<br>Coral Gables, FL 33134 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
| --- | --- |
| Kiesewetter Wise Kaplan Schwimmer & Prather, PLC<br>3725 Champion Hills Drive<br>Suite 3000<br>Memphis, Tennessee 38125 | Non-bankruptcy legal counsel |
| Kilpatrick Stockton, L.L.P.<br>1400 First Union Bank Bldg.<br>P.O. Box 2043<br>Augusta, Georgia 30903 | Non-bankruptcy legal counsel |
| Kilpatrick Stockton, L.L.P.<br>P.O. Box 945614<br>1100 Peachtree Street<br>Atlanta, Georgia 30392 | Non-bankruptcy legal counsel |
| Korge & Korge<br>230 Palermo Avenue<br>Miami, Florida 33134 | Non-bankruptcy legal counsel |
| Kritzer & Levick, P.C.<br>6400 Powers Ferry Road<br>Suite 224<br>Atlanta, Georgia 30339 | Non-bankruptcy legal counsel |
| Landrum & Shouse<br>106 West Vine Street<br>P.O. Box 951<br>Lexingon, KY 40588-0951 | Non-bankruptcy legal counsel |
| Landry & Lavelle<br>3822 Elysian Field Ave.<br>New Orleans, LA 70122 | Non-bankruptcy legal counsel |
| Lane, Alton & Horst, LLC<br>175 South Third Street<br>Columbus, OH 43215-5100 | Non-bankruptcy legal counsel |
| Langston, Hess, Bolton, Znosko & Shepard, P.A.<br>Bank of America Bldg.<br>2400 1st Street, Suite 212<br>Ft. Myers, FL 33901 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
|---|---|
| Langston, Hess, Bolton, Znosko & Shepard, P.A.<br>P. O. Box 945050<br>111 South Maitland Ave.<br>Maitland, FL 32794 | Non-bankruptcy legal counsel |
| Latham & Watkins<br>1001 Pennsylvania Ave, N.W.<br>Suite 1300<br>Washington, DC 20004 | Non-bankruptcy legal counsel |
| Law Office of Geoffrey D. Swindler<br>711 N. Lincoln Street<br>Spokane, Washington 99201 | Non-bankruptcy legal counsel |
| Law Office of Steven E. Scheer<br>P. O. Box 11047<br>Savannah, GA 31412 | Non-bankruptcy legal counsel |
| Law Offices of Rick J. Bearfield<br>Wesley Plaza<br>Suite 1<br>Johnson City, Tennessee 37602 | Non-bankruptcy legal counsel |
| Law Tech, L.L.C.<br>220 East Forsyth Street<br>South Suite<br>Jacksonville, Florida 32202 | Non-bankruptcy legal counsel |
| Leatherwood, Walker, Todd & Mann, P.C.<br>P.O. Box 87<br>Greenville, South Carolina 29602 | Non-bankruptcy legal counsel |
| Leatherwood, Walker, Todd & Mann, P.C.<br>1451 East Main Street<br>Spartanburg, South Carolina 29304 | Non-bankruptcy legal counsel |
| LeBoeuf, Lamb, Greene & MacRae<br>50 North Laura Street<br>Suite 2800<br>Jacksonville, Florida 32202 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
|---|---|
| LeClair Ryan<br>707 East Main Street<br>Eleventh Floor<br>Richmond, Virginia 23219 | Non-bankruptcy legal counsel |
| Lee & McInish, PC<br>P.O. Box 1665<br>238 West Main Street<br>Dothan, Alabama 36302 | Non-bankruptcy legal counsel |
| Lehr, Middlebrooks, Price & Vreeland, P.C.<br>2021 3rd Ave North<br>Birmingham, Alabama 35203 | Non-bankruptcy legal counsel |
| Leitner, Williams, Dooley & Napolitan<br>Pioneer Bldg., Third Floor<br>Chattanooga, TN 37402-2612 | Non-bankruptcy legal counsel |
| Liles, Gavin, Costantino & Murphy<br>225 Water Street, Ste 1500<br>Jacksonville, Florida 32202 | Non-bankruptcy legal counsel |
| Litvak & Beasley, LLP<br>SunTrust Tower, Suite 205<br>220 West Garden Street<br>Pensacola, Florida 32591 | Non-bankruptcy legal counsel |
