Alan Lipkin (AL-7484)
Robin Spigel (RS-8601)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Counsel to Corporate Property Associates 6 and
Corporate Property Associates 9

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                        :
                                              :    Chapter 11
                                              :
**WINN-DIXIE STORES, INC., et al.,**          :    Case No. 05-11063 (RDD)
                                              :
                              Debtors.        :    (Jointly Administered)
                                              :
------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Corporate Property Associates 6 (successor in interest to Corporate Property Associates 5 by merger), and Corporate Property Associates 9 (successor in interest to Corporate Property Associates 7 and Corporate Property Associates 8 by merger), by and through their counsel, Willkie Farr & Gallagher LLP, hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in these cases, be given to and served upon the following parties:

> Willkie Farr & Gallagher LLP
> 787 Seventh Avenue
> New York, New York 10019
> Attention:   Alan J. Lipkin, Esq.
>              alipkin@willkie.com
>              Robin Spigel, Esq.
>              rspigel@willkie.com
> Telephone: (212) 728-8000
> Facsimile: (212) 728-8111

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to: (a) the above-captioned debtors (the "Debtors"); (b) property of the Debtors' estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

Dated:   New York, New York
         March 2, 2005

                                    WILLKIE FARR & GALLAGHER LLP

                                    By: _____
                                        Alan J. Lipkin (AL-7484)
                                        Robin Spigel (RS-8601)
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        Telephone: (212) 728-8000

                                    Attorneys for Corporate Property Associates 6 and
                                    Corporate Property Associates 9