Alan Lipkin (AL-7484)
Robin Spigel (RS-8601)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Counsel to Corporate Property Associates 6 and
Corporate Property Associates 9

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                     :
                                                           :        Chapter 11
                                                           :
                                                           :        Case No. 05-11063 (RDD)
**WINN-DIXIE STORES, INC., et al.,**                       :
                                                           :
                                        Debtors.           :        (Jointly Administered)
                                                           :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK         )

      Kevin Zuzolo, being duly sworn, deposes and says:

(I)    That he is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)   That on March 4, 2005, he caused to be served the: "Notice of Appearance and Request for Service of Papers," via First Class Mail upon the entities at the addresses listed on the attached Service List.

<br>

                                       Kevin Zuzolo

Sworn to before me this
___ day of March, 2005

_____
Notary Public

SEINA AGORI-IWE
Notary Public, State of New York
No. 01AG6106582
Qualified in New York County
Commission Expires March 8, 2008

## SERVICE LIST

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: D.J. Baker, Esq.
        Alexandra Margolis, Esq.

Otterbourg, Steindler, Houston &
Posen, P.C.
230 Park Avenue
New York, NY 10169
Attn: Jonathan N. Helfat, Esq.

Richard C. Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303
Attn: Sarah Borders, Esq.

Sherman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022
Attn: Andrew Tenzer, Esq.