**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

In re:                                                           :

                                                                 :              Chapter 11

WINN-DIXIE STORES, INC., et al.,                 :

                                                                 :              Case No. 05-11063

                                                                 :

                              Debtors.                        :              (Jointly Administered)

---------------------------------------------------------X

<u>**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*</u>

I, <u>Joseph D. Frank</u>, a member in good standing of the bar in the State of Illinois, U.S. District Court for the Northern District of Illinois, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Western District of Michigan and U.S. Supreme Court request admission, ***pro hac vice***, before the Honorable Robert Drain, to represent Bottling Group LLC d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems, Inc., creditors in the above-referenced case.

My address is 325 North LaSalle Street, Suite 625, Chicago, IL, 60610.  My email address is jfrank@fgllp.com; telephone number is (312) 276-1402

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

                              FRANK/GECKER LLP

Dated: February 24, 2005                      _____/s/ Joseph D. Frank_____

                              Joseph D. Frank, Esq.
                              (ARDC #6216085)
                              325 North LaSalle Street, Suite 625
                              Chicago, Illinois  60610
                              Telephone: (312) 276-1400
                              Facsimile:   (312) 276-0035

---

**ORDERED,**

That, Joseph D. Frank, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: <u>March 7, 2005</u>                              /s/Robert D. Drain
New York, New York                              UNITED STATES BANKRUPTCY JUDGE