William D. Wallach (WW 2083)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 (Fax)
wwallach@mccarter.com
Attorneys for Victory Wholesale Grocers, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al, | Case No. 05-11063 (RDD) |
| Debtors. | (Jointly Administered) |

REQUEST FOR ALL NOTICES AND
DEMAND FOR SERVICE OF PAPERS

Victory Wholesale Grocers, Inc. ("Victory"), a party in interest in these cases, hereby requests notice of all hearings and conferences and copies of all papers herein including all papers and notices pursuant to Rule 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by fax, email, telephone, or otherwise, All such notices and papers should be directed to the attorneys for Victory at the address set forth below.

Neither this Request nor its filing and service shall constitute (1) the consent or Victory to the jurisdiction of this Court over it for any purpose or (2) a waiver by Victory of (a) the right to have matters reviewed *de novo* by the District Court or the reference thereof withdrawn, (b)

the right to trial by jury or (c) any other rights, remedies, claims, setoffs, or recoupments, all of which Victory reserves to the full extent of the law.

Dated: Newark, New Jersey
March 7, 2005

Respectfully submitted,
McCARTER & ENGLISH, LLP
Attorneys for Victory Wholesale Grocers, Inc.

By: _____
WILLIAM D. WALLACH (2083)
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444
Fax (973) 624-7070
wwallach@mccarter.com

NWK2: 1282954.01