MANIER & HEROD
Counsel for Liberty Mutual Insurance Company
150 Fourth Avenue North
Suite 2200
Nashville, TN 37219-2494
(615) 244-0030
J. Michael Franks, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:                                                          Chapter 11

WINN-DIXIE STORES, INC., et al.,                Case No. 05-11063 (RDD)

                              Debtors.                       (Jointly Administered)
-----------------------------------------------------x

## **ORDER**

**ORDERED,**

that Michael E. Collins is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: March 7, 2005
       New York, New York

                                                    /s/Robert D. Drain
                                                  UNITED STATES BANKRUPTCY JUDGE

79305_1