**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                          :
                                                :     Chapter 11
WINN-DIXIE STORES, INC., et al.,                :
                                                :     Case No. 05-11063
                                                :
            Debtors.                            :     (Jointly Administered)
------------------------------------------------------------X

ORDER

**ORDERED,**
That, Derek F. Meek, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 7, 2005                    /s/Robert D. Drain
New York, New York                      UNITED STATES BANKRUPTCY JUDGE

99992/47
03/07/2005 1684377.01