**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                              :
                                                    :        Chapter 11
WINN-DIXIE STORES, INC., et al.,                    :
                                                    :        Case No. 05-11063
                                                    :
            Debtors.                                :        (Jointly Administered)
-----------------------------------------------------------X

ORDER

**ORDERED,**
That, Robert B. Rubin, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 7, 2005                    /s/Robert D. Drain
New York, New York                      UNITED STATES BANKRUPTCY JUDGE

99992/47
03/07/2005 1684377.01