Nina M. LaFleur
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
Telephone: (904) 358-4000
Facsimile:  (904) 358-4001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-11063 (RDD) |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

I, Nina M. LaFleur, a member in good standing of the bars in the states of Florida and Alabama, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent JEA in the above captioned Chapter 11 cases.  My contact information is as follows:

Nina M. LaFleur
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
Telephone: (904) 358-4000
Facsimile:  (904) 358-4001
Email: nlafleur@stutsman-thames.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice.

DATED: March 7, 2005

**STUTSMAN & THAMES, P.A.**


/s/ Nina M. LaFleur
By_____
Nina M. LaFleur

Florida Bar Number 0107451
121 W. Forsyth Street, Suite 600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for JEA


**Certificate of Service**

I certify that a copy of the foregoing has been furnished electronically to David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Sarah Robinson Borders, Esq., King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303; and to the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 on this 7th day of March, 2005.


/s/ Nina M. LaFleur

_____
Attorney

**ORDERED**, that Nina M. LaFleur, is admitted to practice, pro hac vice, in the above captioned Chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED:_____

_____
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE