**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

                                                                                            In re: Case No.
                                                                                           Chapter
                            Debtor.
----------------------------------------------------------------x

                            Plaintiff           Adversary Proceeding
                                                                      Case No.
                v.

                            Defendant
----------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, _____, a member in good standing of the bar in the State of _____, or of the bar of the U.S. District Court for the _____ District of _____, having request admission, *pro hac vice*, to represent _____, a _____ in the above referenced ☐ case ☐ adversary proceeding.

**ORDERED**,

that _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
            New York, New York   /s/_____
                                                                   UNITED STATES BANKRUPTCY JUDGE