WORMSER, KIELY, GALEF & JACOBS LLP
825 Third Avenue
New York, New York 10022-7519
(212) 687-4900
Janice B. Grubin (JG 1544)
Gary R. von Stange (GV 8101)

MACEY, WILENSKY, COHEN, WITTNER & KESSLER, LLP
600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303-1229
(404) 584-1200
Louis G. McBryan (LM 1352)

Counsel to D.L. Lee & Sons, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                     :  Chapter 11
                                                           :
WINN-DIXIE STORES, INC., et al.,                           :  Case No. 05-11063 (RDD)
                                                           :
        Debtors.                                           :  (Jointly Administered)
                                                           :
-----------------------------------------------------------X

## NOTICE OF APPEARANCE OF COUNSEL AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Wormser, Kiely, Galef & Jacobs LLP (WKG&J) and Macey, Wilensky, Cohen, Wittner & Kessler, LLP (MWCW&K) hereby appear in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as counsel to D.L. Lee & Sons, Inc., a creditor and party-in-interest in the above captioned cases, and demands, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be served in these cases and all papers in these cases be given to and served upon the undersigned at the following office address, telephone and facsimile numbers and e-mail address, as appropriate:

> Janice B. Grubin, Esq.
> Gary R. von Stange, Esq.
> Wormser, Kiely, Galef & Jacobs LLP
> 825 Third Avenue

New York, New York 10022-7519
Phone: (212) 687-4900
Fax: (212) 687-5703
Personal E-mail: jgrubin@wkgj.com
gvonstange@wkgj.com

and

Louis G. McBryan, Esq.
Macey, Wilensky, Cohen, Wittner & Kessler, LLP
600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303-1229
Phone (404) 584-1200
Fax:   (404) 681-4355
Personal E-mail: lmcbryan@maceywilensky.com

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance of Counsel and Request for Service of Papers shall not be deemed to be a waiver of the above-named party-in-interest's rights (i) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the

above-named-party-in-interest is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

Dated: New York, New York
       March 7, 2005

    WORMSER, KIELY, GALEF & JACOBS LLP
    825 Third Avenue
    26th Floor
    New York, New York 10022
    (212) 687-4900


By:   /s/ Janice B. Grubin
      Janice B. Grubin (JG 1544)
      Gary R. von Stange (GV 8101)

MACEY, WILENSKY, COHEN, WITTNER
  & KESSLER, LLP
Louis G. McBryan (LM 1352)
600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303-1229
Phone (404) 584-1200

**Counsel to D.L. Lee & Sons, Inc.**