**UNITED STATES BANRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **WINN-DIXIE STORES, INC.,** *et al.*, | Case No. 05-11063 |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE**

PLEASE TAKE NOTICE, that Jacqueline Sailer, pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of Bankruptcy Procedure, hereby appears in the above-captioned case and demands that notice of all matters therein be duly served at the address set forth below.

PLEASE TAKE NOTICE, that demand is hereby also made for service of copies of all papers, reports, pleadings, motions, and applications (including notices thereof), petitions, disclosure statements, plans of reorganization, and answering or reply papers filed in the above-captioned case by mail or otherwise, to the address set forth below:

> Jacqueline Sailer
> Aaron D. Patton
> Murray, Frank & Sailer LLP
> 275 Madison Avenue, 8th Floor
> New York, NY 10016

Date:  March 7, 2005                                      By:_____/S/_____
       New York, NY                                                      Jacqueline Sailer