**UNITED STATES BANRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **WINN-DIXIE STORES, INC.,** *et al.*, | Case No. 05-11063 |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 7, 2005 a copy of the foregoing Notice of Appearance and Demand for Service was served upon the following by first-class mail:

> David J. Baker
> Skadden Arps Slate Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
>
> Sarah Robinson Borders
> King & Spalding LLP
> 191 Peachtree Street
> Atlanta, GA 30303
>
> Robert C. Morrissey
> Office of the United States Trustee
> 33 Whitehall Street, 21st Floor
> New York, NY 10004

Date:  March 7, 2005                                   By:_____/S/_____
           New York, NY                                              Aaron D. Patton