KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Hwy., Suite 950
Southfield, Michigan 48075
Telephone:   (248) 357-0000
Facsimile:   (248) 357-7488
Paul S. Magy (P34423)
Terrance A. Hiller, Jr. (P55699)
Matthew E. Thompson (P56099)

Attorneys for Ramco-Gershenson Properties, L.P. and
RLV Marketplace LP

UNITED STATES BANKURPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

WINN-DIXIE STORES, INC., et al.,

      Debtors.

------------------------------------------------------------x

: Chapter 11
:
: Case No. 05-11063-RDD
:
: (Jointly Administered)
:
:

## APPEARANCE AND REQUEST TO RECEIVE NOTICES

TO:   The Clerk of the Above Named Court

Please enter our appearances as counsel for Ramco-Gershenson Properties, L.P. and RLV Marketplace LP, as landlord creditors in the above-captioned matter.

Request is hereby made, pursuant to Fed. R. Bankr. P. 2002(g)(1), that all notices required to be served to Landlords creditors under Fed. R. Bankr. P. 2002 be delivered to the following address:

Paul S. Magy, Esq.
Terrance A. Hiller, Jr., Esq.
Matthew E. Thompson, Esq.
KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Highway, Suite 950
Southfield, Michigan  48075

0045-0333/51167

Dated: 3/7/05

Respectfully submitted,

*/s/ Paul S. Magy*

KUPELIAN ORMOND & MAGY, P.C.
Paul S. Magy (P34423)
Terrance A. Hiller, Jr. (P55699)
Matthew E. Thompson (P56099)
25800 Northwestern Highway, Suite 950
Southfield, Michigan 48075
Tel. 248.357.0000; Fax. 248.357.7488
Attorneys for Ramco-Gershenson
Properties, L.P. and RLV Marketplace LP

0045-0333/51167