KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Hwy., Suite 950
Southfield, Michigan 48075
Telephone:   (248) 357-0000
Facsimile:    (248) 357-7488
Paul S. Magy (P34423)
Terrance A. Hiller, Jr. (P55699)
Matthew E. Thompson (P56099)

Attorneys for Ramco-Gershenson Properties, L.P. and
RLV Marketplace LP

UNITED STATES BANKURPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                                       :   Chapter 11
                                                             :
                                                             :   Case No. 05-11063-RDD
WINN-DIXIE STORES, INC., et al.,                             :
                                                             :   (Jointly Administered)
         Debtors.                                            :
                                                             :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

**Tina L. Johnson** certifies that on **7th day of March 2005**, she served copies of the following:

1. Appearance and Request to Receive Notices;
2. Notice of Appearance and Request to Receive Notices; and

as well as this Certificate of Service by First Class Mail upon the following parties.

David J. Baker, Esq.                          Richard C. Morrissey, Esq.
Skadden Arps Slate Meagher                    Office of the United States
& Flom, LLP                                       Trustee
Four Times Square                             33 Whitehall Road, Suite 2100
New York, NY 10036                            New York, NY 10004

Date: March 7, 2005

_____
Tina Johnson
Kupelian Ormond & Magy, P.C.
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
(248) 357-0000

0045-0333/55121                        1