KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Hwy., Suite 950
Southfield, Michigan 48075
Telephone:   (248) 357-0000
Facsimile:   (248) 357-7488
Paul S. Magy (P34423)
Terrance A. Hiller, Jr. (P55699)
Matthew E. Thompson (P56099)

Attorneys for Ramco-Gershenson Properties, L.P. and
RLV Marketplace LP

UNITED STATES BANKURPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                              :   Chapter 11
                                                              :
In re:                                                        :   Case No. 05-11063-RDD
                                                              :
WINN-DIXIE STORES, INC., et al.,                              :   (Jointly Administered)
                                                              :
Debtors.                                                      :
                                                              :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

TO:   David J. Baker, Esq.            Richard C. Morrissey, Esq.
      Skadden Arps Slate Meagher      Office of the United States Trustee
      & Flom, LLP                     33 Whitehall Road, Suite 2100
      Four Times Square               New York, NY 10004
      New York, NY 10036

PLEASE TAKE NOTICE that we have this date entered our appearance as

counsel for Ramco-Gershenson Properties, L.P. and RLV Marketplace LP,

as landlords (the "Landlords") in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that we have requested, pursuant to Fed. R.

Bankr. P. 2002(g)(1), that all notices required to be served on the Landlords under Fed.

R. Bankr. P. 2002 be delivered to the following address:

2

Paul S. Magy, Esq.
Terrance A. Hiller, Jr., Esq.
Matthew E. Thompson, Esq.
KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Highway, Suite 950
Southfield, Michigan 48075

Dated: 3/7/05

Respectfully submitted,

*[signature]*

KUPELIAN ORMOND & MAGY, P.C.
Paul S. Magy (P34423)
Terrance A. Hiller, Jr. (P55699)
Matthew E. Thompson (P56099)
25800 Northwestern Highway, Suite 950
Southfield, Michigan 48075
Tel. 248.357.0000; Fax. 248.357.7488
Attorneys for Ramco-Gershenson
Properties, L.P. and RLV Marketplace LP

0045-0333/55092                                    2