**FOX ROTHSCHILD LLP**
formed in the Commonwealth of Pennsylvania
Joshua T. Klein (PA Identification No. 88823)
2000 Market Street, Tenth Floor
Philadelphia, PA 19103
**Attorneys for Konica Minolta Photo Imaging, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

_____:

**ENTRY OF APPEARANCE, REQUEST FOR NOTICE
AND REQUEST TO BE ADDED TO MAILING MATRIX**

TO:   Clerk, United States Bankruptcy Court
       for the Southern District of New York
       One Bowling Green
       New York, NY  10004-1408

Kindly enter the appearance of Joshua T. Klein, Esquire of Fox Rothschild LLP on behalf of Konica Minolta Photo Imaging, Inc.

PLEASE TAKE NOTICE, that the undersigned attorney of Fox Rothschild LLP requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned at the following address:

>   Joshua T. Klein, Esquire
>   Fox Rothschild LLP
>   2000 Market Street, Tenth Floor
>   Philadelphia, PA  19103-3291
>   Tel. 215-299-2000/Fax: 215-299-2150
>   Internet Address: jklein@foxrothschild.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including, but not limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

FOX ROTHSCHILD LLP

By: __/s/ Joshua T. Klein_____
Joshua T. Klein, Esquire
(Pennsylvania Identification No. 88823)
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
Telephone: (215) 299-2000
Telecopier: (215) 299-2150
Internet Address: jklein@foxrothschild.com

Counsel for Konica Minolta Photo Imaging, Inc.

Dated: Philadelphia, Pennsylvania
         March 7, 2005