**FOX ROTHSCHILD LLP**
formed in the Commonwealth of Pennsylvania
Joshua T. Klein (PA Identification No. 88823)
2000 Market Street, Tenth Floor
Philadelphia, PA 19103
**Attorneys for Konica Minolta Photo Imaging, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| _____: | | |

### CERTIFICATE OF SERVICE

I, Joshua T. Klein, an associate at the law firm of Fox Rothschild LLP, hereby certify that a true and correct copy of the Entry of Appearance, Request for Notice and Request to be added to Mailing Matrix of Joshua T. Klein of Fox Rothschild LLP was served upon the parties on the attached service list via United States Mail, first class, postage prepaid, on the 7th day of March, 2005.

                                        FOX ROTHSCHILD LLP

                                        By: ___/s/ Joshua T. Klein_____
                                             Joshua T. Klein, Esquire
                                             Fox Rothschild LLP
                                             2000 Market Street, 10th Floor
                                             Philadelphia, PA  19103
                                             Tel. (215) 299-2000/Fax (215) 299-2150
                                             E-mail: jklein@foxrothscild.com

                                             Attorneys for Konica Minolta Photo
                                             Imaging, Inc.

Dated:  Philadelphia, Pennsylvania
         March 7, 2005

PH1 701026v1 03/07/05

**SERVICE LIST**

Adam Ravin, Esquire  
David J. Baker, Esquire  
Skadden Arps Slate Meagher & Flom, LLP  
Four Times Square  
New York, NY  10036

Rudi R. Grueneberg  
Grueneberg Law Group, LLC  
704 East Main Street  
Bldg. E  
Morristown, NJ  08057

King & Spalding LLP  
191 Peachtree Street  
Atlanta, GA  30303

Richard C. Morrissey, Esquire  
Office of the U.S. Trustee  
33 White hall Street, 21st Floor  
New York, NY  10004

PH1 701026v1 03/07/05