PATRICIA RYNN
PRISCILLA W. GRANNIS
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 752-2911
Fax: (949) 752-0953

Attorneys For Creditors
D.L.J. PRODUCE, INC., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC., | Case No. 05-11063 (RDD) |
| Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, __Priscilla W. Grannis__, A member in good standing of the bar in the State of __Florida__, or of the bar of the U.S. District Court for the _____ District of _____, request admission, ***pro hac vice***, before the Honorable __Robert D. Drain__, to represent __D.L.J. PRODUCE, INC.; CHURCH BROTHERS, LLC; DAVID OPPENHEIMER & ASSOCIATES; MANNY LAWRENCE SALES, INC.; PERO PACKING AND SALES, INC.; PICTSWEET FROZEN FOODS; POWERHOUSE PRODUCE, LLC; SPICE WORLD, INC.; UNIFRUTTI OF AMERICA, INC.; WEST PAK AVOCADO, INC.; AND, WM. G. ROE & SONS, INC.__, Creditors in the above referenced case.

1

My:   address is   Rynn & Janowsky, LLP, 6017 Pint Ridge Rd., No. 341, Naples, FL 34119-3956

e-mail address is   Priscilla@rjlaw.com  ; telephone number is   (239) 591-8417  .

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Respectfully submitted,

DATED: March 7, 2005            RYNN & JANOWSKY, LLP

By: _____
Priscilla W. Grannis, Esq. (FL State Bar #0055948)
Rynn & Janowsky, LLP
6017 Pine Ridge Rd., No. 341
Naples, FL 34119-3956
Telephone: (239) 591-8417
Facsimile: (239) 591-8437
Priscilla@rjlaw.com

Attorneys for D.L.J. PRODUCE, INC., *et al.*

**ORDER**

ORDERED,

that   Priscilla W. Grannis  , Esq., is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____

New York, New York       /s/ _____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 4100 Newport Place Drive, Suite 700, Newport Beach, California 92660.

On March 7, 2005, I served the foregoing document(s) described as: **MOTION FOR ADMISSION TO PRACTICE,** *pro hac vice* on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Fourt Times Square<br>New York, NY 10036 | James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Neal D. Colton<br>Cozen O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 | David W. Dykhouse<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| Joseph D. Frank<br>Frank/ Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60610 | Neil E. Herman<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Laurence May<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022 | David L. Pollack<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street – 51st Fllor<br>Philadelphia, PA 19103 |
| Adam Rosen<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533 | Walter E. Swearingen<br>Levi Lubarsky & Feigenbaum, LLP<br>845 Third Avenue, 21st Floor<br>New York, NY 10022 |

3

| | |
|---|---|
| Paul Traub<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue, 21st Floor<br>New York, NY  10017 | Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX  75024 |
| Scott A. Zuber<br>Pitney Hardin Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ  07932 | Sarah Robinson Borders<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA  30303 |

United States Trustee
33 Whitehall Street
21st Street
New York, NY  10004

**[X]    BY U.S. MAIL**.    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepared at Newport Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.  Executed on March 7, 2005, at Newport Beach, California.

[ ]    BY PERSONAL SERVICE.    I delivered such envelope by hand to the offices of the addressee.  Executed on March 7, 2005.

[ ]    BY FACSIMILE.    I faxed such document to the addressee at the facsimile number listed for each addressee on March 7, 2005.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PRISCILLA GRANNIS