UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                            :
In re:                                      :        Chapter 11
                                            :
WINN-DIXIE STORES, INC., et al.,            :        Case No. 05-11063 (RDD)
                                            :
         Debtors.                           :        (Jointly Administered)
                                            :
---------------------------------------------------------X

## D. L. LEE & SONS, INC.
## NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on March 4, 2005, pursuant to 11 U.S.C. § 546, D. L. Lee & Sons, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

Dated:   March 7, 2005
         New York, New York

                                        Respectfully submitted,

                                        WORMSER KIELY, GALEF & JACOBS LLP


                                        /s/ Janice B. Grubin
                                        Janice B. Grubin (JG 1544)
                                        825 Third Avenue
                                        New York, New York 10022-7519
                                        (212) 687-4900

                                        Attorneys for D. L. Lee & Sons, Inc.

Of Counsel:

Louis G. McBryan
MACEY, WILENSKY, COHEN,
WITTNER & KESSLER, LLP
600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1229
(404) 584-1200

302951-1