Thomas R. Slome (TS-0957)
Jil-Mazer Marino (JM-6470)
SCARCELLA ROSEN & SLOME LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, New York 11553-3622
(516) 227-1600


      and

Russell R. Johnson III
3734 Byfield Place
Richmond, Virginia 23233
(804) 747-7208

*Co-Counsel for American Electric Power; Duke Energy
Corporation, d/b/a Duke Power Company; Virginia
Electric and Power Company, d/b/a Dominion Virginia
Power and Dominion North Carolina Power; Florida
Power Corporation, d/b/a Progress Energy Florida;
Carolina Power & Light, d/b/a Progress Energy Carolinas;
Orlando Utilities Commission; and Tampa Electric Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| | ) |
| **In re:** | ) **Chapter 11** |
| | ) |
| **WINN-DIXIE STORES, INC., et al,** | ) **Case No. 05-11063 (RDD)** |
| | ) |
| **Debtors.** | ) **(Jointly Administered)** |
| _____ | ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019(a)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

    Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure,

Russell R. Johnson III files this Verified Statement of his multiple representations in this case:

1.      The name and address of the creditors represented by Russell R. Johnson III are:

A.      Virginia Electric and Power Company,
        d/b/a Dominion Virginia Power in Virginia and
        d/b/a Dominion North Carolina Power in North Carolina
        Attn:  Sherry R. Ward
        701 East Cary Street
        18th Floor
        Richmond, VA  23219

B.      Duke Power Company
        Attn:  Yvonne Crenshaw
        422 S. Church Street
        Charlotte, NC  28201

C.      American Electric Power
        Attn: Gina E. Mazzei, Esq.
        Legal Department
        P.O. Box 1986
        Charleston, WVA 25327-1986

D.      Florida Power Corporation, d/b/a Progress Energy Florida
        Carolina Power & Light, d/b/a Progress Energy Carolinas
        Attn:  Elaine Rogers
        Progress Energy Service Company, LLC
        Dept.:  Legal Department-PEB 17 B2
        P.O. Box 1551
        Raleigh, NC  27602

E.      Orlando Utilities Commission
        Attn:  Pam Reineke
        500 South Orange Avenue
        Orlando, FL  32801

F.      Tampa Electric Company
        Attn:  Debra L. Buttram
        P.O. Box 111
        Tampa, FL  33601-3285

2.    The nature and the amount of claims (interests) and the times of acquisition thereof are as follows:

(a)    American Electric Power, Duke Energy Corporation d/b/a Duke Power Company and Orlando Utilities Commission have unsecured claims against one or more of the above-referenced debtors arising from pre-petition utility usage.

(b)    Virginia Electric and Power Company d/b/a Dominion Virginia Power and Dominion North Carolina Power, Florida Power Corporation d/b/a Progress Energy Florida, Carolina Power & Light d/b/a Progress Energy Carolinas and Tampa Electric Company provided prepetition utility service to the Debtors.  The foregoing utilities maintained prepetition deposits, surety bonds and/or letters of credit on their prepetition accounts.

3.    Russell R. Johnson III was retained to represent the foregoing creditors in March 2005.

**RUSSELL R. JOHNSON III**

**By: /s/ Russell R. Johnson III**
**Russell R. Johnson III**

Russell R. Johnson III appeared before me this 4th day of March 2005, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

/s/ Patricia Farrell-Johnson

My commission expires: <u>December 31, 2006</u>