**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                              )
**In re:**                                    ) **Chapter 11**
                                              )
**WINN-DIXIE STORES, INC., et al,**           ) **Case No. 05-11063 (RDD)**
                                              )
                              **Debtors.**    )  **(Jointly Administered)**
_____)

## CERTIFICATE OF SERVICE

   I, Jil Mazer-Marino, hereby certify that on this 7th day of March 2005, I caused a true and correct copy of the Verified Statement Pursuant To Rule 2019(a) of the Federal Rules of Bankruptcy Procedure to be sent via first-class mail, postage prepaid, on the parties listed below.

David J. Baker, Esq.
Sally McDonald Henry, Esq.
Alexandra Margolis, Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York  10036
*Counsel For Debtors*

Sarah Robinson Boarders, Esq.
Brian C. Walsh, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303
*Counsel For Debtors*

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004
*United States Trustee*

                              /s/ Jil Mazer-Marino
                              Jil Mazer-Marino (JM-6470)

1