MUNSCH HARDT KOPF & HARR, P.C.
1445 Ross Avenue
Suite 4000
Dallas, Texas  75202-2790
Telephone:  (214) 855-7500
Facsimile:   (214) 855-7584

Attorneys for DS Partners, L.P.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

WINN-DIXIE STORES, INC., et al.,

    Debtors.

-------------------------------------------------------------x

Chapter 11

Case No. 05-11063 (RDD)

(Jointly Administered)


NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

**PLEASE TAKE NOTICE** that DS Partners, Inc, a creditor and party-in-interest, hereby appears in the above-captioned case under Chapter 11 of the United States Code ("Bankruptcy Code") and, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109 (b) of the Bankruptcy Code, demands that any notices given or required to be given to, and all papers to be served or required to be served in the above-captioned Chapter 11 case and any other case(s) consolidated herewith, be given to and served upon:

    Raymond J. Urbanik, Esq.
    Scott F. Ellis, Esq.
    Munsch Hardt Kopf & Harr, P.C.
    1445 Ross Avenue, Suite 4000
    Dallas, Texas  75202
    Tel: 214-855-7500
    Fax: 214-855-7584
    E-mail:  rurbanik@munsch.com
    E-mail:  sellis@munsch.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may effect or seek to effect any rights or interest of the Debtors, the aforementioned party-in interest or any property or proceeds in which the Debtors may claim an interest. Please add the attorney of record to such mailing matrix as may be used for all purposes in this case.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned party-in-interest's: (1) right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such party-in-interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments such party-in-interest expressly reserves.

Dated: Dallas, Texas

      March 7, 2005

                                        MUNSCH HARDT KOPF & HARR, P.C.
                                        4000 Fountain Place
                                        1445 Ross Avenue
                                        Dallas, Texas  75202-2790
                                        Telephone:     (214) 855-7590
                                        Telecopy:       (214) 855-4374

                                        By:_____/s/_____
                                            Raymond J. Urbanik, Esq.*
                                            Texas Bar 20414050
                                            New York Bar RU 1842

                                        ATTORNEYS FOR DS PARTNERS, INC.

\*Licensed in the states of Texas and New York.

**CERTIFICATE OF SERVICE**

      This is to certify that the undersigned caused a true and correct copy of the foregoing Notice of Appearance and Request of Notices, Pleadings and Orders to be served on the parties listed on the attached service list by depositing same in the United States mail, first class postage prepaid and properly addressed, on this the 7th day of March, 2005.

                                                _____/s/_____
                                                Raymond J. Urbanik