Adam Ravin
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

David J. Baker
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

Richard C. Morrissey
Office of the U. S. Trustee
33 Whitehall St., 21st Fl.
New York, NY 10004

James J. Niemeier, Esq
McGrath North Mullin & Kratz
1601 Dodge St.
Omaha, NE 68102-1327

Richard L. Stern, Esq.
Macco & Stern, LLP
135 Pinelaw Rd., Ste. 120 S
Melville, NY 11747

Ronald Scott Kaniuk, Esq.
Taplin & Associates
350 Fifth Avenue, Ste.2418
New York, NY 10118

Brian M. Becker, Esq.
Howard Solochek & Weber, S.C.
324 E. Wisconsin Ave., Ste. 1100
Milwaukee, WI 53204

40/86 Advisors, Inc.
535 N. College Dr.
Carmel, IN 46032

Law Offices of Avrum J. Rosen
38 New St.
Huntington, NY 11743

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Ln.
Southport, CT 06890-1436

Morton R. Branzburg, Esq.
Klehr, Harrison, Harvey, Branzberg
260 South Broad St., 5th Fl.
Philadelphia, PA 19102

Diana M. Thimmig, Esq.
Roetzel & Andress
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115

Howard B. Levi, Esq.
Levi Lubarsky & Feigenbaum, LLP
845 Third Ave., 21st Fl.
New York, NY 10022

Adam L. Rosen, Esq.
Scarcella Rosen & Slome LLP
333 Earle Ovington Blvd., Ste. 901
Uniondale, NY 11553

Omer Kuebel III, Esq.
C. Davin Boldissar, Esq.
Locke Liddell & Sapp LLP
601 Poydras St. #2400
New Orleans, LA 70130-6036

David L. Pollack, Esq., Jeffrey Meyers, Esq. and Dean C. Waldt, Esq.
Ballard Spahr Andrews & Ingersoll LLP
1735 Market St., 51st Fl.
Philadelphia, PA 19103

Janice Stanton
Contrarian Capital Management, L.L.C.
411 West Putnam Ave., Ste. 225
Greenwich, CT 06830

David W. Dykhouse
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Neal D. Colton, Esq. and David J. Liebman, Esq.
Cozen O'Connor
1900 Market St.
Philadelphia, PA 19103

James S. Carr, Esq.
Robert L. LeHane, Esq.
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

Scott A. Zuber, Esq.
Pitney Hardin LLP
P. O. Box 1945
Morristown, NJ 07962-1945

Joseph D. Frank
Micah R. Krohn
Frank/Gecker LLP
325 N. LaSalle St. #625
Chicago, IL 60610

Richard W. Ward
2527 Fairmount St.
Dallas, TX 75201

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0600

Paul Traub, Esq.
Wendy Marcari, Esq.
Traub Bonacquist & Fox LLP
655 Third Ave., 21st Fl.
New York, NY 10017

Leggett R. Bradford, Esq.
Allman Spry Leggett & Crumpler, P.A.
380 Knollwood St., Ste. 700
Winston-Salem, NC 27113-5129

W. Clark Watson, Esq.
Eric T. Ray, Esq.
Balch & Bingham, LLP
P. O. Box 306
Birmingham, AL 35201

Lawrence T. May, Esq.
Rick A. Steinberg, Esq.
Angel & Frankel, P.C.
460 Park Ave.
New York, NY 10022-1906

Richard G. Smolev, Esq.
Keith R. Murphy, Esq.
Kaye Scholer, LLP
425 Park Ave.
New York, NY 10022-3598

Patrick L. Huffstickler, Esq.
Cox Smith Matthews, Inc.
112 E. Pecan, Ste. 1800
San Antonio, TX 78205

