Thomas R. Slome (TS-0957)
Jil-Mazer Marino (JM-6470)
SCARCELLA ROSEN & SLOME LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, New York 11553-3622
(516) 227-1600

    and

Russell R. Johnson III
3734 Byfield Place
Richmond, Virginia 23233
(804) 747-7208

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **WINN-DIXIE STORES, INC., <u>et al</u>,** | ) Case No. 05-11063 (RDD) |
| Debtors. | ) (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    1.    I, Russell R. Johnson III, a member in good standing of the bar in the state of Virginia and the United States Bankruptcy and District Courts for the Eastern and Western Districts of Virginia, request admission, *pro hac vice*, before this Court, to represent American Electric Power, Duke Energy Corporation d/b/a Duke Power Company, Virginia Electric and Power Company d/b/a Dominion Virginia Power and Dominion North Carolina Power, Florida Power Corporation d/b/a Progress Energy Florida, Carolina Power & Light d/b/a Progress Energy Carolinas, Orlando Utilities Commission, and Tampa Electric Company in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in which any of these utilities is or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York.

  2. My address is: Russell R. Johnson III, 3734 Byfield Place, Richmond, Virginia 23233.

  3. My telephone number is (804) 747-7208.

  4. My e-mail address is russj4478@aol.com.

  5. I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: Richmond, Virginia
   March 4, 2005      By: /s/ Russell R. Johnson III
                Russell R. Johnson III
                3734 Byfield Place
                Richmond, Virginia 23233
                (804) 747-7208

                -and-

SCARCELLA ROSEN & SLOME LLP

By: /s/ Thomas R. Slome
  Thomas R. Slome (TS-0957)
  Jil Mazer Marino (JM-6470)

SCARCELLA ROSEN & SLOME LLP
333 Earle Ovington Boulevard,
Ninth Floor
Uniondale, New York 11553-3622
(516) 227-1600

*Co-Counsel for American Electric Power; Duke Energy Corporation, d/b/a Duke Power Company; Virginia Electric and Power Company, d/b/a Dominion Virginia Power and Dominion North Carolina Power; Florida Power Corporation, d/b/a Progress Energy Florida; Carolina Power & Light, d/b/a Progress Energy Carolinas; Orlando Utilities Commission; and Tampa Electric Company*