SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re                                               :
                                                    :         Chapter 11
                                                    :
WINN-DIXIE STORES, INC., et al.,                    :         Case No. 05-11063 (rdd)
                                                    :
            Debtors.                                :         (Jointly Administered)
                                                    :
-------------------------------------------------------------x
```

## MASTER SERVICE LIST AS OF MARCH 4, 2005

Winn-Dixie Stores, Inc. and certain of its subsidiaries, debtors and debtors in possession in the above captioned cases, hereby submit the Master Service List, attached hereto as Exhibit A, required by Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings, as updated through the close of business on March 4, 2004.

Dated: March 7, 2005

/s/  *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (917) 777-2150

PROPOSED ATTORNEYS FOR THE DEBTORS

**EXHIBIT A**
**(MASTER SERVICE LIST)**

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>richard.morrissey@usdoj.gov |
| Laurence B. Appel<br>Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>Phone: 904-783-5000<br>Fax: 904-783-5059<br>LarryAppel@winn-dixie.com | D. J. Baker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Phone: 212-735-2150<br>Fax: 917-777-2150<br>djbaker@skadden.com |
| Sarah Robinson Borders<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Phone: 404-572-4600<br>Fax: 404-572-5149<br>sborders@kslaw.com | Internal Revenue Service<br>Attn: Insolvency Department<br>290 Broadway, 5th Floor<br>New York, NY 10007 |
| Securities and Exchange Commission<br>Reorganization Branch<br>233 Broadway<br>New York, NY 10279 | Office of New York State Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271<br>Phone: 212-416-8000 |
| R2 Investments, LDC<br>c/o Amalgamated Gadget, LP<br>Attn: Dave Gillespie<br>Phone: 817-332-9500<br>301 Commerce Street, Ste 3200<br>Fort Worth, TX 76102 | Deutsche Bank Trust Company Americas<br>Attn: S. Berg<br>60 Wall Street<br>New York, NY 10005-2858<br>Phone: 212-250-2921 |

| | |
|---|---|
| New Plan Excel Realty Trust, Inc.<br>420 Lexington Ave<br>New York, NY 10170<br>Phone: 212-869-3000 | Kraft (Kraft Foods, Kraft Pizza, Nabisco)<br>Attn: Sandra Schirmang, Director of Credit<br>Three Lakes Drive<br>Northfield, IL 60093<br>Phone: 847-646-6719<br>Fax: 847-646-4479 |
| Pepsico & Subsidiaries<br>Attn: Scott Johnson<br>7701 Legacy Drive 38-109<br>Plano, TX 75024<br>Phone: 972-334-7405 | OCM Oppurtinities Fund V, LP<br>c/o Oaktree Capital Management, LLC<br>Attn: Alan S. Adler<br>Los Angeles, CA 90071<br>Phone: 213-830-6300<br>Fax: 213-830-8851 |
| Capital Research and Management Company<br>Attention: Ellen Carr, Abner D. Goldstine<br>American Funds<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Phone: 213-486-9200<br>Fax: 213-486-9217 | Shearman & Sterling LLP<br>Attn: Andrew Tenzer<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Phone: 212-848-4000<br>Fax: 212-848-7179<br>Atenzer@Shearman.com |
| Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Dan Fiorello, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY  10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>dfiorillo@oshr.com; Jhelfat@oshr.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com; Lmandel@milbank.com;<br>DODonnell@milbank.com; mbarr@milbank.com |
| Morgan Lewis & Bockius LLP<br>Attn: Richard S. Toder<br>101 Park Avenue<br>New York, NY 10178-0060<br>Phone: 212-309-6052<br>Fax: 212-309-6001<br>rtoder@morganlewis.com | Pepper Hamilton LLP<br>Attn: I. William Cohen<br>100 Renaissance Center, 36th Floor<br>Detroit, MI 48243-1157<br>Phone: 313-393-7341<br>Fax: 313-259-7926<br>coheniw@pepperlaw.com |

| | |
|---|---|
