SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC.,** <u>et</u> <u>al.</u>, | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
------------------------------------------------------------x

**NOTICE OF REVISED OBJECTION DEADLINE AND SERVICE PROCEDURES**
**WITH RESPECT TO CERTAIN FIRST DAY APPLICATIONS**

TO PARTIES IN INTEREST:

　　　　PLEASE TAKE NOTICE:

　　　　1.　　The objection deadline and service procedures have changed with respect to the following Applications and Motion filed by the Debtors[1]:

　　　　　　Application for Authority to Retain Skadden, Arps, Slate, Meagher & Flom LLP as Lead Restructuring and Bankruptcy Counsel to the Debtors

　　　　　　Application for Authority to Retain King & Spalding LLP as Bankruptcy Co-Counsel and General Corporate Counsel to the Debtors

　　　　　　Application for Authority to Retain Kirschner & Legler, P.A. as Special Corporate Finance Counsel to the Debtors

　　　　　　Application for Authority to Retain Smith, Gambrell & Russell, LLP as Special Real Estate Counsel to the Debtors

　　　　　　Motion for Approval of Interim Compensation Procedures for Professionals

　　　　2.　　Any objections to the relief requested in the Applications and the Motion must be filed with the Court and be served upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; (ii) D. J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; (iii) Sarah Robinson Borders, King & Spalding LLP,

---

[1] The "Debtors" consist of Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

-2-

191 Peachtree Street, Atlanta, Georgia 30303; and (iv) Dennis F. Dunne and Matthew S. Barr, Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 so as to be <u>actually</u> <u>received</u> no later than **March 10, 2005, at 4:00 p.m. prevailing Eastern time**.

   3. In addition to the service required in paragraph 2 above, any objection to the Application for Authority to Retain Kirschner & Legler, P.A. as Special Corporate Finance Counsel to the Debtors must be served upon Kenneth M. Kirschner, Kirschner & Legler, P.A., 300A Wharfside Way, Jacksonville, Florida 32207 so as to be <u>actually</u> <u>received</u> no later than the deadline indicated in paragraph 2 above.

   4. In addition to the service required in paragraph 2 above, any objection to the Application for Authority to Retain Smith, Gambrell & Russell, LLP as Special Real Estate Counsel to the Debtors must be served upon Douglas G. Stanford, Smith, Gambrell & Russell, LLP, Bank of America Tower, 50 Laura Street, Suite 2600, Jacksonville, Florida 32202, each so as to be <u>actually</u> <u>received</u> no later than the deadline indicated in paragraph 2 above.

   5. Each of the above referenced Applications and Motion are set for final hearing on **March 15, 2005, at 10:00 a.m. prevailing Eastern time**, before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York.

   6. Copies of the Applications and the Motion have been previously served by the Debtors. Additional copies of the Applications and the Motion may be obtained upon written request to Luisa Bonachea, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, Telephone: 212-735-4065, E-mail: <u>lbonache@skadden.com</u>.

Dated: March 7, 2005
   New York, New York

                  /s/  D. J. Baker
                  D. J. Baker (DB 0085)
                  Sally McDonald Henry (SH 0839)
                  Rosalie Walker Gray
                  SKADDEN, ARPS, SLATE, MEAGHER
                   & FLOM LLP
                  Four Times Square
                  New York, New York 10036
                  Telephone: (212) 735-3000
                  Facsimile:  (917) 777-2150

                  ATTORNEYS FOR THE DEBTORS