HAYNES AND BOONE, LLP
399 Park Avenue
New York, NY 10022-4614
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Judith Elkin (JE-4112)

HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Facsimile: (214) 200-0486
Stacey Jernigan (TX-10652200), pro hac vice motion pending
Mark Elmore (TX-24036523), pro hac vice motion pending

Attorneys for Front End Services Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| : | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, : | Case No. 05-11063 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-----------------------------------------------------------x

**MOTION OF JUDITH ELKIN FOR ADMISSION PRO HAC VICE**
**OF STACEY G. JERNIGAN AND MARK ELMORE**

Judith Elkin ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and a partner at Haynes and Boone, L.L.P. ("Haynes and Boone"), hereby moves (the "Motion") this Court for an order admitting Stacey G. Jernigan and Mark Elmore (the "Proposed Admittees") *pro hac vice* to represent Front End Services Corporation ("FES"), a creditor in these cases pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"). In support of this

Motion, Movant relies upon the respective certifications of the Proposed Admittees which are attached as an exhibit hereto and respectfully represents as follows:

1.    Stacey G. Jernigan is a partner at Haynes and Boone. Ms. Jernigan is a member in good standing of the Bar of the State of Texas, admitted to practice before all state courts in Texas since 1989. Ms. Jernigan is admitted to practice before the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas and the United States Court of Appeals for the Fifth Circuit. There are no disciplinary proceedings or criminal proceedings pending against Ms. Jernigan in any jurisdiction and there have been no disclosure of any pending grievances against her. The Certification of Ms. Jernigan is attached hereto as <u>Exhibit A</u> in support of the admission of Ms. Jernigan *pro hac vice*.

2.    Mark Elmore is an associate at Haynes and Boone. Mr. Elmore is a member in good standing of the Bar of the State of Texas, admitted to practice before all state courts in Texas since 2002. Mr. Elmore is admitted to practice before the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas and the United States Court of Appeals for the Fifth Circuit. There are no disciplinary proceedings or criminal proceedings pending against Mr. Elmore in any jurisdiction and there have been no disclosure of any pending grievances against him. The Certification of Mr. Elmore is attached hereto as <u>Exhibit B</u> in support of the admission of Mr. Elmore *pro hac vice*.

3.    Movant requests that this Court approve the Motion so that the Proposed Admittees may file pleadings, appear and be heard at hearings, and otherwise represent FES in these cases.

4. Pursuant to Rule 9013-a(b) of the Local Rules, because there are no novel issues of law presented herein, Movant respectfully requests that the Court waive the requirement that FES file a memorandum of law in support of this Motion.

WHEREFORE, Movant respectfully requests that the Court:

(a) enter an order admitting the Proposed Admittees *pro hac vice* to represent FES in these cases; and

(b) grant such other and further relief as is just and proper.

Dated: March 7, 2005

    /s/ Judith Elkin
HAYNES AND BOONE, L.L.P.
Judith Elkin (JE-4112)
399 Park Avenue
New York, NY 10022-4614
Telephone: (212) 659-7300
Facsimile: (212) 918-8989

HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Facsimile: (214) 200-0486
Stacey Jernigan (TX-10652200), pro hac vice motion pending
Mark Elmore (TX 24036523), pro hac vice motion pending

COUNSEL FOR FRONT END SERVICES CORPORATION

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Motion of Judith Elkin for Admission Pro Hac Vice of Stacey G. Jernigan and Mark Elmore was served on the parties identified on the attached service list by United States mail, first class postage prepaid, on March 7, 2005.

                                    /s/ Judith Elkin_____
                                    Judith Elkin

**SERVICE LIST**

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Counsel for Debtors

Sarah Robinson Borders
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303
Co-Counsel for Debtors

Richard C. Morrissey
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne
Matthew S. Barr
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Counsel for Official Unsecured Creditors' Committee

Jonathan N. Helfat
Richard G. Haddad
Daniel F. Fiorillo
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10160
Counsel for Wachovia Bank, N.A.

Steven J. Reisman
Curist, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061
Counsel for Wilmington Trust Company as Indenture Trustee

Steven M. Cimalore
Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

5

d-1325160.1