**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                          :
                                               :     Chapter 11
                                               :
WINN-DIXIE STORES, INC., et al.,               :     Case No. 05-11063 (RDD)
                                               :
                Debtors.                       :     (Jointly Administered)
                                               :
------------------------------------------------------------x
```

**CERTIFICATION OF STACEY G. JERNIGAN**

I, Stacey G. Jernigan, in support of the Motion of Judith Elkin for Admission Pro Hac Vice of Stacey G. Jernigan and Mark Elmore do hereby certify under penalty of perjury as follows:

1. I am eligible for admission *pro hac vice* to this Court.

2. I am a partner at the law firm of Haynes and Boone, LLP and maintain an office for the practice of law at 901 Main Street, Suite 3100, Dallas, Texas 75202.

3. I am a member in good standing of the Bar of the State of Texas, and have been admitted to practice before the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas and the United States Court of Appeals for the Fifth Circuit. There are no disciplinary proceedings or criminal proceedings pending against me and there have been no disclosures of any pending formal grievances against me.

4. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

d-1325175.1

5. I have access to, or have acquired, a copy of the Local Rules of this Court, am generally familiar with such Rules, and will comply with such Rules.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2005.

/s/   Stacey G. Jernigan
Stacey G. Jernigan
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas  75202-3789
Telephone:  (214) 651-5000
Facsimile:  (214) 200-0486
