**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re | : |
| | :   **Chapter 11** |
| | : |
| **WINN-DIXIE STORES, INC., et al.,** | :   **Case No. 05-11063 (RDD)** |
| | : |
| Debtors. | :   **(Jointly Administered)** |
| | : |

------------------------------------------------------------x

**ORDER GRANTING MOTION OF JUDITH ELKIN FOR ADMISSION**
**PRO HAC VICE OF STACEY G. JERNIGAN AND MARK ELMORE**

Upon the Motion (the "Motion") of Judith Elkin seeking the admission *pro hac vice* of Stacey G. Jernigan and Mark Elmore to represent Front End Services Corporation ("FES") in these cases; and upon consideration of the Motion, the Certifications of Stacey G. Jernigan and Mark Elmore; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that Stacey G. Jernigan and Mark Elmore are admitted *pro hac vice* to represent FES in the above-captioned cases and may appear in these cases and any related proceedings *pro hac vice*; and it is further

ORDERED that the requirements of the service and filing of a separate memorandum of law under Rule 9013-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York is hereby waived.

Dated: March ____, 2005
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE