HAYNES AND BOONE, LLP
399 Park Avenue
New York,  NY  10022-4614
Telephone: (212) 659-7300
Facsimile:  (212) 918-8989
Judith Elkin (JE-4112)

HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas  75202-3789
Telephone:  (214) 651-5000
Facsimile:  (214) 200-0486
Stacey Jernigan (TX-10652200)

Attorneys for Front End Services Corporation

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | **:** | |
| | **:** | **Chapter 11** |
| | **:** | |
| **WINN-DIXIE STORES, INC., et al.,** | **:** | **Case No. 05-11063 (RDD)** |
| | **:** | |
| **Debtors.** | **:** | **(Jointly Administered)** |
| | **:** | |

----------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

        PLEASE TAKE NOTICE that Front End Services Corporation ("FES"), by and through

its counsel, Judith Elkin and Stacey G. Jernigan of Haynes and Boone, LLP, hereby files this

Notice of Appearance and Request for Notices and, pursuant to Rules 2002 and 9010(b) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of all

notices and pleadings given or filed in this case be given to and served upon the following:

                Judith Elkin
                HAYNES AND BOONE, LLP
                399 Park Avenue
                New York,  NY  10022-4614
                Telephone: (212) 659-7300

Facsimile:  (212) 918-8989
Judith.Elkin@haynesboone.com

and

Stacey G. Jernigan
HAYNES AND BOONE, LLP
901 Main Street - Suite 3100
Dallas, Texas 75202-3789
Telephone:        214-651-5000
Facsimile:        214-651-5940
Stacey.Jernigan@haynesboone.com

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rules 2002 and 9007, the foregoing demand covers not only the notices and papers referred to in the rules specified above, but all other notices and papers, including but not limited to notices of any application, motion, petition, plan, disclosure statement, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.  This demand includes, but is not limited to, any and all pleadings or notices:  (1) which affect or seek to affect in any way rights or interests of or to (a) the Debtors, (b) property in which the Debtors or the Trustee may claim an interest and (c) property in the possession, custody or control of the Debtors or the Trustee; or (2) which seek to require any act, payment or other conduct by FES.

This request for notice does not constitute an appearance before this Court or a submission to the jurisdiction of this Court.

Dated: March 7, 2005.

_____/s/  Judith Elkin_____
HAYNES AND BOONE, L.L.P.
Judith Elkin (JE-4112)
399 Park Avenue
New York,  NY  10022-4614
Telephone:  (212) 659-7300
Facsimile:  (212) 918-8989

HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas  75202-3789
Telephone:  (214) 651-5000
Facsimile:  (214) 200-0486
Stacey Jernigan (TX-10652200)

COUNSEL FOR FRONT END SERVICES
CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

   This is to certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served upon all parties on the attached Service List by United States first class mail, postage prepaid, in accordance with the Federal Rules of Bankruptcy Procedure on this 7th day of March, 2005.


        /s/  <u>Judith Elkin</u>

## SERVICE LIST

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Counsel for Debtors

Sarah Robinson Borders
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303
Co-Counsel for Debtors

Richard C. Morrissey
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne
Matthew S. Barr
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Counsel for Official Unsecured Creditors' Committee

Jonathan N. Helfat
Richard G. Haddad
Daniel F. Fiorillo
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10160
Counsel for Wachovia Bank, N.A.

Steven J. Reisman
Curist, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061
Counsel for Wilmington Trust Company as Indenture Trustee

Steven M. Cimalore
Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890