haynesboone

February 23, 2005

***Via facsimile to Debtor's Counsel (without Enclosures) and via Federal Express (with Enclosures) to All***

General Counsel, Legal Department
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Sam Shaver, Category Operations Manager
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

D. J. Baker, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
***Fax 212-735-2000***

Sarah Robinson Borders, Esq.
KING & SPAULDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
***Fax 404-572-5100***

Re: Front-End Services Corporation **Reclamation Demand** In Connection with ***In re Winn-Dixie Stores, Inc., et al.***, Case No. 05-11063 (RDD) (Jointly Administered)

Dear Sirs and Ms. Borders:

This firm represents Front-End Services Corporation ("FES"), a party with reclamation rights against Winn-Dixie Stores, Inc. This letter is being sent to you in connection with sales of goods made by FES to Winn-Dixie Stores, Inc. and its affiliates ("WINN-DIXIE"). The goods in question were United States postal stamps that were sold by FES to Winn-Dixie Atlanta, Winn-Dixie Jacksonville, Winn-Dixie Orlando, and Winn-Dixie Miami.

FES has recently been advised that WINN-DIXIE is insolvent and has sought Chapter 11 protection. This letter is being written pursuant to section 2-702 of the Uniform Commercial Code as enacted under any other applicable state law (including Florida, Georgia, and South Carolina state law), section 546(c) of the Bankruptcy Code, and FES's rights under the common law. Please consider this letter FES's written demand for reclamation of all goods received from FES by WINN-DIXIE on or

Haynes and Boone, LLP
Attorneys and Counselors
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Phone: 214.651.5000
Fax: 214.651.5940
www.haynesboone.com

haynesboone

after February 11, 2005 through the February 21, 2005 petition date. True and correct copies of documentation regarding said goods and a statement of account for said goods are enclosed in the Federal Express packages being provided herewith. The provided documentation reflects that **$631,220** of postage stamps were received by WINN-DIXIE from FES within 10 days of the date of filing bankruptcy (since February 11, 2005). The locations to which postage stamps were shipped were: (a) **$25,900** face value of stamps received by a Winn-Dixie Atlanta, Georgia warehouse on February 11, 2005 to be (upon information and belief) further distributed thereafter to the following stores: Winn-Dixie #1812, Winn-Dixie #1826, Winn-Dixie #1851, Winn-Dixie #1872, Winn-Dixie #1904, Winn-Dixie #1912, Winn-Dixie #1914, Winn-Dixie #1938, Save Rite #2707, Save Rite #2708, Save Rite #2719, Save Rite #2727, Save Rite #2732, and Save Rite #2733; (b) **$102,120** face value of stamps received by a Winn-Dixie Jacksonville Beaufort, South Carolina warehouse on February 11, 2005 to be (upon information and belief) further distributed thereafter to the following stores: Winn-Dixie #2, Winn-Dixie #8, Winn-Dixie #85, Winn-Dixie #104, Winn-Dixie #110, Winn-Dixie #129, Winn-Dixie #133, Winn-Dixie #140, Winn-Dixie #144, Winn-Dixie #179, Winn-Dixie #182, Winn-Dixie #185, Winn-Dixie #192, Winn-Dixie #1095, Winn-Dixie #2205, Winn-Dixie #2206, Winn-Dixie #2213, Winn-Dixie #2244, Winn-Dixie #2258, Winn-Dixie #2289, Winn-Dixie #2311, Winn-Dixie #2312, Winn-Dixie #2321, Winn-Dixie #2337, Winn-Dixie #2343, Winn-Dixie #2344, Winn-Dixie #2347, and Save Rite #2603; (c) **$148,000** face value of stamps received by a Winn-Dixie Orlando warehouse on February 14, 2005 and shipped to an Orlando, Florida warehouse to be (upon information and belief) further distributed thereafter but current whereabouts unknown to FES; and (d) **$355,200** face value of stamps received by a Winn-Dixie Miami Pompano Beach, Florida warehouse on February 11, 2005 to be (upon information and belief) further distributed thereafter but current whereabouts unknown to FES. However, this reclamation demand should be construed to extend to any and all goods received from FES by WINN-DIXIE locations on or after February 11, 2005.

According to the above stated laws, we presume WINN-DIXIE will immediately identify and inventory all of the materials subject to this demand, make the same available for return to FES, and advise us of the time and manner of said returns.

Sincerely,

Stacey Jernigan
Direct Phone Number: (214) 651-5516
Direct Fax Number: (214) 200-0486
*stacey.jernigan@haynesboone.com*

Enclosures

cc: Karen Eddlemon (FES) (via facsimile @ 214-672-0603) (w/o encl.)
George Jenson (FES) (via facsimile @ 214-672-0603) (w/o encl.)

Haynes and Boone, LLP
Attorneys and Counselors
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Phone: 214.651.5000
Fax: 214.651.5940
www.haynesboone.com

**STAMP PURCHASING AGREEMENT** **Effective Date:** July 22 2004

This stamp purchasing agreement between Front-End Services Corporation ("FES"), located at 1100 Fountain Parkway, Grand Prairie, Texas 75050, and Winn-Dixie Stores, Inc. ("WINN-DIXIE"), located at 5050 Edgewood Court, Jacksonville, Florida 32254-3699, establishes the parties' rights and obligations as follows:

**1. WINN-DIXIE agrees:**

**1.1** To abide by the terms of this Agreement when from time to time WINN-DIXIE may purchase various first-class and other U.S. postage stamps from FES. In addition, WINN-DIXIE may purchase FES' packaged premium-stamp products at agreed upon prices. FES shall have no responsibility for product shortages at the store level, provided that FES has fulfilled all orders received from WINN-DIXIE.

**1.2** To provide FES with a list of its U.S. corporate stores containing the postal addresses of each location, the names of contact representatives, and their telephone and fax numbers.

**1.3** To remit payment for all Face-Value Stamp purchases within seven (7) days of when ordered. To remit payment for all billing statements for packaged premium-stamp products on a basis of net seven (7) days.

**2. FES agrees:**

**2.1** To make various first-class and other U.S. postage stamps available for purchase by Winn-Dixie at face value throughout the term of this Agreement.

**2.2** To provide WINN-DIXIE with consolidated billing statements for all store sales on a daily basis. Such billing will be handled by Electronic Data Interchange (EDI) unless FES is otherwise directed by WINN-DIXIE. FES agrees to ship stamps by UPS Ground delivery service to individual Winn-Dixie stores.

**2.3** To pay for the cost of shipping the postage stamps to the stores.

**2.4** To provide an 800 number for individual stores to place their orders. FES will use its best efforts to place products in the hands of the shipper so orders will be normally filled within two (2) business days from the date of the order. The 800 number will also be available for customer service, as required on a 24x7 basis.

**2.5** To institute, as an added convenience based upon individual store approval, a standing order format (automated fulfillment at pre-determined intervals) with the option to have the stores call the 800 number to revise their standing orders.

