Hearing Date and Time: April 12, 2005 @ 10:00 a.m.
Objection Deadline: April 5, 2005

HAYNES AND BOONE, LLP
399 Park Avenue
New York, NY 10022-4614
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Judith Elkin (JE-4112)

HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Facsimile: (214) 200-0486
Stacey Jernigan (TX-10652200), pro hac vice motion pending
Mark Elmore (TX-24036523), pro hac vice motion pending

Attorneys for Front End Services Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION FOR ADMINISTRATIVE PRIORITY
CLAIM OR, ALTERNATIVELY, A LIEN UNDER 11 U.S.C. § 546(c)**

**PLEASE TAKE NOTICE** that March 7, 2005, Front End Services Corporation ("FES") filed its Motion for Administrative Priority Claim or, Alternatively, a Lien Under 11 U.S.C. § 546(c) (the "Motion"). **A hearing on the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, on April 12, 2005, at 10:00 a.m. (Eastern Time)** or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, Alexander

1324580-3

Hamilton Customs House, One Bowling Green, New York, New York 10004 (the "Hearing") pursuant to the Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing With Respect to Scheduling Omnibus Hearings, dated March 4, 2005 (the "Notice Procedures Order").

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned from time to time without further notice other than that given at the Hearing or at a later hearing.

PLEASE TAKE FURTHER NOTICE that any **objections to the Application must be filed and served so as to be received by the parties listed below on or before 5 p.m. Eastern Time on April 5, 2005**, and made in writing, state with particularity the grounds for such objection, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov/, the official website for the United States Bankruptcy Court for the Southern District of New York), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served in accordance with the Notice Procedures Order upon (1) Counsel for FES, (2) Bankruptcy Counsel for the Debtors, (3) the Office of the United States Trustee, (4) Counsel for the Official Unsecured Creditors Committee, (5) Counsel for Wachovia Bank, N.A., and (6) Counsel for the indenture trustee.

1324580-3

Dated: March 7, 2005.

    /s/ Judith Elkin
HAYNES AND BOONE, L.L.P.
Judith Elkin (JE-4112)
399 Park Avenue
New York, NY 10022-4614
Telephone: (212) 659-7300
Facsimile: (212) 918-8989

HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Facsimile: (214) 200-0486
Stacey Jernigan (TX-10652200), pro hac vice motion pending
Mark Elmore (TX 24036523), pro hac vice motion pending

COUNSEL FOR FRONT END SERVICES CORPORATION

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Hearing was served on the parties identified on the attached service list by United States mail, first class postage prepaid, on March 7, 2005.

/s/ Judith Elkin
Judith Elkin


**SERVICE LIST**

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Counsel for Debtors

Sarah Robinson Borders
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303
Co-Counsel for Debtors

Richard C. Morrissey
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne
Matthew S. Barr
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Counsel for Official Unsecured Creditors' Committee

Jonathan N. Helfat
Richard G. Haddad
Daniel F. Fiorillo
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10160
Counsel for Wachovia Bank, N.A.

Steven J. Reisman
Curist, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061
Counsel for Wilmington Trust Company as Indenture Trustee

Steven M. Cimalore
Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

1324580-3