UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 05-11063<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty that:

    1.    I am of legal age and I am not a party to this action.

    2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

    3.    On or about March 1, 2005 I caused copies of:

●     the Notice of Further Hearing on Motion for an Order (A) Authorizing Return of Goods Pursuant to 11 U.S.C. Sections 546(g), (B) Establishing Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery of Goods;

to be inserted in pre-addressed, pre-paid envelopes and delivered via Federal Express or US Express for overnight delivery to those persons on the Service List attached hereto as Exhibit A. Copy of the served Notice listed above is attached hereto as Exhibit B.

Dated: March 5, 2005

                                                                                 Kathleen M. Logan

Code: R1

**EXHIBIT A**

**DEBTOR:** WINN-DIXIE STORES, INC.    **CASE:** 05-11063 (RDD)

CREDITOR ID: 279019-99
AIRGAS INC
C/O SMITH KATZENSTEIN & FURLOW
ATTN KATHLEEN M MILLER ESQ
800 DELAWARE AVE 7TH FLR
PO BOX 410
WILMINGTON DE 19899

CREDITOR ID: 279173-99
AMERICAN FOOD DISTRIBUTORS INC
C/O MACCO & STERN LLP
ATTN RICHARD L STERN ESQ
135 PINELAWN RD STE 120 S
MELVILLE NY 11747

CREDITOR ID: 279120-99
BOTTLING GROUP LLC
C/O LOWENSTEIN SANDLER PC
ATTN BRUCE S NATHAN ESQ
1251 AVENUE OF THE AMERICAS 18TH FL
NEW YORK NY 10020

CREDITOR ID: 279129-32
BRADLEY ARANT ROSE & WHITE LLP
ATTN: DANIELLE K. GRECO
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 279170-99
BUFFALO ROCK COMPANY
C/O BURR & FORMAN LLP
ATTN DEREK F MEEK ESQ
3100 SOUTHTRUST TOWER
420 NORTH 20TH ST
BIRMINGHAM AL 35203

CREDITOR ID: 279127-32
CARTHAGE CUP, LP
C/O DRINKER BIDDLE & REATH LLP
ATTN: ANDREW C. KASSNER
140 BROADWAY, 39TH FLOOR
NEW YORK NY 10005-1116

CREDITOR ID: 279115-99
COCAL-COLA ENTERPRISES INC
C/O MILLER & MARTIN PLLC
ATTN SHELLEY D RUCKER ESQ
832 GEORGIA AVE STE 1000
CHATTANOOGA TN 37402-2289

CREDITOR ID: 279116-99
COMMUNITY COFFEE COMPANY LLC
C/O KANTROW SPAHT WEAVER & BLITZER
ATTN DAVID S RUBIN
445 N BOULEVARD STE 300
PO BOX 2997
BATON ROUGE LA 70821-2997

CREDITOR ID: 279175-99
CONAGRA FOODS INC
C/O MCGRATH NORTH MULLIN & KRATZ PC
ATTN JAMES J NIEMEIER ESQ
FIRST NATIONAL TOWER STE 3700
1601 DODGE ST
OMAHA NE 68102-1327

CREDITOR ID: 279114-99
DOANE PET CARE COMPANY
C/O BOULT CUMMINGS CONNERS & BERRY
ATTN AUSTIN L MCMULLERN ESQ
1600 DIVISION ST STE 700
PO BOX 340025
NASHVILLE TN 37203

CREDITOR ID: 279002-32
DORSEY & WHITNEY LLP
ATTN: CHRIS LENHART
50 SOUTH SIXTH STREET, SUITE 1500
MINNEAPOLIS MN 55402

CREDITOR ID: 278778-99
FRANK/GECKER LLP
ATTN: JOSEPH D FRANK
325 N LASALLE STREET STE 625
CHICAGO IL 60610

CREDITOR ID: 279041-99
GEORGIA CROWN DISTRIBUTING CO
C/O PAGE SCRANTOM SPROUSE ET AL
ATTN LEE CHAMPION ESQ
1111 BAY AVE 3RD FLR
PO BOX 1199
COLUMBUS GA 31902-1199

CREDITOR ID: 279048-99
ICE MILLER
ATTN HENRY A EFROYMSON ESQ
ONE AMERICAN SQ BOX 82001
INDIANAPOLIS IN 46282-0002

CREDITOR ID: 279176-99
KLEMENT SAUSAGE COMPANY
C/O TAPLIN ASSOCIATES PA
ATTN RONALD SCOTT KANIUK ESQ
350 FIFTH AVE STE 2418
NEW YORK NY 10118

