UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 05-11063<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty that:

1.       I am of legal age and I am not a party to this action.

2.       I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.       On or about March 1, 2005 I caused copies of:

●       the Order Scheduling Initial Case Conference;

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  Copy of the served Order listed above is attached hereto as Exhibit B.


Dated: March 2, 2005

_____
Kathleen M. Logan

Code:  IC

**EXHIBIT A**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                           **CASE:   05-11063 (RDD)**

CREDITOR ID: 279178-99
40/86 ADVISORS INC
ATTN FRANK BERG
535 N COLLEGE DR
CARMEL IN 46032

CREDITOR ID: 279021-99
AIRGAS INC
ATTN DAVID BOYLE
259 RADNOR-CHESTER RD STE 100
PO BOX 6675
RADNOR PA 19087-8675

CREDITOR ID: 279019-99
AIRGAS INC
C/O SMITH KATZENSTEIN & FURLOW
ATTN KATHLEEN M MILLER ESQ
800 DELAWARE AVE 7TH FLR
PO BOX 410
WILMINGTON DE 19899

CREDITOR ID: 278731-28
AL - DEPT. OF REVENUE
ATTN: TREY GRANGER
GENERAL COUNSEL - SECRETARY OF STATE OF ALABAMA
OFFICE OF THE SECRETARY OF STATE
PO BOX 5616
MONTGOMERY AL 36103-5616

CREDITOR ID: 278730-28
AL - DEPT. OF REVENUE
ATTN: DWIGHT CARLISLE
ALABAMA DEPARTMENT OF REVENUE
GORDON PERSONS BUILDING
50 N. RIPLEY STREET
MONTGOMERY AL 36132

CREDITOR ID: 278834-99
ALLMAN SPRY LEGGETT & CRUMPLER
ATTN LEGGETT R BRADFORD ESQ
380 KNOLLWOOD ST STE 700
WINSTON-SALEM NC 27113-5129

CREDITOR ID: 279173-99
AMERICAN FOOD DISTRIBUTORS INC
C/O MACCO & STERN LLP
ATTN RICHARD L STERN ESQ
135 PINELAWN RD STE 120 S
MELVILLE NY 11747

CREDITOR ID: 278724-27
AMERIPRIME FUNDS
IMS CAPITAL MANAGEMENT
ATTN CARL W MARKER
8995 SE OTTY ROAD
PORTLAND OR 97266

CREDITOR ID: 278710-99
ANDERSON NEWS LLC
ATTN JENNIFER VOSS, VP ACCOUNTING
PO BOX 52570
KNOXVILLE TN 37950-2570

CREDITOR ID: 278840-99
ANGEL & FRANKEL
ATTN: RICK A STEINBERG
460 PARK AVE
NEW YORK NY 10022-1906

CREDITOR ID: 278836-99
ANGEL & FRANKEL PC
ATTN LAURENCE MAY
460 PARK AVE
NEW YORK NY 10022-1906

CREDITOR ID: 278729-27
AVIVA LIFE INSURANCE COMPANY
ATTN ELIZABETH ANNE DOWD
108 MYRTLE STREET
NEWPORT OFFICE PARK
NORTH QUINCY MA 02171

CREDITOR ID: 278835-99
BALCH & BINGHAM LLP
ATTN W CLARK WATSON & ERIC  RAY ESQ
1901 SIXTH AVE N STE 2600
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 278796-99
BALLARD SPAHR ANDREWS & INGERSOLL
ATTN DEAN C WALDT ESQ
51ST FLR MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278795-99
BALLARD SPAHR ANDREWS & INGERSOLL
ATTN JEFFREY MEYERS ESQ
51ST FLR MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278786-99
BALLARD SPAHR ANDREWS & INGERSOLL
ATTN DAVID L POLLACK ESQ
51ST FLR MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278734-28
BANK OF AMERICA, N.A.
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
1111 E. MAIN STREET, 18TH FLOOR
PO BOX 25086
MECHANICSVILLE VA 90017

CREDITOR ID: 279174-99
BEAVER STREET FISHERIES INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR ESQ
1301 RIVERPLACE BLVD STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 279118-99
BELLSOUTH
CATTN REGINALD A GREENE ESQ
675 W PEACHTREE ST NE STE 4300
ATLANTA GA 30375

CREDITOR ID: 278735-28
BENNETT'S LEASING INCORPORATED
ATTN: B. MEEHAN
4805 LENNOX AVE.
JACKSONVILLE FL 32205

CREDITOR ID: 279171-99
BOTTLING GROUP LLC
C/O FRANK/GECKER LLP
ATTN JOSEPH D FRANK ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60610

CREDITOR ID: 279121-99
BOTTLING GROUP LLC
C/O LOWENSTEIN SANDLER PC
ATTN ANUSIA L GAYER ESQ
1251 AVENUE OF THE AMERICAS 18TH FL
NEW YORK NY 10020

