SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| WINN-DIXIE STORES, INC., et al., | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------x

NOTICE OF ORDER (A) ESTABLISHING NOTICE PROCEDURES ON A FINAL BASIS
AND (B) CONTINUING HEARING WITH RESPECT TO SCHEDULING OMNIBUS HEARINGS

TO PARTIES IN INTEREST, PLEASE TAKE NOTICE:

    1.    On March 4, 2005, the Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings (the "Order") was entered in the above-captioned chapter 11 case.

    2.    The Order directs the Debtors to establish a master service list consisting of the following parties (the "Service List Parties"): (a) the Office of the United States Trustee for the Southern District of New York; (b) the Debtors and their attorneys; (c) the members of and attorneys for any official committee of unsecured creditors and the attorneys for any other committee appointed by the Court; (d) the attorneys for the Debtors' senior secured lenders; (e) counsel to the Agent for the Debtors' proposed post-petition debtor-in-possession lenders; (f) the indenture trustee for the holders of the Debtors' 8 7/8% Senior Notes due 2008; (g) parties that have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002; (h) the Securities and Exchange Commission, the Internal Revenue Service, state and federal attorneys general, and other government agencies; and (i) Wilmington Trust and its counsel, to the extent required by the Bankruptcy Rules and the Local Rules.

    3.  Pursuant to the Order, the Debtors are authorized to limit notice of matters to Service List Parties and any other person whose specific rights or interests are directly affected by such proceeding. **Accordingly, only Service List Parties and, when applicable, parties whose specific rights and interests are directly affected by such proceeding will continue to receive notice.**

Dated:  March 7, 2005
           New York, New York

                                                                            */s/*     *D. J. Baker*
                                                                D. J. Baker (DB 0085)
                                                                 Sally McDonald Henry (SH 0839)
                                                                  Rosalie Walker Gray
                                                                 SKADDEN, ARPS, SLATE, MEAGHER
                                                                    & FLOM LLP
                                                                  Four Times Square
                                                                  New York, New York 10036
                                                                  Telephone: (212) 735-3000
                                                                  Facsimile:   (917) 777-2150

                                                                  ATTORNEYS FOR THE DEBTORS