William Douglas White DC No. 224592
McCarthy & White PLLC
8180 Greensboro Drive, Suite 875
McLean VA 22102
Tel: 703 770-9265
Fax: 703 770-9266
Co-counsel for Florida, Power & Light Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
In re:                                                    :        Chapter 11
                                                              :
**WINN-DIXIE STORES, INC., et al.,**        :        In re: Case No. 05-11063
                                                              :
               Debtors.                              :        (Jointly Administered)
_____:

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, WILLIAM DOUGLAS WHITE, a member of McCarthy & White PLLC and a member in good standing of the bars of the District of Columbia and the States of Maryland and Florida, and admitted to practice before the Supreme Court of the United States and the U.S. District Courts for the District of Columbia and the District of Maryland, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent FLORIDA POWER & LIGHT COMPANY, in the above referenced Chapter 11 bankruptcy case. My address is 8180 Greensboro Drive, Suite 875, McLean Virginia 22102, my e-mail address is wdw@mccarthywhite.com and my telephone number is 703 770-9265. I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated: March 7, 2005
          McLean, Virginia                         Respectfully submitted,

                                                              /s/ William Douglas White
                                                              William Douglas White DC No. 224592
                                                              McCarthy & White PLLC
                                                              8180 Greensboro Drive, Suite 875
                                                              McLean VA 22102
                                                              Tel: 703 770-9265
                                                              Fax: 703 770-9266

Winn-Dixie Stores, Inc., et al.,.
Case No. 05-11063
Chapter 11
Page 2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion has been served by first-class U.S. mail and by facsimile to **David J. Baker, Esquire**, Skadden, Arps, Slates, Meagher & Flom, LLP, Four Times Square, New York, New York 10036 (Facsimile No. 917-777-2150) and **Richard C. Morrissey**, Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, (Facsimile No. (212) 668-2255) this 7th day of March, 2005.

/s/ William Douglas White
William Douglas White DC No. 224592
McCarthy & White PLLC
8180 Greensboro Drive, Suite 875
McLean VA 22102
Tel:  703 770-9265
Fax:  703 770-9266

Attorney for Florida Power & Light Company