UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                :         Chapter 11
                                                     :         Case No. 01-16034 (AJG)
ENRON CORP., et al.,                                 :
                                                     :         Jointly Administered
                                                     :
                    Debtors.                         :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

MARC J. TOMAO, being duly sworn, deposes and says:

1.    I am over the age of eighteen and am not a party to this action. I am employed by the firm of Wormser, Kiely, Galef & Jacobs LLP ("WKG&J" or the "Firm"), which maintains a principal office for the practice of law at 825 Third Avenue, New York, New York 10022-5703. I reside in New York, New York.

2.    On March 3, 2005, I served true a true and correct copy of the following document on the parties listed on the attached service list in the manner indicated.

**RESPONSE OF BNP PARIBAS AND BNP PARIBAS COMMODITY FUTURES TO REORGANIZED DEBTORS' SEVENTY-SEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (NO AMOUNT DUE PER DEBTORS' BOOKS AND RECORDS AND INSUFFICIENT PROOF)**

Dated: New York, New York
       March 3, 2005

By:  s/Marc J. Tomao
      Marc J. Tomao

      Sworn to and subscribed before me, a notary public for the State of New York, County of New York, this 3rd day of March, 2005.

Lois V. Reek
Notary Public, State of New York
No. 01RE8630245
Qualified in New York County
Commission Expires July 31, 2006

s/Lois V. Reek
Notary Public

2

L:\Bankruptcy\1562 - BNP Paribas\00001 - Enron Corp. et al\Pleadings\Affidavit of Service for BNP's Response 03-03-05.doc

**SERVICE LIST VIA FIRST CLASS MAIL AND VIA FACSIMILE**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile:
Attn: Martin J. Bienenstock, Esq.
     Brian S. Rosen, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Mary Elizabeth Tom, Esq.

Davis, Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn: Donald S. Bernstein, Esq.
     Marshall S. Huebner, Esq.

Shearman & Sterling
599 Lexington Avenue
New York, NY 10022
Attn: Douglas Bartner, Esq.
     Frederic Sosnick, Esq.

Milbank, Tweek, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Luc A. Despins, Esq.

Kronish Lieb Weiner & Helmann LLP
1114 Avenue of the Americas
New York, NY 10036
Attn: James A. Beldner, Esq.