UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 05-11063<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty that:

    1.    I am of legal age and I am not a party to this action.

    2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

    3.    On or about March 5, 2005 I caused copies of:

●     the Notice of Continued Hearing on Motion for Authority to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations;

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  Copy of the served Notice listed above is attached hereto as Exhibit B.

Dated: March 5, 2005

                                                                                             Kathleen M. Logan

Code:  C7

**EXHIBIT A**

Case 3:05-bk-03817-JAF    Doc 307    Filed 03/08/05    Page 2 of 12

**DEBTOR:** WINN-DIXIE STORES, INC.                                          **CASE:** 05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 279418-99<br>40/86 ADVISORS INC<br>ATTN: GREGORY J SEKETA<br>535 N COLLEGE DRIVE<br>CARMEL IN 46032 | CREDITOR ID: 279178-99<br>40/86 ADVISORS INC<br>ATTN FRANK BERG<br>535 N COLLEGE DR<br>CARMEL IN 46032 | CREDITOR ID: 279021-99<br>AIRGAS INC<br>ATTN DAVID BOYLE<br>259 RADNOR-CHESTER RD STE 100<br>PO BOX 6675<br>RADNOR PA 19087-8675 |
| CREDITOR ID: 278834-99<br>ALLMAN SPRY LEGGETT & CRUMPLER<br>ATTN LEGGETT R BRADFORD ESQ<br>380 KNOLLWOOD ST STE 700<br>WINSTON-SALEM NC 27113-5129 | CREDITOR ID: 279307-99<br>AMALGAMATED GADGET LP<br>ATTN: DAVE GILLESPIE<br>301 COMMERCE ST STE 3200<br>FORT WORTH TX 76102 | CREDITOR ID: 278724-27<br>AMERIPRIME FUNDS<br>IMS CAPITAL MANAGEMENT<br>ATTN CARL W MARKER<br>8995 SE OTTY ROAD<br>PORTLAND OR 97266 |
| CREDITOR ID: 279420-99<br>ANDERSON KILL & OLICK<br>ATTN: LARRY D HENIN<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CREDITOR ID: 278710-99<br>ANDERSON NEWS LLC<br>ATTN JENNIFER VOSS, VP ACCOUNTING<br>PO BOX 52570<br>KNOXVILLE TN 37950-2570 | CREDITOR ID: 278840-99<br>ANGEL & FRANKEL<br>ATTN RICK A STEINBERG<br>460 PARK AVE<br>NEW YORK NY 10022-1906 |
| CREDITOR ID: 278836-99<br>ANGEL & FRANKEL PC<br>ATTN LAURENCE MAY<br>460 PARK AVE<br>NEW YORK NY 10022-1906 | CREDITOR ID: 279422-99<br>ANGELO GORDON & CO<br>ATTN: JAMES M MALLEY<br>245 PARK AVE 26TH FL<br>NEW YORK NY 10167 | CREDITOR ID: 279001-99<br>ARNALL GOLDEN GREGORY LLP<br>ATTN J HAYDEN KEPNER ESQ<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363 |
| CREDITOR ID: 279004-99<br>ARNALL GOLDEN GREGORY LLP<br>ATTN DARRYL S LADDIN ESQ<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363 | CREDITOR ID: 278729-27<br>AVIVA LIFE INSURANCE COMPANY<br>ATTN ELIZABETH ANNE DOWD<br>108 MYRTLE STREET<br>NEWPORT OFFICE PARK<br>NORTH QUINCY MA 02171 | CREDITOR ID: 278835-99<br>BALCH & BINGHAM LLP<br>ATTN W CLARK WATSON ESQ<br>1901 SIXTH AVE N STE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 |
| CREDITOR ID: 279198-99<br>BALCH& BINGHAM LLP<br>ATTN ERIC RAY ESQ<br>1901 SIXTH AVE STE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 | CREDITOR ID: 278795-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN JEFFREY MEYERS ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278786-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN DAVID L POLLACK ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 278796-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN DEAN C WALDT ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279118-99<br>BELLSOUTH<br>ATTN REGINALD A GREENE ESQ<br>675 W PEACHTREE ST NE STE 4300<br>ATLANTA GA 30375 | CREDITOR ID: 279407-99<br>BLACKSTONE GROUP LP<br>ATTN: FLIP HUFFARD<br>345 PARK AVE<br>NEW YORK NY 10010 |
| CREDITOR ID: 279114-99<br>BOULT CUMMINGS CONNERS & BERRY<br>ATTN AUSTIN L MCMULLERN ESQ<br>1600 DIVISION ST STE 700<br>PO BOX 340025<br>NASHVILLE TN 37203 | CREDITOR ID: 279425-99<br>BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K GRECO<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35222 | CREDITOR ID: 279426-99<br>BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: JOHN WHITTINGTON<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35222 |
| CREDITOR ID: 279427-99<br>BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: PATRICK DARBY<br>ONE FEDERAL PL<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35222 | CREDITOR ID: 279419-99<br>BROAD & CASSEL<br>ATTN: C CRAIG ELLER<br>ONE NORTH CLEMATIS ST STE 500<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 279170-99<br>BURR & FORMAN LLP<br>ATTN DEREK F MEEK ESQ<br>3100 SOUTHTRUST TOWER<br>420 NORTH 20TH ST<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 279172-99<br>BURR & FORMAN LLP<br>ATTN ROBERT D RUBIN ESQ<br>420 N 20TH ST<br>BIRMINGHAM AL 35203 | CREDITOR ID: 278703-99<br>CAMPBELL SOUP CO.<br>ATTN MAUREEN HART, SR. CREDIT MGR<br>PO BOX 101407<br>ATLANTA GA 30392-1407 | CREDITOR ID: 278722-27<br>CAPITAL RESEARCH & MANAGEMENT CO<br>ATTN ABNER D GOLDSTINE<br>AMERICAN FUNDS<br>333 SOUTH HOPE STREET<br>LOS ANGELES CA 90071 |

**DEBTOR:** WINN-DIXIE STORES, INC.  **CASE:** 05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 279313-99<br>CAPITAL RESEARCH & MGMT COMPANY<br>ATTN: ELLEN CARR; A D GOLDSTINE<br>AMERICAN FUNDS<br>333 S HOPE STREET<br>LOS ANGELES CA 90071 | CREDITOR ID: 278696-99<br>CH ROBINSON WORLDWIDE, INC.<br>ATTN TERESA BELLMAN, CONTROLLER<br>PO BOX 9121<br>MINNEAPOLIS MN 55480-9121 | CREDITOR ID: 278706-99<br>CLOROX SALES CO - KPD<br>ATTN SYBIL SHAW, CREDIT MANAGER<br>PO BOX 66123<br>CHARLOTTE NC 28275-1754 |
| CREDITOR ID: 278774-99<br>COCA-COLA BOTTLING CO. CONSOLIDATED<br>ATTN: JOYCE ROPER, CBA<br>MANAGER, CREDIT COLLECTIONS<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 | CREDITOR ID: 278701-99<br>COCA-COLA BOTTLING WORKS<br>ATTN DICK STITELER,<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 | CREDITOR ID: 279444-99<br>COHEN TODD KITE & STANFORD<br>ATTN: MONICA V KINDT<br>250 E FIFTH STREET<br>SUITE 1200<br>CINCINNATI OH 45202 |
| CREDITOR ID: 278688-99<br>CONAGRA GROCERY PRODUCTS CO.<br>ATTN ROBERT ELLIS,<br>CORP CREDIT ANALYSIS MGR<br>PO BOX 409626<br>ATLANTA GA 30384 | CREDITOR ID: 278788-99<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>ATTN JANICE STANTON<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | CREDITOR ID: 279413-99<br>COX SMITH MATTHEWS INC<br>ATTN: PATRICK L HUFFSTICKLER<br>112 E PECAN STE 1800<br>SAN ANTONIO TX 78205 |
| CREDITOR ID: 279064-99<br>COX SMITH MATTHEWS INC<br>ATTN PATRICK L HUFFSTICKLER ESQ<br>112 E PECAN STE 1800<br>SAN ANTONIO TX 78205 | CREDITOR ID: 278818-99<br>COZEN O'CONNOR<br>ATTN DAVID J LIEBMAN ESQ<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278817-99<br>COZEN O'CONNOR<br>ATTN NEAL D COLTON ESQ<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 279412-99<br>COZEN O'CONNOR<br>ATTN: DAVID J LIEBMAN<br>1900 MARKET ST<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279411-99<br>COZEN O'CONNOR<br>ATTN: NEAL D COLTON<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278995-99<br>CURTIS MALLET-PREVOST ET AL<br>ATTN STEVEN J REISMAN ESQ<br>101 PARK AVE<br>NEW YORK NY 10178-0061 |
| CREDITOR ID: 278697-99<br>DEL MONTE FOODS USA<br>ATTN FRANK BUCKSTEIN,<br>MANAGER CREDIT & COLLECTIONS<br>1336 SOLUTIONS CENTER<br>CHICAGO IL 60677-1003 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST COMPANY AMERICA<br>ATTN: S BERG<br>60 WALL STREET<br>NEW YORK NY 10005-2858 | CREDITOR ID: 279200-99<br>DEVELOPERS DIVERSIFIED REALTY CORP<br>ATTN ERIC C COTTON ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 227042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 279445-99<br>DIAZ WHOLESALE & MFG CO., INC<br>ATTN: M ERIC NEWBERG<br>5501 FULTON INDUSTRIAL<br>ATLANTA GA 30336 | CREDITOR ID: 279010-99<br>DISCOVER FINANCIAL SERVICES INC<br>ATTN FRANK VYDRA ESQ<br>2500 LAKE COOK RD<br>RIVERWOODS IL 60015 | CREDITOR ID: 278719-99<br>DLJ PRODUCE, INC.<br>ATTN ALAN YOSHIDONE, CONTROLLER<br>PO BOX 2398<br>WEST COVINA CA 91793 |
| CREDITOR ID: 279119-99<br>DRINKER BIDDLE & REATH LLP<br>ATTN ANDREW J FLAME ESQ<br>1100 N MARKET ST STE 1000<br>WILMINGTON DE 19801 | CREDITOR ID: 279441-99<br>DYKEMA GOSSETT PLLC<br>ATTN: BRENDAN G BEST<br>400 RENAISSANCE CENTER<br>DETROIT MI 48243-1668 | CREDITOR ID: 278713-99<br>EDY'S GRAND ICE CREAM<br>ATTN FRED POMERANTZ, CREDIT MANAGER<br>PO BOX 406247<br>ATLANTA GA 30384-6247 |
| CREDITOR ID: 279056-99<br>ERMAN TEICHER MILLER ET AL<br>ATTN EARLE I ERMAN ESQ<br>400 GALLERIA OFFICENTRE STE 444<br>SOUTHFIELD MI 48034 | CREDITOR ID: 279430-99<br>FAGEL HABER LLC<br>ATTN: CLINTON P HANSEN<br>55 EAST MONROE 40TH FL<br>CHICAGO IL 60603 | CREDITOR ID: 279431-99<br>FAGEL HABER LLC<br>ATTN: DENNIS E QUAID<br>55 EAST MONROE 40TH FL<br>CHICAGO IL 60603 |
| CREDITOR ID: 278698-99<br>FIN TECH<br>ATTN DOUG WILHELM<br>4720 W CYPRESS STREET<br>TAMPA FL 33607 | CREDITOR ID: 278687-99<br>FLORIDA COCA-COLA<br>ATTN DICK STITELER<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>PO BOX 30000<br>ORLANDO FL 32891-0001 | CREDITOR ID: 279405-99<br>FORTIS BENEFIT INSURANCE COMPANY<br>ATTN: CATHERINE JANIK<br>LEGAL DEPARTMENT<br>PO BOX 3050<br>MILWAUKEE WI 53201 |

**DEBTOR:** WINN-DIXIE STORES, INC.                                                                                   **CASE:** 05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 278779-99<br>FRANK/GECKER LLP<br>ATTN MICAH KROHN ESQ<br>325 N LASALLE ST STE 625<br>CHICAGO IL 60610 | CREDITOR ID: 279171-99<br>FRANK/GECKER LLP<br>ATTN JOSEPH D FRANK ESQ<br>325 N LASALLE ST STE 625<br>CHICAGO IL 60610 | CREDITOR ID: 278814-99<br>FTI CONSULTING<br>ATTN: MICHAEL EISENBAND<br>3 TIMES SQUARE 11TH FL<br>NEW YORK NY 10036 |
| CREDITOR ID: 279317-99<br>GENERAL MILLS INC<br>ATTN: TERRI JOHNSON<br>PO BOX 101412<br>ATLANTA GA 30392-0001 | CREDITOR ID: 278685-99<br>GENERAL MILLS, INC.<br>ATTN: TERRI JOHNSON<br>ACCT OPERATION DEVELOPMENT MGR<br>PO BOX 101412<br>ATLANTA GA 30392-0001 | CREDITOR ID: 278704-99<br>GEORGIA PACIFIC CORP.<br>ATTN BOB MOON, CREDIT MANAGER<br>PO BOX 102487<br>ATLANTA GA 30368-2487 |
| CREDITOR ID: 278716-99<br>GERBER PRODUCTS COMPANY<br>ATTN JEFF TALEE, FINANCE MANAGER<br>445 STATE STREET<br>FREEMONT MI 49413 | CREDITOR ID: 278700-99<br>GILLETTE COMPANY<br>ATTN MARY TRAHAN, CREDIT MANAGER<br>PO BOX 100800<br>ATLANTA GA 30384-0800 | CREDITOR ID: 278694-99<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN CRAIG STARGARDT,<br>CREDIT MANAGER<br>PO BOX 75604<br>CHARLOTTE NC 28275-5604 |
| CREDITOR ID: 278726-27<br>GOODMAN & CO. INVESTMENT COUNSEL<br>ATTN CHRISTY YIP<br>SCOTIA PLAZA 55TH FLOOR<br>40 KING STREET WEST<br>TORONTO  ON M5H 4A9<br>CANADA | CREDITOR ID: 278693-99<br>GOURMET AWARD FOODS MID ATLANTIC<br>ATTN MARK KELLUM,<br>NATIONAL ACCOUNT MANAGER<br>4055 DEERPARK BOULEVARD<br>ELKTON FL 32033 | CREDITOR ID: 278981-99<br>GREENBERG TRAURIG LLP<br>ATTN RICHARD S MILLER ESQ<br>200 PARK AVE<br>NEW YORK NY 10166 |
| CREDITOR ID: 278982-99<br>GREENBERG TRAURIG PA<br>ATTN MARK D BLOOM ESQ<br>1221 BRICKELL AVE<br>MIAMI FL 33131 | CREDITOR ID: 279113-99<br>GRUENEBERG LAW GROUP LLC<br>ATTN RUDI R GRUENEBERG ESQ<br>704 E MAIN ST BLDG E<br>MOORESTOWN NJ 08057 | CREDITOR ID: 279423-99<br>HAMILTON BEACH/PROCTOR SILEX INC<br>ATTN: WILLIAM RAY<br>4421 WATERFRONT DR<br>GLEN ALLEN VA 23060 |
| CREDITOR ID: 279174-99<br>HELD & ISRAEL<br>ATTN EDWIN W HELD JR ESQ<br>1301 RIVERPLACE BLVD STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 279414-99<br>HERRICK FEINSTEIN LLP<br>ATTN: PAUL RUBIN<br>2 PARK AVENUE<br>NEW YORK NY 10016 | CREDITOR ID: 279438-99<br>HIERSCHE HAYWARD DRAKELEY & URBACH<br>ATTN: RUSSELL W MILLS<br>15303 DALLAS PKWY, STE 700<br>ADDISON TX 75001 |
| CREDITOR ID: 279440-99<br>HIERSCHE HAYWARD DRAKELEY & URBACH<br>ATTN: KRISTA P BATES<br>15303 DALLAS PKWY<br>SUITE 700<br>ADDISON TX 75001 | CREDITOR ID: 279014-99<br>HOGAN & HARTSON LLP<br>ATTN IRA S GREEN ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | CREDITOR ID: 279436-99<br>HOROWITZ, RONALD<br>14 TINDALL ROAD<br>TINDALL PROFESSIONAL PLAZA<br>MIDDLETOWN NJ 07748 |
| CREDITOR ID: 279177-99<br>HOWARD SOLOCHEK & WEBER SC<br>ATTN BRYAN M BECKER ESQ<br>324 E WISCONSIN AVE STE 1100<br>MILWAUKEE WI 53202 | CREDITOR ID: 279424-99<br>HUNTON & WILLIAMS LLP<br>ATTN: CRAIG V RASILE<br>1111 BRICKELL AVE STE 2500<br>MIAMI FL 33131 | CREDITOR ID: 279048-99<br>ICE MILLER<br>ATTN HENRY A EFROYMSON ESQ<br>ONE AMERICAN SQ BOX 82001<br>INDIANAPOLIS IN 46282-0002 |
| CREDITOR ID: 279049-99<br>ICE MILLER<br>ATTN MARK A BOGDANOWICZ ESQ<br>ONE AMERICAN SQ BOX 82001<br>INDIANAPOLIS IN 46282-0002 | CREDITOR ID: 274941-99<br>INTERNAL REVENUE SERVICE<br>DISTRICT DIRECTOR<br>290 BROADWAY 7TH FLOOR<br>NEW YORK NY 10007-1867 | CREDITOR ID: 279063-99<br>JENKENS & GILCHRIST PC<br>ATTN MICHAEL S HELD ESQ<br>1445 ROSS AVE STE 3200<br>DALLAS TX 75202-2799 |
| CREDITOR ID: 278708-99<br>JOHNSON & JOHNSON<br>ATTN JOHN WERNICKI,<br>NATIONAL SALES DIRECTOR<br>PO BOX 751059<br>CHARLOTTE NC 28275 | CREDITOR ID: 279428-99<br>JOHNSON HEARN VINEGAR GEE & MERCER<br>ATTN: JEAN WINBORNE BOYLES<br>PO BOX 1776<br>RALEIGH NC 27602 | CREDITOR ID: 279116-99<br>KANTROW SPAHT WEAVER & BLITZER<br>ATTN DAVID S RUBIN<br>445 N BOULEVARD STE 300<br>PO BOX 2997<br>BATON ROUGE LA 70821-2997 |

**DEBTOR:** WINN-DIXIE STORES, INC.  **CASE:** 05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 278986-99<br>KATTEN MUCHIN ZAVIS ROSENMAN<br>ATTN THOMAS J LEANSE<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012 | CREDITOR ID: 278987-99<br>KATTEN MUCHIN ZAVIS ROSENMAN<br>ATTN DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012 | CREDITOR ID: 278838-99<br>KAYE SCHOLER LLP<br>ATTN KEITH MURPHY ESQ<br>425 PARK AVENUE<br>NEW YORK NY 10022-3598 |
| CREDITOR ID: 278837-99<br>KAYE SCHOLER LLP<br>ATTN RICHARD SMOLEV ESQ<br>425 PARK AVENUE<br>NEW YORK NY 10022-3598 | CREDITOR ID: 278695-99<br>KEEBLER COMPANY<br>ATTN DAN GILROY<br>PO BOX 73451<br>CHICAGO IL 60673-7451 | CREDITOR ID: 278776-99<br>KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 278775-99<br>KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S CARR<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 278707-99<br>KELLOGG SALES COMPANY<br>ATTN JUAN MOSPEK, CREDIT MANAGER<br>PO BOX 905193<br>CHARLOTTE NC 28290-9051 | CREDITOR ID: 278689-99<br>KIMBERLY CLARK<br>ATTN TED C. BANKER, SR.<br>CREDIT MANAGER<br>PO BOX 915003<br>DALLAS TX 75391-5003 |
| CREDITOR ID: 279305-99<br>KING & SPALDING<br>ATTN: SARAH ROBINSON BORDERS<br>191 PEACHTREE STREET<br>ATLANTA GA 30303 | CREDITOR ID: 279195-99<br>KLEHR HARRISON HARVEY ET AL<br>ATTN CAROLYN HOCHSTADTER DICKER ESQ<br>260 S BROAD ST 4TH FLR<br>PHILADELPHIA PA 19102 | CREDITOR ID: 279194-99<br>KLEHR HARRISON HARVEY ET AL<br>ATTN MORTON R BRANZBURG ESQ<br>260 S BROAD ST 5TH FLR<br>PHILADELPHIA PA 19102 |
| CREDITOR ID: 278681-99<br>KRAFT (KRAFT FOODS, KRAFT PIZZA, NABISCO)<br>ATTN SANDRA SCHIRMANG<br>DIRECTOR OF CREDIT<br>22541 NETWORK PLACE<br>CHICAGO IL 60673-1225 | CREDITOR ID: 278839-99<br>KRISPY KREME DOUGHNUTS CORP<br>TRAUB BONACQUIST & FOX LLP<br>ATTN WENDY MARCARI ESQ<br>655 THIRD AVE 21ST FL<br>NEW YORK NY 10017 | CREDITOR ID: 279201-99<br>LATHROP & GAGE LC<br>ATTN STEPHEN B SUTTON ESQ<br>2345 GRAND BLVD STE 2800<br>KANSAS CITY MO 64108 |
| CREDITOR ID: 279190-99<br>LAW OFFICES OF AVRUM J ROSEN<br>ATTN AVRUM J ROSEN ESQ<br>38 NEW STREET<br>HUNTINGTON NY 11743 | CREDITOR ID: 278784-99<br>LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: HOWARD LEVI<br>STEVEN FEIGENBAUM<br>845 THIRD AVE 21ST FL<br>NEW YORK NY 10022 | CREDITOR ID: 278783-99<br>LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: STEVEN FEIGENBAUM<br>845 THIRD AVE 21ST FL<br>NEW YORK NY 10022 |
| CREDITOR ID: 278827-99<br>LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN HOWARD B LEVI ESQ<br>845 THIRD AVE 21ST FLR<br>NEW YORK NY 10022 | CREDITOR ID: 279437-99<br>LIEBMANN CONWAY OLEJNICZAK JERRY<br>ATTN: JEROME E SMYTH<br>231 S ADAMS ST<br>PO BOX 23200<br>GREEN BAY WI 54305-3200 | CREDITOR ID: 278985-99<br>LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT ESQ<br>600 TRAVIS ST<br>3400 CHASE TOWER<br>HOUSTON TX 77002 |
| CREDITOR ID: 278984-99<br>LOCKE LIDDELL & SAPP LLP<br>ATTN THOMAS H GRACE ESQ<br>600 TRAVIS ST<br>3400 CHASE TOWER<br>HOUSTON TX 77002 | CREDITOR ID: 278824-99<br>LOCKE LIDDELL & SAPP LLP<br>ATTN C DAVIN BOLDISSAR ESQ<br>601 POLYDRAS ST STE 2400<br>NEW ORLEANS LA 70130-6036 | CREDITOR ID: 278822-99<br>LOCKE LIDDELL & SAPP LLP<br>ATTN OMER KUEBEL III ESQ<br>601 POYDRAS ST STE 2400<br>NEW ORLEANS LA 70130-6036 |
| CREDITOR ID: 278712-99<br>LOUISIANA COA-COLA<br>ATTN DICK STITELER,<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>1314 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | CREDITOR ID: 279121-99<br>LOWENSTEIN SANDLER PC<br>ATTN ANUSIA L GAYER ESQ<br>1251 AVENUE OF THE AMERICAS 18TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 279120-99<br>LOWENSTEIN SANDLER PC<br>ATTN BRUCE S NATHAN ESQ<br>1251 AVENUE OF THE AMERICAS 18TH FL<br>NEW YORK NY 10020 |
| CREDITOR ID: 279173-99<br>MACCO & STERN LLP<br>ATTN RICHARD L STERN ESQ<br>135 PINELAWN RD STE 120 S<br>MELVILLE NY 11747 | CREDITOR ID: 279406-99<br>MANAGEMENT CO LLP<br>ATTN: EARL E MCEVOY<br>GATEWAY CENTER THREE<br>100 MULBERRY STREET<br>NEWARK NJ 07102 | CREDITOR ID: 279062-99<br>MANIER & HEROD<br>ATTN J MICHAEL FRANKS ESQ<br>150 FOURTH AVE N STE 2200<br>NASHVILLE TN 37219-2494 |

**DEBTOR:** WINN-DIXIE STORES, INC.    **CASE:** 05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 279061-99<br>MANIER & HEROD<br>ATTN MICHAEL E COLLINS<br>150 FOURTH AVE N STE 2200<br>NASHVILLE TN 37219-2494 | CREDITOR ID: 279053-99<br>MANIER & HEROD<br>ATTN THOMAS T PENNINGTON ESQ<br>150 FOURTH AVE N STE 2200<br>NASHVILLE TN 37219-2494 | CREDITOR ID: 279443-99<br>MARRERO LAND & IMPROVEMENT ASSOC<br>ATTN: VINCENT A VASTOLA<br>5201 WESTBANK EXPRESSWAY<br>SUITE 400<br>MARRERO LA 70072 |
| CREDITOR ID: 279175-99<br>MCGRATH NORTH MULLIN & KRATZ PC<br>ATTN JAMES J NIEMEIER ESQ<br>FIRST NATIONAL TOWER STE 3700<br>1601 DODGE ST<br>OMAHA NE 68102-1327 | CREDITOR ID: 278690-99<br>MCKEE FOODS CORPORATION<br>ATTN VALERIE PHILLIPS,<br>SR CREDIT MANAGER<br>PO BOX 2118<br>COLLEGEDALE TN 37315-2118 | CREDITOR ID: 279123-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN NICHOLAS GRIFFITHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 |
| CREDITOR ID: 278810-99<br>MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN: DENNIS C O'DONNELL<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 | CREDITOR ID: 278809-99<br>MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN: LENA MANDEL<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 | CREDITOR ID: 278808-99<br>MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN: DENNIS F DUNNE<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 |
| CREDITOR ID: 279115-99<br>MILLER & MARTIN PLLC<br>ATTN SHELLEY D RUCKER ESQ<br>832 GEORGIA AVE STE 1000<br>CHATTANOOGA TN 37402-2289 | CREDITOR ID: 279415-99<br>MILLING BENSON WOODWARD LLP<br>ATTN: DAVID CONROY<br>909 POYDRAS STREET<br>SUITE 2300<br>NEW ORLEANS LA 70112-1010 | CREDITOR ID: 279432-99<br>MIMMS ENTERPRISES INC<br>ATTN: THOMAS B MIMMS JR<br>85A MILL STREET<br>ROSWELL  GA 30075-4952 |
| CREDITOR ID: 278811-99<br>MORGAN LEWIS<br>ATTN: RICHARD S TODER<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060 | CREDITOR ID: 278832-99<br>MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN ESQ<br>101 PARK AVE<br>NEW YORK NY 10178-0600 | CREDITOR ID: 278831-99<br>MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: NEIL E. HERMAN, ESQ.<br>101 PARK AVENUE<br>NEW YORK NY 10178-0600 |
| CREDITOR ID: 279045-99<br>MORRIS NICHOLS ARSHT & TUNNEL<br>ATTN ROBERT J DEHNEY ESQ<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899-1347 | CREDITOR ID: 279044-99<br>MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN ERIC D SCHWARTZ ESQ<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899-1347 | CREDITOR ID: 279122-99<br>MORRISON & FOERSTER LLP<br>ATTN JASON C DIBATTISTA ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 |
| CREDITOR ID: 279108-99<br>MOSELEY, PRICHARD, PARRISH,<br>KNIGHT & JONES<br>ATTN:  RICHARD K. JONESQ<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 279007-99<br>NEIMAN GINSBURG & MAIRANZ PC<br>ATTN GARY GINSBURG ESQ<br>39 BROADWAY 25TH FLR<br>NEW YORK NY 10006 | CREDITOR ID: 279316-99<br>NESTLE<br>ATTN: PETER B KNOX<br>PO BOX 277817<br>ATLANTA GA 30384-7817 |
| CREDITOR ID: 278684-99<br>NESTLE (NESTLE USA, NESTLE PURINA,<br>NESTLE WATER)<br>ATTN: PETER B KNOX<br>DIRECTOR OF CREDIT & COLLECTIONS<br>PO BOX 277817<br>ATLANTA GA 30384-7817 | CREDITOR ID: 279309-99<br>NEW PLAN EXCEL REALTY TRUST INC<br>420 LEXINGTON AVE<br>NEW YORK NY 10170 | CREDITOR ID: 279312-99<br>OCM OPPORTUNITIES FUND V LP<br>C/O OAKTREE CAPITAL MGMT LLC<br>ATTN: ALAN S ADLER<br>LOS ANGELES CA 90071 |
| CREDITOR ID: 279302-99<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD C MORRISSEY ESQ<br>33 WHITEHALL ST STE 2100<br>NEW YORK NY 10004 | CREDITOR ID: 269393-99<br>OFFICE OF THE US ATTORNEY, SDNY<br>ATTN DAVID N KELLEY, ESQ<br>1 SAINT ANDREWS PLAZA, ROOM 619<br>NEW YORK NY 10007 | CREDITOR ID: 278807-99<br>OTTERBOURG STEINDLER HOUSTON ROSEN<br>ATTN: JONATHAN N HELFAT<br>230 PARK AVE 29TH FL<br>NEW YORK NY 10169 |
| CREDITOR ID: 278806-99<br>OTTERBOURG STEINDLER HOUSTON ROSEN<br>ATTN: DAN FIORELLO<br>230 PARK AVE 29TH FL<br>NEW YORK NY 10169 | CREDITOR ID: 279041-99<br>PAGE SCRANTOM SPROUSE ET AL<br>ATTN LEE CHAMPION ESQ<br>1111 BAY AVE 3RD FLR<br>PO BOX 1199<br>COLUMBUS GA 31902-1199 | CREDITOR ID: 278816-99<br>PATTERSON BELKNAP WEBB & TYLER<br>ATTN MICHAEL HANDLER ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 |

**DEBTOR:** WINN-DIXIE STORES, INC.  **CASE:** 05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 278815-99<br>PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKEHOUSE ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 279410-99<br>PATTERSON BELKNAP WEBB TYLER<br>ATTN: MICHAEL HANDLER<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 279409-99<br>PATTERSON BELKNAP WEBB TYLER<br>ATTN: DAVID DYKEHOUSE<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 |
| CREDITOR ID: 278049-99<br>PENSION BENEFIT GUARANTY CORP<br>ATTN BRADLEY D BELT, EXEC DIRECTOR<br>1200 K STREET NW<br>WASHINGTON DC 20005-4026 | CREDITOR ID: 279192-99<br>PEPE & HAZARD LLP<br>ATTN CHARLES J FILARDI JR<br>30 JELIFF LANE<br>SOUTHPORT CT 06890-1436 | CREDITOR ID: 278812-99<br>PEPPER HAMILTON LLP<br>ATTN: I WILLIAM COHEN<br>100 RENAISSANCE CENTER 36TH FL<br>DETROIT MI 48243-1157 |
| CREDITOR ID: 279314-99<br>PEPSICO<br>ATTN: MARTY SCAMINACI<br>PO BOX 844700<br>DALLAS TX 75284-4700 | CREDITOR ID: 279311-99<br>PEPSICO<br>ATTN: SCOTT JOHNSON<br>7701 LEGACY DR 38-109<br>PLANO TX 75024 | CREDITOR ID: 278682-99<br>PEPSICO & SUBSIDIARIES<br>ATTN: MARTY SCAMINACI<br>DIRECTOR FINANCIAL SERVICES<br>PO BOX 844700<br>DALLAS TX 75284-4700 |
| CREDITOR ID: 279051-99<br>PITNEY HARDIN LLP<br>ATTN CONRAD K CHIU ESQ<br>7 TIMES SQUARE<br>NEW YORK NY 10036 | CREDITOR ID: 278789-99<br>PITNEY HARDIN LLP<br>ATTN SCOTT A ZUBER ESQ<br>200 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932-0950 | CREDITOR ID: 279088-99<br>PODVEY, SACHS, MEANOR, ET AL.<br>ATTN: ROBERT K. SCHEINBAUM<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102 |
| CREDITOR ID: 279417-99<br>PORZIO BROMBERG & NEWMAN PC<br>ATTN: BRETT S MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962-1997 | CREDITOR ID: 279416-99<br>PORZIO BROMBERG & NEWMAN PC<br>ATTN: WARREN J MARTIN<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 | CREDITOR ID: 278699-99<br>POWERHOUSE PRODUCE LLC<br>ATTN JAMES BANKS, ACCOUNT MANAGER<br>PO BOX 368<br>RIVERHEAD NY 11901 |
| CREDITOR ID: 279315-99<br>PROCTOR & GAMBLE DIST CO<br>ATTN: JAY JONES<br>PO BOX 100537<br>ATLANTA GA 30384-0537 | CREDITOR ID: 278683-99<br>PROCTOR & GAMBLE DISTRIBUTING CO.<br>ATTN: JAY JONES, CR. MGR.<br>PO BOX 100537<br>ATLANTA GA 30384-0537 | CREDITOR ID: 279442-99<br>REISMAN, GLENN M<br>TWO CORPORATE DRIVE, STE 648<br>PO BOX 861<br>SHELTON CT 06484-0861 |
| CREDITOR ID: 278725-27<br>RELIANCE STANDARD LIFE INSURANCE CO<br>ATTN BECKY CULVER<br>PO BOX 3050<br>MILWAUKEE WI 53201 | CREDITOR ID: 279404-99<br>RELIANCE STANDARD LIFE INSURANCE CO<br>ATTN: EARL E MCEVOY<br>2001 MARKET ST STE 1500<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279439-99<br>RICHARD BLACKSTONE WEBBER II PA<br>ATTN: RICHARD BLACKSTON WEBBER II<br>320 MAITLAND AVE<br>ALTAMONTE SPRINGS FL 32701 |
| CREDITOR ID: 278803-99<br>RICHARD W WARD ESQ<br>2527 FAIRMOUNT ST<br>DALLAS TX 75201 | CREDITOR ID: 278709-99<br>RIVERDALE FARMS<br>ATTN VANESSA FERNANDEZ CONTROLLER<br>PO BOX 861093<br>ORLANDO FL 32886-3356 | CREDITOR ID: 279042-99<br>ROBINSON BROG ET AL<br>ATTN FRED B RINGEL ESQ<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK NY 10105 |
| CREDITOR ID: 279196-99<br>ROETZEL & ANDRESS<br>ATTN DIANA M THIMMIG ESQ<br>1375 E NINTH ST<br>ONE CLEVELAND CTR 9TH FLR<br>CLEVELAND OH 44115 | CREDITOR ID: 278705-99<br>ROSS LABORATORIES<br>ATTN PHIL POLK, CONTROLLER<br>DEPT L-281<br>COLUMBUS OH 43260-0001 | CREDITOR ID: 279434-99<br>RYNN & JANOWSKY LLP<br>ATTN: PRISCILLA GRANNIS<br>4100 NEWPORT PLACE DRIVE<br>SUITE 700<br>NEWPORT BEACH CA 92660 |
| CREDITOR ID: 279433-99<br>RYNN & JANOWSKY LLP<br>ATTN: PATRICIA RYNN<br>4100 NEWPORT PLACE DRIVE<br>SUITE 700<br>NEWPORT BEACH CA 92660 | CREDITOR ID: 278711-99<br>SAFE HARBOR SEAFOOD<br>ATTN JACK JONES, CFO<br>4371 OCEAN STREET<br>MAYPORT FL 32233-2417 | CREDITOR ID: 278718-99<br>SANDERSON FARMS<br>ATTN NEAL MORGAN, DIRECTOR OF SALES<br>PO BOX 988<br>LAUREL MS 39441-0988 |

**DEBTOR:** WINN-DIXIE STORES, INC.  **CASE:** 05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 278691-99<br>SARA LEE FOODS<br>ATTN JOEL CARTRIGHT,<br>CREDIT MANAGER<br>PO BOX 905466<br>CHARLOTTE NC 28290 | CREDITOR ID: 278820-99<br>SCARELLA ROSEN & SLOME<br>ATTN ADAM L ROSEN ESQ<br>333 EARLE OVINGTON BLVD STE 901<br>UNIONDALE NY 11553 | CREDITOR ID: 278773-99<br>SCHERING PLOUGH HEALTH CARE<br>ATTN: JOHN GLYNN - DIRECTOR, TRADE<br>3030 JACKSON AVENUE<br>MEMPHIS TN 38151 |
| CREDITOR ID: 278720-99<br>SCHERING PLOUGH HEALTH CARE<br>ATTN: JOHN GLYNN<br>PO BOX 100373<br>ATLANTA GA 30384 | CREDITOR ID: 278702-99<br>SCHREIBER FOODS, INC.<br>ATTN KRIS SKUPAS, CREDIT MANAGER<br>PO BOX 905008<br>CHARLOTTE NC 28290-5008 | CREDITOR ID: 269678-99<br>SEC BOSTON DISTRICT OFFICE<br>ATTN WALTER G RICCIARDI, DIST ADMIN<br>73 TREMONT STREET, SUITE 600<br>BOSTON MA 02108-3912 |
| CREDITOR ID: 269676-99<br>SEC HEADQUARTERS<br>450 FIFTH STREET NW<br>WASHINGTON DC 20549 | CREDITOR ID: 269677-99<br>SEC NORTHEAST REGIONAL OFFICE<br>ATTN JOHN MURRAY<br>THE WOOLWORTH BUILDING<br>233 BROADWAY<br>NEW YORK NY 10279 | CREDITOR ID: 269679-99<br>SEC PHILADELPHIA DISTRICT OFFICE<br>ATTN ARTHUR S GABINET, DIST ADMIN<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1532 |
| CREDITOR ID: 278728-27<br>SECURITIES MANAGEMENT AND<br>RESEARCH, INC.<br>ATTN SHERRY BAKER<br>24500 SOUTH SHORE BLVD SUITE 400<br>LEAGUE CITY TX 77573 | CREDITOR ID: 278805-99<br>SHEARMAN & STERLING LLP<br>ATTN: ANDREW TENZER<br>599 LEXINGTON AVE<br>NEW YORK NY 10022-6069 | CREDITOR ID: 279199-99<br>SILLS CUMMIS EPSTEIN & GROSS<br>ATTN ANDREW SHERMAN ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5400 |
| CREDITOR ID: 279304-99<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>ATTN: D J BAKER<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036 | CREDITOR ID: 279429-99<br>SMITH HULSEY & BUSEY<br>ATTN: JAMES H POST<br>225 WATER ST STE 1800<br>JACKSONVILLE FL 32202 | CREDITOR ID: 279019-99<br>SMITH KATZENSTEIN & FURLOW<br>ATTN KATHLEEN M MILLER ESQ<br>800 DELAWARE AVE 7TH FLR<br>PO BOX 410<br>WILMINGTON DE 19899 |
| CREDITOR ID: 279435-99<br>SQUIRE SANDERS & DEMPSEY LLP<br>ATTN: KRISTIN E RICHNER<br>1300 HUNTINGTON CTR<br>41 S HIGH STREET<br>COLUMBUS OH 43215-6197 | CREDITOR ID: 279306-99<br>STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: ELIOT SPITZER<br>120 BROADWAY<br>NEW YORK NY 10271 | CREDITOR ID: 279176-99<br>TAPLIN ASSOCIATES PA<br>ATTN RONALD SCOTT KANIUK ESQ<br>350 FIFTH AVE STE 2418<br>NEW YORK NY 10118 |
| CREDITOR ID: 278833-99<br>TRAUB BONACQUIST & FOX LLP<br>ATTN PAUL TRAUB ESQ<br>655 THIRD AVE 21ST FLR<br>NEW YORK NY 10017 | CREDITOR ID: 278686-99<br>UNILEVER (HPC USA & BEST FOODS)<br>ATTN RICHARD BELLIS,<br>CREDIT MANAGER<br>1 JOHNS STREET<br>CLINTON CT 06413 | CREDITOR ID: 279318-99<br>UNILEVER (HPC USA & BEST FOODS)<br>ATTN: RICHARD BELLIS<br>1 JOHNS ST<br>CLINTON CT 06413 |
| CREDITOR ID: 278797-99<br>UNITED STATES TRUSTEE<br>ATTN: DEIRDRE A. MARTINI, ESQ.<br>33 WHITEHALL STREET 21ST FL<br>NEW YORK NY 10004 | CREDITOR ID: 278692-99<br>US BANK CORPORATION<br>ATTN ANGELA TRUDEAU VP<br>RELATIONSHIP MANAGEMENT<br>PO BOX 790428<br>ST LOUIS MO 63179-0428 | CREDITOR ID: 278723-27<br>VANGUARD GROUP INCORPORATED<br>THE VANGUARD GROUP<br>ATTN EARL E MCEVOY<br>PO BOX 2600<br>VALLEY FORGE PA 19482 |
| CREDITOR ID: 279197-99<br>VARNUM RIDDERING SCHMIDT ET AL<br>ATTN TIMOTHY J CURTIN ESQ<br>BRIDGEWATER PLACE<br>PO BOX 352<br>GRAND RAPIDS MI 49501-3052 | CREDITOR ID: 278715-99<br>WARNER LAMBERT CONSUMER GROUP<br>ATTN ANDY HELVESTON<br>400 WEST LINCOLN AVENUE<br>LITITZ PA 17543 | CREDITOR ID: 278813-99<br>WARNER STEVENS LLP<br>ATTN: MICHAEL D WARNER<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 |
| CREDITOR ID: 278727-27<br>WELLINGTON MANAGEMENT CO. LLP<br>GATEWAY CENTER THREE<br>ATTN EARL E MCEVOY<br>100 MULBERRY STREET<br>NEWARK NJ 07102 | CREDITOR ID: 279421-99<br>WHEELIS & ROZANSKI<br>ATTN: STEPHEN D WHEELIS<br>PO BOX 13199<br>ALEXANDRIA LA 71315-3199 | CREDITOR ID: 278998-99<br>WILMINGTON TRUST COMPANY<br>ATTN STEVEN M CIMALORE<br>1100 N MARKET ST<br>RODNEY SQUARE NORTH<br>WILMINGTON DE 19890 |

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 278721-27<br>WILMINGTON TRUST COMPANY AS<br>INDENTURE TRUSTEE<br>ATTN CORPORATE TRUST DEPARTMENT<br>RODNEY SQUARE NORTH<br>WILMINGTON DE 19890 | CREDITOR ID: 279303-99<br>WINN-DIXIE STORES INC<br>ATTN: LAURENCE B APPEL<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | CREDITOR ID: 278992-99<br>WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE ESQ<br>250 W MAIN ST STE 1600<br>LEXINGTON KY 40507-1746 |
| CREDITOR ID: 278714-99<br>WYETH CONSUMER HEALTHCARE<br>ATTN LARRY SANDERS, VP GLOBAL FINAN<br>PO BOX 75296<br>CHARLOTTE NC 28275-5296 | CREDITOR ID: 279408-99<br>XROADS SOLUTIONS GROUP LLC<br>ATTN: DENNIS SIMON<br>9 EXECUTIVE CIRCLE STE 190<br>IRVINE  CA 92614 | CREDITOR ID: 279117-99<br>YOUNG WILLIAMS PA<br>ATTN ROBERT L HOLLADAY JR<br>PO BOX 23059<br>JACKSON MS 39225-3059 |

        Total:   216

**EXHIBIT B**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

**NOTICE OF CONTINUED HEARING ON**
**MOTION FOR AUTHORITY TO PAY PRE-PETITION TAXES**
**<u>AND OTHER ORDINARY COURSE GOVERNMENTAL OBLIGATIONS</u>**

TO PARTIES IN INTEREST:

      PLEASE TAKE NOTICE that a final hearing has been scheduled for March 15, 2005, at 10:00 a.m. prevailing Eastern time, before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, to consider the Debtors' Motion for Authority to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations.

      PLEASE TAKE FURTHER NOTICE that the deadline and procedure for objecting to the Motion have not changed from the deadline and procedure set forth in prior notices of hearing filed and served by the Debtors. Accordingly, any objections to the Motion referenced herein were to have been served on the parties required to receive such service, so as to be actually received no later than March 3, 2005, at 4:00 p.m. prevailing Eastern time.

      Copies of the Motion have previously been served by the Debtors. Additional copies of the Motion may be obtained upon written request to Luisa Bonachea, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, Telephone: 212-735-4065, E-mail: lbonache@skadden.com.

Dated: March 4, 2005
      New York, New York

                                                                          */s/*     *D. J. Baker*
                                                                         D. J. Baker (DB 0085)
                                                                         Sally McDonald Henry (SH 0839)
                                                                          SKADDEN, ARPS, SLATE, MEAGHER
                                                                           &amp; FLOM LLP
                                                                          Four Times Square
                                                                          New York, New York 10036
                                                                          Telephone: (212) 735-3000
                                                                          Facsimile: (917) 777-2150

                                                                          PROPOSED ATTORNEYS FOR THE DEBTORS