MATEER & HARBERT, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida  32802-2854
Telephone:  (407) 425-9044
Facsimile:  (407) 423-2016
David M. Landis
Florida Bar Number 193094

Attorneys for Healthcare Consultants of
Central Florida, Inc.,

UNITED STATES BANKRUPTCY COURT
SOUTHERN DITRICT OF NEW YORK
--------------------------------------------------------x

|  | Chapter 11 |
|---|---|
|  | Case No.  05-11063 (RDD) |
|  | (Jointly Administered) |

In Re:

WINN-DIXIE STORES, INC., et al.,

         Debtors.
--------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

      I, David M. Landis, a member in good standing of the bars in the State of Florida, U.S.

District Court for the Middle District of Florida, the U.S. District Court for the Southern District of

Florida and the Eleventh Circuit Court of Appeals, request admission, *pro hac vice*, before the

Honorable Robert D. Drain, to represent the Healthcare Consultants of Central Florida, Inc., d/b/a

Healthcare Consultants Pharmacy Staffing in the above-referenced case.

      My address is:      225 East Robinson Street, Suite 600 (32801)
                          Post Office Box 2854
                          Orlando, Florida  32802
                          Telephone :   (407) 425-9044.
                          e-mail:  dlandis@mateerharbert.com

      Pursuant to Local Rule 2090, the local address for service is  Zeichner, Ellman & Krause,

LLP, Attention:  Stuart A. Krause, Esquire, 575 Lexington Avenue, New York, New York 10022.

      I have tendered contemporaneously herewith a fee of $25.00.

      Dated:  March 1, 2005.

Respectfully submitted,

_____

David M. Landis
Florida Bar Number 193094
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida  32802-2854
Telephone:  (407) 425-9044
Facsimile:  (407) 423-2016
dlandis@mateerharbert.com
Attorneys for the Healthcare Consultants of
Central Florida, Inc., d/b/a Healthcare
Consultants Pharmacy Staffing

---

## ORDER

**ORDERED,**

that David M. Landis, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:   March 7, 2005

  /s/Robert D. Drain_____
ROBERT D. DRAIN
United States Bankruptcy Judge

MATEER & HARBERT, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida  32802-2854
Telephone:  (407) 425-9044
Facsimile:  (407) 423-2016
David M. Landis
Florida Bar Number 193094

Attorneys for Healthcare Consultants of
Central Florida, Inc.,

UNITED STATES BANKRUPTCY COURT
SOUTHERN DITRICT OF NEW YORK
------------------------------------------------------x

|  | Chapter 11 |
|---|---|
| In Re: | Case No.  05-11063 (RDD) |
|  | (Jointly Administered) |

WINN-DIXIE STORES, INC., et al.,

        Debtors.
------------------------------------------------------x

### <u>CERTIFICATE OF SERVICE</u>

        I, David M. Landis, hereby certify that on the 1st day of March, 2005, I served a true and correct copy of the <u>Motion for Admission <i>Pro Hac Vice</i></u> by Federal Express upon Honorable Robert D. Drain, United States Bankruptcy Judge, Alexander Hamilton Custom House, One Bowling Green, New York, New York  10004-1408 (212-668-2301); David J. Baker, Esquire, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Time Square, New York, New York 10036, Counsel for Reorganized Debtors (212-735-2150); Zeichner, Ellman & Krause, LLP, Attention: Stuart A. Krause, Esquire, 575 Lexington Avenue, New York, New York 10022 and Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York  10004 (212-510-0500).

                                                      _____
                                                      David M. Landis
                                                      Florida Bar Number 193094
        Mateer & Harbert, P.A.
        225 East Robinson Street, Suite 600
        Post Office Box 2854
        Orlando, Florida  32802-2854
        Telephone:  (407) 425-9044
        Facsimile:  (407) 423-2016
        dlandis@mateerharbert.com
        Attorneys for the Healthcare Consultants of
        Central Florida, Inc., d/b/a Healthcare
        Consultants Pharmacy Staffing