IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE SUPERMARKETS, INC., | ) | Case No. 05-11063 (RDD) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Bensons Inc. (the "Company"), a creditor and party in interest in the above-captioned case, hereby appears in the above-captioned cases by its counsel, Begnaud & Marshall LLP, and Morris, James, Hitchens & Williams LLP, and such counsel hereby enter their appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses and telecopy and telephone numbers:

Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Telephone No.: (302) 888-6800
Telecopy No.: (302) 571-1750
E-mail: smiller@morrisjames.com

Darrel Begnaud, Esquire
Begnaud & Marshall LLP
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603
Telephone No.: (706) 316-1150
Telecopy No.: (706) 316-1153
E-mail: dbegnaud@athens1867.com

1072486.5b-0001/1091163/1

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) the Company's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the Company's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Company's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Company may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Company expressly reserves.

[Remainder of page intentionally left blank]

Case 3:05-bk-03817-JAF    Doc 309    Filed 03/08/05    Page 3 of 3

Dated: March _8_, 2005  MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Stephen M. Miller
Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Telephone No.: (302) 888-6800
Telecopy No.: (302) 571-1750
E-mail: smiller@morrisjames.com

-and-

Darrel Begnaud, Esquire
Begnaud & Marshall LLP
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603
Telephone No.: (706) 316-1150
Telecopy No.: (706) 316-1153
E-mail: dbegnaud@athens1867.com

*Attorneys for Bensons Inc.*