IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE SUPERMARKETS, INC., . | ) | |
| | ) | Case No. 05-11063 (RDD) |
| Debtor. | ) | |

### AFFIDAVIT OF VICTORIA GUILFOYLE, PARALEGAL

STATE OF DELAWARE      :
                                            : SS:
NEW CASTLE COUNTY  :

      I, Victoria Guilfoyle, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 8, 2005, I caused to be served:

### ENTRY OF APPEARANCE

      Copies of the Entry of Appearance were served upon the following individuals in the manner indicated thereon.

Date: March 8, 2005

_____
Victoria Guilfoyle

SWORN AND SUBSCRIBED before me this 8th day of March, 2005.

_____
NOTARY
My Commission Expires: _____

LILLEN J. ZICKEFOOSE
Notary Public - State of Delaware
My C... Feb 21, 2007

VAG/106328-0001/1091251/1

**VIA FIRST CLASS MAIL**

David J. Baker, Esquire
Adam Ravin, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036
Facsimile: (212) 735-2000
Email: aravin@skadden.com
*Attorney for Debtors*

Rudi R. Grueneberg, Esquire
Grueneberg Law Group, LLC
704 East Main Street, Building E
Moorestown, New Jersey 08057
Facsimile: (856) 235-6898
Email: rrg@rglawgroup.com

Richard C. Morrissey, Esquire
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Facsimile: (212) 668-2255
Email: richard.morrissey@usdoj.gov