DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Mark J. Friedman (MF-8849)
Email: *mark.friedman@dlapiper.com*

Attorneys for The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc., et al.[1]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- x
In re                                         :
                                              :         **Chapter 11**
                                              :
**WINN-DIXIE STORES, INC., et al.,**          :         **Case No. 05-11063 (RDD)**
                                              :
            Debtors.                          :         **(Jointly Administered)**
--------------------------------------------------------------- x

**ENTRY OF APPEARANCE, REQUEST FOR NOTICES**
**AND SERVICE AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that the undersigned hereby enter their appearance on behalf of The Clorox Sales Co., ConAgra Foods, Inc., Conopco, Inc., Frito-Lay, Inc., General Mills Inc., Kraft Foods Global, Inc., Masterfoods, a division of Mars, Inc., The Procter & Gamble Distributing Co., The Quaker Oats Company, Sara Lee Corporation, Sara Lee Bakery Group, a division of Sara Lee Corporation and S. C. Johnson & Son, Inc. (hereinafter referred to collectively as the "Trade Vendors") pursuant to 11 U.S.C. § § 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) and the Local Rules of this Court, the

---

[1] The other parties being represented by above-counsel include: Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods, a division of Mars, Inc.; The Procter & Gamble Distributing Co.; The Quaker Oats Company; Sara Lee Corporation; Sara Lee Bakery Group, a division of Sara Lee Corporation; S. C. Johnson & Son, Inc.

undersigned request that all notices given or required to be given and all papers served or required to be served in the following:

Mark J. Friedman, Esq.
Susan S. Maher, Esq.
DLA Piper Rudnick Gray Cary LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Tel: (410) 580-3000
Fax: (410) 580-3001
Email:  mark.friedman@dlapiper.com

Janice L. Duban, Esq.
DLA Piper Rudnick Gray Cary LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois  60601
Tel: (312) 368-4000
Fax: (312) 236-7516
Email: janice.duban@dlapiper.com

Daniel J. Carrigan, Esq.
DLA Piper Rudnick Gray Cary LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia  20190
Tel: (703) 773-4000
Fax:  (703) 773-5000
Email:  daniel.carrigan@dlapiper.com

PLEASE TAKE FURTHER NOTICE that under U.S.C. § 1109(b) the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and/or orders relating to any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, electronically or otherwise that (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in these cases with respect to:  (a) the debtors; (b) property of the estates; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by any of the Trade Vendors.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017, the foregoing request includes any disclosure statement and/or plan of reorganization filed in these cases.

| | |
|---|---|
| DATE: <u>March 8, 2005</u> | <u>/s/ Mark J. Friedman</u><br>Mark J. Friedman (MF-8849)<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209-3600<br>(410) 580-3000<br><br>Attorney for:<br>The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.; Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods, a division of Mars, Inc.; The Proctor & Gamble Distributing Co.; The Quaker Oats Company; Sara Lee Corporation; Sara Lee Bakery Group, a division of Sara Lee Corporation and S. C. Johnson & Son, Inc. |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 8th day of March, 2005, a copy of the foregoing Entry of Appearance, Request for Notices and Service and Request for Matrix Entry was sent by first class mail or electronic mail to the following parties:

    Richard Morrissey, Esquire
    United States Trustee
    Southern District of New York
    33 Whitehall Street
    21st Floor
    New York, NY  10005
    Telephone:  (212) 510-0500
    Facsimile:  (212) 668-2255

    D.J. Baker, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036
    Telephone:  (212) 735-2150
    Facsimile:  (917) 777-2150

    Sally McDonald Henry, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036
    Telephone:  (212) 735-2150
    Facsimile:  (917) 777-2150

    Thomas J. Matz, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036
    Telephone:  (212) 735-2150
    Facsimile:  (917) 777-2150

    Sarah Robinson Borders, Esquire
    King & Spalding LLP
    191 Peachtree Street
    Atlanta, GA  30303
    Telephone:  (404) 572-4600
    Facsimile:  (404) 572-5100

Dennis Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Facsimile:  (212) 530-5219

    <u> /s/ Mark J. Friedman    </u>