UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re:                                                     : Chapter 11
                                                           :
WINN-DIXIE STORES, INC., et al.,                           : Case No. 05-11063 (RDD)
                                                           :
           Debtors.                                        : (Jointly Administered)
                                                           :
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

| STATE OF NEW YORK | ) |
|---|---|
|  | ) ss.: |
| COUNTY OF NEW YORK | ) |
|  |  |

MARC J. TOMAO, being duly sworn, deposes and says:

1. I am over the age of eighteen and am not a party to this action. I am employed by the firm of Wormser, Kiely, Galef & Jacobs LLP ("WKG&J" or the "Firm"), which maintains a principal office for the practice of law at 825 Third Avenue, New York, New York 10022-5703. I reside in New York, New York.

2. On March 7th, 2005, I served the following documents by delivering true and correct

copies to an agent of the United States Postal Service for delivery by first class mail to the parties set forth on the attached Service List.

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS**

**D.L. LEE & SONS, INC. NOTICE OF DEMAND FOR RECLAMATION**

| | |
|---|---|
| Dated: New York, New York<br>March 7th, 2005 | |
| | |
| | |
| | By: __s/Marc J. Tomao__<br>       Marc J. Tomao |
| | |
| | |
| Sworn to and subscribed before me, a notary public for the State of New York, County of New York, this 7th day of March, 2005. | |
| | |
| | Jennifer M. Marlborough<br>Notary Public, State of New York<br>No. 02MA6026514<br>Qualified in Kings County<br>Commission Expires June 14, 2007 |
| | __Jennifer M. Marlborough__<br>Notary Public |
| | |

**SERVICE LIST**

Office of the United States Trustee
33 Whitehall Street
New York, New York  10004
Attn:  Richard C. Morrissey, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn:  Matthew S. Barr, Esq.
       Dennis F. Dunne, Esq.

Skadden, Arps Slate Meagher & Flom LLP
4 Times Square
New York, New York  10036
Attn:  D. J. Baker, Esq.
       Rosalie W. Gray, Esq.

King & Spalding, LLP
191 Peachtree Street
Atlanta, Georgia  30303
Attn:  Sara Robinson Borders, Esq.

Otterbourg, Steindler Houston & Rosen, P.C.
230 Park Avenue
New York, New York  10169
Attn:  Jonathan N. Helfat, Esq.

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022
Attn:  Andrew Tenzer, Esq.