**MORITT HOCK HAMROFF &**
**HOROWITZ LLP**
Counsel for GE Commercial Finance Business
Property Corporation f/k/a General Electric Capital Business
Asset Funding Corporation and General Electric Capital Corporation
400 Garden City Plaza
Garden City, NY  11530
(516) 873-2000
Marc L. Hamroff (MH-9283)
Leslie A. Berkoff (LB-4584)
mhamroff@moritthock.com
lberkoff@moritthock.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
In re:                                                              Chapter 11
                                                                         Case No.  05-11063 (RDD)

Winn-Dixie Stores, Inc., et al,
                                                                         (Jointly Administered)
                    Debtors.

---------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation and General Electric Capital Corporation, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the Post Office address and telephone and facsimile numbers set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications,

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects the Debtor or the property of the estate.

Dated:  March 8, 2005
       Garden City, New York

                          **MORITT HOCK HAMROFF & HOROWITZ LLP**
                          Counsel for GE Commercial Finance Business
                          Property Corporation f/k/a General Electric Capital
                          Business Asset Funding Corporation and General Electric
                          Capital Corporation

                          By:   /s/ Marc L. Hamroff
                                Marc L. Hamroff (MH-9283)
                                400 Garden City Plaza
                                Garden City, NY  11530
                                mhamroff@moritthock.com
                                (516) 873-2000
                                (516) 873-2010

To:    David J. Baker
           Skadden Arps Slate Meagher & Flom, LLP
           Four Times Square
           New York, NY 10036
           Attorneys to the Debtor

           Dennis F. Dunne
           Matthew S. Barr
           Milbank, Tweed, Hadley & McCloy LLP
           1 Chase Manhattan Plaza
           New York, New York 10005
           Proposed Counsel for the Official Committee of Unsecured Creditors

           Richard C. Morrissey
           Office of the United States Trustee
           33 Whitehall Street, 21st Floor
           New York, New York 10004

## AFFIDAVIT OF SERVICE BY MAIL

**STATE OF NEW YORK)**
                               **) ss.:**
**COUNTY OF NASSAU )**

Gabrielle Otlin, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Massapequa, New York.

On the 8th day of March, 2005, I served a true copy of the NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

To:     David J. Baker
          Skadden Arps Slate Meagher & Flom, LLP
          Four Times Square
          New York, NY 10036
          Attorneys to the Debtor

          Dennis F. Dunne
          Matthew S. Barr
          Milbank, Tweed, Hadley & McCloy LLP
          1 Chase Manhattan Plaza
          New York, New York 10005
          Proposed Counsel for the Official Committee of Unsecured Creditors

          Richard C. Morrissey
          Office of the United States Trustee
          33 Whitehall Street, 21st Floor
          New York, New York 10004

                                                                                  /s/ Gabrielle Otlin
                                                                                      Gabrielle Otlin

Sworn to before me this
8th day of March 2005

 /s/ Elizabeth A. Augello
     Notary Public
Elizabeth A. Augello
State of New York
No. 01AU6039945
Qualified in Nassau County
Commission Expires 4/16/06