**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
(Manhattan)
-----------------------------------------------------------X

In re: Case No. 05-11063-RDD
Chapter 11

Winn-Dixie Stores, Inc.   Debtor.
-----------------------------------------------------------X

                Plaintiff           Adversary Proceeding
                                    Case No.

            v.

                Defendant
-----------------------------------------------------------X

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __Dale R. Baringer__, a member in good standing of the bar in the State of __Louisiana__, or of the bar of the U.S. District Court for the __Middle__ District of __Louisiana__, request admission, *pro hac vice*, before the Honorable __Judge Robert D. Drain__ to represent __Kleinpeter Farms Dairy, LLC__, a __Creditor__ in the above referenced [X] case [ ] adversary proceeding.
My: address is __918 Government Street, Baton Rouge, LA 70802__
    email address is __dale@sb-lawfirm.com__ tele. number is __225-383-9953__
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated:
    ~~New York, New York~~
    Baton Rouge, LA

### ORDER

**ORDERED,**
that _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced [ ] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
       New York, New York   /s/ _____
                                           UNITED STATES BANKRUPTCY JUDGE