Barbra R. Parlin (BP-4914)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Counsel for Inteplast Group Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-11063-RDD<br><br>Jointly Administered<br>Hon. Robert D. Drain |

## NOTICE OF RECLAMATION DEMAND BY INTEPLAST GROUP, LTD.

Inteplast Group, Ltd. ("Inteplast"), by its undersigned counsel, hereby submits this notice (the "Notice") of its reclamation demand pursuant to section 2-702 of the Uniform Commercial Code (the "UCC") and section 546(c) of the Bankruptcy Code. In support thereof, Inteplast states:

1.  On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and its affiliated debtors and debtors-in-possession (collectively "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code").

2.  Prior to the Petition Date, Inteplast sold to Debtors various plastic packaging and bag products in the ordinary course of Inteplast's business.

3.  On March 7, 2005, Inteplast sent a demand letter (the "Reclamation Demand") via facsimile and Federal Express to Debtors and their bankruptcy counsel, a copy of which is attached hereto and incorporated herein as Exhibit A. The Reclamation Demand makes

demand for reclamation of all goods delivered to the Debtor that are eligible for reclamation pursuant to section 2-702 of the UCC and section 546 of the Bankruptcy Code. Attached to the Reclamation Demand are copies of the applicable invoices, which invoices identify the goods at issue by, among other things, invoice numbers, amounts and dates, descriptions and the Winn-Dixie location for which they were ordered, in accordance with the Reclamation Procedures Order previously entered by this Court.

4. Upon information and belief, Debtors received all of the goods and were insolvent when the goods were sold and delivered. Interplast was not aware of Debtors' insolvency when it sold the goods to Debtors.

5. Inteplast asserts that it holds a valid reclamation claim pursuant to section 546(c) of the Bankruptcy Code and section 2-702 of the UCC and is entitled to an administrative expense claim pursuant to sections 546(c)(2) and 503(b) of the Bankruptcy Code in the event that Debtors do not return the goods promptly.

WHEREFORE, Inteplast respectfully demands the goods or, in the alternative, an allowed administrative expense claim on account of its Reclamation Demand, together with such other and further relief as this Court deems just and proper.

Dated: March 7, 2005

>HOLLAND & KNIGHT LLP
>
>By:  /s/*Barbra R. Parlin*
>Barbra R. Parlin (BP-4914)
>195 Broadway
>New York, New York 10007-3189
>Telephone: (212) 513-3200
>Facsimile: (212) 385-9010
>
>Counsel for Inteplast Group Ltd.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on March 8, 2005, a copy of the foregoing Notice of Reclamation by Inteplast Group, Ltd. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing system. A copy was also served this day by first-class United States mail, postage prepaid, upon the following:

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Sarah Robinson Borders
Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303

United States Trustee
33 Whitehall Street
21st Street
New York, New York 10004

/s/ Barbra R. Parlin
Barbra R. Parlin (BP-4914)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189

# 2670400_v1

# EXHIBIT A

March 7, 2005

**BY FACSIMILE**

Peter L. Lynch
President and CEO
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Fax: (904) 783-5059

David J. Baker
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
Fax: (212) 735-2000

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303
Fax: (404) 572-5100

    Re: **Reclamation Demand and Notice of Inteplast Group, Ltd.
In re Winn-Dixie Stores, Inc., *et al.*, Case No. 05-11063
(jointly administered) (RDD) (Bankr. S.D.N.Y.)**

To the persons listed above:

  Demand is hereby made for reclamation of all goods delivered by Inteplast Group, Ltd. ("Inteplast") to Winn-Dixie Stores, Inc. and any of its affiliated debtors and debtors-in-possession (individually or collectively, the "Debtor") that are eligible for reclamation pursuant to Section 2-702 of the Uniform Commercial Code (as adopted in each state) and Section 546(c) of the Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"). Inteplast reserves all rights and remedies on this and all other issues to the fullest extent possible. The goods subject to this demand are described with greater particularity on the invoices attached hereto, which are incorporated herein by reference.

  Upon information and belief, the Debtor is insolvent, and the goods at issue were delivered without knowledge of the Debtor's insolvency by Inteplast. The goods were sold by Inteplast to the Debtor in the ordinary course of Inteplast's business, are identifiable, were received and accepted for delivery by the Debtor while insolvent, and are believed to be in the Debtor's possession. Accordingly, Inteplast demands reclamation or return of said goods and respectfully requests that you contact the undersigned to arrange their return. In the alternative, and assuming that the Debtor wishes to retain possession of the goods at issue here, Interplast demands that it be granted an allowed administrative claim pursuant to Sections 546(c) and 503(b) for the entire invoiced amount of the goods, which reflects the total value of such goods.

Reclamation Demand
March 7, 2005
Page 2

Please contact me if you have any questions.

Very truly yours,

M. Fried

Mitchell A. Fried

Enclosure

# 2670972_v1

F200545

2/08/05

1

| ACCOUNTS PAYABLE | WINN DIXIE SOTRES- GM WAREHOUSE |
|---|---|
| WINN DIXIE GROCERY WHSE INVENTORY A | 5050 EDGEWOOD COURT |
| PO BOX 40805 | GM WAREHOUSE |
| GENERAL MERCH DIST CENTER | JACKSONVILLE |
| JACKSONVILLE ,FL 32201 | FL 32254   UNITED STATES |
| UNITED STATES | |

1/24/05   609526                1% 15 NET 30                     PJA   MG

2/08/05   ROBINSON1       LOLITA                PREPAID

```
SEQ B/L#   ORDER#
=========================================
 1 PF1A189 PF1A189-001
   &SAFEDEL10X8*
   DESCRIPTION: 10x8 opened zipper  deli bag 3 colors,clear,LLDPE,
                                   360.00    13.8600 /CS      4,989.60

 2 PF1A189 PF1A189-002
   &WINNDIXI9X13
   DESCRIPTION: 9x12+1"lip, seafood bag, clear, LLDPE, 500 BAGS/CASE
                                   144.00    20.0600 /CS      2,888.64

 3 PF1A189 PF1A189-003 ITCL
   S334011N
   DESCRIPTION: LINER 33X40 11 MICRON NATURAL--STOCK ITEM
                                   128.00    16.0000 /CS      2,048.00
```

TO BE CONTINUED ON THE NEXT PAGE......

```
                                      F200545

                                       2/08/05
                                          2
```

```
        ACCOUNTS PAYABLE                  WINN DIXIE SOTRES- GM WAREHOUSE
   WINN DIXIE GROCERY WHSE INVENTORY A    5050 EDGEWOOD COURT
   PO BOX 40805                           GM WAREHOUSE
   GENERAL MERCH DIST CENTER              JACKSONVILLE
   JACKSONVILLE         ,FL 32201         FL 32254      UNITED STATES
   UNITED STATES


   1/24/05   609526              1% 15 NET 30                PJA   MG

   2/08/05   ROBINSON1     LOLITA                   PREPAID


SEQ  B/L#   ORDER#
================================================
 4 PF1A189 PF1A189-004 ITCL
   WD366012N-C
   DESCRIPTION: 36x60, 12 mic, Nat, HDPE, 100 bgs/cs Salvage Render
                                  480.00    5.6100 /CS     2,692.80

 5 PF1A189 PF1A189-005
   WDSL3350N-C
   DESCRIPTION: 33x50,.9 mil,Nat, SDC 350049, 100 bgs/cs, Dept Render
                                1,440.00    7.7900 /CS    11,217.60

 6 PF1A189 PF1A189-006 SELF-PACK PRODUCE
   WINNDGRIP&GO2
   DESCRIPTION: 7.5 mic, 12x17, 1700 bags/roll, red ink, W/GRIP&GO
                                  504.00   12.7300 /CS     6,415.92
```

TO BE CONTINUED ON THE NEXT PAGE......

```
                                            F200545

                                            2/08/05
                                                 3




        ACCOUNTS PAYABLE                   WINN DIXIE SOTRES- GM WAREHOUSE
     WINN DIXIE GROCERY WHSE INVENTORY A   5050 EDGEWOOD COURT
     PO BOX 40805                          GM WAREHOUSE
     GENERAL MERCH DIST CENTER             JACKSONVILLE
     JACKSONVILLE      ,FL 32201           FL 32254      UNITED STATES
     UNITED STATES


   1/24/05   609526              1% 15 NET 30                PJA    MG

   2/08/05   ROBINSON1       LOLITA                    PREPAID


  SEQ  B/L#    ORDER#
  ===========================================
   7 PF1A189 PF1A189-007
     @WINNDSEAFOOD
     DESCRIPTION: .95 mil, hdpe, 7.5x4x12+1, embossed, natural film
                                      72.00   12.5300 /CS        902.16

   8 PF1A189 PF1A189-008
     #BR52X80
     DESCRIPTION: Bun Rack Cover 52x80 15 mic 50/roll
                                     120.00    8.7100 /CS      1,045.20

                                              SUB TOTAL:      32,199.92
```

Please note that any amounts not paid by due date will be subject to a late payment charge of 1 % per month, or the highest rate allowed by law.
* All amounts billed to and payable by customers are stated in U.S. Dollars *
Please note: area code changed to 973.

```
                                                              32,199.92
     INTEPLAST GROUP, LTD. (IBS)            3/10/05
     9 PEACH TREE HILL ROAD
     LIVINGSTON       NJ,07039              F200545

                                            1% 15 NET 30
     BANK OF AMERICA ILLINOIS               W047
     071000039
     INTEPLAST GROUP
     8188-401473
```

F200914

2/11/05

1

```
        ACCOUNTS PAYABLE                      WINN DIXIE SOTRES- GM WAREHOUSE
    WINN DIXIE GROCERY WHSE INVENTORY A       5050 EDGEWOOD COURT
    PO BOX 40805                              GM WAREHOUSE
    GENERAL MERCH DIST CENTER                 JACKSONVILLE
    JACKSONVILLE         ,FL 32201            FL 32254        UNITED STATES
    UNITED STATES


  2/03/05    619084              1% 15 NET 30                  PJA   MG

  2/11/05   ROBINSON1       LOLITA                       PREPAID


 SEQ  B/L#    ORDER#
 =========================================
  1 TF2A041 TF2A041-001
    &TUKLOKGD17LR
    DESCRIPTION: 15x17+1.5" .5mil greens bag "From the Garden" print
                                       90.00    27.7800 /CS        2,500.20

  2 TF2A041 TF2A041-002
    &SAFEDEL10X8*
    DESCRIPTION: 10x8 opened zipper  deli bag 3 colors,clear,LLDPE,
                                      648.00    13.8600 /CS        8,981.28

  3 TF2A041 TF2A041-003 SELF-PACK PRODUCE
    SAVERITEG&G
    DESCRIPTION: 12X17 7.5 mic 1C1S GREEN INK "SAVE/RITE" W/GRIP&GO
                                       63.00    12.7300 /CS          801.99
                        TO BE CONTINUED ON THE NEXT PAGE......
```

F200914

2/11/05

2

| ACCOUNTS PAYABLE | WINN DIXIE SOTRES- GM WAREHOUSE |
| WINN DIXIE GROCERY WHSE INVENTORY A | 5050 EDGEWOOD COURT |
| PO BOX 40805 | GM WAREHOUSE |
| GENERAL MERCH DIST CENTER | JACKSONVILLE |
| JACKSONVILLE , FL 32201 | FL 32254 UNITED STATES |
| UNITED STATES | |

2/03/05   619084              1% 15 NET 30              PJA   MG

2/11/05   ROBINSON1     LOLITA              PREPAID


SEQ  B/L#   ORDER#
=========================================
4 TF2A041 TF2A041-004 ITCL
  S334011N
  DESCRIPTION: LINER 33X40 11 MICRON NATURAL--STOCK ITEM
                              64.00      16.0000 /CS      1,024.00

5 TF2A041 TF2A041-005 ITCL
  WD366012N-C
  DESCRIPTION: 36x60, 12 mic, Nat, HDPE, 100 bgs/cs Salvage Render
                             240.00       5.6100 /CS      1,346.40

6 TF2A041 TF2A041-006
  WDSL3350N-C
  DESCRIPTION: 33x50,.9 mil,Nat, SDC 350049, 100 bgs/cs, Dept Render
                             600.00       7.7900 /CS      4,674.00

                        TO BE CONTINUED ON THE NEXT PAGE......

```
                                                    F200914

                                                    2/11/05
                                                         3




        ACCOUNTS PAYABLE                    WINN DIXIE SOTRES- GM WAREHOUSE
     WINN DIXIE GROCERY WHSE INVENTORY A    5050 EDGEWOOD COURT
     PO BOX 40805                           GM WAREHOUSE
     GENERAL MERCH DIST CENTER              JACKSONVILLE
     JACKSONVILLE        ,FL 32201          FL 32254      UNITED STATES
     UNITED STATES


    2/03/05   619084              1% 15 NET 30             PJA  MG

    2/11/05   ROBINSON1      LOLITA                     PREPAID


 SEQ  B/L#   ORDER#
 ==========================================
  7 TF2A041 TF2A041-007 SELF-PACK PRODUCE
    WINNDGRIP&GO2
    DESCRIPTION: 7.5 mic, 12x17, 1700 bags/roll, red ink, W/GRIP&GO
                                    1,008.00    12.7300 /CS    12,831.84

  8 TF2A041 TF2A041-008
    @WINNDSEAFOOD
    DESCRIPTION: .95 mil, hdpe, 7.5x4x12+1, embossed, natural film
                                       72.00    12.5300 /CS       902.16

                                             SUB TOTAL:       33,061.87
```

Please note that any amounts not paid by due date will be subject to a late payment charge of 1 % per month, or the highest rate allowed by law.
* All amounts billed to and payable by customers are stated in U.S. Dollars *
Please note: area code changed to 973.

```
                                                          33,061.87
     INTEPLAST GROUP, LTD. (IBS)           3/13/05
     9 PEACH TREE HILL ROAD
     LIVINGSTON       NJ,07039
                                           F200914

                                           1% 15 NET 30
     BANK OF AMERICA ILLINOIS              W047
     071000039
     INTEPLAST GROUP
     8188-401473
```

F200915

2/11/05

1

| | |
|---|---|
| ACCOUNTS PAYABLE | WINN DIXIE STORES |
| WINN DIXIE GROCERY WHSE INVENTORY A | 2819 WADE HAMPTON STE#8 |
| PO BOX 40805 | |
| GENERAL MERCH DIST CENTER | TAYLORS |
| JACKSONVILLE ,FL 32201 | SC 29687    UNITED STATES |
| UNITED STATES | |

2/04/05   619077              1% 15 NET 30                    PJA   MG

2/11/05   BACKHAULE      LOLITA                PREPAID


SEQ  B/L#   ORDER#
========================================
 1 TF2A042 TF2A042-001
   &TUKLOKGD17LR
   DESCRIPTION: 15x17+1.5" .5mil greens bag "From the Garden" print
                                    90.00    27.7800 /CS      2,500.20

 2 TF2A042 TF2A042-002
   &SAFEDEL10X8*
   DESCRIPTION: 10x8 opened zipper  deli bag 3 colors,clear,LLDPE,
                                   216.00    13.8600 /CS      2,993.76

 3 TF2A042 TF2A042-003
   &WINNDIXI9X13
   DESCRIPTION: 9x12+1"lip, seafood bag, clear, LLDPE, 500 BAGS/CASE
                                    72.00    20.0600 /CS      1,444.32

                     TO BE CONTINUED ON THE NEXT PAGE......

F200915

2/11/05

2

```
            ACCOUNTS PAYABLE                    WINN DIXIE STORES
        WINN DIXIE GROCERY WHSE INVENTORY A     2819 WADE HAMPTON STE#8
        PO BOX 40805
        GENERAL MERCH DIST CENTER               TAYLORS
        JACKSONVILLE           ,FL 32201        SC 29687        UNITED STATES
        UNITED STATES
```

```
 2/04/05   619077               1% 15 NET 30              PJA   MG

 2/11/05   BACKHAULE       LOLITA              PREPAID


 SEQ  B/L#   ORDER#
======================================================
 4 TF2A042 TF2A042-004 ITCL
   S334011N
   DESCRIPTION: LINER 33X40 11 MICRON NATURAL--STOCK ITEM
                                    64.00    16.0000 /CS      1,024.00

 5 TF2A042 TF2A042-005 ITCL
   WD366012N-C
   DESCRIPTION: 36x60, 12 mic, Nat, HDPE, 100 bgs/cs Salvage Render
                                   120.00     5.6100 /CS        673.20

 6 TF2A042 TF2A042-006
   WDSL3350N-C
   DESCRIPTION: 33x50,.9 mil,Nat, SDC 350049, 100 bgs/cs, Dept Render
                                 1,320.00     7.7900 /CS     10,282.80

                      TO BE CONTINUED ON THE NEXT PAGE......
```

```
                                F200915

                                2/11/05
                                   3
```

|  |  |
|---|---|
| ACCOUNTS PAYABLE<br>WINN DIXIE GROCERY WHSE INVENTORY A<br>PO BOX 40805<br>GENERAL MERCH DIST CENTER<br>JACKSONVILLE , FL 32201<br>UNITED STATES | WINN DIXIE STORES<br>2819 WADE HAMPTON STE#8<br><br>TAYLORS<br>SC 29687     UNITED STATES |

```
2/04/05   619077              1% 15 NET 30              PJA  MG

2/11/05   BACKHAULE       LOLITA              PREPAID


SEQ  B/L#   ORDER#
=========================================
 7 TF2A042  TF2A042-007
   #BR52X80
   DESCRIPTION: Bun Rack Cover 52x80 15 mic 50/roll
                                  120.00      8.7100 /CS     1,045.20

 8 TF2A042  TF2A042-008 SELF-PACK PRODUCE
   WINNDGRIP&GO2
   DESCRIPTION: 7.5 mic, 12x17, 1700 bags/roll, red ink, W/GRIP&GO
                                1,008.00     12.7300 /CS    12,831.84

                                            SUB TOTAL:      32,795.32
```

Please note that any amounts not paid by due date will be subject to a late payment charge of 1 % per month, or the highest rate allowed by law.
* All amounts billed to and payable by customers are stated in U.S. Dollars *
Please note: area code changed to 973.

```
                                                          32,795.32
   INTEPLAST GROUP, LTD. (IBS)              3/13/05
   9 PEACH TREE HILL ROAD
   LIVINGSTON        NJ,07039               F200915

                                            1% 15 NET 30
   BANK OF AMERICA ILLINOIS                 W047
   071000039
   INTEPLAST GROUP
   8188-401473
```

F201175

2/15/05

1

```
        ACCOUNTS PAYABLE                          WINN DIXIE SOTRES- GM WAREHOUSE
    WINN DIXIE GROCERY WHSE INVENTORY A           5050 EDGEWOOD COURT
    PO BOX 40805                                  GM WAREHOUSE
    GENERAL MERCH DIST CENTER                     JACKSONVILLE
    JACKSONVILLE         ,FL 32201                FL 32254        UNITED STATES
    UNITED STATES
```

2/09/05   625211              1% 15 NET 30                    PJA   MG

2/15/05   ROBINSON1      LOLITA                    PREPAID


SEQ  B/L#   ORDER#
=================================================
1 TF2A112 TF2A112-001
  &TUKLOKGD17LR
  DESCRIPTION: 15x17+1.5" .5mil greens bag "From the Garden" print
                                     90.00    27.7800 /CS      2,500.20

2 TF2A112 TF2A112-002
  &SAFEDEL10X8*
  DESCRIPTION: 10x8 opened zipper  deli bag 3 colors,clear,LLDPE,
                                     72.00    13.8600 /CS        997.92

3 TF2A112 TF2A112-003 SELF-PACK PRODUCE
  SAVERITEG&G
  DESCRIPTION: 12X17 7.5 mic 1C1S GREEN INK "SAVE/RITE" W/GRIP&GO
                                     63.00    12.7300 /CS        801.99

                    TO BE CONTINUED ON THE NEXT PAGE......

F201175

2/15/05

2

```
         ACCOUNTS PAYABLE                      WINN DIXIE SOTRES- GM WAREHOUSE
    WINN DIXIE GROCERY WHSE INVENTORY A        5050 EDGEWOOD COURT
    PO BOX 40805                               GM WAREHOUSE
    GENERAL MERCH DIST CENTER                  JACKSONVILLE
    JACKSONVILLE          ,FL 32201            FL 32254        UNITED STATES
    UNITED STATES
```

2/09/05   625211              1% 15 NET 30                PJA   MG

2/15/05   ROBINSON1      LOLITA                PREPAID


SEQ  B/L#   ORDER#
================================================
 4 TF2A112 TF2A112-004
   &WINNDIXI9X13
   DESCRIPTION: 9x12+1"lip, seafood bag, clear, LLDPE, 500 BAGS/CASE
                                        72.00    20.0600 /CS      1,444.32

 5 TF2A112 TF2A112-005 ITCL
   S334011N
   DESCRIPTION: LINER 33X40 11 MICRON NATURAL--STOCK ITEM
                                        64.00    16.0000 /CS      1,024.00

 6 TF2A112 TF2A112-006 ITCL
   WD366012N-C
   DESCRIPTION: 36x60, 12 mic, Nat, HDPE, 100 bgs/cs Salvage Render
                                       120.00     5.6100 /CS        673.20

                        TO BE CONTINUED ON THE NEXT PAGE......

```
                                            F201175

                                            2/15/05
                                                 3
```

```
        ACCOUNTS PAYABLE                 WINN DIXIE SOTRES- GM WAREHOUSE
    WINN DIXIE GROCERY WHSE INVENTORY A  5050 EDGEWOOD COURT
    PO BOX 40805                         GM WAREHOUSE
    GENERAL MERCH DIST CENTER            JACKSONVILLE
    JACKSONVILLE       ,FL 32201         FL 32254       UNITED STATES
    UNITED STATES


   2/09/05   625211              1% 15 NET 30              PJA   MG

   2/15/05   ROBINSON1      LOLITA                  PREPAID


  SEQ  B/L#   ORDER#
  =========================================
   7 TF2A112 TF2A112-007
     WDSL3350N-C
     DESCRIPTION: 33x50,.9 mil,Nat, SDC 350049, 100 bgs/cs, Dept Render
                                   1,800.00    7.7900 /CS      14,022.00

   8 TF2A112 TF2A112-008 SELF-PACK PRODUCE
     WINNDGRIP&GO2
     DESCRIPTION: 7.5 mic, 12x17, 1700 bags/roll, red ink, W/GRIP&GO
                                     819.00   12.7300 /CS      10,425.87

   9 TF2A112 TF2A112-009
     @WINNDSEAFOOD
     DESCRIPTION: .95 mil, hdpe, 7.5x4x12+1, embossed, natural film
                                      72.00   12.5300 /CS         902.16
                        TO BE CONTINUED ON THE NEXT PAGE......
```

```
                                        F201175

                                        2/15/05
                                             4
```

```
        ACCOUNTS PAYABLE                    WINN DIXIE SOTRES- GM WAREHOUSE
    WINN DIXIE GROCERY WHSE INVENTORY A     5050 EDGEWOOD COURT
    PO BOX 40805                            GM WAREHOUSE
    GENERAL MERCH DIST CENTER               JACKSONVILLE
    JACKSONVILLE        ,FL 32201           FL 32254      UNITED STATES
    UNITED STATES
```

```
2/09/05    625211              1% 15 NET 30              PJA   MG

2/15/05    ROBINSON1     LOLITA                      PREPAID
```

```
SEQ  B/L#    ORDER#
========================================
10  TF2A112  TF2A112-010
    #BR52X80
    DESCRIPTION: Bun Rack Cover 52x80 15 mic 50/roll
                                    120.00     8.7100 /CS      1,045.20

11  TF2A112  TF2A112-011  ITCL
    WINND5046N
    DESCRIPTION: 50x46 .70 mil natural film 100 bgs/cs for winn dixie
                                    120.00     8.5400 /CS      1,024.80

                                              SUB TOTAL:      34,861.66
```

Please note that any amounts not paid by due date will be subject to a late payment charge of 1 % per month, or the highest rate allowed by law.
* All amounts billed to and payable by customers are stated in U.S. Dollars *
Please note: area code changed to 973.

```
                                                              34,861.66
    INTEPLAST GROUP, LTD. (IBS)              3/17/05
    9 PEACH TREE HILL ROAD
    LIVINGSTON          NJ,07039             F201175

                                             1% 15 NET 30
    BANK OF AMERICA ILLINOIS                 W047
    071000039
    INTEPLAST GROUP
    8188-401473
```