**SONNENSCHEIN NATH & ROSENTHAL LLP**
Carole Neville  (CN 5733)
Jo Christine Reed  (JCR 3783)
1221 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 768-6700

- and-

**CONNOLLY BOVE LODGE & HUTZ LLP**
Karen C. Bifferato
Christina M. Thompson
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

Attorneys for Inland Southeast Bridgewater, L.L.C.,
Inland Southeast Countryside Limited Partnership,
Inland Southeast Lake Olympia Limited Partnership,
Inland Southeast St. Cloud Limited Partnership,
Inland Southeast West Chester, L.L.C., and Inland
Southeast Grant Prairie Limited Partnership

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
**In re:**

**WINN-DIXIE STORES, INC.**, *et al.*,

**Debtors.**
-----------------------------------------------------------x

**Chapter 11**
**Case No. 05-11063 (RRD)**
**(Jointly Administered)**

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Inland Southeast Bridgewater, L.L.C., Inland

Southeast Countryside Limited Partnership, Inland Southeast Lake Olympia Limited

Partnership, Inland Southeast St. Cloud Limited Partnership, Inland Southeast West

Chester, L.L.C., and Inland Southeast Grant Prairie Limited Partnership (collectively,

"Inland"), creditors and parties-in-interest in the above-captioned cases, hereby appear by

their counsel, Sonnenschein Nath & Rosenthal LLP and Connolly Bove Lodge & Hutz LLP, and such counsel hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

> Karen C. Bifferato, Esquire
> Christina M. Thompson, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> Telephone: (302) 658-9141
> Telecopy: (302) 658-0380
> Email address: kbifferato@cblh.com
> Email address: cthompson@cblh.com

> -and-

> Carole Neville, Esquire
> Jo Christine Reed, Esquire
> Sonnenschein Nath & Rosenthall
> 1221 Avenue of the Americas
> New York, New York 10020-1089
> Telephone: (212) 768-6700
> Telecopy: (212) 768-6800
> Email address: cneville@sonnenschein.com
> Email address: jcreed@sonnenschein.com

> -and-

> Bert K. Bittourna, Esquire
> The Inland Real Estate Group, Inc.
> Law Department
> 2901 Butterfield Road
> Oak Brook, IL 60523
> Telephone: (630) 218-8000
> Telecopy: (630) 218-4900
> Email address: bittourna@inlandgroup.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Inland's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Inland is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Inland expressly reserves.

Dated: March 8, 2005                SONNENSCHEIN NATH & ROSENTHAL LLP


                                    /s/Carole Neville
                                    Carole Neville (CN 5733)
                                    Jo Christine Reed (JCR 3783)
                                    1221 Avenue of the Americas, 24th Floor
                                    New York, New York 10020
                                    (212) 768-6700

                                         - and-

                                    CONNOLLY BOVE LODGE & HUTZ LLP
                                    Karen C. Bifferato (DE Bar ID 3279)
                                    Christina M. Thompson (DE Bar ID 3976)
                                    1007 North Orange Street
                                    P.O. Box 2207
                                    Wilmington, Delaware 19899
                                    (302) 658-9141

                                    Attorneys for Inland Southeast Bridgewater, L.L.C.,
                                    Inland Southeast Countryside Limited Partnership,
                                    Inland Southeast Lake Olympia Limited
                                    Partnership, Inland Southeast St. Cloud Limited
                                    Partnership, Inland Southeast West Chester, L.L.C.,
                                    and Inland Southeast Grant Prairie Limited
                                    Partnership