GERARD DICONZA (GD–0890)
Bianchi Macron LLP
Bankruptcy Counsel for K&C Produce Co., Inc.
390 Old Country Road
Garden City, New York 11530
Tel: 516-408-3030
Fax: 516-408-7917

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
In re:                                                   :
                                                         :    Chapter 11
                                                         :
WINN-DIXIE STORES, INC., et al.,                         :    Case No. 05-11063
                                                         :    Jointly Administered
                                      Debtors.           :
                                                         :
-------------------------------------------------------- X

## NOTICE OF NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appears for K&C Produce Co., Inc. ("K&C") and, pursuant to Rules 2002, 9007, 9010(b) and 9013 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notices given or required in the above-captioned cases, and all documents, and all other papers served in these cases, be given to and served upon:

> Gerard DiConza, Esq.
> Bianchi Macron LLP
> 390 Old Country Road
> Garden City, New York 11530
> Direct Phone: (516) 408-3030 ext. 19
> E-Mail: gerard@bmclaw.com
> Facsimile: (516) 408-7917

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the above-captioned debtors or their property.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which K&C is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  New York, New York
        March 8, 2005                    BIANCHI MACRON LLP
                                         By:

                                         /s/ Gerard DiConza
                                         Gerard DiConza (GD-0890)
                                         390 Old Country Road
                                         Garden City, New York 11530
                                         Tel: (516) 408-3030

## **CERTIFICATE OF SERVICE**

      The undersigned, being duly admitted to practice before the District Court for the Southern District of New York, certifies that on March 8, 2005, a true and correct copy of the foregoing was served, by overnight mail, upon the following:

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303


Dated: Garden City, New York
       March 8, 2005

                                            /s/ Gerard DiConza
                                            Gerard DiConza (GD-0890)