Diane G. Reed (...1045)
Texas State Bar No. 09966500
REED & REED
501 N. College Street
Waxahachie, TX 75165
972-938-7334
1-972-923-0430 -FAX
dianegreed@sbcglobal.net
ATTORNEYS FOR CREDITOR, FRANKFORD DALLAS, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Diane G. Reed, a member in good standing of the bar in the State of Texas, and admitted to practice before the United States Bankruptcy Court, Northern District of Texas, requests admission *pro hac vice* before the Honorable Robert D. Drain to represent Frankford Dallas, LLC, in the above-referenced Chapter 11 bankruptcy case. My contact information is as follows:

> Diane G. Reed
> Texas State Bar No. 09966500
> REED & REED
> 501 N. College Street
> Waxahachie, TX 75165
> 972-938-7334
> 1-972-923-0430 -FAX
> dianegreed@sbcglobal.net

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: March 7, 2005

Respectfully submitted,
REED & REED
501 N. College Street
Waxahachie, Texas 75165
972-923-2244
1-972-923-0430 - FAX
dianegreed@sbcglobal.net


By: _____/ s /_____
    Diane G. Reed (...1045)
    State Bar No. 09966500

ATTORNEYS FOR CREDITOR ,
FRANKFORD DALLAS, LLC


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded via either electronic means or first class mail to the addressees appearing below on the same date the Motion was filed.

          _____/ s /_____
          Diane G. Reed


D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN ARPS SLATE MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036

Sarah Robinson Borders
Brian C. Walsh
KING & SPALDING, LLP
191 Peachtree Street
Atlanta, Georgia 30303

Richard C. Morrissey
Office of the U.S. Trustee
22 Whitehall Street, 21st Floor
New York, New York  10004