Diane G. Reed (...1045)
Texas State Bar No. 09966500
REED & REED
501 N. College Street
Waxahachie, TX 75165
972-938-7334
1-972-923-0430 -FAX
dianegreed@sbcglobal.net
ATTORNEYS FOR CREDITOR, FRANKFORD DALLAS, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned hereby appears as counsel for FRANKFORD DALLAS, LLC, in the above-captioned bankruptcy case and requests as provided in 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> Diane G. Reed
> Texas State Bar No. 09966500
> REED & REED
> 501 N. College Street
> Waxahachie, TX 75165
> 972-938-7334
> 1-972-923-0430 -FAX
> dianegreed@sbcglobal.net

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified

NOTICE OF APPEARANCE - Page 1 of 3

above, but also includes, without limitation, order and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet, or otherwise filled or made with regard tot he above-captioned case, that affects or seeks to affect in any way any rights or interests of any party in interest in this case.

Dated:   March 7, 2005
         Waxahachie, Texas

                      Respectfully submitted,
                      REED & REED
                      501 N. College Street
                      Waxahachie, Texas 75165
                      972-923-2244
                      1-972-923-0430 - FAX
                      dianegreed@sbcglobal.net

By: _____/ s /_____
      Diane G. Reed (...1045)
      State Bar No. 09966500

ATTORNEYS FOR CREDITOR ,
FRANKFORD DALLAS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded via either electronic means or first class mail to the addressees appearing below on the same date the Motion was filed.

/ s /
Diane G. Reed

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN ARPS SLATE MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036

Sarah Robinson Borders
Brian C. Walsh
KING & SPALDING, LLP
191 Peachtree Street
Atlanta, Georgia 30303

Richard C. Morrissey
Office of the U.S. Trustee
22 Whitehall Street, 21st Floor
New York, New York 10004