SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

**CERTIFICATE OF SERVICE WITH RESPECT TO NOTICE OF ORDER (A) ESTABLISHING NOTICE PROCEDURES ON A FINAL BASIS AND (B) CONTINUING HEARING WITH RESPECT TO SCHEDULING OMNIBUS HEARINGS**

I, Luisa M. Bonachea, hereby certify that, on March 7, 2005, I caused to be served the Notice of Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings, by having true and correct copies thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: March 9, 2005
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/  Luisa M. Bonachea
　　　　　　　　　　　　　　　　　　　　Luisa M. Bonachea, Legal Assistant
　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
　　　　　　　　　　　　　　　　　　　　Four Times Square
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 735-3000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (917) 777-4065

## **EXHIBIT A**

Pepsico & Subsidiaries
Attn:  Marty Scaminaci, Director Financial Services
P. O. Box 844700
Dallas, TX 75284-4700

Proctor & Gamble Distributing Co.
Attn:  Jay Jones, Credit Manager
P. O. Box 100537
Atlanta, GA 30384-0537

Nestle (Nestle USA, Nestle Purina, Nestle Water)
Attn:  Peter B. Knox, Director of Credit
   and Collections
P. O. Box 277817
Atlanta, GA 30384-7817

General Mills Inc.
Attn: Terri Johnson, Account Operation Development Manager
P. O. Box 101412
Atlanta, GA 30392-0001

Unilever (HPC USA & Best Foods)
Attn: Richard Bellis, Credit Manager
1 Johns Street
Clinton, CT 06413

Florida Coca-Cola
Attn: Dick Stiteler, Director of Customer
   Financial Services
P. O. Box 30000
Orlando, FL 32891-0001

ConAgra Grocery Products Co.
Attn: Robert Ellis, Corp Credit Analysis Manager
P. O. Box 409626
Atlanta, GA 30384

Kimberly Clark
Attn:  Ted C. Banker, Sr. Credit Manager
P. O. Box 915003
Dallas, TX 75391-5003

McKee Foods Corporation
Attn: Valerie Phillips, Sr. Credit Manager
P. O. Box 2118
Collegedale, TN 37315-2118

Sara Lee Foods
Attn: Joel Cartright, Credit Manager
P. O. Box 905466
Charlotte, NC 28290

US Bank Corporation
Attn: Angela Trudeau, VP Relationship Management
P. O. Box 790428
St. Louis, MO 63179-0428

Gourmet Award Foods Mid Atlantic
Attn: Mark Kellum, National Account Manger
4055 Deerpark Boulevard
Elkton, FL 32033

Good Humor Breyers Ice Cream
Attn: Craig Stargardt, Credit Manager
P. O. Box 75604
Charlotte, NC 28275-5604

Keebler Company
Attn: Dan Gilroy
P. O. Box 73451
Chicago, IL 60673-7451

CH Robinson Worldwide Inc.
Attn: Teresa Bellman, Controller
P. O. Box 9121
Minneapolis, MN 55480-9121

Del Monte Foods USA
Attn: Frank Buckstein, Manager Credit and Collections
1336 Solutions Center
Chicago, IL 60677-1003

Fin Tech
Attn: Doug Wilhelm
4720 W. Cypress St.
Tampa, FL 33607

Powerhouse Produce LLC
Attn: James Banks, Account Manger
P. O. Box 368
Riverhead, NY 11901

Gillette Company
Attn: Mary Trahan, Credit Manager
P. O. Box 100800
Atlanta, GA 30384-0800

Coca-Cola Bottling Works
Attn: Dick Stiteler, Director of Customer Financial Services
300 Coca-Cola Road
Charlotte, NC 28275

Schreiber Foods, Inc.
Attn: Kris Skupas, Credit Manager
P. O. Box 905008
Charlotte, NC 28290-5008

Campbell Soup Co.
Attn: Maureen Hart, Sr. Credit Manager
P. O. Box 101407
Atlanta, GA 30392-1407

Georgia Pacific Corp.
Attn: Bob Moon, Credit Manager
P. O. Box 102487
Atlanta, GA 30368-2487

Ross Laboratories
Attn: Phil Polk, Controller
Dept L-281
Columbus, OH 43260-0001

Clorox Sales Co - KPD
Attn: Sybil Shaw, Credit Manager
P. O. Box 66123
Charlotte, NC 28275-1754

Kellogg Sales Company
Attn: Ron Mospek, Credit Manager
P. O. Box 905193
Charlotte, NC 28290-9051

Johnson & Johnson
Attn: John Wernicki, National Sales Director
P. O. Box 751059
Charlotte, NC 28275

Riverdale Farms
Attn: Vanessa Fernandez, Controller
P. O. Box 861093
Orlando, FL 32886-3356

Anderson News LLC
Attn: Jennifer Voss, VP Accounting
P. O. Box 52570
Knoxville, TN 37950-2570

Safe Harbor Seafood
Attn: Jack Jones, CFO
4371 Ocean Street
Mayport, FL 32233-2417

| | |
|---|---|
| Louisiana Coca-Cola<br>Attn: Dick Stiteler, Director of Customer<br>  Financial Services<br>1314 Eraste Landry Road<br>Lafayette, LA 70506 | Edy's Grand Ice Cream<br>Attn: Fred Pomerantz, Credit Manager<br>P. O. Box 406247<br>Atlanta, GA 30384-6247 |
| Wyeth Consumer Healthcare<br>Attn: Larry Sanders, VP Global Finance<br>P. O. Box 75296<br>Charlotte, NC 28275-5296 | Warner Lambert Consumer Group<br>Attn: Andy Helveston<br>400 West Lincoln Avenue<br>Lititz, PA 17543 |
| Gerber Products Company<br>Attn: Jeff Talee, Finance Manager<br>445 State St.<br>Freemont, MI 49413 | Coca-Cola Bottling Co<br>Attn: Joyce Roper<br>300 Coca-Cola Rd<br>Charlotte, NC 28275 |
| Sanderson Farms<br>Attn: Neal Morgan, Director of Sales<br>P. O. Box 988<br>Laurel, MS 39441-0988 | DLJ Produce, Inc.<br>Attn: Alan Yoshidone, Controller<br>P. O. Box 2398<br>West Covina, CA 91793 |
| Schering Plough Health Care<br>Attn: John Glynn<br>P. O. Box 100373<br>Atlanta, GA 30384 | Wilmington Trust Company as Indenture Trustee<br>Attn: Corporate Trust Department<br>Rodney Square North<br>Wilmington, DE 19890 |

Vanguard Group Incorporated
The Vanguard Group
Attn: Earl E. McEvoy
P. O. Box 2600
Valley Forge, PA 19482

Ameriprime Funds
IMS Capital Management
Attn: Carl W. Marker
8995 SE Otty Road
Portland, OR 97266

Reliance Standard Life Insurance Company
Attn: Earl E. McEvoy
2001 Market Street
Suite 1500
Philadelphia, PA 19103

Fortis Benefits Insurance Company
Attn: Catherine Janik
P. O. Box 3050
Milwaukee, WI 53201

Goodman & Co. Investment Counsel
Attn: Christy Yip
Scotia Plaza
55th Floor
40 King Street West
Toronto, Ontario M5H 4A9

Wellington Management Co. LLP
Gateway Center Three
Attn: Earl E. McEvoy
100 Mulberry Street
Newark, NJ 07102

Securities Management and Research, Inc
Attn: Sherry Baker
24500 South Shore Blvd.
Suite 400
League City, TX 77573

Aviva Life Insurance Company
Attn: Elizabeth Anne Dowd
108 Myrtle Street
Newport Office Park
North Quincy, MA 02171