SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 11
                                                   :
**WINN-DIXIE STORES, INC., et al.,**               :   Case No. 05-11063 (RDD)
                                                   :
          Debtors.                                 :   (Jointly Administered)
                                                   :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE WITH RESPECT TO NOTICE OF REVISED OBJECTION DEADLINE AND SERVICE PROCEDURES WITH RESPECT TO CERTAIN FIRST DAY APPLICATIONS

I, Luisa M. Bonachea, hereby certify that, on March 7, 2005, I caused to be served the Notice of Revised Objection Deadline and Service Procedures with Respect to Certain First Day Applications, by having true and correct copies thereof sent via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A and (ii) Urban Express same-day delivery to the parties listed in Exhibit B.

Dated: March 9, 2005
       New York, New York

                                          /s/   *Luisa M. Bonachea*
                                          Luisa M. Bonachea, Legal Assistant
                                          SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                          Four Times Square
                                          New York, New York 10036
                                          Telephone: (212) 735-3000
                                          Facsimile:  (917) 777-4065

**<u>EXHIBIT A</u>**

Deirdre A. Martini, Esq.  
United States Trustee  
33 Whitehall Street, Suite 2100  
New York, New York 10004  
deirdre.martini@usdoj.gov  

Richard C. Morrissey, Esq.  
Trial Attorney  
Office of United States Trustee  
33 Whitehall Street, Suite 2100  
New York, New York 10004  
richard.morrissey@usdoj.gov  

Laurence B. Appel  
Winn-Dixie Stores, Inc.  
5050 Edgewood Court  
Jacksonville, FL 32254-3699  
Phone: 904-783-5000  
Fax: 904-783-5059  
LarryAppel@winn-dixie.com  

D. J. Baker  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, New York 10036  
Phone: 212-735-2150  
Fax: 917-777-2150  
djbaker@skadden.com  

Sarah Robinson Borders  
King & Spalding LLP  
191 Peachtree Street  
Atlanta, GA 30303  
Phone: 404-572-4600  
Fax: 404-572-5149  
sborders@kslaw.com  

Internal Revenue Service  
Attn: Insolvency Department  
290 Broadway, 5th Floor  
New York, NY 10007  

Securities and Exchange Commission  
Reorganization Branch  
233 Broadway  
New York, NY 10279  

Office of New York State Attorney General Eliot Spitzer  
120 Broadway  
New York City, NY 10271  
Phone: 212-416-8000  

R2 Investments, LDC  
c/o Amalgamated Gadget, LP  
Attn: Dave Gillespie  
Phone: 817-332-9500  
301 Commerce Street, Ste 3200  
Fort Worth, TX 76102  

Deutsche Bank Trust Company Americas  
Attn: S. Berg  
60 Wall Street  
New York, NY 10005-2858  
Phone: 212-250-2921

| | |
|---|---|
| New Plan Excel Realty Trust, Inc.<br>420 Lexington Ave<br>New York, NY 10170<br>Phone: 212-869-3000 | Kraft (Kraft Foods, Kraft Pizza, Nabisco)<br>Attn: Sandra Schirmang, Director of Credit<br>Three Lakes Drive<br>Northfield, IL 60093<br>Phone: 847-646-6719<br>Fax: 847-646-4479 |
| Pepsico & Subsidiaries<br>Attn: Scott Johnson<br>7701 Legacy Drive 38-109<br>Plano, TX 75024<br>Phone: 972-334-7405 | OCM Oppurtinities Fund V, LP<br>c/o Oaktree Capital Management, LLC<br>Attn: Alan S. Adler<br>Los Angeles, CA 90071<br>Phone: 213-830-6300<br>Fax: 213-830-8851 |
| Capital Research and Management Company<br>Attention: Ellen Carr, Abner D. Goldstine<br>American Funds<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Phone: 213-486-9200<br>Fax: 213-486-9217 | Shearman & Sterling LLP<br>Attn: Andrew Tenzer<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Phone: 212-848-4000<br>Fax: 212-848-7179<br>Atenzer@Shearman.com |
| Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Dan Fiorello, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY  10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>dfiorillo@oshr.com; Jhelfat@oshr.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com; Lmandel@milbank.com;<br>DODonnell@milbank.com; mbarr@milbank.com |
| Morgan Lewis & Bockius LLP<br>Attn: Richard S. Toder<br>101 Park Avenue<br>New York, NY 10178-0060<br>Phone: 212-309-6052<br>Fax: 212-309-6001<br>rtoder@morganlewis.com | Pepper Hamilton LLP<br>Attn: I. William Cohen<br>100 Renaissance Center, 36th Floor<br>Detroit, MI 48243-1157<br>Phone: 313-393-7341<br>Fax: 313-259-7926<br>coheniw@pepperlaw.com |

FTI Consulting
Attn: Michael Eisenband
3 Times Square
11th Floor
New York, NY 10036
Phone: 212- 499-3647
Fax 212-841-9350
Michael.Eisenband@FTIConsulting.com

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010
Phone: 212-583-5000
Fax: 212-583-5812
huffard@blackstone.com

XRoads Solutions Group LLC
Attn: Dennis Simon
 9 Executive Circle, Suite 190
Irvine, CA  92614
Phone : 949-567-1650
Fax : 949-567-1750
dsimon@xroadsllc.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, New York 10178-0061
Phone: 212-696-6000
Fax: 212-697-1559
sreisman@cm-p.com

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St., Rodney Square North
Wilmington, DE 19890
Phone: 302-636-6058
Fax: 302-636-4140
scimalore@wilmingtontrust.com

Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi, Steven Feigenbaum
845 Third Ave, 21st Flr
New York, NY 10022
Phone: 212-308-6100
Fax: 212-308-8830
Hlevi@llf-law.com

Scarella Rosen & Slome
Attn: Adam L. Rosen,Thomas Slome
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553
Phone: 516-227-1600
Fax: 516-227-1601
Arosen@srsllp.com

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III,  C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036
Phone: 504-558-5110
Fax: 504-558-5200
Rkuebel@lockeliddell.com; dboldissar@lockeliddell.com

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers, Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103
Phone: 215-864-8325
Fax: 215-864-9473
Pollack@ballardspahr.com

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830
Phone: 203-862-8261
Fax: 203-629-1977
Jstanton@contrariancapital.com

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse, Michael Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710
Phone: 212-336-2000
Fax: 212-336-2222
Dwdykhouse@pbwt.com; mhandler@pbwt.com

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103
Phone: 212-665-2060
Fax: 215-701-2122
Ncolton@cozen.com; dliebman@cozen.com

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com; rlehane@kelleydrye.com

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950
Phone: 973-966-6300
Fax: 973-966-1550
Szuber@pitneyhardin.com;
Pforgosh@pitneyhardin.com.

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682
Rwward@airmail.net

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600
Phone: 212-309-6669
Fax: 212-309-6001
Nherman@morganlewis.com

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017
Phone: 212-476-4777
Fax: 212-476-4787
Dbr@tbfesq.com

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St Ste 700
Winston-Salem, NC 27113-5129
Phone: 3367222300
Fax: 3367210414
Rbleggett@allmanspry.com

Balch & Bingham LLP
Attn: W. Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201
Phone: 205-251-8100
Fax: 205-226-8799
Cwatson@balch.com; eray@balch.com

Angel & Frankel PC
Attn: Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906
Phone: 212-752-8000
Fax: 212-752-8393
Lmay@angelfrankel.com; rsteinberg@angelfrankel.com

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8000
Fax: 212-836-8689
Rsmolev@kayescholer.com; kmurphy@kayescholer.com

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5500
Fax: 201-226-8395
Plhuffst@coxsmith.com

Jenkens & Gilchrist P.C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
Phone: 214-885-4500
Fax: 214-885-4300

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn: Earle I. Erman, Esq
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Phone: 248-827-4100
Fax: 248-827-4106
Eerman@ermanteicher.com

Manier & Herod
Attn: J. Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494
Phone: 615-244-0030
Fax: 615-242-4203
Mfranks@manierherod.com; mcollins@manierherod.com; tpennington@manierherod.com

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq
7 Times Square
New York, NY 10036
Phone: 212-297-5811
Fax: 212-682-3485
Cchiu@pitneyhardin.com

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz.
One American Square, Box 82001
Indianaplois, Indiana 46282
Phone: 317-236-2100
Fax: 317-236-2219
Henry.efroymson@icemiller.com;
mark.bogdanowicz@icemiller.com

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-498-6208
Eschwartz@mnat.com; rdehney@mnat.com

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
fringel@pobox.com

| | |
|---|---|
| Page, Scrantom, Sprouse, Tucker & Ford, P.C.<br>Attn: Lee Champion, Esq<br>1111 Bay Ave, 3rd Floor<br>Post Office Box 1199<br>Columbus, GA 31902-1199<br>Phone: 706-324-0251<br>flc@psstf.com | Smith, Katzenstein & Furlow<br>Attn: Kathleen M. Miller, Esq<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Phone: 302-652-8400<br>Fax: 302-652-8405<br>kmiller@skfdelaware.com |
| Airgas, Inc.<br>Attn: Mr. David Boyle<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675<br>Phone: 610-902-6028<br>Fax: 610-687-3187<br>David.boyle@airgas.com | Hogan & Hartson, L.L.P.<br>Attn: Ira S. Greene, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Phone: 212-918-3000<br>Fax: 212-918-3100<br>Isgreene@hhlaw.com |
| Discover Financial Services<br>Attn: Frank Vydra, Esq.<br>2500 Lake Cook Road<br>Riverwoods, IL 60015<br>Phone: 847-405-3333<br>Fax: 847-405-4972<br>Frankvydra@discoverfinancial.com | Neiman Ginsburg & Mairanz PC<br>Attn: Gary Ginsburg<br>39 Broadway, 25th Fl.<br>New York, NY 10006<br>Phone: 212-269-1000<br>gginsburg@ngmpc.com |
| Arnall Golden Gregory LLP<br>Attn: Darryl Laddin, J. Hayden Kepner, James Smith<br>171 W. 17th St., NW, Suite 2100<br>Atlanta, GA 30363<br>Phone: 404-873-8500<br>Fax: 404-873-8605<br>bkrfilings@agg.com; Hayden.kepner@agg.com;<br>james.smith@agg.com | Wyatt, Tarrant & Combs, LLP<br>Attn: John P. Brice<br>250 West Main Street, Ste 1600<br>Lexington, KY 40507-1746<br>Phone: 859-233-2012<br>Fax: 859-259-0649<br>lexbankruptcy@wyattfirm.com |
| Katten Muchin Zavis Rosenman<br>Attn: Thomas J. Leanse, Dustin P. Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012<br>Phone: 310-788-4400<br>Fax: 310-788-4471<br>thomas.leanse@kmzr.com | Locke Liddell & Sapp LLP<br>Attn: W. Steven Bryant, Thomas H. Grace<br>600 Travis Street<br>3400 Chase Tower<br>Houston, TX  77002<br>Phone: 713-226-1200<br>Fax: 713-223-3717<br>hobankecf@lockeliddell.com |

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400
millerr@gtlaw.com

Greenberg Traurig, LLP
Attn:  Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131
Phone: 305-579-0500
Fax: 305-579-0717
bloomm@gtlaw.com

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615.252.2307
Fax: 615.252.6307
amcmullen@boultcummings.com

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
srucker@millermartin.com

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997
Phone: 225-383-4703
Fax: 225-343-0630
drubin@kswb.com

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059
Phone: 601-948-6100
Fax: 641-355-6136
robert.holladay@youngwilliams.com

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-623-1000
Fax: 973-623-9131
rscheinbaum@podveysachs.com

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375
Phone: 404-335-0761
Fax: 404-614-4054
reginald.greene@bellsouth.com

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801
Phone: 302-467-4200
Fax: 302-467-4201
andrew.flame@dbr.com

| | |
|---|---|
| Lowenstein Sandler PC<br>Attn: Bruce S. Nathan, Anusia L. Gayer<br>1251 Avenue of the Americas, 18th Fl.<br>New York, NY 10020<br>Phone: 212-262-6700<br>Fax: 212-262-7402<br>bnathan@lowenstein.com; agayer@lowenstein.com | Morrison & Foerster LLP<br>Attn: Jason C. DiBattista<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Phone: 212-468-8000<br>Fax: 212-468-7900<br>jdibattista@mofo.com |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated<br>Attn: Nicholas Griffiths<br>4 World Financial Center<br>New York, NY 10080<br>Phone: 212-449-8707<br>Fax: 212-449-3247<br>nicholas_griffiths@ml.com | Burr & Forman LLP<br>Attn: Derek F. Meek, Robert B. Rubin<br>3100 SouthTrust Tower<br>420 North 20th St.<br>Birmingham, AL 35203<br>Phone: 205-251-3000<br>Fax: 205-458-5100<br>dmeek@burr.com; brubin@burr.com |
| Macco & Stern, LLP<br>Attn: Richard L. Stern<br>135 Pinelawn Road, Suite 120 South<br>Melville, NY 11747<br>Phone: 631-549-7900<br>Fax: 631-549-7845<br>rstern@maccosternlaw.com | Held & Israel<br>Attn: Edwin W. Held<br>1301 Riverplace Blvd., Ste 1916<br>Jacksonville, FL 32207<br>Phone: 904-398-4283<br>Fax: 904-398-4283<br>eheld@hilawfirm.com |
| McGrath North Mullin & Krath, PC LLO<br>Attn: James J. Niemeier<br>First National Tower, Ste 3700<br>1601 Dodge St.<br>Omaha, NE 68102<br>Phone: 402-341-3070<br>Fax: 402-341-0216<br>jniemeier@mnmk.com; awoodard@mnmk.com | Taplin & Associates<br>Attn: Ronald Scott Kaniuk<br>350 Fifth Ave., Ste 2418<br>New York, NY 10118<br>Phone: 212-967-0895<br>Fax: 212-202-5217<br>rkaniuklaw@aol.com |
| Howard, Solochek & Weber, S.C.<br>Attn: Bryan M. Becker<br>324 East Wisconsin Ave., Ste 1100<br>Milwaukee, WI 53202<br>Phone: 414-272-0760<br>Fax: 414-272-7265<br>bbecker@hswmke.com | 40/86 Advisors, Inc.<br>Attn: Frank Berg, Gregory J. Seketa<br>535 N. College Drive<br>Carmel, IN 46032<br>Phone: 317-817-2827<br>Fax: 317-817-4115<br>franklin.berg@4086.com |

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743
Phone: 631-423-8527
Fax: 631-423-4536
arosen@avrumrosenlaw.com

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff Lane
Southport, CT 06890-1436
Phone: 203-319-4042
Fax: 203-319-4034
cfilardi@pepehazard.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352
Phone: 616-336-6000
Fax: 616-336-7000
tjcurtin@varnumlaw.com

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102
Phone: 973-643-7000
Fax: 973-643-6500
asherman@sillscummis.com

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108
Phone: 816-292-2000
Fax: 816-292-2001
ssutton@lathropgage.com

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122
Phone: 216-755-5500
Fax: 216-755-1678
ecotton@ddrc.com

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax: 973-538-5146
wjmartin@pbnlaw.com; bsmoore@pbnlaw.com

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401
Phone: 561-832-3300
Fax: 561-650-1153
celler@broadandcassel.com

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-278-1000
Fax: 212-278-1733
lhenin@andersonkill.com

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199
Phone: 318-445-5600
Fax:318-445-5710
steve@wheelis-rozanski.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
dcrapo@gibbonslaw.com; gponto@gibbonslaw.com

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828
Phone: 843-579-7000
Fax: 843-579-8727
davidwheeler@mvalaw.com

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022
Phone: 212-735-8600
Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202
Phone: 904-358-4000
Fax: 904-358-4001
nlafleur@stutsman-thames.com

**EXHIBIT B**

Office of United States Trustee
Attn: Deirdre A. Martini, Esq. and Richard C. Morrissey, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004
deirdre.martini@usdoj.gov; richard.morrissey@usdoj.gov

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com; mbarr@milbank.com