**SONNENSCHEIN NATH & ROSENTHAL LLP**
Carole Neville     (CN 5733)
Jo Christine Reed  (JCR 3783)
1221 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 768-6700

- and-

**CONNOLLY BOVE LODGE & HUTZ LLP**
Karen C. Bifferato
Christina M. Thompson
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

Attorneys for Inland Southeast Bridgewater, L.L.C.,
Inland Southeast Countryside Limited Partnership,
Inland Southeast Lake Olympia Limited Partnership,
Inland Southeast St. Cloud Limited Partnership,
Inland Southeast West Chester, L.L.C., and Inland
Southeast Grant Prairie Limited Partnership

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**In re:**

|  |  |
|---|---|
| **WINN-DIXIE STORES, INC.*, et al.*,** | **Chapter 11**<br>**Case No. 05-11063 (RRD)**<br>**(Jointly Administered)** |
| **Debtors.** | |

-----------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                             )ss.:
COUNTY OF NEW YORK   )

DONNA M. ZEISER, the undersigned deposes and says: I am over 18 years of

age, am not a party in the above-captioned case, and am employed by the firm of

Sonnenschein Nath & Rosenthal LLP.

On March 8, 2005, I caused to be served a true and correct copy of the NOTICE

OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS by first class mail

with postage prepaid thereon, in an official depository of the U.S. Postal Service within

the State of New York, addressed to the last known address of the addressee(s) as

indicated on the attached service list.


                                                      /s/ Donna M. Zeiser
                                                      Donna M. Zeiser

Sworn to before me this
9th day of March 2005

          /s/ Andrew P. Lederman
          Notary Public


**Andrew P. Lederman**
**Notary Public, State of New York**
**No. 31-4833075**
**Qualified in New York County**
**Commission Expires January 31, 2006**

## SERVICE LIST

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>Attorneys for the Debtors |
| | |
| Sarah Robinson Borders, Esq.<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303 | Dennis F. Dunne, Esq.<br>Matthew S. Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Proposed Counsel for the Official Committee<br>of Unsecured Creditors |
| | |
| Deirdre A. Martini, Esq.<br>United States Trustee<br>Oiffice of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| | |
| Deutsche Bank Trust Company Americas<br>60 Wall Street<br>New York, NY 10005-2858<br>Attention: S. Berg | Dan Fiorello, Esq.<br>Jonathan N. Helfat, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue, 29th Floor<br>New York, NY 10169 |
| | |
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | |