MATEER & HARBERT, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
David M. Landis
Florida Bar Number 193094

Attorneys for Healthcare Consultants of
Central Florida, Inc.,

UNITED STATES BANKRUPTCY COURT
SOUTHERN DITRICT OF NEW YORK
-------------------------------------------------------x

                                  Chapter 11
                                  Case No. 05-11063 (RDD)
                                  (Jointly Administered)

In Re:

WINN-DIXIE STORES, INC., et al.,

        Debtors.
-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David M. Landis, a member in good standing of the bars in the State of Florida, U.S. District Court for the Middle District of Florida, the U.S. District Court for the Southern District of Florida and the Eleventh Circuit Court of Appeals, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Healthcare Consultants of Central Florida, Inc., d/b/a Healthcare Consultants Pharmacy Staffing in the above-referenced case.

        My address is:        225 East Robinson Street, Suite 600 (32801)
                                        Post Office Box 2854
                                        Orlando, Florida 32802
                                        Telephone : (407) 425-9044.
                                        e-mail: dlandis@mateerharbert.com

Pursuant to Local Rule 2090, the local address for service is Zeichner, Ellman & Krause, LLP, Attention: Stuart A. Krause, Esquire, 575 Lexington Avenue, New York, New York 10022.

I have tendered contemporaneously herewith a fee of $25.00.

Dated: March 1, 2005.

Respectfully submitted,

_____
David M. Landis
Florida Bar Number 193094
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
dlandis@mateerharbert.com
Attorneys for the Healthcare Consultants of
Central Florida, Inc., d/b/a Healthcare
Consultants Pharmacy Staffing

## ORDER

**ORDERED,**

that David M. Landis, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005

_____
ROBERT D. DRAIN
United States Bankruptcy Judge