**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
In re:                                          :
                                                :          Chapter 11
WINN-DIXIE STORES, INC., et al.,                :
                                                :          Case No. 05-11063
                                                :
          Debtors.                              :          (Jointly Administered)
-----------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, RACHEL S. BUDKE, a member in good standing of the bar in the State of Florida, and admitted to practice before the U.S. District Courts for the Northern, Middle and Southern Districts of Florida, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent FLORIDA POWER & LIGHT COMPANY, in the above-referenced Chapter 11 bankruptcy case. My address is 700 Universe Boulevard, LAW/JB, Juno Beach, Florida 33408, my e-mail address is rachel_budke@fpl.com, and my telephone number is 561-691-7797. I agree to pay the fee of #25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: February 28, 2005
    Juno Beach, Florida          Respectfully submitted,
                                 /s/ Rachel S. Budke, Esquire
                                 Rachel S. Budke, Esquire, Esq.
                                 FPL Law Department
                                 700 Universe Boulevard
                                 Juno Beach, Florida 33408
                                 Telephone: (561) 691-7797
                                 Facsimile: (561) 691-7103
                                 E-mail: rachel_budke@fpl.com
                                 Attorney for Florida Power & Light Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                              :
                                                    :        Chapter 11
WINN-DIXIE STORES, INC., et al.,                    :
                                                    :        Case No. 05-11063
                                                    :
            Debtors.                                :        (Jointly Administered)
-----------------------------------------------------------X

## ORDER OF ADMISSION TO PRACTICE, Pro Hac Vice

I, RACHEL S. BUDKE, a member in good standing of the bar in the State of Florida, and admitted to practice before the U.S. District Courts for the Northern, Middle and Southern Districts of Florida, request admission, *pro hac vice*, to represent FLORIDA POWER & LIGHT COMPANY, in the above-referenced Chapter 11 bankruptcy case.

**ORDERED,**

That, RACHEL S. BUDKE, ESQUIRE, is admitted to practice, *pro hac vice*, in the above referenced Chapter 11 bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 7, 2005                       /s/Robert D. Drain
New York, New York                         UNITED STATES BANKRUPTCY JUDGE