SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                            :
                                                 :            **Chapter 11**
                                                 :
**WINN-DIXIE STORES, INC., et al.,**             :            **Case No. 05-11063 (RDD)**
                                                 :
                    Debtors.                     :            **(Jointly Administered)**
                                                 :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Luisa M. Bonachea, hereby certify that I caused to be served the following documents, by having true and correct copies thereof sent via facsimile (a) on March 4, 2005 to the parties listed in Exhibit A and (b) on March 8, 2005 to the parties listed in Exhibit B:

1. Notice of Continued Hearing on Certain First Day Applications and Motions;

2. Notice of Further Hearing on Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c);

3. Interim Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Superpriority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, (III) Authorizing Debtors to Pay in Full All Claims of Debtors' Pre-Petition Secured Lenders, and (IV) Prescribing Form and Manner of Notice and Time for Final Hearing; and

4. Order (A) Authorizing, on an Interim Basis, Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing, on an Interim Basis, Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery Goods.

Dated: March 9, 2005
       New York, New York

      /s/  *Luisa M. Bonachea*
      Luisa M. Bonachea, Legal Assistant
      SKADDEN, ARPS, SLATE, MEAGHER
       &amp; FLOM LLP
      Four Times Square
      New York, New York 10036
      Telephone:  (212) 735-3000
      Facsimile:   (917) 777-4065

**EXHIBIT A**

| | |
|---|---|
| Sun Glass Products, Inc.<br>d/b/a Personal Optics<br> c/o Rachel Sanchez<br>1331 S. State College Blvd.<br>Fullerton, CA 92831<br>Phone: (714) 447-4752 x1017<br>Fax: (714) 446-8507 | Mount Olive Pickle Co.<br>C/O Wharton, Aldhizer & Weaver, PLC<br>Attn: Stephan W. Milo<br>The American HoPhone<br>125 South Augusta St., Ste 2000<br>Staunton, VA 24401<br>Phone: (540) 213-7440<br>Fax: (540) 213-0390<br>smilo@wawlaw.com |
| Arizona Beverage Co.<br>c/o Eric J. Snyder<br>Siller Wilk LLP<br>675 Third Avenue<br>New York, NY 10017-5704<br>Phone: (212) 421-2233<br>Fax: (212) 752-6380 | Allen Flavors, Inc.<br>c/o Eric J. Snyder<br>Siller Wilk LLP<br>675 Third Avenue<br>New York, NY 10017-5704<br>Phone: (212) 421-2233<br>Fax: (212) 752-6380 |
| Hornell Brewing Co., Inc.<br>c/o Eric J. Snyder<br>Siller Wilk LLP<br>675 Third Avenue<br>New York, NY 10017-5704<br>Phone: (212) 421-2233<br>Fax: (212) 752-6380 | Michael Foods, Inc.<br>c/o Larry B. Ricke<br>150 South Fifth Street, Suite 2500<br>Minneapolis, MN 55402<br>Phone: (612) 335-1500<br>Fax: (612) 335-1657 |
| Purcell International Inc.<br>c/o William E. Purcell<br>2499 North Main Street<br>P.O. Box 5043<br>Walnut Creek, CA 94596-1097<br>Phone: (925) 933-6100<br>Fax: (925) 933-3353 | First Coast Pallet, Inc.<br>c/o Richard K. Jones and Eric L. Hearn<br>501 West Bay Street<br>Jacksonville, FL 32202<br>Phone: (904) 356-1306<br>Fax: (904) 354-0194 |
| Bay City Produce<br>c/o Gerard DiConza<br>Bianchi Macron LLP<br>390 Old Country Road<br>Garden City, NY 11530<br>Phone: (516) 408-3030<br>Fax: (516) 408-7917 | John Cope's Food Products, Inc.<br>c/o Eden R. Bucher<br>Leisawitz Heller Abramowitch Phillips, P.C.<br>Berkshire Commons Suite 400<br>2201 Ridgewood Road<br>Wyomissing, PA 19610-1193<br>Phone: (610) 372-3500<br>Fax: (610) 372-8671 |

Kleinpeter Farms Dairy, LLC
c/o Dale R. Baringer
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802-6095
Phone: (225) 383-9953
Fax: (225) 387-3198

Heritage Mint, Ltd.
c/o Jeff Wright
P.O. Box 13760
Scottsdale, AZ 85267
Phone: (480) 860-1300
Fax: (480) 860-8174

Jade Drug Company
c/o William F. Harmeyer
William F. Harmeyer & Associates
475 Arena Tower One
7322 Southwest Freeway
Houston, TX 77074
Phone: (713) 270-5552
Fax: (713) 270-7128

The Smithfield Packing Company, Inc.
c/o Jean D. Moody
501 North Church Street
P.O. Box 447
Smithfield, VA 23430
Phone: (757) 357-4321
Fax: (757) 357-1349

Gwaltney of Smithfield, Ltd.
c/o Jean D. Moody
501 North Church Street
P.O. Box 447
Smithfield, VA 23430
Phone: (757) 357-4321
Fax: (757) 357-1349

Lance, Inc.
c/o David M. Grogan
Shumaker, Loop & Kendrick, LLP
128 South Tryon Street, Suite 1800
Charlotte, NC 28202
Phone: (704) 375-0057
Fax: (704) 332-1197

Cadbury Adams USA, LLC,
c/o Richard W. Ward
2527 Fairmount Street
Dallas, TX 75201
Phone: (214) 220-2402
Fax: (214) 871-2682

Mott's LLP
c/o Richard W. Ward
2527 Fairmount Street
Dallas, TX 75201
Phone: (214) 220-2402
Fax: (214) 871-2682

Commonwealth Brands, Inc.
c/o Robert J. Brown
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
Phone: (859) 233-2012
Fax: (859) 259-0649

Durham Coca-Cola Bottling Company
c/o Ileana Correa
3214 Hillsborough Road
P.O. Box 2627
Durham, NC 27705
Phone: (919) 383-1531
Fax: (919) 382-8793

| | |
|---|---|
| Lowenstein Sandler PC | Bianchi Macron LLP |
| Attn: Sharon L. Levine, Esq. | Attn: Gerard DiConza |
| 65 Livingston Ave | 390 Old Country Road |
| Roseland, NJ 07068 | Garden City, NY 11530 |
| Phone: (973) 597-2375 | Phone: (516) 408-3030 |
| Fax: (973) 597-2400 | Fax: (516) 408-7917 |
| slevine@lowenstein.com | gerard@bmclaw.com |

**EXHIBIT B**

Wormser, Kiely, Galef & Jacobs LLP
Attn: Janice B. Grubin, Gary R. von Stange
825 Third Avenue   New York, NY 10022
Phone: (212) 687-4900
Fax: (212) 687-5703
jgrubin@wkgj.com; gvonstange@wkgj.com

Icicle Seafoods, Inc.
c/o Mark D. Northrup
Graham & Dunn PC
2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Phone: (206) 624-8300
Fax: (206) 340-9599

R.L. Zeigler Co., Inc.
c/o J. Russell Gibson, III
Phelps, Jenkins, Gibson & Fowler, LLP
1201 Greensboro Avenue
Tuscaloosa, AL 35401
Phone: (205) 345-5100
Fax: (205) 391-6658

Flavor-Pic Tomato Co., Inc.
 And Yakima-Roche Fruit Sales, Inc.
c/o Mary E. Gardner
Keaton's & Associates, P.C.
1278 W. Northwest Hwy., Suite 903
Palatine, IL 60067
Phone: (847) 934-6500
Fax: (847) 934-6508

Matrana's Produce, Inc.
201 Louisiana Street
Westwego, LA 70094
Phone: (504) 341-0940
Fax: (504) 341-0967

King's Food Products
c/o Donald M. Samson
226 West Main Street
Belleville, IL 62220
Phone: (618) 235-2226
Fax: (618) 235-0037

Glazer Wholesale Drug Company of New Orleans, Inc.
Glazer Wholesale Drug Company of Shreveport, Inc.
c/o Robert A. Miller
Prager & Miller, P.C.
14911 Quorum Drive, Suite 320
Dallas, TX 75254
Phone: (972) 661-9211
Fax: (972) 661-9859

Harvard Drug Group, LLC
c/o Stephen E. Glazek
Barris, Sott, Denn & Driker, PLLC
211 West Fort Street, 15th Floor
Detroit, MI 48226-3281
Phone: (313) 596-9305
Fax: (313) 965-2493

Henschel-Steinau, Inc.
c/o Robert P. Shapiro
Shapiro & Croland
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ 07601
Phone: (201) 488-3900
Fax: (201) 488-9481

The Meow Mix Company
c/o Stephen Macchiaverna
400 Plaza Drive, 1st Floor
Secaucus, NJ 07094
Phone: (888) 239-1765
Fax: (201) 866-2018

Johnsville Sausage, LLC
c/o Joy Krugel
P.O. Box 786
Sheboygan, WI 53082-0786
Phone: (920) 459-6812
Fax: (920) 459-8030

The Ben-Arnold Sunbelt Beverage Company of South Carolina, L.P.
c/o Mike Sisk
101 Beverage Boulevard
Ridgeway, SC 29130
Phone: (803) 337-3500
Fax: (803) 337-5310

Reser's Fine Foods, Inc.
c/o Chimene Gowen-Houtsager
15570 S.W. Jenkins Road
Beaverton, OR 97006
Phone: (503) 643-6431
Fax: (503) 526-5735

Supreme Distributors Company
c/o Bruce Krichmar
5400 Broken Sound Blvd. N.W.
Suite 100
Boca Raton, FL 33487
Phone: (800) 337-6838
Fax: (561) 995-2040

Schuster Marketing Corporation
c/o Heidi Schuster
6223 W. Forest Home Ave.
Milwaukee, WI 53220
Phone: (414) 543-2999
Fax: (414) 543-5588

Foster Poultry Farms
c/o Suzanne Koch
P.O. Box 198
Livingston, CA 95334-0198
Phone: (209) 668-6658
Fax:(209) 668-6699

Howard & Howard Attorney's, P.C.
Lisa S. Gretchko
39400 Woodward Ave. Suite 101
Bloomfield Hills, MI 48304
Phone: (248) 723-0396
Fax: (248) 645-1568

Chambers Bottling Company, LLC
Paul Fowler
P.O. Box 2708  2700 Meridian Street
Huntsville, AL 35804
Phone:  (256) 532-4545
Fax: (256) 532-4556

Inteplast Group, Ltd.
C/o Holland & Knight
Attn: Barbra Parlin
195 Broadway
New York, NY 10007
Phone: (212) 513-3200
Fax:(212) 385-9010

Naturally Fresh
Robert C. Dotson
1000 Naturally Fresh Blvd.
Atlanta, GA 30349
Phone: (404) 765-9000
Fax:(404) 765-9016

Southern Pride Catfish d/b/a American Pride Seafoods
David N. Crapo
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 596-4523
Fax:(973) 639-6244