**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.  05-11063 |
| | * | |
| WINN-DIXIE STORES, INC., ET AL. | * | (Jointly Administered) |
| | * | |
| DEBTOR(S) | * | CHAPTER 11 |

**KLEINPETER FARMS DAIRY, L.L.C.'S**
**NOTICE OF DEMAND FOR RECLAMATION**

**PLEASE TAKE NOTICE** that on March 3, 2005, pursuant to 11 U.S.C. §546 and any other applicable provisions of law, Kleinpeter Farms Dairy, L.L.C. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors.  A copy of the written demand is attached hereto.

Dated: March 9, 2005

        Respectfully submitted,

        SCHANEVILLE & BARINGER
        918 Government Street
        Baton Rouge, Louisiana 70802
        Telephone:  (225) 383-9953
        email: dale@sb-lawfirm.com

        By:  s/Dale R. Baringer
           Dale R. Baringer, #2773
           *Attorneys for Kleinpeter Farms Dairy, L.L.C.*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been mailed this day, postage prepaid, to Mr. D. J. Baker, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036; and Ms. Sarah Robinson Borders, King & Spalding, 191 Peachtree Street, Atlanta, GA 30303.

Baton Rouge, Louisiana, this 9thday of March, 2005.

                                                s/Dale R. Baringer
                                                Dale R. Baringer