# SCHANEVILLE & BARINGER
## ATTORNEYS AT LAW
918 GOVERNMENT STREET
BATON ROUGE, LOUISIANA 70802-6032

DAN D. SCHANEVILLE
DALE R. BARINGER†*
BENJAMIN J.B. KLEIN†

TELEPHONE (225)383-9953
FACSIMILE (225)387-3198

†LLM IN TAXATION
*BOARD CERTIFIED TAX ATTORNEY

March 3, 2005

OF COUNSEL
DAVID O. MOONEY

D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 100036

**Copy Via: Facsimile:917-777-2150**

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

RE:   In re: Winn-Dixie Stores, Inc., Chapter 11 Docket #05-11063-rdd; U.S. Bankruptcy Court, Southern District of New York (Manhattan); Our Client: Kleinpeter Farms Dairy, Inc. - Reclamation Claim
Our File:13148

Gentlemen:

We represent Kleinpeter Farms Dairy, LLC. ("Kleinpeter"). Please be advised that within ten (10) days of February 21, 2005, Kleinpeter sold various dairy products (the "Dairy Products") on credit to Winn-Dixie Stores, Inc. and/or one or more of its affiliates (collectively, the "Debtors"). We understand that the Debtors filed for relief pursuant to Chapter 11 of the United States Bankruptcy Code after the close of business on February 21, 2005. The Dairy Products were received by the Debtors at a time when the Debtors were insolvent, and the Dairy Products were sold to the Debtors in the ordinary course of business.

Pursuant to Uniform Commercial Code Section 2-702 (as enacted in the relevant jurisdictions), Louisiana state statutory law and the Louisiana Civil Code (for those stores in Louisiana), and 11 U.S.C. §546, Kleinpeter hereby asserts its right to demand return of all Dairy Products delivered by Kleinpeter to the Debtors within the ten (10) days preceding the close of

**SCHANEVILLE & BARINGER**
ATTORNEYS AT LAW

D. J. Baker, Esq.
Winn-Dixie Stores, Inc.
March 3, 2005
Page 2

business on February 21, 2005, including, without limitation, goods indicated on the summary of invoices attached hereto. Kleinpeter asserts that the total amount of Dairy Products delivered to the Debtors within the ten (10) day period amounts to $30,236.70. These products were delivered to the Winn-Dixie stores identified on the enclosed summary listing of invoices.

This demand is made with full reservation of all of Kleinpeter's rights with respect to its claims against the Debtors. Please contact the undersigned at Community Coffee to discuss the return of the Goods.

Nothing contained in this letter is intended to be a violation of the automatic stay of §362 of the Bankruptcy Code, as we understand this demand is consistent with provisions of §543(c) of the Bankruptcy Code and orders entered in Winn-Dixie's bankruptcy case.

Sincerely,

Dale R. Baringer

DRB\slf
ENC:

cc:   Frank Kleinpeter

G:\Files 2\13148\Letters\Reclamation.wpd