WINN DIXIE #1329
111 VETERANS MEMORIAL BLVD
METAIRIE, LA 70005

55329

WINN DIXIE #1329

55329    01/31/05

| 01/27/2005 | 164174 | (26.03) |
| 01/27/2005 | 164173 | 100.27 |
| 01/31/2005 | 164220 | 99.99 |
| 02/03/2005 | 164275 | 79.43 |
| 02/07/2005 | 164338 | (4.46) |
| 02/07/2005 | 164340 | 59.07 |
| 02/10/2005 | 164399 | 122.75 |
| 02/14/2005 | 164445 | (11.12) |
| 02/14/2005 | 164444 | 54.02 |
| 02/17/2005 | 164508 | (3.30) |
| 02/17/2005 | 164507 | 82.56 |

| | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
| 0.00 | 152.09 | 187.04 | 203.13 |

342.56    342.56

WINN DIXIE #1327
1209 DELAWARE AVE
McCOMB,  MS   3927

WINN DIXIE #1327

| | | |
|---|---|---|
| 01/20/2005 | 151709 | (2.24) |
| 01/20/2005 | 151702 | 98.93 |
| 01/31/2005 | 151837 | (3.03) |
| 01/31/2005 | 151856 | 46.80 |
| 02/01/2005 | 151878 | 84.11 |
| 02/03/2005 | 151917 | (11.26) |
| 02/03/2005 | 151918 | 47.06 |
| 02/07/2005 | 151960 | (9.27) |
| 02/07/2005 | 151959 | 61.61 |
| 02/08/2005 | 151984 | 56.70 |
| 02/10/2005 | 152025 | (8.17) |
| 02/10/2005 | 152024 | 29.49 |
| 02/14/2005 | 152072 | (1.93) |
| 02/14/2005 | 152071 | 26.19 |
| 02/15/2005 | 152092 | (6.78) |
| 02/15/2005 | 152091 | 69.50 |
| 02/17/2005 | 152133 | (9.32) |
| 02/17/2005 | 152132 | 97.90 |
| 02/21/2005 | 152180 | (3.77) |
| 02/21/2005 | 152179 | 31.29 |

| 7 Days | 14 Days | 21 Days |
|---|---|---|
| 82.32 | 118.49 | 104.66 | 179.32 |

382.22

$50.22

WINN DIXIE #1359                    WINN DIXIE #1359

66359          661 WASHINGTON ST              66359    02/21/05
               SLIDELL, LA  70458

| 01/27/2005 | 205814 | (13.06) | 01/27/2005 | 205814 | (13.06) |
| 01/27/2005 | 205813 | 54.38 | 01/27/2005 | 205813 | 54.38 |
| 01/31/2005 | 205867 | (10.42) | 01/31/2005 | 205867 | (10.42) |
| 01/31/2005 | 205868 | 45.17 | 01/31/2005 | 205868 | 45.17 |
| 02/03/2005 | 205923 | (8.46) | 02/03/2005 | 205923 | (8.46) |
| 02/03/2005 | 205927 | 60.92 | 02/03/2005 | 205927 | 60.92 |
| 02/07/2005 | 205977 | (12.66) | 02/07/2005 | 205977 | (12.66) |
| 02/07/2005 | 205976 | 91.07 | 02/07/2005 | 205976 | 91.07 |
| 02/10/2005 | 206027 | (13.60) | 02/10/2005 | 206027 | (13.60) |
| 02/10/2005 | 206026 | 84.92 | 02/10/2005 | 206026 | 84.92 |
| 02/14/2005 | 206081 | (2.98) | 02/14/2005 | 206081 | (2.98) |
| 02/14/2005 | 206080 | 90.74 | 02/14/2005 | 206080 | 90.74 |
| 02/17/2005 | 206139 | (17.59) | 02/17/2005 | 206139 | (17.59) |
| 02/17/2005 | 206138 | 79.22 | 02/17/2005 | 206138 | 79.22 |
| 02/21/2005 | 206191 | (3.03) | 02/21/2005 | 206191 | (3.03) |
| 02/21/2005 | 206190 | 100.99 | 02/21/2005 | 206190 | 100.99 |

|  | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
| 91.98 | 142.12 | 159.71 | 170.53 |

566.29                          566.29

WINN DIXIE #1404
6601 JEFFERSON HWY
HARAHAN, LA  70123

#5404

WINN DIXIE #1404

#5404    02/21/05

| 01/26/2005 | 111335 | (16.26) |
| 01/28/2005 | 111334 | 29.76 |
| 02/01/2005 | 111279 | (17.38) |
| 02/01/2005 | 111278 | 60.36 |
| 02/04/2005 | 111325 | 46.53 |
| 02/08/2005 | 111363 | 50.91 |
| 02/11/2005 | 111408 | (12.91) |
| 02/11/2005 | 111407 | 46.95 |
| 02/15/2005 | 111445 | (3.99) |
| 02/15/2005 | 111444 | 95.94 |
| 02/18/2005 | 111492 | 93.49 |

|  | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
|  | 0.00 | 135.39 | 100.15 | 100.05 |

315.59

425.59

WINN DIXIE #1406
6061 WILLIAMS BLVD
KENNER, LA 70065

65406

WINN DIXIE #1406

#1406    02/21/05

| | | | | | |
|---|---|---|---|---|---|
| 01/28/2005 | 164191 | (17.67) | 01/28/2005 | 164191 | (17.67) |
| 01/28/2005 | 164190 | 72.99 | 01/28/2005 | 164190 | 72.99 |
| 02/01/2005 | 164239 | (11.73) | 02/01/2005 | 164239 | (11.73) |
| 02/01/2005 | 164298 | 65.59 | 02/01/2005 | 164298 | 65.59 |
| 02/04/2005 | 164281 | (6.72) | 02/04/2005 | 164281 | (6.72) |
| 02/04/2005 | 164298 | 39.04 | 02/04/2005 | 164298 | 39.04 |
| 02/09/2005 | 164372 | (21.42) | 02/09/2005 | 164372 | (21.42) |
| 02/09/2005 | 164371 | 105.69 | 02/09/2005 | 164371 | 105.69 |
| 02/11/2005 | 164416 | 65.97 | 02/11/2005 | 164416 | 65.97 |
| 02/15/2005 | 164464 | 58.73 | 02/15/2005 | 164464 | 58.73 |
| 02/18/2005 | 164530 | (8.22) | 02/18/2005 | 164530 | (8.22) |
| 02/18/2005 | 164529 | 120.33 | 02/18/2005 | 164529 | 120.33 |

| 7 Days | 14 Days | 21 Days |
|---|---|---|
| 0.00 | 167.84 | 130.19 | 183.78 |

663.76                               663.76

WINN DIXIE #1409
1901 ST. LOUIS ST.
NEW ORLEANS, LA  70124

WINN DIXIE #1409

65410                                                          65410    02/23/05

| | | | | | |
|---|---|---|---|---|---|
| 02/03/2005 | 111304 | 66.79 | 02/03/2005 | 111304 | 66.79 |
| 02/07/2005 | 111353 | (2.24) | 02/07/2005 | 111353 | (2.24) |
| 02/07/2005 | 111352 | 52.56 | 02/07/2005 | 111352 | 39.65 |
| 02/10/2005 | 111390 | (9.73) | 02/10/2005 | 111390 | (9.73) |
| 02/10/2005 | 111389 | 21.62 | 02/10/2005 | 111389 | 21.62 |
| 02/14/2005 | 111429 | (2.24) | 02/14/2005 | 111429 | (2.24) |
| 02/14/2005 | 111428 | 23.47 | 02/14/2005 | 111428 | 23.47 |
| 02/17/2005 | 111476 | (12.64) | 02/17/2005 | 111476 | (12.64) |
| 02/17/2005 | 111475 | 40.07 | 02/17/2005 | 111475 | 40.07 |
| 02/21/2005 | 111517 | (2.04) | 02/21/2005 | 111517 | (2.04) |
| 02/21/2005 | 111516 | 46.53 | 02/21/2005 | 111516 | 46.53 |

| 7 Days | 14 Days | 21 Days | |
|---|---|---|---|
| 46.53 | 63.80 | 63.01 | 58.79 |

232.43                                           232.43

| 01/27/2005 | 240359 | $10.99 |
| 01/31/2005 | 240393 | (3.99) |
| 01/31/2005 | 240432 | 95.75 |
| 02/02/2005 | 240406 | (5.25) |
| 02/02/2005 | 240408 | 107.98 |
| 02/03/2005 | 240430 | 5.09 |
| 02/03/2005 | 240429 | 229.88 |
| 02/07/2005 | 240477 | (12.17) |
| 02/07/2005 | 240476 | 59.27 |
| 02/08/2005 | 240512 | (6.47) |
| 02/08/2005 | 240511 | 52.60 |
| 02/09/2005 | 240523 | (3.11) |
| 02/09/2005 | 240527 | 42.56 |
| 02/10/2005 | 240555 | 222.32 |
| 02/13/2005 | 240605 | (12.97) |
| 02/14/2005 | 240604 | 119.20 |
| 02/16/2005 | 240658 | (4.02) |
| 02/16/2005 | 240657 | 59.74 |
| 02/17/2005 | 240682 | 254.66 |
| 02/21/2005 | 240734 | (20.47) |
| 02/21/2005 | 240733 | 95.66 |

|        | 7 Days | 14 Days | 21 Days |
|--------|--------|---------|---------|
| 68.19  | 118.61 | 249.02  | 902.12  |

1,461.96

WINN DIXIE #1446
719 N CRUSEWAY BLVD
MANDEVILLE, LA 70448

65446

WINN DIXIE #1446

65446    02/21/05

| Date | Number | Amount |
|------|--------|--------|
| 01/28/2005 | 062118 | 276.22 |
| 01/31/2005 | 062141 | 151.71 |
| 02/02/2005 | 062173 | 136.61 |
| 02/04/2005 | 062214 | 126.21 |
| 02/07/2005 | 062240 | (22.65) |
| 02/07/2005 | 062239 | 93.17 |
| 02/09/2005 | 062270 | (11.12) |
| 02/09/2005 | 062269 | 142.99 |
| 02/11/2005 | 062311 | (3.90) |
| 02/11/2005 | 062310 | 272.71 |
| 02/14/2005 | 062335 | 133.60 |
| 02/16/2005 | 062373 | (24.02) |
| 02/16/2005 | 062372 | 179.36 |
| 02/18/2005 | 062409 | 190.64 |
| 02/21/2005 | 062434 | (33.70) |
| 02/21/2005 | 062433 | 130.99 |

| 7 Days | 14 Days | 21 Days | |
|--------|---------|---------|--|
| 95.16 | 472.60 | 471.21 | 710.42 |

4,305.80

4,305.80

WINN DIXIE #1449
HWY 25 & HWY 190
COVINGTON, LA 70433

65449

WINN DIXIE #1449

65448    02/21/05

| | | |
|---|---|---|
| 01/27/2005 | 062082 | (1.11) |
| 01/27/2005 | 062082 | 194.06 |
| 01/31/2005 | 062128 | (9.06) |
| 01/31/2005 | 062129 | 120.12 |
| 02/03/2005 | 062131 | (16.16) |
| 02/03/2005 | 062180 | 186.96 |
| 02/07/2005 | 062224 | (10.76) |
| 02/07/2005 | 062223 | 161.05 |
| 02/10/2005 | 062278 | 284.57 |
| 02/14/2005 | 062321 | (10.46) |
| 02/14/2005 | 062320 | 120.12 |
| 02/17/2005 | 062381 | (5.30) |
| 02/17/2005 | 062380 | 161.14 |
| 02/21/2005 | 062420 | 134.29 |

| | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
| 134.29 | 289.04 | 381.90 | 464.00 |

1,269.32

WINN DIXIE #1449
304 N OAK ST
ABBIE, LA 70422

WINN DIXIE #1449

65449        02/21/05

| 01/28/2005 | 307736 | 464.37 |
| 01/31/2005 | 307769 | 259.46 |
| 02/02/2005 | 307809 | (6.30) |
| 02/02/2005 | 307802 | 223.61 |
| 02/04/2005 | 307831 | 430.76 |
| 02/07/2005 | 307859 | 247.49 |
| 02/09/2005 | 307896 | 283.41 |
| 02/11/2005 | 307925 | 433.01 |
| 02/14/2005 | 307951 | 275.32 |
| 02/15/2005 | 307967 | 5.50 |
| 02/16/2005 | 307996 | 291.80 |
| 02/18/2005 | 308026 | (6.06) |
| 02/18/2005 | 308025 | 430.02 |
| 02/21/2005 | 308054 | 232.90 |

| 7 Days | 14 Days | 21 Days |
|---|---|---|
| 232.90 | 999.93 | 960.65 | 1,491.42 |

2,684.95                    2,684.95

WINN DIXIE #1452
9000 GREENWELL SPRINGS RD
BR, LA 70814

WINN DIXIE #1452

65453    04/21/05

| | | | | | |
|---|---|---|---|---|---|
| 01/27/2005 | 080524 | 212.81 | 01/27/2005 | 080524 | 212.81 |
| 01/28/2005 | 080527 | 109.89 | 01/28/2005 | 080527 | 109.89 |
| 01/31/2005 | 080575 | 19.24 | 01/31/2005 | 080575 | 19.24 |
| 02/01/2005 | 080604 | (11.00) | 02/01/2005 | 080604 | (11.00) |
| 02/01/2005 | 080603 | 42.20 | 02/01/2005 | 080603 | 42.20 |
| 02/02/2005 | 080645 | 139.79 | 02/02/2005 | 080645 | 139.79 |
| 02/04/2005 | 080670 | (12.79) | 02/04/2005 | 080670 | (12.79) |
| 02/04/2005 | 080669 | 139.20 | 02/04/2005 | 080669 | 139.20 |
| 02/07/2005 | 080692 | (6.47) | 02/07/2005 | 080692 | (6.47) |
| 02/07/2005 | 080691 | 18.80 | 02/07/2005 | 080691 | 18.80 |
| 02/08/2005 | 080715 | (24.12) | 02/08/2005 | 080715 | (24.12) |
| 02/08/2005 | 080714 | 47.90 | 02/08/2005 | 080714 | 47.90 |
| 02/10/2005 | 080771 | (5.96) | 02/10/2005 | 080771 | (5.96) |
| 02/10/2005 | 080770 | 101.58 | 02/10/2005 | 080770 | 101.58 |
| 02/11/2005 | 080789 | 150.58 | 02/11/2005 | 080789 | 150.58 |
| 02/14/2005 | 080827 | 39.16 | 02/14/2005 | 080827 | 39.16 |
| 02/15/2005 | 080841 | (17.94) | 02/15/2005 | 080841 | (17.94) |
| 02/15/2005 | 080840 | 96.66 | 02/15/2005 | 080840 | 96.66 |
| 02/17/2005 | 080898 | 92.12 | 02/17/2005 | 080898 | 92.12 |
| 02/18/2005 | 080922 | (6.00) | 02/18/2005 | 080922 | (6.00) |
| 02/18/2005 | 080923 | 26.40 | 02/18/2005 | 080923 | 26.40 |
| 02/18/2005 | 080921 | 209.29 | 02/18/2005 | 080921 | 209.29 |
| 02/21/2005 | 080958 | 36.60 | 02/21/2005 | 080958 | 36.60 |

| 7 Days | 14 Days | 21 Days | |
|---|---|---|---|
| 96.66 | 439.68 | 312.87 | 593.75 |

1,442.46

1,442.46

WINN DIXIE #1464
4533 SHERMAN DR
BR, LA 70806

85454

WINN DIXIE #1464

85454    02/21/05

| | | |
|---|---|---|
| 01/27/2005 | 052079 | 504.43 |
| 01/31/2005 | 052111 | 604.06 |
| 02/02/2005 | 052130 | (9.51) |
| 02/02/2005 | 052149 | 270.09 |
| 02/03/2005 | 052166 | 645.26 |
| 02/07/2005 | 052193 | 27.00 |
| 02/08/2005 | 052211 | 197.71 |
| 02/09/2005 | 052219 | (2.99) |
| 02/09/2005 | 052218 | 250.47 |
| 02/10/2005 | 052235 | 680.52 |
| 02/14/2005 | 052274 | 294.12 |
| 02/15/2005 | 052291 | 28.43 |
| 02/16/2005 | 052311 | (8.40) |
| 02/16/2005 | 052312 | 42.94 |
| 02/16/2005 | 052310 | 194.05 |
| 02/17/2005 | 052329 | 505.46 |
| 02/18/2005 | 052341 | 24.90 |
| 02/21/2005 | 052368 | 205.19 |

7 Days        14 Days        21 Days

205.19        1,131.43        1,096.71        1,858.10

4,235.13        4,451.00

WINN DIXIE #1458                          WINN DIXIE #1458

65458              4050 FRANK RD
                   FR, LA 70805                    65458    02/21/05


01/26/2005        183919        156.89       01/26/2005    183919    156.89
01/31/2005        182945       (10.99)       01/31/2005    182945   (10.99)
01/31/2005        182945        113.61       01/31/2005    182945    113.61
02/02/2005        182999         25.52       02/02/2005    182999     25.52
02/04/2005        183055        (5.78)       02/04/2005    183055    (5.78)
02/04/2005        183054        191.19       02/04/2005    183054    191.19
02/07/2005        183081        (2.02)       02/07/2005    183081    (2.02)
02/07/2005        183080        114.00       02/07/2005    183080    114.00
02/09/2005        183140        117.04       02/09/2005    183140    117.04
02/11/2005        183205        (0.82)       02/11/2005    183205    (0.82)
02/11/2005        183205        153.60       02/11/2005    183205    153.60
02/14/2005        183231        (2.30)       02/14/2005    183231    (2.30)
02/14/2005        183230        128.31       02/14/2005    183230    128.31
02/16/2005        183292        (0.44)       02/16/2005    183292    (0.44)
02/16/2005        183292        103.72       02/16/2005    183292    103.72
02/18/2005        183355        177.84       02/18/2005    183355    177.84
02/21/2005        183382        (1.12)       02/21/2005    183382    (1.12)
02/21/2005        183381        118.77       02/21/2005    183381    118.77


              7 Days        14 Days        21 Days
114.65        328.13        284.99        596.10


                              1,323.76                        1,323.76

WINN DIXIE #1461
0601 STEWEN LN
BR, LA 70810

WINN DIXIE #1461

58461

58461   02/21/05

| 01/27/2005 | 052086 | 147.43 |
| 01/31/2005 | 052139 | 188.11 |
| 02/02/2005 | 052156 | (10.90) |
| 02/03/2005 | 052157 | 59.90 |
| 02/03/2005 | 052171 | 413.03 |
| 02/07/2005 | 052203 | (11.72) |
| 02/07/2005 | 052202 | 110.93 |
| 02/08/2005 | 052214 | 187.89 |
| 02/09/2005 | 052224 | 127.00 |
| 02/10/2005 | 052241 | 305.07 |
| 02/14/2005 | 052280 | 222.70 |
| 02/15/2005 | 052287 | 32.80 |
| 02/16/2005 | 052320 | 58.03 |
| 02/17/2005 | 052334 | 71.80 |
| 02/18/2005 | 052358 | 604.00 |
| 02/21/2005 | 052378 | 122.07 |

| 01/27/2005 | 052086 | 147.43 |
| 01/31/2005 | 052139 | 188.11 |
| 02/02/2005 | 052156 | (10.90) |
| 02/03/2005 | 052157 | 59.90 |
| 02/03/2005 | 052171 | 413.03 |
| 02/07/2005 | 052203 | (11.72) |
| 02/07/2005 | 052202 | 110.93 |
| 02/08/2005 | 052214 | 187.89 |
| 02/09/2005 | 052224 | 127.00 |
| 02/10/2005 | 052241 | 305.07 |
| 02/14/2005 | 052280 | 222.70 |
| 02/15/2005 | 052287 | 32.80 |
| 02/16/2005 | 052320 | 58.03 |
| 02/17/2005 | 052334 | 71.80 |
| 02/18/2005 | 052358 | 604.00 |
| 02/21/2005 | 052378 | 122.07 |

| 7 Days | 14 Days | 21 Days |
|---|---|---|
| 122.07 | 800.89 | 808.77 | 1,094.64 |

2,835.37                                        2,835.37

WINN DIXIE #1463
1802 HWY 3125
GRAMMERCY, LA 70052

WINN DIXIE #1463

55463

55463    02/21/05

| | | | | | |
|---|---|---|---|---|---|
| 01/27/2005 | 252296 | 154.34 | 01/27/2005 | 252296 | 154.34 |
| 01/31/2005 | 252382 | 29.76 | 01/31/2005 | 252382 | 29.76 |
| 02/02/2005 | 252333 | (6.63) | 02/02/2005 | 252333 | (6.63) |
| 02/02/2005 | 252335 | 15.76 | 02/02/2005 | 252335 | 15.76 |
| 02/03/2005 | 252369 | (5.85) | 02/03/2005 | 252369 | (5.85) |
| 02/03/2005 | 252382 | 132.68 | 02/03/2005 | 252382 | 132.68 |
| 02/07/2005 | 252417 | (3.24) | 02/07/2005 | 252417 | (3.24) |
| 02/07/2005 | 252416 | 24.17 | 02/07/2005 | 252416 | 24.17 |
| 02/09/2005 | 252463 | (2.96) | 02/09/2005 | 252463 | (2.96) |
| 02/09/2005 | 252462 | 20.55 | 02/09/2005 | 252462 | 20.55 |
| 02/10/2005 | 252482 | 159.00 | 02/10/2005 | 252482 | 159.00 |
| 02/14/2005 | 252543 | (1.05) | 02/14/2005 | 252543 | (1.05) |
| 02/14/2005 | 252544 | 4.48 | 02/14/2005 | 252544 | 4.48 |
| 02/14/2005 | 252542 | 81.22 | 02/14/2005 | 252542 | 81.22 |
| 02/17/2005 | 252619 | (1.99) | 02/17/2005 | 252619 | (1.99) |
| 02/17/2005 | 252620 | (1.99) | 02/17/2005 | 252620 | (1.99) |
| 02/17/2005 | 252618 | 154.74 | 02/17/2005 | 252618 | 154.74 |

| 7 Days | 14 Days | 21 Days |
|---|---|---|
| 0.00 | 324.63 | 391.98 | 267.56 |

669.24    669.24

WINN DIXIE #1466
290 MAIN ST
#5466                    BAKER, LA  70714

WINN DIXIE #1466

#5466     02/20/05

| 01/28/2005 | 182210 | (3.03) |
| 01/28/2005 | 182909 | 181.09 |
| 01/31/2005 | 182943 | 111.73 |
| 02/02/2005 | 182999 | 80.57 |
| 02/04/2005 | 183058 | (21.32) |
| 02/04/2005 | 183060 | 19.77 |
| 02/04/2005 | 183057 | 163.00 |
| 02/07/2005 | 183072 | (13.96) |
| 02/07/2005 | 183071 | 64.88 |
| 02/09/2005 | 183142 | 52.17 |
| 02/11/2005 | 183196 | (13.23) |
| 02/11/2005 | 183195 | 174.65 |
| 02/14/2005 | 183224 | 44.35 |
| 02/16/2005 | 183282 | (5.14) |
| 02/16/2005 | 183281 | 73.19 |
| 02/18/2005 | 183346 | (1.10) |
| 02/18/2005 | 183345 | 48.60 |
| 02/21/2005 | 183376 | (2.03) |
| 02/21/2005 | 183375 | 104.95 |

| 01/28/2005 | 182210 | (3.03) |
| 01/28/2005 | 182909 | 181.09 |
| 01/31/2005 | 182943 | 111.73 |
| 02/02/2005 | 182999 | 80.57 |
| 02/04/2005 | 183058 | (21.32) |
| 02/04/2005 | 183060 | 19.77 |
| 02/04/2005 | 183057 | 163.00 |
| 02/07/2005 | 183072 | (13.96) |
| 02/07/2005 | 183071 | 64.88 |
| 02/09/2005 | 183142 | 52.17 |
| 02/11/2005 | 183196 | (13.23) |
| 02/11/2005 | 183195 | 174.65 |
| 02/14/2005 | 183224 | 44.35 |
| 02/16/2005 | 183282 | (5.14) |
| 02/16/2005 | 183281 | 73.19 |
| 02/18/2005 | 183346 | (1.10) |
| 02/18/2005 | 183345 | 48.60 |
| 02/21/2005 | 183376 | (2.03) |
| 02/21/2005 | 183375 | 104.95 |

| 7 Days | 14 Days | 21 Days |
|--------|---------|---------|
| 102.93 | 369.62 | 237.40 | 301.22 |

1,141.32

1,141.32

WINN DIXIE #1467
OLD HAMMOND HWY & FLANNERY          WINN DIXIE #1467
66467          BR, LA 70819          66467    02/21/05

| 01/28/2005 | 099582 | 343.13 | 01/28/2005 | 099582 | 343.13 |
| 01/31/2005 | 099587 | 240.75 | 01/31/2005 | 099587 | 240.75 |
| 02/02/2005 | 099630 | 200.23 | 02/02/2005 | 099630 | 200.23 |
| 02/04/2005 | 099660 | 370.50 | 02/04/2005 | 099660 | 370.50 |
| 02/07/2005 | 099678 | 558.44 | 02/07/2005 | 099678 | 558.44 |
| 02/08/2005 | 099694 | 11.94 | 02/08/2005 | 099694 | 11.94 |
| 02/09/2005 | 099710 | 204.23 | 02/09/2005 | 099710 | 204.23 |
| 02/10/2005 | 099727 | 44.57 | 02/10/2005 | 099727 | 44.57 |
| 02/11/2005 | 099744 | 330.44 | 02/11/2005 | 099744 | 330.44 |
| 02/14/2005 | 099760 | 317.69 | 02/14/2005 | 099760 | 317.69 |
| 02/16/2005 | 099794 | 255.71 | 02/16/2005 | 099794 | 255.71 |
| 02/18/2005 | 099822 | 263.95 | 02/18/2005 | 099822 | 263.95 |
| 02/21/2005 | 099840 | (3.94) | 02/21/2005 | 099840 | (3.94) |
| 02/23/2005 | 099839 | 024.72 | 02/23/2005 | 099839 | 024.72 |

|  | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
| 215.72 | 942.24 | 859.65 | 1,334.61 |

7,853.38          2,853.38

WINN DIXIE #1468
WILL ST CHARGES
HOUMA, LA 70360

65468

WINN DIXIE #1468

65468    02/21/05

| 02/01/2005 | 280236 | (8.19) |
| 02/01/2005 | 280235 | 20.08 |
| 02/14/2005 | 280395 | 25.01 |
| 02/15/2005 | 280442 | (4.90) |
| 02/15/2005 | 280441 | 15.32 |
| 02/18/2005 | 280494 | 2.40 |

| 02/01/2005 | 280236 | (8.19) |
| 02/01/2005 | 280235 | 20.08 |
| 02/14/2005 | 280395 | 25.01 |
| 02/15/2005 | 280442 | (4.90) |
| 02/15/2005 | 280441 | 15.32 |
| 02/18/2005 | 280494 | 2.40 |

| 7 Days | 14 Days | 21 Days |
| --- | --- | --- |
| 0.00 | 42.01 | 0.00 | 21.39 |

35.80    53.90

WINN DIXIE #1469
1010 PROSPECT ST
HOUMA, LA  70364

65469

WINN DIXIE #1469

65469   02/21/05

| 02/01/2005 | 280227 | (25.27) |
| 02/01/2005 | 280228 | 6.64 |
| 02/01/2005 | 280226 | 11.94 |
| 02/04/2005 | 280290 | 11.37 |
| 02/11/2005 | 280285 | 9.27 |
| 02/15/2005 | 280429 | (17.94) |
| 02/15/2005 | 280428 | 30.71 |

| 02/01/2005 | 280227 | (25.27) |
| 02/01/2005 | 280228 | 6.64 |
| 02/01/2005 | 280226 | 11.94 |
| 02/04/2005 | 280290 | 11.37 |
| 02/11/2005 | 280285 | 9.27 |
| 02/15/2005 | 280429 | (17.94) |
| 02/15/2005 | 280428 | 30.71 |

|  | 7 Days | 14 Days | 21 Days |
| --- | --- | --- | --- |
| 0.00 | 19.97 | 9.27 | 4.68 |

25.92

16.32

WINN DIXIE #1500
4100 HWY 59
MANDEVILLE.  LA  70471

85500

WINN DIXIE #1500

85500    02/21/05

| | | |
|---|---|---|
| 11/25/2004 | 204960 | 222.51 |
| 01/27/2005 | 205821 | (14.95) |
| 01/27/2005 | 205830 | 219.78 |
| 01/31/2005 | 205874 | (22.12) |
| 01/31/2005 | 205875 | 113.92 |
| 02/03/2005 | 205920 | (10.00) |
| 02/03/2005 | 205929 | 206.56 |
| 02/07/2005 | 205981 | (21.10) |
| 02/07/2005 | 205980 | 106.45 |
| 02/11/2005 | 206038 | (9.29) |
| 02/11/2005 | 206037 | 221.28 |
| 02/14/2005 | 206069 | (16.99) |
| 02/14/2005 | 206068 | 139.01 |
| 02/17/2005 | 206143 | (5.50) |
| 02/17/2005 | 206144 | 210.99 |
| 02/21/2005 | 206199 | (50.09) |
| 02/21/2005 | 206198 | 170.81 |

| 7 Days | 14 Days | 21 Days | |
|---|---|---|---|
| 120.92 | 928.02 | 247.25 | 709.91 |

1,925.20

1,938.80

WINN DIXIE #1501
751 WASHINGTON ST
FRANKLINTON, LA  70438

#5501

WINN DIXIE #1501

#5501    02/11/05

| 01/28/2005 | 151849 | 213.55 |
| 02/01/2005 | 151892 | 184.55 |
| 02/02/2005 | 151907 | 108.78 |
| 02/04/2005 | 151958 | 290.52 |
| 02/08/2005 | 151987 | 148.23 |
| 02/09/2005 | 152019 | 127.64 |
| 02/11/2005 | 152080 | 214.75 |
| 02/15/2005 | 152095 | 126.80 |
| 02/16/2005 | 152122 | (1.99) |
| 02/16/2005 | 152121 | 120.59 |
| 02/18/2005 | 152170 | 172.41 |

| 01/28/2005 | 151849 | 213.55 |
| 02/01/2005 | 151892 | 184.55 |
| 02/02/2005 | 151907 | 108.78 |
| 02/04/2005 | 151958 | 290.52 |
| 02/08/2005 | 151987 | 148.23 |
| 02/09/2005 | 152019 | 127.64 |
| 02/11/2005 | 152080 | 214.75 |
| 02/15/2005 | 152095 | 126.80 |
| 02/16/2005 | 152122 | (1.99) |
| 02/16/2005 | 152121 | 120.59 |
| 02/18/2005 | 152170 | 172.41 |

| | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
| 0.00 | 423.01 | 490.77 | 713.71 |

1,330.79

1,330.79

WINN DIXIE #1507
2985 GAUSE BLVD
SLIDELL, LA  70461

55502

WINN DIXIE #1507

55502    02/21/05

| | | |
|---|---|---|
| 01/27/2005 | 205810 | (1.12) |
| 01/27/2005 | 205809 | 55.69 |
| 01/31/2005 | 205862 | 90.84 |
| 02/03/2005 | 205924 | (12.96) |
| 02/03/2005 | 205923 | 65.43 |
| 02/07/2005 | 205973 | (3.39) |
| 02/07/2005 | 205972 | 23.70 |
| 02/10/2005 | 206023 | (21.12) |
| 02/10/2005 | 206022 | 101.43 |
| 02/14/2005 | 206076 | (11.94) |
| 02/14/2005 | 206077 | 73.69 |
| 02/17/2005 | 206135 | (32.91) |
| 02/17/2005 | 206134 | 94.32 |
| 02/21/2005 | 206186 | (12.56) |
| 02/21/2005 | 206185 | 31.12 |

| | | |
|---|---|---|
| 01/27/2005 | 205810 | (1.12) |
| 01/27/2005 | 205809 | 55.69 |
| 01/31/2005 | 205862 | 90.84 |
| 02/03/2005 | 205924 | (12.96) |
| 02/03/2005 | 205923 | 65.43 |
| 02/07/2005 | 205973 | (3.39) |
| 02/07/2005 | 205972 | 23.70 |
| 02/10/2005 | 206023 | (21.12) |
| 02/10/2005 | 206022 | 101.43 |
| 02/14/2005 | 206076 | (11.94) |
| 02/14/2005 | 206077 | 73.69 |
| 02/17/2005 | 206135 | (32.91) |
| 02/17/2005 | 206134 | 94.32 |
| 02/21/2005 | 206186 | (12.56) |
| 02/21/2005 | 206185 | 31.12 |

| 7 Days | 14 Days | 21 Days | |
|---|---|---|---|
| 77.56 | 122.16 | 176.82 | 192.78 |

569.12

569.12

WINN DIXIE #1504
3030 PONCHARTRAIN DR
SLIDELL, LA 70458

65504

WINN DIXIE #1504

65504    02/21/05

| Date | Number | Amount |
|------|--------|--------|
| 01/27/2005 | 205806 | (13.56) |
| 01/27/2005 | 205805 | 56.98 |
| 01/28/2005 | 205931 | (6.70) |
| 01/28/2005 | 205930 | 92.01 |
| 01/31/2005 | 205857 | (3.22) |
| 01/31/2005 | 205858 | 88.69 |
| 02/01/2005 | 205884 | 59.02 |
| 02/02/2005 | 205905 | (13.93) |
| 02/02/2005 | 205904 | 48.16 |
| 02/03/2005 | 205916 | (6.98) |
| 02/03/2005 | 205917 | 94.94 |
| 02/04/2005 | 205940 | 27.23 |
| 02/07/2005 | 205966 | (33.51) |
| 02/07/2005 | 205965 | 110.96 |
| 02/08/2005 | 205994 | 97.87 |
| 02/09/2005 | 206001 | 51.94 |
| 02/10/2005 | 206015 | (11.94) |
| 02/10/2005 | 206014 | 76.55 |
| 02/11/2005 | 206045 | 59.69 |
| 02/14/2005 | 206071 | (15.85) |
| 02/14/2005 | 206070 | 75.46 |
| 02/15/2005 | 206120 | (25.76) |
| 02/16/2005 | 206119 | 117.03 |
| 02/17/2005 | 206132 | 49.29 |
| 02/18/2005 | 206156 | 76.96 |
| 02/21/2005 | 206180 | 101.25 |

|  | 7 Days | 14 Days | 21 Days |
|--|--------|---------|---------|
| 101.25 | 253.24 | 402.95 | 422.06 |

1,210.20

1,210.20

WINN DIXIE #1527
2400 TOWN & COUNTRY
HAMMOND, LA  70401

65537

WINN DIXIE #1527

65537    02/21/05

| | | |
|---|---|---|
| 01/28/2005 | 014549 | (10.96) |
| 01/28/2005 | 014542 | 195.89 |
| 01/31/2005 | 014520 | 183.77 |
| 02/02/2005 | 014649 | (5.97) |
| 02/02/2005 | 014646 | 180.74 |
| 02/04/2005 | 014711 | 224.94 |
| 02/07/2005 | 014747 | 211.54 |
| 02/09/2005 | 014792 | 105.04 |
| 02/11/2005 | 014849 | (3.96) |
| 02/11/2005 | 014848 | 892.58 |
| 02/14/2005 | 014896 | (1.99) |
| 02/14/2005 | 014895 | 1.99 |
| 02/14/2005 | 014894 | 205.08 |
| 02/15/2005 | 014947 | (5.97) |
| 02/15/2005 | 014946 | 96.45 |
| 02/18/2005 | 015002 | (5.97) |
| 02/18/2005 | 015001 | 243.95 |
| 02/21/2005 | 015047 | (1.12) |
| 02/21/2005 | 015046 | 232.78 |

| | | |
|---|---|---|
| 01/28/2005 | 014549 | (10.96) |
| 01/28/2005 | 014542 | 195.89 |
| 01/31/2005 | 014520 | 183.77 |
| 02/02/2005 | 014649 | (5.97) |
| 02/02/2005 | 014646 | 180.74 |
| 02/04/2005 | 014711 | 224.94 |
| 02/07/2005 | 014747 | 211.54 |
| 02/09/2005 | 014792 | 105.04 |
| 02/11/2005 | 014849 | (3.96) |
| 02/11/2005 | 014848 | 892.58 |
| 02/14/2005 | 014896 | (1.99) |
| 02/14/2005 | 014895 | 1.99 |
| 02/14/2005 | 014894 | 205.08 |
| 02/15/2005 | 014947 | (5.97) |
| 02/15/2005 | 014946 | 96.45 |
| 02/18/2005 | 015002 | (5.97) |
| 02/18/2005 | 015001 | 243.95 |
| 02/21/2005 | 015047 | (1.12) |
| 02/21/2005 | 015046 | 232.78 |

| | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
| 241.66 | 513.54 | 545.18 | 770.28 |

2,070.76

2,070.76

WINN DIXIE #1540
145 BERRYLAND
PONCHATOULA, LA  70454

65540

WINN DIXIE #1540

65540）   02/21/05

| Date | Number | Amount |
|------|--------|--------|
| 01/28/2005 | 312451 | (2.95) |
| 01/28/2005 | 312452 | 3.74 |
| 01/28/2005 | 312450 | 210.58 |
| 01/31/2005 | 312482 | (2.99) |
| 01/31/2005 | 312481 | 94.13 |
| 02/01/2005 | 312517 | 99.05 |
| 02/02/2005 | 312544 | (7.98) |
| 02/02/2005 | 312543 | 142.52 |
| 02/04/2005 | 312600 | (11.57) |
| 02/04/2005 | 312602 | (9.55) |
| 02/05/2005 | 312601 | 133.28 |
| 02/07/2005 | 312625 | (10.17) |
| 02/07/2005 | 312626 | 61.23 |
| 02/09/2005 | 312676 | (2.99) |
| 02/09/2005 | 312677 | 127.12 |
| 02/11/2005 | 312740 | 313.22 |
| 02/14/2005 | 312763 | 71.10 |
| 02/15/2005 | 312782 | (7.37) |
| 02/15/2005 | 312781 | 90.30 |
| 02/16/2005 | 312819 | 118.92 |
| 02/18/2005 | 312866 | 205.12 |
| 02/21/2005 | 312901 | 167.86 |

| Date | Number | Amount |
|------|--------|--------|
| 01/28/2005 | 312451 | (2.95) |
| 01/28/2005 | 312452 | 3.74 |
| 01/28/2005 | 312450 | 210.58 |
| 01/31/2005 | 312482 | (2.99) |
| 01/31/2005 | 312481 | 94.13 |
| 02/01/2005 | 312517 | 99.05 |
| 02/02/2005 | 312544 | (7.98) |
| 02/02/2005 | 312543 | 142.52 |
| 02/04/2005 | 312600 | (11.57) |
| 02/04/2005 | 312602 | (9.55) |
| 02/05/2005 | 312601 | 133.28 |
| 02/07/2005 | 312625 | (10.17) |
| 02/07/2005 | 312626 | 61.23 |
| 02/09/2005 | 312676 | (2.99) |
| 02/09/2005 | 312677 | 127.12 |
| 02/11/2005 | 312740 | 313.22 |
| 02/14/2005 | 312763 | 71.10 |
| 02/15/2005 | 312782 | (7.37) |
| 02/15/2005 | 312781 | 90.30 |
| 02/16/2005 | 312819 | 118.92 |
| 02/17/2005 | 312866 | 205.12 |
| 02/21/2005 | 312901 | 167.86 |

| 7 Days | 14 Days | 21 Days |
|--------|---------|---------|
| 167.86 | 427.97 | 493.08 | 861.98 |

1,750.89                    1,750.89

WINN DIXIE #1556
975 N CANAL BLVD
THIBODAUX, LA 70301

55556

WINN DIXIE #1556

55556    02/21/05

| 01/27/2005 | 280161 | (16.92) |
| 01/27/2005 | 280160 | 16.98 |
| 02/04/2005 | 280302 | (31.12) |
| 02/04/2005 | 280301 | 35.04 |
| 02/10/2005 | 280352 | (28.51) |
| 02/10/2005 | 280351 | 35.08 |
| 02/14/2005 | 280401 | (9.61) |
| 02/14/2005 | 280400 | 18.98 |
| 02/17/2005 | 280470 | 23.76 |
| 02/21/2005 | 280512 | 9.70 |

| 01/27/2005 | 280161 | (16.92) |
| 01/27/2005 | 280160 | 16.98 |
| 02/04/2005 | 280302 | (31.12) |
| 02/04/2005 | 280301 | 35.04 |
| 02/10/2005 | 280352 | (28.51) |
| 02/10/2005 | 280351 | 35.08 |
| 02/14/2005 | 280401 | (9.61) |
| 02/14/2005 | 280400 | 18.98 |
| 02/17/2005 | 280470 | 23.76 |
| 02/21/2005 | 280512 | 9.70 |

| 7 Days | 14 Days | 21 Days |
|---|---|---|
| 9.70 | 32.13 | 8.57 | 1.99 |

52.39

52.39

WINN DIXIE #1572

WINN DIXIE #1572

65572

417 HOSPITAL RD
NEW ROADS, LA  70760

65572    02/31/05

| 01/27/2005 | 230499 | 97.12 | | 01/27/2005 | 230499 | 97.12 |
| 01/28/2005 | 230525 | (27.58) | | 01/28/2005 | 230525 | (27.58) |
| 01/28/2005 | 230524 | 455.84 | | 01/28/2005 | 230524 | 455.84 |
| 02/01/2005 | 230588 | (25.53) | | 02/01/2005 | 230588 | (25.53) |
| 02/01/2005 | 230587 | 473.99 | | 02/01/2005 | 230587 | 473.99 |
| 02/04/2005 | 230656 | (28.05) | | 02/04/2005 | 230656 | (28.05) |
| 02/04/2005 | 230655 | 466.48 | | 02/04/2005 | 230655 | 466.48 |
| 02/07/2005 | 230691 | 206.74 | | 02/07/2005 | 230691 | 206.74 |
| 02/08/2005 | 230711 | (5.95) | | 02/08/2005 | 230711 | (5.95) |
| 02/08/2005 | 230710 | 441.72 | | 02/08/2005 | 230710 | 441.72 |
| 02/10/2005 | 230748 | (40.18) | | 02/10/2005 | 230748 | (40.10) |
| 02/11/2005 | 230775 | (5.29) | | 02/11/2005 | 230775 | (5.29) |
| 02/11/2005 | 230777 | 12.12 | | 02/11/2005 | 230777 | 12.12 |
| 02/11/2005 | 230776 | 392.67 | | 02/11/2005 | 230776 | 392.67 |
| 02/16/2005 | 230860 | (9.27) | | 02/16/2005 | 230860 | (9.27) |
| 02/16/2005 | 230861 | 441.42 | | 02/16/2005 | 230861 | 441.42 |
| 02/17/2005 | 230907 | (18.03) | | 02/17/2005 | 230907 | (18.03) |
| 02/18/2005 | 230908 | 387.01 | | 02/18/2005 | 230908 | 387.01 |

| | 7 Days | 14 Days | 21 Days |
| 0.00 | 801.13 | 1,060.84 | 1,499.05 |

3,334.02

3,334.02

WINN DIXIE #1576
10974 JOOR RD
BR, LA 70818

WINN DIXIE #1576

55576    02/21/05

55576

| | | |
|---|---|---|
| 01/27/2005 | 275991 | (4.93) |
| 01/27/2005 | 275990 | 581.46 |
| 01/31/2005 | 276032 | (4.69) |
| 01/31/2005 | 276032 | 313.57 |
| 02/01/2005 | 276053 | 86.33 |
| 02/02/2005 | 276070 | 195.93 |
| 02/03/2005 | 276084 | 622.87 |
| 02/04/2005 | 276109 | (9.99) |
| 02/07/2005 | 276124 | 243.60 |
| 02/08/2005 | 276139 | 19.18 |
| 02/10/2005 | 276165 | (17.55) |
| 02/10/2005 | 276165 | 604.84 |
| 02/14/2005 | 276208 | 405.24 |
| 02/15/2005 | 276226 | (10.76) |
| 02/17/2005 | 276257 | (8.42) |
| 02/17/2005 | 276256 | 630.23 |
| 02/21/2005 | 276295 | (6.76) |
| 02/21/2005 | 276294 | 902.12 |

| | | |
|---|---|---|
| 01/27/2005 | 275991 | (4.93) |
| 01/27/2005 | 275990 | 581.46 |
| 01/31/2005 | 276032 | (4.69) |
| 01/31/2005 | 276032 | 313.57 |
| 02/01/2005 | 276053 | 86.33 |
| 02/02/2005 | 276070 | 195.93 |
| 02/03/2005 | 276084 | 622.87 |
| 02/04/2005 | 276109 | (9.99) |
| 02/07/2005 | 276124 | 243.60 |
| 02/08/2005 | 276139 | 19.18 |
| 02/10/2005 | 276165 | (17.55) |
| 02/10/2005 | 276165 | 604.84 |
| 02/14/2005 | 276208 | 405.24 |
| 02/15/2005 | 276226 | (10.76) |
| 02/17/2005 | 276257 | (8.42) |
| 02/17/2005 | 276256 | 630.23 |
| 02/21/2005 | 276295 | (6.76) |
| 02/21/2005 | 276294 | 902.12 |

| | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
| 795.41 | 1,016.29 | 349.07 | 1,767.50 |

3,926.27

3,928.27

WINN DIXIE #1577                          WINN DIXIE #1577

66577              13002 COURSEY BLVD
                   BR, LA  70816             66577    02/21/05

01/27/2005        099662        41.76        01/27/2005        099662        41.76
01/28/2005        099692       277.10        01/28/2005        099692       277.10
01/31/2005        099601       214.03        01/31/2005        099601       214.03
02/02/2005        099634       (16.28)       02/02/2005        099634       (16.28)
02/03/2005        099633       176.16        02/03/2005        099633       176.16
02/04/2005        099664       280.00        02/04/2005        099664       280.00
02/07/2005        099673       205.28        02/07/2005        099673       205.28
02/09/2005        099714       326.61        02/09/2005        099714       326.61
02/11/2005        099748       289.95        02/11/2005        099748       289.95
02/14/2005        099764       283.17        02/14/2005        099764       283.17
02/16/2005        099797       (13.01)       02/16/2005        099797       (13.01)
02/16/2005        099796       220.52        02/16/2005        099796       220.52
02/18/2005        099822       261.34        02/18/2005        099822       261.34
02/21/2005        099842       273.45        02/21/2005        099842       273.45

            7 Days        14 Days        21 Days

273.45       758.02        700.74      1,079.87

                           1,836.98                    2,836.85

WINN DIXIE #1578
12250 PLANK RD
BR, LA 70811

WINN DIXIE #1578

55578                                          55578    03/21/05

| 01/28/2005 | 276013 | 37.86 |
| 01/31/2005 | 276024 | 169.02 |
| 02/02/2005 | 276072 | (11.32) |
| 02/02/2005 | 276071 | 90.25 |
| 02/04/2005 | 276113 | 71.59 |
| 02/07/2005 | 276127 | (3.99) |
| 02/07/2005 | 276126 | 170.97 |
| 02/09/2005 | 276152 | 90.79 |
| 02/11/2005 | 276191 | 80.37 |
| 02/14/2005 | 276209 | 181.90 |
| 02/16/2005 | 276244 | 106.80 |
| 02/18/2005 | 276280 | 150.99 |
| 02/21/2005 | 276298 | 131.50 |

| 01/28/2005 | 276013 | 37.86 |
| 01/31/2005 | 276024 | 169.02 |
| 02/02/2005 | 276072 | (11.32) |
| 02/02/2005 | 276071 | 90.25 |
| 02/04/2005 | 276113 | 71.59 |
| 02/07/2005 | 276127 | (3.99) |
| 02/07/2005 | 276126 | 170.97 |
| 02/09/2005 | 276152 | 90.79 |
| 02/11/2005 | 276191 | 80.37 |
| 02/14/2005 | 276209 | 181.90 |
| 02/16/2005 | 276244 | 106.80 |
| 02/18/2005 | 276280 | 150.99 |
| 02/21/2005 | 276298 | 131.50 |

| 7 Days | 14 Days | 21 Days |
|---|---|---|
| 131.50 | 119.69 | 336.64 | 404.40 |

1,292.22                                       1,292.22

WINN DIXIE #1579
C4045 BELLVIEW RD
PLAQUEMINE, LA 70764

65579                                              65579    02/31/05

| 01/28/2005 | 104083 | 174.23 |
| 01/31/2005 | 104114 | (3.29) |
| 01/31/2005 | 104113 | 119.30 |
| 02/01/2005 | 104136 | (7.96) |
| 02/01/2005 | 104135 | 15.56 |
| 02/02/2005 | 104162 | 98.07 |
| 02/03/2005 | 104182 | 21.26 |
| 02/04/2005 | 104207 | 212.10 |
| 02/07/2005 | 104230 | (4.41) |
| 02/07/2005 | 104229 | 79.04 |
| 02/08/2005 | 104248 | 26.80 |
| 02/09/2005 | 104273 | 37.59 |
| 02/10/2005 | 104296 | 54.35 |
| 02/11/2005 | 104322 | (16.17) |
| 02/11/2005 | 104321 | 140.91 |
| 02/14/2005 | 104347 | (9.02) |
| 02/14/2005 | 104346 | 85.79 |
| 02/16/2005 | 104369 | 15.64 |
| 02/16/2005 | 104395 | (8.05) |
| 02/16/2005 | 104394 | 75.82 |
| 02/17/2005 | 104914 | 20.34 |
| 02/18/2005 | 104438 | 199.10 |
| 02/21/2005 | 104469 | (3.95) |
| 02/21/2005 | 104468 | 329.13 |

|  | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
| 124.16 | 317.74 | 312.60 | 569.20 |

1,330.13

WINN DIXIE #1561
5305   CHURCH ST
ZACHARY,  LA  70791

55561                                                55561    02/21/05

| 01/27/2005 | 176259 | 92.12 |
| 01/28/2005 | 176298 | 434.58 |
| 02/02/2005 | 176379 | (0.07) |
| 02/02/2005 | 176378 | 170.76 |
| 02/03/2005 | 176396 | 43.24 |
| 02/04/2005 | 176439 | (30.06) |
| 02/04/2005 | 176430 | 528.02 |
| 02/07/2005 | 176460 | 55.47 |
| 02/08/2005 | 176482 | 133.77 |
| 02/09/2005 | 176512 | 109.59 |
| 02/11/2005 | 176571 | 614.79 |
| 02/15/2005 | 176621 | 254.39 |
| 02/17/2005 | 176685 | (19.56) |
| 02/17/2005 | 176684 | 118.74 |
| 02/18/2005 | 176726 | 303.92 |
| 02/21/2005 | 176747 | 22.08 |

| 7 Days | 14 Days | 21 Days |
| 20.08 | 854.08 | 927.66 | 1,189.71 |

2,104.34                                              2,104.34

WINN DIXIE #1583
1930 W AIRLINE HWY
LAPLACE, LA  70068

66593

WINN DIXIE #1583

66583    02/31/05

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/28/2005 | 264562 | (15.44) | | 01/28/2005 | 264562 | (15.44) |
| 01/28/2005 | 264565 | (5.50) | | 01/28/2005 | 264565 | (5.50) |
| 01/28/2005 | 264522 | 101.50 | | 01/28/2005 | 264522 | 101.50 |
| 01/31/2005 | 264539 | 32.40 | | 01/31/2005 | 264539 | 32.40 |
| 02/02/2005 | 264578 | (35.10) | | 02/02/2005 | 264578 | (35.10) |
| 02/02/2005 | 264577 | 56.57 | | 02/02/2005 | 264577 | 56.57 |
| 02/04/2005 | 264611 | 3.20 | | 02/04/2005 | 264611 | 3.20 |
| 02/04/2005 | 264611 | 100.40 | | 02/04/2005 | 264611 | 100.40 |
| 02/07/2005 | 264623 | 26.70 | | 02/07/2005 | 264623 | 26.70 |
| 02/09/2005 | 264647 | 40.19 | | 02/09/2005 | 264647 | 40.19 |
| 02/16/2005 | 264732 | (23.39) | | 02/16/2005 | 264732 | (23.39) |
| 02/16/2005 | 264737 | 92.35 | | 02/16/2005 | 264737 | 92.35 |
| 02/18/2005 | 264771 | 34.89 | | 02/18/2005 | 264771 | 34.89 |

| 7 Days | 16 Days | 31 Days |
|---|---|---|
| 2.30 | 154.29 | 66.29 | 740.89 |

451.56

531.55

WINN DIXIE #1585
J335 GOVERNMENT ST
65, LA 70806

65585

WINN DIXIE #1585

65585    02/21/05

| | | |
|---|---|---|
| 01/20/2005 | 323519 | 18.18 |
| 01/27/2005 | 323492 | 183.22 |
| 01/28/2005 | 323494 | 97.29 |
| 01/31/2005 | 323506 | 134.25 |
| 02/01/2005 | 323528 | 111.10 |
| 02/03/2005 | 323583 | (6.54) |
| 02/03/2005 | 323582 | 142.82 |
| 02/04/2005 | 323609 | 123.25 |
| 02/07/2005 | 323630 | (5.97) |
| 02/07/2005 | 323629 | 186.94 |
| 02/08/2005 | 323649 | 25.06 |
| 02/10/2005 | 323698 | 236.02 |
| 02/14/2005 | 323743 | 114.56 |
| 02/15/2005 | 323764 | 90.24 |
| 02/17/2005 | 323824 | (12.19) |
| 02/17/2005 | 323823 | 193.69 |
| 02/18/2005 | 323849 | (8.46) |
| 02/19/2005 | 323848 | 57.87 |
| 02/21/2005 | 323871 | 110.01 |

| | | |
|---|---|---|
| 01/20/2005 | 323519 | 18.18 |
| 01/27/2005 | 323492 | 183.22 |
| 01/28/2005 | 323494 | 97.29 |
| 01/31/2005 | 323506 | 134.25 |
| 02/01/2005 | 323528 | 111.10 |
| 02/03/2005 | 323583 | (6.54) |
| 02/03/2005 | 323582 | 142.82 |
| 02/04/2005 | 323609 | 123.25 |
| 02/07/2005 | 323630 | (5.97) |
| 02/07/2005 | 323629 | 186.94 |
| 02/08/2005 | 323649 | 25.06 |
| 02/10/2005 | 323698 | 236.02 |
| 02/14/2005 | 323743 | 114.56 |
| 02/15/2005 | 323764 | 90.24 |
| 02/17/2005 | 323824 | (12.19) |
| 02/17/2005 | 323823 | 193.69 |
| 02/18/2005 | 323849 | (8.46) |
| 02/19/2005 | 323848 | 57.87 |
| 02/21/2005 | 323871 | 110.01 |

| 7 Days | 14 Days | 21 Days |
|---|---|---|
| 110.01 | 625.95 | 441.26 | 759.47 |

1,731.49                          1,731.49

WINN DIXIE #1587
209 S AIRLINE HWY
GONZALES, LA  70737

65587

WINN DIXIE #1587

65587    02/21/05

| Date | Ref | Amount |
|------|-----|--------|
| 01/27/2005 | 252241 | (20.20) |
| 01/27/2005 | 252242 | (6.03) |
| 01/27/2005 | 252240 | 226.10 |
| 02/01/2005 | 252319 | (27.97) |
| 02/01/2005 | 252318 | (3.10) |
| 02/01/2005 | 252317 | 110.86 |
| 02/03/2005 | 252379 | (23.72) |
| 02/03/2005 | 252375 | (6.78) |
| 02/03/2005 | 252373 | 189.62 |
| 02/08/2005 | 252447 | (9.22) |
| 02/08/2005 | 252446 | 161.19 |
| 02/10/2005 | 252500 | 167.76 |
| 02/15/2005 | 252581 | (2.20) |
| 02/15/2005 | 252582 | 4.05 |
| 02/15/2005 | 252580 | 171.01 |
| 02/17/2005 | 252635 | (2.95) |
| 02/17/2005 | 252634 | 258.44 |

| 01/27/2005 | 252241 | (20.20) |
| 01/27/2005 | 252242 | (6.03) |
| 01/27/2005 | 252240 | 226.10 |
| 02/01/2005 | 252319 | (27.97) |
| 02/01/2005 | 252318 | (3.10) |
| 02/01/2005 | 252317 | 110.86 |
| 02/03/2005 | 252379 | (23.72) |
| 02/03/2005 | 252375 | (6.78) |
| 02/03/2005 | 252373 | 189.62 |
| 02/08/2005 | 252447 | (9.22) |
| 02/08/2005 | 252446 | 161.19 |
| 02/10/2005 | 252500 | 167.76 |
| 02/15/2005 | 252581 | (2.20) |
| 02/15/2005 | 252582 | 4.05 |
| 02/15/2005 | 252580 | 171.01 |
| 02/17/2005 | 252635 | (2.95) |
| 02/17/2005 | 252634 | 258.44 |

| 7 Days | 14 Days | 21 Days |
|--------|---------|---------|
| 0.00 | 420.95 | 324.73 | 434.57 |

1,180.25                                    1,180.25

WINN DIXIE #1568                    WINN DIXIE #1568

65568                              12719 AIRLINE HWY                                65568    02/21/05
                                  DESTREHAN, LA  70047

| 01/27/2005 | 264499 | (11.05) |
|------------|--------|---------|
| 01/27/2005 | 264498 | 103.16  |
| 01/31/2005 | 264543 | 4.04    |
| 01/31/2005 | 264549 | 94.19   |
| 02/02/2005 | 264582 | 47.54   |
| 02/03/2005 | 264591 | (26.87) |
| 02/03/2005 | 264590 | 105.07  |
| 02/07/2005 | 264627 | 76.09   |
| 02/09/2005 | 264651 | 87.16   |
| 02/10/2005 | 264665 | (5.97)  |
| 02/10/2005 | 264664 | 102.18  |
| 02/11/2005 | 264691 | (19.42) |
| 02/11/2005 | 264690 | 90.72   |
| 02/14/2005 | 264708 | 108.95  |
| 02/15/2005 | 264744 | (20.16) |
| 02/16/2005 | 264743 | 74.95   |
| 02/17/2005 | 264753 | 122.09  |
| 02/21/2005 | 264789 | 44.05   |

| 01/27/2005 | 264499 | (14.05) |
|------------|--------|---------|
| 01/27/2005 | 264498 | 103.16  |
| 01/31/2005 | 264543 | 4.04    |
| 01/31/2005 | 264549 | 94.19   |
| 02/02/2005 | 264582 | 47.54   |
| 02/03/2005 | 264591 | (26.87) |
| 02/03/2005 | 264590 | 105.07  |
| 02/07/2005 | 264627 | 76.09   |
| 02/09/2005 | 264651 | 87.16   |
| 02/10/2005 | 264665 | (5.97)  |
| 02/10/2005 | 264664 | 102.18  |
| 02/11/2005 | 264691 | (19.42) |
| 02/11/2005 | 264690 | 90.72   |
| 02/14/2005 | 264708 | 108.95  |
| 02/15/2005 | 264744 | (20.16) |
| 02/16/2005 | 264743 | 74.95   |
| 02/17/2005 | 264753 | 122.09  |
| 02/21/2005 | 264789 | 44.05   |

|  | 7 Days | 14 Days | 21 Days |
|---|--------|---------|---------|
| 44.05 | 275.63 | 481.76 | 212.42 |

973.97                                                                    973.97

WINN DIXIE #1589

WINN DIXIE #1589

65589

CORNER FLORIDA & RANGE
DENHAM SPRINGS, LA  70726

65589    02/21/05

| | | | | | |
|---|---|---|---|---|---|
| 01/27/2005 | 141258 | (13.68) | 01/27/2005 | 141258 | (13.08) |
| 01/27/2005 | 141252 | 248.17 | 01/27/2005 | 141252 | 248.17 |
| 01/31/2005 | 141291 | 67.56 | 01/31/2005 | 141291 | 67.56 |
| 02/01/2005 | 141317 | (22.54) | 02/01/2005 | 141317 | (22.54) |
| 02/01/2005 | 141318 | 60.82 | 02/01/2005 | 141318 | 60.82 |
| 02/03/2005 | 141261 | (19.21) | 02/03/2005 | 141261 | (19.21) |
| 02/03/2005 | 141260 | 254.18 | 02/03/2005 | 141260 | 254.18 |
| 02/07/2005 | 141404 | 146.02 | 02/07/2005 | 141404 | 146.02 |
| 02/08/2005 | 141423 | 93.06 | 02/08/2005 | 141423 | 93.06 |
| 02/10/2005 | 141473 | (7.33) | 02/10/2005 | 141473 | (7.33) |
| 02/10/2005 | 141472 | 362.16 | 02/10/2005 | 141472 | 362.16 |
| 02/11/2005 | 141494 | 81.36 | 02/11/2005 | 141494 | 81.36 |
| 02/14/2005 | 141519 | (8.12) | 02/14/2005 | 141519 | (8.12) |
| 02/14/2005 | 141518 | 84.58 | 02/14/2005 | 141518 | 84.58 |
| 02/15/2005 | 141549 | 59.40 | 02/15/2005 | 141549 | 59.40 |
| 02/16/2005 | 141566 | 156.02 | 02/16/2005 | 141566 | 156.02 |
| 02/17/2005 | 141588 | 213.40 | 02/17/2005 | 141588 | 213.40 |
| 02/18/2005 | 141606 | 80.37 | 02/18/2005 | 141606 | 80.37 |
| 02/21/2005 | 141633 | (23.20) | 02/21/2005 | 141633 | (23.20) |
| 02/21/2005 | 141632 | 90.34 | 02/21/2005 | 141632 | 90.34 |

| 7 Days | 14 Days | 21 Days |
|---|---|---|
| 67.14 | 590.00 | 673.27 | 774.89 |

2,107.89

3,127.62

WINN DIXIE #1590
17502 AIRLINE HWY
PRAIRIEVILLE, LA 70769

WINN DIXIE #1590

65590                                                    65590    02/21/05

| Date | Number | Amount | | Date | Number | Amount |
|------|--------|--------|---|------|--------|--------|
| 01/27/2005 | 199047 | 782.26 | | 01/27/2005 | 199047 | 782.26 |
| 01/31/2005 | 199096 | 166.66 | | 01/31/2005 | 199096 | 166.66 |
| 02/01/2005 | 199122 | (0.97) | | 02/01/2005 | 199122 | (0.97) |
| 02/01/2005 | 199121 | 264.45 | | 02/01/2005 | 199121 | 264.45 |
| 02/03/2005 | 199160 | (0.83) | | 02/03/2005 | 199160 | (0.83) |
| 02/03/2005 | 199159 | 850.40 | | 02/03/2005 | 199159 | 850.40 |
| 02/07/2005 | 199201 | 129.06 | | 02/07/2005 | 199201 | 129.06 |
| 02/08/2005 | 199220 | (13.18) | | 02/08/2005 | 199220 | (13.18) |
| 02/08/2005 | 199219 | 325.79 | | 02/08/2005 | 199219 | 325.79 |
| 02/10/2005 | 199253 | (2.98) | | 02/10/2005 | 199253 | (2.98) |
| 02/10/2005 | 199252 | 746.12 | | 02/10/2005 | 199252 | 746.12 |
| 02/14/2005 | 199304 | 325.30 | | 02/14/2005 | 199304 | 325.30 |
| 02/15/2005 | 199321 | (24.18) | | 02/15/2005 | 199321 | (24.18) |
| 02/15/2005 | 199320 | 290.13 | | 02/15/2005 | 199320 | 290.13 |
| 02/17/2005 | 199354 | (9.23) | | 02/17/2005 | 199354 | (9.23) |
| 02/17/2005 | 199353 | 837.34 | | 02/17/2005 | 199353 | 837.34 |
| 02/21/2005 | 199397 | 171.42 | | 02/21/2005 | 199397 | 171.42 |

| 7 Days | 14 Days | 21 Days | |
|--------|---------|---------|---|
| 171.42 | 1,914.96 | 1,160.92 | 2,159.99 |

4,823.59                                          4,823.59

WINN DIXIE #1591
76145 WALKER 3
WALKER, LA 70705

65591

WINN DIXIE #1591

65591   02/31/05

| | | |
|---|---|---|
| 01/27/2005 | 131764 | 224.18 |
| 01/31/2005 | 131828 | 134.52 |
| 02/03/2005 | 131875 | (0.33) |
| 02/03/2005 | 131874 | 374.12 |
| 02/07/2005 | 131922 | (16.67) |
| 02/07/2005 | 131921 | 121.29 |
| 02/09/2005 | 131956 | 72.76 |
| 02/10/2005 | 131986 | (2.78) |
| 02/10/2005 | 131985 | 248.56 |
| 02/14/2005 | 132013 | 102.28 |
| 02/16/2005 | 132037 | (10.17) |
| 02/16/2005 | 132038 | 35.54 |
| 02/17/2005 | 132057 | (6.50) |
| 02/17/2005 | 132056 | 221.29 |
| 02/21/2005 | 132104 | (6.00) |
| 02/21/2005 | 132103 | 71.29 |

|  | 7 Days | 14 Days | 21 Days |
|---|---|---|---|
| 65.20 | 252.44 | 429.13 | 629.40 |

1,871.33                                    1,871.33

WINN DIXIE #1591
28145 WALKER S
WALKER, LA  70785

S6591

WINN DIXIE #1591

#6591    04/21/05

Statements Cut-Off Date:    03/21/2005

Total Statement Amount This Run:    $ 64,360.86

Statements Run On:    03/21/2005

At:    9:27:20AM

Total Statement Aging This Run:

| Current | 7 Days | 14 Days | 21 Days |
|---------|--------|---------|---------|
| $3,722.71 | $17,316.25 | $17,201.34 | $26,120.42 |