KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Hwy., Suite 950
Southfield, Michigan 48075
Telephone:    (248) 357-0000
Facsimile:    (248) 357-7488
Paul S. Magy (P34423)
Terrance A. Hiller, Jr. (P55699)
Matthew E. Thompson (P56099)

Attorneys for Ramco-Gershenson Properties, L.P. and
RLV Marketplace LP

UNITED STATES BANKURPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

WINN-DIXIE STORES, INC., et al.,

   Debtors.

-----------------------------------------------------------x

: Chapter 11
:
: Case No. 05-11063-RDD
:
: (Jointly Administered)
:
:
:

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Terrance A. Hiller, Jr., a member in good standing of the bar in the State of Michigan, or of the bar of the U.S. District Court for the Eastern and Western Districts of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Ramco-Gershenson Properties, L.P. and RLV Marketplace LP, Creditors in the above referenced case.
My:    address is 25800 Northwestern Hwy., Suite 950, Southfield, Michigan 48075
       e-mail address is tah@kompc.com; telephone number is 248-357-0000.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice pro hac vice.

Dated: March 3, 2005
       New York, New York

*[signature]*
Terrance A. Hiller, Jr., Esq.

---

## ORDER

**Ordered,**
that Terrance A. Hiller, Jr., Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
       New York, New York       /s/_____
                                UNITED STATES BANKRUTPCY JUDGE