UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-11063<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.   On or about March 8, 2005, I caused copies of:

- **the Interim Order Authorizing Debtors to Retain Skadden, Arps, Slate, Meagher & Flom LLP as Lead Restructuring and Bankruptcy Counsel to the Debtors**

- **the Interim Order Authorizing Debtors to Employ The Blackstone Group, L.P. as Financial Advisors**

- **the Interim Order Authorizing Debtors to Retain King and Spalding LLP as Bankruptcy Co-Counsel and General Corporate Counsel to the Debtors**

- **the Interim Order Authorizing Debtors to Retain Smith, Gambrell & Russell, LLP as Special Real Estate Counsel to the Debtors**

- **the Interim Order Authorizing Debtors to Retain Kirschner & Legler, P.A. as Special Corporate Finance Counsel to the Debtors**

    to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Orders as listed above is attached hereto as Exhibit B.

Dated: March 9, 2005

_____
Kathleen M. Logan

Code: IO

# EXHIBIT A
# SERVICE LIST

**SERVICE LIS**
Interim Orders Regarding
Skadden; KS; Blackstone; Smith and Kirschner

**DEBTOR:    WINN-DIXIE STORES, INC.**                                              **CASE:    05-11063 (RDD)**

CREDITOR ID: 279178-99
40/86 ADVISORS INC
ATTN FRANK BERG
535 N COLLEGE DR
CARMEL IN 46032

CREDITOR ID: 279418-99
40/86 ADVISORS INC
ATTN: GREGORY J SEKETA
535 N COLLEGE DRIVE
CARMEL IN 46032

CREDITOR ID: 279021-99
AIRGAS INC
ATTN DAVID BOYLE
259 RADNOR-CHESTER RD STE 100
PO BOX 6675
RADNOR PA 19087-8675

CREDITOR ID: 278834-99
ALLMAN SPRY LEGGETT & CRUMPLER
ATTN LEGGETT R BRADFORD ESQ
380 KNOLLWOOD ST STE 700
WINSTON-SALEM NC 27113-5129

CREDITOR ID: 279307-99
AMALGAMATED GADGET LP
ATTN: DAVE GILLESPIE
301 COMMERCE ST STE 3200
FORT WORTH TX 76102

CREDITOR ID: 278724-27
AMERIPRIME FUNDS
IMS CAPITAL MANAGEMENT
ATTN CARL W MARKER
8995 SE OTTY ROAD
PORTLAND OR 97266

CREDITOR ID: 315664-99
AMSOUTH BANK
ATTN: WILLIAM R HOOG
13535 FEATHER SOUND DR
BLDG 1, STE 525
CLEARWATER FL 34762

CREDITOR ID: 269280-99
ANDERLINI FINKELSTEIN EMERICK ET AL
DAVID G. FINKELSTEIN
400 SOUTH EL CAMINO REAL
SUITE 700
SAN MATEO CA 94402

CREDITOR ID: 279420-99
ANDERSON KILL & OLICK
ATTN: LARRY D HENIN
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

CREDITOR ID: 278710-99
ANDERSON NEWS LLC
ATTN JENNIFER VOSS, VP ACCOUNTING
PO BOX 52570
KNOXVILLE TN 37950-2570

CREDITOR ID: 278840-99
ANGEL & FRANKEL
ATTN RICK A STEINBERG
460 PARK AVE
NEW YORK NY 10022-1906

CREDITOR ID: 278836-99
ANGEL & FRANKEL PC
ATTN LAURENCE MAY
460 PARK AVE
NEW YORK NY 10022-1906

CREDITOR ID: 279422-99
ANGELO GORDON & CO
ATTN: JAMES M MALLEY
245 PARK AVE 26TH FL
NEW YORK NY 10167

CREDITOR ID: 279001-99
ARNALL GOLDEN GREGORY LLP
ATTN J HAYDEN KEPNER ESQ
171 17TH ST NW STE 2100
ATLANTA GA 30363

CREDITOR ID: 279004-99
ARNALL GOLDEN GREGORY LLP
ATTN DARRYL S LADDIN ESQ
171 17TH ST NW STE 2100
ATLANTA GA 30363

CREDITOR ID: 279497-99
ARNALL GOLDEN GREGORY LLP
ATTN: JAMES SMITH
171 W 17TH ST, STE 2100
ATLANTA GA 30363

CREDITOR ID: 278729-27
AVIVA LIFE INSURANCE COMPANY
ATTN ELIZABETH ANNE DOWD
108 MYRTLE STREET
NEWPORT OFFICE PARK
NORTH QUINCY MA 02171

CREDITOR ID: 278835-99
BALCH & BINGHAM LLP
ATTN W CLARK WATSON ESQ
1901 SIXTH AVE N STE 2600
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 279198-99
BALCH& BINGHAM LLP
ATTN ERIC RAY ESQ
1901 SIXTH AVE STE 2600
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 278796-99
BALLARD SPAHR ANDREWS & INGERSOLL
ATTN DEAN C WALDT ESQ
51ST FLR MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278795-99
BALLARD SPAHR ANDREWS & INGERSOLL
ATTN JEFFREY MEYERS ESQ
51ST FLR MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278786-99
BALLARD SPAHR ANDREWS & INGERSOLL
ATTN DAVID L POLLACK ESQ
51ST FLR MELLON BANK CENTER
1735 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 279459-99
BAY CITY PRODUCE
C/O BIANCHI MACRON LLP
ATTN GERARD DICONZA ESQ
390 OLD COUNTRY RD
GARDEN CITY NY 11530

CREDITOR ID: 279461-99
BEAR STEARNS INVESTMENT PRODUCTS IN
ATTN NOAH CHARNEY
383 MADISON AVE
NEW YORK NY 10179

CREDITOR ID: 315661-99
BEGNAUD & MARSHALL LLP
ATTN: DARREL BEGNAUD
250 N MILLEDGE AVE
PO BOX 8085
ATHENS GA 30603

CREDITOR ID: 279118-99
BELLSOUTH
ATTN REGINALD A GREENE ESQ
675 W PEACHTREE ST NE STE 4300
ATLANTA GA 30375

CREDITOR ID: 279407-99
BLACKSTONE GROUP LP
ATTN: FLIP HUFFARD
345 PARK AVE
NEW YORK NY 10010

CREDITOR ID: 279114-99
BOULT CUMMINGS CONNERS & BERRY
ATTN AUSTIN L MCMULLERN ESQ
1600 DIVISION ST STE 700
PO BOX 340025
NASHVILLE TN 37203

CREDITOR ID: 279426-99
BRADLEY ARANT ROSE & WHITE LLP
ATTN: JOHN WHITTINGTON
ONE FEDERAL PLACE
1819 FIFTH AVE N
BIRMINGHAM AL 35222

CREDITOR ID: 279427-99
BRADLEY ARANT ROSE & WHITE LLP
ATTN: PATRICK DARBY
ONE FEDERAL PL
1819 FIFTH AVE N
BIRMINGHAM AL 35222

SERVICE LIS

**Interim Orders Regarding**
**Skadden; KS; Blackstone; Smith and Kirschner**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                     **CASE:  05-11063 (RDD)**

CREDITOR ID: 279425-99
BRADLEY ARANT ROSE & WHITE LLP
ATTN: DANIELLE K GRECO
ONE FEDERAL PLACE
1819 FIFTH AVE N
BIRMINGHAM AL 35222

CREDITOR ID: 279419-99
BROAD & CASSEL
ATTN: C CRAIG ELLER
ONE NORTH CLEMATIS ST STE 500
WEST PALM BEACH FL 33401

CREDITOR ID: 279508-99
BUCKEYE CAPITAL PARTNERS LP
ATTN: PHILIP BROWN
230 PARK AVE, STE 1542
NEW YORK NY 10169

CREDITOR ID: 279172-99
BURR & FORMAN LLP
ATTN ROBERT D RUBIN ESQ
420 N 20TH ST
BIRMINGHAM AL 35203

CREDITOR ID: 279170-99
BURR & FORMAN LLP
ATTN DEREK F MEEK ESQ
3100 SOUTHTRUST TOWER
420 NORTH 20TH ST
BIRMINGHAM AL 35203

CREDITOR ID: 279475-99
CADBURY ADAMS LLC
ATTN RICHARD W WARD ESQ
25427 FAIRMOUNT ST
DALLAS TX 75201

CREDITOR ID: 278703-99
CAMPBELL SOUP CO.
ATTN MAUREEN HART, SR. CREDIT MGR
PO BOX 101407
ATLANTA GA 30392-1407

CREDITOR ID: 278722-27
CAPITAL RESEARCH & MANAGEMENT CO
ATTN ABNER D GOLDSTINE
AMERICAN FUNDS
333 SOUTH HOPE STREET
LOS ANGELES CA 90071

CREDITOR ID: 279313-99
CAPITAL RESEARCH & MGMT COMPANY
ATTN: ELLEN CARR; A D GOLDSTINE
AMERICAN FUNDS
333 S HOPE STREET
LOS ANGELES CA 90071

CREDITOR ID: 278696-99
CH ROBINSON WORLDWIDE, INC.
ATTN TERESA BELLMAN, CONTROLLER
PO BOX 9121
MINNEAPOLIS MN 55480-9121

CREDITOR ID: 282712-99
CITRUS COUNTY TAX COLLECTOR
ATTN: JANICE A WARREN
210 N APOPKA AVE, STE 100
INVERNESS FL 34450

CREDITOR ID: 279480-99
CLECO CORPORATION
C/O WHEELIS & ROZANSKI
ATTN STEPHEN D WHEELIS ESQ
PO BOX 13199
ALEXANDRIA LA 71315-3199

CREDITOR ID: 278706-99
CLOROX SALES CO - KPD
ATTN SYBIL SHAW, CREDIT MANAGER
PO BOX 66123
CHARLOTTE NC 28275-1754

CREDITOR ID: 278774-99
COCA-COLA BOTTLING CO. CONSOLIDATED
ATTN: JOYCE ROPER, CBA
MANAGER, CREDIT COLLECTIONS
300 COCA-COLA ROAD
CHARLOTTE NC 28275

CREDITOR ID: 278701-99
COCA-COLA BOTTLING WORKS
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
300 COCA-COLA ROAD
CHARLOTTE NC 28275

CREDITOR ID: 279444-99
COHEN TODD KITE & STANFORD
ATTN: MONICA V KINDT
250 E FIFTH STREET
SUITE 1200
CINCINNATI OH 45202

CREDITOR ID: 278688-99
CONAGRA GROCERY PRODUCTS CO.
ATTN ROBERT ELLIS,
CORP CREDIT ANALYSIS MGR
PO BOX 409626
ATLANTA GA 30384

CREDITOR ID: 278788-99
CONTRARIAN CAPITAL MANAGEMENT LLC
ATTN JANICE STANTON
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

CREDITOR ID: 279064-99
COX SMITH MATTHEWS INC
ATTN PATRICK L HUFFSTICKLER ESQ
112 E PECAN STE 1800
SAN ANTONIO TX 78205

CREDITOR ID: 279413-99
COX SMITH MATTHEWS INC
ATTN: PATRICK L HUFFSTICKLER
112 E PECAN STE 1800
SAN ANTONIO TX 78205

CREDITOR ID: 278818-99
COZEN O'CONNOR
ATTN DAVID J LIEBMAN ESQ
1900 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 278817-99
COZEN O'CONNOR
ATTN NEAL D COLTON ESQ
1900 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 279411-99
COZEN O'CONNOR
ATTN: NEAL D COLTON
1900 MARKET STREET
PHILADELPHIA PA 19103

CREDITOR ID: 279412-99
COZEN O'CONNOR
ATTN: DAVID J LIEBMAN
1900 MARKET ST
PHILADELPHIA PA 19103

CREDITOR ID: 278995-99
CURTIS MALLET-PREVOST ET AL
ATTN STEVEN J REISMAN ESQ
101 PARK AVE
NEW YORK NY 10178-0061

CREDITOR ID: 278697-99
DEL MONTE FOODS USA
ATTN FRANK BUCKSTEIN,
MANAGER CREDIT & COLLECTIONS
1336 SOLUTIONS CENTER
CHICAGO IL 60677-1003

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST COMPANY AMERICA
ATTN: S BERG
60 WALL STREET
NEW YORK NY 10005-2858

CREDITOR ID: 279200-99
DEVELOPERS DIVERSIFIED REALTY CORP
ATTN ERIC C COTTON ESQ
3300 ENTERPRISE PARKWAY
PO BOX 227042
BEACHWOOD OH 44122

CREDITOR ID: 279445-99
DIAZ WHOLESALE & MFG CO., INC
ATTN: M ERIC NEWBERG
5501 FULTON INDUSTRIAL
ATLANTA GA 30336

CREDITOR ID: 279010-99
DISCOVER FINANCIAL SERVICES INC
ATTN FRANK VYDRA ESQ
2500 LAKE COOK RD
RIVERWOODS IL 60015

SERVICE LIS
**Interim Orders Regarding**
**Skadden; KS; Blackstone; Smith and Kirschner**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                              **CASE:  05-11063 (RDD)**

CREDITOR ID: 279466-99
DIVERSIFIED MAINTENANCE SYSTEMS INC
C/O TRENAM KEMKER SCHARF ET AL
ATTN RICHARD J MCINTYRE ESQ
2700 BANK OF AMERICA PLAZA
101 E KENNEDY BLVD
TAMPA FL 33601

CREDITOR ID: 279485-99
DL LEE & SONS INC
C/O WORMSER KIELY GALEF & JACOBS
ATTN JANICE B GRUBIN ESQ
825 THIRD AVE
NEW YORK NY 10022-7519

CREDITOR ID: 279486-99
DL LEE & SONS INC
C/O WORMSER KIELY GALEF & JACOBS
ATTN GARY R VON STANGE ESQ
825 THIRD AVE
NEW YORK NY 10022-7519

CREDITOR ID: 279487-99
DL LEE & SONS INC
C/O MACEY WILENSKY COHEN T AL
ATTN LOUIS G MCBRYAN ESQ
600 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE
ATLANTA GA 30303-1229

CREDITOR ID: 278719-99
DLJ PRODUCE, INC.
ATTN ALAN YOSHIDONE, CONTROLLER
PO BOX 2398
WEST COVINA CA 91793

CREDITOR ID: 279119-99
DRINKER BIDDLE & REATH LLP
ATTN ANDREW J FLAME ESQ
1100 N MARKET ST STE 1000
WILMINGTON DE 19801

CREDITOR ID: 279441-99
DYKEMA GOSSETT PLLC
ATTN: BRENDAN G BEST
400 RENAISSANCE CENTER
DETROIT MI 48243-1668

CREDITOR ID: 278713-99
EDY'S GRAND ICE CREAM
ATTN FRED POMERANTZ, CREDIT MANAGER
PO BOX 406247
ATLANTA GA 30384-6247

CREDITOR ID: 279056-99
ERMAN TEICHER MILLER ET AL
ATTN EARLE I ERMAN ESQ
400 GALLERIA OFFICENTRE STE 444
SOUTHFIELD MI 48034

CREDITOR ID: 279471-99
ERNST PROPERTIES INC
C/O HERRICK FEINSTEIN LLP
ATTN PAUL RUBIN ESQ
2 PARK AVE
NEW YORK NY 10016

CREDITOR ID: 279472-99
ERNST PROPERTIES INC
C/O MILLING BENSON WOODWARD LLP
ATTN DAVID CONROY ESQ
909 POYDRAS ST STE 2300
NEW ORLEANS LA 70112-1010

CREDITOR ID: 279431-99
FAGEL HABER LLC
ATTN: DENNIS E QUAID
55 EAST MONROE 40TH FL
CHICAGO IL 60603

CREDITOR ID: 279430-99
FAGEL HABER LLC
ATTN: CLINTON P HANSEN
55 EAST MONROE 40TH FL
CHICAGO IL 60603

CREDITOR ID: 278698-99
FIN TECH
ATTN DOUG WILHELM
4720 W CYPRESS STREET
TAMPA FL 33607

CREDITOR ID: 278687-99
FLORIDA COCA-COLA
ATTN DICK STITELER
DIRECTOR OF CUSTOMER FINANCIAL SVCS
PO BOX 30000
ORLANDO FL 32891-0001

CREDITOR ID: 279405-99
FORTIS BENEFIST INSURANCE COMPANY
ATTN: CATHERINE JANIK
LEGAL DEPARTMENT
PO BOX 3050
MILWAUKEE WI 53201

CREDITOR ID: 279509-99
FPL LAW DEPARTMENT
ATTN: RACHEL S BUDKE
700 UNIVERSE BLVD
JUNO BEACH FL 33408

CREDITOR ID: 278779-99
FRANK/GECKER LLP
ATTN MICAH KROHN ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60610

CREDITOR ID: 279171-99
FRANK/GECKER LLP
ATTN JOSEPH D FRANK ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60610

CREDITOR ID: 315658-99
FREDRIKSON & BYRON PA
ATTN: JOHN M KONECK, ESQ
200 SOUTH SIXTH ST, STE 4000
MINNEAPOLIS MN 55402-1425

CREDITOR ID: 278814-99
FTI CONSULTING
ATTN: MICHAEL EISENBAND
3 TIMES SQUARE 11TH FL
NEW YORK NY 10036

CREDITOR ID: 279317-99
GENERAL MILLS INC
ATTN: TERRI JOHNSON
PO BOX 101412
ATLANTA GA 30392-0001

CREDITOR ID: 278685-99
GENERAL MILLS, INC.
ATTN: TERRI JOHNSON
ACCT OPERATION DEVELOPMENT MGR
PO BOX 101412
ATLANTA GA 30392-0001

CREDITOR ID: 279456-99
GEORGE WESTON BAKERIES INC
C/O GIBBONS DEL DEO DOLAN ET AL
ATTN GERALDINE E PONTO ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102-5497

CREDITOR ID: 278704-99
GEORGIA PACIFIC CORP.
ATTN BOB MOON, CREDIT MANAGER
PO BOX 102487
ATLANTA GA 30368-2487

CREDITOR ID: 278716-99
GERBER PRODUCTS COMPANY
ATTN JEFF TALEE, FINANCE MANAGER
445 STATE STREET
FREEMONT MI 49413

CREDITOR ID: 278700-99
GILLETTE COMPANY
ATTN MARY TRAHAN, CREDIT MANAGER
PO BOX 100800
ATLANTA GA 30384-0800

CREDITOR ID: 278694-99
GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT,
CREDIT MANAGER
PO BOX 75604
CHARLOTTE NC 28275-5604

CREDITOR ID: 278726-27
GOODMAN & CO. INVESTMENT COUNSEL
ATTN CHRISTY YIP
SCOTIA PLAZA 55TH FLOOR
40 KING STREET WEST
TORONTO  ON M5H 4A9
CANADA

CREDITOR ID: 278693-99
GOURMET AWARD FOODS MID ATLANTIC
ATTN MARK KELLUM,
NATIONAL ACCOUNT MANAGER
4055 DEERPARK BOULEVARD
ELKTON FL 32033

SERVICE LIST
Interim Orders Regarding
Skadden; KS; Blackstone; Smith and Kirschner

**DEBTOR:   WINN-DIXIE STORES, INC.**                                         **CASE:   05-11063 (RDD)**

CREDITOR ID: 278981-99
GREENBERG TRAURIG LLP
ATTN RICHARD S MILLER ESQ
200 PARK AVE
NEW YORK NY 10166

CREDITOR ID: 278982-99
GREENBERG TRAURIG PA
ATTN MARK D BLOOM ESQ
1221 BRICKELL AVE
MIAMI FL 33131

CREDITOR ID: 279113-99
GRUENEBERG LAW GROUP LLC
ATTN RUDI R GRUENEBERG ESQ
704 E MAIN ST BLDG E
MOORESTOWN NJ 08057

CREDITOR ID: 279423-99
HAMILTON BEACH/PROCTOR SILEX INC
ATTN: WILLIAM RAY
4421 WATERFRONT DR
GLEN ALLEN VA 23060

CREDITOR ID: 279500-99
HAYNES AND BOONE LLP
ATTN: JUDITH ELKIN
399 PARK AVENUE
NEW YORK NY 10022-4614

CREDITOR ID: 279502-99
HAYNES AND BOONE LLP
ATTN: MARK ELMORE
901 MAIN ST, STE 3100
DALLAS TX 75202-3789

CREDITOR ID: 278993-99
HAYNES AND BOONE, LLP
ATTN: STACEY JERNIGAN
901 MAIN STREET, SUITE 3100
DALLAS TX 75202

CREDITOR ID: 279457-99
HEALTHCARE CONSULTANTS OF CEN FL
C/O ZEICHNER ELLMAN & KRAUSE LLP
ATTN STUART KRAUSE ESQ
575 LEXINGTON AVE
NEW YORK NY 10022

CREDITOR ID: 279458-99
HEALTHCARE CONSULTANTS OF CEN FL
C/O MATEER & HARBERT PA
ATTN DAVID LANDIS ESQ
225 W ROBINSON ST STE 600
PO BOX 2854
ORLANDO FL 32802-2854

CREDITOR ID: 279174-99
HELD & ISRAEL
ATTN EDWIN W HELD JR ESQ
1301 RIVERPLACE BLVD STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 279414-99
HERRICK FEINSTEIN LLP
ATTN: PAUL RUBIN
2 PARK AVENUE
NEW YORK NY 10016

CREDITOR ID: 279440-99
HIERSCHE HAYWARD DRAKELEY & URBACH
ATTN: KRISTA P BATES
15303 DALLAS PKWY
SUITE 700
ADDISON TX 75001

CREDITOR ID: 279438-99
HIERSCHE HAYWARD DRAKELEY & URBACH
ATTN: RUSSELL W MILLS
15303 DALLAS PKWY, STE 700
ADDISON TX 75001

CREDITOR ID: 279014-99
HOGAN & HARTSON LLP
ATTN IRA S GREEN ESQ
875 THIRD AVE
NEW YORK NY 10022

CREDITOR ID: 279436-99
HOROWITZ, RONALD
14 TINDALL ROAD
TINDALL PROFESSIONAL PLAZA
MIDDLETOWN NJ 07748

CREDITOR ID: 279177-99
HOWARD SOLOCHEK & WEBER SC
ATTN BRYAN M BECKER ESQ
324 E WISCONSIN AVE STE 1100
MILWAUKEE WI 53202

CREDITOR ID: 279424-99
HUNTON & WILLIAMS LLP
ATTN: CRAIG V RASILE
1111 BRICKELL AVE STE 2500
MIAMI FL 33131

CREDITOR ID: 279049-99
ICE MILLER
ATTN MARK A BOGDANOWICZ ESQ
ONE AMERICAN SQ BOX 82001
INDIANAPOLIS IN 46282-0002

CREDITOR ID: 279048-99
ICE MILLER
ATTN HENRY A EFROYMSON ESQ
ONE AMERICAN SQ BOX 82001
INDIANAPOLIS IN 46282-0002

CREDITOR ID: 274941-99
INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
290 BROADWAY 7TH FLOOR
NEW YORK NY 10007-1867

CREDITOR ID: 279462-99
JEA
C/O STUTSMAN & THAMES PA
ATTN NINA M LAFLEUR ESQ
121 W FORSYTH ST STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 279063-99
JENKENS & GILCHRIST PC
ATTN MICHAEL S HELD ESQ
1445 ROSS AVE STE 3200
DALLAS TX 75202-2799

CREDITOR ID: 278708-99
JOHNSON & JOHNSON
ATTN JOHN WERNICKI,
NATIONAL SALES DIRECTOR
PO BOX 751059
CHARLOTTE NC 28275

CREDITOR ID: 279428-99
JOHNSON HEARN VINEGAR GEE & MERCER
ATTN: JEAN WINBORNE BOYLES
PO BOX 1776
RALEIGH NC 27602

CREDITOR ID: 279116-99
KANTROW SPAHT WEAVER & BLITZER
ATTN DAVID S RUBIN
445 N BOULEVARD STE 300
PO BOX 2997
BATON ROUGE LA 70821-2997

CREDITOR ID: 315663-99
KAPLAN AND FREEDMAN PA
ATTN: MATHEW E KAPLAN, ESQ
9410 SOUTHWEST 77TH AVE
MIAMI FL 33156-7903

CREDITOR ID: 315659-99
KASS SHULER SOLOMON ET AL
ATTN: LARRY FOYLE
1505 N FLORIDA AVE
PO BOX 800
TAMPA FL 33601

CREDITOR ID: 278987-99
KATTEN MUCHIN ZAVIS ROSENMAN
ATTN DUSTIN P BRANCH ESQ
2029 CENTURY PARK E STE 2600
LOS ANGELES CA 90067-3012

CREDITOR ID: 278986-99
KATTEN MUCHIN ZAVIS ROSENMAN
ATTN THOMAS J LEANSE
2029 CENTURY PARK E STE 2600
LOS ANGELES CA 90067-3012

CREDITOR ID: 278838-99
KAYE SCHOLER LLP
ATTN KEITH MURPHY ESQ
425 PARK AVENUE
NEW YORK NY 10022-3598

SERVICE LIS
**Interim Orders Regarding**
**Skadden; KS; Blackstone; Smith and Kirschner**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 278837-99
KAYE SCHOLER LLP
ATTN RICHARD SMOLEV  ESQ
425 PARK AVENUE
NEW YORK NY 10022-3598

CREDITOR ID: 278695-99
KEEBLER COMPANY
ATTN DAN GILROY
PO BOX 73451
CHICAGO IL 60673-7451

CREDITOR ID: 278775-99
KELLEY DRYE & WARREN LLP
ATTN: JAMES S CARR
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 278776-99
KELLEY DRYE & WARREN LLP
ATTN: ROBERT LEHANE
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 278707-99
KELLOGG SALES COMPANY
ATTN JUAN MOSPEK, CREDIT MANAGER
PO BOX 905193
CHARLOTTE NC 28290-9051

CREDITOR ID: 278689-99
KIMBERLY CLARK
ATTN TED C. BANKER,  SR.
CREDIT MANAGER
PO BOX 915003
DALLAS TX 75391-5003

CREDITOR ID: 279305-99
KING & SPALDING
ATTN: SARAH ROBINSON BORDERS
191 PEACHTREE STREET
ATLANTA GA 30303

CREDITOR ID: 279195-99
KLEHR HARRISON HARVEY ET AL
ATTN CAROLYN HOCHSTADTER DICKER ESQ
260 S BROAD ST 4TH FLR
PHILADELPHIA PA 19102

CREDITOR ID: 279194-99
KLEHR HARRISON HARVEY ET AL
ATTN MORTON R BRANZBURG ESQ
260 S BROAD ST 5TH FLR
PHILADELPHIA PA 19102

CREDITOR ID: 279490-99
KONICA MINOLTA PHOTO IMAGING INC
C/O FOX ROTHSCHILD LLP
ATTN JOSHUA T KLEIN ESQ
2000 MARKET ST TENTH FLR
PHILADELPHIA PA 19103

CREDITOR ID: 278681-99
KRAFT (KRAFT FOODS, KRAFT PIZZA,
NABISCO)
ATTN SANDRA SCHIRMANG
DIRECTOR OF CREDIT
22541 NETWORK PLACE
CHICAGO IL 60673-1225

CREDITOR ID: 278839-99
KRISPY KREME DOUGHNUTS CORP
TRAUB BONACQUIST & FOX LLP
ATTN WENDY MARCARI ESQ
655 THIRD AVE 21ST FL
NEW YORK NY 10017

CREDITOR ID: 279491-99
KUPELIAN ORMOND & MAGY PC
ATTN PAUL S MAGY ESQ
25800 NORTHWESTERN HWY STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 279493-99
KUPELIAN ORMOND & MAGY PC
ATTN MATTHEW E THOMPSON ESQ
25800 NORTHWESTERN HWY STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 279492-99
KUPELIAN ORMOND & MAGY PC
ATTN TERRANCE A HILLER JR ESQ
25800 NORTHWESTERN HWY STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 279201-99
LATHROP & GAGE LC
ATTN STEPHEN B SUTTON ESQ
2345 GRAND BLVD STE 2800
KANSAS CITY MO 64108

CREDITOR ID: 279190-99
LAW OFFICES OF AVRUM J ROSEN
ATTN AVRUM J ROSEN ESQ
38 NEW STREET
HUNTINGTON NY 11743

CREDITOR ID: 278784-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: HOWARD LEVI
STEVEN FEIGENBAUM
845 THIRD AVE 21ST FL
NEW YORK NY 10022

CREDITOR ID: 278783-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: STEVEN FEIGENBAUM
845 THIRD AVE 21ST FL
NEW YORK NY 10022

CREDITOR ID: 278827-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN HOWARD B LEVI ESQ
845 THIRD AVE 21ST FLR
NEW YORK NY 10022

CREDITOR ID: 279437-99
LIEBMANN CONWAY OLEJNICZAK JERRY
ATTN: JEROME E SMYTH
231 S ADAMS ST
PO BOX 23200
GREEN BAY WI 54305-3200

CREDITOR ID: 278985-99
LOCKE LIDDELL & SAPP LLP
ATTN W STEVEN BRYANT ESQ
600 TRAVIS ST
3400 CHASE TOWER
HOUSTON TX 77002

CREDITOR ID: 278984-99
LOCKE LIDDELL & SAPP LLP
ATTN THOMAS H GRACE ESQ
600 TRAVIS ST
3400 CHASE TOWER
HOUSTON TX 77002

CREDITOR ID: 278824-99
LOCKE LIDDELL & SAPP LLP
ATTN C DAVIN BOLDISSAR ESQ
601 POLYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

CREDITOR ID: 278822-99
LOCKE LIDDELL & SAPP LLP
ATTN OMER KUEBEL III ESQ
601 POYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

CREDITOR ID: 278712-99
LOUISIANA COA-COLA
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
1314 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

CREDITOR ID: 279120-99
LOWENSTEIN SANDLER PC
ATTN BRUCE S NATHAN ESQ
1251 AVENUE OF THE AMERICAS 18TH FL
NEW YORK NY 10020

CREDITOR ID: 279121-99
LOWENSTEIN SANDLER PC
ATTN ANUSIA L GAYER ESQ
1251 AVENUE OF THE AMERICAS 18TH FL
NEW YORK NY 10020

CREDITOR ID: 279510-99
LOWNDES DROSDICK ET AL
ATTN: ZACHARY J BANCROFT
450 S ORANGE AVE, STE 800 (32801)
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 279173-99
MACCO & STERN LLP
ATTN RICHARD L STERN ESQ
135 PINELAWN RD STE 120 S
MELVILLE NY 11747

SERVICE LIS
Interim Orders Regarding
Skadden; KS; Blackstone; Smith and Kirschner

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:  05-11063 (RDD)**

CREDITOR ID: 279406-99
MANAGEMENT CO LLP
ATTN: EARL E MCEVOY
GATEWAY CENTER THREE
100 MULBERRY STREET
NEWARK NJ 07102

CREDITOR ID: 279062-99
MANIER & HEROD
ATTN J MICHAEL FRANKS ESQ
150 FOURTH AVE N STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 279053-99
MANIER & HEROD
ATTN THOMAS T PENNINGTON ESQ
150 FOURTH AVE N STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 279061-99
MANIER & HEROD
ATTN MICHAEL E COLLINS
150 FOURTH AVE N STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 279443-99
MARRERO LAND & IMPROVEMENT ASSOC
ATTN: VINCENT A VASTOLA
5201 WESTBANK EXPRESSWAY
SUITE 400
MARRERO LA 70072

CREDITOR ID: 279503-99
MCCARTHY & WHITE PLLC
ATTN: WILLIAM D WHITE
8180 GREENSBORO DR, STE 875
MCLEAN VA 22102

CREDITOR ID: 279175-99
MCGRATH NORTH MULLIN & KRATZ PC
ATTN JAMES J NIEMEIER ESQ
FIRST NATIONAL TOWER STE 3700
1601 DODGE ST
OMAHA NE 68102-1327

CREDITOR ID: 278690-99
MCKEE FOODS CORPORATION
ATTN VALERIE PHILLIPS,
SR CREDIT MANAGER
PO BOX 2118
COLLEGEDALE TN 37315-2118

CREDITOR ID: 279123-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN NICHOLAS GRIFFITHS
4 WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 278810-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS C O'DONNELL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278809-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: LENA MANDEL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278808-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F DUNNE
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 279482-99
MILLBANK TWEED HADLEY & MCCLOY LLP
ATTN DENNIS F DUNNE ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 279483-99
MILLBANK TWEED HADLEY & MCCLOY LLP
ATTN MATTHEW S BARR ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 279115-99
MILLER & MARTIN PLLC
ATTN SHELLEY D RUCKER ESQ
832 GEORGIA AVE STE 1000
CHATTANOOGA TN 37402-2289

CREDITOR ID: 279415-99
MILLING BENSON WOODWARD LLP
ATTN: DAVID CONROY
909 POYDRAS STREET
SUITE 2300
NEW ORLEANS LA 70112-1010

CREDITOR ID: 279432-99
MIMMS ENTERPRISES INC
ATTN: THOMAS B MIMMS JR
85A MILL STREET
ROSWELL  GA 30075-4952

CREDITOR ID: 279469-99
MOORE & VAN ALLEN PLLC
ATTN DAVID B WHEELER ESQ
40 CALHOUN ST STE 300
PO BOX 22828
CHARLESTON SC 29413-2828

CREDITOR ID: 278811-99
MORGAN LEWIS
ATTN: RICHARD S TODER
101 PARK AVENUE
NEW YORK NY 10178-0060

CREDITOR ID: 278832-99
MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN ESQ
101 PARK AVE
NEW YORK NY 10178-0600

CREDITOR ID: 278831-99
MORGAN, LEWIS & BOCKIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
101 PARK AVENUE
NEW YORK NY 10178-0600

CREDITOR ID: 279511-99
MORRIS JAMES HITCHENS ET AL
ATTN: STEPHEN M MILLER
222 DELAWARE AVE, 19TH FL
PO BOX 2306
WILMINGTON DE 19899

CREDITOR ID: 279045-99
MORRIS NICHOLS ARSHT & TUNNEL
ATTN ROBERT J DEHNEY ESQ
1201 N MARKET ST
PO BOX 1347
WILMINGTON DE 19899-1347

CREDITOR ID: 279044-99
MORRIS NICHOLS ARSHT & TUNNELL
ATTN ERIC D SCHWARTZ ESQ
1201 N MARKET ST
PO BOX 1347
WILMINGTON DE 19899-1347

CREDITOR ID: 279122-99
MORRISON & FOERSTER LLP
ATTN JASON C DIBATTISTA ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CREDITOR ID: 279468-99
MORRISON COHEN LLP
ATTN MICHAEL R DAL LAGO ESQ
909 THIRD AVE
NEW YORK NY 10022

CREDITOR ID: 279467-99
MORRISON COHEN LLP
ATTN JOSEPH T MOLDOVAN ESQ
909 THIRD AVE
NEW YORK NY 10022

CREDITOR ID: 279504-99
MOSELEY PRICHARD PARRISH ET AL
ATTTN: ERIC L HEARN
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 279108-99
MOSELEY, PRICHARD, PARRISH,
KNIGHT & JONES
ATTN: RICHARD K. JONESQ
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 279481-99
MT OLIVE PICKLE COMPANY INC
C/O WHARTON ALDHIZER & WEAVER PLC
ATTN STEPHAN W MILO ESQ
THE AMERICAN HOTEL
125 S AUGUSTA ST STE 2000
STAUNTON VA 24401

SERVICE LIS
Interim Orders Regarding
Skadden; KS; Blackstone; Smith and Kirschner

**DEBTOR:    WINN-DIXIE STORES, INC.**                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 279499-99
MUNSCH HARDT KOPF & HARR PC
ATTN: SCOTT ELLIS
1445 ROSS AVE, STE 4000
DALLAS TX 75202

CREDITOR ID: 279498-99
MUNSCH HARDT KOPF & HARR PC
ATTN: RAYMOND URBANIK
1445 ROSS AVE, STE 4000
DALLAS TX 75202

CREDITOR ID: 279489-99
MURRAY FRANK & SAILER LLP
ATTN AARON D PATTON ESQ
275 MADISON AVE 8TH FLR
NEW YORK NY 10016

CREDITOR ID: 279488-99
MURRAY FRANK & SAILER LLP
ATTN JACQUELINE SAILER ESQ
275 MADISON AVE 8TH FLR
NEW YORK NY 10016

CREDITOR ID: 279007-99
NEIMAN GINSBURG & MAIRANZ PC
ATTN GARY GINSBURG ESQ
39 BROADWAY 25TH FLR
NEW YORK NY 10006

CREDITOR ID: 279316-99
NESTLE
ATTN: PETER B KNOX
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 278684-99
NESTLE (NESTLE USA, NESTLE PURINA,
NESTLE WATER)
ATTN: PETER B KNOX
DIRECTOR OF CREDIT & COLLECTIONS
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 279309-99
NEW PLAN EXCEL REALTY TRUST INC
420 LEXINGTON AVE
NEW YORK NY 10170

CREDITOR ID: 279454-99
OCM OPPORTUNITIES FUND V LP
C/O OAKTREE CAPITAL MANAGEMENT LLC
ATTN ALAN S ADLER
333 S GRAND AVE 28TH FLR
LOS ANGELES CA 90071

CREDITOR ID: 279453-99
OCM OPPORTUNITIES FUND V LP
C/O PAUL WEISS RIFKIND ET AL
ATTN ALAN W KORNBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

CREDITOR ID: 279312-99
OCM OPPORTUNITIES FUND V LP
C/O OAKTREE CAPITAL MGMT LLC
ATTN: ALAN S ADLER
LOS ANGELES CA 90071

CREDITOR ID: 279302-99
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD C MORRISSEY ESQ
33 WHITEHALL ST STE 2100
NEW YORK NY 10004

CREDITOR ID: 269393-99
OFFICE OF THE US ATTORNEY, SDNY
ATTN DAVID N KELLEY, ESQ
1 SAINT ANDREWS PLAZA, ROOM 619
NEW YORK NY 10007

CREDITOR ID: 278807-99
OTTERBOURG STEINDLER HOUSTON ROSEN
ATTN: JONATHAN N HELFAT
230 PARK AVE 29TH FL
NEW YORK NY 10169

CREDITOR ID: 278806-99
OTTERBOURG STEINDLER HOUSTON ROSEN
ATTN: DAN FIORELLO
230 PARK AVE 29TH FL
NEW YORK NY 10169

CREDITOR ID: 279041-99
PAGE SCRANTOM SPROUSE ET AL
ATTN LEE CHAMPION ESQ
1111 BAY AVE 3RD FLR
PO BOX 1199
COLUMBUS GA 31902-1199

CREDITOR ID: 278816-99
PATTERSON BELKNAP WEBB & TYLER
ATTN MICHAEL HANDLER ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 278815-99
PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKEHOUSE ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 279410-99
PATTERSON BELKNAP WEBB TYLER
ATTN: MICHAEL HANDLER
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 279409-99
PATTERSON BELKNAP WEBB TYLER
ATTN: DAVID DYKEHOUSE
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 278049-99
PENSION BENEFIT GUARANTY CORP
ATTN BRADLEY D BELT, EXEC DIRECTOR
1200 K STREET NW
WASHINGTON DC 20005-4026

CREDITOR ID: 279192-99
PEPE & HAZARD LLP
ATTN CHARLES J FILARDI JR
30 JELIFF LANE
SOUTHPORT CT 06890-1436

CREDITOR ID: 278812-99
PEPPER HAMILTON LLP
ATTN: I WILLIAM COHEN
100 RENAISSANCE CENTER 36TH FL
DETROIT MI 48243-1157

CREDITOR ID: 279314-99
PEPSICO
ATTN: MARTY SCAMINACI
PO BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 279311-99
PEPSICO
ATTN: SCOTT JOHNSON
7701 LEGACY DR 38-109
PLANO TX 75024

CREDITOR ID: 278682-99
PEPSICO & SUBSIDIARIES
ATTN: MARTY SCAMINACI
DIRECTOR FINANCIAL SERVICES
PO BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 279051-99
PITNEY HARDIN LLP
ATTN CONRAD K CHIU ESQ
7 TIMES SQUARE
NEW YORK NY 10036

CREDITOR ID: 278789-99
PITNEY HARDIN LLP
ATTN SCOTT A ZUBER ESQ
200 CAMPUS DRIVE
FLORHAM PARK NJ 07932-0950

CREDITOR ID: 279496-99
PITNEY HARDIN LLP
ATTN: PETER A FORGOSH
200 CAMPUS DRIVE
FLORHAM PARK NJ 07932-0950

CREDITOR ID: 279088-99
PODVEY, SACHS, MEANOR, ET AL.
ATTN:  ROBERT K. SCHEINBAUM
ONE RIVERFRONT PLAZA
NEWARK NJ 07102

SERVICE LIST
Interim Orders Regarding
Skadden; KS; Blackstone; Smith and Kirschner

**DEBTOR: WINN-DIXIE STORES, INC.** **CASE: 05-11063 (RDD)**

CREDITOR ID: 279417-99
PORZIO BROMBERG & NEWMAN PC
ATTN: BRETT S MOORE
100 SOUTHGATE PKWY
PO BOX 1997
MORRISTOWN NJ 07962-1997

CREDITOR ID: 279416-99
PORZIO BROMBERG & NEWMAN PC
ATTN: WARREN J MARTIN
100 SOUTHGATE PKWY
PO BOX 1997
MORRISTOWN NJ 07962

CREDITOR ID: 278699-99
POWERHOUSE PRODUCE LLC
ATTN JAMES BANKS, ACCOUNT MANAGER
PO BOX 368
RIVERHEAD NY 11901

CREDITOR ID: 279315-99
PROCTOR & GAMBLE DIST CO
ATTN: JAY JONES
PO BOX 100537
ATLANTA GA 30384-0537

CREDITOR ID: 278683-99
PROCTOR & GAMBLE DISTRIBUTING CO.
ATTN: JAY JONES, CR. MGR.
PO BOX 100537
ATLANTA GA 30384-0537

CREDITOR ID: 315657-99
QUADRANGLE GROUP LLC
ATTN: ANDREW HERENSTEIN
375 PARK AVE, 14TH FL
NEW YORK NY 10152

CREDITOR ID: 315656-99
QUADRANGLE GROUP LLC
ATTN: PATRICK BARTEL
375 PARK AVE, 14TH FL
NEW YORK NY 10152

CREDITOR ID: 279442-99
REISMAN, GLENN M
TWO CORPORATE DRIVE, STE 648
PO BOX 861
SHELTON CT 06484-0861

CREDITOR ID: 278725-27
RELIANCE STANDARD LIFE INSURANCE CO
ATTN BECKY CULVER
PO BOX 3050
MILWAUKEE WI 53201

CREDITOR ID: 279404-99
RELIANCE STANDARD LIFE INSURANCE CO
ATTN: EARL E MCEVOY
2001 MARKET ST STE 1500
PHILADELPHIA PA 19103

CREDITOR ID: 279439-99
RICHARD BLACKSTONE WEBBER II PA
ATTN: RICHARD BLACKSTON WEBBER II
320 MAITLAND AVE
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 278803-99
RICHARD W WARD ESQ
2527 FAIRMOUNT ST
DALLAS TX 75201

CREDITOR ID: 279465-99
RICH-SEAPAK CORPORATION
C/O ARNALL GOLDEN GREGORY LLP
ATTN JAMES P SMITH ESQ
201 SECOND ST STE 1000
MACON GA 31201

CREDITOR ID: 279464-99
RICH-SEAPAK CORPORATION
C/O ARNALL GOLDEN GREGORY LLP
ATTN DARRYL S LADDIN ESQ
201 SECOND ST STE 1000
MACON GA 31201

CREDITOR ID: 278709-99
RIVERDALE FARMS
ATTN VANESSA FERNANDEZ CONTROLLER
PO BOX 861093
ORLANDO FL 32886-3356

CREDITOR ID: 279478-99
RIVERDALE FARMS INC
C/O BROAD AND CASSEL
ATTN C CRAIG ELLER ESQ
ONE N CLEMATIS ST STE 500
WEST PALM BEACH FL 33401

CREDITOR ID: 279477-99
RIVERDALE FARMS INC
C/O PORZIO BROMBERG & NEWMAN PC
ATTN BRETT S MOORE ESQ
100 SOUTHGATE PKWY
MORRISTOWN NJ 07962

CREDITOR ID: 279476-99
RIVERDALE FARMS INC
C/O PORZIO BROMBERG & NEWMAN PC
ATTN WARREN J MARTIN JR ESQ
100 SOUTHGATE PARKWAY
PO BOX 1997
MORRISTOWN NJ 07962

CREDITOR ID: 279042-99
ROBINSON BROG ET AL
ATTN FRED B RINGEL ESQ
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

CREDITOR ID: 279196-99
ROETZEL & ANDRESS
ATTN DIANA M THIMMIG ESQ
1375 E NINTH ST
ONE CLEVELAND CTR 9TH FLR
CLEVELAND OH 44115

CREDITOR ID: 278705-99
ROSS LABORATORIES
ATTN PHIL POLK, CONTROLLER
DEPT L-281
COLUMBUS OH 43260-0001

CREDITOR ID: 279501-99
RUSSELL R JOHNSON
3734 BYFIELD PLACE
RICHMOND VA 23233

CREDITOR ID: 279434-99
RYNN & JANOWSKY LLP
ATTN: PRISCILLA GRANNIS
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH CA 92660

CREDITOR ID: 279433-99
RYNN & JANOWSKY LLP
ATTN: PATRICIA RYNN
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH CA 92660

CREDITOR ID: 278711-99
SAFE HARBOR SEAFOOD
ATTN JACK JONES, CFO
4371 OCEAN STREET
MAYPORT FL 32233-2417

CREDITOR ID: 278718-99
SANDERSON FARMS
ATTN NEAL MORGAN, DIRECTOR OF SALES
PO BOX 988
LAUREL MS 39441-0988

CREDITOR ID: 278691-99
SARA LEE FOODS
ATTN JOEL CARTRIGHT,
CREDIT MANAGER
PO BOX 905466
CHARLOTTE NC 28290

CREDITOR ID: 278820-99
SCARELLA ROSEN & SLOME
ATTN ADAM L ROSEN ESQ
333 EARLE OVINGTON BLVD STE 901
UNIONDALE NY 11553

CREDITOR ID: 279495-99
SCARELLA ROSEN & SLOME
ATTN: THOMAS SLOME
333 EARLE OVINGTON BLVD, STE 901
UNIONDALE NY 11553

CREDITOR ID: 278773-99
SCHERING PLOUGH HEALTH CARE
ATTN: JOHN GLYNN - DIRECTOR, TRADE
3030 JACKSON AVENUE
MEMPHIS TN 38151

**SERVICE LIST**
Interim Orders Regarding
Skadden; KS; Blackstone; Smith and Kirschner

**DEBTOR:   WINN-DIXIE STORES, INC.**                                   **CASE:   05-11063 (RDD)**

CREDITOR ID: 278720-99
SCHERING PLOUGH HEALTH CARE
ATTN: JOHN GLYNN
PO BOX 100373
ATLANTA GA 30384

CREDITOR ID: 278702-99
SCHREIBER FOODS, INC.
ATTN KRIS SKUPAS, CREDIT MANAGER
PO BOX 905008
CHARLOTTE NC 28290-5008

CREDITOR ID: 269678-99
SEC BOSTON DISTRICT OFFICE
ATTN WALTER G RICCIARDI, DIST ADMIN
73 TREMONT STREET, SUITE 600
BOSTON MA 02108-3912

CREDITOR ID: 269676-99
SEC HEADQUARTERS
450 FIFTH STREET NW
WASHINGTON DC 20549

CREDITOR ID: 269677-99
SEC NORTHEAST REGIONAL OFFICE
ATTN JOHN MURRAY
THE WOOLWORTH BUILDING
233 BROADWAY
NEW YORK NY 10279

CREDITOR ID: 269679-99
SEC PHILADELPHIA DISTRICT OFFICE
ATTN ARTHUR S GABINET, DIST ADMIN
THE MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA PA 19106-1532

CREDITOR ID: 278728-27
SECURITIES MANAGEMENT AND
RESEARCH, INC.
ATTN SHERRY BAKER
24500 SOUTH SHORE BLVD SUITE 400
LEAGUE CITY TX 77573

CREDITOR ID: 278805-99
SHEARMAN & STERLING LLP
ATTN: ANDREW TENZER
599 LEXINGTON AVE
NEW YORK NY 10022-6069

CREDITOR ID: 279199-99
SILLS CUMMIS EPSTEIN & GROSS
ATTN ANDREW SHERMAN ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102-5400

CREDITOR ID: 279304-99
SKADDEN ARPS SLATE MEAGHER & FLOM
ATTN: D J BAKER
FOUR TIMES SQUARE
NEW YORK NY 10036

CREDITOR ID: 315662-99
SMITH DEBNAM NARRON ET AL
ATTN: BYRON L SAINTSING, ESQ
PO BOX 26268
RALEIGH NC 27611

CREDITOR ID: 279429-99
SMITH HULSEY & BUSEY
ATTN: JAMES H POST
225 WATER ST STE 1800
JACKSONVILLE FL 32202

CREDITOR ID: 279019-99
SMITH KATZENSTEIN & FURLOW
ATTN KATHLEEN M MILLER ESQ
800 DELAWARE AVE 7TH FLR
PO BOX 410
WILMINGTON DE 19899

CREDITOR ID: 279479-99
SOUTHERN CLEANING SERVICES INC
C/O ANDERSON KILL & OLICK PC
ATTN LARRY D HENIN ESQ
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020

CREDITOR ID: 279470-99
SOUTHERN PRIDE CATFISH
DBA AMERICAN PRIDE SEAFOODS
C/O GIBBONS DEL DEO DOLAN ET AL
ATTN DAVID N CRAPO ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102-5497

CREDITOR ID: 279435-99
SQUIRE SANDERS & DEMPSEY LLP
ATTN: KRISTIN E RICHNER
1300 HUNTINGTON CTR
41 S HIGH STREET
COLUMBUS OH 43215-6197

CREDITOR ID: 279306-99
STATE OF NEW YORK ATTORNEY GENERAL
ATTN: ELIOT SPITZER
120 BROADWAY
NEW YORK NY 10271

CREDITOR ID: 279176-99
TAPLIN ASSOCIATES PA
ATTN RONALD SCOTT KANIUK ESQ
350 FIFTH AVE STE 2418
NEW YORK NY 10118

CREDITOR ID: 278833-99
TRAUB BONACQUIST & FOX LLP
ATTN PAUL TRAUB ESQ
655 THIRD AVE 21ST FLR
NEW YORK NY 10017

CREDITOR ID: 278686-99
UNILEVER (HPC USA & BEST FOODS)
ATTN RICHARD BELLIS,
CREDIT MANAGER
1 JOHNS STREET
CLINTON CT 06413

CREDITOR ID: 279318-99
UNILEVER (HPC USA & BEST FOODS)
ATTN: RICHARD BELLIS
1 JOHNS ST
CLINTON CT 06413

CREDITOR ID: 278797-99
UNITED STATES TRUSTEE
ATTN: DEIRDRE A. MARTINI, ESQ.
33 WHITEHALL STREET 21ST FL
NEW YORK NY 10004

CREDITOR ID: 278692-99
US BANK CORPORATION
ATTN ANGELA TRUDEAU VP
RELATIONSHIP MANAGEMENT
PO BOX 790428
ST LOUIS MO 63179-0428

CREDITOR ID: 278723-27
VANGUARD GROUP INCORPORATED
THE VANGUARD GROUP
ATTN EARL E MCEVOY
PO BOX 2600
VALLEY FORGE PA 19482

CREDITOR ID: 279197-99
VARNUM RIDDERING SCHMIDT ET AL
ATTN TIMOTHY J CURTIN ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-3052

CREDITOR ID: 279460-99
VESTCOM NEW CENTURY LLC
C/O LOWENSTEIN SANDLER PC
ATTN SHARON L LEVINE ESQ
65 LIVINGSTON AVE
ROSELAND NJ 07068

CREDITOR ID: 279484-99
VICTORY WHOLESALE GROCERS INC
C/O MCCARTER & ENGLISH LLP
ATTN WILLIAM D WALLACH ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

CREDITOR ID: 278715-99
WARNER LAMBERT CONSUMER GROUP
ATTN ANDY HELVESTON
400 WEST LINCOLN AVENUE
LITITZ PA 17543

CREDITOR ID: 279474-99
WARNER STEVENS LLP
ATTN DAVID T COHEN ESQ
1700 CITY CENTER TOWER II
301 COMMERCE ST
FORT WORTH TX 76102

CREDITOR ID: 279473-99
WARNER STEVENS LLP
ATTN MICHAEL D WARNER ESQ
1700 CITY CENTER TOWER II
301 COMMERCE ST
FORT WORTH TX 76102

SERVICE LIS
**Interim Orders Regarding**
**Skadden; KS; Blackstone; Smith and Kirschner**

**DEBTOR:**   **WINN-DIXIE STORES, INC.**                                                **CASE:  05-11063 (RDD)**

CREDITOR ID: 278813-99
WARNER STEVENS LLP
ATTN: MICHAEL D WARNER
1700 CITY CENTER TOWER II
301 COMMERCE STREET
FORT WORTH TX 76102

CREDITOR ID: 278727-27
WELLINGTON MANAGEMENT CO. LLP
GATEWAY CENTER THREE
ATTN EARL E MCEVOY
100 MULBERRY STREET
NEWARK NJ 07102

CREDITOR ID: 279421-99
WHEELIS & ROZANSKI
ATTN: STEPHEN D WHEELIS
PO BOX 13199
ALEXANDRIA LA 71315-3199

CREDITOR ID: 279452-99
WILLKIE FARR & GALLAGHER LLP
ATTN ROBIN SPIGEL ESQ
787 SEVENTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 279451-99
WILLKIE FARR & GALLAGHER LLP
ATTN ALAN J LIPKIN ESQ
787 SEVENTH AVE
NEW YORK NY 10019

CREDITOR ID: 278998-99
WILMINGTON TRUST COMPANY
ATTN STEVEN M CIMALORE
1100 N MARKET ST
RODNEY SQUARE NORTH
WILMINGTON DE 19890

CREDITOR ID: 278721-27
WILMINGTON TRUST COMPANY AS
INDENTURE TRUSTEE
ATTN CORPORATE TRUST DEPARTMENT
RODNEY SQUARE NORTH
WILMINGTON DE 19890

CREDITOR ID: 279303-99
WINN-DIXIE STORES INC
ATTN: LAURENCE B APPEL
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

CREDITOR ID: 278992-99
WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE ESQ
250 W MAIN ST STE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 278714-99
WYETH CONSUMER HEALTHCARE
ATTN LARRY SANDERS, VP GLOBAL FINAN
PO BOX 75296
CHARLOTTE NC 28275-5296

CREDITOR ID: 279408-99
XROADS SOLUTIONS GROUP LLC
ATTN: DENNIS SIMON
9 EXECUTIVE CIRCLE STE 190
IRVINE  CA 92614

CREDITOR ID: 279117-99
YOUNG WILLIAMS PA
ATTN ROBERT L HOLLADAY JR
PO BOX 23059
JACKSON MS 39225-3059

**Total:  282**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                          :
                                                               :        **Chapter 11**
                                                               :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**                     :        **Case No. 05-11063 (RDD)**
                                                               :
                    **Debtors.**                                :        **(Jointly Administered)**
                                                               :
------------------------------------------------------------------x

## INTERIM ORDER AUTHORIZING DEBTORS TO RETAIN SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS LEAD RESTRUCTURING AND BANKRUPTCY COUNSEL TO THE DEBTORS

Upon the Application dated February 21, 2005 (the "Application") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Sections 327(a) and 329 of the Bankruptcy Code approving the retention of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") as lead restructuring and bankruptcy counsel to the Debtors during these cases, as more fully set forth in the Application; and upon consideration of the Declaration of D. J. Baker and Disclosure of Compensation (the "Baker Declaration"); and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the Office of the United States Trustee, (ii) counsel

for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for

the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no

other or further notice being required; and the employment of Skadden, Arps on an interim basis

is  being in the best interests of the Debtors, their estates, and creditors; and the Court having

reviewed the Application; and the Court having determined that the legal and factual bases set

forth in the Application establish just cause for the interim approval of relief granted herein

pending a final hearing; and upon all of the proceedings had before the Court; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted on an interim basis until such time as

the Court conducts a final hearing on this matter (the "Final Hearing Date"); and it is further

ORDERED that the Final Hearing Date shall be March 15, 2005 at 10:00 a.m.;

and it is further

ORDERED that any objection to the relief requested by the Application on a final

basis must be filed with the Court, along with copy to Chambers, and be served upon (i) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street,

21st Floor, New York, New York 10004; (ii) D. J. Baker, Skadden, Arps, Slate, Meagher &

Flom LLP, Four Times Square, New York, New York 10036; (iii) Sarah Robinson Borders, King

& Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303; and (iv) Dennis F. Dunne and

Matthew S. Barr, Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New

York, NY 10005 so as to be received by March 10, 2005 at 4:00 p.m.; and it is further;

ORDERED that the Debtors are authorized to retain on an interim basis Skadden,

Arps as their lead restructuring and bankruptcy counsel, pursuant to Sections 327(a) and 329 of

the Bankruptcy Code, as of February 21, 2005 (the "Petition Date") on the terms set forth in the

Application and the Baker Declaration; and it is further

ORDERED that no work performed by Skadden, Arps shall be duplicative of

work performed by any other counsel retained by the Debtors in these cases; and it is further

ORDERED that if any supplemental declarations are filed and served after the

entry of this Order, absent any objections filed within twenty (20) days after the filing and

service of such supplemental declarations, Skadden, Arps' employment shall continue as

authorized pursuant to this Order; and it is further

ORDERED that Skadden, Arps shall be compensated upon appropriate

application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules

of Bankruptcy Procedure, the Local Rules, and orders of this Court; and it is further

ORDERED that within five (5) days of the entry of this Order, the Debtors shall

serve a copy of this Order on the Office of the United States Trustee, counsel for the Debtors'

pre-petition secured lenders, the indenture trustee for the Debtors' senior noteholders, counsel to

the Agent for the Debtors' proposed debtor-in-possession lenders, the Debtors' fifty (50) largest

unsecured creditors on a consolidated basis, counsel for the Official Committee of Unsecured

Creditors, and any counsel or party that has filed a notice of appearance or request for notice

within such time; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Application is hereby waived.

Dated:  March 4, 2005
New York, New York


_____/s/ Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

972298.02-New York Server 7A - MSW

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                       :
                                                            :        **Chapter 11**
                                                            :
**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**          :        **Case No. 05-11063 (RDD)**
                                                            :
                           **Debtors.**                     :        **(Jointly Administered)**
                                                            :
-----------------------------------------------------------------x

## INTERIM ORDER AUTHORIZING DEBTORS TO EMPLOY
## THE BLACKSTONE GROUP, L.P. AS FINANCIAL ADVISORS

Upon the Application dated February 21, 2005 (the "Application") of Winn-Dixie

Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Sections

327(a) and 328 of the Bankruptcy Code for authority to employ The Blackstone Group, L.P.,

("Blackstone") as financial advisors in these cases, all as more fully set forth in the Application;

and upon consideration of the declaration of Paul P. Huffard (the "Huffard Declaration"); and the

Court being satisfied, pending a final hearing on reasonable notice, based on the representations

made in the Application and in the Huffard Declaration, that Blackstone does not hold or

represent an interest adverse to the Debtors' estates and is a "disinterested person," as that term

is defined under Section 101(14) of the Bankruptcy Code; and the Court being satisfied, pending

a final hearing on reasonable notice, that the terms of compensation being sought by Blackstone,

as described in the Engagement Letter attached to the Motion as <u>Exhibit A</u> (the "Letter

Agreement") are reasonable; and upon consideration of the Declaration of Bennett L. Nussbaum

Pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions

and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction

to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and

1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District

Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and

consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the

Office of the United States Trustee, (ii) counsel for Wachovia Bank, N.A., as agent for the

Debtors' secured lenders, (iii) the indenture trustee for the Debtors' noteholders, and (iv) the

Debtors' fifty (50) largest unsecured creditors, and no other or further notice being required; and

the employment of Blackstone on an interim basis is in the best interests of the Debtors, their

estates, and creditors; and the Court having reviewed the Application; and the Court having

determined that the legal and factual bases set forth in the Application establish just cause for the

interim approval of relief granted herein pending a final hearing; and upon all of the proceedings

had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted on an interim basis until such time as

the Court conducts a final hearing on this matter (the "Final Hearing Date"); and it is further

ORDERED that notice of the Final Hearing Date shall be provided to the parties

on the master service list and any other party or entity whose specific rights or interests are

directly affected by this matter and the Final Hearing Date shall be no earlier than April 29,

2005; and it is further

ORDERED that any objection, and notice thereof, to the relief requested by the

Application on a final basis must be filed with the Court, along with copy to Chambers, and be

served upon (i) the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, 21st Floor, New York, New York  10004; (ii) D.J. Baker, Skadden, Arps, Slate,

Meagher & Flom LLP, Four Times Square, New York, New York 10036; (iii) Sarah Robinson

Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303; (iv) Paul P.

Huffard, The Blackstone Group, L.P., 345 Park Avenue, New York, New York 10010; and (v)

Dennis F. Dunne and Matthew S. Barr, Milbank, Tweed, Hadley and McCloy LLP, 1 Chase

Manhattan Plaza, New York, NY 10005 so as to be received by 4:00 p.m. three days prior to the

scheduled final hearing date for this matter; and it is further

ORDERED that the Debtors are authorized to retain on an interim basis

Blackstone as their financial advisors, pursuant to Sections 327(a) and 328 of the Bankruptcy

Code, as of February 21, 2005, (the "Petition Date") on the terms set forth in the Application, the

Letter Agreement, and the Huffard Declaration; and it is further

ORDERED that if any supplemental declarations are filed and served after the

entry of this Order, absent any objections filed within twenty (20) days after the filing and

service of such supplemental declarations, Blackstone's employment shall continue as authorized

pursuant to this Order; and it is further

ORDERED that all compensation and reimbursement of expenses to be paid to

Blackstone shall be subject to prior approval of this Court in accordance with the requirements

under Sections 330 and 331 of the Bankruptcy Code and any order of this Court establishing

procedures for monthly compensation and reimbursement of expenses; provided that the

Monthly Fee, as defined in the Letter Agreement, during the interim period, shall not hereafter be

subject to challenge except under the standard of review set forth in Section 328(a) of the

Bankruptcy Code; and further provided that, notwithstanding the preceding clause, the United

States Trustee and the Official Committee of Unsecured Creditors retain all rights to object to

Blackstone's interim and final fee applications (including expense reimbursement) on all

grounds, including but not limited to the reasonableness standard provided for in Section 330 of the Bankruptcy Code; and it is further

ORDERED that, notwithstanding the previous paragraph, Blackstone shall not be required to maintain time records or receipts for expenses in amounts less than $75; and it is further

ORDERED that all requests of Blackstone for payment of indemnity pursuant to the Letter Agreement shall be made by means of an application (interim or final as the case may be) and shall be subject to review by the Court to ensure that payment of such indemnity conforms to the terms of the Letter Agreement and is reasonable based upon the circumstances of the litigation or settlement in respect of which indemnity is sought; provided, however, that in no event shall Blackstone be indemnified in the case of its own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence, or willful misconduct; and it is further

ORDERED that in no event shall Blackstone be indemnified if a Debtor or a representative of the estate asserts a claim for, and a court determines by final order that such claim arose out of, Blackstone's own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence, or willful misconduct; and it is further

ORDERED that in the event Blackstone seeks reimbursement for attorneys' fees from the debtors pursuant to the Letter Agreement, the invoices and supporting time records from such attorneys shall be included in Blackstone's own applications (both interim and final), and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of Sections 330 and 331 of the Bankruptcy Code without regard to whether such attorney has been retained under Section 327 of the Bankruptcy Code and without regard to

whether such attorneys' services satisfy Section 330(a)(3)(C) of the Bankruptcy Code; and it is further

ORDERED that to the extent this Order is inconsistent with the Letter Agreement, this Order shall govern; and it is further

ORDERED that within five (5) days of the entry of this Order, the Debtors shall serve a copy of this Order on the Office of the United States Trustee, counsel for the Debtors' pre-petition secured lenders, the indenture trustee for the Debtors' senior note holders, counsel to the Agent for the Debtors' proposed debtor-in-possession lenders, the Debtors' fifty (50) largest unsecured creditors on a consolidated basis, counsel to the Official Committee of Unsecured Creditors, and any counsel or party that has filed a notice of appearance or request for notice within such time; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Application is hereby waived.

Dated:  March 4, 2005
      New York, New York

                                                       /s/ Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                                    :
                                                                         :          **Chapter 11**
                                                                         :
**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**                       :          **Case No. 05-11063 (RDD)**
                                                                         :
                         **Debtors.**                                    :          **(Jointly Administered)**
                                                                         :
-----------------------------------------------------------------x

**INTERIM ORDER AUTHORIZING DEBTORS TO RETAIN**
**KING & SPALDING LLP AS BANKRUPTCY CO-COUNSEL**
**<u>AND GENERAL CORPORATE COUNSEL TO THE DEBTORS</u>**

Upon the Application dated February 21, 2005 (the "Application") of Winn-Dixie Stores,

Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Section 327(a)

of the Bankruptcy Code for authority to retain King & Spalding LLP ("King & Spalding") as

bankruptcy co-counsel and general corporate counsel in these cases, all as more fully set forth in

the Application; and upon consideration of the declaration of Sarah R. Borders (the "Borders

Declaration"); and upon consideration of the Declaration of Bennett L. Nussbaum pursuant to

Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and

Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to

consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334

and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for

the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration

of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Application having been provided to (i) the Office of the United

States Trustee, (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders,

(iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest

unsecured creditors, and no other or further notice being required; and the relief requested in the

employment of King & Spalding on an interim basis is in the best interests of the Debtors, their

estates, and creditors; and the Court having reviewed the Application; and the Court having

determined that the legal and factual bases set forth in the Application establish just cause for the

interim approval of relief granted herein pending a final hearing; and upon all of the proceedings

had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted on an interim basis until such time as

the Court conducts a final hearing on this matter (the "Final Hearing Date"); and it is further

ORDERED that the Final Hearing Date shall be March 15, 2005, at 10:00 a.m.

ET; and it is further

ORDERED that any objection to the relief requested by the Application on a final

basis must be filed with the Court, along with copy to Chambers, and be served upon (i) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street,

21st Floor, New York, New York  10004; (ii) D.J. Baker, Skadden, Arps, Slate, Meagher &

Flom LLP, Four Times Square, New York, New York 10036; (iii) Sarah Robinson Borders, King

& Spalding LLP, 191 Peachtree Street, Atlanta, Georgia  30303 and (iv) Dennis F. Dunne and

Matthew S. Barr, Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New

York, NY 10005, so as to be received by March 10, 2005 at 4:00 p.m. ET; and it is further

ORDERED that the Debtors are authorized to retain on an interim basis King &

Spalding as their bankruptcy co-counsel and general corporate counsel, pursuant to Section

327(a) of the Bankruptcy Code, as of February 21, 2005 (the "Petition Date"), on the terms set

forth in the Application and the Borders Declaration; and it is further

ORDERED that no work performed by King & Spalding shall be duplicative of work performed by any other counsel retained by the Debtors in these cases; and it is further

ORDERED that if any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, King & Spalding's employment shall continue as authorized pursuant to this Order; and it is further

ORDERED that King & Spalding shall be compensated upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court, and it is further

ORDERED that within five (5) days of the entry of this Order, the Debtors shall serve a copy of this Order on the Office of the United States Trustee, counsel for the Debtors' pre-petition secured lenders, the indenture trustee for the Debtors' senior note holders, counsel to the Agent for the Debtors' proposed debtor-in-possession lenders, the Debtors' fifty (50) largest unsecured creditors on a consolidated basis, counsel for the Official Committee of Unsecured Creditors and any counsel or party that has filed a notice of appearance or request for notice within such time; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Application is hereby waived.

Dated:  March 4, 2005
        New York, New York

                              _____
                                   /s/ Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE

-3-

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                    :
                                                         :        **Chapter 11**
                                                         :
**WINN-DIXIE STORES, INC., et al.,**                     :        **Case No. 05-11063**
                                                         :
             **Debtors.**                                :        **(Jointly Administered)**
                                                         :
-------------------------------------------------------------x

### INTERIM ORDER AUTHORIZING DEBTORS TO RETAIN SMITH, GAMBRELL & RUSSELL, LLP AS SPECIAL REAL ESTATE COUNSEL TO THE DEBTORS

Upon the Application dated February 21, 2005 (the "Application") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Section 327(e) of the Bankruptcy Code for authority to retain Smith, Gambrell & Russell, LLP ("SGR") as special real estate counsel in these cases, all as more fully set forth in the Application; and upon consideration of the declaration of Douglas G. Stanford (the "Stanford Declaration"); and upon consideration of the Declaration of Bennett L. Nussbaum pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the Office of the United States Trustee, (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no

other or further notice being required; and employment of SGR on an interim basis is in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the interim approval of relief granted herein pending a final hearing; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted on an interim basis until such time as the Court conducts a final hearing on this matter (the "Final Hearing Date"); and it is further

ORDERED that the Final Hearing Date shall be March 15, 2005, at 10:00 a.m. ET; and it is further

ORDERED that any objection to the relief requested by the Application on a final basis must be filed with the Court, along with a copy to Chambers, and be served upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; (iii) Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303; (iv) Douglas G. Stanford, Smith, Gambrell & Russell, LLP, Bank of America Tower, 50 Laura Street, Suite 2600, Jacksonville, Florida 32202; and (v) Dennis F. Dunne and Matthew S. Barr, Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 so as to be received by March 10, 2005 at 4:00 p.m. ET; and it is further

ORDERED that the Debtors are authorized to retain on an interim basis SGR as their special real estate counsel, pursuant to Section 327(e) of the Bankruptcy Code, as of

February 21, 2005, on the terms set forth in the Application and the Stanford Declaration; and it is further

ORDERED that no work performed by SGR shall be duplicative of work performed by any other counsel retained by the Debtors in these cases; and it is further

ORDERED that if any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, SGR's employment shall continue as authorized pursuant to this Order; and it is further

ORDERED that SGR shall be compensated upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court, and it is further

ORDERED that within five (5) days of the entry of this Order, the Debtors shall serve a copy of this Order on the Office of the United States Trustee, counsel for the Debtors' pre-petition secured lenders, the indenture trustee for the Debtors' senior note holders, counsel to the Agent for the Debtors' proposed debtor-in-possession lenders, the Debtors' fifty (50) largest unsecured creditors on a consolidated basis, counsel for the Official Committee of Unsecured Creditors, and any counsel or party that has filed a notice of appearance or request for notice within such time; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Application is hereby waived.

Dated:  March 4, 2005
        New York, New York


                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                          :
                                               :        **Chapter 11**
                                               :
**WINN-DIXIE STORES, INC., et al.,**           :        **Case No. 05-11063 (RDD)**
                                               :
              **Debtors.**                     :        **(Jointly Administered)**
                                               :
-------------------------------------------------------------x

## INTERIM ORDER AUTHORIZING DEBTORS TO RETAIN KIRSCHNER & LEGLER, P.A. AS SPECIAL CORPORATE FINANCE COUNSEL TO THE DEBTORS

Upon the Application dated February 21, 2005 (the "Application") of Winn-Dixie

Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Section

327(e) of the Bankruptcy Code for authority to retain Kirschner & Legler, P.A. ("K&L") as

special corporate finance counsel in these cases, all as more fully set forth in the Application;

and upon consideration of the declaration of Kenneth M. Kirschner (the "Kirschner

Declaration"); and upon consideration of the Declaration of Bennett L. Nussbaum pursuant to

Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and

Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to

consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334

and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for

the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration

of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Application having been provided to (i) the Office of the United

States Trustee, (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders,

(iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest

unsecured creditors, and no other or further notice being required; and the employment of K&L

on an interim basis is in the best interests of the Debtors, their estates, and creditors; and the

Court having reviewed the Application; and the Court having determined that the legal and

factual bases set forth in the Application establish just cause for the interim approval of relief

granted herein pending a final hearing; and upon all of the proceedings had before the Court; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted on an interim basis until such time as

the Court conducts a final hearing on this matter (the "Final Hearing Date"); and it is further

ORDERED that the Final Hearing Date shall be March 15, 2005, at 10:00 a.m.

ET; and it is further

ORDERED that any objection to the relief requested by the Application on a final

basis must be filed with the Court, along with copy to Chambers, and be served upon (i) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street,

21st Floor, New York, New York 10004; (ii) D.J. Baker, Skadden, Arps, Slate, Meagher &

Flom LLP, Four Times Square, New York, New York 10036; (iii) Sarah Robinson Borders, King

& Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303; (iv) Kenneth M. Kirschner,

Kirschner & Legler, P.A., 300A Wharfside Way, Jacksonville, Florida 32207; and (v) Dennis F.

Dunne and Matthew S. Barr, Milbank, Tweed, Hadley and McCloy LLP, 1 Chase Manhattan

Plaza, New York, NY 10005 so as to be received by March 10, 2005 at 4:00 p.m. ET; and it is

further

ORDERED that the Debtors are authorized to retain on an interim basis K&L as

their special corporate finance counsel, pursuant to Section 327(e) of the Bankruptcy Code, as of

February 21, 2005, (the "Petition Date"), on the terms set forth in the Application and the

Kirschner Declaration; and it is further

ORDERED that no work performed by K&L shall be duplicative of work

performed by any other counsel retained by the Debtors in these cases; and it is further

ORDERED that if any supplemental declarations are filed and served after the

entry of this Order, absent any objections filed within twenty (20) days after the filing and

service of such supplemental declarations, K&L's employment shall continue as authorized

pursuant to this Order; and it is further

ORDERED that K&L shall be compensated upon appropriate application in

accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy

Procedure, the Local Rules, and orders of this Court, and it is further

ORDERED that within five (5) days of the entry of this Order, the Debtors shall

serve a copy of this Order on the Office of the United States Trustee, counsel for the Debtors'

pre-petition secured lenders, the indenture trustee for the Debtors' senior note holders, counsel to

the Agent for the Debtors' proposed debtor-in-possession lenders, the Debtors' fifty (50) largest

unsecured creditors on a consolidated basis, counsel for the Official Committee of Unsecured

Creditors, and any counsel or party that has filed a notice of appearance or request for notice

within such time; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Application is hereby waived.

Dated:  March 4, 2005
        New York, New York


                              _____/s/ Robert D. Drain_____
                              UNITED STATES BANKRUPTCY JUDGE