**REED SMITH LLP**
**Counsel for Maryland & Virginia**
**Milk Producers Cooperative Association, Inc.**
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
Andrew L. Morrison
T: 212-521-5400
F: 212-521-5450
*and*
Reed Smith LLP
1301 K Street NW
Suite 1100 – East Tower
Washington, DC 20005
Robert M. Marino
T: 202-414-9200
F: 202-414-9299

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) ) ) WINN-DIXIE STORES, INC., et al., ) Debtors. ) ) | Chapter 11 Case No. 05-11063 (RDD) (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Reed Smith LLP hereby appears as counsel to **Maryland & Virginia Milk Producers Cooperative Association, Inc.** (the "Association"), a creditor and party in interest herein, pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rule 9010(b), and hereby requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d) and (f) and 3017(a), including but not limited to, all proposed Disclosure Statements and Plans of Reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in these procedurally consolidated cases. All such notices should be addressed as follows:

> Robert M. Marino, Esq.
> REED SMITH LLP
> 1301 K Street, NW
> Suite 1100 -- East Tower
> Washington, D.C. 20005-3317
> Phone:  202-414-9200
> Fax:    202-414-9299
> Rmarino@reedsmith.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any applications, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above cases and proceedings therein.

Dated: March 10, 2005                               Respectfully submitted,

/s/ Andrew L. Morrison
Andrew L. Morrison
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
amorrison@reedsmith.com
Tel.: 212-521-5400
Fax: 212-521-5450

*and*

Robert M. Marino
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C., 20005
rmarino@reedsmith.com
Tel.: 202-414-9200
Fax: 202-414-9299

Counsel for Maryland & Virginia Milk
Producers Cooperative Association, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2005, I caused a true and correct copy of the foregoing *Notice* to be served by regular first class mail, postage prepaid, to the following parties:

D. J. Baker, Esquire
Sally McDonald Henry, Esquire
Rosalie Walker Gray, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*Counsel to Debtors*

Sarah Robinson Borders, Esquire
King & Spaulding LLP
191 Peachtree Street
Atlanta, GA 30303
*Counsel to Debtors*

Richard C. Morrissey, Esquire
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esquire
Matthew S. Barr, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Proposed Counsel for the Official Committee of Unsecured Creditors*

/s/ Robert M. Marino
Robert M. Marino