Todd C. Meyers, Esq.
Georgia Bar No. 503756
KILPATRICK STOCKTON LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)/ (404) 815-6555 (Facsimile)
Attorneys for Creditor Flowers Foods, Inc. and Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | x ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) ) | Case No. 05-11063 |
| Debtors. | ) ) ) x | (Jointly Administered) |

**NOTICE OF APPEARANCE AS COUNSEL**
**AND REQUEST FOR NOTICES**

**COMES NOW** the law firm of Kilpatrick Stockton LLP ("Kilpatrick Stockton"), counsel for Flowers Foods, Inc. and affiliates (collectively, "Flowers") in the above-captioned, jointly-administered cases, and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby files this Notice of Appearance as Counsel and Request for Notices.

**PLEASE TAKE NOTICE** that Kilpatrick Stockton hereby requests that all notices, papers, pleadings, and documents required to be served in these jointly-administered cases be served upon the following as counsel for Flowers:

>   Todd C. Meyers, Esq.
>   **KILPATRICK STOCKTON LLP**
>   1100 Peachtree Street, N.E., Suite 2800
>   Atlanta, Georgia 30309-4530
>   (404) 815-6500 (Telephone)/ (404) 815-6555 (Facsimile)
>   E-Mail:  TMeyers@KilpatrickStockton.com

This request for notices encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, including,

ATLLIB01 1946354.1

without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other documents brought before this Court in any proceeding, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, facsimile, electronic mail or otherwise which affect or seek to affect the above cases.

Please take further notice that this request for notices shall not be deemed or construed to be a waiver of any substantive or procedural right of Flowers, including without limitation, to (a) require that where any adversary proceeding is to be initiated against Flowers in these cases or any related case or where any proceeding is to be initiated by complaint against Flowers under applicable non-bankruptcy law, service shall be made on Flowers in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States District Court; (c) trial by jury in any proceeding so triable in these jointly-administered cases or any case, controversy, or proceeding related to these cases; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Flowers is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Flowers expressly reserves.

Dated:  March 9, 2005
        Atlanta, Georgia

By: /s/ Todd C. Meyers
    Todd C. Meyers, Esq.
    (GA Bar No. 503756)

**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30309-4530
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
TMeyers@KilpatrickStockton.com

Attorneys for Flowers Foods, Inc. and Affiliates

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Notice of Appearance were served, by first class United States Mail, postage prepaid, on the parties listed herein below.

>D. J. Baker, Esq.
>Sally McDonald Henry, Esq.
>Rosalie Walker Gray, Esq.
>SKANDDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>Four Times Square
>New York, New York   10036
>
>Sarah Robinson Borders, Esq.
>Brian C. Walsh, Esq.
>KING & SPALDING LLP
>191 Peachtree Street
>Atlanta, Georgia   30303
>
>Richard C. Morrisey, Esq.
>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, New York   10004

Dated: March 9, 2005
      Atlanta, Georgia

By:  /s/ Todd C. Meyers
     Todd C. Meyers, Esq.
     Georgia Bar No. 503756

**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)
E-Mail:  TMeyers@KilpatrickStockton.com

Attorneys for Flowers Foods, Inc.
and Affiliates