SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Adam S. Ravin, hereby certify that, on March 8, 2005, I caused to be served the Order Approving the Sale of Certain Pharmaceutical Prescriptions and Inventory, by having true and correct copies thereof sent via (a) first-class mail, postage pre-paid to the parties listed in Exhibit A and (b) e-mail service to the parties listed in Exhibit B.

Dated: March 10, 2005
New York, New York

/s/  *Adam S. Ravin*
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (917) 777-3389

**EXHIBIT A**

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>richard.morrissey@usdoj.gov |
| Laurence B. Appel<br>Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>Phone: 904-783-5000<br>Fax: 904-783-5059<br>LarryAppel@winn-dixie.com | D. J. Baker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Phone: 212-735-2150<br>Fax: 917-777-2150<br>djbaker@skadden.com |
| Sarah Robinson Borders<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Phone: 404-572-4600<br>Fax: 404-572-5149<br>sborders@kslaw.com | Internal Revenue Service<br>Attn: Insolvency Department<br>290 Broadway, 5th Floor<br>New York, NY 10007 |
| Securities and Exchange Commission<br>Reorganization Branch<br>233 Broadway<br>New York, NY 10279 | Office of New York State Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271<br>Phone: 212-416-8000 |
| R2 Investments, LDC<br>c/o Amalgamated Gadget, LP<br>Attn: Dave Gillespie<br>Phone: 817-332-9500<br>301 Commerce Street, Ste 3200<br>Fort Worth, TX 76102 | Deutsche Bank Trust Company Americas<br>Attn: S. Berg<br>60 Wall Street<br>New York, NY 10005-2858<br>Phone: 212-250-2921 |

New Plan Excel Realty Trust, Inc.
420 Lexington Ave
New York, NY 10170
Phone: 212-869-3000

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093
Phone: 847-646-6719
Fax: 847-646-4479

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024
Phone: 972-334-7405

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management, LLC
Attn: Alan S. Adler
Los Angeles, CA 90071
Phone: 213-830-6300
Fax: 213-830-8851

Capital Research and Management Company
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071
Phone: 213-486-9200
Fax: 213-486-9217

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069
Phone: 212-848-4000
Fax: 212-848-7179
Atenzer@Shearman.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
dfiorillo@oshr.com; Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com; Lmandel@milbank.com;
DODonnell@milbank.com; mbarr@milbank.com

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060
Phone: 212-309-6052
Fax: 212-309-6001
rtoder@morganlewis.com

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157
Phone: 313-393-7341
Fax: 313-259-7926
coheniw@pepperlaw.com

| | |
|---|---|
| FTI Consulting<br>Attn: Michael Eisenband<br>3 Times Square<br>11th Floor<br>New York, NY 10036<br>Phone: 212- 499-3647<br>Fax 212-841-9350<br>Michael.Eisenband@FTIConsulting.com | The Blackstone Group L.P.<br>Attn: Flip Huffard<br>345 Park Avenue<br>New York, NY 10010<br>Phone: 212-583-5000<br>Fax: 212-583-5812<br>huffard@blackstone.com |
| XRoads Solutions Group LLC<br>Attn: Dennis Simon<br>9 Executive Circle, Suite 190<br>Irvine, CA  92614<br>Phone : 949-567-1650<br>Fax : 949-567-1750<br>dsimon@xroadsllc.com | Virginia Board of Pharmacy<br>Elizabeth Scott Russell<br>6606 West Broad St<br>Richmond, Va 23230 |
| Virginia Department of Taxation<br>3600 West Broad Street<br>Suite 160<br>Richmond, VA 23230-4915 | County of Franklin<br>Commissioner of the Revenue<br>275 South Main Street, Suite 106<br>Rocky Mount, VA 24151-1706 |
| City of Franklin<br>Commissioner of the Revenue<br>P. O. Box 389<br>Franklin, VA 23851-0389 | CVS<br>Attn: Charles Rotella<br>970 West Franklin St<br>Rocky Mount, VA 24151 |
| CVS Realty Co.<br>Attn: Syed A. Husain<br>One CVS Drive<br>Woonsocket, RI 02895<br>sahusain@cvs.com | Kroger<br>Attn: Mark Woolf<br>400 Old Franklins Turnpike<br>Rocky Mount, VA 24151<br>mark.woolf@kroger.com |

Rite Aid
Attn: Dominick Torchia
100 South College
Franklin, VA 23851
dtorchia@riteaid.com

Eckerd Corporation
Attn: Jim Swearinger
1031 Armory Dr
Franklin, VA 23851
jswea2@eckerd.com

Wal-Mart
Attn: Ben Thankachan
702 Southwest 8th St.
Bentonville, AR 72716-0230
Ben.Thankachan@wal-mart.com

Eckerd Corporation
Attn: Howard Nobleman
1031 Armory Dr
Franklin, VA 23851
dclev1@eckerd.com

The Jean Coutu Group (PJC) USA, Inc.
Brooks Pharmacy/ Eckerd Pharmacy
Attn: Felise Feingold
t. 401-825-3670
f. 401-825-3997
Felise.Feingold@brooks-rx.com

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (fax)
mminuti@saul.com

**EXHIBIT B**

\

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>richard.morrissey@usdoj.gov |
| Laurence B. Appel<br>Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>Phone: 904-783-5000<br>Fax: 904-783-5059<br>LarryAppel@winn-dixie.com | D. J. Baker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Phone: 212-735-2150<br>Fax: 917-777-2150<br>djbaker@skadden.com |
| Sarah Robinson Borders<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Phone: 404-572-4600<br>Fax: 404-572-5149<br>sborders@kslaw.com | Shearman & Sterling LLP<br>Attn: Andrew Tenzer<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Phone: 212-848-4000<br>Fax: 212-848-7179<br>Atenzer@Shearman.com |
| Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Dan Fiorello, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>dfiorillo@oshr.com; Jhelfat@oshr.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com; Lmandel@milbank.com; DODonnell@milbank.com; mbarr@milbank.com |
| Morgan Lewis & Bockius LLP<br>Attn: Richard S. Toder<br>101 Park Avenue<br>New York, NY 10178-0060<br>Phone: 212-309-6052<br>Fax: 212-309-6001<br>rtoder@morganlewis.com | Pepper Hamilton LLP<br>Attn: I. William Cohen<br>100 Renaissance Center, 36th Floor<br>Detroit, MI 48243-1157<br>Phone: 313-393-7341<br>Fax: 313-259-7926<br>coheniw@pepperlaw.com |

FTI Consulting
Attn: Michael Eisenband
3 Times Square
11th Floor
New York, NY 10036
Phone: 212- 499-3647
Fax 212-841-9350
Michael.Eisenband@FTIConsulting.com

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010
Phone: 212-583-5000
Fax: 212-583-5812
huffard@blackstone.com

XRoads Solutions Group LLC
Attn: Dennis Simon
 9 Executive Circle, Suite 190
Irvine, CA  92614
Phone : 949-567-1650
Fax : 949-567-1750
dsimon@xroadsllc.com

CVS Realty Co.
Attn: Syed A. Husain
One CVS Drive
Woonsocket, RI 02895
sahusain@cvs.com

Kroger
Attn: Mark Woolf
400 Old Franklins Turnpike
Rocky Mount, VA 24151
mark.woolf@kroger.com

Rite Aid
Attn: Dominick Torchia
100 South College
Franklin, VA 23851
dtorchia@riteaid.com

Eckerd Corporation
Attn: Jim Swearinger
1031 Armory Dr
Franklin, VA 23851
jswea2@eckerd.com

Wal-Mart
Attn: Ben Thankachan
702 Southwest 8th St.
Bentonville, AR 72716-0230
Ben.Thankachan@wal-mart.com

Eckerd Corporation
Attn: Howard Nobleman
1031 Armory Dr
Franklin, VA 23851
dclev1@eckerd.com

The Jean Coutu Group (PJC) USA, Inc.
Brooks Pharmacy/ Eckerd Pharmacy
Attn: Felise Feingold
t. 401-825-3670
f. 401-825-3997
Felise.Feingold@brooks-rx.com

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (fax)
mminuti@saul.com