KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Hwy., Suite 950
Southfield, Michigan 48075
Telephone:    (248) 357-0000
Facsimile:    (248) 357-7488
Paul S. Magy (P34423)
Terrance A. Hiller, Jr. (P55699)
Matthew E. Thompson (P56099)

Attorneys for Ramco-Gershenson Properties, L.P. and
RLV Marketplace LP

UNITED STATES BANKURPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:  Chapter 11
:
In re:                                             :  Case No. 05-11063-RDD
:
WINN-DIXIE STORES, INC., et al.,   :  (Jointly Administered)
:
Debtors.                            :
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Matthew E. Thompson, a member in good standing of the bar in the State of Michigan, or of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Ramco-Gershenson Properties, L.P. and RLV Marketplace LP, Creditors, Creditors in the above referenced case.

My:    address is 25800 Northwestern Hwy., Suite 950, Southfield, Michigan 48075
       e-mail address is MET@kompc.com; telephone number is 248-357-0000.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice pro hac vice.

Dated: March 7, 2005
       New York, New York                    Matthew E. Thompson, Esq.

## ORDER

**Ordered,**
that Matthew E. Thompson, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
       New York, New York          /s/_____
                                    UNITED STATES BANKRUTPCY JUDGE