**REED SMITH LLP**
*A Limited Liability Partnership formed in the State of Delaware*
Elena P. Lazarou, Esq. (EL-5681)
599 Lexington Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

-and-

Kurt F. Gwynne, Esq. (DE No. 3951)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7577

Counsel for H.J. Heinz Company, L.P.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
| | |
|---|---|
| **In re:** | : |
| | : Case No. 05-11063 (RDD) |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : (Jointly Administered) |
| | : |
| **Debtors.** | : |
| | : |

-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I, Elena P. Lazarou, Esquire, certify that on this 10th day or March 2005, I caused a true and correct copy of the

**OBJECTION OF H.J. HEINZ COMPANY, L.P., TO MOTION FOR ORDER
(A) AUTHORIZING RETURN OF GOODS PURSUANT TO 11 U.S.C. § 546(g),
(B) ESTABLISHING PROCEDURES FOR TREATMENT OF RECLAMATION
CLAMS, AND (C) PROHIBITING THIRD PARTIES FROM INTERFERING
WITH DELIVERY OF GOODS**

to be served in the manner indicated upon the parties on the attached Service List.

WILLIB-41482.1-KFGWYNNE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 10, 2005

                                     By: /s/ Elena P. Lazarou
                                               Elena P. Lazarou, Esquire (EL-5681)

## SERVICE LIST

### VIA FACSIMILE

Richard Morrissey, Esquire
United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10005
Telephone: (212) 510-0500
Facsimile: (212) 668-2255

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-2150
Facsimile: (917) 777-2150

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100