UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | § | CHAPTER 11 |
|---|---|---|
| | § | |
| WINN-DIXIE STORES, INC., et al., | § | Case No.   05-11063 |
| | § | |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## MOTION FOR ADMISSION PRO HAC VICE

I, Sabrina L. Streusand, a member in good standing of the bar in the State of Texas and admitted to practice before the following Courts:

| Court | Date of Admission |
|---|---|
| Eastern District of Texas | October 11, 1990 |
| Northern District of Texas | September 28, 1989 |
| Western District of Texas | June 22, 1987 |
| Southern District of Texas | December 31, 1983 |
| 5th Circuit Court of Appeals | April 13, 1987 |

request admission, *pro hac vice*, to represent Xerox Capital Services, LLC and Dell Inc. in the above referenced bankruptcy case. My contact information is as follows:

>Sabrina L. Streusand
>Hughes & Luce, LLP
>111 Congress Avenue, Suite 900
>Austin, TX 78701
>streuss@hughesluce.com
>(512)-482-6800 (telephone)
>(512) 482-6859 (facsimile)

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: March 10, 2005.

Respectfully submitted,

**HUGHES & LUCE, L.L.P.**

By: */s/ Sabrina L. Streusand*
    Sabrina L. Streusand
    State Bar No. 11701700
    Hughes & Luce, L.L.P.
    111 Congress Avenue, Suite 900
    Austin, TX 78701
    (512) 482-6842 (Direct Telephone)
    (512) 482-6859 (Telecopier)

ATTORNEYS FOR XEROX CAPITAL SERVICES, LLC AND DELL INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing Notice of Appearance was served on the 10th day of March, 2005, via Regular U.S. Mail, postage prepaid, on the following:

    */s/ Sabrina L. Streusand*
    Sabrina L. Streusand

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sara Robinson Borders
Brian C. Walsh
KING & SPALDING, LLP
119 Peachtree Street
Atlanta, Georgia 30303

Richard C. Morrisey
Office of the U.S. Trustee
22 Whitehall Street, 21st Floor
New York, NY 10004