UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| WINN-DIXIE STORES, INC., et al., | § | Case No.    05-11063 |
| | § | |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, Hughes & Luce, L.L.P, hereby appears in the above-captioned chapter 11 cases on behalf of Xerox Capital Services, LLC, and Dell Inc., pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and hereby demands copies of all notices given or required to be given in this case and all papers served in this case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

Sabrina L. Streusand
HUGHES & LUCE, L.L.P.
111 Congress Avenue, Suite 900
Austin, Texas  78701
Telephone:  (512) 482-6800
Telecopier:  (512) 482-6859
Email:  struess@hughesluce.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002, Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications,

complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before the court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in this Chapter 11 case.

**DATED:**   March 10, 2005.

>HUGHES & LUCE, L.L.P.
>
>By:   /s/ Sabrina L. Streusand
>Sabrina L. Streusand
>Texas State Bar No. 11701700
>HUGHES & LUCE, L.L.P.
>111 Congress Avenue, Suite 900
>Austin, Texas 78701
>(512) 482-6800 (TELEPHONE)
>(512) 482-6859 (FAX)
>
>**ATTORNEYS FOR XEROX CAPITAL SERVICES, LLC AND DELL INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above instrument was mailed by U.S. first class mail, postage prepaid, to the parties listed below on March 10, 2005.

/s/ *Sabrina L. Streusand*
Sabrina L. Streusand

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sara Robinson Borders
Brian C. Walsh
KING & SPALDING, LLP
119 Peachtree Street
Atlanta, Georgia 30303

Richard C. Morrisey
Office of the U.S. Trustee
22 Whitehall Street, 21st Floor
New York, NY 10004