DLA PIPER RUDNICK GRAY CARY US LLP

6225 Smith Avenue

Baltimore, Maryland 21209

Telephone:  (410) 580-3000

Facsimile:  (410) 580-3001

Mark J. Friedman (MF-8849)

Email:  *mark.friedman@dlapiper.com*

Return Date:  March 10, 2005

4:00 p.m.

Hearing Date: March 15, 2005

10:00 a.m.

Attorneys for Sara Lee Bakery Group,
a Division of Sara Lee Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

--------------------------------------------------------------- x

**RESPONSE OF SARA LEE BAKERY GROUP TO "CONSIGNMENT**
**ARRANGEMENTS" PORTION OF MOTION FOR AUTHORITY TO TURN OVER**
**CERTAIN FUNDS HELD IN TRUST AND TO CONTINUE PERFORMANCE AND**
<u>**HONOR OBLIGATIONS UNDER CONSIGNMENT ARRANGEMENTS**</u>

Sara Lee Bakery Group, a Division of Sara Lee Corporation ("Sara Lee Bakery"), by and

through its undersigned counsel, responds to the "Consignment Arrangements" portion of the

Motion for Authority to Turn Over Certain Funds Held in Trust and to Continue Performance

and Honor Obligations under Consignment Arrangements (Dkt. 16) (the "Motion") and states as

follows:

<u>**Factual Background**</u>

1.      On February 21, 2005 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 et seq. (the

"Bankruptcy Code").

2.      Prior to the Petition Date, and currently, Sara Lee Bakery supplied certain goods, primarily fresh bread delivered daily (the "Products"), to certain of the Debtors pursuant to a program referred to as "Scan Based Trading" that were to be sold by the Debtors to the Debtors' retail customers in the ordinary course of business.  These Products remained the property of Sara Lee Bakery until such time as they were sold to the Debtors' customers.  When the Products were sold to the Debtors' customers and their prices scanned into the Debtors' cash registers, the Products were treated as sold by Sara Lee Bakery to the Debtors as well as by the Debtors to their customers.  Sara Lee Bakery estimates that the volume of Products under this arrangement is in the range of $20,000 per day.

3.      On the Petition Date, the Debtors filed the Motion.  Following first day motions hearings, this Court entered an Interim Order on the Motion and scheduled a hearing on the Motion on March 4, 2005 (now adjourned until March 15, 2005).  Based on an agreement with the Debtors, the deadline for Sara Lee Bakery to respond to the Motion is March 10, 2005.

## Response

4.      Sara Lee Bakery understands that the Debtors may have only a small number (possibly as few as four (4)) "Consignment Arrangements" and "Consignment Vendors" as these terms are defined in the Motion.

5.      The Motion provides insufficient information for Sara Lee Bakery to determine whether its arrangement with the Debtors, as described in paragraph 2, above, is one of the Consignment Arrangements described in the Motion (and whether Sara Lee Bakery is one of the Consignment Vendors described in the Motion).

6.      Accordingly, Sara Lee Bakery respectfully requests that the Debtors be directed to disclose whether its arrangement with the Debtors as described in paragraph 2, above, is one of

~BALT1:4154088.v1

the Consignment Arrangements described in the Motion and whether Sara Lee Bakery is one of the Consignment Vendors described in the Motion.

7.        To the extent that Sara Lee Bakery's arrangement with the Debtors as described in paragraph 2, above, is one of the Consignment Arrangements described in the Motion and Sara Lee Bakery is one of the Consignment Vendors described in the Motion:  (i) Sara Lee Bakery respectfully submits that, consistent with the averments of the Motion, any Products in the possession of the Debtors are property of Sara Lee Bakery, and not property of the Debtors' estates, (ii) Sara Lee Bakery agrees with the Debtors that proceeds generated from the sale of Products are trust funds that must be held for the benefit of, and promptly turned over to, Sara Lee Bakery, and (iii) Sara Lee Bakery respectfully submits that the Debtors' rights, if any, to refunds of proceeds generated from the sale of Products and turned over to Sara Lee Bakery should be limited to those which have been available to the Debtors in the ordinary course under the arrangement with Sara Lee Bakery described in paragraph 2, above; and (iv) Sara Lee Bakery respectfully submits that to the extent that proceeds generated from the sale of Products in the possession of the Debtors are not to be promptly turned over to Sara Lee Bakery, such Products should be immediately made available by the Debtors for pick-up by Sara Lee Bakery.

**<u>Waiver of Memorandum of Law</u>**

8.        Pursuant to Local Bankruptcy Rule 9013-1(b) for the Southern District of New York, Sara Lee respectfully requests that the Court waive the requirements that Sara Lee Bakery file a memorandum of law in support of this Response because there are no novel issues of law presented in the Motion or in this Response.

~BALT1:4154088.v1

**<u>Conclusion</u>**

For the foregoing reasons, Sara Lee Bakery respectfully requests that this Court enter an Order (i) directing the Debtors to disclose whether Sara Lee Bakery's arrangement with the Debtors as described in paragraph 2, above, is one of the Consignment Arrangements described in the Motion and whether Sara Lee Bakery is one of the Consignment Vendors described in the Motion, and, if so, (ii) authorizing and directing the Debtors to promptly turn over all proceeds generated from the sale of Products to Sara Lee Bakery and, to the extent, if any, that proceeds generated from the sale of Products in the possession of the Debtors are not to be promptly turned over to Sara Lee Bakery, directing that such Products should be immediately made available by the Debtors for pick-up by Sara Lee Bakery, (iii) limiting the Debtors' rights, if any, to refunds of proceeds generated from the sale of Products and turned over to Sara Lee Bakery, to those which have been available to the Debtors in the ordinary course under the arrangement with Sara Lee Bakery described in paragraph 2, above, and (iv) granting such further relief to Sara Lee Bakery as is appropriate.

Dated: March 10, 2005
      New York, New York

/s/ Mark J. Friedman
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:  (410) 580-3000
Facsimile:  (410) 580-3001
Mark J. Friedman (MF-8849)
Email:  *mark.friedman@dlapiper.com*

Attorneys for Sara Lee Bakery Group, a
Division of Sara Lee Corporation

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 10th day of March, 2005, a copy of the Response of Sara Lee Bakery Group to "Consignment Arrangements" Portion of Motion for Authority to Turn Over Certain Funds and to Continue Performance and Honor Obligations Under Consignment Arrangements was served by facsimile upon the following:

Richard Morrissey, Esquire
United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY  10005
Telephone:  (212) 510-0500
Facsimile:  (212) 668-2255

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
Telephone:  (212) 735-2150
Facsimile:  (917) 777-2150

Sally McDonald Henry, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
Telephone:  (212) 735-2150
Facsimile:  (917) 777-2150

Thomas J. Matz, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
Telephone:  (212) 735-2150
Facsimile:  (917) 777-2150

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

Dennis Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Facsimile:  (212) 530-5219

and by electronic mail or first class mail, postage prepaid upon the parties on the attached list.

/s/ Mark J. Friedman

~BALT1:4154088.v1

## SERVICE LIST

**David J. Baker**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Dale R. Barginer**
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802

**Matthew Scott Barr**
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

**John P. Brice**
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

**Robert J. Brown**
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507

**W. Steven Bryant**
Locke Liddell & Sapp, LLP
600 Travis Street
# 2600
Houston, TX 77002-3095

**Rachel S. Budke**
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Lee Champion**
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

**Conrad Chiu**
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017

**Neal D. Colton**
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

**David N. Crapo**
Gibbons, Del Del, Dolan, Griffinger
& Vecchione
One Riverfront Plaza
Newark, NJ 07102-5496

**Timothy J. Curtin**
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW
Suite 1700
P.O. Box 352
Grand Rapids, MI 49501-0352

**Robert Dehney**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Paul H. Deutch**
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**Gerard DiConza**
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

**Carolyn Hochstadter Dicker**
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

**David W. Dykhouse**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Henry A. Efroymson**
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

**Judith Elkin**
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

**Earle I. Erman**
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre
Suite 444
Southfield, MI 48034

**Charles J. Filardi, Jr.**
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

**Shawn Randall Fox**
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

**Fox Rothschild, LLP**
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

**Joseph D. Frank**
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

**J. Nathan Galbreath**
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

**Gary Ginsburg**
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

**Danielle K. Greco**
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203

**Ira S. Greene**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

**Reginald A. Greene**
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

**Janice Beth Grubin**
Wormser, Kiely, Galef & Jacobs, LLP
825 Third Avenue
New York, NY 10022-7519

**Rudi R. Grueneberg**
Grueneberg Law Group, LLC
704 East Main Street
Bldg. E
Moorestown, NJ 08057

**Marc L. Hamroff**
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530

**Edwin W. Held, Jr.**
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

**Larry D. Henin**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Neil E. Herman**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

**Terrance A. Hiller**
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

**Robert L. Holladay, Jr.**
YoungWilliams P.A.
210 E. Capitol Street
Suite 2000
Jackson, MS 39201

**Patrick L. Huffstickler**
Cox & Smith Incorporated
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

**Ronald Scott Kaniuk**
Taplin & Associates
340 Fifth Avenue
Suite 2418
New York, NY 10118

**Andrew C. Kassner**
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

**Alan W. Kornberg**
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Stuart A. Krause**
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

**Nina M. Lafleur**
Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

**David M. Landis**
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

**Thomas J. Leanse**
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

**Chris Lenhart**
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

**Sharon L. Levine**
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**Alan Jay Lipkin**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Joseph Lubertazzi, Jr.**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Jeffrey S. Margolin**
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

**Laurence May**
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

**Austin L. McMullen**
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

**Derek F. Meek**
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

**Todd C. Meyers, Esq.**
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

**Kathleen M. Miller**
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

**Stephen M. Miller**
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

**Stephan William Milo**
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

**Joseph Thomas Moldovan**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

**Brett S. Moore**
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

**Andrew L. Morrison**
Reed Smith LLP
375 Park Avenue
17th Floor
New York, NY 10152-1799

**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

**Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Bruce S. Nathan**
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

**Carole Neville**
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

**James J. Niemeier**
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

**Barbra R. Parlin**
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

**Aaron D. Patton**
Murray, Frank & Sailer, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

**Geraldine E. Ponto**
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

~BALT1:4154088.v1

**Eric T. Ray**
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 2600
P.O. Box 306
Birmingham, AL 35201-0306

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

**Avrum J. Rosen**
Law Office of Avrum J. Rosen
38 New Street
Huntington, NY 11743

**Paul Rubin**
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

**Gregory J. Seketa**
40|86 Advisorts Inc.
535 N. College Drive
Carmel, IN 46032

**Richard G. Smolev**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**Sabrina L. Streusand**
Hughes & Luce, LLP
111 Congress Avenue
Suite 900
Austin, TX 78701

**Diana M. Thimmig**
Roetzel & Andress
1375 East Ninth Street
Ninth Floor
One Cleveland Center
Cleveland, OH 44114

**Diane G. Reed**
Reed and Reed
501 N. College Street
Waxahachie, TX 75165

**Fred B. Ringel**
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
1345 Avenue of the Americas, 31st Floor
New York, NY 10105-0143

**Neal M. Rosenbloom**
Finkel Goldstein Rosenbloom Nash LLP
26 Broadway
Suite 711
New York, NY 10004

**Robert B. Rubin**
Burr & Forman LLP
420 Twentieth Street North
Birmingham, AL 35023

**Andrew Howard Sherman**
Sills Cummis Radin Tischman Epstein &
Gross
712 5th Avenue, 20th Floor
New York, NY 10019

**Eric J. Snyder**
Siller Wilk
675 Third Avenue
9th Floor
New York, NY 10017

**Stephen B. Sutton**
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108-2612

**Laura L. Torrado**
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179

**Jo Christine Reed**
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

**Adam L. Rosen**
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622

**David S. Rubin**
Kantrow Spaht Weaver & Blitzer
P.O. Box 2997
Baton Rouge, LA 70821

**Shelly D. Rucker**
Miller & Martin LLP
1000 Volunteer Building
832 Georgia Avenue,
Chattanooga, TN 37402-2289

**Thomas R. Slome**
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

**Rick A. Steinberg**
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

**Walter E. Swearingen**
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022

**Paul Traub**
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

~BALT1:4154088.v1

**Raymond J. Urbanik**
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue
Suite 4000
Dallas, TX 75202

**Richard Whitney Ward**
2527 Fairmount Street
Dallas, TX 75024

**Michael D. Warner**
Warner, Stevens & Doby, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

**David B. Wheeler**
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

**Stephen D. Wheelis**
Wheelis & Rozanski
2312 S. MacArthur Drive
Alexandria, LA 71301

**William Douglas White**
McCarthy & White PLLC
8180 Greensboro Drive
Suite 875
Mc Lean, VA 22102

**Scott A. Zuber**
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950

**Winn- Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

~BALT1:4154088.v1