UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No.    05-11063 |
| | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## STATEMENT OF ATTORNEYS FOR CREDITORS PURSUANT TO RULE 2019

Hughes & Luce L.L.P. (the "Firm"), as counsel for various entities in the above-referenced chapter 11 bankruptcy case, makes the following statement pursuant to the Federal Rules of Bankruptcy Procedure, Rule 2019.

1. The Firm represents the interests of the following entities:

    Xerox Capital Services, LLC
    100 Clinton Ave
    Rochester, NY 14644

    Dell Inc.
    One Dell Way
    Round Rock, TX 78682

Xerox Capital Services, LLC and Dell, Inc. are suppliers of goods to the Debtors.

2. The Firm has been retained by the entities listed above to represent their respective interests as creditors in these cases.

3. Xerox Capital Services, LLC and Dell Inc. are fully aware of the Firms representation of them as parties in these cases. The entities have waived any potential conflict that may exist based upon such representations by the Firm.

4. The Firm does not own and has never owned, any claim against the Debtors in these cases, nor any equity securities of the Debtors.

DATED: March 10, 2005.

        Respectfully submitted,

        HUGHES & LUCE, L.L.P.

By:   */s/ Sabrina L. Streusand*
       Sabrina L. Streusand
       Texas State Bar No. 11701700
       HUGHES & LUCE, L.L.P.
       111 Congress Avenue, Suite 900
       Austin, Texas 78701
       (512) 482-6800 (TELEPHONE)
       (512) 482-6859 (FAX)
       **ATTORNEYS FOR XEROX CAPITAL SERVICES, LLC and DELL INC.**

I, Sabrina L. Steusand, Managing Partner of Hughes & Luce, L.L.P., certify under penalty of perjury that the foregoing statement is true and correct.

Executed on March 10, 2005.

        */s/ Sabrina L. Streusand*
        Sabrina L. Streusand

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the above and foregoing Statement of Attorney for Creditors Pursuant to Rule 2019 has been served upon the parties listed below on this 10th day of March, 2005.

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sara Robinson Borders
Brian C. Walsh
KING & SPALDING, LLP
119 Peachtree Street
Atlanta, Georgia 30303

Richard C. Morrisey
Office of the U.S. Trustee
22 Whitehall Street, 21st Floor
New York, NY 10004