| | |
|---|---|
| DLA PIPER RUDNICK GRAY CARY US LLP | Return Date:  March 10, 2005 |
| 6225 Smith Avenue | 4:00 p.m. |
| Baltimore, Maryland  21209 | Hearing Date: March 15, 2005 |
| Telephone:  (410) 580-3000 | 10:00 a.m. |
| Facsimile:  (410) 580-3001 | |
| Mark J. Friedman (MF-8849) | |
| Email: *mark.friedman@dlapiper.com* | |

Attorneys for General Mills Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re                                               :
                                                    :     **Chapter 11**
                                                    :
**WINN-DIXIE STORES, INC., et al.,**                :     **Case No. 05-11063 (RDD)**
                                                    :
         Debtors.                                   :     **(Jointly Administered)**
------------------------------------------------------------- x

**OBJECTION OF GENERAL MILLS INC. TO MOTION FOR AUTHORITY
TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE
AGRICULTURAL COMMODITIES ACT AND JOINDER IN OBJECTION OF BURCH
EQUIPMENT, LLC, ET AL. AND THE OPPOSITION OF D.L.J. PRODUCE, INC.**

General Mills Inc. ("General Mills"), by and through its undersigned counsel, objects to the Motion for Authority to Pay Pre-Petition Claims Arising Under the Perishable Agricultural Commodities Act and Joinder in Objection of Burch Equipment, LLC, et al. and the Opposition of D.L.J. Produce, Inc. (Dkt. 20) (the "Motion"), joins in the Objection of Burch Equipment, LLC, et al. to the Motion and the Opposition of D.L.J. Produce, Inc., et al. to the Motion, and states as follows:

**Factual Background**

1.      On February 21, 2005 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

2. Prior to the Petition Date, General Mills supplied Debtors with perishable agricultural commodities, including frozen vegetables, worth $356,786.92. This amount has not been paid. Upon information and belief, General Mills has preserved its rights as a beneficiary of the statutory trust created under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e (c) ("PACA"), by placing the statutory language on its invoices as provided by § 499e (c)(4) of PACA, and/or by use of the notice method under § 499e (c)(3) of PACA.

3. On the Petition Date, the Debtors filed the Motion. Following first day motions hearings, this Court entered an Interim Order staying actions on "PACA Claims", scheduled a hearing on the Motion on March 4, 2005 (now adjourned to March 15, 2005). Based on an agreement with the Debtors, the deadline for General Mills to object to the Motion is March 10, 2005.

**Objections**

4. General Mills objects to the Motion on the grounds that it is procedurally and substantively prejudicial to the rights of PACA trust beneficiaries.

5. Specifically, General Mills objects to the Order proposed in connection with the Motion as follows:

A. The ninety (90) plus day period to review "PACA Claims" and file the "Disputed Claim Report" and the eighty (80) plus day period to resolve objections to the "Disputed Claim Report" are unnecessarily long and violate the rights of PACA trust beneficiaries to prompt payment from "PACA Trust Assets" ahead of secured and unsecured creditors of the Debtors' estates;

B. The Debtors are not required to pay valid "PACA Claims" by a date certain;

C. The procedure to object to the "Disputed Claim Report" is vague and needs better definitions; and

D. The Debtors are not required to segregate the "PACA Trust Assets" (which are not property of the Debtors' estates) and to set aside a fund from which payment can be made

ahead of secured and unsecured creditors of the Debtors' estates; instead, the Debtors propose to pay "Allowed PACA Claims" as administrative expenses.

6. On May 6, 2003 the United States Bankruptcy Court for the District of Delaware (Hon. Mary F. Walrath), entered an Order addressing similar objections by PACA trust beneficiaries. In re Fleming Companies, Inc., et al., Case No. 03-10945 (Bankr. D. Del. May 6, 2003). A true and correct copy of this Order is attached hereto and incorporated herein as Exhibit A. General Mills respectfully submits that adoption and adaptation of the relief granted in such Order to the facts and circumstances of the Debtors' Chapter 11 cases is the appropriate vehicle to address the rights and remedies of the PACA trust beneficiaries as well as the Debtors' desire to foster a continued relationship with the PACA trust beneficiaries.

## Waiver of Memorandum of Law

7. Pursuant to Local Bankruptcy Rule 9013-1(b) for the Southern District of New York, General Mills respectfully requests that the Court waive the requirement that General Mills file a memorandum of law in support of this Objection because there are no novel issues of law presented in the Motion or in this Objection.

## Conclusion

For the foregoing reasons, General Mills requests that this Court enter an Order (i) denying the Motion, and (ii) granting such further relief to General Mills as is appropriate.

Dated: March 10, 2005
    New York, New York

/s/ Mark J. Friedman
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:  (410) 580-3000
Facsimile:  (410) 580-3001
Mark J. Friedman (MF-8849)
Email: *mark.friedman@dlapiper.com*

Attorneys for General Mills Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 10th day of March, 2005, a copy of the Objection of General Mills Inc. to Motion for Authority to Pay Pre-Petition Claims Arising Under the Perishable Agricultural Commodities Act and Joinder in Objection of Burch Equipment, LLC, et al. and the Opposition of D.L.J. Produce, Inc. was served by facsimile upon the following:

>Richard Morrissey, Esquire
>United States Trustee
>Southern District of New York
>33 Whitehall Street
>21st Floor
>New York, NY  10005
>Telephone:  (212) 510-0500
>Facsimile:  (212) 668-2255
>
>D.J. Baker, Esquire
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY  10036
>Telephone:  (212) 735-2150
>Facsimile:  (917) 777-2150
>
>Sally McDonald Henry, Esquire
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY  10036
>Telephone:  (212) 735-2150
>Facsimile:  (917) 777-2150
>
>Thomas J. Matz, Esquire
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY  10036
>Telephone:  (212) 735-2150
>Facsimile:  (917) 777-2150

        Sarah Robinson Borders, Esquire
        King & Spalding LLP
        191 Peachtree Street
        Atlanta, GA  30303
        Telephone:  (404) 572-4600
        Facsimile:  (404) 572-5100

        Dennis Dunne, Esquire
        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, New York  10005
        Facsimile:  (212) 530-5219

and by electronic mail or first class mail, postage prepaid upon the parties on the attached list.

        /s/ Mark J. Friedman

~BALT1:4154087.v1

## SERVICE LIST

**David J. Baker**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Dale R. Barginer**
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802

**Matthew Scott Barr**
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

**John P. Brice**
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

**Robert J. Brown**
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507

**W. Steven Bryant**
Locke Liddell & Sapp, LLP
600 Travis Street
# 2600
Houston, TX 77002-3095

**Rachel S. Budke**
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Lee Champion**
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

**Conrad Chiu**
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017

**Neal D. Colton**
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

**David N. Crapo**
Gibbons, Del Del, Dolan, Griffinger
& Vecchione
One Riverfront Plaza
Newark, NJ 07102-5496

**Timothy J. Curtin**
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW
Suite 1700
P.O. Box 352
Grand Rapids, MI 49501-0352

**Robert Dehney**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Paul H. Deutch**
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**Gerard DiConza**
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

**Carolyn Hochstadter Dicker**
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

**David W. Dykhouse**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Henry A. Efroymson**
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

**Judith Elkin**
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

**Earle I. Erman**
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre
Suite 444
Southfield, MI 48034

**Charles J. Filardi, Jr.**
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

**Shawn Randall Fox**
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

**Fox Rothschild, LLP**
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

**Joseph D. Frank**
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

**Danielle K. Greco**
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203

**Janice Beth Grubin**
Wormser, Kiely, Galef & Jacobs, LLP
825 Third Avenue
New York, NY 10022-7519

**Edwin W. Held, Jr.**
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

**Terrance A. Hiller**
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

**Ronald Scott Kaniuk**
Taplin & Associates
340 Fifth Avenue
Suite 2418
New York, NY 10118

**Stuart A. Krause**
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

**David M. Landis**
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

**J. Nathan Galbreath**
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

**Ira S. Greene**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

**Rudi R. Grueneberg**
Grueneberg Law Group, LLC
704 East Main Street
Bldg. E
Moorestown, NJ 08057

**Larry D. Henin**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Robert L. Holladay, Jr.**
YoungWilliams P.A.
210 E. Capitol Street
Suite 2000
Jackson, MS 39201

**Andrew C. Kassner**
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

**Thomas J. Leanse**
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

**Gary Ginsburg**
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

**Reginald A. Greene**
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

**Marc L. Hamroff**
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530

**Neil E. Herman**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

**Patrick L. Huffstickler**
Cox & Smith Incorporated
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

**Alan W. Kornberg**
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Nina M. Lafleur**
Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

**Chris Lenhart**
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

**Sharon L. Levine**
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**Alan Jay Lipkin**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Joseph Lubertazzi, Jr.**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Jeffrey S. Margolin**
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

**Laurence May**
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

**Austin L. McMullen**
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

**Derek F. Meek**
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

**Todd C. Meyers, Esq.**
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

**Kathleen M. Miller**
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

**Stephen M. Miller**
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

**Stephan William Milo**
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

**Joseph Thomas Moldovan**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

**Brett S. Moore**
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

**Andrew L. Morrison**
Reed Smith LLP
375 Park Avenue
17th Floor
New York, NY 10152-1799

**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

**Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Bruce S. Nathan**
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

**Carole Neville**
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

**James J. Niemeier**
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

**Barbra R. Parlin**
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

**Aaron D. Patton**
Murray, Frank & Sailer, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

**Geraldine E. Ponto**
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

| | | |
|---|---|---|
| **Eric T. Ray**<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 306<br>Birmingham, AL 35201-0306 | **Diane G. Reed**<br>Reed and Reed<br>501 N. College Street<br>Waxahachie, TX 75165 | **Jo Christine Reed**<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Steven J. Reisman**<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | **Fred B. Ringel**<br>Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>1345 Avenue of the Americas, 31st Floor<br>New York, NY 10105-0143 | **Adam L. Rosen**<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622 |
| **Avrum J. Rosen**<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743 | **Neal M. Rosenbloom**<br>Finkel Goldstein Rosenbloom Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 | **David S. Rubin**<br>Kantrow Spaht Weaver & Blitzer<br>P.O. Box 2997<br>Baton Rouge, LA 70821 |
| **Paul Rubin**<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 | **Robert B. Rubin**<br>Burr & Forman LLP<br>420 Twentieth Street North<br>Birmingham, AL 35023 | **Shelly D. Rucker**<br>Miller & Martin LLP<br>1000 Volunteer Building<br>832 Georgia Avenue,<br>Chattanooga, TN 37402-2289 |
| **Gregory J. Seketa**<br>40|86 Advisorts Inc.<br>535 N. College Drive<br>Carmel, IN 46032 | **Andrew Howard Sherman**<br>Sills Cummis Radin Tischman Epstein & Gross<br>712 5th Avenue, 20th Floor<br>New York, NY 10019 | **Thomas R. Slome**<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 |
| **Richard G. Smolev**<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | **Eric J. Snyder**<br>Siller Wilk<br>675 Third Avenue<br>9th Floor<br>New York, NY 10017 | **Rick A. Steinberg**<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022 |
| **Sabrina L. Streusand**<br>Hughes & Luce, LLP<br>111 Congress Avenue<br>Suite 900<br>Austin, TX 78701 | **Stephen B. Sutton**<br>Lathrop & Gage, L.C.<br>2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2612 | **Walter E. Swearingen**<br>Levi Lubarsky & Feigenbaum, LLP<br>845 Third Avenue<br>21st Floor<br>New York, NY 10022 |
| **Diana M. Thimmig**<br>Roetzel & Andress<br>1375 East Ninth Street<br>Ninth Floor<br>One Cleveland Center<br>Cleveland, OH 44114 | **Laura L. Torrado**<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179 | **Paul Traub**<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY 10017 |

~BALT1:4154087.v1

| | | |
|---|---|---|
| **Raymond J. Urbanik**<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202 | **Richard Whitney Ward**<br>2527 Fairmount Street<br>Dallas, TX 75024 | **Michael D. Warner**<br>Warner, Stevens & Doby, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 |
| **David B. Wheeler**<br>Moore & Van Allen PLLC<br>P.O. Box 22828<br>Charleston, SC 29413-2828 | **Stephen D. Wheelis**<br>Wheelis & Rozanski<br>2312 S. MacArthur Drive<br>Alexandria, LA 71301 | **William Douglas White**<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>Mc Lean, VA 22102 |
| **Scott A. Zuber**<br>Pitney Hardin Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ 07932-0950 | **Winn- Dixie Stores, Inc.**<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | |