# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.** | ) | Case No. 05-11063 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF RECLAMATION DEMAND

Comes now Doane Pet Care Company ("Doane"), by and through its counsel, and hereby gives notice that, on February 28, 2005, Doane served on Debtors its demand for reclamation, a true and exact copy of which is attached as an exhibit (the "Demand"). The goods subject to Doane's demand for reclamation are described in the Demand.

Respectfully submitted,

/s/ Austin L. McMullen
Austin L. McMullen
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307

*Attorneys for Doane Pet Care Company*

1028524 v3
100592-054  03/10/05

- 1 -

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was forwarded electronically or by first class mail postage prepaid to:

| | |
|---|---|
| David J. Baker | Richard C. Morrissey |
| Skadden Arps Slate Meagher & Flom, LLP | Office of the U.S. Trustee |
| Four Times Square | 33 Whitehall Street, 21st Fl. |
| New York, NY 10036 | New York, NY 10004 |
| *Counsel for Debtors* | *U.S. Trustee* |

on this the ___ day of March, 2005.

                /s/ Austin L. McMullen
                Austin L. McMullen