Carolyn Hochstadter Dicker (CD-3987)
Morton R. Branzburg
Carol Ann Slocum
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA  19102
(215) 568-6060 (Telephone)
(215) 568-6603 (Facsimile)
Attorneys for Hershey Foods Corporation

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** : | **Case No. 05-11063** |
| : | **(Jointly Administered)** |
| **Debtors.** : | |
| : | |

-------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

I, Carolyn Hochstadter Dicker, Esquire, certify that on this 10th day or March 2005, I caused a true and correct copy of the

**OBJECTION OF HERSHEY FOODS CORPORATION TO MOTION FOR ORDER (A) AUTHORIZING RETURN OF GOODS PURSUANT TO 11 U.S.C. § 546(g), (B) ESTABLISHING PROCEDURES FOR TREATMENT OF RECLAMATION CLAIMS, AND (C) PROHIBITING THIRD PARTIES FROM INTERFERING WITH DELIVERY OF GOODS**

to be served in the manner indicated upon the parties on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 10, 2005

By: ___/s/ Carolyn H. Dicker_____
Carolyn Hochstadter Dicker, Esquire

CHYH1 47520-1

**VIA FACSIMILE:**

Richard Morrissey, Esquire
United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY  10005
Telephone:  (212) 510-0500
Facsimile:  (212) 668-2255

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
Telephone:  (212) 735-2150
Facsimile:  (917) 777-2150

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

Elena P. Lazarou, Esquire
Reed Smith LLP
599 Lexington Avenue, 27th Floor
New York, NY  10022
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street
Wilmington, DE  19801
Telephone:  (302) 778-7550
Facsimile:  (302) 778-7577