**REED SMITH LLP**
*A Limited Liability Partnership formed in the State of Delaware*
Elena P. Lazarou, Esq. (EL-5681)
599 Lexington Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

    -and-

Kurt F. Gwynne, Esq. (DE No. 3951)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7577

Counsel for Del Monte Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :  **Case No. 05-11063 (RDD)**
**WINN-DIXIE STORES, INC., et al.,**                           :  **(Jointly Administered)**
                                                               :
      **Debtors.**                :
                                                               :
---------------------------------------------------------------x

**JOINDER OF DEL MONTE CORPORATION t/a DEL MONTE FOODS TO LIMITED OPPOSITION OF CERTAIN PACA TRUST CREDITORS FOR AUTHORITY TO DEBTORS' FINAL ORDER FOR AUTHORITY TO PAY PRE-PETITION CLAIMS UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT AND REQUEST FOR ADEQUATE PROTECTION (DOCKET NO. 340) AND THE OBJECTION OF GENERAL MILLS INC. TO MOTION FOR AUTHORITY TO PAY PRE-PETITION CLAIMS UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NO. 348)**

Del Monte Corporation t/a Del Monte Foods, by and through its undersigned counsel, hereby joins in the Limited Opposition of Certain PAC Trust Creditors to Debtors' Final Order for Authority to Pay Pre-Petition Claims Under the Perishable Agricultural Commodities Act and Request for Adequate Protection (Docket No. 340), as well as the Objection of General Mills

Inc. to Motion for Authority to Pay Pre-Petition Claims Arising Under Perishable Agricultural Commodities Act (D.I. 348) for the reasons set forth therein.

Dated: March 10, 2005  
      New York, New York

REED SMITH LLP

By: /s/ Elena P. Lazarou  
Elena P. Lazarou, Esq. (EL-5681)  
599 Lexington Avenue, 27th Floor  
New York, New York 10022  
Telephone: (212) 521-5400  
Facsimile: (212) 521-5450  
E-mail: elazarou@reedsmith.com

and

Kurt F. Gwynne, Esq. (DE No. 3951)  
1201 N. Market Street  
Wilmington, DE 19801  
Telephone: (302) 778-7550  
Facsimile: (302) 778-7577

Counsel for Del Monte Corporation