**REED SMITH LLP**
*A Limited Liability Partnership formed in the State of Delaware*
Elena P. Lazarou, Esq. (EL-5681)
599 Lexington Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

    -and-

Kurt F. Gwynne, Esq. (DE No. 3951)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7577

Counsel for Del Monte Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
| In re: | : | |
|---|---|---|
| | : | Case No. 05-11063 (RDD) |
| WINN-DIXIE STORES, INC., et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Elena P. Lazarou, Esquire, certify that on this 10th day or March 2005, I caused a true and correct copy of the

**JOINDER OF DEL MONTE CORPORATION t/a DEL MONTE FOODS TO LIMITED OPPOSITION OF CERTAIN PACA TRUST CREDITORS FOR AUTHORITY TO DEBTORS' FINAL ORDER FOR AUTHORITY TO PAY PRE-PETITION CLAIMS UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT AND REQUEST FOR ADEQUATE PROTECTION (DOCKET NO. 340) AND THE OBJECTION OF GENERAL MILLS INC. TO MOTION FOR AUTHORITY TO PAY PRE-PETITION CLAIMS UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NO. 348)**

to be served in the manner indicated upon the parties on the attached Service List.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 10, 2005

                                        By:  /s/ Elena P. Lazarou
                                                   Elena P. Lazarou, Esquire (EL-5681)

WILLIB-41652.1-JBLORD

## SERVICE LIST

### VIA FACSIMILE

Richard Morrissey, Esquire
United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10005
Telephone: (212) 510-0500
Facsimile: (212) 668-2255

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-2150
Facsimile: (917) 777-2150

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100