TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for Falcon Farms, Inc.
425 Park Avenue
New York, New York 10022
(212) 754-9400
Alex Spizz (AS-5508)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

WINN-DIXIE, STORES, INC., et. al.,

       Debtors.
---------------------------------------------------------X

Chapter 11
Case No. 05-11063 (RDD)

(Jointly Administered)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned law firm hereby appears in the above-captioned Chapter 11 case on behalf of Falcon Farms, Inc., and pursuant to, <u>inter alia</u>, Federal Rules of Bankruptcy Procedure 2002 and 9010(b), requests that any and all notices given or required to be given in this case and any related case(s), and all papers served or required to be served in this case and any related case(s), be delivered and served upon:

> Alex Spizz, Esq.
> Todtman, Nachamie, Spizz & Johns, P.C.
> Attorneys for Falcon Farms, Inc.
> 425 Park Avenue
> New York, New York 10022
> Tel. (212) 754-9400
> Fax. (212) 754-6262
> Email: aspizz@tnsj-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above but also includes, without limitation, all

195971 v1

orders, notices, hearing dates, applications, motions, including motions to expunge and/or reduce claims, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of financial affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise, that affect the above-captioned debtor or the its estate, and any related debtor(s) and its (their) estate(s).

Dated: New York, New York
March 10, 2005

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for Falcon Farms, Inc.

By: s/ Sheree Nobles
    Alex Spizz (AS-5508)
    A Member of the Firm
425 Park Avenue
New York, New York 10022
(212) 754-9400

To:

David J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
Four Times Square
New York, NY 10036
Attorneys for Debtor

Sarah Robinson Borders, Esq.
King & Spaulding, LLP
191 Peachtree Street
Atlanta, GA 30303
Attorneys for Debtor

Richard C. Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Proposed Counsel for the Official
Committee of Unsecured Creditors