**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)
Rocco Cavaliere (RC 8686)

    - and -

1201 Market Street
Wilmington, DE 19801
(302) 425-6400
Jason W. Staib

Counsel for Pilgrim's Pride Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re | :    **Chapter 11** |
| | : |
| **WINN-DIXIE STORE, INC., <u>et al.</u>,** | :    **Case No. 05-11063 (RDD)** |
| | : |
| Debtors. | :    **(Jointly Administered)** |
| | : |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Andrea Chouprouta, hereby certify that on March 10, 2005 I caused to be served via First Class Mail and e-mail a copy of the *Limited Objection Of Pilgrim's Pride Corporation And Joinder In The Limited Objection Of The Pepsi Bottlers to Debtors' Motion For Order (A) Authorizing Return Of Goods Pursuant To 11 U.S.C. § 546(G), (B) Establishing Procedures For Treatment Of Reclamation Claims, And (C) Prohibiting Third Parties From Interfering With Delivery Of Goods* upon the following parties listed below.

118478.01600/6390152v1

Case 3:05-bk-03817-JAF    Doc 355-1    Filed 03/10/05    Page 2 of 2

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
jbaker@skadden.com

Sarah Robins Borders, Esq.
Brian C. Walsh, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
sborders@kslaw.com

Office of the US Trustee
33 Whitehall Street
New York, NY 10004
Richard Morrissey, Esq.
richard.morrissey.usdoj.gov

Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
mbarr@milbank.com

                                               */s/  Andrea Chouprouta*
                                                  Andrea Chouprouta

118478.01600/6390152v1