**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)
Rocco Cavaliere (RC 8686)

- and -

1201 Market Street
Wilmington, DE 19801
(302) 425-6400
Jason W. Staib

Counsel for Campbell Soup Company and Subsidiaries

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| WINN-DIXIE STORE, INC., et al., | : Case No. 05-11063 (RDD) |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Andrea Chouprouta, hereby certify that on March 10, 2005 I caused to be served via First Class Mail and e-mail a copy of the *Limited Objection Of Campbell Soup Company and Subsidiaries and Joinder In The Limited Objection Of The Pepsi Bottlers to Debtors' Motion For Order (A) Authorizing Return Of Goods Pursuant To 11 U.S.C. § 546(G), (B) Establishing Procedures For Treatment Of Reclamation Claims, And (C) Prohibiting Third Parties From Interfering With Delivery Of Goods* upon the following parties listed below.

022435.01600/6390167v1

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
jbaker@skadden.com

Sarah Robins Borders, Esq.
Brian C. Walsh, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
sborders@kslaw.com

Office of the US Trustee
33 Whitehall Street
New York, NY 10004
Richard Morrissey, Esq.
richard.morrissey.usdoj.gov

Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
mbarr@milbank.com

                                                                                   /s/ Andrea Chouprouta
                                                                                     Andrea Chouprouta