PATRICIA RYNN
PRISCILLA W. GRANNIS
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 752-2911
Fax: (949) 752-0953

Attorneys For Creditors
D.L.J. PRODUCE, INC., et al.

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| **WINN DIXIE STORES, INC.,** *et al.*, | Case No.: 05-11063 (RDD) |
| **Debtors.** | |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 4100 Newport Place Drive, Suite 700, Newport Beach, California 92660.

On March 10, 2005, I served the foregoing document(s) described as: ***OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO PAY PRE-PETITION PACA CLAIMS, SUPPLEMENTAL AUTHORITIES IN SUPPORT OF OBJECTION AND JOINDER TO OPPOSITION OF CERTAIN OTHER PACA TRUST CREDITORS TO DEBTORS'***

*MOTION* on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Paul H. Deutch
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Larry D. Henin
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Joseph Lubertazzi
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Stephan William Milo
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Reginald A. Greene
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

Sharon L. Levine
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Barbra R. Parlin
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

Geraldine E. Ponto
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Andrew Howard Sherman
Sills Cummis Radin Tischman Epstein & Gross
712 5th Avenue
20th Floor
New York, NY 10019

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
Paul Traub
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

[X]   **BY U.S. MAIL.**   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepared at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. Executed on March 10, 2005, at Newport Beach, California.

[ ]   BY PERSONAL SERVICE. I delivered such envelope by hand to the offices of the addressee. Executed on March 10, 2005.

[ ]   BY FACSIMILE.   I faxed such document to the addressee at the facsimile number listed for each addressee on March 10, 2005.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PATRICIA J. RYNN