GERARD DICONZA (GD–0890)
Bianchi Macron LLP
390 Old Country Road
Garden City, New York 11530
Tel: 516-408-3030
Fax: 516-408-7917

Bankruptcy Counsel for Bay City Produce, K&C
Produce Co., Inc. and Crews & Garcia, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
In re:                                                   :
                                                         :   Chapter 11
                                                         :
WINN-DIXIE STORES, INC., *et al.*,                       :   Case No. 05-11063
                                                         :   Jointly Administered
                                            Debtors.     :
                                                         :
-------------------------------------------------------- X

**JOINDER OF BAY CITY PRODUCE, K&C PRODUCE CO., INC.
AND CREWS & GARCIA, INC. TO THE OBJECTION OF BURCH
EQUIPMENT, LLC, *et al.* [DOCKET NO. 340] TO THE DEBTORS'
PROPOSED FINAL ORDER FOR AUTHORITY TO PAY PRE-PETITION
CLAIMS UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT**

Bay City Produce ("Bay City"), K&C Produce Co., Inc. ("K&C") and Crews & Garcia, Inc. ("Crews," and together with Bay City and K&C, the "PACA Trust Claimants"), by their undersigned attorneys, Bianchi Macron LLP, object to the proposed final order (the "Final Order") for authority to pay the pre-petition claims arising under the Perishable Agricultural Commodities Act and join in the Objection and Request for Adequate Protection of Burch Equipment, LLC, *et al.* [Docket No. 340] (the "Objection"), and respectfully state:

**Background**

1. On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and certain if its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et. seq.* (the "Bankruptcy Code").

2. Prior to the Petition Date, the PACA Trust Claimants shipped certain fruit, vegetables and other agricultural products to the Debtors. Bay City, K&C and Crews supplied the Debtors with perishable agricultural commodities worth $84,188.15, $43,780.50 and $22,841.50, respectively. These amounts remain unpaid. Upon information and belief, the Debtors received all goods shipped by the PACA Trust Claimants and each of the PACA Trust Claimants preserved their respective rights as a beneficiary of the statutory trust created under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e (c) ("PACA"), by placing the statutory language on their respective invoices as provided by § 499e (c)(4) of PACA, and/or by use of the notice method under § 499e (c)(3) of PACA.

3. On the Petition Date, the Debtors filed a motion seeking an order authorizing payment of certain pre-petition PACA claims (the "Motion"). On February 23, 2005, the Court entered an Interim Order approving the Motion [Docket No. 77]. The hearing to consider the Motion and approve the Final Order is scheduled for March 15, 2005.

**Objection and Joinder**

4. For the reasons set forth in the Objection, the PACA Trust Claimants object to entry of the Final Order and respectfully request that the Court grant relief consistent with the relief sought in the Objection.

Dated:  New York, New York
        March 10, 2005                    BIANCHI MACRON LLP
                                          By:

                                          <u>/s/ Gerard DiConza</u>
                                          Gerard DiConza (GD-0890)
                                          390 Old Country Road
                                          Garden City, New York 11530
                                          Tel:  (516) 408-3030

## CERTIFICATE OF SERVICE

  The undersigned, being duly admitted to practice before the District Court for the Southern District of New York, certifies that on March 10, 2005, a true and correct copy of the foregoing was served, by facsimile upon the following:

Richard Morrissey, Esq.
United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10005
Facsimile: (212) 668-2255

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Facsimile: (917) 777-2150

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303
Facsimile: (404) 572-5100

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 530-5219

Dated: Garden City, New York
   March 10, 2005

               /s/ Gerard DiConza
               Gerard DiConza (GD-0890)