SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Adam S. Ravin, hereby certify that, on March 9, 2005, I caused to be served the following documents, by having true and correct copies thereof sent via (a) FedEx next day delivery to the parties listed in Exhibit A and (b) Express Mail next day delivery to the party listed in Exhibit B.

1. Motion for Authority to Reject Certain Real Property Leases, Effective as of Petition Date; and
2. Order Authorizing the Debtors to Reject Certain Real Property Leases, Effective as of February 28, 2005.

Dated: March 10, 2005
    New York, New York

/s/  *Adam S. Ravin*
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (917) 777-3389

## **EXHIBIT A**

WCJ Davis 99, Ltd
Attn: Douglas Jennings, Manager
500 W. 13th Street, Suite 100
Fort Worth, TX 76102
Phone: 817-336-2055
Fax: 817-332-5400


Corporate Property Associates 9
50 Rockefeller Plaza
New York, NY 10020

**EXHIBIT B**

Case 3:05-bk-03817-JAF    Doc 359    Filed 03/10/05    Page 4 of 5

Rocky Mount Shopping Center Group
Post Office Box 1277
Rocky Mount, NC 27802-1277