NEIMAN GINSBURG & MAIRANZ P.C.
Attorneys for Northpoint Trading Inc.
39 Broadway - 25th Floor
New York, New York 10006
(212) 269-1000
Gary Ginsburg (GG-3028)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Hearing Date: March 15, 2005 |
| SOUTHERN DISTRICT OF NEW YORK | Time: 10:00 a.m. |

-----------------------------------------------------------x
In re:                                               Case No. 05-11063 (RDD)

    WINN-DIXIE STORES, INC., *et al.*,        Chapter 11

                           Debtor.
-----------------------------------------------------------x

**SUPPLEMENTAL AFFIRMATION OF NORTHPOINT TRADING, INC. AND JOINDER IN THE OBJECTION OF THE PEPSI BOTTLERS, MT. OLIVE PICKLE COMPANY INC., H.J. HEINZ COMPANY, L.P., KELLOGG SALES COMPANY AND KEEBLER COMPANY AND MURRAY BISCUIT COMPANY, HERSHEY FOODS CORPORATION, PILGRIM'S PRIDE CORP., CLOROX SALES CO. INTER ALIA, AND BELCO DISTRIBUTORS, IN OPPOSITION TO THE PROPOSED FINAL ORDER FIXING RECLAMATION PROCEDURES**

TO:    HONORABLE ROBERT D. DRAIN
           UNITED STATES BANKRUPTCY JUDGE

       Northpoint Trading Inc., a reclamation creditor herein, by its counsel Gary Ginsburg, Esq. of Neiman Ginsburg & Mairanz P.C., supplements its opposition dated March 2, 2005 previously filed and served, to the entry of the proposed Final Order fixing Reclamation Procedures and states as follows:

       1.     Northpoint Trading Inc. has made a timely reclamation demand in accordance with 11 U.S.C. § 546(c)(1) and B.R. 9006 for the return of kitchen towels and bath sheets received by the Debtor at its Taylor, South Carolina and Jacksonville, Florida warehouses on February 9, 11, 12, and

14, 2005 for a total of $285,228. Upon information and belief, the Debtor was in possession of all of the reclaimed goods at the date the reclamation demand was made.

2. Postponing the payment of reclamation creditors, who have been allowed administrative expense claims, until the effective date of confirmation, as proposed by the Debtor, is contrary to the teaching of In re Flagstaff Foodservice Corp., 14 B.R. 462 (Bankr. S.D.N.Y. 1981), which has never been criticized in its 24 year history, and is still the law in this Court. It has been cited over 36 times in various circuits. Not once has it been criticized. After holding that the reclaiming creditor would be entitled to an administrative expense claim for the invoice price of the goods in the Debtor's possession at the time the reclamation demand was made in lieu of allowing the vendor to physically reclaim the goods, Bankruptcy Judge Roy Babbit stated at the conclusion of the decision at page 469 that

> "Unless it (the administrative expense claim) is paid within a reasonable period, the Court will entertain a motion for an order directing it be paid pursuant to Section 503(a)."

3. The Final Order this Court signs should be consistent with this long-accepted case law embodied in Flagstaff and its progeny.

4. Northpoint, in addition, joins with and adopts the objections set forth IN the objections filed and served by Pepsi Bottlers, Mt. Olive Pickle Company, Inc., H.J. Heinz Company L.P., Kellogg Sales Company and Keebler Company and Murray Biscuit Company, Hershey Foods Corporation, Pilgrim's Pride Corp., Clorox Sales Co., inter alia, and Belco Distributors.

5. Pursuant to Local Bankruptcy Rule 9013-1(b) for Southern District of New York, Northpoint Trading Inc. respectfully requests that the Court waive the requirements that Northpoint

Trading Inc. files a memorandum of law in support of this Objection because there are no novel issues of law presented in the Objection.

WHEREFORE, the Court should decline to sign the proposed Order in its current form, and grant such other relief as the Court shall deem fair and just.

Dated: New York, New York
       March 10, 2005

                                       NEIMAN GINSBURG & MAIRANZ P.C.
                                       Attorneys for Northpoint Trading, Inc.

                              By:    s/ Gary Ginsburg
                                       Gary Ginsburg (GG-3028)
                                       39 Broadway - 25th Floor
                                       New York, New York 10006
                                       (212) 269-1000