SCARCELLA ROSEN & SLOME LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York
Adam L. Rosen (AR-5664)
Thomas R. Slome (TS-0957)
516-227-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                        Chapter 11

WINN DIXIE STORES, INC., et al.,              Case No 05-11063 (RDD)

               Debtors.              (Jointly Administered)
-----------------------------------------------------------x

### FIRST AMENDED VERIFIED STATEMENT PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Scarcella Rosen & Slome LLP ("SRS") files this First Amended Verified Statement of multiple representation:

1. The name and address of the creditors represented by SRS in these chapter 11 cases are:

    A.    Imperial Trading Company, Inc.
           P.O. Box 23508
           Elmwood, LA 70183-0508
           Attn: Keith Beba

    B.    Victory Real Estate Investments, LLC
           506 Manchester Expressway, Suite B-5
           Columbus, GA 31904
           Attn: Ronnie Colbreth

    The following Subsidiaries and affiliates of Victory Real Estate Investments, LLC:

        Cedar Hills Consolidated, LLC
        Clay Plaza Investors, LLC

        Commercial Net Lease Realty, Inc.
        Eagle Harbor Investors, LLC
        Eastgate Investors, LLC
        H&R Development
        Jesup Victory, LLC
        Lake Charles Naval Stores, Inc.
        Madison Investors, LLC
        Marketplace of Americus, LLC
        Moultrie Square New Orleans, LLC
        New Iberia Investors, LLC
        Palisades Investors, LLC
        Victory Berryland, LLC
        Victory Coldwater Plaza, LLC
        Victory Gretna, LLC
        Victory Kenner, LLC
        Victory River Square, LLC
        Victory Saks Plaza, LLC
        Victory Three Notch Plaza, LLC
        Victory Vidalia, LLC

C.    Southern Installations and Services, Inc.
      3158 Gateway Lane
      Cantonment, FL 32533
      Attn: Jerry H. Barron

D.    Moulton Properties, Inc.
      380 Lurton Street
      Pensacola, FL 32505
      Attn: Bob Moulton

E.    Virginia Electric and Power Company,
      d/b/a Dominion Virginia Power in Virginia and
      d/b/a Dominion North Carolina Power in North Carolina
      701 East Cary Street
      18th Floor
      Richmond, VA 23219
      Attn: Sherry R. Ward

F.    Duke Energy Corporation, d/b/a Duke Power Company
      422 S. Church Street
      Charlotte, NC 28201
      Attn: Yvonne Crenshaw

  G. American Electric Power
    Legal Department
    P.O. Box 1986
    Charleston, WV 25327-1986
    Attn: Gina E. Mazzei, Esq.

  H. Florida Power Corporation, d/b/a Progress Energy Florida
    Carolina Power & Light, d/b/a Progress Energy Carolinas
    Progress Energy Service Company, LLC
    Dept.: Legal Department-PEB 17 B2
    P.O. Box 1551
    Raleigh, NC 27602
    Attn: Elaine Rogers

  I. Orlando Utilities Commission
    500 South Orange Avenue
    Orlando, FL 32801
    Attn: Pam Reineke

  J. Tampa Electric Company
    P.O. Box 111
    Tampa, FL 33601-3285
    Attn: Debra L. Buttram

  K. Florida Power and Light Company
    Law Department
    700 Universe Boulevard
    Juno Beach, FL 33408
    Attn: Rachel S. Budke, Esq.

  2. The above representations are separate representations. They are not under, or in connection with SRS's clients acting together pursuant to, a deposit agreement, proxy, trust mortgage, trust indenture, deed of trust or committee arrangement. Information about the claims held by SRS's clients will be set forth in their respective proofs of claim, if any.

3. SRS will supplement this Statement if it undertakes to represent additional clients in these chapter 11 cases.

Dated: Uniondale, New York
March 10, 2005

SCARCELLA ROSEN & SLOME LLP

By: /s/ Adam L. Rosen
     Adam L. Rosen (AR-5664)

333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553
(516) 227-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 11

WINN DIXIE STORES, INC., et al.,                    Case No. 05-11063(RDD)

                Debtors.              (Jointly Administered)
------------------------------------------------------------x

## VERIFICATION

I, Adam L. Rosen, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

                /s/ Adam L. Rosen
                Adam L. Rosen
                Scarcella Rosen & Slome LLP
                333 Earle Ovington Boulevard
                Suite 901
                Uniondale, New York 11553

G:\Winn Dixie\First Amended Verified Statement.doc