UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                                     Chapter 11

WINN-DIXIE STORES, INC., et al.,            Case No. 05-11063 (RDD)
                                                                   (Jointly Administered)

                      Debtors.
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

    Jessica Nagle Martin, hereby certify that on this 11th day of March, 2005, I caused true and correct copies of the First Amended Verified Statement Pursuant To Rule 2019(a) Of The Federal Rules Of Bankruptcy Procedure to be served by first class mail, postage prepaid, on the attached service list.

                                                              /s/ Jessica Nagle Martin
                                                              Jessica Nagle Martin (JM-4450)

<u>Service List</u>

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: David Baker, Esq.
     Adam Ravin, Esq.

King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Attn: Sarah Robinson Broders, Esq.

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Richard C. Morrissey, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.
     Matthew S. Barr, Esq.