# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 10th day of March, 2005, a copy of the Supplemental Objection and Joinder to Motion for Order (A) Authorizing Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery of Goods was filed electronically. A copy was served by facsimile upon the following:

> Richard Morrissey, Esquire
> United States Trustee
> Southern District of New York
> 33 Whitehall Street
> 21st Floor
> New York, NY 10005
> Telephone: (212) 510-0500
> Facsimile: (212) 668-2255
>
> D.J. Baker, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> Telephone: (212) 735-2150
> Facsimile: (917) 777-2150
>
> Sally McDonald Henry, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> Telephone: (212) 735-2150
> Facsimile: (917) 777-2150
>
> Thomas J. Matz, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> Telephone: (212) 735-2150
> Facsimile: (917) 777-2150
>
> Sarah Robinson Borders, Esquire
> King & Spalding LLP
> 191 Peachtree Street
> Atlanta, GA 30303
> Telephone: (404) 572-4600
> Facsimile: (404) 572-5100

>Dennis Dunne, Esquire
>Milbank, Tweed, Hadley & McCloy LLP
>1 Chase Manhattan Plaza
>New York, New York 10005
>Facsimile: (212) 530-5219

and notice of this filing will be sent to all parties listed on the annexed service list by operation of the Court's Electronic Filing system.

>_s/ Karen Kimmel_
>Karen Kimmel

F:\WPDOC\Northpoint\CERTIFICATE OF SERVICE & LIST.wpd

## SERVICE LIST

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Dale R. Barginer
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802

Matthew Scott Barr
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

John P. Brice
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

Robert J. Brown
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507

W. Steven Bryant
Locke Liddell & Sapp, LLP
600 Travis Street
#2600
Houston, TX 77002-3095

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Lee Champion
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

Conrad Chiu
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

David N. Crapo
Gibbons, Del Del, Dolan, Griffinger
& Vecchione
One Riverfront Plaza
Newark, NJ 07102-5496

Timothy J. Curtin
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW
Suite 1700
P.O. Box 352
Grand Rapids, MI 49501-0352

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Paul H. Deutch
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Gerard DiConza
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

Carolyn Hochstadter Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Judith Elkin
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Earle I. Erman
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre
Suite 444
Southfield, MI 48034

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Shawn Randall Fox
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

Fox Rothschild, LLP
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Janice Beth Grubin
Wormser, Kiely, Galef & Jacobs, LLP
825 Third Avenue
New York, NY 10022-7519

Edwin W. Held, Jr.
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Terrance A. Hiller
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

Ronald Scott Kaniuk
Taplin & Associates
340 Fifth Avenue
Suite 2418
New York, NY 10118

Stuart A. Krause
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

J. Nathan Galbreath
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

Ira S. Greene
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Rudi R. Grueneberg
Grueneberg Law Group, LLC
704 East Main Street
Bldg. E
Moorestown, NJ 08057

Larry D. Henin
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Robert L. Holladay, Jr.
YoungWilliams P.A.
210 E. Capitol Street
Suite 2000
Jackson, MS 39201

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Thomas J. Leanse
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Mark J. Friedman
DLA Piper Rudnick
Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

Reginald A. Greene
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Marc L. Hamroff
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Patrick L. Huffstickler
Cox & Smith Incorporated
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Nina M. Lafleur
Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Sharon L. Levine
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Derek F. Meek
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Stephen M. Miller
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

Brett S. Moore
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

James J. Niemeier
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

Alan Jay Lipkin
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Laurence May
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

Stephan William Milo
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

Andrew L. Morrison
Reed Smith LLP
375 Park Avenue
17th Floor
New York, NY 10152-1799

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

Barbra R. Parlin
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

Geraldine E. Ponto
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

Joseph Lubertazzi, Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Austin L. McMullen
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Carole Neville
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Aaron D. Patton
Murray, Frank & Sailer, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

| | | |
|---|---|---|
| **Eric T. Ray**<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 306<br>Birmingham, AL 35201-0306 | **Diane G. Reed**<br>Reed and Reed<br>501 N. College Street<br>Waxahachie, TX 75165 | **Jo Christine Reed**<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Steven J. Reisman**<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | **Fred B. Ringel**<br>Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>1345 Avenue of the Americas, 31st Floor<br>New York, NY 10105-0143 | **Adam L. Rosen**<br>Scarcella Rosen & Slome LLP<br><br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622 |
| **Avrum J. Rosen**<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743 | **Neal M. Rosenbloom**<br>Finkel Goldstein Rosenbloom Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 | **David S. Rubin**<br>Kantrow Spaht Weaver & Blitzer<br>P.O. Box 2997<br>Baton Rouge, LA 70821 |
| **Paul Rubin**<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 | **Robert B. Rubin**<br>Burr & Forman LLP<br>420 Twentieth Street North<br>Birmingham, AL 35023 | **Shelly D. Rucker**<br>Miller & Martin LLP<br>1000 Volunteer Building<br>832 Georgia Avenue,<br>Chattanooga, TN 37402-2289 |
| **Gregory J. Seketa**<br>40\|86 Advisorts Inc.<br><br>535 N. College Drive<br>Carmel, IN 46032 | **Andrew Howard Sherman**<br>Sills Cummis Radin Tischman Epstein & Gross<br>712 5th Avenue, 20th Floor<br>New York, NY 10019 | **Thomas R. Slome**<br>Scarcella Rosen & Slome LLP<br><br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 |
| **Richard G. Smolev**<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | **Eric J. Snyder**<br>Siller Wilk<br>675 Third Avenue<br>9th Floor<br>New York, NY 10017 | **Rick A. Steinberg**<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022 |
| **Sabrina L. Streusand**<br>Hughes & Luce, LLP<br>111 Congress Avenue<br>Suite 900<br>Austin, TX 78701 | **Stephen B. Sutton**<br>Lathrop & Gage, L.C.<br>2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2612 | **Walter E. Swearingen**<br>Levi Lubarsky & Feigenbaum, LLP<br>845 Third Avenue<br>21st Floor<br>New York, NY 10022 |

~BALT1:4154017.v3 |

| | | |
|---|---|---|
| **Diana M. Thimmig**<br>Roetzel & Andress<br>1375 East Ninth Street<br>Ninth Floor<br>One Cleveland Center<br>Cleveland, OH 44114 | **Laura L. Torrado**<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179 | **Paul Traub**<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| **Raymond J. Urbanik**<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202 | **Richard Whitney Ward**<br>2527 Fairmount Street<br>Dallas, TX 75024 | **Michael D. Warner**<br>Warner, Stevens & Doby, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 |
| **David B. Wheeler**<br>Moore & Van Allen PLLC<br>P.O. Box 22828<br>Charleston, SC 29413-2828 | **Stephen D. Wheelis**<br>Wheelis & Rozanski<br>2312 S. MacArthur Drive<br>Alexandria, LA 71301 | **William Douglas White**<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>Mc Lean, VA 22102 |
| **Scott A. Zuber**<br>Pitney Hardin Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ 07932-0950 | **Winn- Dixie Stores, Inc.**<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | |

~BALT1:4154017.v3