IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al. | ) | |
| | ) | |
| | ) | Case No. 05-11063 (RDD) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE BY HAND DELIVERY AND FACSIMILE**

    I, Laurie Schwall, hereby certify that I caused to be served true copies of the **LIMITED OBJECTION OF BAL GLOBAL FINANCE LLC (F/K/A FLEET BUSINESS CREDIT CORPORATION) TO THE EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 FOR INTERIM AND FINAL FINANCING ORDERS (1) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING AND UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001 (b) AND (c)** upon the parties thereon the annexed service list by hand delivery and facsimile as indicated on this 11th day of March 2005.


                     /s/  Laurie Schwall
                     Laurie Schwall


Sworn to before me this
11th day of March 2005


                     Notary Public, State of New York
/s/ Christopher O. Albizu        No. 01AL5041260
NOTARY PUBLIC           Qualified in New York County
                     Commission Expires June 11, 2007

SERVICE LIST

Judge Drain
**Hand Delivery**

Office of the United States Trustee
33 Whitehall Street
New York, New York 10004
**Hand Delivery**

Alexander Margolis, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
(917) 777-2150
**By Facsimile**

Sarah Robinson Borders, Esq.
King & Spaulding LLP
(404) 572-5100
**By Facsimile**

Jonathan N. Helfat, Esq.
(212) 682-6104
**By Facsimile**

Andrew Tenzer, Esq.
Shearman & Sterling LLP
(212) 848-7179
**By Facsimile**

Document No. 31033975