Carolyn Hochstadter Dicker (CD-3987)
Morton R. Branzburg
Carol Ann Slocum
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA 19102
(215) 568-6060 (Telephone)
(215) 568-6603 (Facsimile)
Attorneys for Hershey Foods Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | **Case No. 05-11063** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I, Carolyn Hochstadter Dicker, Esquire, certify that on this 11th day or March 2005, I caused a true and correct copy of the **Limited Objection of Hershey Foods Corporation and Joinder in Opposition and Objections of Certain Other Trade Creditors Asserting Reclamation Claims to Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)** was filed electronically and a copy was served by facsimile and/or electronic mail upon the following:

                                            Richard Morrissey, Esquire *(facsimile and electronic mail)*
                                            United States Trustee
                                            Southern District of New York
                                            33 Whitehall Street
                                            21st Floor
                                            New York, NY 10005
                                            Telephone: (212) 510-0500
                                            Facsimile: (212) 668-2255

     D.J. Baker, Esquire *(facsimile)*
     Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, NY  10036
     Telephone:  (212) 735-2150
     Facsimile:  (917) 777-2150

     Sally McDonald Henry, Esquire  *(facsimile)*
     Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, NY  10036
     Telephone:  (212) 735-2150
     Facsimile:  (917) 777-2150

     Thomas J. Matz, Esquire  *(facsimile and electronic mail)*
     Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, NY  10036
     Telephone:  (212) 735-2150
     Facsimile:  (917) 777-2150

     Sarah Robinson Borders, Esquire *(facsimile and electronic mail)*
     King & Spalding LLP
     191 Peachtree Street
     Atlanta, GA  30303
     Telephone:  (404) 572-4600
     Facsimile:  (404) 572-5100

     Dennis Dunne, Esquire *(facsimile and electronic mail)*
     Milbank, Tweed, Hadley & McCloy LLP
     1 Chase Manhattan Plaza
     New York, New York  10005
     Facsimile:  (212) 530-5219

     Jonathan N. Helfat, Esquire *(facsimile and electronic mail)*
     Ottenbourg, Steindler, Houston & Rosen, P.C.
     230 Park Avenue
     New York, New York 10169
     Facsimile:  (212) 682-6104

      Andrew Tenzer, Esquire  *(facsimile and electronic mail)*
      Shearman & Sterling LLP
      599 Lexington Avenue
      New York, New York 10022-6069
      Facsimile:  (212) 848-7179

and by electronic mail or first-class mail, postage prepaid, upon the parties on the

attached service list.

Dated:  March 11, 2005

            By:   /s/ Carolyn H. Dicker_____
               Carolyn Hochstadter Dicker, Esquire

**(MASTER SERVICE LIST)**

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>richard.morrissey@usdoj.gov |
| Laurence B. Appel<br>Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>Phone: 904-783-5000<br>Fax: 904-783-5059<br>LarryAppel@winn-dixie.com | D. J. Baker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Phone: 212-735-2150<br>Fax: 917-777-2150<br>djbaker@skadden.com |
| Sarah Robinson Borders<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Phone: 404-572-4600<br>Fax: 404-572-5149<br>sborders@kslaw.com | Internal Revenue Service<br>Attn: Insolvency Department<br>290 Broadway, 5$_{th}$ Floor<br>New York, NY 10007<br>Securities and Exchange Commission<br>Reorganization Branch<br>233 Broadway<br>New York, NY 10279 |
| Office of New York State Attorney<br>General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271<br>Phone: 212-416-8000 | R2 Investments, LDC<br>c/o Amalgamated Gadget, LP<br>Attn: Dave Gillespie<br>Phone: 817-332-9500<br>301 Commerce Street, Ste 3200<br>Fort Worth, TX 76102 |
| Deutsche Bank Trust Company Americas<br>Attn: S. Berg<br>60 Wall Street<br>New York, NY 10005-2858<br>Phone: 212-250-2921 | New Plan Excel Realty Trust, Inc.<br>420 Lexington Ave<br>New York, NY 10170<br>Phone: 212-869-3000 |
| Kraft (Kraft Foods, Kraft Pizza, Nabisco)<br>Attn: Sandra Schirmang, Director of Credit<br>Three Lakes Drive<br>Northfield, IL 60093<br>Phone: 847-646-6719<br>Fax: 847-646-4479 | Pepsico & Subsidiaries<br>Attn: Scott Johnson<br>7701 Legacy Drive 38-109<br>Plano, TX 75024<br>Phone: 972-334-7405 |

| | |
|---|---|
| OCM Oppurtinities Fund V, LP<br>c/o Oaktree Capital Management, LLC<br>Attn: Alan S. Adler<br>Los Angeles, CA 90071<br>Phone: 213-830-6300<br>Fax: 213-830-8851 | Capital Research and Management Company<br>Attention: Ellen Carr, Abner D. Goldstine<br>American Funds<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Phone: 213-486-9200<br>Fax: 213-486-9217 |
| Shearman & Sterling LLP<br>Attn: Andrew Tenzer<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Phone: 212-848-4000<br>Fax: 212-848-7179<br>Atenzer@Shearman.com | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Dan Fiorello, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>dfiorillo@oshr.com; Jhelfat@oshr.com |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne, Lena Mandel,<br>Dennis O'Donnell,<br>Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com;<br>Lmandel@milbank.com;<br>DODonnell@milbank.com;<br>mbarr@milbank.com | Morgan Lewis & Bockius LLP<br>Attn: Richard S. Toder<br>101 Park Avenue<br>New York, NY 10178-0060<br>Phone: 212-309-6052<br>Fax: 212-309-6001<br>rtoder@morganlewis.com |
| Pepper Hamilton LLP<br>Attn: I. William Cohen<br>100 Renaissance Center, 36th Floor<br>Detroit, MI 48243-1157<br>Phone: 313-393-7341<br>Fax: 313-259-7926<br>coheniw@pepperlaw.com | FTI Consulting<br>Attn: Michael Eisenband<br>3 Times Square<br>11th Floor<br>New York, NY 10036<br>Phone: 212- 499-3647<br>Fax 212-841-9350<br>Michael.Eisenband@FTIConsulting.com |

2

CHYH1 47540-1

Error! Unknown document property name.

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010
Phone: 212-583-5000
Fax: 212-583-5812
huffard@blackstone.com

XRoads Solutions Group LLC
Attn: Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614
Phone : 949-567-1650
Fax : 949-567-1750
dsimon@xroadsllc.com

Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi, Steven Feigenbaum
845 Third Ave, 21st Flr
New York, NY 10022
Phone: 212-308-6100
Fax: 212-308-8830
Hlevi@llf-law.com

Scarella Rosen & Slome
Attn: Adam L. Rosen, Esq
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553
Phone: 516-227-1600
Fax: 516-227-1601
Arosen@srsllp.com

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III, C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036
Phone: 504-558-5110
Fax: 504-558-5200
Rkuebel@lockeliddell.com;
dboldissar@lockeliddell.com

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers,
Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103
Phone: 215-864-8325
Fax: 215-864-9473
Pollack@ballardspahr.com

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830
Phone: 203-862-8261
Fax: 203-629-1977
Jstanton@contrariancapital.com

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse, Michael
Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710
Phone: 212-336-2000
Fax: 212-336-2222
Dwdykhouse@pbwt.com;
mhandler@pbwt.com

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103
Phone: 212-665-2060
Fax: 215-701-2122
Ncolton@cozen.com;
dliebman@cozen.com

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com;
rlehane@kelleydrye.com

| | |
|---|---|
| Pitney Hardin LLP<br>Attn: Scott A. Zuber, Peter A. Forgosh<br>200 Campus Drive<br>Florham Park, NJ 07932-0950<br>Phone: 973-966-6300<br>Fax: 973-966-1550<br>Szuber@pitneyhardin.com;<br>Pforgosh@pitneyhardin.com. | Frank/Gecker LLP<br>Attn: Joseph D. Frank, Micah Krohn<br>325 N Lasalle Street, Ste 625<br>Chicago, IL 60610<br>Phone: 312-276-1400<br>Fax: 312-276-0035<br>Jfrank@fgllp.com |
| Richard W. Ward, Esq<br>2527 Fairmount St<br>Dallas, TX 75201<br>Phone: 214-220-2402<br>Fax: 214-871-2682<br>Rwward@airmail.net | Morgan Lewis & Bockius LLP<br>Attn: Neil E. Herman, Esq<br>101 Park Ave<br>New York, NY 10178-0600<br>Phone: 212-309-6669<br>Fax: 212-309-6001<br>Nherman@morganlewis.com |
| Traub Bonacquist & Fox LLP<br>Attn: Paul Traub, Wendy Marcari<br>655 Third Ave, 21$_{st}$ Fl<br>New York, NY 10017<br>Phone: 212-476-4777<br>Fax: 212-476-4787<br>Dbr@tbfesq.com | Allman Spry Leggett & Crumpler<br>Attn: Leggett R Bradford Esq<br>380 Knollwood St Ste 700<br>Winston-Salem, NC 27113-5129<br>Phone: 3367222300<br>Fax: 3367210414<br>Rbleggett@allmanspry.com |
| Balch & Bingham LLP<br>Attn: W. Clark Watson, Eric Ray Esq<br>1901 Sixth Ave N Ste 2600, PO Box 306<br>Birmingham, AL 35201<br>Phone: 205-251-8100<br>Fax: 205-226-8799<br>Cwatson@balch.com; eray@balch.com | Angel & Frankel PC<br>Attn: Laurence May, Rick A. Steinberg<br>460 Park Ave<br>New York, NY 10022-1906<br>Phone: 212-752-8000<br>Fax: 212-752-8393<br>Lmay@angelfrankel.com;<br>rsteinberg@angelfrankel.com |
| Kaye Scholer LLP<br>Attn: Richard Smolev, Keith Murphy<br>425 Park Avenue<br>New York, NY 10022-3598<br>Phone: 212-836-8000<br>Fax: 212-836-8689<br>Rsmolev@kayescholer.com;<br>kmurphy@kayescholer.com | Cox Smith Matthews Incorporated<br>Attn: Patrick L. Huffstickler<br>112 E. Pecan, Suite 1800<br>San Antonio, Texas 78205<br>Phone: 210-554-5500<br>Fax: 201-226-8395<br>Plhuffst@coxsmith.com |

| | |
|---|---|
| Jenkens & Gilchrist P.C.<br>Attn: Michael S. Held, Esq.<br>1445 Ross Avenue, Suite 3200<br>Dallas, TX 75202-2799<br>Phone: 214-885-4500<br>Fax: 214-885-4300 | Erman, Teicher, Miller, Zucker &<br>Freedman, P.C.<br>Attn: Earle I. Erman, Esq<br>400 Galleria Officentre, Ste. 444<br>Southfield, MI 48034<br>Phone: 248-827-4100<br>Fax: 248-827-4106<br>Eerman@ermanteicher.com |
| Manier & Herod<br>Attn: J. Michael Franks, Michael Collins, Thomas Pennington<br>150 Fourth Avenue North, Suite 2200<br>Nashville, TN 37219-2494<br>Phone: 615-244-0030<br>Fax: 615-242-4203<br>Mfranks@manierherod.com;<br>mcollins@manierherod.com;<br>tpennington@manierherod.com | Pitney Hardin LLP<br>Attn: Conrad K. Chiu, Esq<br>7 Times Square<br>New York, NY 10036<br>Phone: 212-297-5811<br>Fax: 212-682-3485<br>Cchiu@pitneyhardin.com |
| Ice Miller<br>Attn: Henry A. Efroymson, Mark A Bogdanowicz.<br>One American Square, Box 82001<br>Indianaplois, Indiana 46282<br>Phone: 317-236-2100<br>Fax: 317-236-2219<br>Henry.efroymson@icemiller.com;<br>mark.bogdanowicz@icemiller.com<br>Morris, Nichols, Arsht and Tunnell | Attn: Robert Dehney, Eric D. Schwartz<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-498-6208<br>Eschwartz@mnat.com; rdehney@mnat.com |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>Attn: Fred B. Ringel , Esq.<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Phone: 212-586-4050<br>fringel@pobox.com | Page, Scrantom, Sprouse, Tucker & Ford, P.C.<br>Attn: Lee Champion, Esq<br>1111 Bay Ave, 3rd Floor<br>Post Office Box 1199<br>Columbus, GA 31902-1199<br>Phone: 706-324-0251<br>flc@psstf.com |

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: 302-652-8400
Fax: 302-652-8405
kmiller@skfdelaware.com

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY 10022
Phone: 212-918-3000
Fax: 212-918-3100
Isgreene@hhlaw.com

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006
Phone: 212-269-1000
gginsburg@ngmpc.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, New York 10178-0061
Phone: 212-696-6000
Fax: 212-697-1559
sreisman@cm-p.com

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746
Phone: 859-233-2012
Fax: 859-259-0649
lexbankruptcy@wyattfirm.com

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
Phone: 610-902-6028
Fax: 610-687-3187
David.boyle@airgas.com

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015
Phone: 847-405-3333
Fax: 847-405-4972
Frankvydra@discoverfinancial.com

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner, James Smith
171 W. 17th St., NW, Suite 2100
Atlanta, GA 30363
Phone: 404-873-8500
Fax: 404-873-8605
bkrfilings@agg.com;
Hayden.kepner@agg.com;
james.smith@agg.com

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St., Rodney Square North
Wilmington, DE 19890
Phone: 302-636-6058
Fax: 302-636-4140
scimalore@wilmingtontrust.com

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4400
Fax: 310-788-4471
thomas.leanse@kmzr.com

6

CHYH1 47540-1

Error! Unknown document property name.

| | |
|---|---|
| Locke Liddell & Sapp LLP<br>Attn: W. Steven Bryant, Thomas H. Grace<br>600 Travis Street<br>3400 Chase Tower<br>Houston, TX 77002<br>Phone: 713-226-1200<br>Fax: 713-223-3717<br>hobankecf@lockeliddell.com | Greenberg Traurig, LLP<br>Attn: Richard Steven Miller<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-801-9200<br>Fax: 212-801-6400<br>millerr@gtlaw.com |
| Greenberg Traurig, LLP<br>Attn: Mark D. Bloom<br>1221 Brickell Avenue<br>Miami, FL 33131<br>Phone: 305-579-0500<br>Fax: 305-579-0717<br>bloomm@gtlaw.com | Grueneberg Law Group, LLC<br>Attn: Rudi R. Grueneberg, Esq.<br>704 East Main Street, Building E<br>Moorestown, New Jersey 08057<br>Phone: 856-235-6710<br>Fax: 856-235-6898<br>rrg@rglawgroup.com |
| Boult, Cummings, Conners & Berry PLC<br>Attn: Austin L. McMullen<br>Roundabout Plaza<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Phone: 615.252.2307<br>Fax: 615.252.6307<br>amcmullen@boultcummings.com | Coca-Cola Enterprises Inc.<br>c/o Miller & Martin PLLC<br>Attn: Shelly D. Rucker<br>832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402-2289<br>srucker@millermartin.com |
| Kantrow, Spaht, Weaver & Blitzer<br>Attn: David S. Rubin<br>PO Box 2997<br>Baton Rouge, LA., 70821-2997<br>Phone: 225-383-4703<br>Fax: 225-343-0630<br>drubin@kswb.com | YoungWilliams, P.A<br>Attn: Robert L. Holladay, Jr.<br>P.O. Box 23059<br>Jackson, MS 39225-3059<br>Phone: 601-948-6100<br>Fax: 641-355-6136<br>robert.holladay@youngwilliams.com |
| Podvey, Sachs, Meanor, Catenacci,<br>Hildner & Cocoziello<br>Attn: Robert K. Scheinbaum<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Phone: 973-623-1000<br>Fax: 973-623-9131<br>rscheinbaum@podveysachs.com | BellSouth<br>Attn: Reginald A. Greene<br>675 West Peachtree St. NE, Ste 4300<br>Atlanta, GA 30375<br>Phone: 404-335-0761<br>Fax: 404-614-4054<br>reginald.greene@bellsouth.com |

7

CHYH1 47540-1

Error! Unknown document property name.

| | |
|---|---|
| Drinker Biddle & Reath LLP<br>Attn: Andrew J. Flame<br>1100 North Market St., Ste 1000<br>Wilmington, DE 19801<br>Phone: 302-467-4200<br>Fax: 302-467-4201<br>andrew.flame@dbr.com | Lowenstein Sandler PC<br>Attn: Bruce S. Nathan, Anusia L. Gayer<br>1251 Avenue of the Americas, $18_{th}$ Fl.<br>New York, NY 10020<br>Phone: 212-262-6700<br>Fax: 212-262-7402<br>bnathan@lowenstein.com;<br>agayer@lowenstein.com |
| Morrison & Foerster LLP<br>Attn: Jason C. DiBattista<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Phone: 212-468-8000<br>Fax: 212-468-7900<br>jdibattista@mofo.com | Merrill Lynch, Pierce, Fenner & Smith Incorporated<br>Attn: Nicholas Griffiths<br>4 World Financial Center<br>New York, NY 10080<br>Phone: 212-449-8707<br>Fax: 212-449-3247<br>nicholas_griffiths@ml.com |
| Burr & Forman LLP<br>Attn: Derek F. Meek, Robert B. Rubin<br>3100 SouthTrust Tower<br>420 North $20_{th}$ St.<br>Birmingham, AL 35203<br>Phone: 205-251-3000<br>Fax: 205-458-5100<br>dmeek@burr.com; brubin@burr.com | Macco & Stern, LLP<br>Attn: Richard L. Stern<br>135 Pinelawn Road, Suite 120 South<br>Melville, NY 11747<br>Phone: 631-549-7900<br>Fax: 631-549-7845<br>rstern@maccosternlaw.com |
| Held & Israel<br>Attn: Edwin W. Held<br>1301 Riverplace Blvd., Ste 1916<br>Jacksonville, FL 32207<br>Phone: 904-398-4283<br>Fax: 904-398-4283<br>eheld@hilawfirm.com | McGrath North Mullin & Krath, PC LLO<br>Attn: James J. Niemeier<br>First National Tower, Ste 3700<br>1601 Dodge St.<br>Omaha, NE 68102<br>Phone: 402-341-3070<br>Fax: 402-341-0216<br>jniemeier@mnmk.com;<br>awoodard@mnmk.com |
| Taplin & Associates<br>Attn: Ronald Scott Kaniuk<br>350 Fifth Ave., Ste 2418<br>New York, NY 10118<br>Phone: 212-967-0895<br>Fax: 212-202-5217<br>rkaniuklaw@aol.com | Howard, Solochek & Weber, S.C.<br>Attn: Bryan M. Becker<br>324 East Wisconsin Ave., Ste 1100<br>Milwaukee, WI 53202<br>Phone: 414-272-0760<br>Fax: 414-272-7265<br>bbecker@hswmke.com |

| | |
|---|---|
| 40/86 Advisors, Inc.<br>Attn: Frank Berg, Gregory J. Seketa<br>535 N. College Drive<br>Carmel, IN 46032<br>Phone: 317-817-2827<br>Fax: 317-817-4115<br>franklin.berg@4086.com | Law Offices of Avrum J. Rosen<br>Attn: Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743<br>Phone: 631-423-8527<br>Fax: 631-423-4536<br>arosen@avrumrosenlaw.com |
| Pepe & Hazard LLP<br>Attn: Charles J. Filardi<br>30 Jelliff Lane<br>Southport, CT 06890-1436<br>Phone: 203-319-4042<br>Fax: 203-319-4034<br>cfilardi@pepehazard.com | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker<br>260 South Broad Street<br>Philadelphia, PA 19102-5003<br>Phone: 215-568-6060<br>Fax: 215-568-6603<br>mbranzburg@klehr.com;<br>CHDicker@Klehr.com |
| Roetzel & Andress<br>Attn: Diana M. Thimmig<br>1375 East Ninth St.<br>One Cleveland Center, 9th Fl.<br>Cleveland, OH 44115<br>Phone: 216-696-7078<br>Fax: 216-623-0134<br>dthimmig@ralaw.com | Varnum Riddering Schmidt Howlett LLP<br>Attn: Timothy J. Curtin<br>PO Box 352<br>Grand Rapids, MI 49501-0352<br>Phone: 616-336-6000<br>Fax: 616-336-7000<br>tjcurtin@varnumlaw.com |
| Sills Cummis Epstein & Gross PC<br>Attn: Andrew H. Sherman<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Phone: 973-643-7000<br>Fax: 973-643-6500<br>asherman@sillscummis.com | Lathrop & Gage LC<br>Attn: Stephen B. Sutton<br>2345 Grand Boulevard, Ste 2800<br>Kansas City, MO 64108<br>Phone: 816-292-2000<br>Fax: 816-292-2001<br>ssutton@lathropgage.com |
| Developers Diversified Realty Corp.<br>Attn: Eric C. Cotton<br>3300 Enterprise Parkway<br>PO Box 227042<br>Beachwood, OH 44122<br>Phone: 216-755-5500<br>Fax: 216-755-1678<br>ecotton@ddrc.com | Herrick, Feinstein LLP<br>Attn: Paul Rubin<br>2 Park Ave<br>New York, NY 10016<br>Phone: 212-592-1400<br>Fax: 212-592-1500<br>prubin@herrick.com |

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com;
dcohen@warnerstevens.com

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax: 973-538-5146
wjmartin@pbnlaw.com;
bsmoore@pbnlaw.com

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401
Phone: 561-832-3300
Fax: 561-650-1153
celler@broadandcassel.com

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-278-1000
Fax: 212-278-1733
lhenin@andersonkill.com

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199
Phone: 318-445-5600
Fax:318-445-5710
steve@wheelis-rozanski.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
dcrapo@gibbonslaw.com;
gponto@gibbonslaw.com

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828
Phone: 843-579-7000
Fax: 843-579-8727
davidwheeler@mvalaw.com

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202
Phone: 904-358-4000
Fax: 904-358-4001
nlafleur@stutsman-thames.com

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068
Phone: 973-597-2375
Fax: 973-597-2400
slevine@lowenstein.com

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022
Phone: 212-223-0400
Fax: 212-753-0396
skrause@zeklaw.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
akornberg@paulweiss.com

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022
Phone: 212-735-8600
Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave.
New York, NY 10179
Phone: 212-272-3770
Fax: 212-272-9394
ncharney@bear.com

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 516-408-3030
Fax: 516-408-7917
gerard@bmclaw.com

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854
Phone: 407-425-9044
Fax: 407-423-2016
dlandis@mateerharbert.com

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019
Phone: 212-728-8000
Fax: 212-728-8111
alipkin@willkie.com; rspigel@willkie.com

| | |
|---|---|
| McCarter & English LLP<br>Attn: William D. Wallach<br>Four Gateway Center<br>200 Mulberry St.<br>Newark, NJ 07102<br>Phone: 973-622-4444<br>Fax: 973-624-7070<br>wwallach@mccarter.com | Wormser, Kiely, Galef & Jacobs LLP<br>Attn: Janice B. Grubin, Gary R. von Stange<br>825 Third Avenue<br>New York, NY 10022<br>Phone: 212-687-4900<br>Fax: 212-687-5703<br>jgrubin@wkgj.com; gvonstange@wkgj.com |
| Macey, Wilensky, Cohen, Wittner & Kessler LLP<br>Attn: Louis G. McBryan<br>600 Marquis Two Tower<br>285 Peachtree Center Ave.<br>Atlanta, GA 30303-1229<br>Phone: 404-584-1200<br>Fax: 404-681-4355<br>lmcbryan@maceywilensky.com | Murray, Frank & Sailer LLP<br>Attn: Jacqueline Sailer, Aaron D. Patton<br>275 Madison Ave., 8$_{th}$ Fl.<br>New York, NY 10016<br>Phone: 212-682-1818<br>Fax: 212-682-1892<br>jsailer@murrayfrank.com |
| Angelo, Gordon & Co.<br>Attn: James M. Malley<br>245 Park Ave, 26$_{th}$ Fl.<br>New York, NY 10167<br>Phone: 212-692-2034<br>Fax: 212-867-6395 | Hamilton Beach/Proctor-Silex Inc.<br>Attn: William Ray<br>4421 Waterfront Drive<br>Glen Allen, VA 23060<br>Phone: 804-273-9777<br>Fax: 804-527-7268 |
| Hunton & Williams, LLP<br>Attn: Craig V. Rasile<br>1111 Brickell Ave., Ste 2500<br>Miami, FL 33131<br>Phone: 305-810-2500<br>Fax: 305-810-2460<br>crasile@hunton.com | Bradley Arant Rose & White LLP<br>Attn: Danielle K. Greco, John Whittington, Patrick Darby<br>One Federal Place<br>1819 Fifth Avenue North<br>Birminghan, AL 35222<br>Phone: 205-521-8000<br>Fax: 205-521-8800<br>dgreco@bradleyarant.com |
| Smith Hulsey & Busey<br>Attn: James H. Post<br>225 Water Street, Ste 1800<br>Jacksonville, FL 32202<br>Phone: 904-359-7700<br>Fax: 904-359-7709<br>jpost@smithhulsey.com | Moseley, Prichard, Parrish, Knight & Jones<br>Attn: Richard K. Jones, Eric L. Hearn<br>501 West Bay Street<br>Jacksonville, FL 32202<br>Phone: 904-356-1306<br>Fax: 904-354-0194<br>rkjones@mwpplaw.com |

| | |
|---|---|
| Mimms Enterprises, Inc.<br>Attn: Thomas B. Mimms, Jr.<br>85-A Mill Street<br>Roswell, GA 30075-4952<br>Phone: 770-518-1100<br>Fax: 770-552-1100<br>legal@mimms.org | Johnson, Hearn, Vinegar, Gee & Mercer PLLC<br>Attn: Jean Winborne Boyles<br>PO Box 1776<br>Raleigh, NC 27602<br>Phone: 919-743-2200<br>Fax: 919-743-2201<br>jboyles@jhvgmlaw.com |
| FagelHaber LLC<br>Attn: Clinton P. Hansen, Dennis E. Quaid<br>55 East Monroe, 40th Fl.<br>Chicago, IL 60603<br>Phone: 312-346-7500<br>Fax: 312-580-2201<br>bkdept@fagelhaber.com | Rynn & Janowsky LLP<br>Attn: Patricia Rynn, Priscilla Grannis<br>4100 Newport Place Drive, Ste 700<br>Newport Beach, CA 92660<br>Phone: 949-752-2911<br>Fax: 949-752-0953<br>pat@rjlaw.com; priscilla@rjlaw.com |
| Ronald Horowitz<br>14 Tindall Road<br>Tindall Professional Plaza<br>Middletown, NJ 07748<br>Phone: 732-706-7600<br>Fax: 732-706-7601 | Hiersche, Hayward, Drakeley & Urbach PC<br>Attn: Russell W. Mills, Krista P. Bates<br>15303 Dallas Parkway, Ste 700<br>Addison, TX 75001<br>Phone: 972-701-7000<br>Fax: 972-701-8765<br>rmills@hhdulaw.com;<br>kbates@hhdulaw.com |
| Dykema Gossett PLLC<br>Attn: Brendan G. Best<br>400 Renaissance Center<br>Detroit, Michigan 48243-1668<br>Phone : 313-568-5464<br>Fax : 313-568-6832<br>bbest@dykema.com | Glenn M. Reisman<br>Two Corporate Drive, Ste 648<br>PO Box 861<br>Shelton, CT 06484-0861<br>Phone: 203-944-3042<br>Fax: 203-944-3044<br>glenn.reisman@corporate.ge.com |
| Marrero Land and Improvement Association, Ltd<br>Attn: Vincent A. Vastola<br>5201 Westbank Expressway, Ste 400<br>Marrero, LA 70072<br>Phone: 504-341-1635<br>Fax: 504-340-4277<br>vincent@marreroland.com | Cohen, Todd, Kite & Stanford<br>Attn: Monica V. Kindt<br>250 East Fifth St., Ste 1200<br>Cincinnati, OH 45202<br>Phone: 513-421-4040<br>Fax: 513-241-4490<br>mkindt@ctks.com |

13

CHYH1 47540-1

Error! Unknown document property name.

| | |
|---|---|
| Diaz Wholesale & Mfg Co., Inc.<br>Attn: M. Eric Newberg<br>5501 Fulton Industrial<br>Atlanta, GA 30336<br>Phone: 404-344-5421<br>Fax: 404-344-3003 | Squire, Sanders & Dempsey LLP<br>Attn: Kristin E. Richner<br>1300 Huntington Center<br>41 South High St<br>Columbus, OH 43215-6197<br>Phone: 614-365-2700<br>Fax: 614-365-2499<br>krichner@ssd.com |
| Liebmann, Conway, Olejniczak & Jerry, S.C.<br>Attn: Jerome E. Smyth<br>231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200<br>Phone: 920-437-0476<br>Fax: 920-437-2868<br>jes@lcojlaw.com | Richard Blackstone Webber II, PA<br>Attn: Richard Blackstone Webber II<br>320 Maitland Ave.<br>Altamonte Springs, FL 32701<br>Phone: 407-260-8955<br>Fax: 407-260-5133 |
| Anderlini, Finkelstein, Emerick & Smoot<br>Attn: David G. Finkelstein<br>400 South El Camino Real, Ste 700<br>San Mateo, CA 94402<br>Phone: 650-348-0102<br>Fax: 650-348-0962<br>dfinkelstein@afelaw.com | Buckeye Capital Partners, LP<br>Attn: Philip Brown<br>230 Park Ave., Ste 1540<br>New York, NY 10169<br>Phone: 212-503-6607<br>Pbrown@buckeyecapitalpartners.com |
| FPL Law Department<br>Attn: Rachel S. Budke<br>700 Universe Boulevard<br>Juno Beach, Florida 33408<br>Phone: 561-691-7797<br>Fax: 561-691-7103<br>rachel_budke@fpl.com | Quadrangle Group LLC<br>Attn: Patrick Bartel, Andrew Herenstein<br>375 Park Avenue, 14th Floor<br>New York, NY 10152<br>Phone: 212-418-1700<br>Fax: 212-418-1701<br>Patrick.bartels@QuadrangleGroup.com;<br>Andrew.Herenstein@QuadrangleGroup.com |
| Lowndes, Drosdick, Doster, Kantor and Reed, P.A.<br>Attn: Zachary J. Bancroft<br>450 S. Orange Avenue, Suite 800 (32801)<br>Post Office Box 2809<br>Orlando, Florida 32802-2809<br>Phone: 407-843-4600<br>Fax: 407-843-4444<br>zachary.bancroft@lowndes-law.com | Kass, Shuler, Solomon, Spector, Foyle & Singer<br>Attn: Larry Foyle<br>1505 N. Florida Ave<br>P.O. Box 800<br>Tampa, FL 33601<br>Phone: 813-229-0900<br>Fax: 813-229-3323<br>lfoyle@kasslaw.com |

| | |
|---|---|
| Morris, James, Hitchens & Williams LLP<br>Attn: Stephen M. Miller<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, Delaware 19899<br>Phone: 302-888-6800<br>Fax: 302-571-1750 | Begnaud & Marshall LLP<br>Attn: Darrel Begnaud<br>250 N. Milledge Avenue<br>P.O. Box 8085<br>Athens, Georgia 30603<br>Phone: 706-316-1150<br>Fax: 706-316-1153<br>dbegnaud@athens1867.com |