ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (DL5130)
James P. Smith (GA659775)
201 Second Street, Suite 1000
Macon, GA 31201
(478) 745-3344
(478) 743-0239 (Facsimile)
Attorneys for Rich-SeaPak Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x :

NOTICE OF RECLAMATION DEMAND BY RICH-SEAPAK CORPORATION

Rich-SeaPak Corporation, ("RSP"), by its undersigned attorneys, hereby submits this notice of its reclamation demand in accordance with the Order (A) Authorizing on an Interim Basis, Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing, on an Interim Basis, Procedures for Treatment of Reclamation of Claims and (C) Prohibiting Third Parties From Interfering With Delivery of Goods dated February 23, 2005 (the "Interim Order") and respectfully submits as follows:

1. On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and its affiliates filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. Prior to the Petition Date, RSP sold to the Debtors food products.

3. On February 18, 2005, RSP sent a demand letter (the "Reclamation Demand") by facsimile and by federal express to the Debtors, a copy of which is attached hereto and incorporated herein as Exhibit "A".

1870986v1

4. RSP asserts that it holds a valid reclamation claim pursuant to section 546(c) of the Bankruptcy Code and section 2-702 of the UCC and is entitled to an administrative expense claim pursuant to sections 546(c)(2) and 503(b) of the Bankruptcy Code and the Interim Order, in the amount of $279,440.53.

WHEREFORE, Rich-SeaPak Corporation respectfully requests the allowance of an administrative expense claim on account of its Reclamation Demand.

This 11th day of March, 2005.

ARNALL GOLDEN GREGORY LLP
By:

/s/ Darryl S. Laddin
Darryl S. Laddin (DL5130)
James P. Smith (GA659775)
201 Second St., Suite 1000
Macon, Georgia  31201
(478) 745-3344
(478) 743-0239 (Facsimile)
Attorneys for Rich-SeaPak Corporation

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served the within and foregoing Notice of Reclamation Demand by Rich-SeaPak Corporation by depositing same in the United States Mail with proper postage affixed thereon to insure delivery addressed to

> **David J. Baker, Esq.**
> Skadden Arps Slate Meagher & Flom, LLP
> Four Times Square
> New York, NY 10036
> (212) 735-2150
> Fax : (917) 777-2150
> Email: jbaker@skadden.com
>
> **Richard C. Morrissey, Esq.**
> Office of the U.S. Trustee
> 33 Whitehall Street, 21st Fl.
> New York, NY 10004
> (212) 510-0500
> Fax : (212) 668-2255
> Email: richard.morrissey@usdoj.gov

This 11th day of March, 2005.

/s/ James P. Smith
James P. Smith

1870986v1