EXHIBIT A

RICH-SEAPAK corporation

PO Box 20670 127 McKinnon Airport Road
St. Simons Island, Georgia 31522

February 18, 2005

Mr. Nussbaum
Chief Financial Officer
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Dear Mr. Nussbaum:

Under Section 2-702 of the Uniform Commercial Code and/or Section 546
(c) of the Bankruptcy Code we hereby demand return of all goods delivered
to you within the applicable period under said Section, but not limited to:

**Per Attached Detailed listing totaling** $ **279,440.53**

Copies of the invoices representing the above total are also enclosed for your
review.

This demand covers all deliveries by the undersigned and any of its divisions
to you and any of your divisions.

Very truly yours,

Tom McBride
Corporate Credit Manager

## RICH-SEAPAK Corporation

Reclamation Claim

| Invoice | PO | Ship Date | Receipt Date | Amount |
|---------|--------|-----------|--------------|-----------|
| 314487 | 616148 | 02/07/05 | 02/08/05 | 8,125.05 |
| 315655 | 619921 | 02/10/05 | 02/11/05 | 20,194.12 |
| 317786 | 622739 | 02/14/05 | 02/15/05 | 6,808.56 |
| 315171 | 616129 | 02/08/05 | 02/09/05 | 6,309.17 |
| 317784 | 622723 | 02/15/05 | 02/16/05 | 11,451.88 |
| 317358 | 618647 | 02/14/05 | 02/15/05 | 26,382.84 |
| 317350 | 617485 | 02/14/05 | 02/15/05 | 20,872.34 |
| 317731 | 616473 | 02/15/05 | 02/16/05 | 25,617.84 |
| 317732 | 616429 | 02/15/05 | 02/16/05 | 25,929.12 |
| 317831 | 624577 | 02/15/05 | 02/16/05 | 18,944.34 |
| 317785 | 622734 | 02/15/05 | 02/16/05 | 9,346.38 |
| 315589 | 617481 | 02/09/05 | 02/10/05 | 18,090.02 |
| 315556 | 616137 | 02/09/05 | 02/10/05 | 7,048.41 |
| 317736 | 617464 | 02/15/05 | 02/16/05 | 25,306.56 |
| 317757 | 619859 | 02/15/05 | 02/16/05 | 31,243.15 |
| 317832 | 624588 | 02/15/05 | 02/16/05 | 17,770.75 |
| | | | Total | 279,440.53 |

# RICH-SEAPAK corporation

| INVOICE NUMBER |
| --- |
| 314487 |

Page 1 of 1

**REMIT TO:** RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:** WINN DIXIE
FROZEN FOOD RECEIVING
5400 FULTON INDUSTRIAL BLVD
ATLANTA, GA 30332

**BILL TO:** WINN DIXIE ATLANTA
P O BOX 2320
JACKSONVILLE, FL 322022320

*Please Return Remittance Copy With Payment*
(Billing inquiries 1-800-654-9731 Ext. 3070)

| Shipping Date | 02/07/05 | | Order Date | 01/31/05 | | Inv Date | 02/07/05 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ship | 00902691 | | Sold | 00902691 | | Bill | 00730847 |
| BK | A2J | | PLC | CPD MAIL | | Terms | NET 15 |
| | | | A2J/SD | 2 / 11 | | DUE | 02/22/05 |

| | Bill of Lading | Purchase Order Number |
| --- | --- | --- |
| | 118402- | 616148 |

Broker Memo ^00902698
Shipping Point 218

| ITEM | DESCRIPTION | PACK | ALLOWANCE | Ship Via/Order Type DS | QUANTITY | UN | PRICE | NET PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10850 | SP OC P'CORN SHRIMP | 12/12 OZ | TA2J5517-: $5.32 | | 80 | CS | 35.52 | 30.20 | 2,416.0 |
| 32205 | SP OC TEN SH CLAM STRIPS | 12/6 OZ | TA2J5527-: $4.20 | | 14 | CS | 24.60 | 20.40 | 285.6 |
| 37791 | FR NO2 CHEESE STICKS | 12/10 OZ | TA2J5508-: $4.00 | | 28 | CS | 22.80 | 18.80 | 526.4 |
| 37810 | FR BD JUMBO NO2 CH STICK | 12/2 LB | TA2J5513-: $8.75 | | 81 | CS | 51.12 | 42.37 | 3,431.9 |
| 62307 | FR P/FRY BT MUSHROOMS | 6/2 LB | TA2J5513-: $4.70 | | 20 | CS | 27.42 | 22.72 | 454.4 |
| 10740 | SP BD BF SHRIMP | 12/1 LB | TA2J5527-: $8.00 | | 16 | CS | 54.48 | 46.48 | 743.6 |
| 80201 | PORK SANDWICH | 12/4/3.4oz | | | 10 | CS | 26.70 | 26.70 | 267.0 |

| UNITS SHIPPED | TOTAL WEIGHT | TOTAL CUBE | INVOICE AMOUNT |
| --- | --- | --- | --- |
| 249 | 3,84 | 20 | 8,125.05 |

**EDI SCAN COPY**

RICH-SEAPAK ... P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

355681
RICH-SEAPAK ORDER NUMBER



# Millard
**Refrigerated Services**
200 Willowref.com
McDonough, GA 30253·
(770)898-3104

RICH-SEAPAK CORP

**BILL OF LADING**
Page: 1



| BILL OF LADING NO. | |
| --- | --- |
| 0353193 | |
| Stop: 3 | 02/07/2005 |

Version
PO# 616148
Sales# 355681

355681

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

CONSIGNED TO
WINN DIXIE

(MAIL OR STREET ADDRESS OF CONSIGNEE – FOR PURPOSE OF NOTIFICATION ONLY)
FROZEN FOOD RECEIVING    5400 FULTON INDUSTRIAL BLVD

| CITY | STATE | | | Delivery Date: |
| --- | --- | --- | --- | --- |
| ATLANTA | GA 30332 | ( ) - | | |

| CARRIER | CAR INITIALS | | SEAL NO. |
| --- | --- | --- | --- |
| KLLM DEDICATED | TRAILER 118402 | TRL: 85682 | 262620 |

| No. of Pkgs | Description of Articles Special Marks & Exceptions | | Net Wgt Subject to Correction | Gross Wgt Subject to Correction | Lot No |
| --- | --- | --- | --- | --- | --- |
| 16 | 3P BD BF RETAIL SHRIMP 1# 10740 | Lot 235482 | Freezer | 224.00 | 252.96 | 235482 |
| 80 | 3P OC PCORN SHRIMP 10850 | Lot 234243 | Freezer | 792.80 | 872.80 | 234243 |
| 14 | 3P OC TEN 3H CLAM STRIPS 32205 | Lot 235087 | Freezer | 67.06 | 81.06 | 235087 |
| 28 | ? FR MOZ CHEESE DIPPERS 37791 | Lot 235089 | Freezer | 231.00 | 259.00 | 235089 |
| 74 | FR JUMBO CHEESE STIX 37810 | Lot 233282 | Freezer | 1815.96 | 1889.96 | 233282 |
| 7 | FR JUMBO CHEESE STIX 37810 | Lot 233286 | Freezer | 171.78 | 178.78 | 233286 |
| 20 | FR P/FRY BT MUSHROOMS 62307 | Lot 232755 | Freezer | 231.20 | 251.20 | 232755 |
| 6 | PORK SAND 48/4.3 OZ 80201 | Lot 232546 | Freezer | 77.40 | 83.40 | 232546 |
| 4 | PORK SAND 48/4.3 OZ 80201 | Lot 232549 | Freezer | 51.60 | 55.60 | 232549 |

Instructions:    404-346-2469    249 cs.   K Waltmar

11 4 45

Received Pall    3 Div    Oth    Standard Pall Wgt:    150.00
Shipped Pall    3 Div    Oth    Chep Pallet Wgt:    0.00

All weights are in pounds    Seal #26260    2-8-05

## ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT

| 249 | TOTALS | | | 3662.80 | 4074.76 | |

SPECIAL INSTRUCTIONS:    **MAINTAIN TEMPERATURE OF**  Avg: -10   **DEGREES F**  Fr: 7   Mid: 7   Bsck: 5
SEND ALL FREIGHT BILLS TO:    **Millard Transportation**   (TO BE PREPAID)

5298493

Carrier is liable for count & condition of load.

SHIPPER

Millard Transportation
4715 South 132nd Street
Omaha NE 68137

Any Discrepancies upon delivery, driver in to call
Millard Transportation Central Claims
Administrator toll free 877-261-8374 at time of delivery.

MILLARD REFRIGERATED SERVICES AS AGENT

PER

PERMANENT POST OFFICE ADDRESS OF SHIPPER

3   **THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein and is intended solely for filing or record.

# RICH-SEAPAK corporation

INVOICE NUMBER

315655

Page 1 of 1

REMIT TO: RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

SHIP TO: WINN DIXIE
FROZEN FOOD RECEIVING
5400 FULTON INDUSTRIAL BLVD
ATLANTA, GA 30332

BILL TO: WINN DIXIE ATLANTA
P O BOX 2320
JACKSONVILLE, FL 322022320

| | |
|---|---|
| Shipping Date | 02/10/05 |
| Order Date | 02/03/05 |
| Inv Date | 02/10/05 |

| Ship | 00902691 | Sold | 00902691 | Bill | 00730847 |
| BK | A2J | P&C | | NET 15 | |
| | | CPD NATL | 2 / 11 | | |

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| | Ship Via/Order Type | | Bill of Lading | Purchase Order Number |
|---|---|---|---|---|
| | DS | | 110605- | 619921 |

Broker Memo `00902698`

Shipping Point 218

| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 37782 | FR CHEESE BITES-MEXICAN | 12/8.5 OZ | TA2J5538-: $4.00 | 210 | CS | 22.80 | 4.00 | 18.80 | 3,948.0 |
| 37781 | FR CHEESE BITES-ORIGINAL | 12/8.5 OZ | TA2J5538-: $4.00 | 224 | CS | 22.80 | 4.00 | 18.80 | 4,211.2 |
| 37715 | FR MAPLE FRENCH TST STX | 8/16 OZ | TA2J5534-: $2.65 | 108 | CS | 15.52 | 2.65 | 12.87 | 1,389.9 |
| 37714 | FR BLUEBERRY FT STX | 8/17 OZ | TA2J5500-: $2.65 | 144 | CS | 15.52 | 2.65 | 12.87 | 1,853.2 |
| 37710 | FR CIN SPRINKLED TST STX | 12/20 OZ | TA2J5509-: $4.00 | 224 | CS | 23.28 | 4.00 | 19.28 | 4,318.7 |
| 37712 | FR FRENCH TOAST STICKS | 12/20 OZ | TA2J5509-: $4.00 | 232 | CS | 23.28 | 4.00 | 19.28 | 4,472.9 |

| UNITS SHIPPED | 1142 | TOTAL PRICE | 1,47 | INVOICE AMOUNT | 20,194.12 |
| TOTAL WEIGHT | 14,68 | | | **EDI SCAN COPY** |

RICH-SEAPAK C O   P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

357078
RICH-SEAPAK ORDER NUMBER



# Millard
## Refrigerated Services

200 King Mill
McDonough, GA 30253-
(770) 898-3104
www.millardref.com

RICH-SEAPAK CORP

## BILL OF LADING

Page:

357078

Version
PO# 619921
Sales# 357078

| BILL OF LADING NO. | SHIPPERS NO. |
|---|---|
| 0353575 | |
| Stop: 2 | DATE 02/10/2005 |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

*The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.*

*Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.*

| CONSIGNED TO | MAIL OR STREET ADDRESS OF CONSIGNEE — FOR PURPOSE OF NOTIFICATION ONLY |
|---|---|
| WINN DIXIE        FROZEN FOOD RECEIVING | 3400 FULTON INDUSTRIAL BLVD |

| CITY | STATE | | Delivery Date: |
|---|---|---|---|
| ATLANTA | GA  30332 | ( ) | Seal Taken 169111 |

| CARRIER | CAR INITIALS | | SEAL NO. |
|---|---|---|---|
| A63 | TRAILER 118685 | TRL: 86396 | |

| No. of Pkgs | Description of Articles, Special Marks, & Exceptions | | Net Wgt Subject to Correction | Gross Wgt Subject to Correction | Lot No |
|---|---|---|---|---|---|
| | FR CINN SPRINKLED TOAST STIX | Freezer | 3710.96 | 3924.96 | 234893 |
| | 37710          Lot 234893 | | | | |
| 16 | FR CINN SPRINKLED TOAST STIX | Freezer | 285.92 | 301.92 | 235333 |
| | 37710          Lot 235333 | | | | |
| 48 | FR FRENCH TOAST STICKS | Freezer | 858.72 | 906.72 | 235170 |
| | 37712          Lot 235170 | | | | |
| 184 | FR FRENCH TOAST STICKS | Freezer | 3291.76 | 3475.76 | 235179 |
| | 37712          Lot 235179 | | | | |
| 144 | FR BLUEBERRY FT STX 8/17 OZ | Freezer | 1134.72 | 1260.00 | 232999 |
| | 37714          Lot 232999 | | | | |
| 84 | FR MAPLE FRENCH TST STX | Freezer | 672.00 | 905.18 | 234805 |
| | 37715          Lot 234805 | | | | |
| 24 | FR MAPLE FRENCH TST STX | Freezer | 192.00 | 258.62 | 235180 |
| | 37715          Lot 235180 | | | | |
| 224 | FR CHEESE BITES - ORIGIONAL | Freezer | 1736.00 | 1736.00 | 235088 |
| | 37781          Lot 235088 | | | | |
| 210 | FR CHEESE BITES- MEXICAN | Freezer | 1626.87 | 1626.87 | 235834 |
| | 37782          Lot 235834 | | | | |

Instructions:          404-346-2469

| Received Pal | Div | Oth | Standard Pal Wgt: | 800.00 |
|---|---|---|---|---|
| Shipped Pal | 16 Div | Oth | Chep Pallet Wgt: | 0.00 |

All weights are in pounds

2-11-05

## ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT

| 1142 | TOTALS | | 13514.95 | 15196.04 | |

| SPECIAL INSTRUCTIONS: | MAINTAIN TEMPERATURE OF | Avg: 0 | DEGREES F | Fr: 3   Mid: 4   Back: 38 |
|---|---|---|---|---|
| SEND ALL FREIGHT BILLS TO: | Millard Transportation | | (TO BE PREPAID) | 5297776 |

Carrier is liable for count & condition of load.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is a "carrier's or shipper's weight."

SHIPPER
Millard Transportation
4715 South 132nd Street
Omaha, NE 68137

Any Discrepancies upon delivery, driver is to call
Millard Transportation Central Claims
Administrator toll free 877-261-8374 at time of delivery.

MILLARD REFRIGERATED SERVICES AS AGENT

PER

PERMANENT POST OFFICE ADDRESS OF SHIPPER
**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

If charges are to be prepaid, write or stamp here. "To be Prepaid"

IN CASE OF DELAY CARRIER MUST NOTIFY BOTH CONSIGNOR AND CONSIGNEE IMMEDIATELY.

The fibre boxes used for this shipment conform to the specifications and limits in the box makers certificate thereon, and if other requirements of Uniform Freight Classification.

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

This shipment is correctly described. Correct Weight is

Subject to verification by the Western Weighing and Inspection Bureau in accordance with agreement.

# RICH-SEAPAK corporation

**INVOICE NUMBER**
317786

Page 1 of 1

**REMIT TO:** RICH-SEAPAK corporation
P. O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:**
WINN DIXIE
FROZEN FOOD RECEIVING
5400 FULTON INDUSTRIAL BLVD
ATLANTA, GA 30332

**BILL TO:**
WINN DIXIE ATLANTA
P O BOX 2320
JACKSONVILLE, FL 322022320

| | | | |
|---|---|---|---|
| Shipping Date | 02/14/05 | Order Date | 02/07/05 | Inv Date | 02/15/05 |
| Ship | 00902691 | Sold | 00902691 | Bill | 0073084T |
| BK | | PIC | CPD NATL | Terms | NET 15 |
| | A2J | AP/SD | 2 / 11 | DUE | 03/02/05 |

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | Shipping Point | | Ship via/Order Type | | Bill of Lading | | Purchase Order Number | |
| ^00902698 | | 218 | | DS | | 118918- | | 622739 | |
| 37782 | FR CHEESE BITES-MEXICAN | 12/8.5 OZ | TA2J5538 | 84 | CS | 22.80 | 4.00 | 18.80 | 1,579.2 |
| 37781 | FR CHEESE BITES-ORIGINAL | 12/8.5 OZ | TA2J5538 | 84 | CS | 22.80 | 4.00 | 18.80 | 1,579.2 |
| 10916 | SP OC SHRIMP POPPERS | 12/6 OZ | TA2J5527 | 56 | CS | 18.12 | 2.71 | 15.41 | 862.9 |
| 37791 | FR MOZ CHEESE STICKS | 12/10 OZ | TA2J5514 | 112 | CS | 22.80 | 4.00 | 18.80 | 2,105.6 |
| 62307 | FR P/FRY EU MUSHROOMS | 6/2 LB | TA2J5513 | 30 | CS | 27.42 | 4.70 | 22.72 | 681.6 |

Broker Memo
358099
RICH-SEAPAK ORDER NUMBER

UNITS SHIPPED   366
TOTAL WEIGHT   3,04

TOTAL CUBE   25

RICH-SEAPAK corporation P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

**INVOICE AMOUNT   6,808.56**
**\*\*Send with Remittance\*\***



# Millard
**Refrigerated Services**
200 www.millardref.com
McDonough, GA 30253-
(770) 898-3104
RICH-SEAPAK CORP

**BILL OF LADING**

| BILL OF LADING NO. | SHIPPERS NO. |
|---|---|
| 0354230 | |
| Stop: 4 | DATE 02/14/2005 |

11-0465  Page: 1

358099
Version-
PO# 622739
Sales# 358099

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier at all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO | (MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSE OF NOTIFICATION ONLY) |
|---|---|
| WINN DIXIE | FROZEN FOOD RECEIVING 5400 FULTON INDUSTRIAL BLVD |

| CITY ATLANTA | STATE GA 30332 | ( ) - | Delivery Date: 02/16/2005 |
|---|---|---|---|

CARRIER **COLONIAL FREIGHT SYS**

CAR INITIALS TRAILER 118918   TRL: 5395   SEAL NO.

| No. of Pkgs | Description of Articles, Special Marks, & Exceptions | | Net Wgt Subject to Correction | Gross Wgt Subject to Correction | Lot No. |
|---|---|---|---|---|---|
| 36 | 2 SP OC SHRIMP POPPERS 10916       Lot 235773 | Freezer | 281.12 | 337.12 | 235773 |
| 39 | FR CHEESE BITES - ORIGIONAL 37781       Lot 235088 | Freezer | 302.25 | 302.25 | 235088 |
| 45 | FR CHEESE BITES - ORIGIONAL 37781       Lot 236061 | Freezer | 348.75 | 348.75 | 236061 |
| 84 | FR CHEESE BITES - MEXICAN 37782       Lot 235834 | Freezer | 650.75 | 650.75 | 235834 |
| 112 | 2 FR MOZ CHEESE DIPPERS 37791       Lot 234503 | Freezer | 924.00 | 1036.00 | 234503 |
| 30 | FR P/FRY BT MUSHROOMS 62307       Lot 232755 | Freezer | 346.80 | 376.80 | 232755 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here. "To be Prepaid".

IN CASE OF DELAY CARRIER MUST NOTIFY BOTH CONSIGNOR AND CONSIGNEE IMMEDIATELY.

Instructions:   404-345-2469

Received Pall   Div   Oth   Standard Pull Wgt:   0.00
Shipped Pall   Div   Oth   Chep Pallet Wgt:   0.00

All weights are in pounds

2.15.05

**ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT**

"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

This shipment is correctly described;
Correct Weight is

| 366 | **TOTALS** | | 2853.67 | 3051.67 | |

SPECIAL INSTRUCTIONS: **MAINTAIN TEMPERATURE OF** Avg: 0   **DEGREES F** Fr: 7   Mid: 35   Back: 35

SEND ALL FREIGHT BILLS TO:   Millard Transportation   (TO BE PREPAID)

Carrier is liable for count & condition of load.

5301175

Subject to verification by the Western Weighing and Inspection Bureau in accordance with agreement

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."

SHIPPER
Millard Transportation
4715 South 132nd Street
Omaha NE 68137

Any Discrepancies upon delivery, driver is to call
Millard Transportation Central Claims
Administrator toll free 877-261-8374 at time of delivery.

MILLARD REFRIGERATED SERVICES AS AGENT

PER

PERMANENT POST OFFICE ADDRESS OF SHIPPER

must be legibly filled in, in ink, in indelible Pencil

Agent must detach and retain this shipping
Order and must sign the Original Bill of Lading.

# RICH-SEAPAK corporation

**INVOICE NUMBER**
315171

Page 1 of 1

REMIT TO: RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

SHIP TO: WINN DIXIE
15500 WEST BEAVER STREET
BALDWIN BLDG "C" PERISHABLES
JACKSONVILLE, FL 32224

BILL TO: WINN DIXIE JACKSONVILLE
PO BOX 40595
JACKSONVILLE, FL 320030595

| | | |
|---|---|---|
| Shipping Date | 02/08/05 | Order Date 01/31/05 |
| Ship | 00925083 | Sold 00925083 |
| BK | A2J | PLC  CPD MAIL  2 / 11 |

Inv Date 02/09/05
Bill 00609502
Terms NET 15
DUE 02/24/05

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

Broker Memo: *00902698
Shipping Point 218

Ship via/Order Type: DS  AP/SD
Bill of Lading 110479-
Purchase Order Number 616129

| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 37782 | FR CHEESE BITES-MEXICAN | 12/8.5 OZ | TA2J5538-: $4.00 | 42 | CS | 22.80 | 4.00 | 18.80 | 789.6 |
| 37781 | FR CHEESE BITES-ORIGINAL | 12/8.5 OZ | TA2J5538-: $4.00 | 42 | CS | 22.80 | 4.00 | 18.80 | 789.6 |
| 37715 | FR MAPLE FRENCH TST STK | 8/16 OZ | TA2J5534-: $2.65 | 24 | CS | 15.52 | 2.65 | 12.87 | 308.8 |
| 37603 | FR ONION PETALS | 12/9 OZ | TA2J5511-: $4.00 | 28 | CS | 22.80 | 4.00 | 18.80 | 526.4 |
| 37810 | FR BD JUMBO MOZ CH STICK | 12/2 LB | TA2J5513-: $8.75 | 81 | CS | 51.12 | 8.75 | 42.37 | 3,431.9 |
| 37712 | FR FRENCH TOAST STICKS | 12/20 OZ | TA2J5509-: $4.00 | 24 | CS | 23.28 | 4.00 | 19.28 | 462.7 |

UNITS SHIPPED 241
TOTAL WEIGHT 3,72
TOTAL ITEMS 24

INVOICE AMOUNT 6,309.17
**EDI SCAN COPY**

355678
RICH-SEAPAK ORDER NUMBER

RICH-SEAPAK Co., P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

INV 315171

# Millard
## Refrigerated Services
200 [?] Pkwy
www.millardref.com
McDonough, GA 30253
(770)898-3104
**RICH-SEAPAK CORP**

355678

Version:
PO# 616129
Sales# 355678

**BILL OF LADING**
Page:

| BILL OF LADING NO.* | SHIPPERS NO. |
|---|---|
| 0353192 | |
| Stop: 4 | DATE 02/06/2005 |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

(boilerplate terms and conditions paragraph)

(MAIL OR STREET ADDRESS OF CONSIGNEE – FOR PURPOSE OF NOTIFICATION ONLY)

| CONSIGNED TO | | |
|---|---|---|
| WINN DIXIE | 15500 WEST BEAVER STREET | BALDWIN BLDG "C" PERISHABLES |

| CITY | STATE | | Delivery Date: |
|---|---|---|---|
| JACKSONVILLE | FL  32224 | ( ) | 02/09/2005 |

| CARRIER | CAR INITIALS | | |
|---|---|---|---|
| COLONIAL FREIGHT SYS | 118479 | TRL: 5396 | SEAL NO. 0016031 |
| | TRAILER | | |

| No of Pkgs | Description of Articles, Special Marks, & Exceptions | | Net Wgt. Subject to Correction | Gross Wgt Subject to Correction | Lot No. |
|---|---|---|---|---|---|
| 23 | FR ONION PETALS 125 OZ | Freezer | 189.00 | 217.00 | 234075 |
| | 37603    Lot 234075 | | | | |
| 24 | FR FRENCH TOAST STICKS | Freezer | 429.36 | 453.36 | 235043 |
| | 37712    Lot 235043 | | | | |
| 24 | FR MAPLE FRENCH TST STX | Freezer | 192.00 | 258.62 | 235180 |
| | 37715    Lot 235180 | | | | |
| 42 | FR CHEESE BITES - ORIGINAL | Freezer | 325.50 | 325.50 | 234808 |
| | 37781    Lot 234808 | | | | |
| 42 | FR CHEESE BITES- MEXICAN | Freezer | 325.37 | 325.37 | 235834 |
| | 37782    Lot 235834 | | | | |
| 63 | FR JUMBO CHEESE STIX | Freezer | 1546.02 | 1609.02 | 233282 |
| | 37810    Lot 233282 | | | | |
| 18 | FR JUMBO CHEESE STIX | Freezer | 441.72 | 459.72 | 233286 |
| | 37810    Lot 233286 | | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here. "To be Prepaid".

IN CASE OF DELAY CARRIER MUST NOTIFY BOTH CONSIGNOR AND CONSIGNEE IMMEDIATELY.

Instructions:    904-266-8171

| | | | Standard Pallet Wgt: | 200.00 |
|---|---|---|---|---|
| Received Pall | Div | Oth | Chep Pallet Wgt: | 0.00 |
| Shipped Pall | 4 Div | Oth | | |

All weights are in pounds

R. M[...] 2/9/05

This shipment is correctly described: Correct Weight is
[stamp] 5 12 2 33
lbs.

**ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT**

| | | | 3448.97 | 3848.59 |
|---|---|---|---|---|
| 241 | TOTALS | | | |

Subject to verification by the Western Weighing and Inspection Bureau in accordance with agreement

| SPECIAL INSTRUCTIONS: | MAINTAIN TEMPERATURE OF | Avg: 0 | DEGREES F | Fr: 3 | Mid: 38 | Back: 38 |
|---|---|---|---|---|---|---|
| SEND ALL FREIGHT BILLS TO: | Millard Transportation | | (TO BE PREPAID) | | | |

5297368

Carrier is liable for count & condition of load.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

| SHIPPER | Any Discrepancies upon delivery, driver is to call | MILLARD REFRIGERATED SERVICES AS AGENT |
|---|---|---|
| Millard Transportation | Millard Transportation Central Claims | |
| 4715 South 132nd Street | Administrator toll free 877-261-8374 at time of delivery | |
| Omaha NE 68137 | | PER _____ |

PERMANENT POST OFFICE ADDRESS OF SHIPPER

4

**THIS SHIPPING ORDER**

must be legibly filled in, in ink, in indelible pencil or in Carbon and retained by the Agent

Agent must detach and retain this shipping Order and must sign the Original Bill of Lading

# RICH-SEAPAK corporation

**REMIT TO:** RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:** WINN DIXIE
15500 WEST BEAVER STREET
BALDWIN BLDG "C" PERISHABLES
JACKSONVILLE, FL 32224

**BILL TO:** WINN DIXIE JACKSONVILLE
PO BOX 40595
JACKSONVILLE, FL 322030595

**INVOICE NUMBER 317784**

Page 1 of 1

*Please Return Remittance Copy With Payment*
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| | Shipping Date | Ship Via | | Order Date | Sold | | Bill of Lading | Purchase Order Number | Inv Date | Bill |
|---|---|---|---|---|---|---|---|---|---|---|
| | 02/15/05 | 00925083 | | 02/07/05 | 00925083 | | 119037- | 622723 | 02/15/05 | 00609502 |
| BK | | A2J | | | PLC | | | | | |
| | | | | AP/SD | 2 / 11 | CPN NATL | Terms NET 15 | | | |
| | | | | | | | DUE 03/02/05 | | | |

| ITEM | Broker Memo ^00902698 | DESCRIPTION | PACK Shipping Point 218 | ALLOWANCE | Ship Via/Order Type DS | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37782 | | FR CHEESE BITES-MEXICAN | 12/8.5 OZ | TA2J5538 | | 84 | CS | 22.80 | 4.00 | 18.80 | 1,579.2 |
| 37781 | | FR CHEESE BITES-ORIGINAL | 12/8.5 OZ | TA2J5538 | | 84 | CS | 22.80 | 4.00 | 18.80 | 1,579.2 |
| 10916 | | SP OC SHRIMP POPPERS | 12/6 OZ | TA2J5527 | | 168 | CS | 18.12 | 2.71 | 15.41 | 2,588.8 |
| 37791 | | FR MOZ CHEESE STICKS | 12/10 OZ | TA2J5514 | | 140 | CS | 22.80 | 4.00 | 18.80 | 2,632.0 |
| 37603 | | FR ONION PETALS | 12/9 OZ | TA2J5511 | | 28 | CS | 22.80 | 4.00 | 18.80 | 526.4 |
| 62307 | | FR F/FRY BT MUSHROOMS | 6/2 LB | TA2J5513 | | 17 | CS | 27.42 | 4.70 | 22.72 | 386.2 |
| 37714 | | FR BLUEBERRY FT STX | 8/17 OZ | TA2J5509 | | 36 | CS | 15.52 | 2.65 | 12.87 | 463.3 |
| 37710 | | FR CIN SPRINKLED TST STX | 12/20 OZ | TA2J5509 | | 64 | CS | 23.28 | 4.00 | 19.28 | 1,233.9 |
| 37712 | | FR FRENCH TOAST STICKS | 12/20 OZ | TA2J5509 | | 24 | CS | 23.28 | 4.00 | 19.28 | 462.7 |

| UNITS SHIPPED | TOTAL WEIGHT | TOTAL CUBE | INVOICE AMOUNT |
|---|---|---|---|
| 645 | 6,13 | 54 | 11,451.88 |

**\*\*Send with Remittance\*\***

RICH-SEAPAK corporation P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

358097
RICH-SEAPAK ORDER NUMBER



**Millard**
Refrigerated Services
200 www.millardref.com
McDonough, GA 30253-
(770)898-3104
RICH-SEAPAK CORP

11-0476
2485

*J. Grace*

**BILL OF LADING**
Page: 1

| BILL OF LADING NO. | SHIPPERS NO. |
|---|---|
| 0354228 | |
| Stop: 2 | DATE |
| | 02/15/2005 |

358097
Version:
PO# 622723
Sales# 358097

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO | | (MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSE OF NOTIFICATION ONLY) |
|---|---|---|
| WINN DIXIE | 15500 WEST BEAVER STREET | BALDWIN BLDG "C" PERISHABLES |

| CITY | STATE | | | |
|---|---|---|---|---|
| JACKSONVILLE | FL | 32224 | ( ) - | Delivery Date: 02/17/2005 |

| CARRIER | CAR INITIALS | | |
|---|---|---|---|
| COLONIAL FREIGHT SYS | TRAILER 119037 | TRL: 5516 | SEAL NO. 0015734 |

| No. of Pkgs. | Description of Articles, Special Marks, & Exceptions | | Net Wgt. Subject to Correction | Gross Wgt. Subject to Correction | Lot No. |
|---|---|---|---|---|---|
| 168 | 2 SP OC SHRIMP POPPERS 10916    Lot 234473 | Freezer | 843.36 | 1011.36 | 234473 |
| 28 | FR ONION PETALS 12/9 OZ 37603    Lot 235431 | Freezer | 189.00 | 217.00 | 235431 |
| 64 | FR CINN SPRINKLED TOAST STIX 37710    Lot 236126 | Freezer | 1143.68 | 1207.68 | 236126 |
| 24 | FR FRENCH TOAST STICKS 37712    Lot 236145 | Freezer | 429.36 | 453.36 | 236145 |
| 36 | FR BLUEBERRY FT STX 8/17 OZ 37714    Lot 236150 | Freezer | 283.68 | 315.00 | 236150 |
| 84 | FR CHEESE BITES - ORIGIONAL 37781    Lot 236061 | Freezer | 651.00 | 651.00 | 236061 |
| 14 | FR CHEESE BITES- MEXICAN 37782    Lot 235834 | Freezer | 108.46 | 108.46 | 235834 |
| 70 | FR CHEESE BITES- MEXICAN 37782    Lot 236060 | Freezer | 542.29 | 542.29 | 236060 |
| 14 | FR MOZ CHEESE DIPPERS 37791    Lot 235181 | Freezer | 115.50 | 129.50 | 235181 |
| 126 | FR MOZ CHEESE DIPPERS 37791    Lot 236063 | Freezer | 1039.50 | 1165.50 | 236063 |
| 17 | FR P/FRY BT MUSHROOMS 62307    Lot 232755 | Freezer | 196.52 | 213.52 | 232755 |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid."

IN CASE OF DELAY CARRIER MUST NOTIFY BOTH CONSIGNOR AND CONSIGNEE IMMEDIATELY.

The Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

This shipment is correctly described: Correct Weight is

**ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT**

| 645 | **TOTALS** | | | 5542.35 | 6364.67 | |

Subject to verification by the Western Weighing and Inspection Bureau in accordance with agreement

SPECIAL INSTRUCTIONS: **MAINTAIN TEMPERATURE OF**  Avg: 10  **DEGREES F** Fr: 7  Mid: 6  Back: 5

SEND ALL FREIGHT BILLS TO: Millard Transportation   (TO BE PREPAID)  5290000

Carrier is liable for count & condition of load.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

PER
Transportation
132nd Street
68137

OFFICE ADDRESS OF SHIPPER

MEMORANDUM — an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein and is intended solely for filing or record.

Any Discrepancies upon delivery, driver is to call
Millard Transportation Central Claims
Administrator toll free 877-261-8374 at time of delivery.

MILLARD REFRIGERATED SERVICES AS AGENT

PER

# RICH-SEAPAK corporation

355560
RICH-BANK ORDER NUMBER

**INVOICE NUMBER**
317358

Page 1 of 1

REMIT TO: RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

SHIP TO: WINN DIXIE
3925 HIGHWAY 190 WEST
HAMMOND, LA 704018562

BILL TO: WINN DIXIE NEW ORLEANS
PO BOX 40045
JACKSONVILLE, FL 32203

| | | |
|---|---|---|
| Shipping Date | 02/14/05 | Order Date | 02/02/05 | Inv Date | 02/14/05 |
| Ship | 00902704 | Sold | 00902704 | Bill | 006093318 |
| BK | A2J | PLC | CBD NATL | Terms | NET 15 |
| | | AP/SD | 2 / :11 | DUE | 03/01/05 |

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

Bill of Lading: ml003010
Purchase Order Number: 618647

BROKER Memo: ^00902698

Shipping Point: bwk

| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 37715 | FR MAPLE FRENCH TST STX | 8/16 OZ | TA25534-: $2.65 | 168 | CS | 15.52 | 2.65 | 12.87 | 2,162.1 |
| 37714 | FR BLUEBERRY FT STX | 8/17 OZ | TA2J5509-: $2.65 | 300 | CS | 15.52 | 2.65 | 12.87 | 3,861.0 |
| 37710 | FR CIN SPRINKLED TST STX | 12/20 OZ | TA2J5509-: $4.00 | 448 | CS | 23.28 | 4.00 | 19.28 | 8,637.4 |
| 37712 | FR FRENCH TOAST STICKS | 12/20 OZ | TA2J5509-: $4.00 | 608 | CS | 23.28 | 4.00 | 19.28 | 11,722.2 |

| | | |
|---|---|---|
| UNITS SHIPPED | 1524 | TOTAL CUBE | 2,55 |
| TOTAL WEIGHT | 24,98 | | |

INVOICE AMOUNT    26,382.84
**EDI SCAN COPY**

# RICH-SEAPAK corporation

### INVOICE NUMBER
### 317350

Page 1 of 2

**REMIT TO:** RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:** WINN DIXIE
3925 HIGHWAY 190 WEST
HAMMOND, LA 70401-8562

**BILL TO:** WINN DIXIE NEW ORLEANS
PO BOX 40045
JACKSONVILLE, FL 32203

| | |
|---|---|
| Inv Date | 02/14/05 |
| Bill | 00609918 |
| Terms | NET 15 |
| DUE | 03/01/05 |

| Shipping Date | 02/14/05 |
|---|---|
| Ship | 00902704 |
| BK | A2J |

| Order Date | 02/01/05 |
|---|---|
| Sold | 00902704 |
| PLIC / CRD NATL | 2 / 11 |
| A2/SD | |

### Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| Bill of Lading | Purchase Order Number |
|---|---|
| 118780- | 617485 |

EcoVac Memo: ^00902698

| Shipping Point | 215 | Ship Via/Order Type |
|---|---|---|
| | | DS |

| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 39755 | FR MOZ CH STICKS | 12/2 LB | TA2J5513-: $18.96 | 15 | CS | 83.28 | 18.96 | 64.32 | 964.8 |
| 37782 | FR CHEESE BITES-MEXICAN | 12/8.5 OZ | TA2J5538-: $4.00 | 266 | CS | 22.80 | 4.00 | 18.80 | 5,000.8 |
| 37781 | FR CHEESE BITES-ORIGINAL | 12/8.5 OZ | TA2J5538-: $4.00 | 322 | CS | 22.80 | 4.00 | 18.80 | 6,053.6 |
| 32205 | SP OC TEN SH CLAM STRIPS | 12/6 OZ | TA2J5527-: $4.20 | 14 | CS | 24.60 | 4.20 | 20.40 | 285.6 |
| 10855 | SP OC P'CORN SH/FAM PACK | 12/20 OZ | TA2J5518-: $8.00 | 44 | CS | 54.48 | 8.00 | 46.48 | 2,045.1 |
| 37791 | FR MOZ CHEESE STICKS | 12/10 OZ | TA2J5508-: $4.00 | 70 | CS | 22.80 | 4.00 | 18.80 | 1,316.0 |
| 37603 | FR ONION PETALS | 12/9 OZ | TA2J5511-: $4.00 | 14 | CS | 22.80 | 4.00 | 18.80 | 263.2 |
| 37810 | FR BD JUMBO MOZ CH STICK | 12/2 LB | TA2J5513-: $8.75 | 90 | CS | 51.12 | 8.75 | 42.37 | 3,813.3 |
| 62307 | FR P/FRY BT MUSHROOMS | 6/2 LB | TA2J5513-: $4.70 | 17 | CS | 27.42 | 4.70 | 22.72 | 386.2 |

356033
RICH-SEAPAK ORDER NUMBER

RICH-SEAPAK :: .: . :. P.O. BOX 20470, SAINT SIMONS ISLAND, GEORGIA, 31522

**EDI SCAN COPY**

356033
RICH-SEAPAK ORDER MANAGER

# RICH-SEAPAK corporation

**INVOICE NUMBER**
317350

Page 2 of 2

REMIT TO: RICH-SEAPAK Corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

SHIP TO: WINN DIXIE
3925 HIGHWAY 190 WEST
HAMMOND, LA 704018562

BILL TO: WINN DIXIE NEW ORLEANS
PO BOX 40045
JACKSONVILLE, FL 32203

*Please Return Remittance Copy With Payment*
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| Shipping Date | 02/14/05 | Order Date | 02/01/05 | Inv Date | 02/14/05 |
| --- | --- | --- | --- | --- | --- |
| Ship | 00902704 | Sold | 00902704 | Bill | 00609318 |
| BK | A2J | PLC | CPD NAIL | Terms | NET 15 |
| | | AP/SD | 2 / 11 | DUE | 03/01/05 |

Bill of Lading 118780-    Purchase Order Number

| Broker Memo | Shipping Point | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ^00902698 | 215 | | | | | | | |

| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10740 | SP ED BE SHRIMP | 12/1 LB | TA2J5527-: $8.00 | 16 | CS | 54.48 | 8.00 | 46.46 | 743.6 |

| UNITS SHIPPED | 868 | TOTAL WEIGHT | 9,76 | TOTAL CUBE | 71 | INVOICE AMOUNT | 20,872.34 |
| --- | --- | --- | --- | --- | --- | --- | --- |

**EDI SCAN COPY**

RICH-SEAPAK C... ... ... P.O. BOX 20570, SAINT SIMONS ISLAND, GEORGIA, 31522

31∕2350



# Millard
## Refrigerated Services

**BILL OF LADING**

356033

Version:
PO# 6124851
Sales# 356033

5200 WORTH STREET
www.millardref.com
Fort Worth, TX 76106
(817)626-2800
RICH SEAPACK CORP

| BILL OF LADING NO. | SHIPPER'S NO. |
|---|---|
| 0402482 | |
| Stop: 2 | DATE: 02/14/2005 |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO                    (MAIL OR STREET ADDRESS OF CONSIGNEE -- FOR PURPOSE OF NOTIFICATION ONLY)
**WINN DIXIE**                  3925 HIGHWAY 190 WEST

| CITY | STATE | | |
|---|---|---|---|
| HAMMOND | LA   704018562   ( )  - | | Delivery Date:   02/16/2005 |

CARRIER                                          CAR INITIALS
/HORSESHOE                          TRAILER 116780      TRL: H316      SEAL NO. 0008755

| No. of Pkgs. | Description of Articles. Special Marks. & Exceptions | | Net Wgt. Subject to Correction | Gross Wgt. Subject to Correction | Lot No. |
|---|---|---|---|---|---|
| 16 | SP BD BF RETAIL SHRIMP 1#<br>10740        Lot 109846 | Freezer | 236.80 | 252.80 | 109846 |
| 44 | SP OC PCORN SH/FAM PK<br>10855        Lot 110165 | Freezer | 734.36 | 778.36 | 110165 |
| 14 | SP OC TEN SH CLAM STRIPS<br>32205        Lot 106954 | Freezer | 67.06 | 81.06 | 106954 |
| 14 | FR ONION PETALS<br>37603        Lot 109984 | Freezer | 94.50 | 144.06 | 109984 |
| 42 | FR CHEESE BITES-ORIGINAL<br>37781        Lot 109892 | Freezer | 267.75 | 325.37 | 109892 |
| 280 | FR CHEESE BITES-ORIGINAL<br>37781        Lot 110377 | Freezer | 1785.00 | 2169.16 | 110377 |
| 266 | FR CHEESE BITES-MEXICAN<br>37782        Lot 110431 | Freezer | 1695.75 | 2060.70 | 110431 |
| 70 | 2 FR MOZ CHEESE DIPPER<br>37791        Lot 109247 | Freezer | 603.40 | 673.40 | 109247 |
| 27 | FR JUMBO CHEEZE STIX<br>37810        Lot 109889 | Freezer | 642.87 | 669.87 | 109889 |
| 63 | FR JUMBO CHEEZE STIX<br>37810        Lot 109912 | Freezer | 1500.03 | 1563.03 | 109912 |
| 9 | 2 FR MOZ CH STICKS<br>39755        Lot 108306 | Freezer | 484.47 | 493.47 | 108306 |
| 6 | 2 FR MOZ CH STICKS<br>39755        Lot 110379 | Freezer | 322.98 | 328.98 | 110379 |
| 17 | FR P/FRY BT MUSHROOMS<br>62307        Lot 108936 | Freezer | 196.52 | 213.52 | 108936 |

**ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT**

| 808 | **TOTALS** | | 8631.49 | 9753.79 | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

If charges are to be prepaid, write or stamp here: "To be Prepaid".

IN CASE OF DELAY CARRIER MUST NOTIFY BOTH CONSIGNOR AND CONSIGNEE IMMEDIATELY.

"The Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

This shipment is correctly described; Correct Weight is

Subject to verification by the Western Weighing and Inspection Bureau in accordance with agreement

SPECIAL INSTRUCTIONS:  **MAINTAIN TEMPERATURE OF**   Avg: -10   **DEGREES F**   Fr: 0   Mid: 0   Back: 0

SEND ALL FREIGHT BILLS TO:   Millard Transportation   **(TO BE PREPAID)**      5270972

Carrier is liable for count & condition of load.

* If the shipment moves between two ports by a carrier by water, the law requires that bill of lading shall state whether it is "carrier's or shipper's weight."

SHIPPER

Millard Transportation
4715 South 132nd Street
Omaha NE 68137

Any Discrepancies upon delivery, driver is to call
Millard Transportation Central Claims
Administrator toll free 877-261-8374 at time of delivery

MILLARD REFRIGERATED SERVICES AS AGENT

PER   Jim Dint 326/H316 2-14-05

PERMANENT POST OFFICE ADDRESS OF SHIPPER



**Millard**
Refrigerated Services

5200 ~~~~~~ .com
Fort Worth, TX 76105-
(817) 626-2800
RICH SEAPACK CORP



| BILL OF LADING NO. | SHIPPERS NO. |
|---|---|
| 0402482 | DATE |
| Stop. 2 | 02/14/2005 |

Version
PO# 617481
Sales# 356033

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications if effect on this date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(MAIL OR STREET ADDRESS OF CONSIGNEE – FOR PURPOSE OF NOTIFICATION ONLY)

| CONSIGNED TO | | |
|---|---|---|
| WINN DIXIE | 3925 HIGHWAY 190 WEST | |
| CITY | STATE | |
| HAMMOND | LA   704018562   (  ) - | Delivery Date:   02/16/2005 |
| CARRIER | CAR INITIALS | |
| HORSESHOE | TRAILER   118780      TRL: H 316      SEAL NO.   0008755 | |

| No. of Pkgs. | Description of Articles, Special Marks, & Exceptions | Net Wgt Subject to Correction | Gross Wgt Subject to Correction | Lot No. | |
|---|---|---|---|---|---|
| Instructions: | 504-549-6814 | | | | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| Received Fall | Div      Oth | Standard Pall Wgt: | 0.00 | | |
| Shipped Pall | 5 Div      Oth | Chep Pallet Wgt: | 0.00 | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid". |
| | All weights are in pounds | | | | |
| | | | | | IN CASE OF DELAY CARRIER MUST NOTIFY BOTH CONSIGNOR AND CONSIGNEE IMMEDIATELY. |
| | | | | | "The Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification." |
| | *1-case Damage cd-39755* | | | | Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission. |
| | | *2-15-05* | | | |
| | *Tim Davis* | *rec 868* | | | This shipment is correctly described: Correct Weight is _____ lbs. |
| | **ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT** | | | | Subject to verification by the Western Weighing and Inspection Bureau in accordance with agreement |
| 868 | TOTALS | 8631.49 | 9753.79 | | |

SPECIAL INSTRUCTIONS:   **MAINTAIN TEMPERATURE OF**   Avg: ~10   **DEGREES F**   Fr: 0   Mid: 0   Back: 0

SEND ALL FREIGHT BILLS TO:   Millard Transportation   (TO BE PREPAID)   **5279883**

Carrier is liable for count & condition of load.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

SHIPPER

Millard Transportation
4715 South 132nd Street
Omaha NE 68137

Any Discrepancies upon delivery, driver is to call
Millard Transportation Central Claims
Administrator toll free 877-261-8374 at time of delivery

MILLARD REFRIGERATED SERVICES AS AGENT

PER   *Tim Davis  324/H316  2-14-05*

PERMANENT POST OFFICE ADDRESS OF SHIPPER

Agent must detach and retain this shipping

REMIT TO: RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**RICH-SEAPAK corporation**

SHIP TO: WINN DIXIE
3300 NORTHWEST 123RD STREET
MIAMI, FL 33167

| INVOICE NUMBER |
| --- |
| 317731 |
| Page 1 of 1 |

| | | |
| --- | --- | --- |
| Shipping Date | 02/14/05 | |
| | | Order Date | 01/31/05 | | Inv Date | 02/15/05 |

BILL TO: WINN DIXIE-POMPANO
PO BOX 40026
JACKSONVILLE, FL 32203

| Shipping Date | 02/14/05 | Order Date | 01/31/05 | Inv Date | 02/15/05 |
| --- | --- | --- | --- | --- | --- |
| Ship | 00911611 | Sold | 00911611 | Bill | 00668438 |
| BK | A2J | PLC | CPD NATL | Terms | NET 15 |
| | | AP/SD | 2 / 11 | DUE | 03/02/05 |

*Please Return Remittance Copy With Payment*

(Billing Inquiries 1-800-654-9731 Ext. 3070)

| Broker Memo | | Shipping Point | | Ship Via/Order Type | | | Bill of Lading | | Purchase Order Number | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ^00902698 | | 218 | | DS | | | 118797- | | 616473 | |
| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
| 37715 | FR MAPLE FRENCH TST STX | 8/16 OZ | TA2J5534-: $2.65 | 252 | CS | 15.52 | 2.65 | 12.87 | 3,243.2 |
| 37714 | FR BLUEBERRY FT STX | 8/17 OZ | TA2J5509-: $2.65 | 588 | CS | 15.52 | 2.65 | 12.87 | 7,567.5 |
| 37710 | FR CIN SPRINKLED TST STX | 12/20 OZ | TA2J5509-: $4.00 | 384 | CS | 23.28 | 4.00 | 19.28 | 7,403.5 |
| 37712 | FR FRENCH TOAST STICKS | 12/20 OZ | TA2J5509-: $4.00 | 384 | CS | 23.28 | 4.00 | 19.28 | 7,403.5 |



| | | |
| --- | --- | --- |
| UNITS SHIPPED | 1608 | |
| TOTAL WEIGHT | 23,55 | TOTAL CUBE | 2,36 |

355744
RICH-SEAPAK ORDER NUMBER

RICH-SEAPAK·Division· P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

INVOICE AMOUNT   25,617.84
**EDI SCAN COPY**

# RICH-SEAPAK corporation

355746
RICH-SEAPAK ORDER NUMBER

**REMIT TO:** RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:**
WINN DIXIE STORES INC
4401 SEABOARD AVENUE
ORLANDO, FL 32808

**BILL TO:**
WINN DIXIE ORLANDO
PO BOX 40043
JACKSONVILLE, FL 322030043

## Please Return Remittance Copy With Payment

(Billing Inquiries 1-800-654-9731 Ext. 3070)

| Shipping Date | Ship Via/Order Type | Order Date | Inv Date |
|---|---|---|---|
| 02/15/05 | | 01/31/05 | 02/15/05 |

| | Ship | | PLC | Sold | Bill |
|---|---|---|---|---|---|
| EK | 00902703 | | 00902703 | 00713190 |

| | | Av/SD | CPD NATL | Terms |
|---|---|---|---|---|
| | A2J | 2 / 11 | NET 15 | DUE 03/02/05 |

### INVOICE NUMBER
**317732**

Page 1 of 1

| ITEM | DESCRIPTION | Shipping Point bwk | PACK | ALLOWANCE | QUANTITY | UM | PRICE | Bill of Lading ml0003006 ALLOW | Purchase Order Number 616429 NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 37715 | FR MAPLE FRENCH TST STX | 8/16 OZ | | TAJ75534 | 504 | CS | 15.52 | 2.65 | 12.87 | 6,486.4 |
| 37714 | FR BLUEBERRY FT STX | 8/17 OZ | | TAJ75509 | 504 | CS | 15.52 | 2.65 | 12.87 | 6,486.4 |
| 37710 | FR CIN SPRINKLED TST STX | 12/20 OZ | | TAJ75509 | 336 | CS | 23.28 | 4.00 | 19.28 | 6,478.0 |
| 37712 | FR FRENCH TOAST STICKS | 12/20 OZ | | TAJ75509 | 336 | CS | 23.28 | 4.00 | 19.28 | 6,478.0 |

UNITS SHIPPED 1680
TOTAL WEIGHT 23,55

TOTAL CUBE 2,36

RICH-SEAPAK corporation P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

**INVOICE AMOUNT 25,929.12**
**\*\*Send with Remittance\*\***

312232

# BILL OF LADING

| Date: 02/14/05 | | Page | 1 of 1 |

| **SHIP FROM** | | |
|---|---|---|
| **Name:** | RICH SEAPAK CORPORATION | |
| **Address:** | 200 GLYNDALE DRIVE | |
| | BRUNSWICK, GA 31520 | |
| **City/State/Zip:** | | |

**Bill of Lading Number:** 355745

| DS | #1003006 | 1 |
|---|---|---|
| Order Type | Load No | Stop No |

| **SHIP TO** | | |
|---|---|---|
| **Name:** | WINN DIXIE STORES INC | Customer No. |
| **Address:** | 4401 SEABOARD AVENUE | |
| | ORLANDO, FL 32808 | |
| **City/State/Zip:** | | |
| **Phone No:** | CFA 407-578-4077 | |

CARRIER NAME: BURRIS
Trailer Number: 466
Seal Number: 0028281
Start Load Time: 3:00    Pallets In 18
Stop Load Time:    Pallets Out 21
Product Temperature
Nose 2°   Middle 31°   Tail 6

| **THIRD PARTY FREIGHT CHARGES BILL TO:** | |
|---|---|
| **Name:** | RICH SEAPAK CORPORATION |
| **Address:** | C/O DATA&LOGISTICS |
| | P.O. BOX 61070 |
| | FT. MYERS, FL 33906 |
| **City/State/Zip:** | |

Freight Charge Terms:    Prepaid
☐ Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**

Delivery Appointment Date: 02/15/05
Time: 01:01

**(FROZEN FOODS) Maintain Trailer at the following Degrees of Temperature** -10° F

| CUSTOMER ORDER NO. | # PKGS | ITEM NO | DESCRIPTION | WEIGHT | CUBE | ADDITIONAL INFO |
|---|---|---|---|---|---|---|
| 616429 | 504 | 37715 | FR MAPLE FRENCH T 8/16 | 5431 | 539 | |
| 616429 | 504 | 37714 | FR BLUEBERRY FT S 8/17 | 5431 | 504 | |
| 616429 | 336 | 37710 | FR CIN SPRINKLED 12/20 | 6340 | 659 | |
| 616429 | 336 | 37712 | FR FRENCH TOAST S 12/20 | 6348 | 659 | |
| | | | Driver Unload Truck | | | |
| | | | | | | |
| | 1680 | | | 23550 | 2360 | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___."

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ,14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Rich SeaPak _____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are tendered in proper condition and temperature for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☑ By Shipper

Freight Counted:
☐ By Shipper
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required documents. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle, if required. Property described above is received in good order, except as noted.

X _____

**3   DRIVER'S COPY**

# BILL OF LADING

Date: 02/14/05    Page    1 of 1

| | |
|---|---|
| **Name:** RICH SEAPAK CORPORATION | **Bill of Lading Number:** m1003006 |
| **Address:** 200 GLYNDALE DRIVE | |
| BRUNSWICK, GA 31520 | |
| **City/State/Zip:** | |

| Order Type | Load No | Stop No |
|---|---|---|

**CARRIER NAME:** BURRIS

**Name:** WINN DIXIE STORES INC    **Customer No.**
**Address:** 4401 SEABOARD AVENUE
ORLANDO, FL 32808
**City/State/Zip:**
**Phone No:** CFA 407-578-4077

Trailer Number: 466
Seal Number: 0028281
Start Load Time: 800    Pallets in 12
Stop Load Time:    Pallets Out 26

**Name:** RICH SEAPAK CORPORATION
**Address:** C/O DATA2LOGISTICS
P.O. BOX 61070
FT. MYERS, FL 33906
**City/State/Zip:**

Product Temperature
Nose 2°  Middle 37°  Tail 6°

Freight Charge Terms:    Prepaid
[X] Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
The following BOLs are attached:
355746

Delivery Appointment Date:
Time:

**(FROZEN FOODS) Maintain Trailer at the following**
**Degrees of Temperature** ✓ JR 10 °F

| CUSTOMER ORDER NO. | # PKGS | ITEM NO | DESCRIPTION | WEIGHT | CUBE | ADDITIONAL INFO |
|---|---|---|---|---|---|---|
| 616429 | 1680 | | WINN DIXIE STORES INC | 23550 | 2360 | 02/15/05 |
| RSP#: 355746 | | | ORLANDO, FL 32808 | | | 01:01 |
| | | | | | | |
| | | | | 23550 | 2360 | |
| | 1680 | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

COD Amount: $ _____
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Rich Seapak M. L._____    Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are tendered in proper condition and temperature for transportation according to the applicable regulations of the DOT.

Jinh 2/15/05

Trailer Loaded:    Freight Counted:
☐ By Shipper    ☐ By Shipper
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required documents. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle, if required. Property described above is received in good order, except as noted.

X Jay Reynolds _____

**3  DRIVER'S COPY**

# RICH-SEAPAK corporation

**INVOICE NUMBER**
317831

Page 1 of 1

**REMIT TO:** RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:** WINN DIXIE/PREFERRED CLD STG
13700 NW 115TH AVENUE
MEDLEY, FL 331770000

**BILL TO:** WINN DIXIE
P O BOX 40026
JACKSONVILLE, FL 32203

| | |
|---|---|
| Shipping Date | 02/15/05 |
| Ship | 0060995O1 |
| BK | A2J |

| | |
|---|---|
| Order Date | 02/08/05 |
| Sold | 0060995O1 |
| PLC | CPD NATL |
| AP/SD | 2 / 11 |

| | |
|---|---|
| Inv Date | 02/15/05 |
| Bill | 006099500 |
| Terms | NET 15 |
| DUE | 03/02/05 |

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| Broker Memo | | | Shipping Point | | Ship Via/Order Type | | Bill of Lading | Purchase Order Number | |
|---|---|---|---|---|---|---|---|---|---|
| ^00902698 | | | 218 | | DS | | 119022- | 624577 | |
| ITEM | DESCRIPTION | | PACK | ALLOWANCE | QUANTITY | UM | PRICE | NET PRICE | AMOUNT |
| 10850 | SP OC P'CORN SHRIMP | | 12/12 OZ | | 64 | CS | 35.52 | 35.52 | 2,273.2 |
| 32205 | SP OC TEN SH CLAM STRIPS | | 12/6 OZ | | 28 | CS | 24.60 | 24.60 | 688.8 |
| 10916 | SP OC SHRIMP POPPERS | | 12/6 OZ | | 266 | CS | 18.12 | 18.12 | 4,819.9 |
| 10237 | SP SHR ENTREES ALFREDO | | 12/10.5 OZ | | 98 | CS | 29.53 | 29.53 | 2,893.9 |
| 10238 | SP SHR ENTREES TERIYAKI | | 12/10.5 OZ | | 154 | CS | 29.53 | 29.53 | 4,547.6 |
| 10236 | SP SHR ENTREES GARL/HERB | | 12/10.5 OZ | | 126 | CS | 29.53 | 29.53 | 3,720.7 |

| UNITS SHIPPED | TOTAL WEIGHT | TOTAL CUBE |
|---|---|---|
| 736 | 5,67 | 38 |

**INVOICE AMOUNT**   18,944.34
**\*\*Send with Remittance\*\***

358596
RICH-SEAPAK ORDER NUMBER

# RICH-SEAPAK corporation

| INVOICE NUMBER |
| --- |
| 317785 |

Page 1 of 1

**REMIT TO:** RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:** WINN DIXIE/PREFERRED CLD STG
13700 NW 115TH AVENUE
MEDLEY, FL 331770000

**BILL TO:** WINN DIXIE
P O BOX 40026
JACKSONVILLE, FL 32203

| | |
| --- | --- |
| Inv Date | 02/15/05 |
| Sold | 00609500 |
| Bill | 00609500 |
| Terms | NET 15 |
| DUE | 03/02/05 |

| | |
| --- | --- |
| Order Date | 02/07/05 |
| Sold | 00609501 |
| PLC | CPD NATL |
| AP/SD | 2 / 11 |

| Shipping Date | | |
| --- | --- | --- |
| Ship | 02/15/05 | |
| Ship | 00609501 | |
| BK | A2J | |

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| | Shipping Point | | Ship Via/Order Type | Bill of Lading | Purchase Order Number |
| --- | --- | --- | --- | --- | --- |
| Broker Memo | 218 | | DS | 119022- | 622734 |
| *00902698 | | | | | |

| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | NET PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10850 | SP OC P'CORN SHRIMP | 12/12 OZ | | 32 | CS | 35.52 | 35.52 | 1,136.6 |
| 10916 | SP OC SHRIMP POPPERS | 12/6 OZ | | 140 | CS | 18.12 | 18.12 | 2,536.8 |
| 37791 | FR MOZ CHEESE STICKS | 12/10 OZ | | 42 | CS | 22.80 | 22.80 | 957.6 |
| 10237 | SP SHR ENTREES ALFREDO | 12/10.5 OZ | | 56 | CS | 29.53 | 29.53 | 1,653.6 |
| 10236 | SP SHR ENTREES GARL/HERB | 12/10.5 OZ | | 70 | CS | 29.53 | 29.53 | 2,067.1 |
| 37712 | FR FRENCH TOAST STICKS | 12/20 OZ | | 24 | CS | 23.28 | 23.28 | 558.7 |
| 10740 | SP BD BF SHRIMP | 12/1 LB | | 8 | CS | 54.48 | 54.48 | 435.8 |

| UNITS SHIPPED | TOTAL WEIGHT | TOTAL CUBE | INVOICE AMOUNT |
| --- | --- | --- | --- |
| 372 | 3,20 | 24 | 9,346.38 |

**\*\*Send with Remittance\*\***

| 358098 |
| --- |
| RICH-SEAPAK ORDER NUMBER |

# RICH-SEAPAK corporation

|  |
|---|
| INVOICE NUMBER |
| 315589 |

Page 1 of 1

REMIT TO: RICH-SEAPAK corporation
P.O. BOX 90072
CHICAGO, ILLINOIS 60693

SHIP TO: WINN DIXIE
3300 NORTHWEST 123RD STREET
MIAMI, FL 33167

BILL TO: WINN DIXIE-POMPANO
PO BOX 40026
JACKSONVILLE, FL 32203

| | |
|---|---|
| Shipping Date | 02/09/05 |
| Ship Sold | 00911611 |
| BK Ship Via | A2J |

| | | |
|---|---|---|
| Order Date | 02/01/05 | Inv Date | 02/10/05 |
| Sold | 00911611 | Bill | 00608438 |
| PLC | | Terms | NET 15 |
| AP/SD | 2 / 11 | DUE | 02/25/05 |

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| Broker Memo | Shipping Point | | Ship Via/Order Type* | | Bill of Lading | Purchase Order Number | |
|---|---|---|---|---|---|---|---|
| ^00902698 | 218 | | DS | | 110483- | 617481 | |

| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10850 | SP OC P'CORN SHRMP | 12/12 OZ | TA2J5517- $5.32 | 32 | CS | 35.52 | 5.32 | 30.20 | 966.4 |
| 10855 | SP OC P'CORN SH/FAM PACK | 12/20 OZ | TA2J5518-: $8.00 | 352 | CS | 54.48 | 8.00 | 46.48 | 16,360.9 |
| 37810 | FR BD JUMBO MOZ CH STICK | 12/2 LB | TA2J5513-: $8.75 | 18 | CS | 51.12 | 8.75 | 42.37 | 762.6 |

| UNITS SHIPPED | 402 | TOTAL CODE | 39 | INVOICE AMOUNT | 18,090.02 |
|---|---|---|---|---|---|
| TOTAL WEIGHT | 6,98 | | | **EDI SCAN COPY** |

RICH-SEAPAK (......) P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

356031
RICH-SEAPAK ORDER INSERT

# RICH-SEAPAK corporation

| INVOICE NUMBER |
|---|
| 315556 |

Page 1 of 1

**REMIT TO:** RICH-SEAPAK Corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:** WINN DIXIE
3300 NORTHWEST 123RD STREET
MIAMI, FL 33167

**BILL TO:** WINN DIXIE-POMPANO
PO BOX 40026
JACKSONVILLE, FL 32203

| Inv Date | 02/10/05 |
|---|---|
| Sold | 00911611 |
| Bill | 00608438 |
| CPD NATL | 2 / 11 |
| Terms | NET 15 |
| DUE | 02/25/05 |

Shipping Date: 02/09/05
Order Date: 01/31/05

Ship Via/Order Type: BK  DS
Ship: 00911611  A2J
Bill of Lading: 118403-
Purchase Order Number: 616137

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

Broker Memo: *00902698

Shipping Point: 218

| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 37715 | FR MAPLE FRENCH TST STX | 8/16 OZ | TA2J5534-: $2.65 | 84 | CS | 15.52 | 2.65 | 12.87 | 1,081.0 |
| 37603 | FR ONION PETALS | 12/9 OZ | TA2J5511-: $4.00 | 20 | CS | 22.80 | 4.00 | 18.80 | 376.0 |
| 37810 | FR BD JUMBO MOZ CH STICK | 12/2 LB | TA2J5513-: $8.75 | 81 | CS | 51.12 | 8.75 | 42.37 | 3,431.9 |
| 37710 | FR CIN SPRINKLED TST STX | 12/20 OZ | TA2J5509-: $4.00 | 64 | CS | 23.28 | 4.00 | 19.28 | 1,233.9 |
| 37712 | FR FRENCH TOAST STICKS | 12/20 OZ | TA2J5509-: $4.00 | 48 | CS | 23.28 | 4.00 | 19.28 | 925.4 |

| | 355679 |
|---|---|
| | RICH-SEAPAK ORDER NUMBER |

RICH-SEAPAK, (Div. Corp.) P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

| UNITS SHIPPED | TOTAL WEIGHT | TOTAL CUBE | INVOICE AMOUNT |
|---|---|---|---|
| 297 | 5,29 | 41 | 7,048.41 |

**EDI SCAN COPY**

# RICH-SEAPAK corporation

| | INVOICE NUMBER |
|---|---|
| | 317736 |
| | Page 1 of 1 |

**REMIT TO:** RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:** WINN DIXIE GROCERY CO
6080 MOBILE HIGHWAY
MONTGOMERY, AL 36108

**BILL TO:** WINN-DIXIE MONTGOMERY INC
PRODUCE DEPT
P O BOX 40475
JACKSONVILLE, FL 32203-0475

| | | |
|---|---|---|
| Shipping Date | 02/15/05 | |
| Ship | 00607355 | |
| BK | A27 | |

| Order Date | 02/01/05 | Inv Date | 02/15/05 |
|---|---|---|---|
| Sold | 00607355 | Bill | 00902701 |
| PIC | CPD NATL | Terms | B111 |
| AF/SD | 2 / 11 | DUE | 03/02/05 |

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| Broker Memo | | ITEM | DESCRIPTION | Shipping Point bwk PACK | ALLOWANCE | Ship Via/Order Type DS | QUANTITY | UM | PRICE | Bill of Lading m1002997 ALLOW | Purchase Order Number 617464 NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ^00902698 | | 31715 | FR MAPLE FRENCH TST STX | 8/16 OZ | TA2J5534 | | 336 | CS | 15.52 | 2.65 | 12.87 | 4,324.3 |
| | | 31714 | FR BLUEBERRY FT STX | 8/17 OZ | TA2J5509 | | 336 | CS | 15.52 | 2.65 | 12.87 | 4,324.3 |
| | | 31710 | FR CIN SPRINKLED TST STX | 12/20 OZ | TA2J5509 | | 384 | CS | 23.28 | 4.00 | 19.28 | 7,403.5 |
| | | 31712 | FR FRENCH TOAST STICKS | 12/20 OZ | TA2J5509 | | 480 | CS | 23.28 | 4.00 | 19.28 | 9,254.4 |

| 356032 RICH-SEAPAK ORDER NUMBER | | UNITS SHIPPED 1536 TOTAL WEIGHT 23,55 | TOTAL CUBE 2,38 | INVOICE AMOUNT 25,306.56 |
|---|---|---|---|---|

RICH-SEAPAK corporation P.O. BOX 29470, SAINT SIMONS ISLAND, GEORGIA, 31522   **Send with Remittance**

| Date 02/16/05 | BILL OF LADING | | Page 1 of 1 |
|---|---|---|---|

**SHIP FROM**

Name: RICH SEAPAK CORPORATION
Address: 200 GLYNDALE DRIVE
BRUNSWICK, GA 31520
City/State/Zip:

| Bill of Lading Number: 356032 | | |
|---|---|---|
| DB Order Type | M1002997 Load No | 2 Stop No |

**SHIP TO**

Name: WINN DIXIE GROCERY CO
Address: 6080 MOBILE HIGHWAY
MONTGOMERY, AL 36108
City/State/Zip:

Customer No 00507355

Phone No: CFA 334-240-7365

| Start Load Time: | | Pallets In |
| Stop Load Time: | | Pallets Out |

Carrier Name NALC
Trailer Number
Seal Number:

Product Temperature

**THIRD PARTY FREIGHT CHARGES BILL TO** CODREY

Name: RICH SEAPAK CORPORATION
Address: C/O DATA2LOGISTICS
P.O. BOX 61070
City/State/Zip: FT. MYERS, FL 33906
SPECIAL INSTRUCTIONS:

| Nose | Middle | Tail |

Freight Charge Terms: Prepaid
☐ Master Bill of Lading with attached underlying Bills of Lading

Delivery Appointment Date 02/15/05
Time 01:01

**(FROZEN FOODS) Maintain Trailer at the following Degrees of Temperature** -10 F

**ORDER INFORMATION**

| CUSTOMER ORDER NO. | # PKGS | ITEM NO | DESCRIPTION | WEIGHT | CUBE | ADDITIONAL INFO |
|---|---|---|---|---|---|---|
| 617464 | 336 | 37715 | FR MAPLE FRENCH T 8/16 | 3621 | 350 | |
| 617464 | 336 | 37714 | FR BLUEBERRY FT 6 8/17 | 3621 | 350 | |
| 617464 | 384 | 37710 | FR CIN SPRINKLED | 7245 | 335 | |
| 617464 | 150 | 37712 | FR FRENCH TOAST S 12/20 | 9060 | | |

2-16-05

Bobby Clark

COD Amount: $
Fee Terms: Collect ☐    Prepaid ☐
Customer check acceptable ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Rich SeaPak
Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

2/15/05

Trailer Loaded:
☐ By Shipper

Freight Counted:
☐ By Shipper
☐ By Driver/pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

120

**3   DRIVER'S COPY**

# BILL OF LADING

| Date 02/15/05 | | | Page 1 of 1 |
| --- | --- | --- | --- |

**SHIP FROM**

Name: RICH SEAPAK CORPORATION
Address: 200 GLYNDALE DRIVE
BRUNSWICK, GA 31520
City/State/Zip:

Bill of Lading Number: M1062997

| Order Type | Load No | | Stop No |
| --- | --- | --- | --- |

**SHIP TO**

Name: WINN DIXIE GROCERY CO
Address: 6080 MOBILE HIGHWAY
MONTGOMERY, AL 36108
City/State/Zip:

Phone No: CFA 334-240-7365

Customer No  C0607155

| CARRIER NAME: NALC 53592 | |
| --- | --- |
| Trailor Number | |
| Seal Number: 29234 | |
| Start Load Time: 3.0 | Pallets In 2 |
| Stop Load Time: 4:00 | Pallets Out 29 |

Product Temperature

**THIRD PARTY FREIGHT CHARGES BILL TO**

Name: RICH SEAPAK CORPORATION
Address: C/O DATA2LOGISTICS
P.O. BOX 61079
City/State/Zip: FT. MYERS, FL 33906

COPDAY

| Nose 5 | Middle 5 | Tail 5 |
| --- | --- | --- |

Freight Charge Terms,    Prepaid

☒ Master Bill of Lading with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**

The following BOLs are attached:
M55721 356032

Delivery Appointment Date
Time

**(FROZEN FOODS) Maintain Trailer at the following Degrees of Temperature** ≤18° F

**ORDER INFORMATION**

| CUSTOMER ORDER NO | # PKGS | ITEM NO | DESCRIPTION | WEIGHT | CUBE | ADDITIONAL INFO |
| --- | --- | --- | --- | --- | --- | --- |
| 3-732631? | 224 | | LT VALDOSTA | 2133 | 222 | 02/15/05 |
| ROP#: 356721 | | | VALDOSTA, GA 31602 | | | 01-01 |
| 617164 | 1535 | | WINN DIXIE GROCERY CO | 23559 | 2209 | 02/15/05 |
| ROP#: 356032 | | | MONTGOMERY, AL 36108 | | | 01-01 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | 1759 | | | 25959 | 2531 | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____"

| COD Amount: $ | |
| --- | --- |
| Fee Terms:  Collect ☐    Prepaid ☐ | |
| Customer check acceptable ☐ | |

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706 (c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

*Rich SeaPak*

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
| --- | --- | --- | --- |
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are tendered in proper condition for transportation according to the applicable regulations of the DOT | ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required documents. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle, if required. Property described above is received in good order, except as noted. |
| *X _____ C.Y 2/15/05* | | ☐ By Driver/Pieces | _____ / _____ |

## 3   DRIVER'S COPY

# RICH-SEAPAK corporation

**INVOICE NUMBER**

**317757**

Page 1 of 2

**REMIT TO:** RICH-SEAPAK Corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:**
WINN DIXIE GROCERY CO
6080 MOBILE HIGHWAY
MONTGOMERY, AL 36108

**BILL TO:**
WINN-DIXIE MONTGOMERY INC
PRODUCE DEPT
P O BOX 40475
JACKSONVILLE, FL 322030475

| | | |
|---|---|---|
| Inv Date | | 02/15/05 |
| Order Date | | 02/03/05 |
| Shipping Date | | 02/15/05 |
| Sold | | 00607355 |
| Ship | | 00607355 |
| Bill | | 00902701 |
| PLC | | |
| CED NATL | | Terms NET 15 |
| AP/SD | 2 / 11 | DUE 03/02/05 |

Ship Via/Order Type: BK A2J DS

## Please Return Remittance Copy With Payment

(Billing Inquiries 1-800-654-9731 Ext. 3070)

| Broker Memo | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ^00902698 | Shipping Point 218 | | | | | Bill of Lading 118976- | | Purchase Order Number 619859 | |
| ITEM | DESCRIPTION | PACK | ALLOWANCE | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
| 37782 | FR CHEESE BITES-MEXICAN | 12/8.5 OZ | TA2J5538 | 476 | CS | 22.80 | 4.00 | 18.80 | 8,948.8 |
| 37781 | FR CHEESE BITES-ORIGINAL | 12/8.5 OZ | TA2J5538 | 658 | CS | 22.80 | 4.00 | 18.80 | 12,370.4 |
| 37715 | FR MAPLE FRENCH TST STK | 8/16 OZ | TA2J5534 | 24 | CS | 15.52 | 2.65 | 12.87 | 308.8 |
| 32205 | SP OC TEN SH CLAM STRIPS | 12/6 OZ | TA2J5527 | 14 | CS | 24.60 | 4.20 | 20.40 | 285.6 |
| 10900 | SP OC JUMBO BF SHRIMP | 8/9 OZ | TA2J5522 | 16 | CS | 36.32 | 6.00 | 30.32 | 485.1 |
| 10916 | SP OC SHRIMP POPPERS | 12/6 OZ | TA2J5527 | 126 | CS | 18.12 | 2.71 | 15.41 | 1,941.6 |
| 37791 | FR MOZ CHEESE STICKS | 12/10 OZ | TA2J5514 | 140 | CS | 22.80 | 4.00 | 18.80 | 2,632.0 |
| 37810 | FR BD JUMBO MOZ CH STICK | 12/2 LB | TA2J5513 | 45 | CS | 51.12 | 8.75 | 42.37 | 1,906.6 |
| 62307 | FR P/FRY BT MUSHROOMS | 6/2 LB | TA2J5513 | 17 | CS | 27.42 | 4.70 | 22.72 | 386.2 |

357077
RICH-SEAPAK ORDER NUMBER

**\*\*Send with Remittance\*\***



# Millard
Refrigerated Services
200 King Mill.ref.com
McDonough, GA 30253
(770)898-3104
RICH-SEAPAK CORP

**BILL OF LADING**
Page: 1

| BILL OF LADING NO. | SHIPPERS NO. |
|---|---|
| 0354226 | 02/13/2005 |
| Stop: 2 | |

Version
PO# 619859
Sales# 357077

357077

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agree to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Offical, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a motor carrier shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO | (MAIL OR STREET ADDRESS OF CONSIGNEE – FOR PURPOSE OF NOTIFICATION ONLY) |
|---|---|
| WINN DIXIE GROCERY CO | 6080 MOBILE HIGHWAY |

| CITY | STATE | | | | Delivery Date: |
|---|---|---|---|---|---|
| MONTGOMERY | AL  36108 | ( ) - | | | 02/16/2005 |

| CARRIER | CAR INITIALS | | |
|---|---|---|---|
| KLLM DEDICATED | TRAILER 118976 | TRL: 86596 | SEAL NO. 0013666 |

| No. of Pkgs. | Description of Articles Special Marks, & Exceptions | | Net Wgt subject to Correction | Gross Wgt Subject to Correction | Lot No. |
|---|---|---|---|---|---|
| 16 | SP BD BF RETAIL SHRIMP 1# 10740 Lot 235091 | Freezer | 224.00 | 252.96 | 235091 |
| 16 | SP OVEN CRUNCHY JUMBO SHRIMP 10900 Lot 234402 | Freezer | 78.40 | 94.40 | 234402 |
| 126 | SP OC SHRIMP POPPERS 10916 Lot 235483 | Freezer | 632.52 | 758.52 | 235483 |
| 14 | SP OC TEN SH CLAM STRIPS 32205 Lot 235420 | Freezer | 67.06 | 81.06 | 235420 |
| 21 | FR CINN SPRINKLED TOAST STIX 37710 Lot 236126 | Freezer | 375.27 | 396.27 | 236126 |
| 11 | FR CINN SPRINKLED TOAST STIX 37710 Lot 236144 | Freezer | 196.57 | 207.57 | 236144 |
| 24 | FR FRENCH TOAST STICKS 37712 Lot 236145 | Freezer | 429.36 | 453.36 | 236145 |
| 12 | FR BLUEBERRY FT STIX 8/17 OZ 37714 Lot 236150 | Freezer | 94.56 | 105.00 | 236150 |
| 24 | FR MAPLE FRENCH TST STIX 37715 Lot 235180 | Freezer | 192.00 | 258.62 | 235180 |
| 658 | FR CHEESE BITES - ORIGIONAL 37781 Lot 236061 | Freezer | 5099.50 | 5099.50 | 236061 |
| 336 | FR CHEESE BITES- MEXIGAN 37782 Lot 236060 | Freezer | 2602.99 | 2602.99 | 236060 |
| 140 | FR CHEESE BITES- MEXIGAN 37782 Lot 236101 | Freezer | 1084.58 | 1084.58 | 236101 |
| 140 | 2 FR MOZ CHEESE DIPPERS 37791 Lot 236129 | Freezer | 1155.00 | 1295.00 | 236129 |
| 45 | FR JUMBO CHEESE STIX 37810 Lot 235790 | Freezer | 1104.30 | 1149.30 | 235790 |

**ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT**

| 1600 | TOTALS | | 13532.63 | 14802.65 | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here: "To be Prepaid."

IN CASE OF DELAY CARRIER MUST NOTIFY BOTH CONSIGNOR AND CONSIGNEE IMMEDIATELY.

*The Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

This shipment is correctly described: Correct Weight is

| SPECIAL INSTRUCTIONS: | **MAINTAIN TEMPERATURE OF** | Avg -10 | | | |
|---|---|---|---|---|---|
| SEND ALL FREIGHT BILLS TO: | Millard Transportation | | DEGREES F | Fr: 5 Mid: 6 Back: 6 | |
| | (TO BE PREPAID) | | | **5298706** | |

Carrier is liable for count & condition of load.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

SHIPPER

Millard Transportation
4715 South 132nd Street
Omaha NE 68137

Any Discrepancies upon delivery, driver is to call
Millard Transportation Central Claims
Administrator toll free 877-261-8374 at time of delivery.

MILLARD REFRIGERATED SERVICES AS AGENT

PERMANENT POST OFFICE ADDRESS OF SHIPPER

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or

PER _____



## Millard
Refrigerated Services
200 King Street
McDonough, GA 30253
(770)898-3104
RICH-SEAPAK CORP

**BILL OF LADING**

Page: 2

| BILL OF LADING NO. | SHIPPER NO. |
|---|---|
| 0354226 | |
| Stop: 2 | **DATE** 02/15/2005 |

Version-
PO# 619859
Sales# 357077

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO | (MAIL OR STREET ADDRESS OF CONSIGNEE – FOR PURPOSE OF NOTIFICATION ONLY) |
|---|---|
| WINN DIXIE GROCERY CO | 6080 MOBILE HIGHWAY |

| CITY MONTGOMERY | STATE AL 36108 ( ) - | Delivery Date: 02/16/2005 |
|---|---|---|

| CARRIER KLLM DEDICATED | CAR INITIALS |
|---|---|
| | TRAILER 118976    TRL: 86596    SEAL NO. 0015666 |

| No. of Pkgs | Description of Articles, Special Marks & Exceptions | Net Wgt Subject to Correction | Gross Wgt Subject to Correction | Lot No. |
|---|---|---|---|---|
| 17 | PR P/FRY BI MUSHROOMS 62307          Lot 232755 | Freezer | 196.52 | 213.52  252755 |

Instructions:    334-240-7365

| Received Pall | Div | Oth | Standard Pall Wgt: | |
|---|---|---|---|---|
| Shipped Pall | 15 Div | Oth | Chep Pallet Wgt: | 750.00 0.00 |

All weights are in pounds

(Signature of Consignor)

If charges are to be prepaid, write or stamp here. "To be Prepaid".

IN CASE OF DELAY CARRIER MUST NOTIFY BOTH CONSIGNOR AND CONSIGNEE IMMEDIATELY.

"The Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

This shipment is correctly described. Correct Weight is

*Bobby E Clark*

*2-16-05*

**ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT**

| (1600) | TOTALS | | 13532.63 | 14802.65 |
|---|---|---|---|---|

Subject to verification by the Western Weighing and Inspection Bureau in accordance with agreement

| SPECIAL INSTRUCTIONS: | **MAINTAIN TEMPERATURE OF** Avg: -10 | | **DEGREES F** Fr: 5    Mid: 6    Back: 6 |
|---|---|---|---|
| SEND ALL FREIGHT BILLS TO: | Millard Transportation | | (TO BE PREPAID) |

**5298707**

Carrier is liable for count & condition of load.

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

SHIPPER

Millard Transportation
4715 South 132nd Street
Omaha NE 68137

Any Discrepancies upon delivery, driver is to call
Millard Transportation Central Claims
Administrator toll free 877-261-8374 at time of delivery.

MILLARD REFRIGERATED SERVICES AS AGENT

PER    *(signature)*

PERMANENT POST OFFICE ADDRESS OF SHIPPER

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy, or

# RICH-SEAPAK corporation

**INVOICE NUMBER**
317832

Page 1 of 1

**REMIT TO:** RICH-SEAPAK corporation
P.O. BOX 98072
CHICAGO, ILLINOIS 60693

**SHIP TO:** WINN DIXIE GROCERY CO
6080 MOBILE HIGHWAY
MONTGOMERY, AL 36108

**BILL TO:** WINN-DIXIE MONTGOMERY INC
PRODUCE DEPT
P O BOX 40475
JACKSONVILLE, FL 322030475

| | |
|---|---|
| Shipping Date | 02/15/05 |
| Ship | 00607355 |
| BK | A2J |

| | |
|---|---|
| Order Date | 02/08/05 |
| Sold | 00607355 |
| PIC | |
| CPD NATL | 2 / 11 |

| Inv Date | 02/15/05 |
|---|---|
| Bill | 00902701 |
| Terms | NET 15 |
| DUE | 03/02/05 |

## Please Return Remittance Copy With Payment
(Billing Inquiries 1-800-654-9731 Ext. 3070)

| Bill of Lading | Purchase Order Number |
|---|---|
| 118976- | 624588 |

| ITEM | Broker Memo ^00902698 | DESCRIPTION | Shipping Point 218 PACK | ALLOWANCE | Ship Via/Order Type DS | QUANTITY | UM | PRICE | ALLOW | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10900 | SP OC JUMBO BF SHRIMP | | 8/9 OZ | TA2J5522 | | 32 | CS | 36.32 | 6.00 | 30.32 | 970.2 |
| 10916 | SP OC SHRIMP POPPERS | | 12/6 OZ | TA2J5527 | | 602 | CS | 18.12 | 2.71 | 15.41 | 9,276.8 |
| 10904 | SP OC JUMBO FC SHRIMP | | 8/16 OZ | TA2J5522 | | 16 | CS | 36.32 | 6.00 | 30.32 | 485.1 |
| 10236 | SP SHR ENTREES GARL/HERB | | 12/10.5 OZ | TA2J5519 | | 14 | CS | 29.53 | 7.00 | 22.53 | 315.4 |
| 37810 | FR BD JUMBO MOZ CH STICK | | 12/2 LB | TA2J5513 | | 135 | CS | 51.12 | 8.75 | 42.37 | 5,719.9 |
| 62307 | FR B/FRY BT MUSHROOMS | | 6/2 LB | TA2J5513 | | 17 | CS | 27.42 | 4.70 | 22.72 | 386.2 |
| 37710 | FR CIN SPRINKLED TST STX | | 12/20 OZ | TA2J5509 | | 32 | CS | 23.28 | 4.00 | 19.28 | 616.9 |

| UNITS SHIPPED | 848 | TOTAL WEIGHT | 8,25 | TOTAL CUBE | 51 |
|---|---|---|---|---|---|

**INVOICE AMOUNT** 17,770.75
**\*\*Send with Remittance\*\***

RICH-SEAPAK corporation P.O. BOX 20670, SAINT SIMONS ISLAND, GEORGIA, 31522

358597
RICH-SEAPAK ORDER NUMBER



# Millard
Refrigerated Services
200 King Mill Road
McDonough, GA 30253
(770)898-3104
RICH-SEAPAK CORP

**BILL OF LADING**
Page: 1

Version:
PO# 624588
Sales# 358597

| BILL OF LADING NO. | SHIPPERS NO. |
|---|---|
| 0354235 | |
| Stop: 3 | DATE 02/13/2005 |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

The property described below, is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, to sell the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO (MAIL OR STREET ADDRESS OF CONSIGNEE – FOR PURPOSE OF NOTIFICATION ONLY)
WINN DIXIE GROCERY CO        6080 MOBILE HIGHWAY

| CITY | STATE | | Delivery Date: |
|---|---|---|---|
| MONTGOMERY | AL   36108 | ( ) - | 02/16/2005 |

CARRIER
KLLM DEDICATED

TRAILER 118976 — TRL 86596 — SEAL No 0015666

| No. of Pkgs | Description of Articles Special Marks & Exceptions | | *Net Wgt Subject to Correction | Gross Wgt Subject to Correction | Lot No | |
|---|---|---|---|---|---|---|
| 14 | SP SFR ENTREES GARL/HERB 12/10 10236    Lot 234761 | Freezer | 110.16 | 122.36 | 234761 | Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 32 | SP OVEN CRUNCHY JUMBO SHRIMP 10900    Lot 234402 | Freezer | 156.80 | 188.80 | 234402 | |
| 16 | SP OC JUMBO PC SH 8/16 10904    Lot 235771 | Freezer | 128.00 | 156.96 | 235771 | |
| 168 | 2 SP OC SHRIMP POPPERS 10916    Lot 234473 | Freezer | 843.36 | 1011.36 | 234473 | (Signature of Consignor) |
| 30 | 2 SP OC SHRIMP POPPERS 10916    Lot 235483 | Freezer | 150.60 | 180.60 | 235483 | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| 404 | 2 SP OC SHRIMP POPPERS 10916    Lot 236412 | Freezer | 2028.08 | 2432.08 | 236412 | |
| 32 | FR CINN SPRINKLED TOAST STIX 37710    Lot 236144 | Freezer | 571.84 | 603.84 | 236144 | IN CASE OF DELAY CARRIER MUST NOTIFY BOTH CONSIGNOR AND CONSIGNEE IMMEDIATELY. |
| 9 | FR JUMBO CHEESE STIX 37810    Lot 235790 | Freezer | 220.86 | 229.86 | 235790 | |
| 126 | FR JUMBO CHEESE STIX 37810    Lot 236106 | Freezer | 3092.04 | 3218.04 | 236106 | "The Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification." |
| 17 | FR PRFRY BT MUSHROOMS 62307    Lot 232755 | Freezer | 196.52 | 213.52 | 232755 | Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission. |

*Bobbie Clark*
*2-16-05*

The shipment is correctly described:
Correct Weight is

**ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS OF RECEIPT**

| 848 | TOTALS | | 7496.28 | 8807.42 | | |

Subject to verification by Western Weighing and Inspection Bureau in accordance with Agreement.

SPECIAL INSTRUCTIONS: **MAINTAIN TEMPERATURE OF** Avg: -10 **DEGREES** F Fr: 5  Mid: 6  Back: 6
SEND ALL FREIGHT BILLS TO:  Millard Transportation (TO BE PREPAID)

5298708

Carrier is liable for count & condition of load.
* If the shipment moves between two ports by a carrier by water, this law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

SHIPPER

Millard Transportation
4715 South 132nd Street
Omaha NE 68137

Any Discrepancies upon delivery, driver is to call
Millard Transportation Central Claims
Administrator toll free 877-261-8374 at time of delivery.

MILLARD REFRIGERATED SERVICES AS AGENT

PER

PERMANENT POST OFFICE ADDRESS OF SHIPPER

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein and is intended solely for filing or record.