SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :  **Chapter 11**
                                                               :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**                    :  **Case No. 05-11063 (RDD)**
                                                               :
                    Debtors.                                   :  **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, David M. Turetsky, hereby certify that I caused to be served the following documents, by having true and correct copies thereof sent via facsimile (a) on March 9, 2005 to the parties listed in Exhibit A and (b) on March 10, 2005 to the parties listed in Exhibit B:

1. Notice of Continued Hearing on Certain First Day Applications and Motions;

2. Notice of Further Hearing on Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c);

3. Interim Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Superpriority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, (III) Authorizing Debtors to Pay in Full All Claims of Debtors' Pre-Petition Secured Lenders, and (IV) Prescribing Form and Manner of Notice and Time for Final Hearing; and

4. Order (A) Authorizing, on an Interim Basis, Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing, on an Interim Basis, Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery Goods.

Dated: March 11, 2005
       New York, New York

          /s/   *David M. Turetsky*
          David M. Turetsky
          SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP
          Four Times Square
          New York, New York 10036
          Telephone:  (212) 735-2569
          Facsimile:   (917) 777-2569

**<u>EXHIBIT A</u>**

Case 3:05-bk-03817-JAF    Doc 372    Filed 03/11/05    Page 3 of 10

Colorado Boxed Beef Company
James W. Martin
One Securities Centre, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305
Fax: (404) 266-9405

Inteplast Group, Ltd.
Mitchell A. Fried
9 Peach Tree Road.
Livingston, NJ 07039
Fax: (973) 994-8002

Domino Foods, Inc.
Gene B. Tarr
P.O. Box 25008
Winston-Salem, NC 27114
Fax: (336) 293-9030

The Great Fish Company, LLC
James W. Martin
One Securities Centre, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305
Fax: (404) 266-9405

D.L. Lee & Sons, Inc.
Janice B. Grubin
825 Third Avenue
New York, NY 10022
Fax: (212) 687-5703

**EXHIBIT B**

Case 3:05-bk-03817-JAF    Doc 372    Filed 03/11/05    Page 5 of 10

Alberto Culver USA, Inc
James W Varey
2525 Armitage Ave
Melrose Park, IL 60160-1163
Fax: (708) 450-3438

Binney & Smith, Inc
Eugene A Fuscsick
1100 Church Lane
PO Box 431
Easton , PA 18044-0431
Fax: (610) 253-8590

Bristol Meyers Consumer Products
Andrew Cherry
2400 W Lloyd Expressway
Evansville
IN, 47721-0001
Fax: (812) 647-8059

Chiquita Brands International
Douglas R Lipski
250 East Fifth St
Cincinnati, OH 45202
Fax: (513) 564-2778

Conair Corporation
Jatinder Deol
150 Milford Rd
East Windsor, NJ 08520
Fax: (609) 426-9475

Crown Holdings, Inc.
Gary S. Shearer
One Crown Way
Philadelphia , PA 19154
Fax: (215) 698-5201

Empress International Ltd
10 Harbor Park Dr
Port Washington, NY 11050
Fax: (516) 621-8318

Bayer Corporate & Business Services, LLC
Lisa Dolan
1884 Miles Avenue
Elkhart, IN 46514
Fax: (574) 262-6911

Brach's Confections
John A Vogel
P.O. Box 22427
Chattanooga, TN 37422-2427
Fax: (423) 510-7146

Chevron Phillips Chemical Company, LP
Daryl A Vance
10001 Six Pines Dr
The Woodlands, TX 77380
Fax: (832) 813-6060

Church & Dwight Co., Inc
Gerald J Stepien
469 N Harrison St
Princeton, NJ 08543-5297
Fax: (609) 497-7427

Crown Cork and Seal USA, Inc
Gary S Shearer
One Crown Way
Philadelphia, PA 19154-4599
Fax: (215) 698-5201

Dawn Food Products
Wendy D Brewer
Barnes & Thornburg LLP
11 South Meridian St
Indianapolis, IN 46204-3535
317-231-7433

Ferrero USA, Inc
John Gifford
600 Cottontail Lane
Somerset, NJ 08873
Fax: (732) 764-2700

1

Frito-Lay, Inc
Scott Johnson
Fax: (972) 334-7237

Good Humor - Breyers Ice Cream
Craig S Stargardt
Fax: (920) 497-6583

Gustafson's , LLC
Jimmy Parrish
Gronek & Latham LLP
390 North Orange Ave, Suite 600
Orlando, FL 32801
407-481-5801

Insight Pharmaceuticals/Heritage Brands
Irene T Morris
550 Township Line Road, Suite 300
Blue Bell, PA 19422-2726
Fax: (610) 818-0406

Kellogg Company
Michael D Warner
Warner Stevens LLP
1700 City Center Tower II, 301 Commerce Street
Fort Worth, TX 76102
817-810-5255

Kimberly-Clark Corp
Ted C Banker
520 W Summitt Hill Dr
Knoxville, TN 37902
Fax: (920) 225-4388

Lorillard Tobacco Company
Kenneth Cherry
714 Green Valley Rd
Greensboro, NC 27408
Fax: (336) 335-7168

GlaxoSmithKline
Gregory AJ Creighan
PO Box 1467
Pittsburg, PA 15230
Fax: (412) 249-4524

Gorton's Inc
Diane J Amero
128 Rogers St
Glouchester, MA 01930
Fax: (877) 713-1448

Horizon Organic Dairy, Inc
Susanne Willey
6311 Horizon Lane
Longmont, CO 80503
Fax: (303) 530-6934

Jones Dairy Farm
Matthew J. Stickel
Kohner Mann & Kailas
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Fax: (414) 962-8725

Kemps LLC
Steve Carlson
2929 University Ave SE
PO Box 9481
Minneapolis, MN 55440-9481
Fax: (612) 378-8398

Kozy Shack Enterprises, Inc
Suzanne Cruse
83 Ludy St
PO Box 9011
Hicksville, NY 11802-9011
Fax: (516) 870-3001

Luigino's Inc
Thomas W Knuesel
525 Lake Avenue South
PO Box 16630
Duluth, MN 55816
Fax: (218) 723-5580

Maxell Corp of America
Joseph De Feo
22-08 Route 208
Fair Lawn, NJ 07410
Fax: (201) 796-8790

McCormick & Company, Inc
Austin Nooney
211 Schilling Circle
Hunt Valley, MD 21031-1100
Fax: (410) 527-6267

Mid-Gulf Bakery LLC
Chris Demetriou
850 Mid Florida
Orlando, FL 32824
Fax: (407) 851-6535

Morningstar, A Dean's Foods Company
John Hernando
2515 McKenney Avenue, Suite 1200
Dallas, TX 75201
Fax: (214) 303-3841

Mrs Stratton's Salads, Inc
Kelly O Parrish
380 Industrial Lane
PO Box 190187
Birmingham, AL 35219-0187
Fax: (205) 940-9650

Nature's Cure
Gene Baker
5560 Golden Gate Ave
Oakland, CA 94618
Fax: (510) 601-9998

North Coast Processing, Inc (ED Smith USA, Inc)
Mark G Claypool
Knox McLaughlin Gornall & Sennett, PC
120 W Tenth St
Erie, PA 16501-1461
Fax: (814) 453-4530

Maybelline-Garnier
Octavia Fuller
PO Box 8805
Little Rock, AR 72231
Fax: (501) 955-8653

Medtech Products, Inc, a division of Prestige Brands Holdings, Inc
Harris T Semegram
90 North Broadway
Irvington, NY 10533
Fax: (914) 524-6812

Morning Foods/Natural Frozen Divisions, a Kellogg Company
Michael D Warner
Warner Stevens LLP
1700 City Center Tower II, 301 Commerce Street
Fort Worth, TX 76102
Fax: (817) 810-5255

Morningstar, A Dean's Foods Company
Alex D. Madrazo
2515 McKenney Avenue, Suite 1200
Dallas, TX 75201
Fax: (214) 303-3851

Murray Biscuit Division, a Kellogg Company
Michael D Warner
Warner Stevens LLP
1700 City Center Tower II, 301 Commerce Street
Fort Worth, TX 76102
Fax: (817) 810-5255

Newell Rubbermaid Inc
Gary Popp
29 E Stephenson St
Freeport, IL 61032
Fax: (815) 233-8115

On-Cor Frozen Foods, LLC
Bill Shereos
627 Landwehr Rd
Northbrook, IL 60062
Fax: (847) 205-0483

Pacific Coast Producers
Stewart Easton
631 N Cluff Ave
Lodi, CA 95240
Fax: (209) 367-1084

Pepperidge Farm
Maureen Hart
595 Westport Ave
Norwalk, CT 06851-4482
Fax: (856) 317-3131

Perrigo
Dan Cullinan
515 Eastern Ave
Allegan, MI 49010
Fax: (269) 673-1234

Pioneer Paper & Plastics, Inc
Phyllis Faye Phalen
1030 N Ellis Rd
Jacksonville, FL 32254
Fax: (904) 786-4468

RC2 Brands, Inc
Kristin Goedken
Highways 136 & 20
PO Box 500
Dyersville, IA 52040-0500
Fax: (563) 875-5674

Ross Products Division, Abbott Laboratories, Inc
Matthew J. Stickel
Kohner Mann & Kailas
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Fax: (414) 962-8725

St Johns Beverage Company, Inc
Robin H Conner
1221 SE Veitch St
Gainesville, FL 32601
Fax: (904) 829-9510

Paskert Distributing, Inc
Larry M Foyle
Kass, Shuler, Solomon, Spector, Foyle & Singer PA
1505 N Florida Ave
Tampa, FL 33602-2613
Fax: (813)229-3323

Pepsi-Cola Bottling Company, Pepsi-Cola Decatur, LLC
Rodger Shabel
P.O. Box 2389
Decatur, AL 35602
Fax: (256) 306-0905

Pilgrim's Pride Corp
Kim Lawrence
PO Box 93, Dept 24
Pittsburg, TX 75686-0093
Fax: (972) 290-8326

Pro's Choice Beauty Care, Inc
Joseph Gewolb
2060 Ninth Avenue
Ronkonkoma, NY 11779
Fax: (631) 439-2232

Republic Plastics, LTD
James V Hoeffner
Thompson, Coe, Cousins, & Irons, LLP
701 Brazos, Suite 1500, Austin Centre
Austin , TX 78701
Fax: (512) 708-8777

Seneca Foods Corp
Jane E Sloan
3736 S Main St
Marion, NY 14505
Fax: (315) 926-8300

SW (Red) Smith, Inc
Carl A Spatz
Gelb & Spatz
3400 Southwest Third Ave
Miami, FL 33145
Fax: (305) 856-9116

Sysco Food Svcs of Central Alabama
Louis W Diess, III
McCarron & Diess
4900 Massachusetts Ave, NW
Washington, DC 20016
Fax: (202) 364-2731

Willert Home Products, Inc
Jeanne Sumner
4044 Park Ave
St Louis, MO 63110
Fax: (314) 772-3506

Konica Minolta Imaging, Inc..
C/O Fox Rothschild LLP, Attn: Joshua Klein
2000 Market St., 10th Fl.Philadelphia
PA, 19103-3291 215-299-2150

Georgia Crown
C/O Page, Scrantom, Sprouse, Tucker & Ford, P.C., Attn: Lee Champion
1111 Bay Ave, 3rd FloorPost Office Box 1199
Columbus, GA  31902-1199
706-323-7519

Univar USA Inc
John P Canini
6100 Carillon Point
Kirkland, WA 98033-7357
Fax: (425) 889-3671

WOW Dinnerware
Mary Grant, Jeff Wright
PO Box 13750
Scottsdale, AZ 85267-3750
Fax: (480) 860-4118

Wackenhut Corporation, The
C/O Cozen O'Connor, Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103
215-701-2060

1