**Exhibit "1"**

## VICTORY LOCATIONS

| Shopping Center | Address | City | State | Zip | Landlord | Store # |
|---|---|---|---|---|---|---|
| Berryland | 145 W. Pine Street | Ponchatoula | LA | 70454 | Victory Berryland, LLC, (formerly Victory Berryland, LLC and Palm Bay Investors, LLC) | WD #1540 |
| Cedar Hills | 5975 Wilson & 3520- 3794 Blanding Blvd. | Jacksonville | FL | 32210 | Cedar Hills Consolidated, LLC (formerly Cedar Hills Investors & Lake Charles Naval Stores, Inc.) | WD #177 |
| Cherry Street Plaza | 440 West Cherry St. | Jesup | GA | 31545 | Jesup Victory, LLC (formerly Jesup Victory, Inc.) | WD #14 |
| Clay Plaza S. C. | 1339 Blanding Blvd | Orange Park | FL | 32065 | Clay Plaza Investors, LLC | WD #8 |
| Coldwater Plaza | U.S. 78 & SR 109 (4920 US Hwy 78) | Anniston | AL | 36201 | Victory Coldwater Plaza, LLC (formerly Victory Coldwater Plaza, Inc.) | WD #462 |
| Eagle Harbor | 1545 County Road 220 | Orange Park | FL | 32073 | Eagle Harbor Investors, LLC | WD #103 |
| East Gate Plaza | 2014 U.S. Hwy. 45 North | Meridian | MS | 39301 | Eastgate Investors, LLC | WD #472 |
| Gretna Marketplace | 2112 Belle Chasse & Wall Blvd. | Gretna | LA | 70053 | Victory Gretna, LLC | WD #1405 |
| Kenner Marketplace | 4101 Williams Blvd. | Kenner | LA | 70065 | Victory Kenner, LLC | WD #1406 |
| Madison Square | U.S. 90 & Lawson St.(1203-1229 W. Base St.) | Madison | FL | 32340 | Madison Investors, LLC, (formerly Victory Madison, Inc, G. Gardiner Green, Jr. & Charles Reeder) | WD #28 |
| Marketplace of Americus | Crawford St. & Hudson St. | Americus | GA | 31709 | Marketplace of Americus, LLC | WD #545 |
| Marketplace of Moultrie | 103-145 Talmadge Road | Moultrie | GA | 31768 | Moultrie Square New Orleans, LLC, (formerly Moultrie Square New Orleans, LLC & Mississippi Investments, Inc.) | WD #101 |
| New Iberia | 1133 West Main Street | New Iberia | LA | 70560 | New Iberia Investors, LLC | WD #1455 |
| Palisades | Palisades Boulevard | Birmingham | AL | 35209 | Palisades Investors, LLC | WD #421 |
| River Square | 1627 S. Lumpkin Rd. | Columbus | GA | 31903 | Victory River Square, LLC, (formerly Victory River Square, Inc.) | WD #438 |
| Saks Plaza | 2485 Hwy. 431 North | Anniston | AL | 36206 | Victory Saks Plaza, LLC, (formerly Victory Saks Plaza, Inc.) | WD #434 |
| Sweet Onion Plaza | 302 East First St. | Vidalia | GA | 30474 | Victory Vidalia, LLC (formerly Victory Vidalia, Inc.) | WD #55 |
| Three Notch Plaza | SR 100 & East Three Notch St. | Andalusia | AL | 36420 | Victory Three Notch Plaza, LLC, (formerly Victory Three Notch, Inc.) | WD #471 |

G:\victory Real Estate\lit\exhibit 1.doc