UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-11063 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

Thomas R. Slome, hereby certify that on this 11th day of March, 2005, I caused true and correct copies of the Limited Opposition Of Victory Real Estate Investments, LLC To Debtors' Emergency Motion Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, and 364 For Interim And Final Financing Orders (I) Authorizing Debtors To Obtain Post-Petition Financing And Utilize Cash Collateral, (II) Granting Adequate Protection To Pre-Petition Lenders, (III) Modifying The Automatic Stay, And (IV) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and (c) to be served by facsimile and first class mail, postage prepaid, on the attached service list.

/s/ Thomas R. Slome
Thomas R. Slome (TS-0957)

Service List

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Richard C. Morrissey, Esq.
Fax No: 212-510-0500

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: D.J. Baker, Esq.
     Alexandra Margolis, Esq.
Fax No: 917-777-2150

King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Attn: Sarah Robinson Borders, Esq.
Fax No: 404-572-5100

Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Attn:   Jonathan N. Helfat, Esq.
Fax No: 212-682-6104

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Attn: Andrew Tenzer, Esq.
Fax No: 212-848-5252

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
     Matthew S. Barr, Esq.
Fax No: 212-530-5219

G:\victory Real Estate\lit\cos-objection.doc