# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 11th day of March, 2005, a copy of the Limited Objection of Northpoint Trading Inc. to the Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) was filed electronically. A copy was served by facsimile and overnight mail for next business day delivery upon the following:

Richard Morrissey, Esq.
United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Telephone: (212) 510-0500
Facsimile: (212) 668-2255

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-2150
Facsimile: (917) 777-2150

Alexander Margolis, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-2150
Facsimile: (917) 777-7810

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Andrew V. Tenzer, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

and notice of this filing will be sent to all parties listed on the annexed service list by operation of the Court's Electronic Filing system.

s/ Karen Kimmel<br>Karen Kimmel

## SERVICE LIST

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Dale R. Barginer
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802

Matthew Scott Barr
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

John P. Brice
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

Robert J. Brown
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507

W. Steven Bryant
Locke Liddell & Sapp, LLP
600 Travis Street
# 2600
Houston, TX 77002-3095

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Lee Champion
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

Conrad Chiu
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

David N. Crapo
Gibbons, Del Del, Dolan, Griffinger
& Vecchione
One Riverfront Plaza
Newark, NJ 07102-5496

Timothy J. Curtin
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW
Suite 1700
P.O. Box 352
Grand Rapids, MI 49501-0352

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Paul H. Deutch
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Gerard DiConza
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

Carolyn Hochstadter Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Judith Elkin
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Earle I. Erman
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre
Suite 444
Southfield, MI 48034

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Shawn Randall Fox
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

Fox Rothschild, LLP
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

| | | |
|---|---|---|
| Joseph D. Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | J. Nathan Galbreath<br>Patton Boggs LLP<br>2001 Ross Avenue<br>Suite 3000<br>Dallas, TX 75201 | Mark J. Friedman<br>DLA Piper Rudnick<br>Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209 |
| Danielle K. Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Ira S. Greene<br>Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY 10022 | Reginald A. Greene<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 |
| Janice Beth Grubin<br>Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Avenue<br>New York, NY 10022-7519 | Rudi R. Grueneberg<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057 | Marc L. Hamroff<br>Moritt, Hock & Hamroff, LLP<br>400 Garden City Plaza<br>Suite 202<br>Garden City, NY 11530 |
| Edwin W. Held, Jr.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 | Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Neil E. Herman<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Terrance A. Hiller<br>Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 | Robert L. Holladay, Jr.<br>YoungWilliams P.A.<br>210 E. Capitol Street<br>Suite 2000<br>Jackson, MS 39201 | Patrick L. Huffstickler<br>Cox & Smith Incorporated<br>112 E. Pecan Street<br>Suite 1800<br>San Antonio, TX 78205 |
| Ronald Scott Kaniuk<br>Taplin & Associates<br>340 Fifth Avenue<br>Suite 2418<br>New York, NY 10118 | Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 | Alan W. Kornberg<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Stuart A. Krause<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Nina M. Lafleur<br>Stutsman & Thames, P.A.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202 |
| David M. Landis<br>Mateer & Harbert, P.A.<br>225 East Robinson Street<br>Suite 2854<br>Orlando, FL 32802-2854 | Thomas J. Leanse<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | Chris Lenhart<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 |

Sharon L. Levine
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Derek F. Meek
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Stephen M. Miller
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

Brett S. Moore
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

James J. Niemeier
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

Alan Jay Lipkin
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Laurence May
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

Stephan William Milo
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

Andrew L. Morrison
Reed Smith LLP
375 Park Avenue
17th Floor
New York, NY 10152-1799

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

Barbra R. Parlin
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

Geraldine E. Ponto
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

Joseph Lubertazzi, Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Austin L. McMullen
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Carole Neville
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Aaron D. Patton
Murray, Frank & Sailer, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Eric T. Ray
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 2600
P.O. Box 306
Birmingham, AL 35201-0306

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Avrum J. Rosen
Law Office of Avrum J. Rosen
38 New Street
Huntington, NY 11743

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Gregory J. Seketa
40|86 Advisorts Inc.

535 N. College Drive
Carmel, IN 46032

Richard G. Smolev
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Sabrina L. Streusand
Hughes & Luce, LLP
111 Congress Avenue
Suite 900
Austin, TX 78701

Diane G. Reed
Reed and Reed
501 N. College Street
Waxahachie, TX 75165

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas, 31st Floor
New York, NY 10105-0143

Neal M. Rosenbloom
Finkel Goldstein Rosenbloom Nash LLP
26 Broadway
Suite 711
New York, NY 10004

Robert B. Rubin
Burr & Forman LLP
420 Twentieth Street North
Birmingham, AL 35023

Andrew Howard Sherman
Sills Cummis Radin Tischman Epstein & Gross
712 5th Avenue, 20th Floor
New York, NY 10019

Eric J. Snyder
Siller Wilk
675 Third Avenue
9th Floor
New York, NY 10017

Stephen B. Sutton
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108-2612

Jo Christine Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

Adam L. Rosen
Scarcella Rosen & Slome LLP

333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622

David S. Rubin
Kantrow Spaht Weaver & Blitzer
P.O. Box 2997
Baton Rouge, LA 70821

Shelly D. Rucker
Miller & Martin LLP
1000 Volunteer Building
832 Georgia Avenue,
Chattanooga, TN 37402-2289

Thomas R. Slome
Scarcella Rosen & Slome LLP

333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

Rick A. Steinberg
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

Walter E. Swearingen
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022

Diana M. Thimmig
Roetzel & Andress
1375 East Ninth Street
Ninth Floor
One Cleveland Center
Cleveland, OH 44114

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue
Suite 4000
Dallas, TX 75202

David B. Wheeler
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

Scott A. Zuber
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950

Laura L. Torrado
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

Stephen D. Wheelis
Wheelis & Rozanski
2312 S. MacArthur Drive
Alexandria, LA 71301

Winn- Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

Michael D. Warner
Warner, Stevens & Doby, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

William Douglas White
McCarthy & White PLLC
8180 Greensboro Drive
Suite 875
Mc Lean, VA 22102