Frank J. Wright, FW4158
C. Ashley Ellis, AE1342
**HANCE SCARBOROUGH WRIGHT**
 **GINSBERG & BRUSILOW, LLP**
600 Signature Place
14755 Preston Road
Dallas, Texas  75254
Phone:  (972) 788-1600
Fax:     (972) 239-0138

COUNSEL FOR B&F SYSTEM, INC.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 05-11063 (RDD) |
| **WINN-DIXIE STORES, INC., et al.** | : |  |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

Please take notice that Frank J. Wright and the firm of Hance Scarborough Wright Ginsberg & Brusilow, L.L.P. represent The B&F System, Inc. d/b/a Home of Maxam Products ("B&F"), in the above-styled and numbered case.  The undersigned attorney and law firm hereby enter their appearance pursuant to Title 11 U.S.C. §1109(b) and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a), including, without limitation, all proposed Disclosure Statements and Plans of Reorganization.  All such notices should be addressed as follows:

Frank J. Wright
C. Ashley Ellis
Hance Scarborough Wright Ginsberg & Brusilow, LLP
14755 Preston Road, Suite 600
Dallas, Texas 75254
phone: (972) 788-1600
fax: (972) 239-0138
email: fwright@hswgb.com
aellis@hswgb.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, plan of reorganization or disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or fax or otherwise, filed with regard to the above case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to: (1) B&F's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and

recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit B&F to the jurisdiction of the Court.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

DATE: March 11, 2005                    Respectfully submitted,

**HANCE SCARBOROUGH WRIGHT GINSBERG & BRUSILOW, LLP**

By: */s/ Frank J. Wright*
    Frank J. Wright  FW4158
    C. Ashley Ellis, AE1342
600 Signature Place
14755 Preston Road
Dallas, TX  75254
(972) 788-1600
(972) 239-0138 (fax)

**COUNSEL FOR B&F SYSTEM, INC.**

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the above Notice of Appearance and Request for Service of Notices and Papers has been served upon the parties on the below/attached list via United States First-Class Mail, postage prepaid, on this 11th day of March, 2005.

                 _/s/ Frank J. Wright_
                Frank J. Wright

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc. | Richard C. Morrissey | Dennis F. Dunne |
| David J. Baker | **Office of the U.S. Trustee** | Matthew S. Barr |
| Adam Ravin | 33 Whitehall Street, 21st Fl. | Milbank, Tweed, Hadley |
| Skadden Arps Slate Meagher | New York, NY 10004 | & McCloy LLP |
| & Flomm LLP | | 1 Chase Manhattan Plaza |
| Four Times Square | | New York, NY 10005 |
| New York, NY 10036 | | **Attorney for Creditor** |
| **Attorney for Debtors** | | **Committee** |