FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
Telephone:   (312) 276-1400
Facsimile:    (312) 276-0035
Joseph D. Frank (JF-6085)
Micah R. Krohn (MK-7264)

Attorneys for Bottling Group, LLC d/b/a
The Pepsi Bottling Group, PepsiAmericas, Inc.
and 16 other bottlers of Pepsi products

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re:**                                                   :        **Chapter 11**
                                                             :
**WINN-DIXIE STORES, INC.,** *et al.,*                       :        **Case No.  05-11063**
                                                             :        **(Jointly Administered)**
                         **Debtors.**                        :
                                                             :
-------------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **March 11, 2005**, a copy of the foregoing **Limited Objection of the Pepsi Bottlers to Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (i) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (ii) Granting Adequate Protection to Pre-Petition Lenders, (iii) Modifying the Automatic Stay, and (iv) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing system. A copy was also served this day by email, messenger delivery, Federal Express and/or first-class United States mail, postage prepaid, upon the parties on the attached Service List:

{ PBG / 019 / 00001020.DOC /}

## SERVICE LIST

### *In re Winn-Dixie Stores, Inc.*
### Case No. 05-11063

*Via Messenger Delivery*
Honorable Robert Drain
United States Bankruptcy Court
Chambers
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004-1408

Office of the United States Trustee
33 Whitehall Street
21st Street
New York, New York  10004
Attention:  Richard C. Morrissey
richard.morrissey@usdoj.gov

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303
sborders@kslaw.com

David J. Baker
Alexandra Margolis
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York  10036
jbaker@skadden.com

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York  10169
jhelfat@oshr.com

Andrew V. Tenzer
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
atenzer@shearman.com

/s/ Joseph D. Frank
Joseph D. Frank (JF-6085)
FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois  60610
Attorneys for Bottling Group, LLC d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc. and 16 other bottlers of Pepsi products

{ PBG / 019 / 00001020.DOC /}