OTTERBOURG, STEINDLER, HOUSTON
   & ROSEN, P.C.
Attorneys for Wachovia Bank, National Association
230 Park Avenue
New York, New York 10169-0075
Jonathan N. Helfat (JH - 9484)
Daniel F. Fiorillo (DF - 7780)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-11063 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

      **PLEASE TAKE NOTICE**, that the undersigned appear in the captioned case on behalf of Wachovia Bank, National Association, in its capacity as Agent for itself and the other post-petition lenders of certain of the above-referenced Debtors and pursuant to Section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq., and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure demands that all notices given or required to be given, and all papers served, in this case be delivered to and served upon:

          **OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**
          Jonathan N. Helfat, Esq.
          Daniel F. Fiorillo, Esq.
          230 Park Avenue
          New York, New York 10169-0075
          Tel: (212) 661-9100
          Fax: (212) 682-6104
          email:  jhelfat@oshr.com
                  dfiorillo@oshr.com

507019.2

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, and/or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 11, 2005
       New York, New York

                                        **OTTERBOURG, STEINDLER,**
                                        **HOUSTON & ROSEN, P.C.**

                                    By: /s/ Jonathan N. Helfat
                                        Jonathan N. Helfat (JH -9484)
                                        230 Park Avenue
                                        New York, New York 10169-0075
                                        (212) 661-9100
                                        email: jhelfat@oshr.com
                                        Attorneys for Wachovia Bank,
                                         National Association

OTTERBOURG, STEINDLER, HOUSTON
    & ROSEN, P.C.
Attorneys for Wachovia Bank, National Association
230 Park Avenue
New York, New York 10169-0075
Jonathan N. Helfat (JH - 9484)
Daniel F. Fiorillo (DF - 7780)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-10712 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

    **CATHLEEN A. PELLEGRINO**, being duly sworn, deposes and says:

    That I am not a party to this action, am over eighteen (18) years of age and reside in Kings County, New York.

    That on the 11th day of March, 2005, I served the within Notice of Appearance and Request for Service of Papers on behalf of Wachovia Bank, National Association, in its capacity as Agent for itself and the other post-petition lenders of certain of the above-referenced Debtors, upon the parties set forth on Exhibit "A" hereto by placing a true copy of said pleading in a properly sealed envelope with proper first class mail postage thereon, addressed to such persons at the addresses set forth on Exhibit "A" hereto, and then depositing same in an official depository of the United States Postal Service.

/s/ Cathleen A. Pellegrino
Cathleen A. Pellegrino

Sworn to before me this
11th day of March, 2005.

/s/ Ellen M. Allen
Notary Public, State of New York
No. 01AL5057123
Qualified in Suffolk County
Commission Expires March 18, 2006

507019.2

EXHIBIT A

SERVICE LIST

| | |
|---|---|
| Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10014<br>Attention: Richard C. Morrissey, Esq. | Gregory J. Seketa, Esq.<br>535 N. College Drive<br>Carmel, IN 46032 |
| Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE 19899<br>Attention: Kathleen M. Miller, Esq. | Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 306<br>Birmingham, AL 35201-0306<br>Attention: Eric T. Ray, Esq. |
| Ballard, Spahr, Andrews & Ingersoll, LLP<br>1735 Market Street - 51St Floor<br>Philadelphia, PA 19103<br>Attention: David L. Pollack, Esq. | Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022<br>Attention: Richard G. Smolev |
| Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743<br>Attention: Avrum J. Rosen, Esq. | Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375<br>Attention: Reginald A. Greene, Esq. |
| Lowenstein Sandler, PC<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020<br>Attention: Bruce S. Nathan, Esq. | Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610<br>Attention: Joseph D. Frank, Esq. |

507019.2

4

| | |
|---|---|
| Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br>Attention:  Derek F. Meek, Esq.<br>              Robert B. Rubin, Esq. | Richard Whitney Ward, Esq.<br>2527 Fairmount Street<br>Dallas, TX 75024 |
| Young Williams P.A.<br>210 E. Capitol Street<br>Suite 2000<br>Jackson, MS 39201<br>Attention:  Robert L. Holladay, Jr., Esq. | Pitney, Hardin, Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ 07932-0950<br>Attention:  Scott A. Zuber, Esq. |
| Drinker, Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>Attention:  Andrew C. Kassner, Esq. | Roetzel & Andress<br>1375 East Ninth Street<br>Ninth Floor<br>One Cleveland Center<br>Cleveland, OH 44114<br>Attention:  Diana M. Thimmig, Esq. |
| Bradley, Arant, Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Attention:  Danielle K. Greco, Esq. | Miller & Martin LLP<br>1000 Volunteer Building<br>832 Georgia Avenue<br>Chattanooga, TN 37402-2289<br>Attention:  Shelly D. Rucker, Esq. |
| Kantrow, Spaht, Weaver & Blitzer<br>P.O. Box 2997<br>Baton Rouge, LA 70821<br>Attention:  David S. Rubin, Esq. | Erman, Teicher, Miller, Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034<br>Attention:  Earle I. Erman, Esq. |
| McGrath, North, Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite 3700<br>Omaha, NE 68102<br>Attention:  James J. Niemeier, Esq. | Levi, Lubarsky & Feigenbaum, LLP<br>845 Third Avenue<br>21st Floor<br>New York, NY 10022<br>Attention:  Walter E. Swearingen, Esq. |

| | |
|---|---|
| Pitney, Hardin, Kipp & Szuch, LLP<br>685 Third Avenue<br>New York, NY 10017<br>Attention: Conrad Chiu, Esq. | Hughes & Luce, LLP<br>111 Congress Avenue<br>Suite 900<br>Austin, TX 78701<br>Attention: Sabrina L. Streusand, Esq. |
| Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attention: James S. Carr, Esq. | Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY 10022<br>Attention: Ira S. Greene, Esq. |
| Boult, Cummings, Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203<br>Attention: Austin L. McMullen, Esq. | Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200<br>Attention: Henry A. Efroymson, Esq. |
| Hughes, Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004<br>Attention: Jeffrey S. Margolin, Esq. | Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436<br>Attention: Charles J. Filardi, Jr. |
| Page, Scrantom, Sprouse, Tucker & Ford, P.C.<br>1111 Bay Avenue<br>3rd Floor<br>Columbus, GA 31901<br>Attention: Lee Champion, Esq. | Patterson, Belknap, Webb & Tyler, LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Attention: David W. Dykhouse, Esq. |
| Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207<br>Attention: Edwin W. Held, Jr., Esq. | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>260 South Broad Street<br>Philadelphia, PA 19102<br>Attention: Carolyn Hochstadter Dicker, Esq. |

| | |
|---|---|
| Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899<br>Attention:  Robert Dehney, Esq. | Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attention:  Neil E. Herman, Esq. |
| Taplin & Associates<br>340 Fifth Avenue<br>Suite 2418<br>New York, NY 10118<br>Attention:  Ronald Scott Kaniuk, Esq. | Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21St Floor<br>New York, NY 10017<br>Attention:  Paul Traub, Esq. |
| Wyatt, Tarrant & Combs, LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746<br>Attention:  John P. Brice, Esq. | Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022<br>Attention:  Laurence May, Esq.<br>            Rick A. Steinberg |
| Robinson, Brog, Leinwand, Greene, Genovese<br>& Gluck, P.C.<br>1345 Avenue of the Americas<br>31 St Floor<br>New York, NY 10105-0143<br>Attention:  Fred B. Ringel, Esq. | Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498<br>Attention:  Chris Lenhart, Esq. |
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attention:  Larren M. Nashelsky, Esq. | Finkel, Goldstein, Rosenbloom, Nash, LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004<br>Attention:  Neal M. Rosenbloom, Esq. |
| Neiman Ginsburg & Mairanz PC<br>39 Broadway, 25th Floor<br>New York, NY 10006<br>Attention:  Gary Ginsburg, Esq. | Locke, Liddel & Sapp, LLP<br>600 Travis Street<br>#2600<br>Houston, TX 77002-3095<br>Attention:  W. Steven Bryant, Esq. |

| | |
|---|---|
| Cox & Smith Incorporated<br>112 E. Pecan Street<br>Suite 1800<br>San Antonio,TX 78205<br>Attention: Patrick L. Huffstickler, Esq. | Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057<br>Attention: Rudi R. Grueneberg, Esq. |
| Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022-4731<br>Attention: Joseph Thomas Moldovan, Esq. | Arnall, Golden, Gregory, LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031<br>Attention: Darrly S. Laddin, Esq. |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Attention: David J. Baker, Esq. | Katten, Muchin, Zavis, Rosenmann<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012<br>Attention: Thomas J. Leanse, Esq. |
| The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103<br>Attention: Neal D. Colton, Esq.<br>            Cozen O'Connor | McGuire Woods, LLP<br>1345 Avenue of the Americas<br>New York, NY 10128<br>Attention: Shawn Randall Fox, Esq. |
| Scarcella, Rosen & Slome, LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622<br>Attention: Adam L. Rosen, Esq. | Jenkins & Gilchrist Parker Chapin, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Attention: Paul H. Deutch Esq. |
| Curtis, Mallet-Prevost, Colt & Mosle, LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attention: Steven J. Reisman, Esq. | Stutsman & Thames, P.A.<br>121 W. Forsyth Street, Suite 600<br>Jacksonville, FL 32202<br>Attention: Nina M. LaFleur |
| Arnall Golden Gregory LLP<br>201 Second Street, Suite 1000<br>Macon, Georgia 31201<br>Attention: James P. Smith | Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br>Attention: Michael R. Dal Lago, Esq. |

| | |
|---|---|
| Moore G. Van Allen PLLC<br>40 Calhoun Street, Suite 300<br>Post Office Box 22828<br>Charleston, South Carolina 29413-2828<br>Attention: David B. Wheeler, Esq. | Gibbons, Del Deo, Dolan, Griffinger &<br>Vecchione PC<br>One Riverfront Plaza<br>Newark, NJ 07102--5497<br>Attention: David N. Crapo, Esq.<br>Geraldine E. Ponto, Esq. |
| Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attention: Dennis F. Dunne, Esq.<br>Matthew S. Barr, Esq. | Marc L. Hamroff, Esq.<br>400 Garden City Plaza<br>Garden City, New York 11530 |
| Manier & Herod<br>150 Fourth Avenue North, Suite 2200<br>Nashville, Tennessee 37219-2494<br>Attention: J. Michael Franks, Esq.<br>Thomas T. Pennington, Esq.<br>Michael E. Collins, Esq. | DLA Piper Rudnick Gray Cary LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209-3600<br>Attention: Mark J. Friedman, Esq.<br>Susan S. Maher, Esq. |
| DLA Piper Rudnick Gray Cary LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>Attention: Janice L. Duban, Esq. | DLA Piper Rudnick Gray Cary LLP<br>1775 Wiehle Avenue, Suite 400<br>Reston, Virginia 20190<br>Attention: Daniel J. Carrigan, Esq. |
| Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, Delaware 19899<br>Attention: Stephen M. Miller, Esq. | Begnaud & Marshall LLP<br>250 N. Milledge Avenue<br>P.O. Box 8085<br>Athens, Georgia 30603<br>Attention: Darrel Begnaud, Esq. |
| Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway, Suite 950<br>Southfield, Michigan 48075<br>Attention: Paul S. Magy, Esq.<br>Terrance A. Hiller, Jr., Esq.<br>Matthew E. Thompson, Esq. | Murray, Frank & Sailer LLP<br>275 Madison Avenue, 8th Floor<br>New York, New York 10016<br>Attention: Jacqueline Sailer, Esq.<br>Aaron D. Patton, Esq. |
| Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Avenue<br>New York, New York 10022-7519<br>Attention: Janice G. Grubin, Esq.<br>Gary R. von Stange, Esq. | Macey, Wilensky, Cohen, Wittner & Kessler,<br>LLP<br>600 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, Georgia 30303-1229<br>Attention: Louis G. McBryan, Esq. |

507019.2

9

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Attention:  Alan W. Kornberg, Esq. | OCM Opportunities Fund V, LP<br>c/o Oaktree Capital Management, LLC<br>333 South Grand Avenue, 28th Floor<br>Los Angeles, California 90071<br>Attention:  Alan S. Adler, Esq. |
| Bear Stearns Investment Products Inc.<br>383 Madison Avenue<br>New York, New York 10179<br>Attention: Noah Charney, Esq. | |

507019.2