Frank J. Wright, FW4158
C. Ashley Ellis, AE1342
**HANCE SCARBOROUGH WRIGHT**
 **GINSBERG & BRUSILOW, LLP**
600 Signature Place
14755 Preston Road
Dallas, Texas 75254
Phone: (972) 788-1600
Fax:     (972) 239-0138

COUNSEL FOR B&F SYSTEM, INC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 05-11063 (RDD) |
| **WINN-DIXIE STORES, INC., et al.** | : |  |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |

## MOTION FOR ADMISSION OF FRANK J. WRIGHT PRO HAC VICE

TO THE HONORABLE ROBERT D. DRAIN:

COMES NOW, Frank J. Wright and files this Motion for Admission Pro Hac Vice on behalf of Frank J. Wright ("Applicant") and would respectfully show the Court as follows:

1.      Applicant is an attorney with the law firm of Hance Scarborough Wright Ginsberg & Brusilow, LLP, 600 Signature Place, 14775 Preston Road, Dallas, Texas 75254, (972) 788-1600. Hance Scarborough Wright Ginsberg & Brusilow has been engaged to serve as counsel for The B&F System, Inc. d/b/a Home of Maxam Products ("B&F"), a creditor in the above-referenced bankruptcy proceedings.

2. Applicant was licensed to practice law by the Supreme Court of Texas in 1981. Applicant is admitted to practice in the Northern, Eastern and Western Federal Districts of Texas. Applicant is currently in good standing in all courts in which he is admitted with no disciplinary or grievance proceedings filed or pending. Applicant agrees to pay the $25.00 fee upon entry of an order admitting Applicant to practice *pro hac vice*.

WHEREFORE PREMISES CONSIDERED, Frank J. Wright prays that this Court enter an Order granting this Application and admitting Frank J. Wright to practice *pro hac vice* as counsel for B&F in the above-referenced bankruptcy proceedings and for such other and further relief as is just and proper.

Respectfully submitted,

**HANCE SCARBOROUGH WRIGHT GINSBERG & BRUSILOW, LLP**

By: */s/ Frank J. Wright*
     Frank J. Wright, FW 4158
     C. Ashley Ellis, AE1342
     Texas Bar No. 00794824

600 Signature Place
14775 Preston Road
Dallas, TX  75254
(972) 788-1600
(972) 239-0138 (fax)

**ATTORNEYS FOR THE B&F SYSTEM, INC.**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above Motion for Admission of Frank J. Wright Pro Hac Vice has been served upon the parties on the below/attached list via United States First-Class Mail, postage prepaid, on this 11th day of March, 2005.

                                                          */s/ Frank J. Wright*
                                                          Frank J. Wright

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc. | Richard C. Morrissey | Dennis F. Dunne |
| David J. Baker | **Office of the U.S. Trustee** | Matthew S. Barr |
| Adam Ravin | 33 Whitehall Street, 21st Fl. | Milbank, Tweed, Hadley |
| Skadden Arps Slate Meagher | New York, NY 10004 |  & McCloy LLP |
| & Flomm LLP | | 1 Chase Manhattan Plaza |
| Four Times Square | | New York, NY 10005 |
| New York, NY  10036 | | **Attorney for Creditor** |
| **Attorney for Debtors** | | **Committee** |