Frank J. Wright, FW4158
C. Ashley Ellis, AE1342
**HANCE SCARBOROUGH WRIGHT**
 **GINSBERG & BRUSILOW, LLP**
600 Signature Place
14755 Preston Road
Dallas, Texas 75254
Phone: (972) 788-1600
Fax:    (972) 239-0138

COUNSEL FOR B&F SYSTEM, INC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 05-11063 (RDD) |
| **WINN-DIXIE STORES, INC., et al.** | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

## CERTIFIED STATEMENT OF FRANK J. WRIGHT

I, Frank J. Wright, certify under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. My name is Frank J. Wright and I am an attorney duly licensed by, and in good standing, with the State of Texas. I was licensed by the State of Texas in 1981.

2. I am a member of the law firm of Hance Scarborough Wright Ginsberg & Brusilow, LLP, which is located at 600 Signature Place, 14755 Preston Road, Dallas, Texas 75254, (972) 788-1600.

3. I wish to appear as counsel *pro hac vice* on behalf of The B&F System, Inc. in this matter.

4.  To my knowledge, there are no disciplinary actions or investigations of my conduct pending in the State of Texas or elsewhere.

5.  I agree to be subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York in any matter arising out of my conduct in this proceeding.


DATED:   March 11, 2005         /s/ Frank J. Wright
                                Frank J. Wright