Carolyn Hochstadter Dicker (CD-3987)
Morton R. Branzburg
Carol Ann Slocum
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA  19102
(215) 568-6060 (Telephone)
(215) 568-6603 (Facsimile)
Attorneys for Hershey Foods Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Carol Ann Slocum, a member in good standing of the bars of the State of New Jersey and the Commonwealth of Pennsylvania and admitted to practice before the United States District Court for the District of New Jersey and the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent Hershey Foods Corporation, a creditor and party-in-interest in the above-captioned Chapter 11 cases.

My contact information is as follows:

> Carol Ann Slocum, Esquire
> Klehr, Harrison, Harvey,
>  Branzburg & Ellers, LLP
> 457 Haddonfield Road, Suite 510
> Cherry Hill, NJ  08002
> Telephone:  (856) 486-6961
> Facsimile:  (856) 486-4875
> E-Mail:  cslocum@klehr.com

CHYH1 47472-1

Upon filing of this motion, I have simultaneously paid the $25 fee required by the Court rules.

Dated:  March 11, 2005                             /s/ Carol Ann Slocum
                                                                    Carol Ann Slocum
                                                                    Counsel for Hershey Foods Corporation

CHYH1 47472-1