Carolyn Hochstadter Dicker (CD-3987)
Morton R. Branzburg
Carol Ann Slocum
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA  19102
(215) 568-6060 (Telephone)
(215) 568-6603 (Facsimile)
Attorneys for Hershey Foods Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |

_____:

## ORDER OF ADMISSION TO PRACTICE PRO HAC VICE

**ORDERED**, that Carol Ann Slocum, is admitted to practice, pro hac vice, in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York.

Dated: _____

_____
Robert D. Drain,
United States Bankruptcy Judge

CHYH1 47541-1