Hearing Date and Time: March 15, 2005 at 10:00 a.m.
Objection Deadline: March 11, 2005 at 4:00 p.m.

KATTEN MUCHIN ZAVIS ROSENMAN
Thomas J. Leanse (TL-8802)
Dustin P. Branch (DB-3553)
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

-and-

Merritt A. Pardini (MP-3437)
575 Madison Ave
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

Attorneys for The Prudential Insurance Company of America

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
WINN-DIXIE STORES, INC., et al.,                        :   Case No. 05-11063 (RDD)
                                                        :
            Debtors.                                    :   (Jointly Administered)
                                                        :
------------------------------------------------------- x

**PROOF OF SERVICE FOR LIMITED OBJECTION OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO MOTION OF THE DEBTORS FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364(C) AND 364(D) OF THE BANKRUPTCY CODE AND RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A SUPERPRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (III) AUTHORIZING THE REPAYMENT IN FULL OF ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED LENDERS**

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Zavis Rosenman, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012. On March 11, 2005, I served the within document:

**LIMITED OBJECTION OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO MOTION OF THE DEBTORS FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364(C) AND 364(D) OF THE BANKRUPTCY CODE AND RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A SUPERPRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (III) AUTHORIZING THE REPAYMENT IN FULL OF ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED LENDERS**

| | |
|---|---|
| X | **FACSIMILE:** I sent such document from facsimile machine 310.788.4471 on March 11, 2005. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt. |
| | **MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below. |
| | **PERSONAL:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| | **FEDEX:** by placing the document listed above in a sealed FEDEX envelope and affixing a pre-paid air bill and causing the envelope to be delivered to a FEDEX agent for delivery to the person(s) at the address(es) set forth below. |

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on March 11, 2005, at Los Angeles, California.

_____
Julie Ford

## SERVICE LIST

OFFICE OF THE UNITED STATES TRUSTEE
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Fax No. (212) 668-2256

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Attention:    D.J. Baker
              Alexandra Margolis
Fax No. (917) 777-2150

KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Attention: Sarah Robinson Borders
Fax No. (404) 572-5100

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169
Attention: Jonathan N. Helfat, Esq.
Fax No. (212) 682-6104

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069
Attention: Andrew Tenzer, Esq.
Fax No. (212) 848-7179



2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 office   310.788.4471 fax

# Facsimile

| To | Company | Fax Number | Phone Number |
|---|---|---|---|
|  | U.S. TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | 212-668-2256 | 212-510-0500 |
| D.J. Baker<br>Alexandra Margolis | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 917-777-2150 | 212-735-3000 |
| Sarah Robinson Borders | KING & SPALDING LLP | 404-572-5100 | 404-572-4600 |
| Jonathan N. Helfat | OTTERBOURG, STEINDLER, HOUSTON & ROSEN. P.C. | 212-682-6104 | 212-661-9100 |
| Andrew Tenzer | SHEARMAN & STERLING LLP | 212-848-7179 | 212-848-7799 |

| Date | Client/Matter Number |
|---|---|
| March 11, 2005 | 204404-95 |

| From | Attorney Number |
|---|---|
| Julie Ford<br>on behalf of Dustin Branch<br>Katten Muchin Zavis Rosenman | 30891 |

| Phone | Fax |
|---|---|
| 310.788.4611 |  |

**Total number of pages, including cover letter:**
*If you do not receive all of the pages, please call: 310.788.4400*

---

**For Messenger Department Use Only**

*Your fax has been sent. Attached is your original.*

Date                    Time

Signature

**Important**

*This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.*

*If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.*

# Confirmation Report - Memory Send

```
                              Page       : 001
                              Date & Time: Mar-11-05  12:44pm
                              Line 1     : 3107884471
                              Line 2     : 3107884471
                              Machine ID : KMZR
```

| | | |
|---|---|---|
| Job number | : | 891 |
| Date | : | Mar-11 12:34pm |
| To | : | ☎912126682256 |
| Number of pages | : | 018 |
| Start time | : | Mar-11 12:34pm |
| End time | : | Mar-11 12:44pm |
| Pages sent | : | 018 |
| Status | : | OK |
| Job number | : 891 | *** SEND SUCCESSFUL *** |

**KMZ Rosenman**
KATTEN MUCHIN ZAVIS ROSENMAN

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 office  310.788.4471 fax

## Facsimile

| To | Company | Fax Number | Phone Number |
|---|---|---|---|
| | U.S. TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | 212-668-2256 | 212-510-0500 |
| D.J. Baker, Alexandra Margolis | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 917-777-2150 | 212-735-3000 |
| Sarah Robinson Borders | KING & SPALDING LLP | 404-572-5100 | 404-572-4600 |
| Jonathan N. Helfat | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | 212-682-6104 | 212-661-9100 |
| Andrew Tenzer | SHEARMAN & STERLING LLP | 212-848-7179 | 212-848-7799 |

| Date | Client/Matter Number |
|---|---|
| March 11, 2005 | 204404-95 |

| From | Attorney Number |
|---|---|
| Julie Ford on behalf of Dustin Branch Katten Muchin Zavis Rosenman | 30891 |

| Phone | Fax |
|---|---|
| 310.788.4611 | |

Total number of pages, including cover letter:
If you do not receive all of the pages, please call: 310.788.4400

**For Messenger Department Use Only**
Your fax has been sent. Attached is your original.

Date _____ Time _____
Signature _____

**Important**
This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.
If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.

Chicago   New York   Los Angeles   Washington, DC   Charlotte   Palo Alto   Newark   www.kmzr.com
A Law Partnership Including Professional Corporations

# Confirmation Report – Memory Send

Page           : 001
Date & Time: Mar-11-05   12:42pm
Line 1         : 3107884723
Line 2         : 3107884723
Machine ID : KMZRosenman

| | | |
|---|---|---|
| Job number | : | 002 |
| Date | : | Mar-11 12:37pm |
| To | : | ☎919177772150 |
| Number of pages | : | 018 |
| Start time | : | Mar-11 12:37pm |
| End time | : | Mar-11 12:42pm |
| Pages sent | : | 018 |
| Status | : | OK |
| Job number | : 002 | *** SEND SUCCESSFUL *** |

**KMZ Rosenman**
KATTEN MUCHIN ZAVIS ROSENMAN

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 office   310.788.4471 fax

## Facsimile

| To | Company | Fax Number | Phone Number |
|---|---|---|---|
| | U.S. TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | 212-668-2256 | 212-510-0500 |
| D.J. Baker<br>Alexandra Margolis | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 917-777-2150 | 212-735-3000 |
| Sarah Robinson Borders | KING & SPALDING LLP | 404-572-5100 | 404-572-4600 |
| Jonathan N. Helfat | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | 212-682-6104 | 212-661-9100 |
| Andrew Tenzer | SHEARMAN & STERLING LLP | 212-848-7179 | 212-848-7799 |

| Date | Client/Matter Number |
|---|---|
| March 11, 2005 | 204404-95 |
| From | Attorney Number |
| Julie Ford<br>on behalf of Dustin Branch<br>Katten Muchin Zavis Rosenman | 30891 |
| Phone | Fax |
| 310.788.4611 | |

Total number of pages, including cover letter:
If you do not receive all of the pages, please call: 310.788.4400

**For Messenger Department Use Only**
Your fax has been sent. Attached is your original.

Date              Time

Signature

**Important**
This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.

If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.

Chicago    New York    Los Angeles    Washington, DC    Charlotte    Palo Alto    Newark    www.kmzr.com
A Law Partnership Including Professional Corporations

## Confirmation Report – Memory Send

```
Page       : 001
Date & Time: 03-11-05   12:49pm
Line 1     : +3107884471
Line 2     : +3107884471
Machine ID : KMZRosenman
```

| | |
|---|---|
| Job number | : 666 |
| Date | : 03-11  12:45pm |
| To | : ☎914045725100 |
| Number of pages | : 018 |
| Start time | : 03-11  12:45pm |
| End time | : 03-11  12:49pm |
| Pages sent | : 018 |
| Status | : OK |
| Job number  : 666 | *** SEND SUCCESSFUL *** |

**KMZ Rosenman**
KATTEN MUCHIN ZAVIS ROSENMAN
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 office   310.788.4471 fax

## Facsimile

| To | Company | Fax Number | Phone Number |
|---|---|---|---|
| | U.S. TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | 212-668-2256 | 212-510-0500 |
| D.J. Baker / Alexandra Margolis | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 917-777-2150 | 212-735-3000 |
| Sarah Robinson Borders | KING & SPALDING LLP | 404-572-5100 | 404-572-4600 |
| Jonathan N. Helfat | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | 212-682-6104 | 212-661-9100 |
| Andrew Tenzer | SHEARMAN & STERLING LLP | 212-848-7179 | 212-848-7799 |

| Date | Client/Matter Number |
|---|---|
| March 11, 2005 | 204404-95 |
| **From** | **Attorney Number** |
| Julie Ford on behalf of Dustin Branch Katten Muchin Zavis Rosenman | 30891 |
| **Phone** | **Fax** |
| 310.788.4611 | |

Total number of pages, including cover letter:
If you do not receive all of the pages, please call: 310.788.4400

**For Messenger Department Use Only**
Your fax has been sent. Attached is your original.

Date _____  Time _____
Signature _____

**Important**
This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.
If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.

Chicago    New York    Los Angeles    Washington, DC    Charlotte    Palo Alto    Newark    www.kmzr.com
A Law Partnership including Professional Corporations

## Confirmation Report – Memory Send

```
Page       : 001
Date & Time: Mar-11-05  12:41pm
Line 1     : +3107884471
Line 2     : +3107884471
Machine ID : KMZRosenman
```

| | | |
|---|---|---|
| Job number | : | 834 |
| Date | : | Mar-11 12:39pm |
| To | : | ☎912126826104 |
| Number of pages | : | 018 |
| Start time | : | Mar-11 12:39pm |
| End time | : | Mar-11 12:41pm |
| Pages sent | : | 018 |
| Status | : | OK |
| Job number | : 834 | \*\*\* SEND SUCCESSFUL \*\*\* |

**KMZ Rosenman**
KATTEN MUCHIN ZAVIS ROSENMAN
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 office   310.788.4471 fax

### Facsimile

| To | Company | Fax Number | Phone Number |
|---|---|---|---|
| | U.S. TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | 212-668-2256 | 212-510-0500 |
| D.J. Baker<br>Alexandra Margolis | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 917-777-2150 | 212-735-3000 |
| Sarah Robinson Borders | KING & SPALDING LLP | 404-572-5100 | 404-572-4600 |
| Jonathan N. Helfat | OTTERBOURG, STEINDLER, HOUSTON & ROSEN. P.C. | 212-682-6104 | 212-661-9100 |
| Andrew Tenzer | SHEARMAN & STERLING LLP | 212-848-7179 | 212-848-7799 |

**Date**
March 11, 2005

**Client/Matter Number**
204404-95

**From**
Julie Ford
on behalf of Dustin Branch
Katten Muchin Zavis Rosenman

**Attorney Number**
30891

**Phone**
310.788.4611

**Fax**

Total number of pages, including cover letter:
If you do not receive all of the pages, please call: 310.788.4400

**For Messenger Department Use Only**
Your fax has been sent. Attached is your original.

Date _____  Time _____

Signature _____

**Important**
This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.
If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.

Chicago    New York    Los Angeles    Washington, DC    Charlotte    Palo Alto    Newark    www.kmzr.com
A Law Partnership Including Professional Corporations

```
Confirmation Report - Memory Send

                              Page        : 001
                              Date & Time : Mar-11-05  12:51pm
                              Line 1      : 3107884723
                              Line 2      : 3107884723
                              Machine ID  : KMZRosenman

Job number       : 004
Date             : Mar-11 12:46pm
To               : ☎912128487179
Number of pages  : 018
Start time       : Mar-11 12:46pm
End time         : Mar-11 12:51pm
Pages sent       : 018
Status           : OK

Job number  : 004            *** SEND SUCCESSFUL ***
```

**KMZ Rosenman**
KATTEN MUCHIN ZAVIS ROSENMAN

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 office  310.788.4471 fax

## Facsimile

| To | Company | Fax Number | Phone Number |
|---|---|---|---|
|  | U.S. TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | 212-668-2256 | 212-510-0500 |
| D.J. Baker<br>Alexandra Margolis | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 917-777-2150 | 212-735-3000 |
| Sarah Robinson Borders | KING & SPALDING LLP | 404-572-5100 | 404-572-4600 |
| Jonathan N. Helfat | OTTERBOURG, STEINDLER, HOUSTON & ROSEN. P.C. | 212-682-6104 | 212-661-9100 |
| Andrew Tenzer | SHEARMAN & STERLING LLP | 212-848-7179 | 212-848-7799 |

**Date**
March 11, 2005

**Client/Matter Number**
204404-95

**From**
Julie Ford
on behalf of Dustin Branch
Katten Muchin Zavis Rosenman

**Attorney Number**
30891

**Phone**
310.788.4611

**Fax**

*Total number of pages, including cover letter:*
*If you do not receive all of the pages, please call: 310.788.4400*

---

**For Messenger Department Use Only**
Your fax has been sent. Attached is your original.

Date _____  Time _____
Signature _____

**Important**
This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.
If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.

Chicago    New York    Los Angeles    Washington, DC    Charlotte    Palo Alto    Newark    www.kmzr.com
A Law Partnership including Professional Corporations