**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)
Rocco Cavaliere (RC 8686)

    - and -

1201 Market Street
Wilmington, DE 19801
(302) 425-6400
Jason W. Staib

Counsel for Pilgrim's Pride Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| -------------------------------------------------------------x | |
| In re | :    **Chapter 11** |
| | : |
| **WINN-DIXIE STORE, INC.,** <u>et</u> <u>al.</u>, | :    **Case No. 05-11063 (RDD)** |
| | : |
| Debtors. | :    **(Jointly Administered)** |
| | : |
| -------------------------------------------------------------x | |

**CERTIFICATE OF SERVICE**

I, Andrea Chouprouta, hereby certify that on March 11, 2005 I caused to be served via First Class Mail and e-mail a copy of The Limited Objection Of Pilgrim's Pride Corporation And Joinder In The Objection Of Certain Trade Vendors And Joinder In Oppositions And Objections Of Certain Other Vendors And PACA Claimants To Emergency Motion Pursuant To 11 U.S.C. §§ 105, 361, 363, 363 And 364 For Interim And Final Financing Orders (i) Authorizing Debtors To Obtain Post-Petition Financing And Utilize Cash Collateral, (ii) Granting Adequate Protection To Pre-Petition Lenders, (iii) Modifying The

118478.01600/6390438v1

Automatic Stay, And (Iv) Scheduling A Final Hearing Pursuant To Bankruptcy Rules

4001(B) And (C) upon the following parties listed below.

David J. Baker, Esq.
Sally McDonald Henry, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
jbaker@skadden.com
shenry@skadden.com
tmatz@skadden.com

Sarah Robins Borders, Esq.
Brian C. Walsh, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
sborders@kslaw.com

Office of the US Trustee
33 Whitehall Street
New York, NY 10004
Richard Morrissey, Esq.
richard.Morrissey@usdoj.gov

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com

Jonathan N. Helfat, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
jhelfat@oshr.com

Andrew Tenzer, Esq.
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022
atenzer@shearman.com

                                         */s/ Andrea Chouprouta*
                                         Andrea Chouprouta