**Hearing Date and Time: March 15, 2005 at 10:00 a.m.**
**Objection Deadline: March 11, 2005 at 4:00 p.m.**

KATTEN MUCHIN ZAVIS ROSENMAN
Thomas J. Leanse (TL-8802)
Dustin P. Branch (DB-3553)
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

-and-

Merritt A. Pardini (MP-3437)
575 Madison Ave
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

Attorneys for The Prudential Insurance Company of America

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-11063 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**JOINDER TO LANDLORD OBJECTIONS TO MOTION OF THE DEBTORS FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364(C) AND 364(D) OF THE BANKRUPTCY CODE AND RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A SUPERPRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (III) AUTHORIZING THE REPAYMENT IN FULL OF ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED LENDERS**

The Prudential Insurance Company of America, specifically on behalf of those shopping centers known as St. John Common, Jacksonville, FL and Park View Square, Miramar, FL ("Prudential"), hereby files this Joinder To Various Landlord Objections to the Motion Of The Debtors For A Final Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364(c) and 364(d) Of

The Bankruptcy Code And Rules 4001 And 9014 Of The Federal Rules Of Bankruptcy Procedure (I) Authorizing Debtors To Obtain Secured Post-Petition Financing On A Superpriority Priming Lien Basis And Modifying The Automatic Stay, (II) Authorizing Debtors To Use Pre-Petition Secured Lenders' Cash Collateral And Granting Adequate Protection, And (III) Authorizing The Repayment In Full Of All Claims Of Debtors' Pre-Petition Secured Lenders (the "Joinder"), and respectfully represent as follows:

## I. INTRODUCTION

Counsel for Prudential previous filed a limited objection to the Debtors' request for post-petition financing for Prudential with respect to the Lake City Shopping Center located in Lake City, Florida. Subsequent to filing that limited objection, counsel was advised that a separate portfolio within Prudential had become aware that it had two of the Debtors' stores in its portfolio. Because the limited objection on behalf of the Lake City location had already been filed, counsel files this separate Joinder on behalf of the locations set forth below.

## II. BACKGROUND FACTS

1. Winn-Dixie Stores, Inc. and certain affiliated parties (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code on February 21, 2005. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2. Prudential is the owner or managing agent of the following two (2) shopping centers wherein Debtors remain tenants pursuant to unexpired leases of nonresidential real property ("Leases").

| **The Prudential Insurance Company of America** | |
|---|---|
| St. John Commons | Jacksonville, FL |
| Park View Square | Miramar, FL |

3. The Leases are "leases of real property in a shopping center" as that term is used in 11 U.S.C. § 365(b)(3). See In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086-1087 (3rd Cir. 1990).

4. Debtors' proposal to grant a lien on the Leases violates the protections granted to landlords under the Bankruptcy Code, and exposes Prudential to unnecessary risks to the integrity of its shopping center environment, its ability to market its property, and to comply with its own financing and investment covenants.

## III. JOINDER

7. Prudential hereby files this Joinder to the objections raised and more fully set forth by the Objecting Landlords in Docket Nos. 366, 368, 380, and in addition to the foregoing, and to the extent not inconsistent therewith, the Prudential also joins in the objection(s) of other real property lessors to the relief proposed by the Financing Motion.

Dated: March 11, 2005

**KATTEN MUCHIN ZAVIS ROSENMAN**
Attorneys for Prudential Insurance Company of America

By:___/s/ Dustin P. Branch_____________

Thomas J. Leanse (TL-8802)
Dustin P. Branch (DB-3553)
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Phone: (310) 788-4400
FAX: (310) 788-4471

Merritt A. Pardini (MP-3437)
575 Madison Ave
New York, New York 10022
Phone: (212) 940-8800
FAX: (212) 940-8776