**REED SMITH LLP**
*A Limited Liability Partnership formed in the State of Delaware*
Elena P. Lazarou, Esq. (EL-5681)
599 Lexington Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

-and-

Kurt F. Gwynne, Esq. (DE No. 3951)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7577

Counsel for Del Monte Corporation and H.J. Heinz Company, L.P.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
**In re:**                                                   :
                                                             :  Case No. 05-11063 (RDD)
**WINN-DIXIE STORES, INC., et al.,**                         :  (Jointly Administered)
                                                             :
            **Debtors.**                                     :  Re: Docket Nos. 376 and 379
                                                             :
-----------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Elena P. Lazarou, Esquire, certify that on this 11th day or March 2005, I caused a true and correct copy of the

1.   **LIMITED OBJECTION OF DEL MONTE CORPORATION t/a DEL MONTE FOODS TO DEBTORS' EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 FOR INTERIM AND FINAL FINANCING ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING AND UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND (c); and**

2. **LIMITED OBJECTION OF H.J. HEINZ COMPANY, L.P. TO DEBTORS' EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 FOR INTERIM AND FINAL FINANCING ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING AND UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND (c)**

to be served in the manner indicated upon the parties on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 11, 2005

Dated: March 14, 2005    REED SMITH LLP
      New York, New York

                         By: /s/ Elena P. Lazarou
                             Elena P. Lazarou, Esq. (EL-5681)
                             599 Lexington Avenue, 27th Floor
                             New York, New York 10022
                             Telephone: (212) 521-5400
                             Facsimile: (212) 521-5450
                             E-mail: elazarou@reedsmith.com

## SERVICE LIST

### VIA FACSIMILE

Richard Morrissey, Esquire
United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10005
Facsimile: (212) 668-2255

D.J. Baker, Esquire
Alexandra Margolis, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Facsimile: (917) 777-2150

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Facsimile: (404) 572-5100

Jonathan N. Helfat, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Facsimile: (212) 682-6104

Andrew Tenzer, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10033-6069
Facsimile: (212) 848-7179