James S. Carr (JC 1603)
Debra SuDock (DS 5605)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800

Counsel for The Dannon Company, Inc.
and Lea & Perrins, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | |
| | ) | Case No. 05 – 11063 |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

On the 10th day of March 2005, I caused to be served the *LIMITED OBJECTION OF THE DANNON COMPANY, INC. AND LEA & PERRINS, INC. TO DEBTORS' MOTION FOR AN ORDER (A) AUTHORIZING RETURN OF GOODS PURSUANT TO 11 U.S.C. §546, (B) ESTABLISHING PROCEDURES FOR TREATMENT OF RECLAMATION CLAIMS, AND (C) PROHIBITING THIRD PARTIES FROM INTERFERING WITH DELIVERY OF GOODS* upon those entities listed below via telecopier, hand delivery and/or overnight mail.

*/s/ Erin M. Lum*
Erin M. Lum

| | | |
|---|---|---|
| Sarah Robinson Borders, Esq.<br>Brian C. Walsh, Esq.<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, Georgia 30303<br>Fax: (404) 572-5100 | United States Trustee<br>33 Whitehall Street<br>21st Street<br>New York, New York 10004<br>Attention: Richard C. Morrissey<br>Fax: (212) 668-2255 | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, New York 32254-3690 |
| Honorable Robert Drain<br>Chambers 632<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, New York 10004 | David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Fax: (212) 777-2150 | |