David L. Pollack (DP6341)
Jeffrey Meyers (JM9608)
Dean C. Waldt (DW8367)
**BALLARD SPAHR ANDREWS &**
  **INGERSOLL, LLP**
1735 Market Street – 51st Floor
Philadelphia, PA 19103
(215) 864-8325
(215) 864-9473
Attorneys New Plan Excel Realty Trust, Inc.
and Aronov Realty

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., *et al.*, | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

## ORDER

AND NOW, this <u>14th</u> day of March, 2005, upon the Motion for Leave to Appear *Pro Hac Vice* and the Rules Governing the United States Bankruptcy Court for the Southern District of New York, David L. Pollack is hereby permitted to appear and participate in this action as one of the attorneys for the parties indicated, subject to payment of the $25.00 filing fee.

/s/Robert D. Drain
ROBERT D. DRAIN
USBJ

PHL_A #1975134 v1