**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
In re:                                          :        Chapter 11
                                                :
**WINN-DIXIE STORES, INC., et al.,**            :        In re:  Case No. 05-11063
                                                :
         Debtors.                               :        (Jointly Administered)
_____:

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, William Douglas White, a member in good standing of the bars of the District of Columbia and in the States of Maryland and Florida, and admitted to practice before the Supreme Court of the United States and the U. S. District Courts for the District of Columbia and the District of Maryland, having requested admission, ***pro hac vice***, to represent FLORIDA POWER & LIGHT COMPANY, in the above referenced Chapter 11 bankruptcy case.

**ORDERED**,

That WILLIAM DOUGLAS WHITE, is admitted to practice, ***pro hac vice***, in the above referenced Chapter 11 bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  March 14, 2005
        New York, New York

                            ___/s/Robert D. Drain_____
                            ROBERT D. DRAIN
                            United States Bankruptcy Judge