Earle I. Erman (P24296)
ERMAN, TEICHER, MILLER,
 ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
Attorneys for Computer Leasing
Company of Michigan, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.** | : | **Case No. 05-11063** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

*Related to Docket No. 74*

## ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Earle I. Erman, a member in good standing of the bar in the State of Michigan, and admitted to practice before the U.S. District Courts for the Eastern and Western Districts of Michigan, having requested admission, ***pro hac vice***, to represent Computer Leasing Company of Michigan, Inc. in the above referenced Chapter 11 bankruptcy case;

**IT IS ORDERED**;

THAT Earle I. Erman is admitted to practice, ***pro hac vice***, in the above referenced Chapter 11 bankruptcy case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: March 14, 2005        /s/Robert D. Drain
                                                  U.S. Bankruptcy Court Judge

f:\chap11\winn-dixie\order for admission pro hac vice.doc