**REED SMITH LLP**
*A Limited Liability Partnership formed in the State of Delaware*
Elena P. Lazarou, Esq. (EL-5681)
599 Lexington Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

-and-

Kurt F. Gwynne, Esq. (DE No. 3951)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7577

Counsel for Del Monte Corporation

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                            :
                                                  :   **Case No. 05-11063 (RDD)**
**WINN-DIXIE STORES, INC., et al.,**              :   (Jointly Administered)
                                                  :
**Debtors.**                                      :
                                                  :
-----------------------------------------------------------------x

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
DEL MONTE CORORATION T/A DEL MONTE FOODS
PURSUANT TO FED.R.BANKR.P. 2002 AND 9010**

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned, enters an appearance of Del Monte Corporation t/a Del Monte Foods ("Del Monte"), and requests that Del Monte be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

WILLIB-41692.1-JBLORD

| | |
|---|---|
| Kurt F. Gwynne, Esq. (DE No. 3951)<br>REED SMITH LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7550<br>Facsimile: (302) 778-7575<br>E-mail: kgwynne@reedsmith.com | Elena P. Lazarou, Esq. (EL-5681)<br>REED SMITH LLP<br>599 Lexington Avenue, 27th Floor<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>E-mail: elazarou@reedsmith.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Del Monte's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Del Monte is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

WILLIB-41692.1-JBLORD

Dated: March 14, 2005  REED SMITH LLP
      New York, New York

By: /s/ Elena P. Lazarou
    Elena P. Lazarou, Esq. (EL-5681)
    599 Lexington Avenue, 27th Floor
    New York, New York 10022
    Telephone: (212) 521-5400
    Facsimile: (212) 521-5450
    E-mail: elazarou@reedsmith.com

    and

Kurt F. Gwynne, Esq. (DE No. 3951)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7577

Counsel for Del Monte Corporation t/a Del Monte Foods