**REED SMITH LLP**
*A Limited Liability Partnership formed in the State of Delaware*
Elena P. Lazarou, Esq. (EL-5681)
599 Lexington Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

-and-

Kurt F. Gwynne, Esq. (DE No. 3951)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7577

Counsel for Del Monte Corporation

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------X
In re:                                              :
                                                    :      Case No. 05-11063 (RDD)
WINN-DIXIE STORES, INC., et al.,                    :      (Jointly Administered)
                                                    :
              Debtors.                              :
                                                    :
----------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

I, Elena P. Lazarou, Esquire, certify that on this 14th day or March 2005, I caused a true

and correct copy of the

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF
DEL MONTE COROBATION T/A DEL MONTE FOODS
PURSUANT TO FED.R.BANKR.P. 2002 AND 9010**

to be served in the manner indicated upon the parties on the attached Service List.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 14, 2005

Dated:  March 14, 2005                           REED SMITH LLP
        New York, New York

                                By:  /s/ Elena P. Lazarou
                                      Elena P. Lazarou, Esq. (EL-5681)
                                      599 Lexington Avenue, 27th Floor
                                      New York, New York 10022
                                      Telephone:  (212) 521-5400
                                      Facsimile:  (212) 521-5450
                                      E-mail: elazarou@reedsmith.com

WILLIB-41692.1-JBLORD

## SERVICE LIST

### VIA FIRST CLASS MAIL

Richard Morrissey, Esquire
United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10005

D.J. Baker, Esquire
Alexandra Margolis, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303

Jonathan N. Helfat, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Andrew Tenzer, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10033-6069