**REED SMITH LLP**
*A Limited Liability Partnership formed in the State of Delaware*
Elena P. Lazarou, Esq. (EL-5681)
599 Lexington Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

-and-

Kurt F. Gwynne, Esq. (DE No. 3951)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7577

Counsel for H.J. Heinz Company, L.P.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| In re: | : | |
| | : | Case No. 05-11063 (RDD) |
| WINN-DIXIE STORES, INC., et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
-------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Elena P. Lazarou, Esquire, certify that on this 14th day or March 2005, I caused a true and correct copy of the

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF**
**H.J. HEINZ COMPANY, L.P. PURSUANT TO**
**FED.R.BANKR.P. 2002 AND 9010**

to be served in the manner indicated upon the parties on the attached Service List.

WILLIB-41688.1-JBLORD

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 14, 2005

Dated: March 14, 2005  REED SMITH LLP
       New York, New York

By: /s/ Elena P. Lazarou
    Elena P. Lazarou, Esq. (EL-5681)
    599 Lexington Avenue, 27th Floor
    New York, New York 10022
    Telephone: (212) 521-5400
    Facsimile: (212) 521-5450
    E-mail: elazarou@reedsmith.com

2

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Richard Morrissey, Esquire
United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10005

D.J. Baker, Esquire
Alexandra Margolis, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Jonathan N. Helfat, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Andrew Tenzer, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10033-6069