BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Attorneys for Pilgrim's Pride Corporation and
Campbell Soup Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORE, INC., <u>et al.</u>,** | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jason W. Staib, a member in good standing of the bar in the State of Delaware and being admitted to practice in the United States District Court for the District of Delaware, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Pilgrim's Pride Corporation and Campbell Soup Company, parties in interest in the above-referenced cases.

My address is c/o Blank Rome LLP, Chase Manhattan Centre, 1201 Market Street, Suite 800, Wilmington, DE 19801, my e-mail address is staib@blankrome.com, and my telephone number is (302) 425-6439. I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:   New York, New York
         March 14, 2005

                                                          /s/ Jason W. Staib
                                                          Jason W. Staib

118478.01600/6390530v1