**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORE, INC., <u>et</u> <u>al.</u>,** | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Jason W. Staib, having represented that he is a member in good standing of the bar in the State of Delaware and the United States District Court for the District of Delaware, and having requested admission, *pro hac vice*, to represent Pilgrim's Pride Corporation and Campbell Soup Company, parties in interest in the above-referenced case; it is

**ORDERED**, that Jason W. Staib, is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
        March __, 2005

                                            _____
                                            HONORABLE ROBERT D. DRAIN
                                            UNITED STATES BANKRUPTCY JUDGE

118478.01600/6390523v1