**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In Re:** | ) |
|  | ) **Chapter 11** |
| **WINN-DIXIE STORES, INC.** | ) |
|  | ) **Case No.: 05-11063 (RDD)** |
| **Debtor** | ) |

## ORDER

ORDERED

that Timothy J. Curtin, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 14, 2005
    New York, New York            /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE