| | |
|---|---|
| GIBBONS, DEL DEO, DOLAN,<br>GRIFFINGER & VECCHIONE, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102-5496<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>Geraldine E. Ponto (GP-2849)<br>Attorneys for George Weston Bakeries, Inc. | Hearing Date: March 15, 2005<br>10:00 a.m. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**                                    x<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>            **Debtors.** | :   **Chapter 11**<br>:<br>:   **Case No. 05-11063 (RDD)**<br>:<br>x   **(Jointly Administered)** |

**WITHDRAWAL OF LIMITED OBJECTION TO DEBTORS'**
**MOTION FOR AUTHORITY TO TURN OVER CERTAIN FUNDS**
**HELD IN TRUST AND TO CONTINUE PERFORMANCE AND**
**HONOR OBLIGATIONS UNDER CONSIGNMENT**
**ARRANGEMENTS [DOCKET NUMBERS 220 AND 224]**

Counsel for George Weston Bakeries, Inc. hereby withdraws its Limited Objection to Debtors' Motion for Authority to Turn Over Certain Funds Held in Trust and to Continue Performance and Honor Obligations under Consignment Arrangements filed on March 3, 2005 [Docket Nos. 220 and 224].

| | |
|---|---|
| Dated: March 14, 2005 | Gibbons, Del Deo, Dolan, Griffinger & Vecchione,<br>A Professional Corporation<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>973-596-4500 (Telephone)<br>973-596-0545 (Facsimile)<br>Attorneys for George Weston Bakeries, Inc.<br><br>        /s/ Geraldine E. Ponto<br>By:    Geraldine E. Ponto |