**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                              )
**In re:**                                    ) **Chapter 11**
                                              )
**WINN-DIXIE STORES, INC., <u>et</u> <u>al</u>,**   ) Case No. 05-11063 (RDD)
                                              )
                              **Debtors.**    ) **(Jointly Administered)**
_____)

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

     Russell R. Johnson III, Esq., having represented that he is a member in good standing of the bar in the state of Virginia and the United States Bankruptcy and District Courts for the Eastern and Western District of Virginia, having requested admission, *pro hac vice*, to represent American Electric Power, Duke Energy Corporation d/b/a Duke Power Company, Virginia Electric and Power Company d/b/a Dominion Virginia Power and Dominion North Carolina Power, Florida Power Corporation d/b/a Progress Energy Florida, Carolina Power & Light d/b/a Progress Energy Carolinas, Orlando Utilities Commission, and Tampa Electric Company in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in which any of these utilities is or may become a party, it is hereby

     **ORDERED,** that Russell R. Johnson III, Esq. is admitted to practice, *pro hac vice* in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in which American Electric Power, Duke Energy Corporation d/b/a Duke Power Company, Virginia Electric and Power Company d/b/a Dominion Virginia Power and Dominion North Carolina Power, Florida Power Corporation d/b/a Progress Energy Florida, Carolina Power & Light d/b/a Progress

Energy Carolinas, Orlando Utilities Commission, and Tampa Electric Company is or may become a party, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
         March 14, 2005

                                         /s/Robert D. Drain
                                         United States Bankruptcy Judge