*State of New York* } ss:
*Department of State* }

*I hereby certify that the annexed copy has been compared with the original document filed by the Department of State and that the same is a true copy of said original.*

*Witness my hand and seal of the Department of State on*  **March 8, 2005**



*Secretary of State*

DOS-200 (Rev. 03/02)

F 050209... 842

CT-07

# CERTIFICATE OF INCORPORATION
## OF
### DIXIE STORES, INC.

Under Section 402 of the Business
Corporation Law of the State of New York

The undersigned, being of the age of eighteen years or over, for the purpose of forming a corporation pursuant to the provisions of the Business Corporation Law of the State of New York does hereby certify:

1. The name of the corporation shall be Dixie Stores, Inc. (hereinafter sometimes called the "Corporation").

2. The purposes for which it is formed are to engage in any lawful act or activity for which corporations may be organized under the Business Corporation Law provided that the corporation is not formed to engage in any act or activity which requires the consent or approval of any state official, department, board, agency or other body, without such consent or approval first being obtained.

It is hereby expressly provided that the foregoing shall not be held to limit or restrict in any manner the powers of this Corporation; and that this Corporation may do all and everything necessary, suitable and appropriate for the exercise of any of its general powers.

3. The office of the Corporation in the State of New York shall be located in the County of New York.

4. The aggregate number of shares which the Corporation shall have authority to issue is one thousand (1,000) shares of Common Stock, each share having a par value of one cent ($.01). The holders of the Common Stock shall have no preemptive rights to subscribe for any shares of any class of stock of the Corporation whether now or hereafter authorized.

5. The Secretary of State of the State of New York is hereby designated as the agent of the Corporation upon whom any process may in any action or proceeding against it be served. The post office address to which the Secretary of State shall mail a copy of any process in any action or proceeding against the Corporation

02/09/2005  12:20    15184533437                CT CORPORATION                        PAGE  04/06

which may be served upon it is 111 Eighth Avenue, New York, New York 10011, Attention: CT Corporation System.

6. The corporation designated CT Corporation System, 111 Eighth Avenue, New York, New York 10011 as its registered agent upon whom process against it may be served within the State of New York.

7. The following provisions are inserted for the management of the business and the conduct of the affairs of the Corporation, and for further definition, limitation and regulation of the powers of the Corporation and of its directors and stockholders:

(a) The business and affairs of the Corporation shall be managed by or under the direction of the Board of Directors.

(b) The directors shall have concurrent power with the stockholders to make, alter, amend, change, add to or repeal the By-Laws of the Corporation.

(c) The number of directors of the Corporation shall be as from time to time fixed by, or in the manner provided in, the By-Laws of the Corporation. Election of directors need not be by written ballot unless the By-Laws so provide.

(d) In addition to the powers and authority hereinbefore or by statute expressly conferred upon them, the directors are hereby empowered to exercise all such powers and do all such acts and things as may be exercised or done by the Corporation, subject, nevertheless, to the provisions of the Business Corporation Law, this Certificate of Incorporation, and any By-Laws adopted by the stockholders; provided, however, that no By-Laws hereafter adopted by the stockholders shall invalidate any prior act of the directors which would have been valid if such By-Laws had not been adopted.

(e) Any member of the Board of Directors may be removed, with or without cause, at any time prior to the expiration of his term by a majority vote of the outstanding shares.

8. The personal liability of the directors of the Corporation is hereby eliminated to the fullest extent permitted by the provisions of paragraph (b) of Section 402 of the Business Corporation Law of the State of New York, as the same may be amended and supplemented.


2

IN WITNESS WHEREOF, the Corporation has caused this certificate to be signed by the Sole Incorporator this 8th day of February, 2005.

Laurence Appel
Sole Incorporator

Address

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

02/09/2005  12:20   15184533437         CT CORPORATION         PAGE 06/06

**CT-07**

F 050209******342

542

# CERTIFICATE OF INCORPORATION

## OF

## DIXIE STORES, INC.

### UNDER SECTION 402 OF THE BUSINESS CORPORATION LAW

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED FEB 09 2005
TAX $ 10
BY:

Skadden Arp Slate Meagher & Flom LLP
One Rodney Square
Wilmington DE 19801

DRAWDOWN