## ATTACHMENT - LIST OF AFFILIATED DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this Chapter 11 case) filed in this Court a petition for relief under Chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, these entities filed a motion requesting that the Court jointly administer their Chapter 11 cases.

1. Astor Products, Inc., a Florida corporation
2. Crackin' Good, Inc., a Florida corporation
3. Deep South Distributors, Inc., a Florida corporation
4. Deep South Products, Inc., a Florida corporation
5. Dixie Darling Bakers, Inc., a Florida corporation
6. Dixie-Home Stores, Inc., a South Carolina corporation
7. Dixie Packers, Inc., a Florida corporation
8. Dixie Spirits, Inc., a Mississippi corporation
9. Dixie Stores, Inc., a New York corporation
10. Economy Wholesale Distributors, Inc., a Florida corporation
11. Foodway Stores, Inc., a Delaware corporation
12. Kwik Chek Supermarkets, Inc., a Florida corporation
13. Sunbelt Products, Inc., a Florida corporation
14. Sundown Sales, Inc., a Texas corporation
15. Superior Food Company, a Florida corporation
16. Table Supply Food Stores Co., Inc., a Florida corporation
17. WD Brand Prestige Steaks, Inc., a Florida corporation
18. Winn-Dixie Handyman, Inc., a Florida corporation
19. Winn-Dixie Logistics, Inc., a Florida corporation
20. Winn-Dixie Montgomery, Inc., a Florida corporation
21. Winn-Dixie Procurement, Inc., a Florida corporation
22. Winn-Dixie Raleigh, Inc., a Florida corporation
23. Winn-Dixie Stores, Inc., a Florida corporation
24. Winn-Dixie Supermarkets, Inc., a Florida corporation