## 2005 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 215852

**FILED**
**Jan 13, 2005**
**Secretary of State**

Entity Name: TABLE SUPPLY FOOD STORES CO., INC.

**Current Principal Place of Business:**

5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254   US

**New Principal Place of Business:**

**Current Mailing Address:**

5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254   US

**New Mailing Address:**

FEI Number: 59-6079368         FEI Number Applied For ( )         FEI Number Not Applicable ( )         Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL  32301   US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                   Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | PD        ( ) Delete |
| Name: | LAZARAN, FRANK |
| Address: | 5050 EDGEWOOD COURT |
| City-St-Zip: | JACKSONVILLE, FL  32254 US |

| | |
|---|---|
| Title: | V         ( ) Delete |
| Name: | HENRY, D F |
| Address: | 5050 EDGEWOOD COURT |
| City-St-Zip: | JACKSONVILLE, FL  32254 US |

| | |
|---|---|
| Title: | VS        ( ) Delete |
| Name: | APPEL, L B |
| Address: | 5050 EDGEWOOD COURT |
| City-St-Zip: | JACKSONVILLE, FL  32254 US |

| | |
|---|---|
| Title: | DVAS      ( ) Delete |
| Name: | BYRUM, D M |
| Address: | 5050 EDGEWOOD COURT |
| City-St-Zip: | JACKSONVILLE, FL  32254 US |

| | |
|---|---|
| Title: | DVT       ( ) Delete |
| Name: | HARDEE, K D |
| Address: | 5050 EDGEWOOD COURT |
| City-St-Zip: | JACKSONVILLE, FL  32254 US |

| | |
|---|---|
| Title: | ASAT      ( ) Delete |
| Name: | RUBIO, C S |
| Address: | 5050 EDGEWOOD COURT |
| City-St-Zip: | JACKSONVILLE, FL  32254 US |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | PD        (X) Change ( ) Addition |
| Name: | LYNCH, PETER L |
| Address: | 5050 EDGEWOOD COURT |
| City-St-Zip: | JACKSONVILLE, FL  32254 US |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:   CYNTHIA S. RUBIO                                          ASAT                    01/13/2005

Electronic Signature of Signing Officer or Director                                                Date