**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC.,** : | **Case No. 05-_____** |
| : | |
| **Debtor.** : | |
| : | |

-------------------------------------------------------------------x

### LIST OF CREDITORS HOLDING
### 50 LARGEST UNSECURED CLAIMS

Following is a list of (a) trade creditors holding the 40 largest unsecured claims and (b) institutional creditors holding the 10 largest unsecured claims. The list has been prepared on a consolidated basis, from the books and records of the debtor and certain affiliated entities that have simultaneously commenced Chapter 11 cases in this Court.

The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in the Chapter 11 case. The list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The list reflects information existing and available as of February 21, 2005. The debtor reserves the right to amend the list based on information existing of the filing date.

The information presented in the list shall not constitute an admission by, nor is it binding upon, the debtor.

### 40 LARGEST TRADE CREDITORS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Name of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Kraft (Kraft Foods, Kraft Pizza, Nabisco) 22541 Network Place Chicago, IL 60673-1225 | Kraft (Kraft Foods, Kraft Pizza, Nabisco) Attn: Sandra Schirmang, Director of Credit 22541 Network Place Chicago, IL 60673-1225 Tel: (847) 646-6719 Fax: (847) 646-4479 | Trade Debt | * | $15,069,002 |

| | | | | |
|---|---|---|---|---|
| Pepsico & Subsidiaries<br>P. O. Box 844700<br>Dallas, TX 75284-4700 | Pepsico & Subsidiaries<br>Attn: Marty Scaminaci,<br>Director Financial<br>Services<br>P. O. Box 844700<br>Dallas, TX 75284-4700<br>Tel: (847) 483-7285 | Trade Debt | * | $14,560,373 |
| Proctor & Gamble<br>Distributing Co.<br>P. O. Box 100537<br>Atlanta, GA 30384-0537 | Proctor & Gamble<br>Distributing Co.<br>Attn: Jay Jones, Credit<br>Manager<br>P. O. Box 100537<br>Atlanta, GA 30384-0537<br>Tel: (513) 774-1782 | Trade Debt | * | $ 6,068,365 |
| Nestle (Nestle USA,<br>Nestle Purina, Nestle<br>Water)<br>P. O. Box 277817<br>Atlanta, GA 30384-7817 | Nestle (Nestle USA,<br>Nestle Purina, Nestle<br>Water)<br>Attn: Peter B. Knox,<br>Director of Credit and<br>Collections<br>P. O. Box 277817<br>Atlanta, GA 30384-7817<br>Tel: (818) 549-5779<br>Fax: (818) 326-7447 | Trade Debt | * | $ 4,257,179 |
| General Mills Inc.<br>P. O. Box 101412<br>Atlanta, GA 30392-0001 | General Mills Inc.<br>Attn: Terri Johnson,<br>Account Operation<br>Development Manager<br>P. O. Box 101412<br>Atlanta, GA 30392-0001<br>Tel: (763) 293-2354 | Trade Debt | * | $ 3,686,114 |
| Unilever (HPC USA &<br>Best Foods)<br>1 Johns Street<br>Clinton, CT 06413 | Unilever (HPC USA &<br>Best Foods)<br>Attn: Richard Bellis,<br>Credit Manager<br>1 Johns Street<br>Clinton, CT 06413<br>Tel: (800) 726-9866<br>Fax: (630) 955-2720 | Trade Debt | * | $ 3,017,094 |
| Florida Coca-Cola<br>P. O. Box 30000<br>Orlando, FL 32891-0001 | Florida Coca-Cola<br>Attn: Dick Stiteler,<br>Director of Customer<br>Financial Services<br>P. O. Box 30000<br>Orlando, FL 32891-0001<br>Tel: (813) 569-3708<br>Fax: (813) 569-3783 | Trade Debt | * | $ 2,953,207 |
| ConAgra Grocery Products<br>Co.<br>P. O. Box 409626<br>Atlanta, GA 30384 | ConAgra Grocery Products<br>Co.<br>Attn: Robert Ellis, Corp<br>Credit Analysis Manager<br>P. O. Box 409626<br>Atlanta, GA 30384<br>Tel: (402) 998-2770<br>Fax: (402) 516-3751 | Trade Debt | * | $ 2,797,845 |
| Kimberly Clark<br>P. O. Box 915003<br>Dallas, TX 75391-5003 | Kimberly Clark<br>Attn: Ted C. Banker, Sr.<br>Credit Manager<br>P. O. Box 915003<br>Dallas, TX 75391-5003<br>Tel: (865) 541-7602<br>Fax: (865) 541-7640 | Trade Debt | * | $ 2,393,060 |
| McKee Foods Corporation<br>P. O. Box 2118<br>Collegedale, TN 37315-2118 | McKee Foods Corporation<br>Attn: Valerie Phillips,<br>Sr. Credit Manager<br>P. O. Box 2118<br>Collegedale, TN 37315-2118<br>Tel: (423) 238-7111<br>Fax: (423)-238-7196 | Trade Debt | * | $ 2,063,108 |

| | | | | |
|---|---|---|---|---|
| Sara Lee Foods<br>P. O. Box 905466<br>Charlotte, NC 28290 | Sara Lee Foods<br>Attn: Joel Cartright, Credit<br>Manager<br>P. O. Box 905466<br>Charlotte, NC 28290<br>Tel: (513) 936-2406<br>Fax: (513) 936-2480 | Trade Debt | * | $ 1,979,199 |
| US Bank Corporation<br>P. O. Box 790428<br>St. Louis, MO 63179-0428 | US Bank Corporation<br>Attn: Angela Trudeau, VP<br>Relationship Management<br>P. O. Box 790428<br>St. Louis, MO 63179-0428<br>Tel: (612) 973-1339 | Trade Debt | * | $ 1,850,000 |
| Gourmet Award Foods Mid<br>Atlantic<br>4055 Deerpark Boulevard<br>Elkton, FL 32033 | Gourmet Award Foods Mid<br>Atlantic<br>Attn: Mark Kellum, National<br>Account Manger<br>4055 Deerpark Boulevard<br>Elkton, FL 32033<br>Tel: (864) 444-5472<br>Fax: (904) 825-2054 | Trade Debt | * | $ 1,712,776 |
| Good Humor Breyers Ice<br>Cream<br>P. O. Box 75604<br>Charlotte, NC 28275-5604 | Good Humor Breyers Ice<br>Cream<br>Attn: Craig Stargardt, Credit<br>Manager<br>P. O. Box 75604<br>Charlotte, NC 28275-5604<br>Tel: (920) 497-6310<br>Fax: (920) 497-6583 | Trade Debt | * | $ 1,699,429 |
| Keebler Company<br>P. O. Box 73451<br>Chicago, IL 60673-7451 | Keebler Company<br>Attn: Dan Gilroy<br>P. O. Box 73451<br>Chicago, IL 60673-7451<br>Tel: (404) 559-4540 ext 114<br>Fax: (404) 559-4565 | Trade Debt | * | $ 1,690,095 |
| CH Robinson Worldwide<br>Inc.<br>P. O. Box 9121<br>Minneapolis, MN 55480-<br>9121 | CH Robinson Worldwide Inc.<br>Attn: Teresa Bellman,<br>Controller<br>P. O. Box 9121<br>Minneapolis, MN 55480-<br>9121<br>Tel: (952) 937-6711<br>Fax: (952) 937-6703 | Trade Debt | * | $ 1,567,192 |
| Del Monte Foods USA<br>1336 Solutions Center<br>Chicago, IL 60677-1003 | Del Monte Foods USA<br>Attn: Frank Buckstein,<br>Manager Credit and<br>Collections<br>1336 Solutions Center<br>Chicago, IL 60677-1003<br>Tel: (412) 222-8045<br>Fax: (412) 222-2938 | Trade Debt | * | $ 1,523,117 |
| Fin Tech<br>4720 W. Cypress St.<br>Tampa, FL 33607 | Fin Tech<br>Attn: Doug Wilhelm<br>4720 W. Cypress St.<br>Tampa, FL 33607<br>Tel: (800) 572-0854<br>Fax: (813) 289-5599 | Trade Debt | * | $ 1,500,000 |
| Powerhouse Produce LLC<br>P. O. Box 368<br>Riverhead, NY 11901 | Powerhouse Produce LLC<br>Attn: James Banks, Account<br>Manger<br>P. O. Box 368<br>Riverhead, NY 11901<br>Tel: (631) 474-4673<br>Fax: (631) 369-7031 | Trade Debt | * | $ 1,380,436 |

| | | | | |
|---|---|---|---|---|
| Gillette Company<br>P. O. Box 100800<br>Atlanta, GA 30384-0800 | Gillette Company<br>Attn: Mary Trahan, Credit<br>Manager<br>P. O. Box 100800<br>Atlanta, GA 30384-0800<br>Tel: (617) 463-9450 | Trade Debt | * | $ 1,356,588 |
| Coca-Cola Bottling Works<br>300 Coca-Cola Road<br>Charlotte, NC 28275 | Coca-Cola Bottling Works<br>Attn: Dick Stiteler, Director<br>of Customer Financial<br>Services<br>300 Coca-Cola Road<br>Charlotte, NC 28275<br>Tel: (813) 569-3708<br>Fax: (813) 569-3783 | Trade Debt | * | $ 1,349,229 |
| Schreiber Foods, Inc.<br>P. O. Box 905008<br>Charlotte, NC 28290-5008 | Schreiber Foods, Inc.<br>Attn: Kris Skupas, Credit<br>Manager<br>P. O. Box 905008<br>Charlotte, NC 28290-5008<br>Tel: (920) 455-6423<br>Fax: (800) 439-7634 | Trade Debt | * | $ 1,348,983 |
| Campbell Soup Co.<br>P. O. Box 101407<br>Atlanta, GA 30392-1407 | Campbell Soup Co.<br>Attn: Maureen Hart,<br>Sr. Credit Manager<br>P. O. Box 101407<br>Atlanta, GA 30392-1407<br>Tel: (856) 317-3123<br>Fax: (856) 342-3878 | Trade Debt | * | $ 1,325,196 |
| Georgia Pacific Corp.<br>P. O. Box 102487<br>Atlanta, GA 30368-2487 | Georgia Pacific Corp.<br>Attn: Bob Moon, Credit<br>Manager<br>P. O. Box 102487<br>Atlanta, GA 30368-2487<br>Tel: (770)-619-2214<br>Fax: (770) 619-0229 | Trade Debt | * | $ 1,318,376 |
| Ross Laboratories<br>Dept L-281<br>Columbus, OH 43260-0001 | Ross Laboratories<br>Attn: Phil Polk, Controller<br>Dept L-281<br>Columbus, OH 43260-0001<br>Tel: (614) 624-5627<br>Fax: (614) 624-2751 | Trade Debt | * | $ 1,316,295 |
| Clorox Sales Co - KPD<br>P. O. Box 66123<br>Charlotte, NC 28275-1754 | Clorox Sales Co - KPD<br>Attn: Sybil Shaw, Credit<br>Manager<br>P. O. Box 66123<br>Charlotte, NC 28275-1754<br>Tel: (678) 893-8805<br>Fax: (678) 893-8833 | Trade Debt | * | $ 1,313,037 |
| Kellogg Sales Company<br>P. O. Box 905193<br>Charlotte, NC 28290-9051 | Kellogg Sales Company<br>Attn: Ron Mospek, Credit<br>Manager<br>P. O. Box 905193<br>Charlotte, NC 28290-9051<br>Tel: (269) 961-2262<br>Fax: (888) 886-3190 | Trade Debt | * | $ 1,274,260 |
| Johnson & Johnson<br>P. O. Box 751059<br>Charlotte, NC 28275 | Johnson & Johnson<br>Attn: John Wernicki, National<br>Sales Director<br>P. O. Box 751059<br>Charlotte, NC 28275<br>Tel: (800) 932-3025<br>Fax: (908) 243-0437 | Trade Debt | * | $ 1,268,232 |
| Riverdale Farms<br>P. O. Box 861093<br>Orlando, FL 32886-3356 | Riverdale Farms<br>Attn: Vanessa Fernandez,<br>Controller<br>P. O. Box 861093<br>Orlando, FL 32886-3356<br>Tel: (305) 592-5760<br>Fax: (305) 592-5760 | Trade Debt | * | $ 1,228,022 |

4

| | | | | |
|---|---|---|---|---|
| Anderson News LLC<br>P. O. Box 52570<br>Knoxville, TN 37950-2570 | Anderson News LLC<br>Attn: Jennifer Voss, VP<br>Accounting<br>P. O. Box 52570<br>Knoxville, TN 37950-2570<br>Tel: (800) 550-5713<br>Fax: (965) 584-1169 | Trade Debt | * | $ 1,225,488 |
| Safe Harbor Seafood<br>4371 Ocean Street<br>Mayport, FL 32233-2417 | Safe Harbor Seafood<br>Attn: Jack Jones, CFO<br>4371 Ocean Street<br>Mayport, FL 32233-2417<br>Tel: (904) 246-4911<br>Fax: (904) 249-0255 | Trade Debt | * | $ 1,154,897 |
| Louisiana Coca-Cola<br>1314 Eraste Landry Road<br>Lafayette, LA 70506 | Louisiana Coca-Cola<br>Attn: Dick Stiteler, Director<br>of Customer Financial<br>Services<br>1314 Eraste Landry Road<br>Lafayette, LA 70506<br>Tel: 904-616-4295 | Trade Debt | * | $ 1,131,296 |
| Edy's Grand Ice Cream<br>P. O. Box 406247<br>Atlanta, GA 30384-6247 | Edy's Grand Ice Cream<br>Attn: Fred Pomerantz, Credit<br>Manager<br>P. O. Box 406247<br>Atlanta, GA 30384-6247<br>Tel: (510) 601-4312<br>Fax: (510) 601-4200 | Trade Debt | * | $ 1,105,270 |
| Wyeth Consumer Healthcare<br>P. O. Box 75296<br>Charlotte, NC 28275-5296 | Wyeth Consumer Healthcare<br>Attn: Larry Sanders, VP<br>Global Finance<br>P. O. Box 75296<br>Charlotte, NC 28275-5296<br>Tel: (973) 660-6623<br>Fax: (973) 660-6623 | Trade Debt | * | $ 1,071,297 |
| Warner Lambert Consumer<br>Group<br>400 West Lincoln Avenue<br>Lititz, PA 17543 | Warner Lambert Consumer<br>Group<br>Attn: Andy Helveston<br>400 West Lincoln Avenue<br>Lititz, PA 17543<br>Tel: (973) 385-4963<br>Fax: (800) 250-4788 | Trade Debt | * | $ 1,044,914 |
| Gerber Products Company<br>445 State St.<br>Freemont, MI 49413 | Gerber Products Company<br>Attn: Jeff Talee, Finance<br>Manager<br>445 State St.<br>Freemont, MI 49413<br>Tel: (231) 928-2000<br>Fax: (901) 320-2884 | Trade Debt | * | $ 1,044,436 |
| Coca-Cola Bottling Co<br>300 Coca-Cola Rd<br>Charlotte, NC 28275 | Coca-Cola Bottling Co<br>Attn: Julie Polanis, Credit<br>Manager<br>300 Coca-Cola Rd<br>Charlotte, NC 28275<br>Tel: (704) 557-4038 | Trade Debt | * | $ 993,280 |
| Sanderson Farms<br>P. O. Box 988<br>Laurel, MS 39441-0988 | Sanderson Farms<br>Attn: Neal Morgan, Director<br>of Sales<br>P. O. Box 988<br>Laurel, MS 39441-0988<br>Tel: (800) 267-1510<br>Fax: (601) 426-1503 | Trade Debt | * | $ 991,457 |
| DLJ Produce, Inc.<br>P. O. Box 2398<br>West Covina, CA 91793 | DLJ Produce, Inc.<br>Attn: Alan Yoshidone,<br>Controller<br>P. O. Box 2398<br>West Covina, CA 91793<br>Tel: (626) 330-6849<br>Fax: (626) 330-6579 | Trade Debt | * | $ 947,961 |

| Schering Plough Health Care P. O. Box 100373 Atlanta, GA 30384 | Schering Plough Health Care Mike Davis, Group Leader Southern Region P. O. Box 100373 Atlanta, GA 30384 Tel: (908) 679-1527 | Trade Debt | * | $ 931,674 |

\* Some or all of these claims may be subject to rights of setoff.

## 10 LARGEST INSTITUTIONAL CREDITORS

The following information was obtained from Bloomberg on February 16, 2005 and represents the best information available to the debtor at this time.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Name of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wilmington Trust Company, as Indenture Trustee Rodney Square North Wilmington, DE 19890 | Wilmington Trust Company as Indenture Trustee Attn: Corporate Trust Department Rodney Square North Wilmington, DE 19890 Tel: (302) 651-1343 Fax: (302) 652-8882 | Indenture Trustee for Noteholders | | $300,000,000 |
| Capital Research and Management Company American Funds 333 South Hope Street Los Angeles, CA 90071 | Capital Research and Management Company Attention: Abner D. Goldstine American Funds 333 South Hope Street Los Angeles, CA 90071 Tel (213) 486-9200 Fax: (213) 486-9217 | Noteholder | | $ 44,950,000 |
| Vanguard Group Incorporated The Vanguard Group P. O. Box 2600 Valley Forge, PA 19482 | Vanguard Group Incorporated The Vanguard Group Attn: Earl E. McEvoy P. O. Box 2600 Valley Forge, PA 19482 Tel: (610) 669-1000 Fax: (610) 669-6605 | Noteholder | | $ 23,585,000 |
| Ameriprime Funds IMS Capital Management 8995 SE Otty Road Portland, OR 97266 | Ameriprime Funds IMS Capital Management Attn: Carl W. Marker 8995 SE Otty Road Portland, OR 97266 Tel: (800) 408-8014 Fax: (503) 788-4100 | Noteholder | | $ 9,925,000 |
| Reliance Standard Life Insurance Company 2001 Market Street Suite 1500 Philadelphia, PA 19103 | Reliance Standard Life Insurance Company Attn: Earl E. McEvoy 2001 Market Street Suite 1500 Philadelphia, PA 19103 Tel: (267) 256-3500 Fax: (267) 256-3532 | Noteholder | | $ 2,150,000 |
| Fortis Benefits Insurance Company P. O. Box 3050 Milwaukee, WI 53201 | Fortis Benefits Insurance Company Attn: Becky Culver P. O. Box 3050 Milwaukee, WI 53201 Tel: (262) 798-2620 | Noteholder | | $ 1,175,000 |

| | | | | |
|---|---|---|---|---|
| Goodman & Co. Investment Counsel<br>Scotia Plaza<br>55th Floor<br>40 King Street West<br>Toronto, Ontario M5H 4A9 | Goodman & Co. Investment Counsel<br>Attn: Christy Yip<br>Scotia Plaza<br>55th Floor<br>40 King Street West<br>Toronto, Ontario M5H 4A9<br>Tel: (416) 363-9097<br>Fax: (416) 865-3463 | Noteholder | | $ 1,100,000 |
| Wellington Management Co. LLP<br>Gateway Center Three<br>100 Mulberry Street<br>Newark, NJ 07102 | Wellington Management Co. LLP<br>Gateway Center Three<br>Attn: Earl E. McEvoy<br>100 Mulberry Street<br>Newark, NJ 07102 | Noteholder | | $ 1,030,000 |
| Securities Management and Research, Inc.<br>24500 South Shore Blvd.<br>Suite 400<br>League City, TX 77573 | Securities Management and Research, Inc<br>Attn: Sherry Baker.<br>24500 South Shore Blvd.<br>Suite 400<br>League City, TX 77573<br>Tel: (281) 334-2469<br>Fax: (409) 621-7529 | Noteholder | | $ 1,000,000 |
| Aviva Life Insurance Company<br>108 Myrtle Street<br>Newport Office Park<br>North Quincy, MA 02171 | Aviva Life Insurance Company<br>Attn: Elizabeth Anne Dowd<br>108 Myrtle Street<br>Newport Office Park<br>North Quincy, MA 02171<br>Tel: (617) 405-6000<br>Fax: (866) 295-0061 | Noteholder | | $    775,000 |

8

## DECLARATION UNDER PENALTY OF PERJURY

I, Bennett L. Nussbaum, Senior Vice President and Chief Financial Officer of Winn-Dixie Stores, Inc., declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my knowledge, information and belief.

Dated:  February 21, 2005

/s/ Bennett L. Nussbaum
Signature

Bennett L. Nussbaum
Name

Senior Vice President and Chief Financial Officer
Title

8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re**                                                   :
                                                            :    **Chapter 11**
                                                            :
**WINN-DIXIE STORES, INC., et al.,**                        :    **Case No. 05-_____**
                                                            :
        **Debtors.**                                        :    **(Jointly Administered)**
                                                            :
-------------------------------------------------------------x

## LIST OF CREDITORS

A list of the debtor's creditors in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1) has been separately transmitted to the proposed noticing agent, Logan & Company, Inc.

The list has been prepared on a consolidated basis from the books and records of the debtor and certain of its affiliates that also commenced Chapter 11 cases in this Court. The list contains only those creditors whose names and addresses were maintained in the databases of the debtor and its affiliates or were otherwise readily ascertainable by the debtor and its affiliates prior to the commencement of this case. The schedules of liabilities to be subsequently filed should be consulted for a list of the debtor's creditors that is comprehensive and current as of the date of the commencement of this case.

Certain of the creditors listed may not hold outstanding claims against the debtor or its affiliates as of the commencement date and, therefore, may not be creditors for purposes of this case. By submitting the list, the debtor in no may waives or prejudices its right to object to the extent, validity or enforceability of the claims, if any, held by parties identified therein.

The information presented in the list shall not constitute an admission by, nor is it binding upon, the debtor.

### DECLARATION UNDER PENALTY OF PERJURY

I Bennett L. Nussbaum, Senior Vice President and Chief Financial Officer of Winn-Dixie Stores, Inc., declare under penalty of perjury that the information contained in the list of creditors is true and correct to the best of my knowledge, information and belief

Dated:  February 21, 2005

/s/ Bennett L. Nussbaum
Signature

Bennett L. Nussbaum
Name

Senior Vice President and Chief Financial Officer
Title