## Schedule 2

## 5 Largest Secured Claims

Pursuant to Local Bankruptcy Rule 1007-2(a)(5), the following lists the Debtors' five largest secured claims.[2]

| Creditor | Mailing Address & Phone Number | Amount of Claim | Type of Collateral | Value of Collateral | Disputed |
|---|---|---|---|---|---|
| Wachovia Bank, National Association, as Administrative Agent | One Wachovia Bank Center 301 South College Street, DC-5 Charlotte, NC 28288 Phone: (704) 383-7190 Attn: Kimberly Quinn, Managing Director | $427,005,000 (including contingent letter of credit obligations) | Substantially all of the assets of Winn-Dixie Stores, Inc. and its domestic affiliates. | Not presently determined | None presently identified |
| AmSouth Bank | AmSouth Bank International Department AmSouth Center, Ninth Floor Nashville, TN 37237 Phone: 1-888-338-9552 | $17,000,000 | Investment property, financial assets, securities, mutual funds, security entitlements, evidence of indebtedness of governmental agencies and otherwise, evidence of equity interest, instruments and/or general intangibles held by AmSouth Investment Services, Inc | Not presently determined | None presently identified |
| Lutheran Brotherhood | Lutheran Brotherhood 625 Fourth Avenue South Minneapolis, MN 55415 Phone: 1-800-847-4836 Attn: Dean L. Bussey | $690,000 | Property located at 7840 W. Irlo Bronson Highway, Kissimmee, Florida. | Not presently determined | None presently identified |

---

[2] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. In addition to the agreements giving rise to the security interests of the secured parties described above, the Debtors are subject to other arrangements that potentially give rise to security interests by third parties in the Debtors' property, including but not limited to escrow and deposit arrangements.