## Schedule 7

### Location of Debtors' Assets, Books and Records

Pursuant to Local Bankruptcy Rule 1007-2(a)(10), the following lists the locations of the Debtors' substantial assets, the location of their books and records, and the nature, location, and value of any assets held by the Debtors outside the territorial limits of the United States.

### Assets

The Debtors operate primarily in the southeast region, with assets located in various areas of the United States. The Debtors have significant assets in Florida, Georgia, Louisiana, Tennessee, Mississippi, Alabama, North Carolina, South Carolina, Virginia, Ohio and New York. Specifically, the Debtors have assets in those locations listed on Schedule 6. The Debtors also own stock of an entity operating in the Bahamas.

### Books and Records

All of the Debtors' books and records are located at the principal executive offices of Winn-Dixie Stores, Inc. at 5050 Edgewood Court, Jacksonville, Florida.