**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

In re:

WINN-DIXIE STORES, INC., et al.,

        Debtors.

Chapter 11
Case No. 05-11063
(Jointly Administered)

-----------------------------------------------------------------------X

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Marc T. McNamee, a member in good standing of the bar in the State of Tennessee, and admitted to practice in the U.S. District Court for the Middle District of Tennessee, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Southern Gourmet Foods, Inc., a creditor in the above-referenced case.

| | |
|---|---|
| My address is: | Neal & Harwell, PLC |
| | 150 Fourth Avenue North, Suite 2000 |
| | Nashville, Tennessee 37219 |
| My e-mail address is: | MMcNamee_br@NealHarwell.com |
| My telephone number is: | 615-244-1713 |

I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro hac vice.***

Dated: March, 14, 2005.

New York, New York.

        NEAL & HARWELL, PLC

        /s/  Marc T. McNamee

        Marc T. McNamee, BPR #6634
        150 Fourth Avenue North, Suite 2000
        Nashville, TN 37219
        Tel:  615-244-1713
        Fax:  615-726-0573