**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

In re:

WINN-DIXIE STORES, INC., et al.,

                Debtors.

Chapter 11
Case No. 05-11063
(Jointly Administered)

------------------------------------------------------------------------X

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of Marc T. McNamee, a member in good standing of the bar in the State of Tennessee and admitted to practice in the U.S. District Court for the Middle District of Tennessee, having requested admission, ***pro hac vice***, to represent Southern Gourmet Foods, Inc., a creditor in the above referenced case,

ORDERED, that Marc T. McNamee, Esq., is admitted to practice, ***pro hac vice,*** in the above-referenced case, in the Untied States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____

New York, New York.

/s/_____

UNITED STATES BANKRUPTCY JUDGE