BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Robert B. Rubin (RR-3325)
Derek F. Meek (DM-7723)

DECHERT LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 698-3500
Facsimile (212) 698-3599
Joel H. Levitin (JL-5814)
Elise Scherr Frejka (ESF-6896)

*Attorneys for Buffalo Rock Company*

**Hearing Date and Time: April 12, 2005 at 10:00 A.M.**
**Objection Deadline: April 5, 2005 at 4:00 P.M.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :  Chapter 11
                                                            :
Winn-Dixie Stores, Inc., et al.,                            :  Case No.: 05-11063 (RDD)
                                                            :
                               Debtors.                     :  (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

**NOTICE OF MOTION OF BUFFALO ROCK COMPANY TO TRANSFER VENUE OF THE DEBTORS' BANKRUPTCY CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION OR SUCH OTHER DISTRICT WHERE VENUE WOULD BE APPROPRIATE PURSUANT TO 28 U.S.C. § 1408**

PLEASE TAKE NOTICE that a hearing (the "Hearing") will be held before the

Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy

Court for the Southern District of New York (the "Court"), Alexander Hamilton Custom House,

1339454 v2

One Bowling Green, New York, New York 10004-1408 on April 12, 2005 at 10:00 a.m. (Prevailing Eastern Time), or as soon thereafter as counsel may be heard, to consider the motion (the "Motion") pursuant to 28 U.S.C. § 1408 and 1412, rule 1014 of the Federal Rules of Bankruptcy Procedure and section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") transferring venue of these chapter 11 cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or such other district in the southeastern United States where venue would be appropriate under 28 U.S.C. § 1408 filed by Buffalo Rock Company on March 14, 2005.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Motion shall be in writing, shall state with particularity the reasons for the objection or response, and shall be filed with the Court, with a courtesy copy delivered to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and served upon counsel to Buffalo Rock, Burr & Forman LLP, 3100 SouthTrust Tower, 420 North 20th Street, Birmingham, Alabama 35203, Attention: Robert B. Rubin, Esq. and Derek F. Meek, Esq. and Dechert LLP, 30 Rockefeller Plaza, New York, New York 10112, Attention: Joel H. Levitin, Esq., and Elise Scherr Frejka, Esq., so as to be filed and received by 4:00 p.m. (Prevailing Eastern Time) on or before April 5, 2005.

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this Notice, the Court may grant the relief demanded by the Motion without further notice or hearing.

Dated: Birmingham, Alabama
March 14, 2005

BURR & FORMAN LLP

By: /s/ Robert B. Rubin
Robert B. Rubin
Derek F. Meek
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

DECHERT LLP
Joel H. Levitin (JL-5814)
Elise Scherr Frejka (ESF-6896)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 698-3500
Facsimile (212) 698-3599

*Attorneys for Buffalo Rock Company*