DAVID A. ADELMAN
ADELMAN LAW OFFICES, P.C.
1320 Tower Road, Suite 114
Schaumburg, IL 60173
Tel: 847/301-4341
Fax: 847/301-4342

Attorney for Creditor
PIONEER GROWERS COOPERATIVE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— )
                                                                )     **Chapter 11**
**In Re:**                                                 )
                                                                )     **Case No.: 05-11063 (RDD)**
**WINN-DIXIE STORES, INC.**            )
                                                                )
                        **Debtor**                       )
                                                                )
———————————————————— )

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, <u>David A. Adelman</u>, a member in good standing of the bar in the State of <u>Illinois</u>, or the bar of

the U.S. District Court for the _____District of _____, request admission, ***pro***

***hac vice***, before the Honorable <u>Robert D. Drain</u>, to represent <u>PIONEER GROWERS</u>

<u>COOPERATIVE</u>, a <u>creditor</u>, in the above referenced case.


My:      address  is: <u>Adelman Law Offices, P.C., 1320 Tower Road, Suite 114, Schaumburg, IL</u>

<u>60173</u>

e-mail address is <u>Adelman@PacaEnforcer.com</u>; telephone number is <u>(847) 301-4341</u>

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: <u>March 10, 2005</u>                              ADELMAN LAW OFFICES, P.C.

                                        By:     _____
                                                David A. Adelman, Esq.
                                                1320 Tower Road, Suite 114
                                                Schaumburg, IL 60173
                                                Tel: 847/301-4341
                                                Fax: 847/301-4342
                                                E-mail: Adelman@PacaEnforcer.com

**ORDER**

ORDERED

that <u>David A. Adelman</u>, Esq. is admitted to practice, ***pro hac vice***, in the above referenced <u>case</u>, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: <u>March 14, 2005        </u>
          New York, New York                    ____<u>/s/Robert D. Drain                </u>
                                                UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **MOTION FOR ADMISSION TO PRACTICE,** *pro hac vice* was caused to be served by depositing the same in U.S. Mail this 11th day of March, 2005, upon the following:

David J. Baker
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

James S. Carr
Kelley Drey & Warren LLP
101 Park Avenue
New York, NY 10178

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Neil E. Herman
Morgan Lewis & Bockius, LLP
101 Park Ave
New York, NY 10178

David Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

Walter E. Swearington
Levi Lubarsky & Feigenbaum, LLP
845 Third Ave., 21st Floor
New York, NY 10022

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Ave, 21st Floor
New York, NY 10017

Joseph D. Frank
Frank/Gecker LLP
325 N. La Salle Street, Suite 625
Chicago, IL 60610

Laurence May
Angel & Frankel, P.C.
460 Park Ave.
New York, NY 10022

Adam Rosen
Scarcella Rosen & Slome, LLP
333 Earle Ovington Blvd
Ninth Floor
Uniondale, NY 11533

David W. Dykhouse
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

Scott A. Zuber
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

Sarah Robinson Borders
King & Spaulding, LLP
191 Peachtree Street
Atlanta, GA 30303


_____
David A. Adelman, Esq.

ADELMAN LAW OFFICES, P.C.
1320 Tower Road, Suite 114
Schaumburg, IL 60173
Tel:  847/301-4341
Fax: 847/301-4342
E-mail: Adelman@PacaEnforcer.com