## EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                                   :

In re:                                               :

                                                           :        Chapter 11 Case No. 05-11063 (RDD)

WINN-DIXIE STORES, INC., *et al.*,        :

                                                           :        (Jointly Administered)

                                Debtors.    :

                                                           :
--------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. § 327(A) AND RULE 2014(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND RETENTION OF TOGUT, SEGAL & SEGAL LLP AS CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

Upon the application (the "Application") of Winn-Dixie Stores, Inc. and certain of its direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order, pursuant to section 327(a) of the Bankruptcy Code, authorizing the Debtors to employ and retain the law firm of Togut Segal & Segal LLP ("TS&S") as their conflicts counsel; and upon the affidavit of Albert Togut, Esq. (the "Togut Affidavit"); and the Court being satisfied based on the representations made in the Application and the Togut Affidavit that the partners, counsel, and associates of TS&S who will be engaged in this case represent no interest adverse to the Debtors' estates with respect to the matters upon which it is to be engaged, that they are "disinterested persons" as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of this Application and the opportunity for a hearing on this Application was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that, in accordance with section 327(a) of the Bankruptcy Code, the Debtors are authorized to employ and retain TS&S as their conflicts counsel, nunc pro tunc to February 28, 2005, to perform services for the matters which Skadden, Arps, Slate, Meagher, & Flom LLP ("Skadden, Arps") cannot handle due to conflicts, and to perform other discrete duties as are assigned to TS&S by Skadden, Arps as generally described in the Application and the Togut Affidavit; and it is further

**ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2005
    New York, New York

                                                            _____
                                                            United States Bankruptcy Judge