SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC.,** <u>et al.</u>**,** : | Case No. 05-11063 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-----------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF**
**ORDER PURSUANT TO 11 U.S.C. § 327(A) AND RULE 2014(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND RETENTION OF TOGUT, SEGAL & SEGAL LLP AS CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

PLEASE TAKE NOTICE that on March 14, 2005, the Debtors filed (i) the annexed application (the "Application") for entry of an order authorizing and approving the retention of Togut, Segal & Segal ("TS&S") as Conflicts Counsel to the Debtors, effective as of February 28, 2005, pursuant to Title 11 of the United States Code § 327(a) (the "Bankruptcy Code"), and Rules 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and (ii) a proposed order granting such relief (the "Proposed Order").

PLEASE TAKE FURTHER NOTICE that the Proposed Order will be presented for signature to the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 on April 4, 2005.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application and entry of the Proposed Order must be made in writing and received in the chambers of the Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; the Office of the United States Trustee, Attn: Deirdre A. Martini, 33 Whitehall Street, Suite 2100, New York, New York 10004; counsel for the Debtors Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn: D.J. Baker, Esq.; and the undersigned counsel not later that March 28, 2005 at 4:00 p.m. (EDT). Unless objections are received by that time, the Proposed Order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, a hearing will be held in the United States Bankruptcy Court for the Southern District of New York on April 12, 2005, at 10:00 a.m.(EDT). The moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied.

Dated: March 14, 2005
       New York, New York

/s/     *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:   (212) 735-3000
Facsimile:   (212) 735-2000

Attorneys for Debtors