**SONNENSCHEIN NATH & ROSENTHAL LLP**     Hearing Date: 3/15/05 @ 10:00 a.m.
Carole Neville
Jo Christine Reed
1221 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 768-6700

-and-

**CONNOLLY BOVE LODGE & HUTZ LLP**
Karen C. Bifferato
Christina M. Thompson
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

Attorneys for Inland Southeast Bridgewater, L.L.C.,
Inland Southeast Countryside Limited Partnership,
Inland Southeast Lake Olympia Limited Partnership, and
Inland Southeast St. Cloud Limited Partnership

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
**In re:**

**WINN-DIXIE STORES, INC.**, *et al.*,

                **Debtors.**
-----------------------------------------------------------x

**Chapter 11**
 **Case No. 05-11063 (RRD)**
**(Jointly Administered)**

**JOINDER TO VARIOUS LANDLORDS' OBJECTIONS TO MOTION
OF THE DEBTORS FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105,
361, 362, 363, 364(C), AND 364(D) OF THE BANKRUPTCY CODE AND
RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE (I) AUTHORIZING DEBTORS TO OBTAIN SECURED
POST-PETITION FINANCING ON A SUPER-PRIORITY PRIMING
LIEN BASIS AND MODIFYING THE AUTOMATIC STAY,
(II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED
LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE
PROTECTION, AND (III) AUTHORIZING THE REPAYMENT IN FULL OF
<u>ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED LENDERS</u>**

Inland Southeast Bridgewater, L.L.C., Inland Southeast Countryside Limited Partnership, Inland Southeast Lake Olympia Limited Partnership and Inland Southeast St. Cloud Limited Partnership (collectively, "Inland"), by and through its undersigned counsel, hereby files this joinder to the objections filed by various landlords to the *Motion of the Debtors for a Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364(C), And 364(D) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Super-Priority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, and (III) Authorizing the Repayment in Full of All Claims of Debtors' Pre-Petition Secured Lenders* (the "Motion"), and in support thereof, respectfully states as follows:

**BACKGROUND**

1. Winn-Dixie Stores, Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on February 21, 2005 (the "Petition Date"). The Debtors are continuing to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Inland, as landlord, and the Debtors, as tenants are parties to four (4) unexpired leases for non-residential real property (the "Leases") for properties located in Bridgewater, Naples, Ocee and St. Cloud, Florida. The Leases are leases "of real property in a shopping center" as that term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

3. Through the Motion, the Debtors are requesting, among other things, the authority to grant to the Lenders liens directly upon the Leases rather, than upon the proceeds from the sale of any of the Leases.

## OBJECTIONS AND JOINDER

4. Inland objects to the requested relief in the Motion because it could (i) violate the protections afforded to Inland under section 365 of the Bankruptcy Code, (ii) jeopardize financing agreements between Inland and its own lenders, and (iii) adversely affect Inland's ability to maintain the integrity of its shopping centers.

5. Accordingly, Inland hereby joins in the objections (the "Objections") raised by various other landlords to the Motion [Docket Nos. 366, 368, 380 and 392], and to the extent not inconsistent herewith, incorporates the Objections by reference as if set forth fully herein.

WHEREFORE, Inland respectfully requests that the Court enter an order that (i) denies the Motion, or provides that any lien relating to the Leases shall attach only to the proceeds of the sale of the Leases and not to the Leases themselves and (ii) grants such other and further relief as the Court may deem just and proper.

Dated: March 14, 2005                    SONNENSCHEIN NATH & ROSENTHAL LLP


/s/ Jo Christine Reed
Carole Neville (CN 5733)
Jo Christine Reed (JCR 3783)
1221 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 768-6700

             -and-

CONNOLLY BOVE LODGE & HUTZ LLP
Karen C. Bifferato (DE Bar ID 3279)
Christina M. Thompson (DE Bar ID 3976)
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

Attorneys for Inland Southeast Bridgewater, L.L.C., Inland Southeast Countryside Limited Partnership, Inland Southeast Lake Olympia Limited Partnership, and Inland Southeast St. Cloud Limited Partnership