**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 14, 2005, a true and correct copy of the JOINDER TO VARIOUS LANDLORDS' OBJECTIONS TO MOTION OF THE DEBTORS FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364(C), AND 364(D) OF THE BANKRUPTCY CODE AND RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A SUPER-PRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (III) AUTHORIZING THE REPAYMENT IN FULL OF ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED LENDERS, was served on the parties listed on the Service List attached hereto by overnight courier and electronic mail at the addresses indicated herein.

Dated: New York, New York
       March 14, 2005

/s/ Jo Christine Reed
Jo Christine Reed

## Service List

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Richard C. Morrissey, Esq.
Fax No: 212-668-2255

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: D.J. Baker, Esq.
Alexandra Margolis, Esq.
Fax No: 917-777-2150

King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Attn: Sarah Robinson Borders, Esq.
Fax No: 404-572-5100

Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Attn: Jonathan N. Helfat, Esq.
Fax No: 212-682-6104

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Attn: Andrew Tenzer, Esq.
Fax No: 212-848-5252

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
Fax No: 212-530-5219