| | |
|---|---|
| DLA PIPER RUDNICK GRAY CARY US LLP | Return Date: March 10, 2005 |
| 6225 Smith Avenue | 4:00 p.m. |
| Baltimore, Maryland 21209 | Hearing Date: March 15, 2005 |
| Telephone: (410) 580-3000 | 10:00 a.m. |
| Facsimile: (410) 580-3001 | |
| Mark J. Friedman (MF-8849) | |
| Email: *mark.friedman@dlapiper.com* | |

Attorneys for Sara Lee Bakery Group,
a Division of Sara Lee Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
In re                                                                      :
                                                                                 :        Chapter 11
                                                                                 :
**WINN-DIXIE STORES, INC., et al.,**              :        Case No. 05-11063 (RDD)
                                                                                 :
                    Debtors.                                      :        (Jointly Administered)
-------------------------------------------------------------- x

**WITHDRAWAL OF RESPONSE OF SARA LEE BAKERY GROUP TO "CONSIGNMENT ARRANGEMENTS" PORTION OF MOTION FOR AUTHORITY TO TURN OVER CERTAIN FUNDS HELD IN TRUST AND TO CONTINUE PERFORMANCE AND HONOR <u>OBLIGATIONS UNDER CONSIGNMENT ARRANGEMENTS</u>**

Sara Lee Bakery Group, a Division of Sara Lee Corporation ("Sara Lee Bakery"), by and through its undersigned counsel, withdraws its Response (Dkt. 346) (the "Response") of Sara Lee Bakery Group to "Consignment Arrangements" Portion of Motion for Authority to Turn Over Certain Funds and to Continue Performance and Honor Obligations Under Consignment Arrangements (Dkt. 16) based upon the representation by counsel to the Debtors that the pre-petition amount due to Sara Lee Bakery on the Scan Based Trading program (defined in the Response) is accepted and being paid by the Debtors today or as soon as can be effected.

Dated: March 14, 2005
       New York, New York

                        /s/ Mark J. Friedman
                        DLA PIPER RUDNICK GRAY CARY US LLP
                        6225 Smith Avenue
                        Baltimore, Maryland 21209
                        Telephone: (410) 580-3000
                        Facsimile: (410) 580-3001
                        Mark J. Friedman (MF-8849)
                        Email: *mark.friedman@dlapiper.com*

                        Attorneys for Sara Lee Bakery Group, a
                        Division of Sara Lee Corporation

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 14th day of March, 2005, a copy of the Withdrawal of Response of Sara Lee Bakery Group to "Consignment Arrangements" Portion of Motion for Authority to Turn Over Certain Funds and to Continue Performance and Honor Obligations Under Consignment Arrangements was served by facsimile upon the following:

> Richard Morrissey, Esquire
> United States Trustee
> Southern District of New York
> 33 Whitehall Street
> 21st Floor
> New York, NY  10005
> Telephone:  (212) 510-0500
> Facsimile:  (212) 668-2255
>
> D.J. Baker, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY  10036
> Telephone:  (212) 735-2150
> Facsimile:  (917) 777-2150
>
> Sally McDonald Henry, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY  10036
> Telephone:  (212) 735-2150
> Facsimile:  (917) 777-2150
>
> Thomas J. Matz, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY  10036
> Telephone:  (212) 735-2150
> Facsimile:  (917) 777-2150

        Sarah Robinson Borders, Esquire
        King & Spalding LLP
        191 Peachtree Street
        Atlanta, GA  30303
        Telephone:  (404) 572-4600
        Facsimile:  (404) 572-5100

        Dennis Dunne, Esquire
        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, New York  10005
        Facsimile:  (212) 530-5219

and by electronic mail or first class mail, postage prepaid upon the parties on the attached list.

        /s/ Mark J. Friedman

## SERVICE LIST

**David J. Baker**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Dale R. Barginer**
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802

**Matthew Scott Barr**
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

**John P. Brice**
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

**Robert J. Brown**
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507

**W. Steven Bryant**
Locke Liddell & Sapp, LLP
600 Travis Street
# 2600
Houston, TX 77002-3095

**Rachel S. Budke**
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Lee Champion**
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

**Conrad Chiu**
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017

**Neal D. Colton**
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

**David N. Crapo**
Gibbons, Del Del, Dolan, Griffinger
& Vecchione
One Riverfront Plaza
Newark, NJ 07102-5496

**Timothy J. Curtin**
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW
Suite 1700
P.O. Box 352
Grand Rapids, MI 49501-0352

**Robert Dehney**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Paul H. Deutch**
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**Gerard DiConza**
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

**Carolyn Hochstadter Dicker**
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

**David W. Dykhouse**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Henry A. Efroymson**
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

**Judith Elkin**
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

**Earle I. Erman**
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre
Suite 444
Southfield, MI 48034

**Charles J. Filardi, Jr.**
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

**Shawn Randall Fox**
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

**Fox Rothschild, LLP**
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

| | | |
|---|---|---|
| **Joseph D. Frank**<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | **J. Nathan Galbreath**<br>Patton Boggs LLP<br>2001 Ross Avenue<br>Suite 3000<br>Dallas, TX 75201 | **Gary Ginsburg**<br>Neiman Ginsburg & Mairanz, PC<br>39 Broadway, 25th Floor<br>New York, NY 10006 |
| **Danielle K. Greco**<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | **Ira S. Greene**<br>Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY 10022 | **Reginald A. Greene**<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 |
| **Janice Beth Grubin**<br>Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Avenue<br>New York, NY 10022-7519 | **Rudi R. Grueneberg**<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057 | **Marc L. Hamroff**<br>Moritt, Hock & Hamroff, LLP<br>400 Garden City Plaza<br>Suite 202<br>Garden City, NY 11530 |
| **Edwin W. Held, Jr.**<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 | **Larry D. Henin**<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | **Neil E. Herman**<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| **Terrance A. Hiller**<br>Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 | **Robert L. Holladay, Jr.**<br>YoungWilliams P.A.<br>210 E. Capitol Street<br>Suite 2000<br>Jackson, MS 39201 | **Patrick L. Huffstickler**<br>Cox & Smith Incorporated<br>112 E. Pecan Street<br>Suite 1800<br>San Antonio, TX 78205 |
| **Ronald Scott Kaniuk**<br>Taplin & Associates<br>340 Fifth Avenue<br>Suite 2418<br>New York, NY 10118 | **Andrew C. Kassner**<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 | **Alan W. Kornberg**<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| **Stuart A. Krause**<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | **Darryl S. Laddin**<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | **Nina M. Lafleur**<br>Stutsman & Thames, P.A.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202 |
| **David M. Landis**<br>Mateer & Harbert, P.A.<br>225 East Robinson Street<br>Suite 2854<br>Orlando, FL 32802-2854 | **Thomas J. Leanse**<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | **Chris Lenhart**<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 |

**Sharon L. Levine**
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**Alan Jay Lipkin**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Joseph Lubertazzi, Jr.**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Jeffrey S. Margolin**
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

**Laurence May**
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

**Austin L. McMullen**
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

**Derek F. Meek**
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

**Todd C. Meyers, Esq.**
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

**Kathleen M. Miller**
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

**Stephen M. Miller**
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

**Stephan William Milo**
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

**Joseph Thomas Moldovan**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

**Brett S. Moore**
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

**Andrew L. Morrison**
Reed Smith LLP
375 Park Avenue
17th Floor
New York, NY 10152-1799

**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

**Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Bruce S. Nathan**
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

**Carole Neville**
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

**James J. Niemeier**
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

**Barbra R. Parlin**
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

**Aaron D. Patton**
Murray, Frank & Sailer, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

**Geraldine E. Ponto**
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

~BALT1:4154088.v1

| | | |
|---|---|---|
| **Eric T. Ray**<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 306<br>Birmingham, AL 35201-0306 | **Diane G. Reed**<br>Reed and Reed<br>501 N. College Street<br>Waxahachie, TX 75165 | **Jo Christine Reed**<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Steven J. Reisman**<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | **Fred B. Ringel**<br>Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>1345 Avenue of the Americas, 31st Floor<br>New York, NY 10105-0143 | **Adam L. Rosen**<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622 |
| **Avrum J. Rosen**<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743 | **Neal M. Rosenbloom**<br>Finkel Goldstein Rosenbloom Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 | **David S. Rubin**<br>Kantrow Spaht Weaver & Blitzer<br>P.O. Box 2997<br>Baton Rouge, LA 70821 |
| **Paul Rubin**<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 | **Robert B. Rubin**<br>Burr & Forman LLP<br>420 Twentieth Street North<br>Birmingham, AL 35023 | **Shelly D. Rucker**<br>Miller & Martin LLP<br>1000 Volunteer Building<br>832 Georgia Avenue,<br>Chattanooga, TN 37402-2289 |
| **Gregory J. Seketa**<br>40|86 Advisorts Inc.<br>535 N. College Drive<br>Carmel, IN 46032 | **Andrew Howard Sherman**<br>Sills Cummis Radin Tischman Epstein & Gross<br>712 5th Avenue, 20th Floor<br>New York, NY 10019 | **Thomas R. Slome**<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 |
| **Richard G. Smolev**<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | **Eric J. Snyder**<br>Siller Wilk<br>675 Third Avenue<br>9th Floor<br>New York, NY 10017 | **Rick A. Steinberg**<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022 |
| **Sabrina L. Streusand**<br>Hughes & Luce, LLP<br>111 Congress Avenue<br>Suite 900<br>Austin, TX 78701 | **Stephen B. Sutton**<br>Lathrop & Gage, L.C.<br>2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2612 | **Walter E. Swearingen**<br>Levi Lubarsky & Feigenbaum, LLP<br>845 Third Avenue<br>21st Floor<br>New York, NY 10022 |
| **Diana M. Thimmig**<br>Roetzel & Andress<br>1375 East Ninth Street<br>Ninth Floor<br>One Cleveland Center<br>Cleveland, OH 44114 | **Laura L. Torrado**<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179 | **Paul Traub**<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue<br>21st Floor<br>New York, NY 10017 |

**Raymond J. Urbanik**
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue
Suite 4000
Dallas, TX 75202

**Richard Whitney Ward**
2527 Fairmount Street
Dallas, TX 75024

**Michael D. Warner**
Warner, Stevens & Doby, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

**David B. Wheeler**
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

**Stephen D. Wheelis**
Wheelis & Rozanski
2312 S. MacArthur Drive
Alexandria, LA 71301

**William Douglas White**
McCarthy & White PLLC
8180 Greensboro Drive
Suite 875
Mc Lean, VA 22102

**Scott A. Zuber**
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950

**Winn- Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699