## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that I served the attorney below on March 11, 2005, by facsimile and overnight mail for next business day delivery, in addition to the parties I served in the same manner on the 11th day of March, 2005, listed on the Certificate of Service electronically filed the same day, with a copy of the Limited Objection of Northpoint Trading Inc. to the Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) was filed electronically.

      Jonathan Helfant, Esq.
      Otterbourg Steindler Houston & Rosen, PC
      230 Park Avenue
      New York, NY 10169
      Telephone: (212) 661-9100
      Facsimile: (212) 682-6104

                                      s/ Karen Kimmel
                                      Karen Kimmel