GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5496
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Geraldine E. Ponto (GP-2849)
Attorneys for George Weston Bakeries, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              :       **Chapter 11**
                                                   :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**        :       **Case No. 05-11063 (RDD)**
                                                   :
                        Debtors.                   :       **(Jointly Administered)**
--------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Roger A. Fitzgerald, of full age, hereby certify as follows:

1. I am a paralegal employed by the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, A Professional Corporation, attorneys for George Weston Bakeries Inc., a party in interest in the above-captioned matter.

2. On March 14, 2005, I caused a true copy of the Withdrawal of the Limited Objection to Debtors' Motion for Authority to Turn Over Certain Funds Held in Trust and to Continue Performance and Honor Obligations [Docket Numbers 220 and 224] to be served upon the persons listed below by facsimile transmission and electronic mail. The Office of the United States Trustee was served only by facsimile transmission.

| David J. Baker, Esq.<br>Skadden, Arps, Slate,<br>Meagher, and Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Facsimile: 212-735-2000 and<br>917-777-2150<br>jbaker@skadden.com | Sally McDonald Henry, Esq.<br>Skadden, Arps, Slate,<br>Meagher and Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Facsimile: 212-735-2000<br>shenry@skadden.com | Sarah Robinson Borders, Esq.<br>King and Spalding, LLP<br>191 Peachtree Street, N.E.<br>Atlanta, GA 30303-1763<br>Facsimile: 404-572-5100<br>sborders@kslaw.com |

| Richard Morrissey, Esq. Office of the United States Trustee, SDNY 33 Whitehall Street 21st Floor New York, NY 10005 Facsimile: 212-668-2255 | Dennis Dunne, Esq. Milbank, Tweed, Hadley and McCloy, LLP 1 Chase Manhattan Plaza New York, NY 10005 Facsimile: 212-530-5219 ddunne@milbank.com | Brian Walsh, Esq. King and Spalding, LLP 191 Peachtree Street, N.E. Atlanta, GA 30303-1763 Facsimile: 404-572-5100 bwalsh@kslaw.com |
|---|---|---|

I hereby certify that the foregoing statements are true and correct. I am aware that if any of the foregoing statements is willfully false, I am subject to punishment.

                                                    /s/ Roger A. Fitzgerald
                                                    Roger A. Fitzgerald

Dated: Newark, New Jersey
       March 14, 2005