| | |
|---|---|
| HERRICK, FEINSTEIN LLP<br>Paul Rubin (PR-2097)<br>2 Park Avenue<br>New York, New York 10016<br>(212) 592-1400<br>Attorneys for Ernst Properties, Inc. | Return Date: March 15, 2005 at 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re:                                              :   Chapter 11
                                                    :
WINN-DIXIE STORES, INC. et al.,                     :   Case No. 05-11063 (RDD)
                                                    :   (Jointly Administered)
                         Debtors.                   :
------------------------------------------------------------------ x

**JOINDER OF ERNST PROPERTIES, INC. TO LANDLORD OBJECTIONS TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364(c) AND 364(d) AND RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR INTERIM AND FINAL FINANCING ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A SUPER-PRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (III) AUTHORIZING REPAYMENT IN FULL OF ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED LENDERS**

Ernst Properties, Inc., a landlord of Winn-Dixie Montgomery, Inc. (successor to Winn-Dixie Louisiana, Inc.) with respect to a lease of certain real property located in Jefferson Parish, Louisiana, by its undersigned counsel, hereby submits this Joinder to the various Objections of Landlords to the Motion of the Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364(c) and 364(d) and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Super-Priority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, and (III) Authorizing the Repayment in Full of All Claims of Debtors' Pre-Petition Secured Lenders. So as not to burden the Court with repetitive argument, Ernst Properties, Inc. joins in the

objections of other lessor of real property to the Debtors, and incorporates such objections as if fully set forth herein.

Dated:  March 14, 2005
      New York, New York

                HERRICK, FEINSTEIN LLP

                By:___/s/ Paul Rubin_____
                      Paul Rubin (PR-2097)
                2 Park Avenue
                New York, NY 10016
                Telephone: (212) 592-1400

                        -and-

                David Conroy, Esq.
                Milling Benson Woodward L.L.P.
                909 Poydras Street, Suite 2300
                New Orleans, LA  70112-1010
                Telephone: (504) 569-7000

                Co-Counsel for Ernst Properties, Inc.

## Certificate of Service

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Joinder Of Ernst Properties, Inc. To Landlord Objections To Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364(C) And 364(D) And Rules 4001 And 9014 Of The Federal Rules Of Bankruptcy Procedure For Interim And Final Financing Orders (I) Authorizing Debtors To Obtain Secured Post-Petition Financing On A Super-Priority Priming Lien Basis And Modifying The Automatic Stay, (II) Authorizing Debtors To Use Pre-Petition Secured Lenders' Cash Collateral And Granting Adequate Protection, And (III) Authorizing Repayment In Full Of All Claims Of Debtors' Pre-Petition Secured Lenders to be served upon the parties and at the addresses set forth on the annexed service list via facsimile and U.S. Mail, postage prepaid.

Dated: March 14, 2005

/s/ Paul Rubin
Paul Rubin

## SERVICE LIST

Attorneys for the Debtor

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10004
Fax No. (212) 735-2000

Sarah Robinson Borders, Esq.
King & Spalding
191 Peachtree Street
Suite 4900
Atlanta, GA 30303-1763
Fax No. (404) 572-5100

Office of the United States Trustee

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax No. (212) 668-2255

Attorneys for the Official Committee of
Unsecured Creditors

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax No. (212) 530-5219

4