ROETZEL & ANDRESS  
1375 East Ninth Street,  
One Cleveland Center, 9th Floor  
Cleveland, Ohio 44115  
(216) 696-0150  
Diana M. Thimmig

Hearing Date: *3/15/05* @ **10:00 a.m.**

**Attorneys for Chester Dix**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors**

Chapter 11

Case No. 05-11063 (RDD)

(Jointly Administered)

**JOINDER TO VARIOUS LANDLORDS' OBJECTIONS TO MOTION OF THE DEBTORS FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364(C), AND 364(D) OF THE BANKRUPTCY CODE AND RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A SUPER-PRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (III) AUTHORIZING THE REPAYMENT IN FULL OF ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED ENDERS**

Now comes Chester Dix Jeffersontown Corp., Chester Dix Alexandria Corp., Chester Dix Fort Corp., Chester Dix Pikeville Corp., Chester Dix Florence Corp., Chester Dix Newman Corp., Chester Dix Hurst Corp., Chester Dix Lake Corp., Chester Dix Williston Corp., Chester Dix Crawfordville Corp., Chester Dix Crescent Corp., Chester Dix Wauchula Corp., and Chester Dix LaBelle Corp., (collectively referred to as "Chester Dix"), by and through its undersigned counsel, hereby files this joinder to the objections filed by various landlords to the *Motion of the Debtors for a Final Order Pursuant to 11 U.S.C. §§ 105,*

*61, 362, 363, 364(C), and 364(D) of the Bankruptcy Code and Rules 4001 and 9014 the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Super-Priority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, and (III) Authorizing the payment in Full of All Claims of Debtors' Pre-Petition Secured Lenders* (the "Motion"), and in support thereof, respectfully states as follows:

## BACKGROUND

1. Winn-Dixie Stores, Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on February 21, 2005 (the "Petition Date"). The Debtors are continuing to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Chester Dix, as landlord, and the Debtors, as tenants are party to various unexpired leases for non-residential real property (the "Leases"). The Leases are leases "of real property in a shopping center" as that term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.,* 922 F.2d 1081, 1086-87 (3d Cir. 1990).

3. Through the Motion, the Debtors are requesting, among other things, the authority to grant to the Lenders liens directly upon the Leases rather, than upon the proceeds from the sale of any of the Leases.

## OBJECTIONS AND JOINDER

4. Chester Dix objects to the requested relief in the Motion because it could (i) violate the protections afforded to Chester Dix under section 365 of the Bankruptcy Code, (ii) jeopardize financing

agreements between Chester Dix and its own lenders, a (iii) adversely affect Chester Dix's ability to maintain the integrity of its shopping centers.

5. Accordingly, Chester Dix hereby joins in the objections (the" Objections") raised by various other landlords to the Motion [Docket Nos. 366, 368, 380 and 392], and to the extent not inconsistent herewith, incorporates the Objections by reference as if set forth fully herein.

WHEREFORE, Chester Dix respectfully requests that the Court enter an order that (i) denies the Motion, or provides that any lien relating to the Leases shall attach only to the proceeds of the sale of the Leases and not to the Leases themselves and (ii) grants such other and further relief as the Court may deem just and proper.

Dated:  Cleveland, Ohio
        March 1, 2005

**ROETZEL & ANDRESS**

Attorneys for Chester Dix

/s/ Diana M. Thimmig
By: Diana M. Thimmig, Esq.
ROETZEL & ANDRESS
1375 East Ninth Street,
One Cleveland Center, 9th Floor
Cleveland, Ohio  44115
Direct phone: (216) 696-7078
Telecopy: (216) 623-0134
E-Mail: *dthimmig@ralaw.com*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served electronically via the Court's ecf system this <u>14</u>[st] day of March, 2005 to:

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036

United States Trustee
33 Whitehall Street -21st Floor
New York, NY 10004

and all other creditors who have filed Notices of Appearance.

/s/Diana M. Thimmig
*Attorney Chester Dix*

206431.1.111909.0005