SHAPIRO & CROLAND
Alexander G. Benisatto (AGB 6059)
Robert P. Shapiro, Esq. (RPS 1631)
Attorneys at Law
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ 07601
Phone: (201) 488-3900
Fax:    (201) 488-9481
Attorneys for Henschel-Steinau, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re : | |
| : | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., : | |
| : | Case No: 05-11063 (RDD) |
| Debtors. : | (Jointly Administered) |
| : | |
| : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS ON BEHALF OF HENSCHEL-STEINAU, INC.

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), Henschel-Steinau, Inc. ("Henschel"), by and through its counsel, Shapiro & Croland, hereby appears in the above-captioned case and requests that all notices and all papers served or required to be served in this case by the Court, the debtors, and/or any other party-in-interest, be given to and served upon the undersigned at the office address, telephone, telecopier numbers and e-mail set forth below.

> SHAPIRO & CROLAND
> Continental Plaza II
> 411 Hackensack Avenue, 6th Floor
> Hackensack, New Jersey 07601
> Tel: (201) 488-3900
> Fax: (201) 488-9481
> Attn: Alexander G. Benisatto, Esq.
>     abenisatto@shapiro-croland.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, orders, notices of any applications, notices, petitions, pleadings, motions, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, hearing dates, requests, demands and reply and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail delivery, telephone, telex or otherwise, which may affect or seek to affect any rights or interest of the Debtor, Henschel or any property or proceeds in which the Debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that this request, nor its filing and service, shall constitute: (1) the consent of Henschel to the jurisdiction of this Court over it for any purpose or (2) a waiver by Henschel of (a) the right to have matters reviewed de novo by the district court or the reference thereof withdrawn, (b) the right to a trial by jury, or (c) any other rights, remedies, claims, set offs or recoupments which Henschel may have and which Henschel reserves to the full extent permitted by the law.

Dated: March 15, 2005
      Hackensack, NJ

                                        SHAPIRO & CROLAND
                                        Attorneys for Henschel-Steinau, Inc.

                                        By: /s/ Alexander G. Benisatto
                                                Alexander G. Benisatto

## **CERTIFICATE OF SERVICE**

I do hereby certify that on March 15, 2005, a true and correct copy of the above Notice of Appearance and Request for Service of Papers was served by U.S. First Class Mail, postage pre-paid, on each of the parties identified on the attached service list.

Dated: March 15, 2005
       Hackensack, NJ

                         SHAPIRO & CROLAND
                         Attorneys for Henschel-Steinau, Inc.

                         By: /s/ Alexander G. Benisatto
                              Alexander G. Benisatto

## SERVICE LIST

David J. Baker, Esq.
Skadden Arps Slate Meager & Flom, LLP
Four Times Square
New York, NY 10036

Richard C. Morrisey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

Sarah Robinson Borders, Esq.
King & Spaulding, LLP
191 Peachtree St.
Atlanta, GA 30303

Jonathan N. Helfat, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Andrew Tenzer, Esq.
Sherman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022