UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re                                          :
                                               :    Chapter 11
                                               :
WINN-DIXIE STORES, INC., et al.,               :    Case No. 05-11063 (RDD)
                                               :
            Debtors.                           :    (Jointly Administered)
                                               :
----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Jay Frank Castle, hereby certify that, on March 10, 2005, I caused to be served the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business, by causing true and correct copies thereof to be delivered via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: March 14, 2005

Respectfully submitted,

WINN-DIXIE STORES, INC.

By: _____
Jay Frank Castle

Post Office Box B
Jacksonville, Florida 32203
Phone: (904) 783-5069
Fax: (904) 783-5138

## EXHIBIT A

A. Brian Phillips, P.A.
111 N. Orange Avenue
Suite 1030
Orlando, FL  32801

ADA Consultants of NE Florida
Attn: Chip Wilson
3672 Bramble Road
Jacksonville, FL  32210

Adams & Adams
5th Floor, Concord Bldg.
66 West Flagler St.
Miami, FL  33130

Adorno & Yoss, P. A.
2525 Ponce de Leon Blvd., Suite 400
Coral Gables, FL  33134

Adorno & Yoss, P.A.
888 S.E. 3rd Avenue
Ft. Lauderdale, FL  33316

AIB International
1213 Bakers Way
P. O. Box 3999
Manhatttan, KS  66505-3999

Akerman & Senterfitt P.A.
255 South Orange Avenue
Citrus Center
Orlando, FL  32802

Akerman, Senterfitt & Eidson, P.A.
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL  33301

Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street
Suite 2750
Jacksonville, FL  32202

Akerman, Senterfitt & Eidson, P.A.
Sun Trust International
Center One
Miami, FL  33131

Allen, Norton & Blue, P.A.
121 Majorca Ave.
Miami, FL  33134

Armstrong Allen, PLLC
Brinkley Plaza
80 Monroe Avenue
Memphis, TN  38103

Arnall Golden & Gregory, LLP
2800 One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309

Arrick, Peacock, Hodges & Wiener
Two Datran Center, Suite 1500
9130 S. Dadeland Blvd.
Miami, FL  33156

Ashe, Rafuse & Hill, LLP
1355 Peachtree St. NE
Suite 500
Atlanta, GA  30309

Baker & Hostetler
SunBank Center
200 South Orange Avenue
Orlando, FL  32801

Baker & McKenzie
P.O. Box 60309
660 Hansen Way
Palo Alto, CA  94304

Baker, Donelson, Bearman, Caldwell &
Berkowitz
South Trust Tower
420 N. Twentieth Street
Birmingham, AL  35203

Baker, Ravenel & Bender, LLP
1730 Main Street 29201
P. O. Box 8057
Columbia, SC 29202

Barron, Redding, Hughes, Fite, Fensom, et al
P.O. Box 2467
Panama City, FL 32402

Beasley & Holden
435 Court Street
Reno, NV 89501

Bedell, Ditmar, DeVault, Pillans & Coxe
101 E. Adams Street
Jacksonville, FL 32202

Beers, Anderson, Jackson & Smith, P.C.
250 Commerce Street
Suite 100
Montgomery, AL 36104

Bilzin, Sumberg, Dunn, Raena, el al.
First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131

Breaud & Lemoine, PLC
600 Jefferson Street (P. O. Box 3448)
Lafayette, LA 70502

Brigham, Moore, Gaylord, Schuster, et al.
2963 Dupont Ave.
Suite 3
Jacksonville, FL 32217

Brunini Grantham Grower & Hewes, PLLC
1400 Trustmark Building
248 East Capitol Street
Jackson, MS 39205

Bussey, White, McDonough & Freeman, P. A.
105 E. Robinson Street, 4th Floor
Orlando, FL 32801

Cabaniss, Johnston, Gardner, Dumas, et al.
Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Cameron, Hodges, Coleman, Hodges & Wright
P. O. Box 5549
Ocala, FL 34478

Camner, Lipsitz & Poller, P.A.
550 Biltmore Way
Suite 700
Miami, FL 33134

Cantey & Hanger, L.L.P.
2100 Burnett Plaza
801 Cherry Street
Fort Worth, TX 76102

Capell & Howard – Montgomery
150 South Perry Street
Montgomery, AL 36104

Carlock, Copeland, Semler & Stair, LLP
1214 First Avenue, Suite 400
Columbus, GA 31902

Carlock, Copeland, Semler & Stair, LLP
285 Peachtree Cener Avenue, Suite 2600
Atlanta, GA 30303

Carlton Fields
100 S.E. Second St, Ste 4000
Miami, FL 33131

Carlton, Fields, Ward, Emmanuel, et al.
One Harbour Place
777 S. Harbour Island Blvd.
Tampa, FL 33602

Carman, Beauchamp & Sang, P. A.
1936 Lee Road, Suite 250
Winter Park, FL 32789

Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Caskie & Frost
P. O. Box 6360
Lynchburg, VA 24505

Chambless, Higdon, Richardson, Katz & Griggs, LLP
P.O. Box 246
Macon, GA 31202

Christovich & Kearney
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078

Clark Partington Hart Larry Bong & Stackhouse
One Pensacola Plaza
Suite 800
Pensacola, FL 32501

Clarke Silverglate Campbell Williams & Montgomery
799 Brickell Plaza
Suite 900
Miami, FL 33131

Clyatt, Clyatt & Golden
410 North Valdosta Rd.
Valdosta, GA 31603

Coffman, Coleman, Andrews, et al.
800 West Monroe Street
Jacksonville, FL 32202

Cogburn Cogburn Goosmann & Brazil
P. O. Box 7436
Ashville, NC 28801

Coia & Sutton
Biscayne Centre
11900 Biscayne Blvd., Penthouse Suite 808
Miami, FL 33181

Cole, Stone, Stoudemire & Morgan
201 N. Hogan Street, Suite 200
Jacksonville, FL 32202

Collier, Shannon & Scott, PLLC
3050 K Street, N.W.
Suite 400
Washington, DC 20007

Constangy, Brooks & Smith, LLC
Billing Department
P.O. Box 102476
Atlanta, GA 30303

Crawford & Lewis
1600 Bank One Centre-North Tower
450 Laura Street
Baton Rouge, LA 70801

Dinsmore & Shohl, LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202

Doumar, Allsworth, et al.
1177 Southeast Third Ave.
Fort Lauderdale, FL 33316

Dubois & Cruickshank
2060 Delta Way
P. O. Drawer 1509
Tallahassee, FL 32302

Ellis, Lawhorne & Sims
1501 Main Street, 5th Floor
Columbia, SC 29202

Epstein Becker & Green, P.C.
945 East Paces Ferry Road
Suite 2700
Atlanta, GA 30326

Epstein Becker & Green, P.C.
201 S. Biscayne Blvd, 10th Flr
Miami, FL 33131

Eraclides, Johns, Hall, Gelman, Eikner
& Johannessen, LLP
4811 Atlantic Blvd.
Jacksonville, FL 32207

Fain, Major, Wiley & Brennan, P.C.
100 Glenridge Point Parkway
Suite 500
Atlanta, GA 30342

Foley & Lardner LLP
One Independent Drive
Suite 1300
Jacksonville, FL 32202

Forman, Perry, Watkins, Krutz & Tardy
Twelfth Floor
One Jackson Place
Jackson, MS 39225

Fowler White Boggs Banker
501 1st Avenue North, Suite 900,
P. O. Box 210
St. Petersburg, FL 33701

Fowler White Boggs Banker
501 East Kennedy Blvd., Suite 1700
P. O. Box 1438 (33601)
Tampa, FL 33602

Fowler White Boggs Banker
5811 Pelican Bay Blvd., Suite 600
Naples, FL 34108

Fowler White Boggs Banker
P. O. Box 1567
Ft. Myers, FL 33902

Franke, Rainey & Salloum
2605 14th St.
Gulfport, MS 39501

Frazer Hubbard Brandt Trask &
Yacavone, LLP
595 Main Street
Dunedin, FL 34698

Gaines, Gaines, & Rasco, P.C.
127 North Street
Talladega, AL 35160

Gaunt, Pratt, Radford & Methe
Horizons Bldg., Suite 500
1401 Forum Way
West Palm Beach, FL 33401

George, Hartz, Lundeen, Fulmer,
Johnstone, King & Stevens
2866 East Oakland Park Blvd.
Ft. Lauderdale, FL 33306

Gibbes, Gallivan, White & Boyd
One Liberty Square, 55 Beattie Place,
Suite 1200
P. O. Box 10589 (29603)
Greenville, SC 29601

Gonzalez, Saggio & Harlan, L.L.P.
Carew Tower
441 Vine Street
Cincinnati, OH 45202

Gonzalez, Saggio & Harlan, L.L.P.
225 East Michigan
4th Floor
Milwaukee, WS 53202

Goodwin Raup, PC
3030 North Third Street
Suite 1300
Phoenix, AZ 85012

Gray Robinson
301 E. Pine Street
Suite 1400
Orlando, FL 32801

Grimball & Cabaniss
473 Savannah Highway
P.O. Box 816
Charleston, SC 29407

Hagood & Kerr, PA
400 Hibben Street
Suite 200
Mount Pleasant, SC 29464

Hall, Rodgers, Millikan & Croom, PLLC
1225 Crescent Green, Suite 100
Cary, NC 27511

Harris & Harris
5300 Bee Cave Road, Bldg. III, Suite 200
P. O. Box 26534 (78731)
Austin, TX 78746

Hassell, Moorhead & Carroll
149 S. Ridgewood Ave., Ste. 301
P.O. Box 2229
Daytona Beach, FL 32115

Haynesworth, Sinkler & Boyd
P. O. Box 2048
Greenville, SC 29602

Haynesworth, Sinkler & Boyd
P. O. Box 340
Charleston, SC 29402

Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Montgomery, AL 36104

Holland & Knight
P.O. Box 32092
Lakeland, FL 33802

Holloway, Dobson & Bachman, Inc.
211 N. Robinson
Suite 900
Oklahoma City, OK 73102

Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Pkwy, Ste 600
Atlanta, Georgia 30339

Hornbeck, Krahl, Vitalie & Braun
3711 N. Classen
Oklahoma City, OK 73118

Howrey, Simon, Arnold & White
550 South Hope Street
Suite 1400
Los Angeles, CA 9007

Howrey, Simon, Arnold & White
1299 Pennsylvania Ave NW
Washington, DC 20004

Hurley, Rogner, Miller, Cox, Waranch & Westcott, PA
1560 Orange Ave., Suite 500
Winter Park, FL 32789

J. Gordon Rothwell, P. A.
560 First Ave., N.
St. Petersburg, FL 33701

Jeanneret & Associates
Attn: Richard Jeanneret, Ph.D.
601 Jefferson, Suite 3900
Houston, TX 77002

Johnson, Smith, Hibbard & Wildman Law Firm
220 North Church Street
Spartanburg, SC 29306

Jones, Walker, Waetcher, Poitevent, et al.
Place St. Charles
201 St. Charles Avenue
New Orleans, LA 70170

Katz, Kutter, Haigler, Alderman et al
106 E. College Avenue
12th Floor
Tallahassee, FL 32301

Kaufman Dickstein & Grunspan, P.A.
200 S. Biscayme Blvd. Ste 4650
Miami, FL 33131

Kelley, Kronenberg, Gilmartin, Fichtel
& Wander, PA
2655 Lejeune Road
Penthouse1, Suite C
Coral Gables, FL 33134

Kiesewetter Wise Kaplan Schwimmer &
Prather, PLC
3725 Champion Hills Drive
Suite 3000
Memphis, TN 38125

Kilpatrick Stockton, L.L.P.
1400 First Union Bank Bldg.
P.O. Box 2043
Augusta, GA 30903

Kilpatrick Stockton, L.L.P.
P.O. Box 945614
1100 Peachtree Street
Atlanta, GA 30392

Korge & Korge
230 Palermo Avenue
Miami, FL 33134

Kritzer & Levick, P.C.
6400 Powers Ferry Road
Suite 224
Atlanta, GA 30339

Landrum & Shouse
106 West Vine Street
P.O. Box 951
Lexingon, KY 40588-0951

Landry & Lavelle
3822 Elysian Field Ave.
New Orleans, LA 70122

Lane, Alton & Horst, LLC
175 South Third Street
Columbus, OH 43215-5100

Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101

Langston, Hess, Bolton, Znosko &
Shepard, P.A.
Bank of America Bldg.
2400 1st Street, Suite 212
Ft. Myers, FL 33901

Langston, Hess, Bolton, Znosko &
Shepard, P.A.
P. O. Box 945050
111 South Maitland Ave.
Maitland, FL 32794

Latham & Watkins
1001 Pennsylvania Ave, N.W.
Suite 1300
Washington, DC 20004

Law Office of Geoffrey D. Swindler
711 N. Lincoln Street
Spokane, WA 99201

Law Office of Steven E. Scheer
P. O. Box 11047
Savannah, GA 31412

Law Offices of Rick J. Bearfield
Wesley Plaza
Suite 1
Johnson City, TN 37602

Law Tech, L.L.C.
220 East Forsyth Street
South Suite
Jacksonville, FL 32202

Leatherwood, Walker, Todd & Mann, P.C.
P.O. Box 87
Greenville, SC 29602

Leatherwood, Walker, Todd & Mann, P.C.
1451 East Main Street
Spartanburg, SC 29304

LeBoeuf, Lamb, Greene & MacRae
50 North Laura Street
Suite 2800
Jacksonville, FL 32202

LeClair Ryan
707 East Main Street
Eleventh Floor
Richmond, VA 23219

Lee & McInish, PC
P.O. Box 1665
238 West Main Street
Dothan, AL 36302

Lehr, Middlebrooks, Price & Vreeland, P.C.
2021 3rd Ave North
Birmingham, AL 35203

Leitner, Williams, Dooley & Napolitan
Pioneer Bldg., Third Floor
Chattanooga, TN 37402-2612

Liles, Gavin, Costantino & Murphy
225 Water Street, Ste 1500
Jacksonville, FL 32202

Litvak & Beasley, LLP
SunTrust Tower, Suite 205
220 West Garden Street
Pensacola, FL 32591

Locke Liddell & Sapp LLP
2200 Ross Avenue
Suite 2200
Dallas, TX 75201

Long, Aldridge & Norman
303 PeachTree Street
Suite 5300
Atlanta, GA 30308

Lyons, Pipes & Cook
2 North Royal Street
Mobile, AL 36602

Manning Fulton & Skinner, PA
3605 Glenwood Avenue, Suite 500
Raleigh, NC 27612

Marlow, Connell, Valerius, Abrams, Adler & Newman
One East Broward Blvd., Suite 905
Ft. Lauderdale, FL 33301

Marlow, Connell, Valerius, Abrams, Adler, Newman & Lewis
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, FL 33146

Marshall, Dennehey, Warner, Coleman & Goggin
13 East Bay Street
Jacksonville, FL 32202

McAfee & Taft
2 Leadership Square
Tenth Floor
Oklahoma City, OK 73102

McAngus, Goudelock & Courie, PLLC
P. O. Box 30307
Charlotte, NC 28230

McCalla, Thompson, Pyburn, et al.
Poydras Center
650 Poydras Street
New Orleans, LA 70130

McConnaughhay, Duffy, Coonrad & Pope
3220 S.W. 33rd Road
Ocala, FL 34474

McConnaughhay, Duffy, Coonrad & Pope
P. O. Drawer 229
Tallahassee, FL 32302

McGlinchey Stafford
643 Magazine Street
New Orleans, LA 70130

McGuire Woods, LLP
Bank of America Plaza
101 South Tryon Street
Charlotte, NC 28280

McGuire Woods, LLP
Court Square Building
310 Fourth Street N.E.
Charlottesville, VA 22902

McGuire Woods, LLP
50 North Laura Street
Suite 3300
Jacksonville, FL 32202

Middleton & Reutlinger
2500 Brown & Williamson Tower
Louisville, KY 40202

Miller & Martin, PLLC
832 Georgia Ave., Ste 1000
Chattanooga, TN 37402

Minno Law Firm
2062 Thomasville Road
Tallahassee, FL 32308

Morford & Whitefield, P.A.
4040 Woodcock Drive
Suite 202
Jacksonville, FL 32207

National Registry of Food Safety Professionals
P. O. Box 850001
Orlando, FL 32885-0341

Nelson Mullins Riley & Scarborough, L.L.P.
151 Meeting Street
Liberty Building, Suite 500
Charleston, SC 29401

Nelson Mullins Riley & Scarborough, L.L.P.
1320 Main Street, 17th Floor
P.O. Box 11070
Columbia, SC 29201

Ogletree, Deakins, Nash, Smoak & Stewart, L.L.P.
600 Peachtree Street
N.E. Suite 2100
Atlanta, GA 30308

Ogletree, Deakins, Nash, Smoak & Stewart, L.L.P.
1501 Main Street
Suite 600
Columbia, SC 29201

Ogletree, Deakins, Nash, Smoak & Stewart, L.L.P.
300 North Main Street
Greenville, SC 29602

Ogletree, Deakins, Nash, Smoak & Stewart, L.L.P.
2301 Sugar Bush Road
Suite 501 (27612)
Raleigh, NC 27622

Oliver, Maner & Gray
218 State Street, West
Savannah, GA 31412

Olsson, Frank and Weeda, P.C.
1400 Sixteenth Street, N.W.
Suite 400
Washington, DC 20036

Ostendorf, Tate, Barnett & Wells, LLP
650 Poydras Street, Suite 1460
New Orleans, LA 70130

Parker, Poe, Adams & Bernstein L.L.P.
401 S Tryon Street
Suite 3000
Charlotte, NC 28202

Parker, Poe, Adams & Bernstein L.L.P.
First Union Capitol Center
150 Fayetteville Street Mall
Raleigh, NC 27602

Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

Poyner & Spruill, LLP
3600 Glenwood Avenue
Raleigh, NC 27612

Poyner & Spruill, LLP
One Wachovia Center
201 South College Street, Suite 2300
Charlotte, NC 28202-6021

PPM Consultants
2630 Queenstown Road
Birmingham, AL 35210

Rigdon, Alexander & Rigdon
200 East Robinson St., Suite 1150
P. O. Box 3668
Orlando, FL 32802

Rogers, Towers, Bailey, Jones & Gay
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207

Rollnick & Linden, P.A.
133 Sevilla Avenue
Miami, FL 33134

Ruden, McClosky, Smith, Schuster & Russell, P.A.
P.O. Box 1900
Fort Lauderdale, FL 33302

Ruden, McClosky, Smith, Schuster & Russell, P.A.
401 East Jackson Street
27th Floor
Tampa, FL 33602

Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Montgomery, AL 36101

Saalfield, Coulson, Shad & Jay, P. A.
1000 First Union Tower
225 Water Street
Jacksonville, FL 32202

Samson & Powers
2408 14th Street
Gulfport, MS 39501

Sands, Anderson, Marks & Miller
P. O. Box 1998
Richmond, VA 23219

Schropp, Buell & Elligett, P.A.
3003 W. Azeele Street
Suite 100
Tampa, FL 33609

Shell, Fleming, Davis & Menge
226 Palafox Place
Ninth Floor, Seville Tower
Pensacola, FL 32501

Smith, Andrews & Brady
Biglo Mansion Office Bldg.
4807 Bayshore Blvd., Suite 200
Tampa, FL 33681

Smith, Helms, Mulliss & Moore, L.L.P.
First Union Tower
300 North Greene Street
Greensboro, NC 27420

Smith, Rolfe & Skavdahl Co., LPA
1014 Vine Street, Suite 2350
Cincinnati, OH 45202-1119

Smith, Spires & Peddy, P.C.
2015 Second Avenue North
Suite 200
Birmingham, AL 35203

Stafford, Stewart & Potter
3112 Jackson Street, P.O. Box 1711
Alexandria, LA 71309

Stokes McMillan & Maracini, P.A.
2 S. Biscayne Blvd.
Suite 3750
Miami, FL 33131

Stoll, Keenon & Park, LLP
201 C North Main Street
Henderson, KY 42420

Stoll, Keenon & Park, LLP
300 West Vine Street
Suite 2100
Lexington, KY 40507

Sullivan Ward Bone Tyler & Asher, P.C.
25800 Northwestern Hwy.
1000 Maccabees Center, PO Box 222
Southfield, MI 48037-0222

Swift, Currie, McGee & Hiers
The Peachtree, 1355 Peachtree St., NE
Suite 300
Atlanta, GA 30309-3238

Taylor, Wellons, Politz & Duhe, APLC
1515 Poydras Street
Suite 1900
New Orleans, LA 70112

Teague Campbell Dennis & Gorham, LLP
1621 Midtown Place
Raleigh, NC 27609

Templeton & Raynor
1800 East Blvd.
Charlotte, NC 28203

Tew, Cardenas, Rebak, Kellogg, et al.
Miami Center
201 South Biscayne Blvd.
Miami, FL 33131

Thomas, Kayden, Horstemeyer & Risley, LLP
100 Galleria Parkway, Ste 1750
Atlanta, GA 30339

Tomchin & Odom, P.A.
214 North Clay Street
Jacksonville, FL 32202

Trinchard & Trinchard
858 Camp Street
New Orleans, LA 70130

Turner, Padget, Graham & Laney, P.A.
1901 Main Street
Suite 1700
Columbia, SC 29202

Universsal Designers & Consultants, Inc.
Attn: James DiLuigi
6 Grant Avenue
Tacoma Park, MD 20912

Ward Law Firm
P. O. Box 5663
Spartenburg, SC 29302

Warren E. Mouledoux, Jr., P.L.C.
833 Fourth Street
Gretna, LA 70053

Weber & Rose
2400 Aegon Center
400 West Market Center
Louisville, KY 40202

Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A.
Grove Plaza Bldg., 5th Floor
2900 Middle Street (S.W. 28th Terr.)
Miami, FL 33133

Wilkins, Stephens & Tipton
P.O. Box 13429
Jackson, MS 39239

Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006

Woods, Rogers & Hazlegrove, P.L.C.
Post Office Box 14125
Roanoke, VA 24038

Wyatt, Tarrant & Combs
Citizens Plaza
Louisville, KY 40202

Bob Reynolds
Reynolds Associates
1620 School Street
Suite 106B
Moraga, CA 94556

Ronald Ames, MAI, SRA
Ames Appraisal Services
4401 N. Federal Highway
Suite 204
Boca Raton, FL 33431

Robert Lanzillotti, Ph.D.
Info Tech
5700 S.W. 34th Street
Suite 1235
Gainesville, FL 32608