## UNITED STATES BANKRUPTY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | **Case No. 05-11063 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about March 11, 2005, I caused copies of:

- **the Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures For Resolving Requests For Additional Assurance [D.I. 360]**

   to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: March 15, 2005

Kathleen M. Logan

Code: U3

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                           **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 50-03<br>ABERCROMBIE OIL (VA)<br>200 RIVER STREET<br>DANVILLE VA 24540 | CREDITOR ID: 240792-10<br>ACCESS INTEGRATED NETWORKS<br>PO BOX 23039<br>COLUMBUS GA 31902-3039 | CREDITOR ID: 53-03<br>ADAMS PROFESSIONAL WASTEWATER SVC<br>PO BOX 1703<br>GRETNA LA 70054-1703 |
| CREDITOR ID: 55-03<br>AEP<br>PO BOX 24413<br>CANTON OH 44701 | CREDITOR ID: 56-03<br>AEP KENTUCKY POWER CO.<br>FINANCIAL REPORTING DIVISION<br>ONE RIVERSIDE PLAZA, 26TH FLOOR<br>COLUMBUS OH 43215 | CREDITOR ID: 57-03<br>AEP KINGSPORT POWER CO.<br>FINANCIAL REPORTING DIVISION<br>ONE RIVERSIDE PLAZA, 26TH FLOOR<br>COLUMBUS OH 43215 |
| CREDITOR ID: 58-03<br>AEP PUBLIC SERVICE CO. OF OKLAHOMA<br>PO BOX 21928<br>TULSA OK 74121 | CREDITOR ID: 60-03<br>ALABAMA GAS CORP.<br>20 TWENTIETH STREET, S<br>BIRMINGHAM AL 35295 | CREDITOR ID: 61-03<br>ALABAMA POWER<br>600 NORTH 18TH STREET<br>PO BOX 2641<br>BIRMINGHAM AL 35291 |
| CREDITOR ID: 62-03<br>ALABASTER WATER BOARD<br>PO BOX 528<br>ALABASTER AL 35007-0528 | CREDITOR ID: 63-03<br>ALAFAYA UTILITIES<br>PO BOX 161149<br>ALTAMONTE SPRINGS FL 32716 | CREDITOR ID: 2886-04<br>ALL SERVICE REFUSE<br>751 N.W. 31ST AVENUE<br>FT. LAUDERDALE FL 33311 |
| CREDITOR ID: 66-03<br>ALLGAS<br>3600 MERIDIAN STREET NORTH<br>HUNTSVILLE AL 35811 | CREDITOR ID: 240795-10<br>ALLTEL<br>PO BOX 9001908<br>LOUISVILLE KY 40290-1908 | CREDITOR ID: 240793-10<br>ALLTEL<br>PAID THREW P CARD<br>PO BOX 96019<br>CHARLOTTE NC 28296-0019 |
| CREDITOR ID: 240794-10<br>ALLTEL<br>PO BOX 530533<br>ATLANTA GA 30353-0533 | CREDITOR ID: 67-03<br>ALOHA UTILITIES<br>2514 ALOHA PLACE<br>HOLIDAY FL 34691 | CREDITOR ID: 69-03<br>AMERICAN BEAUTY GENERAL PTRSHIP<br>12859 N. KENDALL DRIVE<br>MIAMI FL 33186 |
| CREDITOR ID: 70-03<br>AMERICAN POWER AND WATER<br>PO BOX 727<br>OLSMAR FL 34677-0727 | CREDITOR ID: 240796-10<br>AMERICAS CALL CENTER<br>7901 BAYMEADOWS WAY SUITE 14<br>JACKSONVILLE FL 32256 | CREDITOR ID: 73-03<br>AMERIGAS<br>451 W. HOWELL STREET<br>HARTWELL GA 30643-1026 |
| CREDITOR ID: 75-03<br>AMERIGAS<br>PO BOX 965<br>VALLEY FORGE PA 19482 | CREDITOR ID: 77-03<br>AMERIGAS<br>2522 RIDGEFIELD STREET NE<br>ROANOKE VA 24012-4534 | CREDITOR ID: 74-03<br>AMERIGAS<br>309 S. BRIGHTFIELD<br>SMITHFIELD NC 27577-2130 |
| CREDITOR ID: 72-03<br>AMERIGAS<br>2812 SILVER STAR ROAD<br>ORLANDO FL 32808 | CREDITOR ID: 76-03<br>AMERIGAS<br>PO BOX 69<br>MONCKS CORNER SC 29461-0069 | CREDITOR ID: 240797-10<br>ARCH WIRELESS<br>P O BOX 660770<br>DALLAS TX 75266-0770 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2887-04<br>ARENA TRUCKING<br>PO BOX 8<br>RICE VA 23966 | CREDITOR ID: 2888-04<br>ARROW DISPOSAL<br>ATTN: CUSTOMER SERVICE<br>PO BOX 130<br>ABBEVILLE AL 36310 | CREDITOR ID: 86-03<br>ASCENSION WATER CO.<br>PO BOX 96003<br>BATON ROUGE LA 70896 |
| CREDITOR ID: 240803-10<br>AT&T<br>PO BOX 22111<br>TULSA OK 74121-2111 | CREDITOR ID: 240800-10<br>AT&T<br>PO BOX 830018<br>BALTIMORE MD 21283-0018 | CREDITOR ID: 240798-10<br>AT&T<br>CONSUMER LEASE SERVICES<br>PO BOX 78973<br>PHOENIX AZ 85062-8973 |
| CREDITOR ID: 240799-10<br>AT&T<br>PO BOX 78225<br>PHOENIX AZ 85062-8225 | CREDITOR ID: 240804-10<br>AT&T<br>PO BOX 9001310<br>LOUISVILLE KY 40290-1310 | CREDITOR ID: 240806-10<br>AT&T WIRELESS<br>PAID THREW P CARD<br>PO BOX 105773<br>ATLANTA GA 30348-8773 |
| CREDITOR ID: 240801-10<br>AT&T WIRELESS<br>PAID THREW P CARD<br>PO BOX 8220<br>AURORA IL 60572-0220 | CREDITOR ID: 240802-10<br>AT&T WIRELESS<br>PO BOX 8228<br>AURORA IL 60572-0228 | CREDITOR ID: 87-03<br>ATHENS CLARKE COUNTY WATER<br>596 PRINCE AVENUE<br>ATHENS GA 30603 |
| CREDITOR ID: 88-03<br>ATHENS UTILITIES<br>PO BOX 1089<br>ATHENS AL 35612 | CREDITOR ID: 89-03<br>ATLANTA GAS LIGHT<br>89 ANNEX<br>ATLANTA GA 30389 | CREDITOR ID: 92-03<br>ATMOS ENERGY<br>PO BOX 660062<br>DALLAS TX 75266 |
| CREDITOR ID: 93-03<br>ATMOS ENERGY<br>PO BOX 660064<br>DALLAS TX 75266 | CREDITOR ID: 94-03<br>ATMOS ENERGY CORP.<br>PO BOX 650708<br>DALLAS TX 75265 | CREDITOR ID: 2890-04<br>ATS DEVELOPMENT, INC.<br>PO BOX 211989<br>COLUMBIA SC 29221 |
| CREDITOR ID: 95-03<br>AUBURN WATER SYSTEM<br>3097 LOCKE AVENUE<br>CRESTVIEW FL 32536 | CREDITOR ID: 96-03<br>AUBURN WATER WORKS<br>PO BOX 3508<br>AUBURN AL 36831-3508 | CREDITOR ID: 98-03<br>AUGUSTA RICHMOND UTILITIES<br>530 GREENE STREET<br>AUGUSTA GA 30911-0001 |
| CREDITOR ID: 100-03<br>AUSTELL NATURAL GAS SYSTEM<br>2838 WASHINGTON STREET<br>AUSTELL GA 30106 | CREDITOR ID: 240838-10<br>AVANT, DONNA<br>2827 WILLOW SWAMP RD<br>ISLANDTON SC 29929 | CREDITOR ID: 240807-10<br>AVAYA INC<br>PAID THREW P CARD<br>PO BOX 5125<br>CAROL STREAM IL 60197-5125 |
| CREDITOR ID: 107-03<br>BALGAS/TECO PROPANE<br>3506 PROSPECT AVENUE<br>NAPLES FL 34104 | CREDITOR ID: 110-03<br>BAREFOOT BAY WATER & SEWER<br>931 BAREFOOT BAY<br>BAREFOOT BAY FL 32976-7619 | CREDITOR ID: 111-03<br>BARFIELD GAS<br>312 OLD QUITMAN RD.<br>PO BOX 990<br>ADEL GA 31620 |

SERVICE LIST

Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                              **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 113-03<br>BATESBURG-LEESVILLE<br>PO BOX 26<br>BATESBURG SC 29006-0026 | CREDITOR ID: 116-03<br>BAY CITIES GAS<br>9029 DENTON AVENUE<br>HUDSON FL 34667-4340 | CREDITOR ID: 117-03<br>BAY COUNTY<br>PO BOX 1230<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 118-03<br>BAY LAUREL CENTER<br>8700 SW 99TH STREET<br>OCALA FL 34481 | CREDITOR ID: 121-03<br>BEAUFORT JASPER WATER & SEWER<br>PO BOX 729<br>BEAUFORT SC 29901 | CREDITOR ID: 240808-10<br>BELL SOUTH<br>ATTN:  REGIONAL SUMMARY BILL<br>PO BOX 105320<br>ATLANTA GA 30348 |
| CREDITOR ID: 127-03<br>BENDERSON DEVELOPMENT<br>570 DELWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 2891-04<br>BENFIELDS SANITATION<br>ATTN: BENFIELD<br>282 SCOTTS CREEK ROAD<br>STATESVILLE NC 28677 | CREDITOR ID: 129-03<br>BESSEMER UTILITIES<br>PO BOX 1246<br>BESSEMER AL 35021-1246 |
| CREDITOR ID: 2742-04<br>BFI<br>2875 LOWERY STREET<br>WINSTON-SALEM NC 27101 | CREDITOR ID: 2740-04<br>BFI<br>ATTN: JOHN LILLY<br>2825 WEST CARTER VALLEY RD.<br>CHURCH HILL TN 37642 | CREDITOR ID: 2743-04<br>BFI<br>3303 N. GLENN AVENUE<br>WINSTON-SALEM NC 27105 |
| CREDITOR ID: 2746-04<br>BFI<br>ATTN: ALICE RHODES<br>PO BOX 9001215<br>LOUISVILLE KY 40290-1215 | CREDITOR ID: 2744-04<br>BFI<br>341 24TH ST.<br>ROANOKE VA 24017 | CREDITOR ID: 2747-04<br>BFI<br>ATTN: ALICE RHODES<br>PO BOX 9001216<br>LOUISVILLE KY 40290-1216 |
| CREDITOR ID: 2745-04<br>BFI<br>PO BOX 27943<br>RALEIGH NC 27611 | CREDITOR ID: 2739-04<br>BFI<br>1831 AVON STREET EXTENSION<br>CHRVILLE VA 22902 | CREDITOR ID: 2741-04<br>BFI<br>ATTN: JACQUELINE WASHINGTON<br>2875 LOWERY STREET<br>WINSTON-SALEM NC 27101 |
| CREDITOR ID: 2749-04<br>BFI<br>PO BOX 9001607<br>LOUISVILLE KY 40290-1607 | CREDITOR ID: 2738-04<br>BFI<br>124 GREEN DR.<br>YORKTOWN VA 23692 | CREDITOR ID: 2754-04<br>BFI & WASTE MANAGEMENT<br>PO BOX 9001607<br>LOUISVILLE KY 40290-1607 |
| CREDITOR ID: 130-03<br>BIG SANDY RURAL ELEC COOP CORP.<br>504 11TH STREET<br>PAINTSVILLE KY 41240 | CREDITOR ID: 2892-04<br>BIOLOGIX<br>1561 FAIRVIEW AVENUE<br>ST. LOUIS MO 63132 | CREDITOR ID: 132-03<br>BIRMINGHAM METRO TECHNOLOGY<br>PO BOX 19203<br>BIRMINGHAM AL 35219 |
| CREDITOR ID: 133-03<br>BIRMINGHAM WATER WORKS<br>PO BOX 830269<br>BIRMINGHAM AL 35283-0269 | CREDITOR ID: 134-03<br>BLOSSMAN GAS<br>PO BOX 2176<br>SANFORD NC 27331 | CREDITOR ID: 135-03<br>BLUE CREEK UTILITIES<br>2965 RICHLANDS HIGHWAY<br>JACKSONVILLE NC 28540 |

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 138-03<br>BONITA SPRINGS UTILITIES<br>PO BOX 2368<br>BONITA SPRINGS FL 34133-2368 | CREDITOR ID: 2755-04<br>BOONE<br>10203 PINELAND DRIVE<br>WALDO FL 32694 | CREDITOR ID: 140-03<br>BOWLING GREEN MUNICIPAL<br>801 CENTER STREET<br>BOWLING GREEN KY 42102-7300 |
| CREDITOR ID: 142-03<br>BP ENERGY<br>PO BOX 848119<br>DALLAS TX 75284 | CREDITOR ID: 240811-10<br>BRANDENBURG TEL CO INC<br>P O BOX 599<br>BRANDENBURG KY 40108-0599 | CREDITOR ID: 146-03<br>BRENT UTILITIES BOARD<br>PO BOX 220<br>BRENT AL 35034-0220 |
| CREDITOR ID: 240812-10<br>BRIDGECOM WIRELESS GULFCOAST LLC<br>2395 E GAUSE BLVD  STE 3<br>SLIDELL LA 70461 | CREDITOR ID: 149-03<br>BROAD RIVER WATER AUTHORITY<br>PO BOX 37<br>SPRINGDALE NC 28160 | CREDITOR ID: 157-03<br>BUTLER LP GAS<br>PO BOX 782<br>WALTERBORO SC 29488-0782 |
| CREDITOR ID: 159-03<br>CALHOUN CITY WATER<br>PO BOX E<br>CALHOUN CITY MS 38916 | CREDITOR ID: 163-03<br>CANPRO INVESTMENTS<br>621 N.W. 53RD STREET<br>BOCA RATON FL 33487 | CREDITOR ID: 164-03<br>CANTON MUNICIPAL UTILITIES<br>PO BOX 114<br>CANTON MS 39046 |
| CREDITOR ID: 165-03<br>CARL COOK GAS<br>207 N. 15TH STREET<br>IMMOKALEE FL 34142 | CREDITOR ID: 166-03<br>CAROLANE PROPANE<br>339 S. MAIN STREET<br>LEXINGTON NC 27292 | CREDITOR ID: 167-03<br>CAROLINA WATER SERVICE<br>PO BOX 240908<br>CHARLOTTE NC 28224-0908 |
| CREDITOR ID: 172-03<br>CB RICHARD ELLIS<br>201 E. KENNEDY BLVD., SUITE 1121<br>TAMPA FL 33602 | CREDITOR ID: 173-03<br>CBL & ASSOCIATES MGMT.INC.<br>6148 LEE HIGHWAY<br>CHATTANOOGA TN 37421-6511 | CREDITOR ID: 174-03<br>CBSI<br>PO BOX 261689<br>TAMPA FL 33685-1689 |
| CREDITOR ID: 2756-04<br>CCC<br>3034 CHARLESTON HIGHWAY/PMB#F-179<br>WEST COLUMBIA SC 29172 | CREDITOR ID: 2757-04<br>CCC OF COLUMBIA<br>3168 CHARLESTON HIGHWAY<br>COLUMBIA SC 29170 | CREDITOR ID: 2758-04<br>CCC WASTE REMOVAL SERVICES<br>ATTN: KIM SELVEY<br>1010 ROGERS BRIDGE ROAD<br>DUNCAN SC 29334 |
| CREDITOR ID: 2760-04<br>CCC/BFI<br>ATTN: SHARON PARK<br>PO BOX 219<br>PINEVILLE NC 28134 | CREDITOR ID: 240813-10<br>CELLULAR ONE<br>PO BOX 17380<br>BALTIMORE MD 21297-1380 | CREDITOR ID: 240814-10<br>CELLULAR ONE<br>PO BOX 742550<br>CINCINNATI OH 45274-2550 |
| CREDITOR ID: 175-03<br>CENTERPOINT ENERGY<br>PO BOX 1325<br>HOUSTON TX 77251-1325 | CREDITOR ID: 176-03<br>CENTERPOINT ENERGY<br>1377 E. COLLEGE<br>SEGUIN TX 78155 | CREDITOR ID: 177-03<br>CENTRAL FLORIDA ELEC COOP INC.<br>1124 NORTH YOUNG BLVD.<br>PO BOX 9<br>CHIEFLAND FL 32626 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                     **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 178-03<br>CENTRAL FLORIDA GAS<br>PO BOX 960<br>WINTER HAVEN FL 33882 | CREDITOR ID: 179-03<br>CENTRAL LOUISIANA ELEC CO. INC.<br>PO BOX 5000<br>PINEVILLE LA 71361 | CREDITOR ID: 240816-10<br>CENTURYTEL<br>PO BOX 6000<br>MARION LA 71260-6001 |
| CREDITOR ID: 240815-10<br>CENTURYTEL<br>371 BERT KOUNS IND LOOP<br>SHREVEPORT LA 71106 | CREDITOR ID: 240817-10<br>CENTURYTEL<br>PO BOX 6001<br>MARION LA 71260-6001 | CREDITOR ID: 181-03<br>CHARLESTON COMMISSION PUBLIC WORKS<br>PO BOX 568<br>CHARLESTON SC 29402-0568 |
| CREDITOR ID: 182-03<br>CHARLOTTE COUNTY<br>PO BOX 516000<br>PUNTA GORDA FL 33951-6000 | CREDITOR ID: 183-03<br>CHARLOTTE MECKLENBURG UTILITY<br>600 E. TRADE STREET<br>CHARLOTTE NC 28250 | CREDITOR ID: 185-03<br>CHATTANOOGA GAS CO.<br>6125 PRESERVATION DRIVE<br>CHATTANOOGA TN 37416-3652 |
| CREDITOR ID: 188-03<br>CHESTER METROPOLITAN DISTRICT<br>PO BOX 550<br>CHESTER SC 29706-0550 | CREDITOR ID: 240818-10<br>CHESTER TELEPHONE CO<br>PO BOX 189<br>CHESTER SC 29706-0189 | CREDITOR ID: 189-03<br>CHESTERFIELD COUNTY UTILITIES<br>PO BOX 26725<br>RICHMOND VA 23285-0089 |
| CREDITOR ID: 190-03<br>CHIEFLAND TRU-VAL<br>1610 N. YOUNG BLVD.<br>PO BOX 191<br>CHIEFLAND FL 32644-0191 | CREDITOR ID: 192-03<br>CHILDERSBURG WATERWORKS SEWER & GAS<br>117 SIXTH AVENUE SW<br>CHILDERSBURG AL 35044-1645 | CREDITOR ID: 194-03<br>CHOCTAWHATCHE ELEC COOP INC.<br>PO BOX 512<br>DEFUNIAK SPRINGS FL 32435 |
| CREDITOR ID: 240820-10<br>CINCINNATI BELL TELEPHONE CO<br>PO BOX # 741811<br>CINCINNATI OH 45274-1811 | CREDITOR ID: 240819-10<br>CINCINNATI BELL TELEPHONE CO<br>RPC 102-315<br>201 EAST 4TH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 195-03<br>CINCINNATI GAS & ELECTRIC CO.<br>139 E. 4TH STREET<br>CINCINNATI OH 45202 |
| CREDITOR ID: 240824-10<br>CINGULAR WIRELESS<br>PO BOX 650584<br>DALLAS TX 75265-0584 | CREDITOR ID: 240823-10<br>CINGULAR WIRELESS<br>PO BOX 650553<br>DALLAS TX 75265-0553 | CREDITOR ID: 240822-10<br>CINGULAR WIRELESS<br>PO BOX 31488<br>TAMPA FL 33631-3488 |
| CREDITOR ID: 240821-10<br>CINGULAR WIRELESS<br>PO BOX 30523<br>TAMPA FL 33630-3523 | CREDITOR ID: 240825-10<br>CITIZENS TELEPHONE CO<br>P O BOX 1137<br>BREVARD NC 28712-1137 | CREDITOR ID: 240826-10<br>CITIZENS TELEPHONE CO<br>P O BOX 33069<br>CHARLOTTE NC 28233-3069 |
| CREDITOR ID: 198-03<br>CITRUS COUNTY UTILITIES<br>3600 W SOVEREIGN PATH<br>LECANTO FL 34461 | CREDITOR ID: 49-03<br>CITY OF ABBEVILLE<br>PO BOX 639<br>ABBEVILLE SC 29620-0639 | CREDITOR ID: 48-03<br>CITY OF ABBEVILLE<br>PO BOX 1170<br>ABBEVILLE LA 70510-5194 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 51-03<br>CITY OF ABERDEEN<br>PO BOX 817<br>ABERDEEN MS 39730 | CREDITOR ID: 52-03<br>CITY OF ABILENE<br>PO BOX 3479<br>ABILENE TX 79604-3479 | CREDITOR ID: 54-03<br>CITY OF ADEL<br>PO BOX 658<br>ADEL GA 31620-0658 |
| CREDITOR ID: 2980-04<br>CITY OF AIKEN<br>250 DUPONT DR., N.E.<br>AIKEN SC 29801 | CREDITOR ID: 59-03<br>CITY OF AIKEN<br>PO BOX 1608<br>AIKEN SC 29802-1608 | CREDITOR ID: 64-03<br>CITY OF ALBANY<br>207 PINE AVENUE<br>ALBANY GA 31703-7601 |
| CREDITOR ID: 65-03<br>CITY OF ALEXANDER CITY<br>PO BOX 552<br>ALEXANDER CITY AL 35011-0552 | CREDITOR ID: 68-03<br>CITY OF ALTAMONTE SPRINGS<br>CITY HALL<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 71-03<br>CITY OF AMERICUS<br>PO BOX M<br>AMERICUS GA 31709 |
| CREDITOR ID: 2983-04<br>CITY OF AMITE<br>212 EAST OAK STREET<br>AMITE LA 70422-2818 | CREDITOR ID: 79-03<br>CITY OF ANDALUSIA<br>PO BOX 790<br>ANDALUSIA AL 36420 | CREDITOR ID: 80-03<br>CITY OF ANDERSON<br>314 TRIBBLE STREET<br>ANDERSON SC 29624 |
| CREDITOR ID: 81-03<br>CITY OF ANNISTON<br>131 W. 11TH STREET<br>ANNISTON AL 36202 | CREDITOR ID: 83-03<br>CITY OF APOPKA<br>PO DRAWER 1188<br>APOPKA FL 32704-1188 | CREDITOR ID: 3057-04<br>CITY OF ARCADIA<br>PO BOX 191<br>ARCADIA FL 34265-0191 |
| CREDITOR ID: 85-03<br>CITY OF ARLINGTON<br>PO BOX 90020<br>ARLINGTON TX 76004 | CREDITOR ID: 2984-04<br>CITY OF ASHEBORO<br>146 N. CHURCH ST.<br>ASHEBORO NC 27203 | CREDITOR ID: 90-03<br>CITY OF ATLANTA<br>55 TRINITY AVENUE S.W.<br>ATLANTA GA 30303 |
| CREDITOR ID: 91-03<br>CITY OF ATMORE<br>PO DRAWER 1296<br>ATMORE AL 36504 | CREDITOR ID: 97-03<br>CITY OF AUBURNDALE<br>PO BOX 186<br>AUBURNDALE FL 33823 | CREDITOR ID: 2985-04<br>CITY OF AUGUSTA<br>327 PONCE DELEON AVE.<br>NORTH AUGUSTA SC 29841 |
| CREDITOR ID: 99-03<br>CITY OF AUGUSTINE<br>PO DRAWER 210<br>ST AUGUSTINE FL 32085 | CREDITOR ID: 101-03<br>CITY OF AUSTELL<br>2716 BROAD STREET<br>AUSTELL GA 30106 | CREDITOR ID: 2977-04<br>CITY OF AVON PARK<br>110 EAST MAIN STREET<br>AVON PARK FL 33825 |
| CREDITOR ID: 103-03<br>CITY OF BAINBRIDGE<br>PO BOX 158<br>BAINBRIDGE GA 39818 | CREDITOR ID: 104-03<br>CITY OF BAKER<br>PO BOX 707<br>BAKER LA 70704 | CREDITOR ID: 108-03<br>CITY OF BARBOURVILLE<br>UTILITIES COMMISSION<br>DANIEL BOONE DRIVE<br>PO BOX 1600<br>BARBOURVILLE KY 40906 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 109-03<br>CITY OF BARDSTOWN<br>PO BOX 368<br>BARDSTOWN KY 40004 | CREDITOR ID: 112-03<br>CITY OF BARTOW<br>450 N. WILSON AVENUE<br>BARTOW FL 33831 | CREDITOR ID: 114-03<br>CITY OF BATON ROUGE<br>PO BOX 96091<br>BATON ROUGE LA 70896 |
| CREDITOR ID: 115-03<br>CITY OF BAXLEY<br>PO BOX 290<br>BAXLEY GA 31515 | CREDITOR ID: 119-03<br>CITY OF BAY MINNETTE<br>PO BOX 1207<br>BAY MINETTE AL 36507-1207 | CREDITOR ID: 120-03<br>CITY OF BAY ST LOUIS<br>PO BOX 2550<br>BAY ST LOUIS MS 39521 |
| CREDITOR ID: 122-03<br>CITY OF BEAUFORT<br>PO BOX 1167<br>BEAUFORT SC 29901-1167 | CREDITOR ID: 123-03<br>CITY OF BEDFORD<br>215 EAST MAIN STREET<br>BEDFORD VA 24523 | CREDITOR ID: 124-03<br>CITY OF BELLE GLADE<br>MUNICIPAL COMPLEX<br>BELLE GLADE FL 33430-3930 |
| CREDITOR ID: 125-03<br>CITY OF BELLEVIEW<br>5343 S.E. ABSHIER BLVD.<br>BELLEVIEW FL 34420 | CREDITOR ID: 126-03<br>CITY OF BELTON<br>PO BOX 828<br>BELTON SC 29627-0828 | CREDITOR ID: 128-03<br>CITY OF BENNETTSVILLE<br>PO BOX 1036<br>BENNETTSVILLE SC 29512-1036 |
| CREDITOR ID: 131-03<br>CITY OF BILOXI<br>PO BOX 349<br>BILOXI MS 39533 | CREDITOR ID: 136-03<br>CITY OF BOCA RATON<br>PO BOX 628247<br>ORLANDO FL 32862-8247 | CREDITOR ID: 137-03<br>CITY OF BOGALUSA<br>214 ARKANSAS STREET<br>BOGALUSA LA 70429 |
| CREDITOR ID: 141-03<br>CITY OF BOYNTON BEACH<br>PO BOX 310<br>BOYNTON BEACH FL 33425 | CREDITOR ID: 3060-04<br>CITY OF BRADENTON<br>PO BOX 30565<br>TAMPA FL 33630-3565 | CREDITOR ID: 144-03<br>CITY OF BRANDON<br>PO BOX 1539<br>BRANDON MS 39043 |
| CREDITOR ID: 145-03<br>CITY OF BREAUX BRIDGE,<br>101 BERARD STREET<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 147-03<br>CITY OF BREVARD<br>151 W. MAIN STREET<br>BREVARD NC 28712 | CREDITOR ID: 148-03<br>CITY OF BREWTON<br>PO BOX 368<br>BREWTON AL 36427-0368 |
| CREDITOR ID: 150-03<br>CITY OF BROOKHAVEN<br>PO BOX 560<br>BROOKHAVEN MS 39602 | CREDITOR ID: 3061-04<br>CITY OF BROOKSVILLE<br>PO BOX 656<br>BROOKSVILLE FL 34605-0656 | CREDITOR ID: 153-03<br>CITY OF BRUNSWICK<br>PO BOX 550<br>BRUNSWICK GA 31521 |
| CREDITOR ID: 154-03<br>CITY OF BUNKIE<br>PO BOX 630<br>BUNKIE LA 71322 | CREDITOR ID: 155-03<br>CITY OF BURLINGTON<br>PO BOX 1358<br>BURLINGTON NC 27216 | CREDITOR ID: 156-03<br>CITY OF BUSHNELL<br>ATTN: JOAN<br>PO BOX 115<br>BUSHNELL FL 33513-0115 |

**SERVICE LIST**

**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 158-03<br>CITY OF CAIRO<br>200 FIRST AVENUE SW<br>CAIRO GA 39828 | CREDITOR ID: 161-03<br>CITY OF CAMDEN<br>PO BOX 7002<br>CAMDEN SC 29020 | CREDITOR ID: 162-03<br>CITY OF CAMILLA<br>PO BOX 328<br>CAMILLA GA 31730 |
| CREDITOR ID: 168-03<br>CITY OF CARTERSVILLE<br>PO BOX 1390<br>CARTERSVILLE GA 30120 | CREDITOR ID: 169-03<br>CITY OF CARY<br>PO BOX 8049<br>CARY NC 27512 | CREDITOR ID: 170-03<br>CITY OF CASSELBERRY<br>PO BOX 180819<br>CASSELBERRY FL 32718 |
| CREDITOR ID: 2992-04<br>CITY OF CAYCE<br>1800 12TH STREET<br>PO BOX 2004<br>CAYCE SC 29171 | CREDITOR ID: 171-03<br>CITY OF CAYCE<br>PO BOX 2004<br>CAYCE SC 29171 | CREDITOR ID: 184-03<br>CITY OF CHARLOTTE<br>PO BOX 33831<br>CHARLOTTE NC 28233 |
| CREDITOR ID: 186-03<br>CITY OF CHATTANOOGA<br>537 CHERRY STREET<br>CHATTANOOGA TN 37402 | CREDITOR ID: 191-03<br>CITY OF CHIEFLAND<br>214 E. PARK AVENUE<br>CHIEFLAND FL 32626 | CREDITOR ID: 193-03<br>CITY OF CHIPLEY<br>PO BOX 1007<br>CHIPLEY FL 32428-1007 |
| CREDITOR ID: 196-03<br>CITY OF CINCINNATI<br>4747 SPRING GROVE<br>CINCINNATI OH 45232 | CREDITOR ID: 199-03<br>CITY OF CLANTON<br>PO BOX 580<br>CLANTON AL 35045 | CREDITOR ID: 202-03<br>CITY OF CLAXTON<br>PO BOX 829<br>CLAXTON GA 30417 |
| CREDITOR ID: 2993-04<br>CITY OF CLEARWATER<br>400 NORTH MYRTLE AVENUE<br>CLEARWATER FL 33755 | CREDITOR ID: 207-03<br>CITY OF CLEARWATER<br>400 N. MYRTLE AVENUE<br>CLEARWATER FL 33755 | CREDITOR ID: 208-03<br>CITY OF CLEMSON<br>PO BOX 1584<br>CLEMSON SC 29633 |
| CREDITOR ID: 210-03<br>CITY OF CLERMONT<br>PO BOX 120219<br>CLERMONT FL 34712 | CREDITOR ID: 211-03<br>CITY OF CLEVELAND<br>PO BOX 1439<br>CLEVELAND MS 38732 | CREDITOR ID: 213-03<br>CITY OF CLINTON<br>PO BOX 156<br>CLINTON MS 39060 |
| CREDITOR ID: 220-03<br>CITY OF COCOA<br>PO BOX 1808<br>COCOA FL 32923 | CREDITOR ID: 219-03<br>CITY OF COCOA BEACH<br>2 S. ORLANDO AVENUE<br>COCOA BEACH FL 32932 | CREDITOR ID: 221-03<br>CITY OF COCONUT CREEK<br>PO BOX 934007<br>COCONUT CREEK FL 33093 |
| CREDITOR ID: 231-03<br>CITY OF COLUMBIA<br>PO BOX 7997<br>COLUMBIA SC 29202 | CREDITOR ID: 230-03<br>CITY OF COLUMBIA<br>201 2ND STREET<br>COLUMBIA MS 39429 | CREDITOR ID: 232-03<br>CITY OF COLUMBIANA<br>107 MILDRED STREET<br>COLUMBIANA AL 35051 |

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                   **CASE:   05-11063 (RDD)**

CREDITOR ID: 239-03
CITY OF CONWAY
PO BOX 1507
CONWAY SC 29526

CREDITOR ID: 241-03
CITY OF CORDELE
501 N. 7TH STREET
CORDELE GA 31010

CREDITOR ID: 242-03
CITY OF CORNELIA
PO BOX 217
CORNELIA GA 30531

CREDITOR ID: 246-03
CITY OF COVINGTON
PO BOX 778
COVINGTON LA 70434

CREDITOR ID: 245-03
CITY OF COVINGTON
PO BOX 1527
COVINGTON GA 30015

CREDITOR ID: 249-03
CITY OF CRESCENT CITY
115 N. SUMMIT STREET
CRESCENT CITY FL 32112

CREDITOR ID: 250-03
CITY OF CRESTVIEW
PO BOX 1209
CRESTVIEW FL 32536

CREDITOR ID: 256-03
CITY OF DADE CITY
PO BOX 1355
DADE CITY FL 33526

CREDITOR ID: 258-03
CITY OF DALLAS
CITY HALL
DALLAS TX 75277

CREDITOR ID: 261-03
CITY OF DANIA BEACH
100 W. DANIA BEACH BLVD.
DANIA BEACH FL 33004

CREDITOR ID: 262-03
CITY OF DANVILLE
PO BOX 3308
DANVILLE VA 24543

CREDITOR ID: 263-03
CITY OF DAPHNE
600 DAPHNE AVENUE
PO BOX 2550
DAPHNE AL 36526-2550

CREDITOR ID: 267-03
CITY OF DAYTONA BEACH
PO BOX 911047
ORLANDO FL 32891

CREDITOR ID: 266-03
CITY OF DAYTONA BEACH SHORES
3050 S. ATLANTIC AVENUE
DAYTONA BEACH SHORES FL 32118

CREDITOR ID: 270-03
CITY OF DECATUR
PO BOX 2232
DECATUR AL 35609

CREDITOR ID: 2994-04
CITY OF DEERFIELD
150 N.E. 2ND AVENUE
DEERFIELD BEACH FL 33441

CREDITOR ID: 271-03
CITY OF DEERFIELD BEACH
150 N.E. 2ND AVENUE
DEERFIELD BEACH FL 33441

CREDITOR ID: 272-03
CITY OF DEFUNIAK SPRINGS
PO BOX 685
DEFUNIAK SPRINGS FL 32435

CREDITOR ID: 275-03
CITY OF DELAND
PO BOX 620908
ORLANDO FL 32862

CREDITOR ID: 276-03
CITY OF DELRAY BEACH
PO BOX 3108
DELRAY BEACH FL 33447

CREDITOR ID: 279-03
CITY OF DENHAM SPRINGS
PO BOX 1629
DENHAM SPRING LA 70727

CREDITOR ID: 283-03
CITY OF DIBERVILLE
PO BOX 6327
DIBERVILLE MS 39532

CREDITOR ID: 255-03
CITY OF D'IBERVILLE
PO BOX 6327
DIBERVILLE MS 39532

CREDITOR ID: 284-03
CITY OF DILLON
PO BOX 431
DILLON SC 29536

CREDITOR ID: 292-03
CITY OF DONALDSONVILLE
PO BOX 470
DONALDSONVLLE LA 70346

CREDITOR ID: 293-03
CITY OF DOTHAN
200 KILGORE DRIVE
PO BOX 2128
DOTHAN AL 36301

CREDITOR ID: 294-03
CITY OF DOUGLAS
PO BOX 470
DOUGLAS GA 31534

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                       **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2997-04<br>CITY OF DOUGLASVILLE<br>PO BOX 1157<br>DOUGLASVILLE GA 30133-1157 | CREDITOR ID: 296-03<br>CITY OF DUBLIN<br>PO BOX 690<br>DUBLIN GA 31040 | CREDITOR ID: 299-03<br>CITY OF DUNEDIN<br>PO BOX 2039<br>DUNEDIN FL 34697 |
| CREDITOR ID: 300-03<br>CITY OF DUNN<br>PO BOX 1107<br>DUNN NC 28335 | CREDITOR ID: 301-03<br>CITY OF DURHAM<br>PO BOX 591<br>DURHAM NC 27702 | CREDITOR ID: 307-03<br>CITY OF EAST POINT<br>2777 E. POINT STREET<br>EAST POINT GA 30344 |
| CREDITOR ID: 310-03<br>CITY OF EDEN<br>308 E. STADIUM DRIVE<br>EDEN NC 27288 | CREDITOR ID: 313-03<br>CITY OF EDGEWATER<br>PO DRAWER 1190<br>EDGEWATER FL 32132 | CREDITOR ID: 314-03<br>CITY OF ELIZABETH CITY<br>PO BOX 347<br>ELIZABETH CITY NC 27907 |
| CREDITOR ID: 315-03<br>CITY OF ELIZABETHTON<br>136 S. SYCAMORE STREET<br>ELIZABETHTON TN 37643 | CREDITOR ID: 2999-04<br>CITY OF ELIZABETHTON<br>729 SOUTH SYCAMORE STREET<br>ELIZABETHTON TN 37643 | CREDITOR ID: 3000-04<br>CITY OF EMPORIA<br>PO BOX 511<br>EMPORIA VA 23847 |
| CREDITOR ID: 320-03<br>CITY OF EMPORIA<br>201 S. MAIN STREET<br>EMPORIA VA 23847 | CREDITOR ID: 329-03<br>CITY OF EUNICE<br>PO BOX 1106<br>EUNICE LA 70535 | CREDITOR ID: 330-03<br>CITY OF EUPORA<br>102 E. CLARK AVENUE<br>EUPORA MS 39744 |
| CREDITOR ID: 331-03<br>CITY OF EUSTIS<br>PO DRAWER 68<br>EUSTIS FL 32727 | CREDITOR ID: 332-03<br>CITY OF FAIRFIELD<br>5360 PLEASANT AVENUE<br>FAIRFIELD OH 45014 | CREDITOR ID: 333-03<br>CITY OF FAIRHOPE<br>PO DRAWER 429<br>FAIRHOPE AL 36533-0429 |
| CREDITOR ID: 3001-04<br>CITY OF FERNANDINA<br>PO BOX 418<br>FERNANDINA BEACH FL 32035-0418 | CREDITOR ID: 3002-04<br>CITY OF FITZGERALD LANDFILL<br>544 CAMP BROOKLYN ROAD<br>FITZGERALD GA 31750 | CREDITOR ID: 3003-04<br>CITY OF FIZGERALD<br>PO DRAWER F<br>FITZGERALD GA 31750 |
| CREDITOR ID: 345-03<br>CITY OF FLORENCE<br>650 RICKWOOD ROAD<br>FLORENCE AL 35630 | CREDITOR ID: 346-03<br>CITY OF FLORENCE<br>DIVISION CITY COUNTY COMPLEX ZZ<br>FLORENCE SC 29501 | CREDITOR ID: 356-03<br>CITY OF FLOWOOD<br>300 CASTLEWOODS BLVD.<br>BRANSON MO 65615 |
| CREDITOR ID: 357-03<br>CITY OF FOLEY<br>PO BOX 2050<br>FOLEY AL 36536 | CREDITOR ID: 363-03<br>CITY OF FOREST<br>PO BOX 298<br>FOREST MS 39074 | CREDITOR ID: 367-03<br>CITY OF FORT WALTON<br>PO BOX 4009<br>FT WALTON BEACH FL 32549 |

**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:   WINN-DIXIE STORES, INC.**                    **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 369-03<br>CITY OF FORT WORTH<br>6800 FOREST HILL DRIVE<br>FORT WORTH TX 76140-1212 | CREDITOR ID: 373-03<br>CITY OF FRANKLIN<br>PO BOX 567<br>FRANKLIN LA 70538 | CREDITOR ID: 374-03<br>CITY OF FRANKLIN<br>207 2ND AVENUE<br>FRANKLIN VA 23851 |
| CREDITOR ID: 372-03<br>CITY OF FRANKLIN<br>PO BOX 179<br>FRANKLIN VA 23851 | CREDITOR ID: 378-03<br>CITY OF FRUITLAND<br>506 W. BERCKMAN STREET<br>FRUITLAND PARK FL 34731 | CREDITOR ID: 379-03<br>CITY OF FT LAUDERDALE<br>MUNICIPAL SERVICES<br>FORT LAUDERDALE FL 33302 |
| CREDITOR ID: 386-03<br>CITY OF GAINESVILLE<br>PO BOX 105666<br>ATLANTA GA 30348 | CREDITOR ID: 387-03<br>CITY OF GARLAND<br>PO BOX 461508<br>GARLAND TX 75046 | CREDITOR ID: 389-03<br>CITY OF GASTONIA<br>PO BOX 1748<br>GASTONIA NC 28052 |
| CREDITOR ID: 388-03<br>CITY OF GASTONIA<br>PO BOX 8600<br>GASTONIA NC 28053 | CREDITOR ID: 391-03<br>CITY OF GEORGETOWN<br>DRAWER 939<br>PO BOX 1146<br>GEORGETOWN SC 29442 | CREDITOR ID: 397-03<br>CITY OF GLASGOW<br>PO BOX 666<br>GLASGOW KY 42141 |
| CREDITOR ID: 400-03<br>CITY OF GOLDSBORO<br>DRAWER A<br>GOLDSBORO NC 27533 | CREDITOR ID: 401-03<br>CITY OF GONZALES<br>120 S. IRMA BLVD.<br>GONZALES LA 70737 | CREDITOR ID: 403-03<br>CITY OF GRAHAM<br>PO DRAWER 357<br>GRAHAM NC 27253-0357 |
| CREDITOR ID: 406-03<br>CITY OF GRAPEVINE<br>PO BOX 2503<br>GRAPEVINE TX 76099 | CREDITOR ID: 409-03<br>CITY OF GREEN COVE SPRINGS<br>CITY HALL<br>229 WALNUT STREET<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 411-03<br>CITY OF GREENEVILLE<br>PO BOX 1690<br>GREENEVILLE TN 37744 |
| CREDITOR ID: 412-03<br>CITY OF GREENSBORO<br>PO BOX 1170<br>GREENSBORO NC 27402 | CREDITOR ID: 3005-04<br>CITY OF GREENWOOD<br>PO BOX 40<br>GREENWOOD SC 29646 | CREDITOR ID: 421-03<br>CITY OF GRIFFIN<br>PO BOX T<br>GRIFFIN GA 30224 |
| CREDITOR ID: 424-03<br>CITY OF GULF BREEZE<br>PO BOX 640<br>GULF BREEZE FL 32562-0640 | CREDITOR ID: 427-03<br>CITY OF GULF SHORES,<br>PO BOX 1229<br>GULF SHORES AL 36547-1229 | CREDITOR ID: 3064-04<br>CITY OF GULFPORT<br>5330 23RD AVENUE SOUTH<br>GULFPORT FL 33707 |
| CREDITOR ID: 428-03<br>CITY OF GULFPORT<br>PO BOX 5187<br>GULFPORT FL 33737 | CREDITOR ID: 429-03<br>CITY OF GULFPORT<br>PO BOX JJ<br>GULFPORT MS 39502 | CREDITOR ID: 693-03<br>CITY OF GULFPORT, THE<br>ATTN: MARGARET MURDOCK<br>2309 15TH STREET<br>GULFPORT MS 39501 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 432-03<br>CITY OF HAINES CITY<br>PO BOX 1507<br>HAINES CITY FL 33845 | CREDITOR ID: 433-03<br>CITY OF HALLANDALE<br>400 S. FEDERAL HIGHWAY<br>HALLANDALE FL 33009 | CREDITOR ID: 434-03<br>CITY OF HALTOM CITY<br>5024 BROADWAY AVENUE<br>HALTOM CITY TX 76117 |
| CREDITOR ID: 436-03<br>CITY OF HAMMOND<br>UTILITY DEPT.<br>PO BOX 2788<br>HAMMOND LA 70404 | CREDITOR ID: 441-03<br>CITY OF HARTSVILLE<br>PO DRAWER 2467<br>HARTSVILLE SC 29551 | CREDITOR ID: 3007-04<br>CITY OF HARTSVILLE<br>PO BOX 2467<br>HARTSVILLE SC 29551 |
| CREDITOR ID: 442-03<br>CITY OF HARTWELL<br>PO BOX 309<br>HARTWELL GA 30643 | CREDITOR ID: 444-03<br>CITY OF HAVELOCK<br>PO BOX 368<br>HAVELOCK NC 28532-0368 | CREDITOR ID: 445-03<br>CITY OF HAW RIVER<br>PO BOX 103<br>HAW RIVER NC 27258 |
| CREDITOR ID: 3008-04<br>CITY OF HAZARD<br>PO BOX 420<br>HAZARD KY 41702 | CREDITOR ID: 449-03<br>CITY OF HELENA<br>PO BOX 369<br>HELENA GA 31037 | CREDITOR ID: 450-03<br>CITY OF HENDERSON<br>PO BOX 1434<br>HENDERSON NC 27536 |
| CREDITOR ID: 459-03<br>CITY OF HIALEAH<br>PO BOX 9106<br>HIALEAH FL 33012 | CREDITOR ID: 460-03<br>CITY OF HICKORY<br>PO BOX 398<br>HICKORY NC 28603 | CREDITOR ID: 461-03<br>CITY OF HIGH POINT<br>PO BOX 10039<br>HIGH POINT NC 27261 |
| CREDITOR ID: 462-03<br>CITY OF HIGH SPRINGS<br>110 N.W. 1ST AVENUE<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 468-03<br>CITY OF HINESVILLE<br>115 EAST M. L. KING JR. DRIVE<br>HINESVILLE GA 31313 | CREDITOR ID: 472-03<br>CITY OF HOLLY HILL<br>1065 RIDGEWOOD AVENUE<br>HOLLY HILL FL 32117 |
| CREDITOR ID: 473-03<br>CITY OF HOLLYWOOD<br>PO BOX 229045<br>HOLLYWOOD FL 33022 | CREDITOR ID: 474-03<br>CITY OF HOMESTEAD<br>CUSTOMER SERVICE<br>HOMESTEAD FL 33090 | CREDITOR ID: 480-03<br>CITY OF HOUSTON<br>PO BOX 548<br>HOUSTON MS 38851 |
| CREDITOR ID: 487-03<br>CITY OF HUNTSVILLE<br>PO BOX 2048<br>HUNTSVILLE AL 35804 | CREDITOR ID: 488-03<br>CITY OF HURST<br>1505 PRECINCT LINE ROAD<br>HURST TX 76054 | CREDITOR ID: 498-03<br>CITY OF INVERNESS<br>PO BOX 1205<br>INVERNESS FL 34451 |
| CREDITOR ID: 500-03<br>CITY OF JACKSON<br>PO BOX 1595<br>JACKSON MS 39215 | CREDITOR ID: 505-03<br>CITY OF JACKSONVILLE<br>PO BOX 1390<br>JACKSONVILLE TX 75766 | CREDITOR ID: 504-03<br>CITY OF JACKSONVILLE<br>PO BOX 128<br>JACKSONVILLE NC 28541 |

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 501-03<br>CITY OF JACKSONVILLE BEACH<br>11 NORTH THIRD STREET<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 512-03<br>CITY OF JENNINGS<br>PO BOX 1249<br>JENNINGS LA 70546 | CREDITOR ID: 513-03<br>CITY OF JESUP<br>PO BOX 427<br>JESUP GA 31598 |
| CREDITOR ID: 515-03<br>CITY OF JOHNSON CITY<br>100 NORTH ROAN STREET<br>BOX 1636<br>JOHNSON CITY TN 37605 | CREDITOR ID: 520-03<br>CITY OF KANNAPOLIS<br>PO BOX 1190<br>KANNAPOLIS NC 28082 | CREDITOR ID: 521-03<br>CITY OF KELLER<br>640 JOHNSON ROAD<br>KELLER TX 76244 |
| CREDITOR ID: 524-03<br>CITY OF KEY WEST<br>PO DRAWER 6100<br>KEY WEST FL 33041 | CREDITOR ID: 525-03<br>CITY OF KILGORE<br>PO BOX 990<br>KILGORE TX 75663 | CREDITOR ID: 526-03<br>CITY OF KILLEEN<br>PO BOX 549<br>KILLEEN TX 76540 |
| CREDITOR ID: 3012-04<br>CITY OF KINGS MOUNTAIN<br>NORTH PIEDMONT STREET<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 529-03<br>CITY OF KINGS MOUNTAIN<br>PO BOX 429<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 530-03<br>CITY OF KINGSLAND<br>PO BOX 250<br>KINGSLAND GA 31548 |
| CREDITOR ID: 531-03<br>CITY OF KINGSPORT<br>225 W. CENTER STREET<br>KINGSPORT TN 37660 | CREDITOR ID: 3013-04<br>CITY OF KINSTON<br>207 EAST KING ST.<br>KINSTON NC 28502 | CREDITOR ID: 532-03<br>CITY OF KINSTON<br>207 E. KING STREET<br>KINSTON NC 28502 |
| CREDITOR ID: 537-03<br>CITY OF LABELLE<br>PO BOX 458<br>LABELLE FL 33975 | CREDITOR ID: 538-03<br>CITY OF LACY-LAKEVIEW<br>PO DRAWER 154549<br>WACO TX 76715-4549 | CREDITOR ID: 540-03<br>CITY OF LAFAYETTE<br>1314 WALKER ROAD<br>PO BOX 4017-C<br>LAFAYETTE LA 70506 |
| CREDITOR ID: 542-03<br>CITY OF LAGRANGE<br>PO BOX 430<br>LAGRANGE GA 30241-0430 | CREDITOR ID: 3014-04<br>CITY OF LAGRANGE<br>PO BOX 430<br>LAGRANGE GA 30241-0430 | CREDITOR ID: 544-03<br>CITY OF LAKE CITY<br>150 NW ALCHUA AVENUE<br>PO BOX 1687<br>LAKE CITY FL 32056-1687 |
| CREDITOR ID: 546-03<br>CITY OF LAKE WALES<br>PO BOX 1320<br>LAKE WALES FL 33859 | CREDITOR ID: 3065-04<br>CITY OF LAKELAND<br>PO BOX 32006<br>LAKELAND FL 33802-2006 | CREDITOR ID: 550-03<br>CITY OF LANTANA<br>500 GREYNOLDS CIRCLE<br>LANTANA FL 33462 |
| CREDITOR ID: 551-03<br>CITY OF LARGO<br>PO BOX 296<br>LARGO FL 33779 | CREDITOR ID: 3066-04<br>CITY OF LARGO<br>ATTN: ADMINSTRATION<br>201 HIGHLAND AVENUE<br>LARGO FL 33771 | CREDITOR ID: 552-03<br>CITY OF LAUDERHILL<br>2000 CITY HALL DRIVE<br>LAUDERHILL FL 33313 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 553-03<br>CITY OF LAUREL<br>PO BOX 647<br>LAUREL MS 39441 | CREDITOR ID: 555-03<br>CITY OF LAURINBURG<br>PO BOX 249<br>LAURINBURG NC 28353 | CREDITOR ID: 560-03<br>CITY OF LEESBURG<br>223 SOUTH 5TH STREET<br>LEESBURG FL 34748 |
| CREDITOR ID: 562-03<br>CITY OF LENOIR<br>PO BOX 958<br>LENOIR NC 28645 | CREDITOR ID: 564-03<br>CITY OF LEXINGTON<br>28 W. CENTER STREET<br>LEXINGTON NC 27292 | CREDITOR ID: 3018-04<br>CITY OF LILBURN<br>76 MAIN STREET<br>LILBURN GA 30047 |
| CREDITOR ID: 566-03<br>CITY OF LINCOLNTON<br>PO BOX 617<br>LINCOLNTON NC 28092 | CREDITOR ID: 569-03<br>CITY OF LIVE OAK<br>101 S.E. WHITE AVENUE<br>LIVE OAK FL 32060-3340 | CREDITOR ID: 570-03<br>CITY OF LIVINGSTON<br>UTILITY BOARD<br>PO DRAWER W<br>LIVINGSTON AL 35470 |
| CREDITOR ID: 3020-04<br>CITY OF LIVINGSTON<br>PO DRAWER W<br>LIVINGSTON AL 35470 | CREDITOR ID: 571-03<br>CITY OF LONG BEACH<br>PO BOX 630<br>LONG BEACH MS 39560 | CREDITOR ID: 573-03<br>CITY OF LONGWOOD<br>155 W. WARREN AVENUE<br>LONGWOOD FL 32750 |
| CREDITOR ID: 582-03<br>CITY OF LUCEDALE<br>5126 MAIN STREET<br>LUCEDALE MS 39452 | CREDITOR ID: 583-03<br>CITY OF LYNCHBURG<br>PO BOX 27952<br>RICHMOND VA 23285 | CREDITOR ID: 584-03<br>CITY OF LYNN HAVEN<br>825 OHIO AVENUE<br>LYNN HAVEN FL 32444 |
| CREDITOR ID: 585-03<br>CITY OF MACCLENNY<br>118 E. MACCLENNY AVENUE<br>MACCLENNY FL 32063 | CREDITOR ID: 588-03<br>CITY OF MADISON<br>PO BOX 2522<br>MADISON MS 39130-2522 | CREDITOR ID: 587-03<br>CITY OF MADISON<br>109 S.W. RUTLEDGE STREET<br>MADISON FL 32340-2498 |
| CREDITOR ID: 586-03<br>CITY OF MADISON<br>PO BOX 197<br>MADISON AL 35758 | CREDITOR ID: 590-03<br>CITY OF MAGEE<br>123 N. MAIN<br>MAGEE MS 39111 | CREDITOR ID: 591-03<br>CITY OF MAITLAND<br>PO BOX 941689<br>MAITLAND FL 32794 |
| CREDITOR ID: 3067-04<br>CITY OF MAITLAND<br>PO BOX 941689<br>MAITLAND FL 32751 | CREDITOR ID: 595-03<br>CITY OF MANDEVILE<br>3101 E. CAUSEWAY APP<br>MANDEVILLE LA 70448 | CREDITOR ID: 597-03<br>CITY OF MANSFIELD<br>1305 E. BROAD STREET<br>MANSFIELD TX 76063 |
| CREDITOR ID: 598-03<br>CITY OF MARCO ISLAND<br>PO BOX 2029<br>MARCO ISLAND FL 34143 | CREDITOR ID: 599-03<br>CITY OF MARGATE<br>PO BOX 934459<br>MARGATE FL 33093-4459 | CREDITOR ID: 600-03<br>CITY OF MARIANNA<br>PO BOX 936<br>MARIANNA FL 32447-0936 |

**SERVICE LIST**
**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 603-03<br>CITY OF MARION<br>PO BOX 700<br>MARION NC 28752 | CREDITOR ID: 3022-04<br>CITY OF MARION<br>200 NORTH MAIN STREET<br>MARION NC 28737 | CREDITOR ID: 606-03<br>CITY OF MASON<br>202 WEST MAIN STREET<br>MASON OH 45040 |
| CREDITOR ID: 608-03<br>CITY OF MCALESTER<br>1ST & WASHINGTON<br>MCALESTER OK 74502 | CREDITOR ID: 609-03<br>CITY OF MCCOMB<br>PO BOX 667<br>MCCOMB MS 39648 | CREDITOR ID: 610-03<br>CITY OF MCDONOUGH<br>PO BOX 193<br>MCDONOUGH GA 30253 |
| CREDITOR ID: 612-03<br>CITY OF MCRAE<br>PO BOX 157<br>MC RAE GA 31055-0157 | CREDITOR ID: 614-03<br>CITY OF MEBANE<br>106 E. WASHINGTON STREET<br>MEBANE NC 27302 | CREDITOR ID: 615-03<br>CITY OF MELBOURNE<br>900 E. STRAWBRIDGE AVENUE<br>MELBOURNE FL 32901 |
| CREDITOR ID: 616-03<br>CITY OF MERIDIAN<br>PO BOX 231<br>MERIDIAN MS 39302 | CREDITOR ID: 622-03<br>CITY OF MILLEDGEVILLE<br>PO DRAWER 1900<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 3025-04<br>CITY OF MILTON<br>ATTN: PICKED UP BY CITY<br>MILTON FL 32570 |
| CREDITOR ID: 623-03<br>CITY OF MILTON<br>PO BOX 909<br>MILTON FL 32572-0909 | CREDITOR ID: 624-03<br>CITY OF MIRAMAR<br>6700 MIRAMAR PARKWAY<br>MIRAMAR FL 33023 | CREDITOR ID: 3026-04<br>CITY OF MONROE<br>PO BOX 725<br>MONROE GA 30655 |
| CREDITOR ID: 634-03<br>CITY OF MONROEVILLE<br>PO BOX 674<br>MONROEVILLE AL 36460 | CREDITOR ID: 636-03<br>CITY OF MONTICELLO<br>PO BOX 533<br>MONTICELLO FL 32345 | CREDITOR ID: 3028-04<br>CITY OF MORGANTON<br>ATTN: TERESA MASSEY<br>201 WEST MEETING STREET<br>MORGANTON NC 28655 |
| CREDITOR ID: 638-03<br>CITY OF MORGANTON<br>201 W. MEETING STREET<br>MORGANTON NC 28880 | CREDITOR ID: 639-03<br>CITY OF MOULTRIE<br>PO BOX 3368<br>MOULTRIE GA 31776 | CREDITOR ID: 640-03<br>CITY OF MOUNT DORA<br>1250 N. HIGHLAND STREET<br>MOUNT DORA FL 32757 |
| CREDITOR ID: 642-03<br>CITY OF MUSCLE SHOALS<br>1000 AVALON STREET<br>MUSCLE SHOALS AL 35660 | CREDITOR ID: 643-03<br>CITY OF MYRTLE BEACH<br>PO BOX 2468<br>MYRTLE BEACH SC 29578 | CREDITOR ID: 649-03<br>CITY OF NATCHITOCHES<br>PO BOX 37<br>NATCHITOCHES LA 71458 |
| CREDITOR ID: 651-03<br>CITY OF NEPTUNE BEACH<br>CITY HALL<br>116 FIRST STREET<br>NEPTUNE BEACH FL 32266 | CREDITOR ID: 658-03<br>CITY OF NEW ROADS<br>PO BOX 280<br>NEW ROADS LA 70760 | CREDITOR ID: 660-03<br>CITY OF NEWBERRY<br>1330 COLLEGE STREET<br>NEWBERRY SC 29108 |

**SERVICE LIST**

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

DEBTOR:    WINN-DIXIE STORES, INC.                                                      CASE:   05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 3029-04<br>CITY OF NEWBERRY<br>1 POWER HOUSE RD.<br>NEWBERRY SC 29108 | CREDITOR ID: 662-03<br>CITY OF NEWPORT<br>WATER BILLING DIVISION<br>NEWPORT KY 41071 | CREDITOR ID: 3030-04<br>CITY OF NEWTON<br>ATTN: CONNIE RUSSELL<br>411 NORTH MAIN AVENUE<br>NEWTON NC 28658 |
| CREDITOR ID: 664-03<br>CITY OF NORCROSS<br>65 LAWRENCEVILLE STREET<br>NORCROSS GA 30071 | CREDITOR ID: 666-03<br>CITY OF NORTH AUGUSTA<br>PO BOX 6400<br>NORTH AUGUSTA SC 29861 | CREDITOR ID: 667-03<br>CITY OF NORTH BAY VILLAGE<br>7903 EAST DRIVE<br>NORTH BAY VILLAGE FL 33141 |
| CREDITOR ID: 644-03<br>CITY OF NORTH LAUDERDALE<br>701 S.W. 71ST AVENUE<br>NORTH LAUDERDALE FL 33068 | CREDITOR ID: 3031-04<br>CITY OF NORTH MIAMI BEACH<br>PO BOX 60427<br>NORTH MIAMI BEACH FL 33160 | CREDITOR ID: 670-03<br>CITY OF NORTH MIAMI BEACH<br>PO BOX 60427<br>NORTH MIAMI BEACH FL 33160 |
| CREDITOR ID: 682-03<br>CITY OF OAKLAND PARK<br>3650 N.E. 12 AVENUE<br>OAKLAND PARK FL 33334 | CREDITOR ID: 683-03<br>CITY OF OCALA<br>310 S.E. 3RD STREET<br>OCALA FL 34471-2198 | CREDITOR ID: 684-03<br>CITY OF OCEAN SPRINGS<br>PO BOX 1890<br>OCEAN SPRINGS MS 39566 |
| CREDITOR ID: 687-03<br>CITY OF OLDSMAR<br>100 STATE STREET<br>OLDSMAR FL 34677-0100 | CREDITOR ID: 689-03<br>CITY OF OPELIKA<br>1010 AVENUE C<br>PO BOX 390<br>OPELIKA AL 36801 | CREDITOR ID: 690-03<br>CITY OF OPELOUSAS<br>PO BOX 712<br>OPELOUSAS LA 70571 |
| CREDITOR ID: 691-03<br>CITY OF OPP<br>PO BOX 311<br>OPP AL 36467-0311 | CREDITOR ID: 3034-04<br>CITY OF ORANGE PARK<br>1734 KINGSLEY AVENUE<br>ORANGE PARK FL 32073 | CREDITOR ID: 3035-04<br>CITY OF ORANGEBURG<br>1420 EUTAW ST.<br>ORANGEBURG SC 29115 |
| CREDITOR ID: 3068-04<br>CITY OF ORLANDO<br>PO BOX 31626<br>ORLANDO FL 34677-3626 | CREDITOR ID: 697-03<br>CITY OF ORLANDO<br>400 SOUTH ORANGE AVENUE<br>ORLANDO FL 32801 | CREDITOR ID: 698-03<br>CITY OF ORMOND BEACH<br>PO BOX 43671<br>JACKSONVILLE FL 32203 |
| CREDITOR ID: 699-03<br>CITY OF OVIEDO<br>400 ALEXANDRIA BLVD.<br>OVIEDO FL 32765 | CREDITOR ID: 701-03<br>CITY OF OXFORD<br>PO BOX 827<br>OXFORD MS 38655 | CREDITOR ID: 705-03<br>CITY OF PALATKA<br>201 N. 2ND STREET<br>PALATKA FL 32177 |
| CREDITOR ID: 3037-04<br>CITY OF PALATKA<br>201 NORTH 2ND STREET<br>PALATKA FL 32177 | CREDITOR ID: 712-03<br>CITY OF PALMETTO<br>PALMETTO CITY BUILDING<br>PALMETTO FL 34220-1209 | CREDITOR ID: 715-03<br>CITY OF PANAMA CITY<br>PO BOX 2487<br>PANAMA CITY FL 32402 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 714-03<br>CITY OF PANAMA CITY BEACH<br>110 S. ARNOLD ROAD<br>PANAMA CITY BEACH FL 32413 | CREDITOR ID: 719-03<br>CITY OF PASCAGOULA<br>PO DRAWER 908<br>PASCAGOULA MS 39567-0908 | CREDITOR ID: 721-03<br>CITY OF PASS CHRISTIAN<br>PO BOX 0509<br>PASS CHRISTIAN MS 39571-0509 |
| CREDITOR ID: 727-03<br>CITY OF PEARL<br>PO BOX 54195<br>PEARL MS 39288 | CREDITOR ID: 729-03<br>CITY OF PELL CITY<br>1905 1ST AVENUE NORTH<br>PELL CITY AL 35125 | CREDITOR ID: 730-03<br>CITY OF PEMBROKE PINES<br>13975 PEMBROKE ROAD<br>PEMBROKE PINE FL 33027 |
| CREDITOR ID: 733-03<br>CITY OF PENSACOLA<br>180 GOVERNMENTAL CENTER<br>PO BOX 12910<br>PENSACOLA FL 32521 | CREDITOR ID: 738-03<br>CITY OF PERRY<br>224 SOUTH JEFFERSON<br>PERRY FL 32348 | CREDITOR ID: 739-03<br>CITY OF PETAL<br>PO BOX 405<br>PETAL MS 39465 |
| CREDITOR ID: 740-03<br>CITY OF PHENIX<br>DEPT OF PUBLIC UTILITIES<br>PHENIX CITY AL 36868-0760 | CREDITOR ID: 745-03<br>CITY OF PIKEVILLE<br>PO BOX 1228<br>PIKEVILLE KY 41501-1228 | CREDITOR ID: 747-03<br>CITY OF PINELLAS PARK<br>PO BOX 1337<br>PINELLAS PARK FL 33780 |
| CREDITOR ID: 748-03<br>CITY OF PINEVILLE<br>PO BOX 3820<br>PINEVILLE LA 71361 | CREDITOR ID: 749-03<br>CITY OF PLANT CITY<br>PO BOX C<br>PLANT CITY FL 33564 | CREDITOR ID: 750-03<br>CITY OF PLANTATION<br>PO BOX 189044<br>PLANTATION FL 33318 |
| CREDITOR ID: 751-03<br>CITY OF PLAQUEMINE<br>PO BOX 777<br>PLAQUEMINE LA 70764 | CREDITOR ID: 755-03<br>CITY OF POMPANO BEACH<br>PO BOX 908<br>POMPANO BEACH FL 33061 | CREDITOR ID: 756-03<br>CITY OF PONCHATOULA<br>125 W. HICKORY STREET<br>PONCHATOULA LA 70454 |
| CREDITOR ID: 758-03<br>CITY OF PONTOTOC<br>116 NORTH MAIN STREET<br>PONTOTOC MS 38863 | CREDITOR ID: 759-03<br>CITY OF PORT ORANGE<br>1000 CITY CENTER CIRCLE<br>PORT ORANGE FL 32119 | CREDITOR ID: 760-03<br>CITY OF PORT ST LUCIE<br>PO DRAWER 8987<br>PORT ST LUCIE FL 34985 |
| CREDITOR ID: 761-03<br>CITY OF POWDER SPRINGS<br>PO BOX 46<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 762-03<br>CITY OF PRATTVILLE<br>PO BOX 680870<br>PRATTVILLE AL 36067-0609 | CREDITOR ID: 763-03<br>CITY OF PRESTONSBERG<br>2103 SOUTH LAKE DRIVE<br>PRESTONSBURG KY 41653-1446 |
| CREDITOR ID: 766-03<br>CITY OF PRINCETON<br>PO BOX 608<br>PRINCETON KY 42445 | CREDITOR ID: 773-03<br>CITY OF QUINCY<br>404 WEST JEFFERSON STREET<br>QUINCY FL 32351 | CREDITOR ID: 776-03<br>CITY OF RAINBOW CITY<br>3700 RAINBOW DRIVE<br>RAINBOW CITY AL 35906 |

**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                     **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 778-03<br>CITY OF RALEIGH<br>PO BOX 9<br>RALEIGH NC 27602 | CREDITOR ID: 780-03<br>CITY OF RAYNE<br>801 THE BLVD.<br>RAYNE LA 70578 | CREDITOR ID: 781-03<br>CITY OF REIDSVILLE<br>230 W. MOREHEAD STREET<br>REIDSVILLE NC 27320 |
| CREDITOR ID: 784-03<br>CITY OF RICHLAND<br>PO BOX 180309<br>RICHLAND MS 39218 | CREDITOR ID: 786-03<br>CITY OF RICHMOND<br>900 E. BROAD STREET<br>RICHMOND VA 23219 | CREDITOR ID: 788-03<br>CITY OF RIDGELAND<br>PO BOX 2171<br>RIDGELAND MS 39158 |
| CREDITOR ID: 789-03<br>CITY OF RIVERDALE<br>6690 CHURCH STREET<br>RIVERDALE GA 30274 | CREDITOR ID: 790-03<br>CITY OF RIVIERA BEACH<br>PO BOX 9757<br>RIVIERA BEACH FL 33419 | CREDITOR ID: 794-03<br>CITY OF ROANOKE<br>PO BOX 1395<br>ROANOKE AL 36274 |
| CREDITOR ID: 795-03<br>CITY OF ROBERTSDALE<br>PO BOX 429<br>ROBERTSDALE AL 36567-0429 | CREDITOR ID: 796-03<br>CITY OF ROCK HILL<br>PO BOX 11646<br>ROCK HILL SC 29731 | CREDITOR ID: 798-03<br>CITY OF ROCKINGHAM<br>514 ROCKINGHAM ROAD<br>ROCKINGHAM NC 28379 |
| CREDITOR ID: 799-03<br>CITY OF ROCKY MOUNT<br>PO BOX 1180<br>ROCKY MOUNT NC 27802 | CREDITOR ID: 3040-04<br>CITY OF ROCKY MOUNT<br>PO BOX 1182<br>ROCKY MOUNT NC 27802 | CREDITOR ID: 801-03<br>CITY OF ROXBORO<br>PO BOX 128<br>ROXBORO NC 27573 |
| CREDITOR ID: 805-03<br>CITY OF RUSSELLVILLE<br>JACKSON STREET<br>PO BOX 1148<br>RUSSELLVILLE AL 35653 | CREDITOR ID: 806-03<br>CITY OF SALISBURY<br>PO BOX 987<br>SALISBURY NC 28145 | CREDITOR ID: 812-03<br>CITY OF SANDERSVILLE<br>PO BOX 71<br>SANDERSVILLE GA 31082 |
| CREDITOR ID: 813-03<br>CITY OF SANFORD<br>PO BOX 2847<br>SANFORD FL 32772 | CREDITOR ID: 814-03<br>CITY OF SANFORD<br>PO BOX 1558<br>SANFORD NC 27331 | CREDITOR ID: 819-03<br>CITY OF SARASOTA<br>PO BOX 3439<br>SARASOTA FL 34230 |
| CREDITOR ID: 826-03<br>CITY OF SCOTT<br>PO BOX 517<br>SCOTT LA 70583 | CREDITOR ID: 829-03<br>CITY OF SEBRING<br>PO BOX 739<br>SEBRING FL 33871 | CREDITOR ID: 3070-04<br>CITY OF SEBRING<br>PO BOX 9900<br>SEBRING FL 33871-0739 |
| CREDITOR ID: 836-03<br>CITY OF SENECA<br>NORTH FIRST STREET<br>SENECA SC 29679 | CREDITOR ID: 840-03<br>CITY OF SHELBY<br>PO BOX 207<br>SHELBY NC 28151 | CREDITOR ID: 847-03<br>CITY OF SLIDELL<br>2045 SECOND STREET<br>SLIDELL LA 70459 |

**SERVICE LIST**

**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                 **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 848-03<br>CITY OF SMYRNA<br>PO BOX 697<br>SMYRNA GA 30081 | CREDITOR ID: 851-03<br>CITY OF SOMERSET<br>PO BOX 989<br>SOMERSET KY 42502 | CREDITOR ID: 853-03<br>CITY OF SOPCHOPPY<br>PO BOX 98<br>SOPCHOPPY FL 32358 |
| CREDITOR ID: 874-03<br>CITY OF ST. PETERSBURG<br>PO BOX 33034<br>ST PETERSBURG FL 33733 | CREDITOR ID: 3071-04<br>CITY OF ST.CLOUD<br>PO BOX 701445<br>ST. CLOUD FL 34770-1445 | CREDITOR ID: 3072-04<br>CITY OF ST.PETERSBURG<br>PO BOX 33034<br>ST. PETERSBURG FL 33733-0034 |
| CREDITOR ID: 877-03<br>CITY OF STARKE<br>PO BOX C<br>STARKE FL 32091-1287 | CREDITOR ID: 879-03<br>CITY OF STATESBORO<br>PO BOX 348<br>STATESBORO GA 30459 | CREDITOR ID: 880-03<br>CITY OF STATESVILLE<br>PO BOX 1111<br>STATESVILLE NC 28687 |
| CREDITOR ID: 3046-04<br>CITY OF STAURT<br>121 SOUTH WEST FLAGLER AVENUE<br>STUART FL 34994 | CREDITOR ID: 882-03<br>CITY OF STUART<br>121 S.W. FLAGLER AVENUE<br>STUART FL 34994 | CREDITOR ID: 886-03<br>CITY OF SUMTER<br>PO BOX 310<br>SUMTER SC 29151 |
| CREDITOR ID: 888-03<br>CITY OF SUNRISE<br>4747 NOB HILL ROAD BAY 5<br>SUNRISE FL 33351 | CREDITOR ID: 894-03<br>CITY OF TALLAHASSEE<br>ELECTRIC SYSTEM CONTROL<br>400 E. VAN BUREN STREET<br>TALLAHASSEE FL 32301 | CREDITOR ID: 895-03<br>CITY OF TALLASSEE<br>214 BARNETT BLVD.<br>TALLASSEE AL 36078-1504 |
| CREDITOR ID: 897-03<br>CITY OF TAMARAC<br>PO BOX 209000<br>TAMARAC FL 33320 | CREDITOR ID: 899-03<br>CITY OF TAMPA<br>PO BOX 30191<br>TAMPA FL 33630 | CREDITOR ID: 900-03<br>CITY OF TARPON SPRING<br>PO BOX 5004<br>TARPON SPRING FL 34688 |
| CREDITOR ID: 902-03<br>CITY OF TAVARES<br>PO BOX 1068<br>TAVARES FL 32778 | CREDITOR ID: 909-03<br>CITY OF THIBODAUX<br>PO BOX 5418<br>THIBODAUX LA 70302 | CREDITOR ID: 911-03<br>CITY OF THOMASVILLE<br>PO BOX 368<br>THOMASVILLE NC 27360 |
| CREDITOR ID: 3049-04<br>CITY OF THOMASVILLE<br>PO BOX 1397<br>THOMASVILLE GA 31799-1397 | CREDITOR ID: 912-03<br>CITY OF THOMSON<br>309 MAIN STREET<br>THOMSON GA 30824 | CREDITOR ID: 913-03<br>CITY OF TIFTON<br>PO BOX 229<br>TIFTON GA 31793 |
| CREDITOR ID: 3073-04<br>CITY OF TITUSVILLE<br>PO BOX 2807<br>TITUSVILLE FL 32781-2807 | CREDITOR ID: 915-03<br>CITY OF TITUSVILLE<br>PO BOX 2909<br>TITUSVILLE FL 32781 | CREDITOR ID: 917-03<br>CITY OF TRAVERSE CITY<br>400 BOARDMAN AVENUE<br>TRAVERSE CITY MI 49685 |

Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                  **CASE:  05-11063 (RDD)**

CREDITOR ID: 920-03
CITY OF TROY
PO BOX 549
TROY AL 36081

CREDITOR ID: 921-03
CITY OF TRUSSVILLE
PO BOX 819
TRUSSVILLE AL 35173-0819

CREDITOR ID: 922-03
CITY OF TUSCALOOSA
PO BOX 2090
TUSCALOOSA AL 35403

CREDITOR ID: 929-03
CITY OF UNION
PO BOX 987
UNION SC 29379

CREDITOR ID: 931-03
CITY OF VALDOSTA
PO BOX 1125
VALDOSTA GA 31603

CREDITOR ID: 934-03
CITY OF VERO BEACH
100 17TH STREET
PO BOX 1389
VERO BEACH FL 32960

CREDITOR ID: 935-03
CITY OF VICKSBURG
PO BOX 58
VICKSBURG MS 39181

CREDITOR ID: 936-03
CITY OF VIDALIA
PO BOX 280
VIDALIA GA 30475

CREDITOR ID: 937-03
CITY OF VILLA RICA
571 W. BANKHEAD HIGHWAY
VILLA RICA GA 30180

CREDITOR ID: 951-03
CITY OF WALTERBORO
PO DRAWER 109
WALTERBORO SC 29488

CREDITOR ID: 953-03
CITY OF WARNER ROBINS
PO BOX 1468
WARNER ROBINS GA 31099

CREDITOR ID: 956-03
CITY OF WATER VALLEY
PO BOX 231
WATER VALLEY MS 38965

CREDITOR ID: 957-03
CITY OF WAUCHULA
PO BOX 818
WAUCHULA FL 33873-0818

CREDITOR ID: 958-03
CITY OF WAYCROSS
DRAWER 99
WAYCROSS GA 31502

CREDITOR ID: 946-03
CITY OF WEST MELBOURNE
2285 MINTON ROAD
WEST MELBOURNE FL 32904

CREDITOR ID: 963-03
CITY OF WEST PALM BEACH
PO BOX 3506
WEST PALM BEACH FL 33402-3506

CREDITOR ID: 967-03
CITY OF WESTMINSTER
PO BOX 399
WESTMINSTER SC 29693

CREDITOR ID: 968-03
CITY OF WESTWEGO
419 AVENUE A
WESTWEGO LA 70094

CREDITOR ID: 969-03
CITY OF WETUMPKA
PO DRAWER 69
WETUMPKA AL 36092

CREDITOR ID: 970-03
CITY OF WICHITA FALLS
PO BOX 1440
WICHITA FALLS TX 76307

CREDITOR ID: 971-03
CITY OF WILDWOOD
100 N. MAIN STREET
WILDWOOD FL 34785

CREDITOR ID: 975-03
CITY OF WILLISTON
PO DRAWER 160
WILLISTON FL 32696-0160

CREDITOR ID: 977-03
CITY OF WILMINGTON
138 N. FOURTH STREET
WILMINGTON NC 28402

CREDITOR ID: 978-03
CITY OF WILSON
PO BOX 10
WILSON NC 27894-0010

CREDITOR ID: 979-03
CITY OF WINSTON-SALEM
PO BOX 2756
WINSTON SALEM NC 27102

CREDITOR ID: 980-03
CITY OF WINTER GARDEN
8 N. HIGHLAND AVENUE
WINTER GARDEN FL 34787

CREDITOR ID: 3074-04
CITY OF WINTER HAVEN
PO BOX 2277
WINTER HAVEN FL 33883-2277

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 982-03<br>CITY OF WINTER PARK<br>PO BOX 1540<br>WINTER PARK FL 32790 | CREDITOR ID: 988-03<br>CITY OF YORK<br>PO BOX 500<br>YORK SC 29745 | CREDITOR ID: 990-03<br>CITY OF ZACHARY<br>PO BOX 310<br>ZACHARY LA 70791-0310 |
| CREDITOR ID: 200-03<br>CLARKSDALE PUBLIC UTILITIES<br>416 THIRD STREET<br>CLARKSDALE MS 38614 | CREDITOR ID: 204-03<br>CLAY ELECTRIC COOP INC.<br>PO BOX 308<br>KEYSTONE HEIGHTS FL 32656 | CREDITOR ID: 205-03<br>CLAYTON COUNTY WATER AUTHORITY<br>1600 BATTLE CREEK ROAD<br>MORROW GA 30260-1721 |
| CREDITOR ID: 212-03<br>CLINTON NEWBERRY NATURAL GAS<br>PO DRAWER 511<br>CLINTON SC 29325-0511 | CREDITOR ID: 214-03<br>COAST ELECTRIC POWER ASSN.<br>MAIN STREET & HIGHWAY 90<br>PO BOX 2430<br>BAY ST LOUIS MS 39520 | CREDITOR ID: 215-03<br>COAST GAS<br>14737 US 19 NORTH<br>HUDSON FL 34667-3352 |
| CREDITOR ID: 216-03<br>COAST GAS OF CHATTANOOGA<br>PO BOX 7000<br>LEBANON MO 65536 | CREDITOR ID: 240828-10<br>COASTAL COMMUNICATIONS<br>P O BOX 1909<br>HINESVILLE GA 31310-8909 | CREDITOR ID: 240829-10<br>COASTAL COMMUNICATIONS<br>P O BOX 2029<br>HINESVILLE GA 31310-7029 |
| CREDITOR ID: 217-03<br>COBB COUNTY WATER SYSTEM<br>660 SOUTH COBB DRIVE SE<br>MARIETTA GA 30060-3105 | CREDITOR ID: 218-03<br>COBB ELECTRIC MEMBERSHIP CORP.<br>1000 EMC PARKWAY<br>PO BOX 369<br>MARIETTA GA 30061 | CREDITOR ID: 222-03<br>COLLIER COUNTY UTILITIES<br>2802 NORTH HORSESHOE DRIVE<br>NAPLES FL 34104 |
| CREDITOR ID: 223-03<br>COLUMBIA COUNTY<br>PO BOX 204660<br>AUGUSTA GA 30917-4660 | CREDITOR ID: 224-03<br>COLUMBIA GAS OF KENTUCKY<br>PO BOX 2200<br>LEXINGTON KY 40588 | CREDITOR ID: 225-03<br>COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DRIVE<br>COLUMBUS OH 43215 |
| CREDITOR ID: 226-03<br>COLUMBIA GAS OF VIRGINIA<br>PO BOX 27648<br>RICHMOND VA 23261 | CREDITOR ID: 228-03<br>COLUMBIA PROPANE<br>4182 NORWICH<br>BRUNSWICK GA 31520 | CREDITOR ID: 229-03<br>COLUMBIA PROPANE<br>9200 ARBORETOWN PKWY #140<br>PO BOX 35800<br>RICHMOND VA 23235-0800 |
| CREDITOR ID: 227-03<br>COLUMBIA PROPANE<br>PO BOX 52269<br>JACKSONVILLE FL 32201 | CREDITOR ID: 233-03<br>COLUMBUS LIGHT & WATER<br>PO BOX 0949<br>COLUMBUS MS 39703-0949 | CREDITOR ID: 234-03<br>COLUMBUS WATER WORKS<br>PO BOX 1600<br>COLUMBUS GA 31902-1600 |
| CREDITOR ID: 235-03<br>COMMERCIAL WATER & ENERGY<br>PO BOX 653709<br>MIAMI FL 33265 | CREDITOR ID: 240831-10<br>COMPORIUM COMMUNICATIONS<br>P O BOX 1299<br>FORT MILL SC 29715 | CREDITOR ID: 240830-10<br>COMPORIUM COMMUNICATIONS<br>P O BOX 1042<br>ROCK HILL SC 29731-7042 |

SERVICE LIST

Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 236-03<br>CONECUH MONROE CTYS GAS DIST<br>602 BELLEVILLE STREET<br>EVERGREEN AL 36401 | CREDITOR ID: 2895-04<br>CONNIE'S DISPOSAL SERVICE<br>PO BOX 6581<br>RICHMOND VA 23230 | CREDITOR ID: 237-03<br>CONSOLIDATED WATERWORKS<br>PO BOX 630<br>HOUMA LA 70361 |
| CREDITOR ID: 238-03<br>CONSTELLATION ENERGY SOURCE<br>PO BOX 64486<br>BALTIMORE MD 21201 | CREDITOR ID: 2896-04<br>CONTAINER CO. OF AMERICA<br>3034 CHARLESTON HIGHWAY/PMB#F-179<br>WEST COLUMBIA SC 29172 | CREDITOR ID: 240-03<br>COOPER CITY UTILITIES<br>PO BOX 290910<br>COOPER CITY FL 33329-0910 |
| CREDITOR ID: 244-03<br>COUNTRY GAS OF MADISON COUNTY<br>PO BOX 128<br>OWENS CROSS ROADS AL 35763 | CREDITOR ID: 105-03<br>COUNTY OF BALDWIN - EL MEMBER CORP.<br>PO DRAWER H<br>SUMMERDALE AL 36580 | CREDITOR ID: 152-03<br>COUNTY OF BROWARD ENV SVCES<br>PO BOX 619002<br>POMPANO BEACH FL 33061-9002 |
| CREDITOR ID: 187-03<br>COUNTY OF CHEROKEE<br>PO BOX 1006<br>CANTON GA 30114 | CREDITOR ID: 197-03<br>COUNTY OF CITRUS<br>3600 W. SOVEREIGN PATH<br>LECANTO FL 34461 | CREDITOR ID: 203-03<br>COUNTY OF CLAY<br>782 FOXRIDGE CENTER DRIVE<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 209-03<br>COUNTY OF CLERMONT<br>LOCATION 00515<br>CINCINNATI OH 45264-0515 | CREDITOR ID: 247-03<br>COUNTY OF COWETA<br>230 EAST NEWNAN ROAD<br>NEWNAN GA 30263 | CREDITOR ID: 2898-04<br>COUNTY OF DEKALB<br>ATTN: KEN WOODS<br>PO BOX 1027<br>DECATUR GA 30031-1027 |
| CREDITOR ID: 274-03<br>COUNTY OF DEKALB<br>PO BOX 1027<br>DECATUR GA 30031-1027 | CREDITOR ID: 380-03<br>COUNTY OF FULTON<br>FINANCE DEPT.<br>141 PRYOR STREET<br>ATLANTA GA 30303 | CREDITOR ID: 647-03<br>COUNTY OF HAWKINS<br>NATURAL GAS UTILITY DISTRICT<br>PO BOX 667<br>ROGERSVILLE TN 37857-3653 |
| CREDITOR ID: 452-03<br>COUNTY OF HENRICO<br>PO BOX 27032<br>RICHMOND VA 23273-7032 | CREDITOR ID: 453-03<br>COUNTY OF HENRY<br>533 HAMPTON ROAD<br>MC DONOUGH GA 30253 | CREDITOR ID: 454-03<br>COUNTY OF HENRY<br>PO BOX 69<br>COLLINSVILLE VA 24078-0069 |
| CREDITOR ID: 457-03<br>COUNTY OF HERNANDO<br>PO BOX 10899<br>BROOKSVILLE FL 34603-0899 | CREDITOR ID: 479-03<br>COUNTY OF HOUSTON<br>200 CARL VINSON PARKWAY<br>WARNER ROBINS GA 31088 | CREDITOR ID: 507-03<br>COUNTY OF JEFFERSON<br>SEWER SERVICE FUND<br>BIRMINGHAM AL 35263-0034 |
| CREDITOR ID: 508-03<br>COUNTY OF JEFFERSON COMMISSION<br>PO BOX 830269<br>BIRMINGHAM AL 35283 | CREDITOR ID: 557-03<br>COUNTY OF LEE<br>PO BOX 69<br>LEESBURG GA 31763 | CREDITOR ID: 556-03<br>COUNTY OF LEE<br>PO BOX 2737<br>FT MYERS FL 33902-2737 |

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR: WINN-DIXIE STORES, INC.**        **CASE: 05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 563-03<br>COUNTY OF LEXINGTON<br>PO BOX 1966<br>LEXINGTON SC 29071-1966 | CREDITOR ID: 565-03<br>COUNTY OF LINCOLN<br>115 W. MAIN STREET<br>LINCOLN NC 28092 | CREDITOR ID: 580-03<br>COUNTY OF LOWNDES<br>UTILITIES DEPT.<br>PO  BOX 1349<br>VALDOSTA GA 31601 |
| CREDITOR ID: 593-03<br>COUNTY OF MANATEE<br>PO BOX 30061<br>TAMPA FL 33630-3061 | CREDITOR ID: 601-03<br>COUNTY OF MARION<br>PO BOX 7160<br>OCALA FL 34472-0160 | CREDITOR ID: 605-03<br>COUNTY OF MARTIN<br>PO BOX 9000<br>STUART FL 34995-9000 |
| CREDITOR ID: 628-03<br>COUNTY OF MOBILE<br>PO BOX 489<br>THEODORE AL 36590-0489 | CREDITOR ID: 653-03<br>COUNTY OF NEW HANOVER<br>414 CHESTNUT STREET,  SUITE #101<br>WILMINGTON NC 28401-4045 | CREDITOR ID: 654-03<br>COUNTY OF NEW KENT<br>PO BOX 109<br>NEW KENT VA 23124-0109 |
| CREDITOR ID: 685-03<br>COUNTY OF OKALOOSA<br>GAS DISTRICT<br>PO BOX 548<br>VALPARAISO FL 32580-0548 | CREDITOR ID: 707-03<br>COUNTY OF PALM BEACH<br>PO BOX 24740<br>WEST PALM BEACH FL 33416-6097 | CREDITOR ID: 720-03<br>COUNTY OF PASCO<br>PO BOX 2139<br>NEW PORT RICHEY FL 34656-2139 |
| CREDITOR ID: 722-03<br>COUNTY OF PAULDING<br>38 TOWER DRIVE<br>DALLAS GA 30132-9805 | CREDITOR ID: 754-03<br>COUNTY OF POLK<br>PO BOX 2019<br>BARTOW FL 33831-2019 | CREDITOR ID: 764-03<br>COUNTY OF PRINCE GEORGE<br>PO BOX 26543<br>PRINCE GEORGE VA 23875-0175 |
| CREDITOR ID: 791-03<br>COUNTY OF ROANOKE<br>PO BOX 21009<br>ROANOKE VA 24018 | CREDITOR ID: 804-03<br>COUNTY OF RUSSELL<br>UTILITIES SYSTEM WATER AUTHORITY<br>PO BOX 970<br>PHENIX CITY AL 36868-0970 | CREDITOR ID: 818-03<br>COUNTY OF SARASOTA<br>PO BOX 2553<br>SARASOTA FL 34230-2553 |
| CREDITOR ID: 866-03<br>COUNTY OF SPOTSYLVANIA<br>PO BOX C-9000<br>SPOTSYLVANIA VA 22553 | CREDITOR ID: 926-03<br>COUNTY OF UNION<br>PO BOX 38<br>MONROE NC 28111-0038 | CREDITOR ID: 959-03<br>COUNTY OF WAYNE<br>PO BOX 227<br>GOLDSBORO NC 27534 |
| CREDITOR ID: 989-03<br>COUNTY OF YORK<br>PO BOX TR<br>YORKTOWN VA 23690 | CREDITOR ID: 987-03<br>COUNTY OF YORK<br>NATURAL GAS AUTHORITY<br>PO BOX 11907<br>ROCK HILL SC 29731-1907 | CREDITOR ID: 248-03<br>COWETA-FAYETTE EL MEMBER CORP.<br>PO BOX 488<br>NEWNAN GA 30264 |
| CREDITOR ID: 2883-04<br>CRC<br>PO BOX 547878<br>ORLANDO FL 32854-7874 | CREDITOR ID: 251-03<br>CRISP COUNTY POWER COMMISSION<br>201 SOUTH SEVENTH STREET<br>PO BOX 1218<br>CORDELE GA 31010 | CREDITOR ID: 252-03<br>CROSS GATES UTILITIES<br>350 N. MILITARY ROAD<br>SLIDELL LA 70461 |

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                               **CASE:  05-11063 (RDD)**

CREDITOR ID: 2897-04
CSI
PO BOX 9001835
LOUISVILLE KY 40290

CREDITOR ID: 240832-10
CT COMMUNICATIONS INC
PO BOX 70526
CHARLOTTE NC 28272-0526

CREDITOR ID: 253-03
CULLMAN JEFFERSON GAS
PO BOX 399
CULLMAN AL 35056-0399

CREDITOR ID: 254-03
CULLMAN POWER
PO BOX 927
CULLMAN AL 35055-0927

CREDITOR ID: 257-03
DALLAS WATER UTILITIES
CITY HALL 1 A N
DALLAS TX 75277

CREDITOR ID: 260-03
DALTON UTILITIES
PO BOX 869
DALTON GA 30722-0869

CREDITOR ID: 264-03
DAVIDSON WATER INC.
PO BOX 969
WELCOME NC 27374-0969

CREDITOR ID: 268-03
DDR MDT CARILLON PLACE
PO BOX 92472
CLEVELAND OH 44193

CREDITOR ID: 269-03
DEANS OIL CO.
PO BOX 100
WENDELL NC 27591

CREDITOR ID: 273-03
DEKALB CHEROKEE CTYS
PO BOX 376
FORT PAYNE AL 35967-0376

CREDITOR ID: 277-03
DELTA NATURAL GAS CO.
3617 LEXINGTON ROAD
WINCHESTER KY 40391-9797

CREDITOR ID: 278-03
DELTONA WATER
PO BOX 31512
TAMPA FL 33631-3512

CREDITOR ID: 280-03
DESOTO WATER UTILITIES
PO BOX 550
DESOTO TX 75123

CREDITOR ID: 281-03
DESTIN WATER USERS INC.
PO BOX 308
DESTIN FL 32540-0308

CREDITOR ID: 282-03
DEVELOPERS DIVERSIFIED REALTY
34555 CHAGRIN BLVD.
CHAGRIN FALLS OH 44022

CREDITOR ID: 240836-10
DIRECTWIRELESS COM
280 SOUTH STATE ROAD 434
SUITE 1046
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 240835-10
DIRECTWIRELESS COM
130 KEYES COURT
SANFORD FL 32773

CREDITOR ID: 285-03
DISCOUNT PROPANE
3804 S. ORLANDO DRIVE
SANFORD FL 32773

CREDITOR ID: 286-03
DIVERSIFIED ENERGY
PO BOX 1130
WHITEVILLE NC 28472

CREDITOR ID: 287-03
DIXIE ELECTRIC MEMBERSHIP CORP.
PO BOX 15659
BATON ROUGE LA 70895

CREDITOR ID: 288-03
DIXIE GAS AND OIL
PO BOX 900
VERONA VA 24482

CREDITOR ID: 289-03
DIXIE LP GAS
3711 WASHINGTON ROAD
MARTINEZ GA 30907

CREDITOR ID: 240834-10
DL MARSHALL & ASSOC INC
PO BOX 11538
JACKSONVILLE FL 32239-1538

CREDITOR ID: 240833-10
DL MARSHALL & ASSOC INC
6216 MICHELE ROAD
MACCLENNY FL 32063

CREDITOR ID: 290-03
DOLOMITE UTILITIES/AQUASOURCE UTLTY
DEPT AT 40265
ATLANTA GA 31192-0265

CREDITOR ID: 291-03
DOMINION VIRGINIA POWER
ONE JAMES RIVER PLAZA 16
PO BOX 26666
RICHMOND VA 23261

CREDITOR ID: 240837-10
DON RICE COMMUNICATIONS
1840 PARK AVE
ORANGE PARK FL 32073

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 295-03<br>DOUGLASVILLE WATER & SEWER<br>PO BOX 1157<br>DOUGLASSVILLE GA 30133-1157 | CREDITOR ID: 297-03<br>DUKE POWER CO.<br>422 SOUTH CHURCH STREET<br>CHARLOTTE NC 28242 | CREDITOR ID: 302-03<br>E C U A<br>PO BOX 18870<br>PENSACOLA FL 32523 |
| CREDITOR ID: 304-03<br>EASLEY COMBINED UTILITIES<br>202 N. 1ST STREET<br>EASLEY SC 29641 | CREDITOR ID: 305-03<br>EAST BATON ROUGE<br>4445 PLANK ROAD<br>BATON ROUGE LA 70805 | CREDITOR ID: 2900-04<br>EAST BAY SANTITATION<br>5210 W. LINEBAUGH AVENUE<br>TAMPA FL 33624 |
| CREDITOR ID: 306-03<br>EAST CEDAR CREEK FRESH WATER<br>PO BOX 309<br>MABANK TX 75147-0309 | CREDITOR ID: 308-03<br>EASTSIDE UTILITY DISTRICT<br>PO BOX 22037<br>CHATTANOOGA TN 37422-7255 | CREDITOR ID: 303-03<br>E-CON GAS<br>PO BOX 69<br>EVENSVILLE TN 37332 |
| CREDITOR ID: 309-03<br>ECONOMY PROPANE<br>57 SMALL STREET<br>PO BOX 1668<br>PITTSBORO NC 27312 | CREDITOR ID: 312-03<br>EDGEFIELD COUNTY WATER/SEWER<br>PO BOX 416<br>EDGEFIELD SC 29824 | CREDITOR ID: 240839-10<br>EHS CORPORATION<br>1501 RIVER OAKS RD W<br>HARAHAN LA 70123 |
| CREDITOR ID: 316-03<br>ELIZABETHTOWN WATER & GAS<br>PO BOX 550<br>ELIZABETHTOWN KY 42702 | CREDITOR ID: 319-03<br>EMPIRE GAS OF HAZARD (KY)<br>12270 KY HWY 15 NORTH<br>CHAVIES KY 41727-8628 | CREDITOR ID: 321-03<br>ENERGY UNITED<br>PO BOX 1831<br>STATESVILLE NC 28687 |
| CREDITOR ID: 322-03<br>ENGLEWOOD WATER DISTRICT<br>PO BOX 1399<br>ENGLEWOOD FL 34295-1399 | CREDITOR ID: 323-03<br>ENTERGY LOUISIANA, INC.<br>639 LOYOLA AVENUE<br>PO BOX 61000<br>NEW ORLEANS LA 70112 | CREDITOR ID: 324-03<br>ENTERGY MISSISSIPPI, INC.<br>PO BOX 61000<br>NEW ORLEANS LA 70161 |
| CREDITOR ID: 325-03<br>ENTERGY NEW ORLEANS, INC.<br>639 LOYOLA AVENUE<br>PO BOX 61000<br>NEW ORLEANS LA 70161 | CREDITOR ID: 326-03<br>ENTERPRISE WATER WORKS BOARD<br>PO BOX 311000<br>ENTERPRISE AL 36331-1000 | CREDITOR ID: 327-03<br>EQUITY ONE REALTY & MANAGEMENT<br>PO BOX 019170<br>MIAMI FL 33179 |
| CREDITOR ID: 328-03<br>EUFAULA WATER WORKS & SEWER BOARD<br>PO BOX 26<br>EUFAULA AL 36072-0026 | CREDITOR ID: 335-03<br>FAYETTEVILLE PUBLIC WORKS COMM<br>508 PERSON STREET<br>BOX 1089<br>FAYETTEVILLE NC 28302 | CREDITOR ID: 3083-04<br>FENNELL CONTAINER CO.<br>141 FENNELL RD.<br>NORTH CHARLESTON SC 29418 |
| CREDITOR ID: 3085-04<br>FENNELL CONTAINER CO.<br>PO BOX 62679<br>NORTH CHARLESTON SC 29902 | CREDITOR ID: 3084-04<br>FENNELL CONTAINER CO.<br>PO BOX 62679<br>NORTH CHARLESTON SC 29419 | CREDITOR ID: 336-03<br>FERNANDINA BEACH PUBLIC UTILITIES<br>PO BOX 418<br>FERNANDINA BEACH FL 32035-0418 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                              **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 341-03<br>FERRELL GAS<br>14 SAVANNAH HIGHWAY #23<br>BEAUFORT SC 29906 | CREDITOR ID: 337-03<br>FERRELL GAS<br>1421 NW 53RD AVENUE<br>GAINESVILLE FL 32653 | CREDITOR ID: 340-03<br>FERRELL GAS<br>111-A DAVE WARLICK DRIVE<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 339-03<br>FERRELL GAS<br>1106 NORTH THIRD STREET<br>BARDSTOWN KY 40004 | CREDITOR ID: 338-03<br>FERRELL GAS<br>1310 7TH STREET SOUTH<br>CORDELE GA 31015 | CREDITOR ID: 342-03<br>FEWTEK, INC.<br>PO BOX 1858<br>DUNEDIN FL 34697 |
| CREDITOR ID: 2901-04<br>FIRST PIEDMONT<br>PO BOX 1069<br>CHATHAM VA 24531 | CREDITOR ID: 343-03<br>FITZGERALD WTR LGT & BOND COMM<br>200 NORTH HOOKER STREET<br>PO DRAWER F<br>FITZGERALD GA 31750 | CREDITOR ID: 240840-10<br>FLEETCOR TECHNOLOGIES<br>PO BOX 11407<br>BIRMINGHAM AL 35246-0928 |
| CREDITOR ID: 344-03<br>FLINT ELECTRIC MEMBERSHIP CORP.<br>PO BOX 308<br>REYNOLDS GA 31076 | CREDITOR ID: 347-03<br>FLORIDA GOVERNMENTAL UTILITY AUTH<br>1320 HOMESTEAD ROAD NORTH<br>LEHIGH ACRES FL 33936-6016 | CREDITOR ID: 348-03<br>FLORIDA GOVT UTILITY AUTHORITY<br>1805 COUNTY ROAD 951<br>NAPLES FL 34116 |
| CREDITOR ID: 349-03<br>FLORIDA KEYS AQUEDUCT AUTHORITY<br>PO BOX 1479<br>KEY WEST FL 33041-1479 | CREDITOR ID: 350-03<br>FLORIDA KEYS EL COOP ASSN. INC.<br>PO BOX 377<br>TAVERNIER FL 33070 | CREDITOR ID: 351-03<br>FLORIDA POWER & LIGHT CO.<br>PO BOX 029100<br>MIAMI FL 33102 |
| CREDITOR ID: 352-03<br>FLORIDA POWER CORP.<br>3201 34TH STREET SOUTH<br>PO BOX 14042<br>SAINT PETERSBURG FL 33733 | CREDITOR ID: 353-03<br>FLORIDA PUBLIC UTILITIES CO.<br>401 SOUTH DIXIE HIGHWAY<br>PO 3395<br>WEST PALM BEACH FL 33402 | CREDITOR ID: 2906-04<br>FLORIDA RECYCLING<br>3817 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 2905-04<br>FLORIDA RECYCLING<br>605 HIGHWAY 66 WEST<br>SEBRING FL 33872 | CREDITOR ID: 2904-04<br>FLORIDA RECYCLING<br>1099 MILLER DRIVE<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 2907-04<br>FLORIDA REFUSE<br>3820 MAINE AVENUE<br>LAKELAND FL 33801 |
| CREDITOR ID: 354-03<br>FLORIDA WATER SERVICES<br>PO BOX 911044<br>ORLANDO FL 32891 | CREDITOR ID: 359-03<br>FOREST CTR UTILS/AZALEA MGT.<br>PO BOX 9527<br>ASHEVILLE NC 28815 | CREDITOR ID: 360-03<br>FOREST HILLS UTILITIES INC.<br>1518 U.S. HIGHWAY 19<br>HOLIDAY FL 34691 |
| CREDITOR ID: 361-03<br>FOREST LAKES SHOPPING PLAZA<br>2402 W. CLEVELAND STREET<br>TAMPA FL 33609 | CREDITOR ID: 362-03<br>FOREST WOODS UTILITY<br>136 BYRM BUSINESS CENTER DRIVE<br>JACKSON MS 39272-9636 | CREDITOR ID: 364-03<br>FORT HILL NAT GAS AUTHORITY<br>PO BOX 189<br>EASLEY SC 29641-0189 |

Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                             **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 366-03<br>FORT PIERCE UTILITIES<br>PO BOX 3191<br>FORT PIERCE FL 34948 | CREDITOR ID: 368-03<br>FORT WORTH WATER DEPT.<br>1000 THROCKMORTON STREET<br>FORT WORTH TX 76102-6311 | CREDITOR ID: 370-03<br>FPL ENERGY SERVICES<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188 |
| CREDITOR ID: 371-03<br>FRANKFORT ELECTRIC & WATER<br>317 W. SECOND STREET<br>FRANKFORT KY 40602 | CREDITOR ID: 377-03<br>FREEMAN GAS<br>7530D WHITEHORSE ROAD<br>GREENVILLE SC 29611 | CREDITOR ID: 240841-10<br>FRONTIER COMM OF ALABAMA<br>P O BOX 20919<br>ROCHESTER NY 14602-0919 |
| CREDITOR ID: 240842-10<br>FRONTIER COMM OF LAMAR COUNTY<br>P O BOX 20919<br>ROCHESTER NY 14602-0919 | CREDITOR ID: 240843-10<br>FRONTIER COMM OF THE SOUTH<br>PO BOX 20919<br>ROCHESTER NY 14602-0919 | CREDITOR ID: 2909-04<br>FT.PIERCE SOLID WASTE<br>52 SAVANAH ROAD<br>FT. PIERCE FL 34982 |
| CREDITOR ID: 240846-10<br>FTC INC<br>PO BOX 567<br>KINGSTREE SC 29556 | CREDITOR ID: 240845-10<br>FTC INC<br>PO BOX 3883<br>SUMTER SC 29151-3883 | CREDITOR ID: 240844-10<br>FTC INC<br>P O BOX 773<br>SUMTER SC 29151-0773 |
| CREDITOR ID: 381-03<br>FULTONDALE GAS BD<br>PO BOX 699<br>FULTONDALE AL 35068-0699 | CREDITOR ID: 383-03<br>G & B OIL<br>PO BOX 811<br>ELKIN NC 28621-0811 | CREDITOR ID: 384-03<br>GAFFNEY BOARD OF PUBLIC WORKS<br>PO BOX 64<br>GAFFNEY SC 29342-0064 |
| CREDITOR ID: 385-03<br>GAINESVILLE REGIONAL UTILITIES<br>PO BOX 147117,  STATION A136<br>GAINESVILLE FL 32614-7117 | CREDITOR ID: 3086-04<br>GARBAGE DISPOSAL SERVICES<br>ATTN: PAUL SIZEMORE<br>4062 SECTION HOUSE ROAD<br>HICKORY NC 28601 | CREDITOR ID: 3088-04<br>GDS<br>ATTN: MS. MILLER<br>PO BOX 1097<br>CONOVER NC 28613 |
| CREDITOR ID: 3087-04<br>GDS<br>ATTN: CARRIE HOLMAN<br>300 BROOK HOLLOW ROAD<br>BOONE NC 28607 | CREDITOR ID: 3089-04<br>GDS COLLECTION<br>ATTN: SONJA SCOTT<br>141 FAIRGROUND ROAD<br>FOREST CITY NC 28043 | CREDITOR ID: 3090-04<br>GDS SOLID WASTE SOLUTIONS<br>ATTN: MARSH WHITE<br>1070 RIVERSIDE DRIVE<br>ASHEVILLE NC 28804-3016 |
| CREDITOR ID: 2910-04<br>GEO WASTE<br>PO BOX 3194<br>VALDOSTA GA 31604 | CREDITOR ID: 390-03<br>GEORGETOWN MUNIE WATER/SEWER<br>PO BOX 640<br>GEORGETOWN KY 40324 | CREDITOR ID: 392-03<br>GEORGIA GAS DISTRIBUTORS<br>3715 NORTHSIDE PARKWAY<br>ATLANTA GA 30327 |
| CREDITOR ID: 393-03<br>GEORGIA NATURAL GAS SERVICES<br>PO BOX 740544<br>ATLANTA GA 30374 | CREDITOR ID: 394-03<br>GEORGIA POWER CO.<br>PO BOX 4545<br>ATLANTA GA 30302 | CREDITOR ID: 395-03<br>GLADES GAS<br>804 N. PARROT AVENUE<br>OKEECHOBEE FL 34972 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:   WINN-DIXIE STORES, INC.**                      **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 396-03<br>GLASGOW WATER CO.<br>PO BOX 819<br>GLASGOW KY 42142-0819 | CREDITOR ID: 398-03<br>GLOUCESTER CO UTILITIES DEPT.<br>PO BOX 337<br>GLOUCESTER VA 23061 | CREDITOR ID: 399-03<br>GLYNN COUNTY WATER & SEWER<br>PO BOX 20854<br>ST SIMONS ISLAND GA 31522-0854 |
| CREDITOR ID: 2912-04<br>GOLDEN WASTE<br>PO BOX 9001099<br>LOUISVILLE KY 40290 | CREDITOR ID: 402-03<br>GONZALEZ UTILITIES<br>PO BOX 314<br>GONZALEZ FL 32560-0314 | CREDITOR ID: 404-03<br>GRAMERCY UTILITY SYSTEM<br>PO DRAWER 340<br>GRAMERCY LA 70052 |
| CREDITOR ID: 407-03<br>GRAYSVILLE WATER & GAS<br>PO BOX 130<br>GRAYSVILLE AL 35073 | CREDITOR ID: 408-03<br>GREATER PINE ISLAND WATER ASSO.<br>5281 PINE ISLAND ROAD<br>BOKEELIA FL 33922 | CREDITOR ID: 410-03<br>GREENEVILLE WATER COMMISSION<br>PO BOX 368<br>GREENEVILLE TN 37744 |
| CREDITOR ID: 413-03<br>GREENSBURG MUNIE WATER/SEWAGE<br>314 NORTH MICHIGAN<br>GREENSBURG IN 47240 | CREDITOR ID: 414-03<br>GREENVILLE WATER DEPT.<br>PO BOX 897<br>GREENVILLE MS 38702 | CREDITOR ID: 415-03<br>GREENVILLE WATER SYSTEM<br>PO BOX 687<br>GREENVILLE SC 29602-0687 |
| CREDITOR ID: 416-03<br>GREENVILLE WATER WORKS & SEWER<br>PO BOX 483<br>GREENVILLE AL 36037 | CREDITOR ID: 417-03<br>GREENWOOD COMMISSIONERS PUBLIC WRKS<br>PO BOX 549<br>GREENWOOD SC 29648 | CREDITOR ID: 418-03<br>GREENWOOD UTILITIES COMMISSION<br>PO BOX 866<br>GREENWOOD MS 38930 |
| CREDITOR ID: 419-03<br>GREER COMMISSION OF PUBLIC WORKS<br>PO BOX 216<br>GREER SC 29652-0216 | CREDITOR ID: 420-03<br>GREYSTONE POWER CORP.<br>4040 BANKHEAD HIGHWAY<br>PO BOX 897<br>DOUGLASVILLE GA 30133 | CREDITOR ID: 2913-04<br>GRIFFIN IND., INC.<br>4413 TANNER CHURCH ROAD<br>ELLENWOOD GA 30294 |
| CREDITOR ID: 422-03<br>GS II JACKSONVILLE REGIONAL<br>PO BOX 73153<br>CLEVELAND OH 44193 | CREDITOR ID: 240847-10<br>GT COM<br>CALLER BOX 9001<br>PORT ST JOE FL 32457-9001 | CREDITOR ID: 423-03<br>GUIN WATERWORKS & SEWER BOARD<br>PO BOX 249<br>GUIN AL 35563 |
| CREDITOR ID: 425-03<br>GULF ENVIRONMENTAL SERVICES<br>PO BOX 350<br>ESTERO FL 33928-0350 | CREDITOR ID: 426-03<br>GULF POWER<br>ONE ENERGY PLACE<br>PENSACOLA FL 32520-0714 | CREDITOR ID: 240850-10<br>GULFTEL COMMUNICATIONS<br>P O BOX 830954<br>BIRMINGHAM AL 35283-0954 |
| CREDITOR ID: 240849-10<br>GULFTEL COMMUNICATIONS<br>P O BOX 1987<br>FOLEY AL 36536-1987 | CREDITOR ID: 430-03<br>GWINNETT CO PUBLIC UTILITIES<br>75 LANGLEY DRIVE<br>LAWRENCEVILLE GA 30045 | CREDITOR ID: 431-03<br>H2O UTILITY SERVICES<br>1817 U.S. HIGHWAY 19<br>HOLIDAY FL 34691 |

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 435-03<br>HAMILTON WATER WORKS & SEWER<br>PO BOX 268<br>HAMILTON AL 35570 | CREDITOR ID: 437-03<br>HAMPTON GAS<br>602 ELM STREET EAST<br>HAMPTON SC 29924 | CREDITOR ID: 2914-04<br>HARDEE COUNTY DISPOSAL<br>1075 N.W. KNOLLWOOD<br>WAUCHULA FL 33873 |
| CREDITOR ID: 439-03<br>HARDIN COUNTY WATER DISTRICT 1<br>1400 ROGERSVILLE ROAD<br>RADCLIFF KY 40159 | CREDITOR ID: 240851-10<br>HARGRAY COMMUNICATIONS<br>PO BOX 2000<br>HILTON HEAD ISL SC 29938-2000 | CREDITOR ID: 440-03<br>HARKER HEIGHTS WATER DEPT.<br>901 S. ANN BLVD.<br>HARKER HEIGHTS TX 76548-1256 |
| CREDITOR ID: 240852-10<br>HART TELEPHONE COMPANY<br>PO BOX 388<br>196 NORTH FOREST AVENUE<br>HARTWELL GA 30643 | CREDITOR ID: 240853-10<br>HASTY'S COMMUNICATIONS OF FL INC<br>7033 COMMONWELATH AVE<br>SUITE 6<br>JACKSONVILLE FL 32220 | CREDITOR ID: 443-03<br>HATTIESBURG WATER & SEWER<br>PO BOX 1897<br>HATTIESBURG MS 39403 |
| CREDITOR ID: 446-03<br>HAZARD UTILITIES<br>PO BOX 420<br>HAZARD KY 41702-0420 | CREDITOR ID: 447-03<br>HAZLEHURST WATER DEPARTMENT<br>PO BOX 367<br>HAZLEHURST MS 39083 | CREDITOR ID: 448-03<br>HELENA UTILITY BOARD<br>PO BOX 427<br>HELENA AL 35080 |
| CREDITOR ID: 451-03<br>HENDERSONVILLE WATER & SEWER<br>PO BOX 1760<br>HENDERSONVILLE NC 28793 | CREDITOR ID: 456-03<br>HERITAGE PROPANE<br>3817 S. TRYON STEET<br>CHAROLETTE NC 28217 | CREDITOR ID: 455-03<br>HERITAGE PROPANE<br>1548 STATE ROAD 44 WEST<br>LEESBURG FL 34748-8705 |
| CREDITOR ID: 458-03<br>HIALEAH DEPT OF WATER & SEWAGE<br>3700 W. FOURTH AVENUE<br>HIALEAH FL 33012-4201 | CREDITOR ID: 463-03<br>HIGHLANDS UTILITIES CORP.<br>1511 U.S. 27 SOUTH<br>LAKE PLACID FL 33852-5160 | CREDITOR ID: 466-03<br>HILLSBORO GAS<br>5307 E. HANNA AVENUE<br>TAMPA FL 33610 |
| CREDITOR ID: 467-03<br>HILLSBOROUGH COUNTY WATER DEPT.<br>925 E. TWIGGS STREET<br>TAMPA FL 33602 | CREDITOR ID: 469-03<br>HIXSON UTILITY DISTRICT<br>PO BOX 98<br>HIXSON TN 37343-0098 | CREDITOR ID: 470-03<br>HODGES BONDED WAREHOUSE<br>PO BOX 4977<br>MONTGOMERY AL 36103 |
| CREDITOR ID: 471-03<br>HOLLEY-NAVARRE WATER SYSTEMS<br>8574 TURKEY BLUFF ROAD<br>NAVARRE FL 32566-2444 | CREDITOR ID: 475-03<br>HOMOSASSA SPECIAL WATER<br>PO BOX 195<br>HOMOSASSA FL 34487-0195 | CREDITOR ID: 3075-04<br>HOPKINSVILLE CITY SANITATION<br>101 NORTH MAIN STREET<br>HOPKINSVILLE KY 42241 |
| CREDITOR ID: 477-03<br>HOPKINSVILLE ELECTRIC SYSTEM<br>1820 E. NINTH STREET<br>HOPKINSVILLE KY 42241 | CREDITOR ID: 478-03<br>HOPKINSVILLE WATER ENVIROMENT<br>PO BOX 628<br>HOPKINSVILLE KY 42241-0628 | CREDITOR ID: 481-03<br>HRSD<br>PO BOX 1651<br>NORFOLK VA 23501-1651 |

SERVICE LIST

Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 482-03<br>HRUBS<br>PO BOX 1453<br>NORFOLK VA 23501-1453 | CREDITOR ID: 483-03<br>HUB OIL<br>PO BOX 877<br>ROCKY MOUNT VA 24151-0877 | CREDITOR ID: 484-03<br>HUDSON UTILITIES<br>14334 OLD DIXIE HIGHWAY<br>HUDSON FL 34667 |
| CREDITOR ID: 485-03<br>HUDSON WATER WORKS INC.<br>14309 OLD DIXIE HIGHWAY<br>HUDSON FL 34667 | CREDITOR ID: 486-03<br>HUNTSVILLE UTILITIES<br>PO BOX 2048<br>HUNTSVILLE AL 35895 | CREDITOR ID: 491-03<br>IMMOKALEE WATER & SEWER<br>1020 SANITATION ROAD<br>IMMOKALEE FL 34142 |
| CREDITOR ID: 492-03<br>INDIAN RIVER COUNTY UTILITIES<br>1840 25TH STREET<br>VERO BEACH FL 32961 | CREDITOR ID: 493-03<br>INDIANA AMERICAN WATER CO.<br>PO BOX 6062<br>INDIANAPOLIS IN 46206 | CREDITOR ID: 494-03<br>INDIANA UTILITY CORP.<br>123 WEST CHESTNUT STREET<br>CORYDON IN 47112 |
| CREDITOR ID: 2917-04<br>INDUSTRIAL DOSPOSAL<br>PO BOX 9001825<br>LOUISVILLE KY 40290 | CREDITOR ID: 495-03<br>INFINITE ENERGY INC.<br>PO BOX 917215<br>ORLANDO FL 32801 | CREDITOR ID: 496-03<br>INLAND SOUTHEAST MGT.<br>PO BOX 31005<br>TAMPA FL 33631-3005 |
| CREDITOR ID: 497-03<br>INMAN-CAMPOBELLO WATER DISTRICT<br>PO BOX 99<br>INMAN SC 29349 | CREDITOR ID: 499-03<br>JACKSON ELECTRIC MEMBER CORP.<br>PO BOX 38<br>JEFFERSON GA 30549 | CREDITOR ID: 502-03<br>JACKSONVILLE ELECTRIC AUTHORITY<br>21 WEST CHURCH STREET<br>JACKSONVILLE FL 32202-3139 |
| CREDITOR ID: 503-03<br>JACKSONVILLE WATER & SEWER<br>330 CHURCH AVENUE SE<br>JACKSONVILLE AL 36265 | CREDITOR ID: 506-03<br>JASPER WATERWORKS & SEWER<br>PO BOX 1348<br>JASPER AL 35502 | CREDITOR ID: 509-03<br>JEFFERSON PARISH DEPT. OF WATER<br>PO BOX 10007<br>JEFFERSON LA 70181 |
| CREDITOR ID: 510-03<br>JEFFERSONVILLE SEWAGE<br>PO BOX 1149<br>JEFFERSONVILLE IN 47131-1149 | CREDITOR ID: 511-03<br>JENKINS GAS & OIL CO., INC.<br>4458 U.S. HIGHWAY 70 W.<br>PRINCETON NC 27569 | CREDITOR ID: 514-03<br>JOHNSON CITY UTILITY SYSTEM<br>PO BOX 2386<br>JOHNSON CITY TN 37605 |
| CREDITOR ID: 516-03<br>JOINTLY OWNED NATURAL GAS TRANSMSSN<br>PO BOX 1545<br>WARNER ROBINS GA 31099 | CREDITOR ID: 517-03<br>JONES-ONSLOW ELEC MEMBER CORP.<br>259 WESTERN BOULEVARD<br>JACKSONVILLE NC 28546 | CREDITOR ID: 519-03<br>KALLAM OIL AND GAS<br>201 SOUTH DALTON STREET<br>MADISON NC 27025 |
| CREDITOR ID: 2918-04<br>KAV KAN CORP.<br>PO BOX 325<br>DANVILLE VA 24083 | CREDITOR ID: 522-03<br>KENTUCKY AMERICAN WATER<br>2300 RICHMOND ROAD<br>BALTIMORE MD 21275-0159 | CREDITOR ID: 523-03<br>KENTUCKY UTILITIES CO.<br>ONE QUALITY STREET<br>LEXINGTON KY 40507 |

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2920-04<br>KEYS SANITATION SERVICE<br>PO BOX 345<br>TAVERNIER FL 33071 | CREDITOR ID: 2919-04<br>KEYS SANITATION SERVICE<br>PO BOX 345<br>TAVERNIER FL 33070 | CREDITOR ID: 528-03<br>KIMCO REALITY<br>3333 NEW HYDE PARK DRIVE<br>NEW HYDE PARK NY 11042 |
| CREDITOR ID: 533-03<br>KISSIMMEE UTILITY AUTHORITY<br>PO BOX 423219<br>KISSIMMEE FL 34742 | CREDITOR ID: 534-03<br>KISSIMMEE-ST CLOUD<br>PO BOX 450038<br>KISSIMMEE FL 34744-0038 | CREDITOR ID: 536-03<br>L & B PROPERTY MANAGEMENT<br>801 EXECUTIVE PARK DRIVE<br>MOBILE AL 36606 |
| CREDITOR ID: 541-03<br>LAFOURCHE PARISH WATER<br>PO BOX 399<br>LOCKPORT LA 70374-0399 | CREDITOR ID: 543-03<br>LAKE APOPKA NATURAL GAS DISTRICT<br>PO BOX 771275<br>WINTER GARDEN FL 34777-1275 | CREDITOR ID: 549-03<br>LANGDALE FUEL COMPANY<br>314 TUCKER ROAD<br>VALDOSTA GA 31603-0746 |
| CREDITOR ID: 554-03<br>LAURENS COMMISSION OF PUBLIC WORKS<br>PO BOX 580476<br>LAURENS SC 29360-0349 | CREDITOR ID: 558-03<br>LEE COUNTY ELECTRIC COOP INC.<br>PO BOX 3455<br>NORTH FORT MYERS FL 33918 | CREDITOR ID: 559-03<br>LEEDS WATER WORKS BOARD<br>PO BOX 100<br>LEEDS AL 35094-0100 |
| CREDITOR ID: 561-03<br>LEITCHFIELD WATER SEWER & GAS<br>PO BOX  398<br>LEITCHFIELD KY 42754-0398 | CREDITOR ID: 2921-04<br>LEWIS DISPOSAL<br>613 S. MAIN ST.<br>WRENS GA 30833 | CREDITOR ID: 2922-04<br>LEWIS STOKES SERVICE<br>PO BOX 237<br>HILLIARD FL 32046 |
| CREDITOR ID: 240855-10<br>LEXCOM TELEPHONE<br>PO BOX 1269<br>LEXINGTON NC 27293-1269 | CREDITOR ID: 567-03<br>LITTLE RIVER<br>530 SOUTH WHITE STREET<br>WAKEFOREST NC 27587 | CREDITOR ID: 568-03<br>LIVE OAK GAS<br>PO BOX A<br>LIVE OAK FL 32060-0056 |
| CREDITOR ID: 572-03<br>LONGWOOD UTILITIES<br>PO BOX 161149<br>ALTAMONTE SPRINGS FL 32716-1149 | CREDITOR ID: 575-03<br>LOUISIANA WATER CO.<br>448 EAST MAIN STREET<br>NEW IBERIA LA 70560 | CREDITOR ID: 576-03<br>LOUISVILLE GAS & ELECTRIC CO.<br>220 WEST MAIN STREET<br>PO BOX 32010<br>LOUISVILLE KY 40232 |
| CREDITOR ID: 577-03<br>LOUISVILLE METROPOLITAN SEWER DIST<br>PO BOX 32460<br>LOUISVILLE KY 40232-2460 | CREDITOR ID: 578-03<br>LOUISVILLE WATER<br>PO BOX 32460<br>LOUISVILLE KY 40232 | CREDITOR ID: 579-03<br>LOVELACE GAS<br>10606 E. COLONIAL DRIVE<br>ORLANDO FL 32817-4497 |
| CREDITOR ID: 581-03<br>LOXAHATCHEE RIVER DISTRICT<br>PO BOX 8800<br>JUPITER FL 33468-8800 | CREDITOR ID: 240858-10<br>MAI PAYPHONE MANAGEMENT SYSTEMS<br>PO BOX 11538<br>JACKSONVILLE FL 32239-1538 | CREDITOR ID: 240857-10<br>MAI PAYPHONE MANAGEMENT SYSTEMS<br>6216 MICHELE RD<br>MACCLENNY FL 32063 |

SERVICE LIST

## Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

CREDITOR ID: 592-03
MALLARD OIL AND LP GAS
PO BOX 1008
KINSTON NC 28503

CREDITOR ID: 3076-04
MANCHESTER CITY GARBAGE
PO BOX 444
MANCHESTER KY 40962

CREDITOR ID: 594-03
MANCHESTER SQUARE
6200 CRESTWOOD STATION
CRESTWOOD KY 40014

CREDITOR ID: 596-03
MANGONIA PK UTILITIES CO.
PO BOX 8006
WEST PALM BEACH FL 33407-0006

CREDITOR ID: 2924-04
MARATON GARBAGE SERVICE
4290 OVERSEAS HIGHWAY
MARATHON FL 33050

CREDITOR ID: 602-03
MARION WATER & SEWER
123 E. JEFFERSON STREET
MARION AL 36756

CREDITOR ID: 604-03
MARKSVILLE WATER SYSTEM
227 EAST BON TEMPS
MARKSVILLE LA 71351-2403

CREDITOR ID: 2925-04
MARTIN COUNTY WASTE
1805 W. MAIN ST.
WILLIAMSTON NC 27892

CREDITOR ID: 607-03
MATHESON TRI-GAS
PO BOX 845502
DALLAS TX 75284

CREDITOR ID: 240809-10
MCCONKEY, BLAKE H
MTG DIVISION
7812 OAK FOREST DR
PENSACOLA FL 32514

CREDITOR ID: 240859-10
MCI COMMERCIAL SERVICE
PO BOX 856059
LOUISVILLE KY 40285-6059

CREDITOR ID: 611-03
MCKINLEY COMMERCIAL
JANAF OFFICE BUILDING, SUITE 250
NORFOLK VA 23502

CREDITOR ID: 613-03
MDC SOUTH WIND, LTD.
201 NORTH U.S. ONE
JUPITER FL 34477

CREDITOR ID: 240861-10
MEBTEL COMMUNICATIONS
PO BOX 900002
RALEIGH NC 27675-9000

CREDITOR ID: 240860-10
MEBTEL COMMUNICATIONS
PO BOX 9
202 E WASHINGTON ST
MEBANE NC 27302-0009

CREDITOR ID: 240862-10
METROCALL
890 EAST HEINBURG STREET
PENSACOLA FL 32501

CREDITOR ID: 617-03
MIAMI DADE WATER & SEWER DEPT.
PO BOX 020280
MIAMI FL 33102

CREDITOR ID: 618-03
MIAMI-DADE WATER & SEWER DEPT.
PO BOX 330316
MIAMI FL 33233

CREDITOR ID: 619-03
MID-CAROLINA ELECTRIC COOP INC.
PO BOX 669
LEXINGTON SC 29071

CREDITOR ID: 2926-04
MIDSTATE RECYCLING
PO BOX 1807
GLASGOW KY 42142

CREDITOR ID: 620-03
MIDWAY BOTTLED GAS
PO BOX 387
COLLINSVILLE VA 24078-0387

CREDITOR ID: 621-03
MILLBROOK UTILITY SYSTEM
PO BOX 1072
MILLBROOK AL 36054

CREDITOR ID: 2927-04
MILLS GARBAGE COLLECTION
PO BOX 260
GRIDLER KY 40943

CREDITOR ID: 625-03
MISSISSIPPI POWER CO.
2992 WEST BEACH BOULEVARD
PO BOX 4079
GULFPORT MS 39502

CREDITOR ID: 626-03
MISSISSIPPI VALLEY GAS CO.
PO BOX 3348
JACKSON MS 39207-3348

CREDITOR ID: 627-03
MOBILE AREA WATER & SEWER
PO BOX 2153
BIRMINGHAM AL 35287

CREDITOR ID: 629-03
MOBILE GAS SERVICE CORP.
PO BOX 2248
MOBILE AL 36652-2248

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 630-03<br>MOBILE WATER WORKS<br>PO BOX 2153-DEPT 1276<br>BIRMINGHAM AL 35287-1276 | CREDITOR ID: 632-03<br>MODERN GAS<br>PO BOX 1613<br>ALBANY GA 31702 | CREDITOR ID: 633-03<br>MONROE UTILITIES NETWORK<br>PO BOX 725<br>MONROE GA 30655 |
| CREDITOR ID: 635-03<br>MONTGOMERY WATER<br>PO BOX 1631<br>MONTGOMERY AL 36102 | CREDITOR ID: 637-03<br>MOORINGS OF MANATEE<br>430 INTERSTATE COURT<br>SARASOTA FL 34240 | CREDITOR ID: 2928-04<br>MS INDUSTRIAL WASTE<br>PO BOX 801<br>COLUMBUS OH 39703 |
| CREDITOR ID: 641-03<br>MT WASHINGTON WATER & SEWER<br>PO BOX 285<br>MT WASHINGTON KY 40047 | CREDITOR ID: 646-03<br>NAPLES SOUTH REALITY<br>4400 PGA BLVD., SUITE 305<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 648-03<br>NATCHEZ TRACE ELEC POWER ASSN.<br>551 EAST MADISON STREET<br>BOX 609<br>HOUSTON MS 38851 |
| CREDITOR ID: 650-03<br>NATURAL GAS CO OF VIRGINIA<br>219 W. BROAD STREET<br>RICHMOND VA 23220-4259 | CREDITOR ID: 652-03<br>NEW DIXIE OIL<br>PO BOX 779<br>ROANOKE RAPIDS NC 27870 | CREDITOR ID: 655-03<br>NEW ORLEANS SEWAGE & WATER BOARD<br>625 SAINT JOSEPH STREET<br>NEW ORLEANS LA 70165-0001 |
| CREDITOR ID: 656-03<br>NEW PLAN REALTY TRUST<br>1120 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | CREDITOR ID: 657-03<br>NEW RIVER LIGHT & POWER<br>PO BOX 1130<br>BOONE NC 28607-1130 | CREDITOR ID: 659-03<br>NEW SMYRNA BEACH UTILITIES COMM<br>200 CANAL STREET<br>NEW SMYRNA BEACH FL 32170 |
| CREDITOR ID: 661-03<br>NEWPORT NEWS UTILITIES DEPT.<br>PO BOX 979<br>NEWPORT NEWS VA 23607-0979 | CREDITOR ID: 663-03<br>NEWTON, CITY OF (NC)<br>401 MAIN AVE<br>NEWTON NC 28658 | CREDITOR ID: 240863-10<br>NEXTEL COMMUNICATIONS<br>PO BOX 4181<br>CAROL STREAM IL 60197-4181 |
| CREDITOR ID: 240864-10<br>NEXTEL PARTNERS INC<br>PAID THREW P CARD<br>PO BOX 4192<br>CAROL STREAM IL 60197-4192 | CREDITOR ID: 2702-04<br>NICHOLS SANITATION<br>PO BOX 9001520<br>LOUISVILLE KY 40290 | CREDITOR ID: 665-03<br>NORTH ALABAMA GAS DISTRICT<br>PO DRAWER 2590<br>MUSCLE SHOALS AL 35662-2590 |
| CREDITOR ID: 668-03<br>NORTH CAROLINA NATURAL GAS<br>304 NORTH CEDAR STREET<br>LUMBERTON NC 28359 | CREDITOR ID: 669-03<br>NORTH GEORGIA ELEC MEMBER CORP.<br>PO BOX 1407<br>DALTON GA 30722 | CREDITOR ID: 671-03<br>NORTH MONTGOMERY INVESTORS<br>PO BOX 9099<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 672-03<br>NORTH PORT UTILITIES<br>PO BOX 7228<br>NORTH PORT FL 34287 | CREDITOR ID: 673-03<br>NORTH RICHLAND HILLS UTILITY<br>PO BOX 961092<br>FT WORTH TX 76161 | CREDITOR ID: 674-03<br>NORTH SPRINGS IMPROVEMENT DIST.<br>10300 N.W. 11TH MANOR<br>CORAL SPRINGS FL 33704 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 240865-10<br>NORTH STATE COMMUNICATIONS<br>PO BOX 612<br>HIGH POINT NC 27261 | CREDITOR ID: 675-03<br>NORTH STATE GAS<br>PO BOX 350<br>FOREST CITY NC 28043 | CREDITOR ID: 240866-10<br>NORTHEAST FLA TELEPHONE<br>PO BOX 485<br>MACCLENNY FL 32063-0485 |
| CREDITOR ID: 676-03<br>NORTHERN KENTUCKY WATER SERVICE<br>PO BOX 220<br>COLD SPRINGS KY 41076 | CREDITOR ID: 677-03<br>NORTHERN NECK GAS<br>BOX 130<br>KILMARNOCK VA 22482 | CREDITOR ID: 678-03<br>NORTHPORT WATER WORKS<br>DRAWER 627<br>NORTHPORT AL 35476 |
| CREDITOR ID: 679-03<br>NORTHWEST ALABAMA GAS DISTRICT<br>PO BOX 129<br>HAMILTON AL 35570-0129 | CREDITOR ID: 240867-10<br>NTELOS<br>PO BOX 580423<br>CHARLOTTE NC 28258-0423 | CREDITOR ID: 680-03<br>NUI CORP.<br>ONE ELIZABETHTOWN PLAZA<br>UNION NJ 07083 |
| CREDITOR ID: 681-03<br>O C W S<br>1804 LEWIS TURNER BLVD.<br>FT WALTON BEA FL 32547 | CREDITOR ID: 686-03<br>OKEECHOBEE UTILITY AUTHORITY<br>PO BOX 835<br>OKEECHOBEE FL 34973-0835 | CREDITOR ID: 688-03<br>OMU<br>PO BOX 806<br>OWENSBORO KY 42302 |
| CREDITOR ID: 2929-04<br>ONSLOW CONTAINER<br>PO BOX 9<br>DEEP RUN NC 28525 | CREDITOR ID: 2932-04<br>ONYX WASTE<br>ATTN: CHERYL<br>1070 RIVERSIDE DRIVE<br>MOODY AL 35004-0430 | CREDITOR ID: 2931-04<br>ONYX WASTE<br>135 S. LASALLE - DEPT. 8205<br>CHICAGO IL 60678-8173 |
| CREDITOR ID: 2930-04<br>ONYX WASTE<br>135 LASALLE - DEPT. 8205<br>CHICAGO IL 60678-8173 | CREDITOR ID: 692-03<br>ORANGE COUNTY UTILITIES<br>PO BOX 312<br>ORLANDO FL 32802 | CREDITOR ID: 695-03<br>ORANGEBURG DEPT. OF PUBLIC UTIL.<br>PO BOX 1057<br>ORANGEBURG SC 29116-1057 |
| CREDITOR ID: 696-03<br>ORLANDO UTILITIES COMMISSION<br>PO BOX 3193<br>ORLANDO FL 32802 | CREDITOR ID: 2884-04<br>ORLANDO WASTE<br>PO BOX 547874<br>ORLANDO FL 32854 | CREDITOR ID: 700-03<br>OXFORD WATER WORKS<br>17 SPRING STREET<br>OXFORD AL 36203 |
| CREDITOR ID: 702-03<br>OZARK UTILITIES BOARD<br>PO BOX 1125<br>OZARK AL 36361-1125 | CREDITOR ID: 703-03<br>PACE WATER SYSTEM<br>PO BOX 2407<br>PACE FL 32571 | CREDITOR ID: 704-03<br>PALATKA GAS AUTHORITY<br>PO BOX 978<br>PALATKA FL 32178-0978 |
| CREDITOR ID: 706-03<br>PALM BAY UTILITIES<br>120 MALABAR ROAD S.E.<br>PALM BAY FL 32907-3009 | CREDITOR ID: 708-03<br>PALM COAST CORNERS ASSOC.<br>525 PHARR ROAD,N.E.<br>ATLANTA GA 30305 | CREDITOR ID: 710-03<br>PALMETTO GAS<br>PO BOX 1551<br>SUMTER SC 29151-1060 |

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 711-03<br>PALMETTO PROPANE<br>131 WEST CHURCH ST.<br>BATESBURG SC 29006 | CREDITOR ID: 713-03<br>PANACEA AREA WATER<br>PO BOX 215<br>PANACEA FL 32346 | CREDITOR ID: 2936-04<br>PARISH DISPOSAL<br>21164 HIGHWAY 16<br>FRANKLINTON LA 70438 |
| CREDITOR ID: 716-03<br>PARISH WATER CO.<br>PO BOX 96025<br>BATON ROUGE LA 70896-9025 | CREDITOR ID: 717-03<br>PARKER UTILITY DEPARTMENT<br>PO BOX 10619<br>PARKER FL 32404-1745 | CREDITOR ID: 718-03<br>PARKS PROPANE & APPLIANCE<br>PO BOX 450218<br>KISSIMMEE FL 34715-0218 |
| CREDITOR ID: 723-03<br>PAYMENT PROCESSING CENTER<br>PO BOX 1595<br>JACKSON MS 39215 | CREDITOR ID: 724-03<br>PEACE RIVER ELECTRIC COOP INC.<br>PO BOX 1310<br>WAUCHULA FL 33873 | CREDITOR ID: 725-03<br>PEACHTREE NATURAL GAS<br>PO BOX 740554<br>ATLANTA GA 30374-0554 |
| CREDITOR ID: 726-03<br>PEARL RIVER VALLEY WATER SUPPLY<br>PO BOX 2180<br>RIDGELAND MS 39158 | CREDITOR ID: 728-03<br>PELHAM WATER WORKS<br>PO BOX 277<br>PELHAM AL 35124-0277 | CREDITOR ID: 731-03<br>PENINSULA ENERGY SERVICES CO.<br>PO BOX 615<br>DOVER DE 19903 |
| CREDITOR ID: 732-03<br>PENSACOLA AREA HOUSING COMMISSION<br>PO BOX 18370<br>PENSACOLA FL 32523-8370 | CREDITOR ID: 734-03<br>PEOPLES GAS<br>4040 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32247-0429 | CREDITOR ID: 240869-10<br>PEOPLES MUTUAL TELEPHONE<br>PO BOX 499<br>GRETNA VA 24557-0499 |
| CREDITOR ID: 240868-10<br>PEOPLES MUTUAL TELEPHONE<br>C/O FAIRPOINT COMMUNICATIONS<br>PO BOX 70821<br>CHARLOTTE NC 28272-0821 | CREDITOR ID: 736-03<br>PEOPLES WATER SERVICE<br>PO BOX 230<br>DONALDSONVILLE LA 70346-0230 | CREDITOR ID: 735-03<br>PEOPLES WATER SERVICE<br>PO BOX 4815<br>PENSACOLA FL 32507 |
| CREDITOR ID: 737-03<br>PERRY GAS<br>PO BOX 4346, DEPT 532<br>HOUSTON TX 77210-4346 | CREDITOR ID: 741-03<br>PICAYUNE UTILITY DEPARTMENT<br>203 GOODYEAR BLVD.<br>PICAYUNE MS 39466 | CREDITOR ID: 742-03<br>PICKENS WATER DEPARTMENT<br>PO BOX 217<br>PICKENS SC 29671-0217 |
| CREDITOR ID: 743-03<br>PIEDMONT ENERGY<br>4339 SOUTH TRYON STREET<br>CHARLOTTE NC 28217 | CREDITOR ID: 744-03<br>PIEDMONT NATURAL GAS CO.<br>PO BOX 33068<br>CHARLOTTE NC 28233-3068 | CREDITOR ID: 746-03<br>PINELLAS COUNTY UTILITIES<br>PO BOX 1780<br>CLEARWATER FL 34617-1780 |
| CREDITOR ID: 752-03<br>PNG PROPANE<br>3817 SOUTH TRYON STREET<br>CHARLOTTE NC 28217 | CREDITOR ID: 753-03<br>POINTE COUPEE ELEC MEMBER CORP.<br>PO BOX 160<br>NEW ROADS LA 70760 | CREDITOR ID: 757-03<br>PONTOTOC ELECTRIC POWER ASSN.<br>PO BOX 718<br>PONTOTOC MS 38863 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 240871-10<br>PORTABLE INTERNET INC<br>136 KINDERKAMACK ROAD<br>SUITE 2B<br>PARK RIDGE NJ 07656 | CREDITOR ID: 240872-10<br>PRICE, RICHARD E<br>505 OAKSIDE DRIVE<br>BRANDON FL 33510 | CREDITOR ID: 765-03<br>PRINCETON WATER & WASTEWATER<br>101 E. MARKET STREET<br>PRINCETON KY 42445 |
| CREDITOR ID: 767-03<br>PROAM<br>1734 TAILOKAS ROAD<br>MOULTRIE GA 31768 | CREDITOR ID: 768-03<br>PROGRESS ENERGY CAROLINAS<br>PO BOX 2041<br>RALEIGH NC 27698 | CREDITOR ID: 769-03<br>PSG ROLLING OAKS UTILITIES<br>PO BOX 641030<br>BEVERLY HILLS FL 34464 |
| CREDITOR ID: 770-03<br>PSI ENERGY INC.<br>1000 EAST MAIN STREET<br>PLAINFIELD IN 46168 | CREDITOR ID: 771-03<br>PSNC ENERGY<br>PAYMENT CENTER<br>CHARLOTTE NC 28272 | CREDITOR ID: 2937-04<br>PUGH/SON<br>ATTN: VIVAN OR JOHN<br>RT. 3 BOX 98<br>EVERGREEN AL 36401 |
| CREDITOR ID: 772-03<br>QUALITY GAS<br>1505 NORTH MAIN STREET<br>OAKBORO NC 28129 | CREDITOR ID: 2938-04<br>QUICKWAY<br>PO BOX 997<br>HALIFAX VA 24558 | CREDITOR ID: 774-03<br>RAAB KARCHER ENERGY SERVICES<br>PO BOX 31321<br>TAMPA FL 33631 |
| CREDITOR ID: 775-03<br>RAGLAND WATER<br>PO BOX 10<br>RAGLAND AL 35131 | CREDITOR ID: 777-03<br>RAINBOW SPRINGS UTILITIES L C<br>PO BOX 1850<br>DUNNELLON FL 34430-1850 | CREDITOR ID: 779-03<br>RAYMOND WATER DEPT.<br>PO BOX 10<br>RAYMOND MS 89154 |
| CREDITOR ID: 3094-04<br>REPUBLIC WASTE<br>ATTN: JAMIE LOCHART<br>5516 ROZZELLS FERRY ROAD<br>CHARLOTTE NC 28214 | CREDITOR ID: 3092-04<br>REPUBLIC WASTE<br>2875 LOWERY STREET<br>WINSTON SALEM NC 27101 | CREDITOR ID: 3091-04<br>REPUBLIC WASTE<br>16 BOBWHITE RD.<br>BEAUFORT SC 29902 |
| CREDITOR ID: 782-03<br>REVERE GAS AND APPLIANCE<br>PO BOX 1367<br>GLOUCESTER VA 23061 | CREDITOR ID: 783-03<br>RICE'S GAS AND OIL<br>PO BOX 313<br>HAVELOCK NC 28532 | CREDITOR ID: 785-03<br>RICHMOND WATER GAS & SEWAGE<br>PO BOX 700<br>RICHMOND KY 40476 |
| CREDITOR ID: 787-03<br>RIDGE FUEL<br>PO BOX 10<br>AVON PARK FL 33825 | CREDITOR ID: 792-03<br>ROANOKE GAS CO.<br>PO BOX 13007<br>ROANOKE VA 24030-3007 | CREDITOR ID: 793-03<br>ROANOKE RAPIDS SANITARY DISTRICT<br>1000 JACKSON STREET<br>ROANOKE RAPIDS NC 27870 |
| CREDITOR ID: 240873-10<br>ROANOKE TELEPHONE COMPANY<br>950 MAIN STREET<br>ROANOKE AL 36274-1478 | CREDITOR ID: 797-03<br>ROCKDALE CO. WATER & SEWERAGE<br>PO BOX 1378<br>CONYERS GA 30012-1378 | CREDITOR ID: 802-03<br>ROYAL CONSOLIDATED PROPERTIES<br>802 NW FIRST STREET<br>SOUTH BAY FL 33493 |

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2761-04<br>RSI<br>2803 HIGHWAY 9 EAST<br>LITTLE RIVER SC 29566 | CREDITOR ID: 2939-04<br>RUMPKE<br>PO BOX 538708<br>CINCINNATI OH 45253 | CREDITOR ID: 2762-04<br>RURAL SANITATION<br>1331 E. MAIN ST.<br>DILLON SC 29536 |
| CREDITOR ID: 807-03<br>SAMPSON BLADEN OIL<br>932 US 421 NORTH<br>CLINTON NC 28329 | CREDITOR ID: 808-03<br>SAMS GAS CO.<br>PO BOX 593641<br>ORLANDO FL 32859-3641 | CREDITOR ID: 809-03<br>SAN ANGELO WATER UTILITIES<br>PO BOX 5820<br>SAN ANGELO TX 76902 |
| CREDITOR ID: 810-03<br>SAND MOUNTAIN ELECTRIC COOP<br>PO BOX 277<br>RAINSVILLE AL 35986 | CREDITOR ID: 811-03<br>SANDEFUR INVESTMENTS INC.<br>806 E. 25TH STREET<br>SANDFORD FL 32771 | CREDITOR ID: 815-03<br>SANITATION DISTRICT 1<br>1045 EATON DRIVE<br>COVINGTON KY 41017 |
| CREDITOR ID: 816-03<br>SANITATION DISTRICT NO 1<br>PO BOX 17600<br>COVINGTON KY 41017 | CREDITOR ID: 817-03<br>SANTEE COOPER<br>PO BOX 188<br>MONCKS CORNER SC 29461 | CREDITOR ID: 820-03<br>SAVANNAH VALLEY UTILITY DISTRICT<br>PO BOX 1<br>GEORGETOWN TN 37336 |
| CREDITOR ID: 821-03<br>SAWNEE ELECTRIC MEMBER CORP.<br>543 ATLANTA HIGHWAY<br>PO BOX 266<br>CUMMING GA 30028 | CREDITOR ID: 822-03<br>SAWYER GAS<br>21 SOUTH ORANGE AVENUE<br>GREEN COVE SPRINGS FL 32043-1386 | CREDITOR ID: 823-03<br>SAWYER GAS/TECO PROPANE<br>SAWYER GAS OF JACKSONVILLE<br>7162 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 240876-10<br>SBC<br>PO BOX 630047<br>DALLAS TX 75263-0047 | CREDITOR ID: 240875-10<br>SBC<br>BILL PAYMENT CENTER<br>CHICAGO IL 60663-0001 | CREDITOR ID: 240874-10<br>SBC<br>60663 SBC DRIVE<br>CHICAGO IL 60663-0001 |
| CREDITOR ID: 824-03<br>SCANA ENERGY<br>PO BOX 751684<br>CHARLOTTE NC 28275 | CREDITOR ID: 825-03<br>SCANA PROPANE<br>509 S. FIFTH STREET<br>HARTSVILLE SC 29551-1837 | CREDITOR ID: 240877-10<br>SCOTT R PRESTON<br>5 SPRING GLEN COURT<br>DURHAM NC 27703-6618 |
| CREDITOR ID: 2943-04<br>SCOTT WASTE MANAGEMENT<br>PO BOX 9001794<br>LOUISVILLE KY 40290 | CREDITOR ID: 827-03<br>SEACOAST UTILITY AUTHORITY<br>4200 HOOD ROAD<br>PALM BEACH GARDENS FL 33410-9602 | CREDITOR ID: 2946-04<br>SEASIDE SANITATION<br>8608 ARCOLA AVE.<br>HUDSON FL 34667 |
| CREDITOR ID: 2945-04<br>SEASIDE SANITATION<br>8608 ARCOLA AVENUE<br>HUDSON FL 34667 | CREDITOR ID: 828-03<br>SEBRING GAS SYSTEM INC.<br>3515 US HIGHWAY 27 SOUTH<br>SEBRING FL 33870-5452 | CREDITOR ID: 830-03<br>SELIG ENTERPRISES,  INC.<br>1100 SPRING STREET, SUITE 550<br>ATLANTA GA 30309-2848 |

### Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures For Resolving Requests For Additional Assurance

**DEBTOR:   WINN-DIXIE STORES, INC.**                                             **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 831-03<br>SELMA WATER & SEWER BOARD<br>PO BOX 326<br>SELMA AL 36702 | CREDITOR ID: 832-03<br>SELMA WATER WORKS<br>1600 SELMA AVENUE<br>SELMA AL 36702-0326 | CREDITOR ID: 833-03<br>SEMINOLE COUNTY WATER & SEWER<br>PO BOX 2649<br>SANFORD FL 32772 |
| CREDITOR ID: 834-03<br>SEMINOLE IMPROVEMENT DISTRICT<br>4001 SEMINOLE PRATT WHITNEY ROAD<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 2947-04<br>SEMINOLE SANITATION<br>PO BOX 612<br>MILLEDGEVILLE GA 31059 | CREDITOR ID: 835-03<br>SENECA LIGHT & WATER PLANT<br>PO BOX 4773<br>SENECA SC 29679 |
| CREDITOR ID: 837-03<br>SEWERAGE & WATER BOARD OF NE<br>625 ST. JOSEPH STREET<br>NEW ORLEANS LA 70165 | CREDITOR ID: 838-03<br>SHEFFIELD UTILITIES<br>PO BOX 580<br>SHEFFIELD AL 35660 | CREDITOR ID: 839-03<br>SHELBY COUNTY COMMISSION<br>PO BOX 381114<br>BIRMINGHAM AL 35238-1114 |
| CREDITOR ID: 841-03<br>SHELBYVILLE MUNICIPAL WATER<br>PO BOX 608<br>SHELBYVILLE KY 40066 | CREDITOR ID: 842-03<br>SHELL ENERGY SERVICES<br>PO BOX 659583<br>SAN ANTONIO TX 78265 | CREDITOR ID: 843-03<br>SHEPHERDSVILLE WATER & SEWER<br>PO BOX 400<br>SHEPHERDSVILLE KY 40165-0400 |
| CREDITOR ID: 844-03<br>SIMON PROPERTY GROUP<br>PO BOX 2004<br>INDIANAPOLIS IN 46255 | CREDITOR ID: 2948-04<br>SINCLAIR DISPOSAL SERVICE<br>PO BOX 612<br>MILLEDGEVILLE GA 31059 | CREDITOR ID: 274942-04<br>SINCLAIR DISPOSAL SERVICE<br>PO BOX 9001771<br>LOUISVILLE KY 40290 |
| CREDITOR ID: 845-03<br>SINGING RIVER ELECTRIC POWER ASSN.<br>11187 HIGHWAY 63 SOUTH<br>PO BOX 767<br>LUCEDALE MS 39452 | CREDITOR ID: 846-03<br>SJWD WATER DISTRICT<br>PO BOX 607<br>LYMAN SC 29365 | CREDITOR ID: 849-03<br>SNAPPING SHOALS EL MEMBER CORP.<br>PO BOX 509<br>COVINGTON GA 30015 |
| CREDITOR ID: 850-03<br>SODDY DAISY FALLING WATER<br>PO BOX 575<br>SODDY DAISY TN 37384 | CREDITOR ID: 852-03<br>SONAT PUBLIC SERVICE<br>1422 BURTONWOOD DRIVE<br>GASTONIA NC 28053-0698 | CREDITOR ID: 854-03<br>SOUTH ALABAMA UTILITIES<br>PO BOX 428<br>CITRONELLE AL 36522 |
| CREDITOR ID: 855-03<br>SOUTH CAROLINA ELECTRIC & GAS<br>440 KNOX ABBOT DRIVE<br>CAYCE SC 29033 | CREDITOR ID: 856-03<br>SOUTH COAST GAS CO.<br>PO BOX 470<br>RACELAND LA 70394-0470 | CREDITOR ID: 857-03<br>SOUTH MARTIN REGIONAL UTILITY<br>6568 S.E. FEDERAL HIGHWAY<br>STUART FL 34997-8383 |
| CREDITOR ID: 858-03<br>SOUTH WALTON UTILITY CO.<br>79 OLD HIGHWAY 98<br>DESTIN FL 32541-4938 | CREDITOR ID: 859-03<br>SOUTHEAST ALABAMA GAS DISTRICT<br>PO BOX 1338<br>ANDALUSIA AL 36420-1338 | CREDITOR ID: 240878-10<br>SOUTHERN LINC<br>P O BOX 740531<br>ATLANTA GA 30374-0531 |

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:   WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

CREDITOR ID: 240879-10
SOUTHERN LINC
P O BOX 931581
ATLANTA GA 31193

CREDITOR ID: 860-03
SOUTHERN WATER MANAGEMENT
PO BOX 14067
ST PETERSBURG FL 33733-4067

CREDITOR ID: 861-03
SOUTHLAKE UTILITIES, INC.
PO BOX 6209
TALLAHASEE FL 32314-6209

CREDITOR ID: 3096-04
SOUTHLAND WASTE
PO BOX 9001810
LOUISVILLE KY 40290

CREDITOR ID: 3095-04
SOUTHLAND WASTE
126 PERRY LANE ROAD
BRUNSWICK GA 31525-1632

CREDITOR ID: 862-03
SOUTHWESTERN VIRGINIA GAS CO.
208 LESTER STREET
MARTINSVILLE VA 24112-2821

CREDITOR ID: 863-03
SPARTANBURG SANITARY SEWER DISTRICT
PO BOX 5404
SPARTANBURG SC 29304-5404

CREDITOR ID: 864-03
SPARTANBURG WATER SYSTEM
PO BOX 251
SPARTANBURG SC 29304

CREDITOR ID: 865-03
SPENCER BROTHERS PROPANE
PO BOX 1674
CHESTERFIELD VA 23832

CREDITOR ID: 240881-10
SPRINT
P O BOX 740463
CINCINNATI OH 45274-0463

CREDITOR ID: 240884-10
SPRINT
PO BOX 96031
CHARLOTTE NC 28296-0031

CREDITOR ID: 240883-10
SPRINT
PAID THREW P CARD
PO BOX 88026
CHICAGO IL 60680-1206

CREDITOR ID: 240882-10
SPRINT
P O BOX 96064
CHARLOTTE NC 28296-0064

CREDITOR ID: 240880-10
SPRINT
P O BOX 30723
TAMPA FL 33630-3723

CREDITOR ID: 867-03
ST AUGUSTINE GAS
254 RIBERIA STREET
ST AUGUSTINE FL 32085

CREDITOR ID: 868-03
ST BERNARD PARISH WATER & SEWER
PO BOX 1278
CHALMETTE LA 70044-1278

CREDITOR ID: 869-03
ST CHARLES PARISH WATER WORKS
PO BOX 108
LULING LA 70070

CREDITOR ID: 870-03
ST CLOUD, CITY OF (FL)
PO BOX 701445
ST CLOUD FL 34770-1445

CREDITOR ID: 871-03
ST JOHN THE BAPTIST PARISH
PO BOX C
GARYVILLE LA 70051-0843

CREDITOR ID: 872-03
ST JOHNS COUNTY UTILITY DEPT
PO DRAWER 3006
ST AUGUSTINE FL 32085

CREDITOR ID: 873-03
ST JOHNS SERVICE CO.
248 SOLANA ROAD
PONTE VEDRA FL 32082

CREDITOR ID: 875-03
ST. LUCIE COUNTY UTILITIES
PO DRAWER 728
2300 VIRGINIA AVENUE
FORT PIERCE FL 34954-0728

CREDITOR ID: 240885-10
STANLEY A PALUSZEWSKI
10333 SPRINGSTONE ROAD
MCCORDSVILLE IN 46055

CREDITOR ID: 878-03
STARKVILLE ELECTRIC & WATER DEPT.
PO BOX 927
STARKVILLE MS 39760

CREDITOR ID: 881-03
STEPHENVILLE CITY WATER DEPT.
298 W. WASHINGTON
STEPHENVILLE TX 76401

CREDITOR ID: 883-03
SUBURBAN PROPANE
BRUDIES ROAD
BRATTLEBORO VT 05304

CREDITOR ID: 2949-04
SULLIVAN SERVICES
425 GEORGIA HIGHWAY 252
VIDALIA GA 30474

SERVICE LIST
Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:   WINN-DIXIE STORES, INC.**                                  **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 884-03<br>SUMMERVILLE COMM. OF PUBLIC WORKS<br>PO BOX 817<br>SUMMERVILLE SC 29484-0817 | CREDITOR ID: 885-03<br>SUMTER ELECTRIC COOP INC.<br>PO BOX 301<br>SUMTERVILLE FL 33585 | CREDITOR ID: 2950-04<br>SUNBURST SANITATION<br>786 PIKE RD.<br>WEST PALM BEACH FL 33411 |
| CREDITOR ID: 2951-04<br>SUNFLOWER<br>ATTN: SHERRY OR SUE<br>PO BOX 781150<br>TALLASSEE AL 36078-1150 | CREDITOR ID: 887-03<br>SUNRISE PROPANE<br>10105 HUDSON AVENUE<br>HUDSON FL 34669 | CREDITOR ID: 889-03<br>SUNSET PLAZA UTILITIES, INC.<br>1817 U.S. HIGHWAY 19<br>HOLIDAY FL 34691 |
| CREDITOR ID: 890-03<br>SUPER FLAME GAS<br>315 WEST RIDGE STREET<br>ROCKY MOUNT NC 27804 | CREDITOR ID: 2952-04<br>SUPERIOR<br>S.W. MARTIN LUTHER KING BLVD.<br>OCALA FL 34474 | CREDITOR ID: 891-03<br>SYNERGY GAS<br>5316 CALHOUN MEMORIAL HIGHWAY<br>EASLEY SC 29640 |
| CREDITOR ID: 892-03<br>T.R. LEE OIL<br>400 WEST MAIN STREET<br>CLAYTON NC 27520 | CREDITOR ID: 893-03<br>TALLADEGA WATER & SEWER<br>100 COURT STREET N<br>TALLADEGA AL 35160-2014 | CREDITOR ID: 896-03<br>TALQUIN ELECTRIC COOPERATIVE<br>PO BOX 1679<br>QUINCY FL 32353 |
| CREDITOR ID: 898-03<br>TAMPA ELECTRIC CO.<br>PO BOX 111<br>TAMPA FL 33601 | CREDITOR ID: 901-03<br>TART GAS<br>ROUTE 5<br>DUNN NC 28334 | CREDITOR ID: 2954-04<br>TAYLORS<br>ATTN: GROVER LONG, BOBBY TAYLOR<br>1616 EUFAULA AVE.<br>EUFAULA AL 36027 |
| CREDITOR ID: 240888-10<br>TDS TELECOM<br>PO BOX 1016<br>MONROE WI 53566-8116 | CREDITOR ID: 240887-10<br>TDS TELECOM<br>P O BOX 1028<br>MONROE WI 53566-8128 | CREDITOR ID: 240886-10<br>TDS TELECOM<br>P O BOX 1025<br>MONROE WI 53566-8125 |
| CREDITOR ID: 903-03<br>TECO PEOPLES GAS<br>PO BOX 31017<br>TAMPA FL 33631-3017 | CREDITOR ID: 904-03<br>TECO PROPANE<br>1400 CHANNELSIDE DRIVE<br>TAMPA FL 33605 | CREDITOR ID: 905-03<br>TENANT SERVICES INC.<br>PO BOX 5807<br>DENVER CO 80217 |
| CREDITOR ID: 906-03<br>TENNESSEE AMERICAN WATER CO.<br>1101 BROAD STREET<br>CHATTANOOGA TN 37402 | CREDITOR ID: 907-03<br>TERREBONNE PARISH CONSOL GOVERNMENT<br>PO BOX 6097<br>HOUMA LA 70361 | CREDITOR ID: 908-03<br>TEXAS-OHIO GAS INC.<br>DEPT #745<br>DENVER CO 80291 |
| CREDITOR ID: 910-03<br>THOMASVILLE UTILITIES<br>PO BOX 1397<br>THOMASVILLE GA 31799-1397 | CREDITOR ID: 914-03<br>TIOGA WATER WORKS DISTRICT<br>PO BOX 580<br>TIOGA LA 71477 | CREDITOR ID: 78-03<br>TOWN OF AMITE CITY<br>212 E. OAK STREET<br>AMITE LA 70422-2818 |

**Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 82-03<br>TOWN OF APEX<br>PO BOX 250<br>APEX NC 27502 | CREDITOR ID: 106-03<br>TOWN OF BALDWIN<br>10 US 90 WEST<br>BALDWIN FL 32234 | CREDITOR ID: 139-03<br>TOWN OF BOONE<br>PO BOX 192<br>BOONE NC 28607 |
| CREDITOR ID: 160-03<br>TOWN OF CALLAHAN<br>PO BOX 5016<br>CALLAHAN FL 32011 | CREDITOR ID: 180-03<br>TOWN OF CHAPIN<br>PO BOX 183<br>CHAPIN SC 29036 | CREDITOR ID: 3077-04<br>TOWN OF CLARKSVILLE<br>PO BOX 1147<br>CLARKSVILLE VA 23927 |
| CREDITOR ID: 201-03<br>TOWN OF CLARKSVILLE<br>PO BOX 1147<br>CLARKSVILLE VA 23927 | CREDITOR ID: 206-03<br>TOWN OF CLAYTON<br>PO BOX 879<br>CLAYTON NC 27520-0879 | CREDITOR ID: 243-03<br>TOWN OF CORYDON<br>113 N. OAK STREET<br>CORYDON IN 47112 |
| CREDITOR ID: 259-03<br>TOWN OF DALLAS<br>131 NORTH GASTON STREET<br>DALLAS NC 28034 | CREDITOR ID: 265-03<br>TOWN OF DAVIE<br>PO BOX 5917<br>DAVIE FL 33310 | CREDITOR ID: 298-03<br>TOWN OF DUNDEE<br>PO BOX 1000<br>DUNDEE FL 33838 |
| CREDITOR ID: 311-03<br>TOWN OF EDENTON<br>PO BOX 300<br>EDENTON NC 27932 | CREDITOR ID: 317-03<br>TOWN OF ELIZABETHTOWN<br>PO BOX 716<br>ELIZABETHTOWN NC 28337 | CREDITOR ID: 318-03<br>TOWN OF ELKIN<br>226 N. BRIDGE STREET<br>ELKIN NC 28621 |
| CREDITOR ID: 334-03<br>TOWN OF FARMVILLE<br>DRAWER 368<br>FARMVILLE VA 23901 | CREDITOR ID: 355-03<br>TOWN OF FLOWER MOUND<br>2121 CROS TIMBERS ROAD<br>FLOWER MOUND TX 75028 | CREDITOR ID: 358-03<br>TOWN OF FOREST CITY<br>128 N. POWELL STREET<br>FOREST CITY NC 28043 |
| CREDITOR ID: 365-03<br>TOWN OF FORT MILL<br>PO BOX 159<br>FT MILL SC 29716 | CREDITOR ID: 375-03<br>TOWN OF FRANKLIN<br>188 W. MAIN STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 376-03<br>TOWN OF FRANKLINTON<br>301 11TH AVENUE<br>FRANKLINTON LA 70438 |
| CREDITOR ID: 382-03<br>TOWN OF FUQUAY-VARINA<br>1300 E. ACADEMY STREET<br>FUQUAY-VARINA NC 27526 | CREDITOR ID: 405-03<br>TOWN OF GRANITE FALLS<br>PO DRAWER 10<br>GRANITE FALLS NC 28630 | CREDITOR ID: 3079-04<br>TOWN OF GREENVILLE<br>ATTN: BOE BIRD<br>708 WEST SUMMER STREET<br>GREENVILLE TN 37743 |
| CREDITOR ID: 438-03<br>TOWN OF HAMPTON<br>608 FIRST STREET WEST<br>HAMPTON SC 29924 | CREDITOR ID: 464-03<br>TOWN OF HILDEBRAN<br>PO BOX 87<br>HILDEBRAN NC 28637 | CREDITOR ID: 465-03<br>TOWN OF HILLIARD<br>PO BOX 249<br>HILLIARD FL 32046 |

SERVICE LIST

**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 476-03<br>TOWN OF HOPE MILLS<br>3701 SOUTH MAIN STREET<br>HOPE MILLS NC 28348 | CREDITOR ID: 489-03<br>TOWN OF HURT<br>PO BOX 26543<br>HURT VA 24563-0760 | CREDITOR ID: 518-03<br>TOWN OF JUPITER<br>PO BOX 8900<br>JUPITER FL 33468 |
| CREDITOR ID: 527-03<br>TOWN OF KILMARNOCK<br>PO BOX 1357<br>KILMARNOCK VA 22482 | CREDITOR ID: 535-03<br>TOWN OF KNIGHTDALE<br>PO BOX 640<br>KNIGHTDALE NC 27545-0640 | CREDITOR ID: 539-03<br>TOWN OF LADY LAKE<br>225 WEST GUAVA STREET<br>LADY LAKE FL 32159 |
| CREDITOR ID: 545-03<br>TOWN OF LAKE PLACID<br>51 PARK DRIVE<br>LAKE PLACID FL 33852 | CREDITOR ID: 548-03<br>TOWN OF LANDIS<br>ATTN:  DEBBIE GOODMAN<br>PO BOX 8165<br>LANDIS NC 28088 | CREDITOR ID: 574-03<br>TOWN OF LOUISBURG<br>110 W. NASH STREET<br>LOUISBURG NC 27549 |
| CREDITOR ID: 589-03<br>TOWN OF MADISON<br>120 N. MARKET STREET<br>MADISON NC 27025 | CREDITOR ID: 3080-04<br>TOWN OF NORTH WILKESBORO<br>ATTN: MR. BAUGESS<br>TOWN HALL<br>NORTH WILKESBORO NC 28656 | CREDITOR ID: 645-03<br>TOWN OF NORTH WILKESBORO<br>801 MAIN STREET<br>NORTH WILKESBORO NC 28659 |
| CREDITOR ID: 694-03<br>TOWN OF ORANGE PARK<br>2042 PARK AVENUE<br>ORANGE PARK FL 32073 | CREDITOR ID: 800-03<br>TOWN OF ROCKY MOUNT<br>345 DONALD AVENUE<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 3081-04<br>TOWN OF SOUTH HILL<br>117 W ATLANTIC ST.<br>SOUTH HILL VA 23970 |
| CREDITOR ID: 876-03<br>TOWN OF STANLEY<br>PO BOX 279<br>STANLEY NC 28164 | CREDITOR ID: 939-03<br>TOWN OF VILLE PLATTE<br>PO BOX 390<br>VILLE PLATTE LA 70586-0390 | CREDITOR ID: 940-03<br>TOWN OF VINTON<br>311 S POLLARD STREET<br>VINTON VA 24179 |
| CREDITOR ID: 3082-04<br>TOWN OF WAKE FOREST<br>401 ELM ST.<br>WAKE FOREST NC 27587 | CREDITOR ID: 948-03<br>TOWN OF WAKE FOREST<br>400 EAST ELM STREET<br>WAKE FOREST NC 27587 | CREDITOR ID: 950-03<br>TOWN OF WALKER<br>PO BOX 217<br>WALKER LA 70785 |
| CREDITOR ID: 961-03<br>TOWN OF WAYNESVILLE<br>106 S. MAIN STREET<br>WAYNESVILLE NC 28786 | CREDITOR ID: 974-03<br>TOWN OF WILLIAMSTON<br>12 W. MAIN STREET<br>WILLIAMSTON SC 29697 | CREDITOR ID: 973-03<br>TOWN OF WILLIAMSTON<br>PO BOX 506<br>WILLIAMSTON NC 27892 |
| CREDITOR ID: 991-03<br>TOWN OF ZEBULON<br>100 N. ARENDELL AVENUE<br>ZEBULON NC 27597 | CREDITOR ID: 490-03<br>TOWNSHIP OF ICARD<br>PO BOX 436<br>HILDEBRAN NC 28637-0436 | CREDITOR ID: 916-03<br>TRACTEBEL ENERGY SERVICES<br>PO BOX 25225<br>LEIGH VALLEY PA 18002-5225 |

SERVICE LIST

Order (A) Deeming Utilities Adequately Assured of Payment,
(B) Prohibiting Utilities From Altering, Refusing, or
Discontinuing Services, and (C) Establishing Procedures
For Resolving Requests For Additional Assurance

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                 **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2955-04<br>TREASURE COAST REFUSE<br>3905 OSLO ROAD<br>VERO BEACH FL 32968 | CREDITOR ID: 918-03<br>TRI-COUNTY ELECTRIC MEMBER CORP.<br>HIGHWAY 117 SOUTH<br>PO BOX 130<br>DUDLEY NC 28333 | CREDITOR ID: 919-03<br>TRI-COUNTY SQUARE<br>6200 CRESTWOOD STATION<br>CRESTWOOD KY 40014 |
| CREDITOR ID: 923-03<br>TWIN OAKS SERVICE CORP.<br>PO BOX 655<br>RACELAND LA 70394 | CREDITOR ID: 924-03<br>TXU ENERGY SERVICES<br>PO BOX 360151<br>PITTSBURGH PA 15251 | CREDITOR ID: 925-03<br>TXU GAS<br>PO BOX 650654<br>DALLAS TX 75265 |
| CREDITOR ID: 927-03<br>UNION LIGHT HEAT & POWER CO.<br>1000 EAST MAIN STREET<br>PLAINFIELD IN 46168 | CREDITOR ID: 928-03<br>UNION POWER COOPERATIVE<br>PO BOX 5014<br>MONROE NC 28111-5014 | CREDITOR ID: 2956-04<br>UNITED<br>PO BOX 9001810<br>LOUISVILLE KY 40290 |
| CREDITOR ID: 2957-04<br>UNITED WASTE<br>PO BOX 9001169<br>LOUISVILLE KY 40290 | CREDITOR ID: 930-03<br>UNITED WATER FLORIDA<br>PO BOX 911055<br>ORLANDO FL 32891-1055 | CREDITOR ID: 240890-10<br>US LEC CORP<br>PO BOX 601310<br>CHARLOTTE NC 28260-1310 |
| CREDITOR ID: 2958-04<br>USA WASTE<br>PO BOX 307<br>ABBEVILLE LA 70511 | CREDITOR ID: 2959-04<br>USA WASTE OF VA<br>100 NORTH PARK LANE<br>HAMPTON VA 23666 | CREDITOR ID: 2960-04<br>VALLEY PROTEINS<br>9300 JOHNSON ROAD<br>STRAWBERRY PLAINS TN 37871 |
| CREDITOR ID: 932-03<br>VALRICO SQUARE<br>PO BOX 5666<br>CLEARWATER FL 33758-5666 | CREDITOR ID: 933-03<br>VECTREN ENERGY DELIVERY<br>PO BOX 6248<br>INDIANAPOLIS IN 46206-6248 | CREDITOR ID: 240893-10<br>VERIZON<br>PO BOX 790406<br>ST LOUIS MO 63179-0406 |
| CREDITOR ID: 240892-10<br>VERIZON<br>PO BOX 30001<br>INGLEWOOD CA 90313 | CREDITOR ID: 240891-10<br>VERIZON<br>P O BOX 17577<br>BALTIMORE MD 21297-0513 | CREDITOR ID: 240894-10<br>VERIZON FLORIDA INC<br>P O BOX 920041<br>DALLAS TX 75392-0041 |
| CREDITOR ID: 240895-10<br>VERIZON NORTH<br>PO BOX 920041<br>DALLAS TX 75392-0041 | CREDITOR ID: 240896-10<br>VERIZON SELECT SERVICES INC<br>P O BOX 101956<br>ATLANTA GA 30392 | CREDITOR ID: 240897-10<br>VERIZON SOUTH<br>P O BOX 920041<br>DALLAS TX 75392-0041 |
| CREDITOR ID: 240898-10<br>VERIZON WIRELESS<br>PAID THREW P CARD<br>P O BOX 660108<br>DALLAS TX 75266-0108 | CREDITOR ID: 240899-10<br>VERIZON WIRELESS MESSAGING SERVICES<br>PO BOX 15110<br>ALBANY NY 12212-5110 | CREDITOR ID: 2961-04<br>VERMILLION PARISH<br>PO BOX 930580<br>ATLANTA GA 31193 |

**SERVICE LIST**

**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                 **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 938-03<br>VILLAGE CENTER CDD<br>PO BOX 430<br>LADY LAKE FL 32158-0430 | CREDITOR ID: 709-03<br>VILLAGE OF PALM SPRINGS<br>226 CYPRESS LANE<br>PALM SPRINGS FL 33461 | CREDITOR ID: 803-03<br>VILLAGE OF ROYAL PALM BEACH<br>1050 ROYAL PALM BEACH BLVD.<br>ROYAL PALM BEACH FL 33411-1605 |
| CREDITOR ID: 962-03<br>VILLAGE OF WELLINGTON<br>PO BOX 889<br>LOXAHATCHEE FL 33470-0889 | CREDITOR ID: 941-03<br>VIRGINIA AMERICAN WATER CO.<br>PO BOX 75030<br>BALTIMORE MD 21275 | CREDITOR ID: 942-03<br>VIRGINIA NATURAL GAS INC.<br>5100 E. VA BEACH BLVD.<br>NORFOLK VA 23502-3413 |
| CREDITOR ID: 943-03<br>VITERRA ENERGY SERVICES<br>5400 NEWPORT DRIVE<br>ROLLING MEADOWS IL 60008-3731 | CREDITOR ID: 944-03<br>VOLUNTEER ELECTRIC COOP<br>PO BOX 277<br>DECATUR TN 37322 | CREDITOR ID: 945-03<br>VOLUSIA COUNTY WATER & SEWER<br>123 W. INDIANA AVENUE<br>DELAND FL 32720-4602 |
| CREDITOR ID: 2703-04<br>W/M OF GRENADA, MS<br>PO BOX 890492<br>CHARLOTTE NC 28289 | CREDITOR ID: 949-03<br>WAKULLA LP GAS<br>PO BOX 194<br>CRAWFORDVILLE FL 32326 | CREDITOR ID: 952-03<br>WALTON ELECTRIC MEMBER CORP.<br>PO BOX 260<br>MONROE GA 30655 |
| CREDITOR ID: 2963-04<br>WASTE INDUSTRIES<br>3010 HIGHWAY 378<br>CONWAY SC 29526 | CREDITOR ID: 2962-04<br>WASTE INDUSTRIES<br>1119 INSTRUMENT DR.<br>ROCKY MOUNT NC 27804 | CREDITOR ID: 2972-04<br>WASTE INDUSTRIES<br>PO BOX 930580<br>ATLANTA GA 31193 |
| CREDITOR ID: 2971-04<br>WASTE INDUSTRIES<br>PO BOX 999<br>CONWAY SC 29526 | CREDITOR ID: 2970-04<br>WASTE INDUSTRIES<br>PO BOX 532<br>HOPE MILLS NC 28348 | CREDITOR ID: 2969-04<br>WASTE INDUSTRIES<br>PO BOX 526<br>HENDERSON NC 27536 |
| CREDITOR ID: 2968-04<br>WASTE INDUSTRIES<br>PO BOX 470<br>GOLDSBORO NC 27533 | CREDITOR ID: 2967-04<br>WASTE INDUSTRIES<br>PO BOX 1142<br>ELIZABETH CITY NC 27909 | CREDITOR ID: 2966-04<br>WASTE INDUSTRIES<br>3741 CONQUEST RD.<br>GARNER NC 28529 |
| CREDITOR ID: 2965-04<br>WASTE INDUSTRIES<br>3741 CONQUEST RD.<br>GARNER NC 27529 | CREDITOR ID: 2964-04<br>WASTE INDUSTRIES<br>ATTN: DALE MANGUM<br>3741 CONQUEST RD.<br>GARNER NC 27529 | CREDITOR ID: 2736-04<br>WASTE MANAGEMENT<br>ATTN: STEVE CANNON<br>PO BOX 930580<br>ATLANTA GA 31193 |
| CREDITOR ID: 2707-04<br>WASTE MANAGEMENT<br>ATTN: PETER ROUSSEAU<br>1405 GORDON AVE.<br>RICHMOND VA 23224 | CREDITOR ID: 2706-04<br>WASTE MANAGEMENT<br>ATTN: JOR PHILBIN<br>1405 GORDON AVE.<br>RICHMOND VA 23224 | CREDITOR ID: 2705-04<br>WASTE MANAGEMENT<br>ATTN: CARMELITA<br>1405 GORDON AVE.<br>RICHMOND VA 23224 |

**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                      **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2704-04<br>WASTE MANAGEMENT<br>10411 GLOBE RD.<br>MORRISVILLE NC 27560 | CREDITOR ID: 2735-04<br>WASTE MANAGEMENT<br>PO BOX 930580<br>ATLANTA GA 31193 | CREDITOR ID: 2734-04<br>WASTE MANAGEMENT<br>PO BOX 930580<br>ATLANTA GA 31193 |
| CREDITOR ID: 2733-04<br>WASTE MANAGEMENT<br>PO BOX 9001054<br>LOUISVILLE KY 40290-1054 | CREDITOR ID: 2732-04<br>WASTE MANAGEMENT<br>PO BOX 830003<br>BALTIMORE MD 21283-0003 | CREDITOR ID: 2731-04<br>WASTE MANAGEMENT<br>PO BOX 606<br>SANFORD NC 27331 |
| CREDITOR ID: 2730-04<br>WASTE MANAGEMENT<br>PO BOX 4730<br>WILMINGTON NC 28406 | CREDITOR ID: 2729-04<br>WASTE MANAGEMENT<br>PO BOX 4417<br>BEAUFORT SC 29903 | CREDITOR ID: 2728-04<br>WASTE MANAGEMENT<br>PO BOX 389<br>STONEVILLE NC 27048 |
| CREDITOR ID: 2727-04<br>WASTE MANAGEMENT<br>PO BOX 297<br>WHITEVILLE NC 28472 | CREDITOR ID: 2726-04<br>WASTE MANAGEMENT<br>PO BOX 25787<br>LUMBERTON NC 28359 | CREDITOR ID: 2724-04<br>WASTE MANAGEMENT<br>PO BOX 16148<br>WINSTON-SALEM NC 27115 |
| CREDITOR ID: 2723-04<br>WASTE MANAGEMENT<br>PO BOX 1387<br>CHERAW SC 29520 | CREDITOR ID: 2722-04<br>WASTE MANAGEMENT<br>PO BOX 1147<br>KINSTON NC 28501 | CREDITOR ID: 2721-04<br>WASTE MANAGEMENT<br>PO BOX 102397<br>ATLANTA GA 30368 |
| CREDITOR ID: 2720-04<br>WASTE MANAGEMENT<br>6501 GREENLAND ROAD<br>JACKSONVILLE FL 32258 | CREDITOR ID: 2719-04<br>WASTE MANAGEMENT<br>ATTN: ALICE REGAN<br>6501 GREENLAND ROAD<br>JACKSONVILLE FL 32258 | CREDITOR ID: 2718-04<br>WASTE MANAGEMENT<br>4201 DISTRIBUTION<br>FAYETTEVILLE NC 28301 |
| CREDITOR ID: 2717-04<br>WASTE MANAGEMENT<br>ATTN: MIKE MEECE<br>390 INNOVATION WAY<br>WELLFORD SC 29385 | CREDITOR ID: 2716-04<br>WASTE MANAGEMENT<br>3016 YADKIN ROAD<br>CHESAPEAKE VA 23323 | CREDITOR ID: 2715-04<br>WASTE MANAGEMENT<br>ATTN: SHERRY THOMAS<br>2810 DAY ST.<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 2714-04<br>WASTE MANAGEMENT<br>2712 LOWELL ROAD<br>GASTONIA NC 28054 | CREDITOR ID: 2713-04<br>WASTE MANAGEMENT<br>2620 ST. BEULAH RD.<br>FLORENCE SC 29506 | CREDITOR ID: 2712-04<br>WASTE MANAGEMENT<br>209 EAST HUNTER<br>MADISON NC 27025 |
| CREDITOR ID: 2711-04<br>WASTE MANAGEMENT<br>208 PREP PHILLIPS DR.<br>AUGUSTA GA 30904 | CREDITOR ID: 2710-04<br>WASTE MANAGEMENT<br>208 PREP PHILLIPS DR.<br>AUGUSTA GA 30901 | CREDITOR ID: 2709-04<br>WASTE MANAGEMENT<br>ATTN: BETTY<br>204 BALFOUR ROAD<br>GRANITE QUARRY NC 28072 |

**SERVICE LIST**
**Order (A) Deeming Utilities Adequately Assured of Payment,**
**(B) Prohibiting Utilities From Altering, Refusing, or**
**Discontinuing Services, and (C) Establishing Procedures**
**For Resolving Requests For Additional Assurance**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 2708-04
WASTE MANAGEMENT
1405 GORDON AVE.
RICHMOND VA 23224

CREDITOR ID: 954-03
WATAUGA WATER UTILITY SERVICE
PO BOX 48310
WATAUGA TX 76148-0310

CREDITOR ID: 955-03
WATER & WASTEWATER BD MADISON
PO BOX 197
MADISON AL 35758

CREDITOR ID: 960-03
WAYNESVILLE GAS
PO BOX 64
WAYNESVILLE NC 28786

CREDITOR ID: 964-03
WEST UNION WATER DEPARTMENT
PO BOX 129
W. UNION SC 29696-0129

CREDITOR ID: 965-03
WESTERN CAROLINA REG. SEWAGE AUTH.
561 MAULDIN ROAD
GREENVILLE SC 29607

CREDITOR ID: 966-03
WESTERN NATURAL
2960 STRICKLAND STREET
JACKSONVILLE FL 32254

CREDITOR ID: 972-03
WILHOIT GAS
102 COURT SQUARE
WARRENTON GA 30828

CREDITOR ID: 976-03
WILLMUT GAS CO.
315 S. MAIN STREET
HATTIESBURG MS 39401-2242

CREDITOR ID: 983-03
WITHLACOOCHEE RIVER ELECTRIC COOP
PO BOX 278
DADE CITY FL 33525

CREDITOR ID: 240901-10
WORLDCOM/MCI
PO BOX 371392
PITTSBURGH PA 15250-7392

CREDITOR ID: 984-03
WTU RETAIL ENERGY
PO BOX 22136
TULSA OK 74121-2136

CREDITOR ID: 985-03
YARBOROUGH GAS
102 EAST U.S. 90
GLEN ST MARY FL 32040

CREDITOR ID: 986-03
YAZOO CITY PUBLIC SERVICE COMM
PO BOX 660
YAZOO CITY MS 39194

**Total:   1,229**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                             :
                                                  :        **Chapter 11**
                                                  :
**WINN-DIXIE STORES, INC., et al.,**              :        **Case No. 05-11063 (RDD)**
                                                  :
                        **Debtors.**              :        **(Jointly Administered)**
                                                  :
-------------------------------------------------------------x

## ORDER (A) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT, (B) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE

Upon the Motion dated February 21, 2005 (the "Motion") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for entry of an order resolving issues relating to adequate assurance of payment to utilities under Section 366 of the Bankruptcy Code; all as more fully set forth in the Motion; and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee, (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for the Debtors' noteholders, (iv) the Debtors' fifty (50) largest unsecured creditors, and (v) utilities known to be providing services to the Debtors (the "Utility

Companies"); and no other or further notice being required; and the relief requested in the

Motion being in the best interests of the Debtors, their estates, and creditors; and the Court

having reviewed the Motion; and the Court having determined that the legal and factual bases set

forth in the Motion establish just cause for the relief granted herein; and upon all of the

proceedings had before the Court; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the Debtors are directed to pay on a timely basis, in accordance

with their pre-petition practices, all undisputed invoices in respect of post-petition utility services

rendered by the Utility Companies to the Debtors; and it is further

ORDERED that any undisputed charge for utility services provided after the

Petition Date shall constitute an administrative expense in accordance with Sections 503(b) and

507(a)(1) of the Bankruptcy Code; and it is further

ORDERED that, absent any further order of this Court, all utility companies

providing services to the Debtors, including (but not limited to) the Utility Companies:  (i) are

deemed adequately assured of payment for post-petition services under Section 366 of the

Bankruptcy Code; (ii) shall not alter, refuse, or discontinue service to, or discriminate against,

the Debtors, on the basis of the commencement of these bankruptcy cases or on account of any

unpaid invoice for service provided prior to the date of commencement of these bankruptcy

cases; and (iii) shall not require the payment of a deposit or other security in connection with the

Utility Company's continued provision of utility services, including (but not limited to) the

furnishing of telephone, electric, gas, water, sewer, waste management, or services of like kind,

to the Debtors; and it is further

ORDERED that the Debtors shall serve a copy of this Order on the Utility

Companies identified on Exhibit A to the Motion by first-class mail within three (3) business

days of the entry of this Order; and it is further

ORDERED that this Order is without prejudice to the rights of any Utility

Company to make a written request (a "Request") to Debtors' counsel, Skadden, Arps, Slate,

Meagher & Flom LLP, Four Times Square, New York, New York  10036, Attn: Jessenia Paoli

for additional adequate assurance in the form of a deposit or other security from the Debtors;

provided that any Request must set forth the location(s) for which utility services are provided,

the account number(s) for such location(s), the outstanding balance for each account, and a

summary of the Debtors' payment history on each account; and it is further

ORDERED that any Utility Company that fails to submit a Request in compliance

with the preceding paragraph shall be deemed adequately assured of payment for postpetition

services under Section 366 of the Bankruptcy Code without the provision of a deposit or other

security from the Debtors; and it is further

ORDERED that if a Utility Company makes a Request that the Debtors believe is

reasonable, the Debtors shall be entitled to comply with such Request without further order of

this Court; and it is further

ORDERED that if a Utility Company makes a Request that the Debtors believe is

unreasonable, and no consensual resolution of the Request is reached within sixty (60) days after

the Debtors receive such Request, the Debtors shall file a motion for determination of adequate

assurance of payment ("Motion for Determination") with respect to such Request.  The Debtors

shall seek a hearing on a Motion for Determination on the next available hearing date on or after

twenty (20) days after the filing of the Motion for Determination, unless another hearing date is agreed to by the parties or ordered by the Court (the "Determination Hearing"); and it is further

ORDERED that if a Determination Hearing is scheduled in accordance with the preceding paragraph, the Utility Company involved shall be deemed to be adequately assured of payment under Section 366 of the Bankruptcy Code until and unless this Court orders otherwise in connection with such Determination Hearing; and it is further

ORDERED that, notwithstanding any other provisions of this Order, nothing in this Order shall preclude a Utility Company from filing a motion with this Court during the pendency of these cases pursuant to Section 366(b) of the Bankruptcy Code seeking a deposit or security as adequate assurance of payment, or a reasonable modification of the amount of any deposit or security previously established, in the event of a material adverse change in the Debtors' financial condition, or should a Utility Company believe circumstances merit reconsideration of whether a deposit or security should be required or modified, and from seeking expedited treatment of such a motion; and it is further

ORDERED that if any Utility Company is not listed on Exhibit A attached to the Motion but is subsequently identified by the Debtors, such Utility Company shall be served with a copy of this Order and be afforded thirty (30) days from the date of service to serve a Request upon the Debtors.  Any such Utility Company failing to make a Request within such thirty-day period shall be deemed adequately assured of payment for post-petition services under Section 366 of the Bankruptcy Code without the provision of a deposit or other security from the Debtors, subject to all of the other rights afforded in this Order; and it is further

ORDERED that substantially contemporaneously with the service of this Order on an additional Utility Company as described in the preceding paragraph, the Debtors shall file

with the Court a supplement to Exhibit A to the Motion adding the name of the Utility Company

so served, and this Order will be deemed to apply to such Utility Company from the date of such

service, subject to a later order of the Court on a Motion for Determination; and it is further

ORDERED that, notwithstanding the foregoing, the hearing on the Motion is

continued indefinitely with respect to Utility Company JEA (f/k/a Jacksonville Electric

Authority) ("JEA"), pending the conclusion of further negotiations with the Debtors.  In the

event of an impasse in such negotiations, JEA may notice the Motion for hearing in compliance

with the Court's Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing

Hearing with Respect to Scheduling Omnibus Hearings dated March 4, 2005.  JEA shall be

deemed to be adequately assured of payment under Section 366 of the Bankruptcy Code until

and unless this Court orders otherwise in connection with such hearing; and it is further

ORDERED that, notwithstanding the foregoing, the hearing on the Motion is

continued indefinitely with respect to Utility Companies BellSouth Business Systems, Inc.,

BellSouth Long Distance, Inc., and BellSouth Telecommunications, Inc. (collectively,

"BellSouth"), pending the conclusion of further negotiations with the Debtors.  In the event of an

impasse in such negotiations, BellSouth may notice the Motion for hearing in compliance with

the Court's Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing

Hearing with Respect to Scheduling Omnibus Hearings dated March 4, 2005.  Pending

resolution of adequate assurance through negotiations between BellSouth and the Debtors or as

ordered by the Court, BellSouth shall be restrained from discontinuing, altering, or refusing

service to the Debtors on account of unpaid charges for prepetition services and from requiring

the payment of a deposit or other security in connection with the continued provision of services

to the Debtors; and it is further

ORDERED that, notwithstanding the foregoing, the hearing on the Motion is continued until April 12, 2005 at 10:00 a.m. with respect to Utility Companies American Electric Power, Alabama Power Company, Carolina Power & Light d/b/a Progress Energy Carolinas, Duke Energy Corporation d/b/a Duke Power Company, Entergy Gulf States, Inc., Entergy Louisiana, Inc., Entergy Mississippi, Inc., Entergy New Orleans, Inc., Florida Power and Light Company, Florida Power Corporation d/b/a Progress Energy Florida, Orlando Utilities Commission, Tampa Electric Company, and Virginia Electric and Power Company d/b/a Dominion Virginia Power and Dominion North Carolina Power, to permit further negotiations with the Debtors.  Such Utility Companies shall be deemed to be adequately assured of payment under Section 366 of the Bankruptcy Code until and unless this Court orders otherwise in connection with such hearing; and it is further

ORDERED that, notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this Order shall create any rights in favor of, or enhance the status of any claim held by, any Utility Company nor shall be deemed to vacate or modify any other restrictions on the termination of service by a Utility Company as provided by Sections 362 and 365 of the Bankruptcy Code or other applicable law, and nothing herein shall be deemed a waiver by the Debtors or any other party of any right with respect to the assumption or rejection of any executory contract; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated:  March 10, 2005
        New York, New York

/s/ ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE