TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for Falcon Farms, Inc.
425 Park Avenue
New York, New York 10022
(212) 754-9400
Alex Spizz (AS-5508)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:
                                                                   Chapter 11
WINN-DIXIE, STORES, INC., et. al.,          Case No. 05-11063 (RDD)

                        Debtors.             (Jointly Administered)
---------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                )ss:
COUNTY OF NEW YORK  )

      **SHEREE NOBLES**, being duly sworn, deposes and states:  I am not a party to this proceeding, am over 18 years of age and reside in Bronx, New York.

      On March 10, 2005, I served **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** by first class mail by depositing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known addresses of the parties on the annexed list:

                                                                     s/ Sheree Nobles
                                                                     Sheree Nobles

Sworn to before me this
14th day of March, 2005

s/ Alex Spizz
Notary Public
Alex Spizz
Notary Public, State of New York
No. 30-4628250
Qualified in Nassau County
Commission Expires March 30, 2006

196276 v1

## **SERVICE LIST**

David J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
Four Times Square
New York, NY 10036
Attorneys for Debtor

Sarah Robinson Borders, Esq.
King & Spaulding, LLP
191 Peachtree Street
Atlanta, GA 30303
Attorneys for Debtor

Richard C. Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Proposed Counsel for the Official Committee of Unsecured Creditors