Jeffrey Kurtzman (JK-7689)
Carolyn Hochstadter Dicker (CD-3987)
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA  19102
(215) 568-6060 (Telephone)
(215) 568-6603 (Facsimile)
Attorneys for BT Marietta, LLC

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., *et al.*, | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for BT Marietta, LLC, a creditor

and party-in-interest in the above-captioned case, and pursuant to the Federal Rules of

Bankruptcy Procedure hereby demands that all notices given or required to be given and all

papers served or required to be served in this case be delivered and served upon the undersigned

at the address of its counsel as set forth below:

> Jeffrey Kurtzman, Esquire
> Carolyn Hochstadter Dicker, Esquire
> KLEHR, HARRISON, HARVEY,
> BRANZBURG & ELLERS LLP
> 260 South Broad Street
> Philadelphia, PA  19102

PLEASE TAKE NOTICE that to the extent this is a case under Chapter 11 of the

Bankruptcy Code, pursuant to 11 U.S.C. §1109(b), the foregoing demand includes all notices and

pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together

with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect any of the above-captioned debtors or their property.

PLEASE TAKE FURTHER NOTICE that BT Marietta, LLC does not intend for this notice of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of BT Marietta, LLC to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of BT Marietta, LLC to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of BT Marietta, LLC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which BT Marietta, LLC is or may be entitled.

DATED:  March 15, 2005                    KLEHR, HARRISON, HARVEY
                                          BRANZBURG & ELLERS LLP


                                          By:_____/s/_____
                                             Carolyn Hochstadter Dicker (CD-3987)
                                             Jeffrey Kurtzman (JK-7689)
                                             Counsel for BT Marietta, LLC