**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: : | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, : | Case No. 05-11063 |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

### CERTIFICATE OF SERVICE

I, Jeffrey Kurtzman, hereby certify that on March 15, 2005, I caused a true and correct copy of the Notice of Appearance and Request for Service of Papers to be served on all parties listed below by first-class mail, postage prepaid.

Adam Ravin, Esquire
D.J. Baker, Esquire
SKADDEN ARPS SLATE
 MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036

Richard C. Morrissey, Esquire
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street, 21st Floor
New York, NY 10004

_____
JEFFREY KURTZMAN

PHIL1 616061-1