**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re                                                  :
                                                       :         **Chapter 11**
                                                       :
**WINN-DIXIE STORES, INC., et al.,**                   :         **Case No. 05-11063**
                                                       :
            Debtors.                                   :         **(Jointly Administered)**
                                                       :
-------------------------------------------------------------x

**ORDER EXTENDING INTERIM ORDER PURSUANT TO SECTIONS 105, 361, 362, 363, 364(c) AND 364(d) OF THE BANKRUPTCY CODE AND RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A SUPERPRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, (III) AUTHORIZING DEBTORS TO PAY IN FULL ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED LENDERS, AND (IV) PRESCRIBING FORM AND MANNER OF NOTICE AND TIME FOR FINAL HEARING**

This matter having come before this Court upon:

A. The emergency motion (the "Motion"), dated February 22, 2005, of Winn-Dixie Stores, Inc., Winn-Dixie Supermarkets, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Products, Inc., Dixie Packers, Inc., Economy Wholesale Distributors, Inc., Winn-Dixie Logistics, Inc., Deep South Distributors, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Spirits, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., and Winn-Dixie Handyman, Inc., each as Debtor and Debtor-in-Possession (each individually a "Debtor" and collectively "Debtors") in the above-captioned, jointly administered chapter 11 cases (collectively, the "Cases"), pursuant

511909.2                                   1

to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c);

  B. The request of the Debtors for entry of an order by this Court further extending and modifying the Interim Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Superpriority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, (III) Authorizing Debtors to Pay in Full All Claims of Debtors' Pre-Petition Secured Lenders, and (IV) Prescribing Form and Manner of Notice and Time for Final Hearing, entered by this Court on February 23, 2005 (the "Interim Financing Order"), pursuant to which the date of the Final Hearing (as defined in the Interim Financing Order) shall be continued to March 18, 2005; and

  C. The consent by Lender (as defined in the Interim Financing Order) and the Official Committee of Unsecured Creditors in the Cases to the continuance of the Final Hearing date; and sufficient cause appearing therefor;

  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that**:

  1. Except to the extent specifically modified pursuant to paragraph 2 of this Order (the "Extension Order"), all of the terms, conditions and provisions of the Interim Financing

Order, the Credit Agreement and the other Loan Documents (as each such term is defined in the Interim Financing Order)[1] shall remain in full force and effect.

2. Paragraph 30 of the Interim Financing Order is hereby amended by deleting the first sentence of such paragraph in its entirety and substituting the following therefor:

> Final Hearing. This matter is set for a final hearing at 10:00 a.m. on March 18, 2005 ("Final Hearing"), in the United States Bankruptcy Court for the Southern District of New York, at which time any party-in-interest may appear and state its objections, if any, to the provisions of the post-petition financing arrangements among Debtors and Lender.

3. The terms and provisions of this Extension Order shall be effective immediately upon entry hereof pursuant to Bankruptcy Rules 6004(g) and 7062.

Dated: March 15, 2005
New York, New York

    /s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] All capitalized terms used in this Second Extension Order that are not otherwise defined herein shall have the respective meanings ascribed to such terms in the Interim Financing Order.

511909.2                    3