UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                              :      Chapter 11
In re                                                   :
                                                           :      Case No. 05-11063-rdd
WINN-DIXIE STORES, INC., et al.,      :
                                                           :      (Jointly Administered)
                             Debtors.      :
-------------------------------------------------------------X

**ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE***

THE COURT, having considered the Motion for Admission *Pro Hac Vice* filed by James P. Smith.

ORDERED, that James P. Smith, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 15, 2005
       New York, New York

                                                  /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE