SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :    **Chapter 11**
                                                               :
**WINN-DIXIE STORES, INC., et al.,**                           :    **Case No. 05-11063 (RDD)**
                                                               :
                           Debtors.                            :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keith Sambur, hereby certify that I caused to be served the following documents, by having true and correct copies thereof sent via facsimile on March 11, 2005 to the parties listed in Exhibit A.

1. Notice of Continued Hearing on Certain First Day Applications and Motions;

2. Notice of Further Hearing on Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders (I) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c);

3. Interim Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Superpriority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, (III) Authorizing Debtors to Pay in Full All Claims of Debtors' Pre-Petition Secured Lenders, and (IV) Prescribing Form and Manner of Notice and Time for Final Hearing; and

4. Order (A) Authorizing, on an Interim Basis, Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing, on an Interim Basis, Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery Goods.

Dated: March 15, 2005
      New York, New York

                                       /s/  *Keith Sambur*
                                       Keith Sambur
                                       SKADDEN, ARPS, SLATE, MEAGHER
                                          & FLOM LLP
                                       Four Times Square
                                       New York, New York 10036
                                       Telephone:  (212) 735-3479
                                       Facsimile:   (917) 777-3479

**EXHIBIT A**

Albertville Quality Foods, Inc
Steve Williams
130 Quality Dr
Albertville, AL 35950
Fax: (256) 840-9906

Allen Beverages, Inc. d/b/a Pepsi Cola Bottling Co. of Gulfport
H. Grey Walker, Jr.
P.O. Box 2037
Gulfport, MS 39505
Fax: (228) 831-4343

Ballard Petroleum, Inc
Powers, Willard & Hightower, LLP
Jeffrey J Guidry
7967 Office Park Blvd
Baton Rouge, LA 70895
Fax: (225) 929-9834

Barber Ice Cream/Mayfield Ice Cream, A Dean's Foods Company
Alex D. Madrazo
2515 McKenney Avenue, Suite 1200
Dallas, TX 75201
Fax: (214) 303-3851

Barber Milk, Inc, A Dean's Foods Company
Alex D. Madrazo
2515 McKenney Avenue, Suite 1200
Dallas, TX 75201
Fax: (214) 303-3851

Barilla America, Inc
Jim Allen
1200 Lakeside Dr
Bannockburn, IL 60015-1243
Fax: (847) 405-7500

Bar-S Foods Co
Mike Suriano
3838 N Central Ave, Suite 1900
Phoenix, AZ 85012-9049
Fax: (602) 264-7272

Camerican International, Inc
Diane Lenahan
45 Eisenhower Dr
Paramus, NJ 07652
Fax: (201) 587-2043

CITGO Petroleum Corp
C/O McQueen Rains & Tresch, PLLC, Attn: Stuart A Rains
6100 S Yale Ave, Suite 618
Tulsa, OK 74136
918-728-7899

Crowley Foods, LLC
James F Julian
95 Court St
Binghamton, NY 13901
Fax: (607) 779-3439

East Penn Mfg Co, Inc
Robert A Bashore
PO Box 147
Lyon Station, PA 19536-0147
Fax: (610) 682-4781

Georgia-Pacific Corp
Chris M Gilmartin
133 Peachtree NE
Atlanta, GA 30348-5605
Fax: (404) 654-1008

Golden Flake Snack Foods, Inc
Freeda Elliott
One Golden Flake Dr
Birmingham, AL 35205
Fax: (205) 458-7121

Hallmark Cards
Doug Alderman
2501 McGee
Kansas City, MO 64141-6580
Fax: (816) 274-7412

1

| | |
|---|---|
| Mayfield Dairy Farms, Inc, A Dean's Foods Company<br>Alex D. Madrazo<br>2515 McKenney Avenue, Suite 1200<br>Dallas, TX 75201<br>Fax: (214) 303-3851 | McArthur Dairy, Inc, A Dean's Foods Company<br>Alex D. Madrazo<br>2515 McKenney Avenue, Suite 1200<br>Dallas, TX 75201<br>Fax: (214) 303-3851 |
| Morton Salt<br>RS Dexheimer<br>123 N Wacker Dr<br>Chicago, IL 60606-1743<br>Fax: (312)807-2799 | Multifoods<br>Jody D Anderson<br>111 Cheshire Lane, Suite 100<br>Minnetonka, MN 55305<br>Fax: (952) 404-7502 |
| Pennington Seed, Inc<br>Joe Jefferson<br>PO Box 290<br>Madison, GA 30650<br>Fax: (706) 342-1030 | Pepsi-Cola Bottling Co of Hickory, NC, Inc.<br>c/o Michael Wingler<br>2401 14th Ave. Circle NW<br>Hickory, NC 28601<br>Fax: (828) 322-5897 |
| Perfetti Van Melle USA Inc<br>Christine Turner<br>3645 Turfway Rd<br>Erlanger, KY 41018<br>Fax: (859) 283-6897 | Provini Veal Corp<br>Amy Daanen<br>W2103 Country Rd VV<br>Seymour, WI 54165<br>Fax: (920) 833-9850 |
| Quaker Sales & Distribution<br>David E Pilat<br>555 W Monroe St<br>Chicago, IL 60661-3716<br>Fax: (312) 821-1772 | Quality King Distributors Inc<br>Vincent Rotolo<br>2060 Ninth Avenue<br>Ronkonkoma, NY 11779<br>Fax: (631) 439-2259 |
| Ralcorp Holdings, Inc.<br>c/o Glenda F. Grimes<br>P.O. Box 618<br>St. Louis, MO 63188<br>Fax: (314) 877-7666 | Rexam Beverage Can Company<br>Bruce M Bialy<br>8770 W Bryn Mawr Ave, Suite 175<br>Chicago, IL 60631-3655<br>Fax: (773) 399-3578 |
| Rich Products Corporation<br>David J Carere<br>1150 Niagara St<br>Buffalo , NY 14213<br>Fax: (716) 878-8524 | Rich-SeaPak Corporation<br>C/O Arnall Golden Gregory LLP, Attn: Darryl Laddin<br>201 Second St., Ste 1000<br>Macon, GA 31201<br>Fax: (478) 743-0239 |

2

Tip Top Canning Co., Inc.
Stewart H. Cupps
Capital Square, Suite 1800, 65 East State Street
Columbus, OH 43215
Fax: (614) 464-2634

HP Hood LLC
Attn: David E Howes
1250 East Street South
Suffield, CT06078
Fax: (860) 623-9593

Schichk Wilkinson Sword, division of Energizer
Attn: Kevin R Carter
533 Maryville University Dr
St Louis, MO 63141
Fax: (203) 301-5208