PEPPER HAMILTON LLP
Linda J. Casey, Esquire (LC 1891)
Alan K. Sable, Esq.
James C. Carignan, Esq.
1180 Avenue of the Americas, 14th Floor
New York, NY 10036-8401
Phone: (212) 899-5090
Fax: (212) 899-5091
caseyl@pepperlaw.com

Counsel for NDC Real Estate Management, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case Nos. 05-11063 (RDD); 05- |
| WINN-DIXIE STORES, INC., *et al.*, | : | 11061 (RDD) through 05-11084 |
| | : | (RDD) |
| Debtors. | : | |
| | : | |
| _____ | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that NDC Real Estate Management, Inc. ("NDC") hereby enters its appearance through its counsel Pepper Hamilton, LLP, pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of all notices given or required to be given, and all papers served or required to be served in the above-captioned, jointly-administered cases (collectively, the "Bankruptcy Case") be given to and served upon the following counsel:

PEPPER HAMILTON LLP
James C. Carignan, Esq.
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Phone: (302) 777-6500
Fax: (302) 421-8390
E-mail: carignanj@pepperlaw.com

PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Phone: (215) 981-4000
Fax: (215) 981-4750
E-mail: caseyl@pepperlaw.com

PEPPER HAMILTON LLP

-2-

Alan K. Sable, Esq.
500 Grant Street, 50th Floor
Pittsburgh, PA 15219-2502
Phone: (412) 454-5000
Fax: (412) 281-0717
E-mail: sablea@pepperlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, request, demand, whether formal or informal, whether written or not, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, in the Bankruptcy Case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in this Bankruptcy Case or any case, controversy or proceeding related to this Bankruptcy Case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments to with NDC may be entitled under agreements, in law or in equity, all of which rights claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 15, 2005
      Philadelphia, PA

/S/ Linda J. Casey
PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
1180 Avenue of the Americas, 14th Floor
New York, NY 10036-8401
(212) 899-5090

- and –

-2-

3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

- and –

James C. Carignan, Esq.
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

- and -

Alan K. Sable, Esq.
50th Floor
500 Grant Street
Pittsburgh, PA 15219-2502
(412) 454-5000

Counsel for NDC Real Estate
    Management, Inc.