ROETZEL & ANDRESS
1375 East Ninth Street,
One Cleveland Center, 9th Floor
Cleveland, Ohio 44115
(216) 696-0150
Diana M. Thimmig

Attorneys for Chester Dix

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors | Case No. 05-11063 (RDD) (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned caused copies of the *Joinder to Various Landlords' Objections to Motioin of the Debtors for a Final Order Pursuant to 11 U.S.C. §§105, 361, 362, 363, 364(C) and 364(D) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Super-Priority Priming Lien Basis and Modifying the Automatic Stay (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection and (III) Authorizing the Repayment in Full of all Claims of Debtor's Pre-Petition Secured Enders* to be served via regular first-class U.S. mail, postage prepaid, this 15th day of March, 2005, upon the following parties:

## CERTIFICATE OF SERVICE

    A true and accurate copy of the foregoing ** was sent via U.S. Regular Mail this 15th day of March, 2005 to:

| | |
|---|---|
| Rachel S. Budke, Esq.<br>Law Dept. of Florida Power & Light Co.<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | Robert Dehney, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 |

Paul H. Deutch, Esq.
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Larry Henin, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

Andrew C. Kassner, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

David M. Landis, Esq.
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

Sharon Levine, Esq.
Lowensteien Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Geraldine E. Ponto, Esq.
Gibbons, Del Deo, Dolan
One Riverfront Plaza
Newark, NJ 07102

Paul Rubin, Esq.
Herrick, Feinstein, LLP
Two Park Avenue
New York, New York 10016

Reginald A. Greene, Esq.
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Brian D. Huben, Esq.
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Alan W. Kornberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, New York 10019

Chris Lenhart, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Joseph Lubertazzi, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Stephen William Milo, Esq.
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

Barbara R. Parlin, Esq.
Holland & Knight, LLP
195 Broadway
New York, New York 10007-3189

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Andrew Howard Sherman, Esq.
Sills Cummis Radin Tischman Epstein & Gross
712 5th Avenue, 20th Floor
New York, New York 10019

Debra Sudock, Esq.
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, New York 10178

Richard Whitney Ward, Esq.
2527 Fairmount Street
Dallas, TX 75024

Paul Traub, Esq.
Traub Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017

United States Trustee
33 Whitehall Street - 21st Floor
New York, NY 10004

Dated: Cleveland, Ohio
March 15, 2005

**ROETZEL & ANDRESS**

Attorneys for Chester Dix

/s/ Diana M. Thimmig
By: Diana M. Thimmig, Esq.
ROETZEL & ANDRESS
1375 East Ninth Street,
One Cleveland Center, 9th Floor
Cleveland, Ohio 44115
Direct phone: (216) 696-7078
Telecopy: (216) 623-0134
E-Mail: *dthimmig@ralaw.com*

206462.1.111909.0004