WALLER LANSDEN DORTCH & DAVIS, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
David E. Lemke, Esq. (TN #013586)
david.lemke@wallerlaw.com

Attorneys for U.S. Bank National Association, as Indenture Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------x

## **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, David E. Lemke, a member in good standing of the bar of the State of Tennessee, the United States Supreme Court, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the First Circuit, the U.S. District Court for the Middle District of Tennessee, and the U.S. District Court for the Northern District of Oklahoma, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent U.S. Bank National Association, as Indenture Trustee, in the above-referenced cases.  My mailing address is:

> David E. Lemke, Esq.
> Waller Lansden Dortch & Davis, PLLC
> 511 Union Street, Suite 2700
> Nashville, Tennessee  37219
> Tel:  (615) 244-6380
> Fax:  (615) 244-6804
> E-mail: david.lemke@wallerlaw.com

1095292.3

I agree to pay the fee of $25 upon approval by the Court admitting me to practice.

Dated: March 15, 2005
      Nashville, Tennessee

          /s/David E. Lemke_____
          David E. Lemke, Esq.

          Waller Lansden Dortch & Davis, PLLC
          511 Union Street, Suite 2700
          Nashville, Tennessee  37219
          Tel:  (615) 244-6380
          Fax:  (615) 244-6804
          E-mail: david.lemke@wallerlaw.com

---

## ORDER

**ORDERED**,

that David E. Lemke is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
      New York, New York

          _____
          United States Bankruptcy Judge