WALLER LANSDEN DORTCH & DAVIS, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
David E. Lemke, Esq. (TN #013586) *Pro Hac Vice pending*
david.lemke@wallerlaw.com
Robert J. Welhoelter, Esq. (NY 8830) *Pro Hac Vice pending*
robert.welhoelter@wallerlaw.com

Attorneys for U.S. Bank National Association, as Indenture Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
-----------------------------------------------------------x

## Certificate of Service

I hereby certify that a copy of the foregoing was served either by email or by first class U.S. mail, properly addressed and postage prepaid, upon the parties listed on the attached matrix, this 15th day of March, 2005.


_____/s/ David E. Lemke, Esq._____

1096505.2

Via Email:

| | |
|---|---|
| **D. J. Baker** | djbaker@skadden.com |
| **Dale R. Baringer** | dale@sb-lawfirm.com |
| **Matthew Scott Barr** | mbarr@milbank.com |
| **Jean Winborne Boyles** | jboyles@jhvgmlaw.com |
| **John P. Brice** | lexbankruptcy@wyattfirm.com |
| **Robert J. Brown** | lexbankruptcy@wyattfirm.com |
| **W. Steven Bryant** | hobankecf@lockeliddell.com |
| **James S. Carr** | jcarr@kelleydrye.com |
| **Lee Champion** | flc@psstf.com |
| **Conrad Chiu** | cchiu@phks.com |
| **Neal D. Colton** | NColton@Cozen.com |
| **David N. Crapo** | dcrapo@gibbonslaw.com |
| **Timothy J. Curtin** | tjcurtin@varnumlaw.com |
| **Gerard DiConza** | gerard@bmclaw.com |
| **Carolyn Hochstadter Dicker** | CHDicker@Klehr.com |
| **David W. Dykhouse** | dwdykhouse@pbwt.com |
| **Andrew B. Eckstein** | aeckstein@blankrome.com |
| **Henry A. Efroymson** | henry.efroymson@icemiller.com |
| **Judith Elkin** | judith.elkin@haynesboone.com |
| **Earle I. Erman** | eerman@ermanteicher.com |
| **Joseph D. Frank** | jfrank@fgllp.com |
| **Fox Rothschild, LLP** | mail@geronlaw.com |
| **Shawn Randall Fox** | sfox@mcguirewoods.com |
| **Charles J. Filardi** | cfilardi@pepehazard.com |
| **Mark J. Friedman** | mark.friedman@dlapiper.com |
| **J. Nathan Galbreath** | ngalbreath@pattonboggs.com |
| **Gary Ginsburg** | gginsburg@ngmpc.com |
| **Priscilla W. Grannis** | priscilla@rjlaw.com |
| **Danielle K. Greco** | dgreco@bradleyarant.com |
| **Ira S. Greene** | isgreene@hhlaw.com; khseal@hhlaw.com |
| **Janice Beth Grubin** | jgrubin@wkgj.com; |
| **Terrance A. Hiller** | tah@kompc.com |
| **Neil E. Herman** | Nherman@morganlewis.com |
| **Sally M. Henry** | shenry@skadden.com |
| **Edwin W. Held** | eheld@hilawfirm.com |
| **Marc L. Hamroff** | mhamroff@moritthock.com |
| **Rudi R. Grueneberg** | rrg@rglawgroup.com |
| **Robert L. Holladay** | robert.holladay@youngwilliams.com |
| **Nina M. Lafleur** | nlafleur@stutsman-thames.com |
| **Darryl S. Laddin** | bkrfilings@agg.com |
| **Stuart A. Krause** | skrause@zeklaw.com |

| | |
|---|---|
| **Andrew C. Kassner** | kassneac@dbr.com |
| **Ronald Scott Kaniuk** | rkaniuklaw@aol.com |
| **Patrick L. Huffstickler** | plhuffst@coxsmith.com |
| **Elena Lazarou** | elazarou@reedsmith.com |
| **Robert L. LeHane** | rlehane@kelleydrye.com |
| **Thomas J. Leanse** | thomas.leanse@kmzr.com |
| **Bruce Levinson** | b.levinson@verizon.net |
| **Alan Jay Lipkin** | alipkin@willkie.com; maosbny@willkie.com |
| **Jeffrey S. Margolin** | margolin@hugheshubbard.com |
| **Laurence May** | lmay@angelfrankel.com |
| **Austin L. McMullen** | amcmulle@bccb.com |
| **Marc T. McNamee** | mmcnamme_br@nealharwell.com |
| **Derek F. Meek** | dmeek@burr.com |
| **Todd C. Meyers** | tmeyers@kilpatrickstockton.com |
| **Larren M. Nashelsky** | lnashelsky@mofo.com |
| **Andrew L. Morrison** | amorrison@reedsmith.com |
| **Stephen M. Miller** | smiller@morrisjames.com |
| **Joseph Thomas Moldovan** | bankruptcy@morrisoncohen.com |
| | mdallago@morrisoncohen.com |
| **Brett S. Moore** | bsmoore@pbnlaw.com |
| **Bruce S. Nathan** | bnathan@lowenstein.com |
| **Aaron D. Patton** | apatton@murrayfrank.com |
| **David L. Pollack** | pollack@ballardspahr.com |
| **Eric T. Ray** | eray@balch.com |
| **Carole Neville** | cneville@sonnenschein.com |
| **James J. Niemeier** | jniemeier@mnmk.com |
| **Merritt A. Pardini** | merritt.pardini@kmzr.com |
| **Diane G. Reed** | dianegreed@sbcglobal.net |
| **Jo Christine Reed** | jcreed@sonnenschein.com |
| **Steven J. Reisman** | sreisman@cm-p.com |
| **Fred B. Ringel** | fringel@pobox.com |
| **Adam L. Rosen** | mail@srsllp.com |
| **Avrum J. Rosen** | arosen@avrumrosenlaw.com |
| **Neal M. Rosenbloom** | NRosenbloom@finkgold.com |
| **Thomas R. Slome** | mail@srsllp.com |
| **Gregory J. Seketa** | franklin.berg@4086.com |
| **Robert K. Scheinbaum** | rscheinbaum@podveysachs.com |
| **David S. Rubin** | drubin@kswb.com |
| **Shelly D. Rucker** | srucker@millermartin.com |
| **Robert B. Rubin** | brubin@burr.com |
| **Richard G. Smolev** | rsmolev@kayescholer.com |
| **Sabrina L. Streusand** | streuss@hughesluce.com |
| **Rick A. Steinberg** | rsteinberg@angelfrankel.com |

| | |
|---|---|
| **Alex Spizz** | aspizz@tnsj-law.com |
| **Marc P. Solomon** | msolomon@burr.com |
| **Eric J. Snyder** | esnyder@sillerwilk.com |
| **Stephen B. Sutton** | ssutton@lathropgage.com |
| **Walter E. Swearingen** | wswearingen@llf-law.com |
| **Diana M. Thimmig** | dthimmig@ralaw.com |
| **Laura L. Torrado** | ltorrado@bear.com |
| **Ronald M. Tucker** | rtucker@simon.com |
| **Raymond J. Urbanik** | rurbanik@munsch.com |
| **Michael D. Warner** | mwarner@warnerstevens.com |
| **David B. Wheeler** | davidwheeler@mvalaw.com |
| **Stephen D. Wheelis** | jennifer@wheelis-rozanski.com |
| **William Douglas White** | wdw@mccarthywhite.com |
| **Frank J. Wright** | bankruptcy@hswgb.com |
| **Scott A. Zuber** | szuber@pitneyhardin.com |

Va U.S. Mail postage prepaid:

| | |
|---|---|
| **Rachel S. Budke**<br>Law Department, FL. Power and Light Co.<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | **Robert  Dehney**<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| **Paul H. Deutch**<br>Jenkens & Gilchrist Parker Chapin LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | **Larry D. Henin**<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| **Reginald A. Greene**<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 | **David M. Landis**<br>Mateer & Harbert, P.A.<br>225 East Robinson Street<br>Suite 2854<br>Orlando, FL 32802-2854 |
| **Alan W. Kornberg**<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | **Brian D. Huben**<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 |
| **Chris  Lenhart**<br>Dorsey & Whitney, LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498 | **Sharon L. Levine**<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |

| | |
|---|---|
| **Joseph  Lubertazzi**<br>McCarter & English,  LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | **Kathleen M. Miller**<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899 |
| **Stephan William Milo**<br>Wharton, Aldhizer & Weaver, P.L.C.<br>P.O. Box 20028<br>100 South Mason Street<br>Harrisonburg, VA 22801-7528 | **Richard C. Morrissey**<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 |
| **Barbra R. Parlin**<br>Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007-3189 | **Geraldine E. Ponto**<br>Gibbons, Del Deo, Dolan, et al.<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| **Adam  Ravin**<br>Skadden Arps Slate Meagher & Flom,<br>LLP<br>Four Times Square<br>New York, NY 10036 | **Paul  Rubin**<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 |
| **Andrew Howard Sherman**<br>Sills Cummis Radin Tischman Epstein &<br>Gross<br>712 5th Avenue, 20th Floor<br>New York, NY 10019 | **Debra  Sudock**<br>Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| **Paul Traub**<br>Traub Bonacquist & Fox LLP<br>655 Third Avenue, 21st Floor<br>New York, NY 10017 | **Richard Whitney Ward**<br>2527 Fairmount Street<br>Dallas, TX 75024 |
| | |
| | |