WALLER LANSDEN DORTCH & DAVIS, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
Robert J. Welhoelter, Esq.
robert.welhoelter@wallerlaw.com

Attorneys for U.S. Bank Trust National Association, as Indenture Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------x | | |
| **In re** | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------x | | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Robert J. Welhoelter, a member in good standing of the bar of the State of New York, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent U.S. Bank Trust National Association, as Indenture Trustee, in the above-referenced cases. My mailing address is:

> Robert J. Welhoelter, Esq.
> Waller Lansden Dortch & Davis, PLLC
> 511 Union Street, Suite 2700
> Nashville, Tennessee  37219
> Tel:  (615) 244-6380
> Fax:  (615) 244-6804
> E-mail: robert.welhoelter@wallerlaw.com

1095297.2

2

I agree to pay the fee of $25 upon approval by the Court admitting me to practice.

Dated: March 15, 2005
Nashville, Tennessee

/s/ Robert J. Welhoelter. Esq.
Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, Tennessee  37219
Tel:  (615) 244-6380
Fax:  (615) 244-6804
E-mail: robert.welhoelter@wallerlaw.com

## ORDER

**ORDERED**,

that Robert J. Welhoelter is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
New York, New York

_____
United States Bankruptcy Judge