WALLER LANSDEN DORTCH & DAVIS, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
David E. Lemke, Esq. (TN #013586) *Pro Hac Vice pending*
david.lemke@wallerlaw.com
Robert J. Welhoelter, Esq. (NY 8830) *Pro Hac Vice pending*
robert.welhoelter@wallerlaw.com

Attorneys for U.S. Bank National Association, as Indenture Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for U.S. Bank National Association, as indenture trustee ("U.S. Bank"), a party-in-interest in the above-captioned case. Pursuant to Sections 102 and 342 of the Bankruptcy Code, Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, request is hereby made that all papers, pleadings, motions, and applications served or required to be served in this case be given to and served upon:

1095236.3

        David E. Lemke, Esq.
        Robert J. Welhoelter, Esq.
        **Waller Lansden Dortch & Davis, PLLC**
        511 Union Street, Suite 2700
        Nashville, Tennessee 37219
        Telephone: (615) 244-6380
        Facsimile: (615) 244-6804
        David.Lemke@wallerlaw.com
        Robert.Welhoelter@wallerlaw.com

        Attorneys for U.S. Bank N.A.,
        as Indenture Trustee

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This is Notice of Appearance and Request for Service of Papers is without prejudice to U.S. Bank's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit U.S. Bank to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation US. Bank's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which U.S. Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments U.S. Bank expressly reserves.

March 15, 2005

/s/ David E. Lemke
David. E. Lemke, Esq. (*Pro Hac Vice Pending*)
Robert J. Welhoelter, Esq. (*Pro Hac Vice Pending*)

WALLER LANSDEN DORTCH & DAVIS, PLLC
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
David.Lemke@wallerlaw.com

Attorneys for U.S. Bank National Association,
As Indenture Trustee