**KLIEN & SOLOMON, LLP**
Attorneys for Jamarco Realty, LLC
275 Madison Avenue, 11th Flr.
New York, NY 10016
(212) 661-9400
Solomon J. Jaskiel (SJJ-0671)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

                Chapter 11

WINN-DIXIE STORES, INC., et al.,     Case Nos.: 05-11063 (RDD)


         Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(g) AND 9010**

  **PLEASE TAKE NOTICE** pursuant to § 1109(b) of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Klein & Solomon, LLP appears as counsel for Jamarco Realty, LLC, creditors in these bankruptcy cases, and requests that all notices given or required to be given in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the undersigned at the address below.

  The foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any

application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or the property of such Debtors or Debtors' estates.

Dated: New York, New York
       March 15, 2005

                                               KLEIN & SOLOMON, LLP
                                               Attorney for Jamarco Realty, LLP

                                             By:/s/
                                             Solomon J. Jaskiel, Of Counsel (SJJ-0671)
                                             275 Madison Avenue, 11th Floor
                                             New York, NY 10016
                                             (212) 661-9400
                                             soljas@aol.com

CERTIFICATE OF SERVICE

      Solomon J. Jaskiel, certifies, under the penalties of perjury, that the attached Notice of Appearance was mailed to the attorneys below on March 15, 2005.

David J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
Four Times Square
New York, NY 10036
Attorneys for Debtor

Sarah Robinson Borders, Esq.
King & Spaulding, LLP
191 Peachtree Street
Atlanta, GA 30303
Attorneys for Debtor

Richard C. Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Proposed Counsel for the Official Committee of Unsecured Creditors

Dated: New York, New York
      March 15, 2005

                                         /s/
                                          Solomon J. Jaskiel