**KATTEN MUCHIN ZAVIS ROSENMAN**
Thomas J. Leanse (TJL-8802)
Dustin P. Branch (DPB-3553)
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
Ph. 310.788.4400
Fax 310.788.4471

Attorneys for Landlord/Creditor
The Prudential Insurance Company of America

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**(Manhattan)**

| | | |
|---|---|---|
| ------------------------------------------------------X | : | |
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No.: 05-11063 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| ------------------------------------------------------X | | |

## AMENDED REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, as Landlord of the premises located at Lake City Shopping Center, Lake City, FL, St. Johns Commons, Jacksonville, FL and Park View Square, Miramar, FL (the "Landlord"), appearing through its counsel, Katten Muchin Zavis Rosenman ("KMZR"), requests that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

      Katten Muchin Zavis Rosenman
      c/o Thomas J. Leanse
      c/o Dustin P. Branch
      2029 Century Park East, Suite 2600
      Los Angeles, California  90067-3012
      (310) 788-4400

      PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

      (1)    Which affect or seek to affect in any way any rights or interests of Landlord with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; (c) property or proceeds thereof in which Landlord claims an interest; (d) property or proceeds thereof in possession, custody or control of Landlord which the Debtor may seek to use; or

      (2)    Which require or seek to require any act, delivery of any property, payment or other conduct by Landlord.

Dated: Los Angeles, California        **KATTEN MUCHIN ZAVIS ROSENMAN**
      March 14, 2005       Attorneys for The Prudential Insurance Company of America

      2029 Century Park East, Suite 2600
      Los Angeles, California  90067-3012
      (310) 788-4400

      By: /s/ Dustin P. Branch
           Thomas J. Leanse (TJL-8802)
           Dustin P. Branch (DPB-3553)

PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )    ss
COUNTY OF LOS ANGELES        )

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Zavis Rosenman, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012.

      On March 15, 2005, I served the within document described as **AMENDED REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true and correct copy of the document thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br>    -and-<br>Sarah Robinson Borders, Esq.<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA  30303 | Office of the U. S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br><br>WINN-DIXIE Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL  32254 |

**BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service at Los Angeles on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

      I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

      Executed on March 15, 2005, at Los Angeles, California.

                                  /s/ Cora Sagara
                                  Cora Sagara