IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **WINN DIXIE STORES, INC., et al.,** ) | **Case No. 05-11063** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as attorney of record for Coca-Cola Bottling Company United, Inc., Coca-Cola Bottling Company United-East, LLC and Coca-Cola Bottling Company United-Gulf Coast, LLC, creditors and parties in interest in the above-styled bankruptcy case.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to 11 U.S.C. § 1109(b) or Rules 2002 or 9010 of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case, be given and served upon:

> Danielle K. Greco
> Bradley Arant Rose & White LLP
> 1819 Fifth Avenue North
> Birmingham, AL 35222
>
> dgreco@bradleyarant.com


RECEIVED FEB 2 3 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

1

1/1250991.1

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex or otherwise.

CCBCU submits this notice and request as a special appearance which is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters or the waiver of a right to a jury trial, all of which CCBCU reserves without prejudice.

Dated this 22nd day of February, 2005.

*Danielle Greco*
John P. Whittington
Patrick Darby
Danielle K. Greco

Attorneys for Coca-Cola Bottling Company United, Inc., Coca-Cola Bottling Company United-East, LLC and Coca-Cola Bottling Company United-Gulf Coast, LLC

**OF COUNSEL:**

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone:   (205) 521-8000
Facsimile:   (205) 521-8800

1/1250991.1

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date served the foregoing *Notice of Appearance and Request for Service* upon the following parties by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this the 22nd day of February, 2005.

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree St
Suite 4900
Atlanta, GA 30303-1763

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

                                      *[signature]*
                                      Of Counsel