SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
                                                               :
**WINN-DIXIE STORES, INC., et al.,**                           :   Case No. 05-11063 (RDD)
                                                               :
              Debtors.                                         :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Adam S. Ravin, hereby certify that, on March 14, 2005, I caused to be served the following documents, by having true and correct copies thereof sent via FedEx next day delivery to the parties listed in Exhibit A.

1. Motion for Authority to Reject Certain Real Property Leases, Effective as of Petition Date; and

2. Order Authorizing the Debtors to Reject Certain Real Property Leases, Effective as of February 28, 2005.

Dated: March 15, 2005
New York, New York

/s/ *Adam S. Ravin*
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3389
Facsimile: (917) 777-3389

**EXHIBIT A**

Parkwood Village
c/o HJ Brown Companies
7753 Lake Worth Road
Lake Worth, FL 33467

McAdams-Norman Properties, LLC
1512 E. 4th Street
Charlotte, NC 28204