GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5496
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Geraldine E. Ponto (GP-2849)
Attorneys for George Weston Bakeries Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et</u> <u>al</u>.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

--------------------------------------------------------- x

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Roger A. Fitzgerald, of full age, hereby certify as follows:

1.  I am a paralegal employed by the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, A Professional Corporation, attorneys for George Weston Bakeries Inc., a party in interest in the above-captioned matter.

2.  On March 15, 2005, I caused a true copy of the Withdrawal of the Limited Objection to Debtors' Motion for Authority to Turn Over Certain Funds Held in Trust and to Continue Performance and Honor Obligations [Docket Numbers 220 and 224] to be served upon the parties listed on the attached service list by United States first-class mail, postage prepaid.

I hereby certify that the foregoing statements are true and correct. I am aware that if any of the foregoing statements is willfully false, I am subject to punishment.

                                                        /s/ Roger A. Fitzgerald
                                                        Roger A. Fitzgerald

Dated:  Newark, New Jersey
           March 16, 2005

# SERVICE LIST

## In re WINN-DIXIE STORES, INC., et al.
## Case No. 05-11063 (RDD)

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

John P. Brice
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Conrad Chiu
Pithey, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017

Timothy J. Curtin
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW
Suite 1700
P.O. Box 352

Gerard DiConza
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Dale R. Barginer
Schaneville & Baringer
918 Government Sireet
Baton Rouge, LA 70802

Robert J. Brown
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
NewYork,NY 10178

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Carolyn Hochstadter Dicker
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

Judith Elkin
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Matthew Scott Barr
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

W. Steven Bryant
Locke Liddell & Sapp, LLP
600 Travis Street
#2600
Houston, TX 77002-3095

Lee Champion
Page Scrantom Sprouse Tucker & Ford, P.C
1111 BayAvenue
3rd Floor
Columbus, GA 31901

David N. Crapo
Gibbons, Del Del, Dolan, Griffinger
& Vecchione
One Riverfront Plaza
Newark, NJ 07 102-5496

Paul H. Deutch
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-67 10

Earle I. Erman
Erman Teicher Miller Zucker & Freedman
400 Galleria Oflicentre
Suite 444
Southfield, MI 48034

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Shawn Randall Fox
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

Fox Rothschild, LLP
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

J. Nathan Galbreath
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

Gary Ginsburg
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

Danietle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Ira S. Greene
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Reginald A. Greene
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Janice Beth Grubin
Wormser, Kiely, Galef & Jacobs, LLP
825 Third Avenue
New York, NY 10022-7519

Rudi R. Grueneberg
Grueneberg Law Group, LLC
704 East Main Street
Bldg. E
Moorestown, NJ 08057

Marc L. Hamroff
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530

Edwin W. Held, Jr.
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Larry D. Henin
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Avenue
NewYork,NY 10178

Terrance A. Hiller
Kupelian Orrnond & Magy, P.C.
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

Robert L. Holladay, Jr.
YoungWilliams PA.
210 E. Capitol Street
Suite 2000
Jackson, MS 39201

Patrick L. Huffstickler
Cox & Smith Incorporated
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

Ronald Scott Kaniuk
Taplin & Associates
340 Fifth Avenue
Suite 2418
New York, NY 10118

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Alan "N. Kornberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Stuart A. Krause
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-103 1

Nina M. Lafleur
Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

Thomas J. Leanse
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

| | | |
|---|---|---|
| Sharon L. Levine<br>Lowenstein Sandier PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Alan Jay Lipkin<br>Wilikie Fan & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 100 19-6099 | Joseph Lubertazzi, Jr.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 |
| Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 | Laurence May<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022 | Austin L. McMullen<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700-<br>Nashville, TN 37203 |
| Derek F. Meek<br>Bun & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 | Todd C. Meyers, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, NE<br>Suite 2800<br>Atlanta, GA 30309-4530 | Kathleen M. Miller<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899 |
| Stephen M. Miller<br>Morris, James, Hitchens & Williams, LLP<br>222 Delaware Avenue<br>10th Floor<br>Wilmington, DE 19801 | Stephan William Milo<br>Wharton, Aidhizer & Weaver, P.L.C.<br>P.O. Box 20028<br>100 South Mason Street<br>Harrisonburg, VA 2280 1-7528 | Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022-4731 |
| Brett S. Moore<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997 | Andrew L. Morrison<br>Reed Smith LLP<br>375 Park Avenue<br>17th Floor<br>New York, NY 10152-1799 | Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 |
| Larren M. Nasheisky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Bruce S. Nathan<br>Lowenstein Sandier PC<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020 | Carole Neville<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| James J. Niemeier<br>McGrath North Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite 3700<br>Omaha, NE 68102 | Barbra R. Parlin<br>Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007-3 189 | Aaron D. Patton<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 |
| David L. Pollack<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street - 51st Floor<br>Philadelphia, PA 19103 | Geraldine E. Ponto<br>Gibbons, Del Deo, Dolan, et al.<br>One Riverfront Plaza<br>Newark, NJ 07102 | Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLF<br>Four Times Square<br>New York, NY 10036 |
| Eric T. Ray<br>Balch & Bingham, LL<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 306<br>Birmingham, AL 3520 1-0306 | Diane G. Reed<br>Reed and Reed<br>501 N. College Street<br>Waxahachie, TX 75165 | Jo Christine Reed<br>Sonnenschein Nath & Rosenthal, LI<br>1221 Avenue of the Americas<br>New York, NY 10020 |

Steven J. Reisman  
Curtis, Mallet-Prevost, Colt & Mosle LLP  
101 Park Avenue  
New York, NY 10178  

Avrum J. Rosen  
Law Office of Avrum J. Rosen  
38 New Street  
Huntington, NY 11743  

Paul Rubin  
Herrick, Feinstein LLP  
Two Park Avenue  
New York, NY 10016  

Gregory J. Seketa  
40/86 Advisorts Inc.  
535 N. College Drive  
Carmel, IN 46032  

Richard G. Smolev  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022  

Sabrina L. Streusand  
Hughes & Luce, LLP  
111 Congress Avenue  
Suite 900  
Austin, TX 78701  

Diana M. Thimmig  
Roetzel & Andress  
1375 East Ninth Street  
Ninth Floor  
One Cleveland Center  
Cleveland, OH 44114  

Raymond J. Urbanik  
Munsch Hardt Kopf& P.C.  
1445 Ross Avenue  
Suite 4000  
Dallas, TX 75202  

Stephen D. Wheelis  
Wheelis & Rozanski  
2312 S. MacArthur Drive  
Alexandria, LA 71301  

Fred B. Ringel  
Robinson Brog Leinwand Greene Genovese & Gluck P.C.  
1345 Avenue of the Americas, 31st Floor  

Neal M. Rosenbloom  
Finkel Goldstein Rosenbloom Nash LLP  
26 Broadway  
Suite 711  
New York, NY 10004  

Robert B. Rubin  
Burr & Forman LLP  
420 Twentieth Street North  
Birmingham, AL 35023  

Andrew Howard Sherman  
Sills Cummis Radin Tischman Epstein & Gross  
712 5th Avenue, 20th Floor  
New York, NY 10019  

Eric J. Snyder  
Siller Wilk  
675 Third Avenue  
9th Floor  
New York, NY 10017  

Stephen B. Sutton  
Lathrop & Gage, L.C.  
2345 Grand Boulevard  
Suite 2800  
Kansas City, MO 64108-2612  

Laura L. Torrado  
Bear, Stearns & Co  
383 Madison Avenue 8th Floor  
New York, NY 10179  

Richard Whitney Ward  
2527 Fairmount Street  
Dallas, TX 75024  
Michael D. Warner  
Warner, Stevens & Doby, L.L.P.  

William Douglas White  
McCarthy & White PLLC  
8180 Greensboro Drive  
Suite 875  
Mc Lean, VA 22102  

Adam L. Rosen  
Scarcella Rosen & Slome LLP  
333 Earle Ovington Boulevard  
Ninth Floor  
Uniondale, NY 11533-3622  

David S. Rubin  
Kantrow Spaht Weaver & Blitzer  
P.O. Box 2997  
Baton Rouge, LA 70821  

Shelly D. Rucker  
Miller & Martin LLP  
1000 Volunteer Building  
832 Georgia Avenue,  
Chattanooga, TN 37402-2289  

Thomas R. Slome  
Scarcella Rosen & Slome LLP  
333 Earle Ovington Boulevard  
Suite 901  
Uniondale,NY 11553  

Rick A. Steinberg  
Angel & Frankel, P.C.  
460 Park Avenue  
New York, NY 10022  

Walter E. Swearingen  
Levi Lubarsky & Feigenbaum, LLP  
845 Third Avenue  
21st Floor  
New York, NY 10022  

Paul Traub  
Traub Bonacquist & Fox LLP  
655 Third Avenue  
21st Floor  
New York, NY 10017  

David B. Wheeler  
Moore & Van Allen PLLC  
P.O. Box 22828  
Charleston, SC 294 13-2828  

Scott A. Zuber  
Pitney Hardm Kipp & Szuch, LLP  
200 Campus Drive  
Florham Park, NJ 07932-0950

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699