**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) <br> ) <br> **WINN-DIXIE STORES, INC.,** ) <br> *et al.,* ) <br> ) <br> ) <br> **Debtors.** ) <br> ) <br> ) <br> ) | **Chapter 11** <br><br> **Case No. 05-11063** <br> **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of The Smithfield Packing Company, Inc., Gwaltney of Smithfield, Ltd., Packerland Holdings, and Moyer Packing Co., and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

    Robert A. Cox, Jr.
    McGUIREWOODS LLP
    Bank of America Corporate Center
    100 N. Tryon Street, Suite 2900
    Charlotte, North Carolina 28202-4011
    Phone: (704) 373-4637
    Facsimile: (704) 353-6197
    rcox@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all

orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated:  March 16, 2005
New York, New York

THE SMITHFIELD PACKING COMPANY, INC., GWALTNEY OF SMITHFIELD, LTD., PACKERLAND HOLDINGS, AND MOYER PACKING COMPANY

By:    /s/ Shawn R. Fox
Shawn R. Fox (SF-7975)
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100

and

Robert A. Cox, Jr.
McGUIREWOODS LLP
100 North Tryon Street, Suite 2900
Charlotte, North Carolina 28202-4011
(704) 373-4637

Counsel for The Smithfield Packing Company, Inc., Gwaltney of Smithfield, Ltd., Packerland Holdings, and Moyer Packing Company

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served on March 16, 2005 on those parties listed below by first-class mail.

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Sara Robinson Borders
King & Spalding LLP
191 Peachtree St
Suite 4900
Atlanta, Georgia 30303-1763

Richard C. Morrissey
Office of United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

      /s/ Shawn R. Fox
      Shawn R. Fox

\\FIN\237048.1