NEIMAN GINSBURG & MAIRANZ P.C.
Attorneys for Northpoint Trading Inc.
39 Broadway - 25th Floor
New York, New York 10006
(212) 269-1000
Gary Ginsburg (GG-3028)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Hearing Date: March 18, 2005 |
| SOUTHERN DISTRICT OF NEW YORK | Time: 10:00 a.m. |

-----------------------------------------------------------x
In re:                                                                         Case No. 05-11063 (RDD)

    WINN-DIXIE STORES, INC., *et al.*,                  Chapter 11

                      Debtor.
-----------------------------------------------------------x

**JOINDER OF NORTHPOINT TRADING, INC. IN THE OBJECTIONS OF THE PEPSI BOTTLERS (DOCUMENT NO. 384), H.J. HEINZ COMPANY, L.P. (DOCUMENT NO. 376), KELLOGG SALES COMPANY AND KEEBLER COMPANY AND MURRAY BISCUIT COMPANY (DOCUMENT NO. 374), HERSHEY FOODS CORPORATION (DOCUMENT NO. 370), AND B&F SYSTEMS, INC. (DOCUMENT NO. 382), IN OPPOSITION TO THE DEBTORS' EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 FOR INTERIM AND FINAL FINANCING ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING AND UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND (c)**

TO:    HONORABLE ROBERT D. DRAIN
          UNITED STATES BANKRUPTCY JUDGE

       Northpoint Trading Inc., a reclamation creditor herein, by its counsel Gary Ginsburg, Esq. of Neiman Ginsburg & Mairanz P.C., supplements its opposition dated March 11, 2005 previously filed and served, to the entry of the proposed Final Financing Orders and states as follows:

1. Northpoint Trading Inc. has made a timely reclamation demand in accordance with 11 U.S.C. § 546(c)(1) and B.R. 9006 for the return of kitchen towels and bath sheets received by the Debtor at its Taylor, South Carolina and Jacksonville, Florida warehouses on February 9, 11, 12, and 14, 2005 for a total of $285,228. Upon information and belief, the Debtor was in possession of all of the reclaimed goods at the date the reclamation demand was made.

2. Northpoint, in addition to its limited objection hereto filed and served, joins with and adopts the objections set forth in the objections filed and served by Pepsi Bottlers, H.J. Heinz Company L.P., Kellogg Sales Company and Keebler Company and Murray Biscuit Company, Hershey Foods Corporation, and B&F Systems, Inc.

3. Pursuant to Local Bankruptcy Rule 9013-1(b) for Southern District of New York, Northpoint Trading Inc. respectfully requests that the Court waive the requirements that Northpoint Trading Inc. files a memorandum of law in support of this Objection because there are no novel issues of law presented in the Objection.

WHEREFORE, the Court should decline to sign the proposed Order in its current form, and grant such other relief as the Court shall deem fair and just.

Dated: New York, New York
March 16, 2005

                                                 NEIMAN GINSBURG & MAIRANZ P.C.
                                                 Attorneys for Northpoint Trading, Inc.

                                               By:   s/ Gary Ginsburg
                                                      Gary Ginsburg (GG-3028)
                                                      39 Broadway - 25th Floor
                                                      New York, New York 10006
                                                      (212) 269-1000

F:\WPDOC\Northpoint\joinder in obj.wpd