**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 17th day of March, 2005, a copy of the Joinder to Objections to Entry of Financing Orders was filed electronically. A copy was served by facsimile upon the following:

Richard Morrissey, Esq.
United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
Telephone: (212) 510-0500
Facsimile: (212) 668-2255

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-2150
Facsimile: (917) 777-2150

Alexandra Margolis, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-7810
Facsimile: (917) 777-7810

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

1

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone (212) 530-5000
Facsimile: (212) 530-5219

Jonathan N. Helfant, Esq.
Otterbourg Steindler Houston & Rosen, PC
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Andrew V. Tenzer, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

and notice of this filing will be sent to all parties listed on the annexed service list by operation of the Court's Electronic Filing system.


    s/ Karen Kimmel
    Karen Kimmel

F:\WPDOC\Northpoint\cert of service joinder 031605.wpd

# SERVICE LIST

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Dale R. Barginer
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802

Matthew Scott Barr
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

John P. Brice
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

Robert J. Brown
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, KY 40507

W. Steven Bryant
Locke Liddell & Sapp, LLP
600 Travis Street
# 2600
Houston, TX 77002-3095

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Lee Champion
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

Conrad Chiu
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

David N. Crapo
Gibbons, Del Del, Dolan, Griffinger
& Vecchione
One Riverfront Plaza
Newark, NJ 07102-5496

Timothy J. Curtin
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW
Suite 1700
P.O. Box 352
Grand Rapids, MI 49501-0352

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Paul H. Deutch
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Gerard DiConza
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

Carolyn Hochstadter Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Judith Elkin
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Earle I. Erman
Erman Teicher Miller Zucker & Freedman
400 Galleria Officentre
Suite 444
Southfield, MI 48034

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Shawn Randall Fox
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

Fox Rothschild, LLP
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

**Joseph D. Frank**
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

**Danielle K. Greco**
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203

**Janice Beth Grubin**
Wormser, Kiely, Galef & Jacobs, LLP
825 Third Avenue
New York, NY 10022-7519

**Edwin W. Held, Jr.**
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

**Terrance A. Hiller**
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

**Ronald Scott Kaniuk**
Taplin & Associates
340 Fifth Avenue
Suite 2418
New York, NY 10118

**Stuart A. Krause**
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

**David M. Landis**
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

**J. Nathan Galbreath**
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

**Ira S. Greene**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

**Rudi R. Grueneberg**
Grueneberg Law Group, LLC
704 East Main Street
Bldg. E
Moorestown, NJ 08057

**Larry D. Henin**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Robert L. Holladay, Jr.**
YoungWilliams P.A.
210 E. Capitol Street
Suite 2000
Jackson, MS 39201

**Andrew C. Kassner**
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

**Thomas J. Leanse**
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

**Gary Ginsburg**
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

**Reginald A. Greene**
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

**Marc L. Hamroff**
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530

**Neil E. Herman**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

**Patrick L. Huffstickler**
Cox & Smith Incorporated
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

**Alan W. Kornberg**
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Nina M. Lafleur**
Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

**Chris Lenhart**
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

~BALT1:4154017.v3

**Sharon L. Levine**
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**Alan Jay Lipkin**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Joseph Lubertazzi, Jr.**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Jeffrey S. Margolin**
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

**Laurence May**
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

**Austin L. McMullen**
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

**Derek F. Meek**
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

**Todd C. Meyers, Esq.**
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

**Kathleen M. Miller**
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

**Stephen M. Miller**
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

**Stephan William Milo**
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

**Joseph Thomas Moldovan**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

**Brett S. Moore**
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

**Andrew L. Morrison**
Reed Smith LLP
375 Park Avenue
17th Floor
New York, NY 10152-1799

**Richard C. Morrissey**
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

**Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Bruce S. Nathan**
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

**Carole Neville**
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

**James J. Niemeier**
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

**Barbra R. Parlin**
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

**Aaron D. Patton**
Murray, Frank & Sailer, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

**Geraldine E. Ponto**
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

~BALT1:4154017.v3 |

**Eric T. Ray**
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 2600
P.O. Box 306
Birmingham, AL 35201-0306

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle
LLP
101 Park Avenue
New York, NY 10178

**Avrum J. Rosen**
Law Office of Avrum J. Rosen
38 New Street
Huntington, NY 11743

**Paul Rubin**
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

**Gregory J. Seketa**
40|86 Advisorts Inc.

535 N. College Drive
Carmel, IN 46032

**Richard G. Smolev**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**Sabrina L. Streusand**
Hughes & Luce, LLP
111 Congress Avenue
Suite 900
Austin, TX 78701

**Diane G. Reed**
Reed and Reed
501 N. College Street
Waxahachie, TX 75165

**Fred B. Ringel**
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
1345 Avenue of the Americas, 31st Floor
New York, NY 10105-0143

**Neal M. Rosenbloom**
Finkel Goldstein Rosenbloom Nash LLP
26 Broadway
Suite 711
New York, NY 10004

**Robert B. Rubin**
Burr & Forman LLP
420 Twentieth Street North
Birmingham, AL 35023

**Andrew Howard Sherman**
Sills Cummis Radin Tischman Epstein &
Gross
712 5th Avenue, 20th Floor
New York, NY 10019

**Eric J. Snyder**
Siller Wilk
675 Third Avenue
9th Floor
New York, NY 10017

**Stephen B. Sutton**
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108-2612

**Jo Christine Reed**
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

**Adam L. Rosen**
Scarcella Rosen & Slome LLP

333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622

**David S. Rubin**
Kantrow Spaht Weaver & Blitzer
P.O. Box 2997
Baton Rouge, LA 70821

**Shelly D. Rucker**
Miller & Martin LLP
1000 Volunteer Building
832 Georgia Avenue,
Chattanooga, TN 37402-2289

**Thomas R. Slome**
Scarcella Rosen & Slome LLP

333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

**Rick A. Steinberg**
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

**Walter E. Swearingen**
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022

**Diana M. Thimmig**
Roetzel & Andress
1375 East Ninth Street
Ninth Floor
One Cleveland Center
Cleveland, OH 44114

**Raymond J. Urbanik**
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue
Suite 4000
Dallas, TX 75202

**David B. Wheeler**
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

**Scott A. Zuber**
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950

**Laura L. Torrado**
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179

**Richard Whitney Ward**
2527 Fairmount Street
Dallas, TX 75024

**Stephen D. Wheelis**
Wheelis & Rozanski
2312 S. MacArthur Drive
Alexandria, LA 71301

**Winn- Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Paul Traub**
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

**Michael D. Warner**
Warner, Stevens & Doby, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

**William Douglas White**
McCarthy & White PLLC
8180 Greensboro Drive
Suite 875
Mc Lean, VA 22102

~BALT1:4154017.v3 |