**ROBINSON BROG LEINWAND GREENE**
 **GENOVESE & GLUCK P.C.**
**Attorneys for MFR Properties**
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300
**Fred B. Ringel, Esq. (FBR-7713)**

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT | **Hearing Date and Time:** |
| SOUTHERN DISTRICT OF NEW YORK | March 18, 2005 at 10:00 A.M. |

-----------------------------------------------------------X

In Re:                                                                    Chapter 11
                                                                              Case No. 05-11063 (RDD)
**WINN-DIXIE STORES, INC.,** *et al.,*                  (Jointly Administered)

                                          Debtors.
-----------------------------------------------------------X

### JOINDER TO VARIOUS LANDLORDS' OBJECTIONS TO MOTION OF THE DEBTORS FOR A FINAL ORDER PURSUANT TO 11 U.S.C. §§105, 361, 362, 363, 364(C), AND 364(D) OF THE BANKRUPTCY CODE AND RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A SUPER-PRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (III) AUTHORIZING THE REPAYMENT IN FULL OF ALL CLAIMS OF DEBTORS' <u>PRE-PETITION SECURED LENDERS</u>

**MFR PROPERTIES**, by and through its undersigned counsel, hereby files this

joinder to the objections filed by various landlords to the *Motion of the Debtors for a Final*

*Order Pursuant to 11 U.S.C. §§105, 61,362, 363, 364(c) and 364(d) of the Bankruptcy Code*

*and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing*

*Debtors to Obtain Secured Post-Petition Financing on a Super Priority Priming Lien Basis*

*and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured*

*Lenders' Cash Collateral and Granting Adequate Protection, and (III) Authorizing the*

*payment in Full of All Claims of Debtors' Pre-Petition Secured Lenders* (the "Motion"), and

in support thereof, respectfully states as follows:

## BACKGROUND

1.  **Winn-Dixie Stores, Inc.** and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on February 21, 2005 (the "Petition Date").  The Debtors are continuing to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  MFR, as landlord, and the Debtors, as tenant, are party to an unexpired lease for non-residential real property located in Baton Rouge, Louisiana (the "Lease").  the Lease is a lease "of real property in a shopping center" as that term is used in section 365(b)(3) of the Bankruptcy Code.  *See In re Joshua Slocum, Ltd.,* 922 F.2d 1081, 1086-87 (3d Cir. 1990).

3.  Through the Motion, the Debtors are requesting, among other things, the authority to grant to the Lenders a lien directly upon the Lease rather than upon the proceeds from the sale of the Lease.

## OBJECTIONS AND JOINDER

4.  MFR objects to the requested relief in the Motion because it could (i) violate the protections afforded to MFR under section 365 of the Bankruptcy, (ii) jeopardize financing agreements between MFR and its own lenders, a (iii) adversely affect MFR's ability to maintain the integrity of its shopping centers.

5. Accordingly, MFR hereby joins in the objections (the "Objections") raised by various other landlords to the Motion [Docket Nos. 366, 368, 380 and 392], and to the extent not inconsistent herewith, incorporates the Objections by reference as if set forth fully herein.

**WHEREFORE**, MFR respectfully requests that the Court enter an order that (i) denies the Motion, or provides that any lien relating to the Lease shall attach only to the

proceeds of the sale of the Lease and not to the Lease itself, and (ii) grants such other and

further relief as the Court may deem just and proper.

**DATED:**  New York, New York
          March 17, 2005

**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorneys for MFR Properties**
1345 Avenue of the Americas
New York, New York  10105
(212) 586-4050


**By_/s/ Fred B. Ringel_____
      Fred B. Ringel (FBR-7713)**

## CERTIFICATE OF SERVICE

A copy of the foregoing was served electronically via the Court's ECF System and via facsimile transmission, this 17th day of March, 2005 to:

**David J. Baker, Esq.**
**Skadden, Arps, Slate, Meagher & Flom, LLP**
**4 Times Square**
**New York, New York 10036**
**Fax 212-735-2000**

**Sarah Robinson Borders**
**King & Spaulding**
**191 Peachtree Street**
**Atlanta GA   30303**
` **Fax 404-572-5100**

.

                                        **/s/ Fred B. Ringel_____**
                                         **Fred B. Ringel**