UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
WINN-DIXIE STORES, INC., et al,                 :        Case No. 05-11063
                                                :
           Debtors.                             :        (Jointly Administered)
-----------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Larry B. Ricke, a member in good standing of the bar in the State of Minnesota Minnesota State Bar Association No. 121800 and the U.S. District Court for the District of Minnesota, request admission *pro hac vice*, before the Honorable Arthur J. Gonzalez, to represent Michael Foods, Inc. and United Sugars Corporation, claimants in the above referenced case. My contact information is:

> Larry B. Ricke
> Leonard, Street and Deinard
> 150 South Fifth Street, Suite 2300
> Minneapolis, Minnesota 55402
> Telephone: (612) 335-7080
> Facsimile: (612) 335-1657
> e-mail: larry.ricke@leonard.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: March 4, 2005                          /e/ Larry B. Ricke
                                              Larry B. Ricke (MN #121800)
                                              Leonard, Street and Deinard
                                              150 South Fifth Street, Suite 2300
                                              Minneapolis, MN 55402
                                              Telephone: (612) 335-7080
                                              Facsimile: (612) 335-1657
                                              e-mail: larry.ricke@leonard.com

2593296v1

## **ORDER**

**ORDERED,**

that Larry B. Ricke, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, southern District of New York, subject to payment of the filing fee.

Dated:_____, 2005            By the Court:

                                                                                                     _____
United States Bankruptcy Judge

## Certificate of Service

```
-------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
WINN-DIXIE STORES, INC., et al,                  :    Case No. 05-11063
                                                 :
               Debtors.                          :    (Jointly Administered)
-------------------------------------------------x
```

     I, Jill M. Lillis, declare under penalty of perjury that on the 4th day of March, 2005, I served the Application Pro Hac Vice of Larry B. Ricke on the parties by facsimile and depositing in the U.S. Mail a copy as follows:

| | |
|---|---|
| David J. Baker | Sarah Robinso Borders |
| Skadden, Arps, Slate, Meagher & Flom, LLP | King & Spalding LLP |
| Four Times Square | 191 Peachtree Street |
| New York, New York 10036 | Atlanta, Georgia 30303 |

Dated: March 4, 2005          /e/ Jill M. Lillis

2593296v1