**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                   :
                                                        :     **Chapter 11**
                                                        :
**WINN-DIXIE STORES, INC., et al.,**                    :     **Case No. 05-11063 (RDD)**
                                                        :
           Debtors.                                     :     **(Jointly Administered)**
                                                        :
---------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION**
**OF DENNIS I. SIMON AND DISCLOSURE OF COMPENSATION**

I, Dennis I. Simon hereby state and declare as follows:

1.     On February 21, 2005, I submitted the Declaration of Dennis I. Simon and Disclosure of Compensation (the "Original Declaration") in support of the application of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for the approval of their engagement of XRoads Solutions Group, LLC ("XRoads") to provide financial and operations restructuring consulting services (the "Application"). I hereby submit this Supplemental Declaration in further support of the Application.

2.     The facts set forth in this Supplemental Declaration are personally known to me, and, if called as a witness, I could and would testify thereto. Unless otherwise defined, all capitalized terms used herein have the meanings given to them in the Application.

3.     On February 18, 2005, the Debtors provided a prepetition retainer to XRoads in the amount of $500,000 (the "Retainer"). XRoads will hold the Retainer in a segregated account on behalf of the Debtor and make periodic interest payments on the Retainer to the Debtors. XRoads intends to hold the Retainer as security for its postpetition fees and expenses until the final fee application; however, XRoads understands and agrees that all parties in interest have the right to raise a claim against the Retainer at any time during the administration of this case.

4.      As stated in the Original Declaration, the Agreement provides for XRoads to receive from the Debtors a Performance Fee in the amount of $1,250,000, which will be paid upon the occurrence of a Qualifying Transaction as defined in the Agreement.  This portion of the Performance Fee is a deferred fee payable to XRoads upon the consummation of one or more of the Qualifying Transactions.  XRoads will file an application and provide a forty-five (45) day notice period when its seeks the Debtors' payment of this portion of the Performance Fee, which notice will be given to the United States Trustee, counsel for the official committee of unsecured creditors, and counsel for the Debtors' secured lenders.

5.      In order for the Performance Fee to increase over the $1,250,000 amount up to an additional $3,750,000 ($5,000,000 in total), the Debtor's Board of Directors must determine that such an additional amount is warranted based on XRoads' performance for the Debtors including but not limited to an analysis of the over-all contribution to the reorganization process made by XRoads, and the respective recoveries achieved by the various constituencies in the case.  If the Debtors' Board of Directors approves a Performance Fee to XRoads over the $1,250,000 amount, XRoads will file an application and provide a forty-five (45) day notice period when its seeks Debtors' payment of this incremental portion of the Performance Fee, which notice will be given to the United States Trustee, counsel for the official committee of unsecured creditors, and counsel for the Debtors' secured lenders.

6.      Other than the Retainer, all amounts paid by the Debtors to XRoads before February 21, 2005 (the "Petition Date"), were on account of fees and expenses attributed to work performed before the Petition Date and no excess funds were received.  As of the Petition Date, the Debtors did not owe XRoads for any fees or expenses incurred prior to the Petition Date.  All work performed by XRoads before the Petition Date was invoiced at XRoads' standard rates.

7. XRoads will not seek reimbursement from the Debtors of any legal fees or expenses related to XRoads' engagement under the "Engagement of Legal Counsel" provisions of the Agreement unless and until triggered by a third party claim requiring XRoads involvement (e.g. subpoena, litigation or other similar type event) and for which XRoads employs independent counsel from the Debtors. The quarterly amount of $37,500, on a cumulative basis, will not be paid to XRoads or its counsel unless and until such an event occurs. Further, this provision in the Agreement will not be used to pay XRoads' legal fees or expenses related to its preparation of its engagement agreement or its fee applications.

8. The Debtors have requested that XRoads perform certain discrete lease renegotiation services in connection with XRoads' Real Estate Planning and Management services as described in our engagement agreement. XRoads and the Debtors recognize that the outcome of these lease renegotiation services is uncertain at this time. Accordingly, notwithstanding the hourly fee provisions of XRoads engagement agreement with the Debtors, XRoads shall perform such services at the hourly rate of $400, but shall defer receipt of $200 per hour for such work until such time as XRoads and the Debtors agree that payment of the deferred amount or some portion thereof is warranted. XRoads will file an application and provide a forty-five (45) day notice period if and when it seeks the Debtors' payment of the deferred portion of its hourly fees for the particular lease renegotiation services covered hereby, which notice will be given to the United States Trustee, counsel for the official unsecured creditors committee, and counsel for the Debtors' secured lenders.

-4-

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 17, 2005.

/s/     *Dennis I. Simon*
Dennis I. Simon
XRoads Solutions Group, LLC