**REED SMITH LLP**
*A Limited Liability Partnership formed in the State of Delaware*
Elena P. Lazarou, Esq. (EL-5681)
599 Lexington Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

    -and-

Kurt F. Gwynne, Esq. (DE No. 3951)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7577

Counsel for H.J. Heinz Company, L.P. and Del Monte Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In re:**                                                    :
                                                        :   **Case No. 05-11063 (RDD)**
**WINN-DIXIE STORES, INC., et al.,**        :   **(Jointly Administered)**
                                                        :
                **Debtors.**                             :
                                                        :
---------------------------------------------------------------x

**MOTION FOR ADMISSION PRO HAC VICE**

      I, KURT F. GWYNNE, a member of the firm Reed Smith LLP, resident in its Wilmington Office, an attorney in good standing of the bars in the States of Delaware and New Jersey, the Commonwealth of Pennsylvania, and the Third Circuit Court of Appeals, the United States District Courts for the District of Delaware, Eastern District of Pennsylvania, Western District of Pennsylvania, District of New Jersey, Central District of Illinois, the Northern District of Texas, and the Eastern District of Michigan, request permission to appear in the above-

captioned matter before the Honorable Robert D. Drain, *pro hac vice*, as counsel for and on behalf of H.J. Heinz Company, L.P. and Del Monte Corporation.

Mailing address: Reed Smith, LLP, 599 Lexington Avenue, 29th Floor, New York, New York 10022; Telephone number: (212) 521-5400; E-mail address: kgwynne@reedsmith.com.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:   March 17, 2005
        Wilmington, Delaware

                                    /s/
                           Kurt F. Gwynne
                           Elena Lazarou (EL-5681)
                           Reed Smith LLP
                           599 Lexington Avenue
                           29th Floor
                           New York, New York 10022
                           Telephone:  (212) 521-5400

                           and

                           1201 Market Street, Suite 1500
                           Wilmington, Delaware 19801
                           Telephone:  (302) 778-7500

                           Counsel for H.J. Heinz Company, L.P. and Del
                           Monte Corporation