**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re:                              :
                                    :       Case No. 05-11063 (RDD)
WINN-DIXIE STORES, INC., et al.,    :       (Jointly Administered)
                                    :
        Debtors.                    :
                                    :
------------------------------------------------------------x
```

<u>ORDER OF ADMISSION PRO HAC VICE</u>

Kurt F. Gwynne, an attorney in good standing of the bars in the States of Delaware, New Jersey, and Pennsylvania, and States of Delaware and New Jersey, the Commonwealth of Pennsylvania, and the Third Circuit Court of Appeals, the United States District Courts for the District of Delaware, Eastern District of Pennsylvania, Western District of Pennsylvania, District of New Jersey, Central District of Illinois, the Northern District of Texas, and the Eastern District of Michigan, having requested admission, *pro hac vice*, to represent H.J. Heinz Company, L.P. and Del Monte Corporation in the above-captioned matter; it is

**ORDERED**, that  Kurt F. Gwynne, Esq., of the law firm of Reed Smith LLP, is admitted to practice, *pro hac vice*, in the above-captioned matter, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:_____        _____
        New York, New York                United States Bankruptcy Judge