**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In re:**                                                      :
                                                                : Case No. 05-11063 (RDD)
**WINN-DIXIE STORES, INC., <u>et al.</u>,**                     : (Jointly Administered)
                                                                :
**Debtors.**                                                    :
                                                                :
---------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

I, Elena P. Lazarou, Esquire, certify that on this 17th day or March 2005, I caused a true and correct copy of the

**MOTION FOR ADMISSION PRO HAC VICE**

to be served in the manner indicated upon the parties on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 17, 2005                REED SMITH LLP
       New York, New York


                                     By: /s/ Elena P. Lazarou
                                         Elena P. Lazarou, Esq. (EL-5681)
                                         599 Lexington Avenue, 27th Floor
                                         New York, New York 10022
                                         Telephone: (212) 521-5400
                                         Facsimile: (212) 521-5450
                                         E-mail: elazarou@reedsmith.com

2

## SERVICE LIST

### VIA FIRST CLASS MAIL

Richard Morrissey, Esquire
United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10005

D.J. Baker, Esquire
Alexandra Margolis, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Jonathan N. Helfat, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Andrew Tenzer, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10033-6069