## Certificate of Service

---------------------------------------------------x
In re:                                    :        Chapter 11
                                          :
WINN-DIXIE STORES, INC., et al,           :        Case No. 05-11063
                                          :
            Debtors.                      :        (Jointly Administered)
---------------------------------------------------x

    I, Jill M. Lillis, declare under penalty of perjury that on the 17th day of March, 2005, I served the Application Pro Hac Vice of Larry B. Ricke on the parties by depositing in the U.S. Mail a copy as follows:

| | |
|---|---|
| David J. Baker | Sarah Robinso Borders |
| Skadden, Arps, Slate, Meagher & Flom, LLP | King & Spalding LLP |
| Four Times Square | 191 Peachtree Street |
| New York, New York 10036 | Atlanta, Georgia 30303 |

Dated:  March 17, 2005                              /e/ Jill M. Lillis

2593296v1