Gregory A. Cross, Esquire
Lisa Bittle Tancredi, Esquire
Heather Deans Foley, Esquire
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400 (Phone)
(410) 244-7742 (Facsimile)
gacross@venable.com

*Attorneys for CRIIMI MAE Services Limited Partnership;
Allied Capital Corporation; and Orix Capital Markets, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., | : | |
| | : | Case No. 05-11063-RDD |
| Debtor. | : | |

------------------------------------------------------------x

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Gregory A. Cross, Lisa Bittle Tancredi, Heather Deans Foley, and Venable LLP hereby enter their appearance in the above-captioned case as counsel for each of the following entities:

- CRIIMI MAE Services Limited Partnership

- Allied Capital Corporation

- Orix Capital Markets, LLC

and request, pursuant to Fed. R. Bankr. P. 2002 and 9010, and § 1109 of the Bankruptcy Code, that the Clerk of this Court enter the following name and address on the general matrix for this case, and on all special or limited matrices, and

request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

> Gregory A. Cross, Esquire
> Lisa Bittle Tancredi, Esquire
> Heather Deans Foley, Esquire
> Venable LLP
> 1800 Mercantile Bank & Trust Building
> Two Hopkins Plaza
> Baltimore, Maryland 21201.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all other orders, notices, applications, motions, petitions, requests, complaints, demands, pleadings and other papers, whether written or oral, formal or informal, and whether transmitted by mail, hand or express delivery, telephone, telecopy, electronic mail or otherwise, which relate in any way to the above-referenced case or proceedings therein.

Dated: March 17, 2005.

/s/ Heather Deans Foley
Gregory A. Cross
Lisa Bittle Tancredi
Heather Deans Foley
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

Attorneys for
CRIIMI MAE Services Limited Partnership; Allied Capital Corporation; and
Orix Capital Markets, LLC