Gregory A. Cross, Esquire
Lisa Bittle Tancredi, Esquire
Heather Deans Foley, Esquire
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400 (Phone)
(410) 244-7742 (Facsimile)
gacross@venable.com

*Attorneys for CRIIMI MAE Services Limited Partnership;*
*Allied Capital Corporation; and Orix Capital Markets, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
WINN-DIXIE STORES, INC.,                                   :
                                                           :   Case No. 05-11063-RDD
              Debtor.                                      :
-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**
**OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

I HEREBY CERTIFY that on this 17th day of March, 2005, a copy of

the Entry of Appearance and Request for Notices, which is attached hereto as

Exhibit A, was sent via first class mail, postage prepaid, to each of the persons listed

on the service list attached hereto as Exhibit B.

Dated: March 17, 2005.          /s/  Heather Deans Foley
                                Gregory A. Cross
                                Lisa Bittle Tancredi
                                Heather Deans Foley
                                Venable LLP
                                1800 Mercantile Bank & Trust Bldg.
                                Two Hopkins Plaza
                                Baltimore, Maryland 21201
                                (410) 244-7400

                                Attorneys for
                                CRIIMI MAE Services Limited Partnership;
                                Allied Capital Corporation; and
                                Orix Capital Markets, LLC

Gregory A. Cross, Esquire
Lisa Bittle Tancredi, Esquire
Heather Deans Foley, Esquire
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400 (Phone)
(410) 244-7742 (Facsimile)
gacross@venable.com

*Attorneys for CRIIMI MAE Services Limited Partnership;*
*Allied Capital Corporation; and Orix Capital Markets, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
WINN-DIXIE STORES, INC.,                                   :
                                                           :    Case No. 05-11063-RDD
            Debtor.                                        :
-----------------------------------------------------------x

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Gregory A. Cross, Lisa Bittle Tancredi, Heather Deans Foley, and Venable LLP hereby enter their appearance in the above-captioned case as counsel for each of the following entities:

- CRIIMI MAE Services Limited Partnership

- Allied Capital Corporation

- Orix Capital Markets, LLC

and request, pursuant to Fed. R. Bankr. P. 2002 and 9010, and § 1109 of the Bankruptcy Code, that the Clerk of this Court enter the following name and address on the general matrix for this case, and on all special or limited matrices, and

EXHIBIT A

request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

> Gregory A. Cross, Esquire
> Lisa Bittle Tancredi, Esquire
> Heather Deans Foley, Esquire
> Venable LLP
> 1800 Mercantile Bank & Trust Building
> Two Hopkins Plaza
> Baltimore, Maryland 21201.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all other orders, notices, applications, motions, petitions, requests, complaints, demands, pleadings and other papers, whether written or oral, formal or informal, and whether transmitted by mail, hand or express delivery, telephone, telecopy, electronic mail or otherwise, which relate in any way to the above-referenced case or proceedings therein.

Dated: March 17, 2005.

/s/ Heather Deans Foley
Gregory A. Cross
Lisa Bittle Tancredi
Heather Deans Foley
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

Attorneys for
CRIIMI MAE Services Limited Partnership; Allied Capital Corporation; and Orix Capital Markets, LLC

2

## WINN-DIXIE SERVICE LIST

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Adam Ravin, Esquire
D. J. Baker, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Richard C. Morrissey, Esquire
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303

Gehr Florida Development, LLC, et al.
c/o Howard B. Levi, Esquire
Steven B. Feigenbaum, Esquire
Levi Lubarsky & Feigenbaum LLP
845 Third Avenue, 21st Floor
New York, New York 10022

Victory Real Estate Investments, LLC
Victory Investments, Inc., et al.
c/o Adam L. Rosen, Esquire
Scarcella Rosen & Slome, LLP
333 Earle Ovington Boulevard, 9th Floor
Uniondale, New York 11553

Victory Real Estate Investments, LLC
Victory Investments, Inc., et al.
c/o Omer Kuebel, III, Esquire
C. Davin Boldissar, Esquire
Locke Liddell & Sapp, LLP
601 Poydras Street, Suite 2400
New Orleans, LA 70130-6036

New Plan Excel Realty Trust, Inc., et al.
c/o David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Dean C. Waldt, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Hallmark Marketing Corporation
c/o David W. Dykhouse, Esquire
Michael Handler, Esquire
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

The Wackenhut Corporation
c/o Neal D. Colton, Esquire
David J. Liebman, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Diversified Realty Corp. and
Edens & Avant
c/o James S. Carr, Esquire
Robert L. LeHane, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Cardinal Health
c/o Scott A. Zuber, Esquire
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Alabama Power Company
c/o Eric T. Ray
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201

American Food Distributors, Inc.
c/o Macco & Stern LLP
135 Pinelawn Road, Suite 120 S
Melville, New York 11747

Arizona Beverage Co., LLC
2450 West Copans Road
Pompano Beach, FL 33069

Bear Stearns Investment Products, Inc.
383 Madison Avenue
New York, New York 10179

Belco Distributors
100 Adams Blvd.
Farmingdale, NY 11735



BA3/296701                                  1

BellSouth
675 West Peachtree Street, Suite 4300
Atlanta, GA 30375

Buffalo Rock Company
c/o Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Burch Equipment Group, et al
c/o Law Offices of Bruce Levinson
747 Third Avenue, 4th Floor
New York, NY 10017

Cal-Maine Foods, Inc.
3320 Woodrow Wilson Drive
PO Box 2960
Jackson, MS 39207

Chester Dix Corp.
135 Jericho Turnpike
Old Westbury, NY 11568

Cleco Corporation
Wheelis & Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199

Coca-Cola Bottling Company United, Inc.
c/o Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, AL 35203

Coca-Cola Enterprises, Inc.
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402

Cole's Quality Foods Inc.
c/o Timothy J. Curtin, Esq.
Varnum riddering Schmidt Howlett LLP
P.O. Box 352
Grand Rapids, MI 49501-0352

Commonwealth Brands, Inc.
900 Church Street
P.O. Box 51587
Bowling Green, KY 42102

Computer Leasing Company of Michigan, Inc.
5150 Palm Valley Road
Suite 208
Ponte Vedra Beach, FL 32082

ConAgra Foods, Inc.
Attention: James J. Niemeier
McGrath North Mullin & Kratz, PC LLO
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

DIVERSIFIED MAINTENANCE SYSTEMS, INC.
Pitney Hardin LLP
7 Times Squire
New York, NY 10036

DLJ Produce, Inc.
Rynn & Janowsky, LLP
4100 Newport Place Drive
Suite 700
Newport Beach, CA 92660

Discover Financial Services, Inc.
c/o Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Doane Pet Care Company
210 Westwood Place South, Suite 300
P.O. Box 2487
Brentwood, TN 37027

Flavor Pic Tomato Co.
c/o Robert Scheinbaum
Podvey Meanor
One Riverfront Plaza
Newark, NJ 07102 usa

Flowers Foods, Inc.
c/o Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

Frankford Dallas, LLC
c/o Diane G. Reed
reed & Reed
501 N. College Street
Waxahachie, TX 75165

Front End Services
c/o Stacey Jernigan
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202

Future Foods, Ltd.
1420 Valwood Pkwy.
Suite #164 Attn: Mike Austin
Carrollton, TX 75006

Georgia Crown Distributing Co.
100 Georgia Crown Dr.
PO box 308
McDonough, GA 30253

Henschel-Steinau, Inc.
c/o Shapiro & Croland
411 Hackensack Ave.
Continential Plaza II
Hackensack, NJ 07601

Integrated Payment Systems, Inc.
Frank/Gecker LLP
325 N. LaSalle Street
Suite 625
Chicago, IL 60610

JEA
c/o Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

Kimco Realty Corporation
3333 New Hyde Park Road
New Hyde Park, NY 11753

Konica Minolta Imaging, Inc.
c/o Fox Rothschild
2000 Market Street
Philadelphia, PA 19103

Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

Laura's Lean Beef
2285 Executive Drive
Suuite 200
Lexington, KY 40505

Logan & Company, Inc.
Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043 US

Maryland & Virginia Milk Producers
Cooperative Association, Inc.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Merrill Lynch, Pierce, Fenner & Smith
Incorporated
Morrision & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Mount Olive Pickle Company, Inc.
P.O. Box 609
Mount Olive, NC 28365

PepsiAmericas
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

RLV Marketplace LP
Kupelian Ormond & Magy, P.C.
25800 Northwestern Hwy.
Suite 950
Southfield, MI 48075

Ramco-Gershenson Properties, L.P.
Kupelian Ormond & Magy, P.C.
25800 Northwestern Hwy.
Suite 950
Southfield, MI 48075

Rich-SeaPak Corporation
c/o James P. Smith
Arnall Golden Gregory LLP
201 Second Street, Suite 1000
Macon, GA 31201

Riverdale Farms, Inc.
c/o Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962

Scunci International Inc.
2200 Byberry Road
Hatboro, PA 19040

Sirius Computer Solutions, Inc.
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

Southeast Provisions, LLC
11 Task Industrial Court
Greenville, SC 29607

Southern Gourmet Foods, Inc.
c/o Marc T. McNamee
Neal & Harwell, PLC
150 Fourth avenue North
Suite 2000
Nashville, TN 37219

TSO Volusia, LLC
c/o Arnall Golden Gregory LLP
J. Hayden Kepner
171 17th St. NW
Suite 2100
Atlanta, GA 30363

The Pepsi Bottling Group
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

The Wackenhut Corporation
Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

U.S. Bank National Association, as Indenture Trustee
c/o David E. Lemke
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Ste. 2700
Nashville, TN 37219

Western Union Financial Services, Inc.
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

Airgas, Inc.
259 Radnor-Chester Road, Suite 100
PO Box 6675
Radnor, PA 19087
Attn: David Boyle

Angelo, Gordon & Co.
245 Park Avenue, 26th Fl.
New York, NY 10167
Attn: James M. Malley

Bellsouth
Attn: Reginald A. Greene
675 West Peachtree Street, NE
Suite 4300
Atlanta, GA 30375

Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35222
Attn: Danielle K. Greco

Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, Alabama 35203
Attn: Robert B. Rubin
      Derek F. Meek

Clinton P. Hansen, Esq.
Dennis E. Quaid, Esq.
55 East Monroe, 40th Floor
Chicago, IL 60603

Coco-Cola enterprises Inc.
c/o Miller & Martin PLLC
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402-2289

Community Coffee Company, L.L.C.
Kantrow, Spaht, Weaver & Blitzer
PO Box 2997
Baton Rouge, Louisiana 70821
Attn: Mr. David S. Ribin

Computer Leasing
Company of Michigan, Inc.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Attn: Earle I. Erman

BA3/296701                          4

Cox Smith Matthews Incorporated
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
Attn: Patrick L. Huffstickler

CSX Corporation
500 Water Street, 8th Floor
Jacksonville, FL 32202
Attn: Ruth C. Salter

Curtis, Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn: Steven J. Reisman

Coca-Cola Bottling Company United, Inc.
c/o Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Firth Ave. North
Birmingham, AL 35203

Del Fair Inc.
Cohen, Todd, Kite & Stanford, LLC
250 East Fifth Street, Suite 1200
Cincinnati, OH 45202
Attn: Monica V. Kindt, Esq.

Discover financial Services, Inc.
2500 Lake Cook Road
Riverwoods, IL 60015
Attn: Frank Vydra, Esq.

Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801
Attn: Andrew J. Flame, Esq.

Dykema Gossett PLLC
400 Renaissance Center
Detroit, Michigan 48243
Attn: Brendan G. Best, Esq.

Deutsche Bank Trust Company Americas
c/o Dennis Drebsky, Esq.
Nixon Peabody LLP
437 Madison Avenue
23rd Floor
New York, NY 10022

Flavor Pic Tomato Co.
Robert Scheinbaum, Esq.
Podvey Meanor
One Riverfront Plaza
Newark, NJ 07102

Frankford Dallas, LLC
c/o Diane G. Reed
Reed & Reed
501 N. College Street
Waxahachie, TX 75165

Future Foods, Ltd.
1420 Valwood Pkwy.
Suite #164
Carrollton, TX 75006

Future Foods, Ltd.
1420 Valwood Pkwy.
Suite #184
Carrollton, TX 75006

Greenberg Traurig, LLP
Richard S. Miller, Esq.
200 Park Avenue
New York, NY 10166

Greenberg Traurig, P.A.
Mark D. Bloom, Esq.
1221 Brickell Avenue
Miami, FL 33131

Grueneberg Law Group, LLC
704 East Main Street
Building E
Moorestown, NJ 08057
Attn: Rudi R. Grueneberg, Esq.

Hamilton Beach/Proctor-Silex, Inc.
4421 Waterfront Drive
Glen Allen, Virginia 23060
Attn: William Ray

Hiershche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 15001
Attn: Russell W. Mills
Attn: Krista P. Bates

Hogan & Harton L.L.P.
875 Third Avenue
New York, NY 10022
Attn: Ira S. Greene

IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, Illinois 60618
Attn: Beverly H. Shideler

Ice Miller
One American Square, Box 82001
Indianapolis, Indiana 46282
Attn: Henry A. Efroymson
Attn: Mark A. Bogdanowicz

J. Hayden Kepner
Darryl S. Laddin
171 17th St. NW
Suite 2100
Atlanta, GA 30363

Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
Attn: Michael S. Held, Esq.

Katten Muchin Zavis Rosenman
c/o Thomas J. Leanse
c/o Dustin P. Branch
2029 Century Park East
Suite 2600
Los Angeles, CA 90067

Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Attn: Richard G. Smolev
Attn: Keigh R. Murphy

Liebmann, Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street
PO Box 23200
Green Bay, WI 54305-3200
Attn: Jerome E. Smyth

Locke Liddell & Sapp LLP
600 Travis Street
3400 Chase Tower
Houston, TX 77002

Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10020
Attn: Bruce Nathan, Esq.

Marrero Land and Improvement Association, Limited
5201 Westbank Expressway, Suite 400
Marrero, LA 70072
Attn: Vincent A. Vastola

MFR Properties LLC
Genovese Gluck P.C.
Robinson Brog Leinwand Green
1345 Avenue of the Americas
New York, NY 10105

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075

Morris, Nichols, Arsht and Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899
Attn: Eric D. Schwartz, Esq.

Moseley, Prichard, Parrish, Knight & Jones, P.A.
501 West Bay Street
Jacksonville, FL 32202
Attn: Richard K. Jones, Esq.
Eric L. Hearn, Esq.

Neiman Ginsburg & Mairanz P.C.
39 Broadway – 25th Floor
New York, NY 10006

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Aven., 3rd Floor
PO Box 1199
Columbus, GA 31902
Attn: Lee Chamion

Pitney Hardin LLP
7 Times Square
New York, NY 10036
Attn: Conrad K. Chiu

Richard Blackstone Webber II, P.A.
Richard Blackstone Webber II, Esq.
320 Maitland Avenue
Altamonte Springs, FL 32701

Rynn & Janowsky, LLP
4100 Newport Place Drive
Suite 700
Newport Beach, CA 92660
Attn: Patricia Rynn, Esq.

Sirva Relocation
Attn: Glenn M. Reisman
Two Corporate Drive
PO Box 861
Shelton, CT 06484

Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE 19899
Attn: Kathleen M. Miller

Squire, Sanders & Dempsey L.L.P.
1300 Huntington Center
41 South High Street
Columbus, OH 43215
Attn: Kirstin E. Richner

Skadden, Arps, Slate Meagher & Flom
4 times Squire
New York, NY 10036
Attn: Jan Baker
Attn: Sally Henry

Tindall Professional Plaza
14 Tindall Road
Middletown, NJ 07748
Attn: Ronald Horowitz

The B&F System, Inc.
c/o Hance Scarborough Wright, et al.
14755 Preston Rd., Suite 600
Dallas, TX 75254

The Morgran Company
c/o Ginnie Van Kesteren, Esq.
111 Second Avenue NE, Suite 706
St. Petersburg, FL 33701

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890
Attn: Steven M. Cimalore

ACCO Brands, Inc. 05-11063
75 Remittance Drive
Suite 1187
Chicago, IL 60675-1187

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Rayburn Barfield
Murray, Frank & Sailer LLP
275 Madison Avenue
8th Floor
New York, NY 10027

Dale R. Baringer Keeinpeter Farms Dairy, L.L.C.
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802

David S. Ribin Community Coffee Company, LLC
Kantrow Spaht Weaver & Blitzer (APLC)
P.O. Box 297
Baton Rouge, LA 70821

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
LOCKE LIDDELL & SAPP LLP
600 Travis Street
3400 Chase Tower
Houston, Texas 77002

Robert L. Holladay, Jr.
YoungWilliams P.A.
P.O. Box 23059
Jackson, MS 39225-3059

Reginald A. Greene (RG 3566)
BellSouth
675 West Peachtree Street NE
Suite 4300
Atlanta, GA 30375

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Esquire

MACCO & STERN, LLP
Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

BA3/296701                    7

Mr. James J. Niemeier, Attorney at Law
McGrath North Mullin & Kratz PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102-1327

TAPLIN & ASSOCIATES
350 Fifth Avneue, Suite 2418
New York, New York 10118
Attn: Ronald Scott Kaniuk

Bryan M. Becker, Esq.
HOWARD, SOLOCHEK & WEBER, S.C.
324 East Winsonsin Avenue, Suite 1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
535 N. College Drive
Carmel, IN 46032
Attn: Frank Berg

LAW OFFICES OF AVRUM J. ROSEN
38 New Street
Huntington, NY 11743

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Carolyn Hochstadter Dicker
Morton R. Branzburg
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA 19102

Diana M. Thimmig, Esq.
ROETZEL & ANDRESS
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, Ohio 44115

Timothy J. Curtin
Varnum, Riddering, Schmidt & HowlettLLP.
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352

Andrew Sherman, Esq.
Sills cummis Epstein & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102-5400

Stephen B. Sutton
LATHROP & GAGE L.C.
2345 Grand Boulevard, Suite 2800
Kansas city, MO 64108

Eric C. Cotton, Esq.
Developers Diversified Realty Corporation
3300 Enterprise Parkway
P.O. box 227042
Beachwood, OH 44122

Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Attn: Paul Rubin, Esq.

Milling Benson Woodward L.L.P.
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
Attn: David Conroy, Esq.

J. Hayden Kepner
Darryl S. Laddin
171 17th St. NW
Suite 2100
Atlanta, GA 30363

CONRAD K. CHIU
Pitney Hardin LLP
7 Times Squire
New York, NY 10036

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
1345 Avenue of the Americas
New York, NY 10105
Attn: Fred B. Ringel, Esq.

Richard W. Ward
2527 Fairmount St.
Dallas, TX 75201

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Attn: Neil E. Herman

Paul Traub, Esq.
Wendy Marcari, Esq.
Traub, Bonacquist & Fox LLP
655 Third Avenue – 21st Floor
New York, NY 10017

Leggett R. Bradford, Esq.
Allman Spry Leggett & Crumpler, P.A.
380 Knollwood Street – Suite 700
Winston-Salem, NC 27113-5129

Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022-1906
Attn: Laurence May, Esq.
Rick A. Steinberg, Esq.

PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
Attn: Warren J. Martin Jr.
Brett S. Moore

BROAD AND CASSEL
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
Attn: C. Craig Eller, Esq.

ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Attn: Larry D. Henin

Mr. Stephen D. Wheelis
Wheelis & Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199

Stephan W. Milo, Esq.
WHARTON, ALDHIZER & WEAVER, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401

Dennis F. Dunne
Matthew S. Barr
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005

GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey
07102-5497

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

MORRISON COHEN LLP
900 Third Avenue
New York, NY 10022
Attn: Joseph T. Moldovan, Esq.
Michael R. Dal Lago, Esq.

James P. Smith
Arnall Golden Gregory LLP
201 Second Street
Suite 1000
Macon, GA 31201

Nna M. LaFleur
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202

Bear Stearns Investment Products Inc.
383 Madison Avenue
New York, NY 10179
Attn: Noah Charney

Sharon L. Levine, Esq.
LOWENSTEIN SANDLER, PC
65 Livingston Avenue
Roseland, NJ 07068

Gerard DiConza, Esq.
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022
Attn: Stuart Krause, Esq.

MATEER & HARBERT, P.A.
225 East Robinson Street
Suite 600
Post Office Box 2854
Orlando, FL 3202-2854
Attn: David Landis, Esq.

GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
A Professional Corporation
One Riverfront Plaza
Neward, NJ 07102
Attn: Geraldine E. Ponto

BA3/296701                                                 9

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Alan S. Adler
OCM Opportunities Fund V, L.P.
c/o Oaktree Capital Management, LLC
333 South Grands Avenue, 28th Floor
Los Angeles, CA 90071

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attn: Alan J. Lipkin, Esq.
Robin Spigel, Esq.

William D. Wallach
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

WORMSER, KIELY, GALEF & JACOBS LLP
825 Third Avenue
New York, NY 10022-7519
Attn: Janice B. Grubin
Gary R. von Strange

MACEY, WILENSKY, COHEN, WITTNER & KESSLER, LLP
600 Marquis Two Tower
282 Peachtree Center Avenue
Atlanta, GA 30303-1229
Atttn: Louis G. McBryan (LM 1352)

Jacqueline Sailer
Aaron D. Patton
Murray, Frank & SailerLLP
272 Madison Avenue, 8th Floor
New York, NY 10016

Paul S. Magy, Esq.
Terrrace A. Hiler, Jr. Esq.
Matthew E. Thompson, Esq.
KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Highway, Suite 950
Southfield, Michigan 48075

Joshua T. Klein, Esq.
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291

HAYNES AND BOONE, LLP
399 Park Avenue
New York, NY 10022-4614
Attn: Judith Elkin
Attn: Stacey Jernigan

Stephen M. Miller
Morris, James, Hitchens & Williams ILP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Darrel Begnaud, Esquire
Begnaud & Marshall LLP
250 N. Milledge Avenue
P.O. Box 8085
Athens, GA 30603

Mark J. Friedman, Esq.
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

J. Michael Franks, Esq.
Thomas T. Pennington, Esq.
Michael E. Collins, Esq.
Manier & Herod
Counsel for Liberty Mutual Ins. Co.
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494

Marc L. Hamroff, Esquire
Leslie A. Berkoff, Esquire
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530

Carole Neville
Jo Christine Reed
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas, 24th Floor
New York, NY 10020

Karen C. Bifferato
Christina M. Thompson
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Gerard DiConza (GD-0890)
Bianchi Macron LLP
390 Old Country Road
Garden City, NY  11530

Diane G. Reed, Esq.
Reed & Reed
501 N. College Street
Waxahachie, TX  75165

Andrew L. Morrison, Esq.
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY  10022

Robert M. Marino, Esq.
Reed Smith LLP
1301 K Street, NW
Suite 1100 - East Tower
Washington, DC  20005

Todd C. Myers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA  30309-4530

Sabrina L. Streusand
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX  78701

Alex Spizz, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY  10022

Frank J. Wright, Esq.
C. Ashley Ellis, Esq.
Hance Scarborough Wright Ginsberg & Brusilow, LLP
600 Signature Place
14755 Preston Road
Dallas, TX  75254

Jonathan N. Helfat, Esq.
Daniel F. Fiorillo, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169-0075

Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

Elena P. Lazarou, Esq.
Reed Smith LLP
599 Lexington Avenue, 27th Floor
New York, NY  10022

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 N. Market Street
Wilmington, DE  19801

Alexander G. Benisatto, Esq.
Robert P. Shapiro, Esq.
Shapiro & Croland
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ  07601

Jeffrey Kurtzman, Esq.
Carolyn Hochstadter Dicker, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Streetm, 4th Floor
Philadelphia, PA  19102

Linda J. Casey, Esquire
Alan K. Stable, Esq.
James C. Carignan, Esq.
Pepper Hamilton LLP
1180 Avenue of the Americas, 14th Floor
New York, NY  10036-8401

David E. Lemke, Esq.
Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN  37219

Solomon J. Jaskiel, Esq.
Klein & Solomon, LLP
275 Madison Avenue, 11th Floor
New York, NY  10016

Thomas J. Leanse, Esq.
Dustin P. Branch, Esq.
Katten Muchin Zavis Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012

Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35222

Robert A. Cox, Jr.
McGuireWoods LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2900
Charlotte, NC 28202-4011

Paul S. Magy, Esquire
Kupelian Ormond & Magy, PC
25800 Northwestern Hwy., Suite 950
Southfield, Michigan 48075

Pepper Hamilton, LLP
James C. Carignan, Esquire
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899

Pepper Hamilton, LLP
Linda J. Casey, Esquire
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103