SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

## DECLARATION OF SERVICE RELATED TO DOCKET NO. 460

I, Laura Engelhardt, hereby declare under penalty of perjury that, on March 17, 2005, I caused to be served the Brief in Support of Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim and Final Financing Orders Authorizing, Inter Alia, Debtors to Obtain Secured Post-Petition Financing and Utilize Cash Collateral, by having true and correct copies thereof sent via email service to the parties listed in Exhibit A.

Dated: March 17, 2005
      New York, New York

                                              /s/  *Laura Engelhardt*
                                              Laura Engelhardt
                                              SKADDEN, ARPS, SLATE, MEAGHER
                                                & FLOM LLP
                                              Four Times Square
                                              New York, New York 10036
                                              Telephone: (212) 735-2627
                                              Facsimile:  (917) 777-2627

**EXHIBIT A**

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>richard.morrissey@usdoj.gov |
| D. J. Baker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Phone: 212-735-2150<br>Fax: 917-777-2150<br>djbaker@skadden.com | Sarah Robinson Borders<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Phone: 404-572-4600<br>Fax: 404-572-5149<br>sborders@kslaw.com |
| Shearman & Sterling LLP<br>Attn: Andrew Tenzer<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Phone: 212-848-4000<br>Fax: 212-848-7179<br>Atenzer@Shearman.com | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Dan Fiorello, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>dfiorillo@oshr.com; Jhelfat@oshr.com |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com; mbarr@milbank.com | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attn: Steven J. Reisman, Andrew M. Thau<br>101 Park Avenue<br>New York, New York 10178-0061<br>Phone: 212-696-6000<br>Fax: 212-697-1559<br>sreisman@cm-p.com; athau@cm-p.com |
| Scarcella Rosen & Slome<br>Attn: Thomas Slome, Alan Marder<br>333 Earle Ovington Blvd Ste 901<br>Uniondale, NY 11553<br>Phone: 516-227-1600<br>Fax: 516-227-1601<br>tslome@srsllp.com; amarder@srsllp.com | Kelley Drye & Warren LLP<br>Attn: James S. Carr, Robert Lehane, Debra SuDock<br>101 Park Avenue<br>New York, NY 10178<br>Phone: 212-808-7800<br>Fax: 212-808-7897<br>Jcarr@kelleydrye.com; rlehane@kelleydrye.com;<br>dsudock@kelleydrye.com |

Frank/Gecker LLP
Attn: Joseph D. Frank, Zane Zielinski
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com; zzielinski@fgllp.com

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8000
Fax: 212-836-8689
Rsmolev@kayescholer.com; kmurphy@kayescholer.com

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006
Phone: 212-269-1000
gginsburg@ngmpc.com

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch, Merritt Pardini
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4400
Fax: 310-788-4471
thomas.leanse@kmzr.com; dustin.branch@kmzr.com; merritt.pardini@kmzr.com

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum, Thomas Alijan
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-623-1000
Fax: 973-623-9131
rscheinbaum@podveysachs.com; taljian@podveysachs.com

Burr & Forman LLP
Attn: Derek F. Meek, Robert B. Rubin
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203
Phone: 205-251-3000
Fax: 205-458-5100
dmeek@burr.com; brubin@burr.com

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Phone: 631-549-7900
Fax: 631-549-7845
rstern@maccosternlaw.com

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743
Phone: 631-423-8527
Fax: 631-423-4536
arosen@avrumrosenlaw.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002
Phone: 856-486-6961
Fax: 856-486-4875
cslocum@klehr.com

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com


Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com


Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com


Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
gponto@gibbonslaw.com

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 516-408-3030
Fax: 516-408-7917
gerard@bmclaw.com


Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614
Phone: 212-659-7300
Fax: 212-918-8989
judith.elkin@haynesboone.com

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789
Phone: 214-651-5000
Fax: 214-200-0486
stacey.jernigan@haynesboone.com;
mark.elmore@haynesboone.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman
6225 Smith Ave.
Baltimore, MD 21209
Phone: 410-580-3000
Fax: 410-580-30001
mark.friedman@dlapiper.com

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020
Phone: 212-768-6700
Fax: 302-768-6800
cneville@sonnenschein.com; jcreed@sonnenschein.com

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange St., PO Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-0380
kbifferato@cblh.com; cthompson@cblh.com

Hance Scarborough Wright Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254
Phone: 972-788-1600
Fax: 972-239-0138
fwright@hswgb.com; aellis@hswgb.com

Reed Smith LLP
Attn: Elena Lazarou
599 Lexington Ave., 27th Fl.
New York, NY 10022
Phone: 212-521-5400
Fax: 212-521-5450
elazarou@reedsmith.com

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801
Phone: 302-778-7550
Fax: 302-778-7577
kgwynne@reedsmith.com

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 19801
Phone: 302-425-6429
Fax: 302-425-6464
staib@blankrome.com

Blank Rome LLP
Attn: Andrew B. Eckstein, Rocco Cavaliere
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Phone: 212-885-5000
Fax: 212-885-5002
aeckstein@blankrome.com; rcavaliere@blankrome.com

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660
Phone: 949-752-2911
Fax: 949-752-0953
pat@rjlaw.com; priscilla@rjlaw.com

Adelman Law Officesm PC
Attn: David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173
Phone: 847-301-4341
Fax: 847-301-4342
adelman@pacaenforcer.com

Keaton & Associates, P.C.
Attn: Mary E. Gardner, Esq.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067
Phone: 847-934-6508
Fax: 847-934-6508
gardner@pacatrust.com

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106
Phone: 215-829-0014
Fax: 215-829-0059
jchebot@wbc-lawyers.com

McCarron & Diess
Attn: Louis W. Diess, III
4900 Massachusetts, Avenue, N.W.
Suite 310
Washington D.C.
Phone: 202-364-0400
Fax: 202-364-2731
ldiess@mccarronlaw.com

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109
Phone 239-513-9191
Fax: 239-513-9677
lmeuers@meuerslawfirm.com

Law Offices of Bruce Levinson
Attn: Bruce Levinson
747 Third Avenue, 4th Floor
New York, NY 10017-2803
Phone: 212-750-9898
b.levinson@verizon.net

Rojas Santos Stokes & Garcia, LLP
Attn: Craig A. Stokes
3330 Oakwell Court, Suite 225
San Antonio, Texas 78218
Phone: 210-804-0011
cstokes@rssglaw.com

Martyn & Associates
Attn: Mark A. Amendola
820 W Superior Ave,
Cleveland, OH 44113
Phone: 216-861-4700
mamendola@martynlawfirm.com

Law Office of Robert E. Goldman
Attn: Robert E. Goldman
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33301
Phone: 954-745-7450
Fax: 954-745-7460
robert@Goldmanlaw.com

Morrison Cohen LLP
Attn: Joseph Thomas Moldovan
909 Third Avenue
New York, NY 10022-4731
Phone: 212-735-8600
Fax: 212-735-8708
jmoldovan@morrisoncohen.com

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
Fax: 212-956-2164
fringel@pobox.com

<div style="display: flex;">

Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi
845 Third Ave, 21st Flr
New York, NY 10022
Phone: 212-308-6100
Fax: 212-308-8830
Hlevi@llf-law.com

Kozyak Tropin & Throckmorton, P.A.
Attn: Laurel Myerson Isicoff
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2335
Phone: 305-372-1800
Fax: 305-372-3508
lmi@kttlaw.com

Kozyak Tropin & Throckmorton, P.A.
Attn: John W. Kozyak
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida  33134
Phone: 305-377-0654
Fax: 305-372-3508
jk@kttlaw.com

Venable LLP
Attn: Lisa Bittle Tancredi
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201
Phone: 410-244-7402
Fax: 410-244-7742
lbtancredi@venable.com

</div>