Mark D. Speed, Esquire
Law Office of Mark D. Speed
83 Maiden Lane
New York, New York 10038
(212) 344-3339 (Phone)
(212) 344-3635 (Facsimile)
mds@markdspeedlaw.com

*Counsel for CRIIMI MAE Services Limited Partnership;
Allied Capital Corporation; and Orix Capital Markets, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                         :
In re:                                                   :        Chapter 11
                                                         :
WINN-DIXIE STORES, INC.,                                 :
                                                         :        Case No. 05-11063-RDD
                    Debtor.                              :
-------------------------------------------------------------x

**MOTION FOR ADMISSION PRO HAC VICE OF GREGORY A. CROSS,
LISA BITTLE TANCREDI AND HEATHER DEANS FOLEY**

Mark D. Speed ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, hereby moves (the "Motion") this Court for an order admitting Gregory A. Cross, Lisa Bittle Tancredi and Heather Deans Foley (collectively, the "Proposed Admittees") *pro hac vice* to represent the following:

- CRIIMI MAE Services Limited Partnership

- Allied Capital Corporation

- Orix Capital Markets, LLC.

in this case pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"). In support of this Motion, Movant relies upon the Certificates of Good Standing for each of the Proposed Admittees, which are attached as exhibits hereto and respectfully represents as follows:

1. Gregory A. Cross is a partner in the law firm of Venable LLP. Mr. Cross is a member in good standing of the State Bar of Maryland and has been admitted to practice before the United States District Court for the District of Maryland. There are no disciplinary proceedings or criminal proceedings pending against Mr. Cross in any jurisdiction and there have been no disclosures of any pending formal grievances against him. The Certificate of Good Standing for Mr. Cross is attached hereto as <u>Exhibit A</u> in support of the admission of Mr. Cross *pro hac vice*.

2. Lisa Bittle Tancredi is a partner in the law firm of Venable LLP. Ms. Tancredi is a member in good standing of the State Bar of Maryland and has been admitted to practice before the United States District Court for the District of Maryland. There are no disciplinary proceedings or criminal proceedings pending against Ms. Tancredi in any jurisdiction and there have been no disclosures of any pending formal grievances against her. The Certificate of Good Standing for Ms. Tancredi is attached hereto as <u>Exhibit B</u> in support of the admission of Ms. Tancredi *pro hac vice*.

3. Heather Deans Foley is an associate in the law firm of Venable LLP. Ms. Foley is a member in good standing of the State Bar of Maryland and has been admitted to practice before the United States District Court for the District of Maryland. There are no disciplinary proceedings or criminal proceedings pending against Ms. Foley in any jurisdiction and there have been no disclosures of any pending formal grievances against him. The Certificate of Good Standing for Ms. Foley is attached hereto as Exhibit C in support of the admission of Ms. Foley *pro hac vice*.

4. Movant requests that this Court approve the Motion so that the Proposed Admittees may file pleadings, appear and be heard at hearings, and otherwise represent CRIIMI MAE Services Limited Partnership, Allied Capital Corporation and Orix Capital Markets, LLC in this case.

5. Pursuant to Rule 9013-1(b) of the Local Rules, because there are no novel issues of law presented herein, Movant respectfully requests that the Court waive the requirement that Movant file a memorandum of law in support of this Motion.

WHEREFORE, Movant respectfully requests that the Court:

(a)     enter an order admitting Gregory A. Cross, Lisa Bittle Tancredi and Heather Deans Foley *pro hac vice* to represent CRIIMI MAE Services Limited Partnership, Allied Capital Corporation and Orix Capital Markets, LLC in this case; and

    (b)    grant such other and further relief as the Court deems just and proper.

Dated: March 17, 2005.
         New York, New York

         /s/ Mark D. Speed
         Mark D. Speed
         Law Office of Mark D. Speed
         83 Maiden Lane
         New York, New York 10038
         (212) 344-3339 (Phone)
         (212) 344-3635 (Facsimile)
         mds@markdspeedlaw.com

         Counsel for
         CRIIMI MAE Services Limited Partnership;
         Allied Capital Corporation; and
         Orix Capital Markets, LLC

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 17, 2005, I served a true and complete copy of the forgoing motion with annexed exhibit by facsimile to the following parties:

>David J. Baker
>Skadden Arps Slate Meagher & Flom, LLP
>Four Times Square
>New York, New York 10036
>(917) 777-2150 (Facsimile)

>Richard C. Morrissey
>Office of the U.S. Trustee
>33 Whitehall Street, 21st Floor
>New York, New York 10004
>(212) 668-2255 (Facsimile)

Dated:  New York, New York
       March 17, 2005.

                                                   /s/ Mark D. Speed
                                                   Mark D. Speed

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                                :
In re:                                                          :     Chapter 11
                                                                :
WINN-DIXIE STORES, INC.,                                        :
                                                                :     Case No. 05-11063-RDD
                    Debtor.                                     :
---------------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF GREGORY A. CROSS, LISA BITTLE TANCREDI AND HEATHER DEANS FOLEY

Upon consideration of the Motion for Admission *Pro Hac Vice* of Gregory A. Cross, Lisa Bittle Tancredi and Heather Deans Foley (the "Motion") and the Certificates of Good Standing filed in support thereof; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient case appearing therefore, it is

ORDERED that Gregory A. Cross is admitted *pro hac vice* to represent CRIIMI MAE Services Limited Partnership, Allied Capital Corporation and Orix Capital Markets, LLC in the above captioned case and may appear in this case and any related proceedings *pro hac vice*; and it is further

ORDERED that Lisa Bittle Tancredi is admitted *pro hac vice* to represent CRIIMI MAE Services Limited Partnership, Allied Capital Corporation and Orix Capital Markets, LLC in the above captioned case and may appear in this case and any related proceedings *pro hac vice*; and it is further

2

ORDERED that Heather Deans Foley is admitted *pro hac vice* to represent CRIIMI MAE Services Limited Partnership, Allied Capital Corporation and Orix Capital Markets, LLC in the above captioned case and may appear in this case and any related proceedings *pro hac vice*; and it is further

ORDERED that the requirement of the service and filing of a separate memorandum of law under Rule 9013-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York is hereby waived.

Dated: March __, 2005.
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE