

# United States District Court
# For the District of Maryland

## Certificate of Good Standing

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that, **GREGORY A. CROSS, ESQUIRE, BAR NUMBER 04571**, was duly admitted to practice in said Court on March 11, 1988, and is in good standing as a member of the bar of said Court. The indices of this Court have been searched and do not reveal any disciplinary actions, either present or past, as to the above named attorney.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: March 16, 2005

*Tina Stavrou* (signature)
Tina Stavrou - Deputy Clerk

**EXHIBIT A**