

# United States District Court
# For the District of Maryland

## Certificate of Good Standing

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that, LISA BITTLE TANCREDI, ESQUIRE, BAR NUMBER 22440, was duly admitted to practice in said Court on May 20, 1994, and is in good standing as a member of the bar of said Court. The indices of this Court have been searched and do not reveal any disciplinary actions, either present or past, as to the above named attorney.

Dated at Baltimore, Maryland      FELICIA C. CANNON
                                            Clerk

Date: March 16, 2005

                                          Tina Stavrou - Deputy Clerk

