

# United States District Court
# For the District of Maryland

## Certificate of Good Standing

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that, HEATHER DEANS FOLEY, ESQUIRE, BAR NUMBER 25829, was duly admitted to practice in said Court on August 13, 1999, and is in good standing as a member of the bar of said Court. The indices of this Court have been searched and do not reveal any disciplinary actions, either present or past, as to the above named attorney.

Dated at Baltimore, Maryland

                                                       FELICIA C. CANNON
                                                               Clerk

Date:  March 16, 2005

                                                           Tina Stavrou - Deputy Clerk

EXHIBIT
1
c