Patrick L. Hayden (PH-9716)
Shawn R. Fox (SF-7975)
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Counsel for The Smithfield Packing Company, Inc
and Gwaltney of Smithfield, Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC.,** ) | |
| *et al.*, ) | |
| ) | **Case No. 05-11063** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |
| ) | |

**LIMITED OBJECTION OF THE SMITHFIELD PACKING COMPANY, INC. AND GWALTNEY OF SMITHFIELD, LTD. TO DEBTORS' EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 FOR INTERIM AND FINAL FINANCING ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING AND UTILIZE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION LENDERS, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND (c) AND RESPONSE TO REPLY MEMORANDUM OF LAW OF WACHOVIA BANK, NATIONAL ASSOCIATION IN FURTHER SUPPORT OF DEBTORS' MOTION TO OBTAIN POST-PETITION FINANCING**

The Smithfield Packing Company, Inc. ("Smithfield Packing") and Gwaltney of Smithfield, Ltd. ("Gwaltney", together "Smithfield"), by their undersigned counsel, hereby file this Objection (the "Objection") to Debtors' Emergency Motion Pursuant to 11 U.S.C. § 105, 361, 362, 363, and 364 For Interim and Final Financing Orders (I)

Authorizing Debtors to Obtain Post-petition Financing and Utilize Cash Collateral, (II) Granting Adequate Protection to Pre-Petition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) (the "Financing Motion") and the response to the Reply Memorandum of Law of Wachovia Bank, National Association in Further Support of Debtors' Motion to Obtain Post-Petition Financing (the "Wachovia Reply").  In support of the Objection, Smithfield respectfully represents as follows:

## **Background**

1. On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. ("Winn-Dixie") and a number of its affiliates (together, the "Debtors") filed for bankruptcy relief under chapter 11 of the Bankruptcy Code.

2. Smithfield holds valid reclamation claims against the Debtors.

3. On February 21, 2005, the Debtors filed the Financing Motion.

4. On March 17, 2005, Wachovia filed the Wachovia Reply in which it responded to certain objections filed by holders of reclamation claims, among others, to the Financing Motion.

## **LIMITED OBJECTION**

5. In the Wachovia Reply, Wachovia contends that all reclamation claims asserted against the Debtors have been rendered "valueless" as a result of the repayment of the pre-petition loan by the DIP Loan.  Reply, p. 16.  In support of this contention,

Wachovia relies on the decision of <u>In re Dairy Mart Convenience Stores, Inc.</u>, 302 B.R. 128 (Bankr. S.D.N.Y. 2003).  Wachovia's contention is incorrect.

6. The reclamation procedures proposed by the Debtors to address reclamation demands, for which the Debtors seek Court approval, do not provide or even suggest that the DIP Loans under the Financing Motion will extinguish such reclamation claims.  Rather, such procedures contemplate that valid reclamation claims will be allowed administrative expense status.

7. Additionally, the adjudication of the validity of reclamation claims of Smithfield and the other reclamation claimants in this case is not before the Court at this time and the validity of such claims should not be determined in the context of the Financing Motion.

WHEREFORE, Smithfield objects to the entry of an order approving the Financing Motion to the extent that approval of the DIP Loans adjudicates the validity of the reclamation claims.

Dated:  March 17, 2005
       New York, New York

                                  THE SMITHFIELD PACKING COMPANY, INC. AND GWALTNEY OF SMITHFIELD, LTD.

                                  By:    /s/ Patrick L. Hayden
                                  Patrick L. Hayden (PH-9716)
                                  Shawn R. Fox (SF-7975)
                                  McGUIREWOODS LLP
                                  1345 Avenue of the Americas, 7th Floor
                                  New York, New York 10105-0106
                                  (212) 548-2100
                                  Counsel for The Smithfield Packing Company, Inc. and Gwaltney of Smithfield, Ltd.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **Limited Objection Of The Smithfield Packing Company, Inc. And Gwaltney Of Smithfield, Ltd. To Debtors' Emergency Motion Pursuant To 11 U.S.C. §§ 105, 361, 362, 363 And 364 For Interim And Final Financing Orders (I) Authorizing Debtors To Obtain Post-Petition Financing And Utilize Cash Collateral, (II) Granting Adequate Protection To Pre-Petition Lenders, (III) Modifying The Automatic Stay, And (IV) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001 (B) And (C) And Response To Reply Memorandum Of Law Of Wachovia, National Association In Further Support Of Debtors' Motion To Obtain Post-Petition Financing** was served on March 17, 2005 on those parties listed below by facsimile.

Richard Morrissey, Esq.
United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10005
Facsimile: (212) 668-2255

D. J. Baker, Esq.
Alexandra Margolis, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
Facsimile:  (917) 777-2150

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
Facsimile:  (404) 572-5100

Jonathan N. Helfat, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169
Facsimile:  (212) 682-6104

5

Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
MILLBANK, TWEED, HADLEY & MCCOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 530-5219

   /s/ Patrick L. Hayden
Patrick L. Hayden

\\FIN\237307.3

5