SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
In re                             :
                                  :        Chapter 11
                                  :
WINN-DIXIE STORES, INC., et al.,  :        Case No. 05-11063 (RDD)
                                  :
           Debtors.               :        (Jointly Administered)
                                  :
-----------------------------------------------------------x
```

<u>**SUPPLEMENTAL CERTIFICATE OF SERVICE**</u>

I, David M. Turetsky, hereby certify that I caused to be served the following

documents, by having true and correct copies thereof sent via facsimile (a) on March

15, 2005 to the parties listed in Exhibit A and (b) on March 16, 2005 to the parties

listed in Exhibit B:

1. Interim Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of
   the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of
   Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition
   Financing on a Superpriority Priming Lien Basis and Modifying the Automatic
   Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash
   Collateral and Granting Adequate Protection, (III) Authorizing Debtors to Pay
   in Full All Claims of Debtors' Pre-Petition Secured Lenders, and (IV)
   Prescribing Form and Manner of Notice and Time for Final Hearing; and

2.  Order (A) Authorizing, on an Interim Basis, Return of Goods Pursuant to 11 U.S.C. § 546(g), (B) Establishing, on an Interim Basis, Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery Goods.

Dated: March 17, 2005
       New York, New York

/s/   *David M. Turetsky*
David M. Turetsky
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-2569
Facsimile:   (917) 777-2569

**EXHIBIT A**

Alcoa Consumer Products
William E Butler
6603 W Broad St
Richmond, VA 23230
Fax: (703) 738-1949

Alcon Laboratories, Inc
KC Miller
6201 South Freeway
Fort Worth, TX 76134-2099
Fax: (817) 551-4873

Allegro Mfg Inc
Gary Doshay
7250 E Oxford Way
Commerce, CA 90040
Fax: (323) 722-7341

American Foods Group
Daniel Urfer
544 Acme St
Green Bay, WI 54302
Fax: (920) 436-6480

American Rice, Inc
C Bronson Schultz
PO Box 2587
Houston, TX 77252
Fax: (281) 272-9707

Apples & Eve
Jonathan Alpert
2 Seaview Blvd
Port Washington, NY 11050
Fax: (516) 621-2164

Azalea Gumbo
C/O Silver, Voit & Thompson, Attn: W Alexander
Gray, Jr
4317-A Midmost Dr
Mobile, AL 36609-5589
Fax: (251) 343-0862

Checkpoint Systems, Inc
Janine Trewin
101 Wolf Dr
Thorofare, NJ 08086
Fax: (856) 848-0937

Chevron Phillips Chemical Company, LP
Daryl A Vance
10001 Six Pines Dr
The Woodlands, TX 77380
Fax: (832) 813-6060

Dale's Sauces. Inc
Michael Levine
PO Box 130684
Birmingham, AL 35213
Fax: (205) 956-9536

Heluva Good LLC
John A Morrisey, Jr
6551 Pratt Rd
Sodus, NY 14551
Fax: (315) 483-9927

Jennie-O Turkey Store
Ford Symonds
1 Hormel Place
Austin, MN 55912-3680
Fax: (507) 437-5140

Johnson & Johnson Sales and Logistics Co
Toni-Marie McLean
199 Grandview Road
Skillman, NJ 08558-9418
Fax: (908) 904-3794

Kennesaw Fruit & Juice
Lisa
1300 SW First Court
Pampano Beach, FL 33069
Fax: (954) 784-1222

Milk Products, LP (dba Borden)
Wayne Tucker
PO Box 60333
Lafayette, LA 70596
Fax: (337) 237-9002

Newell Rubbermaid Inc - Rubbbermaid Home Products
Gary Popp
29 E Stephenson St
Freeport, IL 61032
Fax: (815) 233-8115

Ranir Corporation
Carol L Nesbitt
4701 East Paris Avenue SE
Grand Rapids, MI 49512
Fax: (616) 222-0710

RC2 Brands, Inc
Kristin Goedken
Highways 136 & 20
Dyersville, IA 52040-0500
Fax: (563) 875-5674

Rockline Industries
Jenny Welsch
1113 Maryland Ave
Sheboygan, WI 53081
Fax: (920) 459-4172

Worldwide Merchandise Resources Corp
Robert Kowal
55 E Grassy Sprain Rd
Yonkers, NY 10710
Fax: (914) 395-3333

Country Garden Silks
Wendell Finner
206A 15th Ave., South
Jacksonville Beach, FL 32250-6324
Fax: (904) 242-7054

Acadiana Bottling Co., Inc.
Jim Angers
700 Kal Saloom
Lafayette, LA 70508
Fax: (337) 268-3597

Upper Crust, Ltd.
Franklin Warren
150 Milestone Way, Ste A
Greenville, SC 29615
Fax: (864) 281-1985

Allen Beverages, Inc.
H. Grey Walker
PO Box 2037
Gulfport, MS 39505
Fax: (228) 831-2719

Del Pharmaceuticals, Inc
Russell L Denton
178 EAB Plaza
Uniondale, NY 11553-9357
Fax: (800) 257-0205

Promotions Unlimited Corporation
Paul Drdak
7601 Durand Ave
Racine, WI 53408-7601
Fax: (262) 681-7001

**<u>EXHIBIT B</u>**

Altadis USA Inc
Joseph Clark
5900 N Andrews Ave
Fort Lauderdale, FL 33309-2369
Fax: (954) 938-7835

Castleberry's Food Company
Richard J Sosnoski
1621 15th St
Augusta, GA 30901
Fax: (706) 733-5079

Cumberland Swan Holdings, Inc
William Lowe
One Swan Drive
Smyrna, TN 37167
Fax: (615) 459-8852

Libbey
Jayson A Zielinski
PO Box 10060, 300 Madison Ave
Toledo, OH 43699-0060
Fax: (419) 325-2369

Temple-Inland
Claudia Tymes
1300 MoPac Expressway
Austin, TX 78746
Fax: (512) 434-3127

Wayne, division of Dresser, Inc
David C Kilpatrick
15455 Dallas Parkway, Suite 1100
Addison, TX 75001
Fax: (972) 361-9885

Bissell Homecare, Inc
James M Racinowski
2345 Walker - NW
Grand Rapids, MI 49544-2516
Fax: (616) 453-7538

Heluva Good LLC
John A Morrisey, Jr
6551 Pratt Rd
Sodus, NY 14551
Fax: (315) 483-9927

Jennie-O Turkey Store
Ford Symonds
1 Hormel Place
Austin, MN 55912-3680
Fax: (507) 437-5140

Johnson & Johnson Sales and Logistics Co
Toni-Marie McLean
199 Grandview Road
Skillman, NJ 08558-9418
Fax: (908) 904-3794

Kennesaw Fruit & Juice
Lisa
1300 SW First Court
Pampano Beach, FL 33069
Fax: (954) 784-1222

Milk Products, LP (dba Borden)
Wayne Tucker
PO Box 60333
Lafayette, LA 70596
Fax: (337) 237-9002

Newell Rubbermaid Inc - Rubbbermaid Home Products
Gary Popp
29 E Stephenson St
Freeport, IL 61032
Fax: (815) 233-8115

Ranir Corporation
Carol L Nesbitt
4701 East Paris Avenue SE
Grand Rapids, MI 49512
Fax: (616) 222-0710

RC2 Brands, Inc
Kristin Goedken
Highways 136 & 20
Dyersville, IA 52040-0500
Fax: (563) 875-5674

Rockline Industries
Jenny Welsch
1113 Maryland Ave
Sheboygan, WI 53081
Fax: (920) 459-4172

Worldwide Merchandise Resources Corp
Robert Kowal
55 E Grassy Sprain Rd
Yonkers, NY 10710
Fax: (914) 395-3333

Country Garden Silks
Wendell Finner
206A 15th Ave., South
Jacksonville Beach, FL 32250-6324
Fax: (904) 242-7054

Acadiana Bottling Co., Inc.
Jim Angers
700 Kal Saloom
Lafayette, LA 70508
Fax: (337) 268-3597

Upper Crust, Ltd.
Franklin Warren
150 Milestone Way, Ste A
Greenville, SC 29615
Fax: (864) 281-1985

Allen Beverages, Inc.
H. Grey Walker
PO Box 2037
Gulfport, MS 39505
Fax: (228) 831-2719

Del Pharmaceuticals, Inc
Russell L Denton
178 EAB Plaza
Uniondale, NY 11553-9357
Fax: (800) 257-0205

Promotions Unlimited Corporation
Paul Drdak
7601 Durand Ave
Racine, WI 53408-7601
Fax: (262) 681-7001