# WANDER & ASSOCIATES, P.C.

ATTORNEYS AT LAW

641 LEXINGTON AVENUE, 21ST FLOOR

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 751-9700

FACSIMILE: (212) 751-6820

E-MAIL: dwander@wanderlaw.com

March 17, 2005

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, New York 10036

Re: In re Winn-Dixie Stores, Inc., et al.
Case No. 05-11063

Dear Mr. Baker:

We have just been retained by PMG Ocean Associates, LP, landlord of the Debtor's store at Charleston Square, Lake Worth, Florida.

We hereby join in the objections filed by various landlords to the *Motion of the Debtors for a Final Order Pursuant to 11 U.S.C. §§105, 61, 362, 363, 364(C) and 364(D) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Super Priority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, and (III) Authorizing the payment in Full of All Claims of Debtors' Pre-Petition Secured Lenders.*

Very truly yours,

David H. Wander