WANDER & ASSOCIATES, PC.
Attorney's For PMG Ocean Associates, LP
641 Lexington Avenue, 21st Floor
New York, NY 10022
David H. Wander, Esq. (DW-0145)
Edward R. Minson, Esq. (ER-9945)

UNITED STATED STATES BANKUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                        Chapter 11
                                                              Case No. 05-11063 (RDD)
**In re WINN-DIXIE STORES, INC.,** *et al.,*                  (Jointly Administered)

                    Debtor.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PROCESS

**PLEASE TAKE NOTICE**, that Wander & Associates, P.C. hereby appears in the above captioned case as attorneys for **PMG OCEAN ASSOCIATES, LP** and, pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, demand that any and all notices given in this case be given to and served upon the undersigned at the following addresses:

> WANDER & ASSOCIATES, P.C.
> 641 Lexington Avenue, 21st Floor
> New York, New York 10022
> (212) 751-9700 telephone
> (212) 751-6820 facsimile
> Attn: David H. Wander, Esq.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes the notices and papers referred to in the Bankruptcy Rules specified above and all applications, motions, pleadings, requests, complaints and/or other

or recoupment to which **PMG OCEAN ASSOCIATES, LP** may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
       March 17, 2005

                                      WANDER & ASSOCIATES, P.C.
                                      Attorneys for PMG Ocean Associates, LP

By: _____
                                      David H. Wander
                                      641 Lexington Avenue, 21st Floor
                                      New York, New York 10022
                                      (212) 751-9700
                                      David H. Wander (DW-0145)
                                      Edward R. Minson, Esq. (ER-9945)

TO: SEE ATTACHED SERVICE LIST

## **SERVICE LIST**

David J. Baker, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Sarah Robinson Borders, Esq.
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303

OFFICE OF UNITED STATES TRUSTEE
33 Whitehall Street
21st Floor
New York, New York 10004