UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                             :
                                                                  :   Chapter 11
                                                                  :
WINN-DIXIE STORES, INC., et al.,                                  :   Case No. 05-11063 (RDD)
                                                                  :
            Debtors.                                              :   (Jointly Administered)
                                                                  :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

      I, Jarod M. Stern, an attorney duly admitted to practice in this Court, hereby certifies that:

      1.      I am over the age of 18 years and reside in New York County, New York.

      2.      On March 17, 2005, I caused true and correct copies of the <u>Reply Memorandum Of Law Of Wachovia Bank, National Association In Further Support Of Debtors' Motion To Obtain Post-Petition Financing</u> to be served on each of the parties set forth on the attached Service List via facsimile.

Dated:  New York, New York
         March 17, 2005

                                                    /s/ Jarod M. Stern
                                                    Jarod M. Stern

Sworn to before me this
17th day of March, 2005

/s/ Helen M. Linehan
Helen M. Linehan
Notary Public, State of New York

1

513455.1

No. 01AL5057123
Qualified in New York County
Commission Expires: September 18, 2006

## SERVICE LIST

Office of the U.S. Trustee
Richard C. Morrissey, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Phone:  (212) 510-0500
Fax:     (212) 668-2255


The Official Committee of Unsecured Creditors
c/o Milbank, Tweed, Hadley & McCloy LLP (Proposed Counsel)
1 Chase Manhattan Plaza
New York, NY 10005
Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Phone:  (212) 530-5000
Fax:     (212) 530-5219


Bal Global Finance LLC (f/k/a Fleet
   Business Credit Corporation)
c/o Kaye Scholer, LLP
Richard G. Smolev, Esq.
Keith R. Murphy, Esq.
425 Park Avenue
New York, NY 10022-359
Phone:  (212) 836-8000
Fax:     (212) 836-8689


Flavor-Pic Tomato Co., Inc., Cavendish Farms
   Operations, Inc., Yakima Roche Fruit Sales LLC,
   and Gulfstream Tomato Growers, Inc.
c/o Podvey, Meanor, et al.
One Riverfront Plaza
Newark, NJ 0710
Robert Scheinbaum, Esq.
Thomas G. Aljian, Esq.
Phone: (973) 623-1000


513455.1

Fax:   (973) 623-9131


Sunkist Growers, Inc.
c/o Whiteman, Bankers & Chebot, LLC
Jeffrey M. Chebot, Esq.
Phone: (215) 829-0014
Fax:   (215) 829-0059


The Prudential Insurance Company of America
c/o Katten Muchin Zavis Rosenman
Thomas J. Leanse, Esq.
Dustin P. Branch, Esq.
2029 Century Park East, Suite 2600
Los Angeles, California 90067-301
Phone: (310) 788-4400
Fax:   (310) 788-4471
       and
Merritt A. Pandini, Esq.
Phone: (212) 940-8800
Fax:   (212) 940-8776


Hersberg Foods Corporation
c/o Klehr Harrison, et al.
260 South Broad Street
Philadelphia, PA 19102-500
Carolyn Hochstadter Dicker, Esq.
Morton R. Branzburg, Esq.
Carol Ann Slocum, Esq.
Phone: (215) 568-6060
Fax:   (215) 568-6603


The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.;
Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.;
Masterfoods, a division of Mars, Inc.; The Proctor & Gamble
   Distributing Co.; The Quaker Oats Company; Sara Lee
   Corporation; The Sara Lee Bakery Group, a division
   of Sara Lee Corporation; S.C. Johnson & Son, Inc.
c/o DLA Piper Rudnick Gray Cary US LLP


513455.1

6225 Smith Ave.
Baltimore, MD 2120
Mark J. Friedman, Esq.
Phone: (410) 580-3000
Fax:    (410) 580-3001


Kellog Sales Company, Keebler Company, and
  Murray Biscuit Company
c/o Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Michael D. Warner, Esq.
Phone: (817) 810-5250
Fax:    (817) 810-5255


H.J. Heinz Company, L.P.
c/o Reed Smith LLP
1301 K Street, NW
Suite 1100–East Tower
Washington, DC 20005-3317
Elena P. Lazarou, Esq.
Phone: (212) 521-5400
Fax:    (212) 521-5450
        and
Kurt F. Gwynne, Esq.
Phone: (302) 778-7550
Fax:    (302) 778-7577


Victory Real Estate Investments, LLC and Victory Investments, Inc. et al.
c/o Scarella Rosen & Slome LLP
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553
Thomas R. Slome, Esq.
Alan E. Marder, Esq.
Jil Mazar-Marino, Esq.
Phone: (516) 227-1600
Fax:    (516) 227-1601


513455.1

Northpoint Trading Inc.
c/o Neiman Ginsburg & Mairanz P.C.
39 Broadway, 25th Fl.
New York, NY 10006
Gary Ginsburg, Esq.
Phone: (212) 269-1000
Fax:    (212) 635-9302


Del Monte Corporation
c/o Reed Smith LLP
1301 K Street, NW
Suite 1100–East Tower
Washington, DC 20005-3317
Elena P. Lazarou, Esq.
Phone: (212) 521-5400
Fax:    (212) 521-5450
       and
Kurt F. Gwynne, Esq.
Phone: (302) 778-7550
Fax:    (302) 778-7577


Edens & Avant, Developers Diversified Realty Corporation,
   Weingarten Realty Investors, WRI/TEXLA, LLC, Krusch
   Property, LLC, Palm Spirgs Mile Associates, Ltd., Villa Rica
   Retail Properties, L.L.C. and ALG Limited Partnership
c/o Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
James S. Carr, Esq.
Robert L. LeHane, Esq.
Phone: (212) 808-7800
Fax:    (212) 808-7897


The Dannon Company, Inc. and Lea & Perrins, Inc.
c/o Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

513455.1

James S. Carr, Esq.
Debra SuDock, Esq.
Phone:  (212) 808-7800
Fax:      (212) 808-7897


The B&F System, Inc.
c/o Hance, Scarborough, et al.
6000 Signature Place
14755 Preston Road
Dallas, TX 75254
Frank J. Wright, Esq.
C. Ashley Ellis, Esq.
Phone:  (972) 788-1600
Fax:      (972) 239-0138


Bottling Group LLC d/b/a The Pepsi Bottling Group
   and Pepsi Americas, Inc.
c/o Frank/Gecker LLP
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Joseph D. Frank, Esq.
Zane L. Zielinski, Esq.
Phone:  (312) 276-1400
Fax:      (312) 276-0035


Pilgrim's Pride Corporation
c/o Blank Rome LLP
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 1980
Andrew B. Eckstein, Esq.
Rocco Cavaliere, Esq.
Phone:  (212) 885-5000
Fax:      (212) 885-5001
        and
Jason W. Staib
Phone:  (302) 425-6400
Fax:      (302) 425-6464


513455.1

Campbell Soup Soup Company and Subsidiaries
c/o Blank Rome LLP
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 19801
Andrew B. Eckstein, Esq.
Rocco Cavaliere, Esq.
Phone: (212) 885-5000
Fax:    (212) 885-5001
    and
Jason W. Staib
Phone: (302) 425-6400
Fax:    (302) 425-6464


Inland Southeast Bridgewater, L.L.C., et al.
c/o Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas, 24th
New York, NY 10020
Carol Neville, Esq.
Jo Christine Reed, Esq.
Phone: (212) 768-6700
Fax:    (212) 768-6800
    and
Karen C. Bifferato, Esq.
Christina M. Thompson, Esq.
Phone: (302) 658-9141
Fax:    (302) 658-5614


Ernst Properties, Inc.
c/o Herrick, Feinstein LLP
2 Park Ave
New York, NY 10016
Paul Rubin, Esq.
Phone: (212) 592-1400
Fax:    (212) 592-1500

513455.1

Chester Dix
c/o Roetzel & Andress
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Diana M. Thimming
Phone: (216) 696-7078
Fax:     (216) 623-0134


MFR Properties
c/o Robinson Brog, et al.
1345 Avenue of the Americas
New York, NY 10105
Fred B. Ringel, Esq.
Phone: (212) 603-6300
Fax:     (212) 956-2164

513455.1