SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
| | |
|---|---|
| **In re:** : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., et al.,** : | **Case No. 05-11063 (RDD)** |
| : | |
| **Debtors.**[1] : | **(Jointly Administered)** |
| : | |

----------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' MOTION FOR**
**ENTRY OF AN ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING EXTENSION**
**OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF**
<u>**NONRESIDENTIAL REAL PROPERTY**</u>

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **April 12, 2005, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

of New York, One Bowling Green, New York, New York, to consider the above Debtors' motion for entry of an order under 11 U.S.C. § 365(d)(4) granting an extension of time to assume or reject unexpired leases of nonresidential real property (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the specific grounds therefor, and shall be filed with the Clerk of this Court in accordance with General Order M-242 which order can be found at www.nysb.uscourts.gov, and shall further be delivered directly to Judge Drain's Chambers and served upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York  10004; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attention: D. J. Baker, Esq; and (iii) Milbank, LLP, 1 Chase Manhattan Plaza, New York, New York 10005 Attention: Matthew S. Barr, Esq. so as to be <u>actually</u> <u>received</u> no later than **April 5, 2005, at 4:00 p.m. (prevailing Eastern time)**.

- 3 -

Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

Dated: March 17, 2005
       New York, New York

                                              /s/    D. J. Baker
                                              D. J. Baker (DB 0085)
                                              Sally McDonald Henry (SH 0839)
                                              Rosalie Walker Gray
                                              Adam S. Ravin
                                              SKADDEN, ARPS, SLATE, MEAGHER
                                              & FLOM LLP
                                              Four Times Square
                                              New York, New York 10036
                                              Telephone:  (212) 735-3000
                                              Facsimile:  (212) 735-2000

                                              Eric M. Davis
                                              SKADDEN, ARPS, SLATE, MEAGHER
                                               & FLOM LLP
                                              One Rodney Square
                                              Wilmington, Delaware 19801
                                              Telephone:  (302) 651-3000
                                              Facsimile:  (302) 651-3001

                                              Attorneys for Debtors