PITNEY HARDIN LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM - 7791)

- and -

7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR GENERAL ELECTRIC COMPANY,
GE CONSUMER & INDUSTRIAL (FKA GE LIGHTING)

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., *et al*., <br><br> Debtors. | Chapter 11 <br><br> Jointly Administered Under <br> Case No. 05-11063 (RDD) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard M. Meth, a member in good standing of the bar of the State of New Jersey, the United States District Court for the District of New Jersey and the Court of Appeals for the Third Circuit, hereby request admission, *pro hac vice*, before the Honorable Robert D. Drain, U.S.B.J., to represent General Electric Company, GE Consumer & Industrial (fka GE Lighting) in connection with the above-referenced Chapter 11 cases and related proceedings.

    My Address is:    PITNEY HARDIN LLP
                                    (MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
                                    (DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
                                    - and -
                                    7 Times Square
                                    New York, NY 10036-7311

    E-mail Address:    rmeth@pitneyhardin.com
    Telephone number:    (973) 966-6300

I agree to pay the required filing fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:   March 18, 2005

                                                /s/ Richard M. Meth
                                                RICHARD M. METH