PITNEY HARDIN LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ  07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM - 7791)

   - and -

7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR GENERAL ELECTRIC COMPANY,
GE CONSUMER & INDUSTRIAL (FKA GE LIGHTING)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., *et al*.,<br><br>                    Debtors. | Chapter 11<br><br>Jointly Administered Under<br>Case No.  05-11063 |

**ORDER ADMITTING RICHARD M. METH, ESQ. TO PRACTICE, *PRO HAC VICE***

**ORDERED**, that Richard M. Meth, Esq., is admitted to practice, *pro hac vice*, in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated:
     New York, New York

                                        _____
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE