BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Robert B. Rubin (RR-3325)
Derek F. Meek (DM-7723)

DECHERT LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone: (212) 698-3500
Facsimile (212) 698-3599
Joel H. Levitin (JL-5814)
Elise Scherr Frejka (ESF-6896)

*Attorneys for Buffalo Rock Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
Winn-Dixie Stores, Inc., <u>et al</u>.,                      :  Case No.: 05-11063 (RDD)
                                                             :
                      Debtors.                               :  (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------x

## DECLARATION OF SERVICE

I, Derek F. Meek, hereby declare under penalty of perjury that, on March 14, 2005, I caused true and correct copies of (i) *Buffalo Rock Company's Motion to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where Venue Would Be Appropriate Under 28 U.S.C. § 1408* (Proceeding #407), and (ii) *Buffalo Rock Company's Notice of Motion to*

1341445

*Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where Venue Would Be Appropriate Pursuant to 28 U.S.C. 1408* (Proceeding #409) to be served upon the persons or entities on the attached lists through first-class, United States mail, postage prepaid.

Dated:   Birmingham, Alabama
         March 18, 2005

                                                            BURR & FORMAN LLP

                                            By:   /s/ Derek F. Meek
                                                     Robert B. Rubin
                                                     Derek F. Meek
                                                     3100 SouthTrust Tower
                                                     420 North 20th Street
                                                     Birmingham, Alabama  35203
                                                     Telephone: (205) 251-3000
                                                     Facsimile: (205) 458-5100

                                           DECHERT LLP
                                           Joel H. Levitin (JL-5814)
                                           Elise Scherr Frejka (ESF-6896)
                                           30 Rockefeller Plaza
                                           New York, New York  10112
                                           Telephone: (212) 698-3500
                                           Facsimile (212) 698-3599

                                           *Attorneys for Buffalo Rock Company*

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Office of New York State Attorney General
Eliot Spitzer
120 Broadway
New York City, NY 10271

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
301 Commerce Street, Ste 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company Americas Attn:
S. Berg
60 Wall Street
New York, NY 10005-2858

New Plan Excel Realty Trust, Inc.
420 Lexington Ave
New York, NY 10170

Kraft (Kraft Foods, Kraft Pizza, Nabisco) Attn:
Sandra Schirmang, Director of Credit Three
Lakes Drive
Northfield, IL 60093

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX  75024

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management, LLC
Attn: Alan S. Adler
Los Angeles, CA  90071

Capital Research and Management Co.
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA  90071

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY  10022-6069

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel, Dennis
O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005

Morgan Lewis & Bockius LLP

Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060

Pepper Hamilton LLP
Attn: 1. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157

FTl Consulting
Attn: Michael Eisenband
3 Times Square
11 th Floor
New York, NY 10036

XRoads Solutions Group LLC
Attn: Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614

Scarella Rosen & Slome
Attn: Adam L. Rosen, Esq
333 Earle Ovington Blvd Ste 901
Unionda1e, NY 11553

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers, Dean C.
Wa1dt, Mellon Bank Center, 51" Fl.
1735 Market Street
Philadelphia, PA 19103

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse, Michael Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010

Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi, Steven Feigenbaum
845 Third Ave, 21 st Flr
New York, NY 10022

Locke Liddell & Sapp LLP
Attn: Omer Kuebe1111, C. Davin Bo1dissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, P A 19103

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178

FrankiGecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, 1L 60610

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St Ste 700
Winston-Salem, NC 27113-5129

Angel & Frankel PC
Attn: Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st F1
New York, NY 10017

Balch & Bingham LLP

1341445

4

Attn: W. Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600
Birmingham, AL 35201

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstick1er
112 E. Pecan, Suite 1800
San Antonio, Texas 78205

Jenkens & Gilchrist P.C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799

Erman Teicher Miller Zucker & Freedman P.C.
Attn: Earle 1. Erman, Esq
400 Galleria Officentre, Ste. 444
Southfie1d, MI 48034

Manier & Herod
Attn: J. Michael Franks, Michael Collins,
Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq
7 Times Square
New York, NY 10036

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz.
One American Square, Box 82001
Indianapolis, Indiana 46282

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
Wilmington, DE 19899-1347

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel, Esq.
1345 Avenue of the Americas
New York, NY 10105

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq. 875 Third Avenue
New York, NY 10022

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25'h Fl.
New York, NY 10006

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner, James Smith
171 W. 17th St., NW, Suite 2100
Atlanta, GA 30363

Curtis, Mallet-Prevost, Colt & MosIe LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, New York 10178-0061

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St., Rodney Square North
Wilmington, DE 19890

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice

250 West Main Street, Ste 1600
Lexington, KY 40507-1746

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Locke Liddell & Sapp LLP
Attn: W. Steven Bryant, Thomas H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX 77002

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

Greenberg Traurig, LLP
Attn: Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997

Young Williams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059

Podvey, Sachs, Meanor, Catenacci, Hildner &
Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

Merrill Lynch, Pierce, Fenner & Smith
Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Macco & Stem, LLP
Attn: Richard L. Stem
135 Pinelawn Road, Suite 120
South Melville, NY 11747

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207

McGrath North Mullin & Krath, PC LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave., Ste 2418

New York, NY 10118

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743

K1ehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, M149501-0352

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016

Pepe & Hazard LLP
Attn: Charles J. Fi1ardi
30 Jelliff Lane
Southport, CT 06890-1436

Roetze1 & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas

New York, NY 10020

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202

Bear Steams Investment Products Inc.
Attn: Noah Charney
383 Madison Ave.
New York, NY 10179

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022

Mateer & Harbert P A
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Willkie Farr & Gallagher LLP

Attn: Alan J. Lipkin, Robin Spige1
787 Seventh Ave
New York, NY 10019

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102

Wormser, Kiely, Ga1ef & Jacobs LLP
Attn: Janice B. Grubin, Gary R. von Stange
825 Third Avenue
New York, NY 10022

Macey Wilensky Cohen Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 8th Fl.
New York, NY 10016

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittington, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birminghan, AL 35222

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th F1.

New York, NY 10167

Hunton & Williams, LLP
Attn: Craig V. Rasile
1111 Brickell Ave., Ste 2500
Miami, FL 33131

Smith Hulsey & Busey
Attn: James H. Post
225 Water Street, Ste 1800
Jacksonville, FL 32202

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, LL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748

Hiersche, Hayward, Drake1ey & Urbach PC
Attn: Russell W. Mills, Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan 48243-1668

Glenn M. Reisman
Two Corporate Drive, Ste 648
Shelton, CT 06484-0861

Marrero Land and Improvement Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial
Atlanta, GA 30336

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St
Columbus, OH 43215-6197

Liebmann, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
Green Bay, WI 54305-3200

Richard Blackstone Webber II, P A
Attn: Richard Blackstone Webber II
320 Maitland Ave.
Altamonte Springs, FL 32701

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South E1 Camino Real, Ste 700
San Mateo, CA 94402

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Ave., Ste 1540
New York, NY 10169

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152

Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
Attn: Zachary J. Bancroft
450 S. Orange Avenue, Suite 800

Orlando, Florida 32801

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Ave
Tampa, FL 33601

Morris, James, Hitchens & Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899

Begnaud & Marshall LLP
Attn: Darre1 Begnaud
250 N. Milledge Avenue
Athens, Georgia 30603

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
22541 Network Place
Chicago, IL 60673-1225

Pepsico & Subsidiaries
P. O. Box 844700
Dallas, TX 75284-4700

Proctor & Gamble Distributing Co.
P. O. Box 100537
Atlanta, GA 30384-0537

Nestle (Nestle USA, Nestle Purina, Nestle Water)
 P. O. Box 277817
Atlanta, GA 30384-7817

General Mills Inc.
P. O. Box 101412
Atlanta, GA 30392-0001

Uni1ever (HPC USA & Best Foods)
1 Johns Street
Clinton, CT 06413

Florida Coca-Cola
P. O. Box  30000
Orlando, FL 32891-0001

ConAgra Grocery Products Co.
P. O. Box 409626
Atlanta, GA 30384

Kimberly Clark
P. O. Box 915003
Dallas, TX 75391-5003

McKee Foods Corporation
P. O. Box 2118
Collegedale, TN 37315-2118

Sara Lee Foods
P. O. Box 905466
Charlotte, NC 28290

US Bank Corporation
P. O. Box 790428
St. Louis, MO 63179-0428

Gourmet Award Foods
Mid Atlantic
4055 Deerpark Boulevard
Elkton, FL 32033

Good Humor Breyers Ice Cream
P. O. Box 75604
Charlotte, NC 28275-5604

Keebler Company
P. O. Box 73451
Chicago, IL 60673-7451

CH Robinson Worldwide Inc.
P. O. Box 9121
Minneapolis, MN 55480-9121

Del Monte Foods USA
1336 Solutions Center
Chicago, IL 60677-1003

Fin Tech
4720 W. Cypress St.
Tampa, FL 33607

Powerhouse Produce LLC
P. O. Box 368
Riverhead, NY 11901

Gillette Company
P. O. Box 100800
Atlanta, GA 30384-0800

Coca-Cola Bottling Works
300 Coca-Cola Road
Charlotte, NC 28275

Schreiber Foods, Inc.
P. O. Box 905008

Charlotte, NC 28290-5008

Campbell Soup Co.
P. O. Box 101407
Atlanta, GA 30392-1407

Georgia Pacific Corp.
P. O. Box 102487
Atlanta, GA 30368-2487

Ross Laboratories
Dept L-28l
Columbus, OH 43260-0001

Clorox Sales Co - KPD
P. O. Box 66123
Charlotte, NC 28275-1754

Kellogg Sales Company
P. O. Box 905193
Charlotte, NC 28290-9051

Johnson & Johnson
P. O. Box 751059
Charlotte, NC 28275

Riverdale Farms
P. O. Box 861093
Orlando, FL 32886-3356

Anderson News LLC
P. O. Box 52570
Knoxville, TN 37950-2570

Safe Harbor Seafood
4371 Ocean Street
Mayport, FL 32233-2417

Louisiana Coca-Cola
1314 Eraste Landry Road
Lafayette, LA 70506

Edy's Grand Ice Cream
P. O. Box 406247
Atlanta, GA 30384-6247

Wyeth Consumer Healthcare
P. O. Box 75296
Charlotte, NC 28275-5296

Warner Lambert Consumer Group
400 West Lincoln Avenue
Lititz, PA 17543

Gerber Products Company
445 State St.
Freemont, MI 49413

Coca-Cola Bottling Co
300 Coca-Cola Rd
Charlotte, NC 28275

Sanderson Farms
P. O. Box 988
Laurel, MS 39441-0988

DLJ Produce, Inc.
P. O. Box 2398
West Covina, CA 91793

Schering Plough Health Care
P. O. Box 100373
Atlanta, GA 30384

Wilmington Trust Company, as
Indenture Trustee
Rodney Square North
Wilmington, DE 19890

Capital Research and
Management Company
American Funds
333 South Hope Street
Los Angeles, CA 90071

Vanguard Group Incorporated
The Vanguard Group
P. O. Box 2600
Valley Forge, PA 19482

Ameriprime Funds
IMS Capital Management

8995 SE Otty Road
Portland, OR 97266

Reliance Standard Life
Insurance Company
2001 Market Street
Suite 1500
Philadelphia, PA 19103

Fortis Benefits Insurance
Company
P. O. Box 3050
Milwaukee, WI 53201

Goodman & Co. Investment
Counsel
Scotia Plaza, 55th Floor
40 King Street West
Toronto, Ontario M5H 4A9

Wellington Management Co.
LLP
Gateway Center Three
100 Mulberry Street
Newark, NJ 07102

Securities Management and
Research, Inc.
24500 South Shore Blvd.
Suite 400
League City, TX 77573

Aviva Life Insurance Company
108 Myrtle Street
Newport Office Park
North Quincy, MA 02171