SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| **WINN-DIXIE STORES, INC., et al.,** | : Case No. 05-11063 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-----------------------------------------------------------------x

**DECLARATION OF MICHAEL CHLEBOVEC IN SUPPORT OF THE DEBTORS' EXPEDITED EMERGENCY MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 105(a) AND 363 AND FED. R. BANKR. P. 6004 (I) AUTHORIZING AND APPROVING THE SALE OF A 2002 GULFSTREAM G-200 AIRCRAFT AND RELATED EQUIPMENT TO MOLINARO KOGER, INC. FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (II) AUTHORIZING PAYMENT OF A BROKERAGE FEE TO BLOOMER deVERE GROUP AVIA, INC. IN CONNECTION WITH SALE AND (III) GRANTING RELATED RELIEF**

Michael Chlebovec declares and says:

1. I am the Director of Excess Properties for Winn-Dixie Stores, Inc. I make this declaration in support of the Debtors' expedited emergency motion for entry of an order under 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 6004 (i) authorizing and approving the sale of a 2002 Gulfstream G-200 aircraft and related equipment to Molinaro Koger, Inc. free and clear of liens, claims, interests and encumbrances, (ii) authorizing payment of a brokerage fee to Bloomer deVere Group Avia, Inc. in connection with sale and (iii) granting related relief (the "Emergency Motion").

- 2 -

      2.      I have read the Emergency Motion and I have personal knowledge as to all the facts set forth therein or the facts are otherwise true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2005, Jacksonville, Florida

                              /s/   *Michael Chlebovec*
                              Michael Chlebovec