SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                            :
                                                                 :      **Chapter 11**
                                                                 :
**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**               :      **Case No. 05-11063 (RDD)**
                                                                 :
                         Debtors.                                :      **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

I, Adam S. Ravin, hereby certify that, on March 18, 2005, I caused to be served the following documents, by having true and correct copies thereof sent via email service to the parties listed in Exhibit A:

1. Expedited Emergency Motion for Entry of an Order Under 11 U.S.C. §§ 105(A) and 363 and Fed. R. Bankr. P. 6004 (I) Authorizing and Approving the Sale of a 2002 Gulfstream G-200 Aircraft and Related Equipment to Molinaro Koger, Inc. Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Payment of a Brokerage Fee to Bloomer deVere Group Avia, Inc. in Connection with Sale and (III) Granting Related Relief;

2. Proposed form of Order Under 11 U.S.C. §§ 105(A) and 363 and Fed. R. Bankr. P. 6004 (I) Authorizing and Approving the Sale of a 2002 Gulfstream G-200 Aircraft and Related Equipment to Molinaro Koger, Inc. Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Payment of a Brokerage Fee to Bloomer deVere Group Avia, Inc. in Connection with Sale and (III) Granting Related Relief;

3. Declaration of Michael Chlebovec in Support of the Debtors' Expedited Emergency Motion for Entry of an Order Under 11 U.S.C. §§ 105(A) and 363 and Fed. R. Bankr. P. 6004 (I) Authorizing and Approving the Sale of a 2002 Gulfstream G-200 Aircraft and Related Equipment to Molinaro Koger, Inc. Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing

Payment of a Brokerage Fee to Bloomer deVere Group Avia, Inc. in Connection with Sale and (III) Granting Related Relief; and

4. Notice of Hearing on Expedited Emergency Motion for Entry of an Order Under 11 U.S.C. §§ 105(A) and 363 and Fed. R. Bankr. P. 6004 (I) Authorizing and Approving the Sale of a 2002 Gulfstream G-200 Aircraft and Related Equipment to Molinaro Koger, Inc. Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Payment of a Brokerage Fee to Bloomer deVere Group Avia, Inc. in Connection with Sale and (III) Granting Related Relief.

Dated: March 21, 2005
New York, New York

/s/  *Adam S. Ravin*
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3389
Facsimile:  (917) 777-3389

**EXHIBIT A**

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>richard.morrissey@usdoj.gov |
| Laurence B. Appel<br>Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>Phone: 904-783-5000<br>Fax: 904-783-5059<br>LarryAppel@winn-dixie.com | D. J. Baker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Phone: 212-735-2150<br>Fax: 917-777-2150<br>djbaker@skadden.com |
| Sarah Robinson Borders<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Phone: 404-572-4600<br>Fax: 404-572-5149<br>sborders@kslaw.com | Shearman & Sterling LLP<br>Attn: Andrew Tenzer<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Phone: 212-848-4000<br>Fax: 212-848-7179<br>Atenzer@Shearman.com |
| Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Dan Fiorello, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>dfiorillo@oshr.com; Jhelfat@oshr.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com; Lmandel@milbank.com; DODonnell@milbank.com; mbarr@milbank.com |
| Morgan Lewis & Bockius LLP<br>Attn: Richard S. Toder<br>101 Park Avenue<br>New York, NY 10178-0060<br>Phone: 212-309-6052<br>Fax: 212-309-6001<br>rtoder@morganlewis.com | Pepper Hamilton LLP<br>Attn: I. William Cohen<br>100 Renaissance Center, 36th Floor<br>Detroit, MI 48243-1157<br>Phone: 313-393-7341<br>Fax: 313-259-7926<br>coheniw@pepperlaw.com |

| | |
|---|---|
| The Blackstone Group L.P.<br>Attn: Flip Huffard<br>345 Park Avenue<br>New York, NY 10010<br>Phone: 212-583-5000<br>Fax: 212-583-5812<br>huffard@blackstone.com | XRoads Solutions Group LLC<br>Attn: Dennis Simon<br>9 Executive Circle, Suite 190<br>Irvine, CA  92614<br>Phone : 949-567-1650<br>Fax : 949-567-1750<br>dsimon@xroadsllc.com |
| Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attn: Steven J. Reisman, Andrew M. Thau<br>101 Park Avenue<br>New York, New York 10178-0061<br>Phone: 212-696-6000<br>Fax: 212-697-1559<br>sreisman@cm-p.com; athau@cm-p.com | Wilmington Trust Company<br>Attn: Steven M. Cimalore<br>1100 North Market St., Rodney Square North<br>Wilmington, DE 19890<br>Phone: 302-636-6058<br>Fax: 302-636-4140<br>scimalore@wilmingtontrust.com |
| Levi Lubarsky & Feigenbaum LLP<br>Attn: Howard B Levi, Steven Feigenbaum<br>845 Third Ave, 21st Flr<br>New York, NY 10022<br>Phone: 212-308-6100<br>Fax: 212-308-8830<br>Hlevi@llf-law.com | Scarcella Rosen & Slome<br>Attn: Adam L. Rosen,Thomas Slome<br>333 Earle Ovington Blvd Ste 901<br>Uniondale, NY 11553<br>Phone: 516-227-1600<br>Fax: 516-227-1601<br>Arosen@srsllp.com; tslome@srsllp.com |
| Locke Liddell & Sapp LLP<br>Attn: Omer Kuebel III,  C. Davin Boldissar<br>601 Poydras St, Ste 2400<br>New Orleans, LA 70130-6036<br>Phone: 504-558-5110<br>Fax: 504-558-5200<br>Rkuebel@lockeliddell.com; dboldissar@lockeliddell.com | Ballard Spahr Andrews & Ingersoll<br>Attn: David L. Pollack, Jeffrey Meyers, Dean C. Waldt,<br>Mellon Bank Center, 51st Fl.<br>1735 Market Street<br>Philadelphia, PA 19103<br>Phone: 215-864-8325<br>Fax: 215-864-9473<br>Pollack@ballardspahr.com |
| Contrarian Capital Management LLC<br>Attn: Janice Stanton<br>411 W Putnam Ave, Ste 225<br>Greenwich, CT 6830<br>Phone: 203-862-8261<br>Fax: 203-629-1977<br>Jstanton@contrariancapital.com | Patterson Belknap Webb & Tyler<br>Attn: David W. Dykehouse, Michael Handler, Esq<br>1133 Avenue of The Americas<br>New York, NY 10036-6710<br>Phone: 212-336-2000<br>Fax: 212-336-2222<br>Dwdykhouse@pbwt.com; mhandler@pbwt.com |

| | |
|---|---|
| Cozen O'Connor<br>Attn: Neal D. Colton, David J. Liebman<br>1900 Market Street<br>Philadelphia, PA 19103<br>Phone: 215-665-2060<br>Fax: 215-701-2122<br>Ncolton@cozen.com; dliebman@cozen.com | Kelley Drye & Warren LLP<br>Attn: James S. Carr, Robert Lehane<br>101 Park Avenue<br>New York, NY 10178<br>Phone: 212-808-7800<br>Fax: 212-808-7897<br>Jcarr@kelleydrye.com; rlehane@kelleydrye.com |
| Pitney Hardin LLP<br>Attn: Scott A. Zuber<br>200 Campus Drive<br>Florham Park, NJ 07932-0950<br>Phone: 973-966-6300<br>Fax: 973-966-1550<br>Szuber@pitneyhardin.com | Frank/Gecker LLP<br>Attn: Joseph D. Frank, Micah Krohn<br>325 N Lasalle Street, Ste 625<br>Chicago, IL 60610<br>Phone: 312-276-1400<br>Fax: 312-276-0035<br>Jfrank@fgllp.com |
| Richard W. Ward, Esq<br>2527 Fairmount St<br>Dallas, TX 75201<br>Phone: 214-220-2402<br>Fax: 214-871-2682<br>Rwward@airmail.net | Morgan Lewis & Bockius LLP<br>Attn: Neil E. Herman, Esq<br>101 Park Ave<br>New York, NY 10178-0600<br>Phone: 212-309-6669<br>Fax: 212-309-6001<br>Nherman@morganlewis.com |
| Traub Bonacquist & Fox LLP<br>Attn: Paul Traub, Wendy Marcari<br>655 Third Ave, 21st Fl<br>New York, NY 10017<br>Phone: 212-476-4777<br>Fax: 212-476-4787<br>Dbr@tbfesq.com | Allman Spry Leggett & Crumpler<br>Attn: Leggett R Bradford Esq<br>380 Knollwood St Ste 700<br>Winston-Salem, NC 27113-5129<br>Phone: 3367222300<br>Fax: 3367210414<br>Rbleggett@allmanspry.com |
| Balch & Bingham LLP<br>Attn: W. Clark Watson, Eric Ray Esq<br>1901 Sixth Ave N Ste 2600, PO Box 306<br>Birmingham, AL 35201<br>Phone: 205-251-8100<br>Fax: 205-226-8799<br>Cwatson@balch.com; eray@balch.com | Angel & Frankel PC<br>Attn: Laurence May, Rick A. Steinberg<br>460 Park Ave<br>New York, NY 10022-1906<br>Phone: 212-752-8000<br>Fax: 212-752-8393<br>Lmay@angelfrankel.com; rsteinberg@angelfrankel.com |

| | |
|---|---|
| Kaye Scholer LLP<br>Attn: Richard Smolev, Keith Murphy<br>425 Park Avenue<br>New York, NY 10022-3598<br>Phone: 212-836-8000<br>Fax: 212-836-8689<br>Rsmolev@kayescholer.com; kmurphy@kayescholer.com | Cox Smith Matthews Incorporated<br>Attn: Patrick L. Huffstickler<br>112 E. Pecan, Suite 1800<br>San Antonio, Texas 78205<br>Phone: 210-554-5500<br>Fax: 201-226-8395<br>Plhuffst@coxsmith.com |
| Erman, Teicher, Miller, Zucker & Freedman, P.C.<br>Attn: Earle I. Erman, Esq<br>400 Galleria Officentre, Ste. 444<br>Southfield, MI 48034<br>Phone: 248-827-4100<br>Fax: 248-827-4106<br>Eerman@ermanteicher.com | Manier & Herod<br>Attn: J. Michael Franks, Michael Collins, Thomas Pennington<br>150 Fourth Avenue North, Suite 2200<br>Nashville, TN 37219-2494<br>Phone: 615-244-0030<br>Fax: 615-242-4203<br>Mfranks@manierherod.com; mcollins@manierherod.com; tpennington@manierherod.com |
| Pitney Hardin LLP<br>Attn: Conrad K. Chiu, Esq<br>7 Times Square<br>New York, NY 10036<br>Phone: 212-297-5811<br>Fax: 212-682-3485<br>Cchiu@pitneyhardin.com | Ice Miller<br>Attn: Henry A. Efroymson, Mark A Bogdanowicz.<br>One American Square, Box 82001<br>Indianaplois, Indiana 46282<br>Phone: 317-236-2100<br>Fax: 317-236-2219<br>Henry.efroymson@icemiller.com;<br>mark.bogdanowicz@icemiller.com |
| Morris, Nichols, Arsht and Tunnell<br>Attn: Robert Dehney, Eric D. Schwartz<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-498-6208<br>Eschwartz@mnat.com; rdehney@mnat.com | Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>Attn: Fred B. Ringel , Esq.<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Phone: 212-586-4050<br>fringel@pobox.com |
| Page, Scrantom, Sprouse, Tucker & Ford, P.C.<br>Attn: Lee Champion, Esq<br>1111 Bay Ave, 3rd Floor<br>Post Office Box 1199<br>Columbus, GA 31902-1199<br>Phone: 706-324-0251<br>flc@psstf.com | Smith, Katzenstein & Furlow<br>Attn: Kathleen M. Miller, Esq<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Phone: 302-652-8400<br>Fax: 302-652-8405<br>kmiller@skfdelaware.com |

| | |
|---|---|
| Airgas, Inc.<br>Attn: Mr. David Boyle<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675<br>Phone: 610-902-6028<br>Fax: 610-687-3187<br>David.boyle@airgas.com | Hogan & Hartson, L.L.P.<br>Attn: Ira S. Greene, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Phone: 212-918-3000<br>Fax: 212-918-3100<br>Isgreene@hhlaw.com |
| Discover Financial Services<br>Attn: Frank Vydra, Esq.<br>2500 Lake Cook Road<br>Riverwoods, IL 60015<br>Phone: 847-405-3333<br>Fax: 847-405-4972<br>Frankvydra@discoverfinancial.com | Neiman Ginsburg & Mairanz PC<br>Attn: Gary Ginsburg<br>39 Broadway, 25th Fl.<br>New York, NY 10006<br>Phone: 212-269-1000<br>gginsburg@ngmpc.com |
| Arnall Golden Gregory LLP<br>Attn: Darryl Laddin, J. Hayden Kepner, James Smith<br>171 W. 17th St., NW, Suite 2100<br>Atlanta, GA 30363<br>Phone: 404-873-8500<br>Fax: 404-873-8605<br>bkrfilings@agg.com; Hayden.kepner@agg.com;<br>james.smith@agg.com | Wyatt, Tarrant & Combs, LLP<br>Attn: John P. Brice<br>250 West Main Street, Ste 1600<br>Lexington, KY 40507-1746<br>Phone: 859-233-2012<br>Fax: 859-259-0649<br>lexbankruptcy@wyattfirm.com |
| Katten Muchin Zavis Rosenman<br>Attn: Thomas J. Leanse, Dustin P. Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012<br>Phone: 310-788-4400<br>Fax: 310-788-4471<br>thomas.leanse@kmzr.com | Locke Liddell & Sapp LLP<br>Attn: W. Steven Bryant, Thomas H. Grace<br>600 Travis Street<br>3400 Chase Tower<br>Houston, TX 77002<br>Phone: 713-226-1200<br>Fax: 713-223-3717<br>hobankecf@lockeliddell.com |
| Greenberg Traurig, LLP<br>Attn: Richard Steven Miller<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-801-9200<br>Fax: 212-801-6400<br>millerr@gtlaw.com | Greenberg Traurig, LLP<br>Attn: Mark D. Bloom<br>1221 Brickell Avenue<br>Miami, FL 33131<br>Phone: 305-579-0500<br>Fax: 305-579-0717<br>bloomm@gtlaw.com |

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615.252.2307
Fax: 615.252.6307
amcmullen@boultcummings.com

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
srucker@millermartin.com

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997
Phone: 225-383-4703
Fax: 225-343-0630
drubin@kswb.com

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059
Phone: 601-948-6100
Fax: 641-355-6136
robert.holladay@youngwilliams.com

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-623-1000
Fax: 973-623-9131
rscheinbaum@podveysachs.com

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375
Phone: 404-335-0761
Fax: 404-614-4054
reginald.greene@bellsouth.com

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801
Phone: 302-467-4200
Fax: 302-467-4201
andrew.flame@dbr.com

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020
Phone: 212-262-6700
Fax: 212-262-7402
bnathan@lowenstein.com; agayer@lowenstein.com

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104
Phone: 212-468-8000
Fax: 212-468-7900
jdibattista@mofo.com

| | |
|---|---|
| Merrill Lynch, Pierce, Fenner & Smith Incorporated<br>Attn: Nicholas Griffiths<br>4 World Financial Center<br>New York, NY 10080<br>Phone: 212-449-8707<br>Fax: 212-449-3247<br>nicholas_griffiths@ml.com | Burr & Forman LLP<br>Attn: Derek F. Meek, Robert B. Rubin, Marc Solomon<br>3100 SouthTrust Tower<br>420 North 20th St.<br>Birmingham, AL 35203<br>Phone: 205-251-3000<br>Fax: 205-458-5100<br>dmeek@burr.com; brubin@burr.com |
| Macco & Stern, LLP<br>Attn: Richard L. Stern<br>135 Pinelawn Road, Suite 120 South<br>Melville, NY 11747<br>Phone: 631-549-7900<br>Fax: 631-549-7845<br>rstern@maccosternlaw.com | Held & Israel<br>Attn: Edwin W. Held<br>1301 Riverplace Blvd., Ste 1916<br>Jacksonville, FL 32207<br>Phone: 904-398-4283<br>Fax: 904-398-4283<br>eheld@hilawfirm.com |
| McGrath North Mullin & Krath, PC LLO<br>Attn: James J. Niemeier<br>First National Tower, Ste 3700<br>1601 Dodge St.<br>Omaha, NE 68102<br>Phone: 402-341-3070<br>Fax: 402-341-0216<br>jniemeier@mnmk.com; awoodard@mnmk.com | Taplin & Associates<br>Attn: Ronald Scott Kaniuk<br>350 Fifth Ave., Ste 2418<br>New York, NY 10118<br>Phone: 212-967-0895<br>Fax: 212-202-5217<br>rkaniuklaw@aol.com |
| Howard, Solochek & Weber, S.C.<br>Attn: Bryan M. Becker<br>324 East Wisconsin Ave., Ste 1100<br>Milwaukee, WI 53202<br>Phone: 414-272-0760<br>Fax: 414-272-7265<br>bbecker@hswmke.com | 40/86 Advisors, Inc.<br>Attn: Frank Berg, Gregory J. Seketa<br>535 N. College Drive<br>Carmel, IN 46032<br>Phone: 317-817-2827<br>Fax: 317-817-4115<br>franklin.berg@4086.com |
| Law Offices of Avrum J. Rosen<br>Attn: Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743<br>Phone: 631-423-8527<br>Fax: 631-423-4536<br>arosen@avrumrosenlaw.com | Pepe & Hazard LLP<br>Attn: Charles J. Filardi<br>30 Jelliff Lane<br>Southport, CT 06890-1436<br>Phone: 203-319-4042<br>Fax: 203-319-4034<br>cfilardi@pepehazard.com |

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker, Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com; jkurtzma@klehr.com

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352
Phone: 616-336-6000
Fax: 616-336-7000
tjcurtin@varnumlaw.com

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102
Phone: 973-643-7000
Fax: 973-643-6500
asherman@sillscummis.com

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108
Phone: 816-292-2000
Fax: 816-292-2001
ssutton@lathropgage.com

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122
Phone: 216-755-5500
Fax: 216-755-1678
ecotton@ddrc.com

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax: 973-538-5146
wjmartin@pbnlaw.com; bsmoore@pbnlaw.com

| | |
|---|---|
| Broad and Cassel<br>Attn: C. Craig Eller<br>One North Clematis St., Ste 500<br>West Palm Beach, FL 33401<br>Phone: 561-832-3300<br>Fax: 561-650-1153<br>celler@broadandcassel.com | Anderson Kill & Olick, PC<br>Attn: Larry D. Henin<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Phone: 212-278-1000<br>Fax: 212-278-1733<br>lhenin@andersonkill.com |
| Wharton, Aldhizer & Weaver, PLC<br>Attn: Stephan W. Milo<br>The American Hotel<br>125 South Augusta St., Ste 2000<br>Staunton, VA 24401<br>Phone: 540-213-7440<br>Fax: 540-213-0390<br>smilo@wawlaw.com | Gibbons, Del Deo, Dolan, Griffinger & Vechione<br>Attn: David N. Crapo, Geraldine E. Ponto<br>One Riverfront Plaza<br>Newark, NJ 07102-5497<br>Phone: 973-596-4500<br>Fax: 973-639-6244<br>dcrapo@gibbonslaw.com; gponto@gibbonslaw.com |
| Moore & Van Allen PLLC<br>Attn: David B. Wheeler, Esq.<br>40 Calhoun Street, Suite 300<br>P.O. Box 22828<br>Charleston, SC 29413-2828<br>Phone: 843-579-7000<br>Fax: 843-579-8727<br>davidwheeler@mvalaw.com | Morrison Cohen LLP<br>Attn: Michael R. Lago, Esq.<br>909 Third Avenue<br>New York, NY 10022<br>Phone: 212-735-8600<br>Fax: 212-735-8708<br>bankruptcy@morrisoncohen.com |
| Stutsman & Thames<br>Attn: Nina M. LaFleur<br>121 W. Forsyth St., Ste 600<br>Jacksonville, FL 32202<br>Phone: 904-358-4000<br>Fax: 904-358-4001<br>nlafleur@stutsman-thames.com | Bear Stearns Investment Products Inc.<br>Attn: Noah Charney<br>383 Madison Ave.<br>New York, NY 10179<br>Phone: 212-272-3770<br>Fax: 212-272-9394<br>ncharney@bear.com |
| Lowenstein Sandler PC<br>Attn: Sharon L. Levine, Esq.<br>65 Livingston Ave<br>Roseland, NJ 07068<br>Phone: 973-597-2375<br>Fax: 973-597-2400<br>slevine@lowenstein.com | Bianchi Macron LLP<br>Attn: Gerard DiConza<br>390 Old Country Road<br>Garden City, NY 11530<br>Phone: 516-408-3030<br>Fax: 516-408-7917<br>gerard@bmclaw.com |

| | |
|---|---|
| Zeichner Ellman & Krause LLP<br>Attn: Stuart Krause<br>575 Lexington Ave<br>New York, NY 10022<br>Phone: 212-223-0400<br>Fax: 212-753-0396<br>skrause@zeklaw.com | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone: 212-373-3000<br>Fax: 212-757-3990<br>akornberg@paulweiss.com |
| Willkie Farr & Gallagher LLP<br>Attn: Alan J. Lipkin, Robin Spigel<br>787 Seventh Ave<br>New York, NY 10019<br>Phone: 212-728-8000<br>Fax: 212-728-8111<br>alipkin@willkie.com; rspigel@willkie.com | McCarter & English LLP<br>Attn: William D. Wallach<br>Four Gateway Center<br>200 Mulberry St.<br>Newark, NJ 07102<br>Phone: 973-622-4444<br>Fax: 973-624-7070<br>wwallach@mccarter.com |
| Wormser, Kiely, Galef & Jacobs LLP<br>Attn: Janice B. Grubin, Gary R. von Stange<br>825 Third Avenue<br>New York, NY 10022<br>Phone: 212-687-4900<br>Fax: 212-687-5703<br>jgrubin@wkgj.com; gvonstange@wkgj.com | Macey, Wilensky, Cohen, Wittner & Kessler LLP<br>Attn: Louis G. McBryan<br>600 Marquis Two Tower<br>285 Peachtree Center Ave.<br>Atlanta, GA 30303-1229<br>Phone: 404-584-1200<br>Fax: 404-681-4355<br>lmcbryan@maceywilensky.com |
| Murray, Frank & Sailer LLP<br>Attn: Jacqueline Sailer, Aaron D. Patton<br>275 Madison Ave., 8th Fl.<br>New York, NY 10016<br>Phone: 212-682-1818<br>Fax: 212-682-1892<br>jsailer@murrayfrank.com | Kupelian Ormond & Magy PC<br>Attn: Terrance Hiller, Paul Magy, Matthew Thompson<br>25800 Northwestern Hwy., Ste 950<br>Southfield, MI 48075<br>Phone: 248-357-0000<br>Fax: 248-357-7488<br>psm@kompc.com; tah@kompc.com; met@kompc.com |
| Fox Rothschild LLP<br>AttN: Joshua T. Klein<br>2000 Market St., 10th Fl.<br>Philadelphia, PA 19103-3291<br>Phone: 215-299-2000<br>Fax: 215-299-2150<br>jklein@foxrothschild.com | Munsch Hardt Kopf & Harr PC<br>Attn: Raymond Urbanik, Scott Ellis<br>1445 Ross Ave., Ste 4000<br>Dallas, TX 75202<br>Phone: 214-855-7500<br>Fax: 214-855-7584<br>rurbanik@munsch.com; sellis@munsch.com |

| | |
|---|---|
| Russell R. Johnson<br>3734 Byfield Place<br>Richmond, VA 23233<br>Phone: 804-747-7208<br>russj4478@aol.com | Haynes and Boone, LLP<br>Attn: Judith Elkin<br>399 Park Avenue<br>New York, NY 10022-4614<br>Phone: 212-659-7300<br>Fax: 212-918-8989<br>judith.elkin@haynesboone.com |
| Haynes and Boone, LLP<br>Attn: Stacey Jernigan, Mark Elmore<br>901 Main St., Ste 3100<br>Dallas, TX 75202-3789<br>Phone: 214-651-5000<br>Fax: 214-200-0486<br>stacey.jernigan@haynesboone.com;<br>mark.elmore@haynesboone.com | McCarthy & White PLLC<br>Attn: William Douglas White<br>8180 Greensboro Drive., Ste 875<br>McLean, VA 22102<br>Phone: 703-770-9265<br>Fax: 703-770-9266<br>wdw@mccarthywhite.com |
| Morris, James, Hitchens & Williams LLP<br>Attn: Stephen M. Miller<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, Delaware 19899<br>Phone: 302-888-6800<br>Fax: 302-571-1750<br>smiller@morrisjames.com | Begnaud & Marshall LLP<br>Attn: Darrel Begnaud<br>250 N. Milledge Avenue<br>P.O. Box 8085<br>Athens, Georgia 30603<br>Phone: 706-316-1150<br>Fax: 706-316-1153<br>dbegnaud@athens1867.com |
| DLA Piper Rudnick Gray Cary US LLP<br>Attn: Mark Friedman, Susan Maher<br>6225 Smith Ave.<br>Baltimore, MD 21209<br>Phone: 410-580-3000<br>Fax: 410-580-30001<br>mark.friedman@dlapiper.com | DLA Piper Rudnick Gray Cary US LLP<br>Attn: Daniel Carrigan<br>1775 Wiehle Ave., Ste 400<br>Reston, VA 20190<br>Phone: 703-773-4000<br>Fax: 703-773-5000<br>daniel.carrigan@dlapiper.com |
| DLA Piper Rudnick Gray Cary US LLP<br>Attn: Janice Duban<br>203 N. LaSalle St., Ste 1900<br>Chicago, IL 60601<br>Phone: 312-368-4000<br>Fax: 312-236-7516<br>janice.duban@dlapiper.com | Moritt, Hock, Hamroff & Horowitz LLP<br>Attn: Marc Hamroff, Leslie Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530<br>Phone: 516-873-2000<br>Fax: 516-873-2010<br>mhamroff@moritthock.com; lberkoff@moritthock.com |

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802
Phone: 225-383-9953
dale@sb-lawfirm.com

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020
Phone: 212-768-6700
Fax: 302-768-6800
cneville@sonnenschein.com; jcreed@sonnenschein.com

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange St., PO Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-0380
kbifferato@cblh.com; cthompson@cblh.com

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523
Phone: 630-218-8000
Fax: 630-218-4900
bittourna@inlandgroup.com

Reed & Reed
Attn: Diane Reed
501 N. College St.
Waxahachie, TX 75165
Phone: 972-938-7334
Fax: 972-923-0430
dianegreed@sbcglobal.net

Reed Smith LLP
Attn: Robert M. Marino
1301 K Street, NW
Suite 1100–East Tower
Washington, DC 20005-3317
Phone: 202-414-9200
Fax: 202-414-9299
rmarino@reedsmith.com

Kilpatrick Stockton LLP
Attn: Todd C. Meyers
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530
Phone: 404-815-6500
Fax: 404-815-6555
tmeyers@kilpatrickstockton.com

Hughes & Luce
Attn: Sabrina Streusand
111 Congress Ave., Ste 900
Austin, TX 78701
Phone: 512-482-6800
Fax: 512-482-6859
streuss@hughesluce.com

Todtman, Nachamie, Spizz & Johns, PC
Attn: Alex Spizz
425 Park Ave
New York, NY 10022
Phone: 212-754-9400
Fax: 212-754-6262
aspizz@tnsj-law.com

Hance Scarborough Wright Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254
Phone: 972-788-1600
Fax: 972-239-0138
fwright@hswgb.com; aellis@hswgb.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002
Phone: 856-486-6961
Fax: 856-486-4875
cslocum@klehr.com

Reed Smith LLP
Attn: Elena Lazarou, Andrew Morrison
599 Lexington Ave., 27th Fl.
New York, NY 10022
Phone: 212-521-5400
Fax: 212-521-5450
elazarou@reedsmith.com; amorrison@reedsmith.com

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801
Phone: 302-778-7550
Fax: 302-778-7577
kgwynne@reedsmith.com

Kaufman & Canoles
Attn: Paul Campsen
150 West Main St., PO Box 3037
Norfolk, VA 23514
Phone: 757-624-3000
Fax: 757-624-3169
pkcampsen@kaufcan.com

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 19801
Phone: 302-425-6429
Fax: 302-425-6464
staib@blankrome.com

Neal & Harwell PLC
Attn: Marc McNamee
150 Fourth Ave., North, Suite 2000
Nashville, TN 37219
Phone: 615-244-1713
Fax: 615-726-0573
mmcnamee_br@nealharwell.com

Pepper Hamilton LLP
Attn: James C. Carignan
Hercules Plaza, Ste 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709
Phone: 302-777-6500
Fax: 302-421-8390
carignanj@pepperlaw.com

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Phone: 215-981-4000
Fax: 215-981-4750
caseyl@pepperlaw.com

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant St., 50th Fl.
Pittsburgh, PA 15219-2502
Phone: 412-454-5000
Fax: 412-281-0717
sablea@pepperlaw.com

Waller Lansden Dortch & Davis PLLC
Attn: David E. Lemke, Robert Welhoelter
511 Union Street, Ste 2700
Nashville, TN 37219
Phone: 615-244-6380
Fax: 615-244-6804
david.lemke@wallerlaw.com;
Robert.Welhoelter@wallerlaw.com

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Ave., 11th Fl.
New York, NY 10016
Phone: 212-661-9400
soljas@aol.com

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittington, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birminghan, AL  35222
Phone: 205-521-8000
Fax: 205-521-8800
dgreco@bradleyarant.com

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011
Phone: 704-373-4637
Fax: 704-353-6107
rcox@mcguirewoods.com

Hunton & Williams, LLP
Attn: Craig V. Rasile
1111 Brickell Ave., Ste 2500
Miami, FL 33131
Phone: 305-810-2500
Fax: 305-810-2460
crasile@hunton.com

Smith Hulsey & Busey
Attn: James H. Post
225 Water Street, Ste 1800
Jacksonville, FL 32202
Phone: 904-359-7700
Fax: 904-359-7709
 jpost@smithhulsey.com

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202
Phone: 904-356-1306
Fax: 904-354-0194
rkjones@mwpplaw.com

 Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602
Phone: 919-743-2200
Fax: 919-743-2201
jboyles@jhvgmlaw.com

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603
Phone: 312-346-7500
Fax: 312-580-2201
bkdept@fagelhaber.com

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660
Phone: 949-752-2911
Fax: 949-752-0953
pat@rjlaw.com; priscilla@rjlaw.com

 Hiersche, Hayward, Drakeley & Urbach PC
Attn:  Russell W. Mills, Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001
Phone: 972-701-7000
Fax: 972-701-8765
rmills@hhdulaw.com; kbates@hhdulaw.com

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan  48243-1668
Phone : 313-568-5464
Fax : 313-568-6832
bbest@dykema.com

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861
Phone: 203-944-3042
Fax: 203-944-3044
glenn.reisman@corporate.ge.com

Marrero Land and Improvement Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072
Phone: 504-341-1635
Fax: 504-340-4277
vincent@marreroland.com

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202
Phone: 513-421-4040
Fax: 513-241-4490
mkindt@ctks.com

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St
Columbus, OH 43215-6197
Phone: 614-365-2700
Fax: 614-365-2499
krichner@ssd.com

Liebmann, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
Fax: 920-437-2868
jes@lcojlaw.com

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402
Phone: 650-348-0102
Fax: 650-348-0962
dfinkelstein@afelaw.com

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Ave., Ste 1540
New York, NY 10169
Phone: 212-503-6607
Pbrown@buckeyecapitalpartners.com

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408
Phone: 561-691-7797
Fax: 561-691-7103
rachel_budke@fpl.com

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
 375 Park Avenue, 14th Floor
New York, NY 10152
Phone: 212-418-1700
Fax: 212-418-1701
Patrick.bartels@QuadrangleGroup.com;
Andrew.Herenstein@QuadrangleGroup.com

Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
Attn: Zachary J. Bancroft
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Phone: 407-843-4600
Fax: 407-843-4444
zachary.bancroft@lowndes-law.com

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601
Phone: 813-229-0900
Fax: 813-229-3323
lfoyle@kasslaw.com

Citrus County Tax Collector
Attn: Janice A. Warren
210 N. Apopka Ave., Suite 100
Inverness, FL 34450
Phone: 352-341-6625
lynda.becker@mail.tc.citrus.fl.us

Smith Debnam Narron Wyche Saintsing & Myers, LLP
Attn: Byron L. Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611
Phone: 919-250-2000
Fax: 919-250-2211
bsaintsing@smithdebnamlaw.com

Fredrikson & Byron, P.A.
Attn: John M. Koneck, Esq.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Phone: 612-492-7038
Fax: 612-492-7077
jkoneck@fredlaw.com

Kaplan and Freedman, P.A.
Attn: Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, Florida 33156-7903
Phone: 305-274-7533
Fax: 305-274-7855
mkaplan@kaplanfreedman.com

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend St.
Boston, MA 02114
Phone: 617-742-7300
Fax: 617-742-9969
jbodoff@bodoffslavitt.com

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak, Laurel Isicoff
2525 Ponce de Leon, 9th Fl.
Coral Gables, FL 33134
Phone: 305-372-1800
Fax: 305-372-3508
jk@kttlaw.com; lmi@kttlaw.com

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth St., Ste 2300
Minneapolis, MN 55402
Phone: 612-335-15000
Fax: 612-335-1657
larry.ricke@leonard.com

Watkins, Ludlam, Winter & Stennis, P.A.
Attn: Kristina M. Johnson
633 North State St., PO Box 427
Jackson, MS 39205-0427
Phone: 601-949-4785
Fax: 601-949-4804
kjohnson@watkinsludlam.com

William P. Wessler
1624 24th Ave.
Gulfport, MS 39501
Phone: 228-863-3686
Fax: 228-863-7877
wwessler@cableone.net

Ken Burton, Jr., Manatee County Tax Collector
Attn: Susan D. Profant
PO Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL 34206-5300
Phone: 941-741-4832
Fax: 941-741-4865
susanp@taxcollector.com

Deutsche Bank Trust Company
Attn: Dennis Drebsky, John Rosenthal
437 Madison Ave
New York, NY 10022
Phone: 212-940-3000
Fax: 212-940-3111
ddrebsky@nixonpeabody.com;
jrosenthal@nixonpeabody.com

Levy & Droney, PC
Attn: Ross G. Fingold
74 Batterson Park Road
Farmington, CT 06032
Phone: 860-676-3000
Fax: 860-676-3200
rfingold@ldlaw.com

Ginnie Van Kesteren P.A.
Attn: Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701
Phone: 727-898-9669
Fax: 727-898-9660
gvk@gvk-law.com; cindy@gvk-law.com

Perkins Coie LLP
Attn: Bruce MacIntyre, Jennifer Stevenson
1201 Third Ave., 40th Fl.
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
bmacintyre@perkinscoie.com; jstevenson@perkinscoie.com

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret Westbrook
Two Hanover Square, Suite 1900
434 Lafayette Street Mall
PO Box 1070
Raleigh, NC 27602-1070
Phone: 919-743-7311
Fax: 9191-516-2011
mwestbrook@kennedycovington.com

Adelman Law Officesm PC
Attn: David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173
Phone: 847-301-4341
Fax: 847-301-4342
adelman@pacaenforcer.com

Stichter, Riedel, Blain & Prosser PA
Attn: Don M. Stichter
110 East Madison St., Ste 200
Tampa, FL 33602
Phone: 813-229-0144
Fax: 813-229-1811
dstichter@srbp.com