UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-11063 (RDD)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road,
Upper Montclair, New Jersey, Noticing and Claims Agent for the above-
captioned Debtors.

3.   On or about March 18, 2005, I caused copies of:

*   **the Notice of Hearing**
*   **the Debtors' Motion For Order Under 11 U.S.C. § 365(d)(4)
    Extending  Time Within Which Debtors May Assume or Reject
    Unexpired Leases of Nonresidential Real Property [D.I 471]**

to be inserted in first class, postage pre-paid and pre-addressed
envelopes and delivered to the U.S. Postal Service for delivery to those
persons on the Service List attached hereto as Exhibit A.  A copy of the
served document as listed above is attached hereto as Exhibit B.

Dated: March 21, 2005

Kathleen M. Logan

Code: AR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 992-07<br>100 EXECUTIVE DRIVE LP<br>C/O PARAGON AFFILIATES INC.<br>ONE PARAGON DRIVE, SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 993-07<br>11010 SEVENTH AVE INVESTMENTS<br>C/O 11010 LAND COMPANY LLC<br>PO BOX 601551<br>CHARLOTTE NC 28260-1551 | CREDITOR ID: 2029-07<br>12TH STREET & WASHINGTON<br>8698 EAST SAN ALBERTO DRIVE<br>SCOTTSDALE AZ 85258 |
| CREDITOR ID: 994-07<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM NY 11582 | CREDITOR ID: 995-07<br>17161 N W 27TH AVENUE LLC<br>DBA DOLPHIN PLAZA<br>PO BOX 530446<br>ATLANTA GA 30353-0446 | CREDITOR ID: 996-07<br>1954 UNIONPORT ASSOCIATES LLC<br>C/O ECKSTEIN PROPERTIES<br>60 BOARD STREET<br>NEW YORK NY 10004 |
| CREDITOR ID: 997-07<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERICAL PROPERTY<br>3753 CARDINAL POINT DRIVE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 998-07<br>2525 EAST HILLSBOROUGH AVE LLC<br>PO BOX 530496<br>ATLANTA GA 30353-0496 | CREDITOR ID: 2031-07<br>391 BELLAIRE BLVD<br>HOUSTON TX 77025 |
| CREDITOR ID: 279178-99<br>40/86 ADVISORS INC<br>ATTN FRANK BERG<br>535 N COLLEGE DR<br>CARMEL IN 46032 | CREDITOR ID: 279418-99<br>40/86 ADVISORS INC<br>ATTN: GREGORY J SEKETA<br>535 N COLLEGE DRIVE<br>CARMEL IN 46032 | CREDITOR ID: 1002-07<br>4JS FAMILY LLLC<br>4408 GILBERT AVENUE<br>COLUMBUS GA 31904 |
| CREDITOR ID: 2034-07<br>5 POINTS WEST SHOPPING CENTER<br>DOMIT INVESTMENT GROUP<br>201 VULCAN ROAD, SUITE 106<br>BIRMINGHAM AL 35209 | CREDITOR ID: 1003-07<br>5 POINTS WEST SHOPPING CENTER<br>PO BOX 11407<br>BIRMINGHAM AL 35246-0115 | CREDITOR ID: 1004-07<br>51ST STREET & 8TH AVE CORP<br>ATTN: PATRICIA<br>655 MADISON AVE., 8TH FLOOR<br>NEW YORK NY 10021 |
| CREDITOR ID: 1007-07<br>98 PALMS LTD<br>C/O NEWTON OLD ACRE MCDONALD LLC<br>250 WASHINGTON STREET<br>PRATTVILLE AL 36067 | CREDITOR ID: 1008-07<br>99 EGLIN LTD<br>PO BOX 1735<br>DESTIN FL 32540 | CREDITOR ID: 1014-07<br>ACORN ASSOC LTD<br>C/O GOREN BROTHERS<br>150 E 52ND ST., 29TH FLOOR<br>NEW YORK NY 10022 |
| CREDITOR ID: 2038-07<br>ACORN ASSOCIATES<br>150 EAST 52ND STREET, 29TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 1015-07<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>TULSA OK 74119 | CREDITOR ID: 1016-07<br>ADAMS REALTY<br>ATTN: JAMES L ADAMS<br>220 W PUSHMALAHA STREET<br>BUTLER AL 36904 |
| CREDITOR ID: 381868-99<br>ADELMAN LAW OFFICES PC<br>ATTN: DAVID A ADELMAN<br>1320 TOWER ROAD, STE 114<br>SCHAUMBURG IL 60173 | CREDITOR ID: 2039-07<br>ADFC, LLC<br>1040 CROWN POINTE PARKWAY, SUITE 2<br>ATLANTA GA 30338 | CREDITOR ID: 1017-07<br>AEGIS WATERFORD LLC<br>3849 PAYSPHERE CIRCLE<br>CHICAGO IL 60674-3849 |
| CREDITOR ID: 2040-07<br>AEGIS WATERFORD, L.L.C.<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 2041-07<br>AEGON USA REALTY ADVISORS INC<br>PO BOX 905128<br>CHARLOTTE NC 28290-5128 | CREDITOR ID: 1018-07<br>AEGON USA REALTY ADVISORS INC<br>C/O BANK OF AMERICA ILLINOIS<br>PO BOX 96273<br>CHICAGO IL 60693-6273 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                       **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1019-07<br>AEGON USA REALTY ADVISORS INC<br>PO BOX 905128<br>CHARLOTTE NC 28290-5128 | CREDITOR ID: 1020-07<br>AEI INCOME & GROWTH FUND XXI L<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL MN 55101 | CREDITOR ID: 1021-07<br>AEI NET LEASE INCOME & GROWTH<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL MN 55101 |
| CREDITOR ID: 1023-07<br>AEM STIFTUNG LLC<br>C/O CRONUS INC.<br>PO BOX 31-0175<br>MIAMI FL 33231 | CREDITOR ID: 2042-07<br>AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 1009-07<br>AFI MANAGEMENT<br>NEW IBERIA ASSOCIATES<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 1010-07<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>ST. LOUIS MO 63178 | CREDITOR ID: 1123-07<br>AGAPION, BILL<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 | CREDITOR ID: 2044-07<br>AIB DELTONA, LTD.<br>C/O THOMA & ASSOCIATES, PLLC<br>1980 POST OAK BOULEVARD, SUITE 7<br>HOUSTON TX 77056 |
| CREDITOR ID: 1025-07<br>AINTSAR REALTY CORP<br>PO BOX 215<br>MONSEY NY 10952 | CREDITOR ID: 279021-99<br>AIRGAS INC<br>ATTN DAVID BOYLE<br>259 RADNOR-CHESTER RD STE 100<br>PO BOX 6675<br>RADNOR PA 19087-8675 | CREDITOR ID: 1011-07<br>AJ&C GARFUNKEL<br>400 MALL BLVD, 2ND FLOOR, SUITE M<br>PO BOX 16087<br>SAVANNAH GA 31406 |
| CREDITOR ID: 1027-07<br>AL BELLOTTO INC.<br>ATTN: AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND FL 33803 | CREDITOR ID: 2046-07<br>ALABAMA 83 CENTER ASSOCIATES<br>235 MOORE STREET<br>HACKENSACK NJ 07061 | CREDITOR ID: 1028-07<br>ALABAMA '83 CENTER ASSOCIATES<br>C/O PARKWAY ASSET MGMT<br>235 MOORE STREET<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 1030-07<br>ALBION PACIFIC PROP RESOURCES<br>215 WEST SIXTH STREET, SUITE 1400<br>LOS ANGELES CA 90014 | CREDITOR ID: 1031-07<br>ALFA MUTUAL FIRE INS CO<br>ATTN: ROSE JACKSON RL EST ACCT<br>PO BOX 11000<br>MONTGOMERY AL 36191-0001 | CREDITOR ID: 1032-07<br>ALLARD LLC<br>695 CENTRAL AVENUE, #207<br>ST. PETERSBURG FL 33701 |
| CREDITOR ID: 2049-07<br>ALLIED CAPITAL CORPORATION<br>PO BOX 10387<br>DES MOINES IA 50392-0387 | CREDITOR ID: 2050-07<br>ALLIED CAPITAL CORPORATION<br>TURNEY DUNHAM PLAZA PARTNERS<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 1034-07<br>ALLIED CAPITAL CORPORATION<br>ACCT# 3998108751331<br>PO BOX 630796<br>BALTIMORE MD 21263-0796 |
| CREDITOR ID: 1059-07<br>ALLIED CAPITAL REIT INC<br>ATTN: JAMES SHEVLIN<br>PO BOX 630796<br>BALTIMORE MD 21263-0796 | CREDITOR ID: 2051-07<br>ALLIED FINANCE COMP. LMT. PRT.<br>139 MONTGOMERY AVE.<br>BALA CYNWYD PA 19004 | CREDITOR ID: 278834-99<br>ALLMAN SPRY LEGGETT & CRUMPLER<br>ATTN LEGGETT R BRADFORD ESQ<br>380 KNOLLWOOD ST STE 700<br>WINSTON-SALEM NC 27113-5129 |
| CREDITOR ID: 1012-07<br>ALS TELFAIR PLAZA<br>PO BOX 1097<br>CORDELE GA 31010 | CREDITOR ID: 1060-07<br>ALTAMONTE SSG INC.<br>27001 US HIGHWAY 19, N., STE. 2095<br>CLEARWATER FL 33761 | CREDITOR ID: 1061-07<br>ALVIN B CHAN FAMILY LP<br>3206 JACKSON STREET<br>SAN FRANCISCO CA 94118 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                   **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1062-07<br>ALVIN B CHAN INC.<br>C/O TYLER A. CHAN VP<br>5 BEACONSFIELD COURT<br>ORINDA CA 94563 | CREDITOR ID: 1064-07<br>AMELIA PLAZA SHOPPING CENTER<br>C/O EDENS & AVANT FIN II LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1065-07<br>AMERICAN COMMERCIAL REALTY<br>4400 PGA BOULEVARD, SUITE 305<br>PALM BEACH GARDENS FL 33410 |
| CREDITOR ID: 1066-07<br>AMERICAN FEDERAL PROPERTIES<br>1 SLEIMAN PARKWAY, SUITE 250<br>JACKSONVILLE FL 32216 | CREDITOR ID: 1067-07<br>AMERICAN MORTGAGE & REALTY COR<br>5643 COVENTRY LANE<br>FORT WAYNE IN 46804 | CREDITOR ID: 1069-07<br>AMERICAN PAPER BOX COMPANY INC<br>PO BOX 8135<br>DELRAY BEACH FL 33482 |
| CREDITOR ID: 1070-07<br>AMERICAN PLAZA LTD PARTNERSHIP<br>PO BOX 75579<br>BALTIMORE MD 21275-5579 | CREDITOR ID: 1071-07<br>AMERICAN UNITED LIFE INS CO<br>C/O ISLOA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND FL 32794-1483 | CREDITOR ID: 1073-07<br>AMERICAN UNITED LIFE INSURANCE<br>5875 RELIABLE PARKWAY<br>LOAN# 2079201<br>CHICAGO IL 60686-5666 |
| CREDITOR ID: 2058-07<br>AMERICAN UNITED LIFE INSURANCE CO.<br>ATTN: MORTGAGE LO<br>1 AMERICAN SQUARE<br>PO BOX 368<br>INDIANAPOLIS IN 46206 | CREDITOR ID: 1074-07<br>AMERICANA EAST INVESTMENTS INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 | CREDITOR ID: 2059-07<br>AMERICANA PLAZA, LP<br>1629 K STREET, NW, SUITE 501<br>WASHINGTON DC 20006 |
| CREDITOR ID: 315664-99<br>AMSOUTH BANK<br>ATTN: WILLIAM R HOOG<br>13535 FEATHER SOUND DR<br>BLDG 1, STE 525<br>CLEARWATER FL 34762 | CREDITOR ID: 269280-99<br>ANDERLINI FINKELSTEIN EMERICK ET AL<br>DAVID G. FINKELSTEIN<br>400 SOUTH EL CAMINO REAL<br>SUITE 700<br>SAN MATEO CA 94402 | CREDITOR ID: 279420-99<br>ANDERSON KILL & OLICK<br>ATTN: LARRY D HENIN<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 |
| CREDITOR ID: 278710-99<br>ANDERSON NEWS LLC<br>ATTN JENNIFER VOSS, VP ACCOUNTING<br>PO BOX 52570<br>KNOXVILLE, TN 37950-2570 | CREDITOR ID: 278836-99<br>ANGEL & FRANKEL PC<br>ATTN LAURENCE MAY<br>460 PARK AVE<br>NEW YORK NY 10022-1906 | CREDITOR ID: 278840-99<br>ANGEL & FRANKEL PC<br>ATTN RICK A STEINBERG<br>460 PARK AVE<br>NEW YORK NY 10022-1906 |
| CREDITOR ID: 279422-99<br>ANGELO GORDON & CO<br>ATTN: JAMES M MALLEY<br>245 PARK AVE 26TH FL<br>NEW YORK NY 10167 | CREDITOR ID: 1075-07<br>ANSEL PROPERTIES INC<br>C/O CUSHMAN & WAKEFIELD<br>PO BOX 02-5137<br>MIAMI FL 33102-5137 | CREDITOR ID: 1076-07<br>APPLEWOOD SHOPPING CENTER<br>C/O COLLETT & ASSOCIATES INC.<br>PO BOX 36799<br>CHARLOTTE NC 28236-6799 |
| CREDITOR ID: 1077-07<br>ARCADIA FL DIVERSEY WEST<br>C/O KENNEDY WILSON PROPERTIES LTD<br>100 PRINGLE AVENUE<br>WALNUT CREEK CA 94596-0612 | CREDITOR ID: 1078-07<br>ARCO REALTY COMPANY<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 | CREDITOR ID: 1079-07<br>ARLINGTON PROPERTIES INC.<br>2117 SECOND AVENUE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 |
| CREDITOR ID: 279001-99<br>ARNALL GOLDEN GREGORY LLP<br>ATTN J HAYDEN KEPNER ESQ<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363 | CREDITOR ID: 279497-99<br>ARNALL GOLDEN GREGORY LLP<br>ATTN: JAMES SMITH<br>171 W 17TH ST, STE 2100<br>ATLANTA GA 30363 | CREDITOR ID: 279004-99<br>ARNALL GOLDEN GREGORY LLP<br>ATTN DARRYL S LADDIN ESQ<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2063-07<br>ARROWHEAD NET LEASE, LP<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE, 9TH FLOOR<br>DALLAS TX 75225 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOC INC.<br>5006 MONUMENT AVENUE<br>RICHMOND VA 23230 | CREDITOR ID: 1081-07<br>ASBURY COMMONS LTD<br>C/O HALLMARK PARTNERS<br>95 CORPORATE CENTER, SUITE 100<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 1082-07<br>ASHY-BROWN GONZALES<br>C/O GMAC COMMERICAL MORTGAGE<br>PO BOX 740988<br>ATLANTA GA 30374-0988 | CREDITOR ID: 1083-07<br>ATLANTIC CAROLINA RETAIL LLC<br>C/O BRUMLEY MEYER & KAPP<br>230 SEVEN FARMS DRIVE, SUITE 200<br>CHARLESTON SC 29492 | CREDITOR ID: 2064-07<br>AUGUST URBANEK FAMILY 4TH AMENDED<br>& RESTRICTED REVOCABLE TRUST<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 |
| CREDITOR ID: 1084-07<br>AUGUST URBANEK INVESTMENTS<br>4800 NORTH FEDERAL HWY., STE. 209A<br>BOCA RATON FL 33431 | CREDITOR ID: 2065-07<br>AUGUST URBANEK IVEST.<br>4800 NORTH FEDRAL HWY., SUITE 20<br>BOCA RATON FL 33431 | CREDITOR ID: 2066-07<br>AVON SQUARE,LTD<br>ANCHOR COMMERCIAL REALTY, INC.<br>ATTN: J.B. MILLER<br>PO BOX 5252<br>LAKELAND FL 33807-5252 |
| CREDITOR ID: 1087-07<br>AZALEA MANAGEMENT AND LEASING<br>PO BOX 9527<br>ASHEVILLE NC 28815 | CREDITOR ID: 2067-07<br>AZALEA MANAGEMENT AND LEASING, INC.<br>1300 TUNNEL ROAD<br>PO BOX 9527<br>ASHEVILLE NC 28805 | CREDITOR ID: 1088-07<br>AZALEA SHOPPING CENTER<br>C/O SIZELER REAL ESTATE MGMT.<br>2542 WILLIAMS BLVD.<br>KENNER LA 70062 |
| CREDITOR ID: 2068-07<br>B&T DEVELOPMENT INC.<br>ATTN: ANGELA C. PIGG<br>4362 ASBURY CHURCH ROAD<br>LINCOLNTON NC 28092 | CREDITOR ID: 2069-07<br>B.E.D. ALABAMA L.L.C.<br>CHASE FRANKLIN CORP/BYRAM E.D.<br>1200 CENTRAL AVENUE, SUITE 0306<br>WILMETTE IL 60091 | CREDITOR ID: 1414-07<br>BAGWELL, HAROLD G.<br>PO BOX 1700<br>GARNER NC 27529 |
| CREDITOR ID: 1090-07<br>BAINBRIDGE ASSOCIATES<br>PO BOX 983<br>BAINBRIDGE GA 39818-0993 | CREDITOR ID: 1091-07<br>BAKER & BAKER<br>PO BOX 12397<br>COLUMBIA SC 29211-2397 | CREDITOR ID: 1092-07<br>BAKERSMITH CORNERS LLC<br>PO BOX 12397<br>COLUMBIA SC 29211 |
| CREDITOR ID: 381871-99<br>BAKST, MICHAEL R<br>222 LAKEVIEW AVE, STE 1330<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 278835-99<br>BALCH & BINGHAM LLP<br>ATTN W CLARK WATSON ESQ<br>1901 SIXTH AVE N STE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 | CREDITOR ID: 279198-99<br>BALCH& BINGHAM LLP<br>ATTN ERIC RAY ESQ<br>1901 SIXTH AVE STE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 |
| CREDITOR ID: 278796-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN DEAN C WALDT ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278795-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN JEFFREY MEYERS ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278786-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN DAVID L POLLACK ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 1093-07<br>BANC ONE<br>1717 MAIN STREET, 12TH FLOOR<br>DALLAS TX 75201 | CREDITOR ID: 1094-07<br>BANK MIDWEST<br>ATTN: JOHN BAXTER<br>1100 MAIN STREET<br>KANSAS CITY MO 64105 | CREDITOR ID: 1096-07<br>BANK OF NEW YORK<br>101 BARCLAY STREET, FLOOR 21 W<br>NEW YORK NY 10286 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                         **CASE:   05-11063 (RDD)**

CREDITOR ID: 1095-07
BANK OF NEW YORK
MATT LOUIS\ESCROW UNIT\ A\C 411
101 BARCLAY STREET, FLOOR 8W
NEW YORK NY 10286

CREDITOR ID: 2222-07
BARD, ERVIN
1100 ALTA LOMA ROAD, SUITE 16-B
LOS ANGELES CA 90069

CREDITOR ID: 1315-07
BARD, ERVIN & SUSANNE
1100 ALTA LOMA ROAD, SUITE 16-B
LOS ANGELES CA 90069

CREDITOR ID: 1099-07
BARLIND ENTERPRISES
C/O SAM & DOROTHY GLANELL
42023 VILLAGE 42
CAMARILLO CA 93010

CREDITOR ID: 1100-07
BARRETT CROSSING SHOPPING CENTER
85-A MILL STREET, SUITE 100
ROSWELL GA 30075

CREDITOR ID: 1101-07
BAUMGARDNER-HOGAN I LLC
PO BOX 7606
LOUISVILLE KY 40257-7606

CREDITOR ID: 1102-07
BAXLEY ZAMAGIAS LP
C/O ZAMAGIAS PROPERTIES
336 FOURTH AVENUE
PITTSBURGH PA 15222

CREDITOR ID: 1104-07
BAYVIEW LOAN SERVICING LLC
ATTN: PAYMENT PROCESSING DEPT.
PO BOX 331409
MIAMI FL 33233-1409

CREDITOR ID: 1105-07
BEACHWALK CENTRE II LLC
PO BOX 1260
RIDGELAND MS 39158

CREDITOR ID: 279461-99
BEAR STEARNS INVESTMENT PRODUCTS IN
ATTN NOAH CHARNEY
383 MADISON AVE
NEW YORK NY 10179

CREDITOR ID: 1106-07
BEDFORD  AVENUE REALTY INC
C/O DBR ASSETT MANAGEMENT LLC
1 FINANCIAL PLAZA
FORT LAUDERDALE FL 33394

CREDITOR ID: 315661-99
BEGNAUD & MARSHALL LLP
ATTN: DARREL BEGNAUD
250 N MILLEDGE AVE
PO BOX 8085
ATHENS GA 30603

CREDITOR ID: 1108-07
BELCO ENTERPRISES
PO BOX 520
STARKE FL 32091-0520

CREDITOR ID: 1110-07
BELLEVIEW SQUARE CORP
C/O T. COOPER JAMES & ASSOCIATES
PO BOX 10325
GREENSBORO NC 27404

CREDITOR ID: 279118-99
BELLSOUTH
ATTN REGINALD A GREENE ESQ
675 W PEACHTREE ST NE STE 4300
ATLANTA GA 30375

CREDITOR ID: 1111-07
BELMART INC.
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 1112-07
BENDERSON 85-1 TRUST AND WAYNE
PO BOX 21199
LEASE # 45235
BRADENTON FL 34204-1199

CREDITOR ID: 1113-07
BENDERSON TRUST & WAYNE RUBEN
BRADEN RIVER POST OFFICE
PO BOX 21199
BRADENTON FL 34204-1199

CREDITOR ID: 1114-07
BENJAMIN ADAM SETZER AS TRUSTEE
OF THE FAYE ASHLEY SETZER TST
C/O LEONARD SETZER
JACKSONVILLE FL 32211

CREDITOR ID: 2246-07
BENTLEY, FRED D. SR. / MONTICELLO
PO BOX 958
MARIETTA GA 30061-3214

CREDITOR ID: 1116-07
BEP II LIMITED PARTNERSHIP
777 41ST STREET, 4TH FLOOR
MIAMI FL 33140

CREDITOR ID: 1117-07
BERGERON WD PALMETTO LLC
C/O BERGERON PROPERTIES &
19612 SOUTHWEST 69TH PLACE
FORT LAUDERDALE FL 33332

CREDITOR ID: 2079-07
BETTY HOLLAND U/A-NATIONSBANK N.A.
(SOUTH) AS AGENT C/O CNM ASSOC
950 EAST PACES FERRY ROAD
ATLANTA GA 30326

CREDITOR ID: 1118-07
BG HIGHLANDS LLC
DEPT# 5920W51407
PO BOX 931670
CLEVELAND OH 44193

CREDITOR ID: 1119-07
BG TURFWAY LLC
DEPT 591625WO2522
PO BOX 931572
CLEVELAND OH 44193

CREDITOR ID: 1120-07
BHBS INC.
1910 ROSS MILL ROAD
HENDERSON NC 27536

CREDITOR ID: 1121-07
BHR LLC
PO BOX 847663
DALLAS TX 75284-7663

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 279459-99
BIANCHI MACRON LLP
ATTN GERARD DICONZA ESQ
390 OLD COUNTRY RD
GARDEN CITY NY 11530

CREDITOR ID: 1122-07
BIG PINE SHOPPING CENTER LLC
PO BOX 431944
BIG PINE KEY FL 33043

CREDITOR ID: 1124-07
BIRD SQUARE PLAZA MANAGEMENT I
12185 S. DIXIE HIGHWAY
MIAMI FL 33156

CREDITOR ID: 1125-07
BIRMINGHAM REALTY CO.
ATTN: ACCOUNTING DEPT.
27 INVERNESS CENTER PARKWAY
BIRMINGHAM AL 35242-4202

CREDITOR ID: 279407-99
BLACKSTONE GROUP LP
ATTN: FLIP HUFFARD
345 PARK AVENUE
NEW YORK, NY 10010

CREDITOR ID: 1126-07
BLAINE LAKE LLC
C/O LAMAR ASSET MGMT.
365 SOUTH STREET
MORRISTOWN NJ 07960

CREDITOR ID: 2084-07
BLANCHARD & CALHOUN
699 BROAD STREET, SUITE 400
AUGUSTA GA 30901

CREDITOR ID: 1127-07
BLANCHARD AND CALHOUN REAL ESTATE
PO BOX 1808
AUGUSTA GA 30903-1808

CREDITOR ID: 381851-99
BLANK ROME LLP
ATTN: JASON W STAIB
CHASE MANHATTAN CENTRE
102 MARKET ST, STE 800
WILMINGTON DE 19801

CREDITOR ID: 2086-07
BLUE ANGEL CROSSING
C/O REDD REALTY
BUILDING 10, SUITE 101
4200 NORTHSIDE PARKWAY
ATLANTA GA 30327-3054

CREDITOR ID: 1128-07
BLUE ANGEL CROSSINGS
C/O REDD REALTY SERVICES
4200 NORTHSIDE PARKWAY
ATLANTA GA 30327-3054

CREDITOR ID: 1129-07
BOB NEILL & ASSOCIATES
1433 EMERYWOOD DRIVE
CHARLOTTE NC 28210

CREDITOR ID: 381834-99
BODOFF & SLAVITT LLP
ATTN JOSEPH BODOFF
225 FRIEND ST
BOSTON MA 02114

CREDITOR ID: 1130-07
BOGALUSA SHOPPING CENTER CO
C/O JW PROPERTIES
PO BOX 16146
MOBILE AL 36616-0146

CREDITOR ID: 1131-07
BONNERS POINT LLC
C/O RETAIL MANAGEMENT GROUP
PO BOX 11407
BIRMINGHAM AL 35246-1036

CREDITOR ID: 1132-07
BORDEAUX CENTER INC
1740-A OWEN DRIVE
FAYETTEVILLE NC 28304

CREDITOR ID: 2242-07
BOREN, FRANK
9169 GREAT BLUE HERON LANE
BLAINE WA 98250

CREDITOR ID: 1351-07
BOREN, FRANK D. AND GAIL F. BOREN
C/O KEY BANK NA -31-99-0371
95 SECOND STREET
FRIDAY HARBOR WA 98250

CREDITOR ID: 279114-99
BOULT CUMMINGS CONNERS & BERRY
ATTN AUSTIN L MCMULLERN ESQ
1600 DIVISION ST STE 700
PO BOX 340025
NASHVILLE TN 37203

CREDITOR ID: 1135-07
BOYNTON LAKES PLAZA
C/O REGENCY CENTERS LP
PO BOX 532937
ATLANTA GA 30353-2937

CREDITOR ID: 2089-07
BOYNTON LAKES PLAZA
C/O REGENCY CENTERS LP
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 279427-99
BRADLEY ARANT ROSE & WHITE LLP
ATTN: PATRICK DARBY
ONE FEDERAL PL
1819 FIFTH AVE N
BIRMINGHAM AL 35222

CREDITOR ID: 279129-99
BRADLEY ARANT ROSE & WHITE LLP
ATTN: DANIELLE K. GRECO
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 279426-99
BRADLEY ARANT ROSE & WHITE LLP
ATTN: JOHN WHITTINGTON
ONE FEDERAL PLACE
1819 FIFTH AVE N
BIRMINGHAM AL 35222

CREDITOR ID: 279425-99
BRADLEY ARANT ROSE & WHITE LLP
ATTN: DANIELLE K GRECO
ONE FEDERAL PLACE
1819 FIFTH AVE N
BIRMINGHAM AL 35222

CREDITOR ID: 2090-07
BRANCH PROPERTIES, LLC
400 COLONY SQUARE, SUITE 1630
ATLANTA GA 30361

CREDITOR ID: 1136-07
BRANDON CENTRE SOUTH
C/O PRESTON OIL COMPANY LP
PO BOX 7520
THE WOODLANDS TX 77387

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1137-07<br>BRANDYWINE PLAZA LTD<br>731 VASSAR STREET<br>ORLANDO FL 32804 | CREDITOR ID: 2092-07<br>BRANDYWINE REAL ESTATE MGMT SERV<br>5840 NORTH ORANGE BLOSSOM TRAIL<br>ORLANDO FL 32810 | CREDITOR ID: 1139-07<br>BRIERWOOD VILLAGE PLAZA<br>903 UNIVERSITY BLVD. NORTH<br>JACKSONVILLE FL 32211-5527 |
| CREDITOR ID: 1140-07<br>BRIGHT-MEYERS DUBLIN ASSOC.<br>C/O FLECHER BRIGHT COMPANY<br>537 MARKET STREET, SUITE 400<br>CHATTANOOGA TN 37402 | CREDITOR ID: 279419-99<br>BROAD & CASSEL<br>ATTN: C CRAIG ELLER<br>ONE NORTH CLEMATIS ST STE 500<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 1141-07<br>BROAD STREET STATION S.C.,LLC<br>C/O COLLETT & ASSOCIATES, INC.<br>PO BOX 36799<br>CHARLOTTE NC 28236-6799 |
| CREDITOR ID: 2095-07<br>BRONZE CENTER, L.P.<br>OAKWOOD VILLAGE ASSOCIATES<br>1853 E. PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066 | CREDITOR ID: 1143-07<br>BROOKHAVEN RETAIL LLC<br>111 EAST JERICHO TURNPIKE, STE. 200<br>MINEOLA NY 11501 | CREDITOR ID: 1144-07<br>BROOKWOOD FLAMINGO PARTNERS LP<br>C/O NAI/MERIN HUNTER CODMAN IN<br>WEST PALM BEACH FL 33401-9453 |
| CREDITOR ID: 1145-07<br>BROOKWOOD LLC<br>C/O STIRLING PROPERTIES<br>DEPT 1149<br>PO BOX 62600<br>NEW ORLEANS LA 70162-2600 | CREDITOR ID: 2096-07<br>BROOKWOOD SHOPPING CENTER<br>C/O STIRLING PROPERTIES, INC.<br>109 NORTHPARK BLV., SUITE 300<br>COVINGTON LA 70433 | CREDITOR ID: 1146-07<br>BROWN INVESTMENT PROPERTIES<br>PO BOX 930<br>GREENSBORO NC 27402 |
| CREDITOR ID: 2098-07<br>BROWN NOLTEMEYER COMPANY<br>122 N. PETERSON AVENUE<br>LOUISVILLE KY 40206-2335 | CREDITOR ID: 1148-07<br>BT MARIETTA LLC<br>C/O BET INVESTMENTS MANAGING A<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY PA 19006 | CREDITOR ID: 279508-99<br>BUCKEYE CAPITAL PARTNERS LP<br>ATTN: PHILIP BROWN<br>230 PARK AVE, STE 1542<br>NEW YORK NY 10169 |
| CREDITOR ID: 1149-07<br>BUNDY NEW ORLEANS CO LLC<br>C/O BENDERSON CAPITAL PTNRS LLC<br>708 THIRD AVENUE, 28TH FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 1150-07<br>BUNKIE INVESTMENT CO LLC<br>3621 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739 | CREDITOR ID: 1151-07<br>BURLINGTON ASSOCIATES LTD PRT<br>C/O BRONZE HOLDINGS INC.<br>1853 EAST PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066 |
| CREDITOR ID: 279172-99<br>BURR & FORMAN LLP<br>ATTN ROBERT D RUBIN ESQ<br>420 N 20TH ST<br>BIRMINGHAM AL 35203 | CREDITOR ID: 279170-99<br>BURR & FORMAN LLP<br>ATTN DEREK F MEEK ESQ<br>3100 SOUTHTRUST TOWER<br>420 NORTH 20TH ST<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1152-07<br>BW DIX INC<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH FL 32960 |
| CREDITOR ID: 1153-07<br>BW TREASURE INC.<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH FL 32960 | CREDITOR ID: 1154-07<br>BYARS & CO INC<br>PO BOX 530310<br>BIRMINGHAM AL 35253-0310 | CREDITOR ID: 2101-07<br>BY-PASS PARTNERSHIP<br>PO BOX 1075<br>HAMMOND LA 70404-1075 |
| CREDITOR ID: 2103-07<br>C & A LTD, LC<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1156-07<br>C C ALTAMONTE JOINT VENTURE<br>7200 RELIABLE PARKWAY<br>CHICAGO IL 60686-0072 | CREDITOR ID: 1155-07<br>C&A LTD, LC<br>PO BOX 640474<br>CINCINNATI OH 45264-0474 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

CREDITOR ID: 2104-07
C. BRANTLEY TILLMAN
C/O COMMERCIAL PROPERTIES,INC
1648F NORTH MARKET DRIVE
RALEIGH NC 27609

CREDITOR ID: 1157-07
CA NEW FIXED RATE PARTNERSHIP
PO BOX 848409
DALLAS TX 75284-8409

CREDITOR ID: 2105-07
CA NEW PLAN FIXED RATE PARTNERSHIP
1120 AVE. OF THE AMERICAS, 12TH FL.
NEW YORK NY 10036

CREDITOR ID: 1158-07
CA NEW PLAN VENTURE FUND LOUIS
PO BOX 404959
ATLANTA GA 30384-8407

CREDITOR ID: 2107-07
CA NEW PLAN VICTORIA, LP
1120 AVE. OF THE AMERICAS, 12TH FL.
NEW YORK NY 10036

CREDITOR ID: 279475-99
CADBURY ADAMS LLC
ATTN RICHARD W WARD ESQ
25427 FAIRMOUNT ST
DALLAS TX 75201

CREDITOR ID: 1159-07
CADILLAC PARTNERSHIP
C/O AUGUST URBANEK PARTNER
SUITE 209 A
BOCA RATON FL 33431

CREDITOR ID: 2109-07
CAIRO SUN PROPERTIES, LTD.
PO BOX 178
COLUMBUS GA 31902

CREDITOR ID: 1161-07
CALDWELL REALTY & INVESTMENT C
C/O CAROL GRAGG
PO BOX 740
LENOIR NC 28645

CREDITOR ID: 2110-07
CALDWELL REALTY AND INVESTMENT CO
ATTN: CAROL GRAGG
PO BOX 740
LENOIR NC 28645

CREDITOR ID: 1162-07
CALIFORNIA CLUB MALL
C/O R K ASSOCIATES
17100 COLLINS AVENUE # 225
SUNNY ISLE BEACH FL 33160-0111

CREDITOR ID: 1163-07
CALLAHAN PLAZA SHOPPING CENTER
C/O TALOR COMMERICAL REAL ESTATE
1018 THOMASVILLE ROAD, SUITE 20
TALLAHASSEE FL 32303-3027

CREDITOR ID: 1164-07
CAMERON EDENTON CO
PO BOX 31827
RALEIGH NC 27622-1827

CREDITOR ID: 1165-07
CAMERON SANFORD COMPANY LLC
PO BOX 31827
RALEIGH NC 27622-1827

CREDITOR ID: 1166-07
CAMILLA MARKETPLACE ASSOCIATES
C/O ADVANTIS GVA
PO BOX 3941
NORFOLK VA 23514-3941

CREDITOR ID: 278703-99
CAMPBELL SOUP CO.
ATTN MAUREEN HART, SR. CREDIT MGR
PO BOX 101407
ATLANTA GA 30392-1407

CREDITOR ID: 2113-07
CANTONMENT PARTNERS, LTD
ATTN: SARAH JORDON
PO BOX 680176
PRATTVILLE AL 36068

CREDITOR ID: 1169-07
CAPITAL ADVISORS INC
PO BOX 1070
CHARLOTTE NC 28201-1070

CREDITOR ID: 1170-07
CAPITAL DEVELOPMENT COMPANY
PO BOX 3487
LACEY WA 98509-3487

CREDITOR ID: 1171-07
CAPITAL PROPERTIES ASSOCIATES
PO BOX 2169
TUSCALOOSA AL 35403

CREDITOR ID: 279494-99
CAPITAL RESEARCH & MGMT COMPANY
ATTN: ABNER D GOLDSTINE
AMERICAN FUNDS
333 SOUTH HOPE STREET
LOS ANGELES CA 90071

CREDITOR ID: 279313-99
CAPITAL RESEARCH & MGMT COMPANY
ATTN: ELLEN CARR
AMERICAN FUNDS
333 S HOPE STREET
LOS ANGELES CA 90071

CREDITOR ID: 1174-07
CARDINAL ENTITIES COMPANY LLC
C/O MATTITUCK SHOPPING CT
PO BOX 77
MATTITUCK NY 11952

CREDITOR ID: 1176-07
CAROLINA ENTERPRISES INC
PO BOX 13559
FLORENCE SC 29504-3559

CREDITOR ID: 2241-07
CARRINGTON, FRANCIS
PO BOX 1328
EUREKA CA 95502

CREDITOR ID: 1247-07
CASE, DANIEL H. AND CAROL H. CASE
2040 AHUALANI PLACE
HONOLULU HI 96822

CREDITOR ID: 2119-07
CASS REALTY GROUP, INC.
PO BOX 1260
RIDGELAND MS 39158

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:    05-11063 (RDD)**

CREDITOR ID: 1178-07
CASTO INVESTMENTS CO LTD
C/O VMC REALTY
PO BOX 24627
FORT LAUDERDALE FL 33307

CREDITOR ID: 2120-07
CATHI GALPIN, PROPERTY MANGER
EDENS & AVANT SOUTHEAST L.P
1400 E. SHOTWELL STEET
BAINBRIDGE GA 39819

CREDITOR ID: 2122-07
CB RICHARD ELLIS
201 E. KENNEDY BLVD., SUITE 1121
TAMPA FL 33602-5172

CREDITOR ID: 1180-07
CC REALTY INTERMEDIATE FUND I
THREE RIVERWAY, SUITE 670
HOUSTON TX 77056

CREDITOR ID: 1182-07
CEDAR CREEK CROSSING ASSOCIATE
C/O PERRIE % WHEELER REAL ESTATE
PO BOX 3578
NORFOLK VA 23514

CREDITOR ID: 1183-07
CEDAR MOUNTAIN VILLAGE
85-A MILL STREET, SUITE 100
ROSWELL GA 30075-5487

CREDITOR ID: 1184-07
CEDAR SPRINGS CTR ASSOCS
PO BOX 3524
SPARTANBURG SC 29304-3524

CREDITOR ID: 1185-07
CENTRAL PROGRESSIVE BANK
ATTN: JAMES J. VENEZIA E.V.P.
29092 KRENTEL ROAD
LACOMBE LA 70445

CREDITOR ID: 1187-07
CENTREX PROPERTIES INC
PO BOX 10369
GOLDSBORO NC 27532

CREDITOR ID: 1188-07
CENTURY MANAGEMENT AND DEVELOPMENT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM AL 35242

CREDITOR ID: 2126-07
CFG LIMITED
8705 PERIMETER PARK BLVD.
JACKSONVILLE FL 32216

CREDITOR ID: 1189-07
CFG LIMITED
8711 PERIMETER PARK BLVD., SUITE 11
JACKSONVILLE FL 32216-6353

CREDITOR ID: 278696-99
CH ROBINSON WORLDWIDE, INC.
ATTN TERESA BELLMAN, CONTROLLER
PO BOX 9121
MINNEAPOLIS MN 55480-9121

CREDITOR ID: 1190-07
CHAMBERS SQUARE LLC
PO BOX 3040
DULUTH GA 30096

CREDITOR ID: 1191-07
CHAPEL TRAIL ASSOCIATES LTD
21011 JOHNSON STREET, SUITE 101
PEMBROKE PINES FL 33029

CREDITOR ID: 1192-07
CHAPIN DEVELOPMENT CO.
C/O EDENS & AVANT INC.
PO BOX 528
COLUMBIA SC 29202-0528

CREDITOR ID: 1193-07
CHARLES SIMON TRUSTEE OF SAME
20801 BISCAYNE BLVD., SUITE 202
AVENTURA FL 33180-1869

CREDITOR ID: 1194-07
CHARLESTON SQUARE INC BANK OF
PO BOX 409082
ATLANTA GA 30384-9082

CREDITOR ID: 2130-07
CHESTER DIX ALEXANDRA CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2131-07
CHESTER DIX CRAWFORDVILLE CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2132-07
CHESTER DIX CRESCENT CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2133-07
CHESTER DIX FLORENCE CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2134-07
CHESTER DIX FORT CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2136-07
CHESTER DIX LABELLE CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2137-07
CHESTER DIX NEWMAN CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2138-07
CHESTER DIX PIKEVILLE CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2139-07
CHESTER DIX WAUCHULA CORP.
PO BOX 40
WESTBURY NY 11590

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                      **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2244-07<br>CHIKOVSKY, FRED<br>C/O P.S. FRANKLIN, LTD.<br>1720 HARRISON STREET<br>HOLLYWOOD FL 33020 | CREDITOR ID: 1195-07<br>CHK & ASSOCIATES<br>C/O KBI PROPERTY MGMT.<br>5725 BUFORD HWY. #214<br>DORAVILLE GA 30340 |
| CREDITOR ID: 1029-07<br>CIRIGNANO, ALBERT J SR<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 | CREDITOR ID: 282712-99<br>CITRUS COUNTY TAX COLLECTOR<br>ATTN: JANICE A WARREN<br>210 N APOPKA AVE, STE 100<br>INVERNESS FL 34450 | CREDITOR ID: 381789-15<br>CITY OF RAYMOND, MS<br>WATER DEPARTMENT<br>ATTN BRENDA A HUBBARD<br>PO BOX 10<br>RAYMOND MS 39154 |
| CREDITOR ID: 1196-07<br>CITYVIEW LLC<br>C/O MICHAEL E. CALANDRA<br>PO BOX 78725<br>CHARLOTTE NC 28271-7040 | CREDITOR ID: 1197-07<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI OH 45264-0474 | CREDITOR ID: 2142-07<br>CIVIC CENTER STATION, LTD.<br>C/O PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 2143-07<br>CLARA BOLDOG, AMERICANA EAST INVES<br>C/O DEBOER INTERNATIONAL INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 | CREDITOR ID: 1198-07<br>CLAYTON CROSSINGS LLC<br>C/O COMMERCIAL PROPERTIES INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH NC 27609 | CREDITOR ID: 1199-07<br>CLEARLAKE SQUARE<br>C/O TRYCON INC<br>951 MARKET PROMENADE<br>LAKE MARY FL 32746 |
| CREDITOR ID: 279480-99<br>CLECO CORPORATION<br>C/O WHEELIS & ROZANSKI<br>ATTN STEPHEN D WHEELIS ESQ<br>PO BOX 13199<br>ALEXANDRIA LA 71315-3199 | CREDITOR ID: 1200-07<br>CLEVELAND MARKETPLACE LTD<br>C/O LAT PURSER & ASSOC<br>6320-7 ST AUGUSTINE ROAD<br>JACKSONVILLE FL 32217 | CREDITOR ID: 1201-07<br>CLIFFDALE CORNER INC<br>PO BOX 53646<br>FAYETTEVILLE NC 28305 |
| CREDITOR ID: 2144-07<br>CLIFFDALE CORNER,INC<br>C/O RIDDLE COMMERCIAL PROPERTIES<br>238 NORTH MCPHERSON CHURCH ROAD<br>FAYETTEVILLE NC 28303 | CREDITOR ID: 2145-07<br>CLINTON HOUSE COMPANY<br>C/O RMC REALTY COMPANIES LTD<br>1733 W FLETCHER AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 1202-07<br>CLINTON HOUSE COMPANY<br>C/O RMC REALTY COMPANIES LTD<br>ATTN: ACCOUNTING DEPT.<br>TAMPA FL 33612 |
| CREDITOR ID: 278706-99<br>CLOROX SALES CO - KPD<br>ATTN SYBIL SHAW, CREDIT MANAGER<br>PO BOX 66123<br>CHARLOTTE NC 28275-1754 | CREDITOR ID: 1203-07<br>CMC REAL ESTATE PROGRAM<br>1988 1 LTD 111<br>PO BOX 3506<br>ANN ARBOR MI 48106-3506 | CREDITOR ID: 2146-07<br>CMC REAL ESTATE PROGRAM 1988-1, LT<br>PO BOX 8649<br>ANN ARBOR MI 48106-8649 |
| CREDITOR ID: 2147-07<br>COBB INVESTMENT CO.<br>PO BOX 131209<br>BIRMINGHAM AL 35213 | CREDITOR ID: 278774-99<br>COCA-COLA BOTTLING CO. CONSOLIDATED<br>ATTN: JOYCE ROPER, CBA<br>MANAGER, CREDIT COLLECTIONS<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 | CREDITOR ID: 278701-99<br>COCA-COLA BOTTLING WORKS<br>ATTN DICK STITELER,<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 279115-99<br>COCA-COLA ENTERPRISES INC<br>C/O MILLER & MARTIN PLLC<br>ATTN SHELLEY D RUCKER ESQ<br>832 GEORGIA AVE STE 1000<br>CHATTANOOGA TN 37402-2289 | CREDITOR ID: 279444-99<br>COHEN TODD KITE & STANFORD<br>ATTN: MONICA V KINDT<br>250 E FIFTH STREET, STE 1200<br>CINCINNATI OH 45202 | CREDITOR ID: 2149-07<br>COLLETT MANAGEMENT,LLC<br>PO BOX 36799<br>CHARLOTTE NC 28236-6799 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                     **CASE:   05-11063 (RDD)**

CREDITOR ID: 1205-07
COLLINS & AIKMAN
PO BOX 580
ALBEMARLE NC 28001

CREDITOR ID: 1206-07
COLLINS POINTE SHOPPING CENTER
C/O CNM ASSOC.
950 E. PACES ROAD, SUITE 900
ATLANTA GA 30326

CREDITOR ID: 1207-07
COLONIAL DEVELOPMENT CO. LLC
PO BOX 9005
MORGANTON NC 28680-9005

CREDITOR ID: 2152-07
COLONIAL PROPERTIES RETAIL DIVISION
950 MARKET PROMENADE AVE, STE. 2200
LAKE MARY FL 32746

CREDITOR ID: 1209-07
COLONIAL PROPERTIES TRUST
PO BOX 55966 - DEPT. 301501
BIRMINGHAM AL 35255-5966

CREDITOR ID: 1210-07
COLUMBIA MARKETPLACE LLC
C/O REGENCY PROPERTY SERVICES
330 CROSS POINTE BOULEVARD
EVANSVILLE IN 47715

CREDITOR ID: 1212-07
COMKE INC.
C/O DACAR MGMT LLC
336 E. DANIA BEACH BLVD.
DANIA FL 33004

CREDITOR ID: 1213-07
COMMERCIAL LEASING ONE
#030212233
C/O MIDLAND LOAN SERVICES INC
CHICAGO IL 60677-1002

CREDITOR ID: 2154-07
COMMERCIAL LEASING ONE
C/O PEARL VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 1214-07
COMMERCIAL LEASING TWO
C/O MIDLAND LOAN SERVICES INC
LOAN #3021
PNC LOCK BOX 771223
CHICAGO IL 60677-1002

CREDITOR ID: 2155-07
COMMERCIAL LEASING TWO
C/O PEARL VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 2156-07
COMMERCIAL MANAGEMENT ASSOC.
SUITE 163
6220 S. ORANGE BLOSSOM TRAIL
ORLANDO FL 32809

CREDITOR ID: 1215-07
COMMERCIAL NET LEASE REALTY INC.
ATTN: HELEN COLLINS
PO BOX 992
ORLANDO FL 32802-0992

CREDITOR ID: 2157-07
COMMERCIAL NET LEASE REALTY, INC.
450 S. ORANGE AVENUE, SUITE 900
ORLANDO FL 32801

CREDITOR ID: 1216-07
COMMODORE REALTY INC.
30 WEST MASHTA DRIVE, SUITE 400
KEY BISCAYNE FL 33149

CREDITOR ID: 278688-99
CONAGRA GROCERY PRODUCTS CO.
ATTN ROBERT ELLIS,
CORP CREDIT ANALYSIS MGR
PO BOX 409626
ATLANTA GA 30384

CREDITOR ID: 1217-07
CONCIRE CENTERS INC.
411 COMMERCIAL COURT, STE. E
VENICE FL 34292

CREDITOR ID: 1218-07
CONCORD ADVANTAGE II LP
C/O FIRST UNION NATL BANK
PO BOX 861035
ORLANDO FL 32886

CREDITOR ID: 381788-99
CONNOLLY BOVE LODGE & HUTZ
ATTN: KAREN BIFFERATO
1007 NORTH ORANGE ST
PO BOX 2207
WILMINGTON DE 19899

CREDITOR ID: 381790-99
CONNOLLY BOVE LODGE & HUTZ
ATTN: CHRISTINA THOMPSON
1007 NORTH ORANGE ST
PO BOX 2207
WILMINGTON DE 19899

CREDITOR ID: 1219-07
CONSECO MORTGAGE CAPITAL INC.
DEPT #164101  LN#01586010
PO BOX 67000
DETROIT MI 48267-1641

CREDITOR ID: 1220-07
CONSTELLATION APARTMENTS
15 W. COLLEGE DRIVE
ARLINGTON HEIGHTS IL 60004

CREDITOR ID: 278788-99
CONTRARIAN CAPITAL MANAGEMENT LLC
ATTN JANICE STANTON
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

CREDITOR ID: 1221-07
COOPER SMOLEN JOINT VENTURE
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 1222-07
CORALWOOD SHOPPING CENTER
C/O WELSH COMPANIES SE INC.
12800 UNIVERSITY DRIVE, SUITE 250
FORT MYERS FL 33907

CREDITOR ID: 1223-07
CORDOVA COLLECTION LP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY AL 36123-5021

CREDITOR ID: 2161-07
CORDOVA COLLECTION, LTD
PO BOX 235000
MONTGOMERY AL 36123-5000

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                              **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2162-07<br>CORPORATE PROPERTIES 7<br>C/O W.P. CAREY & CO. INC.<br>50 ROCKEFELLER PLAZA, 2ND FLOOR<br>NEW YORK NY 10020 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOC. 9<br>50 ROCKEFELLER PLAZA, 2ND FLOO<br>C/O W. P. CAREY & CO.<br>NEW YORK NY 10020 | CREDITOR ID: 2164-07<br>CORPORATE PROPERTY ASSOCIATES 6, L<br>C/O W.P. CAREY & CO.<br>50 ROCKEFELLER PLAZA, 2ND FLOOR<br>NEW YORK NY 10020 |
| CREDITOR ID: 1224-07<br>COUNTRY CLUB CENTRE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1036 | CREDITOR ID: 2048-07<br>COURTELIS, ALEC & SMITH, DONALD JR<br>DBA BROWARD ASSOC<br>701 BRICKELL AVENUE, SUITE 1400<br>MIAMI FL 33131-2822 | CREDITOR ID: 279064-99<br>COX SMITH MATTHEWS INC<br>ATTN PATRICK L HUFFSTICKLER ESQ<br>112 E PECAN STE 1800<br>SAN ANTONIO TX 78205 |
| CREDITOR ID: 279413-99<br>COX SMITH MATTHEWS INC<br>ATTN: PATRICK L HUFFSTICKLER<br>112 E PECAN STE 1800<br>SAN ANTONIO TX 78205 | CREDITOR ID: 278817-99<br>COZEN O'CONNOR<br>ATTN NEAL D COLTON ESQ<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279412-99<br>COZEN O'CONNOR<br>ATTN: DAVID J LIEBMAN<br>1900 MARKET ST<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 278818-99<br>COZEN O'CONNOR<br>ATTN DAVID J LIEBMAN ESQ<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279411-99<br>COZEN O'CONNOR<br>ATTN: NEAL D COLTON<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 1225-07<br>CPG FINANCE I LLC<br>PO BOX 414092<br>BOSTON MA 02241-4092 |
| CREDITOR ID: 2165-07<br>CPG FINANCE I, LLC<br>% CGP PARTNERS, LP<br>103 EISENHOWER PARKWAY<br>ROSELAND NJ 07068 | CREDITOR ID: 1227-07<br>CRAWFORD NORWOOD REALTORS INC<br>PO BOX 10767<br>GOLDSBORO NC 27532-0767 | CREDITOR ID: 1229-07<br>CRESCENT INVESTMENT CORP.<br>C/O PIEDMONT LAND CO.<br>556-M ARBOR HILL ROAD<br>KERNERSVILLE NC 27284 |
| CREDITOR ID: 1230-07<br>CREST HAVEN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI FL 33140-2764 | CREDITOR ID: 1231-07<br>CRESTVIEW MARKETPLACE LLC<br>PO BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 1232-07<br>CROSS COUNTY ASSOCIATES LP<br>DEPT 2315<br>LOS ANGELES CA 90084-2315 |
| CREDITOR ID: 2170-07<br>CROSS CREEK PLAZA<br>C/O USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 1233-07<br>CROSSING OF ORLANDO LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY<br>MIAMI FL 33126-4677 | CREDITOR ID: 1234-07<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER<br>GENERAL PARTNER<br>JACKSON MS 39216-3501 |
| CREDITOR ID: 1235-07<br>CROWN LIQUORS BROWARD IN<br>ATTN: RAY BROOKS<br>910 NW 10TH PLACE<br>FORT LAUDERDALE FL 33311-6132 | CREDITOR ID: 1236-07<br>CRUMP INVESTMENTS LTD<br>1609 VALLEY ROAD<br>JASPER AL 35501 | CREDITOR ID: 1237-07<br>CRYSTAL BEACH ACQUISTION LP<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK NY 10018 |
| CREDITOR ID: 1238-07<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC.<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND FL 32751-7019 | CREDITOR ID: 1239-07<br>CURRY FORD LP<br>C/O HOLD THYSSEN INC.<br>147 W LYMAN AVENUE #100<br>WINTER PARK FL 32789-4367 | CREDITOR ID: 278995-99<br>CURTIS MALLET-PREVOST ET AL<br>ATTN STEVEN J REISMAN ESQ<br>101 PARK AVE<br>NEW YORK NY 10178-0061 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2172-07<br>CUSHMAN AND WAKEFIELD OF FLORIDA<br>800 N. MAGNOLIA, SUITE 450<br>ORLANDO FL 32803 | CREDITOR ID: 1240-07<br>CYPRESS RUN LLC<br>C/O GAME PROPERTIES CORP.<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES FL 33134 | CREDITOR ID: 2173-07<br>DAHLEM ENTERPRISE INC<br>1000 BUILDING SUITE LL-2<br>6200 DUTCHMANS LANE<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 1243-07<br>DAIRY PLAZA ASSOCIATES LTD<br>C/O VANGUARD COMMERCIAL REALTY<br>PO BOX 4235<br>ORMOND BEACH FL 32175-4235 | CREDITOR ID: 1244-07<br>DALRAIDA PROPERTIES INC<br>PO BOX 230758<br>MONTGOMERY AL 36123 | CREDITOR ID: 1248-07<br>DAUKSCH FAMILY PARTNERSHIP<br>10732 TODT KARLE ROAD SE<br>OLYMPIA WA 98513 |
| CREDITOR ID: 1249-07<br>DAVIE PLAZA LIMITED PARTNERSHIP<br>7000 W. PALMETTO PARK ROAD, STE. 40<br>BOCA RATON FL 33433 | CREDITOR ID: 1250-07<br>DAVIS MILL STATION<br>C/O COLUMBIA PROPERTIES INC<br>1355 TERRELL MILL ROAD<br>MARIETTA GA 30067 | CREDITOR ID: 1251-07<br>DAY PROPERTIES LLC<br>119 SANDWEDGE ROAD<br>WILKESBORO NC 28697 |
| CREDITOR ID: 1274-07<br>DAYAN, RALPH DR.<br>331 31ST AVENUE<br>SAN  FRANCISCO CA 94121 | CREDITOR ID: 1254-07<br>DDR MDT CARILLON PLACE LLC<br>PO BOX 92472<br>CLEVELAND OH 44193 | CREDITOR ID: 2181-07<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 1255-07<br>DEBARY COMMON SHOPPING CENTER<br>C/O STAFFORD PROPERTIES INC.<br>80 WEST WIEUCA ROAD, SUITE 302<br>ATLANTA GA 30342 | CREDITOR ID: 2182-07<br>DEBARY-STAFFORD ASSOCIATES,LP<br>80 W. WIEUCA ROAD<br>ATLANTA GA 30342 | CREDITOR ID: 1257-07<br>DEERFIELD COMPANY INC<br>PO BOX 7066<br>LOUISVILLE KY 40257-0066 |
| CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE, SUITE 100<br>BIRINGHAM AL 35223 | CREDITOR ID: 1259-07<br>DEFUNIAK SQUARE PARTNERS LTD<br>C/O VALPARAISO REALTY CO<br>PO BOX 8<br>VALPARAISO FL 32580-0008 | CREDITOR ID: 1261-07<br>DEL MAR SHOPPING CENTER<br>C/O STILES PROP MGMT.<br>300 SE 2ND STREET<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 278697-99<br>DEL MONTE FOODS USA<br>ATTN FRANK BUCKSTEIN,<br>MANAGER CREDIT & COLLECTIONS<br>1336 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1003 | CREDITOR ID: 1262-07<br>DELNICE CORP N.V.<br>PO BOX 16727<br>MIAMI FL 33101-6727 | CREDITOR ID: 2187-07<br>DELTONA ASSOC LTD<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER FL 33756 |
| CREDITOR ID: 1265-07<br>DELTONA ASSOC LTD<br>BRUCE STRUMPF INC S-305<br>314 S. MISSOURI AVENUE<br>CLEARWATER FL 33756 | CREDITOR ID: 1266-07<br>DEM PARTNERSHIP<br>C/O KLEIN % HEUCHAN INC.<br>2040 NE COACHMAN ROAD<br>CLEARWATER FL 33765 | CREDITOR ID: 1267-07<br>DEPT OF FINANCE STATE OF ALABAMA<br>PO BOX 1390<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 381865-99<br>DEUTSCHE BANK TRUST COMPANY<br>ATTN: JOHN ROSENTHAL<br>437 MADISON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 381864-99<br>DEUTSCHE BANK TRUST COMPANY<br>ATTN: DENNIS DREBSKY<br>437 MADISON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST COMPANY AMERICA<br>ATTN: S BERG<br>60 WALL STREET<br>NEW YORK NY 10005-2858 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1268-07<br>DEVCON ENTERPRISES INC.<br>CORPORATE CENTER WEST<br>433 SOUTH MAIN STREET, SUITE 300<br>WEST HARTFORD CT 06110 | CREDITOR ID: 2189-07<br>DEVELOPERS DIVERSIFIED REALTY<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 279200-99<br>DEVELOPERS DIVERSIFIED REALTY CORP<br>ATTN ERIC C COTTON ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 227042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 2260-07<br>DEWELL, GEORGE<br>PO BOX 642<br>FORT WALTON BEACH FL 32549 | CREDITOR ID: 279445-99<br>DIAZ WHOLESALE & MFG CO., INC<br>ATTN: M ERIC NEWBERG<br>5501 FULTON INDUSTRIAL<br>ATLANTA GA 30336 | CREDITOR ID: 279010-99<br>DISCOVER FINANCIAL SERVICES INC<br>ATTN FRANK VYDRA ESQ<br>2500 LAKE COOK RD<br>RIVERWOODS IL 60015 |
| CREDITOR ID: 2196-07<br>DIXIE LAND SC LLC<br>235 MOORE STREET<br>HACKENSACK NJ 07601 | CREDITOR ID: 381785-99<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: SUSAN MAHER<br>6225 SMITH AVE<br>BALTIMORE MD 21209 | CREDITOR ID: 381786-99<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: DANIEL CARRIGAN<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 |
| CREDITOR ID: 279069-99<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: MARK J. FRIEDMAN DLA<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 | CREDITOR ID: 381787-99<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE DUBAN<br>204 N LASALLE ST, STE 1900<br>CHICGO IL 60601 | CREDITOR ID: 278719-99<br>DLJ PRODUCE, INC.<br>ATTN ALAN YOSHIDONE, CONTROLLER<br>PO BOX 2398<br>WEST COVINA CA 91793 |
| CREDITOR ID: 1270-07<br>DMI AGENT FOR IDR JR LLR JR &<br>C/O DEVELOPMENT MANAGEMENT INC.<br>PO BOX 35349<br>CHARLOTTE NC 28235-5349 | CREDITOR ID: 1272-07<br>DOWNTOWN TWO LLC<br>PO BOX 900002<br>RALEIGH NC 27675 | CREDITOR ID: 2197-07<br>DOWNTOWN TWO LLC<br>C/O KAHN DEVELOPEMENT CO.<br>PO BOX 1608<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1241-07<br>DR PLAZA LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON FL 33427 | CREDITOR ID: 1275-07<br>DRAKE RENTAL ACCOUNT<br>C/O PHIL DRAKE<br>106 PALMER STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 1276-07<br>DRINKARD DEVELOPMENT<br>PO BOX 996<br>CULLMAN AL 35056-0996 |
| CREDITOR ID: 279119-99<br>DRINKER BIDDLE & REATH LLP<br>ATTN ANDREW J FLAME ESQ<br>1100 N MARKET ST STE 1000<br>WILMINGTON DE 19801 | CREDITOR ID: 1277-07<br>DUCKWORTH MORRIS REALTY<br>AS AGENT FOR ESSEX SQUARE INVESTING<br>TUSCALOOSA AL 35403-1999 | CREDITOR ID: 1175-07<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 1278-07<br>DURHAM PLAZA ASSOCIATES<br>C/O HARBOR GROUP MGMT. CO.<br>PO BOX 2680<br>NORFOLK VA 23501 | CREDITOR ID: 279441-99<br>DYKEMA GOSSETT PLLC<br>ATTN: BRENDAN G BEST<br>400 RENAISSANCE CENTER<br>DETROIT MI 48243-1668 | CREDITOR ID: 1280-07<br>E & A SOUTHEAST LP<br>C/O PLANTATION POINT SHOPPING<br>PO BOX 528<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1279-07<br>E & A SOUTHEAST LP<br>C/O BALDWIN SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1281-07<br>E AND A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 2201-07<br>E&A PORTFOLIO TRUST<br>C/O LEGAL DEPT.<br>PO BOX 528<br>COLUMBIA SC 29201 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                           **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2200-07<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1283-07<br>EASTDALE SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY AL 36123-5021 | CREDITOR ID: 2203-07<br>EASTDALE SQUARE MANAGEMENT INC.<br>C/O ARONOV REALTY MANAGEMENT I<br>3500 EASTERN BLVD.<br>MONTGOMERY AL 36116-1781 |
| CREDITOR ID: 1284-07<br>EASTERN RETAIL HOLDINGS LP<br>PO BOX 862504<br>ORLANDO FL 32886-2504 | CREDITOR ID: 2204-07<br>EASTERN RETAIL HOLDINGS LP<br>622 EAST WASHINGTON ST., SUITE 300<br>ORLANDO FL 32801 | CREDITOR ID: 1285-07<br>EASTGATE CENTER LLC<br>110 DEER RIDGE ROAD<br>BRANDON MS 39042 |
| CREDITOR ID: 1286-07<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS GA 31914 | CREDITOR ID: 1287-07<br>EBINPORT ASSOC<br>PO BOX 4452<br>ROCK  HILL SC 29732-6452 | CREDITOR ID: 1288-07<br>EBR PARTNERSHIP<br>7732 GOODWOOD BLVD., SUITE V<br>BATON ROUGE LA 70806 |
| CREDITOR ID: 1289-07<br>ECKSTEIN PROPERTIES LLC<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC.<br>PO BOX 468<br>NORTHPORT AL 35476 | CREDITOR ID: 1291-07<br>EDEN MEADOW GREENS ASSOCIATES<br>LENOX HILL STATION<br>PO BOX 334<br>NEW  YORK NY 10021 |
| CREDITOR ID: 2209-07<br>EDENS & AVANT FINANCING II LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1292-07<br>EDENS & AVANT INC.<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202-0528 | CREDITOR ID: 1294-07<br>EDENS & AVANT PROPERTIES LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1293-07<br>EDENS & AVANT PROPERTIES LP<br>C/O MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 278713-99<br>EDY'S GRAND ICE CREAM<br>ATTN FRED POMERANTZ, CREDIT MANAGER<br>PO BOX 406247<br>ATLANTA GA 30384-6247 | CREDITOR ID: 1295-07<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>111 E. WAYNE STREET, SUITE 500<br>FORT WAYNE IN 46804 |
| CREDITOR ID: 1297-07<br>ELFERS SQUARE CENTER INC.<br>10912 N. 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 1298-07<br>ELIOT PROPERTIES<br>C/O M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA GA 30360-1700 | CREDITOR ID: 2211-07<br>ELLIS, EDWARD C.<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 |
| CREDITOR ID: 1300-07<br>ELSTON/LEETSDALE LLC<br>C/O TERRANOVA CORP.<br>801 AUTHUR GODFREY ROAD<br>MIAMI BEACH FL 33140 | CREDITOR ID: 2214-07<br>ENGEL REALTY INC.<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 | CREDITOR ID: 1301-07<br>ENGLEWOOD VILLAGE LLC<br>C/O JAMISON MONEY FARMER & CO.<br>PO BOX 2347<br>TUSCALOOSA AL 35403 |
| CREDITOR ID: 1302-07<br>ENGLISH VILLAGE LLC<br>ATTN: MIKE PETERS  MANAGER MEMBER<br>2906 NORTH STATE STREET<br>JACKSON MS 39216 | CREDITOR ID: 1303-07<br>EQUITY ASSOC.<br>PO BOX 4452<br>ROCK HILL SC 29732-6452 | CREDITOR ID: 2216-07<br>EQUITY INVESTMENT GROUP<br>ONE BUCKHEAD PLAZA SUITE 1560<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305-8842 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                 **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1304-07<br>EQUITY ONE (DELTA) INC<br>%EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1305-07<br>EQUITY ONE (HUNTERS CREEK) INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2217-07<br>EQUITY ONE (HUNTER'S CREEK)INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI BEACH FL 33179 |
| CREDITOR ID: 2218-07<br>EQUITY ONE (LANTANA) INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI FL 33179 | CREDITOR ID: 1306-07<br>EQUITY ONE (LANTANA) INC.<br>PO BOX 01-9170<br>MIAMI BEACH FL 33179-9170 | CREDITOR ID: 1307-07<br>EQUITY ONE (POINTE ROYALE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 1308-07<br>EQUITY ONE (SUMMERLIN) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1309-07<br>EQUITY ONE (WEST LAKE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1310-07<br>EQUITY ONE ALPHA INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 1311-07<br>EQUITY ONE COMMONWEALTH INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2219-07<br>EQUITY ONE DELTA INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 1312-07<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 2694-07<br>EQUITY ONE MONUMENT POINTE INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH BEACH MIAMI FL 33179 | CREDITOR ID: 1313-07<br>EQUITY ONE MONUMENT POINTE INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2220-07<br>EQUITY ONE REALTY & MANAGEMENT<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 279056-99<br>ERMAN TEICHER MILLER ET AL<br>ATTN EARLE I ERMAN ESQ<br>400 GALLERIA OFFICENTRE STE 444<br>SOUTHFIELD MI 48034 | CREDITOR ID: 279472-99<br>ERNST PROPERTIES INC<br>C/O MILLING BENSON WOODWARD LLP<br>ATTN DAVID CONROY ESQ<br>909 POYDRAS ST STE 2300<br>NEW ORLEANS LA 70112-1010 | CREDITOR ID: 279471-99<br>ERNST PROPERTIES INC<br>C/O HERRICK FEINSTEIN LLP<br>ATTN PAUL RUBIN ESQ<br>2 PARK AVE<br>NEW YORK NY 10016 |
| CREDITOR ID: 2221-07<br>ERNST PROPERTIES, INC.<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW  ORLEANS LA 70130-6078 | CREDITOR ID: 2223-07<br>ESROG RALTY LLC<br>C/O DAVID GOLD ESQ.<br>480 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 | CREDITOR ID: 2224-07<br>ESSEX SQUARE INVESTING, LLC<br>PO BOX 1999<br>TUSCALOOSA AL 35403-1999 |
| CREDITOR ID: 1317-07<br>EUTIS MORTGAGE CORPORATION<br>1100 POYDRAS STREET, SUITE 2525<br>NEW ORLEANS LA 70163 | CREDITOR ID: 1318-07<br>EVANGELINE LIFE INSURANCE CO.<br>PO BOX 13098<br>NEW IBERIA LA 70562-3098 | CREDITOR ID: 2227-07<br>EXCEL REALTY PARTNERS LP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW  YORK NY 10036 |
| CREDITOR ID: 1319-07<br>EXCEL REALTY PARTNERS LP<br>ACCT# 887476<br>4536 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 1490-07<br>EYSTER, JOHN C. AND E. LEE BARRAN<br>PO BOX 1663<br>DECATUR AL 35602-1663 | CREDITOR ID: 2228-07<br>F & M DEVELOPMENTS, LTD.<br>2600 E. SOUTH BLVD., SUITE 230<br>MONTGOMERY AL 36116 |

Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1320-07<br>F R O LLC VII<br>C/O JAMES M. HASTINS, CPA<br>305 PIPING ROCK DRIVE<br>SILVER SPRINGS MD 20905 | CREDITOR ID: 279430-99<br>FAGEL HABER LLC<br>ATTN: CLINTON P HANSEN<br>55 EAST MONROE 40TH FL<br>CHICAGO IL 60603 | CREDITOR ID: 279431-99<br>FAGEL HABER LLC<br>ATTN: DENNIS E QUAID<br>55 EAST MONROE 40TH FL<br>CHICAGO IL 60603 |
| CREDITOR ID: 1321-07<br>FAIRFIELD PARTNERS LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY AL 36123-5021 | CREDITOR ID: 1322-07<br>FAIRWAY FOOD STORES<br>PO BOX B<br>JACKSONVILLE FL 32203-0297 | CREDITOR ID: 278698-99<br>FIN TECH<br>ATTN DOUG WILHELM<br>4720 W CYPRESS STREET<br>TAMPA FL 33607 |
| CREDITOR ID: 1477-07<br>FIORELLA, JACK  III<br>3800 CORPORATE WOODS DR., SUITE 100<br>BIRMINGHAM AL 35242 | CREDITOR ID: 1324-07<br>FIRST REPUBLIC CORP OF AMERICA<br>302 5TH AVENUE<br>NEW YORK NY 10001-3604 | CREDITOR ID: 1325-07<br>FIRST SECURITY BANK<br>PO BOX 510850<br>SALT LAKE CITY UT 84151-0850 |
| CREDITOR ID: 1326-07<br>FIRST SECURITY BANK NATIONAL<br>ASSOC ATTN CORP TRUST SERVICES<br>REF WINN DIXIE 1999 SPINOFF A<br>ACCT 0510922115<br>NC | CREDITOR ID: 1327-07<br>FIRST SECURITY BANK NATL ASSOC.<br>ATTN CORPORATE TRUST SERVICES<br>ACCT #0510922115<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 1330-07<br>FIRST UNION NATIONAL BANK<br>LOCKBOX SPS<br>FUND 52-0000091<br>CHARLOTTE NC 28260-0253 |
| CREDITOR ID: 1331-07<br>FIRST UNION NATL BANK<br>C/O STRUCTURED PRODUCTS SERVICING<br>PO BOX 601654<br>CHARLOTTE NC 28260-1654 | CREDITOR ID: 1332-07<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #80-5114053<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 2230-07<br>FIRST WASHINGTON MANAGEMENT<br>4350 EAST-WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 |
| CREDITOR ID: 1337-07<br>FLAG BANK<br>3475 PIEDMONT ROAD NE, SUITE 550<br>ATLANTA GA 30305 | CREDITOR ID: 2233-07<br>FLAGLER RETAIL ASSOC., LTD<br>DBA PARKH<br>C/O TERRANOVA CORP.<br>801 ARTHUR GODFREY ROAD, SUITE 600<br>MIAMI BEACH FL 33140 | CREDITOR ID: 1338-07<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>ORLANDO FL 32886-2792 |
| CREDITOR ID: 1339-07<br>FLAMINGO EAST LTD<br>C/O SAGIO DEVELOPMENT CORP.<br>PO BOX 568368<br>ORLANDO FL 32856-8368 | CREDITOR ID: 1340-07<br>FLINT CROSSING LLC<br>C/O CHASE COMMERCIAL RL EST SV<br>PO BOX 18153<br>HUNTSVILLE AL 35804 | CREDITOR ID: 278687-99<br>FLORIDA COCA-COLA<br>ATTN DICK STITELER<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>PO BOX 30000<br>ORLANDO FL 32891-0001 |
| CREDITOR ID: 2234-07<br>FLORIDA DICKENS ASSOCIATES<br>C/O PALISADES CAPITAL LTD, INC,<br>16680 CUMBRE VERDE COURT<br>PACIFIC PALISADES CA 90272 | CREDITOR ID: 1341-07<br>FLORIDA DICKENS ASSOCIATES LTD<br>PO BOX 863030<br>ORLANDO FL 32886-3030 | CREDITOR ID: 1342-07<br>FMV ASSOCIATES<br>C/O FRANK OEHLBAUM<br>300 N. SWALL DRIVE, NO 453<br>BEVERLY HILLS CA 90211 |
| CREDITOR ID: 1343-07<br>FOLMAR & ASSOCIATES<br>C/O DELTA SQUARE<br>PO BOX 16765<br>MOBILE AL 36616 | CREDITOR ID: 1344-07<br>FOLMAR & ASSOCIATES<br>C/O PARK FOREST<br>PO BOX 16765<br>MOBILE AL 36616 | CREDITOR ID: 1345-07<br>FOOTHILLS PARTNERSHIP<br>C/O W. R. MARTIN COMPANY<br>PO BOX 3305<br>GREENVILLE SC 29602-3305 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                         **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2235-07<br>FOOTHILLS PARTNERSHIP<br>PO BOX 3305<br>GREENVILLE SC 29602 | CREDITOR ID: 279405-99<br>FORTIS BENEFIST INSURANCE COMPANY<br>ATTN: CATHERINE JANIK<br>LEGAL DEPARTMENT<br>PO BOX 3050<br>MILWAUKEE WI 53201 | CREDITOR ID: 381801-99<br>FOSTER & LINDEMAN PA<br>ATTN: WILLIAM LINDEMAN<br>PO BOX 3108<br>ORLANDO FL 32802-3108 |
| CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOC LLC<br>C/O HARBOR GROUP MGMT.<br>121 EXECUTIVE CENTER DR., STE. 129<br>COLUMBIA SC 29210 | CREDITOR ID: 2236-07<br>FOUNTAIN COLUMBUS ASSOC, LLC<br>C/O HARBOR GROUP MANAGEMENT CO.<br>PO BOX 2680<br>NORFOLK VA 23501 | CREDITOR ID: 2237-07<br>FOUR FLORIDA SHOPPING CENTER LTD<br>C/O KATHIE MCCALL<br>7661 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 1347-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O REPUBLIC BANK/CASH MGMT.<br>PO BOX 33006<br>ST PETERSBURG FL 33733-8006 | CREDITOR ID: 279490-99<br>FOX ROTHSCHILD LLP<br>ATTN JOSHUA T KLEIN ESQ<br>2000 MARKET ST TENTH FLR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279509-99<br>FPL LAW DEPARTMENT<br>ATTN: RACHEL S BUDKE<br>700 UNIVERSE BLVD<br>JUNO BEACH FL 33408 |
| CREDITOR ID: 1352-07<br>FRANK W GUILFORD JR TRUSTEE<br>TRUST UNDER THE WILL OF<br>VICTORIA FASCELL<br>CORAL GABLES FL 33134 | CREDITOR ID: 279171-99<br>FRANK/GECKER LLP<br>ATTN JOSEPH D FRANK ESQ<br>325 N LASALLE ST STE 625<br>CHICAGO IL 60610 | CREDITOR ID: 278779-99<br>FRANK/GECKER LLP<br>ATTN MICAH KROHN ESQ<br>325 N LASALLE ST STE 625<br>CHICAGO IL 60610 |
| CREDITOR ID: 315658-99<br>FREDRIKSON & BYRON PA<br>ATTN: JOHN M KONECK, ESQ<br>200 SOUTH SIXTH ST, STE 4000<br>MINNEAPOLIS MN 55402-1425 | CREDITOR ID: 1353-07<br>FRO LLC VIII<br>C/O JAMES HASTINGS<br>305 PIPING ROCK DRIVE<br>SILVER SPRING MD 20905 | CREDITOR ID: 278814-99<br>FTI CONSULTING<br>ATTN: MICHAEL EISENBAND<br>3 TIMES SQUARE 11TH FL<br>NEW YORK NY 10036 |
| CREDITOR ID: 1354-07<br>FURY'S FERRY SHOPPES<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917 | CREDITOR ID: 1355-07<br>FWI 16 LLC<br>314 S. MISSOURI AVENUE, SUITE 305<br>CLEARWATER FL 33756 | CREDITOR ID: 1356-07<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE<br>CLEARWATER FL 33756 |
| CREDITOR ID: 1359-07<br>G H I OF WEST PALM BEACH LLC<br>3140 SW 118TH TERRACE<br>DAVIE FL 33325 | CREDITOR ID: 1360-07<br>GAD & ASHER REALTY LTD<br>3637 B WEST WATERS AVENUE<br>TAMPA FL 33614 | CREDITOR ID: 1361-07<br>GALILEO CMB T1 HL TX LP<br>PO BOX 74845<br>CLEVELAND OH 44194-4845 |
| CREDITOR ID: 2250-07<br>GALILEO CMBS T1 HL LLC<br>C/O CBL & MGMT, INC., SUITE 500 C<br>2030 HAMILTON PLACE BOULEVARD<br>CHATTANOOGA TN 37421 | CREDITOR ID: 1362-07<br>GALT OCEAN MARKETPLACE<br>C/O DANEBELT GROUP INC.<br>1 FINANCIAL PLAZA, SUITE 2001<br>FT LAUDERDALE FL 33394 | CREDITOR ID: 1363-07<br>GARDENS PARK PLAZA  219<br>505 S. FLAGLER DRIVE, SUITE 1010<br>WEST PALM BEACH FL 33401-5923 |
| CREDITOR ID: 2252-07<br>GARY SOLOMON & COMPANY<br>C/O W DIXIE,LLC<br>3139 NORTH LINCOLN AVENUE<br>CHICAGO IL 60657 | CREDITOR ID: 1364-07<br>GATES OF ST JOHNS LLC<br>C/O HAKIMIAN HOLDINGS INC<br>PO BOX 54332<br>JACKSONVILLE FL 32245 | CREDITOR ID: 1365-07<br>GATOR CARRIAGE PARTNERS LTD<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH FL 33162 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                 **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1366-07<br>GATOR JACARANDA LTD<br>ATTN: WILLIAM GOLDSMITH<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 1367-07<br>GATOR LINTON PARTNERS LTD<br>C/O GATOR INVESTMENTS<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 1368-07<br>GEHR DEVELOPMENT FLORIDA LLC<br>C/O SUNTRUST BANK<br>PO BOX 918983<br>ORLANDO FL 32891-8983 |
| CREDITOR ID: 1371-07<br>GENERAL ELECTRIC CAPITAL BUSIN<br>LOAN# 95-00068 ACCT # 37566<br>PO BOX 402363<br>ATLANTA GA 30384-2363 | CREDITOR ID: 279317-99<br>GENERAL MILLS INC<br>ATTN: TERRI JOHNSON<br>PO BOX 101412<br>ATLANTA GA 30392-0001 | CREDITOR ID: 278685-99<br>GENERAL MILLS, INC.<br>ATTN: TERRI JOHNSON<br>ACCT OPERATION DEVELOPMENT MGR<br>PO BOX 101412<br>ATLANTA GA 30392-0001 |
| CREDITOR ID: 1372-07<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO NC 27533 | CREDITOR ID: 1373-07<br>GENTILLY SQUARE<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917-4227 | CREDITOR ID: 1377-07<br>GEORGE CHEN FORMOSA DEVELOPERS<br>7836 W. ORLP BRONSON HIGHWAY<br>KISSIMMEE FL 34747 |
| CREDITOR ID: 278704-99<br>GEORGIA PACIFIC CORP.<br>ATTN BOB MOON, CREDIT MANAGER<br>PO BOX 102487<br>ATLANTA GA 30368-2487 | CREDITOR ID: 278716-99<br>GERBER PRODUCTS COMPANY<br>ATTN JEFF RIPPE, FINANCE MANAGER<br>445 STATE STREET<br>FREEMONT, MI 49413 | CREDITOR ID: 2247-07<br>GHI OF WEST PALM BEACH LLC<br>3140 SW 118TH TERRACE<br>DAVIE FL 33325 |
| CREDITOR ID: 279456-99<br>GIBBONS DEL DEO DOLAN ET AL<br>ATTN GERALDINE E PONTO ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5497 | CREDITOR ID: 279470-99<br>GIBBONS DEL DEO DOLAN ET AL<br>ATTN DAVID N CRAPO ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5497 | CREDITOR ID: 278700-99<br>GILLETTE COMPANY<br>ATTN MARY TRAHAN, CREDIT MANAGER<br>PO BOX 100800<br>ATLANTA, GA 30384-0800 |
| CREDITOR ID: 381866-99<br>GINNIE VAN KESTEREN PA<br>ATTN: GINNIE VAN KESTEREN<br>111 SECOND AVE NE, STE 706<br>ST PETERSBURGH FL 33701 | CREDITOR ID: 1380-07<br>GLA LLC<br>C/O RETAIL PLANNING CORPORATION<br>35 JOHNSON FERRY ROAD<br>MARIETTA GA 30067 | CREDITOR ID: 1381-07<br>GLENWOOD MIDWAY CO. LLC<br>SUITE 306<br>16740 BIRKDALE COMMONS PARKWAY<br>HUNTERSVILLE NC 28078 |
| CREDITOR ID: 2261-07<br>GLIMCHER DEVELOPMENT CORP.<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 2262-07<br>GLIMCHER PROPERTIES L.P<br>20 SOUTH THIRD STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 1382-07<br>GLIMCHER PROPERTIES LIMITED<br>C/O FIRSTSTAR BANK<br>PO BOX 641973<br>CINCINNATI OH 45264-1973 |
| CREDITOR ID: 2263-07<br>GLIMCHER PROPERTIES LIMITED PTNRSH<br>NEWBERRY SQUARE SHOPPING CENTER<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 1383-07<br>GLYNN ENTERPRISES LLC<br>C/O ZIFF PROPERTIES INC.<br>PO BOX 751554<br>CHARLOTTE NC 28275-1554 | CREDITOR ID: 278694-99<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN CRAIG STARGARDT,<br>CREDIT MANAGER<br>PO BOX 75604<br>CHARLOTTE, NC 28275-5604 |
| CREDITOR ID: 1384-07<br>GOODINGS SUPERMARKETS INC.<br>PO BOX 691329<br>ORLANDO FL 32869-1329 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA LL<br>ATTN:  LYNN KIRK MGMT.<br>24 E. COTA STREET<br>SANTA BARBARA CA 93101 | CREDITOR ID: 278693-99<br>GOURMET AWARD FOODS MID ATLANTIC<br>ATTN MARK KELLUM,<br>NATIONAL ACCOUNT MANAGER<br>4055 DEERPARK BOULEVARD<br>ELKTON, FL 32033 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                      **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1387-07<br>GRAHAM AND COMPANY<br>2200 WOODCREST PLACE, SUITE 210<br>BIRMINGHAM AL 35209 | CREDITOR ID: 2267-07<br>GRANADA VILLAGE, LTD<br>ATTN: CRAIG PHELAN<br>PO BOX 698<br>KETCHUM ID 83340 | CREDITOR ID: 2268-07<br>GRAVLEE DEVELOPMENT<br>204 SOUTH TEMPLE AVE.<br>FAYETTE AL 35555-2714 |
| CREDITOR ID: 1388-07<br>GRAY - WHITE LLC<br>C/O THE LAFAYETTE LIFE INS. CO.<br>ATTN: MORTGAGE LOAN #8091<br>LAFAYETTE IN 47903 | CREDITOR ID: 1389-07<br>GRE CORALWOOD LP<br>C/O STILES PROPERTY MANAGEMENT<br>300 SE 2ND STREET<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 1390-07<br>GRE PROPERTIES L L C<br>ATTN: NORMA JEANE G. RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT AL 36527 |
| CREDITOR ID: 2269-07<br>GREAT HALL REALTY, LLC<br>1125 S. 103RD ST., SUITE 450<br>OMAHA NE 68124-6019 | CREDITOR ID: 1391-07<br>GREAT OAK LLC<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD. W<br>JACKSONVILLE FL 32217 | CREDITOR ID: 1392-07<br>GREAT SOUTH MGMT LLC<br>MSC# 410577<br>PO BOX 4105000<br>NASHVILLE TN 37241-5000 |
| CREDITOR ID: 278981-99<br>GREENBERG TRAURIG LLP<br>ATTN RICHARD S MILLER ESQ<br>200 PARK AVE<br>NEW YORK NY 10166 | CREDITOR ID: 278982-99<br>GREENBERG TRAURIG PA<br>ATTN MARK D BLOOM ESQ<br>1221 BRICKELL AVE<br>MIAMI FL 33131 | CREDITOR ID: 2270-07<br>GREENGOLD CO LLC<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 |
| CREDITOR ID: 1393-07<br>GREENVILLE ASSOCIATES<br>C/O STEPHEN C LEVERTON<br>PO BOX 1263<br>BEAUFORT SC 29901-1263 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O J. P. METZ CO. INC.<br>1990 M STREET, NW, SUITE 650<br>WASHINGTON DC 20036 | CREDITOR ID: 1396-07<br>GREENWOOD COMMONS ASSOC<br>C/O COMMERCIAL PROPERTIES INC<br>1648-F N MARKET DRIVE<br>RALEIGH NC 27609 |
| CREDITOR ID: 1397-07<br>GREER PLAZA INC.<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI FL 33161 | CREDITOR ID: 2272-07<br>GRUBB & ELLIS MGT SERVICES, INC.<br>3030 N. ROCKY POINT DRIVE, STE. 560<br>TAMPA FL 33607 | CREDITOR ID: 279113-99<br>GRUENEBERG LAW GROUP LLC<br>ATTN RUDI R GRUENEBERG ESQ<br>704 E MAIN ST BLDG E<br>MOORESTOWN NJ 08057 |
| CREDITOR ID: 1398-07<br>GS II BROOK HIGHLAND LLC<br>DEPT 554000554001<br>PO BOX 73153<br>CLEVELAND OH 44193 | CREDITOR ID: 1399-07<br>GS II JACKSONVILLE REGIONAL LL<br>PO BOX 73153<br>CLEVELAND OH 44193 | CREDITOR ID: 2243-07<br>GUILFORD, FRANK W. JR.<br>PENTHOUSE SUITE<br>2222 PONCE DE LEON BLVD.<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 1400-07<br>GULF COAST PROPERTIES<br>PO BOX 24087<br>NEW ORLEANS LA 70184-4087 | CREDITOR ID: 2274-07<br>GULF VIEW PARTNERSHIP<br>777 ARTHUR GODFREY ROAD<br>MIAMI BEACH FL 33140 | CREDITOR ID: 1401-07<br>GULFPORT PLAZA CENTER INC<br>10341 BARRY DRIVE<br>LARGO FL 33774 |
| CREDITOR ID: 2276-07<br>GUMBERG ASSET MGMT CORP.<br>REF: PROMENADE SHOPS<br>3200 N. FEDERAL HIGHWAY<br>FORT LAUDERDALE FL 33306-1064 | CREDITOR ID: 1404-07<br>H R ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH FL 33480 | CREDITOR ID: 2279-07<br>H. GEORGE CARRISON TRUST A&C1 V/W<br>C/O J.C. BOCKEL & N.C. CARRISO<br>2997 MARGARET MITCHELL COURT., NW<br>ATLANTA GA 30327 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 2282-07
H.P.M. LTD PARTERSHIP
ATTN: JACK O'ROURKE
3618 MATTHEWS-MINT HILL ROAD
MATTHEWS NC 28105

CREDITOR ID: 1406-07
HADDCO PROPERTIES LTD PARTNERS
C/O ATLANTIC COMMERCIAL PROPER
8761 PERIMETER PARK BLVD.
JACKSONVILLE FL 32216

CREDITOR ID: 1407-07
HALL PROPERTIES
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 2285-07
HALL PROPERTIES, INC.
4928 ARAPALDOE AVENUE
JACKSONVILLE FL 32210

CREDITOR ID: 2013-07
HALL, WILLIAM H
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 1409-07
HALPERN ENTERPRISES
5269 BUFORD HIGHWAY
ATLANTA GA 30340

CREDITOR ID: 279423-99
HAMILTON BEACH/PROCTOR SILEX INC
ATTN: WILLIAM RAY
4421 WATERFRONT DR
GLEN ALLEN VA 23060

CREDITOR ID: 2287-07
HAMILTON ROAD LTD. PARTNERSHIP
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 1411-07
HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
DALLAS TX 75206

CREDITOR ID: 1412-07
HAMMERDALE INC.
C/O R. ALEX SMITH
PO DRAWER 3308
MERIDIAN MS 39303

CREDITOR ID: 2288-07
HAMMOND TARLETON PROPERTIES
PO BOX 6102
GREENVILLE SC 29606-6102

CREDITOR ID: 1413-07
HAMMONTON PARTNERS
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 381844-99
HANCE SCARBOROUGH WRIGHT ET AL
ATTN: ASHLEY ELLIS
6000 SIGNATURE PLACE
14755 PRESTON ROAD
DALLAS TX 75254

CREDITOR ID: 381843-99
HANCE SCARBOROUGH WRIGHT ET AL
ATTN: FRANK WRIGHT
6000 SIGNATURE PLACE
14755 PRESTON ROAD
DALLAS TX 75254

CREDITOR ID: 2291-07
HARTWELL PARTNERSHIP
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 1416-07
HASCO PROPERTIES
PO BOX 681
MC COMB MS 39648-0681

CREDITOR ID: 2294-07
HAYDAY INC
PO BOX 350940
MIAMI FL 33135-0940

CREDITOR ID: 1418-07
HAYDEL REALTY COMPANY INC.
PO BOX 26194
NEW ORLEANS LA 70186-6194

CREDITOR ID: 279502-99
HAYNES AND BOONE LLP
ATTN: MARK ELMORE
901 MAIN ST, STE 3100
DALLAS TX 75202-3789

CREDITOR ID: 279500-99
HAYNES AND BOONE LLP
ATTN: JUDITH ELKIN
399 PARK AVENUE
NEW YORK NY 10002-4614

CREDITOR ID: 278993-99
HAYNES AND BOONE, LLP
ATTN: STACEY JERNIGAN
901 MAIN STREET, SUITE 3100
DALLAS TX 75202

CREDITOR ID: 2296-07
HAZEL PARK ASSOCIATES
C/O I. REISS & SON
200 EAST 61 STREET, STE 29F
NEW YORK NY 10021

CREDITOR ID: 2297-07
HEALTH FACILITIES CREDIT CORP
5750 RUFE SNOW DR #130
RICHLAND HILLS TX 76180

CREDITOR ID: 1419-07
HEATHROW SQUARE LLC
ATTN: LEIGH RUSHING
12121 WILSHIRE BLVD #512
LOS ANGELES CA 90025

CREDITOR ID: 2298-07
HECHT PROPERTIES LTD
C/O SIDNEY LEFCOURT
2100 PONCE DE LEON BLVD., SUITE 8
CORAL GABLES FL 33134-5200

CREDITOR ID: 279174-99
HELD & ISRAEL
ATTN EDWIN W HELD JR ESQ
1301 RIVERPLACE BLVD STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1420-07
HELENA MARKETPLACE LLC
SUITE 102
III RIVERCHASE OFFICE PLAZA
BIRMINGHAM AL 35244

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1421-07<br>HENDERSON CORPORATION<br>PO BOX 150<br>WINTER PARK FL 32790 | CREDITOR ID: 2338-07<br>HENLEY, JOHN T. ET AL<br>3736 SOUTH MAIN STREET<br>HOPE MILLS NC 28348 | CREDITOR ID: 1423-07<br>HERITAGE COMMUNITY BANK<br>19540 VALDOSTA HIGHWAY<br>VALDOSTA GA 31602 |
| CREDITOR ID: 1424-07<br>HERITAGE CROSSING ASSOCIATES<br>PO BOX 18706<br>RALEIGH NC 27619-8706 | CREDITOR ID: 1425-07<br>HERITAGE PROP INVESTMENT LTD P<br>GROUP #37 - #03721781<br>PO BOX 3165<br>BOSTON MA 02241-3165 | CREDITOR ID: 2301-07<br>HERITAGE PROP. INVEST. LIMITED PAR<br>C/O HERITAGE REALTY MANAGEMENT<br>131 DARTMOUTH STREET<br>BOSTON MA 02116-5134 |
| CREDITOR ID: 1426-07<br>HERITAGE SPE LLC<br>GROUP #60<br>PO BOX 5-497<br>WOBURN MA 01815 | CREDITOR ID: 1428-07<br>HERMAN MAISEL & CO INC<br>PO BOX 7481<br>MOBILE AL 36670 | CREDITOR ID: 279414-99<br>HERRICK FEINSTEIN LLP<br>ATTN: PAUL RUBIN<br>2 PARK AVENUE<br>NEW YORK NY 10016 |
| CREDITOR ID: 1429-07<br>HIALEAH FEE COMMONS LTD<br>1800 SUNSET HARBOUR DRIVE, STE. 2<br>MIAMI BEACH FL 33139 | CREDITOR ID: 1430-07<br>HIALEAH PROMENADE LIMITED PART<br>C/O STERLING CENTRE CORP MGT SERV<br>1 N. CLEMATIS STREET<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 279440-99<br>HIERSCHE HAYWARD DRAKELEY & URBACH<br>ATTN: KRISTA P BATES<br>15303 DALLAS PKWY, STE 700<br>ADDISON TX 75001 |
| CREDITOR ID: 279438-99<br>HIERSCHE HAYWARD DRAKELEY & URBACH<br>ATTN: RUSSELL W MILLS<br>15303 DALLAS PKWY, STE 700<br>ADDISON TX 75001 | CREDITOR ID: 1431-07<br>HIGHLAND ASSOCIATES LP<br>ATTN: T. J. O'NEIL<br>1900 THE EXCHANGE, SUITE 180<br>ATLANTA GA 30339 | CREDITOR ID: 2303-07<br>HIGHLAND COMMONS BOONE LLC<br>ASTON PROPERTIES INC.<br>6525 MORRISON BLVD., SUITE 300<br>CHARLOTTE NC 28211 |
| CREDITOR ID: 1432-07<br>HIGHLAND COMMONS BOONE LLC<br>PO BOX 601084<br>CHARLOTTE NC 28260-1084 | CREDITOR ID: 1433-07<br>HIGHLAND LAKES ASSOCIATES<br>PO BOX 643342<br>PITTSBURGH PA 15264-3342 | CREDITOR ID: 1434-07<br>HIGHLAND SQ SHOP CENTER<br>C/O THE SEMBLER COMPANY<br>PO BOX 409824<br>ATLANTA GA 30384-9824 |
| CREDITOR ID: 1435-07<br>HILDEBRAN ASSOCIATES<br>C/O RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PARK, SUITE 2<br>CHARLOTTE NC 28226 | CREDITOR ID: 1436-07<br>HILLCREST SHOPPING CENTER<br>C/O CURSOR PROPERTIES RENT ACC<br>PO BOX 26785<br>NEW  YORK NY 10087-6785 | CREDITOR ID: 2304-07<br>HILLCREST SHOPPING CENTRE INC.<br>130 BLOOR STREET W., SUITE 1200<br>TORONTO ON M5S1N5<br>CANADA |
| CREDITOR ID: 1437-07<br>HILLSBORO-LYONS INVESTORS LTD<br>C/O MENIN DEVELOPMENT CO. INC.<br>3501 PGA BLVD.<br>PALM BEACH FL 33410 | CREDITOR ID: 1438-07<br>HILYARD MANOR ASSOCIATES LLP<br>C/O AARON J. EDELSTEIN<br>36 ISLAND AVENUE, SUITE #56<br>MIAMI BEACH FL 33139 | CREDITOR ID: 1439-07<br>HOBE SOUND S C COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE TN 37939 |
| CREDITOR ID: 279014-99<br>HOGAN & HARTSON LLP<br>ATTN IRA S GREEN ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | CREDITOR ID: 1440-07<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON GA 30126-0663 | CREDITOR ID: 1441-07<br>HOMESTEAD PLAZA<br>4725 SW 8TH STREET<br>MIAMI FL 33134 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS GA 30606-1232 | CREDITOR ID: 1443-07<br>HOMOSASSA ASSOC<br>6700 NW BROKEN SOUND PKWY, STE. 201<br>BOCA RATON FL 33487 | CREDITOR ID: 279436-99<br>HOROWITZ, RONALD<br>14 TINDALL ROAD<br>TINDALL PROFESSIONAL PLAZA<br>MIDDLETOWN NJ 07748 |
| CREDITOR ID: 2308-07<br>HORTON PROPERTIES LLC<br>19 W. HARGETT STREET #512<br>RALEIGH NC 27601 | CREDITOR ID: 2309-07<br>HOUSTON CENTRE, LLC<br>C/O SCOTT MARCUM<br>PO BOX 1382<br>DOTHAN AL 36302 | CREDITOR ID: 279177-99<br>HOWARD SOLOCHEK & WEBER SC<br>ATTN BRYAN M BECKER ESQ<br>324 E WISCONSIN AVE STE 1100<br>MILWAUKEE WI 53202 |
| CREDITOR ID: 1445-07<br>HOWELL MILL VLGE SHPG CT<br>C/O MCW - RC GA HOWELL MILL VI<br>PO BOX 534247<br>ATLANTA GA 30353-4247 | CREDITOR ID: 1446-07<br>HPC WADE GREEN LLC<br>3838 OAK LAWN, SUITE 810<br>DALLAS TX 75219 | CREDITOR ID: 2278-07<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH FL 33480 |
| CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC.<br>10912 N. 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 381842-99<br>HUGHES & LUCE<br>ATTN: SABRINA STREUSAND<br>111 CONGRESS AVE, STE 900<br>AUSTIN TX 78701 | CREDITOR ID: 279424-99<br>HUNTON & WILLIAMS LLP<br>ATTN: CRAIG V RASILE<br>1111 BRICKELL AVE STE 2500<br>MIAMI FL 33131 |
| CREDITOR ID: 1448-07<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI FL 33137 | CREDITOR ID: 1405-07<br>HV MCCOY & COMPANY INC<br>R/F HIGH POINT MALL INC<br>PO BOX 20847<br>GREENSBORO NC 27420-0847 | CREDITOR ID: 1134-07<br>HYDER, BOYD L.<br>314 HYDER STREET<br>HENDERSONVILLE NC 28792-2732 |
| CREDITOR ID: 279048-99<br>ICE MILLER<br>ATTN HENRY A EFROYMSON ESQ<br>ONE AMERICAN SQ BOX 82001<br>INDIANAPOLIS IN 46282-0002 | CREDITOR ID: 279049-99<br>ICE MILLER<br>ATTN MARK A BOGDANOWICZ ESQ<br>ONE AMERICAN SQ BOX 82001<br>INDIANAPOLIS IN 46282-0002 | CREDITOR ID: 1452-07<br>ICOS LLC<br>ELIO OR ALEX MADDALOZZO<br>740 HARBOR DRIVE<br>KEY BISCAYNE FL 33149 |
| CREDITOR ID: 1453-07<br>III T WEST LLC MARCO ISLAND MA<br>C/O DBR ASSET MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE FL 33394 | CREDITOR ID: 1454-07<br>IMPERIAL CHRISTINA SHOPPING CT<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE, STE. 305<br>CLEARWATER FL 33756 | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP.<br>1420 COURT STREET<br>CLEARWATER FL 33756 |
| CREDITOR ID: 1456-07<br>INDIAN CREEK CROSSING E&A LLC<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1457-07<br>INDIAN VILLAGE GROUP INC.<br>ATTN: DAVID SHIN<br>PO BOX 921686<br>NORCROSS GA 30092 | CREDITOR ID: 1461-07<br>INDRIO CROSSINGS INC<br>806 EAST 25TH STREET<br>SANFORD FL 32771 |
| CREDITOR ID: 381799-99<br>INLAND REAL ESTATE GROUP, THE<br>ATTN: BERT K BITTOURNA<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 2317-07<br>INLAND SOUTHEAST PROP MGMT CORP<br>5502 LAKE HOWELL ROAD<br>WINTER PARK FL 32792 | CREDITOR ID: 1462-07<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA FL 33631-3005 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1464-07<br>INTERCHANGE ASSOCIATES INC<br>190 SOUTH SYKES CREEK PKWY., STE. 4<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 274941-99<br>INTERNAL REVENUE SERVICE<br>DISTRICT DIRECTOR<br>290 BROADWAY 7TH FLOOR<br>NEW YORK NY 10007-1867 | CREDITOR ID: 1465-07<br>INTERWEST CAPITAL CORPORATION<br>ATTN: SHILOH HALL, ASST. V.P.<br>8910 UNIVERSITY CENTER LANE<br>SAN DIEGO CA 92122 |
| CREDITOR ID: 1466-07<br>INTRACOASTAL MALL LLC<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD., SUITE 450<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 1468-07<br>IPF HEIGHTS LIMITED PARTNERSHIP<br>C/O INFINITY PROPERTY MGMT COR<br>PACES WEST BUILDING ONE<br>ATLANTA GA 30339 | CREDITOR ID: 1469-07<br>IPF/CAPITAL LIMITED PARTNERSHIP<br>C/O INFINITY PROPERTY MGMT. CORP.<br>2727 PACES FERRY ROAD, SUITE 1<br>ATLANTA GA 30339 |
| CREDITOR ID: 1470-07<br>IRT PARTNERS LP<br>PO BOX 101384<br>ATLANTA GA 30392-1384 | CREDITOR ID: 2319-07<br>IRT PARTNERS LP<br>C/O IRT PROPERTY COMPANY<br>1696 N. E. MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 1471-07<br>IRT PARTNERS LP EQUITY ONE REA<br>PO BOX 01-9170<br>MIAMI  FL 33101-9170 |
| CREDITOR ID: 2321-07<br>IRT PARTNERS, LP<br>EQUITY ONE REALTY, & MGMT. FL.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 1472-07<br>IRT PROPERTY COMPANY<br>PO BOX 945793<br>ATLANTA GA 30394-5793 | CREDITOR ID: 2322-07<br>IRT PROPERTY COMPANY<br>1051 MILLERVILLE ROAD<br>BATON ROUGE LA 70816 |
| CREDITOR ID: 1473-07<br>ISLAND PLAZA LLC<br>1000 VENETIAN WAY, SUITE 810<br>MIAMI FL 33139 | CREDITOR ID: 2324-07<br>ISRAM REALTY & MANAGEMENT, INC.<br>ATTN: MS. SIONA HAYOUN<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE FL 33009 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>PO BOX 211<br>SPARTANBURG SC 29304 |
| CREDITOR ID: 1476-07<br>J B LEVERT LAND CO INC<br>PO BOX 518<br>METAIRE LA 70004-0518 | CREDITOR ID: 1478-07<br>JAMERSON INVESTMENTS<br>2517-B EAST COLONIAL DRIVE<br>ORLANDO FL 32803-3359 | CREDITOR ID: 2326-07<br>JB LEVERT LAND CO INC<br>PO BOX 518<br>METAIRE LA 70004-0518 |
| CREDITOR ID: 2333-07<br>JEFFERSON-PILOT LIFE INS. CO.<br>ATTN: MIKE SOLOMON<br>PO BOX 20407<br>GREENSBORO NC 27420 | CREDITOR ID: 1485-07<br>JEM INVESTMENTS LTD<br>600 MADISON AVENUE<br>TAMPA FL 33602-4039 | CREDITOR ID: 279063-99<br>JENKENS & GILCHRIST PC<br>ATTN MICHAEL S HELD ESQ<br>1445 ROSS AVE STE 3200<br>DALLAS TX 75202-2799 |
| CREDITOR ID: 1487-07<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON<br>262 FELLS ROAD<br>ESSEX FELLS NJ 07021 | CREDITOR ID: 1488-07<br>JNB COMPANY OF VIRGINIA LLC<br>C/O ATLANTIC DEVELOPMENT & ACQUIS<br>6912 THREE CHOPT ROAD<br>RICHMOND VA 23226 | CREDITOR ID: 278708-99<br>JOHNSON & JOHNSON<br>ATTN JOHN WERNICKI,<br>NATIONAL SALES DIRECTOR<br>PO BOX 751059<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 279428-99<br>JOHNSON HEARN VINEGAR ET AL<br>ATTN: JEAN WINBORNE BOYLES<br>PO BOX 1776<br>RALEIGH NC 27602 | CREDITOR ID: 279501-99<br>JOHNSON, RUSSELL R<br>3734 BYFIELD PLACE<br>RICHMOND VA 23233 | CREDITOR ID: 1494-07<br>JUPITER PALM ASSOC.<br>7000 W. PALMETTO PARK RD., STE. 203<br>BOCA RATON FL 33433 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1495-07<br>JWV (LA) LLC<br>DBA SUNSHINE SQUARE<br>C/O JW PROPERTIES INC.<br>PO BOX 16146<br>MOBILE AL 36616-0146 | CREDITOR ID: 1496-07<br>K B PROPERTIES INC.<br>PO BOX 4899<br>PINEHURST NC 28374 | CREDITOR ID: 2342-07<br>K G B ASSOCIATES #2<br>C/O BEVERLY CARMEL RETIREMENT<br>8757 BURTON WAY<br>LOS  ANGELES CA 90048 |
| CREDITOR ID: 2343-07<br>KAMIN REALTY, LLC<br>440 WEST STREET, 2ND FLOOR<br>FORT  LEE NJ 07024 | CREDITOR ID: 2176-07<br>KAMIN, DANIEL G.<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 2174-07<br>KAMIN, DANIEL G.<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 |
| CREDITOR ID: 1246-07<br>KAMIN, DANIEL G.<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 | CREDITOR ID: 1245-07<br>KAMIN, DANIEL G.<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 | CREDITOR ID: 279116-99<br>KANTROW SPAHT WEAVER & BLITZER<br>ATTN DAVID S RUBIN<br>445 N BOULEVARD STE 300<br>PO BOX 2997<br>BATON ROUGE LA 70821-2997 |
| CREDITOR ID: 315663-99<br>KAPLAN AND FREEDMAN PA<br>ATTN: MATHEW E KAPLAN, ESQ<br>9410 SOUTHWEST 77TH AVE<br>MIAMI FL 33156-7903 | CREDITOR ID: 315659-99<br>KASS SHULER SOLOMON ET AL<br>ATTN: LARRY FOYLE<br>1505 N FLORIDA AVE<br>PO BOX 800<br>TAMPA FL 33601 | CREDITOR ID: 278987-99<br>KATTEN MUCHIN ZAVIS ROSENMAN<br>ATTN DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012 |
| CREDITOR ID: 278986-99<br>KATTEN MUCHIN ZAVIS ROSENMAN<br>ATTN THOMAS J LEANSE<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012 | CREDITOR ID: 381850-99<br>KAUFMAN & CANOLES<br>ATTN: PAUL CAMPSEN<br>150 WEST MAIN ST<br>PO BOX 3037<br>NORFOLK VA 23514 | CREDITOR ID: 278838-99<br>KAYE SCHOLER LLP<br>ATTN KEITH MURPHY ESQ<br>425 PARK AVENUE<br>NEW YORK NY 10022-3598 |
| CREDITOR ID: 278837-99<br>KAYE SCHOLER LLP<br>ATTN RICHARD SMOLEV  ESQ<br>425 PARK AVENUE<br>NEW YORK NY 10022-3598 | CREDITOR ID: 2341-07<br>KB PROPERTIES INC<br>PO BOX 4899<br>PINEHURST NC 28374 | CREDITOR ID: 278695-99<br>KEEBLER COMPANY<br>ATTN DAN GILROY<br>PO BOX 73451<br>CHICAGO, IL 60673-7451 |
| CREDITOR ID: 381858-99<br>KELIEN & SOLOMON LLP<br>ATTN: SOLOMON J JSAKIEL<br>275 MADISON AVE, 11TH FLR<br>NEW YORK NY 10016 | CREDITOR ID: 278776-99<br>KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 278775-99<br>KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S CARR<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 278707-99<br>KELLOGG SALES COMPANY<br>ATTN JUAN MOSPEK, CREDIT MANAGER<br>PO BOX 905193<br>CHARLOTTE, NC 28290-9051 | CREDITOR ID: 2240-07<br>KEMPNER, FRANCINE TRAGER<br>4158 ALHAMBRA DRIVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 381867-99<br>KENNEDY COVINGTON LOBDELL ET AL<br>ATTN: MARGARET WESTBROOK<br>TWO HANOVER SQUARE, STE 1900<br>434 LAFAYETTE STREET MALL<br>PO BOX 1070<br>RALEIGH NC 27602-1070 |
| CREDITOR ID: 1499-07<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA GA 30325 | CREDITOR ID: 2345-07<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA GA 30325 | CREDITOR ID: 1500-07<br>KERBBY PARTNERSHIP<br>C/O HOBBY PROPERTIES<br>4312 LEAD MINE RD<br>RALEIGH NC 27612 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2346-07<br>KHSC LTD<br>C/O BEER WELLS REAL ESTATE SER<br>11311 N. CENTRAL EXPRESSWAY ST<br>DALLAS TX 75243 | CREDITOR ID: 1501-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE AL 35631 | CREDITOR ID: 2347-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE AL 35631 |
| CREDITOR ID: 381841-99<br>KILPATRICK STOCKTON LLP<br>ATTN: TODD C MEYERS<br>1100 PEACHTREE ST, NE, STE 2800<br>ATLANTA GA 30309-4530 | CREDITOR ID: 278689-99<br>KIMBERLY CLARK<br>ATTN TED C. BANKER, SR.<br>CREDIT MANAGER<br>PO BOX 915003<br>DALLAS, TX 75391-5003 | CREDITOR ID: 1502-07<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>NEW HYDE PARK NY 11042-0020 |
| CREDITOR ID: 2348-07<br>KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK RD. STE 100<br>P.O. BOX 5020<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 1503-07<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 279305-99<br>KING & SPALDING<br>ATTN: SARAH ROBINSON BORDERS<br>191 PEACHTREE STREET<br>ATLANTA GA 30303 |
| CREDITOR ID: 1505-07<br>KIR AUGUSTA 1 044 LLC<br>PO BOX 5020<br>3333 NEW HYDE PARK RD<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 1507-07<br>KIRK MERAUX WINN-DIXIE LLC<br>24E COTA STREET, SUITE 100<br>SANTA  BARBARA CA 93101 | CREDITOR ID: 2350-07<br>KITE COMPANIES<br>MR. DAVE LEE, DIR. OF ASSET MG<br>30 S MERIDIAN ST.<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 1508-07<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO FL 32886-3312 | CREDITOR ID: 2351-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH FL 32176 | CREDITOR ID: 1509-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH FL 32176 |
| CREDITOR ID: 279195-99<br>KLEHR HARRISON HARVEY ET AL<br>ATTN CAROLYN HOCHSTADTER DICKER ESQ<br>260 S BROAD ST 4TH FLR<br>PHILADELPHIA PA 19102 | CREDITOR ID: 381846-99<br>KLEHR HARRISON HARVEY ET AL<br>ATTN: CAROL ANN SLOCUM<br>475 HADDONFIELD R, STE 510<br>CHERRY HILL NJ 08002 | CREDITOR ID: 279194-99<br>KLEHR HARRISON HARVEY ET AL<br>ATTN MORTON R BRANZBURG ESQ<br>260 S BROAD ST 5TH FLR<br>PHILADELPHIA PA 19102 |
| CREDITOR ID: 315678-99<br>KLEINPETER FARMS DAIRY LLC<br>C/O SCHANEVILLE & BARINGER<br>ATTN: DALE R BARINGER<br>918 GOVERNMENT STREET<br>BATON ROUGE LA 70802 | CREDITOR ID: 2352-07<br>KMART<br>REAL ESTATE DEPARTMENT<br>3100 WEST BIG BEAVER RD<br>TROY MI 48184 | CREDITOR ID: 1510-07<br>KMART CORPORTION<br>12664 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-7019 |
| CREDITOR ID: 1511-07<br>KNIGHTDALE CROSSING LLC<br>C/O MARK PROPERTIES INC MGMT<br>26 PARK PLACE WEST<br>MORRISTOWN NJ 07960 | CREDITOR ID: 2353-07<br>KONOVER PROPERTY TRUST, INC.<br>%KIMCO REALTY CORPORATION<br>PO BOX 5020 3333 NEW HYDE PARK<br>NEW  HYDE  PARK NY 11042-0020 | CREDITOR ID: 1385-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 |
| CREDITOR ID: 2265-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 | CREDITOR ID: 381838-99<br>KOZYAK TROPIN & THROCKMORTON PA<br>ATTN: LAUREL ISICOFF<br>2525 PONCE DE LEON, 9TH FL<br>CORAL GABLES FL 33134 | CREDITOR ID: 381832-99<br>KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN KOZYAK, LAUREL ISICOFF<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 278681-99<br>KRAFT (KRAFT FOODS, KRAFT PIZZA,<br>NABISCO)<br>ATTN SANDRA SCHIRMANG<br>DIRECTOR OF CREDIT<br>22541 NETWORK PLACE<br>CHICAGO IL 60673-1225 | CREDITOR ID: 2356-07<br>KRAVITZ FAMILY TRUST<br>2796 CASIANO ROAD<br>LOS ANGELES CA 90077-1524 | CREDITOR ID: 1516-07<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| CREDITOR ID: 2357-07<br>KRG WATERFORD LAKES, LLCIV, LP<br>ATTN:DIRECTOR OF ASSET MANAGEM<br>30 S MERIDIAN, STE 1100<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 279492-99<br>KUPELIAN ORMOND & MAGY PC<br>ATTN TERRANCE A HILLER JR ESQ<br>25800 NORTHWESTERN HWY STE 950<br>SOUTHFIELD MI 48075 | CREDITOR ID: 279491-99<br>KUPELIAN ORMOND & MAGY PC<br>ATTN PAUL S MAGY ESQ<br>25800 NORTHWESTERN HWY STE 950<br>SOUTHFIELD MI 48075 |
| CREDITOR ID: 279493-99<br>KUPELIAN ORMOND & MAGY PC<br>ATTN MATTHEW E THOMPSON ESQ<br>25800 NORTHWESTERN HWY STE 950<br>SOUTHFIELD MI 48075 | CREDITOR ID: 1521-07<br>L W SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA SC 29223 | CREDITOR ID: 2360-07<br>L.R.S. COMPANY<br>903 UNIVERSITY BLVD., N.<br>JACKSONVILLE FL 32211-5527 |
| CREDITOR ID: 2336-07<br>LA GATTA, JOHN H.O.<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 | CREDITOR ID: 2361-07<br>LA GRANGE MARKETPLACE<br>% REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1522-07<br>LA PETITE ROCHE CENTER GENERAL<br>C/O DOYLE ROGERS COMPANY<br>PO DRAWER A<br>BATESVILLE AR 72503 |
| CREDITOR ID: 2362-07<br>LA PETITE ROCHE GEN PTNRSHP<br>111 CENTER STREET SUITE 1510<br>LITTLE ROCK AR 72201 | CREDITOR ID: 1523-07<br>LAFAYETTE LIFE INSURANCE CO<br>PO BOX 7007<br>MORTGAGE LOAN 8124<br>LAFAYETTE IN 47903 | CREDITOR ID: 2337-07<br>LAGATTA, JOHN<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 |
| CREDITOR ID: 1524-07<br>LAGRANGE MARKETPLACE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1036 | CREDITOR ID: 2363-07<br>LAKE JACKSON TRADNG POST<br>151 SAWGRASS CORNERS DR  STE 2<br>PONTE VEDRA BEACH FL 32082-1929 | CREDITOR ID: 1525-07<br>LAKE JACKSON TRADNG POST<br>151 SAWGRASS CORNERS DR  STE 2<br>PONTE VEDRA BEACH FL 32082-1929 |
| CREDITOR ID: 1526-07<br>LAKE MARY LIMITED PARTNERSHIP<br>C/O EQUITY INVESTMENT GROUP<br>111 EAST WAYNE STREET STE 500<br>FORT WAYNE IN 46802 | CREDITOR ID: 1527-07<br>LAKE SUN PROPERTIES LTD<br>55 E MONROE, STE 1890<br>CHICAGO IL 60603-2390 | CREDITOR ID: 2364-07<br>LAKELAND ASSOCIATES, L.P.<br>314 S MISSOURI AVE  STE 305<br>CLEARWATER FL 33756 |
| CREDITOR ID: 1528-07<br>LAKELAND PARTNERS<br>C/O BRANDYWINE GROUP INC<br>PO BOX 999<br>CHADDS FORD PA 19317-0999 | CREDITOR ID: 1531-07<br>LAND DADE INC<br>4 MARINA ISLES BLVD<br>STE 302<br>INDIAN HARBOUR BEACH FL 32937 | CREDITOR ID: 1532-07<br>LANDING STATION<br>C/O E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1533-07<br>LANDSOUTH PARTNERS<br>5001 N KINGS HIGHWAY, STE 203<br>MYRTLE BEACH SC 29577 | CREDITOR ID: 2366-07<br>LANGDALE TIRE CO<br>LONGLEAF PROPERTY MANAGEMENT<br>P.O. BOX 1088<br>VALDOSTA GA 31603 | CREDITOR ID: 1534-07<br>LANGDALE TIRE CO<br>ATTN LOUIS CASSOTA<br>PO BOX 1088<br>VALDOSTA GA 31603-1361 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (RDD)**

CREDITOR ID: 1535-07
LANGSTON PLACE
C/O LANGSTON REAL ESTATE
PO BOX 125
HONEA  PATH SC 29654-0125

CREDITOR ID: 2367-07
LANGSTON PLACE
C/O LANGSTON REAL ESTATE
P.O. BOX 'A'
HONEA  PATH SC 29654

CREDITOR ID: 2368-07
LAPALCO VILLAGE SHOP CEN
7809 AIRLINE HWY SU 309
METAIRIE LA 70003

CREDITOR ID: 1536-07
LAPALCO VILLAGE SHOP CEN
7809 AIRLINE HWY SU 309
METAIRIE LA 70003

CREDITOR ID: 1537-07
LARAMIE RIVER BAY LIMITED PART
PO BOX 6006
RIVER BAY PLAZA
HICKSVILLE NY 11802-6006

CREDITOR ID: 1539-07
LASALA PINEBROOK ASSOCIATES LP
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 2371-07
LASSITER PROPERTIES
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW GA 30260

CREDITOR ID: 279201-99
LATHROP & GAGE LC
ATTN STEPHEN B SUTTON ESQ
2345 GRAND BLVD STE 2800
KANSAS CITY MO 64108

CREDITOR ID: 2372-07
LAUDERHILL MALL
1267 NW 40TH AVE
LAUDERHILL FL 33313

CREDITOR ID: 1541-07
LAUDERHILL MALL
1267 N W 40TH AVE
LAUDERHILL FL 33313

CREDITOR ID: 279190-99
LAW OFFICES OF AVRUM J ROSEN
ATTN AVRUM J ROSEN ESQ
38 NEW STREET
HUNTINGTON NY 11743

CREDITOR ID: 1543-07
LAWRENCE M HEARD
C/O ARIANA ASSOCIATES
3904 HALL OAK COURT
VALRICO FL 33594

CREDITOR ID: 1544-07
LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY NC 28147

CREDITOR ID: 2373-07
LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY NC 28147

CREDITOR ID: 1545-07
LEESBURG BANSAL LLC
C/O RAM REALTY SERVICES INC
ATT DAVID GOLDSTEIN SUITE 920
TAMPA FL 33607

CREDITOR ID: 1546-07
LEHMBERG CROSSING LLC
C/O MIDLAND LOAN SVC INC
1223 SOLUTIONS CENTER LB 77122
CHICAGO IL 60677-1002

CREDITOR ID: 2374-07
LEONARD A. SELBER
HOLLAND & KNIGHT
50 N. LAURA STREET:  #3900
JACKSONVILLE FL 32202

CREDITOR ID: 1547-07
LEONARD R SETZER
903 UNIVERSITY BLVD
JACKSONVILLE FL 32211

CREDITOR ID: 2375-07
LEONARD R. SETZER
C/O L.R.S. CO.
903 UNIVERSITY BLVD. N.
JACKSONVILLE FL 32211

CREDITOR ID: 381835-99
LEONARD STREET AND DEINARD
ATTN LARRY RICKE
150 SOUTH FIFTH STREET, STE 2300
MINNEAPOLIS MN 55402

CREDITOR ID: 278783-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: STEVEN FEIGENBAUM
845 THIRD AVE 21ST FL
NEW YORK NY 10022

CREDITOR ID: 278784-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: HOWARD LEVI
STEVEN FEIGENBAUM
845 THIRD AVE 21ST FL
NEW YORK NY 10022

CREDITOR ID: 278827-99
LEVI LUBARSKY & FEIGENBAUM LLP
ATTN HOWARD B LEVI ESQ
845 THIRD AVE 21ST FLR
NEW YORK NY 10022

CREDITOR ID: 381862-99
LEVY & DRONEY PC
ATTN: ROSS G FINGOLD
74 BATTERSON PARK RD
FARMINGTON CT 06032

CREDITOR ID: 1549-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE CO
1349 W PEACHTREE STREET SUITE
ATLANTA GA 30309

CREDITOR ID: 1548-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE & CO
1349 WEST PEACHTREE STREET
ATLANTA GA 30309-2956

CREDITOR ID: 1550-07
LIBBY CROSS STATION ENTERPRISE
ATTN: RUSS CANNANE
803 COMMONWEALTH DRIVE
WARRENDALE PA 15086

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279437-99<br>LIEBMANN CONWAY OLEJNICZAK JERRY<br>ATTN: JEROME E SMYTH<br>231 S ADAMS ST<br>PO BOX 23200<br>GREEN BAY WI 54305-3200 | CREDITOR ID: 1552-07<br>LIFE INSURANCE CO OF GEORGE<br>C/O COLLIERS CAUBLE<br>ATTN: JEAN<br>1349 W PEACHTREE STREET NE<br>ATLANTA GA 30309-2956 | CREDITOR ID: 2376-07<br>LIFE INSURANCE COMPANY OF GEORGIA<br>5780 POWERS FERRY RD NW<br>ATLANTA GA 30327 |
| CREDITOR ID: 2378-07<br>LIFTER REALTY<br>17760 NW 2ND AVE., STE 200<br>MIAMI FL 33169 | CREDITOR ID: 2377-07<br>LIFTER REALTY<br>17760 NW 2ND AVE,STE 200<br>C/O BENNETT M. LIFTER<br>MIAMI FL 33169 | CREDITOR ID: 2078-07<br>LIFTER, BENNET M.<br>LIFTER ENTERPRISES<br>17760 NW SECOND AVE., SUITE 200<br>MIAMI FL 33169 |
| CREDITOR ID: 1553-07<br>LINCOLN SQUARE PARTNERS LP<br>3212 BROOKWOOD DR<br>HATTIESBURG MS 39401 | CREDITOR ID: 2379-07<br>LINCOLN SQUARE PARTNERS LP<br>3212 BROOKWOOD DR<br>HATTIESBURG MS 39401 | CREDITOR ID: 1554-07<br>LINCOLN TRUST COMPANY<br>6312 SOUTH FIDDLERS GREEN CIRC<br>SUITE 400 E  ACCT# 65080211 TE<br>ENGLEWOOD CO 80111 |
| CREDITOR ID: 2380-07<br>LINCOLN TRUST COMPANY<br>CUSTODIAN FBO JOHN C. STROUGO<br>6312 S. FIDDLERS GREEN CIRCLE<br>ENGLEWOOD CO 80111 | CREDITOR ID: 1555-07<br>LINPRO INVESTMENTS INC<br>C/O PRECISE PROPERTY<br>6761 WEST INDIAN TOWN ROAD<br>JUPITER FL 33458 | CREDITOR ID: 1556-07<br>LISETTE STANISH AS TRUSTEE<br>1405 SW 107TH AVE SUITE 301-B<br>MIAMI FL 33174 |
| CREDITOR ID: 2381-07<br>LISETTE STANISH AS TRUSTEE<br>1405 SW 107TH AVE SUITE 301-B<br>MIAMI FL 33174 | CREDITOR ID: 1517-07<br>LJ MELODY & COMPANY<br>C/O BANK ONE<br>PO BOX 297480<br>HOUSTON TX 77297 | CREDITOR ID: 1518-07<br>LJ MELODY AND CO<br>PO BOX 297480<br>HOUSTON TX 77297 |
| CREDITOR ID: 2358-07<br>LJ MELODY AND COMPANY<br>PO BOX 297480<br>HOUSTON TX 77297 | CREDITOR ID: 278985-99<br>LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT ESQ<br>600 TRAVIS ST<br>3400 CHASE TOWER<br>HOUSTON TX 77002 | CREDITOR ID: 278824-99<br>LOCKE LIDDELL & SAPP LLP<br>ATTN C DAVIN BOLDISSAR ESQ<br>601 POLYDRAS ST STE 2400<br>NEW ORLEANS LA 70130-6036 |
| CREDITOR ID: 278822-99<br>LOCKE LIDDELL & SAPP LLP<br>ATTN OMER KUEBEL III ESQ<br>601 POYDRAS ST STE 2400<br>NEW ORLEANS LA 70130-6036 | CREDITOR ID: 278984-99<br>LOCKE LIDDELL & SAPP LLP<br>ATTN THOMAS H GRACE ESQ<br>600 TRAVIS ST<br>3400 CHASE TOWER<br>HOUSTON TX 77002 | CREDITOR ID: 1559-07<br>LOCKWOOD ASSOC OF GA LTD PTR<br>80 WEST WIEUCA RD SUITE 302<br>ATLANTA GA 30342 |
| CREDITOR ID: 2382-07<br>LOCKWOOD ASSOC OF GA LTD PTR<br>80 W WIEUCA RD STE 302<br>ATLANTA GA 30342 | CREDITOR ID: 1520-07<br>LOL LLC<br>6915 RED ROAD<br>SUITE 205<br>CORAL  GABLES FL 33143 | CREDITOR ID: 1560-07<br>LONDON ASSOCIATES LTD<br>C/O AMERA REALTY SERVICES INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS FL 33065 |
| CREDITOR ID: 2383-07<br>LOUIS PERLIS<br>P.O. BOX 1097<br>CORDELE GA 31010 | CREDITOR ID: 278712-99<br>LOUISIANA COA-COLA<br>ATTN DICK STITELER,<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>1314 ERASTE LANDRY ROAD<br>LAFAYETTE LA 70506 | CREDITOR ID: 279460-99<br>LOWENSTEIN SANDLER PC<br>ATTN SHARON L LEVINE ESQ<br>65 LIVINGSTON AVE<br>ROSELAND NJ 07068 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                              **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279120-99<br>LOWENSTEIN SANDLER PC<br>ATTN BRUCE S NATHAN ESQ<br>1251 AVENUE OF THE AMERICAS 18TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 279121-99<br>LOWENSTEIN SANDLER PC<br>ATTN ANUSIA L GAYER ESQ<br>1251 AVENUE OF THE AMERICAS 18TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 279510-99<br>LOWNDES DROSDICK ET AL<br>ATTN: ZACHARY J BANCROFT<br>450 S ORANGE AVE, STE 800 (32801)<br>PO BOX 2809<br>ORLANDO FL 32802-2809 |
| CREDITOR ID: 2384-07<br>LPI CALHOUN, INC<br>3000 CORPORATE CENTER DR<br>SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 2385-07<br>LPI COLUMBUS, INC.<br>3000 CORPORATE CENTER DRIVE<br>SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 1561-07<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HWY, SUITE 702 B<br>MIAMI FL 33133-1900 |
| CREDITOR ID: 2386-07<br>LPI MILLEDGEVILLE, INC<br>SUITE 300<br>3000 CORPORATE CENTER DRIVE<br>MORROW GA 30260 | CREDITOR ID: 2387-07<br>LPI/KEY WEST ASSOCIATES, LTD.<br>8925 S.W. 148TH STREET<br>SUITE 218<br>MIAMI FL 33176 | CREDITOR ID: 1562-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE AR 72503 |
| CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE AR 72503 | CREDITOR ID: 1563-07<br>LUCY COMPANY OF SOUTH CAROLINA<br>C/O GRUBB & ELLIS WILSON/KIBLER<br>PO BOX 11312<br>COLUMBIA SC 29211 | CREDITOR ID: 1564-07<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE TN 37939 |
| CREDITOR ID: 2359-07<br>LW SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA SC 29223 | CREDITOR ID: 2389-07<br>M & P INVESTMENT COMPANY<br>1230 GRANT BUILDING<br>ATTN: BETH HOFFMAN<br>PITTSBURGH PA 15219 | CREDITOR ID: 1565-07<br>M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL RD<br>LAKE SHORE VILLAGE<br>ATLANTA GA 30360-1700 |
| CREDITOR ID: 279173-99<br>MACCO & STERN LLP<br>ATTN RICHARD L STERN ESQ<br>135 PINELAWN RD STE 120 S<br>MELVILLE NY 11747 | CREDITOR ID: 279487-99<br>MACEY WILENSKY COHEN T AL<br>ATTN LOUIS G MCBRYAN ESQ<br>600 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVE<br>ATLANTA GA 30303-1229 | CREDITOR ID: 1568-07<br>MADISON STATION PROPERTIES LLC<br>ATTN: JOHN STRATTON II<br>6360 I-55 NORTH SUITE 210<br>JACKSON MS 39211 |
| CREDITOR ID: 2392-07<br>MALCOLM ROSENBERG<br>840 UNION STREET<br>SALEM VA 24153-5121 | CREDITOR ID: 279406-99<br>MANAGEMENT CO LLP<br>ATTN: EARL E MCEVOY<br>GATEWAY CENTER THREE<br>100 MULBERRY STREET<br>NEWARK NJ 07102 | CREDITOR ID: 381839-99<br>MANATEE CNTY TAX COLLECTOR<br>KEN BURTON JR<br>C/O SUSAN D PROFANT<br>PO BOX 25300<br>819 US 301 BLVD WEST<br>RADENTON FL 34206-5300 |
| CREDITOR ID: 267919-14<br>MANATEE COUNTY TAX COLLECTOR<br>ATTN: KEN BURTON JR<br>819 301 BLVD W<br>BRADENTON FL 34205-7906 | CREDITOR ID: 1571-07<br>MANATEE VILLAGE INVESTMENTS IN<br>C/O IN-REL MANAGEMENT INC<br>2328 TENTH AVENUE NORTH<br>LAKE  WORTH FL 33461 | CREDITOR ID: 1572-07<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE FL 32235-0688 |
| CREDITOR ID: 2393-07<br>MANDARIN\LORETTO DEVELOPMENT,LTD<br>P.O BOX 350688<br>JACKSONVILLE FL 32235-0688 | CREDITOR ID: 279062-99<br>MANIER & HEROD<br>ATTN J MICHAEL FRANKS ESQ<br>150 FOURTH AVE N STE 2200<br>NASHVILLE TN 37219-2494 | CREDITOR ID: 279061-99<br>MANIER & HEROD<br>ATTN MICHAEL E COLLINS<br>150 FOURTH AVE N STE 2200<br>NASHVILLE TN 37219-2494 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279053-99<br>MANIER & HEROD<br>ATTN THOMAS T PENNINGTON ESQ<br>150 FOURTH AVE N STE 2200<br>NASHVILLE TN 37219-2494 | CREDITOR ID: 1573-07<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>MIAMI FL 33126 | CREDITOR ID: 1574-07<br>MARIONS HOPE LLC<br>C/O WACHOVIA SECURITIES<br>555 CALIFORNIA STREET SUITE 23<br>SAN  FRANCISCO CA 94104 |
| CREDITOR ID: 1575-07<br>MARKET PLACE PARTNERS<br>MARKET PLACE MGMT INC<br>449 SOUTH WRENN STREET<br>HIGH  POINT NC 27260 | CREDITOR ID: 1576-07<br>MARKET SQUARE INC<br>PO BOX 3040<br>% MERCHANTS PROPERTY GROUP INC<br>DULUTH GA 30096 | CREDITOR ID: 1577-07<br>MARKETOWN INVESTORS INC<br>PO BOX 2130<br>BAY  ST  LOUIS MS 39521-2130 |
| CREDITOR ID: 2394-07<br>MARKETOWN INVESTORS INC<br>PO BOX 2130<br>BAY SAINT LOUIS MS 39521 | CREDITOR ID: 1578-07<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS GA 31914 | CREDITOR ID: 1579-07<br>MARKETPLACE OF DELRAY LTD<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD<br>PALM  BEACH  GARDENS FL 33410 |
| CREDITOR ID: 1580-07<br>MARKETPLACE SHOPPING CENTER<br>C/O EDENS & AVANT<br>FINANCING II LP<br>COLUMBIA SC 29202 | CREDITOR ID: 279443-99<br>MARRERO LAND & IMPROVEMENT ASSOC<br>ATTN: VINCENT A VASTOLA<br>5201 WESTBANK EXPRESSWAY<br>SUITE 400<br>MARRERO LA 70072 | CREDITOR ID: 2395-07<br>MARRERO LAND & IMPROVEMENT ASSOC.<br>WESTWOOD SHOPPING CENTER<br>5201 WESTBANK EXPRESSWAY<br>MARRERO LA 70072 |
| CREDITOR ID: 279507-99<br>MARTINEZ, ANNA C<br>C/O KAPLAN & FREEDMAN PA<br>ATTN MATTHEW E KAPLAN ESQ<br>9410 SOUTHWEST 77TH AVENUE<br>MIAMI FL 33156 | CREDITOR ID: 1581-07<br>MASON SHOPPING CENTER PARTNSHP<br>7452 JAGER COURT<br>CINCINNATI OH 45230 | CREDITOR ID: 2396-07<br>MASON SHOPPING CENTER PARTNSHP<br>7452 JAGER COURT<br>CINCINNATI OH 45230 |
| CREDITOR ID: 2397-07<br>MAST DRUG COMPANY<br>ROUTE 4 BOX 425<br>HENDERSON NC 27536 | CREDITOR ID: 279458-99<br>MATEER & HARBERT PA<br>ATTN DAVID LANDIS ESQ<br>225 W ROBINSON ST STE 600<br>PO BOX 2854<br>ORLANDO FL 32802-2854 | CREDITOR ID: 2398-07<br>MATTIE EQUITY, LLC<br>5850 FAYETTEVILLE ROAD, STE 20<br>DURHAM NC 27713 |
| CREDITOR ID: 2399-07<br>MB VENTURE LTD<br>C/O IRWIN H MILLER<br>PO BOX 46468<br>ST  PETERSBURG FL 33741 | CREDITOR ID: 279484-99<br>MCCARTER & ENGLISH LLP<br>ATTN WILLIAM D WALLACH ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | CREDITOR ID: 279503-99<br>MCCARTHY & WHITE PLLC<br>ATTN: WILLIAM D WHITE<br>8180 GREENSBORO DR, STE 875<br>MCLEAN VA 22102 |
| CREDITOR ID: 1582-07<br>MCCOMB ASSOCIATES<br>C/O FLETHCHER BRIGHT CO<br>1827 POWERS FERRY ROAD<br>ATLANTA GA 30339 | CREDITOR ID: 1583-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 2400-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>BOX 1149<br>MONTGOMERY AL 36101-1149 |
| CREDITOR ID: 1584-07<br>MCDUFFIE SQUARE L P<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917-4227 | CREDITOR ID: 2401-07<br>MCDUFFIE SQUARE L P<br>PO BOX 204227<br>AUGUSTA GA 30917-4227 | CREDITOR ID: 279175-99<br>MCGRATH NORTH MULLIN & KRATZ PC<br>ATTN JAMES J NIEMEIER ESQ<br>FIRST NATIONAL TOWER STE 3700<br>1601 DODGE ST<br>OMAHA NE 68102-1327 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 381859-99
MCGUIREWOODS LLP
ATTN: ROBERT A COX
BANK OF AMERICA CORP CENTER
100 N TRYON ST, STE 2900
CHARLOTTE NC 28202-4011

CREDITOR ID: 278690-99
MCKEE FOODS CORPORATION
ATTN VALERIE PHILLIPS,
SR CREDIT MANAGER
PO BOX 2118
COLLEGEDALE, TN 37315-2118

CREDITOR ID: 2225-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1316-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1586-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON AL 36202

CREDITOR ID: 2402-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON AL 36202

CREDITOR ID: 1588-07
MDC SOUTH WIND LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM  BEACH  GARDEN FL 33410

CREDITOR ID: 1589-07
MDC WESTGATE LTD
MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM  BEACH  GARDENS FL 33410

CREDITOR ID: 1590-07
MELBOURNE BEACH LLC
C/O WESTCO DEVELOPMENT
3125 SOUTHWEST MAPP ROAD
PALM  CITY FL 34990

CREDITOR ID: 1591-07
MELLON TRUST OF CALIFORNIA
SAMUAL OSCHIN TRUSTEE
ATTN PATRICIA WHITELEY
LOS  ANGELES CA 90071-2806

CREDITOR ID: 1592-07
MERCHANTS SQUARE INVESTMENTS L
4852 JIMMY CARTER BLVD., STE A
NORCROSS GA 30093

CREDITOR ID: 1593-07
MERIDIAN SUPERMARKET LLC
24E COTA STREET, STE 100
SANTA  BARBARA CA 93101

CREDITOR ID: 279123-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN NICHOLAS GRIFFITHS
4 WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 2403-07
METRO INTERNATIONAL PROP FUN IV LP
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C2A8
CANADA

CREDITOR ID: 1594-07
METRO INTERNATIONAL PROPERTY
% NAVONA INVESTORS
2 EVA RD STE 221
ETOBICOKE ON
CANADA

CREDITOR ID: 2404-07
METRO INTERNATIONAL PROPERTY FUND
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C 2A8
CANADA

CREDITOR ID: 1595-07
MIAMI GARDENS ACQUISITION LLC
C/O WHARTON REALTY GROUP INC
8 INDUSTRIAL WAY EAST
EATONTOWN NJ 07724

CREDITOR ID: 1596-07
MID AMERICAN MANAGEMENT CORP
ATTN: ACCOUNTS RECEIVABLE DEPT
2901 BUTTERFIELD ROAD
OAK BROOK IL 60523

CREDITOR ID: 1597-07
MID SOUTH YAZOO LP
ATTN: SCOT LUTHER
4502 HOLLY ST
BELLAIRE TX 77401

CREDITOR ID: 2407-07
MIKE KENNELLY
4015 SANTA BARBARA BLVD
NAPLES FL 34104

CREDITOR ID: 278809-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: LENA MANDEL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278808-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F DUNNE
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278810-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS C O'DONNELL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 2408-07
MILESTONE PROPERTIES
C/O MILESTONE PROPERTIES
200 CONGRESS PARK DR. #103
DELRAY  BEACH FL 33445

CREDITOR ID: 1602-07
MILFORD STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI OH 45264-0474

CREDITOR ID: 2409-07
MILFORD STATION LTD
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 279483-99
MILLBANK TWEED HADLEY & MCCLOY LLP
ATTN MATTHEW S BARR ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 279482-99
MILLBANK TWEED HADLEY & MCCLOY LLP
ATTN DENNIS F DUNNE ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 1603-07
MILLER GROUP PROPERTIES CORP
PO BOX 2097
5147 ISLEWORTH COUNTRY CLUB DR
WINDERMERE FL 34786

CREDITOR ID: 279415-99
MILLING BENSON WOODWARD LLP
ATTN: DAVID CONROY
909 POYDRAS STREET
SUITE 2300
NEW ORLEANS LA 70112-1010

CREDITOR ID: 279432-99
MIMMS ENTERPRISES INC
ATTN: THOMAS B MIMMS JR
85A MILL STREET
ROSWELL  GA 30075-4952

CREDITOR ID: 1604-07
MIRAMAR PARKWAY PLAZA LLC
2899 WEST 2ND AVENUE
HIALEAH FL 33010

CREDITOR ID: 2410-07
MIRAMAR PARKWAY PLAZA LLC
2899 WEST 2ND AVENUE
HIALEAH FL 33010

CREDITOR ID: 279108-99
MISS BECKY SEAFOOD
C/O MOSELEY PRICHARD PARRISH ET AL
ATTN:  RICHARD K. JONESQ
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1605-07
MITCHELL CO
ATTN: CONTROL RENT CLERK
PO BOX 160306
MOBILE AL 36616-1306

CREDITOR ID: 1607-07
MODERN WOODMAN
C/O THE INTERLACHEN CO
PO BOX 1916
WINTER  PARK FL 32790

CREDITOR ID: 1609-07
MODERN WOODMEN OF AMERICA
C/O INTERLACHEN COMPANY
PO BOX 1916
WINTER  PARK FL 32790

CREDITOR ID: 1608-07
MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK  ISLAND IL 61201

CREDITOR ID: 2411-07
MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND IL 61201

CREDITOR ID: 1610-07
MOHATRA INC
6500 W 4TH AVE OFC 39
HIALEAH FL 33012-6670

CREDITOR ID: 2412-07
MOHATRA INC
6500 W 4TH AVE OFC 39
HIALEAH FL 33012-6670

CREDITOR ID: 1611-07
MONROEVILLE CENTER PARTNERS LTD
PO BOX 230
POINT  CLEAR AL 36564

CREDITOR ID: 279469-99
MOORE & VAN ALLEN PLLC
ATTN DAVID B WHEELER ESQ
40 CALHOUN ST STE 300
PO BOX 22828
CHARLESTON SC 29413-2828

CREDITOR ID: 1612-07
MOORINGS OF MANATEE INC
430 INTERSTATE COURT
SARASOTA FL 34240

CREDITOR ID: 2413-07
MOORINGS OF MANATEE INC
430 INTERSTATE COURT
SARASOTA FL 34240

CREDITOR ID: 278832-99
MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN ESQ
101 PARK AVE
NEW YORK NY 10178-0600

CREDITOR ID: 278811-99
MORGAN, LEWIS & BROCKIUS LLP
ATTN: RICHARD S TODER
101 PARK AVENUE
NEW YORK NY 10178-0060

CREDITOR ID: 278831-99
MORGAN, LEWIS & BROCKIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
101 PARK AVENUE
NEW YORK NY 10178-0600

CREDITOR ID: 381794-99
MORITT HOCK HAMROFF ET AL
ATTN: LESLIE BERKOFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 381792-99
MORITT HOCK HAMROFF ET AL
ATTN: MARC HAMROFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 279511-99
MORRIS JAMES HITCHENS ET AL
ATTN: STEPHEN M MILLER
222 DELAWARE AVE, 19TH FL
PO BOX 2306
WILMINGTON DE 19899

CREDITOR ID: 279045-99
MORRIS NICHOLS ARSHT & TUNNEL
ATTN ROBERT J DEHNEY ESQ
1201 N MARKET ST
PO BOX 1347
WILMINGTON DE 19899-1347

CREDITOR ID: 279044-99
MORRIS NICHOLS ARSHT & TUNNELL
ATTN ERIC D SCHWARTZ ESQ
1201 N MARKET ST
PO BOX 1347
WILMINGTON DE 19899-1347

CREDITOR ID: 1614-07
MORRIS TRACK CORP &
WILLISTON HIGHLANDS
DEVELOPMENT CORP PTNRSHP/NP
MIAMI FL 33137

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279122-99<br>MORRISON & FOERSTER LLP<br>ATTN JASON C DIBATTISTA ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 | CREDITOR ID: 279467-99<br>MORRISON COHEN LLP<br>ATTN JOSEPH T MOLDOVAN ESQ<br>909 THIRD AVE<br>NEW YORK NY 10022 | CREDITOR ID: 279468-99<br>MORRISON COHEN LLP<br>ATTN MICHAEL R DAL LAGO ESQ<br>909 THIRD AVE<br>NEW YORK NY 10022 |
| CREDITOR ID: 1615-07<br>MORRO PALMS SHOPPING CENTER<br>WELLS FARGO BANK CLNT SERV CNT<br>420 MONTGOMERY ST 7TH FL<br>SAN  FRANCISCO CA 94104-7700 | CREDITOR ID: 2414-07<br>MORRO PALMS SHOPPING CENTER PART<br>C/O MRS. MONA GELLER, TRUSTEE<br>2938 DIVISADERO STREET<br>SAN  FRANSICO CA 94123 | CREDITOR ID: 279504-99<br>MOSELEY PRICHARD PARRISH ET AL<br>ATTTN: ERIC L HEARN<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 381800-99<br>MOSELEY PRICHARD PARRISH ET AL<br>ATTN: RICHARD K JONES<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1617-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY TN 37602-4034 | CREDITOR ID: 2417-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY TN 37602-4034 |
| CREDITOR ID: 1618-07<br>MR E M ARNOVITZ & MR M PLASKER<br>LAKESHORE VILLAGE<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA GA 30360 | CREDITOR ID: 1619-07<br>MR HUGH M TARBUTTON<br>KAOLIN PLAZA MGMENT ACCT<br>PO BOX 269<br>SANDERSVILLE GA 31082 | CREDITOR ID: 1620-07<br>MR MALCOLM ROSENBERG<br>C/O ALLSTORE<br>2734 COLONIAL AVENUE<br>ROANOKE VA 24015 |
| CREDITOR ID: 2418-07<br>MR ROBERT S SMALL<br>P O BOX 10287<br>GREENVILLE SC 29603 | CREDITOR ID: 2419-07<br>MR SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS  ANGELES CA 90024 | CREDITOR ID: 2420-07<br>MR. FRED D. BENTLEY, SR.<br>241 WASHINGTON AVENUE<br>PO BOX 968<br>MARIETTA GA 30060 |
| CREDITOR ID: 2421-07<br>MR. LOUIS FEIL<br>C/O THE FEIL ORGANIZATION<br>370 SEVENTH AVE STE 618<br>NEW  YORK NY 10001 | CREDITOR ID: 2424-07<br>MR. MARC DILORENZO<br>1530 PALWARE AVENUE SUITE 15F<br>FORT  LEE NJ 07024-1335 | CREDITOR ID: 2423-07<br>MR. MARC DILORENZO<br>1530 PALISADE AVENUE<br>SUITE 15F<br>FORT  LEE NJ 07024-1335 |
| CREDITOR ID: 2422-07<br>MR. MARC DILORENZO<br>1530 PALISADE AVENUE<br>SUITE 15-F<br>FORT  LEE NJ 07024-1335 | CREDITOR ID: 2425-07<br>MR. SAM GENIRBERG<br>217 ARLINGTON BLVD<br>EL  CERRITO CA 94530 | CREDITOR ID: 1621-07<br>MRS MILDRED V GRAY<br>4313 HAZELWOOD ROAD<br>ADAMSVILLE AL 35005 |
| CREDITOR ID: 1622-07<br>MT DORA MARKETPLACE LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA  RATON FL 33427-3760 | CREDITOR ID: 2426-07<br>MT DORA MARKETPLACE LTD<br>6353 W. ROGERS CIRCLE<br>SUITE 1<br>BOCA  RATON FL 33487-2757 | CREDITOR ID: 279499-99<br>MUNSCH HARDT KOPF & HARR PC<br>ATTN: SCOTT ELLIS<br>1445 ROSS AVE, STE 4000<br>DALLAS TX 75202 |
| CREDITOR ID: 279498-99<br>MUNSCH HARDT KOPF & HARR PC<br>ATTN: RAYMOND URBANIK<br>1445 ROSS AVE, STE 4000<br>DALLAS TX 75202 | CREDITOR ID: 279489-99<br>MURRAY FRANK & SAILER LLP<br>ATTN AARON D PATTON ESQ<br>275 MADISON AVE 8TH FLR<br>NEW YORK NY 10016 | CREDITOR ID: 279488-99<br>MURRAY FRANK & SAILER LLP<br>ATTN JACQUELINE SAILER ESQ<br>275 MADISON AVE 8TH FLR<br>NEW YORK NY 10016 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:     WINN-DIXIE STORES, INC.**                                         **CASE:   05-11063 (RDD)**

CREDITOR ID: 1623-07
MUSEUM ASSOCIATES
PO BOX 4452
ROCK HILL SC 29732-4452

CREDITOR ID: 2427-07
MUSEUM ASSOCIATES
PO BOX 4452
ROCK HILL SC 29732-4452

CREDITOR ID: 2428-07
MYSTIC L.L.C.
P.O. BOX 100
PLATTENVILLE LA 70393

CREDITOR ID: 1624-07
N K C PROPERTIES
P O BOX 4479
DALTON GA 30719

CREDITOR ID: 2430-07
N O M PROPERTIES INC
P O BOX 680176
PRATTVILLE AL 36068

CREDITOR ID: 1626-07
NALLEY CONSTRUCTION CO INC
C/O PICKENS PARTNERSHIP
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 2257-07
NALLEY, GEORGE B. JR.
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1375-07
NALLEY, GEORGE B. JR.
C/O LAURENS SHOPPING CENTER
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1374-07
NALLEY, GEORGE B. JR.
C/O GBN PROPERTIES #1
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1627-07
NAPLES SOUTH REALTY ASSOICATES
C/O AMERICAN COMMERCIAL REALTY
4400 PGA BLVD, SUITE 305
PALM BEACH GARDENS FL 33410

CREDITOR ID: 1628-07
NARANJA LAKES JOINT VENTURES
C/O FIRC MANGEMENT INC
2299 S W 37TH AVE
MIAMI FL 33145

CREDITOR ID: 2331-07
NASSAR, JAMIL G.  MD TRUSTEE
27030 PACIFIC TERRANCE DRIVE
MISSION VIEJO CA 92692

CREDITOR ID: 1629-07
NATIONAL WESTERN INSURANCE CO
ATTN: MORTAGE LOAN DEPT
850 EAST ANDERSON LANE
AUSTIN TX 78752-1602

CREDITOR ID: 1630-07
NATIONAL WESTERN LIFE INSURANC
ATTN MTG LOAN DEPT FOR STORE #
850 EAST ANDERSON LANE
AUSTIN TX 78752-1602

CREDITOR ID: 1631-07
NAVARRE SQUARE
C/O RUTLAND VAN CAMP ASSOC
PO BOX 230758
MONTGOMERY AL 36123

CREDITOR ID: 1632-07
NB/85 ASSOCIATES WAYNE M RUBEN
C/O BENDERSON DEVE CO
BRADEN RIVER PO LEASE # 49705
BRADENTON FL 34204-1199

CREDITOR ID: 1633-07
NDC ASSET MANAGEMENT
C/O TOWER CENTER ASSOCIATES
4415 FIFTH AVENUE
PITTSBURGH PA 15213

CREDITOR ID: 381852-99
NEAL & HARWELL PLC
ATTN: MARC MCNAMEE
150 FOURTH AVE, NORTH, STE 2000
NASHVILLE TN 37219

CREDITOR ID: 279007-99
NEIMAN GINSBURG & MAIRANZ PC
ATTN GARY GINSBURG ESQ
39 BROADWAY 25TH FLR
NEW YORK NY 10006

CREDITOR ID: 279316-99
NESTLE
ATTN: PETER B KNOX
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 278684-99
NESTLE (NESTLE USA, NESTLE PURINA,
NESTLE WATER)
ATTN: PETER B KNOX
DIRECTOR OF CREDIT & COLLECTIONS
PO BOX 277817
ATLANTA GA 30384-7817

CREDITOR ID: 1635-07
NEW ENGLAND REALTY RESOURCES
C/O JOSEPH NORRIS
10 WINTHROP SQUARE
BOSTON MA 02110

CREDITOR ID: 2432-07
NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS GA 31904

CREDITOR ID: 1641-07
NEW PLAN EXCEL REALTY TRUST
ACCOUNT #852487
4536 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-1334

CREDITOR ID: 1640-07
NEW PLAN EXCEL REALTY TRUST
ACCOUNT #193007
4536 COLLECTIONS CENTER DR
CHICAGO IL 60693

CREDITOR ID: 1636-07
NEW PLAN EXCEL REALTY TRUST
4536 COLLECTIONS CENTER DR
ACCT # 194012
CHICAGO IL 60693

CREDITOR ID: 2433-07
NEW PLAN EXCEL REALTY TRUST
1120 AVE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

CREDITOR ID: 1644-07
NEW PLAN EXCEL REALTY TRUST IN
PO BOX 402938
ATLANTA GA 30384-2938

CREDITOR ID: 279309-99
NEW PLAN EXCEL REALTY TRUST INC
420 LEXINGTON AVE
NEW YORK NY 10170

CREDITOR ID: 2436-07
NEW PLAN EXCEL REALTY TRUST INC
ACCT 186002
1120 AVE OF AMERICAS, 12TH FL
NEW YORK NY 10036

CREDITOR ID: 2435-07
NEW PLAN EXCEL REALTY TRUST INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 2437-07
NEW PLAN EXCEL REALTY TRUST, INC.
1120 AVENUE OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2441-07
NEW PLAN EXCHANGE PROPERTY OWNER I
C\O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2442-07
NEW PLAN NORMANDY SQUARE,LLC
C\O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2443-07
NEW PLAN REALTY OF ALABAMA INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 1645-07
NEW PLAN REALTY TRUST
4536 COLLECTIONS CENTER DRIVE
ACCT# 219006
CHICAGO IL 60693

CREDITOR ID: 1646-07
NEWBERRY SQUARE SHOPPING CENTER
L-1342
COLUMBUS OH 43260

CREDITOR ID: 1647-07
NEWTON ASSOCIATES
%RICHARD G HOEFLING
7421 CARMEL EXECUTIVE PK STE 2
CHARLOTTE NC 28226

CREDITOR ID: 2444-07
NEWTON DEVELOPMENT, INC
250 WASHINGTON STREET
PRATTVILLE AL 36067

CREDITOR ID: 2445-07
NEWTON OLDACRE MCDONALD
P.O. BOX 680176
ATTN: LEASE DEPT.
PRATTVILLE AL 36068

CREDITOR ID: 2429-07
NKC PROPERTIES
PO BOX 4479
DALTON GA 30719

CREDITOR ID: 1648-07
NMB PARTNERS L P
ATTN: ELTING L CHAPMAN III
PO BOX 2384
MURRELLS INLET SC 29576

CREDITOR ID: 2449-07
NOBLE MANAGEMENT
5821 LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1649-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE FL 33310-0849

CREDITOR ID: 2450-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE FL 33310-0849

CREDITOR ID: 2451-07
NOBLE PROPERTIES
5821-C LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1625-07
NOM PROPERTIES INC
1689 PAYSPHERE CIRCLE
CHICAGO IL 60674-1689

CREDITOR ID: 1650-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE FL 32216

CREDITOR ID: 2452-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE FL 32216

CREDITOR ID: 1651-07
NORTH & SOUTH STATION
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
FT LAUDERDALE FL 33394

CREDITOR ID: 1652-07
NORTH COLUMBUS CROSSING SHOPPI
ATT: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS GA 31904

CREDITOR ID: 1653-07
NORTH HIXSON MARKETPLACE LLC
BLDG F STE 203
6111 PEACHTREE DUNWOODY RD
ATLANTA GA 30328

CREDITOR ID: 1654-07
NORTH MADISON ASSOCIATES LTD
PO BOX 12767
2117 SECOND AVENUE NORTH
BIRMINGHAM AL 35202-2767

CREDITOR ID: 1655-07
NORTH PORT VILLAGE SHOPPING
CENTER ASSOCIATES LTD
C/O ISRAM REALTY & MANGMT INC
HALLANDALE FL 33009

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                  **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2453-07<br>NORTH SHORE CROSSINGS, LLC<br>GREAT SOUTH MANAGEMENT, LLC<br>217 JAMESTOWN PARK RD. SUITE #<br>BRENTWOOD TN 37027 | CREDITOR ID: 1656-07<br>NORTHCROSS LAND & DEVELOPMENT<br>PO BOX 403155<br>ATLANTA GA 30384 | CREDITOR ID: 2454-07<br>NORTHCROSS LAND & DEVELOPMENT, LP<br>3800 ARCO CORPORATE DR, SUITE<br>CHARLOTTE NC 28273 |
| CREDITOR ID: 1657-07<br>NORTHEAST PLAZA ASSOCIATES<br>1345 MAIN STREET, SUITE C 2<br>SARASOTA FL 34236-5019 | CREDITOR ID: 1659-07<br>NORTHSIDE ASSOCIATES LLC<br>C/O GABRIEL JEIDEL<br>16 EAST 34TH ST., 16TH FLOOR<br>NEW YORK NY 10016-4328 | CREDITOR ID: 1660-07<br>NORTHSIDE DEVELOPMENT GROUP<br>C/O BLANCHARD & CALHOUN COMMER<br>2743 PERIMETER PARKWAY<br>AUGUSTA GA 30909-1808 |
| CREDITOR ID: 1661-07<br>NORTHSIDE SHOPPING CENTER<br>C/O TALCOR COMMERCIAL REAL EST<br>1018 THOMASVILLE RD SUITE 200A<br>TALLAHASSEE FL 32303 | CREDITOR ID: 1662-07<br>NORTHWAY INVESTMENTS LLC<br>C/O DBR ASSET MGMT LLC<br>1 FINANCIAL PLACE SUITE 2001<br>FORT LAUDERDALE FL 33394 | CREDITOR ID: 1663-07<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE CCIM<br>1855 LAKELAND DRIVE<br>JACKSON MS 39216-5763 |
| CREDITOR ID: 1664-07<br>NORTHWOOD OAKS LLC PROVIDENCE<br>PO BOX 60608<br>CHARLOTTE NC 28260-0608 | CREDITOR ID: 1665-07<br>NORTHWOOD PLAZA LLC<br>8302 LAUREL FAIR CIRCLE, STE 100<br>TAMPA FL 33610-0637 | CREDITOR ID: 2456-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD SC 29648-1095 |
| CREDITOR ID: 1667-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD SC 29648-1095 | CREDITOR ID: 2457-07<br>OAKS SHOPPING CENTER INC<br>806 E 25TH ST<br>SANFORD FL 32771-4548 | CREDITOR ID: 1668-07<br>OAKS SHOPPING CENTER INC<br>806 E 25TH ST<br>SANFORD FL 32771-4548 |
| CREDITOR ID: 279312-99<br>OAKTREE CAPITAL MGMT LLC<br>ATTN: ALAN S ADLER<br>333 S GRAND AVE, 28TH FLR<br>LOS ANGELES CA 90071 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT RD, SUITE 300<br>MARIETTA GA 30066 | CREDITOR ID: 1666-07<br>O'BRIEN KIERNAN INVESTMENT CO<br>1255 POST STREET, SUITE 950<br>SAN FRANCISCO CA 94109 |
| CREDITOR ID: 2458-07<br>OCALA NORTH SHOPPING CENTER<br>% CHARLES WAYNE PROPERTIES, IN<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 1670-07<br>OCEANWAY PLAZA ASSOC LTD<br>C/O FLETCHER BRIGHT COMPANY<br>1827 POWERS FERRY ROAD<br>ATLANTA GA 30339 | CREDITOR ID: 279454-99<br>OCM OPPORTUNITIES FUND V LP<br>C/O OAKTREE CAPITAL MANAGEMENT LLC<br>ATTN ALAN S ADLER<br>333 S GRAND AVE 28TH FLR<br>LOS ANGELES CA 90071 |
| CREDITOR ID: 279302-99<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD C MORRISSEY ESQ<br>33 WHITEHALL ST STE 2100<br>NEW YORK NY 10004 | CREDITOR ID: 269393-99<br>OFFICE OF THE US ATTORNEY, SDNY<br>ATTN DAVID N KELLEY, ESQ<br>1 SAINT ANDREWS PLAZA, ROOM 619<br>NEW YORK NY 10007 | CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOC<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON FL 33427-3760 |
| CREDITOR ID: 2073-07<br>O'NEILL, BARRY F.<br>1355 TERRELL MILL ROAD, BLDG. 1<br>MARIETTA GA 30067 | CREDITOR ID: 1673-07<br>ORANGE GROVE SHOPPING CE<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>MEMPHIS TN 38119-3661 | CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS TX 75201 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1675-07<br>ORIX REAL ESTATE CAPITAL MARKE<br>1717 MAIN ST 12TH FL<br>DALLAS TX 75201 | CREDITOR ID: 2459-07<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE SUITE 360<br>STOCKTON CA 95219 | CREDITOR ID: 278807-99<br>OTTERBOURG STEINDLER HOUSTON ROSEN<br>ATTN: JONATHAN N HELFAT<br>230 PARK AVE 29TH FL<br>NEW YORK NY 10169 |
| CREDITOR ID: 278806-99<br>OTTERBOURG STEINDLER HOUSTON ROSEN<br>ATTN: DAN FIORELLO<br>230 PARK AVE 29TH FL<br>NEW YORK NY 10169 | CREDITOR ID: 279041-99<br>PAGE SCRANTOM SPROUSE ET AL<br>ATTN LEE CHAMPION ESQ<br>1111 BAY AVE 3RD FLR<br>PO BOX 1199<br>COLUMBUS GA 31902-1199 | CREDITOR ID: 1677-07<br>PAJ<br>893 FOX CREEK LANE<br>CINCINNATI OH 45233 |
| CREDITOR ID: 1678-07<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS GA 31914 | CREDITOR ID: 1679-07<br>PALM AIRE MARKETPLACE LL<br>3333 NEW HYDE PARK RD<br>PO BOX 5020<br>NEW  HYDE  PARK NY 11042-0020 | CREDITOR ID: 1680-07<br>PALM BAY WEST<br>C/O EDENS & AVANT<br>PO BOX 528<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1681-07<br>PALM BEACH 2000 INC<br>% DACAR MANAGEMENT LLC<br>336 E DANIA BEACH BLVD<br>DANIA FL 33004-0992 | CREDITOR ID: 1682-07<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>525 PHARR ROAD<br>ATLANTA GA 30305 | CREDITOR ID: 2462-07<br>PALM TRAILS PLAZA<br>C/O REGENCY CENTERS L P<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 1683-07<br>PALM TRAILS PLAZA<br>C/O REGANCY CENTERS LP<br>PO BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 2463-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA PATH SC 29654 | CREDITOR ID: 1684-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA  PATH SC 29654 |
| CREDITOR ID: 1685-07<br>PARADISE ISLE LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 1686-07<br>PARK PLAZA LLC<br>% REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON SC 29072 | CREDITOR ID: 2464-07<br>PARK PLAZA SHOPPING CTR LLC<br>1151 ROBERT E LEE BLVD<br>NEW  ORLEANS LA 70124-0005 |
| CREDITOR ID: 1687-07<br>PARK PLAZA SHOPPING CTR LLC<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | CREDITOR ID: 2465-07<br>PARK SLOPE DEVELOPMENT CORPORATION<br>369 LEXINGTON AVENUE<br>ATTN: LENARD THYLAN, PRES.<br>NEW  YORK NY 10017 | CREDITOR ID: 2466-07<br>PARKLAND PARTNERSHIP LP<br>PO BOX 8509<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1688-07<br>PARKLAND PARTNERSHIP LP<br>POST OFFICE BOX 8509<br>COLUMBIA SC 29202 | CREDITOR ID: 1690-07<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O CASTO<br>191 W NATIONWIDE BLVD STE 200<br>COLUMBUS OH 43215-2568 | CREDITOR ID: 2467-07<br>PASS CHRISTIAN VILLAGE<br>PO BOX 1260<br>RIDGELAND MS 39158 |
| CREDITOR ID: 1692-07<br>PASS CHRISTIAN VILLAGE<br>P O BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 278816-99<br>PATTERSON BELKNAP WEBB & TYLER<br>ATTN MICHAEL HANDLER ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 278815-99<br>PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKEHOUSE ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR: WINN-DIXIE STORES, INC.**          **CASE: 05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279410-99<br>PATTERSON BELKNAP WEBB TYLER<br>ATTN: MICHAEL HANDLER<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 279409-99<br>PATTERSON BELKNAP WEBB TYLER<br>ATTN: DAVID DYKEHOUSE<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 1694-07<br>PATTON PLAZA LLC<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY AL 36117 | CREDITOR ID: 279453-99<br>PAUL WEISS RIFKIND ET AL<br>ATTN ALAN W KORNBERG ESQ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064 | CREDITOR ID: 1695-07<br>PAW CREEK CROSSING<br>C/O LAT PURSER & ASSOCIATES<br>PO BOX 1070<br>CHARLOTTE NC 28201-1070 |
| CREDITOR ID: 1698-07<br>PEARL BRITTAIN INC<br>ATTN: CYNTHIA FLETCHER<br>1422 BURTONWOOD DRIVE<br>GASTONIA NC 28054 | CREDITOR ID: 2469-07<br>PEARL BRITTAIN, INC.<br>ATTN: MR. JOSEPH PEARSON<br>710 SOUTH MARIETTA STREET<br>GASTONIA NC 28052 | CREDITOR ID: 1486-07<br>PEARLMAN, JEROME H AND FAITH TR<br>C/O JEROME H AND FAITH PERLMAN<br>828 WOODACRES ROAD<br>SANTA MONICA CA 90402 |
| CREDITOR ID: 2470-07<br>PELICAN ASSOCIATES<br>C/O INGBER & KLAPPER LLP<br>575 LEXINGTON AVENUE, 31ST FLO<br>NEW YORK NY 10022 | CREDITOR ID: 1699-07<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>350 BEDFORD STREET SUITE 307<br>STAMFORD CT 06901 | CREDITOR ID: 1700-07<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 |
| CREDITOR ID: 2471-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE FL 32205-7645 | CREDITOR ID: 1701-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE FL 32205-7645 | CREDITOR ID: 1702-07<br>PENMAN PLAZA ASSOCIATES LTD<br>3715 NORTHSIDE PKWY NW<br>300 NORTHCREEK STE 105<br>ATLANTA GA 30327 |
| CREDITOR ID: 279192-99<br>PEPE & HAZARD LLP<br>ATTN CHARLES J FILARDI JR<br>30 JELIFF LANE<br>SOUTHPORT CT 06890-1436 | CREDITOR ID: 381857-99<br>PEPPER HAMILTON LLP<br>ATTN: LINDA CASEY<br>3000 TWO LOGAN SQUARE<br>EIGHTEENTH & ARCH STREETS<br>PHILADELPHIA PA 19103-2799 | CREDITOR ID: 381855-99<br>PEPPER HAMILTON LLP<br>ATTN: JAMES C CARIGNAN<br>HERCULES PLAZA, STE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON DE 19899-1709 |
| CREDITOR ID: 278812-99<br>PEPPER HAMILTON LLP<br>ATTN: I WILLIAM COHEN<br>100 RENAISSANCE CENTER 36TH FL<br>DETROIT MI 48243-1157 | CREDITOR ID: 381856-99<br>PEPPER HAMILTON LLP<br>ATTN: ALAN SABLE<br>500 GRANT ST, 50TH FLR<br>PITTSBURGH PA 15219-2502 | CREDITOR ID: 279314-99<br>PEPSICO<br>ATTN: MARTY SCAMINACI<br>PO BOX 844700<br>DALLAS TX 75284-4700 |
| CREDITOR ID: 279311-99<br>PEPSICO<br>ATTN: SCOTT JOHNSON<br>7701 LEGACY DR 38-109<br>PLANO TX 75024 | CREDITOR ID: 278682-99<br>PEPSICO & SUBSIDIARIES<br>ATTN: MARTY SCAMINACI<br>DIRECTOR FINANCIAL SERVICES<br>PO BOX 844700<br>DALLAS TX 75284-4700 | CREDITOR ID: 1703-07<br>PEREGRINE PROPERTIES LP<br>C/O PRINCIPLE MUTUAL LIFE<br>ASSURANCE #399570<br>DES MOINES IA 50306-0387 |
| CREDITOR ID: 2473-07<br>PEREGRINE PROPERTIES L P<br>711 HIGH STREET REF NO 750421<br>DES MOINES IA 50392 | CREDITOR ID: 2472-07<br>PEREGRINE PROPERTIES L P<br>711 HIGH STREET<br>DES MOINES IA 50392 | CREDITOR ID: 2474-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1704-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 1705-07<br>PERIPETY GROUP INC  C/O COMM P<br>SUITE 240-178<br>3605 SANDY PLAINS RD<br>MARIETTA GA 30066 | CREDITOR ID: 381863-99<br>PERKINS COIE LLP<br>ATTN: BRUCE MACINTYRE<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 |
| CREDITOR ID: 2475-07<br>PHIL & SHARON DRAKE<br>106 PALMER STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 2476-07<br>PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>PO BOX 3211<br>CLEARWATER FL 33767 |
| CREDITOR ID: 1706-07<br>PHOENIX JR INC<br>P O BOX 3211<br>CLEARWATER FL 33767 | CREDITOR ID: 2478-07<br>PICKENS PARTNERSHIP<br>P.O BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 1707-07<br>PINAR ASSOC SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE TN 37939-1229 |
| CREDITOR ID: 1708-07<br>PINE ISLAND SHOPPING CENTER<br>C/O THE BIRCH CO<br>PO BOX 61156<br>FT MYERS FL 33906 | CREDITOR ID: 1709-07<br>PINE PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>925 SOUTH FEDERAL HIGHWAY<br>BOCA  RATON FL 33432 | CREDITOR ID: 1711-07<br>PINEROOTS LLC<br>C/O GORDON P SUMMERS JR MGR<br>PO BOX 1565<br>LAKE CITY FL 32056 |
| CREDITOR ID: 1712-07<br>PINES/CARTER<br>C/O PINES GROUP INC<br>3301 PONCE DELEON BLVD<br>CORAL GABLES FL 33134 | CREDITOR ID: 1713-07<br>PINETREE PARTNERS LTD<br>113 BASCOM COURT, SUITE A<br>COLUMBUS GA 31909-8562 | CREDITOR ID: 1714-07<br>PINEWOOD PLAZA ASSOCIATES<br>%RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PK  STE<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 279496-99<br>PITNEY HARDIN LLP<br>ATTN: PETER A FORGOSH<br>200 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932-0950 | CREDITOR ID: 279051-99<br>PITNEY HARDIN LLP<br>ATTN CONRAD K CHIU ESQ<br>7 TIMES SQUARE<br>NEW YORK NY 10036 |
| CREDITOR ID: 278789-99<br>PITNEY HARDIN LLP<br>ATTN SCOTT A ZUBER ESQ<br>200 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932-0950 | CREDITOR ID: 1716-07<br>PLAZA WEST 15190117351<br>1ST UNION NATL BK MAIL DEPT<br>PO BOX 522817<br>MIAMI FL 33152-2817 | CREDITOR ID: 2277-07<br>PLUNKETT, H.C.<br>PO BOX 5306<br>JACKSON MS 39296-5306 |
| CREDITOR ID: 1403-07<br>PLUNKETT, H.C.<br>PO BOX 5306<br>JACKSON MS 39296-5306 | CREDITOR ID: 1402-07<br>PLUNKETT, H.C.<br>C/O BATESVILLE SECURITY BANK<br>TMAS 7300228<br>PO BOX 690<br>BATESVILLE MS 38606 | CREDITOR ID: 1717-07<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>5200 PARK ROAD SUITE 120<br>CHARLOTTE NC 28209 |
| CREDITOR ID: 279088-99<br>PODVEY, SACHS, MEANOR, ET AL.<br>ATTN:  ROBERT K. SCHEINBAUM<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102 | CREDITOR ID: 1719-07<br>PONCE REALTY COMPANY<br>C/O SOUTHERN MGMT & DEV<br>PO BOX 11229<br>KNOXVILLE TN 37939 | CREDITOR ID: 1720-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE NC 28305 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                          **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2479-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE NC 28305 | CREDITOR ID: 1721-07<br>POPPS FERRY MS DEV<br>P O BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 2480-07<br>POPPS FERRY MS DEV<br>PO BOX 81322<br>MOBILE AL 36689 |
| CREDITOR ID: 279417-99<br>PORZIO BROMBERG & NEWMAN PC<br>ATTN: BRETT S MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962-1997 | CREDITOR ID: 279416-99<br>PORZIO BROMBERG & NEWMAN PC<br>ATTN: WARREN J MARTIN<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 | CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>% PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL GA 30076-3239 |
| CREDITOR ID: 278699-99<br>POWERHOUSE PRODUCE LLC<br>ATTN JAMES BANKS, ACCOUNT MANAGER<br>PO BOX 368<br>RIVERHEAD NY 11901 | CREDITOR ID: 1723-07<br>PRB INVESTMENTS LLC<br>ATTN: PHILLIP BULLIARD<br>2424 EDENBORN AVE STE 600<br>METAIRIE LA 70001 | CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, L.P.<br>1717 WOODSTEAD COURT<br>THE  WOODLANDS TX 77380-0077 |
| CREDITOR ID: 1726-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE NC 28204-2857 | CREDITOR ID: 2483-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE NC 28204-2857 | CREDITOR ID: 1727-07<br>PRIME SHOPPES PARTNERS<br>C/O BRANDY ONE REAL ESTATE MGMT<br>2 PONDS EDGE DR<br>CHADDS FORD PA 19317 |
| CREDITOR ID: 1728-07<br>PRIMO JUSTICE PROPERTIES LLC<br>ATTN:  TERESA SCIAPPA<br>PO BOX 1493<br>STEUBENVILLE OH 43952 | CREDITOR ID: 1729-07<br>PRINCIPAL CAPITAL MANAGEMENT L<br>LOAN #751639<br>PO BOX 8245<br>DES MOINES IA 50301-8245 | CREDITOR ID: 1730-07<br>PRINCIPAL LIFE INSURANCE CO<br>% PRINCIPAL CAPITAL MGMT LN#75<br>ATTN:  CONNIE COLE<br>801 GRAND AVE<br>DES MOINES IA 50392 |
| CREDITOR ID: 2484-07<br>PRINCIPAL LIFE INSURANCE CO.<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 | CREDITOR ID: 1742-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>PO BOX 8245<br>LOAN D 750962<br>DES MOINES IA 50306-8245 | CREDITOR ID: 1734-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>PO BOX 10387<br>LOAN 399600<br>DES MOINES IA 50306 |
| CREDITOR ID: 2485-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 | CREDITOR ID: 1743-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE FL 33063-4246 | CREDITOR ID: 2486-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE FL 33063-4246 |
| CREDITOR ID: 279315-99<br>PROCTOR & GAMBLE DIST CO<br>ATTN: JAY JONES<br>PO BOX 100537<br>ATLANTA GA 30384-0537 | CREDITOR ID: 278683-99<br>PROCTOR & GAMBLE DISTRIBUTING CO.<br>ATTN: JAY JONES, CR. MGR.<br>PO BOX 100537<br>ATLANTA GA 30384-0537 | CREDITOR ID: 1745-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1235<br>GREENVILLE SC 29602-1806 |
| CREDITOR ID: 1744-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1023<br>GREENVILLE SC 29602-1806 | CREDITOR ID: 2487-07<br>PROMENADES MALL (E & A), LLC<br>900 NATIONS BNK PLZ, 1901 MAIN<br>ATTN: JODIE MCLEAN<br>COLUMBIA SC 29202 | CREDITOR ID: 1746-07<br>PROMENADES MALL (E&A), LLC<br>PO BOX 528<br>COLUMBIA SC 29202 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1747-07<br>PROMVENTURE LIMITED PARTNERSHI<br>C/O GUMBERG ASSET MGMT CORP<br>PO BOX 951559<br>CLEVELAND OH 44193-0124 | CREDITOR ID: 2488-07<br>PROPERTY CONCEPTS INC<br>545 WATERGATE CT<br>ROSWELL GA 30076-3239 | CREDITOR ID: 2489-07<br>PROPERTY ONE, INC.<br>2014 WEST PINHOOK ROAD<br>SUITE 705<br>LAFAYETTE LA 70508-8505 |
| CREDITOR ID: 1749-07<br>PSMA LTD AP FLA FP FLA TIC<br>C/O PHILIPS INTL HOLDING CORP<br>295 MADISON AVE 2ND FLOOR<br>NEW YORK NY 10017-5820 | CREDITOR ID: 315657-99<br>QUADRANGLE GROUP LLC<br>ATTN: ANDREW HERENSTEIN<br>375 PARK AVE, 14TH FL<br>NEW YORK NY 10152 | CREDITOR ID: 315656-99<br>QUADRANGLE GROUP LLC<br>ATTN: PATRICK BARTEL<br>375 PARK AVE, 14TH FL<br>NEW YORK NY 10152 |
| CREDITOR ID: 1750-07<br>QUAIL ROOST ASSOC. PARTNERSHIP<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES FL 33146 | CREDITOR ID: 1751-07<br>QUAIL RUN VILLAGE<br>FRANCIS CARRINGTON<br>PO BOX 1328<br>EUREKA CA 95502 | CREDITOR ID: 1752-07<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS  FORD PA 19317 |
| CREDITOR ID: 2491-07<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS FORD PA 19317 | CREDITOR ID: 2492-07<br>R.V. MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE, N E<br>BAINBRIDGE  ISLAND WA 98110-1482 | CREDITOR ID: 279307-99<br>R2 INVESTMENTS LDC<br>C/O AMALGAMATED GADGET LP<br>ATTN: DAVE GILLESPIE<br>301 COMMERCE ST STE 3200<br>FORT WORTH TX 76102 |
| CREDITOR ID: 1755-07<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST  PETERSBURG  BEACH FL 33741-6345 | CREDITOR ID: 2493-07<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST PETERSBURG  BEACH FL 33741-6345 | CREDITOR ID: 1756-07<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN AL 35902 |
| CREDITOR ID: 2494-07<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN AL 35902 | CREDITOR ID: 1757-07<br>RAINBOW SPRINGS VENTURES LC<br>C/O CHASE ETERPRISES<br>ONE COMMERCIAL PLAZA<br>HARTFORD CT 06103 | CREDITOR ID: 2495-07<br>RAINSAN PROPERTIES,LLC<br>C/O KIN PROPERTIES, INC<br>185 NW SPANISH RIVER BLVD, STE<br>BOCA  RATON FL 33431-4230 |
| CREDITOR ID: 1758-07<br>RALPH MEITIN FAMILY PARTNERSHIP LTD<br>PO BOX 162732<br>ALTAMONTE SPRINGS FL 32716-2732 | CREDITOR ID: 1759-07<br>RAMCO USA DEVELOPMENT INC<br>PO BOX 2291<br>174 WEST COMSTOCK AVE #100<br>WINTER PARK FL 32790 | CREDITOR ID: 1760-07<br>RANDALL BENDERSON 1993-1 TRUST<br>BRADEN RIVER PO<br>LEASE# S3641<br>PO BOX 21199<br>BRADENTON FL 34204-1199 |
| CREDITOR ID: 1761-07<br>RANDY ROARK<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 1762-07<br>RAPPAPORT MANAGEMENT CO<br>8405 GREENSBORO DRIVE, STE 830<br>MCLEAN VA 22102-5118 | CREDITOR ID: 1763-07<br>RAYNE PLAZA SHOPPING CENTER<br>P.O. BOX 258<br>RAYNE LA 70578-0258 |
| CREDITOR ID: 2497-07<br>RAYNE PLAZA SHOPPING CENTER<br>P.O. BOX 258<br>RAYNE LA 70578-0258 | CREDITOR ID: 2498-07<br>REAL EQUITIES LMTD. PARTNERSHIP II<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 | CREDITOR ID: 2499-07<br>REALTY MANAGEMENT CONSULTANTS INC.<br>PO BOX 137<br>GREENDALE WI 53129-0137 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                              **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1764-07<br>RED OAK SHOPPING CENTER LLC<br>5871 GLENRIDGE DRIVE, STE 400<br>ATLANTA GA 30328 | CREDITOR ID: 2500-07<br>REDD REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>BUILDING 10 SUITE 101<br>ATLANTA GA 30327-3052 | CREDITOR ID: 381791-99<br>REED & REED<br>ATTN: DIANE REED<br>501 N COLLEGE ST<br>WAXAHACHIE TX 75165 |
| CREDITOR ID: 381849-99<br>REED SMITH LLP<br>ATTN: KURT F GWYNNE, ESQ<br>1201 N MARKET ST<br>WILMINGTON DE 19801 | CREDITOR ID: 381847-99<br>REED SMITH LLP<br>ATTN: ELENA LAZAROU<br>599 LEXINGTON AVE, 28TH FL<br>NEW YORK NY 10022 | CREDITOR ID: 381840-99<br>REED SMITH LLP<br>ATTN: ROBERT M MARINO<br>1301 K STREET NW<br>STE 1100 EAST TOWER<br>WASHINGTON DC 20005-3317 |
| CREDITOR ID: 381848-99<br>REED SMITH LLP<br>ATTN: ANDREW MORRISON<br>599 LEXINGTON AVE, 27TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 1765-07<br>REEF ASSOCIATES LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY SUITE 800<br>MIAMI FL 33126-4677 | CREDITOR ID: 1767-07<br>REGENCY CENTERS INC<br>MARINERS VILLAGE<br>PO BOX 532937<br>ATLANTA GA 30353-2937 |
| CREDITOR ID: 1766-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 2501-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 2718<br>JACKSONVILLE FL 32232 | CREDITOR ID: 2502-07<br>REGENCY CENTERS, LP<br>121 W FORSYTH STREET, STE. 200<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 2503-07<br>REGENCY REALTY GROUP, INC.<br>PO BOX 2718<br>JACKSONVILLE FL 32232 | CREDITOR ID: 1768-07<br>REGENCY SAVING BANK FSB<br>LOAN SERVICING DEPT<br>11 WEST MADISON<br>OAK PARK IL 60302 | CREDITOR ID: 1769-07<br>REGENCY SAVINGS BANK F S B<br>ATTN: COMMERCIAL LOAN SAVINGS<br>11 WEST MADISON<br>OAK  PARK IL 60302 |
| CREDITOR ID: 1770-07<br>REGENT INVESTMENT CORPORATION<br>222 THIRD STREET SE, STE 230<br>CEDAR  RAPIDS IA 52401 | CREDITOR ID: 279442-99<br>REISMAN, GLENN M<br>TWO CORPORATE DRIVE, STE 648<br>PO BOX 861<br>SHELTON CT 06484-0861 | CREDITOR ID: 279404-99<br>RELIANCE STANDARD LIFE INSURANCE CO<br>ATTN: EARL E MCEVOY<br>2001 MARKET ST STE 1500<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 2504-07<br>RETAIL ASSET MANAGEMENT<br>P O BOX 5666<br>CLEARWATER FL 33758-5666 | CREDITOR ID: 1771-07<br>RETAIL CENTER HAMPTON LLC<br>C/O T&F PROPERTIES<br>153 GREENVILLE STREET S W<br>AIKEN SC 29801 | CREDITOR ID: 2505-07<br>RETAIL CENTER HAMPTON LLC<br>378 KNOLLWOOD DRIVE<br>CHARLESTON WV 25302 |
| CREDITOR ID: 1772-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1036 | CREDITOR ID: 2506-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 8860<br>MOBILE AL 36689 | CREDITOR ID: 1773-07<br>RETREAT VILLAGE MANAGEMENT CO<br>PO BOX 5046<br>MACON GA 31208 |
| CREDITOR ID: 2507-07<br>RETREAT VILLAGE MANAGEMENT CO,LLC<br>P.O BOX 5046<br>MACON GA 31208 | CREDITOR ID: 1774-07<br>RIAL CORPORATION<br>C/O WILLIAM C STILLWAGON<br>319 SOUTH MAPLE AVE<br>GREENSBURG PA 15601-3218 | CREDITOR ID: 2508-07<br>RICHARD A NEWMAN<br>ARENT FOX KINTNER PLOTKIN & KA<br>1050 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-5339 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1775-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL WELLS TX 76067 | CREDITOR ID: 2509-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL WELLS TX 76067 | CREDITOR ID: 279439-99<br>RICHARD BLACKSTONE WEBBER II PA<br>ATTN: RICHARD BLACKSTON WEBBER II<br>320 MAITLAND AVE<br>ALTAMONTE SPRINGS FL 32701 |
| CREDITOR ID: 2510-07<br>RICHARD J. LINDNER<br>111 GILES AVENUE<br>JERSEY CITY NJ 07306 | CREDITOR ID: 278803-99<br>RICHARD W WARD ESQ<br>2527 FAIRMOUNT ST<br>DALLAS TX 75201 | CREDITOR ID: 279464-99<br>RICH-SEAPAK CORPORATION<br>C/O ARNALL GOLDEN GREGORY LLP<br>ATTN DARRYL S LADDIN ESQ<br>201 SECOND ST STE 1000<br>MACON GA 31201 |
| CREDITOR ID: 279465-99<br>RICH-SEAPAK CORPORATION<br>C/O ARNALL GOLDEN GREGORY LLP<br>ATTN JAMES P SMITH ESQ<br>201 SECOND ST STE 1000<br>MACON GA 31201 | CREDITOR ID: 1777-07<br>RILEY PLACE LLC<br>PO BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 1778-07<br>RIVER OAKS<br>C/O HUGHES REAL ESTATE INC<br>PO BOX 2567<br>GREENSVILLE SC 29602 |
| CREDITOR ID: 278709-99<br>RIVERDALE FARMS<br>ATTN VANESSA FERNANDEZ CONTROLLER<br>PO BOX 861093<br>ORLANDO FL 32886-3356 | CREDITOR ID: 279478-99<br>RIVERDALE FARMS INC<br>C/O BROAD AND CASSEL<br>ATTN C CRAIG ELLER ESQ<br>ONE N CLEMATIS ST STE 500<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 279476-99<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN WARREN J MARTIN JR ESQ<br>100 SOUTHGATE PARKWAY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 |
| CREDITOR ID: 279477-99<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN BRETT S MOORE ESQ<br>100 SOUTHGATE PKWY<br>MORRISTOWN NJ 07962 | CREDITOR ID: 1779-07<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA GA 30384-9436 | CREDITOR ID: 2516-07<br>RIZIKA, ROBERT N<br>107 WINDWARD DR<br>PALM BEACH GARDENS FL 33418-4012 |
| CREDITOR ID: 1780-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM MA 02027-0111 | CREDITOR ID: 2512-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM MA 02027-0111 | CREDITOR ID: 2513-07<br>ROANOKE LANDING, LTD<br>C/O NEW PLAN EXCEL REALTY TRUS<br>1120 AVENUE OF THE AMERICAS 12<br>NEW YORK NY 10036 |
| CREDITOR ID: 2496-07<br>ROARK, RANDY<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 1781-07<br>ROBERT D POWERS<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA AL 36027 | CREDITOR ID: 1782-07<br>ROBERT G HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 |
| CREDITOR ID: 2514-07<br>ROBERT G HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 | CREDITOR ID: 1783-07<br>ROBERT H PALMER JR<br>PO BOX 3146<br>JOHNSON CITY TN 37602 | CREDITOR ID: 2515-07<br>ROBERT H PALMER JR<br>PO BOX 3146<br>JOHNSON CITY TN 37602 |
| CREDITOR ID: 1784-07<br>ROBERT N RIZIKA<br>107 WINDWARD DR<br>PALM BEACH GARDENS FL 33418-4012 | CREDITOR ID: 1785-07<br>ROBERTSDALE DEV LLC<br>P O BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 2517-07<br>ROBERTSDALE DEV LLC<br>PO BOX 81322<br>MOBILE AL 36689 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                              **CASE:   05-11063 (RDD)**

CREDITOR ID: 279042-99
ROBINSON BROG ET AL
ATTN FRED B RINGEL ESQ
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

CREDITOR ID: 1786-07
ROCKBRIDGE PLACE
C/O EDENS & AVANT FINANCING II
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1787-07
ROEBUCK VENTURES LTD
C/O JP PROPERTIES INC
135 PARKSIDE CLOSE
ALPHARETTA GA 30022

CREDITOR ID: 279196-99
ROETZEL & ANDRESS
ATTN DIANA M THIMMIG ESQ
1375 E NINTH ST
ONE CLEVELAND CTR 9TH FLR
CLEVELAND OH 44115

CREDITOR ID: 2518-07
RONALD BENDERSON
8441 COOPER CREEK BLVD
UNIVERSITY  PARK FL 34201

CREDITOR ID: 1789-07
RONALD BENDERSON 1995 TRUST
LEASE #54962 A/B4786
PO BOX 21199
BRADENTON FL 34204-1199

CREDITOR ID: 1788-07
RONALD BENDERSON 1995 TRUST
BRADENTON RIVER POST OFFICE
PO BOX 21199
BRADENTON FL 34204-1199

CREDITOR ID: 2533-07
ROPER, SAMUEL C
1209 CHICHESTER ST
ORLANDO FL 32803

CREDITOR ID: 2520-07
RORELORY-LAPLACE, LLC
ATTN: ROBERT D. HESS
1916 BUTTERNUT AVENUE
METAIRIE LA 70001

CREDITOR ID: 1790-07
ROSEMYR CORP
PO BOX 108
HENDERSON NC 27536-0108

CREDITOR ID: 2521-07
ROSEMYR CORP
PO BOX 108
HENDERSON NC 27536-0108

CREDITOR ID: 278705-99
ROSS LABORATORIES
ATTN PHIL POLK, CONTROLLER
DEPT L-281
COLUMBUS , OH 43260-0001

CREDITOR ID: 1792-07
ROYAL & SON
802 NW 1ST STREET
SOUTH  BAY FL 33493

CREDITOR ID: 2523-07
ROYAL & SON
802 NW 1ST STREET
SOUTH BAY FL 33493

CREDITOR ID: 1793-07
ROYAL COMPANIES
802 NW 1ST STREET
SOUTH  BAY FL 33493

CREDITOR ID: 2524-07
ROYAL COMPANIES
802 NW 1ST STREET
SOUTH BAY FL 33493

CREDITOR ID: 1794-07
ROYAL HOMES INC
PO BOX 12767
BIRMINGHAM AL 35203-2767

CREDITOR ID: 1795-07
ROYAL OAKS BRANDON PARTNERS
PAPPAS RETAIL LEASING & MGMT
PO BOX 48547
ST. PETERSBURG FL 33743

CREDITOR ID: 1796-07
ROYAL OAKS PLAZA INC
PO BOX 6612
SURFSIDE FL 33154-6612

CREDITOR ID: 2525-07
ROYAL OAKS PLAZA INC
PO BOX 6612
SURFSIDE FL 33154-6612

CREDITOR ID: 1797-07
ROYALS O K LUNCH INC
324 SW 16TH ST
BELLE  GLADE FL 33430-2824

CREDITOR ID: 2526-07
ROYALS O K LUNCH INC
324 SW 16TH ST
BELLE GLADE FL 33430-2824

CREDITOR ID: 1754-07
RP BARREN RIVER LLC
PO BOX 643003
CINCINNATI OH 45264-3003

CREDITOR ID: 2527-07
RP BARREN RIVER, LLC
%USPG MANAGEMENT, INC
10 WEST BROAD STREET, SUITE 16
COLUMBUS OH 43215

CREDITOR ID: 1798-07
RSSC LLC
31500 NORTHWESTERN HWY, STE 300
FARMINGTON HILLS MI 48334-3113

CREDITOR ID: 2661-07
RUBEN, WAYNE
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 1799-07
RUDCO PROPERTIES INC
365 W PASSAIC ST
ROCHELLE  PARK NJ 07662

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                     **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2528-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE  PARK NJ 07662 | CREDITOR ID: 2529-07<br>RUSHMORE FRIENDSHIP L.L.C.<br>C/O RUSHMORE PROPERTIES, L.P.<br>414 NORTH ORLEANS SUITE 210<br>CHICAGO IL 60610 | CREDITOR ID: 1800-07<br>RUSHMORE FRIENDSHIP LLC<br>C/O SOUTHERN MGMT & DEVELOPMENT<br>PO BOX 11229<br>KNOXVILLE TN 37919 |
| CREDITOR ID: 1801-07<br>RUTH GUEST HOUSE INC<br>BOULDER VENTURE SOUTH LLC<br>2226 SR 580<br>CLEARWATER FL 33763 | CREDITOR ID: 1802-07<br>RUTH S SMITH SNODGRASS AIRES<br>308 RUNNING WINDS LANE<br>MAITLAND FL 32751 | CREDITOR ID: 2329-07<br>RUTLAND, JAMES W. III<br>PO BOX 230758<br>MONTGOMERY AL 36123 |
| CREDITOR ID: 2330-07<br>RUTLAND, JAMES W. JR.<br>DALRAIDA PROPERTIES, INC.<br>PO BOX 230758<br>MONTGOMERY AL 36123-0758 | CREDITOR ID: 279433-99<br>RYNN & JANOWSKY LLP<br>ATTN: PATRICIA RYNN<br>4100 NEWPORT PLACE DRIVE<br>SUITE 700<br>NEWPORT BEACH CA 92660 | CREDITOR ID: 279434-99<br>RYNN & JANOWSKY LLP<br>ATTN: PRISCILLA GRANNIS<br>4100 NEWPORT PLACE DRIVE<br>SUITE 700<br>NEWPORT BEACH CA 92660 |
| CREDITOR ID: 1803-07<br>S & C PROPERTIES<br>1100 SPRING ST NW BLDG 550<br>ATLANTA GA 30309 | CREDITOR ID: 2530-07<br>S&C PROPERTIES<br>1100 SPRING ST NW BLDG 550<br>ATLANTA GA 30309 | CREDITOR ID: 278711-99<br>SAFE HARBOR SEAFOOD<br>ATTN JACK JONES, CFO<br>4371 OCEAN STREET<br>MAYPORT, FL 32233-2417 |
| CREDITOR ID: 1804-07<br>SALEM CROSSING SHOPPING CENTER<br>% SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE<br>ATLANTA GA 30328 | CREDITOR ID: 1805-07<br>SALEMO VILLAGE SHOPPING CENTER<br>C/O EQUITY ONE REALTY MGMT INC<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 | CREDITOR ID: 2531-07<br>SAM DEVELOPMENT ASSOC, LLC<br>% BRYANT ASSET MANAGEMENT<br>2900 WESTCHESTER AVENUE<br>PURCHASE NY 10577 |
| CREDITOR ID: 1806-07<br>SAM DEVELOPMENT ASSOCIATES LLC<br>PO BOX 826107<br>PHILADELPHIA PA 19182-6107 | CREDITOR ID: 1807-07<br>SAMUEL C ROPER<br>1209 CHICHESTER ST<br>ORLANDO FL 32803 | CREDITOR ID: 2534-07<br>SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS  ANGELES CA 90024 |
| CREDITOR ID: 1808-07<br>SAMUEL OSCHIN TRUSTEE BARBARA<br>OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>LOS  ANGELES CA 90071-2806 | CREDITOR ID: 1809-07<br>SAMUEL OSCHIN TRUSTEE MICHAEL<br>OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>LOS  ANGELES CA 90071-2806 | CREDITOR ID: 2535-07<br>SAN ANGELO TX WD LP<br>C/O I. REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 |
| CREDITOR ID: 1810-07<br>SANDEFUR INVESTMENTS INC<br>806 EAST 25TH STREET<br>SANDFORD FL 32771 | CREDITOR ID: 2536-07<br>SANDEFUR INVESTMENTS INC<br>806 EAST 25TH STREET<br>SANDFORD FL 32771 | CREDITOR ID: 278718-99<br>SANDERSON FARMS<br>ATTN NEAL MORGAN, DIRECTOR OF SALES<br>PO BOX 988<br>LAUREL, MS 39441-0988 |
| CREDITOR ID: 1811-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE FL 32203 | CREDITOR ID: 2537-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE FL 32203 | CREDITOR ID: 1812-07<br>SANDRA MACKEY<br>3590 CLOUDLAND DRIVE N W<br>ATLANTA GA 30327 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

CREDITOR ID: 2538-07
SANDRA MACKEY
3590 CLOUDLAND DRIVE NW
ATLANTA GA 30327

CREDITOR ID: 278691-99
SARA LEE FOODS
ATTN JOEL CARTRIGHT,
CREDIT MANAGER
PO BOX 905466
CHARLOTTE, NC 28290

CREDITOR ID: 1813-07
SARRIA ENTERPRISES INC
ATTN:  FRANCISCO SARRIA
4725 SW 8TH STREET
MIAMI FL 33134

CREDITOR ID: 1814-07
SARRIA HOLDINGS II INC
4725 SOUTHWEST 8TH STREET
MIAMI FL 33134

CREDITOR ID: 2539-07
SARRIA HOLDINGS II INC
4725 SW 8TH STREET
MIAMI FL 33134

CREDITOR ID: 1815-07
SARRIA HOLDINGS INC
C/O FRANCISCO SARRIA
4725 SW 8TH ST
MIAMI FL 33134

CREDITOR ID: 1817-07
SAUFLEY FIELD PARTNERS LTD
C/O NEWTON OLDACRE MACDONALD
PO BOX 680176
PRATTVILLE AL 36068

CREDITOR ID: 1818-07
SAVITAR A/M/A SRA/AMERICAN LLC
SAVITAR AS AGENT FOR
SUITE 5A
POMPANO  BEACH FL 33073

CREDITOR ID: 1819-07
SAWICKI REALTY CO
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 2540-07
SAWICKI REALTY CO
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 279495-99
SCARELLA ROSEN & SLOME
ATTN: THOMAS SLOME
333 EARLE OVINGTON BLVD, STE 901
UNIONDALE NY 11553

CREDITOR ID: 278820-99
SCARELLA ROSEN & SLOME
ATTN ADAM L ROSEN ESQ
333 EARLE OVINGTON BLVD STE 901
UNIONDALE NY 11553

CREDITOR ID: 278720-99
SCHERING PLOUGH HEALTH CARE
ATTN: JOHN GLYNN
PO BOX 100373
ATLANTA, GA 30384

CREDITOR ID: 278773-99
SCHERING PLOUGH HEALTH CARE
ATTN: JOHN GLYNN - DIRECTOR, TRADE
3030 JACKSON AVENUE
MEMPHIS TN 38151

CREDITOR ID: 1821-07
SCHILLECI MILLBROOK SC LLC
2233 HALCYON BLVD
MONTGOMERY AL 36117

CREDITOR ID: 2541-07
SCHILLECI MILLBROOK SC,LLC
1700 EMORY FOLMAR BLVD.
MONTGOMERY AL 36110

CREDITOR ID: 1822-07
SCHOOL ST CROSSING LP
C/O  THE MALTIACE COMPANY
PO BOX 13809
JACKSON MS 39236-3809

CREDITOR ID: 278702-99
SCHREIBER FOODS, INC.
ATTN KRIS SKUPAS, CREDIT MANAGER
PO BOX 905008
CHARLOTTE NC 28290-5008

CREDITOR ID: 1823-07
SCHWARTZ FAMILY TRUST
157 N FORMOSA AVE
LOS  ANGELES CA 90036

CREDITOR ID: 2542-07
SCHWARTZ FAMILY TRUST
157 N FORMOSA AVE
LOS  ANGELES CA 90036

CREDITOR ID: 1825-07
SCP WINTER GARDEN FL LLC
1300 POST OAK BLVD., STE 2000
HOUSTON TX 77056

CREDITOR ID: 1826-07
SCRIBE RIVIERA JV
6761 W INDIANTOWN RD STE 29
JUPITER FL 33458

CREDITOR ID: 2544-07
SCRIBE RIVIERA JV
6761 W INDIANTOWN RD STE 29
JUPITER FL 33458

CREDITOR ID: 1828-07
SEBRING SQUARE LTD
PO BOX 2162
PALM BEACH FL 33480

CREDITOR ID: 2546-07
SEBRING SQUARE LTD.
P.O. BOX 2707
PALM  BEACH FL 33480

CREDITOR ID: 269678-99
SEC BOSTON DISTRICT OFFICE
ATTN WALTER G RICCIARDI, DIST ADMIN
73 TREMONT STREET, SUITE 600
BOSTON MA 02108-3912

CREDITOR ID: 269676-99
SEC HEADQUARTERS
450 FIFTH STREET NW
WASHINGTON DC 20549

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:     WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 269677-99<br>SEC NORTHEAST REGIONAL OFFICE<br>ATTN JOHN MURRAY<br>THE WOOLWORTH BUILDING<br>233 BROADWAY<br>NEW YORK NY 10279 | CREDITOR ID: 269679-99<br>SEC PHILADELPHIA DISTRICT OFFICE<br>ATTN ARTHUR S GABINET, DIST ADMIN<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1532 | CREDITOR ID: 1829-07<br>SELIG ENTERPRISES INC<br>ATTN: ROBERT C RIDDLE<br>1100 SPRING ST SUITE 550<br>ATLANTA GA 30309 |
| CREDITOR ID: 2328-07<br>SELL, JAMES AND CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | CREDITOR ID: 1479-07<br>SELL, JAMES AND CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | CREDITOR ID: 2547-07<br>SELMA HWY 80 VENTURE 11<br>PO BOX 12767<br>BIRMINGHAM AL 35203-2767 |
| CREDITOR ID: 2548-07<br>SELMA-DIX PROPERTIES CORP.<br>TWO PENN PLAZA, SUITE 1586<br>NEW  YORK NY 10121-0101 | CREDITOR ID: 1830-07<br>SENDERO COMMERCIAL INVESTMENTS<br>C/O HUTCH HARPER<br>PO BOX 91228<br>SAN ANTONIO TX 78209 | CREDITOR ID: 2549-07<br>SES GROUP MIAMI SPRINGS, LTD<br>C/O ROBERT JONES, GENERAL PART<br>P.O. BOX 2474<br>NAPLES FL 34106 |
| CREDITOR ID: 2550-07<br>SG PARTNERSHIP<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 1832-07<br>SHADES CREEK PARTNERS<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 | CREDITOR ID: 1833-07<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>50 TICE BLVD<br>WOODCLIFF  LAKE NJ 07675 |
| CREDITOR ID: 2697-07<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>50 TICE BLVD.<br>WOODCLIFF  LAKE NJ 07675 | CREDITOR ID: 1834-07<br>SHANNON VILLAGE SHOPPING CENTE<br>PO BOX 676<br>LOUISBURG NC 27549 | CREDITOR ID: 2551-07<br>SHANNON VILLAGE SHOPPING CNTR, INC<br>%JOHN D. ROCK<br>114 CAROL CIRCLE PO BOX 676<br>LOUISBURG NC 27549 |
| CREDITOR ID: 381854-99<br>SHAPIRO & CROLAND<br>ATTN: ROBERT SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE, 6TH FLR<br>HACKENSACK NJ 07601 | CREDITOR ID: 381853-99<br>SHAPIRO & CROLAND<br>ATTN: ALEXANDER BENISATTO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE, 6TH FLR<br>HACKENSACK NJ 07601 | CREDITOR ID: 278805-99<br>SHEARMAN & STERLING LLP<br>ATTN: ANDREW TENZER<br>599 LEXINGTON AVE<br>NEW YORK NY 10022-6069 |
| CREDITOR ID: 1836-07<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE VA 24114-0952 | CREDITOR ID: 2552-07<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE VA 24114-0952 | CREDITOR ID: 1837-07<br>SHERI TRAGER WEISS<br>13853 THOMASVILLE CT<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 1838-07<br>SHIELDS PLAZA<br>E&A SOUTHEAST LIMITED PARTNER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1840-07<br>SHOPPES @ 104<br>PO BOX 534101<br>ATLANTA GA 30353-4101 | CREDITOR ID: 2554-07<br>SHOPPES @ 104<br>C/O REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 1841-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT  LAUDERDALE FL 33334 | CREDITOR ID: 2555-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT. LAUDERDALE FL 33334 | CREDITOR ID: 1842-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

CREDITOR ID: 2556-07
SHOPPES AT LAKE AVENUE INC
PO BOX 320219
COCOA BEACH FL 32932-0219

CREDITOR ID: 1843-07
SHOPPES OF LIBERTY CIT LLC
C/O PLATINUM PROPERTY MGMT INC
1175 NE 125TH STREET SUITE 103
NORTH MIAMI FL 33161

CREDITOR ID: 2557-07
SHOWPLACE COMMERCIAL PROPERTIES IN
% EF HUTTON REALTY CORP.
2000 S DIXIE HWY SUITE 100
MIAMI FL 33133

CREDITOR ID: 1844-07
SIDNEY KOHL COMPANY
340 ROYAL POINIANNA WAY  #305
PALM  BEACH FL 33480

CREDITOR ID: 2558-07
SIDNEY KOHL COMPANY
340 ROYAL POINIANNA WAY  #305
PALM BEACH FL 33480

CREDITOR ID: 1845-07
SIDNEY LEFCOURT
2100 PONCE DE LEON BLVD, STE 800
CORAL  GABLES FL 33134-5200

CREDITOR ID: 279199-99
SILLS CUMMIS EPSTEIN & GROSS
ATTN ANDREW SHERMAN ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102-5400

CREDITOR ID: 2560-07
SIMON PROPERTY GROUP
ATTN:INDIANAPOLIS COMMUNITY CE
PO BOX 7033
INDIANAPOLIS IN 46207

CREDITOR ID: 2128-07
SIMON, CHARLES
1800 NE 114TH STREET PH3
MIAMI FL 33181

CREDITOR ID: 1849-07
SITUS SERVICING INC
PO BOX 201341
LOAN# 3086039
DALLAS TX 75320-1341

CREDITOR ID: 1848-07
SITUS SERVICING INC
PO BOX 201341
LOAN #3086036
DALLAS TX 75320-1341

CREDITOR ID: 1847-07
SITUS SERVICING INC
PO BOX 201341
LOAN # 9214310
DALLAS TX 75320-1341

CREDITOR ID: 1850-07
SIZELER COMPANIES
PO BOX 62073
NEW ORLEANS LA 70162

CREDITOR ID: 2561-07
SIZELER REAL ESTATE
2542 WILLIAMS BLVD.
KENNER LA 70062-5596

CREDITOR ID: 2562-07
SIZLER COMPANIES
2542 WILLIAMS ROAD
KENNER LA 70062

CREDITOR ID: 1851-07
SJS-WOODLAKE PLAZA LP
C/O BANK ATLANTIC
PO BOX 5512
FT. LAUDERDALE FL 33319

CREDITOR ID: 279304-99
SKADDEN ARPS SLATE MEAGHER & FLOM
ATTN: D. J. BAKER
FOUR TIMES SQUARE
NEW YORK, NY 10036

CREDITOR ID: 1852-07
SKINNERS OF JACKSONVILLE INC
2970 HARTLEY ROAD, SUITE 320
JACKSONVILLE FL 32257

CREDITOR ID: 1853-07
SKS PROPERTIES LC
240 S PINEAPPLE AVE., STE 702
SARASOTA FL 34236

CREDITOR ID: 1854-07
SMALL PROPERTIES
PO BOX 10287
GREENVILLE SC 29603-0287

CREDITOR ID: 1855-07
SMITH BARNEY FBO WEINACKER'S
SHOPPING CTR LLC
#1211701
P O BOX 2926
MOBILE AL 36652-9987

CREDITOR ID: 315662-99
SMITH DEBNAM NARRON ET AL
ATTN: BYRON L SAINTSING, ESQ
PO BOX 26268
RALEIGH NC 27611

CREDITOR ID: 279429-99
SMITH HULSEY & BUSEY
ATTN: JAMES H POST
225 WATER ST STE 1800
JACKSONVILLE FL 32202

CREDITOR ID: 279019-99
SMITH KATZENSTEIN & FURLOW
ATTN KATHLEEN M MILLER ESQ
800 DELAWARE AVE 7TH FLR
PO BOX 410
WILMINGTON DE 19899

CREDITOR ID: 1856-07
SNELLVILLE PLAZA LTD
C/O MESSRS ELIOT M ARNOVITZ
AND MICHAEL PLASKER
ATLANTA GA 30360

CREDITOR ID: 2563-07
SNELLVILLE PLAZA LTD
5025 WINTERS CHAPLEL,STE M
ATLANTA GA 30360

CREDITOR ID: 381795-99
SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: CAROLE NEVILLE
1221 AVENUE OF THE AMERICAS, 24TH
NEW YORK NY 10020

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 381797-99<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>ATTN: JO CHRISTINE REED<br>1221 AVENUE OF THE AMERICAS, 24TH<br>NEW YORK NY 10020 | CREDITOR ID: 1857-07<br>SORMI INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA FL 33004 | CREDITOR ID: 1858-07<br>SOUTH BROADWAY CORP<br>248 WELLS DR<br>FOREST CITY NC 28043 |
| CREDITOR ID: 2564-07<br>SOUTH BROADWAY CORP<br>248 WELLS DR<br>FOREST CITY NC 28043 | CREDITOR ID: 2565-07<br>SOUTH CONGAREE W-D PARTNERSHIP<br>P.O DRAWER 10287<br>C/O AVTEX COMMERCIAL PROPERTIE<br>GREENVILLE SC 29603 | CREDITOR ID: 2566-07<br>SOUTH MONROE COMMONS<br>1629 K STREET<br>NW SUITE 501<br>WASHINGTON DC 20006 |
| CREDITOR ID: 1859-07<br>SOUTH MONROE COMMONS LLC<br>PO BOX 75426<br>BALTIMORE MD 21275-5426 | CREDITOR ID: 1860-07<br>SOUTH PLAZA  ASSOCIATES LLC<br>PO BOX 3578<br>NORFOLK VA 23514 | CREDITOR ID: 2567-07<br>SOUTH PLAZA ASSOCIATES, LLC<br>% PERRINE & WHEELER REAL ESTAT<br>PO BOX 3247<br>APOLLO  BEACH FL 33572 |
| CREDITOR ID: 1861-07<br>SOUTH ROCKDALE SHOPPING CENTER<br>C/O REDD REALTY SERVICES<br>SUITE 101<br>ATLANTA GA 30327-3052 | CREDITOR ID: 1862-07<br>SOUTH SQUARE MARKETPLACE<br>C/O EDENS AND AVANT<br>FINANCING II LP<br>COLUMBIA SC 29202 | CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>BLDG 100 SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA GA 30909 |
| CREDITOR ID: 1864-07<br>SOUTHBROOK PARTNERS LLC<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 | CREDITOR ID: 1865-07<br>SOUTHCHASE INVESTORS LLC<br>C/O TRAMMELL CROW COMPANY<br>PO BOX 933025<br>ATLANTA GA 31193-3025 | CREDITOR ID: 2568-07<br>SOUTHEAST PARTNERS<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 1866-07<br>SOUTHEAST US RETAIL FUND LP<br>C/O HURRICANE CREEK<br>PO BOX 7520<br>THE  WOODLANDS TX 77387 | CREDITOR ID: 2569-07<br>SOUTHCHASE INVESTERS,LLC<br>C/O BERWIND PROPERTY GROUP, LT<br>770 TOWNSHIP LINE ROAD, SUITE<br>YARDLEY PA 19067 | CREDITOR ID: 1867-07<br>SOUTHERN BOULEVARD CORP<br>PO BOX 11000<br>MONTGOMERY AL 36191-0001 |
| CREDITOR ID: 2570-07<br>SOUTHERN BOULEVARD CORP<br>PO BOX 11000<br>MONTGOMERY AL 36191-0001 | CREDITOR ID: 279479-99<br>SOUTHERN CLEANING SERVICES INC<br>C/O ANDERSON KILL & OLICK PC<br>ATTN LARRY D HENIN ESQ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CREDITOR ID: 1868-07<br>SOUTHERN FARM BUREAU<br>P O BOX 78<br>JACKSON MS 39205 |
| CREDITOR ID: 2571-07<br>SOUTHERN FARM BUREAU<br>PO BOX 78<br>JACKSON MS 39205 | CREDITOR ID: 1869-07<br>SOUTHERN FARM BUREAU LIFE INS<br>ATTN CASHIERS (SFB#122)<br>PO BOX 78<br>JACKSON MS 39205 | CREDITOR ID: 1870-07<br>SOUTHERN PARTNERS<br>PO BOX 500<br>BRAYNDWINE ONE BUILDING<br>CHADDS  FORD PA 19317 |
| CREDITOR ID: 2572-07<br>SOUTHERN PARTNERS<br>PO BOX 999<br>CHADDS FORD PA 19317 | CREDITOR ID: 1871-07<br>SOUTHERN STORES II LLC<br>BANK OF AMERICA<br>ATTN: PAMELA N<br>1004TH STREET SUITE 200<br>SAN RAFAEL CA 94901 | CREDITOR ID: 2573-07<br>SOUTHERN STORES II LLC<br>C/O CHERYL STONE<br>PO BOX 953<br>BOLINAS CA 94924 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1873-07<br>SOUTHGATE PLAZA 93 LTD<br>PO BOX 712219<br>CINCINNATI OH 45271-2219 | CREDITOR ID: 2574-07<br>SOUTHGATE PLAZA 93 LTD<br>C/O J. HERZOG & SONS INC.<br>1720 S. BELLAIRE ST. STE 1209<br>DENVER CO 80222 | CREDITOR ID: 2575-07<br>SOUTHGATE PLAZA ASSOCIATES<br>26 PARK PLACE WEST - 2ND FLOOR<br>MORRISTOWN NJ 07960 |
| CREDITOR ID: 1874-07<br>SOUTHGATE PLAZA ASSOCIATES LLC<br>26 PARK PLACE W., 2ND FLOOR<br>MORRISTOWN NJ 07960 | CREDITOR ID: 2576-07<br>SOUTHGATEREALTY,LLC<br>112 SHEFFIELD LOOP<br>SUITE D<br>HATTIESBURG MS 39402 | CREDITOR ID: 2580-07<br>SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, STE. 6<br>CHICAGO IL 60606 |
| CREDITOR ID: 2579-07<br>SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, STE 60<br>CHICAGO IL 60606 | CREDITOR ID: 2578-07<br>SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, 7TH FL<br>CHICAGO IL 60606 | CREDITOR ID: 2577-07<br>SOUTHLAND INVESTORS L.P.<br>2 N.RIVERSIDE PLAZA, 7TH FL<br>CHICAGO IL 60606 |
| CREDITOR ID: 1875-07<br>SOUTHMARK PROPERTIES LLC<br>C/O HELMS ROARK INC<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 2581-07<br>SOUTHMARK PROPERTIES, LLC<br>ATTN JAMES A. BRUNO<br>100 CENTERVIEW DRIVE, SUITE 22<br>BIRMINGHAM AL 35216 | CREDITOR ID: 1876-07<br>SOUTHTRUST BANK<br>COMMERCIAL REAL ESTATE DEPT<br>PO BOX 2554<br>BIRMINGHAM AL 35290-2554 |
| CREDITOR ID: 1877-07<br>SOUTHVIEW SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY AL 36123-5021 | CREDITOR ID: 2582-07<br>SOUTHWAY INVESTORS<br>718 E. FREDERICK STREET<br>GAFFNEY SC 29340 | CREDITOR ID: 1878-07<br>SPCP GROUP LLC<br>C/O LAUREATE CAPITAL LLC<br>PO BOX 890862<br>CHARLOTTE NC 28289-0862 |
| CREDITOR ID: 2584-07<br>SPECTRUM/WALKER CHAPEL<br>P O BOX 11045<br>MONTGOMERY AL 36111-0045 | CREDITOR ID: 1881-07<br>SPILLER INVESTMENT INC<br>C/O THE TROTMAN CO INC<br>2525 BELL ROAD<br>MONTGOMERY AL 36117 | CREDITOR ID: 1882-07<br>SPISHORES LLC<br>ATTN SIZELER PROPERTIES DEPOSI<br>PO BOX 62799<br>NEW ORLEANS LA 70162 |
| CREDITOR ID: 2585-07<br>SPISHORES,LLC<br>C/O SIZELER REAL ESTATE MANG.<br>2542 WILLIAMS BLVD.<br>KENNER LA 70062-5596 | CREDITOR ID: 2586-07<br>SPIWACHEE, INC.<br>WEEKI WACHEE VILLAGE<br>2542 WILLIMS BLVD.<br>KENNER LA 70062-5596 | CREDITOR ID: 1884-07<br>SPRING PLAZA LIMITED PRTNRSHP<br>C/O SIZELER REAL ESTATE MNG CO<br>2542 WILLIAMS BLVD<br>KENNER LA 70062-1919 |
| CREDITOR ID: 1886-07<br>SPRINGFIELD CROSSING LLC<br>C/O PAPPAS RETAIL LEASING & MGMNT<br>ST PETERSBURG FL 33743-8547 | CREDITOR ID: 1887-07<br>SPRINGHILL ASSOCIATES LLC<br>1 POSTON ROAD, STE 230<br>CHARLESTON SC 29407 | CREDITOR ID: 1888-07<br>SPRINGLAND ASSOCIATES LLC<br>PO BOX 460<br>LANCASTER SC 29721 |
| CREDITOR ID: 2587-07<br>SPRINGLAND ASSOCIATES LLC<br>PO BOX 460<br>LANCASTER SC 29721 | CREDITOR ID: 2588-07<br>SPRINGS CORNER LLC<br>C/O BARRY WHISNANT<br>375 10TH AVENUE DR.<br>HICKORY NC 28601 | CREDITOR ID: 1889-07<br>SPRINGS CORNERS LLC<br>926 2ND STREET NORTHEAST<br>HICKORY NC 28601 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                         **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279435-99<br>SQUIRE SANDERS & DEMPSEY LLP<br>ATTN: KRISTIN E RICHNER<br>1300 HUNTINGTON CTR<br>41 S HIGH STREET<br>COLUMBUS OH 43215-6197 | CREDITOR ID: 1890-07<br>SR JLB JAB LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI FL 33102-8568 | CREDITOR ID: 1891-07<br>SR TCS LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI FL 33102-8568 |
| CREDITOR ID: 1892-07<br>SRT ACQUISTION CORPORATION<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK NY 10018 | CREDITOR ID: 1894-07<br>ST CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 1895-07<br>ST JOHNS COMMONS OWNER CORP<br>LASALLE BANK NA<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO IL 60603 |
| CREDITOR ID: 2592-07<br>ST JOHNS COMMONS OWNER CORP<br>HALLMARK PARTNERS, INC<br>8917 WESTERN WAY, SUITE 6<br>JACKSONVILLE FL 32256 | CREDITOR ID: 2591-07<br>ST JOHN'S INVESTORS LMTD PRTNRSHP<br>C/O ZIFF PROPERTIES INC<br>701 EAST BAY STREET<br>CHARLESTON SC 29403 | CREDITOR ID: 2590-07<br>ST. CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE LA 71351 |
| CREDITOR ID: 1896-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT  CLEAR AL 36564-0230 | CREDITOR ID: 2593-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT  CLEAR AL 36564-0230 | CREDITOR ID: 381793-15<br>STAR TOWING AND RECOVERY, LLC<br>ATTN JIMMY L QUINN<br>PO BOX 550237<br>GASTONIA NC 28055 |
| CREDITOR ID: 2594-07<br>STATE INSURANCE FUND<br>STATE OF ALABAMA P.O. BOX 1390<br>777 SOUTH LAWRENCE STREET<br>MONTGOMERY AL 36102-1390 | CREDITOR ID: 279306-99<br>STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: ELIOT SPITZER<br>120 BROADWAY<br>NEW YORK NY 10271 | CREDITOR ID: 2332-07<br>STEIN, JAY D.<br>C/O SANDOR DEVELOPMENT CO.<br>2220 N. MERIDIAN ST.<br>INDIANAPOLIS IN 46208-5728 |
| CREDITOR ID: 2595-07<br>STERLING CAMDEN LIMITED PARTNERSHI<br>%STERLING CENTRECORP MGMT SERV<br>ONE NORTH CLEMATIS STREET, STE<br>WEST  PALM  BEACH FL 33401 | CREDITOR ID: 381870-99<br>STICHTER RIEDEL BLAIN ET AL<br>ATTN: DON M STICHTER<br>110 EAST MADISON ST, STE 200<br>TAMPA FL 33602 | CREDITOR ID: 1898-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT  LAUDERDALE FL 33301 |
| CREDITOR ID: 2596-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 1899-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD SC 29649 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD SC 29649 |
| CREDITOR ID: 2129-07<br>STONE, CHERYL PRESIDENT<br>MARION'S HOPE,LLC<br>C/O 150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 1900-07<br>STONEBRIDGE VILLAGE<br>C/O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305 | CREDITOR ID: 2339-07<br>STREET, JUDY<br>301 IVANHOE DRIVE<br>JOHNSON CITY TN 37601 |
| CREDITOR ID: 2598-07<br>STRING ENTERPRISE, INC.<br>5353 SOUTEL DRIVE<br>JACKSONVILLE FL 32231-4110 | CREDITOR ID: 1901-07<br>STRUCTURED PRODUCT SERVICING<br>FIRST UNION WHOLESALE<br>LB ACCT13-00002<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 279462-99<br>STUTSMAN & THAMES PA<br>ATTN NINA M LAFLEUR ESQ<br>121 W FORSYTH ST STE 600<br>JACKSONVILLE FL 32202 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1902-07<br>STW HOLDINGS LLC<br>1140 NE 163RD STREET, STE 28<br>NORTH  MIAMI  BEACH FL 33162 | CREDITOR ID: 1903-07<br>SUGARLAND SHOPPING CENTER<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DR SUITE 301<br>DEERFIELD  BEACH FL 33441 | CREDITOR ID: 2599-07<br>SULPHUR SPRINGS PROPERTIES LLC<br>C/O BARON CAPITAL PARTNERS,LLC<br>19227 SKYRIDGE CIRCLE<br>BOCA  RATON FL 33498 |
| CREDITOR ID: 1905-07<br>SUMTER CROSSING PROPERTIES INC<br>% CONCIRE CENTERS INC<br>411 COMMERCIAL COURT SUITE E<br>VENICE FL 34292 | CREDITOR ID: 1906-07<br>SUN LAKE PLAZA INC<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 | CREDITOR ID: 2600-07<br>SUN LAKE PLAZA, INC.<br>ATTN: ROBERT KODSI<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 |
| CREDITOR ID: 2601-07<br>SUN LIFE ASSURANCE CO. OF CANADA<br>% CHILDRESS KLEIN PROPERTIES<br>301 S COLLEGE ST. SUITE 2800<br>CHARLOTTE NC 28202 | CREDITOR ID: 1907-07<br>SUN WEST NC III PTN LIM<br>PTNSHPS ACCT A  ACCT# 18234155<br>C/O BANK ONE TEXAS NA<br>DALLAS TX 75397-1281 | CREDITOR ID: 2602-07<br>SUN WEST NC III PTN LIM<br>ATTN: PROPERTY MANAGEMENT<br>17776 PRESTON ROAD, SUITE 100<br>DALLAS TX 75252 |
| CREDITOR ID: 1908-07<br>SUNBURST PROPERTIES CORP<br>3191 PADARO LN<br>CARPINTERIA CA 93013 | CREDITOR ID: 2603-07<br>SUNBURST PROPERTIES CORP<br>3191 PADARO LN<br>CARPINTERIA CA 93013 | CREDITOR ID: 2604-07<br>SUNCOAST PLAZA<br>C/O RMC PROPERTY GROUP<br>1733 W. FLETCHER AVENUE<br>TAMPA FL 33612 |
| CREDITOR ID: 1909-07<br>SUNSET CENTRES LTD<br>C/O GULFSTREAM REALTY CORP<br>PO BOX 75260<br>BALTIMORE MD 21275-5260 | CREDITOR ID: 2605-07<br>SUNSET CENTRES LTD<br>%GULFSTREAM REALTY CORP<br>1629 K ST NW STE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1910-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>PO BOX 75377<br>BALTIMORE MD 21275-5377 |
| CREDITOR ID: 2606-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>%GULFSTREAM REALTY CORP<br>1629 K ST NW STE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1911-07<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE FL 33009 | CREDITOR ID: 2607-07<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE FL 33009 |
| CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>INVESTMENT MANAGEMENT ASSOC<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES FL 33146 | CREDITOR ID: 1913-07<br>SUNWEST NC III PARTNERSHIPS<br>C/O BANK ONE TEXAS N A<br>ACCT# 1823415581<br>DALLAS TX 75397-1281 | CREDITOR ID: 2608-07<br>SUSAN D. WILSON<br>MARKETPLACE OF DELRAY, LTD<br>3399 PGA BLVD. SUITE 450<br>PALM  BEACH  GARDENS FL 33410 |
| CREDITOR ID: 2609-07<br>SUWANNEE LAWN & GARDEN, INC.<br>15290 US HIGHWAY 129<br>MC  ALPIN FL 32062 | CREDITOR ID: 2610-07<br>SWANEE COUNTY MALL<br>PO BOX 2628<br>WILMINGTON NC 28402 | CREDITOR ID: 1918-07<br>TA/WESTERN LLC (POM. MKTPLCE)<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI BEACH FL 33140 |
| CREDITOR ID: 1919-07<br>TALLADEGA COMMUNITY BUILDERS<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY AL 36123-5021 | CREDITOR ID: 2612-07<br>TALLAPOOSA HOLDINGS, LLC<br>ROBERT WOLF<br>4706 18TH AVENUE<br>BROOKLYN NY 11204 | CREDITOR ID: 279176-99<br>TAPLIN ASSOCIATES PA<br>ATTN RONALD SCOTT KANIUK ESQ<br>350 FIFTH AVE STE 2418<br>NEW YORK NY 10118 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1920-07<br>TAPPEN PROPERTIES LP<br>1150 W 8TH STREET, STE 255<br>CINCINNATI OH 45203 | CREDITOR ID: 1922-07<br>TATONE PROPERTIES FLA INC<br>C/O NEVIN THOMAS<br>C M L CORP<br>SARASOTA FL 34237 | CREDITOR ID: 1921-07<br>TATONE PROPERTIES FLA INC<br>C/O HERITAGE MGT CORP<br>PO BOX 2495<br>OCALA FL 34478-2495 |
| CREDITOR ID: 2613-07<br>TATONE PROPERTIES FLA INC<br>100 WALLACE AVE., SUITE 111<br>SARASOTA FL 34237 | CREDITOR ID: 1923-07<br>TAVARES ASSOC LTD<br>6700 NW BROKEN SOUND PKWY, STE 201<br>BOCA RATON FL 33487 | CREDITOR ID: 1924-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES FL 34120 |
| CREDITOR ID: 2614-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES FL 34120 | CREDITOR ID: 2611-07<br>T-B PARTNERSHIP<br>C/O O'BRIEN-KIERNAN INVESTMENT<br>1255 POST STREET  SUITE 950<br>SAN  FRANSICO CA 94109 | CREDITOR ID: 1925-07<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY STE 217<br>STUART FL 34994 | CREDITOR ID: 2615-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY., STE 217<br>STUART FL 34994 | CREDITOR ID: 1927-07<br>TERRA NOVA THE REALTY ASSOC FU<br>PO BOX 862456<br>#2000002810953<br>ORLANDO  FL 32886-2489 |
| CREDITOR ID: 2210-07<br>TERRY, EDMUND<br>429 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432 | CREDITOR ID: 1928-07<br>THC LLC<br>C/O F&M REALTY<br>PO BOX 11148<br>MONTGOMERY AL 36111 | CREDITOR ID: 2616-07<br>THE BENSON CAPITAL COMPANY<br>708 THIRD AVENUE 28TH FLOOR<br>NEW  YORK NY 10017 |
| CREDITOR ID: 2617-07<br>THE DOUGLAS GROUP<br>% JOHN A. PETRIE<br>3914 MIAMI RD., SUITE 312<br>CINCINNATI OH 45227 | CREDITOR ID: 2618-07<br>THE GROSSMAN COMPANIES, INC.<br>1266 FURNACE BROOK PARKWAY<br>QUINCY MA 02269-0110 | CREDITOR ID: 381837-99<br>THE HT HACKNEY CO<br>ATTN KYLE DUGGER<br>502 S GAY ST, STE 300<br>KNOXVILLE TN 37902 |
| CREDITOR ID: 1929-07<br>THE MARKET AT BYRAM LLC<br>112 SHEFFIELD LOOP, STE D<br>HATTIESBURG MS 39402 | CREDITOR ID: 1930-07<br>THE MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>330 CROSS POINTE BLVD<br>EVANSVILLE IN 47715 | CREDITOR ID: 2619-07<br>THE MITCHELL CO<br>PO BOX 160306<br>MOBILE AL 36616-1306 |
| CREDITOR ID: 2620-07<br>THE REALTY ASSOC. FUND IV LP<br>CONCORD FUND IV RETAIL LP<br>1200 BRICKELL AVE., STE. 1500<br>MIAMI FL 33131 | CREDITOR ID: 1931-07<br>THE SCHREIBER CO BELLEVIEW ASS<br>235 ALPHA DRIVE<br>PITTSBURGH PA 15238 | CREDITOR ID: 2621-07<br>THE SCHREIBER CO BELLEVIEW ASSOC<br>235 ALPHA DRIVE<br>PITTSBURGH PA 15238 |
| CREDITOR ID: 1932-07<br>THE SEMBLER COMPANY<br>P O BOX 41847<br>ST  PETERSBURG FL 33743-1847 | CREDITOR ID: 2622-07<br>THE SEMBLER COMPANY<br>PO BOX 41847<br>ST. PETERSBURG FL 33743-1847 | CREDITOR ID: 2623-07<br>THE SHOPPING CENTER GROUP<br>3101 TOWERCREEK PKWY, SUITE 20<br>ATLANTA GA 30339 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY
PO BOX 97
COCOA FL 32923-0097

CREDITOR ID: 1933-07
TIFTON MALL INC
C/O SPECTRUM REALTY ADVISORS INC
5871 GLENRIDGE DR STE 400
ATLANTA GA 30328

CREDITOR ID: 2625-07
TIGER CROSSING W.D.
4200 NORTHSIDE PKWY,BLDG 10 ST
C/O REDD REALTY SERVICES
ATLANTA GA 30327

CREDITOR ID: 1916-07
TK HARRIS COMM RE SER
3930 FULTON DR NW, STE 206
CANTON OH 44718-3040

CREDITOR ID: 1935-07
TL NGUYEN LLC
PO BOX 28758
BIRMINGHAM AL 35228

CREDITOR ID: 2627-07
TMW REAL ESTATE MGMT, INC.
TWO RAVINIA DRIVE, SUITE 400
ATLANTA GA 30346-2104

CREDITOR ID: 381845-99
TODTMAN NACHAMIE ET AL
ATTN: ALEX SPIZZ
425 PARK AVE
NEW YORK NY 10022

CREDITOR ID: 1936-07
TOULOUSE VILLAGE ASSOCIATES
C/O THE TROTMAN COMPANY INC
ATTN GREG HUGHS
MONTGOMERY AL 36117

CREDITOR ID: 1937-07
TOWER ASSOCIATES LTD
537 MARKET ST., STE 400
CHATTANOOGA TN 37402

CREDITOR ID: 2628-07
TOWER CENTER ASSOCIATES LTD
4415 FIFTH AVENUE
PITTSBURG PA 15213

CREDITOR ID: 1938-07
TOWN & COUNTRY SHOPPING CENTER
903 UNIVERSITY BLVD
JACKSONVILLE FL 32211

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1939-07
TOWN SQUARE DEVELOPMENT
29 PELZER AVE
WILLIAMSTON SC 29697-1023

CREDITOR ID: 2630-07
TOWN SQUARE DEVELOPMENT
29 PELZER AVE
WILLIAMSTON SC 29697-1023

CREDITOR ID: 1940-07
TOWN'N COUNTRY REALTY
OF EASLEY - STORE 1223
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 2093-07
TRAGER, BRENT LANCE
12370 CACHET COURT
JACKSONVILLE FL 32223

CREDITOR ID: 1138-07
TRAGER, BRENT LANCE
12370 CACHET COURT
JACKSONVILLE FL 32223

CREDITOR ID: 1941-07
TRAIL PLAZA
C/O URBAN RETAIL PROPERTIES CO
706 KIRKWOOD MALL
BISMARK ND 58504

CREDITOR ID: 2631-07
TRAMMELL CROW COMPANY
ATTN: LYNN-ANN BURR
1801 N MILITARY TRAIL STE. 150
BOCA  RATON FL 33431

CREDITOR ID: 278839-99
TRAUB BONACQUIST & FOX LLP
ATTN WENDY MARCARI ESQ
655 THIRD AVE 21ST FL
NEW YORK NY 10017

CREDITOR ID: 278833-99
TRAUB BONACQUIST & FOX LLP
ATTN PAUL TRAUB ESQ
655 THIRD AVE 21ST FLR
NEW YORK NY 10017

CREDITOR ID: 279466-99
TRENAM KEMKER SCHARF ET AL
ATTN RICHARD J MCINTYRE ESQ
2700 BANK OF AMERICA PLAZA
101 E KENNEDY BLVD
TAMPA FL 33601

CREDITOR ID: 1943-07
TRIANGLE IV LLLP
MARK PROPERTIES INC
26 PARK PLACE WEST 2ND FLOOR
MORRISTOWN NJ 07960

CREDITOR ID: 1944-07
TRL PROPERTIES LLC
1608 CURRITUCK AVENUE
DUNN NC 28334

CREDITOR ID: 2632-07
TRL PROPERTIES LLC
1608 CURRITUCK AVENUE
DUNN NC 28334

CREDITOR ID: 1945-07
TROY MARKETPLACE LLC
C/O SAMCO PROPERTIES INC
455 FAIRWAY DRIVE SUITE 101
DEERFIELD  BEACH FL 33441

CREDITOR ID: 1946-07
TRUSTEE OF TRUST B
EIN 57-6150551
C/O GRACE WILLIAMSON FLO115
JACKSONVILLE FL 32202

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1947-07<br>TRUSTEES OF TRUST A/C -1<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1948-07<br>TRUSTMARK NATIONAL BANK<br>JAMIL G NASSARA TRUSTEE<br>ACCT# 1004868947<br>PO BOX 291<br>JACKSON MS 39205-0291 | CREDITOR ID: 1917-07<br>TS MARGATE CO LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE TN 37939 |
| CREDITOR ID: 1949-07<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE TN 37939 | CREDITOR ID: 2633-07<br>TS PIERCE SC CO. LTD<br>C/O SOUTHER MANAGEMENT & DEVEL<br>21301 OWERLINE ROAD, SUITE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 2635-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK RD. STE 100<br>NEW HYDE PARK NY 11042 |
| CREDITOR ID: 2634-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE<br>NEW HYDE PARK NY 11042 | CREDITOR ID: 1950-07<br>TSO VOLUSIA LLC<br>% THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE   STE 40<br>ATLANTA GA 30309 | CREDITOR ID: 2636-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION I<br>1401 PEACHTREE ST NE SUITE 400<br>ATLANTA GA 30309 |
| CREDITOR ID: 1951-07<br>TUNICA VILLAGE PARTNERSHIP<br>C/O BARBARA KIZER<br>ACADIAN MANAGEMENT<br>MADISONVILLE LA 70447 | CREDITOR ID: 2637-07<br>TURNEY-DURHAM PLAZA PARTNERSHIP<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 1952-07<br>TWELTH STREET & WASHINGTON<br>ASSOCIATES LTD PARTNERSHIP<br>ATTN EVA SPERBER PORTER<br>SCOTTSDALE AZ 85258-4306 |
| CREDITOR ID: 1953-07<br>TYRONE GARDENS LLC<br>C/O ROFIN INDUSTRIES INC<br>100 RING ROAD WEST<br>GARDEN CITY NY 11530 | CREDITOR ID: 1954-07<br>U P SC LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>ATTN: GAIL FINLEY<br>KNOXVILLE TN 37939 | CREDITOR ID: 1955-07<br>ULLMANN COMPANY<br>ATTN:  STANLEY P CYPHERS<br>PO BOX 419410<br>KANSAS CITY MO 64141 |
| CREDITOR ID: 279318-99<br>UNILEVER (HPC USA & BEST FOODS)<br>ATTN: RICHARD BELLIS<br>1 JOHNS ST<br>CLINTON CT 06413 | CREDITOR ID: 278686-99<br>UNILEVER (HPC USA & BEST FOODS)<br>ATTN RICHARD BELLIS,<br>CREDIT MANAGER<br>1 JOHNS STREET<br>CLINTON CT 06413 | CREDITOR ID: 1956-07<br>UNITED COMMERCIAL MORTGAGE COR<br>C/O LAWERENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 |
| CREDITOR ID: 1957-07<br>UNITED INVESTORS REALTY<br>TRUST SKIPPER PALMS<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2638-07<br>UNITED INVESTORS REALTY TRUST<br>5847 SAN FELIPE, SUITE 850<br>HOUSTON TX 77057-3008 | CREDITOR ID: 278797-99<br>UNITED STATES TRUSTEE<br>ATTN: DEIRDRE A. MARTINI, ESQ.<br>33 WHITEHALL STREET 21ST FL<br>NEW YORK NY 10004 |
| CREDITOR ID: 1958-07<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>BLDG 10 STE 101<br>ATLANTA GA 30327 | CREDITOR ID: 2639-07<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>4200 NORTHSIDE PKWY, BLDG 10 ST<br>ATLANTA GA 30327 | CREDITOR ID: 1959-07<br>UNIVERSITY TENANCY IN COMMON<br>C/O SAMUEL BUTTERS<br>SUITE 202<br>FORT LAUDERDALE FL 33309 |
| CREDITOR ID: 2640-07<br>URBAN AMERICA, L.P.<br>9500 KOGER BLVD., SUITE 222<br>ST PETERSBURG FL 33702 | CREDITOR ID: 2641-07<br>URBAN PROPERTIES I<br>C/O AUGUST URBANEK INVESTMENTS<br>4800 N FEDERAL HWY, STE 209A<br>BOCA RATON FL 33431 | CREDITOR ID: 2642-07<br>URBANAMERICA, L.P.<br>149 WEST PLAZA<br>STE 234<br>MIAMI FL 33147 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2643-07<br>URBANEK INVESTMENTS<br>PO BOX 75986  ACCT #611032927<br>50 S LASALLE ST USE V# 816033<br>CHICAGO IL 60675-5986 | CREDITOR ID: 278692-99<br>US BANK CORPORATION<br>ATTN ANGELA TRUDEAU VP<br>RELATIONSHIP MANAGEMENT<br>PO BOX 790428<br>ST LOUIS MO 63179-0428 | CREDITOR ID: 1960-07<br>US BANK TRUST NA CORP TRUST TF<br>REF DUVAL 94600200<br>PO BOX 70870<br>ST  PAUL MN 55170-9705 |
| CREDITOR ID: 1961-07<br>USPG PORTFOLIO TWO LLC<br>PO BOX 71-3260<br>COLUMBUS OH 43271-3260 | CREDITOR ID: 1963-07<br>USRP I LLC SHOPPES OF KILDAIRE<br>LOCKBOX# 5853 LEASE# 2010-001<br>5853 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 1964-07<br>VACHLIA INC<br>111 SECOND AVENUE NE, STE 702<br>ST  PETERSBURG FL 33701 |
| CREDITOR ID: 2644-07<br>VALLEYDALE ASSOCIATES, LTD.<br>2117 SECOND AVE P O BOX 12767<br>BIRMINGHAM AL 35202-2767 | CREDITOR ID: 1965-07<br>VALRICO SQUARE<br>C/O RETAIL ASSET MANAGEMENT<br>PO BOX 5666<br>CLEARWATER FL 33758-5666 | CREDITOR ID: 279197-99<br>VARNUM RIDDERING SCHMIDT ET AL<br>ATTN TIMOTHY J CURTIN ESQ<br>BRIDGEWATER PLACE<br>PO BOX 352<br>GRAND RAPIDS MI 49501-3052 |
| CREDITOR ID: 1967-07<br>VENTURES LLC<br>PO BOX 4452<br>ROCK  HILL SC 29732 | CREDITOR ID: 2645-07<br>VENTURES LLC<br>PO BOX 4452<br>ROCK  HILL SC 29732 | CREDITOR ID: 2646-07<br>VERO PALM ESTATES, LTD.<br>D/B/A NORTHWOOD PLAZA<br>8320 WEST SUNRISE BLVD.,STE 10<br>PLANTATION FL 33322-5434 |
| CREDITOR ID: 1968-07<br>VICTORIA SQUARE PARTNERS LLC<br>C/O ISRAM REALITY & MGMT INC<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE FL 33009 | CREDITOR ID: 1969-07<br>VICTORY BERRYLAND LLC<br>VICTORY COMM REAL ESTATE INC<br>PO BOX 4767<br>COLUMBUS GA 31914 | CREDITOR ID: 1970-07<br>VICTORY INVESTMENTS INC<br>PO BOX 4767<br>COLUMBUS GA 31914 |
| CREDITOR ID: 2647-07<br>VICTORY INVESTMENTS INC<br>506 MANCHESTER EXPRESSWAY<br>SUITE B5<br>COLUMBUS GA 31904 | CREDITOR ID: 2649-07<br>VICTORY INVESTMENTS INC.<br>PO BOX 4767<br>COLUMBUS GA 31914 | CREDITOR ID: 2648-07<br>VICTORY INVESTMENTS INC.<br>506 MANCHESTER EXPRESSWAY<br>SUITE B5<br>COLUMBUS GA 31904 |
| CREDITOR ID: 1971-07<br>VICTORY KENNER LLC<br>PO BOX 4767<br>COLUMBUS GA 31914 | CREDITOR ID: 1972-07<br>VIGOUROUX DEVELOPMENT LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>51 TACON STREET STE B<br>MOBILE AL 36607 | CREDITOR ID: 1973-07<br>VILLA RICA RETAIL PORPERTIES L<br>PO BOX 324<br>VILLA  RICA GA 30180 |
| CREDITOR ID: 2650-07<br>VILLA RICA RETAIL PORPERTIES L<br>PO BOX 324<br>VILLA  RICA GA 30180 | CREDITOR ID: 1974-07<br>VILLAGE MARKETPLACE OF<br>HAW RIVER INC<br>614 N MAIN ST<br>SALISBURY NC 28144-1507 | CREDITOR ID: 1975-07<br>VILLAGE PLAZA INC<br>C/O PO BOX 408<br>FITZGERALD GA 31750-0408 |
| CREDITOR ID: 2651-07<br>VILLAGE PLAZA INC<br>C/O PO BOX 408<br>FITZGERALD GA 31750-0408 | CREDITOR ID: 1976-07<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O CB RICHARD ELLIS<br>6700 NORTH ANDREWS AVENUE<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 2652-07<br>VIRGIL D. GREEN FAMILY TRUST<br>GREEN LAND TRUST<br>6296 OLD WATER OAK ROAD<br>TALLAHASSEE FL 32312 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1977-07<br>VOGEL & VOGEL PARTNERSHIP<br>11219 FINANCIAL CENTRE PARKWAY<br>FINANCIAL PARK PLACE STE 300<br>LITTLE  ROCK AR 72211 | CREDITOR ID: 2653-07<br>VOGEL & VOGEL PARTNERSHIP<br>11219 FINANCIAL CTR PKWY, STE<br>LITTLE  ROCK AR 72211 | CREDITOR ID: 1979-07<br>W T H II LLC<br>C/O SPECTRUM REALTY ADVISORS<br>5871 GLENRIDGE DR  STE 400<br>ATLANTA GA 30328 |
| CREDITOR ID: 2654-07<br>W. D. OF VIRGINIA, INC.<br>P.O. BOX 578<br>JACKSONVILLE NC 28541-0578 | CREDITOR ID: 2655-07<br>W. HALL DBA HIGH SPRINGS PLAZA INC<br>C/O CHARLES WAYNE PROPERTIES I<br>444 SEABREEZE BLVD STE 1000<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 2690-07<br>WD SELMA RIC LLC<br>235 MOORE STREET<br>3RD FLOOR<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 1981-07<br>WACHOVIA SECURITIES<br>LOAN # 815114283<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 1982-07<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>5630 BANKERS AVENUE<br>BATON ROUGE LA 70808-1693 | CREDITOR ID: 2656-07<br>WALKER LA COMMERCIAL<br>PO BOX 1693<br>BATON  ROUGE LA 70821-1693 |
| CREDITOR ID: 381861-99<br>WALLER LANSDEN DORTCH ET AL<br>ATTN: ROBERT WELHOELTER<br>511 UNION ST, STE 2700<br>NASHVILLE TN 37219 | CREDITOR ID: 381860-99<br>WALLER LANSDEN DORTCH ET AL<br>ATTN: DAVID E LEMKE<br>511 UNION ST, STE 2700<br>NASHVILLE TN 37219 | CREDITOR ID: 278715-99<br>WARNER LAMBERT CONSUMER GROUP<br>ATTN ANDY HELVESTON<br>400 WEST LINCOLN AVENUE<br>LITITZ PA 17543 |
| CREDITOR ID: 278813-99<br>WARNER STEVENS LLP<br>ATTN: MICHAEL D WARNER<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | CREDITOR ID: 279474-99<br>WARNER STEVENS LLP<br>ATTN DAVID T COHEN ESQ<br>1700 CITY CENTER TOWER II<br>301 COMMERCE ST<br>FORT WORTH TX 76102 | CREDITOR ID: 279473-99<br>WARNER STEVENS LLP<br>ATTN MICHAEL D WARNER ESQ<br>1700 CITY CENTER TOWER II<br>301 COMMERCE ST<br>FORT WORTH TX 76102 |
| CREDITOR ID: 1983-07<br>WATCH OMEGA HOLDINGS LP<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD WEST<br>JACKSONVILLE FL 32217 | CREDITOR ID: 2657-07<br>WATCH OMEGA HOLDINGS, L.P.<br>C/O GMH CAPITAL PARTNERS<br>3733 UNIVERSITY BD,WEST STE 20<br>JACKSONVILLE FL 32217 | CREDITOR ID: 1984-07<br>WATERS & ARMENIA PLAZA<br>ARTZIBUSHEV & CO<br>1525 W HILLSBOROUGH AVE<br>TAMPA FL 33603-1200 |
| CREDITOR ID: 1985-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE NC 28234 | CREDITOR ID: 2658-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE NC 28234 | CREDITOR ID: 1986-07<br>WATKINS INVESTMENT<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST  LOUIS MO 63178 |
| CREDITOR ID: 2659-07<br>WATKINS INVESTMENTS<br>751 CHAMPAGNE ROAD<br>INCLAN  VILLAGE NV 89451 | CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, L.P.<br>751 CHAMPAGNE ROAD<br>INCLINE  VILLAGE NV 89451 | CREDITOR ID: 381833-99<br>WATKINS LUDLAM WINTER & STENNIS PA<br>ATTN KRISTINA M JOHNSON<br>633 N STATE STEET<br>PO BOX 427<br>JACKSON MS 39205-0427 |
| CREDITOR ID: 1987-07<br>WAYNE RUBEN<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 1988-07<br>WAYNESVILLE SHOPPING<br>C/O RONALD L HOOKER<br>PO BOX 744<br>BLOOMINTON IN 47402 | CREDITOR ID: 2662-07<br>WAYNESVILLE SHOPPING CNTER, LLC<br>C/O RONALD L. HOOKER<br>435 OVERLOOK DR<br>MAGGIE  VALLEY NC 28751 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1989-07<br>WBFV INC<br>C/O NEARI & ASSOCIATES<br>PO BOX 20983<br>WINSTON  SALEM NC 27120-0983 | CREDITOR ID: 1990-07<br>WCL FIVE LLC<br>P O BOX 601698<br>CHARLOTTE NC 28260-1698 | CREDITOR ID: 2663-07<br>WCL FIVE LLC<br>PO BOX 601698<br>CHARLOTTE NC 28260-1698 |
| CREDITOR ID: 1991-07<br>WD DEVELOPMENT LLC<br>C/O BARNETT PROPERTIES LLC<br>1775 GRAHAM AVE SUITE 201<br>HENDERSON NC 27536 | CREDITOR ID: 2664-07<br>WD GREEN COVE TRUST<br>ONE PARAGON DRIVE SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 2665-07<br>WD JACKSONVILLE TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 |
| CREDITOR ID: 1993-07<br>WD MARIANNA PORTFOLIO LP<br>C/O H& R ESTATE INVESTMENT TRU<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 1994-07<br>WD MILTON PORTFOLIO L P<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 2666-07<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I. REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 |
| CREDITOR ID: 1980-07<br>W-D SHELBY PARTNERSHIP<br>C/O WEISS<br>469 7TH AVE SUITE 1300<br>NEW  YORK NY 10018-7603 | CREDITOR ID: 2667-07<br>WD TAMPA TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 2668-07<br>WD WESTMINSTER SC LLC<br>CI O I REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 |
| CREDITOR ID: 2669-07<br>WD-EUNICE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8705 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 2670-07<br>WD-OAKDALE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8705 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 1995-07<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST  PALM  BEACH FL 33405-7388 |
| CREDITOR ID: 2671-07<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST PALM BEACH FL 33405-7388 | CREDITOR ID: 1996-07<br>WEBB/LEXINGTON VENTURES #108<br>ATTN ROBERT K CHAFFINS RETAIL<br>PROP MGR.<br>LEXINGTON KY 40507 | CREDITOR ID: 2672-07<br>WEBB/LEXINGTON VENTURES 108<br>300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507 |
| CREDITOR ID: 1997-07<br>WEBBER COMMERCIAL PROPERTIES L<br>C/O PROFESSIONAL REALTY CONSUL<br>2503 DEL PRADO BOULEVARD<br>CAPE CORAL FL 33904 | CREDITOR ID: 2673-07<br>WEDDINGTON ASSOCIATES<br>C/O COLLETT & ASSOCIATES<br>P.O. BOX 36799<br>CHARLOTTE NC 28236-6799 | CREDITOR ID: 1998-07<br>WEEKI WACHEE VILLAGE SHOP CNTR<br>C/O SIZELER PROPERTY INVESTORS<br>DEPOSITORY ACCOUNT<br>NEW ORLEANS LA 70162 |
| CREDITOR ID: 1693-07<br>WEIGEL, PATRICIA OR MARSHALL<br>C/O ZEISLER & ZEISLER LLP<br>1100 THIRD ST<br>SAN RAFAEL CA 94901-3019 | CREDITOR ID: 2674-07<br>WEINACKER SHOPPING CENTER LLC<br>SHOPPING CENTER LLC<br>PO BOX 2926<br>MOBILE AL 36652-9987 | CREDITOR ID: 1999-07<br>WEINGARTEN REALTY INVESTORS<br>ATTN: JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 |
| CREDITOR ID: 2675-07<br>WEINGARTEN REALTY INVESTORS<br>P.O. BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 2676-07<br>WEINGARTEN REALTY MANAGEMENT CO<br>PO BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 2553-07<br>WEISS, SHERI TRAGER<br>13853 THOMASVILLE CT<br>JACKSONVILLE FL 32223 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2000-07<br>WESLEY CHAPEL SC CO LTD<br>ATTN ACCOUNTING DEPT<br>1733 WEST FLETCHER AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 2002-07<br>WEST NAPOLEON JOINT VENTURE<br>C/O MELTZER PROPERTIES LTD<br>4621 WEST NAPOLEON AVE STE 210<br>METAIRIE LA 70001 | CREDITOR ID: 2003-07<br>WESTFORK PLAZA<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI  BEACH FL 33140 |
| CREDITOR ID: 2004-07<br>WESTGATE LLC<br>ATTN: JAMES A CAIN<br>PO BOX 3242<br>TUSCALOOSA AL 35403 | CREDITOR ID: 2005-07<br>WESTLAND SHOPPING CENTER LP<br>C/O STIRLING PROPERTIES<br>PO BOX 11407<br>BIRMINGHAM AL 35246-0787 | CREDITOR ID: 2006-07<br>WESTON ROAD SHOPPING CENTER LL<br>470 BILTMORE WAY<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 2677-07<br>WESTON ROAD SHOPPING CENTER, LLC<br>%GAME PROPERTIES ATTNLOURDES C<br>2875 N.W. 77TH AVE., SUITE 100<br>MIAMI FL 33122 | CREDITOR ID: 2007-07<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE SC 29602-2567 | CREDITOR ID: 2678-07<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE SC 29602-2567 |
| CREDITOR ID: 2008-07<br>WESTWOOD SHOPPING CENTER<br>C/O MARRERO LAND<br>5201 WESTBANK EXPRESSWAY<br>MARRERO LA 70072 | CREDITOR ID: 279481-99<br>WHARTON ALDHIZER & WEAVER PLC<br>ATTN STEPHAN W MILO ESQ<br>THE AMERICAN HOTEL<br>125 S AUGUSTA ST STE 2000<br>STAUNTON VA 24401 | CREDITOR ID: 279421-99<br>WHEELIS & ROZANSKI<br>ATTN: STEPHEN D WHEELIS<br>PO BOX 13199<br>ALEXANDRIA LA 71315-3199 |
| CREDITOR ID: 2009-07<br>WIAB PROPERTIES LLC OPERATING<br>C/O FOSHEE REALTY COMPANY INC<br>51 TACON STREET SUITE B<br>MOBILE AL 36607 | CREDITOR ID: 2012-07<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO OH 44241-1629 | CREDITOR ID: 2682-07<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO OH 44241-1629 |
| CREDITOR ID: 381869-99<br>WILLIAM F HARMEYER & ASSOC<br>ATTN: WILLIAM F HARMEYER<br>7322 SHOUTHWEST FREEWAY, STE 475<br>HOUSTON TX 77074 | CREDITOR ID: 2683-07<br>WILLIAM H HALL<br>4928 ARAPAHOE AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 381836-99<br>WILLIAM P WESSLER<br>1624 24TH AVE<br>GULFPORT MS 39501 |
| CREDITOR ID: 279452-99<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN ROBIN SPIGEL ESQ<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | CREDITOR ID: 279451-99<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN ALAN J LIPKIN ESQ<br>787 SEVENTH AVE<br>NEW YORK NY 10019 | CREDITOR ID: 2014-07<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD N W<br>ATLANTA GA 30309-2335 |
| CREDITOR ID: 2685-07<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD NW<br>ATLANTA GA 30309-2335 | CREDITOR ID: 278998-99<br>WILMINGTON TRUST COMPANY<br>ATTN STEVEN M CIMALORE<br>1100 N MARKET ST<br>RODNEY SQUARE NORTH<br>WILMINGTON DE 19890 | CREDITOR ID: 2015-07<br>WINBROOK MANAGEMENT INC<br>MANAGING AGENT FOR FESTIVAL CE<br>370 SEVENTH AVENUE<br>NEW  YORK NY 10001 |
| CREDITOR ID: 2016-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA  PATH SC 29654-0125 | CREDITOR ID: 2686-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA  PATH SC 29654-0125 | CREDITOR ID: 2017-07<br>WINDSOR STATION LC<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI OH 45264-0474 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                         **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2018-07<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL<br>PO BOX 2287<br>GREENVILLE SC 29602 | CREDITOR ID: 279303-99<br>WINN-DIXIE STORES INC<br>ATTN: LAURENCE B APPEL<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | CREDITOR ID: 2020-07<br>WIREGRASS PLAZA LLC<br>C/O ARONOV REALTY MGMT INC<br>PO BOX 235021<br>MONTGOMERY AL 36105-5021 |
| CREDITOR ID: 2687-07<br>WIREGRASS PLAZA, LLC<br>P O BOX 235000<br>MONTGOMERY AL 36123-5000 | CREDITOR ID: 2021-07<br>WOLFCHASE ASSOC LLC NORTH PALM<br>C/O STRATEGIC REALTY SERVICES<br>901 NORTHPOINT PARKWAY SUITE 2<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 2688-07<br>WOLVERINE EQUITIES 2001C BN-I LP<br>ATTN: GREG L. ENGLAND<br>15601 DALLAS PARKWAY, SUITE 40<br>ADDISON TX 75001 |
| CREDITOR ID: 2022-07<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO DRAWER B<br>COLUMBIA SC 29202 | CREDITOR ID: 2689-07<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>341 EAST 149TH STREET<br>BRONX NY 10451 | CREDITOR ID: 279486-99<br>WORMSER KIELY GALEF & JACOBS<br>ATTN GARY R VON STANGE ESQ<br>825 THIRD AVE<br>NEW YORK NY 10022-7519 |
| CREDITOR ID: 279485-99<br>WORMSER KIELY GALEF & JACOBS<br>ATTN JANICE B GRUBIN ESQ<br>825 THIRD AVE<br>NEW YORK NY 10022-7519 | CREDITOR ID: 2024-07<br>WRI/TEXLA LLC<br>ATTN: PROPERTY MGMT<br>PO BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 278992-99<br>WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE ESQ<br>250 W MAIN ST STE 1600<br>LEXINGTON KY 40507-1746 |
| CREDITOR ID: 278714-99<br>WYETH CONSUMER HEALTHCARE<br>ATTN LARRY SANDERS, VP GLOBAL FINAN<br>PO BOX 75296<br>CHARLOTTE, NC 28275-5296 | CREDITOR ID: 2025-07<br>XARLA REALTY LLC<br>C/O ALLEN RILEY CO INC<br>200 PARK AVE<br>NEW  YORK NY 10166-2141 | CREDITOR ID: 279408-99<br>XROADS SOLUTIONS GROUP LLC<br>ATTN: DENNIS SIMON<br>9 EXECUTIVE CIRCLE, SUITE 190<br>IRVINE, CA 92614 |
| CREDITOR ID: 2026-07<br>YDB THREE LAKES LC<br>C/O ELYSEE INVESTMENT CO<br>601 W 182ND ST 1ST FL<br>NEW YORK NY 10033 | CREDITOR ID: 1115-07<br>YORK, BENNETT V.<br>% YORK DEVELOPMENTS<br>112 SHEFFIELD LOOP, SUITE D<br>HATTIESBURG MS 39402 | CREDITOR ID: 279117-99<br>YOUNG WILLIAMS PA<br>ATTN ROBERT L HOLLADAY JR<br>PO BOX 23059<br>JACKSON MS 39225-3059 |
| CREDITOR ID: 1378-07<br>ZAMIAS, GEORGE D.<br>REF THE CROSSING CENTER<br>C/O PITTSBURGH NATIONAL BANK<br>PITTSBURGH PA 15264-1740 | CREDITOR ID: 2259-07<br>ZAMIAS, GEORGE D.<br>C/O GDZ MANAGEMENT<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 | CREDITOR ID: 279457-99<br>ZEICHNER ELLMAN & KRAUSE LLP<br>ATTN STUART KRAUSE ESQ<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 |
| CREDITOR ID: 2691-07<br>ZIMMER DEVELOPMENT CO. OF S.C,L.P<br>C/O HERBERT J. ZIMMER<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 | CREDITOR ID: 2027-07<br>ZUPPARDO PROPERTIES LLC<br>C/O JOSEPH ZUPPARDO<br>3801 RIDGEWAY DRIVE<br>METAIRIE LA 70002 | CREDITOR ID: 2028-07<br>ZUPPARDO REAL ESTATE CO<br>3801 RIDGEWAY DRIVE<br>METAIRIE LA 70002 |
| CREDITOR ID: 2692-07<br>ZUPPARDO REAL ESTATE CO<br>3801 RIDGEWAY DRIVE<br>METAIRIE LA 70002 | CREDITOR ID: 2693-07<br>ZYDCO INVESTMENT,LLC<br>159 PIERCE STREET<br>BIRMINGHAM MI 48009 | |

**Total:   1,646**

# EXHIBIT B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re:**                                              :
                                                        :       **Chapter 11**
                                                        :
**WINN-DIXIE STORES, INC., et al.,**                    :       **Case No. 05-11063 (RDD)**
                                                        :
               **Debtors.**[1]                          :       **(Jointly Administered)**
                                                        :
-------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' MOTION FOR**
**ENTRY OF AN ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING EXTENSION**
**OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF**
**NONRESIDENTIAL REAL PROPERTY**

TO PARTIES IN INTEREST:

            PLEASE TAKE NOTICE that a hearing is scheduled for **April 12, 2005, at 10:00**

**a.m. (prevailing Eastern Time)**, before the Honorable Robert D. Drain, United States

Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie
Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc.,
Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food
Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie
Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie
Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

of New York, One Bowling Green, New York, New York, to consider the above Debtors'

motion for entry of an order under 11 U.S.C. § 365(d)(4) granting an extension of time to assume

or reject unexpired leases of nonresidential real property (the "Motion").

        PLEASE TAKE FURTHER NOTICE that any objections to the relief requested

in the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure

and Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the

specific grounds therefor, and shall be filed with the Clerk of this Court in accordance with

General Order M-242 which order can be found at www.nysb.uscourts.gov, and shall further be

delivered directly to Judge Drain's Chambers and served upon (i) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New

York  10004; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York,

New York 10036, Attention: D. J. Baker, Esq; and (iii) Milbank, LLP, 1 Chase Manhattan Plaza,

New York, New York 10005 Attention: Matthew S. Barr, Esq. so as to be actually received no

later than **April 5, 2005, at 4:00 p.m. (prevailing Eastern time)**.

Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

Dated: March 17, 2005
        New York, New York

> */s/    D. J. Baker*
> D. J. Baker (DB 0085)
> Sally McDonald Henry (SH 0839)
> Rosalie Walker Gray
> Adam S. Ravin
> SKADDEN, ARPS, SLATE, MEAGHER
> & FLOM LLP
> Four Times Square
> New York, New York 10036
> Telephone:  (212) 735-3000
> Facsimile:  (212) 735-2000
>
> Eric M. Davis
> SKADDEN, ARPS, SLATE, MEAGHER
>   & FLOM LLP
> One Rodney Square
> Wilmington, Delaware 19801
> Telephone:  (302) 651-3000
> Facsimile:  (302) 651-3001
>
> Attorneys for Debtors

**Hearing Date:  April 12, 2005 at 10:00 a.m.**
**Objection Deadline:  April 5, 2005 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re**                                                        :
                                                                 :          **Chapter 11**
                                                                 :
**WINN-DIXIE STORES, INC., et al.,**                             :          **Case No. 05-11063 (RDD)**
                                                                 :
            **Debtors.[1]**                                      :          **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

**DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4) EXTENDING TIME**
**WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF**
**NONRESIDENTIAL REAL PROPERTY**

        Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, as debtors and

debtors-in-possession  (collectively, the "Debtors"), hereby move for entry of an order under 11

U.S.C. § 365(d)(4) extending the time within which the Debtors must move to assume or reject

their unexpired leases of nonresidential real property.  In support of this Motion the Debtors

respectfully represent:

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers,
Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales,
Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie
Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-
Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**Background**

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  Their cases are being jointly administered by order of this Court.

2.      The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or examiner.  On March 1, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases pursuant to section 1103 of the Bankruptcy Code.

3.      The Debtors are grocery and drug retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  According to published reports, the Debtors are the eighth-largest food retailer in the United States and one of the largest in the Southeast.  The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion.  The Debtors currently operate more than 900 stores in the United States with nearly 79,000 employees..  Substantially all of the Debtors' store locations are leased rather than owned.

4.      This Court has jurisdiction over this Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.      The statutory predicate for the relief requested herein is section 365(d)(4) of the Bankruptcy Code.

**Relief Requested**

6.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the 60-day period during which the Debtors must assume or reject unexpired nonresidential real property leases expires April 22, 2005.  By this Motion, the Debtors seek entry of an order extending their time to assume or reject such unexpired leases for approximately 150 additional days (the "Extension Period"), through and including September 19, 2005, without prejudice to the Debtors' rights to seek further extensions of such deadline.  The Debtors further request that each lessor under an unexpired lease be afforded the right to request that the Extension Period be shortened for cause with respect to a particular unexpired lease.

**Basis for Relief**

7.      As of the date of this Motion, the Debtors are lessees under more than 900 unexpired leases of nonresidential real property (collectively, the "Unexpired Leases").  The vast majority of the Unexpired Leases are leases used by the Debtors to operate their grocery and drug retail stores.  The facilities and premises leased under the Unexpired Leases form the platform of the Debtors' ongoing business operations and are, thus, key assets of the Debtors' estates.

8.      The Debtors, with the assistance of their advisors, have begun the process of identifying Unexpired Leases that will be critical to their reorganization.  In considering their options with respect to the Unexpired Leases, the Debtors are evaluating a variety of factors to determine whether it is appropriate to assume, assume and assign, or reject particular Unexpired Leases.

9.      Given the exceptionally large number of Unexpired Leases in these proceedings, the Debtors require an extension of the section 365(d)(4) deadline in order to fully and

adequately determine whether to assume or reject particular Unexpired Leases.  If the section 365(d)(4) period is not extended beyond April 22, 2005, the Debtors may be compelled, prematurely, to assume substantial, long-term liabilities under the Unexpired Leases or forfeit benefits associated with some Unexpired Leases to the detriment of the Debtors' ability to operate and preserve the going-concern value of their business for the benefit of all creditors and other parties in interest.  Deciding whether and when to assume, assign or reject particular Unexpired Leases requires the Debtors to determine whether particular leased premises are necessary to their future business plan and whether assigning certain Unexpired Leases will benefit the Debtors' estates more than rejecting them.

10.    The Debtors have made significant progress in assessing the large number of Unexpired Leases and determining which should be assumed or rejected.  As evidence of this fact, the Debtors filed on the Petition Date a motion pursuant to which they obtained authority to reject approximately 150 Unexpired Leases effective as of February 28, 2005[2].  Although significant progress has been made at this early juncture of these chapter 11 cases, the Debtors have not determined which of the remaining leased premises will be necessary to their business plan or which of these remaining Unexpired Leases should be assumed or rejected to maximize the value of the Debtors' estates.  Given the size of this case, the number of Unexpired Leases, and the need for the Debtors to focus on their primary objective of stabilizing their business, more time is needed to adequately assess whether to assume or reject each of the Unexpired Leases.

---

[2]    See Order Authorizing the Debtor to Reject Certain Real Property Leases, Effective as of February 28, 2005 (Docket No. 56).

**Applicable Authority**

11.      Section 365(d)(4) of the Bankruptcy Code provides that:

> [n]otwithstanding paragraphs (1) and (2), in a case under any chapter of this title, if the trustee does not assume or reject an unexpired lease of nonresidential real property under which the debtor is the lessee within 60 days after the date of the order for relief, <u>or within such additional time as the court, for cause, within such 60-day period, fixes</u>, then such lease is deemed rejected, and the trustee shall immediately surrender such nonresidential real property to the lessor.

11 U.S.C. § 365(d)(4) (emphasis added). Thus, the Court can, for cause, order an extension of

the period during which a debtor-in-possession must assume or reject nonresidential real

property leases upon the filing of a motion for such relief within the 60-day period or extensions

thereof.  <u>In re Burger Boys</u>, 94 F.3d 755, 760-61 (2d Cir. 1996); <u>In re Wedtech Corp.</u>, 72 B.R.

464, 468-70 (Bankr. S.D.N.Y. 1987).

12.      The Second Circuit has set forth the following nonexhaustive list of factors

relevant to the determination of whether cause exists to extend the period during which a debtor-

in-possession must assume or reject nonresidential real property leases:  "(1) whether the debtor

was 'paying for the use of the property'; (2) whether 'the debtor's continued occupation . . . could

damage the lessor beyond [] the compensation available under the Bankruptcy Code'; (3)

whether the lease is the debtor's primary asset; and (4) whether the debtor has had sufficient time

to formulate a plan of reorganization."  <u>Burger Boys</u>,  94 F.3d at 761 (<u>quoting</u> <u>Theatre Holding</u>

<u>Corp. v. Mauro</u>, 681 F.2d 102, 105-06 (2d Cir. 1982)).

13.      In this case, all of the <u>Burger Boys</u> factors are satisfied.  First, the Debtors are

paying for use of the property at the applicable lease rates and are continuing to perform their

other obligations under the Unexpired Leases in a timely fashion.

14.      Second, there is no reason why the Debtors' proposed extension of the time to

assume or reject could or would damage the landlords party to the Unexpired Leases (the

5

"Lessors") beyond the compensation that is available to the Lessors under the Bankruptcy Code. Indeed, pursuant to section 365(d)(3) of the Bankruptcy Code, the Lessors enjoy a preferred and relatively low-risk position.[3]  There would, thus, be no harm to the Lessors should the Court extend the period within which the Debtors must assume or reject the Unexpired Leases as requested herein.  Further, the Debtors propose that each Lessor be permitted to seek to shorten the Extension Period for cause with respect to a particular Unexpired Lease.  This ability to request relief from the Extension Period ensures that no Lessor will be prejudiced by the requested extension of time.

15.     Third, the Unexpired Leases are important assets of the Debtors.  Indeed, the Unexpired Leases are an integral component of the Debtors' business operations.  If the Debtors were forced to decide prematurely to assume or reject the Unexpired Leases, the impact on their business would be significant.  Rejection of the Unexpired Leases at this stage might disrupt the core of the Debtors' businesses and impair the Debtors' ability to administer and reorganize the business.  The Debtors believe that such disruption is likely to cause material, irreparable harm to the Debtors' estates.

16.     Fourth, at this early stage in these large cases, the Debtors have not yet had the opportunity to formulate a reorganization plan.  Rather, the Debtors have been focusing all of their resources on stabilizing their businesses.

---

[3]     Under section 365(d)(3), a debtor-in-possession must timely perform its postpetition leasehold obligations that are allocable to periods preceding the debtor's rejection of the lease.  See, e.g., Urban Retail Properties v. Loews Cineplex Entertainment Corp., 2002 WL 535479, at *5-8 (S.D.N.Y. Apr. 9, 2002) (holding that Bankruptcy Code section 365(d)(3) requires the full payment of a debtor's postpetition leasehold obligations); Child World Inc. v. Campbell/Massachusetts Trust (In re Child World, Inc.), 161 B.R. 571, 572 (S.D.N.Y. 1993) ("Eleven U.S.C. § 365(d)(3) creates a special priority among creditors for landlords by requiring debtor-tenants to pay timely their obligations under leases of nonresidential real property during the period after the debtor-tenants have filed their bankruptcy petition, and before they have either rejected or assumed their leases"); In re Ames Dep't Stores, Inc., 306 B.R. 43, 80 (Bankr. S.D.N.Y. 2004) ("[T]he Landlords are entitled to unpaid rent under section 365(d)(3) to the extent … it is allocable to the post-petition, prerejection, period").

17.     Lastly, as noted above, the prejudice to the Debtors and their estates if the requested extension is denied cannot be overstated.  Absent the extension, the Debtors may assume the Unexpired Leases prematurely, thereby elevating substantial long-term liabilities thereunder to administrative claim status; alternatively, the Debtors may reject the Unexpired Leases prematurely, which likely will impair the value of the Debtors' estates materially and may limit dramatically the range of strategic options available to the Debtors as they reorganize the business.

18.     As the Third Circuit observed in <u>Channel Home Centers</u>, 989 F.2d at 689, "nothing prevents a bankruptcy court from granting an extension because a debtor needs additional time to determine whether the assumption or rejection of particular leases is called for by the plan of reorganization that it is attempting to develop."  The Debtors face just such a situation here.  Stabilizing the business and ensuring that their operations and interactions with customers and vendors continue with minimal disruption have been all-consuming priorities for the Debtors during the first month of these chapter 11 cases.  The Debtors believe that they will continue to need to devote substantial energy and resources to addressing these issues during the next several months.  The Debtors believe that they have acted (and will continue to act) properly in so directing their focus because the success of the Debtors' ongoing operations is critical to preserving the value of the Debtors' estates.

19.     The courts in this and other circuits have previously granted similar relief in other cases where the debtor required additional time to assume or reject leases.  <u>See</u> <u>e.g.</u>, <u>In re Enron Corp.</u>, Case No. 01-16034 (AJG) (Bankr. S.D.N.Y. Jan. 31, 2002) (extending the period to a date that was more than twelve months after the commencement date); <u>In re County Seat Stores, Inc.</u>, Case No. 99-10010 (CB) (Bankr. S.D.N.Y. Jan. 22, 1999) (extending the period to the earlier of

the date of confirmation of a reorganization plan or a date that was more than twelve months

after the debtor's filing date); In re Nextwave Personal Communications Inc., Case No. 98 B

21529 (ASH) (Bankr. S.D.N.Y. Jul. 10, 1998) (extending the period through confirmation); In re

Maidenform Worldwide, Inc., Case No. 97 B 44869 (CB) (Bankr. S.D.N.Y. Sept. 12, 1997)

(extending the period through confirmation).  Notably, courts in other major retail cases have

previously granted the same or similar relief.  See In re Ames Department Stores, Inc., Case No.

01-42217 (REG) (Bankr. S.D.N.Y. Oct. 3, 2001) (extending the period through confirmation of

reorganization plan); In re Service Merchandise Company, Inc., et al., Case No. 99-02649

(Bankr. M.D. Tenn.) (Judge Paine) (period extended for most leases to plan confirmation); In re

Montgomery Ward Holding Corp., Case No. 97-1409 (Bankr. D. Del.) (Judge Walsh) (period

extended six months on first request); In re Bradlees Stores, Inc., et al., Case Nos. 95 B 42777

through 95 B 42784 (Bankr. S.D.N.Y.) (Judge Lifland) (period extended, with certain

exceptions, to confirmation); In re the Caldor Corporation, et al., Case No. 95 B 44080 (Bankr.

S.D.N.Y.) (Judge Garrity) (period extended, with certain exceptions, for eight months).

      20.     Accordingly, it is respectfully submitted that this Court should extend the time

within which the Debtors may assume or reject any Unexpired Lease for approximately 150 days

through September 19, 2005, without prejudice to the Debtors' rights to seek further extensions

of such deadline.

## Notice

      21.     Notice of this Motion has been provided to (a) counsel to the U.S. Trustee,

(b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors'

Committee, (d) the other parties in interest named on the Master Service List maintained in these

cases, and (e) the Lessors.  The Debtors submit that no other or further notice need be given.

## **Waiver of Memorandum of Law**

22.    Pursuant to Local Bankruptcy Rule 9013-1(b) for the Southern District of New York, because there are no novel issues of law presented herein, the Debtors respectfully request that the Court waive the requirement that the Debtors file a memorandum of law in support of this Motion.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court enter an order (a) extending through September 19, 2005 the time within which the Debtors must move to assume or reject their unexpired leases of nonresidential real property, and (b) granting such other and further relief as the Court deems just and proper.

Dated: March 17, 2005
     New York, New York

/s/    *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 651-3000
Facsimile:  (302) 651-3001

Attorneys for Debtors

581301.03-New York Server 1A - MSW

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :
                                                         :        **Chapter 11**
                                                         :
**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**       :        **Case No. 05-11063 (RDD)**
                                                         :
          **Debtors.**                                   :        **(Jointly Administered)**
                                                         :
-----------------------------------------------------------------x

## ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon the motion (the "Motion")[1] of Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors an extension of the time period to assume or reject unexpired nonresidential real property leases (the "Unexpired Leases"); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT;

1.      The Motion is GRANTED.

2.      The period within which the Debtors must move to assume or reject the Unexpired Leases is extended through and including September 19, 2005.

---

[1]      All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3.      The entry of this Order is without prejudice to the right of any lessor under an Unexpired Lease to request from this Court, upon reasonable notice to the Debtors and all other necessary parties-in-interest, an order compelling the Debtors to assume or reject any Unexpired Lease by an earlier date, or the Debtors' right to oppose any such request.

4.      The entry of this Order is without prejudice to the Debtors' right to seek additional extensions of the period within which to assume or reject the Unexpired Leases, and no Unexpired Lease shall be deemed rejected under 11 U.S.C. § 365(d)(4) if the Debtors file a motion seeking a further extension of the time to assume or reject the Unexpired Leases on or before September 19, 2005.

Dated:          New York, New York
                _____, 2005


                            _____
                            HONORABLE ROBERT D. DRAIN
                            UNITED STATES BANKRUPTCY JUDGE

581497.02-New York Server 1A