JERRY M. MARKOWITZ (Florida Bar No.: 182420)
RACHEL L. RUBIO (Florida Bar No.: 564559)
MARKOWITZ, DAVIS, RINGEL & TRUSTY, P.A.
9130 South Dadeland Boulevard, Suite 1225
Miami, Florida 33156
Telephone: (305) 670-5000
Facsimile: (305) 670-5011

Attorneys for Zubi Advertising Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CASE NO.: 05-11063-rdd<br>Jointly Administered |
| WINN-DIXIE STORES, INC., | Chapter 11 |
| Debtors./ | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Zubi Advertising Services, Inc. ("Zubi") is a creditor in the above-referenced bankruptcy case, and hereby appear by their counsel Jerry M. Markowitz, Esq.; Rachel L. Rubio, Esq.; and Markowitz, Davis, Ringel & Trusty, P.A., such counsel hereby enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and facsimile numbers, and e-mail addresses:

Jerry M. Markowitz (JMarkowitz@mdrtlaw.com)
Rachel L. Rubio (RRubio@mdrtlaw.com)
Markowitz, Davis, Ringel & Trusty, P.A.
9130 South Dadeland Boulevard, Suite 1225
Miami, Florida 33156
Telephone: (305) 670-5000 // Facsimile: (305) 670-5011

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceeding herein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the right of Zubi (i) to contest the jurisdiction of the Bankruptcy Court or District Court with respect to any matter; (ii) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (iii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iv) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Zubi may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Zubi expressly herein reserves.

Dated: March 22, 2005  **MARKOWITZ, DAVIS, RINGEL & TRUSTY, P.A.**
*Attorneys for Zubi Advertising Services, Inc.*
9130 South Dadeland Boulevard
Two Datran Center, Suite 1225
Miami, Florida 33156-7849
Telephone: (305) 670-5000


By:   /s/ Jerry M. Markowitz
      JERRY M. MARKOWITZ
      (Florida Bar No.: 182420)
      RACHEL L. RUBIO
      (Florida Bar No.: 564559)

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on March 22, 2005, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing system. A copy was also served this day by first-class United States mail, postage pre-paid, upon the following:

David J. Baker
Skadden Aarps Slate, Esq.
Four Times Square
New York, New York 10036

United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

Sarah Robinson Borders
Brian C. Walsh
King & Spalding, LLP
191 Peachtree Street
Atlanta, Georgia 30303

/s/   Jerry M. Markowitz