# UNITED STATES BANKRUPTY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-11063 (RDD) |
| Debtors. | (Jointly Administered) |

## AMENDED AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about March 18, 2005, I caused copies of:

- **the Notice of Hearing**
- **the Debtors' Motion For Order Under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I 472]**

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served document as listed above is attached hereto as Exhibit B.

Dated: March 22, 2005

_____
Kathleen M. Logan

Code: AR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 992-07<br>100 EXECUTIVE DRIVE LP<br>C/O PARAGON AFFILIATES INC.<br>ONE PARAGON DRIVE, SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 993-07<br>11010 SEVENTH AVE INVESTMENTS<br>C/O 11010 LAND COMPANY LLC<br>PO BOX 601551<br>CHARLOTTE NC 28260-1551 | CREDITOR ID: 2029-07<br>12TH STREET & WASHINGTON<br>8698 EAST SAN ALBERTO DRIVE<br>SCOTTSDALE AZ 85258 |
| CREDITOR ID: 994-07<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM NY 11582 | CREDITOR ID: 995-07<br>17161 N W 27TH AVENUE LLC<br>DBA DOLPHIN PLAZA<br>PO BOX 530446<br>ATLANTA GA 30353-0446 | CREDITOR ID: 996-07<br>1954 UNIONPORT ASSOCIATES LLC<br>C/O ECKSTEIN PROPERTIES<br>60 BOARD STREET<br>NEW YORK NY 10004 |
| CREDITOR ID: 997-07<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERICAL PROPERTY<br>3753 CARDINAL POINT DRIVE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 998-07<br>2525 EAST HILLSBOROUGH AVE LLC<br>PO BOX 530496<br>ATLANTA GA 30353-0496 | CREDITOR ID: 2031-07<br>391 BELLAIRE BLVD<br>HOUSTON TX 77025 |
| CREDITOR ID: 279178-99<br>40/86 ADVISORS INC<br>ATTN FRANK BERG<br>535 N COLLEGE DR<br>CARMEL IN 46032 | CREDITOR ID: 279418-99<br>40/86 ADVISORS INC<br>ATTN: GREGORY J SEKETA<br>535 N COLLEGE DRIVE<br>CARMEL IN 46032 | CREDITOR ID: 1002-07<br>4JS FAMILY LLLC<br>4408 GILBERT AVENUE<br>COLUMBUS GA 31904 |
| CREDITOR ID: 2034-07<br>5 POINTS WEST SHOPPING CENTER<br>DOMIT INVESTMENT GROUP<br>201 VULCAN ROAD, SUITE 106<br>BIRMINGHAM AL 35209 | CREDITOR ID: 1003-07<br>5 POINTS WEST SHOPPING CENTER<br>PO BOX 11407<br>BIRMINGHAM AL 35246-0115 | CREDITOR ID: 1004-07<br>51ST STREET & 8TH AVE CORP<br>ATTN: PATRICIA<br>655 MADISON AVE., 8TH FLOOR<br>NEW YORK NY 10021 |
| CREDITOR ID: 1007-07<br>98 PALMS LTD<br>C/O NEWTON OLD ACRE MCDONALD LLC<br>250 WASHINGTON STREET<br>PRATTVILLE AL 36067 | CREDITOR ID: 1008-07<br>99 EGLIN LTD<br>PO BOX 1735<br>DESTIN FL 32540 | CREDITOR ID: 1014-07<br>ACORN ASSOC LTD<br>C/O GOREN BROTHERS<br>150 E 52ND ST., 29TH FLOOR<br>NEW YORK NY 10022 |
| CREDITOR ID: 2038-07<br>ACORN ASSOCIATES<br>150 EAST 52ND STREET, 29TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 1015-07<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>TULSA OK 74119 | CREDITOR ID: 1016-07<br>ADAMS REALTY<br>ATTN: JAMES L ADAMS<br>220 W PUSHMALAHA STREET<br>BUTLER AL 36904 |
| CREDITOR ID: 381868-99<br>ADELMAN LAW OFFICES PC<br>ATTN: DAVID A ADELMAN<br>1320 TOWER ROAD, STE 114<br>SCHAUMBURG IL 60173 | CREDITOR ID: 2039-07<br>ADFC, LLC<br>1040 CROWN POINTE PARKWAY, SUITE 2<br>ATLANTA GA 30338 | CREDITOR ID: 1017-07<br>AEGIS WATERFORD LLC<br>3849 PAYSPHERE CIRCLE<br>CHICAGO IL 60674-3849 |
| CREDITOR ID: 2040-07<br>AEGIS WATERFORD, L.L.C.<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 2041-07<br>AEGON USA REALTY ADVISORS INC<br>PO BOX 905128<br>CHARLOTTE NC 28290-5128 | CREDITOR ID: 1018-07<br>AEGON USA REALTY ADVISORS INC<br>C/O BANK OF AMERICA ILLINOIS<br>PO BOX 96273<br>CHICAGO IL 60693-6273 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

CREDITOR ID: 1019-07
AEGON USA REALTY ADVISORS INC
PO BOX 905128
CHARLOTTE NC 28290-5128

CREDITOR ID: 1020-07
AEI INCOME & GROWTH FUND XXI L
ATTN: AEI FUND MGMT INC
30 EAST SEVENTH STREET
ST. PAUL MN 55101

CREDITOR ID: 1021-07
AEI NET LEASE INCOME & GROWTH
ATTN: AEI FUND MGMT INC
30 EAST SEVENTH STREET
ST. PAUL MN 55101

CREDITOR ID: 1023-07
AEM STIFTUNG LLC
C/O CRONUS INC.
PO BOX 31-0175
MIAMI FL 33231

CREDITOR ID: 2042-07
AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 1009-07
AFI MANAGEMENT
NEW IBERIA ASSOCIATES
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 1010-07
AG EDWARDS
C/O WATKINS INVESTMENTS LP
ULTRA ASSET ACCT #299-077470
ST. LOUIS MO 63178

CREDITOR ID: 1123-07
AGAPION, BILL
625 S ELM STREET
GREENSBORO NC 27406-1327

CREDITOR ID: 2044-07
AIB DELTONA, LTD.
C/O THOMA & ASSOCIATES, PLLC
1980 POST OAK BOULEVARD, SUITE 7
HOUSTON TX 77056

CREDITOR ID: 1025-07
AINTSAR REALTY CORP
PO BOX 215
MONSEY NY 10952

CREDITOR ID: 279021-99
AIRGAS INC
ATTN DAVID BOYLE
259 RADNOR-CHESTER RD STE 100
PO BOX 6675
RADNOR PA 19087-8675

CREDITOR ID: 1011-07
AJ&C GARFUNKEL
400 MALL BLVD, 2ND FLOOR, SUITE M
PO BOX 16087
SAVANNAH GA 31406

CREDITOR ID: 1027-07
AL BELLOTTO INC.
ATTN: AL BELLOTTO
2200 FAIRMOUNT AVENUE
LAKELAND FL 33803

CREDITOR ID: 2046-07
ALABAMA 83 CENTER ASSOCIATES
235 MOORE STREET
HACKENSACK NJ 07061

CREDITOR ID: 1028-07
ALABAMA '83 CENTER ASSOCIATES
C/O PARKWAY ASSET MGMT
235 MOORE STREET
HACKENSACK NJ 07601

CREDITOR ID: 1030-07
ALBION PACIFIC PROP RESOURCES
215 WEST SIXTH STREET, SUITE 1400
LOS ANGELES CA 90014

CREDITOR ID: 1031-07
ALFA MUTUAL FIRE INS CO
ATTN: ROSE JACKSON RL EST ACCT
PO BOX 11000
MONTGOMERY AL 36191-0001

CREDITOR ID: 1032-07
ALLARD LLC
695 CENTRAL AVENUE, #207
ST. PETERSBURG FL 33701

CREDITOR ID: 2049-07
ALLIED CAPITAL CORPORATION
PO BOX 10387
DES MOINES IA 50392-0387

CREDITOR ID: 2050-07
ALLIED CAPITAL CORPORATION
TURNEY DUNHAM PLAZA PARTNERS
5277 STATE ROAD
PARMA OH 44134

CREDITOR ID: 1034-07
ALLIED CAPITAL CORPORATION
ACCT# 3998108751331
PO BOX 630796
BALTIMORE MD 21263-0796

CREDITOR ID: 1059-07
ALLIED CAPITAL REIT INC
ATTN: JAMES SHEVLIN
PO BOX 630796
BALTIMORE MD 21263-0796

CREDITOR ID: 2051-07
ALLIED FINANCE COMP. LMT. PRT.
139 MONTGOMERY AVE.
BALA CYNWYD PA 19004

CREDITOR ID: 278834-99
ALLMAN SPRY LEGGETT & CRUMPLER
ATTN LEGGETT R BRADFORD ESQ
380 KNOLLWOOD ST STE 700
WINSTON-SALEM NC 27113-5129

CREDITOR ID: 1012-07
ALS TELFAIR PLAZA
PO BOX 1097
CORDELE GA 31010

CREDITOR ID: 1060-07
ALTAMONTE SSG INC.
27001 US HIGHWAY 19, N., STE. 2095
CLEARWATER FL 33761

CREDITOR ID: 1061-07
ALVIN B CHAN FAMILY LP
3206 JACKSON STREET
SAN FRANCISCO CA 94118

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1062-07<br>ALVIN B CHAN INC.<br>C/O TYLER A. CHAN VP<br>5 BEACONSFIELD COURT<br>ORINDA CA 94563 | CREDITOR ID: 1064-07<br>AMELIA PLAZA SHOPPING CENTER<br>C/O EDENS & AVANT FIN II LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1065-07<br>AMERICAN COMMERCIAL REALTY<br>4400 PGA BOULEVARD, SUITE 305<br>PALM BEACH GARDENS FL 33410 |
| CREDITOR ID: 1066-07<br>AMERICAN FEDERAL PROPERTIES<br>1 SLEIMAN PARKWAY, SUITE 250<br>JACKSONVILLE FL 32216 | CREDITOR ID: 1067-07<br>AMERICAN MORTGAGE & REALTY COR<br>5643 COVENTRY LANE<br>FORT WAYNE IN 46804 | CREDITOR ID: 1069-07<br>AMERICAN PAPER BOX COMPANY INC<br>PO BOX 8135<br>DELRAY BEACH FL 33482 |
| CREDITOR ID: 1070-07<br>AMERICAN PLAZA LTD PARTNERSHIP<br>PO BOX 75579<br>BALTIMORE MD 21275-5579 | CREDITOR ID: 1071-07<br>AMERICAN UNITED LIFE INS CO<br>C/O ISLOA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND FL 32794-1483 | CREDITOR ID: 1073-07<br>AMERICAN UNITED LIFE INSURANCE<br>5875 RELIABLE PARKWAY<br>LOAN# 2079201<br>CHICAGO IL 60686-5666 |
| CREDITOR ID: 2058-07<br>AMERICAN UNITED LIFE INSURANCE CO.<br>ATTN: MORTGAGE LO<br>1 AMERICAN SQUARE<br>PO BOX 368<br>INDIANAPOLIS IN 46206 | CREDITOR ID: 1074-07<br>AMERICANA EAST INVESTMENTS INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 | CREDITOR ID: 2059-07<br>AMERICANA PLAZA, LP<br>1629 K STREET, NW, SUITE 501<br>WASHINGTON DC 20006 |
| CREDITOR ID: 315664-99<br>AMSOUTH BANK<br>ATTN: WILLIAM R HOOG<br>13535 FEATHER SOUND DR<br>BLDG 1, STE 525<br>CLEARWATER FL 34762 | CREDITOR ID: 269280-99<br>ANDERLINI FINKELSTEIN EMERICK ET AL<br>DAVID C. FINKELSTEIN<br>400 SOUTH EL CAMINO REAL<br>SUITE 700<br>SAN MATEO CA 94402 | CREDITOR ID: 279420-99<br>ANDERSON KILL & OLICK<br>ATTN: LARRY D HENIN<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 |
| CREDITOR ID: 278710-99<br>ANDERSON NEWS LLC<br>ATTN JENNIFER VOSS, VP ACCOUNTING<br>PO BOX 52570<br>KNOXVILLE, TN 37950-2570 | CREDITOR ID: 278836-99<br>ANGEL & FRANKEL PC<br>ATTN LAURENCE MAY<br>460 PARK AVE<br>NEW YORK NY 10022-1906 | CREDITOR ID: 278840-99<br>ANGEL & FRANKEL PC<br>ATTN RICK A STEINBERG<br>460 PARK AVE<br>NEW YORK NY 10022-1906 |
| CREDITOR ID: 279422-99<br>ANGELO GORDON & CO<br>ATTN: JAMES M MALLEY<br>245 PARK AVE 26TH FL<br>NEW YORK NY 10167 | CREDITOR ID: 1075-07<br>ANSEL PROPERTIES INC<br>C/O CUSHMAN & WAKEFIELD<br>PO BOX 02-5137<br>MIAMI FL 33102-5137 | CREDITOR ID: 1076-07<br>APPLEWOOD SHOPPING CENTER<br>C/O COLLETT & ASSOCIATES INC.<br>PO BOX 36799<br>CHARLOTTE NC 28236-6799 |
| CREDITOR ID: 1077-07<br>ARCADIA FL DIVERSEY WEST<br>C/O KENNEDY WILSON PROPERTIES LTD<br>100 PRINGLE AVENUE<br>WALNUT CREEK CA 94596-0612 | CREDITOR ID: 1078-07<br>ARCO REALTY COMPANY<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 | CREDITOR ID: 1079-07<br>ARLINGTON PROPERTIES INC.<br>2117 SECOND AVENUE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 |
| CREDITOR ID: 279001-99<br>ARNALL GOLDEN GREGORY LLP<br>ATTN J HAYDEN KEPNER ESQ<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363 | CREDITOR ID: 279497-99<br>ARNALL GOLDEN GREGORY LLP<br>ATTN: JAMES SMITH<br>171 W 17TH ST, STE 2100<br>ATLANTA GA 30363 | CREDITOR ID: 279004-99<br>ARNALL GOLDEN GREGORY LLP<br>ATTN DARRYL S LADDIN ESQ<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                              **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2063-07<br>ARROWHEAD NET LEASE, LP<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE, 9TH FLOOR<br>DALLAS TX 75225 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOC INC.<br>5006 MONUMENT AVENUE<br>RICHMOND VA 23230 | CREDITOR ID: 1081-07<br>ASBURY COMMONS LTD<br>C/O HALLMARK PARTNERS<br>95 CORPORATE CENTER, SUITE 100<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 1082-07<br>ASHY-BROWN GONZALES<br>C/O GMAC COMMERICAL MORTGAGE<br>PO BOX 740988<br>ATLANTA GA 30374-0988 | CREDITOR ID: 1083-07<br>ATLANTIC CAROLINA RETAIL LLC<br>C/O BRUMLEY MEYER & KAPP<br>230 SEVEN FARMS DRIVE, SUITE 200<br>CHARLESTON SC 29492 | CREDITOR ID: 2064-07<br>AUGUST URBANEK FAMILY 4TH AMENDED<br>& RESTRICTED REVOCABLE TRUST<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 |
| CREDITOR ID: 1084-07<br>AUGUST URBANEK INVESTMENTS<br>4800 NORTH FEDERAL HWY., STE. 209A<br>BOCA RATON FL 33431 | CREDITOR ID: 2065-07<br>AUGUST URBANEK IVEST.<br>4800 NORTH FEDRAL HWY., SUITE 20<br>BOCA RATON FL 33431 | CREDITOR ID: 2066-07<br>AVON SQUARE,LTD<br>ANCHOR COMMERCIAL REALTY, INC.<br>ATTN: J.B. MILLER<br>PO BOX 5252<br>LAKELAND FL 33807-5252 |
| CREDITOR ID: 1087-07<br>AZALEA MANAGEMENT AND LEASING<br>PO BOX 9527<br>ASHEVILLE NC 28815 | CREDITOR ID: 2067-07<br>AZALEA MANAGEMENT AND LEASING, INC.<br>1300 TUNNEL ROAD<br>PO BOX 9527<br>ASHEVILLE NC 28805 | CREDITOR ID: 1088-07<br>AZALEA SHOPPING CENTER<br>C/O SIZELER REAL ESTATE MGMT.<br>2542 WILLIAMS BLVD.<br>KENNER LA 70062 |
| CREDITOR ID: 2068-07<br>B&T DEVELOPMENT INC.<br>ATTN: ANGELA C. PIGG<br>4362 ASBURY CHURCH ROAD<br>LINCOLNTON NC 28092 | CREDITOR ID: 2069-07<br>B.E.D. ALABAMA L.L.C.<br>CHASE FRANKLIN CORP/BYRAM E.D.<br>1200 CENTRAL AVENUE, SUITE 0306<br>WILMETTE IL 60091 | CREDITOR ID: 1414-07<br>BAGWELL, HAROLD G.<br>PO BOX 1700<br>GARNER NC 27529 |
| CREDITOR ID: 1090-07<br>BAINBRIDGE ASSOCIATES<br>PO BOX 983<br>BAINBRIDGE GA 39818-0993 | CREDITOR ID: 1091-07<br>BAKER & BAKER<br>PO BOX 12397<br>COLUMBIA SC 29211-2397 | CREDITOR ID: 1092-07<br>BAKERSMITH CORNERS LLC<br>PO BOX 12397<br>COLUMBIA SC 29211 |
| CREDITOR ID: 381871-99<br>BAKST, MICHAEL R<br>222 LAKEVIEW AVE, STE 1330<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 278835-99<br>BALCH & BINGHAM LLP<br>ATTN W CLARK WATSON ESQ<br>1901 SIXTH AVE N STE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 | CREDITOR ID: 279198-99<br>BALCH& BINGHAM LLP<br>ATTN ERIC RAY ESQ<br>1901 SIXTH AVE STE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 |
| CREDITOR ID: 278796-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN DEAN C WALDT ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278795-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN JEFFREY MEYERS ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 278786-99<br>BALLARD SPAHR ANDREWS & INGERSOLL<br>ATTN DAVID L POLLACK ESQ<br>51ST FLR MELLON BANK CENTER<br>1735 MARKET STREET<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 1093-07<br>BANC ONE<br>1717 MAIN STREET, 12TH FLOOR<br>DALLAS TX 75201 | CREDITOR ID: 1094-07<br>BANK MIDWEST<br>ATTN: JOHN BAXTER<br>1100 MAIN STREET<br>KANSAS CITY MO 64105 | CREDITOR ID: 1096-07<br>BANK OF NEW YORK<br>101 BARCLAY STREET, FLOOR 21 W<br>NEW YORK NY 10286 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1095-07<br>BANK OF NEW YORK<br>MATT LOUIS\ESCROW UNIT\ A\C 411<br>101 BARCLAY STREET, FLOOR 8W<br>NEW YORK NY 10286 | CREDITOR ID: 2222-07<br>BARD, ERVIN<br>1100 ALTA LOMA ROAD, SUITE 16-B<br>LOS ANGELES CA 90069 | CREDITOR ID: 1315-07<br>BARD, ERVIN & SUSANNE<br>1100 ALTA LOMA ROAD, SUITE 16-B<br>LOS ANGELES CA 90069 |
| CREDITOR ID: 1099-07<br>BARLIND ENTERPRISES<br>C/O SAM & DOROTHY GLANELL<br>42023 VILLAGE 42<br>CAMARILLO CA 93010 | CREDITOR ID: 1100-07<br>BARRETT CROSSING SHOPPING CENTER<br>85-A MILL STREET, SUITE 100<br>ROSWELL GA 30075 | CREDITOR ID: 1101-07<br>BAUMGARDNER-HOGAN I LLC<br>PO BOX 7606<br>LOUISVILLE KY 40257-7606 |
| CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>336 FOURTH AVENUE<br>PITTSBURGH PA 15222 | CREDITOR ID: 1104-07<br>BAYVIEW LOAN SERVICING LLC<br>ATTN: PAYMENT PROCESSING DEPT.<br>PO BOX 331409<br>MIAMI FL 33233-1409 | CREDITOR ID: 1105-07<br>BEACHWALK CENTRE II LLC<br>PO BOX 1260<br>RIDGELAND MS 39158 |
| CREDITOR ID: 279461-99<br>BEAR STEARNS INVESTMENT PRODUCTS IN<br>ATTN NOAH CHARNEY<br>383 MADISON AVE<br>NEW YORK NY 10179 | CREDITOR ID: 1106-07<br>BEDFORD  AVENUE REALTY INC<br>C/O DBR ASSETT MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE FL 33394 | CREDITOR ID: 315661-99<br>BEGNAUD & MARSHALL LLP<br>ATTN: DARREL BEGNAUD<br>250 N MILLEDGE AVE<br>PO BOX 8085<br>ATHENS GA 30603 |
| CREDITOR ID: 1108-07<br>BELCO ENTERPRISES<br>PO BOX 520<br>STARKE FL 32091-0520 | CREDITOR ID: 1110-07<br>BELLEVIEW SQUARE CORP<br>C/O T. COOPER JAMES & ASSOCIATES<br>PO BOX 10325<br>GREENSBORO NC 27404 | CREDITOR ID: 279118-99<br>BELLSOUTH<br>ATTN REGINALD A GREENE ESQ<br>675 W PEACHTREE ST NE STE 4300<br>ATLANTA GA 30375 |
| CREDITOR ID: 1111-07<br>BELMART INC.<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE 100<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 1112-07<br>BENDERSON 85-1 TRUST AND WAYNE<br>PO BOX 21199<br>LEASE # 45235<br>BRADENTON FL 34204-1199 | CREDITOR ID: 1113-07<br>BENDERSON TRUST & WAYNE RUBEN<br>BRADEN RIVER POST OFFICE<br>PO BOX 21199<br>BRADENTON FL 34204-1199 |
| CREDITOR ID: 1114-07<br>BENJAMIN ADAM SETZER AS TRUSTEE<br>OF THE FAYE ASHLEY SETZER TST<br>C/O LEONARD SETZER<br>JACKSONVILLE FL 32211 | CREDITOR ID: 2246-07<br>BENTLEY, FRED D. SR. / MONTICELLO<br>PO BOX 958<br>MARIETTA GA 30061-3214 | CREDITOR ID: 1116-07<br>BEP II LIMITED PARTNERSHIP<br>777 41ST STREET, 4TH FLOOR<br>MIAMI FL 33140 |
| CREDITOR ID: 1117-07<br>BERGERON WD PALMETTO LLC<br>C/O BERGERON PROPERTIES &<br>19612 SOUTHWEST 69TH PLACE<br>FORT LAUDERDALE FL 33332 | CREDITOR ID: 2079-07<br>BETTY HOLLAND U/A-NATIONSBANK N.A.<br>(SOUTH) AS AGENT C/O CNM ASSOC<br>950 EAST PACES FERRY ROAD<br>ATLANTA GA 30326 | CREDITOR ID: 1118-07<br>BG HIGHLANDS LLC<br>DEPT# 5920W51407<br>PO BOX 931670<br>CLEVELAND OH 44193 |
| CREDITOR ID: 1119-07<br>BG TURFWAY LLC<br>DEPT 591625WO2522<br>PO BOX 931572<br>CLEVELAND OH 44193 | CREDITOR ID: 1120-07<br>BHBS INC.<br>1910 ROSS MILL ROAD<br>HENDERSON NC 27536 | CREDITOR ID: 1121-07<br>BHR LLC<br>PO BOX 847663<br>DALLAS TX 75284-7663 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279459-99<br>BIANCHI MACRON LLP<br>ATTN GERARD DICONZA ESQ<br>390 OLD COUNTRY RD<br>GARDEN CITY NY 11530 | CREDITOR ID: 1122-07<br>BIG PINE SHOPPING CENTER LLC<br>PO BOX 431944<br>BIG PINE KEY FL 33043 | CREDITOR ID: 1124-07<br>BIRD SQUARE PLAZA MANAGEMENT I<br>12185 S. DIXIE HIGHWAY<br>MIAMI FL 33156 |
| CREDITOR ID: 1125-07<br>BIRMINGHAM REALTY CO.<br>ATTN: ACCOUNTING DEPT.<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242-4202 | CREDITOR ID: 279407-99<br>BLACKSTONE GROUP LP<br>ATTN: FLIP HUFFARD<br>345 PARK AVENUE<br>NEW YORK, NY 10010 | CREDITOR ID: 1126-07<br>BLAINE LAKE LLC<br>C/O LAMAR ASSET MGMT.<br>365 SOUTH STREET<br>MORRISTOWN NJ 07960 |
| CREDITOR ID: 2084-07<br>BLANCHARD & CALHOUN<br>699 BROAD STREET, SUITE 400<br>AUGUSTA GA 30901 | CREDITOR ID: 1127-07<br>BLANCHARD AND CALHOUN REAL ESTATE<br>PO BOX 1808<br>AUGUSTA GA 30903-1808 | CREDITOR ID: 381851-99<br>BLANK ROME LLP<br>ATTN: JASON W STAIB<br>CHASE MANHATTAN CENTRE<br>102 MARKET ST, STE 800<br>WILMINGTON DE 19801 |
| CREDITOR ID: 2086-07<br>BLUE ANGEL CROSSING<br>C/O REDD REALTY<br>BUILDING 10, SUITE 101<br>4200 NORTHSIDE PARKWAY<br>ATLANTA GA 30327-3054 | CREDITOR ID: 1128-07<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>ATLANTA GA 30327-3054 | CREDITOR ID: 1129-07<br>BOB NEILL & ASSOCIATES<br>1433 EMERYWOOD DRIVE<br>CHARLOTTE NC 28210 |
| CREDITOR ID: 381834-99<br>BODOFF & SLAVITT LLP<br>ATTN JOSEPH BODOFF<br>225 FRIEND ST<br>BOSTON MA 02114 | CREDITOR ID: 1130-07<br>BOGALUSA SHOPPING CENTER CO<br>C/O JW PROPERTIES<br>PO BOX 16146<br>MOBILE AL 36616-0146 | CREDITOR ID: 1131-07<br>BONNERS POINT LLC<br>C/O RETAIL MANAGEMENT GROUP<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1036 |
| CREDITOR ID: 1132-07<br>BORDEAUX CENTER INC<br>1740-A OWEN DRIVE<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 2242-07<br>BOREN, FRANK<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 1351-07<br>BOREN, FRANK D. AND GAIL F. BOREN<br>C/O KEY BANK WA -31-99-0371<br>95 SECOND STREET<br>FRIDAY HARBOR WA 98250 |
| CREDITOR ID: 279114-99<br>BOULT CUMMINGS CONNERS & BERRY<br>ATTN AUSTIN L MCMULLERN ESQ<br>1600 DIVISION ST STE 700<br>PO BOX 340025<br>NASHVILLE TN 37203 | CREDITOR ID: 1135-07<br>BOYNTON LAKES PLAZA<br>C/O REGENCY CENTERS LP<br>PO BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 2089-07<br>BOYNTON LAKES PLAZA<br>C/O REGENCY CENTERS LP<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 279427-99<br>BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: PATRICK DARBY<br>ONE FEDERAL PL<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35222 | CREDITOR ID: 279129-99<br>BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K. GRECO<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 279426-99<br>BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: JOHN WHITTINGTON<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35222 |
| CREDITOR ID: 279425-99<br>BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K GRECO<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35222 | CREDITOR ID: 2090-07<br>BRANCH PROPERTIES, LLC<br>400 COLONY SQUARE, SUITE 1630<br>ATLANTA GA 30361 | CREDITOR ID: 1136-07<br>BRANDON CENTRE SOUTH<br>C/O PRESTON OIL COMPANY LP<br>PO BOX 7520<br>THE WOODLANDS TX 77387 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:    05-11063 (RDD)**

CREDITOR ID: 1137-07
BRANDYWINE PLAZA LTD
731 VASSAR STREET
ORLANDO FL 32804

CREDITOR ID: 2092-07
BRANDYWINE REAL ESTATE MGMT SERV
5840 NORTH ORANGE BLOSSOM TRAIL
ORLANDO FL 32810

CREDITOR ID: 1139-07
BRIERWOOD VILLAGE PLAZA
903 UNIVERSITY BLVD. NORTH
JACKSONVILLE FL 32211-5527

CREDITOR ID: 1140-07
BRIGHT-MEYERS DUBLIN ASSOC.
C/O FLECHER BRIGHT COMPANY
537 MARKET STREET, SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 279419-99
BROAD & CASSEL
ATTN: C CRAIG ELLER
ONE NORTH CLEMATIS ST STE 500
WEST PALM BEACH FL 33401

CREDITOR ID: 1141-07
BROAD STREET STATION S.C.,LLC
C/O COLLETT & ASSOCIATES, INC.
PO BOX 36799
CHARLOTTE NC 28236-6799

CREDITOR ID: 2095-07
BRONZE CENTER, L.P.
OAKWOOD VILLAGE ASSOCIATES
1853 E. PIEDMONT ROAD, SUITE 300
MARIETTA GA 30066

CREDITOR ID: 1143-07
BROOKHAVEN RETAIL LLC
111 EAST JERICHO TURNPIKE, STE. 200
MINEOLA NY 11501

CREDITOR ID: 1144-07
BROOKWOOD FLAMINGO PARTNERS LP
C/O NAI/MERIN HUNTER CODMAN IN
WEST PALM BEACH FL 33401-9453

CREDITOR ID: 1145-07
BROOKWOOD LLC
C/O STIRLING PROPERTIES
DEPT 1149
PO BOX 62600
NEW ORLEANS LA 70162-2600

CREDITOR ID: 2096-07
BROOKWOOD SHOPPING CENTER
C/O STIRLING PROPERTIES, INC.
109 NORTHPARK BLV., SUITE 300
COVINGTON LA 70433

CREDITOR ID: 1146-07
BROWN INVESTMENT PROPERTIES
PO BOX 930
GREENSBORO NC 27402

CREDITOR ID: 2098-07
BROWN NOLTEMEYER COMPANY
122 N. PETERSON AVENUE
LOUISVILLE KY 40206-2335

CREDITOR ID: 1148-07
BT MARIETTA LLC
C/O BET INVESTMENTS MANAGING A
2600 PHILMONT AVENUE
HUNTINGDON VALLEY PA 19006

CREDITOR ID: 279508-99
BUCKEYE CAPITAL PARTNERS LP
ATTN: PHILIP BROWN
230 PARK AVE, STE 1542
NEW YORK NY 10169

CREDITOR ID: 1149-07
BUNDY NEW ORLEANS CO LLC
C/O BENDERSON CAPITAL PTNRS LLC
708 THIRD AVENUE, 28TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 1150-07
BUNKIE INVESTMENT CO LLC
3621 RIDGELAKE DRIVE, SUITE 203
METAIRIE LA 70002-1739

CREDITOR ID: 1151-07
BURLINGTON ASSOCIATES LTD PRT
C/O BRONZE HOLDINGS INC.
1853 EAST PIEDMONT ROAD, SUITE 300
MARIETTA GA 30066

CREDITOR ID: 279172-99
BURR & FORMAN LLP
ATTN ROBERT D RUBIN ESQ
420 N 20TH ST
BIRMINGHAM AL 35203

CREDITOR ID: 279170-99
BURR & FORMAN LLP
ATTN DEREK F MEEK ESQ
3100 SOUTHTRUST TOWER
420 NORTH 20TH ST
BIRMINGHAM AL 35203

CREDITOR ID: 1152-07
BW DIX INC
C/O DAVID NOVAK
849 20TH STREET
VERO BEACH FL 32960

CREDITOR ID: 1153-07
BW TREASURE INC.
C/O DAVID NOVAK
849 20TH STREET
VERO BEACH FL 32960

CREDITOR ID: 1154-07
BYARS & CO INC
PO BOX 530310
BIRMINGHAM AL 35253-0310

CREDITOR ID: 2101-07
BY-PASS PARTNERSHIP
PO BOX 1075
HAMMOND LA 70404-1075

CREDITOR ID: 2103-07
C & A LTD, LC
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 1156-07
C C ALTAMONTE JOINT VENTURE
7200 RELIABLE PARKWAY
CHICAGO IL 60686-0072

CREDITOR ID: 1155-07
C&A LTD, LC
PO BOX 640474
CINCINNATI OH 45264-0474

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                **CASE:    05-11063 (RDD)**

CREDITOR ID: 2104-07
C. BRANTLEY TILLMAN
C/O COMMERCIAL PROPERTIES,INC
1648F NORTH MARKET DRIVE
RALEIGH NC 27609

CREDITOR ID: 1157-07
CA NEW FIXED RATE PARTNERSHIP
PO BOX 848409
DALLAS TX 75284-8409

CREDITOR ID: 2105-07
CA NEW PLAN FIXED RATE PARTNERSHIP
1120 AVE. OF THE AMERICAS, 12TH FL.
NEW YORK NY 10036

CREDITOR ID: 1158-07
CA NEW PLAN VENTURE FUND LOUIS
PO BOX 404959
ATLANTA GA 30384-8407

CREDITOR ID: 2107-07
CA NEW PLAN VICTORIA, LP
1120 AVE. OF THE AMERICAS, 12TH FL.
NEW YORK NY 10036

CREDITOR ID: 279475-99
CADBURY ADAMS LLC
ATTN RICHARD W WARD ESQ
25427 FAIRMOUNT ST
DALLAS TX 75201

CREDITOR ID: 1159-07
CADILLAC PARTNERSHIP
C/O AUGUST URBANEK PARTNER
SUITE 209 A
BOCA RATON FL 33431

CREDITOR ID: 2109-07
CAIRO SUN PROPERTIES, LTD.
PO BOX 178
COLUMBUS GA 31902

CREDITOR ID: 1161-07
CALDWELL REALTY & INVESTMENT C
C/O CAROL GRAGG
PO BOX 740
LENOIR NC 28645

CREDITOR ID: 2110-07
CALDWELL REALTY AND INVESTMENT CO
ATTN: CAROL GRAGG
PO BOX 740
LENOIR NC 28645

CREDITOR ID: 1162-07
CALIFORNIA CLUB MALL
C/O R K ASSOCIATES
17100 COLLINS AVENUE # 225
SUNNY ISLE BEACH FL 33160-0111

CREDITOR ID: 1163-07
CALLAHAN PLAZA SHOPPING CENTER
C/O TALOR COMMERICAL REAL ESTATE
1018 THOMASVILLE ROAD, SUITE 20
TALLAHASSEE FL 32303-3027

CREDITOR ID: 1164-07
CAMERON EDENTON CO
PO BOX 31827
RALEIGH NC 27622-1827

CREDITOR ID: 1165-07
CAMERON SANFORD COMPANY LLC
PO BOX 31827
RALEIGH NC 27622-1827

CREDITOR ID: 1166-07
CAMILLA MARKETPLACE ASSOCIATES
C/O ADVANTIS GVA
PO BOX 3941
NORFOLK VA 23514-3941

CREDITOR ID: 278703-99
CAMPBELL SOUP CO.
ATTN MAUREEN HART, SR. CREDIT MGR
PO BOX 101407
ATLANTA GA 30392-1407

CREDITOR ID: 2113-07
CANTONMENT PARTNERS, LTD
ATTN: SARAH JORDON
PO BOX 680176
PRATTVILLE AL 36068

CREDITOR ID: 1169-07
CAPITAL ADVISORS INC
PO BOX 1070
CHARLOTTE NC 28201-1070

CREDITOR ID: 1170-07
CAPITAL DEVELOPMENT COMPANY
PO BOX 3487
LACEY WA 98509-3487

CREDITOR ID: 1171-07
CAPITAL PROPERTIES ASSOCIATES
PO BOX 2169
TUSCALOOSA AL 35403

CREDITOR ID: 279494-99
CAPITAL RESEARCH & MGMT COMPANY
ATTN: ABNER D GOLDSTINE
AMERICAN FUNDS
333 SOUTH HOPE STREET
LOS ANGELES CA 90071

CREDITOR ID: 279313-99
CAPITAL RESEARCH & MGMT COMPANY
ATTN: ELLEN CARR
AMERICAN FUNDS
333 S HOPE STREET
LOS ANGELES CA 90071

CREDITOR ID: 1174-07
CARDINAL ENTITIES COMPANY LLC
C/O MATTITUCK SHOPPING CT
PO BOX 77
MATTITUCK NY 11952

CREDITOR ID: 1176-07
CAROLINA ENTERPRISES INC
PO BOX 13559
FLORENCE SC 29504-3559

CREDITOR ID: 2241-07
CARRINGTON, FRANCIS
PO BOX 1328
EUREKA CA 95502

CREDITOR ID: 1247-07
CASE, DANIEL H. AND CAROL H. CASE
2040 AHUALANI PLACE
HONOLULU HI 96822

CREDITOR ID: 2119-07
CASS REALTY GROUP, INC.
PO BOX 1260
RIDGELAND MS 39158

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1178-07<br>CASTO INVESTMENTS CO LTD<br>C/O VMC REALTY<br>PO BOX 24627<br>FORT LAUDERDALE FL 33307 | CREDITOR ID: 2120-07<br>CATHI GALPIN, PROPERTY MANGER<br>EDENS & AVANT SOUTHEAST L.P<br>1400 E. SHOTWELL STEET<br>BAINBRIDGE GA 39819 | CREDITOR ID: 2122-07<br>CB RICHARD ELLIS<br>201 E. KENNEDY BLVD., SUITE 1121<br>TAMPA FL 33602-5172 |
| CREDITOR ID: 1180-07<br>CC REALTY INTERMEDIATE FUND I<br>THREE RIVERWAY, SUITE 670<br>HOUSTON TX 77056 | CREDITOR ID: 1182-07<br>CEDAR CREEK CROSSING ASSOCIATE<br>C/O PERRIE % WHEELER REAL ESTATE<br>PO BOX 3578<br>NORFOLK VA 23514 | CREDITOR ID: 1183-07<br>CEDAR MOUNTAIN VILLAGE<br>85-A MILL STREET, SUITE 100<br>ROSWELL GA 30075-5487 |
| CREDITOR ID: 1184-07<br>CEDAR SPRINGS CTR ASSOCS<br>PO BOX 3524<br>SPARTANBURG SC 29304-3524 | CREDITOR ID: 1185-07<br>CENTRAL PROGRESSIVE BANK<br>ATTN: JAMES J. VENEZIA E.V.P.<br>29092 KRENTEL ROAD<br>LACOMBE LA 70445 | CREDITOR ID: 1187-07<br>CENTREX PROPERTIES INC<br>PO BOX 10369<br>GOLDSBORO NC 27532 |
| CREDITOR ID: 1188-07<br>CENTURY MANAGEMENT AND DEVELOPMENT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242 | CREDITOR ID: 2126-07<br>CFG LIMITED<br>8705 PERIMETER PARK BLVD.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 1189-07<br>CFG LIMITED<br>8711 PERIMETER PARK BLVD., SUITE 11<br>JACKSONVILLE FL 32216-6353 |
| CREDITOR ID: 278696-99<br>CH ROBINSON WORLDWIDE, INC.<br>ATTN TERESA BELLMAN, CONTROLLER<br>PO BOX 9121<br>MINNEAPOLIS MN 55480-9121 | CREDITOR ID: 1190-07<br>CHAMBERS SQUARE LLC<br>PO BOX 3040<br>DULUTH GA 30096 | CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES FL 33029 |
| CREDITOR ID: 1192-07<br>CHAPIN DEVELOPMENT CO.<br>C/O EDENS & AVANT INC.<br>PO BOX 528<br>COLUMBIA SC 29202-0528 | CREDITOR ID: 1193-07<br>CHARLES SIMON TRUSTEE OF SAME<br>20801 BISCAYNE BLVD., SUITE 202<br>AVENTURA FL 33180-1869 | CREDITOR ID: 1194-07<br>CHARLESTON SQUARE INC BANK OF<br>PO BOX 409082<br>ATLANTA GA 30384-9082 |
| CREDITOR ID: 2130-07<br>CHESTER DIX ALEXANDRA CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2131-07<br>CHESTER DIX CRAWFORDVILLE CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2132-07<br>CHESTER DIX CRESCENT CORP.<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2133-07<br>CHESTER DIX FLORENCE CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2134-07<br>CHESTER DIX FORT CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORP.<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORP.<br>PO BOX 40<br>WESTBURY NY 11590 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2244-07<br>CHIKOVSKY, FRED<br>C/O P.S. FRANKLIN, LTD.<br>1720 HARRISON STREET<br>HOLLYWOOD FL 33020 | CREDITOR ID: 1195-07<br>CHK & ASSOCIATES<br>C/O KBI PROPERTY MGMT.<br>5725 BUFORD HWY. #214<br>DORAVILLE GA 30340 |
| CREDITOR ID: 1029-07<br>CIRIGNANO, ALBERT J SR<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 | CREDITOR ID: 282712-99<br>CITRUS COUNTY TAX COLLECTOR<br>ATTN: JANICE A WARREN<br>210 N APOPKA AVE, STE 100<br>INVERNESS FL 34450 | CREDITOR ID: 381789-15<br>CITY OF RAYMOND, MS<br>WATER DEPARTMENT<br>ATTN BRENDA A HUBBARD<br>PO BOX 10<br>RAYMOND MS 39154 |
| CREDITOR ID: 1196-07<br>CITYVIEW LLC<br>C/O MICHAEL E. CALANDRA<br>PO BOX 78725<br>CHARLOTTE NC 28271-7040 | CREDITOR ID: 1197-07<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI OH 45264-0474 | CREDITOR ID: 2142-07<br>CIVIC CENTER STATION, LTD.<br>C/O PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 2143-07<br>CLARA BOLDOG, AMERICANA EAST INVES<br>C/O DEBOER INTERNATIONAL INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 | CREDITOR ID: 1198-07<br>CLAYTON CROSSINGS LLC<br>C/O COMMERCIAL PROPERTIES INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH NC 27609 | CREDITOR ID: 1199-07<br>CLEARLAKE SQUARE<br>C/O TRYCON INC<br>951 MARKET PROMENADE<br>LAKE MARY FL 32746 |
| CREDITOR ID: 279480-99<br>CLECO CORPORATION<br>C/O WHEELIS & ROZANSKI<br>ATTN STEPHEN D WHEELIS ESQ<br>PO BOX 13199<br>ALEXANDRIA LA 71315-3199 | CREDITOR ID: 1200-07<br>CLEVELAND MARKETPLACE LTD<br>C/O LAT PURSER & ASSOC<br>6320-7 ST AUGUSTINE ROAD<br>JACKSONVILLE FL 32217 | CREDITOR ID: 1201-07<br>CLIFFDALE CORNER INC<br>PO BOX 53646<br>FAYETTEVILLE NC 28305 |
| CREDITOR ID: 2144-07<br>CLIFFDALE CORNER,INC<br>C/O RIDDLE COMMERCIAL PROPERTIES<br>238 NORTH MCPHERSON CHURCH ROAD<br>FAYETTEVILLE NC 28303 | CREDITOR ID: 2145-07<br>CLINTON HOUSE COMPANY<br>C/O RMC REALTY COMPANIES LTD<br>1733 W FLETCHER AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 1202-07<br>CLINTON HOUSE COMPANY<br>C/O RMC REALTY COMPANIES LTD<br>ATTN: ACCOUNTING DEPT.<br>TAMPA FL 33612 |
| CREDITOR ID: 278706-99<br>CLOROX SALES CO - KPD<br>ATTN SYBIL SHAW, CREDIT MANAGER<br>PO BOX 66123<br>CHARLOTTE NC 28275-1754 | CREDITOR ID: 1203-07<br>CMC REAL ESTATE PROGRAM<br>1988 1 LTD 111<br>PO BOX 3506<br>ANN ARBOR MI 48106-3506 | CREDITOR ID: 2146-07<br>CMC REAL ESTATE PROGRAM 1988-1, LT<br>PO BOX 8649<br>ANN ARBOR MI 48106-8649 |
| CREDITOR ID: 2147-07<br>COBB INVESTMENT CO.<br>PO BOX 131209<br>BIRMINGHAM AL 35213 | CREDITOR ID: 278774-99<br>COCA-COLA BOTTLING CO. CONSOLIDATED<br>ATTN: JOYCE ROPER, CBA<br>MANAGER, CREDIT COLLECTIONS<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 | CREDITOR ID: 278701-99<br>COCA-COLA BOTTLING WORKS<br>ATTN DICK STITELER,<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>300 COCA-COLA ROAD<br>CHARLOTTE NC 28275 |
| CREDITOR ID: 279115-99<br>COCA-COLA ENTERPRISES INC<br>C/O MILLER & MARTIN PLLC<br>ATTN SHELLEY D RUCKER ESQ<br>832 GEORGIA AVE STE 1000<br>CHATTANOOGA TN 37402-2289 | CREDITOR ID: 279444-99<br>COHEN TODD KITE & STANFORD<br>ATTN: MONICA V KINDT<br>250 E FIFTH STREET, STE 1200<br>CINCINNATI OH 45202 | CREDITOR ID: 2149-07<br>COLLETT MANAGEMENT,LLC<br>PO BOX 36799<br>CHARLOTTE NC 28236-6799 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                         **CASE:   05-11063 (RDD)**

CREDITOR ID: 1205-07
COLLINS & AIKMAN
PO BOX 580
ALBEMARLE NC 28001

CREDITOR ID: 1206-07
COLLINS POINTE SHOPPING CENTER
C/O CNM ASSOC.
950 E. PACES ROAD, SUITE 900
ATLANTA GA 30326

CREDITOR ID: 1207-07
COLONIAL DEVELOPMENT CO. LLC
PO BOX 9005
MORGANTON NC 28680-9005

CREDITOR ID: 2152-07
COLONIAL PROPERTIES RETAIL DIVISION
950 MARKET PROMENADE AVE, STE. 2200
LAKE MARY FL 32746

CREDITOR ID: 1209-07
COLONIAL PROPERTIES TRUST
PO BOX 55966 - DEPT. 301501
BIRMINGHAM AL 35255-5966

CREDITOR ID: 1210-07
COLUMBIA MARKETPLACE LLC
C/O REGENCY PROPERTY SERVICES
330 CROSS POINTE BOULEVARD
EVANSVILLE IN 47715

CREDITOR ID: 1212-07
COMKE INC.
C/O DACAR MGMT LLC
336 E. DANIA BEACH BLVD.
DANIA FL 33004

CREDITOR ID: 1213-07
COMMERCIAL LEASING ONE
#030212233
C/O MIDLAND LOAN SERVICES INC
CHICAGO IL 60677-1002

CREDITOR ID: 2154-07
COMMERCIAL LEASING ONE
C/O PEARL VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 1214-07
COMMERCIAL LEASING TWO
C/O MIDLAND LOAN SERVICES INC
LOAN #3021
PNC LOCK BOX 771223
CHICAGO IL 60677-1002

CREDITOR ID: 2155-07
COMMERCIAL LEASING TWO
C/O PEARL VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 2156-07
COMMERCIAL MANAGEMENT ASSOC.
SUITE 163
6220 S. ORANGE BLOSSOM TRAIL
ORLANDO FL 32809

CREDITOR ID: 1215-07
COMMERCIAL NET LEASE REALTY INC.
ATTN: HELEN COLLINS
PO BOX 992
ORLANDO FL 32802-0992

CREDITOR ID: 2157-07
COMMERCIAL NET LEASE REALTY, INC.
450 S. ORANGE AVENUE, SUITE 900
ORLANDO FL 32801

CREDITOR ID: 1216-07
COMMODORE REALTY INC.
30 WEST MASHTA DRIVE, SUITE 400
KEY BISCAYNE FL 33149

CREDITOR ID: 278688-99
CONAGRA GROCERY PRODUCTS CO.
ATTN ROBERT ELLIS,
CORP CREDIT ANALYSIS MGR
PO BOX 409626
ATLANTA GA 30384

CREDITOR ID: 1217-07
CONCIRE CENTERS INC.
411 COMMERCIAL COURT, STE. E
VENICE FL 34292

CREDITOR ID: 1218-07
CONCORD ADVANTAGE II LP
C/O FIRST UNION NATL BANK
PO BOX 861035
ORLANDO FL 32886

CREDITOR ID: 381788-99
CONNOLLY BOVE LODGE & HUTZ
ATTN: KAREN BIFFERATO
1007 NORTH ORANGE ST
PO BOX 2207
WILMINGTON DE 19899

CREDITOR ID: 381790-99
CONNOLLY BOVE LODGE & HUTZ
ATTN: CHRISTINA THOMPSON
1007 NORTH ORANGE ST
PO BOX 2207
WILMINGTON DE 19899

CREDITOR ID: 1219-07
CONSECO MORTGAGE CAPITAL INC.
DEPT #164101  LN#01586010
PO BOX 67000
DETROIT MI 48267-1641

CREDITOR ID: 1220-07
CONSTELLATION APARTMENTS
15 W. COLLEGE DRIVE
ARLINGTON HEIGHTS IL 60004

CREDITOR ID: 278788-99
CONTRARIAN CAPITAL MANAGEMENT LLC
ATTN JANICE STANTON
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

CREDITOR ID: 1221-07
COOPER SMOLEN JOINT VENTURE
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 1222-07
CORALWOOD SHOPPING CENTER
C/O WELSH COMPANIES SE INC.
12800 UNIVERSITY DRIVE, SUITE 250
FORT MYERS FL 33907

CREDITOR ID: 1223-07
CORDOVA COLLECTION LP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY AL 36123-5021

CREDITOR ID: 2161-07
CORDOVA COLLECTION, LTD
PO BOX 235000
MONTGOMERY AL 36123-5000

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                          **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2162-07<br>CORPORATE PROPERTIES 7<br>C/O W.P. CAREY & CO. INC.<br>50 ROCKEFELLER PLAZA, 2ND FLOOR<br>NEW YORK NY 10020 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOC. 9<br>50 ROCKEFELLER PLAZA, 2ND FLOO<br>C/O W. P. CAREY & CO.<br>NEW YORK NY 10020 | CREDITOR ID: 2164-07<br>CORPORATE PROPERTY ASSOCIATES 6, L<br>C/O W.P. CAREY & CO.<br>50 ROCKEFELLER PLAZA, 2ND FLOOR<br>NEW YORK NY 10020 |
| CREDITOR ID: 1224-07<br>COUNTRY CLUB CENTRE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1036 | CREDITOR ID: 2048-07<br>COURTELIS, ALEC & SMITH, DONALD JR<br>DBA BROWARD ASSOC<br>701 BRICKELL AVENUE, SUITE 1400<br>MIAMI FL 33131-2822 | CREDITOR ID: 279064-99<br>COX SMITH MATTHEWS INC<br>ATTN PATRICK L HUFFSTICKLER ESQ<br>112 E PECAN STE 1800<br>SAN ANTONIO TX 78205 |
| CREDITOR ID: 279413-99<br>COX SMITH MATTHEWS INC<br>ATTN: PATRICK L HUFFSTICKLER<br>112 E PECAN STE 1800<br>SAN ANTONIO TX 78205 | CREDITOR ID: 278817-99<br>COZEN O'CONNOR<br>ATTN NEAL D COLTON ESQ<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279412-99<br>COZEN O'CONNOR<br>ATTN: DAVID J LIEBMAN<br>1900 MARKET ST<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 278818-99<br>COZEN O'CONNOR<br>ATTN DAVID J LIEBMAN ESQ<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 279411-99<br>COZEN O'CONNOR<br>ATTN: NEAL D COLTON<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | CREDITOR ID: 1225-07<br>CPG FINANCE I LLC<br>PO BOX 414092<br>BOSTON MA 02241-4092 |
| CREDITOR ID: 2165-07<br>CPG FINANCE I, LLC<br>% CGP PARTNERS, LP<br>103 EISENHOWER PARKWAY<br>ROSELAND NJ 07068 | CREDITOR ID: 1227-07<br>CRAWFORD NORWOOD REALTORS INC<br>PO BOX 10767<br>GOLDSBORO NC 27532-0767 | CREDITOR ID: 1229-07<br>CRESCENT INVESTMENT CORP.<br>C/O PIEDMONT LAND CO.<br>556-M ARBOR HILL ROAD<br>KERNERSVILLE NC 27284 |
| CREDITOR ID: 1230-07<br>CREST HAVEN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI FL 33140-2764 | CREDITOR ID: 1231-07<br>CRESTVIEW MARKETPLACE LLC<br>PO BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 1232-07<br>CROSS COUNTY ASSOCIATES LP<br>DEPT 2315<br>LOS ANGELES CA 90084-2315 |
| CREDITOR ID: 2170-07<br>CROSS CREEK PLAZA<br>C/O USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 1233-07<br>CROSSING OF ORLANDO LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY<br>MIAMI FL 33126-4677 | CREDITOR ID: 1234-07<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER<br>GENERAL PARTNER<br>JACKSON MS 39216-3501 |
| CREDITOR ID: 1235-07<br>CROWN LIQUORS BROWARD IN<br>ATTN: RAY BROOKS<br>910 NW 10TH PLACE<br>FORT LAUDERDALE FL 33311-6132 | CREDITOR ID: 1236-07<br>CRUMP INVESTMENTS LTD<br>1609 VALLEY ROAD<br>JASPER AL 35501 | CREDITOR ID: 1237-07<br>CRYSTAL BEACH ACQUISTION LP<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK NY 10018 |
| CREDITOR ID: 1238-07<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC.<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND FL 32751-7019 | CREDITOR ID: 1239-07<br>CURRY FORD LP<br>C/O HOLD THYSSEN INC.<br>147 W LYMAN AVENUE #100<br>WINTER PARK FL 32789-4367 | CREDITOR ID: 278995-99<br>CURTIS MALLET-PREVOST ET AL<br>ATTN STEVEN J REISMAN ESQ<br>101 PARK AVE<br>NEW YORK NY 10178-0061 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                     **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2172-07<br>CUSHMAN & WAKEFIELD OF FLORIDA<br>800 N. MAGNOLIA, SUITE 450<br>ORLANDO FL 32803 | CREDITOR ID: 1240-07<br>CYPRESS RUN LLC<br>C/O GAME PROPERTIES CORP.<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES FL 33134 | CREDITOR ID: 2173-07<br>DAHLEM ENTERPRISE INC<br>1000 BUILDING SUITE LL-2<br>6200 DUTCHMANS LANE<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 1243-07<br>DAIRY PLAZA ASSOCIATES LTD<br>C/O VANGUARD COMMERCIAL REALTY<br>PO BOX 4235<br>ORMOND BEACH FL 32175-4235 | CREDITOR ID: 1244-07<br>DALRAIDA PROPERTIES INC<br>PO BOX 230758<br>MONTGOMERY AL 36123 | CREDITOR ID: 1248-07<br>DAUKSCH FAMILY PARTNERSHIP<br>10732 TODT KARLE ROAD SE<br>OLYMPIA WA 98513 |
| CREDITOR ID: 1249-07<br>DAVIE PLAZA LIMITED PARTNERSHIP<br>7000 W. PALMETTO PARK ROAD, STE. 40<br>BOCA RATON FL 33433 | CREDITOR ID: 1250-07<br>DAVIS MILL STATION<br>C/O COLUMBIA PROPERTIES INC<br>1355 TERRELL MILL ROAD<br>MARIETTA GA 30067 | CREDITOR ID: 1251-07<br>DAY PROPERTIES LLC<br>119 SANDWEDGE ROAD<br>WILKESBORO NC 28697 |
| CREDITOR ID: 1274-07<br>DAYAN, RALPH DR.<br>331 31ST AVENUE<br>SAN FRANCISCO CA 94121 | CREDITOR ID: 1254-07<br>DDR MDT CARILLON PLACE LLC<br>PO BOX 92472<br>CLEVELAND OH 44193 | CREDITOR ID: 2181-07<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 1255-07<br>DEBARY COMMON SHOPPING CENTER<br>C/O STAFFORD PROPERTIES INC.<br>80 WEST WIEUCA ROAD, SUITE 302<br>ATLANTA GA 30342 | CREDITOR ID: 2182-07<br>DEBARY-STAFFORD ASSOCIATES,LP<br>80 W. WIEUCA ROAD<br>ATLANTA GA 30342 | CREDITOR ID: 1257-07<br>DEERFIELD COMPANY INC<br>PO BOX 7066<br>LOUISVILLE KY 40257-0066 |
| CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE, SUITE 100<br>BIRINGHAM AL 35223 | CREDITOR ID: 1259-07<br>DEFUNIAK SQUARE PARTNERS LTD<br>C/O VALPARAISO REALTY CO<br>PO BOX 8<br>VALPARAISO FL 32580-0008 | CREDITOR ID: 1261-07<br>DEL MAR SHOPPING CENTER<br>C/O STILES PROP MGMT.<br>300 SE 2ND STREET<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 278697-99<br>DEL MONTE FOODS USA<br>ATTN FRANK BUCKSTEIN,<br>MANAGER CREDIT & COLLECTIONS<br>1336 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1003 | CREDITOR ID: 1262-07<br>DELNICE CORP N.V.<br>PO BOX 16727<br>MIAMI FL 33101-6727 | CREDITOR ID: 2187-07<br>DELTONA ASSOC LTD<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER FL 33756 |
| CREDITOR ID: 1265-07<br>DELTONA ASSOC LTD<br>BRUCE STRUMPF INC S-305<br>314 S. MISSOURI AVENUE<br>CLEARWATER FL 33756 | CREDITOR ID: 1266-07<br>DEM PARTNERSHIP<br>C/O KLEIN % HEUCHAN INC.<br>2040 NE COACHMAN ROAD<br>CLEARWATER FL 33765 | CREDITOR ID: 1267-07<br>DEPT OF FINANCE STATE OF ALABAMA<br>PO BOX 1390<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 381865-99<br>DEUTSCHE BANK TRUST COMPANY<br>ATTN: JOHN ROSENTHAL<br>437 MADISON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 381864-99<br>DEUTSCHE BANK TRUST COMPANY<br>ATTN: DENNIS DREBSKY<br>437 MADISON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST COMPANY AMERICA<br>ATTN: S BERG<br>60 WALL STREET<br>NEW YORK NY 10005-2858 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                             **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1268-07<br>DEVCON ENTERPRISES INC.<br>CORPORATE CENTER WEST<br>433 SOUTH MAIN STREET, SUITE 300<br>WEST  HARTFORD CT 06110 | CREDITOR ID: 2189-07<br>DEVELOPERS DIVERSIFIED REALTY<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 279200-99<br>DEVELOPERS DIVERSIFIED REALTY CORP<br>ATTN ERIC C COTTON ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 227042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 2260-07<br>DEWELL, GEORGE<br>PO BOX 642<br>FORT WALTON BEACH FL 32549 | CREDITOR ID: 279445-99<br>DIAZ WHOLESALE & MFG CO., INC<br>ATTN: M ERIC NEWBERG<br>5501 FULTON INDUSTRIAL<br>ATLANTA GA 30336 | CREDITOR ID: 279010-99<br>DISCOVER FINANCIAL SERVICES INC<br>ATTN FRANK VYDRA ESQ<br>2500 LAKE COOK RD<br>RIVERWOODS IL 60015 |
| CREDITOR ID: 2196-07<br>DIXIE LAND SC LLC<br>235 MOORE STREET<br>HACKENSACK NJ 07601 | CREDITOR ID: 381785-99<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: SUSAN MAHER<br>6225 SMITH AVE<br>BALTIMORE MD 21209 | CREDITOR ID: 381786-99<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: DANIEL CARRIGAN<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 |
| CREDITOR ID: 279069-99<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN:  MARK J. FRIEDMAN DLA<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209-3600 | CREDITOR ID: 381787-99<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE DUBAN<br>204 N LASALLE ST, STE 1900<br>CHICGO IL 60601 | CREDITOR ID: 278719-99<br>DLJ PRODUCE, INC.<br>ATTN ALAN YOSHIDONE, CONTROLLER<br>PO BOX 2398<br>WEST COVINA CA 91793 |
| CREDITOR ID: 1270-07<br>DMI AGENT FOR IDR JR LLR JR &<br>C/O DEVELOPMENT MANAGEMENT INC.<br>PO BOX 35349<br>CHARLOTTE NC 28235-5349 | CREDITOR ID: 1272-07<br>DOWNTOWN TWO LLC<br>PO BOX 900002<br>RALEIGH NC 27675 | CREDITOR ID: 2197-07<br>DOWNTOWN TWO LLC<br>C/O KAHN DEVELOPEMENT CO.<br>PO BOX 1608<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1241-07<br>DR PLAZA LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON FL 33427 | CREDITOR ID: 1275-07<br>DRAKE RENTAL ACCOUNT<br>C/O PHIL DRAKE<br>106 PALMER STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 1276-07<br>DRINKARD DEVELOPMENT<br>PO BOX 996<br>CULLMAN AL 35056-0996 |
| CREDITOR ID: 279119-99<br>DRINKER BIDDLE & REATH LLP<br>ATTN ANDREW J FLAME ESQ<br>1100 N MARKET ST STE 1000<br>WILMINGTON DE 19801 | CREDITOR ID: 1277-07<br>DUCKWORTH MORRIS REALTY<br>AS AGENT FOR ESSEX SQUARE INVESTING<br>TUSCALOOSA AL 35403-1999 | CREDITOR ID: 1175-07<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 1278-07<br>DURHAM PLAZA ASSOCIATES<br>C/O HARBOR GROUP MGMT. CO.<br>PO BOX 2680<br>NORFOLK VA 23501 | CREDITOR ID: 279441-99<br>DYKEMA GOSSETT PLLC<br>ATTN: BRENDAN G BEST<br>400 RENAISSANCE CENTER<br>DETROIT MI 48243-1668 | CREDITOR ID: 1280-07<br>E & A SOUTHEAST LP<br>C/O PLANTATION POINT SHOPPING<br>PO BOX 528<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1279-07<br>E & A SOUTHEAST LP<br>C/O BALDWIN SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1281-07<br>E AND A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 2201-07<br>E&A PORTFOLIO TRUST<br>C/O LEGAL DEPT.<br>PO BOX 528<br>COLUMBIA SC 29201 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                                      **CASE:   05-11063 (RDD)**

CREDITOR ID: 2200-07
E&A SOUTHEAST LP
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1283-07
EASTDALE SQUARE LLC
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY AL 36123-5021

CREDITOR ID: 2203-07
EASTDALE SQUARE MANAGEMENT INC.
C/O ARONOV REALTY MANAGEMENT I
3500 EASTERN BLVD.
MONTGOMERY AL 36116-1781

CREDITOR ID: 1284-07
EASTERN RETAIL HOLDINGS LP
PO BOX 862504
ORLANDO FL 32886-2504

CREDITOR ID: 2204-07
EASTERN RETAIL HOLDINGS LP
622 EAST WASHINGTON ST., SUITE 300
ORLANDO FL 32801

CREDITOR ID: 1285-07
EASTGATE CENTER LLC
110 DEER RIDGE ROAD
BRANDON MS 39042

CREDITOR ID: 1286-07
EASTGATE INVESTORS LLC
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 1287-07
EBINPORT ASSOC
PO BOX 4452
ROCK  HILL SC 29732-6452

CREDITOR ID: 1288-07
EBR PARTNERSHIP
7732 GOODWOOD BLVD., SUITE V
BATON ROUGE LA 70806

CREDITOR ID: 1289-07
ECKSTEIN PROPERTIES LLC
60 BROAD STREET, SUITE 3503
NEW YORK NY 10004

CREDITOR ID: 2208-07
ECM DEVELOPMENT, INC.
PO BOX 468
NORTHPORT AL 35476

CREDITOR ID: 1291-07
EDEN MEADOW GREENS ASSOCIATES
LENOX HILL STATION
PO BOX 334
NEW  YORK NY 10021

CREDITOR ID: 2209-07
EDENS & AVANT FINANCING II LP
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1292-07
EDENS & AVANT INC.
C/O VILLAGE SQUARE
PO BOX 528
COLUMBIA SC 29202-0528

CREDITOR ID: 1294-07
EDENS & AVANT PROPERTIES LP
C/O RESERVOIR SQUARE
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1293-07
EDENS & AVANT PROPERTIES LP
C/O MAGEE SHOPPING CENTER
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 278713-99
EDY'S GRAND ICE CREAM
ATTN FRED POMERANTZ, CREDIT MANAGER
PO BOX 406247
ATLANTA GA 30384-6247

CREDITOR ID: 1295-07
EIG GORDON VILLAGE LLC
C/O EQUITY INVESTMENT GROUP
111 E. WAYNE STREET, SUITE 500
FORT WAYNE IN 46804

CREDITOR ID: 1297-07
ELFERS SQUARE CENTER INC.
10912 N. 56TH STREET
TEMPLE TERRACE FL 33617-3004

CREDITOR ID: 1298-07
ELIOT PROPERTIES
C/O M&P SHOPPING CENTER
5025 WINTERS CHAPEL ROAD
ATLANTA GA 30360-1700

CREDITOR ID: 2211-07
ELLIS, EDWARD C.
709 DEVON AVENUE
LOS ANGELES CA 90024

CREDITOR ID: 1300-07
ELSTON/LEETSDALE LLC
C/O TERRANOVA CORP.
801 AUTHUR GODFREY ROAD
MIAMI BEACH FL 33140

CREDITOR ID: 2214-07
ENGEL REALTY INC.
PO BOX 187
BIRMINGHAM AL 35201-0187

CREDITOR ID: 1301-07
ENGLEWOOD VILLAGE LLC
C/O JAMISON MONEY FARMER & CO.
PO BOX 2347
TUSCALOOSA AL 35403

CREDITOR ID: 1302-07
ENGLISH VILLAGE LLC
ATTN: MIKE PETERS  MANAGER MEMBER
2906 NORTH STATE STREET
JACKSON MS 39216

CREDITOR ID: 1303-07
EQUITY ASSOC.
PO BOX 4452
ROCK HILL SC 29732-6452

CREDITOR ID: 2216-07
EQUITY INVESTMENT GROUP
ONE BUCKHEAD PLAZA SUITE 1560
3060 PEACHTREE RD NW
ATLANTA GA 30305-8842

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1304-07<br>EQUITY ONE (DELTA) INC<br>%EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1305-07<br>EQUITY ONE (HUNTERS CREEK) INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2217-07<br>EQUITY ONE (HUNTER'S CREEK)INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI BEACH FL 33179 |
| CREDITOR ID: 2218-07<br>EQUITY ONE (LANTANA) INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI FL 33179 | CREDITOR ID: 1306-07<br>EQUITY ONE (LANTANA) INC.<br>PO BOX 01-9170<br>MIAMI BEACH FL 33179-9170 | CREDITOR ID: 1307-07<br>EQUITY ONE (POINTE ROYALE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 1308-07<br>EQUITY ONE (SUMMERLIN) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1309-07<br>EQUITY ONE (WEST LAKE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1310-07<br>EQUITY ONE ALPHA INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 1311-07<br>EQUITY ONE COMMONWEALTH INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2219-07<br>EQUITY ONE DELTA INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 1312-07<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 2694-07<br>EQUITY ONE MONUMENT POINTE INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH BEACH MIAMI FL 33179 | CREDITOR ID: 1313-07<br>EQUITY ONE MONUMENT POINTE INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2220-07<br>EQUITY ONE REALTY & MANAGEMENT<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 279056-99<br>ERMAN TEICHER MILLER ET AL<br>ATTN EARLE I ERMAN ESQ<br>400 GALLERIA OFFICENTRE STE 444<br>SOUTHFIELD MI 48034 | CREDITOR ID: 279472-99<br>ERNST PROPERTIES INC<br>C/O MILLING BENSON WOODWARD LLP<br>ATTN DAVID CONROY ESQ<br>909 POYDRAS ST STE 2300<br>NEW ORLEANS LA 70112-1010 | CREDITOR ID: 279471-99<br>ERNST PROPERTIES INC<br>C/O HERRICK FEINSTEIN LLP<br>ATTN PAUL RUBIN ESQ<br>2 PARK AVE<br>NEW YORK NY 10016 |
| CREDITOR ID: 2221-07<br>ERNST PROPERTIES, INC.<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW  ORLEANS LA 70130-6078 | CREDITOR ID: 2223-07<br>ESROG RALTY LLC<br>C/O DAVID GOLD ESQ.<br>480 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 | CREDITOR ID: 2224-07<br>ESSEX SQUARE INVESTING, LLC<br>PO BOX 1999<br>TUSCALOOSA AL 35403-1999 |
| CREDITOR ID: 1317-07<br>EUTIS MORTGAGE CORPORATION<br>1100 POYDRAS STREET, SUITE 2525<br>NEW ORLEANS LA 70163 | CREDITOR ID: 1318-07<br>EVANGELINE LIFE INSURANCE CO.<br>PO BOX 13098<br>NEW IBERIA LA 70562-3098 | CREDITOR ID: 2227-07<br>EXCEL REALTY PARTNERS LP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW  YORK NY 10036 |
| CREDITOR ID: 1319-07<br>EXCEL REALTY PARTNERS LP<br>ACCT# 887476<br>4536 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 1490-07<br>EYSTER, JOHN C. AND E. LEE BARRAN<br>PO BOX 1663<br>DECATUR AL 35602-1663 | CREDITOR ID: 2228-07<br>F & M DEVELOPMENTS, LTD.<br>2600 E. SOUTH BLVD., SUITE 230<br>MONTGOMERY AL 36116 |

Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR: WINN-DIXIE STORES, INC.**                                           **CASE: 05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1320-07<br>F R O LLC VII<br>C/O JAMES M. HASTINS, CPA<br>305 PIPING ROCK DRIVE<br>SILVER SPRINGS MD 20905 | CREDITOR ID: 279430-99<br>FAGEL HABER LLC<br>ATTN: CLINTON P HANSEN<br>55 EAST MONROE 40TH FL<br>CHICAGO IL 60603 | CREDITOR ID: 279431-99<br>FAGEL HABER LLC<br>ATTN: DENNIS E QUAID<br>55 EAST MONROE 40TH FL<br>CHICAGO IL 60603 |
| CREDITOR ID: 1321-07<br>FAIRFIELD PARTNERS LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY AL 36123-5021 | CREDITOR ID: 1322-07<br>FAIRWAY FOOD STORES<br>PO BOX B<br>JACKSONVILLE FL 32203-0297 | CREDITOR ID: 278698-99<br>FIN TECH<br>ATTN DOUG WILHELM<br>4720 W CYPRESS STREET<br>TAMPA FL 33607 |
| CREDITOR ID: 1477-07<br>FIORELLA, JACK III<br>3800 CORPORATE WOODS DR., SUITE 100<br>BIRMINGHAM AL 35242 | CREDITOR ID: 1324-07<br>FIRST REPUBLIC CORP OF AMERICA<br>302 5TH AVENUE<br>NEW YORK NY 10001-3604 | CREDITOR ID: 1325-07<br>FIRST SECURITY BANK<br>PO BOX 510850<br>SALT LAKE CITY UT 84151-0850 |
| CREDITOR ID: 1326-07<br>FIRST SECURITY BANK NATIONAL<br>ASSOC ATTN CORP TRUST SERVICES<br>REF WINN DIXIE 1999 SPINOFF A<br>ACCT 0510922115<br>NC | CREDITOR ID: 1327-07<br>FIRST SECURITY BANK NATL ASSOC.<br>ATTN CORPORATE TRUST SERVICES<br>ACCT #0510922115<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 1330-07<br>FIRST UNION NATIONAL BANK<br>LOCKBOX SPS<br>FUND 52-0000091<br>CHARLOTTE NC 28260-0253 |
| CREDITOR ID: 1331-07<br>FIRST UNION NATL BANK<br>C/O STRUCTURED PRODUCTS SERVICING<br>PO BOX 601654<br>CHARLOTTE NC 28260-1654 | CREDITOR ID: 1332-07<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #80-5114053<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 2230-07<br>FIRST WASHINGTON MANAGEMENT<br>4350 EAST-WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 |
| CREDITOR ID: 1337-07<br>FLAG BANK<br>3475 PIEDMONT ROAD NE, SUITE 550<br>ATLANTA GA 30305 | CREDITOR ID: 2233-07<br>FLAGLER RETAIL ASSOC., LTD<br>DBA PARKH<br>C/O TERRANOVA CORP.<br>801 ARTHUR GODFREY ROAD, SUITE 600<br>MIAMI BEACH FL 33140 | CREDITOR ID: 1338-07<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>ORLANDO FL 32886-2792 |
| CREDITOR ID: 1339-07<br>FLAMINGO EAST LTD<br>C/O SAGIO DEVELOPMENT CORP.<br>PO BOX 568368<br>ORLANDO FL 32856-8368 | CREDITOR ID: 1340-07<br>FLINT CROSSING LLC<br>C/O CHASE COMMERCIAL RL EST SV<br>PO BOX 18153<br>HUNTSVILLE AL 35804 | CREDITOR ID: 278687-99<br>FLORIDA COCA-COLA<br>ATTN DICK STITELER<br>DIRECTOR OF CUSTOMER FINANCIAL SVCS<br>PO BOX 30000<br>ORLANDO FL 32891-0001 |
| CREDITOR ID: 2234-07<br>FLORIDA DICKENS ASSOCIATES<br>C/O PALISADES CAPITAL LTD, INC,<br>16680 CUMBRE VERDE COURT<br>PACIFIC PALISADES CA 90272 | CREDITOR ID: 1341-07<br>FLORIDA DICKENS ASSOCIATES LTD<br>PO BOX 863030<br>ORLANDO FL 32886-3030 | CREDITOR ID: 1342-07<br>FMV ASSOCIATES<br>C/O FRANK OEHLBAUM<br>300 N. SWALL DRIVE, NO 453<br>BEVERLY HILLS CA 90211 |
| CREDITOR ID: 1343-07<br>FOLMAR & ASSOCIATES<br>C/O DELTA SQUARE<br>PO BOX 16765<br>MOBILE AL 36616 | CREDITOR ID: 1344-07<br>FOLMAR & ASSOCIATES<br>C/O PARK FOREST<br>PO BOX 16765<br>MOBILE AL 36616 | CREDITOR ID: 1345-07<br>FOOTHILLS PARTNERSHIP<br>C/O W. R. MARTIN COMPANY<br>PO BOX 3305<br>GREENVILLE SC 29602-3305 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                     **CASE:   05-11063 (RDD)**

CREDITOR ID: 2235-07
FOOTHILLS PARTNERSHIP
PO BOX 3305
GREENVILLE SC 29602

CREDITOR ID: 279405-99
FORTIS BENEFIST INSURANCE COMPANY
ATTN: CATHERINE JANIK
LEGAL DEPARTMENT
PO BOX 3050
MILWAUKEE WI 53201

CREDITOR ID: 381801-99
FOSTER & LINDEMAN PA
ATTN: WILLIAM LINDEMAN
PO BOX 3108
ORLANDO FL 32802-3108

CREDITOR ID: 1346-07
FOUNTAIN COLUMBUS ASSOC LLC
C/O HARBOR GROUP MGMT.
121 EXECUTIVE CENTER DR., STE. 129
COLUMBIA SC 29210

CREDITOR ID: 2236-07
FOUNTAIN COLUMBUS ASSOC, LLC
C/O HARBOR GROUP MANAGEMENT CO.
PO BOX 2680
NORFOLK VA 23501

CREDITOR ID: 2237-07
FOUR FLORIDA SHOPPING CENTER LTD
C/O KATHIE MCCALL
7661 LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 1347-07
FOUR FLORIDA SHOPPING CENTERS
C/O REPUBLIC BANK/CASH MGMT.
PO BOX 33006
ST PETERSBURG FL 33733-8006

CREDITOR ID: 279490-99
FOX ROTHSCHILD LLP
ATTN JOSHUA T KLEIN ESQ
2000 MARKET ST TENTH FLR
PHILADELPHIA PA 19103

CREDITOR ID: 279509-99
FPL LAW DEPARTMENT
ATTN: RACHEL S BUDKE
700 UNIVERSE BLVD
JUNO BEACH FL 33408

CREDITOR ID: 1352-07
FRANK W GUILFORD JR TRUSTEE
TRUST UNDER THE WILL OF
VICTORIA FASCELL
CORAL GABLES FL 33134

CREDITOR ID: 279171-99
FRANK/GECKER LLP
ATTN JOSEPH D FRANK ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60610

CREDITOR ID: 278779-99
FRANK/GECKER LLP
ATTN MICAH KROHN ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60610

CREDITOR ID: 315658-99
FREDRIKSON & BYRON PA
ATTN: JOHN M KONECK, ESQ
200 SOUTH SIXTH ST, STE 4000
MINNEAPOLIS MN 55402-1425

CREDITOR ID: 1353-07
FRO LLC VIII
C/O JAMES HASTINGS
305 PIPING ROCK DRIVE
SILVER SPRING MD 20905

CREDITOR ID: 278814-99
FTI CONSULTING
ATTN: MICHAEL EISENBAND
3 TIMES SQUARE 11TH FL
NEW YORK NY 10036

CREDITOR ID: 1354-07
FURY'S FERRY SHOPPES
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA GA 30917

CREDITOR ID: 1355-07
FWI 16 LLC
314 S. MISSOURI AVENUE, SUITE 305
CLEARWATER FL 33756

CREDITOR ID: 1356-07
FWI 20 LLC
C/O BRUCE STRUMPF INC.
314 S. MISSOURI AVENUE
CLEARWATER FL 33756

CREDITOR ID: 1359-07
G H I OF WEST PALM BEACH LLC
3140 SW 118TH TERRACE
DAVIE FL 33325

CREDITOR ID: 1360-07
GAD & ASHER REALTY LTD
3637 B WEST WATERS AVENUE
TAMPA FL 33614

CREDITOR ID: 1361-07
GALILEO CMB T1 HL TX LP
PO BOX 74845
CLEVELAND OH 44194-4845

CREDITOR ID: 2250-07
GALILEO CMBS T1 HL LLC
C/O CBL & MGMT, INC., SUITE 500 C
2030 HAMILTON PLACE BOULEVARD
CHATTANOOGA TN 37421

CREDITOR ID: 1362-07
GALT OCEAN MARKETPLACE
C/O DANEBELT GROUP INC.
1 FINANCIAL PLAZA, SUITE 2001
FT LAUDERDALE FL 33394

CREDITOR ID: 1363-07
GARDENS PARK PLAZA  219
505 S. FLAGLER DRIVE, SUITE 1010
WEST PALM BEACH FL 33401-5923

CREDITOR ID: 2252-07
GARY SOLOMON & COMPANY
C/O W DIXIE,LLC
3139 NORTH LINCOLN AVENUE
CHICAGO IL 60657

CREDITOR ID: 1364-07
GATES OF ST JOHNS LLC
C/O HAKIMIAN HOLDINGS INC
PO BOX 54332
JACKSONVILLE FL 32245

CREDITOR ID: 1365-07
GATOR CARRIAGE PARTNERS LTD
1595 NE 163RD STREET
NORTH MIAMI BEACH FL 33162

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                   **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1366-07<br>GATOR JACARANDA LTD<br>ATTN: WILLIAM GOLDSMITH<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 1367-07<br>GATOR LINTON PARTNERS LTD<br>C/O GATOR INVESTMENTS<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 1368-07<br>GEHR DEVELOPMENT FLORIDA LLC<br>C/O SUNTRUST BANK<br>PO BOX 918983<br>ORLANDO FL 32891-8983 |
| CREDITOR ID: 1371-07<br>GENERAL ELECTRIC CAPITAL BUSIN<br>LOAN# 95-00068 ACCT # 37566<br>PO BOX 402363<br>ATLANTA GA 30384-2363 | CREDITOR ID: 279317-99<br>GENERAL MILLS INC<br>ATTN: TERRI JOHNSON<br>PO BOX 101412<br>ATLANTA GA 30392-0001 | CREDITOR ID: 278685-99<br>GENERAL MILLS, INC.<br>ATTN: TERRI JOHNSON<br>ACCT OPERATION DEVELOPMENT MGR<br>PO BOX 101412<br>ATLANTA GA 30392-0001 |
| CREDITOR ID: 1372-07<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO NC 27533 | CREDITOR ID: 1373-07<br>GENTILLY SQUARE<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917-4227 | CREDITOR ID: 1377-07<br>GEORGE CHEN FORMOSA DEVELOPERS<br>7836 W. ORLP BRONSON HIGHWAY<br>KISSIMMEE FL 34747 |
| CREDITOR ID: 278704-99<br>GEORGIA PACIFIC CORP.<br>ATTN BOB MOON, CREDIT MANAGER<br>PO BOX 102487<br>ATLANTA GA 30368-2487 | CREDITOR ID: 278716-99<br>GERBER PRODUCTS COMPANY<br>ATTN JEFF RIPPE, FINANCE MANAGER<br>445 STATE STREET<br>FREEMONT, MI 49413 | CREDITOR ID: 2247-07<br>GHI OF WEST PALM BEACH LLC<br>3140 SW 118TH TERRACE<br>DAVIE FL 33325 |
| CREDITOR ID: 279456-99<br>GIBBONS DEL DEO DOLAN ET AL<br>ATTN GERALDINE E PONTO ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5497 | CREDITOR ID: 279470-99<br>GIBBONS DEL DEO DOLAN ET AL<br>ATTN DAVID N CRAPO ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5497 | CREDITOR ID: 278700-99<br>GILLETTE COMPANY<br>ATTN MARY TRAHAN, CREDIT MANAGER<br>PO BOX 100800<br>ATLANTA, GA 30384-0800 |
| CREDITOR ID: 381866-99<br>GINNIE VAN KESTEREN PA<br>ATTN: GINNIE VAN KESTEREN<br>111 SECOND AVE NE, STE 706<br>ST PETERSBURGH FL 33701 | CREDITOR ID: 1380-07<br>GLA LLC<br>C/O RETAIL PLANNING CORPORATION<br>35 JOHNSON FERRY ROAD<br>MARIETTA GA 30067 | CREDITOR ID: 1381-07<br>GLENWOOD MIDWAY CO. LLC<br>SUITE 306<br>16740 BIRKDALE COMMONS PARKWAY<br>HUNTERSVILLE NC 28078 |
| CREDITOR ID: 2261-07<br>GLIMCHER DEVELOPMENT CORP.<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 2262-07<br>GLIMCHER PROPERTIES L.P<br>20 SOUTH THIRD STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 1382-07<br>GLIMCHER PROPERTIES LIMITED<br>C/O FIRSTSTAR BANK<br>PO BOX 641973<br>CINCINNATI OH 45264-1973 |
| CREDITOR ID: 2263-07<br>GLIMCHER PROPERTIES LIMITED PTNRSH<br>NEWBERRY SQUARE SHOPPING CENTER<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 1383-07<br>GLYNN ENTERPRISES LLC<br>C/O ZIFF PROPERTIES INC.<br>PO BOX 751554<br>CHARLOTTE NC 28275-1554 | CREDITOR ID: 278694-99<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN CRAIG STARGARDT,<br>CREDIT MANAGER<br>PO BOX 75604<br>CHARLOTTE, NC 28275-5604 |
| CREDITOR ID: 1384-07<br>GOODINGS SUPERMARKETS INC.<br>PO BOX 691329<br>ORLANDO FL 32869-1329 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA LL<br>ATTN: LYNN KIRK MGMT.<br>24 E. COTA STREET<br>SANTA BARBARA CA 93101 | CREDITOR ID: 278693-99<br>GOURMET AWARD FOODS MID ATLANTIC<br>ATTN MARK KELLUM,<br>NATIONAL ACCOUNT MANAGER<br>4055 DEERPARK BOULEVARD<br>ELKTON, FL 32033 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

CREDITOR ID: 1387-07
GRAHAM AND COMPANY
2200 WOODCREST PLACE, SUITE 210
BIRMINGHAM AL 35209

CREDITOR ID: 2267-07
GRANADA VILLAGE, LTD
ATTN: CRAIG PHELAN
PO BOX 698
KETCHUM ID 83340

CREDITOR ID: 2268-07
GRAVLEE DEVELOPMENT
204 SOUTH TEMPLE AVE.
FAYETTE AL 35555-2714

CREDITOR ID: 1388-07
GRAY - WHITE LLC
C/O THE LAFAYETTE LIFE INS. CO.
ATTN: MORTGAGE LOAN #8091
LAFAYETTE IN 47903

CREDITOR ID: 1389-07
GRE CORALWOOD LP
C/O STILES PROPERTY MANAGEMENT
300 SE 2ND STREET
FORT LAUDERDALE FL 33301

CREDITOR ID: 1390-07
GRE PROPERTIES L L C
ATTN: NORMA JEANE G. RAYBURN
3 CONFEDERATE POINT
SPANISH FORT AL 36527

CREDITOR ID: 2269-07
GREAT HALL REALTY, LLC
1125 S. 103RD ST., SUITE 450
OMAHA NE 68124-6019

CREDITOR ID: 1391-07
GREAT OAK LLC
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD. W
JACKSONVILLE FL 32217

CREDITOR ID: 1392-07
GREAT SOUTH MGMT LLC
MSC# 410577
PO BOX 4105000
NASHVILLE TN 37241-5000

CREDITOR ID: 278981-99
GREENBERG TRAURIG LLP
ATTN RICHARD S MILLER ESQ
200 PARK AVE
NEW YORK NY 10166

CREDITOR ID: 278982-99
GREENBERG TRAURIG PA
ATTN MARK D BLOOM ESQ
1221 BRICKELL AVE
MIAMI FL 33131

CREDITOR ID: 2270-07
GREENGOLD CO LLC
3265 PERRY AVENUE
OCEANSIDE NY 11572

CREDITOR ID: 1393-07
GREENVILLE ASSOCIATES
C/O STEPHEN C LEVERTON
PO BOX 1263
BEAUFORT SC 29901-1263

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O J. P. METZ CO. INC.
1990 M STREET, NW, SUITE 650
WASHINGTON DC 20036

CREDITOR ID: 1396-07
GREENWOOD COMMONS ASSOC
C/O COMMERCIAL PROPERTIES INC
1648-F N MARKET DRIVE
RALEIGH NC 27609

CREDITOR ID: 1397-07
GREER PLAZA INC.
1175 NE 125TH STREET, SUITE 102
NORTH  MIAMI FL 33161

CREDITOR ID: 2272-07
GRUBB & ELLIS MGT SERVICES, INC.
3030 N. ROCKY POINT DRIVE, STE. 560
TAMPA FL 33607

CREDITOR ID: 279113-99
GRUENEBERG LAW GROUP LLC
ATTN RUDI R GRUENEBERG ESQ
704 E MAIN ST BLDG E
MOORESTOWN NJ 08057

CREDITOR ID: 1398-07
GS II BROOK HIGHLAND LLC
DEPT 554000554001
PO BOX 73153
CLEVELAND OH 44193

CREDITOR ID: 1399-07
GS II JACKSONVILLE REGIONAL LL
PO BOX 73153
CLEVELAND OH 44193

CREDITOR ID: 2243-07
GUILFORD, FRANK W. JR.
PENTHOUSE SUITE
2222 PONCE DE LEON BLVD.
CORAL GABLES FL 33134

CREDITOR ID: 1400-07
GULF COAST PROPERTIES
PO BOX 24087
NEW ORLEANS LA 70184-4087

CREDITOR ID: 2274-07
GULF VIEW PARTNERSHIP
777 ARTHUR GODFREY ROAD
MIAMI BEACH FL 33140

CREDITOR ID: 1401-07
GULFPORT PLAZA CENTER INC
10341 BARRY DRIVE
LARGO FL 33774

CREDITOR ID: 2276-07
GUMBERG ASSET MGMT CORP.
REF: PROMENADE SHOPS
3200 N. FEDERAL HIGHWAY
FORT LAUDERDALE FL 33306-1064

CREDITOR ID: 1404-07
H R ORLANDO LLC
PO BOX 2771
PALM BEACH FL 33480

CREDITOR ID: 2279-07
H. GEORGE CARRISON TRUST A&C1 V/W
C/O J.C. BOCKEL & N.C. CARRISO
2997 MARGARET MITCHELL COURT., NW
ATLANTA GA 30327

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                           **CASE:   05-11063 (RDD)**

CREDITOR ID: 2282-07
H.P.M. LTD PARTERSHIP
ATTN: JACK O'ROURKE
3618 MATTHEWS-MINT HILL ROAD
MATTHEWS NC 28105

CREDITOR ID: 1406-07
HADDCO PROPERTIES LTD PARTNERS
C/O ATLANTIC COMMERCIAL PROPER
8761 PERIMETER PARK BLVD.
JACKSONVILLE FL 32216

CREDITOR ID: 1407-07
HALL PROPERTIES
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 2285-07
HALL PROPERTIES, INC.
4928 ARAPALDOE AVENUE
JACKSONVILLE FL 32210

CREDITOR ID: 2013-07
HALL, WILLIAM H
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 1409-07
HALPERN ENTERPRISES
5269 BUFORD HIGHWAY
ATLANTA GA 30340

CREDITOR ID: 279423-99
HAMILTON BEACH/PROCTOR SILEX INC
ATTN: WILLIAM RAY
4421 WATERFRONT DR
GLEN ALLEN VA 23060

CREDITOR ID: 2287-07
HAMILTON ROAD LTD. PARTNERSHIP
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 1411-07
HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
DALLAS TX 75206

CREDITOR ID: 1412-07
HAMMERDALE INC.
C/O R. ALEX SMITH
PO DRAWER 3308
MERIDIAN MS 39303

CREDITOR ID: 2288-07
HAMMOND TARLETON PROPERTIES
PO BOX 6102
GREENVILLE SC 29606-6102

CREDITOR ID: 1413-07
HAMMONTON PARTNERS
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 381844-99
HANCE SCARBOROUGH WRIGHT ET AL
ATTN: ASHLEY ELLIS
6000 SIGNATURE PLACE
14755 PRESTON ROAD
DALLAS TX 75254

CREDITOR ID: 381843-99
HANCE SCARBOROUGH WRIGHT ET AL
ATTN: FRANK WRIGHT
6000 SIGNATURE PLACE
14755 PRESTON ROAD
DALLAS TX 75254

CREDITOR ID: 2291-07
HARTWELL PARTNERSHIP
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 1416-07
HASCO PROPERTIES
PO BOX 681
MC COMB MS 39648-0681

CREDITOR ID: 2294-07
HAYDAY INC
PO BOX 350940
MIAMI FL 33135-0940

CREDITOR ID: 1418-07
HAYDEL REALTY COMPANY INC.
PO BOX 26194
NEW ORLEANS LA 70186-6194

CREDITOR ID: 279502-99
HAYNES AND BOONE LLP
ATTN: MARK ELMORE
901 MAIN ST, STE 3100
DALLAS TX 75202-3789

CREDITOR ID: 279500-99
HAYNES AND BOONE LLP
ATTN: JUDITH ELKIN
399 PARK AVENUE
NEW YORK NY 10002-4614

CREDITOR ID: 278993-99
HAYNES AND BOONE, LLP
ATTN: STACEY JERNIGAN
901 MAIN STREET, SUITE 3100
DALLAS TX 75202

CREDITOR ID: 2296-07
HAZEL PARK ASSOCIATES
C/O I. REISS & SON
200 EAST 61 STREET, STE 29F
NEW  YORK NY 10021

CREDITOR ID: 2297-07
HEALTH FACILITIES CREDIT CORP
5750 RUFE SNOW DR #130
RICHLAND  HILLS TX 76180

CREDITOR ID: 1419-07
HEATHROW SQUARE LLC
ATTN:  LEIGH RUSHING
12121 WILSHIRE BLVD #512
LOS  ANGELES CA 90025

CREDITOR ID: 2298-07
HECHT PROPERTIES LTD
C/O SIDNEY LEFCOURT
2100 PONCE DE LEON BLVD., SUITE 8
CORAL GABLES FL 33134-5200

CREDITOR ID: 279174-99
HELD & ISRAEL
ATTN EDWIN W HELD JR ESQ
1301 RIVERPLACE BLVD STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1420-07
HELENA MARKETPLACE LLC
SUITE 102
III  RIVERCHASE OFFICE PLAZA
BIRMINGHAM AL 35244

SERVICE LIST

Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                              **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1421-07<br>HENDERSON CORPORATION<br>PO BOX 150<br>WINTER PARK FL 32790 | CREDITOR ID: 2338-07<br>HENLEY, JOHN T. ET AL<br>3736 SOUTH MAIN STREET<br>HOPE MILLS NC 28348 | CREDITOR ID: 1423-07<br>HERITAGE COMMUNITY BANK<br>19540 VALDOSTA HIGHWAY<br>VALDOSTA GA 31602 |
| CREDITOR ID: 1424-07<br>HERITAGE CROSSING ASSOCIATES<br>PO BOX 18706<br>RALEIGH NC 27619-8706 | CREDITOR ID: 1425-07<br>HERITAGE PROP INVESTMENT LTD P<br>GROUP #37 - #03721781<br>PO BOX 3165<br>BOSTON MA 02241-3165 | CREDITOR ID: 2301-07<br>HERITAGE PROP. INVEST. LIMITED PAR<br>C/O HERITAGE REALTY MANAGEMENT<br>131 DARTMOUTH STREET<br>BOSTON MA 02116-5134 |
| CREDITOR ID: 1426-07<br>HERITAGE SPE LLC<br>GROUP #60<br>PO BOX 5-497<br>WOBURN MA 01815 | CREDITOR ID: 1428-07<br>HERMAN MAISEL & CO INC<br>PO BOX 7481<br>MOBILE AL 36670 | CREDITOR ID: 279414-99<br>HERRICK FEINSTEIN LLP<br>ATTN: PAUL RUBIN<br>2 PARK AVENUE<br>NEW YORK NY 10016 |
| CREDITOR ID: 1429-07<br>HIALEAH FEE COMMONS LTD<br>1800 SUNSET HARBOUR DRIVE, STE. 2<br>MIAMI BEACH FL 33139 | CREDITOR ID: 1430-07<br>HIALEAH PROMENADE LIMITED PART<br>C/O STERLING CENTRE CORP MGT SERV<br>1 N. CLEMATIS STREET<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 279440-99<br>HIERSCHE HAYWARD DRAKELEY & URBACH<br>ATTN: KRISTA P BATES<br>15303 DALLAS PKWY, STE 700<br>ADDISON TX 75001 |
| CREDITOR ID: 279438-99<br>HIERSCHE HAYWARD DRAKELEY & URBACH<br>ATTN: RUSSELL W MILLS<br>15303 DALLAS PKWY, STE 700<br>ADDISON TX 75001 | CREDITOR ID: 1431-07<br>HIGHLAND ASSOCIATES LP<br>ATTN:  T. J. O'NEIL<br>1900 THE EXCHANGE, SUITE 180<br>ATLANTA GA 30339 | CREDITOR ID: 2303-07<br>HIGHLAND COMMONS BOONE LLC<br>ASTON PROPERTIES INC.<br>6525 MORRISON BLVD., SUITE 300<br>CHARLOTTE NC 28211 |
| CREDITOR ID: 1432-07<br>HIGHLAND COMMONS BOONE LLC<br>PO BOX 601084<br>CHARLOTTE NC 28260-1084 | CREDITOR ID: 1433-07<br>HIGHLAND LAKES ASSOCIATES<br>PO BOX 643342<br>PITTSBURGH PA 15264-3342 | CREDITOR ID: 1434-07<br>HIGHLAND SQ SHOP CENTER<br>C/O THE SEMBLER COMPANY<br>PO BOX 409824<br>ATLANTA GA 30384-9824 |
| CREDITOR ID: 1435-07<br>HILDEBRAN ASSOCIATES<br>C/O RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PARK, SUITE 2<br>CHARLOTTE NC 28226 | CREDITOR ID: 1436-07<br>HILLCREST SHOPPING CENTER<br>C/O CURSOR PROPERTIES RENT ACC<br>PO BOX 26785<br>NEW  YORK NY 10087-6785 | CREDITOR ID: 2304-07<br>HILLCREST SHOPPING CENTRE INC.<br>130 BLOOR STREET W., SUITE 1200<br>TORONTO ON M5S1N5<br>CANADA |
| CREDITOR ID: 1437-07<br>HILLSBORO-LYONS INVESTORS LTD<br>C/O MENIN DEVELOPMENT CO. INC.<br>3501 PGA BLVD.<br>PALM BEACH FL 33410 | CREDITOR ID: 1438-07<br>HILYARD MANOR ASSOCIATES LLP<br>C/O AARON J. EDELSTEIN<br>36 ISLAND AVENUE, SUITE #56<br>MIAMI BEACH FL 33139 | CREDITOR ID: 1439-07<br>HOBE SOUND S C COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE TN 37939 |
| CREDITOR ID: 279014-99<br>HOGAN & HARTSON LLP<br>ATTN IRA S GREEN ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | CREDITOR ID: 1440-07<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON GA 30126-0663 | CREDITOR ID: 1441-07<br>HOMESTEAD PLAZA<br>4725 SW 8TH STREET<br>MIAMI FL 33134 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:  05-11063 (RDD)**

CREDITOR ID: 1442-07
HOMEWOOD ASSOCIATES INC
2595 ATLANTA HIGHWAY
ATHENS GA 30606-1232

CREDITOR ID: 1443-07
HOMOSASSA ASSOC
6700 NW BROKEN SOUND PKWY, STE. 201
BOCA RATON FL 33487

CREDITOR ID: 279436-99
HOROWITZ, RONALD
14 TINDALL ROAD
TINDALL PROFESSIONAL PLAZA
MIDDLETOWN NJ 07748

CREDITOR ID: 2308-07
HORTON PROPERTIES LLC
19 W. HARGETT STREET #512
RALEIGH NC 27601

CREDITOR ID: 2309-07
HOUSTON CENTRE, LLC
C/O SCOTT MARCUM
PO BOX 1382
DOTHAN AL 36302

CREDITOR ID: 279177-99
HOWARD SOLOCHEK & WEBER SC
ATTN BRYAN M BECKER ESQ
324 E WISCONSIN AVE STE 1100
MILWAUKEE WI 53202

CREDITOR ID: 1445-07
HOWELL MILL VLGE SHPG CT
C/O MCW - RC GA HOWELL MILL VI
PO BOX 534247
ATLANTA GA 30353-4247

CREDITOR ID: 1446-07
HPC WADE GREEN LLC
3838 OAK LAWN, SUITE 810
DALLAS TX 75219

CREDITOR ID: 2278-07
HR ORLANDO LLC
PO BOX 2771
PALM BEACH FL 33480

CREDITOR ID: 1447-07
HUDSON SQUARE CENTER INC.
10912 N. 56TH STREET
TEMPLE TERRACE FL 33617-3004

CREDITOR ID: 381842-99
HUGHES & LUCE
ATTN: SABRINA STREUSAND
111 CONGRESS AVE, STE 900
AUSTIN TX 78701

CREDITOR ID: 279424-99
HUNTON & WILLIAMS LLP
ATTN: CRAIG V RASILE
1111 BRICKELL AVE STE 2500
MIAMI FL 33131

CREDITOR ID: 1448-07
HURTAK FAMILY PARTNERSHIP LTD
525 NE 58 STREET
MIAMI FL 33137

CREDITOR ID: 1405-07
HV MCCOY & COMPANY INC
R/F HIGH POINT MALL INC
PO BOX 20847
GREENSBORO NC 27420-0847

CREDITOR ID: 1134-07
HYDER, BOYD L.
314 HYDER STREET
HENDERSONVILLE NC 28792-2732

CREDITOR ID: 279048-99
ICE MILLER
ATTN HENRY A EFROYMSON ESQ
ONE AMERICAN SQ BOX 82001
INDIANAPOLIS IN 46282-0002

CREDITOR ID: 279049-99
ICE MILLER
ATTN MARK A BOGDANOWICZ ESQ
ONE AMERICAN SQ BOX 82001
INDIANAPOLIS IN 46282-0002

CREDITOR ID: 1452-07
ICOS LLC
ELIO OR ALEX MADDALOZZO
740 HARBOR DRIVE
KEY BISCAYNE FL 33149

CREDITOR ID: 1453-07
III T WEST LLC MARCO ISLAND MA
C/O DBR ASSET MANAGEMENT LLC
1 FINANCIAL PLAZA
FORT LAUDERDALE FL 33394

CREDITOR ID: 1454-07
IMPERIAL CHRISTINA SHOPPING CT
C/O BRUCE STRUMPF INC.
314 S. MISSOURI AVENUE, STE. 305
CLEARWATER FL 33756

CREDITOR ID: 1455-07
INDEPENDENCE SQUARE
ALBA CONSULTING CORP.
1420 COURT STREET
CLEARWATER FL 33756

CREDITOR ID: 1456-07
INDIAN CREEK CROSSING E&A LLC
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1457-07
INDIAN VILLAGE GROUP INC.
ATTN: DAVID SHIN
PO BOX 921686
NORCROSS GA 30092

CREDITOR ID: 1461-07
INDRIO CROSSINGS INC
806 EAST 25TH STREET
SANFORD FL 32771

CREDITOR ID: 381799-99
INLAND REAL ESTATE GROUP, THE
ATTN: BERT K BITTOURNA
2901 BUTTERFIELD ROAD
OAK BROOK IL 60523

CREDITOR ID: 2317-07
INLAND SOUTHEAST PROP MGMT CORP
5502 LAKE HOWELL ROAD
WINTER PARK FL 32792

CREDITOR ID: 1462-07
INLAND SOUTHEAST PROPERTY MGMT
PO BOX 31005
TAMPA FL 33631-3005

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 1464-07
INTERCHANGE ASSOCIATES INC
190 SOUTH SYKES CREEK PKWY., STE. 4
MERRITT ISLAND FL 32952

CREDITOR ID: 274941-99
INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
290 BROADWAY 7TH FLOOR
NEW YORK NY 10007-1867

CREDITOR ID: 1465-07
INTERWEST CAPITAL CORPORATION
ATTN: SHILOH HALL, ASST. V.P.
8910 UNIVERSITY CENTER LANE
SAN DIEGO CA 92122

CREDITOR ID: 1466-07
INTRACOASTAL MALL LLC
C/O RAM REALTY SERVICES
3399 PGA BLVD., SUITE 450
PALM BEACH GARDENS FL 33410

CREDITOR ID: 1468-07
IPF HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT COR
PACES WEST BUILDING ONE
ATLANTA GA 30339

CREDITOR ID: 1469-07
IPF/CAPITAL LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT. CORP.
2727 PACES FERRY ROAD, SUITE 1
ATLANTA GA 30339

CREDITOR ID: 1470-07
IRT PARTNERS LP
PO BOX 101384
ATLANTA GA 30392-1384

CREDITOR ID: 2319-07
IRT PARTNERS LP
C/O IRT PROPERTY COMPANY
1696 N. E. MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 1471-07
IRT PARTNERS LP EQUITY ONE REA
PO BOX 01-9170
MIAMI  FL 33101-9170

CREDITOR ID: 2321-07
IRT PARTNERS, LP
EQUITY ONE REALTY, & MGMT. FL.
1696 NE MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 1472-07
IRT PROPERTY COMPANY
PO BOX 945793
ATLANTA GA 30394-5793

CREDITOR ID: 2322-07
IRT PROPERTY COMPANY
1051 MILLERVILLE ROAD
BATON ROUGE LA 70816

CREDITOR ID: 1473-07
ISLAND PLAZA LLC
1000 VENETIAN WAY, SUITE 810
MIAMI FL 33139

CREDITOR ID: 2324-07
ISRAM REALTY & MANAGEMENT, INC.
ATTN: MS. SIONA HAYOUN
506 SOUTH DIXIE HIGHWAY
HALLANDALE FL 33009

CREDITOR ID: 1475-07
IVEY ELECTRIC COMPANY
PO BOX 211
SPARTANBURG SC 29304

CREDITOR ID: 1476-07
J B LEVERT LAND CO INC
PO BOX 518
METAIRE LA 70004-0518

CREDITOR ID: 1478-07
JAMERSON INVESTMENTS
2517-B EAST COLONIAL DRIVE
ORLANDO FL 32803-3359

CREDITOR ID: 2326-07
JB LEVERT LAND CO INC
PO BOX 518
METAIRE LA 70004-0518

CREDITOR ID: 2333-07
JEFFERSON-PILOT LIFE INS. CO.
ATTN: MIKE SOLOMON
PO BOX 20407
GREENSBORO NC 27420

CREDITOR ID: 1485-07
JEM INVESTMENTS LTD
600 MADISON AVENUE
TAMPA FL 33602-4039

CREDITOR ID: 279063-99
JENKENS & GILCHRIST PC
ATTN MICHAEL S HELD ESQ
1445 ROSS AVE STE 3200
DALLAS TX 75202-2799

CREDITOR ID: 1487-07
JKA ENTERPRISES LLC
C/O JOSEPH K ANDERSON
262 FELLS ROAD
ESSEX FELLS NJ 07021

CREDITOR ID: 1488-07
JNB COMPANY OF VIRGINIA LLC
C/O ATLANTIC DEVELOPMENT & ACQUIS
6912 THREE CHOPT ROAD
RICHMOND VA 23226

CREDITOR ID: 278708-99
JOHNSON & JOHNSON
ATTN JOHN WERNICKI,
NATIONAL SALES DIRECTOR
PO BOX 751059
CHARLOTTE NC 28275

CREDITOR ID: 279428-99
JOHNSON HEARN VINEGAR ET AL
ATTN: JEAN WINBORNE BOYLES
PO BOX 1776
RALEIGH NC 27602

CREDITOR ID: 279501-99
JOHNSON, RUSSELL R
3734 BYFIELD PLACE
RICHMOND VA 23233

CREDITOR ID: 1494-07
JUPITER PALM ASSOC.
7000 W. PALMETTO PARK RD., STE. 203
BOCA RATON FL 33433

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                              **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1495-07<br>JWV (LA) LLC<br>DBA SUNSHINE SQUARE<br>C/O JW PROPERTIES INC.<br>PO BOX 16146<br>MOBILE AL 36616-0146 | CREDITOR ID: 1496-07<br>K B PROPERTIES INC.<br>PO BOX 4899<br>PINEHURST NC 28374 | CREDITOR ID: 2342-07<br>K G B ASSOCIATES #2<br>C/O BEVERLY CARMEL RETIREMENT<br>8757 BURTON WAY<br>LOS ANGELES CA 90048 |
| CREDITOR ID: 2343-07<br>KAMIN REALTY, LLC<br>440 WEST STREET, 2ND FLOOR<br>FORT LEE NJ 07024 | CREDITOR ID: 2176-07<br>KAMIN, DANIEL G.<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 2174-07<br>KAMIN, DANIEL G.<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 |
| CREDITOR ID: 1246-07<br>KAMIN, DANIEL G.<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 | CREDITOR ID: 1245-07<br>KAMIN, DANIEL G.<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 | CREDITOR ID: 279116-99<br>KANTROW SPAHT WEAVER & BLITZER<br>ATTN DAVID S RUBIN<br>445 N BOULEVARD STE 300<br>PO BOX 2997<br>BATON ROUGE LA 70821-2997 |
| CREDITOR ID: 315663-99<br>KAPLAN AND FREEDMAN PA<br>ATTN: MATHEW E KAPLAN, ESQ<br>9410 SOUTHWEST 77TH AVE<br>MIAMI FL 33156-7903 | CREDITOR ID: 315659-99<br>KASS SHULER SOLOMON ET AL<br>ATTN: LARRY FOYLE<br>1505 N FLORIDA AVE<br>PO BOX 800<br>TAMPA FL 33601 | CREDITOR ID: 278987-99<br>KATTEN MUCHIN ZAVIS ROSENMAN<br>ATTN DUSTIN P BRANCH ESQ<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012 |
| CREDITOR ID: 278986-99<br>KATTEN MUCHIN ZAVIS ROSENMAN<br>ATTN THOMAS J LEANSE<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012 | CREDITOR ID: 381850-99<br>KAUFMAN & CANOLES<br>ATTN: PAUL CAMPSEN<br>150 WEST MAIN ST<br>PO BOX 3037<br>NORFOLK VA 23514 | CREDITOR ID: 278838-99<br>KAYE SCHOLER LLP<br>ATTN KEITH MURPHY ESQ<br>425 PARK AVENUE<br>NEW YORK NY 10022-3598 |
| CREDITOR ID: 278837-99<br>KAYE SCHOLER LLP<br>ATTN RICHARD SMOLEV ESQ<br>425 PARK AVENUE<br>NEW YORK NY 10022-3598 | CREDITOR ID: 2341-07<br>KB PROPERTIES INC<br>PO BOX 4899<br>PINEHURST NC 28374 | CREDITOR ID: 278695-99<br>KEEBLER COMPANY<br>ATTN DAN GILROY<br>PO BOX 73451<br>CHICAGO, IL 60673-7451 |
| CREDITOR ID: 381858-99<br>KELIEN & SOLOMON LLP<br>ATTN: SOLOMON J JSAKIEL<br>275 MADISON AVE, 11TH FLR<br>NEW YORK NY 10016 | CREDITOR ID: 278776-99<br>KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 278775-99<br>KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S CARR<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 278707-99<br>KELLOGG SALES COMPANY<br>ATTN JUAN MOSPEK, CREDIT MANAGER<br>PO BOX 905193<br>CHARLOTTE, NC 28290-9051 | CREDITOR ID: 2240-07<br>KEMPNER, FRANCINE TRAGER<br>4158 ALHAMBRA DRIVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 381867-99<br>KENNEDY COVINGTON LOBDELL ET AL<br>ATTN: MARGARET WESTBROOK<br>TWO HANOVER SQUARE, STE 1900<br>434 LAFAYETTE STREET MALL<br>PO BOX 1070<br>RALEIGH NC 27602-1070 |
| CREDITOR ID: 1499-07<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA GA 30325 | CREDITOR ID: 2345-07<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA GA 30325 | CREDITOR ID: 1500-07<br>KERBBY PARTNERSHIP<br>C/O HOBBY PROPERTIES<br>4312 LEAD MINE RD<br>RALEIGH NC 27612 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2346-07<br>KHSC LTD<br>C/O BEER WELLS REAL ESTATE SER<br>11311 N. CENTRAL EXPRESSWAY ST<br>DALLAS TX 75243 | CREDITOR ID: 1501-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE AL 35631 | CREDITOR ID: 2347-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE AL 35631 |
| CREDITOR ID: 381841-99<br>KILPATRICK STOCKTON LLP<br>ATTN: TODD C MEYERS<br>1100 PEACHTREE ST, NE, STE 2800<br>ATLANTA GA 30309-4530 | CREDITOR ID: 278689-99<br>KIMBERLY CLARK<br>ATTN TED C. BANKER, SR.<br>CREDIT MANAGER<br>PO BOX 915003<br>DALLAS, TX 75391-5003 | CREDITOR ID: 1502-07<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>NEW HYDE PARK NY 11042-0020 |
| CREDITOR ID: 2348-07<br>KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK RD. STE 100<br>P.O. BOX 5020<br>NEW HYDE  PARK NY 11042-0020 | CREDITOR ID: 1503-07<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 279305-99<br>KING & SPALDING<br>ATTN: SARAH ROBINSON BORDERS<br>191 PEACHTREE STREET<br>ATLANTA GA 30303 |
| CREDITOR ID: 1505-07<br>KIR AUGUSTA 1 044 LLC<br>PO BOX 5020<br>3333 NEW HYDE PARK RD<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 1507-07<br>KIRK MERAUX WINN-DIXIE LLC<br>24E COTA STREET, SUITE 100<br>SANTA  BARBARA CA 93101 | CREDITOR ID: 2350-07<br>KITE COMPANIES<br>MR. DAVE LEE, DIR. OF ASSET MG<br>30 S MERIDIAN ST.<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 1508-07<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO FL 32886-3312 | CREDITOR ID: 2351-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH FL 32176 | CREDITOR ID: 1509-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH FL 32176 |
| CREDITOR ID: 279195-99<br>KLEHR HARRISON HARVEY ET AL<br>ATTN CAROLYN HOCHSTADTER DICKER ESQ<br>260 S BROAD ST 4TH FLR<br>PHILADELPHIA PA 19102 | CREDITOR ID: 381846-99<br>KLEHR HARRISON HARVEY ET AL<br>ATTN: CAROL ANN SLOCUM<br>475 HADDONFIELD R, STE 510<br>CHERRY HILL NJ 08002 | CREDITOR ID: 279194-99<br>KLEHR HARRISON HARVEY ET AL<br>ATTN MORTON R BRANZBURG ESQ<br>260 S BROAD ST 5TH FLR<br>PHILADELPHIA PA 19102 |
| CREDITOR ID: 315678-99<br>KLEINPETER FARMS DAIRY LLC<br>C/O SCHANEVILLE & BARINGER<br>ATTN: DALE R BARINGER<br>918 GOVERNMENT STREET<br>BATON ROUGE LA 70802 | CREDITOR ID: 2352-07<br>KMART<br>REAL ESTATE DEPARTMENT<br>3100 WEST BIG BEAVER RD<br>TROY MI 48184 | CREDITOR ID: 1510-07<br>KMART CORPORTION<br>12664 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-7019 |
| CREDITOR ID: 1511-07<br>KNIGHTDALE CROSSING LLC<br>C/O MARK PROPERTIES INC MGMT<br>26 PARK PLACE WEST<br>MORRISTOWN NJ 07960 | CREDITOR ID: 2353-07<br>KONOVER PROPERTY TRUST, INC.<br>%KIMCO REALTY CORPORATION<br>PO BOX 5020 3333 NEW HYDE PARK<br>NEW  HYDE  PARK NY 11042-0020 | CREDITOR ID: 1385-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 |
| CREDITOR ID: 2265-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 | CREDITOR ID: 381838-99<br>KOZYAK TROPIN & THROCKMORTON PA<br>ATTN: LAUREL ISICOFF<br>2525 PONCE DE LEON, 9TH FL<br>CORAL GABLES FL 33134 | CREDITOR ID: 381832-99<br>KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN KOZYAK, LAUREL ISICOFF<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:    05-11063 (RDD)**

CREDITOR ID: 278681-99
KRAFT (KRAFT FOODS, KRAFT PIZZA,
NABISCO)
ATTN SANDRA SCHIRMANG
DIRECTOR OF CREDIT
22541 NETWORK PLACE
CHICAGO IL 60673-1225

CREDITOR ID: 2356-07
KRAVITZ FAMILY TRUST
2796 CASIANO ROAD
LOS  ANGELES CA 90077-1524

CREDITOR ID: 1516-07
KRG WATERFORD LAKES LLC
1090 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 2357-07
KRG WATERFORD LAKES, LLCIV, LP
ATTN:DIRECTOR OF ASSET MANAGEM
30 S MERIDIAN, STE 1100
INDIANAPOLIS IN 46204

CREDITOR ID: 279492-99
KUPELIAN ORMOND & MAGY PC
ATTN TERRANCE A HILLER JR ESQ
25800 NORTHWESTERN HWY STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 279491-99
KUPELIAN ORMOND & MAGY PC
ATTN PAUL S MAGY ESQ
25800 NORTHWESTERN HWY STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 279493-99
KUPELIAN ORMOND & MAGY PC
ATTN MATTHEW E THOMPSON ESQ
25800 NORTHWESTERN HWY STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 1521-07
L W SMITH JR TRUST
301 PARK LAKE ROAD
COLUMBIA SC 29223

CREDITOR ID: 2360-07
L.R.S. COMPANY
903 UNIVERSITY BLVD., N.
JACKSONVILLE FL 32211-5527

CREDITOR ID: 2336-07
LA GATTA, JOHN H.O.
50 WEST LIBERTY STREET, SUITE 1080
RENO NV 89501

CREDITOR ID: 2361-07
LA GRANGE MARKETPLACE
% REGENCY CENTERS
121 WEST FORSYTH STREET, STE 2
JACKSONVILLE FL 32202

CREDITOR ID: 1522-07
LA PETITE ROCHE CENTER GENERAL
C/O DOYLE ROGERS COMPANY
PO DRAWER A
BATESVILLE AR 72503

CREDITOR ID: 2362-07
LA PETITE ROCHE GEN PTNRSHP
111 CENTER STREET SUITE 1510
LITTLE  ROCK AR 72201

CREDITOR ID: 1523-07
LAFAYETTE LIFE INSURANCE CO
PO BOX 7007
MORTGAGE LOAN 8124
LAFAYETTE IN 47903

CREDITOR ID: 2337-07
LAGATTA, JOHN
50 WEST LIBERTY STREET, SUITE 1080
RENO NV 89501

CREDITOR ID: 1524-07
LAGRANGE MARKETPLACE LLC
CO RETAIL MANAGEMENT GROUP INC
PO BOX 11407
BIRMINGHAM AL 35246-1036

CREDITOR ID: 2363-07
LAKE JACKSON TRADNG POST
151 SAWGRASS CORNERS DR  STE 2
PONTE VEDRA BEACH FL 32082-1929

CREDITOR ID: 1525-07
LAKE JACKSON TRADNG POST
151 SAWGRASS CORNERS DR  STE 2
PONTE  VEDRA BEACH FL 32082-1929

CREDITOR ID: 1526-07
LAKE MARY LIMITED PARTNERSHIP
C/O EQUITY INVESTMENT GROUP
111 EAST WAYNE STREET STE 500
FORT  WAYNE IN 46802

CREDITOR ID: 1527-07
LAKE SUN PROPERTIES LTD
55 E MONROE, STE 1890
CHICAGO IL 60603-2390

CREDITOR ID: 2364-07
LAKELAND ASSOCIATES, L.P.
314 S MISSOURI AVE  STE 305
CLEARWATER FL 33756

CREDITOR ID: 1528-07
LAKELAND PARTNERS
C/O BRANDYWINE GROUP INC
PO BOX 999
CHADDS FORD PA 19317-0999

CREDITOR ID: 1531-07
LAND DADE INC
4 MARINA ISLES BLVD
STE 302
INDIAN HARBOUR BEACH FL 32937

CREDITOR ID: 1532-07
LANDING STATION
C/O E&A SOUTHEAST LP
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1533-07
LANDSOUTH PARTNERS
5001 N KINGS HIGHWAY, STE 203
MYRTLE  BEACH SC 29577

CREDITOR ID: 2366-07
LANGDALE TIRE CO
LONGLEAF PROPERTY MANAGEMENT
P.O. BOX 1088
VALDOSTA GA 31603

CREDITOR ID: 1534-07
LANGDALE TIRE CO
ATTN LOUIS CASSOTA
PO BOX 1088
VALDOSTA GA 31603-1361

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1535-07<br>LANGSTON PLACE<br>C/O LANGSTON REAL ESTATE<br>PO BOX 125<br>HONEA  PATH SC 29654-0125 | CREDITOR ID: 2367-07<br>LANGSTON PLACE<br>C/O LANGSTON REAL ESTATE<br>P.O. BOX 'A'<br>HONEA  PATH SC 29654 | CREDITOR ID: 2368-07<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE LA 70003 |
| CREDITOR ID: 1536-07<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE LA 70003 | CREDITOR ID: 1537-07<br>LARAMIE RIVER BAY LIMITED PART<br>PO BOX 6006<br>RIVER BAY PLAZA<br>HICKSVILLE NY 11802-6006 | CREDITOR ID: 1539-07<br>LASALA PINEBROOK ASSOCIATES LP<br>C/O AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES<br>SUITE 300<br>3000 CORPORATE CENTER DRIVE<br>MORROW GA 30260 | CREDITOR ID: 279201-99<br>LATHROP & GAGE LC<br>ATTN STEPHEN B SUTTON ESQ<br>2345 GRAND BLVD STE 2800<br>KANSAS CITY MO 64108 | CREDITOR ID: 2372-07<br>LAUDERHILL MALL<br>1267 NW 40TH AVE<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>1267 N W 40TH AVE<br>LAUDERHILL FL 33313 | CREDITOR ID: 279190-99<br>LAW OFFICES OF AVRUM J ROSEN<br>ATTN AVRUM J ROSEN ESQ<br>38 NEW STREET<br>HUNTINGTON NY 11743 | CREDITOR ID: 1543-07<br>LAWRENCE M HEARD<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO FL 33594 |
| CREDITOR ID: 1544-07<br>LEATHERMAN ASSOC<br>706 B JAKE BLVD WEST<br>SALISBURY NC 28147 | CREDITOR ID: 2373-07<br>LEATHERMAN ASSOC<br>706 B JAKE BLVD WEST<br>SALISBURY NC 28147 | CREDITOR ID: 1545-07<br>LEESBURG BANSAL LLC<br>C/O RAM REALTY SERVICES INC<br>ATT DAVID GOLDSTEIN SUITE 920<br>TAMPA FL 33607 |
| CREDITOR ID: 1546-07<br>LEHMBERG CROSSING LLC<br>C/O MIDLAND LOAN SVC INC<br>1223 SOLUTIONS CENTER LB 77122<br>CHICAGO IL 60677-1002 | CREDITOR ID: 2374-07<br>LEONARD A. SELBER<br>HOLLAND & KNIGHT<br>50 N. LAURA STREET:  #3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1547-07<br>LEONARD R SETZER<br>903 UNIVERSITY BLVD<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 2375-07<br>LEONARD R. SETZER<br>C/O L.R.S. CO.<br>903 UNIVERSITY BLVD. N.<br>JACKSONVILLE FL 32211 | CREDITOR ID: 381835-99<br>LEONARD STREET AND DEINARD<br>ATTN LARRY RICKE<br>150 SOUTH FIFTH STREET, STE 2300<br>MINNEAPOLIS MN 55402 | CREDITOR ID: 278783-99<br>LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: STEVEN FEIGENBAUM<br>845 THIRD AVE 21ST FL<br>NEW YORK NY 10022 |
| CREDITOR ID: 278784-99<br>LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN: HOWARD LEVI<br>STEVEN FEIGENBAUM<br>845 THIRD AVE 21ST FL<br>NEW YORK NY 10022 | CREDITOR ID: 278827-99<br>LEVI LUBARSKY & FEIGENBAUM LLP<br>ATTN HOWARD B LEVI ESQ<br>845 THIRD AVE 21ST FLR<br>NEW YORK NY 10022 | CREDITOR ID: 381862-99<br>LEVY & DRONEY PC<br>ATTN: ROSS G FINGOLD<br>74 BATTERSON PARK RD<br>FARMINGTON CT 06032 |
| CREDITOR ID: 1549-07<br>LF LIMITED LP & WALNUT STREET<br>C/O COLLIERS CAUBLE CO<br>1349 W PEACHTREE STREET SUITE<br>ATLANTA GA 30309 | CREDITOR ID: 1548-07<br>LF LIMITED LP & WALNUT STREET<br>C/O COLLIERS CAUBLE & CO<br>1349 WEST PEACHTREE STREET<br>ATLANTA GA 30309-2956 | CREDITOR ID: 1550-07<br>LIBBY CROSS STATION ENTERPRISE<br>ATTN: RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE PA 15086 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

CREDITOR ID: 279437-99
LIEBMANN CONWAY OLEJNICZAK JERRY
ATTN: JEROME E SMYTH
231 S ADAMS ST
PO BOX 23200
GREEN BAY WI 54305-3200

CREDITOR ID: 1552-07
LIFE INSURANCE CO OF GEORGE
C/O COLLIERS CAUBLE
ATTN: JEAN
1349 W PEACHTREE STREET NE
ATLANTA GA 30309-2956

CREDITOR ID: 2376-07
LIFE INSURANCE COMPANY OF GEORGIA
5780 POWERS FERRY RD NW
ATLANTA GA 30327

CREDITOR ID: 2378-07
LIFTER REALTY
17760 NW 2ND AVE., STE 200
MIAMI FL 33169

CREDITOR ID: 2377-07
LIFTER REALTY
17760 NW 2ND AVE,STE 200
C/O BENNETT M. LIFTER
MIAMI FL 33169

CREDITOR ID: 2078-07
LIFTER, BENNET M.
LIFTER ENTERPRISES
17760 NW SECOND AVE., SUITE 200
MIAMI FL 33169

CREDITOR ID: 1553-07
LINCOLN SQUARE PARTNERS LP
3212 BROOKWOOD DR
HATTIESBURG MS 39401

CREDITOR ID: 2379-07
LINCOLN SQUARE PARTNERS LP
3212 BROOKWOOD DR
HATTIESBURG MS 39401

CREDITOR ID: 1554-07
LINCOLN TRUST COMPANY
6312 SOUTH FIDDLERS GREEN CIRC
SUITE 400 E  ACCT# 65080211 TE
ENGLEWOOD CO 80111

CREDITOR ID: 2380-07
LINCOLN TRUST COMPANY
CUSTODIAN FBO JOHN C. STROUGO
6312 S. FIDDLERS GREEN CIRCLE
ENGLEWOOD CO 80111

CREDITOR ID: 1555-07
LINPRO INVESTMENTS INC
C/O PRECISE PROPERTY
6761 WEST INDIAN TOWN ROAD
JUPITER FL 33458

CREDITOR ID: 1556-07
LISETTE STANISH AS TRUSTEE
1405 SW 107TH AVE SUITE 301-B
MIAMI FL 33174

CREDITOR ID: 2381-07
LISETTE STANISH AS TRUSTEE
1405 SW 107TH AVE SUITE 301-B
MIAMI FL 33174

CREDITOR ID: 1517-07
LJ MELODY & COMPANY
C/O BANK ONE
PO BOX 297480
HOUSTON TX 77297

CREDITOR ID: 1518-07
LJ MELODY AND CO
PO BOX 297480
HOUSTON TX 77297

CREDITOR ID: 2358-07
LJ MELODY AND COMPANY
PO BOX 297480
HOUSTON TX 77297

CREDITOR ID: 278985-99
LOCKE LIDDELL & SAPP LLP
ATTN W STEVEN BRYANT ESQ
600 TRAVIS ST
3400 CHASE TOWER
HOUSTON TX 77002

CREDITOR ID: 278824-99
LOCKE LIDDELL & SAPP LLP
ATTN C DAVIN BOLDISSAR ESQ
601 POLYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

CREDITOR ID: 278822-99
LOCKE LIDDELL & SAPP LLP
ATTN OMER KUEBEL III ESQ
601 POYDRAS ST STE 2400
NEW ORLEANS LA 70130-6036

CREDITOR ID: 278984-99
LOCKE LIDDELL & SAPP LLP
ATTN THOMAS H GRACE ESQ
600 TRAVIS ST
3400 CHASE TOWER
HOUSTON TX 77002

CREDITOR ID: 1559-07
LOCKWOOD ASSOC OF GA LTD PTR
80 WEST WIEUCA RD SUITE 302
ATLANTA GA 30342

CREDITOR ID: 2382-07
LOCKWOOD ASSOC OF GA LTD PTR
80 W WIEUCA RD STE 302
ATLANTA GA 30342

CREDITOR ID: 1520-07
LOL LLC
6915 RED ROAD
SUITE 205
CORAL  GABLES FL 33143

CREDITOR ID: 1560-07
LONDON ASSOCIATES LTD
C/O AMERA REALTY SERVICES INC
2900 UNIVERSITY DRIVE
CORAL SPRINGS FL 33065

CREDITOR ID: 2383-07
LOUIS PERLIS
P.O. BOX 1097
CORDELE GA 31010

CREDITOR ID: 278712-99
LOUISIANA COA-COLA
ATTN DICK STITELER,
DIRECTOR OF CUSTOMER FINANCIAL SVCS
1314 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

CREDITOR ID: 279460-99
LOWENSTEIN SANDLER PC
ATTN SHARON L LEVINE ESQ
65 LIVINGSTON AVE
ROSELAND NJ 07068

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279120-99<br>LOWENSTEIN SANDLER PC<br>ATTN BRUCE S NATHAN ESQ<br>1251 AVENUE OF THE AMERICAS 18TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 279121-99<br>LOWENSTEIN SANDLER PC<br>ATTN ANUSIA L GAYER ESQ<br>1251 AVENUE OF THE AMERICAS 18TH FL<br>NEW YORK NY 10020 | CREDITOR ID: 279510-99<br>LOWNDES DROSDICK ET AL<br>ATTN: ZACHARY J BANCROFT<br>450 S ORANGE AVE, STE 800 (32801)<br>PO BOX 2809<br>ORLANDO FL 32802-2809 |
| CREDITOR ID: 2384-07<br>LPI CALHOUN, INC<br>3000 CORPORATE CENTER DR<br>SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 2385-07<br>LPI COLUMBUS, INC.<br>3000 CORPORATE CENTER DRIVE<br>SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 1561-07<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HWY, SUITE 702 B<br>MIAMI FL 33133-1900 |
| CREDITOR ID: 2386-07<br>LPI MILLEDGEVILLE, INC<br>SUITE 300<br>3000 CORPORATE CENTER DRIVE<br>MORROW GA 30260 | CREDITOR ID: 2387-07<br>LPI/KEY WEST ASSOCIATES, LTD.<br>8925 S.W. 148TH STREET<br>SUITE 218<br>MIAMI FL 33176 | CREDITOR ID: 1562-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE AR 72503 |
| CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE AR 72503 | CREDITOR ID: 1563-07<br>LUCY COMPANY OF SOUTH CAROLINA<br>C/O GRUBB & ELLIS WILSON/KIBLER<br>PO BOX 11312<br>COLUMBIA SC 29211 | CREDITOR ID: 1564-07<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE TN 37939 |
| CREDITOR ID: 2359-07<br>LW SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA SC 29223 | CREDITOR ID: 2389-07<br>M & P INVESTMENT COMPANY<br>1230 GRANT BUILDING<br>ATTN: BETH HOFFMAN<br>PITTSBURGH PA 15219 | CREDITOR ID: 1565-07<br>M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL RD<br>LAKE SHORE VILLAGE<br>ATLANTA GA 30360-1700 |
| CREDITOR ID: 279173-99<br>MACCO & STERN LLP<br>ATTN RICHARD L STERN ESQ<br>135 PINELAWN RD STE 120 S<br>MELVILLE NY 11747 | CREDITOR ID: 279487-99<br>MACEY WILENSKY COHEN T AL<br>ATTN LOUIS G MCBRYAN ESQ<br>600 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVE<br>ATLANTA GA 30303-1229 | CREDITOR ID: 1568-07<br>MADISON STATION PROPERTIES LLC<br>ATTN: JOHN STRATTON II<br>6360 I-55 NORTH SUITE 210<br>JACKSON MS 39211 |
| CREDITOR ID: 2392-07<br>MALCOLM ROSENBERG<br>840 UNION STREET<br>SALEM VA 24153-5121 | CREDITOR ID: 279406-99<br>MANAGEMENT CO LLP<br>ATTN: EARL E MCEVOY<br>GATEWAY CENTER THREE<br>100 MULBERRY STREET<br>NEWARK NJ 07102 | CREDITOR ID: 381839-99<br>MANATEE CNTY TAX COLLECTOR<br>KEN BURTON JR<br>C/O SUSAN D PROFANT<br>PO BOX 25300<br>819 US 301 BLVD WEST<br>RADENTON FL 34206-5300 |
| CREDITOR ID: 267919-14<br>MANATEE COUNTY TAX COLLECTOR<br>ATTN: KEN BURTON JR<br>819 301 BLVD W<br>BRADENTON FL 34205-7906 | CREDITOR ID: 1571-07<br>MANATEE VILLAGE INVESTMENTS IN<br>C/O IN-REL MANAGEMENT INC<br>2328 TENTH AVENUE NORTH<br>LAKE  WORTH FL 33461 | CREDITOR ID: 1572-07<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE FL 32235-0688 |
| CREDITOR ID: 2393-07<br>MANDARIN\LORETTO DEVELOPMENT,LTD<br>P.O BOX 350688<br>JACKSONVILLE FL 32235-0688 | CREDITOR ID: 279062-99<br>MANIER & HEROD<br>ATTN J MICHAEL FRANKS ESQ<br>150 FOURTH AVE N STE 2200<br>NASHVILLE TN 37219-2494 | CREDITOR ID: 279061-99<br>MANIER & HEROD<br>ATTN MICHAEL E COLLINS<br>150 FOURTH AVE N STE 2200<br>NASHVILLE TN 37219-2494 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

CREDITOR ID: 279053-99
MANIER & HEROD
ATTN THOMAS T PENNINGTON ESQ
150 FOURTH AVE N STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 1573-07
MAR BAY INVESTMENTS LLC
C/O SANSON KLINE JACOMINO & CO
782 NW LE JEUNE ROAD SUITE 650
MIAMI FL 33126

CREDITOR ID: 1574-07
MARIONS HOPE LLC
C/O WACHOVIA SECURITIES
555 CALIFORNIA STREET SUITE 23
SAN  FRANCISCO CA 94104

CREDITOR ID: 1575-07
MARKET PLACE PARTNERS
MARKET PLACE MGMT INC
449 SOUTH WRENN STREET
HIGH  POINT NC 27260

CREDITOR ID: 1576-07
MARKET SQUARE INC
PO BOX 3040
% MERCHANTS PROPERTY GROUP INC
DULUTH GA 30096

CREDITOR ID: 1577-07
MARKETOWN INVESTORS INC
PO BOX 2130
BAY  ST  LOUIS MS 39521-2130

CREDITOR ID: 2394-07
MARKETOWN INVESTORS INC
PO BOX 2130
BAY SAINT LOUIS MS 39521

CREDITOR ID: 1578-07
MARKETPLACE OF AMERICUS LLC
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 1579-07
MARKETPLACE OF DELRAY LTD
C/O RAM REALTY SERVICES
3399 PGA BLVD
PALM  BEACH  GARDENS FL 33410

CREDITOR ID: 1580-07
MARKETPLACE SHOPPING CENTER
C/O EDENS & AVANT
FINANCING II LP
COLUMBIA SC 29202

CREDITOR ID: 279443-99
MARRERO LAND & IMPROVEMENT ASSOC
ATTN: VINCENT A VASTOLA
5201 WESTBANK EXPRESSWAY
SUITE 400
MARRERO LA 70072

CREDITOR ID: 2395-07
MARRERO LAND & IMPROVEMENT ASSOC.
WESTWOOD SHOPPING CENTER
5201 WESTBANK EXPRESSWAY
MARRERO LA 70072

CREDITOR ID: 279507-99
MARTINEZ, ANNA C
C/O KAPLAN & FREEDMAN PA
ATTN MATTHEW E KAPLAN ESQ
9410 SOUTHWEST 77TH AVENUE
MIAMI FL 33156

CREDITOR ID: 1581-07
MASON SHOPPING CENTER PARTNSHP
7452 JAGER COURT
CINCINNATI OH 45230

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNSHP
7452 JAGER COURT
CINCINNATI OH 45230

CREDITOR ID: 2397-07
MAST DRUG COMPANY
ROUTE 4 BOX 425
HENDERSON NC 27536

CREDITOR ID: 279458-99
MATEER & HARBERT PA
ATTN DAVID LANDIS ESQ
225 W ROBINSON ST STE 600
PO BOX 2854
ORLANDO FL 32802-2854

CREDITOR ID: 2398-07
MATTIE EQUITY, LLC
5850 FAYETTEVILLE ROAD, STE 20
DURHAM NC 27713

CREDITOR ID: 2399-07
MB VENTURE LTD
C/O IRWIN H MILLER
PO BOX 46468
ST  PETERSBURG FL 33741

CREDITOR ID: 279484-99
MCCARTER & ENGLISH LLP
ATTN WILLIAM D WALLACH ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

CREDITOR ID: 279503-99
MCCARTHY & WHITE PLLC
ATTN: WILLIAM D WHITE
8180 GREENSBORO DR, STE 875
MCLEAN VA 22102

CREDITOR ID: 1582-07
MCCOMB ASSOCIATES
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA GA 30339

CREDITOR ID: 1583-07
MCDONOUGH MARKETPLACE PARTNERS
BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 2400-07
MCDONOUGH MARKETPLACE PARTNERS
BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 1584-07
MCDUFFIE SQUARE L P
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA GA 30917-4227

CREDITOR ID: 2401-07
MCDUFFIE SQUARE L P
PO BOX 204227
AUGUSTA GA 30917-4227

CREDITOR ID: 279175-99
MCGRATH NORTH MULLIN & KRATZ PC
ATTN JAMES J NIEMEIER ESQ
FIRST NATIONAL TOWER STE 3700
1601 DODGE ST
OMAHA NE 68102-1327

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                   **CASE:    05-11063 (RDD)**

CREDITOR ID: 381859-99
MCGUIREWOODS LLP
ATTN: ROBERT A COX
BANK OF AMERICA CORP CENTER
100 N TRYON ST, STE 2900
CHARLOTTE NC 28202-4011

CREDITOR ID: 278690-99
MCKEE FOODS CORPORATION
ATTN VALERIE PHILLIPS,
SR CREDIT MANAGER
PO BOX 2118
COLLEGEDALE, TN 37315-2118

CREDITOR ID: 2225-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1316-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1586-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON AL 36202

CREDITOR ID: 2402-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON AL 36202

CREDITOR ID: 1588-07
MDC SOUTH WIND LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM  BEACH  GARDEN FL 33410

CREDITOR ID: 1589-07
MDC WESTGATE LTD
MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM  BEACH  GARDENS FL 33410

CREDITOR ID: 1590-07
MELBOURNE BEACH LLC
C/O WESTCO DEVELOPMENT
3125 SOUTHWEST MAPP ROAD
PALM  CITY FL 34990

CREDITOR ID: 1591-07
MELLON TRUST OF CALIFORNIA
SAMUAL OSCHIN TRUSTEE
ATTN PATRICIA WHITELEY
LOS  ANGELES CA 90071-2806

CREDITOR ID: 1592-07
MERCHANTS SQUARE INVESTMENTS L
4852 JIMMY CARTER BLVD., STE A
NORCROSS GA 30093

CREDITOR ID: 1593-07
MERIDIAN SUPERMARKET LLC
24E COTA STREET, STE 100
SANTA  BARBARA CA 93101

CREDITOR ID: 279123-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN NICHOLAS GRIFFITHS
4 WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 2403-07
METRO INTERNATIONAL PROP FUN IV LP
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C2A8
CANADA

CREDITOR ID: 1594-07
METRO INTERNATIONAL PROPERTY
% NAVONA INVESTORS
2 EVA RD STE 221
ETOBICOKE ON
CANADA

CREDITOR ID: 2404-07
METRO INTERNATIONAL PROPERTY FUND
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C 2A8
CANADA

CREDITOR ID: 1595-07
MIAMI GARDENS ACQUISITION LLC
C/O WHARTON REALTY GROUP INC
8 INDUSTRIAL WAY EAST
EATONTOWN NJ 07724

CREDITOR ID: 1596-07
MID AMERICAN MANAGEMENT CORP
ATTN: ACCOUNTS RECEIVABLE DEPT
2901 BUTTERFIELD ROAD
OAK BROOK IL 60523

CREDITOR ID: 1597-07
MID SOUTH YAZOO LP
ATTN: SCOT LUTHER
4502 HOLLY ST
BELLAIRE TX 77401

CREDITOR ID: 2407-07
MIKE KENNELLY
4015 SANTA BARBARA BLVD
NAPLES FL 34104

CREDITOR ID: 278809-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: LENA MANDEL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278808-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F DUNNE
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 278810-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS C O'DONNELL
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 2408-07
MILESTONE PROPERTIES
C/O MILESTONE PROPERTIES
200 CONGRESS PARK DR. #103
DELRAY  BEACH FL 33445

CREDITOR ID: 1602-07
MILFORD STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI OH 45264-0474

CREDITOR ID: 2409-07
MILFORD STATION LTD
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 279483-99
MILLBANK TWEED HADLEY & MCCLOY LLP
ATTN MATTHEW S BARR ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:** **WINN-DIXIE STORES, INC.**                        **CASE:** **05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279482-99<br>MILLBANK TWEED HADLEY & MCCLOY LLP<br>ATTN DENNIS F DUNNE ESQ<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 | CREDITOR ID: 1603-07<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE FL 34786 | CREDITOR ID: 279415-99<br>MILLING BENSON WOODWARD LLP<br>ATTN: DAVID CONROY<br>909 POYDRAS STREET<br>SUITE 2300<br>NEW ORLEANS LA 70112-1010 |
| CREDITOR ID: 279432-99<br>MIMMS ENTERPRISES INC<br>ATTN: THOMAS B MIMMS JR<br>85A MILL STREET<br>ROSWELL GA 30075-4952 | CREDITOR ID: 1604-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH FL 33010 | CREDITOR ID: 2410-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH FL 33010 |
| CREDITOR ID: 279108-99<br>MISS BECKY SEAFOOD<br>C/O MOSELEY PRICHARD PARRISH ET AL<br>ATTN: RICHARD K. JONESQ<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1605-07<br>MITCHELL CO<br>ATTN: CONTROL RENT CLERK<br>PO BOX 160306<br>MOBILE AL 36616-1306 | CREDITOR ID: 1607-07<br>MODERN WOODMAN<br>C/O THE INTERLACHEN CO<br>PO BOX 1916<br>WINTER PARK FL 32790 |
| CREDITOR ID: 1609-07<br>MODERN WOODMEN OF AMERICA<br>C/O INTERLACHEN COMPANY<br>PO BOX 1916<br>WINTER PARK FL 32790 | CREDITOR ID: 1608-07<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND IL 61201 | CREDITOR ID: 2411-07<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND IL 61201 |
| CREDITOR ID: 1610-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH FL 33012-6670 | CREDITOR ID: 2412-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH FL 33012-6670 | CREDITOR ID: 1611-07<br>MONROEVILLE CENTER PARTNERS LTD<br>PO BOX 230<br>POINT CLEAR AL 36564 |
| CREDITOR ID: 279469-99<br>MOORE & VAN ALLEN PLLC<br>ATTN DAVID B WHEELER ESQ<br>40 CALHOUN ST STE 300<br>PO BOX 22828<br>CHARLESTON SC 29413-2828 | CREDITOR ID: 1612-07<br>MOORINGS OF MANATEE INC<br>430 INTERSTATE COURT<br>SARASOTA FL 34240 | CREDITOR ID: 2413-07<br>MOORINGS OF MANATEE INC<br>430 INTERSTATE COURT<br>SARASOTA FL 34240 |
| CREDITOR ID: 278832-99<br>MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN ESQ<br>101 PARK AVE<br>NEW YORK NY 10178-0600 | CREDITOR ID: 278811-99<br>MORGAN, LEWIS & BROCKIUS LLP<br>ATTN: RICHARD S TODER<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060 | CREDITOR ID: 278831-99<br>MORGAN, LEWIS & BROCKIUS LLP<br>ATTN: NEIL E. HERMAN, ESQ.<br>101 PARK AVENUE<br>NEW YORK NY 10178-0600 |
| CREDITOR ID: 381794-99<br>MORITT HOCK HAMROFF ET AL<br>ATTN: LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 381792-99<br>MORITT HOCK HAMROFF ET AL<br>ATTN: MARC HAMROFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 279511-99<br>MORRIS JAMES HITCHENS ET AL<br>ATTN: STEPHEN M MILLER<br>222 DELAWARE AVE, 19TH FL<br>PO BOX 2306<br>WILMINGTON DE 19899 |
| CREDITOR ID: 279045-99<br>MORRIS NICHOLS ARSHT & TUNNEL<br>ATTN ROBERT J DEHNEY ESQ<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899-1347 | CREDITOR ID: 279044-99<br>MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN ERIC D SCHWARTZ ESQ<br>1201 N MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899-1347 | CREDITOR ID: 1614-07<br>MORRIS TRACK CORP &<br>WILLISTON HIGHLANDS<br>DEVELOPMENT CORP PTNRSHP/NP<br>MIAMI FL 33137 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                          **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279122-99<br>MORRISON & FOERSTER LLP<br>ATTN JASON C DIBATTISTA ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 | CREDITOR ID: 279467-99<br>MORRISON COHEN LLP<br>ATTN JOSEPH T MOLDOVAN ESQ<br>909 THIRD AVE<br>NEW YORK NY 10022 | CREDITOR ID: 279468-99<br>MORRISON COHEN LLP<br>ATTN MICHAEL R DAL LAGO ESQ<br>909 THIRD AVE<br>NEW YORK NY 10022 |
| CREDITOR ID: 1615-07<br>MORRO PALMS SHOPPING CENTER<br>WELLS FARGO BANK CLNT SERV CNT<br>420 MONTGOMERY ST 7TH FL<br>SAN  FRANCISCO CA 94104-7700 | CREDITOR ID: 2414-07<br>MORRO PALMS SHOPPING CENTER PART<br>C/O MRS. MONA GELLER, TRUSTEE<br>2938 DIVISADERO STREET<br>SAN  FRANSICO CA 94123 | CREDITOR ID: 279504-99<br>MOSELEY PRICHARD PARRISH ET AL<br>ATTTN: ERIC L HEARN<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 381800-99<br>MOSELEY PRICHARD PARRISH ET AL<br>ATTN: RICHARD K JONES<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1617-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY TN 37602-4034 | CREDITOR ID: 2417-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY TN 37602-4034 |
| CREDITOR ID: 1618-07<br>MR E M ARNOVITZ & MR M PLASKER<br>LAKESHORE VILLAGE<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA GA 30360 | CREDITOR ID: 1619-07<br>MR HUGH M TARBUTTON<br>KAOLIN PLAZA MGMENT ACCT<br>PO BOX 269<br>SANDERSVILLE GA 31082 | CREDITOR ID: 1620-07<br>MR MALCOLM ROSENBERG<br>C/O ALLSTORE<br>2734 COLONIAL AVENUE<br>ROANOKE VA 24015 |
| CREDITOR ID: 2418-07<br>MR ROBERT S SMALL<br>P O BOX 10287<br>GREENVILLE SC 29603 | CREDITOR ID: 2419-07<br>MR SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS  ANGELES CA 90024 | CREDITOR ID: 2420-07<br>MR. FRED D. BENTLEY, SR.<br>241 WASHINGTON AVENUE<br>PO BOX 968<br>MARIETTA GA 30060 |
| CREDITOR ID: 2421-07<br>MR. LOUIS FEIL<br>C/O THE FEIL ORGANIZATION<br>370 SEVENTH AVE STE 618<br>NEW  YORK NY 10001 | CREDITOR ID: 2424-07<br>MR. MARC DILORENZO<br>1530 PALWARE AVENUE SUITE 15F<br>FORT  LEE NJ 07024-1335 | CREDITOR ID: 2423-07<br>MR. MARC DILORENZO<br>1530 PALISADE AVENUE<br>SUITE 15F<br>FORT  LEE NJ 07024-1335 |
| CREDITOR ID: 2422-07<br>MR. MARC DILORENZO<br>1530 PALISADE AVENUE<br>SUITE 15-F<br>FORT  LEE NJ 07024-1335 | CREDITOR ID: 2425-07<br>MR. SAM GENIRBERG<br>1717 ARLINGTON BLVD<br>EL  CERRITO CA 94530 | CREDITOR ID: 1621-07<br>MRS MILDRED V GRAY<br>4313 HAZELWOOD ROAD<br>ADAMSVILLE AL 35005 |
| CREDITOR ID: 1622-07<br>MT DORA MARKETPLACE LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA  RATON FL 33427-3760 | CREDITOR ID: 2426-07<br>MT DORA MARKETPLACE LTD<br>6353 W. ROGERS CIRCLE<br>SUITE 1<br>BOCA  RATON FL 33487-2757 | CREDITOR ID: 279499-99<br>MUNSCH HARDT KOPF & HARR PC<br>ATTN: SCOTT ELLIS<br>1445 ROSS AVE, STE 4000<br>DALLAS TX 75202 |
| CREDITOR ID: 279498-99<br>MUNSCH HARDT KOPF & HARR PC<br>ATTN: RAYMOND URBANIK<br>1445 ROSS AVE, STE 4000<br>DALLAS TX 75202 | CREDITOR ID: 279489-99<br>MURRAY FRANK & SAILER LLP<br>ATTN AARON D PATTON ESQ<br>275 MADISON AVE 8TH FLR<br>NEW YORK NY 10016 | CREDITOR ID: 279488-99<br>MURRAY FRANK & SAILER LLP<br>ATTN JACQUELINE SAILER ESQ<br>275 MADISON AVE 8TH FLR<br>NEW YORK NY 10016 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1623-07<br>MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK HILL SC 29732-4452 | CREDITOR ID: 2427-07<br>MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK HILL SC 29732-4452 | CREDITOR ID: 2428-07<br>MYSTIC L.L.C.<br>P.O. BOX 100<br>PLATTENVILLE LA 70393 |
| CREDITOR ID: 1624-07<br>N K C PROPERTIES<br>P O BOX 4479<br>DALTON GA 30719 | CREDITOR ID: 2430-07<br>N O M PROPERTIES INC<br>P O BOX 680176<br>PRATTVILLE AL 36068 | CREDITOR ID: 1626-07<br>NALLEY CONSTRUCTION CO INC<br>C/O PICKENS PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641-1929 |
| CREDITOR ID: 2257-07<br>NALLEY, GEORGE B. JR.<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 1375-07<br>NALLEY, GEORGE B. JR.<br>C/O LAURENS SHOPPING CENTER<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 1374-07<br>NALLEY, GEORGE B. JR.<br>C/O GBN PROPERTIES #1<br>PO BOX 1929<br>EASLEY SC 29641-1929 |
| CREDITOR ID: 1627-07<br>NAPLES SOUTH REALTY ASSOICATES<br>C/O AMERICAN COMMERCIAL REALTY<br>4400 PGA BLVD, SUITE 305<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 1628-07<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANGEMENT INC<br>2299 S W 37TH AVE<br>MIAMI FL 33145 | CREDITOR ID: 2331-07<br>NASSAR, JAMIL G. MD TRUSTEE<br>27030 PACIFIC TERRANCE DRIVE<br>MISSION VIEJO CA 92692 |
| CREDITOR ID: 1629-07<br>NATIONAL WESTERN INSURANCE CO<br>ATTN: MORTAGE LOAN DEPT<br>850 EAST ANDERSON LANE<br>AUSTIN TX 78752-1602 | CREDITOR ID: 1630-07<br>NATIONAL WESTERN LIFE INSURANC<br>ATTN MTG LOAN DEPT FOR STORE #<br>850 EAST ANDERSON LANE<br>AUSTIN TX 78752-1602 | CREDITOR ID: 1631-07<br>NAVARRE SQUARE<br>C/O RUTLAND VAN CAMP ASSOC<br>PO BOX 230758<br>MONTGOMERY AL 36123 |
| CREDITOR ID: 1632-07<br>NB/85 ASSOCIATES WAYNE M RUBEN<br>C/O BENDERSON DEVE CO<br>BRADEN RIVER PO LEASE # 49705<br>BRADENTON FL 34204-1199 | CREDITOR ID: 1633-07<br>NDC ASSET MANAGEMENT<br>C/O TOWER CENTER ASSOCIATES<br>4415 FIFTH AVENUE<br>PITTSBURGH PA 15213 | CREDITOR ID: 381852-99<br>NEAL & HARWELL PLC<br>ATTN: MARC MCNAMEE<br>150 FOURTH AVE, NORTH, STE 2000<br>NASHVILLE TN 37219 |
| CREDITOR ID: 279007-99<br>NEIMAN GINSBURG & MAIRANZ PC<br>ATTN GARY GINSBURG ESQ<br>39 BROADWAY 25TH FLR<br>NEW YORK NY 10006 | CREDITOR ID: 279316-99<br>NESTLE<br>ATTN: PETER B KNOX<br>PO BOX 277817<br>ATLANTA GA 30384-7817 | CREDITOR ID: 278684-99<br>NESTLE (NESTLE USA, NESTLE PURINA,<br>NESTLE WATER)<br>ATTN: PETER B KNOX<br>DIRECTOR OF CREDIT & COLLECTIONS<br>PO BOX 277817<br>ATLANTA GA 30384-7817 |
| CREDITOR ID: 1635-07<br>NEW ENGLAND REALTY RESOURCES<br>C/O JOSEPH NORRIS<br>10 WINTHROP SQUARE<br>BOSTON MA 02110 | CREDITOR ID: 2432-07<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS GA 31904 | CREDITOR ID: 1641-07<br>NEW PLAN EXCEL REALTY TRUST<br>ACCOUNT #852487<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-1334 |
| CREDITOR ID: 1640-07<br>NEW PLAN EXCEL REALTY TRUST<br>ACCOUNT #193007<br>4536 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | CREDITOR ID: 1636-07<br>NEW PLAN EXCEL REALTY TRUST<br>4536 COLLECTIONS CENTER DR<br>ACCT # 194012<br>CHICAGO IL 60693 | CREDITOR ID: 2433-07<br>NEW PLAN EXCEL REALTY TRUST<br>1120 AVE OF THE AMERICAS,<br>12TH FLOOR<br>NEW YORK NY 10036 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**　　　　　　　　　　　　　　　　**CASE:    05-11063 (RDD)**

CREDITOR ID: 1644-07
NEW PLAN EXCEL REALTY TRUST IN
PO BOX 402938
ATLANTA GA 30384-2938

CREDITOR ID: 279309-99
NEW PLAN EXCEL REALTY TRUST INC
420 LEXINGTON AVE
NEW YORK NY 10170

CREDITOR ID: 2436-07
NEW PLAN EXCEL REALTY TRUST INC
ACCT 186002
1120 AVE OF AMERICAS, 12TH FL
NEW YORK NY 10036

CREDITOR ID: 2435-07
NEW PLAN EXCEL REALTY TRUST INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 2437-07
NEW PLAN EXCEL REALTY TRUST, INC.
1120 AVENUE OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2441-07
NEW PLAN EXCHANGE PROPERTY OWNER I
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2442-07
NEW PLAN NORMANDY SQUARE,LLC
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2443-07
NEW PLAN REALTY OF ALABAMA INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 1645-07
NEW PLAN REALTY TRUST
4536 COLLECTIONS CENTER DRIVE
ACCT# 219006
CHICAGO IL 60693

CREDITOR ID: 1646-07
NEWBERRY SQUARE SHOPPING CENTER
L-1342
COLUMBUS OH 43260

CREDITOR ID: 1647-07
NEWTON ASSOCIATES
%RICHARD G HOEFLING
7421 CARMEL EXECUTIVE PK STE 2
CHARLOTTE NC 28226

CREDITOR ID: 2444-07
NEWTON DEVELOPMENT, INC
250 WASHINGTON STREET
PRATTVILLE AL 36067

CREDITOR ID: 2445-07
NEWTON OLDACRE MCDONALD
P.O. BOX 680176
ATTN: LEASE DEPT.
PRATTVILLE AL 36068

CREDITOR ID: 2429-07
NKC PROPERTIES
PO BOX 4479
DALTON GA 30719

CREDITOR ID: 1648-07
NMB PARTNERS L P
ATTN: ELTING L CHAPMAN III
PO BOX 2384
MURRELLS INLET SC 29576

CREDITOR ID: 2449-07
NOBLE MANAGEMENT
5821 LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1649-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE FL 33310-0849

CREDITOR ID: 2450-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE FL 33310-0849

CREDITOR ID: 2451-07
NOBLE PROPERTIES
5821-C LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1625-07
NOM PROPERTIES INC
1689 PAYSPHERE CIRCLE
CHICAGO IL 60674-1689

CREDITOR ID: 1650-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE FL 32216

CREDITOR ID: 2452-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE FL 32216

CREDITOR ID: 1651-07
NORTH & SOUTH STATION
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
FT LAUDERDALE FL 33394

CREDITOR ID: 1652-07
NORTH COLUMBUS CROSSING SHOPPI
ATT: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS GA 31904

CREDITOR ID: 1653-07
NORTH HIXSON MARKETPLACE LLC
BLDG F STE 203
6111 PEACHTREE DUNWOODY RD
ATLANTA GA 30328

CREDITOR ID: 1654-07
NORTH MADISON ASSOCIATES LTD
PO BOX 12767
2117 SECOND AVENUE NORTH
BIRMINGHAM AL 35202-2767

CREDITOR ID: 1655-07
NORTH PORT VILLAGE SHOPPING
CENTER ASSOCIATES LTD
C/O ISRAM REALTY & MANGMT INC
HALLANDALE FL 33009

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR: WINN-DIXIE STORES, INC.**                                    **CASE: 05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2453-07<br>NORTH SHORE CROSSINGS, LLC<br>GREAT SOUTH MANAGEMENT, LLC<br>217 JAMESTOWN PARK RD. SUITE #<br>BRENTWOOD TN 37027 | CREDITOR ID: 1656-07<br>NORTHCROSS LAND & DEVELOPMENT<br>PO BOX 403155<br>ATLANTA GA 30384 | CREDITOR ID: 2454-07<br>NORTHCROSS LAND & DEVELOPMENT, LP<br>3800 ARCO CORPORATE DR, SUITE<br>CHARLOTTE NC 28273 |
| CREDITOR ID: 1657-07<br>NORTHEAST PLAZA ASSOCIATES<br>1345 MAIN STREET, SUITE C 2<br>SARASOTA FL 34236-5019 | CREDITOR ID: 1659-07<br>NORTHSIDE ASSOCIATES LLC<br>C/O GABRIEL JEIDEL<br>16 EAST 34TH ST., 16TH FLOOR<br>NEW YORK NY 10016-4328 | CREDITOR ID: 1660-07<br>NORTHSIDE DEVELOPMENT GROUP<br>C/O BLANCHARD & CALHOUN COMMER<br>2743 PERIMETER PARKWAY<br>AUGUSTA GA 30909-1808 |
| CREDITOR ID: 1661-07<br>NORTHSIDE SHOPPING CENTER<br>C/O TALCOR COMMERCIAL REAL EST<br>1018 THOMASVILLE RD SUITE 200A<br>TALLAHASSEE FL 32303 | CREDITOR ID: 1662-07<br>NORTHWAY INVESTMENTS LLC<br>C/O DBR ASSET MGMT LLC<br>1 FINANCIAL PLACE SUITE 2001<br>FORT LAUDERDALE FL 33394 | CREDITOR ID: 1663-07<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE CCIM<br>1855 LAKELAND DRIVE<br>JACKSON MS 39216-5763 |
| CREDITOR ID: 1664-07<br>NORTHWOOD OAKS LLC PROVIDENCE<br>PO BOX 60608<br>CHARLOTTE NC 28260-0608 | CREDITOR ID: 1665-07<br>NORTHWOOD PLAZA LLC<br>8302 LAUREL FAIR CIRCLE, STE 100<br>TAMPA FL 33610-0637 | CREDITOR ID: 2456-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD SC 29648-1095 |
| CREDITOR ID: 1667-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD SC 29648-1095 | CREDITOR ID: 2457-07<br>OAKS SHOPPING CENTER INC<br>806 E 25TH ST<br>SANFORD FL 32771-4548 | CREDITOR ID: 1668-07<br>OAKS SHOPPING CENTER INC<br>806 E 25TH ST<br>SANFORD FL 32771-4548 |
| CREDITOR ID: 279312-99<br>OAKTREE CAPITAL MGMT LLC<br>ATTN: ALAN S ADLER<br>333 S GRAND AVE, 28TH FLR<br>LOS ANGELES CA 90071 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT RD, SUITE 300<br>MARIETTA GA 30066 | CREDITOR ID: 1666-07<br>O'BRIEN KIERNAN INVESTMENT CO<br>1255 POST STREET, SUITE 950<br>SAN FRANCISCO CA 94109 |
| CREDITOR ID: 2458-07<br>OCALA NORTH SHOPPING CENTER<br>% CHARLES WAYNE PROPERTIES, IN<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 1670-07<br>OCEANWAY PLAZA ASSOC LTD<br>C/O FLETCHER BRIGHT COMPANY<br>1827 POWERS FERRY ROAD<br>ATLANTA GA 30339 | CREDITOR ID: 279454-99<br>OCM OPPORTUNITIES FUND V LP<br>C/O OAKTREE CAPITAL MANAGEMENT LLC<br>ATTN ALAN S ADLER<br>333 S GRAND AVE 28TH FLR<br>LOS ANGELES CA 90071 |
| CREDITOR ID: 279302-99<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD C MORRISSEY ESQ<br>33 WHITEHALL ST STE 2100<br>NEW YORK NY 10004 | CREDITOR ID: 269393-99<br>OFFICE OF THE US ATTORNEY, SDNY<br>ATTN DAVID N KELLEY, ESQ<br>1 SAINT ANDREWS PLAZA, ROOM 619<br>NEW YORK NY 10007 | CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOC<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON FL 33427-3760 |
| CREDITOR ID: 2073-07<br>O'NEILL, BARRY F.<br>1355 TERRELL MILL ROAD, BLDG. 1<br>MARIETTA GA 30067 | CREDITOR ID: 1673-07<br>ORANGE GROVE SHOPPING CE<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>MEMPHIS TN 38119-3661 | CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS TX 75201 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1675-07<br>ORIX REAL ESTATE CAPITAL MARKE<br>1717 MAIN ST 12TH FL<br>DALLAS TX 75201 | CREDITOR ID: 2459-07<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE SUITE 360<br>STOCKTON CA 95219 | CREDITOR ID: 278807-99<br>OTTERBOURG STEINDLER HOUSTON ROSEN<br>ATTN: JONATHAN N HELFAT<br>230 PARK AVE 29TH FL<br>NEW YORK NY 10169 |
| CREDITOR ID: 278806-99<br>OTTERBOURG STEINDLER HOUSTON ROSEN<br>ATTN: DAN FIORELLO<br>230 PARK AVE 29TH FL<br>NEW YORK NY 10169 | CREDITOR ID: 279041-99<br>PAGE SCRANTOM SPROUSE ET AL<br>ATTN LEE CHAMPION ESQ<br>1111 BAY AVE 3RD FLR<br>PO BOX 1199<br>COLUMBUS GA 31902-1199 | CREDITOR ID: 1677-07<br>PAJ<br>893 FOX CREEK LANE<br>CINCINNATI OH 45233 |
| CREDITOR ID: 1678-07<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS GA 31914 | CREDITOR ID: 1679-07<br>PALM AIRE MARKETPLACE LL<br>3333 NEW HYDE PARK RD<br>PO BOX 5020<br>NEW  HYDE  PARK NY 11042-0020 | CREDITOR ID: 1680-07<br>PALM BAY WEST<br>C/O EDENS & AVANT<br>PO BOX 528<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1681-07<br>PALM BEACH 2000 INC<br>% DACAR MANAGEMENT LLC<br>336 E DANIA BEACH BLVD<br>DANIA FL 33004-0992 | CREDITOR ID: 1682-07<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>525 PHARR ROAD<br>ATLANTA GA 30305 | CREDITOR ID: 2462-07<br>PALM TRAILS PLAZA<br>C/O REGENCY CENTERS L P<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 1683-07<br>PALM TRAILS PLAZA<br>C/O REGANCY CENTERS LP<br>PO BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 2463-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA PATH SC 29654 | CREDITOR ID: 1684-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA  PATH SC 29654 |
| CREDITOR ID: 1685-07<br>PARADISE ISLE LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 1686-07<br>PARK PLAZA LLC<br>% REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON SC 29072 | CREDITOR ID: 2464-07<br>PARK PLAZA SHOPPING CTR LLC<br>1151 ROBERT E LEE BLVD<br>NEW  ORLEANS LA 70124-0005 |
| CREDITOR ID: 1687-07<br>PARK PLAZA SHOPPING CTR LLC<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | CREDITOR ID: 2465-07<br>PARK SLOPE DEVELOPMENT CORPORATION<br>369 LEXINGTON AVENUE<br>ATTN: LENARD THYLAN, PRES.<br>NEW  YORK NY 10017 | CREDITOR ID: 2466-07<br>PARKLAND PARTNERSHIP LP<br>PO BOX 8509<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1688-07<br>PARKLAND PARTNERSHIP LP<br>POST OFFICE BOX 8509<br>COLUMBIA SC 29202 | CREDITOR ID: 1690-07<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O CASTO<br>191 W NATIONWIDE BLVD STE 200<br>COLUMBUS OH 43215-2568 | CREDITOR ID: 2467-07<br>PASS CHRISTIAN VILLAGE<br>PO BOX 1260<br>RIDGELAND MS 39158 |
| CREDITOR ID: 1692-07<br>PASS CHRISTIAN VILLAGE<br>P O BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 278816-99<br>PATTERSON BELKNAP WEBB & TYLER<br>ATTN MICHAEL HANDLER ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 278815-99<br>PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKEHOUSE ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

CREDITOR ID: 279410-99
PATTERSON BELKNAP WEBB TYLER
ATTN: MICHAEL HANDLER
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 279409-99
PATTERSON BELKNAP WEBB TYLER
ATTN: DAVID DYKEHOUSE
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 2468-07
PATTON PLAZA LLC
8242 MARSH POINTE DRIVE
MONTGOMERY AL 36117

CREDITOR ID: 1694-07
PATTON PLAZA LLC
8242 MARSH POINTE DRIVE
MONTGOMERY AL 36117

CREDITOR ID: 279453-99
PAUL WEISS RIFKIND ET AL
ATTN ALAN W KORNBERG ESQ
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

CREDITOR ID: 1695-07
PAW CREEK CROSSING
C/O LAT PURSER & ASSOCIATES
PO BOX 1070
CHARLOTTE NC 28201-1070

CREDITOR ID: 1698-07
PEARL BRITTAIN INC
ATTN: CYNTHIA FLETCHER
1422 BURTONWOOD DRIVE
GASTONIA NC 28054

CREDITOR ID: 2469-07
PEARL BRITTAIN, INC.
ATTN:  MR. JOSEPH PEARSON
710 SOUTH MARIETTA STREET
GASTONIA NC 28052

CREDITOR ID: 1486-07
PEARLMAN, JEROME H AND FAITH  TR
C/O JEROME H AND FAITH PERLMAN
828 WOODACRES ROAD
SANTA MONICA CA 90402

CREDITOR ID: 2470-07
PELICAN ASSOCIATES
C/O INGBER & KLAPPER LLP
575 LEXINGTON AVENUE, 31ST FLO
NEW  YORK NY 10022

CREDITOR ID: 1699-07
PELICAN ASSOCIATES
C/O GREYHAWKE CAPITAL ADVISORS
350 BEDFORD STREET SUITE 307
STAMFORD CT 06901

CREDITOR ID: 1700-07
PELL CITY MARKETPLACE PARTNERS
C/O HELMS ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 2471-07
PENINSULA UTILITIES INC
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 1701-07
PENINSULA UTILITIES INC
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 1702-07
PENMAN PLAZA ASSOCIATES LTD
3715 NORTHSIDE PKWY NW
300 NORTHCREEK STE 105
ATLANTA GA 30327

CREDITOR ID: 279192-99
PEPE & HAZARD LLP
ATTN CHARLES J FILARDI JR
30 JELIFF LANE
SOUTHPORT CT 06890-1436

CREDITOR ID: 381857-99
PEPPER HAMILTON LLP
ATTN: LINDA CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH & ARCH STREETS
PHILADELPHIA PA 19103-2799

CREDITOR ID: 381855-99
PEPPER HAMILTON LLP
ATTN: JAMES C CARIGNAN
HERCULES PLAZA, STE 5100
1313 MARKET ST, PO BOX 1709
WILMINGTON DE 19899-1709

CREDITOR ID: 278812-99
PEPPER HAMILTON LLP
ATTN: I WILLIAM COHEN
100 RENAISSANCE CENTER 36TH FL
DETROIT MI 48243-1157

CREDITOR ID: 381856-99
PEPPER HAMILTON LLP
ATTN: ALAN SABLE
500 GRANT ST, 50TH FLR
PITTSBURGH PA 15219-2502

CREDITOR ID: 279314-99
PEPSICO
ATTN: MARTY SCAMINACI
PO BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 279311-99
PEPSICO
ATTN: SCOTT JOHNSON
7701 LEGACY DR 38-109
PLANO TX 75024

CREDITOR ID: 278682-99
PEPSICO & SUBSIDIARIES
ATTN: MARTY SCAMINACI
DIRECTOR FINANCIAL SERVICES
PO BOX 844700
DALLAS TX 75284-4700

CREDITOR ID: 1703-07
PEREGINE PROPERTIES LP
C/O PRINCIPLE MUTUAL LIFE
ASSURANCE #399570
DES  MOINES IA 50306-0387

CREDITOR ID: 2473-07
PEREGRINE PROPERTIES L P
711 HIGH STREET REF NO 750421
DES  MOINES IA 50392

CREDITOR ID: 2472-07
PEREGRINE PROPERTIES L P
711 HIGH STREET
DES  MOINES IA 50392

CREDITOR ID: 2474-07
PERIMETER PLACE ASSOCIATES
1201 NORTH PETERSON AVENUE
DOUGLAS GA 31533-0269

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1704-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 1705-07<br>PERIPETY GROUP INC C/O COMM P<br>SUITE 240-178<br>3605 SANDY PLAINS RD<br>MARIETTA GA 30066 | CREDITOR ID: 381863-99<br>PERKINS COIE LLP<br>ATTN: BRUCE MACINTYRE<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 |
| CREDITOR ID: 2475-07<br>PHIL & SHARON DRAKE<br>106 PALMER STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 2476-07<br>PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>PO BOX 3211<br>CLEARWATER FL 33767 |
| CREDITOR ID: 1706-07<br>PHOENIX JR INC<br>P O BOX 3211<br>CLEARWATER FL 33767 | CREDITOR ID: 2478-07<br>PICKENS PARTNERSHIP<br>P.O BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 1707-07<br>PINAR ASSOC SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE TN 37939-1229 |
| CREDITOR ID: 1708-07<br>PINE ISLAND SHOPPING CENTER<br>C/O THE BIRCH CO<br>PO BOX 61156<br>FT MYERS FL 33906 | CREDITOR ID: 1709-07<br>PINE PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>925 SOUTH FEDERAL HIGHWAY<br>BOCA RATON FL 33432 | CREDITOR ID: 1711-07<br>PINEROOTS LLC<br>C/O GORDON P SUMMERS JR MGR<br>PO BOX 1565<br>LAKE CITY FL 32056 |
| CREDITOR ID: 1712-07<br>PINES/CARTER<br>C/O PINES GROUP INC<br>3301 PONCE DELEON BLVD<br>CORAL GABLES FL 33134 | CREDITOR ID: 1713-07<br>PINETREE PARTNERS LTD<br>113 BASCOM COURT, SUITE A<br>COLUMBUS GA 31909-8562 | CREDITOR ID: 1714-07<br>PINEWOOD PLAZA ASSOCIATES<br>%RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PK STE<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 279496-99<br>PITNEY HARDIN LLP<br>ATTN: PETER A FORGOSH<br>200 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932-0950 | CREDITOR ID: 279051-99<br>PITNEY HARDIN LLP<br>ATTN CONRAD K CHIU ESQ<br>7 TIMES SQUARE<br>NEW YORK NY 10036 |
| CREDITOR ID: 278789-99<br>PITNEY HARDIN LLP<br>ATTN SCOTT A ZUBER ESQ<br>200 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932-0950 | CREDITOR ID: 1716-07<br>PLAZA WEST 15190117351<br>1ST UNION NATL BK MAIL DEPT<br>PO BOX 522817<br>MIAMI FL 33152-2817 | CREDITOR ID: 2277-07<br>PLUNKETT, H.C.<br>PO BOX 5306<br>JACKSON MS 39296-5306 |
| CREDITOR ID: 1403-07<br>PLUNKETT, H.C.<br>PO BOX 5306<br>JACKSON MS 39296-5306 | CREDITOR ID: 1402-07<br>PLUNKETT, H.C.<br>C/O BATESVILLE SECURITY BANK<br>TMAS 7300228<br>PO BOX 690<br>BATESVILLE MS 38606 | CREDITOR ID: 1717-07<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>5200 PARK ROAD SUITE 120<br>CHARLOTTE NC 28209 |
| CREDITOR ID: 279088-99<br>PODVEY, SACHS, MEANOR, ET AL.<br>ATTN: ROBERT K. SCHEINBAUM<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102 | CREDITOR ID: 1719-07<br>PONCE REALTY COMPANY<br>C/O SOUTHERN MGMT & DEV<br>PO BOX 11229<br>KNOXVILLE TN 37939 | CREDITOR ID: 1720-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE NC 28305 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2479-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE NC 28305 | CREDITOR ID: 1721-07<br>POPPS FERRY MS DEV<br>P O BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 2480-07<br>POPPS FERRY MS DEV<br>PO BOX 81322<br>MOBILE AL 36689 |
| CREDITOR ID: 279417-99<br>PORZIO BROMBERG & NEWMAN PC<br>ATTN: BRETT S MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962-1997 | CREDITOR ID: 279416-99<br>PORZIO BROMBERG & NEWMAN PC<br>ATTN: WARREN J MARTIN<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 | CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>% PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL GA 30076-3239 |
| CREDITOR ID: 278699-99<br>POWERHOUSE PRODUCE LLC<br>ATTN JAMES BANKS, ACCOUNT MANAGER<br>PO BOX 368<br>RIVERHEAD NY 11901 | CREDITOR ID: 1723-07<br>PRB INVESTMENTS LLC<br>ATTN: PHILLIP BULLIARD<br>2424 EDENBORN AVE STE 600<br>METAIRIE LA 70001 | CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, L.P.<br>1717 WOODSTEAD COURT<br>THE  WOODLANDS TX 77380-0077 |
| CREDITOR ID: 1726-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE NC 28204-2857 | CREDITOR ID: 2483-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE NC 28204-2857 | CREDITOR ID: 1727-07<br>PRIME SHOPPES PARTNERS<br>C/O BRANDY ONE REAL ESTATE MGMT<br>2 PONDS EDGE DR<br>CHADDS FORD PA 19317 |
| CREDITOR ID: 1728-07<br>PRIMO JUSTICE PROPERTIES LLC<br>ATTN:  TERESA SCIAPPA<br>PO BOX 1493<br>STEUBENVILLE OH 43952 | CREDITOR ID: 1729-07<br>PRINCIPAL CAPITAL MANAGEMENT L<br>LOAN #751639<br>PO BOX 8245<br>DES MOINES IA 50301-8245 | CREDITOR ID: 1730-07<br>PRINCIPAL LIFE INSURANCE CO<br>% PRINCIPAL CAPITAL MGMT LN#75<br>ATTN:  CONNIE COLE<br>801 GRAND AVE<br>DES MOINES IA 50392 |
| CREDITOR ID: 2484-07<br>PRINCIPAL LIFE INSURANCE CO.<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 | CREDITOR ID: 1742-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>PO BOX 8245<br>LOAN D 750962<br>DES MOINES IA 50306-8245 | CREDITOR ID: 1734-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>PO BOX 10387<br>LOAN 399600<br>DES MOINES IA 50306 |
| CREDITOR ID: 2485-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 | CREDITOR ID: 1743-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE FL 33063-4246 | CREDITOR ID: 2486-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE FL 33063-4246 |
| CREDITOR ID: 279315-99<br>PROCTOR & GAMBLE DIST CO<br>ATTN: JAY JONES<br>PO BOX 100537<br>ATLANTA GA 30384-0537 | CREDITOR ID: 278683-99<br>PROCTOR & GAMBLE DISTRIBUTING CO.<br>ATTN: JAY JONES, CR. MGR.<br>PO BOX 100537<br>ATLANTA GA 30384-0537 | CREDITOR ID: 1745-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1235<br>GREENVILLE SC 29602-1806 |
| CREDITOR ID: 1744-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1023<br>GREENVILLE SC 29602-1806 | CREDITOR ID: 2487-07<br>PROMENADES MALL (E & A), LLC<br>900 NATIONS BNK PLZ, 1901 MAIN<br>ATTN: JODIE MCLEAN<br>COLUMBIA SC 29202 | CREDITOR ID: 1746-07<br>PROMENADES MALL (E&A), LLC<br>PO BOX 528<br>COLUMBIA SC 29202 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

DEBTOR:   WINN-DIXIE STORES, INC.                                                                CASE:   05-11063 (RDD)

CREDITOR ID: 1747-07
PROMVENTURE LIMITED PARTNERSHI
C/O GUMBERG ASSET MGMT CORP
PO BOX 951559
CLEVELAND OH 44193-0124

CREDITOR ID: 2488-07
PROPERTY CONCEPTS INC
545 WATERGATE CT
ROSWELL GA 30076-3239

CREDITOR ID: 2489-07
PROPERTY ONE, INC.
2014 WEST PINHOOK ROAD
SUITE 705
LAFAYETTE LA 70508-8505

CREDITOR ID: 1749-07
PSMA LTD AP FLA FP FLA TIC
C/O PHILIPS INTL HOLDING CORP
295 MADISON AVE 2ND FLOOR
NEW YORK NY 10017-5820

CREDITOR ID: 315657-99
QUADRANGLE GROUP LLC
ATTN: ANDREW HERENSTEIN
375 PARK AVE, 14TH FL
NEW YORK NY 10152

CREDITOR ID: 315656-99
QUADRANGLE GROUP LLC
ATTN: PATRICK BARTEL
375 PARK AVE, 14TH FL
NEW YORK NY 10152

CREDITOR ID: 1750-07
QUAIL ROOST ASSOC. PARTNERSHIP
1575 SAN IGNACIO AVE STE 100
CORAL GABLES FL 33146

CREDITOR ID: 1751-07
QUAIL RUN VILLAGE
FRANCIS CARRINGTON
PO BOX 1328
EUREKA CA 95502

CREDITOR ID: 1752-07
QUINCY ASSOCIATES LTD
PO BOX 999
CHADDS  FORD PA 19317

CREDITOR ID: 2491-07
QUINCY ASSOCIATES LTD
PO BOX 999
CHADDS FORD PA 19317

CREDITOR ID: 2492-07
R.V. MANAGEMENT COMPANY
9100 BATTLE POINT DRIVE, N E
BAINBRIDGE  ISLAND WA 98110-1482

CREDITOR ID: 279307-99
R2 INVESTMENTS LDC
C/O AMALGAMATED GADGET LP
ATTN: DAVE GILLESPIE
301 COMMERCE ST STE 3200
FORT WORTH TX 76102

CREDITOR ID: 1755-07
RAB LAND & DEVELOPMENT INC
PO BOX 46345
ST  PETERSBURG  BEACH FL 33741-6345

CREDITOR ID: 2493-07
RAB LAND & DEVELOPMENT INC
PO BOX 46345
ST PETERSBURG  BEACH FL 33741-6345

CREDITOR ID: 1756-07
RAINBOW MARKETPLACE LLC
PO BOX 346
GADSDEN AL 35902

CREDITOR ID: 2494-07
RAINBOW MARKETPLACE LLC
PO BOX 346
GADSDEN AL 35902

CREDITOR ID: 1757-07
RAINBOW SPRINGS VENTURES LC
C/O CHASE ETERPRISES
ONE COMMERCIAL PLAZA
HARTFORD CT 06103

CREDITOR ID: 2495-07
RAINSAN PROPERTIES,LLC
C/O KIN PROPERTIES, INC
185 NW SPANISH RIVER BLVD, STE
BOCA  RATON FL 33431-4230

CREDITOR ID: 1758-07
RALPH MEITIN FAMILY PARTNERSHIP LTD
PO BOX 162732
ALTAMONTE SPRINGS FL 32716-2732

CREDITOR ID: 1759-07
RAMCO USA DEVELOPMENT INC
PO BOX 2291
174 WEST COMSTOCK AVE #100
WINTER PARK FL 32790

CREDITOR ID: 1760-07
RANDALL BENDERSON 1993-1 TRUST
BRADEN RIVER PO
LEASE# S3641
PO BOX 21199
BRADENTON FL 34204-1199

CREDITOR ID: 1761-07
RANDY ROARK
PO BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 1762-07
RAPPAPORT MANAGEMENT CO
8405 GREENSBORO DRIVE, STE 830
MCLEAN VA 22102-5118

CREDITOR ID: 1763-07
RAYNE PLAZA SHOPPING CENTER
P.O. BOX 258
RAYNE LA 70578-0258

CREDITOR ID: 2497-07
RAYNE PLAZA SHOPPING CENTER
P.O. BOX 258
RAYNE LA 70578-0258

CREDITOR ID: 2498-07
REAL EQUITIES LMTD. PARTNERSHIP II
1696 NE MIAMI GARDENS DRIVE
NORTH  MIAMI  BEACH FL 33179

CREDITOR ID: 2499-07
REALTY MANAGEMENT CONSULTANTS INC.
PO BOX 137
GREENDALE WI 53129-0137

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1764-07<br>RED OAK SHOPPING CENTER LLC<br>5871 GLENRIDGE DRIVE, STE 400<br>ATLANTA GA 30328 | CREDITOR ID: 2500-07<br>REDD REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>BUILDING 10 SUITE 101<br>ATLANTA GA 30327-3052 | CREDITOR ID: 381791-99<br>REED & REED<br>ATTN: DIANE REED<br>501 N COLLEGE ST<br>WAXAHACHIE TX 75165 |
| CREDITOR ID: 381849-99<br>REED SMITH LLP<br>ATTN: KURT F GWYNNE, ESQ<br>1201 N MARKET ST<br>WILMINGTON DE 19801 | CREDITOR ID: 381847-99<br>REED SMITH LLP<br>ATTN: ELENA LAZAROU<br>599 LEXINGTON AVE, 28TH FL<br>NEW YORK NY 10022 | CREDITOR ID: 381840-99<br>REED SMITH LLP<br>ATTN: ROBERT M MARINO<br>1301 K STREET NW<br>STE 1100 EAST TOWER<br>WASHINGTON DC 20005-3317 |
| CREDITOR ID: 381848-99<br>REED SMITH LLP<br>ATTN: ANDREW MORRISON<br>599 LEXINGTON AVE, 27TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 1765-07<br>REEF ASSOCIATES LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY SUITE 800<br>MIAMI FL 33126-4677 | CREDITOR ID: 1767-07<br>REGENCY CENTERS INC<br>MARINERS VILLAGE<br>PO BOX 532937<br>ATLANTA GA 30353-2937 |
| CREDITOR ID: 1766-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 2501-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 2718<br>JACKSONVILLE FL 32232 | CREDITOR ID: 2502-07<br>REGENCY CENTERS, LP<br>121 W FORSYTH STREET, STE. 200<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 2503-07<br>REGENCY REALTY GROUP, INC.<br>PO BOX 2718<br>JACKSONVILLE FL 32232 | CREDITOR ID: 1768-07<br>REGENCY SAVING BANK FSB<br>LOAN SERVICING DEPT<br>11 WEST MADISON<br>OAK PARK IL 60302 | CREDITOR ID: 1769-07<br>REGENCY SAVINGS BANK F S B<br>ATTN: COMMERCIAL LOAN SAVINGS<br>11 WEST MADISON<br>OAK  PARK IL 60302 |
| CREDITOR ID: 1770-07<br>REGENT INVESTMENT CORPORATION<br>222 THIRD STREET SE, STE 230<br>CEDAR  RAPIDS IA 52401 | CREDITOR ID: 279442-99<br>REISMAN, GLENN M<br>TWO CORPORATE DRIVE, STE 648<br>PO BOX 861<br>SHELTON CT 06484-0861 | CREDITOR ID: 279404-99<br>RELIANCE STANDARD LIFE INSURANCE CO<br>ATTN: EARL E MCEVOY<br>2001 MARKET ST STE 1500<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 2504-07<br>RETAIL ASSET MANAGEMENT<br>P O BOX 5666<br>CLEARWATER FL 33758-5666 | CREDITOR ID: 1771-07<br>RETAIL CENTER HAMPTON LLC<br>C/O T&F PROPERTIES<br>153 GREENVILLE STREET S W<br>AIKEN SC 29801 | CREDITOR ID: 2505-07<br>RETAIL CENTER HAMPTON LLC<br>378 KNOLLWOOD DRIVE<br>CHARLESTON WV 25302 |
| CREDITOR ID: 1772-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1036 | CREDITOR ID: 2506-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 8860<br>MOBILE AL 36689 | CREDITOR ID: 1773-07<br>RETREAT VILLAGE MANAGEMENT CO<br>PO BOX 5046<br>MACON GA 31208 |
| CREDITOR ID: 2507-07<br>RETREAT VILLAGE MANAGEMENT CO,LLC<br>P.O BOX 5046<br>MACON GA 31208 | CREDITOR ID: 1774-07<br>RIAL CORPORATION<br>C/O WILLIAM C STILLWAGON<br>319 SOUTH MAPLE AVE<br>GREENSBURG PA 15601-3218 | CREDITOR ID: 2508-07<br>RICHARD A NEWMAN<br>ARENT FOX KINTNER PLOTKIN & KA<br>1050 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-5339 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1775-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL WELLS TX 76067 | CREDITOR ID: 2509-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL WELLS TX 76067 | CREDITOR ID: 279439-99<br>RICHARD BLACKSTONE WEBBER II PA<br>ATTN: RICHARD BLACKSTON WEBBER II<br>320 MAITLAND AVE<br>ALTAMONTE SPRINGS FL 32701 |
| CREDITOR ID: 2510-07<br>RICHARD J. LINDNER<br>111 GILES AVENUE<br>JERSEY CITY NJ 07306 | CREDITOR ID: 278803-99<br>RICHARD W WARD ESQ<br>2527 FAIRMOUNT ST<br>DALLAS TX 75201 | CREDITOR ID: 279464-99<br>RICH-SEAPAK CORPORATION<br>C/O ARNALL GOLDEN GREGORY LLP<br>ATTN DARRYL S LADDIN ESQ<br>201 SECOND ST STE 1000<br>MACON GA 31201 |
| CREDITOR ID: 279465-99<br>RICH-SEAPAK CORPORATION<br>C/O ARNALL GOLDEN GREGORY LLP<br>ATTN JAMES P SMITH ESQ<br>201 SECOND ST STE 1000<br>MACON GA 31201 | CREDITOR ID: 1777-07<br>RILEY PLACE LLC<br>PO BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 1778-07<br>RIVER OAKS<br>C/O HUGHES REAL ESTATE INC<br>PO BOX 2567<br>GREENSVILLE SC 29602 |
| CREDITOR ID: 278709-99<br>RIVERDALE FARMS<br>ATTN VANESSA FERNANDEZ CONTROLLER<br>PO BOX 861093<br>ORLANDO FL 32886-3356 | CREDITOR ID: 279478-99<br>RIVERDALE FARMS INC<br>C/O BROAD AND CASSEL<br>ATTN C CRAIG ELLER ESQ<br>ONE N CLEMATIS ST STE 500<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 279476-99<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN WARREN J MARTIN JR ESQ<br>100 SOUTHGATE PARKWAY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 |
| CREDITOR ID: 279477-99<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN BRETT S MOORE ESQ<br>100 SOUTHGATE PKWY<br>MORRISTOWN NJ 07962 | CREDITOR ID: 1779-07<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA GA 30384-9436 | CREDITOR ID: 2516-07<br>RIZIKA, ROBERT N<br>107 WINDWARD DR<br>PALM BEACH GARDENS FL 33418-4012 |
| CREDITOR ID: 1780-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM MA 02027-0111 | CREDITOR ID: 2512-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM MA 02027-0111 | CREDITOR ID: 2513-07<br>ROANOKE LANDING, LTD<br>C/O NEW PLAN EXCEL REALTY TRUS<br>1120 AVENUE OF THE AMERICAS 12<br>NEW YORK NY 10036 |
| CREDITOR ID: 2496-07<br>ROARK, RANDY<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 1781-07<br>ROBERT D POWERS<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA AL 36027 | CREDITOR ID: 1782-07<br>ROBERT G HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 |
| CREDITOR ID: 2514-07<br>ROBERT G HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 | CREDITOR ID: 1783-07<br>ROBERT H PALMER JR<br>PO BOX 3146<br>JOHNSON CITY TN 37602 | CREDITOR ID: 2515-07<br>ROBERT H PALMER JR<br>PO BOX 3146<br>JOHNSON CITY TN 37602 |
| CREDITOR ID: 1784-07<br>ROBERT N RIZIKA<br>107 WINDWARD DR<br>PALM BEACH GARDENS FL 33418-4012 | CREDITOR ID: 1785-07<br>ROBERTSDALE DEV LLC<br>P O BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 2517-07<br>ROBERTSDALE DEV LLC<br>PO BOX 81322<br>MOBILE AL 36689 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                 **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279042-99<br>ROBINSON BROG ET AL<br>ATTN FRED B RINGEL ESQ<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK NY 10105 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1787-07<br>ROEBUCK VENTURES LTD<br>C/O JP PROPERTIES INC<br>135 PARKSIDE CLOSE<br>ALPHARETTA GA 30022 |
| CREDITOR ID: 279196-99<br>ROETZEL & ANDRESS<br>ATTN DIANA M THIMMIG ESQ<br>1375 E NINTH ST<br>ONE CLEVELAND CTR 9TH FLR<br>CLEVELAND OH 44115 | CREDITOR ID: 2518-07<br>RONALD BENDERSON<br>8441 COOPER CREEK BLVD<br>UNIVERSITY  PARK FL 34201 | CREDITOR ID: 1789-07<br>RONALD BENDERSON 1995 TRUST<br>LEASE #54962 A/B4786<br>PO BOX 21199<br>BRADENTON FL 34204-1199 |
| CREDITOR ID: 1788-07<br>RONALD BENDERSON 1995 TRUST<br>BRADENTON RIVER POST OFFICE<br>PO BOX 21199<br>BRADENTON FL 34204-1199 | CREDITOR ID: 2533-07<br>ROPER, SAMUEL C<br>1209 CHICHESTER ST<br>ORLANDO FL 32803 | CREDITOR ID: 2520-07<br>RORELORY-LAPLACE, LLC<br>ATTN: ROBERT D. HESS<br>1916 BUTTERNUT AVENUE<br>METAIRIE LA 70001 |
| CREDITOR ID: 1790-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON NC 27536-0108 | CREDITOR ID: 2521-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON NC 27536-0108 | CREDITOR ID: 278705-99<br>ROSS LABORATORIES<br>ATTN PHIL POLK, CONTROLLER<br>DEPT L-281<br>COLUMBUS , OH 43260-0001 |
| CREDITOR ID: 1792-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH  BAY FL 33493 | CREDITOR ID: 2523-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY FL 33493 | CREDITOR ID: 1793-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH  BAY FL 33493 |
| CREDITOR ID: 2524-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY FL 33493 | CREDITOR ID: 1794-07<br>ROYAL HOMES INC<br>PO BOX 12767<br>BIRMINGHAM AL 35203-2767 | CREDITOR ID: 1795-07<br>ROYAL OAKS BRANDON PARTNERS<br>PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST. PETERSBURG FL 33743 |
| CREDITOR ID: 1796-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE FL 33154-6612 | CREDITOR ID: 2525-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE FL 33154-6612 | CREDITOR ID: 1797-07<br>ROYALS O K LUNCH INC<br>324 SW 16TH ST<br>BELLE  GLADE FL 33430-2824 |
| CREDITOR ID: 2526-07<br>ROYALS O K LUNCH INC<br>324 SW 16TH ST<br>BELLE GLADE FL 33430-2824 | CREDITOR ID: 1754-07<br>RP BARREN RIVER LLC<br>PO BOX 643003<br>CINCINNATI OH 45264-3003 | CREDITOR ID: 2527-07<br>RP BARREN RIVER, LLC<br>%USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 |
| CREDITOR ID: 1798-07<br>RSSC LLC<br>31500 NORTHWESTERN HWY, STE 300<br>FARMINGTON HILLS MI 48334-3113 | CREDITOR ID: 2661-07<br>RUBEN, WAYNE<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 1799-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE  PARK NJ 07662 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2528-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE  PARK NJ 07662 | CREDITOR ID: 2529-07<br>RUSHMORE FRIENDSHIP L.L.C.<br>C/O RUSHMORE PROPERTIES, L.P.<br>414 NORTH ORLEANS SUITE 210<br>CHICAGO IL 60610 | CREDITOR ID: 1800-07<br>RUSHMORE FRIENDSHIP LLC<br>C/O SOUTHERN MGMT & DEVELOPMENT<br>PO BOX 11229<br>KNOXVILLE TN 37919 |
| CREDITOR ID: 1801-07<br>RUTH GUEST HOUSE INC<br>BOULDER VENTURE SOUTH LLC<br>2226 SR 580<br>CLEARWATER FL 33763 | CREDITOR ID: 1802-07<br>RUTH S SMITH SNODGRASS AIRES<br>308 RUNNING WINDS LANE<br>MAITLAND FL 32751 | CREDITOR ID: 2329-07<br>RUTLAND, JAMES W. III<br>PO BOX 230758<br>MONTGOMERY AL 36123 |
| CREDITOR ID: 2330-07<br>RUTLAND, JAMES W. JR.<br>DALRAIDA PROPERTIES, INC.<br>PO BOX 230758<br>MONTGOMERY AL 36123-0758 | CREDITOR ID: 279433-99<br>RYNN & JANOWSKY LLP<br>ATTN: PATRICIA RYNN<br>4100 NEWPORT PLACE DRIVE<br>SUITE 700<br>NEWPORT BEACH CA 92660 | CREDITOR ID: 279434-99<br>RYNN & JANOWSKY LLP<br>ATTN: PRISCILLA GRANNIS<br>4100 NEWPORT PLACE DRIVE<br>SUITE 700<br>NEWPORT BEACH CA 92660 |
| CREDITOR ID: 1803-07<br>S & C PROPERTIES<br>1100 SPRING ST NW BLDG 550<br>ATLANTA GA 30309 | CREDITOR ID: 2530-07<br>S&C PROPERTIES<br>1100 SPRING ST NW BLDG 550<br>ATLANTA GA 30309 | CREDITOR ID: 278711-99<br>SAFE HARBOR SEAFOOD<br>ATTN JACK JONES, CFO<br>4371 OCEAN STREET<br>MAYPORT, FL 32233-2417 |
| CREDITOR ID: 1804-07<br>SALEM CROSSING SHOPPING CENTER<br>% SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE<br>ATLANTA GA 30328 | CREDITOR ID: 1805-07<br>SALEMO VILLAGE SHOPPING CENTER<br>C/O EQUITY ONE REALTY MGMT INC<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 | CREDITOR ID: 2531-07<br>SAM DEVELOPMENT ASSOC, LLC<br>% BRYANT ASSET MANAGEMENT<br>2900 WESTCHESTER AVENUE<br>PURCHASE NY 10577 |
| CREDITOR ID: 1806-07<br>SAM DEVELOPMENT ASSOCIATES LLC<br>PO BOX 826107<br>PHILADELPHIA PA 19182-6107 | CREDITOR ID: 1807-07<br>SAMUEL C ROPER<br>1209 CHICHESTER ST<br>ORLANDO FL 32803 | CREDITOR ID: 2534-07<br>SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS  ANGELES CA 90024 |
| CREDITOR ID: 1808-07<br>SAMUEL OSCHIN TRUSTEE BARBARA<br>OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>LOS  ANGELES CA 90071-2806 | CREDITOR ID: 1809-07<br>SAMUEL OSCHIN TRUSTEE MICHAEL<br>OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>LOS  ANGELES CA 90071-2806 | CREDITOR ID: 2535-07<br>SAN ANGELO TX WD LP<br>C/O I. REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 |
| CREDITOR ID: 1810-07<br>SANDEFUR INVESTMENTS INC<br>806 EAST 25TH STREET<br>SANDFORD FL 32771 | CREDITOR ID: 2536-07<br>SANDEFUR INVESTMENTS INC<br>806 EAST 25TH STREET<br>SANDFORD FL 32771 | CREDITOR ID: 278718-99<br>SANDERSON FARMS<br>ATTN NEAL MORGAN, DIRECTOR OF SALES<br>PO BOX 988<br>LAUREL, MS 39441-0988 |
| CREDITOR ID: 1811-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE FL 32203 | CREDITOR ID: 2537-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE FL 32203 | CREDITOR ID: 1812-07<br>SANDRA MACKEY<br>3590 CLOUDLAND DRIVE N W<br>ATLANTA GA 30327 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2538-07<br>SANDRA MACKEY<br>3590 CLOUDLAND DRIVE NW<br>ATLANTA GA 30327 | CREDITOR ID: 278691-99<br>SARA LEE FOODS<br>ATTN JOEL CARTRIGHT,<br>CREDIT MANAGER<br>PO BOX 905466<br>CHARLOTTE, NC 28290 | CREDITOR ID: 1813-07<br>SARRIA ENTERPRISES INC<br>ATTN:  FRANCISCO SARRIA<br>4725 SW 8TH STREET<br>MIAMI FL 33134 |
| CREDITOR ID: 1814-07<br>SARRIA HOLDINGS II INC<br>4725 SOUTHWEST 8TH STREET<br>MIAMI FL 33134 | CREDITOR ID: 2539-07<br>SARRIA HOLDINGS II INC<br>4725 SW 8TH STREET<br>MIAMI FL 33134 | CREDITOR ID: 1815-07<br>SARRIA HOLDINGS INC<br>C/O FRANCISCO SARRIA<br>4725 SW 8TH ST<br>MIAMI FL 33134 |
| CREDITOR ID: 1817-07<br>SAUFLEY FIELD PARTNERS LTD<br>C/O NEWTON OLDACRE MACDONALD<br>PO BOX 680176<br>PRATTVILLE AL 36068 | CREDITOR ID: 1818-07<br>SAVITAR A/M/A SRA/AMERICAN LLC<br>SAVITAR AS AGENT FOR<br>SUITE 5A<br>POMPANO  BEACH FL 33073 | CREDITOR ID: 1819-07<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE OH 43537 |
| CREDITOR ID: 2540-07<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE OH 43537 | CREDITOR ID: 279495-99<br>SCARELLA ROSEN & SLOME<br>ATTN: THOMAS SLOME<br>333 EARLE OVINGTON BLVD, STE 901<br>UNIONDALE NY 11553 | CREDITOR ID: 278820-99<br>SCARELLA ROSEN & SLOME<br>ATTN ADAM L ROSEN ESQ<br>333 EARLE OVINGTON BLVD STE 901<br>UNIONDALE NY 11553 |
| CREDITOR ID: 278720-99<br>SCHERING PLOUGH HEALTH CARE<br>ATTN: JOHN GLYNN<br>PO BOX 100373<br>ATLANTA, GA 30384 | CREDITOR ID: 278773-99<br>SCHERING PLOUGH HEALTH CARE<br>ATTN: JOHN GLYNN - DIRECTOR, TRADE<br>3030 JACKSON AVENUE<br>MEMPHIS TN 38151 | CREDITOR ID: 1821-07<br>SCHILLECI MILLBROOK SC LLC<br>2233 HALCYON BLVD<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 2541-07<br>SCHILLECI MILLBROOK SC,LLC<br>1700 EMORY FOLMAR BLVD.<br>MONTGOMERY AL 36110 | CREDITOR ID: 1822-07<br>SCHOOL ST CROSSING LP<br>C/O  THE MALTIACE COMPANY<br>PO BOX 13809<br>JACKSON MS 39236-3809 | CREDITOR ID: 278702-99<br>SCHREIBER FOODS, INC.<br>ATTN KRIS SKUPAS, CREDIT MANAGER<br>PO BOX 905008<br>CHARLOTTE NC 28290-5008 |
| CREDITOR ID: 1823-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES CA 90036 | CREDITOR ID: 2542-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES CA 90036 | CREDITOR ID: 1825-07<br>SCP WINTER GARDEN FL LLC<br>1300 POST OAK BLVD., STE 2000<br>HOUSTON TX 77056 |
| CREDITOR ID: 1826-07<br>SCRIBE RIVIERA JV<br>6761 W INDIANTOWN RD STE 29<br>JUPITER FL 33458 | CREDITOR ID: 2544-07<br>SCRIBE RIVIERA JV<br>6761 W INDIANTOWN RD STE 29<br>JUPITER FL 33458 | CREDITOR ID: 1828-07<br>SEBRING SQUARE LTD<br>PO BOX 2162<br>PALM BEACH FL 33480 |
| CREDITOR ID: 2546-07<br>SEBRING SQUARE LTD.<br>P.O. BOX 2707<br>PALM  BEACH FL 33480 | CREDITOR ID: 269678-99<br>SEC BOSTON DISTRICT OFFICE<br>ATTN WALTER G RICCIARDI, DIST ADMIN<br>73 TREMONT STREET, SUITE 600<br>BOSTON MA 02108-3912 | CREDITOR ID: 269676-99<br>SEC HEADQUARTERS<br>450 FIFTH STREET NW<br>WASHINGTON DC 20549 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 269677-99<br>SEC NORTHEAST REGIONAL OFFICE<br>ATTN JOHN MURRAY<br>THE WOOLWORTH BUILDING<br>233 BROADWAY<br>NEW YORK NY 10279 | CREDITOR ID: 269679-99<br>SEC PHILADELPHIA DISTRICT OFFICE<br>ATTN ARTHUR S GABINET, DIST ADMIN<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1532 | CREDITOR ID: 1829-07<br>SELIG ENTERPRISES INC<br>ATTN: ROBERT C RIDDLE<br>1100 SPRING ST SUITE 550<br>ATLANTA GA 30309 |
| CREDITOR ID: 2328-07<br>SELL, JAMES AND CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | CREDITOR ID: 1479-07<br>SELL, JAMES AND CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | CREDITOR ID: 2547-07<br>SELMA HWY 80 VENTURE 11<br>PO BOX 12767<br>BIRMINGHAM AL 35203-2767 |
| CREDITOR ID: 2548-07<br>SELMA-DIX PROPERTIES CORP.<br>TWO PENN PLAZA, SUITE 1586<br>NEW YORK NY 10121-0101 | CREDITOR ID: 1830-07<br>SENDERO COMMERCIAL INVESTMENTS<br>C/O HUTCH HARPER<br>PO BOX 91228<br>SAN ANTONIO TX 78209 | CREDITOR ID: 2549-07<br>SES GROUP MIAMI SPRINGS, LTD<br>C/O ROBERT JONES, GENERAL PART<br>P.O. BOX 2474<br>NAPLES FL 34106 |
| CREDITOR ID: 2550-07<br>SG PARTNERSHIP<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 1832-07<br>SHADES CREEK PARTNERS<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 | CREDITOR ID: 1833-07<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>50 TICE BLVD<br>WOODCLIFF  LAKE NJ 07675 |
| CREDITOR ID: 2697-07<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>50 TICE BLVD.<br>WOODCLIFF  LAKE NJ 07675 | CREDITOR ID: 1834-07<br>SHANNON VILLAGE SHOPPING CENTE<br>PO BOX 676<br>LOUISBURG NC 27549 | CREDITOR ID: 2551-07<br>SHANNON VILLAGE SHOPPING CNTR, INC<br>%JOHN D. ROCK<br>114 CAROL CIRCLE PO BOX 676<br>LOUISBURG NC 27549 |
| CREDITOR ID: 381854-99<br>SHAPIRO & CROLAND<br>ATTN: ROBERT SHAPIRO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE, 6TH FLR<br>HACKENSACK NJ 07601 | CREDITOR ID: 381853-99<br>SHAPIRO & CROLAND<br>ATTN: ALEXANDER BENISATTO<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE, 6TH FLR<br>HACKENSACK NJ 07601 | CREDITOR ID: 278805-99<br>SHEARMAN & STERLING LLP<br>ATTN: ANDREW TENZER<br>599 LEXINGTON AVE<br>NEW YORK NY 10022-6069 |
| CREDITOR ID: 1836-07<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE VA 24114-0952 | CREDITOR ID: 2552-07<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE VA 24114-0952 | CREDITOR ID: 1837-07<br>SHERI TRAGER WEISS<br>13853 THOMASVILLE CT<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 1838-07<br>SHIELDS PLAZA<br>E&A SOUTHEAST LIMITED PARTNER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1840-07<br>SHOPPES @ 104<br>PO BOX 534101<br>ATLANTA GA 30353-4101 | CREDITOR ID: 2554-07<br>SHOPPES @ 104<br>C/O REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 1841-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT  LAUDERDALE FL 33334 | CREDITOR ID: 2555-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT. LAUDERDALE FL 33334 | CREDITOR ID: 1842-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                           **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2556-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA BEACH FL 32932-0219 | CREDITOR ID: 1843-07<br>SHOPPES OF LIBERTY CIT LLC<br>C/O PLATINUM PROPERTY MGMT INC<br>1175 NE 125TH STREET SUITE 103<br>NORTH MIAMI FL 33161 | CREDITOR ID: 2557-07<br>SHOWPLACE COMMERCIAL PROPERTIES IN<br>% EF HUTTON REALTY CORP.<br>2000 S DIXIE HWY SUITE 100<br>MIAMI FL 33133 |
| CREDITOR ID: 1844-07<br>SIDNEY KOHL COMPANY<br>340 ROYAL POINIANNA WAY  #305<br>PALM  BEACH FL 33480 | CREDITOR ID: 2558-07<br>SIDNEY KOHL COMPANY<br>340 ROYAL POINIANNA WAY  #305<br>PALM  BEACH FL 33480 | CREDITOR ID: 1845-07<br>SIDNEY LEFCOURT<br>2100 PONCE DE LEON BLVD, STE 800<br>CORAL  GABLES FL 33134-5200 |
| CREDITOR ID: 279199-99<br>SILLS CUMMIS EPSTEIN & GROSS<br>ATTN ANDREW SHERMAN ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102-5400 | CREDITOR ID: 2560-07<br>SIMON PROPERTY GROUP<br>ATTN:INDIANAPOLIS COMMUNITY CE<br>PO BOX 7033<br>INDIANAPOLIS IN 46207 | CREDITOR ID: 2128-07<br>SIMON, CHARLES<br>1800 NE 114TH STREET PH3<br>MIAMI FL 33181 |
| CREDITOR ID: 1849-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN# 3086039<br>DALLAS TX 75320-1341 | CREDITOR ID: 1848-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN #3086036<br>DALLAS TX 75320-1341 | CREDITOR ID: 1847-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN # 9214310<br>DALLAS TX 75320-1341 |
| CREDITOR ID: 1850-07<br>SIZELER COMPANIES<br>PO BOX 62073<br>NEW ORLEANS LA 70162 | CREDITOR ID: 2561-07<br>SIZELER REAL ESTATE<br>2542 WILLIAMS BLVD.<br>KENNER LA 70062-5596 | CREDITOR ID: 2562-07<br>SIZLER COMPANIES<br>2542 WILLIAMS ROAD<br>KENNER LA 70062 |
| CREDITOR ID: 1851-07<br>SJS-WOODLAKE PLAZA LP<br>C/O BANK ATLANTIC<br>PO BOX 5512<br>FT. LAUDERDALE FL 33319 | CREDITOR ID: 279304-99<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>ATTN: D. J. BAKER<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036 | CREDITOR ID: 1852-07<br>SKINNERS OF JACKSONVILLE INC<br>2970 HARTLEY ROAD, SUITE 320<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 1853-07<br>SKS PROPERTIES LC<br>240 S PINEAPPLE AVE., STE 702<br>SARASOTA FL 34236 | CREDITOR ID: 1854-07<br>SMALL PROPERTIES<br>PO BOX 10287<br>GREENVILLE SC 29603-0287 | CREDITOR ID: 1855-07<br>SMITH BARNEY FBO WEINACKER'S<br>SHOPPING CTR LLC<br>#1211701<br>P O BOX 2926<br>MOBILE AL 36652-9987 |
| CREDITOR ID: 315662-99<br>SMITH DEBNAM NARRON ET AL<br>ATTN: BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611 | CREDITOR ID: 279429-99<br>SMITH HULSEY & BUSEY<br>ATTN: JAMES H POST<br>225 WATER ST STE 1800<br>JACKSONVILLE FL 32202 | CREDITOR ID: 279019-99<br>SMITH KATZENSTEIN & FURLOW<br>ATTN KATHLEEN M MILLER ESQ<br>800 DELAWARE AVE 7TH FLR<br>PO BOX 410<br>WILMINGTON DE 19899 |
| CREDITOR ID: 1856-07<br>SNELLVILLE PLAZA LTD<br>C/O MESSRS ELIOT M ARNOVITZ<br>AND MICHAEL PLASKER<br>ATLANTA GA 30360 | CREDITOR ID: 2563-07<br>SNELLVILLE PLAZA LTD<br>5025 WINTERS CHAPLEL,STE M<br>ATLANTA GA 30360 | CREDITOR ID: 381795-99<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>ATTN: CAROLE NEVILLE<br>1221 AVENUE OF THE AMERICAS, 24TH<br>NEW YORK NY 10020 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR: WINN-DIXIE STORES, INC.**     **CASE: 05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 381797-99<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>ATTN: JO CHRISTINE REED<br>1221 AVENUE OF THE AMERICAS, 24TH<br>NEW YORK NY 10020 | CREDITOR ID: 1857-07<br>SORMI INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA FL 33004 | CREDITOR ID: 1858-07<br>SOUTH BROADWAY CORP<br>248 WELLS DR<br>FOREST CITY NC 28043 |
| CREDITOR ID: 2564-07<br>SOUTH BROADWAY CORP<br>248 WELLS DR<br>FOREST CITY NC 28043 | CREDITOR ID: 2565-07<br>SOUTH CONGAREE W-D PARTNERSHIP<br>P.O DRAWER 10287<br>C/O AVTEX COMMERCIAL PROPERTIE<br>GREENVILLE SC 29603 | CREDITOR ID: 2566-07<br>SOUTH MONROE COMMONS<br>1629 K STREET<br>NW SUITE 501<br>WASHINGTON DC 20006 |
| CREDITOR ID: 1859-07<br>SOUTH MONROE COMMONS LLC<br>PO BOX 75426<br>BALTIMORE MD 21275-5426 | CREDITOR ID: 1860-07<br>SOUTH PLAZA ASSOCIATES LLC<br>PO BOX 3578<br>NORFOLK VA 23514 | CREDITOR ID: 2567-07<br>SOUTH PLAZA ASSOCIATES, LLC<br>% PERRINE & WHEELER REAL ESTAT<br>PO BOX 3247<br>APOLLO BEACH FL 33572 |
| CREDITOR ID: 1861-07<br>SOUTH ROCKDALE SHOPPING CENTER<br>C/O REDD REALTY SERVICES<br>SUITE 101<br>ATLANTA GA 30327-3052 | CREDITOR ID: 1862-07<br>SOUTH SQUARE MARKETPLACE<br>C/O EDENS AND AVANT<br>FINANCING II LP<br>COLUMBIA SC 29202 | CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>BLDG 100 SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA GA 30909 |
| CREDITOR ID: 1864-07<br>SOUTHBROOK PARTNERS LLC<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 | CREDITOR ID: 1865-07<br>SOUTHCHASE INVESTORS LLC<br>C/O TRAMMELL CROW COMPANY<br>PO BOX 933025<br>ATLANTA GA 31193-3025 | CREDITOR ID: 2568-07<br>SOUTHEAST PARTNERS<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 1866-07<br>SOUTHEAST US RETAIL FUND LP<br>C/O HURRICANE CREEK<br>PO BOX 7520<br>THE WOODLANDS TX 77387 | CREDITOR ID: 2569-07<br>SOUTHCHASE INVESTERS,LLC<br>C/O BERWIND PROPERTY GROUP, LT<br>770 TOWNSHIP LINE ROAD, SUITE<br>YARDLEY PA 19067 | CREDITOR ID: 1867-07<br>SOUTHERN BOULEVARD CORP<br>PO BOX 11000<br>MONTGOMERY AL 36191-0001 |
| CREDITOR ID: 2570-07<br>SOUTHERN BOULEVARD CORP<br>PO BOX 11000<br>MONTGOMERY AL 36191-0001 | CREDITOR ID: 279479-99<br>SOUTHERN CLEANING SERVICES INC<br>C/O ANDERSON KILL & OLICK PC<br>ATTN LARRY D HENIN ESQ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CREDITOR ID: 1868-07<br>SOUTHERN FARM BUREAU<br>P O BOX 78<br>JACKSON MS 39205 |
| CREDITOR ID: 2571-07<br>SOUTHERN FARM BUREAU<br>PO BOX 78<br>JACKSON MS 39205 | CREDITOR ID: 1869-07<br>SOUTHERN FARM BUREAU LIFE INS<br>ATTN CASHIERS (SFB#122)<br>PO BOX 78<br>JACKSON MS 39205 | CREDITOR ID: 1870-07<br>SOUTHERN PARTNERS<br>PO BOX 500<br>BRAYNDWINE ONE BUILDING<br>CHADDS FORD PA 19317 |
| CREDITOR ID: 2572-07<br>SOUTHERN PARTNERS<br>PO BOX 999<br>CHADDS FORD PA 19317 | CREDITOR ID: 1871-07<br>SOUTHERN STORES II LLC<br>BANK OF AMERICA<br>ATTN: PAMELA N<br>1004TH STREET SUITE 200<br>SAN RAFAEL CA 94901 | CREDITOR ID: 2573-07<br>SOUTHERN STORES II LLC<br>C/O CHERYL STONE<br>PO BOX 953<br>BOLINAS CA 94924 |

SERVICE LIST

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 1873-07
SOUTHGATE PLAZA 93 LTD
PO BOX 712219
CINCINNATI OH 45271-2219

CREDITOR ID: 2574-07
SOUTHGATE PLAZA 93 LTD
C/O J. HERZOG & SONS INC.
1720 S. BELLAIRE ST. STE 1209
DENVER CO 80222

CREDITOR ID: 2575-07
SOUTHGATE PLAZA ASSOCIATES
26 PARK PLACE WEST - 2ND FLOOR
MORRISTOWN NJ 07960

CREDITOR ID: 1874-07
SOUTHGATE PLAZA ASSOCIATES LLC
26 PARK PLACE W., 2ND FLOOR
MORRISTOWN NJ 07960

CREDITOR ID: 2576-07
SOUTHGATEREALTY,LLC
112 SHEFFIELD LOOP
SUITE D
HATTIESBURG MS 39402

CREDITOR ID: 2580-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO IL 60606

CREDITOR ID: 2579-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE 60
CHICAGO IL 60606

CREDITOR ID: 2578-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, 7TH FL
CHICAGO IL 60606

CREDITOR ID: 2577-07
SOUTHLAND INVESTORS L.P.
2 N.RIVERSIDE PLAZA, 7TH FL
CHICAGO IL 60606

CREDITOR ID: 1875-07
SOUTHMARK PROPERTIES LLC
C/O HELMS ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 2581-07
SOUTHMARK PROPERTIES, LLC
ATTN JAMES A. BRUNO
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

CREDITOR ID: 1876-07
SOUTHTRUST BANK
COMMERCIAL REAL ESTATE DEPT
PO BOX 2554
BIRMINGHAM AL 35290-2554

CREDITOR ID: 1877-07
SOUTHVIEW SQUARE LLC
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY AL 36123-5021

CREDITOR ID: 2582-07
SOUTHWAY INVESTORS
718 E. FREDERICK STREET
GAFFNEY SC 29340

CREDITOR ID: 1878-07
SPCP GROUP LLC
C/O LAUREATE CAPITAL LLC
PO BOX 890862
CHARLOTTE NC 28289-0862

CREDITOR ID: 2584-07
SPECTRUM/WALKER CHAPEL
P O BOX 11045
MONTGOMERY AL 36111-0045

CREDITOR ID: 1881-07
SPILLER INVESTMENT INC
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY AL 36117

CREDITOR ID: 1882-07
SPISHORES LLC
ATTN SIZELER PROPERTIES DEPOSI
PO BOX 62799
NEW ORLEANS LA 70162

CREDITOR ID: 2585-07
SPISHORES,LLC
C/O SIZELER REAL ESTATE MANG.
2542 WILLIAMS BLVD.
KENNER LA 70062-5596

CREDITOR ID: 2586-07
SPIWACHEE, INC.
WEEKI WACHEE VILLAGE
2542 WILLIMS BLVD.
KENNER LA 70062-5596

CREDITOR ID: 1884-07
SPRING PLAZA LIMITED PRTNRSHP
C/O SIZELER REAL ESTATE MNG CO
2542 WILLIAMS BLVD
KENNER LA 70062-1919

CREDITOR ID: 1886-07
SPRINGFIELD CROSSING LLC
C/O PAPPAS RETAIL LEASING & MGMNT
ST PETERSBURG FL 33743-8547

CREDITOR ID: 1887-07
SPRINGHILL ASSOCIATES LLC
1 POSTON ROAD, STE 230
CHARLESTON SC 29407

CREDITOR ID: 1888-07
SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER SC 29721

CREDITOR ID: 2587-07
SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER SC 29721

CREDITOR ID: 2588-07
SPRINGS CORNER LLC
C/O BARRY WHISNANT
375 10TH AVENUE DR.
HICKORY NC 28601

CREDITOR ID: 1889-07
SPRINGS CORNERS LLC
926 2ND STREET NORTHEAST
HICKORY NC 28601

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 279435-99<br>SQUIRE SANDERS & DEMPSEY LLP<br>ATTN: KRISTIN E RICHNER<br>1300 HUNTINGTON CTR<br>41 S HIGH STREET<br>COLUMBUS OH 43215-6197 | CREDITOR ID: 1890-07<br>SR JLB JAB LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI FL 33102-8568 | CREDITOR ID: 1891-07<br>SR TCS LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI FL 33102-8568 |
| CREDITOR ID: 1892-07<br>SRT ACQUISTION CORPORATION<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK NY 10018 | CREDITOR ID: 1894-07<br>ST CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 1895-07<br>ST JOHNS COMMONS OWNER CORP<br>LASALLE BANK NA<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO IL 60603 |
| CREDITOR ID: 2592-07<br>ST JOHNS COMMONS OWNER CORP<br>HALLMARK PARTNERS, INC<br>8917 WESTERN WAY, SUITE 6<br>JACKSONVILLE FL 32256 | CREDITOR ID: 2591-07<br>ST JOHN'S INVESTORS LMTD PRTNRSHP<br>C/O ZIFF PROPERTIES INC<br>701 EAST BAY STREET<br>CHARLESTON SC 29403 | CREDITOR ID: 2590-07<br>ST. CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE LA 71351 |
| CREDITOR ID: 1896-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT  CLEAR AL 36564-0230 | CREDITOR ID: 2593-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT  CLEAR AL 36564-0230 | CREDITOR ID: 381793-15<br>STAR TOWING AND RECOVERY, LLC<br>ATTN JIMMY L QUINN<br>PO BOX 550237<br>GASTONIA NC 28055 |
| CREDITOR ID: 2594-07<br>STATE INSURANCE FUND<br>STATE OF ALABAMA P.O. BOX 1390<br>777 SOUTH LAWRENCE STREET<br>MONTGOMERY AL 36102-1390 | CREDITOR ID: 279306-99<br>STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: ELIOT SPITZER<br>120 BROADWAY<br>NEW YORK NY 10271 | CREDITOR ID: 2332-07<br>STEIN, JAY D.<br>C/O SANDOR DEVELOPMENT CO.<br>2220 N. MERIDIAN ST.<br>INDIANAPOLIS IN 46208-5728 |
| CREDITOR ID: 2595-07<br>STERLING CAMDEN LIMITED PARTNERSHI<br>%STERLING CENTRECORP MGMT SERV<br>ONE NORTH CLEMATIS STREET, STE<br>WEST  PALM BEACH FL 33401 | CREDITOR ID: 381870-99<br>STICHTER RIEDEL BLAIN ET AL<br>ATTN: DON M STICHTER<br>110 EAST MADISON ST, STE 200<br>TAMPA FL 33602 | CREDITOR ID: 1898-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT  LAUDERDALE FL 33301 |
| CREDITOR ID: 2596-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 1899-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD SC 29649 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD SC 29649 |
| CREDITOR ID: 2129-07<br>STONE, CHERYL PRESIDENT<br>MARION'S HOPE,LLC<br>C/O 150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 1900-07<br>STONEBRIDGE VILLAGE<br>C/O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305 | CREDITOR ID: 2339-07<br>STREET, JUDY<br>301 IVANHOE DRIVE<br>JOHNSON CITY TN 37601 |
| CREDITOR ID: 2598-07<br>STRING ENTERPRISE, INC.<br>5353 SOUTEL DRIVE<br>JACKSONVILLE FL 32231-4110 | CREDITOR ID: 1901-07<br>STRUCTURED PRODUCT SERVICING<br>FIRST UNION WHOLESALE<br>LB ACCT13-00002<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 279462-99<br>STUTSMAN & THAMES PA<br>ATTN NINA M LAFLEUR ESQ<br>121 W FORSYTH ST STE 600<br>JACKSONVILLE FL 32202 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1902-07<br>STW HOLDINGS LLC<br>1140 NE 163RD STREET, STE 28<br>NORTH  MIAMI  BEACH FL 33162 | CREDITOR ID: 1903-07<br>SUGARLAND SHOPPING CENTER<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DR SUITE 301<br>DEERFIELD  BEACH FL 33441 | CREDITOR ID: 2599-07<br>SULPHUR SPRINGS PROPERTIES LLC<br>C/O BARON CAPITAL PARTNERS,LLC<br>19227 SKYRIDGE CIRCLE<br>BOCA  RATON FL 33498 |
| CREDITOR ID: 1905-07<br>SUMTER CROSSING PROPERTIES INC<br>% CONCIRE CENTERS INC<br>411 COMMERCIAL COURT SUITE E<br>VENICE FL 34292 | CREDITOR ID: 1906-07<br>SUN LAKE PLAZA INC<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 | CREDITOR ID: 2600-07<br>SUN LAKE PLAZA, INC.<br>ATTN: ROBERT KODSI<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 |
| CREDITOR ID: 2601-07<br>SUN LIFE ASSURANCE CO. OF CANADA<br>% CHILDRESS KLEIN PROPERTIES<br>301 S COLLEGE ST. SUITE 2800<br>CHARLOTTE NC 28202 | CREDITOR ID: 1907-07<br>SUN WEST NC III PTN LIM<br>PTNSHPS ACCT A  ACCT# 18234155<br>C/O BANK ONE TEXAS NA<br>DALLAS TX 75397-1281 | CREDITOR ID: 2602-07<br>SUN WEST NC III PTN LIM<br>ATTN: PROPERTY MANAGEMENT<br>17776 PRESTON ROAD, SUITE 100<br>DALLAS TX 75252 |
| CREDITOR ID: 1908-07<br>SUNBURST PROPERTIES CORP<br>3191 PADARO LN<br>CARPINTERIA CA 93013 | CREDITOR ID: 2603-07<br>SUNBURST PROPERTIES CORP<br>3191 PADARO LN<br>CARPINTERIA CA 93013 | CREDITOR ID: 2604-07<br>SUNCOAST PLAZA<br>C/O RMC PROPERTY GROUP<br>1733 W. FLETCHER AVENUE<br>TAMPA FL 33612 |
| CREDITOR ID: 1909-07<br>SUNSET CENTRES LTD<br>C/O GULFSTREAM REALTY CORP<br>PO BOX 75260<br>BALTIMORE MD 21275-5260 | CREDITOR ID: 2605-07<br>SUNSET CENTRES LTD<br>%GULFSTREAM REALTY CORP<br>1629 K ST NW STE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1910-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>PO BOX 75377<br>BALTIMORE MD 21275-5377 |
| CREDITOR ID: 2606-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>%GULFSTREAM REALTY CORP<br>1629 K ST NW STE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1911-07<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE FL 33009 | CREDITOR ID: 2607-07<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE FL 33009 |
| CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>INVESTMENT MANAGEMENT ASSOC<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES FL 33146 | CREDITOR ID: 1913-07<br>SUNWEST NC III PARTNERSHIPS<br>C/O BANK ONE TEXAS N A<br>ACCT# 1823415581<br>DALLAS TX 75397-1281 | CREDITOR ID: 2608-07<br>SUSAN D. WILSON<br>MARKETPLACE OF DELRAY, LTD<br>3399 PGA BLVD. SUITE 450<br>PALM  BEACH  GARDENS FL 33410 |
| CREDITOR ID: 2609-07<br>SUWANNEE LAWN & GARDEN, INC.<br>15290 US HIGHWAY 129<br>MC  ALPIN FL 32062 | CREDITOR ID: 2610-07<br>SWANEE COUNTY MALL<br>PO BOX 2628<br>WILMINGTON NC 28402 | CREDITOR ID: 1918-07<br>TA/WESTERN LLC (POM. MKTPLCE)<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI BEACH FL 33140 |
| CREDITOR ID: 1919-07<br>TALLADEGA COMMUNITY BUILDERS<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY AL 36123-5021 | CREDITOR ID: 2612-07<br>TALLAPOOSA HOLDINGS, LLC<br>ROBERT WOLF<br>4706 18TH AVENUE<br>BROOKLYN NY 11204 | CREDITOR ID: 279176-99<br>TAPLIN ASSOCIATES PA<br>ATTN RONALD SCOTT KANIUK ESQ<br>350 FIFTH AVE STE 2418<br>NEW YORK NY 10118 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1920-07<br>TAPPEN PROPERTIES LP<br>1150 W 8TH STREET, STE 255<br>CINCINNATI OH 45203 | CREDITOR ID: 1922-07<br>TATONE PROPERTIES FLA INC<br>C/O NEVIN THOMAS<br>C M L CORP<br>SARASOTA FL 34237 | CREDITOR ID: 1921-07<br>TATONE PROPERTIES FLA INC<br>C/O HERITAGE MGT CORP<br>PO BOX 2495<br>OCALA FL 34478-2495 |
| CREDITOR ID: 2613-07<br>TATONE PROPERTIES FLA INC<br>100 WALLACE AVE., SUITE 111<br>SARASOTA FL 34237 | CREDITOR ID: 1923-07<br>TAVARES ASSOC LTD<br>6700 NW BROKEN SOUND PKWY, STE 201<br>BOCA RATON FL 33487 | CREDITOR ID: 1924-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES FL 34120 |
| CREDITOR ID: 2614-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES FL 34120 | CREDITOR ID: 2611-07<br>T-B PARTNERSHIP<br>C/O O'BRIEN-KIERNAN INVESTMENT<br>1255 POST STREET  SUITE 950<br>SAN  FRANSICO CA 94109 | CREDITOR ID: 1925-07<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY STE 217<br>STUART FL 34994 | CREDITOR ID: 2615-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY., STE 217<br>STUART FL 34994 | CREDITOR ID: 1927-07<br>TERRA NOVA THE REALTY ASSOC FU<br>PO BOX 862456<br>#2000002810953<br>ORLANDO  FL 32886-2489 |
| CREDITOR ID: 2210-07<br>TERRY, EDMUND<br>429 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432 | CREDITOR ID: 1928-07<br>THC LLC<br>C/O F&M REALTY<br>PO BOX 11148<br>MONTGOMERY AL 36111 | CREDITOR ID: 2616-07<br>THE BENSON CAPITAL COMPANY<br>708 THIRD AVENUE 28TH FLOOR<br>NEW  YORK NY 10017 |
| CREDITOR ID: 2617-07<br>THE DOUGLAS GROUP<br>% JOHN A. PETRIE<br>3914 MIAMI RD., SUITE 312<br>CINCINNATI OH 45227 | CREDITOR ID: 2618-07<br>THE GROSSMAN COMPANIES, INC.<br>1266 FURNACE BROOK PARKWAY<br>QUINCY MA 02269-0110 | CREDITOR ID: 381837-99<br>THE HT HACKNEY CO<br>ATTN KYLE DUGGER<br>502 S GAY ST, STE 300<br>KNOXVILLE TN 37902 |
| CREDITOR ID: 1929-07<br>THE MARKET AT BYRAM LLC<br>112 SHEFFIELD LOOP, STE D<br>HATTIESBURG MS 39402 | CREDITOR ID: 1930-07<br>THE MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>330 CROSS POINTE BLVD<br>EVANSVILLE IN 47715 | CREDITOR ID: 2619-07<br>THE MITCHELL CO<br>PO BOX 160306<br>MOBILE AL 36616-1306 |
| CREDITOR ID: 2620-07<br>THE REALTY ASSOC. FUND IV LP<br>CONCORD FUND IV RETAIL LP<br>1200 BRICKELL AVE., STE. 1500<br>MIAMI FL 33131 | CREDITOR ID: 1931-07<br>THE SCHREIBER CO BELLEVIEW ASS<br>235 ALPHA DRIVE<br>PITTSBURGH PA 15238 | CREDITOR ID: 2621-07<br>THE SCHREIBER CO BELLEVIEW ASSOC<br>235 ALPHA DRIVE<br>PITTSBURGH PA 15238 |
| CREDITOR ID: 1932-07<br>THE SEMBLER COMPANY<br>P O BOX 41847<br>ST  PETERSBURG FL 33743-1847 | CREDITOR ID: 2622-07<br>THE SEMBLER COMPANY<br>PO BOX 41847<br>ST. PETERSBURG FL 33743-1847 | CREDITOR ID: 2623-07<br>THE SHOPPING CENTER GROUP<br>3101 TOWERCREEK PKWY., SUITE 20<br>ATLANTA GA 30339 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:    05-11063 (RDD)**

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY
PO BOX 97
COCOA FL 32923-0097

CREDITOR ID: 1933-07
TIFTON MALL INC
C/O SPECTRUM REALTY ADVISORS INC
5871 GLENRIDGE DR STE 400
ATLANTA GA 30328

CREDITOR ID: 2625-07
TIGER CROSSING W.D.
4200 NORTHSIDE PKWY,BLDG 10 ST
C/O REDD REALTY SERVICES
ATLANTA GA 30327

CREDITOR ID: 1916-07
TK HARRIS COMM RE SER
3930 FULTON DR NW, STE 206
CANTON OH 44718-3040

CREDITOR ID: 1935-07
TL NGUYEN LLC
PO BOX 28758
BIRMINGHAM AL 35228

CREDITOR ID: 2627-07
TMW REAL ESTATE MGMT, INC.
TWO RAVINIA DRIVE, SUITE 400
ATLANTA GA 30346-2104

CREDITOR ID: 381845-99
TODTMAN NACHAMIE ET AL
ATTN: ALEX SPIZZ
425 PARK AVE
NEW YORK NY 10022

CREDITOR ID: 1936-07
TOULOUSE VILLAGE ASSOCIATES
C/O THE TROTMAN COMPANY INC
ATTN GREG HUGHS
MONTGOMERY AL 36117

CREDITOR ID: 1937-07
TOWER ASSOCIATES LTD
537 MARKET ST., STE 400
CHATTANOOGA TN 37402

CREDITOR ID: 2628-07
TOWER CENTER ASSOCIATES LTD
4415 FIFTH AVENUE
PITTSBURG PA 15213

CREDITOR ID: 1938-07
TOWN & COUNTRY SHOPPING CENTER
903 UNIVERSITY BLVD
JACKSONVILLE FL 32211

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1939-07
TOWN SQUARE DEVELOPMENT
29 PELZER AVE
WILLIAMSTON SC 29697-1023

CREDITOR ID: 2630-07
TOWN SQUARE DEVELOPMENT
29 PELZER AVE
WILLIAMSTON SC 29697-1023

CREDITOR ID: 1940-07
TOWN'N COUNTRY REALTY
OF EASLEY - STORE 1223
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 2093-07
TRAGER, BRENT LANCE
12370 CACHET COURT
JACKSONVILLE FL 32223

CREDITOR ID: 1138-07
TRAGER, BRENT LANCE
12370 CACHET COURT
JACKSONVILLE FL 32223

CREDITOR ID: 1941-07
TRAIL PLAZA
C/O URBAN RETAIL PROPERTIES CO
706 KIRKWOOD MALL
BISMARK ND 58504

CREDITOR ID: 2631-07
TRAMMELL CROW COMPANY
ATTN: LYNN-ANN BURR
1801 N MILITARY TRAIL STE. 150
BOCA  RATON FL 33431

CREDITOR ID: 278839-99
TRAUB BONACQUIST & FOX LLP
ATTN WENDY MARCARI ESQ
655 THIRD AVE 21ST FL
NEW YORK NY 10017

CREDITOR ID: 278833-99
TRAUB BONACQUIST & FOX LLP
ATTN PAUL TRAUB ESQ
655 THIRD AVE 21ST FLR
NEW YORK NY 10017

CREDITOR ID: 279466-99
TRENAM KEMKER SCHARF ET AL
ATTN RICHARD J MCINTYRE ESQ
2700 BANK OF AMERICA PLAZA
101 E KENNEDY BLVD
TAMPA FL 33601

CREDITOR ID: 1943-07
TRIANGLE IV LLLP
MARK PROPERTIES INC
26 PARK PLACE WEST 2ND FLOOR
MORRISTOWN NJ 07960

CREDITOR ID: 1944-07
TRL PROPERTIES LLC
1608 CURRITUCK AVENUE
DUNN NC 28334

CREDITOR ID: 2632-07
TRL PROPERTIES LLC
1608 CURRITUCK AVENUE
DUNN NC 28334

CREDITOR ID: 1945-07
TROY MARKETPLACE LLC
C/O SAMCO PROPERTIES INC
455 FAIRWAY DRIVE SUITE 101
DEERFIELD  BEACH FL 33441

CREDITOR ID: 1946-07
TRUSTEE OF TRUST B
EIN 57-6150551
C/O GRACE WILLIAMSON FLO115
JACKSONVILLE FL 32202

Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1947-07<br>TRUSTEES OF TRUST A/C -1<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1948-07<br>TRUSTMARK NATIONAL BANK<br>JAMIL G NASSARA TRUSTEE<br>ACCT# 1004868947<br>PO BOX 291<br>JACKSON MS 39205-0291 | CREDITOR ID: 1917-07<br>TS MARGATE CO LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE TN 37939 |
| CREDITOR ID: 1949-07<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE TN 37939 | CREDITOR ID: 2633-07<br>TS PIERCE SC CO. LTD<br>C/O SOUTHER MANAGEMENT & DEVEL<br>21301 OWERLINE ROAD, SUITE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 2635-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK RD. STE 100<br>NEW HYDE PARK NY 11042 |
| CREDITOR ID: 2634-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE<br>NEW HYDE PARK NY 11042 | CREDITOR ID: 1950-07<br>TSO VOLUSIA LLC<br>% THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE   STE 40<br>ATLANTA GA 30309 | CREDITOR ID: 2636-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION I<br>1401 PEACHTREE ST NE SUITE 400<br>ATLANTA GA 30309 |
| CREDITOR ID: 1951-07<br>TUNICA VILLAGE PARTNERSHIP<br>C/O BARBARA KIZER<br>ACADIAN MANAGEMENT<br>MADISONVILLE LA 70447 | CREDITOR ID: 2637-07<br>TURNEY-DURHAM PLAZA PARTNERSHIP<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 1952-07<br>TWELTH STREET & WASHINGTON<br>ASSOCIATES LTD PARTNERSHIP<br>ATTN EVA SPERBER PORTER<br>SCOTTSDALE AZ 85258-4306 |
| CREDITOR ID: 1953-07<br>TYRONE GARDENS LLC<br>C/O ROFIN INDUSTRIES INC<br>100 RING ROAD WEST<br>GARDEN CITY NY 11530 | CREDITOR ID: 1954-07<br>U P SC LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>ATTN: GAIL FINLEY<br>KNOXVILLE TN 37939 | CREDITOR ID: 1955-07<br>ULLMANN COMPANY<br>ATTN:  STANLEY P CYPHERS<br>PO BOX 419410<br>KANSAS  CITY MO 64141 |
| CREDITOR ID: 279318-99<br>UNILEVER (HPC USA & BEST FOODS)<br>ATTN: RICHARD BELLIS<br>1 JOHNS ST<br>CLINTON CT 06413 | CREDITOR ID: 278686-99<br>UNILEVER (HPC USA & BEST FOODS)<br>ATTN RICHARD BELLIS,<br>CREDIT MANAGER<br>1 JOHNS STREET<br>CLINTON CT 06413 | CREDITOR ID: 1956-07<br>UNITED COMMERCIAL MORTGAGE COR<br>C/O LAWERENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 |
| CREDITOR ID: 1957-07<br>UNITED INVESTORS REALTY<br>TRUST SKIPPER PALMS<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2638-07<br>UNITED INVESTORS REALTY TRUST<br>5847 SAN FELIPE, SUITE 850<br>HOUSTON TX 77057-3008 | CREDITOR ID: 278797-99<br>UNITED STATES TRUSTEE<br>ATTN: DEIRDRE A. MARTINI, ESQ.<br>33 WHITEHALL STREET 21ST FL<br>NEW YORK NY 10004 |
| CREDITOR ID: 1958-07<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>BLDG 10 STE 101<br>ATLANTA GA 30327 | CREDITOR ID: 2639-07<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>4200 NORTHSIDE PKWY, BLDG 10 ST<br>ATLANTA GA 30327 | CREDITOR ID: 1959-07<br>UNIVERSITY TENANCY IN COMMON<br>C/O SAMUEL BUTTERS<br>SUITE 202<br>FORT  LAUDERDALE FL 33309 |
| CREDITOR ID: 2640-07<br>URBAN AMERICA, L.P.<br>9500 KOGER BLVD., SUITE 222<br>ST  PETERSBURG FL 33702 | CREDITOR ID: 2641-07<br>URBAN PROPERTIES I<br>C/O AUGUST URBANEK INVESTMENTS<br>4800 N FEDERAL HWY, STE 209A<br>BOCA  RATON FL 33431 | CREDITOR ID: 2642-07<br>URBANAMERICA, L.P.<br>149 WEST PLAZA<br>STE 234<br>MIAMI FL 33147 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)
Extending Time Within Which Debtors May Assume
or Reject Unexpired Leases of NonResidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

CREDITOR ID: 2643-07
URBANEK INVESTMENTS
PO BOX 75986  ACCT #611032927
50 S LASALLE ST USE V# 816033
CHICAGO IL 60675-5986

CREDITOR ID: 278692-99
US BANK CORPORATION
ATTN ANGELA TRUDEAU VP
RELATIONSHIP MANAGEMENT
PO BOX 790428
ST LOUIS MO 63179-0428

CREDITOR ID: 1960-07
US BANK TRUST NA CORP TRUST TF
REF DUVAL 94600200
PO BOX 70870
ST  PAUL MN 55170-9705

CREDITOR ID: 1961-07
USPG PORTFOLIO TWO LLC
PO BOX 71-3260
COLUMBUS OH 43271-3260

CREDITOR ID: 1963-07
USRP I LLC SHOPPES OF KILDAIRE
LOCKBOX# 5853 LEASE# 2010-001
5853 COLLECTION CENTER DRIVE
CHICAGO IL 60693

CREDITOR ID: 1964-07
VACHLIA INC
111 SECOND AVENUE NE, STE 702
ST  PETERSBURG FL 33701

CREDITOR ID: 2644-07
VALLEYDALE ASSOCIATES, LTD.
2117 SECOND AVE P O BOX 12767
BIRMINGHAM AL 35202-2767

CREDITOR ID: 1965-07
VALRICO SQUARE
C/O RETAIL ASSET MANAGEMENT
PO BOX 5666
CLEARWATER FL 33758-5666

CREDITOR ID: 279197-99
VARNUM RIDDERING SCHMIDT ET AL
ATTN TIMOTHY J CURTIN ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-3052

CREDITOR ID: 1967-07
VENTURES LLC
PO BOX 4452
ROCK  HILL SC 29732

CREDITOR ID: 2645-07
VENTURES LLC
PO BOX 4452
ROCK  HILL SC 29732

CREDITOR ID: 2646-07
VERO PALM ESTATES, LTD.
D/B/A NORTHWOOD PLAZA
8320 WEST SUNRISE BLVD.,STE 10
PLANTATION FL 33322-5434

CREDITOR ID: 1968-07
VICTORIA SQUARE PARTNERS LLC
C/O ISRAM REALITY & MGMT INC
506 SOUTH DIXIE HIGHWAY
HALLANDALE FL 33009

CREDITOR ID: 1969-07
VICTORY BERRYLAND LLC
VICTORY COMM REAL ESTATE INC
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 1970-07
VICTORY INVESTMENTS INC
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 2647-07
VICTORY INVESTMENTS INC
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

CREDITOR ID: 2649-07
VICTORY INVESTMENTS INC.
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 2648-07
VICTORY INVESTMENTS INC.
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

CREDITOR ID: 1971-07
VICTORY KENNER LLC
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 1972-07
VIGOUROUX DEVELOPMENT LLC
C/O FOSHEE REALTY COMPANY, INC
51 TACON STREET STE B
MOBILE AL 36607

CREDITOR ID: 1973-07
VILLA RICA RETAIL PORPERTIES L
PO BOX 324
VILLA  RICA GA 30180

CREDITOR ID: 2650-07
VILLA RICA RETAIL PORPERTIES L
PO BOX 324
VILLA  RICA GA 30180

CREDITOR ID: 1974-07
VILLAGE MARKETPLACE OF
HAW RIVER INC
614 N MAIN ST
SALISBURY NC 28144-1507

CREDITOR ID: 1975-07
VILLAGE PLAZA INC
C/O PO BOX 408
FITZGERALD GA 31750-0408

CREDITOR ID: 2651-07
VILLAGE PLAZA INC
C/O PO BOX 408
FITZGERALD GA 31750-0408

CREDITOR ID: 1976-07
VILLAGE ROYALE PROPERTIES LLC
C/O CB RICHARD ELLIS
6700 NORTH ANDREWS AVENUE
FORT LAUDERDALE FL 33309

CREDITOR ID: 2652-07
VIRGIL D. GREEN FAMILY TRUST
GREEN LAND TRUST
6296 OLD WATER OAK ROAD
TALLAHASSEE FL 32312

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                      **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1977-07<br>VOGEL & VOGEL PARTNERSHIP<br>11219 FINANCIAL CENTRE PARKWAY<br>FINANCIAL PARK PLACE STE 300<br>LITTLE  ROCK AR 72211 | CREDITOR ID: 2653-07<br>VOGEL & VOGEL PARTNERSHIP<br>11219 FINANCIAL CTR PKWY, STE<br>LITTLE  ROCK AR 72211 | CREDITOR ID: 1979-07<br>W T H II LLC<br>C/O SPECTRUM REALTY ADVISORS<br>5871 GLENRIDGE DR  STE 400<br>ATLANTA GA 30328 |
| CREDITOR ID: 2654-07<br>W. D. OF VIRGINIA, INC.<br>P.O. BOX 578<br>JACKSONVILLE NC 28541-0578 | CREDITOR ID: 2655-07<br>W. HALL DBA HIGH SPRINGS PLAZA INC<br>C/O CHARLES WAYNE PROPERTIES I<br>444 SEABREEZE BLVD STE 1000<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 2690-07<br>WD SELMA RIC LLC<br>235 MOORE STREET<br>3RD FLOOR<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 1981-07<br>WACHOVIA SECURITIES<br>LOAN # 815114283<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 1982-07<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>5630 BANKERS AVENUE<br>BATON ROUGE LA 70808-1693 | CREDITOR ID: 2656-07<br>WALKER LA COMMERCIAL<br>PO BOX 1693<br>BATON  ROUGE LA 70821-1693 |
| CREDITOR ID: 381861-99<br>WALLER LANSDEN DORTCH ET AL<br>ATTN: ROBERT WELHOELTER<br>511 UNION ST, STE 2700<br>NASHVILLE TN 37219 | CREDITOR ID: 381860-99<br>WALLER LANSDEN DORTCH ET AL<br>ATTN: DAVID E LEMKE<br>511 UNION ST, STE 2700<br>NASHVILLE TN 37219 | CREDITOR ID: 278715-99<br>WARNER LAMBERT CONSUMER GROUP<br>ATTN ANDY HELVESTON<br>400 WEST LINCOLN AVENUE<br>LITITZ PA 17543 |
| CREDITOR ID: 278813-99<br>WARNER STEVENS LLP<br>ATTN: MICHAEL D WARNER<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | CREDITOR ID: 279474-99<br>WARNER STEVENS LLP<br>ATTN DAVID T COHEN ESQ<br>1700 CITY CENTER TOWER II<br>301 COMMERCE ST<br>FORT WORTH TX 76102 | CREDITOR ID: 279473-99<br>WARNER STEVENS LLP<br>ATTN MICHAEL D WARNER ESQ<br>1700 CITY CENTER TOWER II<br>301 COMMERCE ST<br>FORT WORTH TX 76102 |
| CREDITOR ID: 1983-07<br>WATCH OMEGA HOLDINGS LP<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD WEST<br>JACKSONVILLE FL 32217 | CREDITOR ID: 2657-07<br>WATCH OMEGA HOLDINGS, L.P.<br>C/O GMH CAPITAL PARTNERS<br>3733 UNIVERSITY BD,WEST STE 20<br>JACKSONVILLE FL 32217 | CREDITOR ID: 1984-07<br>WATERS & ARMENIA PLAZA<br>ARTZIBUSHEV & CO<br>1525 W HILLSBOROUGH AVE<br>TAMPA FL 33603-1200 |
| CREDITOR ID: 1985-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE NC 28234 | CREDITOR ID: 2658-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE NC 28234 | CREDITOR ID: 1986-07<br>WATKINS INVESTMENT<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST  LOUIS MO 63178 |
| CREDITOR ID: 2659-07<br>WATKINS INVESTMENTS<br>751 CHAMPAGNE ROAD<br>INCLAN  VILLAGE NV 89451 | CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, L.P.<br>751 CHAMPAGNE ROAD<br>INCLINE  VILLAGE NV 89451 | CREDITOR ID: 381833-99<br>WATKINS LUDLAM WINTER & STENNIS PA<br>ATTN KRISTINA M JOHNSON<br>633 N STATE STEET<br>PO BOX 427<br>JACKSON MS 39205-0427 |
| CREDITOR ID: 1987-07<br>WAYNE RUBEN<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 1988-07<br>WAYNESVILLE SHOPPING<br>C/O RONALD L HOOKER<br>PO BOX 744<br>BLOOMINTON IN 47402 | CREDITOR ID: 2662-07<br>WAYNESVILLE SHOPPING CNTER, LLC<br>C/O RONALD L. HOOKER<br>435 OVERLOOK DR<br>MAGGIE  VALLEY NC 28751 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1989-07<br>WBFV INC<br>C/O NEARI & ASSOCIATES<br>PO BOX 20983<br>WINSTON SALEM NC 27120-0983 | CREDITOR ID: 1990-07<br>WCL FIVE LLC<br>P O BOX 601698<br>CHARLOTTE NC 28260-1698 | CREDITOR ID: 2663-07<br>WCL FIVE LLC<br>PO BOX 601698<br>CHARLOTTE NC 28260-1698 |
| CREDITOR ID: 1991-07<br>WD DEVELOPMENT LLC<br>C/O BARNETT PROPERTIES LLC<br>1775 GRAHAM AVE SUITE 201<br>HENDERSON NC 27536 | CREDITOR ID: 2664-07<br>WD GREEN COVE TRUST<br>ONE PARAGON DRIVE SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 2665-07<br>WD JACKSONVILLE TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 |
| CREDITOR ID: 1993-07<br>WD MARIANNA PORTFOLIO LP<br>C/O H& R ESTATE INVESTMENT TRU<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 1994-07<br>WD MILTON PORTFOLIO L P<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 2666-07<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I. REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW YORK NY 10021 |
| CREDITOR ID: 1980-07<br>W-D SHELBY PARTNERSHIP<br>C/O WEISS<br>469 7TH AVE SUITE 1300<br>NEW YORK NY 10018-7603 | CREDITOR ID: 2667-07<br>WD TAMPA TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 2668-07<br>WD WESTMINSTER SC LLC<br>C/O I REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW YORK NY 10021 |
| CREDITOR ID: 2669-07<br>WD-EUNICE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8705 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 2670-07<br>WD-OAKDALE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8705 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 1995-07<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST PALM BEACH FL 33405-7388 |
| CREDITOR ID: 2671-07<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST PALM BEACH FL 33405-7388 | CREDITOR ID: 1996-07<br>WEBB/LEXINGTON VENTURES #108<br>ATTN ROBERT K CHAFFINS RETAIL<br>PROP MGR.<br>LEXINGTON KY 40507 | CREDITOR ID: 2672-07<br>WEBB/LEXINGTON VENTURES 108<br>300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507 |
| CREDITOR ID: 1997-07<br>WEBBER COMMERCIAL PROPERTIES L<br>C/O PROFESSIONAL REALTY CONSUL<br>2503 DEL PRADO BOULEVARD<br>CAPE CORAL FL 33904 | CREDITOR ID: 2673-07<br>WEDDINGTON ASSOCIATES<br>C/O COLLETT & ASSOCIATES<br>P.O. BOX 36799<br>CHARLOTTE NC 28236-6799 | CREDITOR ID: 1998-07<br>WEEKI WACHEE VILLAGE SHOP CNTR<br>C/O SIZELER PROPERTY INVESTORS<br>DEPOSITORY ACCOUNT<br>NEW ORLEANS LA 70162 |
| CREDITOR ID: 1693-07<br>WEIGEL, PATRICIA OR MARSHALL<br>C/O ZEISLER & ZEISLER LLP<br>1100 THIRD ST<br>SAN RAFAEL CA 94901-3019 | CREDITOR ID: 2674-07<br>WEINACKER SHOPPING CENTER LLC<br>SHOPPING CENTER LLC<br>PO BOX 2926<br>MOBILE AL 36652-9987 | CREDITOR ID: 1999-07<br>WEINGARTEN REALTY INVESTORS<br>ATTN: JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 |
| CREDITOR ID: 2675-07<br>WEINGARTEN REALTY INVESTORS<br>P.O. BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 2676-07<br>WEINGARTEN REALTY MANAGEMENT CO<br>PO BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 2553-07<br>WEISS, SHERI TRAGER<br>13853 THOMASVILLE CT<br>JACKSONVILLE FL 32223 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)**
**Extending Time Within Which Debtors May Assume**
**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2000-07<br>WESLEY CHAPEL SC CO LTD<br>ATTN ACCOUNTING DEPT<br>1733 WEST FLETCHER AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 2002-07<br>WEST NAPOLEON JOINT VENTURE<br>C/O MELTZER PROPERTIES LTD<br>4621 WEST NAPOLEON AVE STE 210<br>METAIRIE LA 70001 | CREDITOR ID: 2003-07<br>WESTFORK PLAZA<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI  BEACH FL 33140 |
| CREDITOR ID: 2004-07<br>WESTGATE LLC<br>ATTN: JAMES A CAIN<br>PO BOX 3242<br>TUSCALOOSA AL 35403 | CREDITOR ID: 2005-07<br>WESTLAND SHOPPING CENTER LP<br>C/O STIRLING PROPERTIES<br>PO BOX 11407<br>BIRMINGHAM AL 35246-0787 | CREDITOR ID: 2006-07<br>WESTON ROAD SHOPPING CENTER LL<br>470 BILTMORE WAY<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 2677-07<br>WESTON ROAD SHOPPING CENTER, LLC<br>%GAME PROPERTIES ATTNLOURDES C<br>2875 N.W. 77TH AVE., SUITE 100<br>MIAMI FL 33122 | CREDITOR ID: 2007-07<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE SC 29602-2567 | CREDITOR ID: 2678-07<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE SC 29602-2567 |
| CREDITOR ID: 2008-07<br>WESTWOOD SHOPPING CENTER<br>C/O MARRERO LAND<br>5201 WESTBANK EXPRESSWAY<br>MARRERO LA 70072 | CREDITOR ID: 279481-99<br>WHARTON ALDHIZER & WEAVER PLC<br>ATTN STEPHAN W MILO ESQ<br>THE AMERICAN HOTEL<br>125 S AUGUSTA ST STE 2000<br>STAUNTON VA 24401 | CREDITOR ID: 279421-99<br>WHEELIS & ROZANSKI<br>ATTN: STEPHEN D WHEELIS<br>PO BOX 13199<br>ALEXANDRIA LA 71315-3199 |
| CREDITOR ID: 2009-07<br>WIAB PROPERTIES LLC OPERATING<br>C/O FOSHEE REALTY COMPANY INC<br>51 TACON STREET SUITE B<br>MOBILE AL 36607 | CREDITOR ID: 2012-07<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO OH 44241-1629 | CREDITOR ID: 2682-07<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO OH 44241-1629 |
| CREDITOR ID: 381869-99<br>WILLIAM F HARMEYER & ASSOC<br>ATTN: WILLIAM F HARMEYER<br>7322 SHOUTHWEST FREEWAY, STE 475<br>HOUSTON TX 77074 | CREDITOR ID: 2683-07<br>WILLIAM H HALL<br>4928 ARAPAHOE AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 381836-99<br>WILLIAM P WESSLER<br>1624 24TH AVE<br>GULFPORT MS 39501 |
| CREDITOR ID: 279452-99<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN ROBIN SPIGEL ESQ<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | CREDITOR ID: 279451-99<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN ALAN J LIPKIN ESQ<br>787 SEVENTH AVE<br>NEW YORK NY 10019 | CREDITOR ID: 2014-07<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD N W<br>ATLANTA GA 30309-2335 |
| CREDITOR ID: 2685-07<br>WILLWOOD PARTNERS LTD<br>1750 PEACHTREE RD NW<br>ATLANTA GA 30309-2335 | CREDITOR ID: 278998-99<br>WILMINGTON TRUST COMPANY<br>ATTN STEVEN M CIMALORE<br>1100 N MARKET ST<br>RODNEY SQUARE NORTH<br>WILMINGTON DE 19890 | CREDITOR ID: 2015-07<br>WINBROOK MANAGEMENT INC<br>MANAGING AGENT FOR FESTIVAL CE<br>370 SEVENTH AVENUE<br>NEW  YORK NY 10001 |
| CREDITOR ID: 2016-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA  PATH SC 29654-0125 | CREDITOR ID: 2686-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA  PATH SC 29654-0125 | CREDITOR ID: 2017-07<br>WINDSOR STATION LC<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI OH 45264-0474 |

**SERVICE LIST**

**Notice of Hearing**

**Debtors' Motion For Order Under 11 U.S.C. 365(d)**

**Extending Time Within Which Debtors May Assume**

**or Reject Unexpired Leases of NonResidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                          **CASE:   05-11063 (RDD)**

CREDITOR ID: 2018-07
WINDWARD PARTNERS IV LP
C/O COLDWELL BANKER CAINE REAL
PO BOX 2287
GREENVILLE SC 29602

CREDITOR ID: 279303-99
WINN-DIXIE STORES INC
ATTN: LAURENCE B APPEL
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

CREDITOR ID: 2020-07
WIREGRASS PLAZA LLC
C/O ARONOV REALTY MGMT INC
PO BOX 235021
MONTGOMERY AL 36105-5021

CREDITOR ID: 2687-07
WIREGRASS PLAZA, LLC
P O BOX 235000
MONTGOMERY AL 36123-5000

CREDITOR ID: 2021-07
WOLFCHASE ASSOC LLC NORTH PALM
C/O STRATEGIC REALTY SERVICES
901 NORTHPOINT PARKWAY SUITE 2
WEST PALM BEACH FL 33407

CREDITOR ID: 2688-07
WOLVERINE EQUITIES 2001C BN-I LP
ATTN: GREG L. ENGLAND
15601 DALLAS PARKWAY, SUITE 40
ADDISON TX 75001

CREDITOR ID: 2022-07
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA SC 29202

CREDITOR ID: 2689-07
WOODLAND HARTFORD ASSOCIATES, LLC
341 EAST 149TH STREET
BRONX NY 10451

CREDITOR ID: 279486-99
WORMSER KIELY GALEF & JACOBS
ATTN GARY R VON STANGE ESQ
825 THIRD AVE
NEW YORK NY 10022-7519

CREDITOR ID: 279485-99
WORMSER KIELY GALEF & JACOBS
ATTN JANICE B GRUBIN ESQ
825 THIRD AVE
NEW YORK NY 10022-7519

CREDITOR ID: 2024-07
WRI/TEXLA LLC
ATTN: PROPERTY MGMT
PO BOX 924133
HOUSTON TX 77292-4133

CREDITOR ID: 278992-99
WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE ESQ
250 W MAIN ST STE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 278714-99
WYETH CONSUMER HEALTHCARE
ATTN LARRY SANDERS, VP GLOBAL FINAN
PO BOX 75296
CHARLOTTE, NC 28275-5296

CREDITOR ID: 2025-07
XARLA REALTY LLC
C/O ALLEN RILEY CO INC
200 PARK AVE
NEW YORK NY 10166-2141

CREDITOR ID: 279408-99
XROADS SOLUTIONS GROUP LLC
ATTN: DENNIS SIMON
9 EXECUTIVE CIRCLE, SUITE 190
IRVINE, CA 92614

CREDITOR ID: 2026-07
YDB THREE LAKES LC
C/O ELYSEE INVESTMENT CO
601 W 182ND ST 1ST FL
NEW YORK NY 10033

CREDITOR ID: 1115-07
YORK, BENNETT V.
% YORK DEVELOPMENTS
112 SHEFFIELD LOOP, SUITE D
HATTIESBURG MS 39402

CREDITOR ID: 279117-99
YOUNG WILLIAMS PA
ATTN ROBERT L HOLLADAY JR
PO BOX 23059
JACKSON MS 39225-3059

CREDITOR ID: 1378-07
ZAMIAS, GEORGE D.
REF THE CROSSING CENTER
C/O PITTSBURGH NATIONAL BANK
PITTSBURGH PA 15264-1740

CREDITOR ID: 2259-07
ZAMIAS, GEORGE D.
C/O GDZ MANAGEMENT
300 MARKET STREET
JOHNSTOWN PA 15901

CREDITOR ID: 279457-99
ZEICHNER ELLMAN & KRAUSE LLP
ATTN STUART KRAUSE ESQ
575 LEXINGTON AVE
NEW YORK NY 10022

CREDITOR ID: 2691-07
ZIMMER DEVELOPMENT CO. OF S.C,L.P
C/O HERBERT J. ZIMMER
111 PRINCESS STREET
WILMINGTON NC 28401-3997

CREDITOR ID: 2027-07
ZUPPARDO PROPERTIES LLC
C/O JOSEPH ZUPPARDO
3801 RIDGEWAY DRIVE
METAIRIE LA 70002

CREDITOR ID: 2028-07
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE LA 70002

CREDITOR ID: 2692-07
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE LA 70002

CREDITOR ID: 2693-07
ZYDCO INVESTMENT,LLC
159 PIERCE STREET
BIRMINGHAM MI 48009

**Total:   1,646**

# EXHIBIT B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                   :
                                                         :    **Chapter 11**
                                                         :
**WINN-DIXIE STORES, INC., et al.,**                     :    **Case No. 05-11063 (RDD)**
                                                         :
            **Debtors.**[1]                              :    **(Jointly Administered)**
                                                         :
-----------------------------------------------------------------x


**NOTICE OF HEARING ON DEBTORS' MOTION FOR
ENTRY OF AN ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING EXTENSION
OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY**


TO PARTIES IN INTEREST:

            PLEASE TAKE NOTICE that a hearing is scheduled for **April 12, 2005, at 10:00**

**a.m. (prevailing Eastern Time)**, before the Honorable Robert D. Drain, United States

Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

of New York, One Bowling Green, New York, New York, to consider the above Debtors'

motion for entry of an order under 11 U.S.C. § 365(d)(4) granting an extension of time to assume

or reject unexpired leases of nonresidential real property (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested

in the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure

and Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the

specific grounds therefor, and shall be filed with the Clerk of this Court in accordance with

General Order M-242 which order can be found at www.nysb.uscourts.gov, and shall further be

delivered directly to Judge Drain's Chambers and served upon (i) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New

York  10004; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York,

New York 10036, Attention: D. J. Baker, Esq; and (iii) Milbank, LLP, 1 Chase Manhattan Plaza,

New York, New York 10005 Attention: Matthew S. Barr, Esq. so as to be actually received no

later than **April 5, 2005, at 4:00 p.m. (prevailing Eastern time)**.

Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

Dated: March 17, 2005
      New York, New York

*/s/   D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 651-3000
Facsimile:  (302) 651-3001

Attorneys for Debtors

**Hearing Date:  April 12, 2005 at 10:00 a.m.**
**Objection Deadline:  April 5, 2005 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re**                                          :
                                                   :        **Chapter 11**
                                                   :
**WINN-DIXIE STORES, INC., et al.,**               :        **Case No. 05-11063 (RDD)**
                                                   :
              **Debtors.**[1]                      :        **(Jointly Administered)**
                                                   :
-------------------------------------------------------------x


**DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4) EXTENDING TIME**
**WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF**
**NONRESIDENTIAL REAL PROPERTY**


Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, as debtors and

debtors-in-possession  (collectively, the "Debtors"), hereby move for entry of an order under 11

U.S.C. § 365(d)(4) extending the time within which the Debtors must move to assume or reject

their unexpired leases of nonresidential real property.  In support of this Motion the Debtors

respectfully represent:

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers,
Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales,
Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie
Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-
Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**Background**

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  Their cases are being jointly administered by order of this Court.

2.      The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or examiner.  On March 1, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases pursuant to section 1103 of the Bankruptcy Code.

3.      The Debtors are grocery and drug retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  According to published reports, the Debtors are the eighth-largest food retailer in the United States and one of the largest in the Southeast.  The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion.  The Debtors currently operate more than 900 stores in the United States with nearly 79,000 employees..  Substantially all of the Debtors' store locations are leased rather than owned.

4.      This Court has jurisdiction over this Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.      The statutory predicate for the relief requested herein is section 365(d)(4) of the Bankruptcy Code.

2

**Relief Requested**

6.     Pursuant to section 365(d)(4) of the Bankruptcy Code, the 60-day period during which the Debtors must assume or reject unexpired nonresidential real property leases expires April 22, 2005.  By this Motion, the Debtors seek entry of an order extending their time to assume or reject such unexpired leases for approximately 150 additional days (the "Extension Period"), through and including September 19, 2005, without prejudice to the Debtors' rights to seek further extensions of such deadline.  The Debtors further request that each lessor under an unexpired lease be afforded the right to request that the Extension Period be shortened for cause with respect to a particular unexpired lease.

**Basis for Relief**

7.     As of the date of this Motion, the Debtors are lessees under more than 900 unexpired leases of nonresidential real property (collectively, the "Unexpired Leases").  The vast majority of the Unexpired Leases are leases used by the Debtors to operate their grocery and drug retail stores.  The facilities and premises leased under the Unexpired Leases form the platform of the Debtors' ongoing business operations and are, thus, key assets of the Debtors' estates.

8.     The Debtors, with the assistance of their advisors, have begun the process of identifying Unexpired Leases that will be critical to their reorganization.  In considering their options with respect to the Unexpired Leases, the Debtors are evaluating a variety of factors to determine whether it is appropriate to assume, assume and assign, or reject particular Unexpired Leases.

9.     Given the exceptionally large number of Unexpired Leases in these proceedings, the Debtors require an extension of the section 365(d)(4) deadline in order to fully and

3

adequately determine whether to assume or reject particular Unexpired Leases.  If the section 365(d)(4) period is not extended beyond April 22, 2005, the Debtors may be compelled, prematurely, to assume substantial, long-term liabilities under the Unexpired Leases or forfeit benefits associated with some Unexpired Leases to the detriment of the Debtors' ability to operate and preserve the going-concern value of their business for the benefit of all creditors and other parties in interest.  Deciding whether and when to assume, assign or reject particular Unexpired Leases requires the Debtors to determine whether particular leased premises are necessary to their future business plan and whether assigning certain Unexpired Leases will benefit the Debtors' estates more than rejecting them.

10.    The Debtors have made significant progress in assessing the large number of Unexpired Leases and determining which should be assumed or rejected.  As evidence of this fact, the Debtors filed on the Petition Date a motion pursuant to which they obtained authority to reject approximately 150 Unexpired Leases effective as of February 28, 2005[2].  Although significant progress has been made at this early juncture of these chapter 11 cases, the Debtors have not determined which of the remaining leased premises will be necessary to their business plan or which of these remaining Unexpired Leases should be assumed or rejected to maximize the value of the Debtors' estates.  Given the size of this case, the number of Unexpired Leases, and the need for the Debtors to focus on their primary objective of stabilizing their business, more time is needed to adequately assess whether to assume or reject each of the Unexpired Leases.

---

[2]    See Order Authorizing the Debtor to Reject Certain Real Property Leases, Effective as of February 28, 2005 (Docket No. 56).

**Applicable Authority**

11.    Section 365(d)(4) of the Bankruptcy Code provides that:

> [n]otwithstanding paragraphs (1) and (2), in a case under any chapter of this title, if the trustee does not assume or reject an unexpired lease of nonresidential real property under which the debtor is the lessee within 60 days after the date of the order for relief, or within such additional time as the court, for cause, within such 60-day period, fixes, then such lease is deemed rejected, and the trustee shall immediately surrender such nonresidential real property to the lessor.

11 U.S.C. § 365(d)(4) (emphasis added). Thus, the Court can, for cause, order an extension of the period during which a debtor-in-possession must assume or reject nonresidential real property leases upon the filing of a motion for such relief within the 60-day period or extensions thereof.  In re Burger Boys, 94 F.3d 755, 760-61 (2d Cir. 1996); In re Wedtech Corp., 72 B.R. 464, 468-70 (Bankr. S.D.N.Y. 1987).

12.    The Second Circuit has set forth the following nonexhaustive list of factors relevant to the determination of whether cause exists to extend the period during which a debtor-in-possession must assume or reject nonresidential real property leases:  "(1) whether the debtor was 'paying for the use of the property'; (2) whether 'the debtor's continued occupation . . . could damage the lessor beyond [] the compensation available under the Bankruptcy Code'; (3) whether the lease is the debtor's primary asset; and (4) whether the debtor has had sufficient time to formulate a plan of reorganization."  Burger Boys,  94 F.3d at 761 (quoting Theatre Holding Corp. v. Mauro, 681 F.2d 102, 105-06 (2d Cir. 1982)).

13.    In this case, all of the Burger Boys factors are satisfied.  First, the Debtors are paying for use of the property at the applicable lease rates and are continuing to perform their other obligations under the Unexpired Leases in a timely fashion.

14.    Second, there is no reason why the Debtors' proposed extension of the time to assume or reject could or would damage the landlords party to the Unexpired Leases (the

"Lessors") beyond the compensation that is available to the Lessors under the Bankruptcy Code. Indeed, pursuant to section 365(d)(3) of the Bankruptcy Code, the Lessors enjoy a preferred and relatively low-risk position.[3]  There would, thus, be no harm to the Lessors should the Court extend the period within which the Debtors must assume or reject the Unexpired Leases as requested herein.  Further, the Debtors propose that each Lessor be permitted to seek to shorten the Extension Period for cause with respect to a particular Unexpired Lease.  This ability to request relief from the Extension Period ensures that no Lessor will be prejudiced by the requested extension of time.

15.    Third, the Unexpired Leases are important assets of the Debtors.  Indeed, the Unexpired Leases are an integral component of the Debtors' business operations.  If the Debtors were forced to decide prematurely to assume or reject the Unexpired Leases, the impact on their business would be significant.  Rejection of the Unexpired Leases at this stage might disrupt the core of the Debtors' businesses and impair the Debtors' ability to administer and reorganize the business.  The Debtors believe that such disruption is likely to cause material, irreparable harm to the Debtors' estates.

16.    Fourth, at this early stage in these large cases, the Debtors have not yet had the opportunity to formulate a reorganization plan.  Rather, the Debtors have been focusing all of their resources on stabilizing their businesses.

---

[3]    Under section 365(d)(3), a debtor-in-possession must timely perform its postpetition leasehold obligations that are allocable to periods preceding the debtor's rejection of the lease.  See, e.g., Urban Retail Properties v. Loews Cineplex Entertainment Corp., 2002 WL 535479, at *5-8 (S.D.N.Y. Apr. 9, 2002) (holding that Bankruptcy Code section 365(d)(3) requires the full payment of a debtor's postpetition leasehold obligations); Child World Inc. v. Campbell/Massachusetts Trust (In re Child World, Inc.), 161 B.R. 571, 572 (S.D.N.Y. 1993) ("Eleven U.S.C. § 365(d)(3) creates a special priority among creditors for landlords by requiring debtor-tenants to pay timely their obligations under leases of nonresidential real property during the period after the debtor-tenants have filed their bankruptcy petition, and before they have either rejected or assumed their leases"); In re Ames Dep't Stores, Inc., 306 B.R. 43, 80 (Bankr. S.D.N.Y. 2004) ("[T]he Landlords are entitled to unpaid rent under section 365(d)(3) to the extent … it is allocable to the post-petition, prerejection, period").

17.     Lastly, as noted above, the prejudice to the Debtors and their estates if the requested extension is denied cannot be overstated.  Absent the extension, the Debtors may assume the Unexpired Leases prematurely, thereby elevating substantial long-term liabilities thereunder to administrative claim status; alternatively, the Debtors may reject the Unexpired Leases prematurely, which likely will impair the value of the Debtors' estates materially and may limit dramatically the range of strategic options available to the Debtors as they reorganize the business.

18.     As the Third Circuit observed in Channel Home Centers, 989 F.2d at 689, "nothing prevents a bankruptcy court from granting an extension because a debtor needs additional time to determine whether the assumption or rejection of particular leases is called for by the plan of reorganization that it is attempting to develop."  The Debtors face just such a situation here.  Stabilizing the business and ensuring that their operations and interactions with customers and vendors continue with minimal disruption have been all-consuming priorities for the Debtors during the first month of these chapter 11 cases.  The Debtors believe that they will continue to need to devote substantial energy and resources to addressing these issues during the next several months.  The Debtors believe that they have acted (and will continue to act) properly in so directing their focus because the success of the Debtors' ongoing operations is critical to preserving the value of the Debtors' estates.

19.     The courts in this and other circuits have previously granted similar relief in other cases where the debtor required additional time to assume or reject leases.  See e.g., In re Enron Corp., Case No. 01-16034 (AJG) (Bankr. S.D.N.Y. Jan. 31, 2002) (extending the period to a date that was more than twelve months after the commencement date); In re County Seat Stores, Inc., Case No. 99-10010 (CB) (Bankr. S.D.N.Y. Jan. 22, 1999) (extending the period to the earlier of

the date of confirmation of a reorganization plan or a date that was more than twelve months after the debtor's filing date); In re Nextwave Personal Communications Inc., Case No. 98 B 21529 (ASH) (Bankr. S.D.N.Y. Jul. 10, 1998) (extending the period through confirmation); In re Maidenform Worldwide, Inc., Case No. 97 B 44869 (CB) (Bankr. S.D.N.Y. Sept. 12, 1997) (extending the period through confirmation).  Notably, courts in other major retail cases have previously granted the same or similar relief.  See In re Ames Department Stores, Inc., Case No. 01-42217 (REG) (Bankr. S.D.N.Y. Oct. 3, 2001) (extending the period through confirmation of reorganization plan); In re Service Merchandise Company, Inc., et al., Case No. 99-02649 (Bankr. M.D. Tenn.) (Judge Paine) (period extended for most leases to plan confirmation); In re Montgomery Ward Holding Corp., Case No. 97-1409 (Bankr. D. Del.) (Judge Walsh) (period extended six months on first request); In re Bradlees Stores, Inc., et al., Case Nos. 95 B 42777 through 95 B 42784 (Bankr. S.D.N.Y.) (Judge Lifland) (period extended, with certain exceptions, to confirmation); In re the Caldor Corporation, et al., Case No. 95 B 44080 (Bankr. S.D.N.Y.) (Judge Garrity) (period extended, with certain exceptions, for eight months).

20.     Accordingly, it is respectfully submitted that this Court should extend the time within which the Debtors may assume or reject any Unexpired Lease for approximately 150 days through September 19, 2005, without prejudice to the Debtors' rights to seek further extensions of such deadline.

### Notice

21.     Notice of this Motion has been provided to (a) counsel to the U.S. Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors' Committee, (d) the other parties in interest named on the Master Service List maintained in these cases, and (e) the Lessors.  The Debtors submit that no other or further notice need be given.

## Waiver of Memorandum of Law

22.    Pursuant to Local Bankruptcy Rule 9013-1(b) for the Southern District of New York, because there are no novel issues of law presented herein, the Debtors respectfully request that the Court waive the requirement that the Debtors file a memorandum of law in support of this Motion.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court enter an order (a) extending through September 19, 2005 the time within which the Debtors must move to assume or reject their unexpired leases of nonresidential real property, and (b) granting such other and further relief as the Court deems just and proper.

Dated: March 17, 2005
New York, New York

/s/      *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 651-3000
Facsimile:  (302) 651-3001

Attorneys for Debtors

10

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                   :
                                                        :        **Chapter 11**
                                                        :
**WINN-DIXIE STORES, INC., et al.,**                    :        **Case No. 05-11063 (RDD)**
                                                        :
            **Debtors.**                                :        **(Jointly Administered)**
                                                        :
-----------------------------------------------------------------x

## ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon the motion (the "Motion")[1] of Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors an extension of the time period to assume or reject unexpired nonresidential real property leases (the "Unexpired Leases"); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT;

1.      The Motion is GRANTED.

2.      The period within which the Debtors must move to assume or reject the Unexpired Leases is extended through and including September 19, 2005.

---

[1]      All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

581497.02-New York Server 1A

3.       The entry of this Order is without prejudice to the right of any

lessor under an Unexpired Lease to request from this Court, upon reasonable notice to the

Debtors and all other necessary parties-in-interest, an order compelling the Debtors to

assume or reject any Unexpired Lease by an earlier date, or the Debtors' right to oppose

any such request.

4.       The entry of this Order is without prejudice to the Debtors' right to

seek additional extensions of the period within which to assume or reject the Unexpired

Leases, and no Unexpired Lease shall be deemed rejected under 11 U.S.C. § 365(d)(4) if

the Debtors file a motion seeking a further extension of the time to assume or reject the

Unexpired Leases on or before September 19, 2005.

Dated:          New York, New York
                _____, 2005


                        _____
                        HONORABLE ROBERT D. DRAIN
                        UNITED STATES BANKRUPTCY JUDGE

581497.02-New York Server 1A