Presentment Date and Time:
March 23, 2005 at 12:00 noon

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., et al.,** : | **Case No. 05-11063 (RDD)** |
| : | |
| Debtors. [1] : | **(Jointly Administered)** |
| : | |

----------------------------------------------------------------x

NOTICE OF SETTLEMENT OF FINAL ORDER PURSUANT TO SECTIONS 105, 361, 362, 363, 364(c) AND 364(d) OF THE BANKRUPTCY CODE AND RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A SUPERPRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (III) AUTHORIZING THE REPAYMENT IN FULL OF ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED LENDERS

PLEASE TAKE NOTICE that the undersigned will present the attached proposed order (the "Proposed Order") (i) authorizing debtors to obtain secured post-petition financing on a

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie

superpriority priming lien basis and modifying the automatic stay, (ii) authorizing debtors to use pre-petition secured lenders' cash collateral and granting adequate protection, and (iii) authorizing the repayment in full of all claims of debtors' pre-petition secured lenders to the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, for signature on Wednesday, March 23, 2005, at 12:00 noon.

---

Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3

PLEASE TAKE FURTHER NOTICE that a proposed counter-order, if any, consistent with the Court's ruling on March 18, 2005, must be submitted in writing and received in the chambers of the Honorable Robert D. Drain and by the undersigned no later than 11:30 a.m. on March 23, 2005. Unless a counter-proposed order is submitted and received by that time, the Proposed Order may be signed.

Dated: March 22, 2005
       New York, New York

                                          /s/     *D. J. Baker*
                                          D. J. Baker (DB 0085)
                                          Sally McDonald Henry (SH 0839)
                                          Rosalie Walker Gray
                                          SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP
                                          Four Times Square
                                          New York, New York 10036
                                          Telephone: (212) 735-3000
                                          Facsimile: (212) 735-2000

                                          Eric M. Davis
                                          SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP
                                          One Rodney Square
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 651-3000
                                          Facsimile: (302) 651-3001

                                          Attorneys for Debtors

To:
Parties on the Attached Service List