# EXHIBIT A

| | |
|---|---|
| Lisa Bittle Tancredi, Esq.<br>Venable LLP<br>1800 Mercantile Bank & Trust Building<br>2 Hopkins Plaza<br>Baltimore, Maryland 21201<br>phone (410) 244-7402<br>fax (410) 244-7742 | James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>(New York Co.)<br>Telephone: 212-808-7800<br>Fax: 212-808-7897 |
| Fred B. Ringel, Esq.<br>Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>1345 Avenue of the Americas<br>New York, New York 10105-0143<br>Tele: 212-603-6300<br>Fax:  212-956-2164 | Howard B. Levi, Esq.<br>Steven B. Feigenbaum, Esq.<br>Levi Lubarsky & Feigenbaum LLP<br>845 Third Avenue, 21st Floor<br>New York, New York  10022<br>Telecopy No. 212-308-8830 |
| Thomas R. Slome, Esq.<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, New York 11553<br>516.227.1600<br>516.227.1601 (fax)<br>tslome@srsllp.com | Christina M. Thompson, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899 (courier 19801)<br>Direct Dial: (302) 884-6592<br>Main Number: (302) 658-9141<br>Facsimile: (302) 658-0380 |
| Ivan M. Gold, Esq.<br>Allen Matkins Leck Gamble & Mallory LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 837-1515<br>Facsimile: (415) 837-1516<br>Direct: (415) 273-7431<br>E-mail: igold@allenmatkins.com | David Conroy, Esq.<br>Milling Benson Woodward L.L.P.<br>909 Poydras Street, Suite 2300<br>New Orleans, LA   70112-1010<br>TEL:  504-569-7120<br>FAX:  504-569-7001 |

513475.1

| | |
|---|---|
| John W. Kozyak, Esq.<br>Laurel M. Isicoff, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, Florida 33134<br>Telephone: 305-377-0654<br>Facsimile:   305-372-3508<br>Email: jwk@kttlaw.com<br>         lmi@kttlaw.com | Thomas J. Leanse, Esq.<br>Dustin P. Branch, Esq.<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067<br>(310) 788-4420 (telephone)<br>(310) 712-8271 (telecopy)<br>dustin.branch@kmzr.com |

513475.1