**SERVICE LIST**

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>richard.morrissey@usdoj.gov |
| D. J. Baker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Phone: 212-735-2150<br>Fax: 917-777-2150<br>djbaker@skadden.com | Sarah Robinson Borders<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Phone: 404-572-4600<br>Fax: 404-572-5149<br>sborders@kslaw.com |
| Shearman & Sterling LLP<br>Attn: Andrew Tenzer<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Phone: 212-848-4000<br>Fax: 212-848-7179<br>Atenzer@Shearman.com | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Dan Fiorello, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>dfiorillo@oshr.com; Jhelfat@oshr.com |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com; mbarr@milbank.com | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attn: Steven J. Reisman, Andrew M. Thau<br>101 Park Avenue<br>New York, New York 10178-0061<br>Phone: 212-696-6000<br>Fax: 212-697-1559<br>sreisman@cm-p.com; athau@cm-p.com |
| Scarcella Rosen & Slome<br>Attn: Thomas Slome, Alan Marder<br>333 Earle Ovington Blvd Ste 901<br>Uniondale, NY 11553<br>Phone: 516-227-1600<br>Fax: 516-227-1601<br>tslome@srsllp.com; amarder@srsllp.com | Kelley Drye & Warren LLP<br>Attn: James S. Carr, Robert Lehane, Debra SuDock<br>101 Park Avenue<br>New York, NY 10178<br>Phone: 212-808-7800<br>Fax: 212-808-7897<br>Jcarr@kelleydrye.com; rlehane@kelleydrye.com;<br>dsudock@kelleydrye.com |

| | |
|---|---|
| Frank/Gecker LLP<br>Attn: Joseph D. Frank, Zane Zielinski<br>325 N Lasalle Street, Ste 625<br>Chicago, IL 60610<br>Phone: 312-276-1400<br>Fax: 312-276-0035<br>Jfrank@fgllp.com; zzielinski@fgllp.com | Kaye Scholer LLP<br>Attn: Richard Smolev, Keith Murphy<br>425 Park Avenue<br>New York, NY 10022-3598<br>Phone: 212-836-8000<br>Fax: 212-836-8689<br>Rsmolev@kayescholer.com; kmurphy@kayescholer.com |
| Neiman Ginsburg & Mairanz PC<br>Attn: Gary Ginsburg<br>39 Broadway, 25th Fl.<br>New York, NY 10006<br>Phone: 212-269-1000<br>gginsburg@ngmpc.com | Katten Muchin Zavis Rosenman<br>Attn: Thomas J. Leanse, Dustin P. Branch, Merritt Pardini<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012<br>Phone: 310-788-4400<br>Fax: 310-788-4471<br>thomas.leanse@kmzr.com; dustin.branch@kmzr.com; merritt.pardini@kmzr.com |
| Grueneberg Law Group, LLC<br>Attn: Rudi R. Grueneberg, Esq.<br>704 East Main Street, Building E<br>Moorestown, New Jersey 08057<br>Phone: 856-235-6710<br>Fax: 856-235-6898<br>rrg@rglawgroup.com | Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello<br>Attn: Robert K. Scheinbaum, Thomas Alijan<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Phone: 973-623-1000<br>Fax: 973-623-9131<br>rscheinbaum@podveysachs.com; taljian@podveysachs.com |
| Burr & Forman LLP<br>Attn: Derek F. Meek, Robert B. Rubin<br>3100 SouthTrust Tower<br>420 North 20th St.<br>Birmingham, AL 35203<br>Phone: 205-251-3000<br>Fax: 205-458-5100<br>dmeek@burr.com; brubin@burr.com | Macco & Stern, LLP<br>Attn: Richard L. Stern<br>135 Pinelawn Road, Suite 120 South<br>Melville, NY 11747<br>Phone: 631-549-7900<br>Fax: 631-549-7845<br>rstern@maccosternlaw.com |
| Law Offices of Avrum J. Rosen<br>Attn: Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743<br>Phone: 631-423-8527<br>Fax: 631-423-4536<br>arosen@avrumrosenlaw.com | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker<br>260 South Broad Street<br>Philadelphia, PA 19102-5003<br>Phone: 215-568-6060<br>Fax: 215-568-6603<br>mbranzburg@klehr.com; CHDicker@Klehr.com |

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002
Phone: 856-486-6961
Fax: 856-486-4875
cslocum@klehr.com

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
gponto@gibbonslaw.com

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 516-408-3030
Fax: 516-408-7917
gerard@bmclaw.com

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614
Phone: 212-659-7300
Fax: 212-918-8989
judith.elkin@haynesboone.com

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789
Phone: 214-651-5000
Fax: 214-200-0486
stacey.jernigan@haynesboone.com;
mark.elmore@haynesboone.com

| | |
|---|---|
| DLA Piper Rudnick Gray Cary US LLP<br>Attn: Mark Friedman<br>6225 Smith Ave.<br>Baltimore, MD 21209<br>Phone: 410-580-3000<br>Fax: 410-580-30001<br>mark.friedman@dlapiper.com | Sonnenschein Nath & Rosenthal LLP<br>Attn: Carole Neville, Jo Christine Reed<br>1221 Avenue of the Americas, 24th<br>New York, NY 10020<br>Phone: 212-768-6700<br>Fax: 302-768-6800<br>cneville@sonnenschein.com; jcreed@sonnenschein.com |
| Connolly Bove Lodge & Hutz<br>Attn: Karen Bifferato, Christina Thompson<br>1007 North Orange St., PO Box 2207<br>Wilmington, DE 19899<br>Phone: 302-658-9141<br>Fax: 302-658-0380<br>kbifferato@cblh.com; cthompson@cblh.com | Hance Scarborough Wright Ginsberg & Brusilow, LLP<br>Attn: Frank Wright, Ashley Ellis<br>6000 Signature Place<br>14755 Preston Road<br>Dallas, TX 75254<br>Phone: 972-788-1600<br>Fax: 972-239-0138<br>fwright@hswgb.com; aellis@hswgb.com |
| Reed Smith LLP<br>Attn: Elena Lazarou<br>599 Lexington Ave., 27th Fl.<br>New York, NY 10022<br>Phone: 212-521-5400<br>Fax: 212-521-5450<br>elazarou@reedsmith.com | Reed Smith LLP<br>Attn: Kurt F. Gwynne, Esq.<br>1201 N. Market St.<br>Wilmington, DE 19801<br>Phone: 302-778-7550<br>Fax: 302-778-7577<br>kgwynne@reedsmith.com |
| Blank Rome LLP<br>Attn: Jason W. Staib<br>Chase Manhattan Centre<br>1201 Market St., Ste 800<br>Wilmington, DE 19801<br>Phone: 302-425-6429<br>Fax: 302-425-6464<br>staib@blankrome.com | Blank Rome LLP<br>Attn: Andrew B. Eckstein, Rocco Cavaliere<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Phone: 212-885-5000<br>Fax: 212-885-5002<br>aeckstein@blankrome.com; rcavaliere@blankrome.com |
| Rynn & Janowsky LLP<br>Attn: Patricia Rynn, Priscilla Grannis<br>4100 Newport Place Drive, Ste 700<br>Newport Beach, CA 92660<br>Phone: 949-752-2911<br>Fax: 949-752-0953<br>pat@rjlaw.com; priscilla@rjlaw.com | Adelman Law Officesm PC<br>Attn: David A. Adelman<br>1320 Tower Road, Ste 114<br>Schaumburg, IL 60173<br>Phone: 847-301-4341<br>Fax: 847-301-4342<br>adelman@pacaenforcer.com |

Keaton & Associates, P.C.
Attn: Mary E. Gardner, Esq.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067
Phone: 847-934-6508
Fax: 847-934-6508
gardner@pacatrust.com

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106
Phone: 215-829-0014
Fax: 215-829-0059
jchebot@wbc-lawyers.com

McCarron & Diess
Attn: Louis W. Diess, III
4900 Massachusetts, Avenue, N.W., Suite 310
Washington, D.C. 20016
Phone: 202-364-0400
Fax: 202-364-2731
ldiess@mccarronlaw.com

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109
Phone 239-513-9191
Fax: 239-513-9677
lmeuers@meuerslawfirm.com

Law Offices of Bruce Levinson
Attn: Bruce Levinson
747 Third Avenue, 4th Floor
New York, NY 10017-2803
Phone: 212-750-9898
b.levinson@verizon.net

Rojas Santos Stokes & Garcia, LLP
Attn: Craig A. Stokes
3330 Oakwell Court, Suite 225
San Antonio, Texas 78218
Phone: 210-804-0011
cstokes@rssglaw.com

Martyn & Associates
Attn: Mark A. Amendola
820 W Superior Ave,
Cleveland, OH 44113
Phone: 216-861-4700
mamendola@martynlawfirm.com

Law Office of Robert E. Goldman
Attn: Robert E. Goldman
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
Phone: 954-745-7450
Fax: 954-745-7460
robert@Goldmanlaw.com

Morrison Cohen LLP
Attn: Joseph Thomas Moldovan
909 Third Avenue
New York, NY 10022-4731
Phone: 212-735-8600
Fax: 212-735-8708
jmoldovan@morrisoncohen.com

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
Fax: 212-956-2164
fringel@pobox.com

| | |
|---|---|
| Levi Lubarsky & Feigenbaum LLP<br>Attn: Howard B Levi, Steven Feigenbaum<br>845 Third Ave, 21st Fl.<br>New York, NY 10022<br>Phone: 212-308-6100<br>Fax: 212-308-8830<br>Hlevi@llf-law.com; sfeigenbaum@llf-law.com | Kozyak Tropin & Throckmorton, P.A.<br>Attn: Laurel Myerson Isicoff<br>2800 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2335<br>Phone: 305-372-1800<br>Fax: 305-372-3508<br>lmi@kttlaw.com |
| Kozyak Tropin & Throckmorton, P.A.<br>Attn: John W. Kozyak<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, Florida  33134<br>Phone: 305-377-0654<br>Fax: 305-372-3508<br>jk@kttlaw.com | Wander & Associates<br>Attn: David H. Wander<br>641 Lexington Ave, 21st Fl.<br>New York, NY 10022<br>Phone: 212-751-9700<br>Fax: 212-751-6820<br>dwander@wanderlaw.com |
| Venable LLP<br>Attn: Lisa Bittle Tancredi, Gregory Cross, Heather Deans Foley<br>1800 Mercantile Bank & Trust Bldg., 2 Hopkins Plaza<br>Baltimore, MD 21201<br>Phone: 410-244-7400<br>Fax: 410-244-7742<br>lbtancredi@venable.com; gacross@venable.com;<br>hdfoley@venable.com | McGuirewoods LLP<br>Attn: Patrick L. Hayden, Shawn R. Fox<br>1345 Avenue of the Americas, Seventh Floor<br>New York, NY 10105-0106<br>Phone: 212.548.2165<br>Fax: 212.548.2150<br>phayden@mcguirewoods.com; sfox@mcguirewoods.com |
| McGuirewoods LLP<br>Attn: Robert A. Cox<br>Bank of America Corporate Center<br>100 N. Tryon St., Ste 2900<br>Charlotte, NC 28202-4011<br>Phone: 704-373-4637<br>Fax: 704-353-6107<br>rcox@mcguirewoods.com | Pitney Hardin LLP<br>Attn: Richard Meth<br>PO Box 1945<br>Morristown, NJ 07962-1945<br>Phone: 973-966-6300<br>Fax: 973-966-1550<br>rmmnybankruptcy@pitneyhardin.com |