SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| : | |
| WINN-DIXIE STORES, INC., et al., : | Case No. 05-11063 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF ORDER AUTHORIZING RETENTION OF**
**KPMG LLP AS AUDITORS, ACCOUNTANTS, AND TAX ADVISORS**

PLEASE TAKE NOTICE that on March 22, 2005, the Debtors filed (i) the annexed application (the "Application") for entry of an order authorizing and approving the retention of KPMG LLP, nunc pro tunc to February 21, 2005, as auditors, accountants, and tax advisors to the Debtors during these cases, pursuant to Title 11 of the United States Code § 327(a) (the "Bankruptcy Code") and (ii) a proposed order granting such relief (the "Proposed Order").

PLEASE TAKE FURTHER NOTICE that the Proposed Order will be presented for signature to the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 on April 11, 2005.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application and entry of the Proposed Order must be made in writing and received in the chambers of the Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, 21st Floor, New York, New York 10004, Attention: Richard C. Morrissey, Esq.; Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attention: D. J. Baker, Esq; Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Matthew S. Barr, Esq.; Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, 29th Floor, New York, New York 10169, Attention: Jonathan N. Helfat, Esq.; and KPMG LLP, One Independent Drive, Suite 2700, Jacksonville, Florida 32202, Attention: R. Travis Storey; and the undersigned counsel not later that April 5, 2005 at 4:00 p.m. (EDT). Unless objections are received by that time, the Proposed Order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, a hearing will be held in the United States Bankruptcy Court for the Southern District of New York on April 12, 2005, at 10:00 a.m.(EDT). The moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied.

Dated:  March 22, 2005
        New York, New York

    /s/     _D. J. Baker_
    D. J. Baker (DB 0085)
    Sally McDonald Henry (SH 0839)
    Rosalie Walker Gray
    David M. Turetsky
    SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP
    Four Times Square
    New York, New York 10036
    Telephone:    (212) 735-3000
    Facsimile:    (212) 735-2000

    Attorneys for Debtors