SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                              :
                                                   :    **Chapter 11**
                                                   :
**WINN-DIXIE STORES, INC., et al.,**               :    **Case No. 05-11063 (RDD)**
                                                   :
                      Debtors.[1]                  :    **(Jointly Administered)**
                                                   :
-------------------------------------------------------------x

### APPLICATION FOR AUTHORITY TO RETAIN CARLTON FIELDS, P.A. AS SPECIAL REAL ESTATE LITIGATION COUNSEL TO THE DEBTORS

Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, as debtors and

debtors-in-possession (collectively, the "Debtors"), respectfully represent:

### Background

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

U.S.C. §§ 101 1330 as amended (the "Bankruptcy Code").  Their cases are being jointly

administered by order of this Court.

2.      The Debtors are operating their businesses and managing their properties

as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No

request has been made for the appointment of a trustee or examiner.  On March 1, 2005, the

Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of

unsecured creditors (the "Creditors Committee") to serve in these cases pursuant to section 1103

of the Bankruptcy Code.

3.      The Debtors are grocery and drug retailers operating in the southeastern

United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.

According to published reports, the Debtors are the eighth-largest food retailer in the United

States and one of the largest in the Southeast.  The Debtors' business was founded in 1925 with a

single grocery store and has grown through acquisitions and internal expansion.  The Debtors

currently operate more than 900 stores in the United States with nearly 79,000 employees..

Substantially all of the Debtors' store locations are leased rather than owned.

4.      This Court has jurisdiction over this Motion under 28 U.S.C. § 1334.

Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding

within the meaning of 28 U.S.C. § 157(b)(2).

5.      The statutory predicate for the relief requested herein is section 327 of the

Bankruptcy Code of the Bankruptcy Code, and such relief is subject to Rule 2014 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Relief Requested

6.       By this Application, the Debtors request entry of an order pursuant to section 327(e) of the Bankruptcy Code, approving the retention of Carlton Fields, P.A. ("CF"), nunc pro tunc to the Petition Date, as special real estate litigation counsel to the Debtors during these cases.  The Debtors request that CF be retained to perform the services described in this Application on the terms set forth herein.[2]

## Basis for Relief

7.       The Debtors wish to employ CF as special counsel in these cases to advise the Debtors and handle litigation against tenants in several shopping centers who are operating in violation of Winn-Dixie's exclusive use rights and against landlords who permit such violations. CF currently represents the Debtors in several such matters pending primarily in Florida and contemplates representing the Debtors in such other related matters as the Debtors may request from time to time.  The Debtors also wish to employ CF to continue to advise Debtors and handle claims against landlords and their insurers in matters involving hurricane related damages sustained by Winn-Dixie, and such other adversarial real estate matters as the Debtors may request from time to time that shall not be duplicative of the services rendered by the Debtors' other counsel.

---

[2]       The services for which the Debtors seek to retain CF are ordinary course professional services that would normally be subject to the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "OCP Order") dated March 4, 2005.  The Debtors are filing this Application to retain CF pursuant to section 327(e) of the Bankruptcy Code because they anticipate that the cost of the services that they will require from CF will exceed the monthly and case caps provided in the OCP Order.

8.    The Debtors have selected CF to serve in the capacity described above because of the firm's extensive knowledge of the Debtors' exclusive use rights and matters involving hurricane related damages, and its recognized litigation expertise.  Alan M. Grunspan, now a shareholder of CF, has provided extensive legal services to the Debtors since 1997.  In December 2004, Alan M. Grunspan joined CF, and since that date, he and CF have provided extensive legal services to the Debtors, including extensive involvement in all litigation involving the protection to the Debtor's exclusive use rights in shopping centers and hurricane related damage recovery from landlords and their insurers.  The Debtors believe that CF is well qualified and able to represent them in these cases in a most efficient and timely manner.

9.    The Debtors have, by separate application (Dkt. No. 28) and order (Dkt. No. 436), obtained the Court's authorization to employ Smith, Gambrell & Russell, LLP ("SGR") as special real estate counsel to the Debtors' during these cases with respect to the discrete matters described in such application and order.  The services for which the Debtors here seek to retain CF are not duplicative of the services provided to the Debtors by SGR.  Moreover, CF will consult with the Debtors and with the Debtors' other counsel throughout the pendency of these cases to ensure that there will be no duplication of legal services provided to the Debtors.

10.    CF has indicated its desire and willingness to act in these cases and to render the necessary professional services as attorneys to the Debtors.

11.    To the best of the Debtors' knowledge: (a) CF neither holds nor represents any interest adverse to the Debtors' estates with respect to the services for which it will be employed; and (b) CF has had no affiliation with the Debtors, their creditors or any party in interest, or their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or the Bankruptcy Judge presiding over

-4-

these cases, except as disclosed more fully in the Declaration of Alan M. Grunspan and

Disclosure of Compensation (the "Grunspan Declaration"), attached hereto as <u>Exhibit A</u>.[3]

12.    CF will not, while employed by the Debtors, represent or hold any interest

adverse to the Debtors or their estates with respect to the matters on which CF is to be employed.

Accordingly, CF satisfies the standard for employment of special counsel as set forth in Section

327(e) of the Bankruptcy Code.

13.    The Debtors have agreed to pay CF reasonable sums at its normal rates for

services and to reimburse CF for reasonable expenses, with all payments being subject to final

review and allowance by the Court.  A list of those attorneys and paralegals who will be

providing the majority of services for the Debtors on behalf of CF, together with their applicable

hourly rates, is set forth in the Grunspan Declaration.

14.    CF will file fee applications with the Court in accordance with applicable

provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of the United States

Bankruptcy Court for the Southern District of New York (the "Local Rules") and the orders of

this Court.

15.    Prior to the Petition Date, CF received certain amounts (as set forth in the

Grunspan Declaration) from the Debtors as compensation for professional services performed

and for the reimbursement of reasonable and necessary expenses incurred in connection

therewith.

---

[3]    CF has indicated that, as of the Petition Date, it was owed an amount less than $30,000
(the "Pre-Petition Claim") for unpaid fees and costs in connection with legal services provided.
The existence of the Pre-Petition Claim is not an impediment to CF's retention under 327(e).

## Notice

16.      Notice of this Application has been provided to (a) counsel to the U.S. Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors' Committee, (d)  the other parties in interest named on the Master Service List maintained in these cases, and (e) CF.  The Debtors submit that no other or further notice need be given.

## Waiver of Memorandum of Law

17.      Pursuant to Rule 9013-1(b) of the Local Rules, because there are no novel issues of law presented herein, the Debtors respectfully request that the Court waive the requirement that the Debtors file a memorandum of law in support of this Motion.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court enter an order (a) authorizing the Debtors to retain CF as special real estate litigation counsel to the Debtors nunc pro tunc to the Petition Date and (b) granting such other and further relief as the Court deems just and proper.

Dated:  March 22, 2005
        New York, New York

/s/      _D. J. Baker_
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
David M. Turetsky
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:   (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 651-3000
Facsimile:   (302) 651-3001

Attorneys for Debtors

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                          :
                                               :          **Chapter 11**
                                               :
**WINN-DIXIE STORES, INC., et al.,**           :          **Case No. 05-11063 (RDD)**
                                               :
                    Debtors.[1]                :          **(Jointly Administered)**
                                               :
-------------------------------------------------------------x


**DECLARATION OF ALAN M. GRUNSPAN**
**AND DISCLOSURE OF COMPENSATION**

I, Alan M. Grunspan, hereby state and declare as follows:

1.       I am a shareholder in the law firm of Carlton Fields, P.A. ("CF"), which

maintains an office at 4000 International Place, 100 S.E. Second Street, Miami, Florida  33131.  I

am duly authorized to make this Declaration on behalf of CF, and I make this Declaration in

support of the Application of Winn-Dixie Stores, Inc. and its affiliated debtor entities

(collectively, the "Debtors") for the approval of their retention of CF as special counsel in the

above-referenced bankruptcy cases (the "Application").  The facts set forth in this Declaration

are personally known to me, and, if called as a witness, I could and would testify thereto.  Unless

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie
Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc.,
Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food
Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie
Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie
Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

otherwise defined, all capitalized terms used herein have the meanings given to them in the Application.

2.      Neither I nor CF represents any entity other than the Debtors in, or in connection with, these cases.

3.      I have provided extensive legal services to the Debtors since 1997.  In December 2004 I joined the CF law firm.   Prior to that time I practiced law with Kaufman Dickstein & Grunspan P.A.   Since I joined CF in December, 2004 CF has provided extensive legal services to the Debtors, in particular relating to litigation involving the protection of the Debtors' exclusive use rights in shopping centers.  CF currently represents the Debtors in several such matters pending primarily in Florida and contemplates representing the Debtors in such other related matters as the Debtors may request from time to time.  CF also represents the Debtors in matters involving hurricane related damage recovery from landlords and their insurers.  CF also currently represents the Debtors in other real estate disputes and may represent Debtors in future matters as Debtors may request from time to time that shall not be duplicative of the services rendered by the Debtor's other counsel.  I am advised that prior to December 2004, other attorneys in CF's Tampa office had provided occasional legal services to the Debtor on labor law related matters.

4.      I am advised that the Debtors have, by separate application (Dkt. No. 28) and order (Dkt. No. 436), obtained the Court's authorization to employ Smith, Gambrell & Russell, LLP ("SGR") as special real estate counsel to the Debtors' during these cases with respect to the discrete matters described in such application and order.  The services for which the Debtors seek to retain CF are not duplicative of the services provided to the Debtors by SGR. Moreover, CF will consult with the Debtors and with the Debtors' other counsel throughout the

pendency of these cases to ensure that there will be no duplication of legal services provided to the Debtors.

5.    On February 18, 2005, CF received a wire transfer from Winn-Dixie Stores, Inc. in the sum of $425,961.52 in partial payment of pre-petition legal fees and expenses. I anticipate that as of the Petition Date, the Debtors owe CF less than $30,000.00 for pre-petition fees and costs incurred by CF, for which CF intends to file an unsecured proof of claim.

6.    To the best of my knowledge, information, and belief formed after reasonable inquiry, other than in connection with these cases, neither I nor any member, professional, or employee of CF has any affiliation with the Debtors, their creditors, the United States Trustee, any person employed in the Office of the United States Trustee, the Bankruptcy Judge presiding over these cases, or any other party with an actual or potential interest in these cases, or their respective attorneys or accountants, accountants, except that (a) CF may have appeared from time to time in the past, and may appear in the future, in other cases or matters where one or more of such parties may have been or may be involved and (b) CF may have been retained by certain creditors and other parties in interest or their attorneys, accountants, or professionals in other cases or matters unrelated to the matters for which CF is proposed to be employed.

7.    The identities of parties in interest in these cases were provided to CF and are listed on Attachment 1 hereto.

8.    CF has conducted a search of its own client, adverse, and related party database to ascertain whether relationships exist with interested parties.  However, that search has been limited to some, but not all, of the categories shown on Attachment 1.  The Categories that have been searched are:

(a)     the Debtors' non-debtor affiliates;

(b)     the Debtors' current officers and directors;

(c)     the Debtors' former officers and directors;

(d)     the Senior Secured Lenders;

(e)     the Mortgage Holders;

(f)     the Parties with filed UCC Financing Statements;

(g)     the Indenture Trustee;

(h)     the Senior Unsecured Noteholders and Related Funds and Administrators;

(i)     the Publicly Identified Shareholders; and

(j)     the Debtors' accountants.

9.      CF has not conducted a complete and comprehensive review of the entities listed under the categories of (i) the Top 50 Unsecured Trade Creditors, or (ii) Insurance Companies, or (iii) Lessors of Real Property, all as shown on <u>Attachment 1</u> hereto.  However, as described below, even without a comprehensive search, CF has identified certain of its own clients, adverse parties or related entities in each of these three categories.

10.     A review of the results of the search of our database with regard to the searched categories indicates that CF has in the past and may currently, represent the following entities (or entities that are related to them) in connection with matters totally unrelated to the matters for which CF is proposed to be employed:

<u>Current Officers and Directors</u>.
John E. Anderson[2]
T. Wayne Davis[3]

---

[2] It is unclear whether this is the same John E. Anderson listed on <u>Attachment 1</u>.

[3] In fact T. Wayne Davis, Jr.   Mr. Davis is a current client of CF.  He is named as a defendant in an adversary proceeding in a bankruptcy case in Orlando, which is completely unrelated to these chapter 11 cases.

-4-

Dennis M. Sheehan[4]
Former Directors and Officers
A. Dano Davis[5]
L.B. Johnson.[6]
Senior Secured Lenders
Bank One
Congress Financial Corporation (Florida)
General Electric Capital Corporation
GMAC Commercial Finance LLC
Fleet Retail Group, Inc.
Merrill Lynch Capital
National City Business Credit, Inc.
PNC Business Credit
Siemens Financial Services, Inc.
SunTrust Bank
The CIT Group/Business Credit, Inc.
UBS AG, Stamford Branch
Wachovia Bank, NA
Wells Fargo Foothill LLC
Mortgage Holders
Lutheran Brotherhood
Top 50 Unsecured Trade Creditors
General Electric Company
Kraft Foods Global, Inc.
Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Johnson & Johnson
Proctor & Gamble
Smith Kline Beecham
US Bank Corporation
Wyeth Consumer Healthcare
Parties with Filed UCC Financing Statements
Cargill, Incorporated
Cisco Systems Capital Corporation
EMC Mortgage Corp.
Fidelity Leasing, Inc.
Fleet Capital Leasing – Technology Finance

---

[4] Dennis M. Sheehan shows up in the data base as a 'related party' in a transactional matter. This file was closed in 2000. CF's client was New York Life Insurance Company.

[5] A. Dano Davis shows up as a 'related party' in matters in which CF's client is Toyota Motor Sales, USA, Inc.

[6] Again, it is unclear if this is the same individual. The data base references a Larry B. Johnson, Jr. as a 'related party' on a transactional file that was closed in 1997. CF's client was Wachovia Bank.

GATX Technology Services Corporation
IBM Credit Corporation
Ikon Office Solutions, Inc.
National City Bank of MI/IL
NCR Corporation
US Bancorp

<u>Indenture Trustee</u>
Wilmington Trust Company

<u>Senior Unsecured Noteholders etc</u>
Credit Suisse Asset Management, Ltd.
Fortis Group
Fortis Insurance Company
John Alden Life Insurance Company
Prudential Investments Fund Management LLC

<u>Lessors of Real Property</u>
Bank One
Bank of New York
Benderson Trust & Wayne Ruben
Glimcher Properties Limited
Goodings Supermarkets, Inc.
Kimco Development Corp.
Kmart Corporation
Navarre Square
Orix Real Estate Capital Market
Reef Associates, Ltd.
Southtrust Bank
The Sembler Company
Sunset Centres Ltd.

<u>Insurance Companies</u>
AIG Aviation, Inc.
Great American Assurance Company
Illinois National Insurance Co.
Liberty Mutual Insurance Company
Lloyd's of London
National Union Fire Insurance Co.
St. Paul Fire & Marine Ins. Co.
XL Insurance America, Inc.
XL Specialty Insurance Company
Zurich
Zurich American Ins. Co.

<u>Publicly Identified Shareholders</u>
A. Dano Davis
T. Wayne Davis

<u>Accountants</u>
KPMG LLP

11.     As part of its practice, CF appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, including other professionals representing the Debtors.  In certain instances, such professionals may be the client of CF.  All of the other cases, proceedings, and transactions in which CF is involved and in which other professionals representing the Debtors or other parties in interest are also involved are totally unrelated to the matters for which CF is proposed to be employed.

12.     There are thousands of creditors and parties in interest in the Debtors' chapter 11 bankruptcy cases.  I anticipate that a review of CF's client database with regard to all of the Debtors' creditors and parties in interest would disclose that CF previously represented and/or currently represents one or more creditors or parties in interest (or one or more of their respective parent companies, subsidiaries, and affiliates) in addition to those interested parties who are specifically identified in paragraph 10 of this Declaration.  My review of the results of the search of our client database indicates, however, that any and all such other representation(s) of a creditor or party in interest would have been or would be in connection with matters that are totally unrelated to the Debtors or these chapter 11 cases.

13.     To the best of my knowledge, information, and belief formed after reasonable inquiry, neither I nor CF holds or represents any interest adverse to the Debtors' estates with respect to the services for which CF will be employed.

14.     In addition, and based upon inquiries made in connection with the preparation of this Declaration, I have no reason to believe that (a) any CF attorney has any individual claims against the Debtors; (b) CF owns stock in the Debtors or that any attorney has indicated any stock held in the Debtors, although CF is unable to determine whether any CF attorney holds an interest in any mutual fund holding stock of the Debtors.

15.     The Debtors have consented to the continued and future representation by CF of persons and entities who are creditors or parties in interest in these chapter 11 cases on matters unrelated to the matters for which CF is proposed to be employed, and have waived any conflict that might otherwise exist as a result of such other unrelated representations.

16.     Subject to the Court's approval of the Application, CF will earn and receive only those fees and other payments authorized by this Court in relation to services rendered on behalf of the Debtors during the pendency of these cases.

17.     The Debtors have agreed to pay CF reasonable sums at its normal rates for services and to reimburse CF for reasonable expenses, with all payments being subject to final review and allowance by the Court.  Below is a list of those attorneys, with the agreed hourly rates, who will be providing the majority of services for the Debtors:

| NAME | POSITION | HOURLY RATE |
|---|---|---|
| Alan M. Grunspan | Shareholder | $345.00 |
| Hywel Leonard | Shareholder | $345.00 |
| Robert N. Gilbert | Shareholder | $345.00 |
| Edith Osman | Shareholder | $345.00 |
| Jeffrey Cohen | Shareholder | $345.00 |
| Niall T. McLachlan | Associate | $245.00 |
| Jason R. Alderman | Associate | $245.00 |
| David J. Smith | Associate | $245.00 |
| Maureen Murray | Paralegal | $160.00 |

18.     No agreement or understanding in any form or guise exists between CF and any other person for a division of compensation for services rendered in or in connection with these cases, and no such division of compensation prohibited by Section 504 of the Bankruptcy Code will be made, except between other shareholders and me.  CF has not shared or

-8-

agreed to share any compensation received in these cases with any entity other than its shareholders, associates, and employees.

19.     Accordingly, I believe the proposed employment of CF is appropriate under Section 327(e) of the Bankruptcy Code and is not prohibited by or improper under Federal Rule of Bankruptcy Procedure 5002.  CF and the professionals it employs are qualified to represent the Debtors in the matters for which CF is proposed to be employed.

20.     To the extent any information disclosed herein requires amendment or modification upon CF's completion of further review or as additional party-in-interest information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 22, 2005 in Miami-Dade County, Florida.


_/s/ Alan M. Grunspan_
Alan M. Grunspan
CARLTON FIELDS, P.A.
4000 International Place
100 S.E. Second Street
Miami, Florida  33131
Telephone:   (305) 530-0050
Facsimile:    (305) 530-0055

**<u>Attachment 1</u>**

**<u>List of Interested Parties</u>**

**Attachment 1**

**List of Interested Parties**

**Debtors**
Astor Products, Inc.
Crackin' Good, Inc.
Deep South Distributors, Inc.
Deep South Products, Inc.
Dixie Darling Bakers, Inc.
Dixie-Home Stores, Inc.
Dixie Packers, Inc.
Dixie Spirits, Inc.
Dixie Stores, Inc.
Economy Wholesale Distributors, Inc.
Foodway Stores, Inc.
Kwik Chek Supermarkets, Inc.
Sunbelt Products, Inc.
Superior Food Company
Table Supply Food Stores Co., Inc.
WD Brand Prestige Steaks, Inc.
Winn-Dixie Handyman, Inc.
Winn-Dixie Logistics, Inc.
Winn-Dixie Montgomery, Inc.
Winn-Dixie Procurement, Inc.
Winn-Dixie Raleigh, Inc.
Winn-Dixie Stores, Inc.
Winn-Dixie Supermarkets, Inc.

**Non-Debtor Affiliates**
Bahamas Supermarkets Limited
The City Meat Markets Limited
W-D (Bahamas) Limited
WIN General Insurance, Inc.

**Current Officers and Directors**
John E. Anderson
Laurence B. Appel
J. R. Brogan
D. Michael Byrum
K. B. Cherry
John H. Dasburg
G. L. Estill
T. Wayne Davis
Tillie K. Fowler
Kellie D. Hardee
David F. Henry
H. I. Hopkins, Jr.
Michael J. Istre
J. J. James
Richard C. Judd
P. J. Kennedy
D. G. Lafever
Peter L. Lynch
Richard P. McCook
D. J. Maroney
Mark W. Matta
J. P. Medina
Edward W. Mehrer, Jr.
D. A. Moore, Jr.
Julia B. North
Paul Novak
Bennett L. Nussbaum
E. L. Rainwater
Carleton T. Rider
J. J. Roy
C. S. Rubio
Mark A. Sellers

Dennis M. Sheehan

H. Jay Skelton
Charles P. Stephens
P. L. Tiberio
Ronald Townsend
H. S. Wadford
D. M. Young

**Former Officers and Directors**
Keva M. Bethel
D. H. Bitter
A. Dano Davis
Judith W. Dixon
L. B. Johnson
Bryan C. S. Knowles
Frank Lazaran
Barry J. Rassin
K. A. Romeo
Allen R. Rowland
Karen E. Salem
Hugh G. Sands
John R. Sheehan
Bruce R. Souder

**Senior Secured Lenders**
Amsouth Bank
Bank One
Congress Financial Corporation (Florida),
n/k/a Wachovia National Bank, N.A.
Fleet Retail Group, Inc.
General Electric Capital Corporation
GMAC Commercial Finance LLC
Israel Discount Bank
Merrill Lynch Capital
National City Business Credit, Inc.
PNC Business Credit
RZB Finance LLC
Siemens Financial Services, Inc.
SunTrust Bank
The CIT Group/Business Credit, Inc.
UBS AG, Stamford Branch
Wachovia Bank, National Association
Webster Business Credit Corp
Wells Fargo Foothill LLC

**Mortgage Holders**
Lutheran Brotherhood

**Top 50 Unsecured Trade Creditors on a
Consolidated Basis as of February 18,
2005**
Alberto Culver USA, Inc.
Anderson News LLC
Bayer Corp
Campbell Soup Co.
CH Robinson Worldwide Inc
Clorox Sales Co - KPD
Coca Cola Bottling Co
Coca Cola Bottling Works
Conagra Grocery Products Co.
Del Monte Foods USA
DLJ Produce Inc
Edy's Grand Ice Cream

Fin Tech
Florida Coca Cola
Front End Services Corp.
General Electric Company
General Mills Inc.
Georgia Pacific Corp.
Gerber Products Company
Gillette Company
Good Humor Breyers Ice Cream
Gourmet Award Foods Mid Atlantic
Gulf Coast Coca-Cola Bottling Co.
Hershey Chocolate USA
Johnson & Johnson
Keebler Company
Kellogg Sales Company
Kimberly Clark
Konica Photo Imaging
Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Louisiana Coca Cola
McKee Foods Corporation
Nestle (Nestle Usa, Nestle Purina, Nestle
Water)
Pepperidge Farm Inc-Cookies
Pepsico. & Affiliates
Powerhouse Produce LLC
Procter & Gamble Dist Co.
Riverdale Farms
Ross Laboratories
Safe Harbor Seafood
Sanderson Farms
Sara Lee Foods
Schering Plough Health Care
Schreiber Foods Inc.
Smith Kline Beecham
Unilever (Hpc Usa & Best Foods)
US Bank Corporation
Warner Lambert Consumer Group
Wyeth Consumer Healthcare

**Parties with Filed UCC Financing
Statements**
Bennett's Leasing Incorporated
Cargill, Incorporated
Cisco Systems Capital Corporation
Computer Leasing Company of Michigan,
Inc.
EMC Corporation
Fidelity Leasing, Inc.
Fleet Capital Leasing - Technology Finance
Fleet Leasing Corporation
GATX Technology Services Corporation
Healthguard Finance Corporation
Healthguard International, Inc.
IBM Credit Corporation
IBM Credit LLC
Ikon Office Solutions Inc.
Konica Photo Imaging
Konica USA Inc.
National City Bank of MI/IL
NCR Corporation
Norse Dairy Systems
Storagetek Financial Services Corporation
US Bancorp
Xpedex - Division of International Paper

**Indenture Trustee**
Wilmington Trust Company

**Senior Unsecured Note holders and
Related Funds and Administrators**
American Bond Fund of America
American Capital World Bond Fund
American Funds
American Funds High Income Trust
American Funds Insurance – Asset
Allocation
American Funds Insurance
American Funds Smallcap World Fund
American Memorial Life Insurance Co.
Amerihealth Insurance Company of New
Jersey
Ameriprime Funds
ANIA High Yield Bond Portfolio
Arnhold & S Bleichroeder Advisers, LLC
Assurant Inc.
Austin Investment Management Co.
Aviva Life Insurance Company
Capital Research and Management
Company
Clariden US High Yield Bond Fund
Colonial Intermarket Income Trust
Columbia Management Advisors
CGU Insurance Group
Credit Suisse Asset Management Ltd.
Credit Suisse FS High Yield Bond
Credit Suisse High Yield Bond Fund
Delphi Financial Group
Denver Investment Advisors Inc.
DLJ Investment Management Corp.
Dynamic American Value
Dynamic American Value Fund
First Eagle Funds
First Eagle US Value Fund
First Fortis Life Insurance Company
Fortis Benefits Insurance Company
Fortis Group
Fortis Insurance Company
Fringe Benefit Life Insurance Company
Goodman & Co. Investment Counsel
High Yield Plus Fund
IMS Capital Management
IMS Strategic Income Fund
Independence Blue Cross
John Alden Life Insurance Company
Julius Meinl Investment Gmbh
Liberty Funds Distributor, Inc.
Meinl Capitol
PHUP Training
Prudential Investments Fund Management
LLC
QCC Insurance Company
Regence Blue Shield
Regence Blue Cross Blue Shield of Oregon
Regence Blue Cross Blue Shield of Utah
Reliance Standard Life Insurance Company
Securities Management and Research, Inc.
The Vanguard Group
Vanguard Group Incorporated
Vanguard High-Yield Corporate Bond
Portfolio
Vanguard VVIF High Yield Bond Fund
Wellington Management Co. LLP
Westcore Flexible Income Fund
Westcore Funds

**Lessors of Real Property**
100 Executive Drive LP
11010 Seventh Ave Investments
145 Associates Ltd
17161 N W 27th Avenue LLC
1954 Unionport Associates LLC
1980 Unionport Associates LLC
1997 Properties
2525 East Hillsborough Ave LLC
40/86 Mortgage Capital Inc
440 Group Ltd
4JS Family LLLC
5 Points West Shopping Center
51st Street & 8th Ave Corp
7595 Centurion Parkway LLC
9 SC Associates
98 Palms Ltd
99 Eglin Ltd
A F I Management
A G Edwards
A J & C Garfunkel
A L S Telfair Plaza
Ackerberg Group
Ackerman-Midtown Assoc
Acorn Assoc Ltd
Acron USA Fonds Winn Dixie LP
Adams Realty
Aegis Waterford LLC
Aegon USA Realty Advisors Inc
AEI Income & Growth Fund XXI L
AEI Net Lease Income & Growth
AEM Stiftung LLC
Agree Limited Partnership
Aintsar Realty Corp
Airkaman Of Jacksonville Inc
Al Bellotto Inc
Alabama '83 Center Associates
Albert J Cirignano Sr
Albion Pacific Prop Resources
Alfa Mutual Fire Ins Co
Allard LLC
Allied Capital Corporation
Allied Capital REIT Inc
Altamonte SSG Inc
Alvin B Chan Family LP
Alvin B Chan Inc
Alvyn L Woods
Amelia Plaza Shopping Center
American Commercial Realty
American Federal Properties
American Mortgage & Realty Cor
American Paper Box Company Inc
American Plaza Ltd Partnership
American United Life Ins Co
Americana East Investments Inc
Ansel Properties Inc
Applewood Shopping Center
Arcadia FL Diversey West
Arco Realty Company
Arlington Properties Inc
ARS Investment Corporation
Asbury Commons Ltd
Ashy-Brown Gonzales
August Urbanek Investments
Avon Square Ltd
Avondale Square Limited
Azalea Management And Leasing
Azalea Shopping Center
B V Belk Jr

Bainbridge Associates
Baker & Baker
Bakersmith Corners LLC
Banc One
Bank Midwest
Bank Of New York
Bardstown SC LLC
Barlind Enterprises
Barrett Crossing Shopping Cent
Baumgardner-Hogan I LLC
Baxley Zamagias Lp
Baylanding Inc
Bayview Loan Servicing LLC
Beachwalk Centre II LLC
Bedford Avenue Realty Inc
Beer Wells Real Estate Service
Belco Enterprises
Belk Investments
Belleview Square Corp
Belmart Inc
Benderson 85-1 Trust And Wayne
Benderson Trust & Wayne Ruben
Benjamin Adam Setzer As Truste
Bennett V York
BEP II Limited Partnership
Bergeron WD Palmetto LLC
BG Highlands LLC
BG Turfway LLC
BHBS Inc
BHR LLC
Big Pine Shopping Center LLC
Bill Agapion
Bird Square Plaza Management I
Birmingham Realty Co
Blaine Lake LLC
Blanchard and Calhoun Real Est
Blue Angel Crossings
Bob Neill & Associates
Bogalusa Shopping Center Co
Bonners Point LLC
Bordeaux Center Inc
Bowdoin Square LLC
Boyd L Hyder
Boynton Lakes Plaza
Brandon Centre South
Brandywine Plaza Ltd
Brent Lance Trager
Brierwood Village Plaza
Bright-Meyers Dublin Assoc
Broad Street Station S.C.,LLC
Broadmoor Development Co
Brookhaven Retail LLC
Brookwood Flamingo Partners Lp
Brookwood LLC
Brown Investment Properties
Brown Noltemeyer Company
BT Marietta LLC
Bundy New Orleans Co LLC
Bunkie Investment Co LLC
Burlington Associates Ltd Prt
BW Dix Inc
BW Treasure Inc
Byars & Co Inc
C & A Ltd, Lc
C C Altamonte Joint Venture
Ca New Fixed Rate Partnership
Ca New Plan Venture Fund Louis
Cadillac Partnership
Caffery Center LLC
Caldwell Realty & Investment C

California Club Mall
Callahan Plaza Shopping Center
Cameron Edenton Co
Cameron Sanford Company LLC
Camilla Marketplace Associates
Cane River Shopping Cen
Capco 1998 D-7 Arlington Center
Capital Advisors Inc
Capital Development Company
Capital Properties Associates
Capmark Services LP
Cardinal Entities Company LLC
Carl Dupuis
Carolina Enterprises Inc
Casselsquare LLC
Casto Investments Co Ltd
Cayce Marketplace LP
CC Realty Intermediate Fund I
CDC Paying Agent LLC
Cedar Creek Crossing Associate
Cedar Mountain Village
Cedar Springs Ctr Assocs
Central Progressive Bank
Central Texas Shopping
Centrex Properties Inc
Century Management And
CFG Limited
Chambers Square LLC
Chapel Trail Associates Ltd
Chapin Development Co
Charles Simon Trustee Of Same
Charleston Square Inc Bank Of
CHK & Associates
Cityview LLC
Civic Center Station Ltd
Clayton Crossings LLC
Clearlake Square
Cleveland Marketplace Ltd
Cliffdale Corner Inc
Clinton House Company
CMC Real Estate Program
Collett Management LLC
Collins & Aikman
Collins Pointe Shopping Center
Colonial Development Co LLC
Colonial Properties Services
Colonial Properties Trust
Columbia Marketplace LLC
Columbus Life Insurance Co
Comke Inc
Commercial Leasing One
Commercial Leasing Two
Commercial Net Lease Realty Inc.
Commodore Realty Inc
Concire Centers Inc
Concord Advantage Ii LP
Conseco Mortgage Capital Inc
Constellation Apartments
Cooper Smolen Joint Venture
Coralwood Shopping Center
Cordova Collection Lp
Country Club Centre LLC
CPG Finance I LLC
CPM Associates LP
Crawford Norwood Realtors Inc
Crenshaw-Singleton Properties
Crescent Investment Corp
Crest Haven LLC
Crestview Marketplace LLC
Cross County Associates LP

Crossing Of Orlando Ltd
Crowder Family Joint Venture
Crown Liquors Broward In
Crump Investments Ltd
Crystal Beach Acquistion LP
Crystal Lake At Orlando
Curry Ford LP
Cypress Run LLC
D R Plaza Ltd
Dahlem Enterprises Inc
Dairy Plaza Associates Ltd
Dalraida Properties Inc
Daniel G Kamin
Daniel H Case And
Dauksch Family Partnership
Davie Plaza Limited Partnership
Davis Mill Station
Day Properties LLC
DDR Downreit LLC
DDR MDT Carillon Place LLC
Debary Common Shopping Center
Decatur Realty LLC
Deerfield Company Inc
Deerfoot Marketplace LLC
Defuniak Square Partners Ltd
Del Fair Inc
Del Mar Shopping Center
Delnice Corp N.V.
Delta Interest LLC
Delta Plaza LLC
Deltona Assoc Ltd
DEM Partnership
Dept of Finance State of Alabama
Deutsche Bank f/k/a Bankers Trust
Company
Devcon Enterprises Inc
Dickinson Logan Todd & Barber
Dixon Realty Trust 1999-1
DMI Agent For IDR Jr LLR Jr &
Downtown Destin S/C
Downtown Two LLC
DPJ Company Limited
Dr Ralph Dayan
Drake Rental Account
Drinkard Development
Duckworth Morris Realty
Durham Plaza Associates
E & A Southeast LP
E and A Aquisition Two LP
East Partners Ltd
Eastdale Square LLC
Eastern Retail Holdings Lp
Eastgate Center LLC
Eastgate Investors LLC
Ebinport Assoc
EBR Partnership
Eckstein Properties LLC
Ed Street Dev Co
Eden Meadow Greens Associates
Edens & Avant Inc
Edens & Avant Properties LP
EIG Gordon Village LLC
EIG Hampton Square LLC
Elfers Square Center Inc
Eliot Properties
Elkmont Associates
Elston/Leetsdale LLC
Englewood Village LLC
English Village LLC
Equity Assoc

Equity One (Delta) Inc
Equity One (Hunters Creek)Inc
Equity One (Lantana) Inc
Equity One (Pointe Royale) Inc
Equity One (Summerlin) Inc
Equity One (West Lake) Inc
Equity One Alpha Inc
Equity One Commonwealth Inc
Equity One Inc
Equity One Monument Pointe Inc
Ernst Properties, Inc
Ervin & Susanne Bard
Euclid Warehouses, Inc.
Eugene M Mclain
Eupora Shopping Center
Eutis Mortgage Corporation
Evangeline Life Insurance Co
Excel Realty Partners LP
F R O LLC VII
Fairfield Partners LP
Fairway Food Stores
First National Bank
First Republic Corp of America
First Security Bank
First Security Bank Nat'l Assoc
First Union National Bank
First Union Wholesale Lockbox
First Westgate Mall LP
Flag Bank
Flagler Retail Associates Ltd
Flamingo East Ltd
Flint Crossing LLC
Florida Dickens Associates Ltd
FMV Associates
Folmar & Associates
Foothills Partnership
Fountain Columbus Assoc LLC
Four Florida Shopping Centers
Francine Trager Kempner
Francis Carrington
Frank D Boren And Gail F Boren
Frank W Guilford Jr Trustee
FRO LLC VIII
FU/WD Opa Locka, LLC
FU/WD Atlanta, LLC
Fury's Ferry Shoppes
FWI 16 LLC
FWI 20 LLC
FWI 23 LLC
FWI 5 LLC
G H I of West Palm Beach LLC
Gad & Asher Realty Ltd
Galileo Cmb T1 Hl TX LP
Galt Ocean Marketplace
Gardens Park Plaza  219
Gates Of St Johns LLC
Gator Carriage Partners Ltd
Gator Jacaranda Ltd
Gator Linton Partners Ltd
Gehr Development Florida LLC
Gem Warwick LLC
General Electric Business Asse
General Electric Capital Business
Genoa Associates LLC
Gentilly Square
George B Nalley Jr
George C Walker
George Chen
George Chen Formosa Developers
George D Zamias

George Dewrell
GLA LLC
Glenwood Midway Co LLC
Glimcher Properties Limited
Glynn Enterprises LLC
Goodings Supermarkets Inc
Gordon K Konrad
Gottlieb Family Trust Houma Ll
Graham And Company
Gray - White LLC
GRE Coralwodd LP
GRE Properties L L C
Great Oak LLC
Great South Mgmt LLC
Greenville Associates
Greenville Compress Co
Greenville Compress Co
Greenville Grocery LLC
Greenwood Commons Assoc
Greer Plaza Inc
GS II Brook Highland LLC
GS II Jacksonville Regional LL
Gulf Coast Properties
Gulfport Plaza Center Inc
H C Plunkett
H R Orlando LLC
H V McCoy & Company Inc
Haddco Properties Ltd Partners
Hall Properties
Hall Properties Inc
Halpern Enterprises
Halpern Enterprises Inc
Hamilton Square LLC
Hammerdale Inc
Hammonton Partners
Harold G  Bagwell
Harvey Lindsay Commercial Real
Hasco Properties
Hayday Inc
Haydel Realty Company Inc
Heathrow Square LLC
Helena Marketplace LLC
Henderson Corporation
Herbert Singer
Heritage Community Bank
Heritage Crossing Associates
Heritage Prop Investment Ltd
Heritage SPE LLC
Heritage Square Assoc
Herman Maisel & Co Inc
Hialeah Fee Commons Ltd
Hialeah Promenade Limited Part
Highland Associates Lp
Highland Commons Boone LLC
Highland Lakes Associates
Highland Sq Shop Center
Hildebran Associates
Hillcrest Shopping Center
Hillsboro-Lyons Investors Ltd
Hilyard Manor Associates LLP
Hobe Sound S C Company Ltd
Holbrook Heritage Hills LP
Homestead Plaza
Homewood Associates Inc
Homosassa Assoc
Houston Centre LLC
Howell Mill Vlge Shpg Ct
HPC Wade Green LLC
Hudson Square Center Inc
Hurtak Family Partnership Ltd

I Reiss & Company
I Reiss and Co as Agent For
ICOS LLC
III T West LLC Marco Island Ma
Imperial Christina Shopping Ct
Independence Square
Indian Creek Crossing E&A LLC
Indian Village Group Inc
Indianapolis Life Ins Co
Indianapolis Life Insurance Co
Indrio Crossings Inc
Inland Southeast Property Mgmt
Interchange Associates Inc
Interwest Capital Corporation
Intracoastal Mall LLC
Invesco Lp
IPF Heights Limited Partnership
IPF/Capital Limited Partnership
IRT Partners LP
IRT Partners LP Equity One Rea
IRT Property Company
Island Plaza LLC
Isram Realty & Management Inc
Ivey Electric Company
J B Levert Land Co Inc
Jack Fiorella Iii
Jamerson Investments
James And Carolyn Sell
JDN Realty Corporation
Jefferson-Pilot Life
JEM Investments Ltd
Jerome H And Faith Pearlman Tr
JKA Enterprises LLC
JNB Company of Virginia LLC
John Benetti Associates
John C Eyster and E Lee Barran
John T Henley et al
JRT Realty Group - TIAA
Jula Trust
Jupiter Palm Assoc
JWV (La) LLC dba Sunshine Sq
K B Properties Inc
Keller Crossing Texas Lp
Kemor Properties Inc
Kerbby Partnership
Killen Marteplace LLC
Kimco Development Corp
Kimco University Co Inc
Kingfisher Inc
Kir Augusta 1 044 LLC
Kir Colerain 017 LLC
Kirk Meraux Winn-Dixie LLC
Kite Eagle Creek LLC
KJump Inc
Kmart Corporation
Knightdale Crossing LLC
Koger Equity
Kotis Properties
KPT Communities LLC
KRG Waterford Lakes LLC
L J Melody & Company
L O L LLC
L W Smith Jr Trust
La Petite Roche Center General
Lafayette Life Insurance Co
Lagrange Marketplace LLC
Lake Jackson Trading Post
Lake Mary Limited Partnership
Lake Sun Properties Ltd

Lakeland Partners
Lakewood Associates Ltd
Lancaster Community Investors
Land Dade Inc
Landing Station
Landmark Enterprises
Landsouth Partners
Langdale Tire Co
Langston Place
Lapalco Village Shop Cen
Laramie River Bay Limited Part
Larissa Lake June Limited Ptnr
Lasala Pinebrook Associates LP
Lasco Realty LLC
Lauderhill Mall
Laureate Capital
Lawrence M Heard
Leatherman Assoc
Leesburg Bansal LLC
Lehmberg Crossing LLC
Leonard R Setzer
LF Limited Lp & Walnut Street
Libby Cross Station Enterprise
LIF Realty Trust
Life Insurance Co Of George
Lincoln Square Partners LP
Lincoln Trust Company
Linpro Investments Inc
Lisette Stanish as Trustee
Litchfield Investments Riverwo
LN Piedmont Village LLC
Lockwood Assoc of GA Ltd Ptr
London Associates Ltd
LPI Key West Associates Ltd
LRS General Partnership
Lucy Company Of South Carolina
LW Jog S C Ltd
M & P Shopping Center
Macon Gravlee
Madison Mall Shopping Ctr Inc
Madison Station Properties LLC
Magnolia Park Shopping Center
Main Street Marketplace LLC
Manatee Village Investments Inc.
Mandarin Loretto Development
Mar Bay Investments LLC
Marions Hope LLC
Market Place Partners
Market Square Inc
Marketown Investors Inc
Marketplace of Americus LLC
Marketplace of Delray Ltd
Marketplace Shopping Center
Mason Shopping Center Partnership
McComb Associates
McDonough Marketplace Partners
McDuffie Square L P
McNab Plaza Inc
MCW Development Inc
MCW RC FL Highlands LLC
MDC South Wind Ltd
MDC Westgate Ltd
Melbourne Beach LLC
Mellon Trust Of California
Merchants Square Investments L
Meridian Supermarket LLC
Metro International Property
Miami Gardens Acquisition LLC
Michael & Irene Simon
Mid American Management Corp

Mid South Yazoo Lp
Midland Loan Services
Midland Loan Services Inc
Midwest Centers
Milford Station Ltd
Miller Group Properties Corp
Miramar Parkway Plaza LLC
Mitchell Co
Mitchell Mortgage Company LLC
Modern Woodman
Modern Woodmen Of America
Mohatra Inc
Monroeville Center Partners
Moorings of Manatee Inc
Morgran Co
Morris Track Corp & Williston
Morro Palms Shopping Center
Moulton Properties
Mount Castle Properties
Mr E M Arnovitz & Mr M Plasker
Mr Hugh M Tarbutton
Mr Malcolm Rosenberg
Mrs Mildred V Gray
Mt Dora Marketplace Ltd
Museum Associates
N K C Properties
N O M Properties Inc
Nalley Construction Co Inc
Naples South Realty Associates
Naranja Lakes Joint Ventures
National Western Insurance Co
National Western Life Insurance
Navarre Square
NB/85 Associates Wayne M Ruben
NDC Asset Management
New Bay Minette LLC
New England Realty Resources
New Plan Excel Realty Trust
New Plan Excel Realty Trust In
New Plan Realty Trust
Newberry Square Shopping Center
Newton Associates
NMB Partners L P
Noble Management Company
Normandy Equities Ltd
North & South Station
North Columbus Crossing Shopping
North Hixson Marketplace LLC
North Madison Associates Ltd
North Port Village Shopping
Northcross Land & Development
Northeast Plaza Associates
Northern Funds FBO Urbanek Inv
Northside Development Group
Northside Shopping Center
Northway Investments LLC
Northwest Junction Partners
Northwood Oaks LLC Providence
Northwood Plaza LLC
Oakdale Investors Lp
Oaks Shopping Center Inc
Oakwood Village Associates
O'Brien Kiernan Investment Co
Oceanway Plaza Assoc Ltd
Old 97 Inc
Old Kings Highway Assoc
Opal Lee Smith & Sara N Jordan
Orange Grove Shopping Ce
Orix Capital Markets LLC
Orix Real Estate Capital Marke

Orlando Marketplace Limited Pa
PAJ
Palisades Investors LLC
Palm Aire Marketplace LL
Palm Bay West
Palm Beach 2000 Inc
Palm Coast Corners Assoc Lp
Palm Trails Plaza
Palmetto Place Center LLC
Paradise Isle LLC
Park Plaza LLC
Park Plaza Shopping Ctr LLC
Parkland Partnership Lp
Parkview Square Owner Corp
Parkwood Plaza Shopping Center
Parkwood Village Joint Venture
Pass Christian Village
Patricia Or Marshall Weigel
Patton Plaza LLC
Paw Creek Crossing
Peach Orchard Center
Peachtree Parkway Plaza
Pearl Brittain Inc
Pelican Associates
Pell City Marketplace Partners
Peninsula Utilities Inc
Penman Plaza Associates Ltd
Peregine Properties LP
Perimeter Place Associates
Peripety Group Inc c/o Comm P
Phoenix Jr Inc
Pinar Assoc Sc Co Ltd
Pine Island Shopping Center
Pine Plaza
Pinel LP
Pineroots LLC
Pines/Carter
Pinetree Partners Ltd
Pinewood Plaza Associates
Pinson Valley Ltd
Plaza West 15190117351
Pmt Partners V LLC
Pnc Bank Philadelphia
Ponce Realty Company
Ponderosa Center Inc
Popps Ferry Ms Dev
Potter Square Associates
PRB Investments LLC
Premier Plaza Associates LLC
Prestonbury Village Shop Center
Primax Properties LLC
Prime Shoppes Partners
Primo Justice Properties LLC
Principal Capital Management L
Principal Life Insurance Co
Procacci Commercial Realty Inc
Professional Mortgage Co Inc
Promenades Mall (E&A), LLC
Promventure Limited Partnership
PSI of Louisiana Inc
PSMA Ltd AP FHA FP FLA TIC
Quail Roost Associates
Quail Run Village
Quincy Associates Ltd
R & G Associates
R P Barren River LLC
Rab Land & Development Inc
Rainbow Marketplace LLC
Rainbow Springs Ventures Lc
Ralph Meitin Family

Ramco USA Development Inc
Randall Benderson 1993-1 Trust
Randy Roark
Rappaport Management Co
Rayne Plaza Shopping Center
Red Oak Shopping Center LLC
Reef Associates Ltd
Regency Centers Inc
Regency Saving Bank FSB
Regent Investment Corporation
Retail Center Hampton LLC
Retail Management Group Inc
Retreat Village Management Co
Rial Corporation
Richard Ball & Associates
Ridgeview Inc
Riley Place LLC
River Oaks
Riverwalk Plaza Joint Venture
RK Associates
Robert D Powers
Robert G  Horsman
Robert H Palmer Jr
Robert N Rizika
Robertsdale Dev LLC
Rockbridge Place
Roebuck Ventures Ltd
Ronald Benderson 1995 Trust
Rosemyr Corp
Roxborough Associates LLC
Royal & Son
Royal Companies
Royal Homes Inc
Royal Oaks Brandon Partners
Royal Oaks Plaza Inc
Royals O K Lunch Inc
RSSC LLC
Rudco Properties Inc
Rushmore Friendship LLC
Ruth Guest House Inc
Ruth S Smith Snodgrass Aires
S & C Properties
Salem Crossing Shopping Center
Salemo Village Shopping Center
Sam Development Associates LLC
Samuel Oschin Trustee Michael
Sandefur Investments Inc
Sandifer Partnership Ltd
Sandra Mackey
Sarria Enterprises Inc
Sarria Holdings II Inc
Sarria Holdings Inc
Satterfield Plaza T I C
Saufley Field Partners Ltd
Savitar A/M/A SRA/American LLC
Sawicki Realty Co
SCG Management Inc
Schilleci Millbrook SC LLC
School St Crossing LP
Schwartz Family Trust
Scotland Mall Inc
SCP Winter Garden Fl LLC
Scribe Riviera JV
Sea Pea Inc
Sebring Square Ltd
Selig Enterprises Inc
Sendero Commercial Investments
Seven Springs Plaza LLC
Shades Creek Partners
Shadrall Associates

Shannon Village Shopping Center
Shepherdsville Mall Assoc LP
Sherffield Estates Inc
Sheri Trager Weiss
Shields Plaza
Shoals Marketplace LLC
Shoppes @ 104
Shoppes at 18th & Commercial
Shoppes at Lake Avenue Inc
Shoppes of Liberty Cit LLC
Sidney Kohl Company
Sidney Lefcourt
Simmons & Harris Inc
Situs Servicing Inc
Sizeler Companies
SJS-Woodlake Plaza LP
Skinners of Jacksonville Inc
SKS Properties LC
Small Properties
Smith Barney Fbo Weinacker's
Snellville Plaza Ltd
Sormi Inc
South Broadway Corp
South Monroe Commons LLC
South Plaza Associates LLC
South Rockdale Shopping Center
South Square Marketplace
South Win Limited Partnership
Southbrook Partners LLC
Southchase Investors LLC
Southeast US Retail Fund LP
Southern Boulevard Corp
Southern Farm Bureau
Southern Farm Bureau Life Ins
Southern Partners
Southern Stores II LLC
Southgate Associates II LP
Southgate Plaza 93 Ltd
Southgate Plaza Associates LLC
Southmark Properties LLC
Southtrust Bank
Southview Square LLC
SPCP Group LLC
Spectrum Walker
Spectrum/Grandview Pines
Spiller Investment Inc
Spishores LLC
Spring Hill Assoc Ltd
Spring Plaza Limited Partnership
Springdale Station Ltd
Springfield Crossing LLC
Springhill Associates LLC
Springland Associates LLC
Springs Corners LLC
SR JLP JAP LLC
SR TCS LLC
SRT Acquistion Corporation
SSKIB Corporation
St Charles Partners
St Johns Commons Owner Corp
St. Stephens Partners
Staunton Plaza Associate
Stiles West Associates Ltd
Stockman & Nalley Partnership
Stonebridge Village
Structured Product Servicing
STW Holdings LLC
Sugarland Shopping Center
Sulphur Springs Partners LLLP
Sumter Crossing Properties Inc

Sun Lake Plaza Inc
Sun West NC III Ptn Lim
Sunburst Properties Corp
Sunset Centres Ltd
Sunset Centres Ltd Partnership
Sunset Station Partners LLC
Sunset West Shopping Plaza
Sunwest NC III Partnerships
Suwanee County Investors LLC
Swiss Re Investors Inc
T K Harris Comm Re Ser
T S Margate Co Ltd
TA/Western LLC (Pom. Mktplce)
Talladega Community Builders
Tappen Properties LP
Tatone Properties Fla Inc
Tavares Assoc Ltd
Taylor Square Venture
Teachers Retirement System
Ted Glasrud Associates Inc
Terra Nova The Realty Assoc Fu
THC LLC
The Market at Byram LLC
The Marketplace LLC
The Schreiber Co Belleview Ass
The Sembler Company
Tifton Mall Inc
Timberlake Station LLC
TL Nguyen LLC
Toulouse Village Associates
Tower Associates Ltd
Town & Country Shopping Center
Town Square Development
Town'n Country Realty
Trail Plaza
Triangle IV LLLP
Tri-State Commercial Asc
TRL Properties LLC
Troy Marketplace LLC
Trustee Of Trust B
Trustees Of Trust A/C -1
Trustmark National Bank
TS Pierce Sc Co Ltd
TSO Volusia LLC
Tunica Village Partnership
Twelth Street & Washington
Tyrone Gardens LLC
U P SC Ltd
Ullmann Company
United Commercial Mortgage Cor
United Investors Realty
University Crossing
University Tenancy In Common
UrbanAmerica
US Bank Trust Na Corp Trust TF
USPG Portfolio Two LLC
USRP I LLC Glen Lea Shopping C
USRP I LLC Shoppes Of Kildaire
Vachlia Inc
Valrico Square
Venetia Village Center
Ventures LLC
Victoria Square Partners LLC
Victory Berryland LLC
Victory Investments Inc
Victory Kenner LLC
Vigouroux Development LLC
Villa Rica Retail Properties L
Village Marketplace Of
Village Plaza Inc

Village Royale Properties LLC
Vogel & Vogel Partnership
W D Route 3 Limited
W T H II LLC
Wachovia Securities
Walker LA Commercial
Watch Omega Holdings Lp
Waters & Armenia Plaza
Waters Inc S C Mgmt Trust Acct
Watkins Investment
Wayne Ruben
Waynesville Shopping
WBFV Inc
WCL Five LLC
WD Development LLC
WD Jacksonville Fl LLC
WD Marianna Portfolio LP
WD Milton Portfolio L P
W-D Shelby Partnership
Weavers Corner Jt Venture
Webb/Lexington Ventures #108
Webber Commercial Properties L
Weeki Wachee Village Shop Cntr
Weingarten Realty Investors
Wesley Chapel Sc Co Ltd
West Eck Partners LP
West Napoleon Joint Venture
Westfork Plaza
Westgate LLC
Westland Shopping Center LP
Weston Road Shopping Center LL
Westside City Inc
Westwood Shopping Center
WIAB Properties LLC Operating
Wiedemann Square Ltd
Wiedmann Square LLC
Wiggs Realty Co
William H Hall
Willowood Partners Ltd
Winbrook Management Inc
Windsor Place
Windsor Station LC
Windward Partners IV LP
Winyah Village Shopping Ctr
Wiregrass Plaza LLC
Wolfchase Assoc LLC North Palm
Woodberry Plaza E&A LLC
Woodland Village Partnership
WRI/Texla LLC
Xarla Realty LLC
YBD Three Lakes LC
ZSF/WD Bartow, LLC
ZSF/WD Charlotte, LLC
ZSF/WD Clayton, LLC
ZSF/WD Fitzgerald, LLC
ZSF/WD Greenville, LLC
ZSF/WD Hammond, LLC
ZSF/WD High Point, LLC
ZSF/WD Jacksonville, LLC
ZSF/WD Montgomery-31, LLC
ZSF/WD Montgomery-Gunter, LLC
ZSF/WD Opa Locka, LLC
ZSF/WD Orlando, LLC
ZSF/WD Sarasota, LLC
Zuppardo Properties LLC
Zuppardo Real Estate Co
Zurich Structured Finance, Inc.

**Insurance Companies**
ACE American Insurance Co.

ACE Bermuda Insurance, Ltd.
ACE (Illinois Union)
AIG Aviation, Inc.
American Casualty Company of Reading PA
American Guarantee Liability (Zurich)
Arch Insurance Co.
AWAC - Side A DIC (Bermuda)
AWAC (Bermuda)
AXIS (Bermuda)
Axis Surplus Insurance Co.
AXIS US
CNA
Commonwealth Ins. Co.
Employers Ins. Co. of Wausau
Federal Insurance Co.
Great American Assurance Company
Hanseatic Ins. Co. (Bermuda)
Houston Casualty Company
Illinois National Insurance Co.
Illinois Union Ins. Co.
Lexington Insurance Co.
Liberty Ins. Underwriters, Inc.
Liberty Mutual
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe Ltd.
Lloyd's of London
Magna Carta Insurance Ltd.
Max Re - Side-A DIC (Bermuda)
Max Re (Bermuda)
Max Re (Bermuda) Ltd.
National Union
National Union Fire Insurance Co.
National Union Fire Insurance Co.
Pittsburgh, PA
Quanta Specialty Lines Insurance Company
RLI Insurance Co.
SR Int'l Business Ins. Co. Ltd.
St. Paul Re (Bermuda) Ltd.
St. Paul Fire & Marine Ins. Co.
St. Paul Mercury Insurance Co.
Starr Excess (Bermuda)
Starr Excess Liability Ins. Int'l Ltd. (Bermuda)
Starr Excess Liability Insurance International Ltd. (Ireland)
Travelers Indemnity Co. of Illinois
Twin City Fire Insurance Company
WIN General Ins., Inc.
XL Insurance America, Inc.
XL Insurance Ltd. (Bermuda)
XL Specialty Insurance Company
Zurich
Zurich American Ins. Co.

**Publicly Identified Shareholders**
Brandes Investment Partners L.P.
Brandes Investment Partners, Inc.
Brandes Worldwide Holdings, L.P.
Charles H. Brandes
Jeffrey A. Busby
Glenn R. Carlson
A. Dano Davis
Robert D. Davis
T. Wayne Davis
Davis Family Special Trust 2004
Davis Family Irrevocable Term Trust
DAVFAM Ltd.
DAVFAM II, Ltd.
D.D.I., Inc.

Scott A. Oko, Trustee, Davis Family Special Trust 2004
SIVAD Investors, LLC
SIVAD Investors II, LLC
Charles P. Stephens

**Accountants**
KPMG L

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                          :
                                               :        **Chapter 11**
                                               :
**WINN-DIXIE STORES, INC., et al.,**           :        **Case No. 05-11063 (RDD)**
                                               :
                 **Debtors.**                  :        **(Jointly Administered)**
                                               :
-------------------------------------------------------------x

## ORDER AUTHORIZING DEBTORS TO RETAIN CARLTON FIELDS, P.A. AS SPECIAL REAL ESTATE LITIGATION COUNSEL

Upon the Application (the "Application") of Winn-Dixie Stores, Inc. and its debtor

affiliates (collectively, the "Debtors") for an order pursuant to section 327(e) of the Bankruptcy

Code approving the retention of Carlton Fields, P.A. ("CF"), nunc pro tunc to the Petition Date,

as special real estate litigation counsel to the Debtors during these cases, as more fully set forth

in the Application; and upon consideration of the Declaration of Alan M. Grunspan and

Disclosure of Compensation (the "Grunspan Declaration"); and the Court having jurisdiction to

consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334

and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for

the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration

of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Application having been provided to (i) counsel to the U.S. Trustee,

(ii) counsel for the Debtors' postpetition secured lenders, (iii) counsel for the Creditors'

Committee, (iv)  the other parties in interest named on the Master Service List maintained in

these cases, and (v) CF, and no other or further notice being required; and the relief requested in

the Application being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted; and it is further

ORDERED that the Debtors are authorized to retain CF as special real estate litigation counsel pursuant to section 327(e) of the Bankruptcy Code nunc pro tunc to the Petition Date on the terms set forth in the Application and the Grunspan Declaration; and it is further

ORDERED that no work performed by CF shall be duplicative of work performed by any other counsel retained by the Debtors in these cases; and it is further

ORDERED that if any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, CF's employment shall continue as authorized pursuant to this Order; and it is further

ORDERED that CF shall be compensated upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Application is hereby waived.

Dated: _____ ___, 2005
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE