**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTHERN NEW YORK**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER  11 |
| | § | |
| WINN-DIXIE STORES, INC. | § | CASE NO. 05-01163-rdd |
| | § | |
| Debtor | § | |
| | § | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, William F. Harmeyer, a member in good standing of the bar in the State of Texas, (State Bar No. 09019000); the United States District Court, Southern District of Texas (Federal I.D. No. 149); the United States Court of Appeals, 4th and 5th Circuit; and the United States Supreme Court, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent JADE DRUG COMPANY, a Creditor in the above referenced case.

My address is: 7322 Southwest Freeway, Suite 475, Houston, Texas 77074

My e-mail address is:    wharmeyer@harmeyerlaw.com

My telephone number is: (713) 270-5552

My fax number is:       (713) 270-7128

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice **pro hac vice**.


Dated: March 7, 2005
Houston, Texas                                    /s/William F. Harmeyer
                                                  William F. Harmeyer

1

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was forwarded via first class mail to:

David J. Baker                                                    Debtor's Attorney
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Richard D. Morrissey                                          U. S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004.

/s/William F. Harmeyer
William F. Harmeyer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTHERN NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **WINN-DIXIE STORES, INC.** | § | **CASE NO. 05-01163-rdd** |
| | § | |
| **Debtor** | § | |
| | § | |

---

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, William F. Harmeyer, a member in good standing of the bar in the State of Texas (State Bar No. 09019000); the United States District Court, Southern District of Texas (Federal I.D. No. 149); the United States Court of Appeals, 4th and 5th Circuit; and the United States Supreme Court, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent JADE DRUG COMPANY, a Creditor in the above referenced case.

**ORDERED,**

that William F. Harmeyer, is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

3