## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

In re:

WINN-DIXIE STORES, INC.

   Debtor.

_____/

Case No.: 05-11063-RDD
Chapter 11 proceeding

## MOTION TO APPEAR PRO HAC VICE

**Michael R. Bakst, Esq.**, pursuant to Local Bankruptcy Rule 2090-1(b), moves for special admission to appear in this proceeding as counsel for the Creditors, **Garden Park Plaza, Ltd.**, and states as follows:

1. I am an attorney licensed to practice law in the State of Florida and have been a member in good standing of the Florida Bar since 1990, a member in good standing of the United States District Court for the Southern District of Florida since 1992, and I am qualified to practice in front of the United States Bankruptcy Court for the Southern District of Florida and the United States Bankruptcy Court for the Middle District of Florida.

2. I would be primary counsel in this matter representing the interests of **Garden Park Plaza, Ltd.**

3. I certify that I have never been disbarred and am not currently suspended from the practice of law in Florida or any other state nor from any United States Bankruptcy Court, District Court or Court of Appeals.

4. I certify further that I am familiar with and shall be governed by the Local Rules of this Court, the Rules of Professional Conduct and all other requirements governing the professional behavior of members of the New York Bar.

WHEREFORE, **Michael R. Bakst, Esq.**, respectfully requests entry of the attached proposed order authorizing special admission to practice in this proceeding.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to: **Adam Ravin, Esq.,** Four Times Square, New York NY10036;

**David J. Baker, Esq.,** Four Times Square, New York NY 10036; **Rudi R. Grueneberg, Esq.,** 704 East Main St., Bldg. E, Moorestown NJ 08057; and **Richard C. Morrissey, Esq., Office of the U.S. Trustee,** 33 Whitehall St., 21st Flr., New York NY 10004, on this the _11_ day of March 2005.

                                              ELK, BANKIER, CHRISTU, & BAKST LLP

                                              MICHAEL R. BAKST, ESQ.
                                              Attorney for Creditor,
                                                Gardens Park Plaza, Ltd.
                                             222 Lakeview Ave., Suite 1330
                                             West Palm Beach FL 33401
                                             (561) 238-9900
                                             (561) 238-9920 (facsimile)
                                             Florida Bar No.: 866377

050311/dlc

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

In re:                                      Case No.: 05-11063-RDD
                                            **Chapter 11 proceeding**

**WINN-DIXIE STORES, INC.**

    **Debtor.**

_____/

## ORDER GRANTING MICHAEL R. BAKST, ESQ.'S MOTION TO APPEAR PRO HAC VICE AS COUNSEL FOR THE CREDITORS, GARDEN PARK PLAZA, LTD.

THIS MATTER having come before the Court in Manhattan, New York, pursuant to Michael R. Bakst, Esq.'s Motion to Appear Pro Hac Vice as Counsel for the Creditors, Garden Park Plaza, Ltd., the Court having reviewed the motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. Michael R. Bakst, Esq.'s Motion to Appear Pro Hac Vice is granted.

2. Michael R. Bakst, Esq. shall be admitted to practice law in the United States Bankruptcy Court for the Southern District of New York, Manhattan Division, for the purpose of the above styled case and all related proceedings.

ORDERED in the Southern District of New York on _____.

                                                      Robert D. Drain
                                                      U.S. Bankruptcy Judge

Copies furnished to:
Michael R. Bakst, Esq., 222 Lakeview Ave., Suite 1330, West Palm Beach FL 33401
Adam Ravin, Esq., Four Times Square, New York NY 10036
David J. Baker, Esq., Four Times Square, New York NY 10036
Rudi R. Grueneberg, Esq., 704 East Main St., Bldg. E, Moorestown NJ 08057
Richard C. Morrissey, Esq., Office of the U.S. Trustee, 33 Whitehall St., 21st Flr., New York NY 10004

050311/dlc