## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------  x
                                      :
In re                                 :    Chapter 11
                                      :
WINN-DIXIE STORES, INC., et al.,      :    Case No. 05-11063
                                      :
         Debtors                      :    (Jointly administered)
                                      :
------------------------------------  x
```

## DEMAND FOR RECLAMATION
## BY PHARMACARE HEALTH SERVICES, INC.

Comes now PHARMACARE HEALTH SERVICES, INC., by its undersigned agent and counsel, and demands pursuant to 11 U.§546 and Florida Statute §672.702(2) the reclamation of those goods referred to and set forth with particularity in Composite Exhibit 1.

Th goods were sold to the Debtor on credit on 02/11/05. At that time, the Debtor was insolvent within the meaning of Florida Statute §672.702.

Since this demand is made timely under law, you are required by law to effect the return of the merchandise. Please arrange for the agents, servants or employees of Pharmacare Health Services, Inc., 550 Hiatus Road, Sunrise, Florida 33351, telephone number (954) 747-8333, to pick up said merchandise.

If said materials cannot be returned pursuant to 11 U.S.C. §546 and Florida Statute §672.702, Pharmacare Health Services, Inc. herein demands cash or a certified check in payment for said goods.

I hereby certify a true and correct copy of this document was been provided by UPS Next Day Air to the following counsel for Debtor: D. Jan Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 and Sarah Robinson Borders, King & Spalding, LLP, 191 Peachtree Street, Atlanta, GA 30303, on February 23, 2005.

Hurley Partin Whitaker, Esquire
HURLEY PARTIN WHITAKER, P.A.
500 N. Harbor City Boulevard, Suite D
Melbourne, FL 32935
Phone: (321) 254-3399
Agent for Pharmacare Health Services, Inc.
Counsel for Pharmacare Health Services, Inc.
Florida Bar No. 369969

# COMPOSITE EXHIBIT 1

**Winn-Dixie Stores, Inc.**
**Bankruptcy Petition #:  05-11063-rdd**

Case 3:05-bk-03817-JAF   Doc 492   Filed 02/24/05   Page 3 of 25

WINN-DIXIE STORES-GM WINDIXIE

5050 Hiatus Road

PHONE

Sunrise, Florida 33351

PAGE 1

GENERAL MERCHAND
JACKSONVILLE    FL 32201
904-370-6795

CUSTOMER STATEMENT    02/23/05 18:05:06

| Cust Number | Customer Name | Invoice Number | Date | TP | 0 - 30 Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3050 | WINN-DIXIE STORES JACKSONVILLE | 0002623 | 01/07/05 | IN | | 33558.32 | | | |
| | | 0002631 | 01/10/05 | IN | | 25164.46 | | | |
| | | 0002685 | 01/14/05 | IN | | 38263.72 | | | |
| | | 0002686 | 01/14/05 | IN | | 36213.28 | | | |
| | | 0002722 | 01/21/05 | IN | | 41361.40 | | | |
| | | 0002725 | 01/21/05 | IN | | 69486.60 | | | |
| | | 0002752 | 01/28/05 | IN | 10982.64 | | | | |
| | | 0002753 | 01/28/05 | IN | 10227.24 | | | | |
| | | 0002784 | 02/04/05 | IN | 9091.52 | | | | |
| | | 0002786 | 02/04/05 | IN | 4011.32 | | | | |
| | | 0002821 | 02/11/05 | IN | 20558.98 | | | | |

Re-Claim Involed

| | | Customer Totals: | | | 54,871.70 | 244,047.78 | 0.00 | 0.00 | 298,919.4... |

#############################################################################

| | 0 - 30 Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|
| Receivable Totals | 54,871.70 | 244,047.78 | 0.00 | 0.00 | 298,919.48 |
| | 18.36 % | 81.64 % | 0.00 % | 0.00 % | |

#############################################################################

INVOICE PAYMENTS ARE DUE IN OUR OFFICE -?- DAYS FROM THE INVOICE DATE .
INVOICES PAST DUE ARE SUBJECT TO 1.5% PER MONTH INTEREST CHARGE.
THANK YOU FOR YOUR PROMPT REMITTANCE.

PharmaCare Health Services, Inc.
C/o: EVERGREEN FUNDING CORP.
P.O. BOX 1024
ADDISON, TX 75001
95474783333    Fax: 954 747-8338

INVOICE NUMBER:   2821      Page: 2
Invoice Date: 02/11/05    Customer: WINNDIXIE    Customer PO: 622490    Order number: 3123

Bill to:
ATTN: ACCOUNTS PAYABLE
WINN-DIXIE STORES -GM WAREHOUSE JAX
GENERAL MERCHANDISE DIST CTR
P.O.BOX NO. 40805--VND NO.21 503000
JACKSONVILLE, FL 32203-0805
904-370-6513      904-370-6789

Deliver to:
MARC BLOUIN
VENDOR NO. 21 503000
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

Sales Rep: HOUSE ACCOUNT
Ship Via: OLD DOMINION

Terms:  Net 30 DAYS
Due On: 03/13/05

| Line | ItemCode | UPC | Your SKU | Desc/Manuf | | UoM Delivered | | Price | Ext.Price |
|------|----------|-----|----------|------------|---|---------------|---|-------|-----------|
| 9 | 78149 | 6814212102003 | | DULCOLAX LAXATIVE TABLETS 50's<br>BOEHRINGER INGELHEIM    Cs UPC: | | CS | 7 | 228.90 | 1,602.30 |
| 10 | 78568 | 6814212102204 | | DULCOLAX LAX LIQUI-GEL 100 -CT<br>BOEHRINGER INGELHEIM    Cs UPC: | CS | CS | 6 | 384.66 | 2,307.96 |

| Invoice Total | Discount | Freight | Deposit Rec'd | Balance Due |
|---------------|----------|---------|---------------|-------------|
| 20,558.98 | 0.00 | 0.00 | 0.00 | 20,558.98 |

Claims for shortage or damage must be made within 10 days of receiving. A late charge of 1.5% interest per
month will be applied for all amounts that exceed the terms of invoice. No returns accepted without R.M.A.
number.

PharmaCare Health Services, Inc.
c/o: EVERGREEN FUNDING CORP.
P.O. BOX 1024
ADDISON, TX 75001
Fax: 954 747-8338

9547478333

INVOICE NUMBER:  2821        Page: 1
Invoice Date: 02/11/05    Customer: WINNDIXIE    Customer PO: 622490        Order number: 3123

Bill to:                                                    Deliver to:
ATTN: ACCOUNTS PAYABLE                                      MARC BLOUIN
WINN-DIXIE STORES -GM WAREHOUSE JAX                         VENDOR NO. 21 503000
GENERAL MERCHANDISE DIST CTR                                5050 EDGEWOOD COURT
P.O.BOX NO. 40805--VND NO.21 503000
JACKSONVILLE, FL 32203-0805                                 JACKSONVILLE, FL 32254
904-370-6513        904-370-6789

Sales Rep: HOUSE ACCOUNT                           Terms:  Net 30 DAYS
Ship Via:  OLD DOMINION                            Due On: 03/13/05

| Line | ItemCode | UPC | Your SKU | Desc/Manuf | | UoM Delivered | Price | Ext.Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 73669 | 3000977009 | DNC | ROGAINE X/S 5% FOR MEN SINGLE (W) 2 OZ Pfizer Consumer HealthCar Cs UPC: | CS | 4 | 98.28 | 393.12 |
| 2 | 78076 | 3076608010 | 215002901| ABREVA COLD SORE TRTMNT CRM .07 OZ SmithKline Beecham Consum Cs UPC: | CS | 46 | 237.60 | 10,929.60 |
| 3 | 78900 | 3676181063| | PERI-COLACE TABS 30 -CT Purdue Products L.P. Cs UPC: | CS | 1 | 390.40 | 390.40 |
| 4 | 78609 | 3004504422| | TYLENOL SINUS SVRE COOL BRST CAPS 24 -CT McNeil-PPC, Inc. Cs UPC: | CS | 6 | 163.68 | 982.08 |
| 5 | 76798 | 3258650380 | 215004022| ALEVE ARTHS CAPS ALL DAY 100'S Bayer Pharmaceuticals Cs UPC: | CS | 9 | 164.40 | 1,479.60 |
| 6 | 79648 | 0125478517| | SCHICK INTUITION REG REFILL 3 -CT Pfizer Consumer HealthCar Cs UPC: | CS | 1 | 313.20 | 313.20 |
| 7 | 34756 | 0471440601| 215003857| BOSTON ADVANCE CLEANER 1 OZ Bausch & Lomb Cs UPC: | CS | 3 | 157.92 | 473.76 |
| 8 | 78614 | 0411008031| | CLARITIN-D 12HR ND ALLGY/CONG TABS 30's Schering-Plough Health Cs UPC: | CS | 3 | 562.32 | 1,686.96 |



## Tracing System

Help

Thank you for choosing Old Dominion!

### PRO#: 05604615103

| | |
|---|---|
| **Delivery Date:** | 02/14/2005 |
| **Status:** | Delivered |
| **Pieces:** | 1 |
| **Weight:** | 255 |
| **PO#:** | 00622490 |
| **BOL#:** | 02821 |
| **Origin:** | MIA - MIAMI S/C MEDLEY, FL (800) 247-6335 |
| **Destination:** | JAX - JACKSONVILLE S/C JACKSONVILLE, FL (800) 433-6195 |

With ODFL Tracing System, you can view current shipment
status. Enter the Pro Number of your shipment and the current
shipment status information will be displayed.

| 05604615103 | Status |
|---|---|

#### Click here to trace multiple Pros

Copyright © 2002-2006 Old Dominion Freight Line, Inc. All Rights Reserved.
Contact Us - Privacy Policy - Site Index - Terms & Conditions

SHIPPER-PROVIDED BILL OF LADING
=== Not Negotiable-Original ===

r B/L: 02821          PO Num: 622490              Pro No:
te: 02/11/05
rm: PREPAID
rrier: OLD DOMINION
AILER: _____

ipper:                          CONSIGNEE: 005050
armaCare Health Services, Inc.  VENDOR NO. 21 503000
50 Hiatus Road                  5050 EDGEWOOD COURT
nrise, FL 33351
                                JACKSONVILLE, FL 32254

ll To:
:armaCare Health Services, Inc.   OLD DOMINION FREIGHT LINE
O. Box 26771
imarac, FL 33320                  05604615103        MIA

_EASE CALL FOR DELIVERY APPOINTMENT AT 904-783-5339

                    DO NOT DOUBLE STACK PALLETS...
                    DO NOT BREAK SHRINK WRAP......
                    DO NOT SEPARATE PALLETS.......
                    CONSIGNEE MUST SIGN FOR CASES.
        Handle Pallets: 1        Container: CARTONS

| 'IECES | IN | HAZ | ITEM DESCRIPTION | WEIGHT | RATE | CHARGES | CLASS |
|--------|----|-----|-----------------|--------|------|---------|-------|
| 86 | CTN | | (On 1   Pallet) | 235.00 | | | 60 |
| | | | F.O.B DESITNATION | | | | |
| | | | PHARMACEUTICALS GOODS | | | | |
| | | | FULL VALUE | | | | |
| | | | NMFC: 059420 | | | | |
| 86 | | | TOTALS | 235.00 | | | |

REMIT COD TO:                    COD AMT$              COD FEE $
DECL VALUE $                     PER:                 PREPAID
                                                      COLLECT
                                                      TOTAL CHGS:

All parties hereto are familiar with, and agree that this Bill of Lading is
subject to the contract terms & conditions of the Uniform Domestic Straight
Bill of Lading as set forth in the NMFC-ITEM 360, Section 1 and 2.   Shipper
certifies that the above named material are properly classified, described,
packaged, marked and labeled according to DOT regulations.

SHIPPER: PharmaCare Health Services   Carrier: OLD DOMINION

BY:                              BY: ODFL - 1 Suas /8607.
                                 S Quie F N909
                                 TR# 488857
                                 2-11-05

02/11/2005 11:52 FAX 9043707357   MELISSA FOWLER   → PHARMACARE   @001

# 3/2 ?

## WINN-DIXIE PURCHASE ORDER

WINN-DIXIE STORES - GM WAREHSE B   GENERAL MERCHANDISE DIST.CNTR.   V   PHARMACARE HEALTH SERVICES
S  5050 EDGEWOOD COURT                IT   P.O. BOX 40805                N
HT                                    LO                                D
IO                                    L   JACKSONVILLE   FL 32203 0805   R
P  JACKSONVILLE   FL 32254

M  PHARMACARE HEALTH SERVICES
AT  5050 HIATUS ROAD                                                    FRT   PO NBR                           622490
IO                                                                            VENDOR                           533000
L  SUNRISE               FL 33351        SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST ****** SHIP AS ORDERED ******
                                         NOTIFY BUYERS IF UNABLE TO MAKE SHIPMENT OR IF QUANTITIES CHANGE  904-783-5000
TERMS N/10                               SHOW THE ABOVE P.O. NO. ON YOUR BILL OF LADING AND INVOICE
                                         PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF PRODUCT SHIP-TO POINT ABOVE
                                         DELIVERY BY APPOINTMENT ONLY APPOINTMENTS MUST BE MADE NO LATER THAN 24 HOURS AFTER
                                         PURCHASE ORDER IS RECEIVED . . RECEIVING PHONE NUMBER LISTED IN THE LOWER LEFT CORNER

ORDER DATE   02/07/05
DELIVERY DATE   02/22/05
PICK UP DATE
PREPAID  Y  PREPAY-ADD  N
BACKHAUL  N  FRT BILL   N

| UPC | ITEM | RATIO\PACK\SIZE | DESCRIPTION | CASES | LIST COST | ADJUSTMENTS | COST EACH | EXT. COST |
|---|---|---|---|---|---|---|---|---|
| 125478517G | 592128 | 12X5\3CT | SCHICK INTUITION NORM/DRY REFI | 1 | 313.2000 | | 313.2000 | 313.2000 |
| 411008031B | 595342 | 6X6\30CT | CLARITYIN D 12HR TABLET 30 CT | 3 | 562.3200 | | 562.3200 | 1686.9600 |
| 471440601B | 538579 | 24X1\1EA | BOSTON ADV CLEANER 30ML | 3 | 157.9200 | | 157.9200 | 473.7600 |
| 300697700G9 | 529915 | 6X1\1CT-80X12 | ROGAINE 5% EXTRA STRNGT* | 4 | 98.2800 | | 98.2800 | 393.1200 |
| 300450442B | 595257 | 8X6\24CT-20X5 | TYLENOL SINUS S CONG CAP 24CT | 6 | 163.6800 | | 163.6800 | 982.0800 |
| 307660010B | 529011 | 4X6\1PC-20X6 | ABREVA COLDSORE TREATMENT | 46 | 237.6000 | | 237.6000 | 10929.6000 |
| 325865503B1 | 503671 | 4X6\130CT | ALEVE 100CT +30% FREE ARTH CAP | 9 | 164.4000 | | 164.4000 | 1479.6000 |
| 367618106J0 | 503489 | 8X6\30CT-22X6 | PERI-COLACE 30 CT | 1 | 390.4000 | | 390.4000 | 390.4000 |
| 614210200B3 | 542808 | 6X6\50CT | DULCOLAX TABLETS 50CT | 7 | 228.9000 | | 228.9000 | 1602.3000 |
| 614210230B4 | 507391 | 6X6\100CT | DULCOLAX STOOL SFT SOFTGELS | 5 | 384.6600 | | 384.6600 | 2307.9600 |

*REVISED*

david · 1 added 2 items
943237 + 599642. please trust only ship
the items on this revised copy.
thanks! weren't yours.
Melissa

PURCHASE ORDER TOTALS
BUYER 99 A . SOURCING
CALL 904-783-5339 FOR APPOINTMENT     8G CASES          226 LBS.          0.69 PALLETS     20,550.98 COST     20,550.98 NET

Picked by: _____    Date: __/__/__    Time: ___:___

| Line | Item | U3C CASE UPC | u/m | Pack | ordered | shipped |
|---|---|---|---|---|---|---|
| 1 | 77669 | 300097J0009 | CS | 1 X 6 | ROGAINE X/S 5% FOR MEN SINGLE (M) 2 OZ | Carton: 4 |
| 2 | 78076 | 307660800100 307660800100 | CS | 6 X 4 | ABREVA COLD SORE TRTMNT CRM .07 OZ | Carton: 46 |
| 3 | 78900 | 367618106J0 | CS | 6 X 8 | PERI-COLACE TABS 30 -CT | Carton: 1 |
| 4 | 78609 | 300450044224 | CS | 6 X 8 | TYLENOL SINUS SVRE COOL BRST CAPS 24 -CT | Carton: 9 |
| 5 | 76798 | 325866503081 325866503081 | CS | 6 X 4 | ALEVE ARTHS CAPS ALL DAY 100'S | Carton: 9 |
| 6 | 78648 | 025347851716 | CS | 12 X 5 | SCHICK INTUITION REG REFILL 3 -CT | Carton: 1 |
| 7 | 34756 | 041144060515 041144060515 | CS | 6 X 4 | BOSTON ADVANCE CLEANER 1 OZ | Carton: 3 |
| 8 | 78614 | 041100080319 | CS | 6 X 6 | CLARITIN-D 12HR ND ALLGY/CONG TABS 30's | Carton: 3 |
| 9 | 78174 | 681421872003 | CS | 6 X 6 | DULCOLAX LAXATIVE TABLETS 50'S | Carton: 7 |
| 10 | 78568 | 681421022504 | CS | 6 X 6 | DULCOLAX LAX LIQUI-GEL 100 -CT | Carton: 6 |

Ship via: YELLOW          Tax: None          FOB:          Terms: Net 33 DAYS
Sales Rep: HOUSE ACCOUNT

Attn: MARC BLOUIN
JACKSONVILLE, FL 32254
5050 EDGEWOOD COURT-
VENDOR NO. 21 503000
Ship to:

Attn: MARC BLOUIN
JACKSONVILLE, FL 32203-0809
P.O.BOX NO. 40805--VXD NO.23 503000
GENERAL MERCHANDISE DIST CTR
WINN-DIXIE STORES -GM WAREHOUSE JAX
Bill to:

TAMARAC , FL 33320
P.O. Box 26771
Pharmacare Health Services, Inc.

Customer: WINNDIXIE
Customer PO: 623496
Expires: 02/23/05
Order Date: 02/07/05
Order Number: 3123
Page: 1
Warehouse MAIN



**REVISED**

WINN-DIXIE STORES - GM WAREHSE
5050 EDGEWOOD COURT
JACKSONVILLE    FL 32254

## WINN-DIXIE PURCHASE ORDER

GENERAL MERCHANDISE DIST. CNTR   V   PHARMACARE HEALTH SERVICES
P.O. BOX 40805                    N
JACKSONVILLE    FL 32203 0805     D
                                  R

PHARMACARE HEALTH SERVICES
5050 HILTUS ROAD
SUNRISE    FL 33351

TERMS N/10

SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST ****** SHIP AS ORDERED ******
NOTIFY BUYERS IF UNABLE TO MAKE SHIPMENT OR IF QUANTITIES CHANGE  904-783-5000
SHOW THE ABOVE P.O. NO. ON YOUR BILL OF LADING AND INVOICE
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OR PRODUCT AT SHIP-TO POINT ABOVE
DELIVERY BY APPOINTMENTS ONLY** APPOINTMENTS MUST BE MADE NO LATER THAN 24 HOURS AFTER
PURCHASE ORDER IS RECEIVED.  ** RECEIVING PHONE NUMBER LISTED IN THE LOWER LEFT CORNER

PO NBR
VENDOR
ORDER DATE
DELIVERY DATE
PICK UP DATE
PREPAID Y  PREPAY+ADD N
BACKHAUL N  FRT BILL N

21 622490
   503000
02/07/05
02/22/05

FRT

| ITEM | RATIO\PACK\SIZE | DESCRIPTION | CASES | LIST COST | ADJUSTMENTS | COST EACH | EXT. COST |
|---|---|---|---|---|---|---|---|
| 1254785176 | 552128 | 12X5\1CT | SCHICK INTUITION NORM/DRY REFI | 1 | 313.2000 | | 313.2000 | 313.2000 |
| 4110080319 | 595342 | 6X6\30CT | CLARITIN D 12HR TABLET 30 CT | 9 | 562.3200 | | 562.3200 | 1686.9600 |
| 4714406015 | 538579 | 24X1\1EA | BOSTON ADV CLEANER 30ML | 3 | 157.9200 | | 157.9200 | 473.7600 |
| 3006977009 | 529315 | 6X1\1CT-80X12 | ROGAINE 5% EXTRA STRNGT* | 4 | 98.2800 | | 98.2800 | 393.1200 |
| 3004504224 | 595257 | 8X6\24CT-20X5 | TYLENOL SINUS S CONG CAP 24CT | 6 | 163.6800 | | 163.6800 | 982.0800 |
| 3076608010 | 529011 | 4X5\1PC-20X6 | ABREVA COLDSORE TREATMENT | 46 | 237.6000 | | 237.6000 | 10929.6000 |
| 3258665038 | 503671 | 4X5\130CT | ALEVE 100CT +30% FREE ARTH CAP | 9 | 164.4000 | | 164.4000 | 1479.6000 |
| 3676180610 | 503489 | 8X6\30CT-22X6 | FERI-COLACE 30 CT | 1 | 390.4000 | | 390.4000 | 390.4000 |
| 6814102003 | 542808 | 6X6\50CT | DULCOLAX TABLETS 50CT | 7 | 228.9000 | | 228.9000 | 1602.3000 |
| 6814102204 | 507391 | 6X6\100CT | DULCOLAX STOOL SFT SOFTGELS | 6 | 384.6600 | | 384.6600 | 2307.9600 |

20,558.98 COST

PURCHASE ORDER TOTALS
BUYER 99 A . SOURCING
CALL 904-783-5339 FOR APPOINTMENT

86 CASES    226 LBS.    0.69 PALLETS    20,558.98 COST

20,558.98 NET
PAGE 1

_clavid - 1 added 2 items please that weren't yours._

_9432237 + 599642 on this revised copy._

_the items_

_thanks! Melissa_

_thanks!_

4 3/2 ?

# WINN-DIXIE

**PO:**

**MFG ORDER ID:** 35030569  
**DATE:** 2/7/2005  
**TIME:** 8:31 AM

**BILL TO:** WINN-DIXIE GREENVILLE

**FROM VENDOR:** PHARMACARE

**SHIP TO:** WINN-DIXIE GREENVILLE

29602

**LINE BUYER:** G. Nelson

**NOTE:**

**WHO:**

SHIP TO ARRIVE:  
APPOINTMENT:

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UM | QTY FU PRICE | EXTENDED | CASES YI HY |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0009790009 | 045002915 | 71669 | ROGAINE 5% EXTRA STRNGTH | 6 | 1CT | 18 EA 16.38 | 294.84 | 3 80 2 |
| 2 | 4740013560 | 045002277 | 78847 | M3 POWER REFILL 8 CT | 72 | 8CT | 54 00 157.34 | 8496.36 | 9 02 11 |
| | | | | | | TOTAL: | | 8791.20 | 12 |

**COMMENTS:**

02/07/2005 10:29 FAX 9043707357     MELISSA FOWLER     → PHARMACARE     ☑004/004

# WINN-DIXIE

3/24

**PO:**

**BILL TO:** WINN-DIXIE GREENVILLE

**FROM VENDOR:** PHARMACARE

MFG ORDER ID: 350305719

DATE: 2/7/2005
TIME: 9:35 AM

**SHIP TO:** WINN-DIXIE GREENVILLE

29602

LINE BUYER: S.Haskell

**WHO:**

**NOTE:**

SHIP TO ARRIVE:
APPOINTMENT:

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE | UM | QTY | MU | PRICE | EXTENDED | CASES TI | HI |
|----|-----------|-----------|-----------|-------------|------|------|-----|-----|-----|-------|----------|----------|----|
| 1 | 800541020 | 0450090260 | 78374 | MORISTAT 1DAY COMB PREFI | 32 | 1CT | | 16 | 00 | 50.47 | 807.52 | 2 | 2 |

TOTAL: 807.52     6

**COMMENTS:**

02/07/2005 10:18 Case 3:05-bk-03817-JAF Doc 492 Filed 02/24/05 Page 13 of 25    @ 002/004

# WINN-DIXIE

3/23

**PO:**

NT8 ORDER ID: 360305670

DATE: 2/7/2005
TIME: 9:36 AM

**BILL TO:** WINN-DIXIE HEADQUARTERS JAX

FROM VENDOR: PHARMACARE

32205

**SHIP TO:** WINN-DIXIE HEADQUARTERS JAX

LINE BUYER: S.Haskell

**MEMO:**

SHIP TO ARRIVE:
APPOINTMENT:

| LN CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UM | QTY PU PRICE | EXTENDED | CASES TI HI |
|---|---|---|---|---|---|---|---|---|
| 1 | 0045044224 | 215009525257 | 78609 | TYLENOL SINUS S CONG CAP | 48 | 24CT | 48 00 20.46 | 982.08 | 6 60 | 3 |

TOTAL: 982.08

CONSIGNER:

# WINN-DIXIE

312.

**PO:**

**BILL TO:** WINN-DIXIE HEADQUARTERS JAX

    322205

**FROM VENDOR:** PHARMACARE

**SHIP TO:** WINN-DIXIE HEADQUARTERS JAX

**NTS ORDER ID:** 350305667

**DATE:** 2/7/2005
**TIME:** 8:33 AM

**LINE BUYER:** G. Nelson

**WHO:**
**NOTE:**

**SHIP TO ARRIVE:**
**APPOINTMENT:**

2

10:30

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE | UM | QTY | BU | PRICE | EXTENDED | CASES | TI | HI |
|----|-----------|-----------|-----------|-------------|------|------|----|----|----|-------|----------|-------|----|----|
| 1 | 0009770009 | 2150029915 | 71669 | ROGAINE 5% EXTRA STRENGT* | 6 | 1CT | | 24 | EA | 16.38 | 393.12 | 180 | 2 | |
| 2 | 0766080190 | 2150029011 | 78076 | ABREVA COLDSORE TREATMEN | 24 | 1FC | | 68 | 00 | 59.40 | 4035.20 | 80 | 3 | |
| 3 | 6761810630 | 2150003489 | 78900 | PERI-COLACE 30 CT | 48 | 30CT | | 8 | 00 | 48.80 | 390.40 | 176 | 3 | |
| | | | | | | | | | | **TOTAL:** | 4822.72 | 22 | | |

**COMMENTS:**

# WINN-DIXIE

4 3/24

MFG ORDER ID: 350305905

DATE: 2/8/2005
TIME: 8:15 AM

**PO:**

**BILL TO:** WINN-DIXIE GREENVILLE

FROM VENDOR: PHARMACARE

29602

**SHIP TO:** WINN-DIXIE GREENVILLE

LINE BUYER: S.Haskell

**MRO:**

SHIP TO ARRIVE:

APPOINTMENT?:

**NOTE:**

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UN | QTY NU | PRICE | EXTENDED | CASES TI | HI |
|----|-----------|-----------|-----------|-------------|------|---------|--------|-------|----------|----------|-----|
| 1 | 0045044010 | 045009642 | 78821 | TYLENOL COOL CAPLETS 100 | 48 | 100CT | 48 00 | 39.28 | 1885.44 | 6 96 | 5 |

TOTAL: 1885.44

**COMMENTS:**

CONFIRMED - THANK YOU !

# WINN-DIXIE

**PO:**

MFG ORDER ID: 350305924          DATE: 2/8/2005          TIME: 9:01 AM

#3/24

**BILL TO:** WINN-DIXIE GREENVILLE          **FROM VENDOR:** PHARMACARE

**SHIP TO:** WINN-DIXIE GREENVILLE

29602

**LINE BUYER:** G. Nelson

**WHO:**

**NOTE:**          SHIP TO ARRIVE:          APPOINTMENT:

| IN CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UM | QTY FU | PRICE | EXTENDED | CASES | TY | HI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 743000125 3 | 0450040798 | 73920 | VISINE FOR CONTACTS .50Z | 36 | 0.50Z | 42 00 | 15.10 | 634.20 | Ø 168 | 11 | |
| 2 814210200 3 | 0450042808 | 78140 | DULCOLAX TABLETS 50CT | 36 | 50CT | 24 00 | 38.15 | 915.60 | 132 | 5 | |

TOTAL: 1549.80          11

**COMMENTS:**

# WINN-DIXIE

DATE: 2/9/2005
TIME: 9:59 AM

NEW ORDER ID: 350306101

## PO:

BILL TO: WINN-DIXIE HEADQUARTERS JAX

FROM VENDOR: PHARMACARE

32205

SHIP TO: WINN-DIXIE HEADQUARTERS JAX

LINE BUYER: G. Nelson

WHO:

SHIP TO ARRIVE: 2/22

NOTE:

APPOINTMENT:

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UM | QTY | PU PRICE | EXTENDED | CASES | TI | HI |
|----|-----------|-----------|-----------|-------------|------|---------|-----|----------|----------|-------|----|----|
| 1 | 2586650381 | 2150003671 | 76798 | ALEVE 100CT(+30% FREE AR | 24 CAN 130CT | | 76 | 00 41.10 | 3123.60 | (19)84 | | 3 |
| | | | | | | | | TOTAL: | 3123.60 | 19 | | |

COMMENTS:

*(handwritten)* David – Please make sure you have the bonus pk. Case Code is the Same for both.

CONFIRMED – THANK YOU!

11:05

MELISSA FOWLER

+ PHARMACARE

02/09/2005 11:06 FAX 8043707351

001/002

# WINN-DIXIE

DATE: 2/9/2005
TIME: 9:57 AM

NTS ORDER ID: 350306132

**PO:**

BILL TO: WINN-DIXIE GREENVILLE

FROM VENDOR: PHARMACARE

29603

SHIP TO: WINN-DIXIE GREENVILLE

LINE BUYER: G. Nelson

WHO:
NOTE:

SHIP TO ARRIVE:
APPOINTMENT:

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UM | QTY FU PRICE | EXTENDED | CASES | TI | HI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2586650448 | 0450029434 | 73090 | ALEVE GELCAPS 80CT | 24 | 80CT | 16 00  41.12 | 657.92 | 84 | | 2 |
| 2 | 7430001293 | 0450040798 | 73920 | VISINE FOR CONTACTS .5OZ | 36 | 0.5OZ | 48 00  15.10 | 724.80 | 68 | | 11 |

TOTAL: 1382.72   12

COMMENTS:

# WINN-DIXIE

**PO:**

DATE: 2/10/2005
TIME: 9:11 AM

BILL TO: WINN-DIXIE HEADQUARTERS JAX

32205

SHIP TO: WINN-DIXIE HEADQUARTERS JAX

NTH ORDER ID: 358306339

FROM VENDOR: PHARMACARE

LINE BUYER: G. Nelson

WRO:
NOTE:

SHIP TO ARRIVE:
APPOINTMENT:

| LN | CASE-CODE | ITEM-NMBR | VEND-NMBR | DESCRIPTION | PACK | SIZE | UM | QTY | PU | PRICE | EXTENDED | CASES | TY | HY |
|----|-----------|-----------|-----------|-------------|------|------|----|-----|----|-------|----------|-------|----|----|
| 1 | 0766080100 | 2150029011 | 78076 | ABREVA COLDSORE TREATMEN | 24 | 1PC | | 116 | 00 | 59.40 | 6890.40 | 29 | PG | 3 |
| 2 | 1254785176 | 2150092128 | 78648 | SCHICK INTUITION NORM/DR | 60 | 3CT | | 12 | 00 | 26.10 | 313.20 | 1 | 20 | 2 |
| 3 | 4714405015 | 2150038579 | 34756 | BOSTON ADV CLEANUR 30ML | 24 | 1EA | | 72 | EA | 6.58 | 473.76 | 3 | 80 | 1 |

TOTAL: 7677.36      33

COMMENTS:

CONFIRMED - THANK YOU !

MELISSA FOWLER

**WINN-DIXIE**

DATE: 2/10/2005
TIME: 8:35 AM

**PO:**

NTS ORDER ID: 350306368

BILL TO:   WINN-DIXIE GREENVILLE

FROM VENDOR:   PHARMACARE

29602

SHIP TO:   WINN-DIXIE GREENVILLE

LINE BUYER:   G. Nelson

WHO:
NOTE:

SHIP TO ARRIVE:
APPOINTMENT:

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UM | QTY | UM | PRICE | EXTENDED | CASES | TI | HI |
|----|-----------|-----------|-----------|-------------|------|---------|-----|-----|-------|----------|-------|-----|-----|
| 2 | 4714406015 | 0450038579 | 34756 | BOSTON ADV CLEANER 30ML | 24 | 1EA | 24 | EA | 6.58 | 157.92 | 1.32 | 4 | 8 |
| 3 | 4740019697 | 0450067772 | 78327 | MACH 3 TURBO BLADES BCT | 72 | BCT | 60 | 00 | 130.67 | 7840.20 | 10.90 | 8 | 8 |

TOTAL:   7998.12   11

COMMENTS:

# WINN-DIXIE

**PO:**

**DATE:** 2/10/2005
**TIME:** 8:44 AM

**BILL TO:** WINN-DIXIE GREENVILLE

**MTS ORDER ID:** 350306362

**FROM VENDOR:** PHARMACARE

29602

**SHIP TO:** WINN-DIXIE GREENVILLE

**LINE BUYER:** S.Haskell

**MKO:**

**SHIP TO ARRIVE:**

**NOTE:**

**APPOINTMENT:**

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UM | QTY | PU | PRICE | EXTENDED | CASES | TI | HI |
|----|-----------|-----------|-----------|-------------|------|---------|-----|----|-------|----------|-------|----|----|
| 1 | 0062543005 | 0450025991 | 54261 | MONISTAT 3 DISPOSABLES | 36 | 3CT | 12 | 00 | 64.69 | 776.28 | 2 96 | | 1 |
| 2 | 756D900022 | 0450097051 | 54613 | OLAY DAILY RENEW CREME | 12 | 2OZ | 4 | 00 | 19.23 | 76.92 | 1 00 | | 99 |

**TOTAL:** 853.20    3

**COMMENTS:**

TRANSMISSION VERIFICATION REPORT

TIME : 02/10/2005 09:46
NAME : PHARMACARE HEALTH
FAX : 9547478338
TEL : 9547478338
SER.# : BROE2J365516

| | |
|---|---|
| DATE,TIME | 02/10 09:46 |
| FAX NO./NAME | 19043707357 |
| DURATION | 00:00:36 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

**PO:**

## WINN-DIXIE

5/34/CH L.'2

NTS ORDER ID: 3503D6355

DATE: 2/11/2005
TIME: 8:10 AM

BILL TO: WINN-DIXIE GREENVILLE

FROM VENDOR: PHARMACARE

29602

SHIP TO: WINN-DIXIE GREENVILLE

LINE BUYER: S.Haskell

WHO:
NOTE:

SHIP TO ARRIVE:
APPOINTMENT:

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UN | QTY PO PRICE | EXTENDED | CASES TI | HI |
|----|-----------|-----------|-----------|-------------|------|---------|--------------|----------|----------|-----|
| 1 | 0045092230 | 0450040771 | 78008 | INODIUM ADV. CAPLET 30CT | 24 | 30CT | 24 00 40.45 | 970.80 | 6 48 | 10 |
| | | | | | | | TOTAL: | 970.80 | 6 | |

COMMENTS:

☐003/003

→ PHARMACARE

MELISSA FOWLER

02/11/2005 09:19 FAX 8043707357

# WINN-DIXIE

DATE: 2/11/2005
TIME: 8:25 AM

PO:

NTS ORDER ID: 350306528

BILL TO:  WINN-DIXIE HEADQUARTERS JAX

FROM VENDOR:  PHARMACARE

32205

SHIP TO:  WINN-DIXIE HEADQUARTERS JAX

LANE BUYER:  G. Nelson

WHO:
NOTE:

SHIP TO ARRIVE:
APPOINTMENT:

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UM | QTY PO PRICE | EXTENDED | CASES TI HI |
|---|---|---|---|---|---|---|---|---|---|
| 2 | B142102003 | 2150042808 | 78149 | DULCOLAX TABLETS 50CT | 36 | 50CT | 42 00 38.15 | 1602.30 | 7 132 5 |
| 3 | B142102204 | 2150007391 | 78568 | DULCOLAX STOOL SET 50ETG | 36 | 100CT | 36 00 64.11 | 2307.96 | 6 44 2 |
| | | | | | | | TOTAL: | 3910.26 | 13 |

COMMENTS:

# WINN-DIXIE

**PO:**

DATE: 2/11/2005
TIME: 8:10 AM

NTH ORDER ID: 350306530

BILL TO:   WINN-DIXIE HEADQUARTERS JAX

FROM VENDOR:   PHARMACARE

32205

SHIP TO:   WINN-DIXIE HEADQUARTERS JAX

LINE BUYER:   S.Haskell

WBO:
NOTE:

SHIP TO ARRIVE:
APPOINTMENT:

| LN | CASE-CODE | ITEM-NUMB | VEND-NUMB | DESCRIPTION | PACK | SIZE UM | QTY PU PRICE | EXTENDED | CASES TI | HI |
|----|-----------|-----------|-----------|-------------|------|---------|-------------|----------|----------|----|
| 1 | 411D880319 | 215009S342 | 78614 | CLARITIN D 12HR TABLET 3 | 36 | 30CT | 18 00 93.72 | 1686.96 | ③ 54 | 4 |
| | | | | | | TOTAL: | | 1686.96 | 3 | |

COMMENTS:

*handwritten:* ALL CONFIRMED - THANK YOU !

*handwritten:* 2/2·7

*handwritten:* 2/22

* PHARMACARE

☑001/003