DAVID A. ADELMAN
ADELMAN LAW OFFICES, P.C.
1320 Tower Road, Suite 114
Schaumburg, IL 60173
Tel: 847/301-4341
Fax: 847/301-4342

Attorney for Creditor
PIONEER GROWERS COOPERATIVE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: | ) ) **Chapter 11** ) |
| **WINN-DIXIE STORES, INC.** | ) **Case No.: 05-11063 (RDD)** ) |
| **Debtor** | ) ) ) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David A. Adelman, a member in good standing of the bar in the State of Illinois, or the bar of the U.S. District Court for the _____ District of _____, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent PIONEER GROWERS COOPERATIVE, a creditor, in the above referenced case.

My: address is: Adelman Law Offices, P.C., 1320 Tower Road, Suite 114, Schaumburg, IL 60173

e-mail address is Adelman@PacaEnforcer.com; telephone number is (847) 301-4341

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: <u>March 10, 2005</u>                                            ADELMAN LAW OFFICES, P.C.

                                         By:     _____
                                                  David A. Adelman, Esq.
                                                  1320 Tower Road, Suite 114
                                                  Schaumburg, IL 60173
                                                  Tel:  847/301-4341
                                                  Fax: 847/301-4342
                                                  E-mail: Adelman@PacaEnforcer.com

**ORDER**

ORDERED

that <u>David A. Adelman</u>, Esq. is admitted to practice, ***pro hac vice***, in the above referenced <u>case</u>, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____

    New York, New York        /s/     _____
                                                       UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **MOTION FOR ADMISSION TO PRACTICE,** *pro hac vice* was caused to be served by depositing the same in U.S. Mail this 11th day of March, 2005, upon the following:

David J. Baker
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Ave, 21st Floor
New York, NY 10017

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Joseph D. Frank
Frank/Gecker LLP
325 N. La Salle Street, Suite 625
Chicago, IL 60610

James S. Carr
Kelley Drey & Warren LLP
101 Park Avenue
New York, NY 10178

Laurence May
Angel & Frankel, P.C.
460 Park Ave.
New York, NY 10022

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Adam Rosen
Scarcella Rosen & Slome, LLP
333 Earle Ovington Blvd
Ninth Floor
Uniondale, NY 11533

Neil E. Herman
Morgan Lewis & Bockius, LLP
101 Park Ave
New York, NY 10178

David W. Dykhouse
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

David Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

Scott A. Zuber
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932

Walter E. Swearington
Levi Lubarsky & Feigenbaum, LLP
845 Third Ave., 21st Floor
New York, NY 10022

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

Sarah Robinson Borders
King & Spaulding, LLP
191 Peachtree Street
Atlanta, GA 30303

_____
David A. Adelman, Esq.

ADELMAN LAW OFFICES, P.C.
1320 Tower Road, Suite 114
Schaumburg, IL 60173
Tel:  847/301-4341
Fax: 847/301-4342
E-mail: Adelman@PacaEnforcer.com