Lawrence H. Meuers
FL Bar No. 0934879
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

Attorneys for the Duda Group of PACA Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

WINN-DIXIE STORES, INC., et al

Debtors

Chapter 11
Case No. 05-11063 (RDD)
(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, \_\_\_\_Lawrence H. Meuers\_\_\_\_, a member in good standing of the bar in the State of \_\_\_\_Florida\_\_\_\_, or of the bar of the U.S. District Court for the _____District of _____, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent A. Duda & Sons, Inc.; Baker Farms; Fresh Express, Inc.; Fresh Start Produce Sales, Inc.; Giumarra Vineyards; Glabal Berry Farms, LLC; Hinton Farms Produce, Inc.; Hollar & Greene Produce Co., Inc.; Jac. Vandenberg, Inc.; N & W Farm Produce, Inc.; Oakshire Mushroom Sales, Inc.; PAC Fruit Company, LLC; Seald Sweet, LLC; Southern Specialties; Sun Commodities, Inc.; Tim Edmonson Farms; Wilson & Son Sales, Inc.; Freida's Inc. in the above referenced ☒ case ☐ adversary proceeding.

My: address is Meuers Law Firm, P.L., 5395 Park Central Court, Naples, FL, 34109
E-mail address is lmeuers@meuerslawfirm.com; telephone number is (239) 513-9191

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: March 10, 2005
           New York, New York          /s/   Lawrence H. Meuers

## ORDER

**ORDERED,**
That   Lawrence H. Meuers   , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

           New York, New York          /s/_____
                                        UNITED STATES BANKRUPTCY JUDGE

JUDGE'S COPY

Lawrence H. Meuers
FL Bar No. 0934879
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

Attorneys for the Duda Group of PACA Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | : |
| | : Chapter 11 |
| WINN-DIXIE STORES, INC., et al | : Case No. 05-11063 (RDD) |
| | : (Jointly Administered) |
| Debtors | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion for Admission to Practice, *Pro Hac Vice*, and proposed Order, were sent this 10th day of March, 2005 via U.S. Mail, first class, postage pre-paid to the following:

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Neal D. Colton
Cozen O'Connor
The Atrium
1099 Market Street
Philadelphia, PA 19103

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

Laurence May
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

Adam Rosen
Scarcella Rosen & Slone LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533

Paul Traub
Traub Bonaquist & Fax LLP
655 Third Avenue, 21st Floor
New York, NY 10017

Scott A. Zuber
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NH 07932

United States Trustee
33 Whitehall
21st Street
New York, NY 10004

Dennis Dunne
Milbank, Tweed, Bradley and McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10036

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51 st Floor
Philadelphia, PA 19103

Walter E. Swearingen
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue, 21st Floor
New York, NY 10022

Richard Whitney Ward
2527 Fairmount Street
Dallas, TX 75024

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Patricia Rynn
Priscilla W. Grannis
Rynn & Janowsky, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660

Mark Amendola, Esq.
Martyn and Associates
820 Superior Avenue N.W.
Tenth Floor
Cleveland, OH 44113

/s/ *Lawrence H. Meuers*
Lawrence H. Meuers