Hearing Date and Time: April 12, 2005 @ 10:00 a.m. (NY Time)
Objection Deadline: April 5, 2005 @ 4:00 p.m. (NY Time)

Dennis F. Dunne (DD 7543)
Matthew S. Barr (MB 9170)
**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                              : Chapter 11
                                    :
WINN-DIXIE STORES, INC., et al.,    : Case No. 05-11063 (RDD)
                                    :
                          Debtors.  : (Jointly Administered)
------------------------------------x

**NOTICE OF HEARING ON APPLICATION OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF WINN-DIXIE
STORES, INC., et al., UNDER 11 U.S.C. § 1103 AND
FED. R. BANKR. P. 2014 AND 5002, FOR ORDER
AUTHORIZING RETENTION AND EMPLOYMENT OF
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP AS COUNSEL**

**PLEASE TAKE NOTICE** that a hearing to consider the annexed application (the "Application") of the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for an order, pursuant to section 1103(a) of title 11 of the United States Code, and rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, authorizing retention and employment of Milbank, Tweed, Hadley & M<sup>C</sup>CLOY LLP as counsel shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, New York, New York 10004, on April 12, 2005, at 10:00 a.m. (NY Time), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Application and the relief requested therein must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules of this Court, and be filed with the Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Court), by registered users of the Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard copy delivered directly to J. Drain's Chambers) and shall be served in accordance with General Order M-242 upon: (i) proposed counsel for the Creditors' Committee, Milbank, Tweed, Hadley & M$^c$Cloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005-1413, Attn.: Dennis F. Dunne, Esq. and Matthew S. Barr, Esq.; (ii) counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn.: D.J. Baker, Esq.; (iii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Richard C. Morrissey, Esq.; (iv)

counsel for Wachovia Bank, N.A., as Agent for the DIP lenders, Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, 29th Floor, New York, New York 10169, Attn.: Jonathan N. Helfat, Esq.; and (v) all other persons that have requested notice or copies of pleadings filed in these cases under Rule 2002 of the Federal Rules of Bankruptcy Procedure, so as to be received not later than 4:00 p.m. on April 5, 2005 (NY Time).

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed in accordance with the above requirements, the Application may be granted without further notice or hearing.

Dated:  New York, New York
        March 23, 2005

>                MILBANK, TWEED, HADLEY & M^C^CLOY LLP
>
>                By:  /s/ Dennis F. Dunne
>                     Dennis F. Dunne (DD 7543)
>                     Matthew S. Barr (MB 9170)
>                     1 Chase Manhattan Plaza
>                     New York, NY 10005
>                     (212) 530-5000
>
>                Proposed Counsel for the Official
>                Committee of Unsecured Creditors
>                of Winn-Dixie Stores, Inc., et al.

3