UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
In re                           :  Chapter 11
                                :
WINN-DIXIE STORES, INC., et al., :  Case No. 05-11063 (RDD)
                                :
                     Debtors.   :  (Jointly Administered)
--------------------------------x

### ORDER UNDER 11 U.S.C. § 1103 AND FED. R. BANKR. P. 2014 AND 5002, AUTHORIZING RETENTION AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WINN-DIXIE STORES, INC., *et al.*,

Upon the Application, dated March 22, 2005 (the "Application"), of the Official Committee of Unsecured Creditors (the "Committee") of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, "Winn-Dixie" or the "Debtors"), for an order authorizing the Committee to retain and employ Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("Milbank"), effective as of March 1, 2005, as counsel for the Committee in the above-captioned cases, pursuant to section 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code") and rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2014-1; and the Court having considered the Affidavit of Dennis F. Dunne, sworn to March 22, 2005, in connection with the Application; and due and sufficient notice of the Application having been given; and no adverse interest being affected; and after due deliberation and

sufficient cause appearing therefor; it is hereby

ORDERED, that the Application is granted; and it is further

ORDERED, that the Committee is authorized to retain and employ Milbank to serve as counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code, effective as of March 1, 2005.

Dated:   New York, New York
         April ____, 2005

_____
UNITED STATES BANKRUPTCY JUDGE