| Locke Liddell & Sapp LLP<br>2200 Ross Avenue<br>Suite 2200<br>Dallas, Texas 75201 | Non-bankruptcy legal counsel |
| Long, Aldridge & Norman<br>303 PeachTree Street<br>Suite 5300<br>Atlanta, Georgia 30308 | Non-bankruptcy legal counsel |
| Lyons, Pipes & Cook<br>2 North Royal Street<br>Mobile, Alabama 36602 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
| --- | --- |
| Marlow, Connell, Valerius, Abrams, Adler & Newman<br>One East Broward Blvd., Suite 905<br>Ft. Lauderdale, FL 33301 | Non-bankruptcy legal counsel |
| Marlow, Connell, Valerius, Abrams, Adler, Newman & Lewis<br>4000 Ponce de Leon Blvd., Suite 570<br>Coral Gables, FL 33146 | Non-bankruptcy legal counsel |
| Marshall, Dennehey, Warner, Coleman & Goggin<br>13 East Bay Street<br>Jacksonville, FL 32202 | Non-bankruptcy legal counsel |
| McAfee & Taft<br>2 Leadership Square<br>Tenth Floor<br>Oklahoma City, Oklahoma 73102 | Non-bankruptcy legal counsel |
| McAngus, Goudelock & Courie, PLLC<br>P. O. Box 30307<br>Charlotte, NC 28230 | Non-bankruptcy legal counsel |
| McCalla, Thompson, Pyburn, et al.<br>Poydras Center<br>650 Poydras Street<br>New Orleans, Louisiana 70130 | Non-bankruptcy legal counsel |
| McConnaughhay, Duffy, Coonrad & Pope<br>3220 S.W. 33rd Road<br>Ocala, FL 34474 | Non-bankruptcy legal counsel |
| McConnaughhay, Duffy, Coonrad & Pope<br>P. O. Drawer 229<br>Tallahassee, FL 32302 | Non-bankruptcy legal counsel |
| McGlinchey Stafford<br>643 Magazine Street<br>New Orleans, Louisiana 70130 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
|---|---|
| McGuire Woods, LLP<br>Bank of America Plaza<br>101 South Tryon Street<br>Charlotte, North Carolina 28280 | Non-bankruptcy legal counsel |
| McGuire Woods, LLP<br>Court Square Building<br>310 Fourth Street N.E.<br>Charlottesville, Virginia 22902 | Non-bankruptcy legal counsel |
| McGuire Woods, LLP<br>50 North Laura Street<br>Suite 3300<br>Jacksonville, Florida 32202 | Non-bankruptcy legal counsel |
| Middleton & Reutlinger<br>2500 Brown & Williamson Tower<br>Louisville, KY 40202 | Non-bankruptcy legal counsel |
| Miller & Martin, PLLC<br>832 Georgia Ave., Ste 1000<br>Chattanooga, Tennessee 37402 | Non-bankruptcy legal counsel |
| Minno Law Firm<br>2062 Thomasville Road<br>Tallahassee, FL 32308 | Non-bankruptcy legal counsel |
| Morford & Whitefield, P.A.<br>4040 Woodcock Drive<br>Suite 202<br>Jacksonville, Florida 32207 | Non-bankruptcy legal counsel |
| National Registry of Food Safety Professionals<br>P. O. Box 850001<br>Orlando, FL 32885-0341 | Risk management/safety |
| Nelson Mullins Riley & Scarborough, L.L.P.<br>151 Meeting Street<br>Liberty Building, Suite 500<br>Charleston, South Carolina 29401 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
|---|---|
| Nelson Mullins Riley & Scarborough, L.L.P.<br>1320 Main Street, 17th Floor<br>P.O. Box 11070<br>Columbia, South Carolina  29201 | Non-bankruptcy legal counsel |
| Ogletree, Deakins, Nash, Smoak & Stewart, L.L.P.<br>600 Peachtree Street<br>N.E. Suite 2100<br>Atlanta, Georgia  30308 | Non-bankruptcy legal counsel |
| Ogletree, Deakins, Nash, Smoak & Stewart, L.L.P.<br>1501 Main Street<br>Suite 600<br>Columbia, South Carolina  29201 | Non-bankruptcy legal counsel |
| Ogletree, Deakins, Nash, Smoak & Stewart, L.L.P.<br>300 North Main Street<br>Greenville, South Carolina  29602 | Non-bankruptcy legal counsel |
| Ogletree, Deakins, Nash, Smoak & Stewart, L.L.P.<br>2301 Sugar Bush Road<br>Suite 501 (27612)<br>Raleigh, North Carolina  27622 | Non-bankruptcy legal counsel |
| Oliver, Maner & Gray<br>218 State Street, West<br>Savannah, GA  31412 | Non-bankruptcy legal counsel |
| Olsson, Frank and Weeda, P.C.<br>1400 Sixteenth Street, N.W.<br>Suite 400<br>Washington, DC  20036 | Non-bankruptcy legal counsel |
| Ostendorf, Tate, Barnett & Wells, LLP<br>650 Poydras Street, Suite 1460<br>New Orleans, LA  70130 | Non-bankruptcy legal counsel |
| Parker, Poe, Adams & Bernstein L.L.P.<br>401 S Tryon Street<br>Suite 3000<br>Charlotte, North Carolina  28202 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
|---|---|
| Parker, Poe, Adams & Bernstein L.L.P.<br>First Union Capitol Center<br>150 Fayetteville Street Mall<br>Raleigh, North Carolina  27602 | Non-bankruptcy legal counsel |
| Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, California  90071 | Non-bankruptcy legal counsel |
| Poyner & Spruill, LLP<br>3600 Glenwood Avenue<br>Raleigh, NC  27612 | Non-bankruptcy legal counsel |
| Poyner & Spruill, LLP<br>One Wachovia Center<br>201 South College Street, Suite 2300<br>Charlotte, NC  28202-6021 | Non-bankruptcy legal counsel |
| PPM Consultants<br>2630 Queenstown Road<br>Birmingham, AL  35210 | Environmental consultants |
| Rigdon, Alexander & Rigdon<br>200 East Robinson St., Suite 1150<br>P. O. Box 3668<br>Orlando, FL  32802 | Non-bankruptcy legal counsel |
| Rogers, Towers, Bailey, Jones & Gay<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, Florida  32207 | Non-bankruptcy legal counsel |
| Rollnick & Linden, P.A.<br>133 Sevilla Avenue<br>Miami, Florida  33134 | Non-bankruptcy legal counsel |
| Ruden, McClosky, Smith, Schuster & Russell, P.A.<br>P.O. Box 1900<br>Fort Lauderdale, Florida  33302 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
|---|---|
| Ruden, McClosky, Smith, Schuster & Russell, P.A.<br>401 East Jackson Street<br>27th Floor<br>Tampa, Florida 33602 | Non-bankruptcy legal counsel |
| Rushton, Stakely, Johnston & Garrett, P.A.<br>184 Commerce Street<br>Montgomery, Alabama 36101 | Non-bankruptcy legal counsel |
| Saalfield, Coulson, Shad & Jay, P. A.<br>1000 First Union Tower<br>225 Water Street<br>Jacksonville, FL 32202 | Non-bankruptcy legal counsel |
| Samson & Powers<br>2408 14th Street<br>Gulfport, MS 39501 | Non-bankruptcy legal counsel |
| Sands, Anderson, Marks & Miller<br>P. O. Box 1998<br>Richmond, VA 23219 | Non-bankruptcy legal counsel |
| Schropp, Buell & Elligett, P.A.<br>3003 W. Azeele Street<br>Suite 100<br>Tampa, Florida 33609 | Non-bankruptcy legal counsel |
| Shell, Fleming, Davis & Menge<br>226 Palafox Place<br>Ninth Floor, Seville Tower<br>Pensacola, FL 32501 | Non-bankruptcy legal counsel |
| Smith, Andrews & Brady<br>Biglo Mansion Office Bldg.<br>4807 Bayshore Blvd., Suite 200<br>Tampa, FL 33681 | Non-bankruptcy legal counsel |
| Smith, Helms, Mulliss & Moore, L.L.P.<br>First Union Tower<br>300 North Greene Street<br>Greensboro, North Carolina 27420 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
|---|---|
| Smith, Rolfe & Skavdahl Co., LPA<br>1014 Vine Street, Suite 2350<br>Cincinnati, OH  45202-1119 | Non-bankruptcy legal counsel |
| Smith, Spires & Peddy, P.C.<br>2015 Second Avenue North<br>Suite 200<br>Birmingham, Alabama  35203 | Non-bankruptcy legal counsel |
| Stafford, Stewart & Potter<br>3112 Jackson Street,  P.O. Box 1711<br>Alexandria, LA  71309 | Non-bankruptcy legal counsel |
| Stokes McMillan & Maracini, P.A.<br>2 S. Biscayne Blvd.<br>Suite 3750<br>Miami, Florida  33131 | Non-bankruptcy legal counsel |
| Stoll, Keenon & Park, LLP<br>201 C North Main Street<br>Henderson, Kentucky  42420 | Non-bankruptcy legal counsel |
| Stoll, Keenon & Park, LLP<br>300 West Vine Street<br>Suite 2100<br>Lexington, Kentucky  40507 | Non-bankruptcy legal counsel |
| Sullivan Ward Bone Tyler & Asher, P. C.<br>25800 Northwestern Hwy.<br>1000 Maccabees Center, PO Box 222<br>Southfield, MI  48037-0222 | Non-bankruptcy legal counsel |
| Swift, Currie, McGee & Hiers<br>The Peachtree, 1355 Peachtree St., NE<br>Suite 300<br>Atlanta, GA  30309-3238 | Non-bankruptcy legal counsel |
| Taylor, Wellons, Politz & Duhe, APLC<br>1515 Poydras Street<br>Suite 1900<br>New Orleans, Louisiana  70112 | Non-bankruptcy legal counsel |

| **Ordinary Course Professional** | **Services Provided** |
|---|---|
| Teague Campbell Dennis & Gorham, LLP<br>1621 Midtown Place<br>Raleigh, NC  27609 | Non-bankruptcy legal counsel |
| Templeton & Raynor<br>1800 East Blvd.<br>Charlotte, NC  28203 | Non-bankruptcy legal counsel |
| Tew, Cardenas, Rebak, Kellogg, et al.<br>Miami Center<br>201 South Biscayne Blvd.<br>Miami, Florida  33131 | Non-bankruptcy legal counsel |
| Thomas, Kayden, Horstemeyer & Risley, LLP<br>100 Galleria Parkway, Ste 1750<br>Atlanta, Georgia  30339 | Non-bankruptcy legal counsel |
| Tomchin & Odom, P.A.<br>214 North Clay Street<br>Jacksonville, Florida  32202 | Non-bankruptcy legal counsel |
| Trinchard & Trinchard<br>858 Camp Street<br>New Orleans, LA  70130 | Non-bankruptcy legal counsel |
| Turner, Padget, Graham & Laney, P.A.<br>1901 Main Street<br>Suite 1700<br>Columbia, South Carolina  29202 | Non-bankruptcy legal counsel |
| Ward Law Firm<br>P. O. Box 5663<br>Spartanburg, SC  29302 | Non-bankruptcy legal counsel |
| Warren E. Mouledoux, Jr., P.L.C.<br>833 Fourth Street<br>Gretna, Louisiana  70053 | Non-bankruptcy legal counsel |
| Weber & Rose<br>2400 Aegon Center<br>400 West Market Center<br>Louisville, KY  40202 | Non-bankruptcy legal counsel |

| Ordinary Course Professional | Services Provided |
|---|---|
| Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A.<br>Grove Plaza Bldg., 5th Floor<br>2900 Middle Street (S.W. 28th Terr.)<br>Miami, FL 33133 | Non-bankruptcy legal counsel |
| Wilkins, Stephens & Tipton<br>P.O. Box 13429<br>Jackson, MS 39239 | Non-bankruptcy legal counsel |
| Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 | Non-bankruptcy legal counsel |
| Woods, Rogers & Hazlegrove, P.L.C.<br>Post Office Box 14125<br>Roanoke, Virginia 24038 | Non-bankruptcy legal counsel |
| Wyatt, Tarrant & Combs<br>Citizens Plaza<br>Louisville, Kentucky 40202 | Non-bankruptcy legal counsel |