| | | |
|---|---|---|
| Michael S. Held, Esq.<br>Jenkens & Gilchrist<br>1445 Ross Ave., Ste. 3200<br>Dallas, TX 75202-2799 | Earle L. Erman, Esq.<br>Erman, Teicher, Miller<br>400 Galleria Officentre, Ste. 444<br>Southfield, MI 48034 | Conrad K. Chiu<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY 10036 |
| Henry A. Efroymson, Mark A. Bogdanowicz and Ice Miller<br>One America Square, Box 82001<br>Indianapolis, IN 46282 | Eric D. Schwartz, Esq.<br>Morris Nichols Arsht and Tunnell<br>P. O. Box 1347<br>Wilmington, DE 19899-1347 | Fred B. Ringel, Esq.<br>Robinson Brog Leinwand Greene<br>1345 Avenue of the Americas<br>New York, NY 10105 |
| Lee Champion, Esq.<br>Page, Scrantom, Sprouse, Tucker<br>P. O. Box 1199<br>Columbus, GA 31901-1199 | Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow<br>P. O. Box 410<br>Wilmington, DE 1980 | David Boyle<br>Airgas, Inc.<br>P. O. Box 6675<br>Radnor, PA 19087-8675 |
| Ira S. Greene, Esq.<br>Hogan & Hartson, L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Frank Vydra, Esq.<br>Discover Financial Services, Inc.<br>2500 Lake Cook Rd.<br>Riverwoods, IL 60015 | Nieman Ginsburg & Mairanz P.C.<br>39 Broadway, 25th Fl.<br>New York, NY 10006 |
| J. Hayden Kepner, Esq.<br>Darryl S. Laddin, Esq.<br>Arnall Golden Gregory LLP<br>171 17th St. NW, Ste. 2100<br>Atlanta, GA 30363 | Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle<br>101 Park Ave.<br>New York, NY 10178-0061 | Steven J. Cimalore<br>Wilmington Trust Company<br>1100 North Market St.<br>Wilmington, DE 19890 |
| Katten Muchin Zavis Rosenman<br>c/o Thomas J. Leanse<br>c/o Dustin P. Branch<br>2029 Century Park E., Ste. 2600<br>Los Angeles, CA 90067-3012 | Thomas H. Grace, Esq.<br>W. Steven Bryant, Esq.<br>Locke Liddell & sapp, LLP<br>600 Travis St., Ste. 3400<br>Houston, TX 77002 | Richard S. Miller, Esq.<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166 |
| Mark D. Bloom, Esq.<br>Greenberg Traurig, P.A.<br>1221 Brickett Ave.<br>Miami, FL 33131 | Rudi R. Grueneberg, Esq.<br>Grueneberg Law Group, LLC<br>704 East Main St., Bldg. E<br>Moorestown, NJ 08057 | Coca-Cola Enterprises, Inc.<br>c/o Miller & Martin, PLLC<br>Attn:  Shelly D. Rucker<br>832 Georgia Ave., Ste. 1100<br>Chattanooga, TN 37402-2289 |
| Robert L. Holladay, Jr.<br>Young Williams P.A.<br>P. O. Box 23059<br>Jackson, MS 39225-3059 | Reginald A. Greene<br>BellSouth<br>675 West Peachtree St. NE #4300<br>Atlanta, GA 30375 | Andrew J. Flame, Esq.<br>Drinker Biddle & Reath LLP<br>1100 N. Market St. #1000<br>Wilmington, DE 19801 |
| Andrew C. Kassner<br>Drinker Riddle & Reath LLP<br>140 Broadway, 39th Fl.<br>New York, NY 10005-1116 | Bruce Nathan, Esq.<br>Anusia L. Gayer, Esq.<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas, 18th Fl.<br>New York, NY 10020 | Jason C. DiBattista, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Nicholas Griffiths, Esq.<br>Merrill Lynch Pierce Fenner & Smith<br>4 World Financial Center<br>New York, NY 10080 | William D. Wallach, Esq.<br>McCarter & English, LLP<br>100 Mulberry St., Four Gateway Ctr.<br>Newark, NJ 07102 | Alan J. Llipkin, Esq.<br>Robin Spigel, Esq.<br>Willkie Farr & Gallagher, LLP<br>787 Seventh Ave.<br>New York, NY 10019 |

| | | |
|---|---|---|
| Alan W. Kornberg, Esq.<br>Paul, Weiss, Rifkinid, Wharton<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Alan S. Adler<br>OCM Opportunities Fund V, L.P.<br>c/o Oaktree Capital Mgmt, LLC<br>333 South Grand Ave., 28th Fl.<br>Los Angeles, CA 90071 | Geraldine E. Ponto<br>Gibbons, Del Deo, Dolan<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 |
| Stuart Krause, Esq.<br>Zeichner Ellman & Krause LLP<br>575 Lexington Ave.<br>New York, NY 10022 | Mateer & Harbert, P.A.<br>P. O. Box 2854<br>Orlando, FL 3202-2854 | Gerald DiConza, Esq.<br>Bianchi Macron LLP<br>390 Old Country Rd.<br>Garden City, NY 11530 |
| Sharon L. Levine, Esq.<br>Lowenstein Sandler, PC<br>65 Livingston Ave.<br>Roseland, NJ 07068 | Noah Charney<br>Bear Stearns Investment Products, Inc.<br>383 Madison Ave.<br>New York, NY 10179 | Nina M. LaFleur<br>Stutsman & Thames, P.A<br>121 W. Forsyth St., Ste. 600<br>Jacksonville, FL 32202 |
| James P. Smith<br>Arnall Golden Gregory LLP<br>201 Second St., Ste. 1000<br>Macon, GA 31201 | Michael R. Dal Lago, Esq.<br>Morrison Cohen LLP<br>909 Third Ave.<br>New York, NY 10022 | David B. Wheeler, Esq.<br>Moore & Van Allen PLLC<br>P. O. Box 22828<br>Charleston, SC 29413-2828 |
| David N. Crapo, Esq.<br>Gibbons, Del Deo, Dolan<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Dennis F. Dunne, Esq.<br>Matthew S. Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NJ 10005 | Stephan W. Milo, Esq.<br>Wharton, Aldhizer & Weaver, PLC<br>125 S. Augusta St., Ste. 2000<br>Staunton, VA 24401 |
| Stephen D. Wheelis, Esq.<br>Wheelis & Rozanski<br>P. O. Box 13199<br>Alexandria, LA 71315-3199 | Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Warren J. Martin, Jr., Esq.<br>Brett S. Moore, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Pkwy.<br>Morristown, NJ 07962 |
| C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St., Ste. 500<br>West Palm Beach, FL 33401 | Michael D. Warner, Esq.<br>David T. Cohen, Esq.<br>Warner Stevens, L.L.P.<br>301 Commerce St., #1700<br>Fort Worth, TX 76102 | Paul Rubin, Esq.<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016 |
| David Conroy, Esq.<br>Milling Benson Woodward LLP<br>909 Poydras St., Ste. 2300<br>New Orleans, LA 70112-1010 | Eric C. Cotton, Esq.<br>Developers Diversified Realty Corp.<br>P. O. Box 227042<br>Beachwood, OH 44122 | Stephen B. Sutton, Esq.<br>Lathrop & Gage, L.C.<br>2345 Grand Blvd., Ste. 2800<br>Kansas City, MO 64108 |
| Andrew Sherman, Esq.<br>Sills, Cummis, Epstein & Gross, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102-5400 | Timothy J. Curtin, Esq.<br>Varnum Riddering, Schmidt & Howlett<br>P. O. Box 352<br>Grand Rapids, MI 49501-0352 | Thomas H. Grace, Esq.<br>W. Steven Bryant, Esq.<br>Locke Liddell & Sapp, LLP<br>600 Travis St., Ste. 3400<br>Houston, TX 77002 |
| Janice B. Grubin, Esq.<br>Gary R. von Stange, Esq.<br>Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Ave.<br>New York, NY 10022-7519 | Louis G. McBryan, Esq.<br>Macey, Wilensky, Cohen, Wittner<br>600 Marquis Two Tower #285<br>Atlanta, GA 30303-1229 | Jacqueline Sailer<br>Aaron D. Patton<br>Murray, Frank & Sailer, LLP<br>275 Madison Ave., 8th Fl.<br>New York, NY 10016 |

Paul S. Magy, Esq., Terrance A. Hiller, Jr., Esq. & Matthew E. Thompson, Esq.
Kupelian Ormond & Magy, P.C.
25800 NW Hwy. #950
Southfield, MI 48075

**40 LARGEST TRADE CREDITORS:**

Kraft
22541 Network Pl.
Chicago, IL 60673-1225

Pepsico & Subsidiaries
P. O. Box 844700
Dallas, TX 75284-4700

Proctor & Gamble Distributing Co.
P. O. Box 100537
Atlanta, GA 30384-0537

Nestle
P. O. Box 277817
Atlanta, GA 30384-7817

General Mills, Inc.
P. O. Box 101412
Atlanta, GA 30392-0001

Unilever (HPC USA & Best Foods)
1 Johns St.
Clinton, CT 06413

Florida Coca-Cola
P. O. Box 30000
Orlando, FL 32891-0001

ConAgra Grocery Products
P. O. Box 409626
Atlanta, GA 30384

Kimberly Clark
P. O. Box 915003
Dallas, TX 75391-5003

McKee Foods Corporation
P. O. Box 2118
Collegedale, TN 37315=2118

Sara Lee Foods
P. O. Box 905466
Charlotte, NC 28290

US Bank Corporation
P. O. Box 790428
St. Louis, MO 63179-0428

Gourmet Award Foods Mid Atlantic
4055 Deerpark Blvd.
Elkton, FL 32033

Good Humor Breyers Ice Cream
P. O. Box 75604
Charlotte, NC 28275-5604

Keebler Company
P. O. Box 73451
Chicago, IL 60673-7451

CH Robinson Worldwide, Inc.
P. O. Box 9121
Minneapolis, MN 55480-9121

Del Monte Foods, USA
1336 Solutions Center
Chicago, IL 60677-1003

Fin Tech
4720 W. Cypress St.
Tampa, FL 33607

Powerhouse Produce LLC
P. O. Box 368
Riverhead, NY 11901

Gillette Company
P. O. Box 100800
Atlanta, GA 30384-0800

Cola-Cola Bottling Works
300 Coca-Cola Rd.
Charlotte, NC 28275

Schreiber Foods, Inc.
P. O. Box 905008
Charlotte, NC 28290-5008

Campbell Soup Co.
P. O. Box 101407
Atlanta, GA 30392-1407

Georgia Pacific Corp.
P. O. Box 102487
Atlanta, GA 30368-2487

Ross Laboratories
Dept. L-281
Columbus, OH 43260-0001

Clorox Sales Co – KPD
P. O. Box 66123
Charlotte, NC 28275-1754

Kellogg Sales Company
P. O. Box 905193
Charlotte, NC 28290-9051

Johnson & Johnson
P. O. Box 751059
Charlotte, NC 28275

| | | |
|---|---|---|
| Riverdale Farms<br>P. O. Box 861093<br>Orlando, FL 32886-3356 | Anderson News LLC<br>P. O. Box 52570<br>Knoxville, TN 37950-2570 | Safe Harbor Seafood<br>4371 Ocean St.<br>Mayport, FL 32233-2417 |
| Louisiana Coca-Cola<br>1314 Eraste Landry Rd.<br>Lafayette, LA 70506 | Edy's Grand Ice Cream<br>P. O. Box 406247<br>Atlanga, GA 30384-6247 | Wyeth Consumer Healthcare<br>P. O. Box 75296<br>Charlotte, NC 28275-5296 |
| Warner Lambert Consumer Group<br>400 West Lincoln Ave.<br>Lititz, PA 17543 | Gerber Products Company<br>445 State St.<br>Freemont, MI 49413 | Cola-Cola Bottling Co.<br>300 Coca-Cola Rd.<br>Charlotte, NC 28275 |
| Sanderson Farms<br>P. O. Box 988<br>Laurel, MS 39441-0998 | DLJ Produce, Inc.<br>P. O. Box 2398<br>West Covina, CA 91793 | Schering Plough Health Care<br>P. O. Box 100373<br>Atlanta, GA 30384 |
| Wilmington Trust Co., as Indenture Trustee<br>Rodney Square North<br>Wilmington, DE 19890 | Capital Research and Mgmt. Co.<br>American Funds<br>333 S. Hope St.<br>Los Angeles, CA 90071 | Vanguard Group, Inc.<br>The Vanguard Group<br>P. O. Box 2600<br>Valley Forge, PA 19482 |
| Ameriprime Funds<br>IMS Capital Management<br>8995 SE Otty Rd.<br>Portland, OR 97266 | Reliance Standard Life Ins. Co.<br>2001 Market St., Ste. 1500<br>Philadelphia, PA 19103 | Fortis Benefits Ins. Co.<br>P. O. Box 3050<br>Milwaukee, WI 53201 |
| Goodman & Co. Investment Counsel<br>40 King St. W., 55th Fl.<br>Toronto, Ontario M5H 4A9<br>CANADA | Wellington Management Co. LLP<br>Gateway Center Three<br>100 Mulberry St.<br>Newark, NJ 07102 | Securities Mgmt. and Research, Inc.<br>24500 South Shore Blvd., Ste. 400<br>League City, TX 77573 |
| Aviva Life Ins. Co.<br>108 Myrtle St.<br>Newport Office Park<br>North Quiney, MA 02171 | | |