| FTI Consulting<br>Attn: Michael Eisenband<br>3 Times Square<br>11th Floor<br>New York, NY 10036<br>Phone: 212- 499-3647<br>Fax 212-841-9350<br>Michael.Eisenband@FTIConsulting.com | The Blackstone Group L.P.<br>Attn: Flip Huffard<br>345 Park Avenue<br>New York, NY 10010<br>Phone: 212-583-5000<br>Fax: 212-583-5812<br>huffard@blackstone.com |
| XRoads Solutions Group LLC<br>Attn: Dennis Simon<br> 9 Executive Circle, Suite 190<br>Irvine, CA  92614<br>Phone : 949-567-1650<br>Fax : 949-567-1750<br>dsimon@xroadsllc.com | Levi Lubarsky & Feigenbaum LLP<br>Attn: Howard B Levi, Steven Feigenbaum<br>845 Third Ave, 21st Flr<br>New York, NY 10022<br>Phone: 212-308-6100<br>Fax: 212-308-8830<br>Hlevi@llf-law.com |
| Scarella Rosen & Slome<br>Attn: Adam L. Rosen, Esq<br>333 Earle Ovington Blvd Ste 901<br>Uniondale, NY 11553<br>Phone: 516-227-1600<br>Fax: 516-227-1601<br>Arosen@srsllp.com | Locke Liddell & Sapp LLP<br>Attn: Omer Kuebel III,  C. Davin Boldissar<br>601 Poydras St, Ste 2400<br>New Orleans, LA 70130-6036<br>Phone: 504-558-5110<br>Fax: 504-558-5200<br>Rkuebel@lockeliddell.com; dboldissar@lockeliddell.com |
| Ballard Spahr Andrews & Ingersoll<br>Attn: David L. Pollack, Jeffrey Meyers, Dean C. Waldt,<br>Mellon Bank Center, 51st Fl.<br>1735 Market Street<br>Philadelphia, PA 19103<br>Phone: 215-864-8325<br>Fax: 215-864-9473<br>Pollack@ballardspahr.com | Contrarian Capital Management LLC<br>Attn: Janice Stanton<br>411 W Putnam Ave, Ste 225<br>Greenwich, CT 6830<br>Phone: 203-862-8261<br>Fax: 203-629-1977<br>Jstanton@contrariancapital.com |
| Patterson Belknap Webb & Tyler<br>Attn: David W. Dykehouse, Michael Handler, Esq<br>1133 Avenue of The Americas<br>New York, NY 10036-6710<br>Phone: 212-336-2000<br>Fax: 212-336-2222<br>Dwdykhouse@pbwt.com; mhandler@pbwt.com | Cozen O'Connor<br>Attn: Neal D. Colton, David J. Liebman<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: 212-665-2060<br>Fax: 215-701-2122<br>Ncolton@cozen.com; dliebman@cozen.com |

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com; rlehane@kelleydrye.com

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950
Phone: 973-966-6300
Fax: 973-966-1550
Szuber@pitneyhardin.com;
Pforgosh@pitneyhardin.com.

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682
Rwward@airmail.net

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600
Phone: 212-309-6669
Fax: 212-309-6001
Nherman@morganlewis.com

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017
Phone: 212-476-4777
Fax: 212-476-4787
Dbr@tbfesq.com

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St Ste 700
Winston-Salem, NC 27113-5129
Phone: 3367222300
Fax: 3367210414
Rbleggett@allmanspry.com

Balch & Bingham LLP
Attn: W. Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201
Phone: 205-251-8100
Fax: 205-226-8799
Cwatson@balch.com; eray@balch.com

Angel & Frankel PC
Attn: Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906
Phone: 212-752-8000
Fax: 212-752-8393
Lmay@angelfrankel.com; rsteinberg@angelfrankel.com

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8000
Fax: 212-836-8689
Rsmolev@kayescholer.com; kmurphy@kayescholer.com

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5500
Fax: 201-226-8395
Plhuffst@coxsmith.com

Jenkens & Gilchrist P.C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
Phone: 214-885-4500
Fax: 214-885-4300

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn: Earle I. Erman, Esq
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Phone: 248-827-4100
Fax: 248-827-4106
Eerman@ermanteicher.com

Manier & Herod
Attn: J. Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494
Phone: 615-244-0030
Fax: 615-242-4203
Mfranks@manierherod.com; mcollins@manierherod.com; tpennington@manierherod.com

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq
7 Times Square
New York, NY 10036
Phone: 212-297-5811
Fax: 212-682-3485
Cchiu@pitneyhardin.com

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz.
One American Square, Box 82001
Indianaplois, Indiana 46282
Phone: 317-236-2100
Fax: 317-236-2219
Henry.efroymson@icemiller.com;
mark.bogdanowicz@icemiller.com

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-498-6208
Eschwartz@mnat.com; rdehney@mnat.com

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
fringel@pobox.com

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199
Phone: 706-324-0251
flc@psstf.com

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: 302-652-8400
Fax: 302-652-8405
kmiller@skfdelaware.com

| | |
|---|---|
| Airgas, Inc.<br>Attn: Mr. David Boyle<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675<br>Phone: 610-902-6028<br>Fax: 610-687-3187<br>David.boyle@airgas.com | Hogan & Hartson, L.L.P.<br>Attn: Ira S. Greene, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Phone: 212-918-3000<br>Fax: 212-918-3100<br>Isgreene@hhlaw.com |
| Discover Financial Services<br>Attn: Frank Vydra, Esq.<br>2500 Lake Cook Road<br>Riverwoods, IL 60015<br>Phone: 847-405-3333<br>Fax: 847-405-4972<br>Frankvydra@discoverfinancial.com | Neiman Ginsburg & Mairanz PC<br>Attn: Gary Ginsburg<br>39 Broadway, 25th Fl.<br>New York, NY 10006<br>Phone: 212-269-1000<br>gginsburg@ngmpc.com |
| Arnall Golden Gregory LLP<br>Attn: Darryl Laddin, J. Hayden Kepner, James Smith<br>171 W. 17th St., NW, Suite 2100<br>Atlanta, GA 30363<br>Phone: 404-873-8500<br>Fax: 404-873-8605<br>bkrfilings@agg.com; Hayden.kepner@agg.com;<br>james.smith@agg.com | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attn: Steven J. Reisman<br>101 Park Avenue<br>New York, New York 10178-0061<br>Phone: 212-696-6000<br>Fax: 212-697-1559<br>sreisman@cm-p.com |
| Wilmington Trust Company<br>Attn: Steven M. Cimalore<br>1100 North Market St., Rodney Square North<br>Wilmington, DE 19890<br>Phone: 302-636-6058<br>Fax: 302-636-4140<br>scimalore@wilmingtontrust.com | Wyatt, Tarrant & Combs, LLP<br>Attn: John P. Brice<br>250 West Main Street, Ste 1600<br>Lexington, KY 40507-1746<br>Phone: 859-233-2012<br>Fax: 859-259-0649<br>lexbankruptcy@wyattfirm.com |
| Katten Muchin Zavis Rosenman<br>Attn: Thomas J. Leanse, Dustin P. Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012<br>Phone: 310-788-4400<br>Fax: 310-788-4471<br>thomas.leanse@kmzr.com | Locke Liddell & Sapp LLP<br>Attn: W. Steven Bryant, Thomas H. Grace<br>600 Travis Street<br>3400 Chase Tower<br>Houston, TX 77002<br>Phone: 713-226-1200<br>Fax: 713-223-3717<br>hobankecf@lockeliddell.com |

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400
millerr@gtlaw.com

Greenberg Traurig, LLP
Attn: Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131
Phone: 305-579-0500
Fax: 305-579-0717
bloomm@gtlaw.com

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615.252.2307
Fax: 615.252.6307
amcmullen@boultcummings.com

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
srucker@millermartin.com

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997
Phone: 225-383-4703
Fax: 225-343-0630
drubin@kswb.com

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059
Phone: 601-948-6100
Fax: 641-355-6136
robert.holladay@youngwilliams.com

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-623-1000
Fax: 973-623-9131
rscheinbaum@podveysachs.com

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375
Phone: 404-335-0761
Fax: 404-614-4054
reginald.greene@bellsouth.com

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801
Phone: 302-467-4200
Fax: 302-467-4201
andrew.flame@dbr.com

| | |
|---|---|
| Lowenstein Sandler PC<br>Attn: Bruce S. Nathan, Anusia L. Gayer<br>1251 Avenue of the Americas, 18th Fl.<br>New York, NY 10020<br>Phone: 212-262-6700<br>Fax: 212-262-7402<br>bnathan@lowenstein.com; agayer@lowenstein.com | Morrison & Foerster LLP<br>Attn: Jason C. DiBattista<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Phone: 212-468-8000<br>Fax: 212-468-7900<br>jdibattista@mofo.com |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated<br>Attn: Nicholas Griffiths<br>4 World Financial Center<br>New York, NY 10080<br>Phone: 212-449-8707<br>Fax: 212-449-3247<br>nicholas_griffiths@ml.com | Burr & Forman LLP<br>Attn: Derek F. Meek, Robert B. Rubin<br>3100 SouthTrust Tower<br>420 North 20th St.<br>Birmingham, AL 35203<br>Phone: 205-251-3000<br>Fax: 205-458-5100<br>dmeek@burr.com; brubin@burr.com |
| Macco & Stern, LLP<br>Attn: Richard L. Stern<br>135 Pinelawn Road, Suite 120 South<br>Melville, NY 11747<br>Phone: 631-549-7900<br>Fax: 631-549-7845<br>rstern@maccosternlaw.com | Held & Israel<br>Attn: Edwin W. Held<br>1301 Riverplace Blvd., Ste 1916<br>Jacksonville, FL 32207<br>Phone: 904-398-4283<br>Fax: 904-398-4283<br>eheld@hilawfirm.com |
| McGrath North Mullin & Krath, PC LLO<br>Attn: James J. Niemeier<br>First National Tower, Ste 3700<br>1601 Dodge St.<br>Omaha, NE 68102<br>Phone: 402-341-3070<br>Fax: 402-341-0216<br>jniemeier@mnmk.com; awoodard@mnmk.com | Taplin & Associates<br>Attn: Ronald Scott Kaniuk<br>350 Fifth Ave., Ste 2418<br>New York, NY 10118<br>Phone: 212-967-0895<br>Fax: 212-202-5217<br>rkaniuklaw@aol.com |
| Howard, Solochek & Weber, S.C.<br>Attn: Bryan M. Becker<br>324 East Wisconsin Ave., Ste 1100<br>Milwaukee, WI 53202<br>Phone: 414-272-0760<br>Fax: 414-272-7265<br>bbecker@hswmke.com | 40/86 Advisors, Inc.<br>Attn: Frank Berg, Gregory J. Seketa<br>535 N. College Drive<br>Carmel, IN 46032<br>Phone: 317-817-2827<br>Fax: 317-817-4115<br>franklin.berg@4086.com |

| | |
|---|---|
| Law Offices of Avrum J. Rosen<br>Attn: Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743<br>Phone: 631-423-8527<br>Fax: 631-423-4536<br>arosen@avrumrosenlaw.com | Pepe & Hazard LLP<br>Attn: Charles J. Filardi<br>30 Jelliff Lane<br>Southport, CT 06890-1436<br>Phone: 203-319-4042<br>Fax: 203-319-4034<br>cfilardi@pepehazard.com |
| Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker<br>260 South Broad Street<br>Philadelphia, PA 19102-5003<br>Phone: 215-568-6060<br>Fax: 215-568-6603<br>mbranzburg@klehr.com; CHDicker@Klehr.com | Roetzel & Andress<br>Attn: Diana M. Thimmig<br>1375 East Ninth St.<br>One Cleveland Center, 9th Fl.<br>Cleveland, OH 44115<br>Phone: 216-696-7078<br>Fax: 216-623-0134<br>dthimmig@ralaw.com |
| Varnum Riddering Schmidt Howlett LLP<br>Attn: Timothy J. Curtin<br>PO Box 352<br>Grand Rapids, MI 49501-0352<br>Phone: 616-336-6000<br>Fax: 616-336-7000<br>tjcurtin@varnumlaw.com | Sills Cummis Epstein & Gross PC<br>Attn: Andrew H. Sherman<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Phone: 973-643-7000<br>Fax: 973-643-6500<br>asherman@sillscummis.com |
| Lathrop & Gage LC<br>Attn: Stephen B. Sutton<br>2345 Grand Boulevard, Ste 2800<br>Kansas City, MO 64108<br>Phone: 816-292-2000<br>Fax: 816-292-2001<br>ssutton@lathropgage.com | Developers Diversified Realty Corp.<br>Attn: Eric C. Cotton<br>3300 Enterprise Parkway<br>PO Box 227042<br>Beachwood, OH 44122<br>Phone: 216-755-5500<br>Fax: 216-755-1678<br>ecotton@ddrc.com |
| Herrick, Feinstein LLP<br>Attn: Paul Rubin<br>2 Park Ave<br>New York, NY 10016<br>Phone: 212-592-1400<br>Fax: 212-592-1500<br>prubin@herrick.com | Milling Benson Woodward LLP<br>Attn: David Conroy<br>909 Poydras St., Ste 2300<br>New Orleans, LA 70112-1010<br>Phone: 504-569-7000<br>dconroy@millinglaw.com |

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax: 973-538-5146
wjmartin@pbnlaw.com; bsmoore@pbnlaw.com

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401
Phone: 561-832-3300
Fax: 561-650-1153
celler@broadandcassel.com

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-278-1000
Fax: 212-278-1733
lhenin@andersonkill.com

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199
Phone: 318-445-5600
Fax:318-445-5710
steve@wheelis-rozanski.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
dcrapo@gibbonslaw.com; gponto@gibbonslaw.com

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828
Phone: 843-579-7000
Fax: 843-579-8727
davidwheeler@mvalaw.com

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022
Phone: 212-735-8600
Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202
Phone: 904-358-4000
Fax: 904-358-4001
nlafleur@stutsman-thames.com

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave.
New York, NY 10179
Phone: 212-272-3770
Fax: 212-272-9394
ncharney@bear.com

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068
Phone: 973-597-2375
Fax: 973-597-2400
slevine@lowenstein.com

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 516-408-3030
Fax: 516-408-7917
gerard@bmclaw.com

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022
Phone: 212-223-0400
Fax: 212-753-0396
skrause@zeklaw.com

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854
Phone: 407-425-9044
Fax: 407-423-2016
dlandis@mateerharbert.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
akornberg@paulweiss.com

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019
Phone: 212-728-8000
Fax: 212-728-8111
alipkin@willkie.com; rspigel@willkie.com

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102
Phone: 973-622-4444
Fax: 973-624-7070
wwallach@mccarter.com

Wormser, Kiely, Galef & Jacobs LLP
Attn: Janice B. Grubin, Gary R. von Stange
825 Third Avenue
New York, NY 10022
Phone: 212-687-4900
Fax: 212-687-5703
jgrubin@wkgj.com; gvonstange@wkgj.com

Macey, Wilensky, Cohen, Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229
Phone: 404-584-1200
Fax: 404-681-4355
lmcbryan@maceywilensky.com

| | |
|---|---|
| Murray, Frank & Sailer LLP<br>Attn: Jacqueline Sailer, Aaron D. Patton<br>275 Madison Ave., 8th Fl.<br>New York, NY 10016<br>Phone: 212-682-1818<br>Fax: 212-682-1892<br>jsailer@murrayfrank.com | Angelo, Gordon & Co.<br>Attn: James M. Malley<br>245 Park Ave, 26th Fl.<br>New York, NY 10167<br>Phone: 212-692-2034<br>Fax: 212-867-6395 |
| Hamilton Beach/Proctor-Silex Inc.<br>Attn: William Ray<br>4421 Waterfront Drive<br>Glen Allen, VA 23060<br>Phone: 804-273-9777<br>Fax: 804-527-7268 | Hunton & Williams, LLP<br>Attn: Craig V. Rasile<br>1111 Brickell Ave., Ste 2500<br>Miami, FL 33131<br>Phone: 305-810-2500<br>Fax: 305-810-2460<br>crasile@hunton.com |
| Bradley Arant Rose & White LLP<br>Attn: Danielle K. Greco, John Whittington, Patrick Darby<br>One Federal Place<br>1819 Fifth Avenue North<br>Birminghan, AL 35222<br>Phone: 205-521-8000<br>Fax: 205-521-8800<br>dgreco@bradleyarant.com | Smith Hulsey & Busey<br>Attn: James H. Post<br>225 Water Street, Ste 1800<br>Jacksonville, FL 32202<br>Phone: 904-359-7700<br>Fax: 904-359-7709<br>jpost@smithhulsey.com |
| Moseley, Prichard, Parrish, Knight & Jones<br>Attn: Richard K. Jones, Eric L. Hearn<br>501 West Bay Street<br>Jacksonville, FL 32202<br>Phone: 904-356-1306<br>Fax: 904-354-0194<br>rkjones@mwpplaw.com | Mimms Enterprises, Inc.<br>Attn: Thomas B. Mimms, Jr.<br>85-A Mill Street<br>Roswell, GA 30075-4952<br>Phone: 770-518-1100<br>Fax: 770-552-1100<br>legal@mimms.org |
| Johnson, Hearn, Vinegar, Gee & Mercer PLLC<br>Attn: Jean Winborne Boyles<br>PO Box 1776<br>Raleigh, NC 27602<br>Phone: 919-743-2200<br>Fax: 919-743-2201<br>jboyles@jhvgmlaw.com | FagelHaber LLC<br>Attn: Clinton P. Hansen, Dennis E. Quaid<br>55 East Monroe, 40th Fl.<br>Chicago, IL 60603<br>Phone: 312-346-7500<br>Fax: 312-580-2201<br>bkdept@fagelhaber.com |

| | |
|---|---|
| Rynn & Janowsky LLP<br>Attn: Patricia Rynn, Priscilla Grannis<br>4100 Newport Place Drive, Ste 700<br>Newport Beach, CA 92660<br>Phone: 949-752-2911<br>Fax: 949-752-0953<br>pat@rjlaw.com; priscilla@rjlaw.com | Ronald Horowitz<br>14 Tindall Road<br>Tindall Professional Plaza<br>Middletown, NJ 07748<br>Phone: 732-706-7600<br>Fax: 732-706-7601 |
| Hiersche, Hayward, Drakeley & Urbach PC<br>Attn: Russell W. Mills, Krista P. Bates<br>15303 Dallas Parkway, Ste 700<br>Addison, TX 75001<br>Phone: 972-701-7000<br>Fax: 972-701-8765<br>rmills@hhdulaw.com; kbates@hhdulaw.com | Dykema Gossett PLLC<br>Attn: Brendan G. Best<br>400 Renaissance Center<br>Detroit, Michigan 48243-1668<br>Phone : 313-568-5464<br>Fax : 313-568-6832<br>bbest@dykema.com |
| Glenn M. Reisman<br>Two Corporate Drive, Ste 648<br>PO Box 861<br>Shelton, CT 06484-0861<br>Phone: 203-944-3042<br>Fax: 203-944-3044<br>glenn.reisman@corporate.ge.com | Marrero Land and Improvement Association, Ltd<br>Attn: Vincent A. Vastola<br>5201 Westbank Expressway, Ste 400<br>Marrero, LA 70072<br>Phone: 504-341-1635<br>Fax: 504-340-4277<br>vincent@marreroland.com |
| Cohen, Todd, Kite & Stanford<br>Attn: Monica V. Kindt<br>250 East Fifth St., Ste 1200<br>Cincinnati, OH 45202<br>Phone: 513-421-4040<br>Fax: 513-241-4490<br>mkindt@ctks.com | Diaz Wholesale & Mfg Co., Inc.<br>Attn: M. Eric Newberg<br>5501 Fulton Industrial<br>Atlanta, GA 30336<br>Phone: 404-344-5421<br>Fax: 404-344-3003 |
| Squire, Sanders & Dempsey LLP<br>Attn: Kristin E. Richner<br>1300 Huntington Center<br>41 South High St<br>Columbus, OH 43215-6197<br>Phone: 614-365-2700<br>Fax: 614-365-2499<br>krichner@ssd.com | Liebmann, Conway, Olejniczak & Jerry, S.C.<br>Attn: Jerome E. Smyth<br>231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200<br>Phone: 920-437-0476<br>Fax: 920-437-2868<br>jes@lcojlaw.com |

Richard Blackstone Webber II, PA
Attn: Richard Blackstone Webber II
320 Maitland Ave.
Altamonte Springs, FL 32701
Phone: 407-260-8955
Fax: 407-260-5133

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402
Phone: 650-348-0102
Fax: 650-348-0962
dfinkelstein@afelaw.com

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Ave., Ste 1540
New York, NY 10169
Phone: 212-503-6607
Pbrown@buckeyecapitalpartners.com

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408
Phone: 561-691-7797
Fax: 561-691-7103
rachel_budke@fpl.com

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
 375 Park Avenue, 14th Floor
New York, NY 10152
Phone: 212-418-1700
Fax: 212-418-1701
Patrick.bartels@QuadrangleGroup.com;
Andrew.Herenstein@QuadrangleGroup.com

Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
Attn: Zachary J. Bancroft
 450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Phone: 407-843-4600
Fax: 407-843-4444
zachary.bancroft@lowndes-law.com

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601
Phone: 813-229-0900
Fax: 813-229-3323
lfoyle@kasslaw.com

Morris, James, Hitchens & Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Phone: 302-888-6800
Fax: 302-571-1750

Begnaud & Marshall LLP
Attn: Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603
Phone: 706-316-1150
Fax: 706-316-1153
 dbegnaud@athens1867.com