**2.6** To hold title to and otherwise be responsible for the stamps until delivered to the store. Upon receipt of the stamps at the store, product title and responsibility shifts to WINN-DIXIE.

**2.7** At no cost to WINN-DIXIE, provide WINN-DIXIE with point of purchase (POP) materials (vertical topper unit, horizontal topper unit, static window cling) for each WINN-DIXIE store selling stamps as jointly developed by FES and WINN-DIXIE personnel.

**2.8** To pay WINN-DIXIE a monthly purchase allowance equal to one-half of one percent (.5%) of all Face-Value purchases from the prior month. To pay such allowance by the 20th day of the

month following purchases.

**3. The parties agree:**

3.1 That the term of this agreement will be for one (1) year from the Effective Date and can be automatically renewed on a yearly basis with the mutual consent of FES and WINN-DIXIE.

3.2 That the minimum quantity to be shipped to each store per order is 100 booklets of first-class U.S. postage stamps. Each booklet contains twenty (20) stamps.

3.3 That WINN-DIXIE has no obligation hereunder to purchase any aggregate minimum volume or dollar value of products from FES under this Agreement, and that FES has no exclusive right to supply WINN-DIXIE with the categories of products provided by FES hereunder.

3.4 That FES may suspend shipping of orders for non payment of invoices that are not in good faith dispute.

3.5 That thirty (30) days prior to any and all first-class postage stamp rate changes, FES will assist (through its' customer service department) each WINN-DIXIE store in reducing their on-hand inventory to zero (0) by the scheduled rate change date. On the day of the rate change, FES will ship the new denominated first-class rate stamps to each WINN-DIXIE store via overnight WINN-DIXIE shipping. FES will assist WINN-DIXIE in the returns of previous shipments of old or damaged, first-class rate stamps for credit. Alternatively, FES may provide WINN-DIXIE stores with rate change make-up stamps to bring stock on hand to the new postage rate.

3.6 That this agreement may be terminated by either party on thirty (30) days written notice.

3.7 That this is a confidential and legally privileged agreement between FES and WINN-DIXIE and is intended for the use of FES and WINN-DIXIE only.

3.8 THAT IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR LOST PROFITS, OR FOR ANY CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR INDIRECT DAMAGES, HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, ARISING OUT OF THIS AGREEMENT.

3.9 That any notice required or permitted under this Agreement shall be in writing and shall be given by personal delivery or reputable courier service to the recipient's address set forth below, or such other address as a party may designate through written notice to the other party.

WINN-DIXIE:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
P. O. Box B
Jacksonville, FL 32203-0297
Attention: General Counsel, Legal Department

FES

Front-End Services Corporation
1100 Fountain Parkway
Grand Prairie, Texas 75050

SWJ

Notice given by personal delivery shall be deemed effective on the date it is delivered. Notice by courier service shall be prepaid, and shall be deemed to have been given at the time indicated on the courier service's delivery receipt.

3.10 That the construction, interpretation and performance of this Agreement and all transactions under it shall be governed by the laws of the State of Florida, exclusive of its conflicts of laws provisions. The parties agree that the exclusive jurisdiction and venue for any action relating to this Agreement shall be in the federal or state courts with jurisdiction encompassing Jacksonville, Florida, and the parties hereby consent to such jurisdiction and venue.

3.11 That this Agreement constitutes the entire agreement between the parties hereto relating to the subject matter hereof and supersedes all prior oral and written commitments and understandings of the parties. This Agreement may not be changed or amended except by a writing executed by both parties.

**4. Signatures:**

George W. Jensen

Name: George W. Jensen

Title: President

**Front-End Services Corporation**
1100 Fountain Parkway
Grand Prairie, Texas 75050-1513

Richard Judd

Name: Richard Judd

Title: Sr. V.P. Supply Chain and Merchandising

**WINN-DIXIE Incorporated**
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Winn-Dixie Legal Department
Approved by: CHW
Date: 8-18-04

REMIT TO: FRONT-END SERVICES
1100 FOUNTAIN PARKWAY
GRAND PRAIRIE TX 75050
214-672-0638

Bill To: WINN DIXIE

Ship To: WINN DIXIE

Invoice 8065

Date 2/08/05

| Co/Cust No | Order No | Customer PO # | Ter | Sls# |
|---|---|---|---|---|
| 2/9906200000 | 20201/00 | | ZZZ | 99999 |

Ship Via Terms NET 7 DAYS Ref#
Pay Type Accounts Receivable

| Item Number/Description | U/M | Ordered | Shipped | Sell Price | Total |
|---|---|---|---|---|---|
| 1249896 ATLANTA 2/11/05 | | | | | 25,900.00 |
| 1249870 JACKSONVILLE 2/11/05 | | | | | 102,120.00 |
| 1249900 MONTGOMERY 2/10/05 | | | | | 95,460.00 |

INVOICE DUE: 2/15/05

| | |
|---|---|
| SUBTOTAL | 223,480.00 |
| TOTAL: | 223,480.00 |
| DEPOSIT: | |
| AMT DUE: | 223,480.00 |

# INVOICE

Sold to:
Winn-Dixie Atlanta
5400 Fulton Industries Blvd
ATLANTA , GA 30336
Attn:Richard Gilbert

Remit to:
Front-End Services
1100 Fountain Parkway
Grand Prairie, Tx 75050

Invoice No....: 1249896
Invoice Date..: 02/08/05
Due Date......: 02/15/05

| Customer | Store Name | Order No. | Item Description | Tracking # | Quantity Shipped | Item Cost | Line Total |
|---|---|---|---|---|---|---|---|
| 1/01812 | Winn-Dixie #1812 | GW123 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 1 | 740.00 | 740.00 |
| 1/01826 | Winn-Dixie #1826 | GQ595 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 3 | 740.00 | 2220.00 |
| 1/01851 | WINN-DIXIE #1851 | GT798 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 3 | 740.00 | 2220.00 |
| 1/01872 | Winn-Dixie #1872 | GU441 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 2 | 740.00 | 1480.00 |
| 1/01904 | Winn-Dixie #1904 | GW661 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 2 | 740.00 | 1480.00 |
| 1/01912 | Winn-Dixie #1912 | GU371 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 3 | 740.00 | 2220.00 |
| 1/01914 | Winn-Dixie #1914 | GW257 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 4 | 740.00 | 2960.00 |
| 1/01938 | Winn-Dixie #1938 | GV242 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 2 | 740.00 | 1480.00 |
| 1/02707 | Save Rite #2707 | GX185 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 3 | 740.00 | 2220.00 |
| 1/02708 | SAVE RITE #2708 | GW663 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 3 | 740.00 | 2220.00 |
| 1/02719 | Save Rite #2719 | GX364 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 3 | 740.00 | 2220.00 |
| 1/02727 | Save Rite #2727 | GR592 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 2 | 740.00 | 1480.00 |
| 1/02732 | Save Rite #2732 | GV284 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 1 | 740.00 | 740.00 |
| 1/02733 | SAVE RITE #2733 | GY037 | 100 PK STAMPS .37 | 1Z0A5V360300716036 | 3 | 740.00 | 2220.00 |

Total for Inv #... 1249896 $25900.00

*** End of Report ***

UPS Package Tracking
Page 1 of 1

Home | About UPS | Contact UPS | Welcome Center

UPS Uni

Shipping Tracking Support Business Solutions

## Tracking

Log-In User ID: Password: | Forgot Password

- Track by Tracking Number
- Track by Reference Number
- Import Tracking Numbers
- Track by E-mail
- Access Quantum View
- Void a Shipment
- Help

# Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Feb 11, 2005 9:15 A.M. |
| **Signed by:** | GILBERT |
| **Location:** | DOCK |
| **Delivered to:** | ATLANTA, GA, US |
| **Shipped or Billed on:** | Feb 8, 2005 |
| **Tracking Number:** | 1Z 0A5 V36 03 0071 603 6 |
| **Service Type:** | GROUND |
| **Weight:** | 27.00 Lbs |

**Package Progress:**

| Date/ Time | Location | Activity |
|---|---|---|
| Feb 11, 2005 | | |
| 9:15 A.M. | ATLANTA, GA, US | DELIVERY |
| Feb 10, 2005 | | |
| 5:11 P.M. | ATLANTA, GA, US | DESTINATION SCAN |
| 3:26 P.M. | ATLANTA, GA, US | ARRIVAL SCAN |
| Feb 8, 2005 | | |
| 10:54 P.M. | DALLAS, TX, US | DEPARTURE SCAN |
| 8:24 P.M. | DALLAS, TX, US | ORIGIN SCAN |
| 6:06 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Feb 22, 2005 9:19 A.M. Eastern Time (USA)

We'll Pack and
Ship With Love
The UPS Store®

**Find Answers to Your Tracking Questions**

Go to Tracking Number FAQ

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

Back to Tracking Summary

Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/processRequest 2/22/2005

# INVOICE

Sold to:
Winn-Dixie Jacksonville
15500 West Beaver St
BALDWIN , FL 32234
Attn:Michelle Cook

Remit to:
Front-End Services
1100 Fountain Parkway
Grand Prairie, Tx 75050

Invoice No....: 1249870
Invoice Date..: 02/08/05
Due Date......: 02/15/05

| Customer | Store Name | Order No. | Item Description | Tracking # | Quantity Shipped | Item Cost | Line Total |
|---|---|---|---|---|---|---|---|
| 2/00002 | Winn-Dixie #2 | GT494 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 2 | 740.00 | 1480.00 |
| 2/00008 | Winn-Dixie #8 | GX841 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 3 | 740.00 | 2220.00 |
| 2/00085 | WINN-DIXIE #85 | GR322 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 6 | 740.00 | 4440.00 |
| 2/00104 | WINN-DIXIE #104 | GW058 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 2 | 740.00 | 1480.00 |
| 2/00110 | WINN-DIXIE #110 | GR021 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 3 | 740.00 | 2220.00 |
| 2/00129 | Winn-Dixie #129 | GW502 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 6 | 740.00 | 4440.00 |
| 2/00133 | WINN-DIXIE #133 | GX893 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 3 | 740.00 | 2220.00 |
| 2/00140 | Winn-Dixie #140 | GT407 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 3 | 740.00 | 2220.00 |
| 2/00144 | Winn-Dixie #144 | GU291 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 10 | 740.00 | 7400.00 |
| 2/00179 | Winn-Dixie #179 | GT628 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 4 | 740.00 | 2960.00 |
| 2/00182 | WINN-DIXIE #182 | GU313 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 5 | 740.00 | 3700.00 |
| 2/00185 | Winn-Dixie #185 | GW609 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 5 | 740.00 | 3700.00 |
| 2/00192 | Winn-Dixie #192 | GT293 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 5 | 740.00 | 3700.00 |
| 2/01095 | WINN-DIXIE #1095 | GT351 | 100 PK STAMPS .37 | 1Z0A5V360300716045 | 3 | 740.00 | 2220.00 |
| 2/02205 | Winn-Dixie #2205 | GW955 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 6 | 740.00 | 4440.00 |
| 2/02206 | Winn-Dixie #2206 | GW351 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 3 | 740.00 | 2220.00 |
| 2/02213 | Winn-Dixie #2213 | GU374 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 5 | 740.00 | 3700.00 |
| 2/02244 | Winn-Dixie #2244 | GW129 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 4 | 740.00 | 2960.00 |
| 2/02258 | Winn-Dixie #2258 | GR200 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 4 | 740.00 | 2960.00 |
| 2/02289 | WINN-DIXIE #2289 | GW855 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 5 | 740.00 | 3700.00 |
| 2/02311 | Winn-Dixie #2311 | GW118 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 7 | 740.00 | 5180.00 |
| 2/02312 | WINN-DIXIE #2312 | GX971 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 6 | 740.00 | 4440.00 |
| 2/02321 | Winn-Dixie #2321 | GU789 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 5 | 740.00 | 3700.00 |
| 2/02337 | Winn-Dixie #2337 | GT937 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 10 | 740.00 | 7400.00 |
| 2/02343 | Winn-Dixie #2343 | GW131 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 6 | 740.00 | 4440.00 |
| 2/02344 | Winn-Dixie #2344 | GU314 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 5 | 740.00 | 3700.00 |
| 2/02347 | Winn-Dixie #2347 | GV305 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 9 | 740.00 | 6660.00 |
| 2/02603 | Save Rite #2603 | GY050 | 100 PK STAMPS .37 | 1Z0A5V360300716063 | 3 | 740.00 | 2220.00 |

Total for Inv #... 1249870 $102120.00

*** End of Report ***





Home | About UPS | Contact UPS | Welcome Center

UPS Uni

Shipping Tracking Support Business Solutions

Log-In User ID: Password:  | Forgot Password

## Tracking

- Track by Tracking Number
- Track by Reference Number
- Import Tracking Numbers
- Track by E-mail
- Access Quantum View
- Void a Shipment
- Help

We'll Pack and Ship With Love
The UPS Store®

**Find Answers to Your Tracking Questions**

Go to Tracking Number FAQ

# Track by Tracking Number

**View Details**

**Status:** Delivered
**Delivered on:** Feb 11, 2005 9:55 A.M.
**Signed by:** WILLIS
**Location:** FRONT DESK
**Delivered to:** BEAUFORT, SC, US
**Shipped or Billed on:** Feb 8, 2005

**Tracking Number:** 1Z 0A5 V36 03 0071 604 5
**Service Type:** GROUND
**Weight:** 47.00 Lbs

**Package Progress:**

| Date/ Time | Location | Activity |
|---|---|---|
| Feb 11, 2005 | | |
| 9:55 A.M. | BEAUFORT, SC, US | DELIVERY |
| 6:16 A.M. | BEAUFORT, SC, US | OUT FOR DELIVERY |
| 6:15 A.M. | BEAUFORT, SC, US | ARRIVAL SCAN |
| 3:32 A.M. | WEST COLUMBIA, SC, US | DEPARTURE SCAN |
| Feb 10, 2005 | | |
| 7:48 P.M. | WEST COLUMBIA, SC, US | ARRIVAL SCAN |
| Feb 8, 2005 | | |
| 11:41 P.M. | DALLAS, TX, US | DEPARTURE SCAN |
| 8:25 P.M. | DALLAS, TX, US | ORIGIN SCAN |
| 6:06 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Feb 22, 2005 9:22 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

Back to Tracking Summary

Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



Home | About UPS | Contact UPS | Welcome Center



**UPS Uni**

Shipping | Tracking | Support | Business Solutions

## Tracking

Log-In  User ID:          Password:  ·      | Forgot Password

→ **Track by Tracking Number**
→ Track by Reference Number
→ Import Tracking Numbers ⅱ
→ Track by E-mail
→ Access Quantum View
→ Void a Shipment ⅱ
→ Help

### ▌▌▌▌ Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Feb 11, 2005 10:22 A.M. |
| **Signed by:** | FRESH |
| **Location:** | OFFICE |
| **Delivered to:** | JACKSONVILLE, FL, US |
| **Shipped or Billed on:** | Feb 8, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 0A5 V36 03 0071 606 3 |
| **Service Type:** | GROUND |
| **Weight:** | 67.00 Lbs |

**Package Progress:**



**Find Answers to Your Tracking Questions**

→ Go to Tracking Number FAQ

| Date/ Time | Location | Activity |
|---|---|---|
| Feb 11, 2005 | | |
| 10:22 A.M. | JACKSONVILLE, FL, US | DELIVERY |
| 7:30 A.M. | JACKSONVILLE, FL, US | OUT FOR DELIVERY |
| 2:11 A.M. | JACKSONVILLE, FL, US | OUT FOR DELIVERY |
| 12:09 A.M. | JACKSONVILLE, FL, US | ARRIVAL SCAN |
| Feb 8, 2005 | | |
| 10:23 P.M. | DALLAS, TX, US | DEPARTURE SCAN |
| 8:21 P.M. | DALLAS, TX, US | ORIGIN SCAN |
| 6:06 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Feb 22, 2005 9:23 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

✦ Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

INVOICE Page

REMIT TO: FRONT-END SERVICES
1100 FOUNTAIN PARKWAY
GRAND PRAIRIE TX 75050
214-672-0638

Bill To: WINN DIXIE

Ship To: WINN DIXIE

Invoice 8068

Date 2/09/05

| Co/Cust No | Order No | Customer PO # | Ter | Sls# |
|---|---|---|---|---|
| 2/9906200000 | 20205/00 | | ZZZ | 99999 |

Ship Via

Pay Type Accounts Receivable    Terms NET 7 DAYS    Ref#

| Item Number/Description | U/M | Ordered | Shipped | Sell Price | Total |
|---|---|---|---|---|---|
| 1250446 ORLANDO | | | | | |
| | | | | | 148,000.00 |

INVOICE DUE: 2/16/05

| | |
|---|---|
| SUBTOTAL | 148,000.00 |
| TOTAL: | 148,000.00 |
| DEPOSIT: | |
| AMT DUE: | 148,000.00 |

INVOICE

Sold to:
WINN-DIXIE ORLANDO
ATTN: KIM POLLITT
ORLANDO , FL 32808
Attn:Kim Pollitt

Remit to:
Front-End Services
1100 Fountain Parkway
Grand Prairie, Tx 75050

Invoice No....: 1250446
Invoice Date..: 02/09/05
Due Date......: 02/16/05

| Customer | Store Name | Order No. | Item Description | Tracking # | Quantity Shipped | Item Cost | Line Total |
|---|---|---|---|---|---|---|---|
| 4/00000 | WINN-DIXIE ORLANDO | GW366 | 100 PK STAMPS .37 | 1Z0A5V360300716803<br>1Z0A5V360300716812<br>1Z0A5V360300716821<br>1Z0A5V360300716830<br>1Z0A5V360300716849 | 200 | 740.00 | 148000.00 |

Total for Inv #... 1250446 $148000.00

*** End of Report ***

FES invoice for all Winn Dixie *xls

| Division | Invoice # | Invoice Date | Store # | Store | Order # | Amount Due |
|---|---|---|---|---|---|---|
| WDORL | 1250446 | 2/9/2005 | | WINN-DIXIE ORLANDO | GW366 | $148,000.00 |



Home | About UPS | Contact UPS | Welcome Center



**UPS Uni**

  Tracking  **Support**  **Business Solutions**

**Tracking**                                    Log-In  User ID:            Password:       | Forgot Password

→ **Track by Tracking Number**
→ **Track by Reference Number**
→ **Import Tracking Numbers** ⚬
→ **Track by E-mail** ⚬
→ **Access Quantum View**
→ **Void a Shipment** ⚬
→ **Help**

# ▌▌▌▌ Track by Tracking Number

### View Packages Shipped

**Packages in Shipment:** 5
**Status:**                Delivered (5)
**Service Type:**          GROUND

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 0A5 V36 03 0071 680 3  ▨ Detail | **Delivered** | Delivered on: | Feb 14, 200 11:52 A.M. |
| | | Delivered to: Signed by: | ORLANDO, FEGAN |
| 2. 1Z 0A5 V36 03 0071 681 2  ▨ Detail | **Delivered** | Delivered on: | Feb 14, 200 11:52 A.M. |
| | | Delivered to: Signed by: | ORLANDO, FEGAN |
| 3. 1Z 0A5 V36 03 0071 682 1  ▨ Detail | **Delivered** | Delivered on: | Feb 14, 200 11:52 A.M. |
| | | Delivered to: Signed by: | ORLANDO, FEGAN |
| 4. 1Z 0A5 V36 03 0071 683 0  ▨ Detail | **Delivered** | Delivered on: | Feb 14, 200 11:52 A.M. |
| | | Delivered to: Signed by: | ORLANDO, FEGAN |
| 5. 1Z 0A5 V36 03 0071 684 9  ▨ Detail | **Delivered** | Delivered on: | Feb 14, 200 11:52 A.M. |
| | | Delivered to: Signed by: | ORLANDO, FEGAN |



**Find Answers to Your**
**Tracking Questions**

→ Go to Tracking Number FAQ

Tracking results provided by UPS: Feb 22, 2005 9:27 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tend you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems information is strictly prohibited.

← Back to Tracking Summary

✻ Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



UPS Package Tracking Case 3:05-bk-03817-JAF Doc 296-1 Filed 03/07/05 Page 16 of 47 Page 1 of 1

Home | About UPS | Contact UPS | Welcome Center

UPS Uni

Shipping Tracking Support Business Solutions

Log-In User ID: Password:  | Forgot Password

**Tracking**

- Track by Tracking Number
- Track by Reference Number
- Import Tracking Numbers
- Track by E-mail
- Access Quantum View
- Void a Shipment
- Help

We'll Pack and
Ship With Love
The UPS Store®

**Find Answers to Your Tracking Questions**

Go to Tracking Number FAQ

# Track by Tracking Number

**View Details**

**Status:** Delivered
**Delivered on:** Feb 14, 2005 11:52 A.M.
**Signed by:** FEGAN
**Location:** MAIL ROOM
**Delivered to:** ORLANDO, FL, US
**Shipped or Billed on:** Feb 9, 2005

**Tracking Number:** 1Z 0A5 V36 03 0071 680 3
**Service Type:** GROUND
**Weight:** 36.00 Lbs
**Multiple Packages:** 5 Show All

**Package Progress:**

| Date/ Time | Location | Activity |
|---|---|---|
| Feb 14, 2005 | | |
| 11:52 A.M. | ALTAMONTE SPRINGS, FL, US | DELIVERY |
| 6:45 A.M. | ALTAMONTE SPRINGS, FL, US | OUT FOR DELIVERY |
| 6:15 A.M. | ALTAMONTE SPRINGS, FL, US | ARRIVAL SCAN |
| 3:00 A.M. | JACKSONVILLE, FL, US | DEPARTURE SCAN |
| Feb 13, 2005 | | |
| 11:45 P.M. | JACKSONVILLE, FL, US | ARRIVAL SCAN |
| Feb 10, 2005 | | |
| 12:11 A.M. | DALLAS, TX, US | DEPARTURE SCAN |
| Feb 9, 2005 | | |
| 8:16 P.M. | DALLAS, TX, US | ORIGIN SCAN |
| 6:06 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Feb 22, 2005 9:26 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

Back to Tracking Summary

Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/processRequest 2/22/2005



Home | About UPS | Contact UPS | Welcome Center

UPS Uni

Shipping Tracking Support Business Solutions

Log-In User ID: Password:  | Forgot Password

## Tracking

- Track by Tracking Number
- Track by Reference Number
- Import Tracking Numbers
- Track by E-mail
- Access Quantum View
- Void a Shipment
- Help

**Find Answers to Your Tracking Questions**

Go to Tracking Number FAQ

# Track by Tracking Number

**View Details**

**Status:** Delivered
**Delivered on:** Feb 14, 2005 11:52 A.M.
**Signed by:** FEGAN
**Location:** MAIL ROOM
**Delivered to:** ORLANDO, FL, US
**Shipped or Billed on:** Feb 9, 2005

**Tracking Number:** 1Z 0A5 V36 03 0071 681 2
**Service Type:** GROUND
**Weight:** 29.00 Lbs
**Multiple Packages:** 5 Show All

**Package Progress:**

| Date/ Time | Location | Activity |
|---|---|---|
| Feb 14, 2005 | | |
| 11:52 A.M. | ALTAMONTE SPRINGS, FL, US | DELIVERY |
| 6:45 A.M. | ALTAMONTE SPRINGS, FL, US | OUT FOR DELIVERY |
| 6:15 A.M. | ALTAMONTE SPRINGS, FL, US | ARRIVAL SCAN |
| 3:00 A.M. | JACKSONVILLE, FL, US | DEPARTURE SCAN |
| Feb 13, 2005 | | |
| 11:45 P.M. | JACKSONVILLE, FL, US | ARRIVAL SCAN |
| Feb 10, 2005 | | |
| 12:11 A.M. | DALLAS, TX, US | DEPARTURE SCAN |
| Feb 9, 2005 | | |
| 8:15 P.M. | DALLAS, TX, US | ORIGIN SCAN |
| 6:06 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Feb 22, 2005 9:29 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

Back to Tracking Summary

Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

 

Home | About UPS | Contact UPS | Welcome Center

UPS Uni

Shipping Tracking Support Business Solutions

Log-In User ID: Password:  | Forgot Password

Tracking

- Track by Tracking Number
- Track by Reference Number
- Import Tracking Numbers
- Track by E-mail
- Access Quantum View
- Void a Shipment
- Help

We'll Pack and
Ship With Love
The UPS Store®

**Find Answers to Your Tracking Questions**

Go to Tracking Number FAQ

# Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Feb 14, 2005 11:52 A.M. |
| **Signed by:** | FEGAN |
| **Location:** | MAIL ROOM |
| **Delivered to:** | ORLANDO, FL, US |
| **Shipped or Billed on:** | Feb 9, 2005 |
| **Tracking Number:** | 1Z 0A5 V36 03 0071 682 1 |
| **Service Type:** | GROUND |
| **Weight:** | 29.00 Lbs |
| **Multiple Packages:** | 5 Show All |

**Package Progress:**

| Date/ Time | Location | Activity |
|---|---|---|
| Feb 14, 2005 | | |
| 11:52 A.M. | ALTAMONTE SPRINGS, FL, US | DELIVERY |
| 6:45 A.M. | ALTAMONTE SPRINGS, FL, US | OUT FOR DELIVERY |
| 6:15 A.M. | ALTAMONTE SPRINGS, FL, US | ARRIVAL SCAN |
| 3:00 A.M. | JACKSONVILLE, FL, US | DEPARTURE SCAN |
| Feb 13, 2005 | | |
| 11:45 P.M. | JACKSONVILLE, FL, US | ARRIVAL SCAN |
| Feb 10, 2005 | | |
| 12:11 A.M. | DALLAS, TX, US | DEPARTURE SCAN |
| Feb 9, 2005 | | |
| 8:13 P.M. | DALLAS, TX, US | ORIGIN SCAN |
| 6:06 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Feb 22, 2005 9:31 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

Back to Tracking Summary

Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

UPS Package Tracking



Home | About UPS | Contact UPS | Welcome Center



**UPS Uni**

Shipping | Tracking | Support | Business Solutions

**Tracking**

Log-In  User ID:          Password:           | Forgot Password

→ **Track by Tracking Number**
→ Track by Reference Number
→ Import Tracking Numbers
→ Track by E-mail
→ Access Quantum View
→ Void a Shipment ☺
→ Help



**We'll Pack and Ship With Love**
The UPS Store®

**Find Answers to Your Tracking Questions**

→ Go to Tracking Number FAQ

## ▎▎▎▎ Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Feb 14, 2005 11:52 A.M. |
| **Signed by:** | FEGAN |
| **Location:** | MAIL ROOM |
| **Delivered to:** | ORLANDO, FL, US |
| **Shipped or Billed on:** | Feb 9, 2005 |

| | |
|---|---|
| **Tracking Number:** | 1Z 0A5 V36 03 0071 683 0 |
| **Service Type:** | GROUND |
| **Weight:** | 35.00 Lbs |
| **Multiple Packages:** | 5  Show All |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Feb 14, 2005 | | |
| 11:52 A.M. | ALTAMONTE SPRINGS, FL, US | DELIVERY |
| 6:45 A.M. | ALTAMONTE SPRINGS, FL, US | OUT FOR DELIVERY |
| 6:15 A.M. | ALTAMONTE SPRINGS, FL, US | ARRIVAL SCAN |
| 3:00 A.M. | JACKSONVILLE, FL, US | DEPARTURE SCAN |
| Feb 9, 2005 | | |
| 6:06 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Feb 22, 2005 9:31 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

⋆ Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



Home | About UPS | Contact UPS | Welcome Center



**UPS Uni**

**Shipping** | Tracking | **Support** | **Business Solutions**

## Tracking

Log-In   User ID:          Password:         | Forgot Password

→ **Track by Tracking Number**
→ **Track by Reference Number**
→ **Import Tracking Numbers** ⬚
→ **Track by E-mail**
→ **Access Quantum View**
→ **Void a Shipment** ⬚
→ **Help**

# ▌▌▌▌ Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Feb 14, 2005 11:52 A.M. |
| **Signed by:** | FEGAN |
| **Location:** | MAIL ROOM |
| **Delivered to:** | ORLANDO, FL, US |
| **Shipped or Billed on:** | Feb 9, 2005 |
| | |
| **Tracking Number:** | 1Z 0A5 V36 03 0071 684 9 |
| **Service Type:** | GROUND |
| **Weight:** | 36.00 Lbs |
| **Multiple Packages:** | 5  Show All |



**Find Answers to Your Tracking Questions**

→ Go to Tracking Number FAQ

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Feb 14, 2005 | | |
| 11:52 A.M. | ALTAMONTE SPRINGS, FL, US | DELIVERY |
| 6:45 A.M. | ALTAMONTE SPRINGS, FL, US | OUT FOR DELIVERY |
| 6:15 A.M. | ALTAMONTE SPRINGS, FL, US | ARRIVAL SCAN |
| 3:00 A.M. | JACKSONVILLE, FL, US | DEPARTURE SCAN |
| Feb 13, 2005 | | |
| 11:45 P.M. | JACKSONVILLE, FL, US | ARRIVAL SCAN |
| Feb 10, 2005 | | |
| 12:11 A.M. | DALLAS, TX, US | DEPARTURE SCAN |
| Feb 9, 2005 | | |
| 8:07 P.M. | DALLAS, TX, US | ORIGIN SCAN |
| 6:06 P.M. | US | BILLING INFORMATIC RECEIVED |

Tracking results provided by UPS: Feb 22, 2005 9:31 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

↑ Back to Top

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

EMIT TO: FRONT-END SERVICES
1100 FOUNTAIN PARKWAY
GRAND PRAIRIE TX 75050
214-672-0638

ill To: WINN DIXIE

Ship To: WINN DIXIE

Invoice 8071

Date 2/10/05

| o/Cust No | Order No | Customer PO # | Ter | Sls# |
|---|---|---|---|---|
| 2/9906200000 | 20209/00 | | ZZZ | 99999 |

hip Via

Terms NET 7 DAYS

Ref#

ay Type Accounts Receivable

| tem Number/Description | U/M | Ordered | Shipped | Sell Price | Total |
|---|---|---|---|---|---|
| 250924 MIAMI | | | | | 355,200.00 |

INVOICE DUE: 2/17/05

| | |
|---|---|
| SUBTOTAL | 355,200.00 |
| TOTAL: | 355,200.00 |
| DEPOSIT: | |
| AMT DUE: | 355,200.00 |

FES invoice for all Winn Dixie *xls

| Division | Invoice # | Invoice Date | Store # | Store | Order # | Amount Due |
|---|---|---|---|---|---|---|
| WDPOM | 1250924 | 2/10/2005 | | Winn-Dixie Miami | GW319 | $355,200.00 |

INVOICE

Sold to:
Winn-Dixie Miami
ATTN: ALICIA NOVEROLA
POMPANO BEACH , FL 33069
Attn:Alicia Noverola

Remit to:
Front-End Services
1100 Fountain Parkway
Grand Prairie, Tx 75050

Invoice No....: 1250924
Invoice Date..: 02/10/05
Due Date......: 02/17/05

| Customer | Store Name | Order No. | Item Description | Tracking # | Quantity Shipped | Item Cost | Line Total |
|---|---|---|---|---|---|---|---|
| 6/00000 | Winn-Dixie Miami | GW319 | 100 PK STAMPS .37 | 091708021005 | 480 | 740.00 | 355200.00 |
| | | | | Total for Inv #... | 1250924 | $355200.00 | |

*** End of Report ***


UNITED STATES
POSTAL SERVICE

# Track & Confirm

## Shipment Details

You entered EL99 5934 654U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:55 pm, GRAND PRAIRIE, TX 75051

**Track & Confirm**

Enter label number:

Track & Confirm FAQs

## Notification Options

▸ Track & Confirm by email What is this?

▸ Request Proof of Delivery What is this?

Go >
Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy



 UNITED STATES
POSTAL SERVICE

# Track & Confirm

### Shipment Details

You entered EL99 5934 566U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:45 pm, GRAND PRAIRIE, TX 75051

Track & Confirm
Enter label number:
Track & Confirm FAQs

### Notification Options

- Track & Confirm by email What is this?
- Request Proof of Delivery What is this?

Go >
Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy



UNITED STATES
POSTAL SERVICE

# Track & Confirm

### Shipment Details

You entered EL99 5934 583U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:48 pm, GRAND PRAIRIE, TX 75051

Track & Confirm
Enter label number:
Track & Confirm FAQs

### Notification Options

▸ Track & Confirm by email What is this?

▸ Request Proof of Delivery What is this?

Go >
Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

 # Track & Confirm

## Shipment Details

You entered EL99 5934 610U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:47 pm, GRAND PRAIRIE, TX 75051

## Notification Options

- Track & Confirm by email What is this?
- Request Proof of Delivery What is this?

Track & Confirm

Enter label number:

Track & Confirm FAQs

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy



UNITED STATES
POSTAL SERVICE

# Track & Confirm

### Shipment Details

You entered EL99 5934 637U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:49 pm, GRAND PRAIRIE, TX 75051

Track & Confirm
Enter label number:
Track & Confirm FAQs

### Notification Options

Track & Confirm by email
What is this?
Request Proof of Delivery
What is this?

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

 # Track & Confirm

**Shipment Details**

You entered EL99 5934 623U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:50 pm, GRAND PRAIRIE, TX 75051

**Track & Confirm**

Enter label number:

Track & Confirm FAQs

**Notification Options**

- Track & Confirm by email What is this?
- Request Proof of Delivery What is this?

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

 UNITED STATES
POSTAL SERVICE

# Track & Confirm

## Shipment Details

You entered EL99 5934 668U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:52 pm, GRAND PRAIRIE, TX 75051

Track & Confirm
Enter label number:
Track & Confirm FAQs

## Notification Options

- Track & Confirm by email What is this?
- Request Proof of Delivery What is this?

Go >
Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy


UNITED STATES
POSTAL SERVICE

# Track & Confirm

Track & Confirm
Enter label number:
Track & Confirm FAQs

## Shipment Details

You entered EL99 5934 606U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:54 pm, GRAND PRAIRIE, TX 75051

## Notification Options

▸ Track & Confirm by email What is this?

▸ Request Proof of Delivery What is this?

Go >
Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy



UNITED STATES
POSTAL SERVICE

# Track & Confirm

## Shipment Details

You entered EL99 5934 645U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:56 pm, GRAND PRAIRIE, TX 75051

Track & Confirm
Enter label number:
Track & Confirm FAQs

## Notification Options

- Track & Confirm by email What is this?
- Request Proof of Delivery What is this?

Go >
Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy



# Track & Confirm

## Shipment Details

You entered EL99 5934 597U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:56 pm, GRAND PRAIRIE, TX 75051

Track & Confirm

Enter label number:

Track & Confirm FAQs

## Notification Options

▸ Track & Confirm by email What is this?

▸ Request Proof of Delivery What is this?

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy


UNITED STATES
POSTAL SERVICE

# Track & Confirm

### Shipment Details

You entered EL99 5934 671U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:51 pm, GRAND PRAIRIE, TX 75051

### Track & Confirm

Enter label number:

Track & Confirm FAQs

### Notification Options

▸ Track & Confirm by email What is this?

▸ Request Proof of Delivery What is this?

Go >
Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

# Track & Confirm




**Shipment Details**

You entered EL99 5934 570U S

Your item was delivered at 10:11 am on February 11, 2005 in POMPANO BEACH, FL 33069. The item was signed for by W HEWITT.

Here is what happened earlier:

- ARRIVAL AT UNIT, February 11, 2005, 9:32 am, POMPANO BEACH, FL 33069
- ENROUTE, February 10, 2005, 3:50 pm, COPPELL, TX 75099
- ACCEPTANCE, February 10, 2005, 12:46 pm, GRAND PRAIRIE, TX 75051

**Notification Options**

▸ Track & Confirm by email What is this?

▸ Request Proof of Delivery What is this?








Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

EL 995934606 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Customer Co
Label 11-F June

Post Office To Address

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code | Day of Delivery: [x] Next [ ] Second | Flat Rate Envelope
Date In: Mo. Day Year | [x] 12 Noon [ ] 3 PM | Postage $
Time In: [ ] AM [x] PM | Military: [ ] 2nd Day [ ] 3rd Day | Return Receipt Fee
Weight: lbs. ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee
No Delivery: [ ] Weekend [ ] Holiday | Acceptance Clerk Initials | Total Postage & Fees $

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature
Delivery Attempt: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature
Delivery Date: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature

[ ] WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY [ ] Weekend [ ] Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. X753342

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( )

AMPLEX CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-1544

on time

TO: (PLEASE PRINT) PHONE ( )

Winn Dixie Miami
Attn Alicia Noverola
1141 SW 12 Ave
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.
FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com
EMS

EL 995934668 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-F June 2002

**Post Office To Addressee**

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code | Day of Delivery: Next / Second | Flat Rate Envelope
Date In: Mo. Day Year | 12 Noon / 3 PM | Postage $
Time In: AM / PM | Military: 2nd Day / 3rd Day | Return Receipt Fee
Weight: lbs. ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee
No Delivery: Weekend / Holiday | Acceptance Clerk Initials | Total Postage & Fees $

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Date: Mo. Day | Time: AM / PM | Employee Signature

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY: Weekend / Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. X?...

Federal Agency Acct. No. or Postal Service Acct. No.

**FROM:** (PLEASE PRINT) PHONE ( )

[illegible] CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-1599

**TO:** (PLEASE PRINT) PHONE ( )

Winn Dixie Miami
Attn: Alicia Noverola
1141 SW 12 AVE
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

**Customer Copy**
Label 11-F June 2002

EL 995934623 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code | Day of Delivery: [x] Next [ ] Second | Flat Rate Envelope [ ]
Date In: Mo. Day Year | [ ] 12 Noon [ ] 3 PM | Postage $
Time In: [ ] AM [x] PM | Military: [ ] 2nd Day [ ] 3rd Day | Return Receipt Fee
Weight: lbs. 4 ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee
No Delivery: [ ] Weekend [ ] Holiday | Acceptance Clerk Initials | Total Postage & Fees $

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature
Delivery Attempt: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature
Delivery Date: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature

[ ] WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY [ ] Weekend [ ] Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. X730342

Federal Agency Acct. No. or Postal Service Acct. No.

**FROM:** (PLEASE PRINT) PHONE ( )

AMPLEX CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-1599

ontime

**TO:** (PLEASE PRINT) PHONE ( )

Winn Dixie Miami
Attn Alicia Noverola
1141 SW 12 Ave
Pompano Beach FL 33069

PRESS HARD. You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

EMS

EL 995934637 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Customer Copy**
Label 11-F June 2002

**Post Office To Addressee**

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code | Day of Delivery: Next / Second | Flat Rate Envelope
Date In: Mo. Day Year | 12 Noon / 3 PM | Postage $
Time In: AM / PM | Military: 2nd Day / 3rd Day | Return Receipt Fee
Weight: lbs. ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee
No Delivery: Weekend / Holiday | Acceptance Clerk Initials | Total Postage & Fees $

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Date: Mo. Day | Time: AM / PM | Employee Signature

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY: Weekend / Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. X7203A2

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( )

AMPLEX CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-1599

TO: (PLEASE PRINT) PHONE ( )

Winn Dixie Miami
Attn Alicia Noverola
1141 SW 12 Ave
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

EMS

Customer Cop
Label 11-F June 20

EL 995934610 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Post Office To Addresse

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code: 505
Day of Delivery: Next / Second
Flat Rate Envelope
Date In: Mo. Day Year
12 Noon / 3 PM
Postage: $ 7.85
Time In: AM / PM
Military: 2nd Day / 3rd Day
Return Receipt Fee
Weight: lbs. ozs.
Int'l Alpha Country Code
COD Fee
Insurance Fee
No Delivery: Weekend / Holiday
Acceptance Clerk Initials
Total Postage & Fees: $ 7.85

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day — Time: AM / PM — Employee Signature
Delivery Attempt: Mo. Day — Time: AM / PM — Employee Signature
Delivery Date: Mo. Day — Time: AM / PM — Employee Signature

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY: Weekend / Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. X7[illegible]
Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( )

A[illegible] CORPORATION
[illegible] FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-[illegible]

on time

TO: (PLEASE PRINT) PHONE ( )

Winn-Dixie Miami
Attn: Alicia Noverola
1141 SW 12 Ave
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

EMS

EL 995934583 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-F June 2002

**Post Office To Addressee**

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code | Day of Delivery: [X] Next [ ] Second | Flat Rate Envelope
Date In: Mo. Day Year 7 11 5 | [X] 12 Noon [ ] 3 PM | Postage $ 9.50
Time In: 3:48 [ ] AM [X] PM | Military: [ ] 2nd Day [ ] 3rd Day | Return Receipt Fee
Weight: lbs. ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee
No Delivery: [ ] Weekend [ ] Holiday | Acceptance Clerk Initials | Total Postage & Fees $ 9.50

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature
Delivery Attempt: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature
Delivery Date: Mo. Day | Time: [ ] AM [ ] PM | Employee Signature

[ ] WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY [ ] Weekend [ ] Holiday
Customer Signature

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:
Express Mail Corporate Acct. No. X730343
Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( )

AMPLEX CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-1599

ontime

TO: (PLEASE PRINT) PHONE ( )

Winn Dixie Miami
Attn: Alicia Noverola
1141 SW 12 AVE
Pompano Beach FL 33069

PRESS HARD. You are making 3 copies. FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com EMS

Customer Cc
Label 11-F June

EL 995934566 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Post Office To Address**

**ORIGIN (POSTAL USE ONLY)**

PO Zip Code | Day of Delivery: Next / Second | Flat Rate Envelope
Date In: Mo. Day Year | 12 Noon / 3 PM | Postage $
Time In: AM / PM | Military: 2nd Day / 3rd Day | Return Receipt Fee
Weight: lbs. ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee
No Delivery: Weekend / Holiday | Acceptance Clerk Initials | Total Postage & Fees $

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Date: Mo. Day | Time: AM / PM | Employee Signature

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY Weekend Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. 2750 942

Federal Agency Acct. No. or Postal Service Acct. No.

**FROM:** (PLEASE PRINT) PHONE ( )

[illegible]

on time

**TO:** (PLEASE PRINT) PHONE ( )

Winn-Dixie Miami
Attn Alicia Noverola
1141 SW 12 Ave
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

EMS

EL 995934654 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Customer Co
Label 11-F June

Post Office To Address

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code | Day of Delivery: Next, Second | Flat Rate Envelope
Date In: Mo. Day Year | 12 Noon, 3 PM | Postage $
Time In: AM, PM | Military: 2nd Day, 3rd Day | Return Receipt Fee
Weight: lbs. ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee
No Delivery: Weekend, Holiday | Acceptance Clerk Initials | Total Postage & Fees $

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: AM PM | Employee Signature
Delivery Attempt: Mo. Day | Time: AM PM | Employee Signature
Delivery Date: Mo. Day | Time: AM PM | Employee Signature

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY: Weekend, Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. X750342

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( )

AMPLEX CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-1599

on time

TO: (PLEASE PRINT) PHONE ( )

Winn-Dixie Miami
Attn Alicia Novecola
1141 SW 12 Ave
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.
FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

EMS



Customer Copy
Label 11-F June

EL 995934645 US

EXPRESS
MAIL
UNITED STATES POSTAL SERVICE®

**Post Office To Address**

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code | Day of Delivery: ☑ Next ☐ Second | Flat Rate Envelope

Date In: Mo. Day Year | ☐ 12 Noon ☐ 3 PM | Postage $ 16 —

Time In: ☐ AM ☑ PM | Military: ☐ 2nd Day ☐ 3rd Day | Return Receipt Fee

Weight: lbs. ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee

No Delivery: ☐ Weekend ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature

Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature

Delivery Date: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. A7[illegible]2342

Federal Agency Acct. No. or Postal Service Acct. No.

**FROM:** (PLEASE PRINT) PHONE ( )

[illegible] CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-1599

on time

**TO:** (PLEASE PRINT) PHONE ( )

Winn Dixie Miami
Attn. Alicia Noverola
1141 SW 12 Ave
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

EMS

EL 995934597 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Cop**
Label 11-F June 2

**Post Office To Addresse**

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code | Day of Delivery: Next / Second | Flat Rate Envelope
Date In: Mo. Day Year | 12 Noon / 3 PM | Postage $
Time In: AM / PM | Military: 2nd Day / 3rd Day | Return Receipt Fee
Weight: lbs. ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee
No Delivery: Weekend / Holiday | Acceptance Clerk Initials | Total Postage & Fees $

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Date: Mo. Day | Time: AM / PM | Employee Signature

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY Weekend Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. X750342

Federal Agency Acct. No. or Postal Service Acct. No.

**FROM:** (PLEASE PRINT) PHONE ( )

AMPLEX CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-1599

on time

**TO:** (PLEASE PRINT) PHONE ( )

Winn Dixie Miami
Attn Alicia Novercola
1141 SW 12 Ave
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

EMS

EL 995934671 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

Customer Co
Label 11-F June

Post Office To Addresse

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code | Day of Delivery: Next / Second | Flat Rate Envelope
Date In: Mo. Day Year — 1/6/05 | 12 Noon / 3 PM | Postage $ 70
Time In: AM / PM | Military: 2nd Day / 3rd Day | Return Receipt Fee
Weight: lbs. ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee
No Delivery: Weekend / Holiday | Acceptance Clerk Initials | Total Postage & Fees $ 70

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Attempt: Mo. Day | Time: AM / PM | Employee Signature
Delivery Date: Mo. Day | Time: AM / PM | Employee Signature

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY Weekend Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. X750342

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( )

APLEA CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 75050-1549

on time

TO: (PLEASE PRINT) PHONE ( )

Winn-Dixie Miami
Attn: Alicia Noverola
1141 SW 12 AVE
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

EMS

EL 995934570 US

EXPRESS
MAIL
UNITED STATES POSTAL SERVICE®

Customer C
Label 11-F Jun

Post Office To Addres

**ORIGIN (POSTAL USE ONLY)**

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| | ☒ Next ☐ Second | ☐ |
| Date In: Mo. Day Year | ☒ 12 Noon ☐ 3 PM | Postage $ 35 |
| Time In ☐ AM ☐ PM | Military ☐ 2nd Day ☐ 3rd Day | Return Receipt Fee |
| Weight lbs. ozs. | Int'l Alpha Country Code | COD Fee / Insurance Fee |
| No Delivery ☐ Weekend ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $ |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | Employee Signature |
|---|---|---|
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Attempt | Time | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Date | Time | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | |

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No. K750342

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( )

[illegible] CORPORATION
1100 FOUNTAIN PKWY
GRAND PRAIRIE TX 7505[illegible]

TO: (PLEASE PRINT) PHONE ( )

Winn Dixie Miami
Attn Alicia Novecola
1141 SW 12 Ave
Pompano Beach FL 33069

PRESS HARD.
You are making 3 copies.

FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com