CREDITOR ID: 278992-99
LAURA'S LEAN BEEF
C/O WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE ESQ
250 W MAIN ST STE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 279109-32
MCGUIRE WOODS LLP
ATTN: SHAWN R. FOX
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK NY 10105

CREDITOR ID: 279183-34
NEW YORK VALUE CLUB LTD
D/B/A BELCO DISTRIBUTORS INC
C/O AVRUM J ROSEN
38 NEW STREET
HUNTINGTON NY 11743

CREDITOR ID: 279007-99
NORTHPOINT TRADING INC
C/O NEIMAN GINSBURG & MAIRANZ PC
ATTN GARY GINSBURG ESQ
39 BROADWAY 25TH FLR
NEW YORK NY 10006

CREDITOR ID: 278789-99
PITNEY HARDIN LLP
ATTN: SCOTT A ZUBER ESQ
200 CAMPUS DRIVE
FLORHAM PARK NJ 07932-0950

CREDITOR ID: 278803-99
RICHARD W WARD ESQ
2527 FAIRMOUNT ST
DALLAS TX 75201

CREDITOR ID: 278985-99
RIVIANA FOODS INC
C/O LOCKE LIDDELL & SAPP LLP
ATTN W STEVEN BRYANT ESQ
600 TRAVIS ST
3400 CHASE TOWER
HOUSTON TX 77002

CREDITOR ID: 279096-32
SOUTHEAST PROVISIONS LLC
ATTN: RUDI R. GRUENEBERG, ESQ.
11 TASK INDUSTRIAL COURT
GREENVILLE SC 29607

CREDITOR ID: 279184-34
SOUTHERN WINE & SPIRITS OF FLORIDA
C/O JOSEPH T MOLDOVAN
MORRISON COHEN LLP
909 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 278833-99
TRAUB BONACQUIST & FOX LLP
ATTN PAUL TRAUB
655 THIRD AVE 21ST FLR
NEW YORK NY 10017

**Total: 25**

**DEBTOR:**   **WINN-DIXIE STORES, INC.**                                                                                         **CASE:**   05-11063 (RDD)

CREDITOR ID: 279117-99
CAL-MAINE FOODS INC
C/O YOUNGWILLIAMS PA
ATTN ROBERT L HOLLADAY JR
PO BOX 23059
JACKSON MS 39225-3059

   **Total:   1**

**EXHIBIT B**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Sarah Robinson Borders

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------x

**NOTICE OF FURTHER HEARING ON MOTION FOR ORDER (A) AUTHORIZING RETURN OF GOODS PURSUANT TO 11 U.S.C. § 546(g), (B) ESTABLISHING PROCEDURES FOR TREATMENT OF RECLAMATION CLAIMS, AND (C) PROHIBITING THIRD PARTIES FROM INTERFERING WITH DELIVERY OF GOODS**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing has been scheduled for March 4, 2005, at 10:00 a.m. ET, before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, to consider the Debtors'[1] Motion for Order (A) Authorizing Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties From Interfering with Delivery of Goods (the "Motion"), which has been granted on an interim basis pursuant to an interim order filed at Docket No. 98 (the "Interim Order"). The hearing may

---

[1] The "Debtors" consist of Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

-2-

be adjourned from time to time by announcement in open court or on the case docket without written notice to parties in interest.

    PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the specific grounds therefore, and shall be filed with the Clerk of this Court in accordance with General Order M-242 which order can be found at www.nysb.uscourts.gov, and shall further be delivered directly to Judge Drain's Chambers and served upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attention: D.J. Baker, Esq.; and (iii) King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303, Attention: Sarah Robinson Borders, Esq., so as to be <u>actually</u> <u>received</u> no later than **March 3, 2005, at 4:00 p.m., prevailing Eastern Time**. Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

    A copy of the Interim Order was either previously served or is enclosed herewith. Copies of the Motion and of a proposed final order are available upon request to Luisa Bonachea, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, Telephone: 212-735-4065, E-mail: lbonache@skadden.com.

Dated: March 1, 2005
   New York, New York

                */s/*  *D. J. Baker*
                D. J. Baker (DB 0085)
                Sally McDonald Henry (SH 0839)
                SKADDEN, ARPS, SLATE, MEAGHER
                 & FLOM LLP
                Four Times Square
                New York, New York 10036
                Telephone: (212) 735-3000
                Facsimile: (917) 777-2150

                - and –

                Sarah Robinson Borders
                Brian C. Walsh
                KING & SPALDING LLP
                191 Peachtree Street
                Atlanta, Georgia 30303
                Telephone: (404) 572-4600
                Facsimile: (404) 572-5100

                PROPOSED ATTORNEYS FOR THE DEBTORS

974997.01-New York Server 7A - MSW