CREDITOR ID: 279120-99
BOTTLING GROUP LLC
C/O LOWENSTEIN SANDLER PC
ATTN BRUCE S NATHAN ESQ
1251 AVENUE OF THE AMERICAS 18TH FL
NEW YORK NY 10020

CREDITOR ID: 279172-99
BUFFALO ROCK COMPANY
C/O BURR & FORMAN LLP
ATTN ROBERT D RUBIN ESQ
420 N 20TH ST
BIRMINGHAM AL 35203

CREDITOR ID: 279170-99
BUFFALO ROCK COMPANY
C/O BURR & FORMAN LLP
ATTN DEREK F MEEK ESQ
3100 SOUTHTRUST TOWER
420 NORTH 20TH ST
BIRMINGHAM AL 35203

CREDITOR ID: 279117-99
CAL-MAINE FOODS INC
C/O YOUNGWILLIAMS PA
ATTN ROBERT L HOLLADAY JR
PO BOX 23059
JACKSON MS 39225-3059

CREDITOR ID: 278703-99
CAMPBELL SOUP CO.
ATTN MAUREEN HART, SR. CREDIT MGR
PO BOX 101407
ATLANTA GA 30392-1407

CREDITOR ID: 278722-27
CAPITAL RESEARCH & MANAGEMENT CO
ATTN ABNER D GOLDSTINE
AMERICAN FUNDS
333 SOUTH HOPE STREET
LOS ANGELES CA 90071

CREDITOR ID: 278736-28
CARGILL, INCORPORATED
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
CARGILL, INCORPORATED - CORPORATE HEADQUARTERS
PO BOX 9300
MINNEAPOLIS MN 55440-9300

CREDITOR ID: 279119-99
CARHTAGE CUP LP
C/O DRINKER BIDDLE & REATH LLP
ATTN ANDREW J FLAME ESQ
1100 N MARKET ST STE 1000
WILMINGTON DE 19801

**DEBTOR:   WINN-DIXIE STORES, INC.**                                   **CASE:   05-11063 (RDD)**

CREDITOR ID: 278696-99
CH ROBINSON WORLDWIDE, INC.
ATTN TERESA BELLMAN, CONTROLLER
PO BOX 9121
MINNEAPOLIS MN 55480-9121

CREDITOR ID: 278737-28
CISCO SYSTEMS CAPITAL CORPORATION
ATTN: SCOTT ALVAREZ
400 CARILLON PARKWAY, SUITE 220
ST. PETERSBURG FL 33716

CREDITOR ID: 278706-99
CLOROX SALES CO - KPD
ATTN SYBIL SHAW, CREDIT MANAGER
PO BOX 66123
CHARLOTTE NC 28275-1754

CREDITOR ID: 278774-99
COCA-COLA BOTTLING CO. CONSOLIDATED
ATTN: JOYCE ROPER, CBA
MANAGER, CREDIT COLLECTIONS
300 COCA-COLA ROAD
CHARLOTTE NC 28275

CREDITOR ID: 278701-99
COCA-COLA BOTTLING WORKS
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
300 COCA-COLA ROAD
CHARLOTTE NC 28275

CREDITOR ID: 279115-99
COCAL-COLA ENTERPRISES INC
C/O MILLER & MARTIN PLLC
ATTN SHELLEY D RUCKER ESQ
832 GEORGIA AVE STE 1000
CHATTANOOGA TN 37402-2289

CREDITOR ID: 279116-99
COMMUNITY COFFEE COMPANY LLC
ATTN KANTROW SPAHT WEAVER & BLITZER
ATTN DAVID S RUBIN
445 N BOULEVARD STE 300
PO BOX 2997
BATON ROUGE LA 70821-2997

CREDITOR ID: 279056-99
COMPUTER LEASING CO OF MICHIGAN INC
C/O ERMAN TEICHER MILLER ET AL
ATTN EARLE I ERMAN ESQ
400 GALLERIA OFFICENTRE STE 444
SOUTHFIELD MI 48034

CREDITOR ID: 278738-28
COMPUTER LEASING COMPANY OF MICHIGAN, INC.
ATTN: COLIN ARMSTRONG
5150 PALM VALLEY ROAD, SUITE 208
PONTA VEDRA BEACH FL 32082

CREDITOR ID: 279175-99
CONAGRA FOODS INC
C/O MCGRATH NORTH MULLIN & KRATZ PC
ATTN JAMES J NIEMEIER ESQ
FIRST NATIONAL TOWER STE 3700
1601 DODGE ST
OMAHA NE 68102-1327

CREDITOR ID: 278688-99
CONAGRA GROCERY PRODUCTS CO.
ATTN ROBERT ELLIS,
CORP CREDIT ANALYSIS MGR
PO BOX 409626
ATLANTA GA 30384

CREDITOR ID: 278788-99
CONTRARIAN CAPITAL MANAGEMENT LLC
ATTN: JANICE STANTON
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

CREDITOR ID: 278817-99
COZEN O'CONNOR
ATTN NEAL D COLTON
1900 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278818-99
COZEN O'CONNOR
ATTN DAVID J LIEBMAN
1900 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278739-28
CRYOVAC, INC.
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
100 ROGERS BRIDGE ROAD
DUNCAN SC 29334

CREDITOR ID: 278697-99
DEL MONTE FOODS USA
ATTN FRANK BUCKSTEIN,
MANAGER CREDIT & COLLECTIONS
1336 SOLUTIONS CENTER
CHICAGO IL 60677-1003

CREDITOR ID: 279014-99
DISCOVER FINANCIAL SERVICES INC
C/O HOGAN & HARTSON LLP
ATTN IRA S GREEN ESQ
875 THIRD AVE
NEW YORK NY 10022

CREDITOR ID: 279010-99
DISCOVER FINANCIAL SERVICES INC
ATTN FRANK VYDRA ESQ
2500 LAKE COOK RD
RIVERWOODS IL 60015

CREDITOR ID: 279051-99
DIVERSIFIED MAINTENANCE SYSTEMS INC
C/O PITNEY HARDIN LLP
ATTN CONRAD K CHIU ESQ
7 TIMES SQUARE
NEW YORK NY 10036

CREDITOR ID: 278719-99
DLJ PRODUCE, INC.
ATTN ALAN YOSHIDONE, CONTROLLER
PO BOX 2398
WEST COVINA CA 91793

CREDITOR ID: 279114-99
DOANE PET CARE COMPANY
C/O BOULT CUMMINGS CONNERS & BERRY
ATTN AUSTIN L MCMULLERN ESQ
1600 DIVISION ST STE 700
PO BOX 340025
NASHVILLE TN 37203

CREDITOR ID: 278713-99
EDY'S GRAND ICE CREAM
ATTN FRED POMERANTZ, CREDIT MANAGER
PO BOX 406247
ATLANTA GA 30384-6247

CREDITOR ID: 278740-28
EMC CORPORATION
ATTN: TOM CIMENO
SUITE 900
6200 COURTNEY CAMPBELL CAUSEWAY
TAMPA FL 33607

CREDITOR ID: 278982-99
EQUITY ONE INC
C/O GREENBERG TRAURIG PA
ATTN MARK D BLOOM ESQ
1221 BRICKELL AVE
MIAMI FL 33131

CREDITOR ID: 278981-99
EQUITY ONE INC
C/O GREENBERG TRAURIG LLP
ATTN RICHARD S MILLER ESQ
200 PARK AVE
NEW YORK NY 10166

CREDITOR ID: 278742-28
FIDELITY LEASING, INC.
PO BOX 8500-9805
PHILADELPHIA PA 19178-9805

CREDITOR ID: 278741-28
FIDELITY LEASING, INC.
ATTN: MIKE O'HARE; GEN SCHEURER
601 RIVERSIDE AVENUE
JACKSONVILLE FL 32204

CREDITOR ID: 278698-99
FIN TECH
ATTN DOUG WILHELM
4720 W CYPRESS STREET
TAMPA FL 33607

CREDITOR ID: 278746-28
FLEET BUSINESS CREDIT, LLC
ATTN: TODD A. STUMP
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO IL 60606

CREDITOR ID: 278747-28
FLEET CAPITAL LEASING - TECHNOLOGY FINANCE
ATTN: TODD A. STUMP
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO IL 60606

**DEBTOR:   WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (RDD)**

CREDITOR ID: 278748-28
FLEET LEASING CORPORATION
ATTN: TODD A. STUMP
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO IL 60606

CREDITOR ID: 278687-99
FLORIDA COCA-COLA
ATTN DICK STITELER
DIRECTOR OF CUSTOMER FINANCIAL SVCS
PO BOX 30000
ORLANDO FL 32891-0001

CREDITOR ID: 278778-99
FRANK/GECKER LLP
ATTN: JOSEPH D FRANK
325 N LASALLE STREET STE 625
CHICAGO IL 60610

CREDITOR ID: 278779-99
FRANK/GECKER LLP
ATTN:  MICAH KROHN
325 N LASALLE ST STE 625
CHICAGO IL 60610

CREDITOR ID: 278749-28
GATX TECHNOLOGY SERVICES CORPORATION
ATTN: MICHAEL WILKINSON
1 CIT DRIVE
LIVINGSTON NJ 07039

CREDITOR ID: 278750-28
GE CAPITAL
PO BOX 740441
ATLANTA GA 30374-0441

CREDITOR ID: 278751-28
GE CAPITAL
ATTN: PAUL HERINGSLAKE
VICE PRESIDENT & SENIOR ACCOUNT EXECUTIVE
GE COMMERCIAL EQUIPMENT FINANCING
160 INTERNATIONAL PARKWAY, SUITE 120
HEATHROW FL 32746

CREDITOR ID: 278752-28
GENERAL ELECTRIC CAPITAL
PO BOX 740441
ATLANTA GA 30374-0441

CREDITOR ID: 278754-28
GENERAL ELECTRIC CAPITAL CORPORATION
WILLIAM S. THEIS, VP - REGION SALES MANAGER
COMMERCIAL EQUIPMENT FINANCING
2385 EXECUTIVE CENTER DRIVE, SUITE 200
BOCA RATON FL 33431

CREDITOR ID: 278753-28
GENERAL ELECTRIC CAPITAL CORPORATION
ATTN: PAUL HERINGSLAKE
VICE PRESIDENT & SENIOR ACCOUNT EXECUTIVE
GE COMMERCIAL EQUIPMENT FINANCING
160 INTERNATIONAL PARKWAY, SUITE 120
HEATHROW FL 32746

CREDITOR ID: 278685-99
GENERAL MILLS, INC.
ATTN: TERRI JOHNSON
ACCT OPERATION DEVELOPMENT MGR
PO BOX 101412
ATLANTA GA 30392-0001

CREDITOR ID: 279041-99
GEORGIA CROWN DISTRIBUTING CO
C/O PAGE SCRANTOM SPROUSE ET AL
ATTN LEE CHAMPION ESQ
1111 BAY AVE 3RD FLR
PO BOX 1199
COLUMBUS GA 31902-1199

CREDITOR ID: 278704-99
GEORGIA PACIFIC CORP.
ATTN BOB MOON, CREDIT MANAGER
PO BOX 102487
ATLANTA GA 30368-2487

CREDITOR ID: 278716-99
GERBER PRODUCTS COMPANY
ATTN JEFF TALEE, FINANCE MANAGER
445 STATE STREET
FREEMONT MI 49413

CREDITOR ID: 278700-99
GILLETTE COMPANY
ATTN MARY TRAHAN, CREDIT MANAGER
PO BOX 100800
ATLANTA GA 30384-0800

CREDITOR ID: 278694-99
GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT,
CREDIT MANAGER
PO BOX 75604
CHARLOTTE NC 28275-5604

CREDITOR ID: 278726-27
GOODMAN & CO. INVESTMENT COUNSEL
ATTN STANLEY YIP
SCOTIA PLAZA 55TH FLOOR
40 KING STREET WEST
TORONTO  ON M5H 4A9
CANADA

CREDITOR ID: 278693-99
GOURMET AWARD FOODS MID ATLANTIC
ATTN MARK KELLUM,
NATIONAL ACCOUNT MANAGER
4055 DEERPARK BOULEVARD
ELKTON FL 32033

CREDITOR ID: 279113-99
GRUENEBERG LAW GROUP LLC
ATTN RUDI R GRUENEBERG ESQ
704 E MAIN ST BLDG E
MOORESTOWN NJ 08057

CREDITOR ID: 278755-28
HEALTHGUARD FINANCE CORPORATION
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
HEALTHGUARD INTERNATIONAL
255 N WASHINGTON STREET # 202
ROCKVILLE MD 20850-1756

CREDITOR ID: 278756-28
HEALTHGUARD INTERNATIONAL, INC.
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
HEALTHGUARD INTERNATIONAL
255 N WASHINGTON STREET # 202
ROCKVILLE MD 20850-1756

CREDITOR ID: 278757-28
IBM CREDIT CORPORATION (LESSOR)
ATTN: LEE LORENZ
315 E. ROBINSON STREET
ORLANDO FL 32801

CREDITOR ID: 278758-28
IBM CREDIT LLC
ATTN: LEE LORENZ
315 E. ROBINSON STREET
ORLANDO FL 32801

CREDITOR ID: 279049-99
ICE MILLER
ATTN MARK A BOGDANOWICZ ESQ
ONE AMERICAN SQ BOX 82001
INDIANAPOLIS IN 46282-0002

CREDITOR ID: 279048-99
ICE MILLER
ATTN HENRY A EFROYMSON ESQ
ONE AMERICAN SQ BOX 82001
INDIANAPOLIS IN 46282-0002

CREDITOR ID: 278759-28
IKON OFFICE SOLUTIONS INC
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
CORPORATE HEADQUARTERS
IKON OFFICE SOLUTIONS
70 VALLEY STREAM PARKWAY
MALVERN PA 19355-1407

CREDITOR ID: 274941-99
INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
290 BROADWAY, 7TH FLOOR
NEW YORK NY 10007-1867

CREDITOR ID: 279063-99
JENKENS & GILCHRIST PC
ATTN MICHAEL S HELD ESQ
1445 ROSS AVE STE 3200
DALLAS TX 75202-2799

CREDITOR ID: 278708-99
JOHNSON & JOHNSON
ATTN JOHN WERNICKI,
NATIONAL SALES DIRECTOR
PO BOX 751059
CHARLOTTE NC 28275

CREDITOR ID: 278838-99
KAYE SCHOLER LLP
ATTN: KEITH MURPHY
425 PARK AVENUE
NEW YORK NY 10022-3598

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                                      **CASE:   05-11063 (RDD)**

CREDITOR ID: 278837-99
KAYE SCHOLER LLP
ATTN RICHARD SMOLEV
425 PARK AVENUE
NEW YORK NY 10022-3598

CREDITOR ID: 278695-99
KEEBLER COMPANY
ATTN DAN GILROY
PO BOX 73451
CHICAGO IL 60673-7451

CREDITOR ID: 278776-99
KELLEY DRYE & WARREN LLP
ATTN: ROBERT LEHANE
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 278775-99
KELLEY DRYE & WARREN LLP
ATTN: JAMES S CARR
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 278707-99
KELLOGG SALES COMPANY
ATTN JUAN MOSPEK, CREDIT MANAGER
PO BOX 905193
CHARLOTTE NC 28290-9051

CREDITOR ID: 279045-99
KEMOR PROPERTIES
C/O MORRIS NICHOLS ARSHT & TUNNEL
ATTN ROBERT J DEHNEY ESQ
1201 N MARKET ST
PO BOX 1347
WILMINGTON DE 19899-1347

CREDITOR ID: 279044-99
KEMOR PROPERTIES
C/O MORRIS NICHOLS ARSHT & TUNNELL
ATTN ERIC D SCHWARTZ ESQ
1201 N MARKET ST
PO BOX 1347
WILMINGTON DE 19899-1347

CREDITOR ID: 278689-99
KIMBERLY CLARK
ATTN TED C. BANKER,  SR.
CREDIT MANAGER
PO BOX 915003
DALLAS TX 75391-5003

CREDITOR ID: 279177-99
KLEMENT SAUSAGE COMPANY
C/O HOWARD SOLOCHEK & WEBER SC
ATTN BRYAN M BECKER ESQ
324 E WISCONSIN AVE STE 1100
MILWAUKEE WI 53202

CREDITOR ID: 279176-99
KLEMENT SAUSAGE COMPANY
C/O TAPLIN ASSOCIATES PA
ATTN RONALD SCOTT KANIUK ESQ
350 FIFTH AVE STE 2418
NEW YORK NY 10118

CREDITOR ID: 278681-99
KRAFT (KRAFT FOODS, KRAFT PIZZA,
NABISCO)
ATTN SANDRA SCHIRMANG
DIRECTOR OF CREDIT
22541 NETWORK PLACE
CHICAGO IL 60673-1225

CREDITOR ID: 278992-99
LAURA'S LEAN BEEF
C/O WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE ESQ
250 W MAIN ST STE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 278827-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN HOWARD B LEVI ESQ
845 THIRD AVE 21ST FLR
NEW YORK NY 10022

CREDITOR ID: 278783-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: STEVEN FEIGENBAUM
845 THIRD AVE 21ST FL
NEW YORK NY 10022

CREDITOR ID: 279061-99
LIBERTY MUTUAL INSURANCE COMPANY
C/O MANIER & HEROD
ATTN MICHAEL E COLLINS
150 FOURTH AVE N STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 279053-99
LIBERTY MUTUAL INSURANCE COMPANY
C/O MANIER & HEROD
ATTN THOMAS T PENNINGTON ESQ
150 FOURTH AVE N STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 279062-99
LIBERTY MUTUAL INSURANCE COMPANY
C/O MANIER & HEROD
ATTN J MICHAEL FRANKS ESQ
150 FOURTH AVE N STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 278824-99
LOCKE LIDDELL & SAPP LLP
ATTN C DAVIN BOLDISSAR ESQ
601 POLYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

CREDITOR ID: 278822-99
LOCKE LIDDELL & SAPP LLP
ATTN OMER KUEBEL III ESQ
601 POYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

CREDITOR ID: 278712-99
LOUISIANA COA-COLA
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
1314 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

CREDITOR ID: 255143-28
LUTHERAN BROTHERHOOD
625 FOURTH AVE SOUTH
ATTN NVESTMENT DIVISION
ATTN: DEAN L. BULSEY
MINNEAPOLIS MN 55415

CREDITOR ID: 278690-99
MCKEE FOODS CORPORATION
ATTN VALERIE PHILLIPS,
SR CREDIT MANAGER
PO BOX 2118
COLLEGEDALE TN 37315-2118

CREDITOR ID: 279123-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN NICHOLAS GRIFFITHS
4 WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
C/O MORRISON & FOERSTER LLP
ATTN JASON C DIBATTISTA ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CREDITOR ID: 279042-99
MFR PROPERTIES
C/O ROBINSON BROG ET AL
ATTN FRED B RINGEL ESQ
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

CREDITOR ID: 278832-99
MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN ESQ
101 PARK AVE
NEW YORK NY 10178-0600

CREDITOR ID: 278762-28
NATIONAL CITY BANK OF MI/IL
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
108 E. MICHIGAN AVENUE
KALAMAZOO MI 49007-3966

CREDITOR ID: 278763-28
NCR CORPORATION
GENERAL COUNCEL NOTICES
1700 SOUTH PATERSON BLVD.
DAYTON OH 45479

CREDITOR ID: 278684-99
NESTLE (NESTLE USA, NESTLE PURINA,
NESTLE WATER)
ATTN: PETER B KNOX
DIRECTOR OF CREDIT & COLLECTIONS
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 278764-28
NORSE DAIRY SYSTEMS
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
ATTN: ANNE BUCHANAN
PO BOX 1869
COLUMBUS OH 43216

**DEBTOR:   WINN-DIXIE STORES, INC.**                                  **CASE:   05-11063 (RDD)**

CREDITOR ID: 279007-99
NORTHPOINT TRADING INC
C/O NEIMAN GINSBURG & MAIRANZ PC
ATTN GARY GINSBURG ESQ
39 BROADWAY 25TH FLR
NEW YORK NY 10006

CREDITOR ID: 269393-99
OFFICE OF THE US ATTORNEY, SDNY
ATTN DAVID N KELLEY, ESQ
1 SAINT ANDREWS PLAZA, ROOM 619
NEW YORK NY 10007

CREDITOR ID: 278806-99
OTTERBOURG STEINDLER HOUSTON ROSEN
ATTN: DAN FIORELLO
230 PARK AVE 29TH FL
NEW YORK NY 10169

CREDITOR ID: 278807-99
OTTERBOURG STEINDLER HOUSTON ROSEN
ATTN: JONATHAN N HELFAT
230 PARK AVE 29TH FL
NEW YORK NY 10169

CREDITOR ID: 278816-99
PATTERSON BELKNAP WEBB & TYLER
ATTN MICHAEL HANDLER ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 278815-99
PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKEHOUSE ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 278049-99
PENSION BENEFIT GUARANTY CORP
ATTN BRADLEY D BELT, EXEC DIRECTOR
1200 K STREET NW
WASHINGTON DC 20005-4026

CREDITOR ID: 278682-99
PEPSICO & SUBSIDIARIES
ATTN: MARTY SCAMINACI
DIRECTOR FINANCIAL SERVICES
PO BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 278789-99
PITNEY HARDIN LLP
ATTN: SCOTT A ZUBER ESQ
200 CAMPUS DRIVE
FLORHAM PARK NJ 07932-0950

CREDITOR ID: 278699-99
POWERHOUSE PRODUCE LLC
ATTN JAMES BANKS, ACCOUNT MANAGER
PO BOX 368
RIVERHEAD NY 11901

CREDITOR ID: 278683-99
PROCTOR & GAMBLE DISTRIBUTING CO.
ATTN.: JAY JONES, CR. MGR.
PO BOX 100537
ATLANTA GA 30384-0537

CREDITOR ID: 278987-99
PRUDENTIAL INSURANCE CO OF AMERICA
C/O KATTEN MUCHIN ZAVIS ROSENMAN
ATTN DUSTIN P BRANCH ESQ
2029 CENTURY PARK E STE 2600
LOS ANGELES CA 90067-3012

CREDITOR ID: 278986-99
PRUDENTIAL INSURANCE CO OF AMERICA
C/O KATTEN MUCHIN ZAVIS ROSENMAN
ATTN THOMAS J LEANSE
2029 CENTURY PARK E STE 2600
LOS ANGELES CA 90067-3012

CREDITOR ID: 278725-27
RELIANCE STANDARD LIFE INSURANCE CO
ATTN BECKY CULVER
PO BOX 3050
MILWAUKEE WI 53201

CREDITOR ID: 278803-99
RICHARD W WARD ESQ
2527 FAIRMOUNT ST
DALLAS TX 75201

CREDITOR ID: 278709-99
RIVERDALE FARMS
ATTN VANESSA FERNANDEZ, CONTROLLER
PO BOX 861093
ORLANDO FL 32886-3356

CREDITOR ID: 278984-99
RIVIANA FOODS INC
C/O LOCKE LIDDELL & SAPP LLP
ATTN THOMAS H GRACE ESQ
600 TRAVIS ST
3400 CHASE TOWER
HOUSTON TX 77002

CREDITOR ID: 278985-99
RIVIANA FOODS INC
C/O LOCKE LIDDELL & SAPP LLP
ATTN W STEVEN BRYANT ESQ
600 TRAVIS ST
3400 CHASE TOWER
HOUSTON TX 77002

CREDITOR ID: 278705-99
ROSS LABORATORIES
ATTN PHIL POLK, CONTROLLER
DEPT L-281
COLUMBUS  OH 43260-0001

CREDITOR ID: 278711-99
SAFE HARBOR SEAFOOD
ATTN JACK JONES, CFO
4371 OCEAN STREET
MAYPORT FL 32233-2417

CREDITOR ID: 278718-99
SANDERSON FARMS
ATTN NEAL MORGAN, DIRECTOR OF SALES
PO BOX 988
LAUREL MS 39441-0988

CREDITOR ID: 278691-99
SARA LEE FOODS
ATTN JOEL CARTRIGHT,
CREDIT MANAGER
PO BOX 905466
CHARLOTTE NC 28290

CREDITOR ID: 278820-99
SCARELLA ROSEN & SLOME
ATTN ADAM L ROSEN ESQ
333 EARLE OVINGTON BLVD STE 901
UNIONDALE NY 11553

CREDITOR ID: 278720-99
SCHERING PLOUGH HEALTH CARE
PO BOX 100373
ATLANTA GA 30384

CREDITOR ID: 278773-99
SCHERING PLOUGH HEALTH CARE
ATTN: JOHN GLYNN - DIRECTOR, TRADE
3030 JACKSON AVENUE
MEMPHIS TN 38151

CREDITOR ID: 278702-99
SCHREIBER FOODS, INC.
ATTN KRIS SKUPAS, CREDIT MANAGER
PO BOX 905008
CHARLOTTE NC 28290-5008

CREDITOR ID: 269678-99
SEC BOSTON DISTRICT OFFICE
ATTN WALTER G RICCIARDI, DIST ADMIN
73 TREMONT STREET, SUITE 600
BOSTON MA 02108-3912

CREDITOR ID: 269676-99
SEC HEADQUARTERS
450 FIFTH STREET NW
WASHINGTON DC 20549

CREDITOR ID: 269677-99
SEC NORTHEAST REGIONAL OFFICE
ATTN JOHN MURRAY
THE WOOLWORTH BUILDING
233 BROADWAY
NEW YORK NY 10279

CREDITOR ID: 269679-99
SEC PHILADELPHIA DISTRICT OFFICE
ATTN ARTHUR S GABINET, DIST ADMIN
THE MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA PA 19106-1532

**DEBTOR:   WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

CREDITOR ID: 278728-27
SECURITIES MANAGEMENT AND
RESEARCH, INC.
ATTN SHERRY BAKER
24500 SOUTH SHORE BLVD SUITE 400
LEAGUE CITY TX 77573

CREDITOR ID: 279064-99
SIRIUS COMPUTER SOLUTIONS INC
C/O COX SMITH MATTHEWS INC
ATTN PATRICK L HUFFSTICKLER ESQ
112 E PECAN STE 1800
SAN ANTONIO TX 78205

CREDITOR ID: 278766-28
STATE OF ALABAMA, DEPT. OF REVENUE
ATTN: TREY GRANGER
GENERAL COUNSEL - SECRETARY OF STATE OF ALABAMA
OFFICE OF THE SECRETARY OF STATE
PO BOX 5616
MONTGOMERY AL 36103-5616

CREDITOR ID: 278765-28
STATE OF ALABAMA, DEPT. OF REVENUE
ATTN: DWIGHT CARLISLE
ALABAMA DEPARTMENT OF REVENUE
GORDON PERSONS BUILDING
50 N. RIPLEY STREET
MONTGOMERY AL 36132

CREDITOR ID: 278767-28
STORAGETEK FINANCIAL SERVICES CORPORATION
ATTN: BRIAN GREENE
2270 SOUTH 88TH STREET
LOUISVILLE CO 80028

CREDITOR ID: 278839-99
TRAUB BONACQUIST & FOX LLP
ATTN: WENDY MARCARI ESQ
655 THIRD AVE 21ST FL
NEW YORK NY 10017

CREDITOR ID: 278833-99
TRAUB BONACQUIST & FOX LLP
ATTN PAUL TRAUB
655 THIRD AVE 21ST FLR
NEW YORK NY 10017

CREDITOR ID: 279004-99
TSO VOLUSIA LLC
C/O ARNALL GOLDEN GREGORY LLP
ATTN DARRYL S LADDIN ESQ
171 17TH ST NW STE 2100
ATLANTA GA 30363

CREDITOR ID: 279001-99
TSO VOLUSIA LLC
C/O ARNALL GOLDEN GREGORY LLP
ATTN J HAYDEN KEPNER ESQ
171 17TH ST NW STE 2100
ATLANTA GA 30363

CREDITOR ID: 278686-99
UNILEVER (HPC USA & BEST FOODS)
ATTN RICHARD BELLIS,
CREDIT MANAGER
1 JOHNS STREET
CLINTON CT 06413

CREDITOR ID: 278797-99
UNITED STATES TRUSTEE
ATTN: DEIRDRE A. MARTINI, ESQ.
33 WHITEHALL STREET 21ST FL
NEW YORK NY 10004

CREDITOR ID: 278768-28
US BANCORP
OFFICE EQUIPMENT FINANCE
1310 MADRID ST., SUITE 101
MARSHALL MN 56258-4002

CREDITOR ID: 278692-99
US BANK CORPORATION
ATTN ANGELA TRUDEAU VP
RELATIONSHIP MANAGEMENT
PO BOX 790428
ST LOUIS MO 63179-0428

CREDITOR ID: 278723-27
VANGUARD GROUP INCORPORATED
THE VANGUARD GROUP
ATTN EARL E MCEVOY
PO BOX 2600
VALLEY FORGE PA 19482

CREDITOR ID: 264311-12
WACHOVIA BANK NATIONAL ASSOCIATION
CORPORATE TRUST DEPARTMENT
FINANCE GROUP NC 1196
1525 WEST W T HARRIS BLVD 3C3
CHARLOTTE NC 28288

CREDITOR ID: 278050-22
WACHOVIA BANK, NATIONAL ASSOCIATION
ADMINISTRATIVE AGENT
ATTN KIM QUINN, DIRECTOR
ONE WACHOVIA BANK CENTER
301 SOUTH COLLEGE SGTREET, DC-5
CHARLOTTE NC 28288

CREDITOR ID: 278715-99
WARNER LAMBERT CONSUMER GROUP
ATTN ANDY HELVESTON
400 WEST LINCOLN AVENUE
LITITZ PA 17543

CREDITOR ID: 278727-27
WELLINGTON MANAGEMENT CO. LLP
GATEWAY CENTER THREE
ATTN EARL E MCEVOY
100 MULBERRY STREET
NEWARK NJ 07102

CREDITOR ID: 278998-99
WILMINGTON TRUST COMPANY
ATTN STEVEN M CIMALORE
1100 N MARKET ST
RODNEY SQUARE NORTH
WILMINGTON DE 19890

CREDITOR ID: 278995-99
WILMINGTON TRUST COMPANY
C/O CURTIS MALLET-PREVOST ET AL
ATTN STEVEN J REISMAN ESQ
101 PARK AVE
NEW YORK NY 10178-0061

CREDITOR ID: 278721-27
WILMINGTON TRUST COMPANY AS
INDENTURE TRUSTEE
ATTN CORPORATE TRUST DEPARTMENT
RODNEY SQUARE NORTH
WILMINGTON DE 19890

CREDITOR ID: 278714-99
WYETH CONSUMER HEALTHCARE
ATTN LARRY SANDERS, VP GLOBAL FINAN
PO BOX 75296
CHARLOTTE NC 28275-5296

CREDITOR ID: 278771-28
XPEDEX - DIVISION OF INTERNATIONAL PAPER
WINN DIXIE ACCOUNT MANAGER/GENERAL COUNSEL
CORPORATE HEADQUARTERS
6285 TRI-RIDGE BLVD.
LOVELAND OH 45140

**Total:   173**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                            :
                                                                 :        **Chapter 11**
                                                                 :
**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**                :        **Case No. 05-11063 (RDD)**
                                                                 :
                        **Debtors.**                             :        **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

## <u>ORDER SCHEDULING INITIAL CASE CONFERENCE</u>

Winn-Dixie Stores, Inc. and its debtor affiliates (collectively the "Debtors")

having filed petitions for reorganization under Chapter 11 of the Bankruptcy Code on February

21, 2005, and the Court having determined that a case management conference will aid in the

efficient conduct of the case; it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management

conference will be conducted by the Judge Robert D. Drain in Room 610, United States

Bankruptcy Court, One Bowling Green, New York, New York 10004 on March 15, 2005 at

10:00 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration

of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a

committee to review budget and fee requests, use of alternative dispute resolution, timetables,

and scheduling of additional case management conferences; and it is further

ORDERED, that the Debtors shall give notice by mail of this order at least seven

(7) days prior to the scheduled conference to each committee appointed to serve in the cases

pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10

largest unsecured claims), the holders of the five largest secured claims, any post-petition lender

to the Debtors, and the United States Trustee, and shall promptly file proof of service of such

notice with the Clerk of the Court.

Dated: February 28, 2005
        New York, New York


                                    _____/s/ Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE