**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)

    - and -

1201 Market Street
Wilmington, DE 19801
(302) 425-6400
Jason W. Staib

Counsel for Campbell Soup Company and Pilgrim's Pride Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re** | :    Chapter 11 |
| | : |
| **WINN-DIXIE STORE, INC., <u>et al.</u>,** | :    Case No. 05-11063 (RDD) |
| | : |
| Debtors. | :    (Jointly Administered) |
| | : |

---------------------------------------------------------------x

**NOTICE OF SETTLEMENT OF PROPOSED COUNTER-FINAL
ORDER PURSUANT TO SECTIONS 105, 361, 362, 363, 364(c) AND 364(d)
OF THE BANKRUPTCY CODE AND RULES 4001 AND 9014 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING
DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING ON A
SUPERPRIORITY PRIMING LIEN BASIS AND MODIFYING THE AUTOMATIC
STAY, (II) AUTHORIZING DEBTORS TO USE PRE-PETITION SECURED PRE-
PETITION LENDERS' CASH COLLATERAL AND GRANTING ADEQUATE
PROTECTION, AND (III) AUTHORIZING THE REPAYMENT IN FULL OF
<u>ALL CLAIMS OF DEBTORS' PRE-PETITION SECURED LENDERS</u>**

    **PLEASE TAKE NOTICE** that, the undersigned will present the proposed Counter-

Final Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy

Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I)

Authorizing Debtors to Obtain Secured Post-Petition Financing on a Superpriority Priming

Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Pre-Petition Lenders' Cash Collateral and Granting Adequate Protection, and (III) Authorizing the Repayment in Full of all Claims of Debtors' Pre-Petition Secured Lenders. The proposed Counter-Order is annexed hereto as Exhibit "A". A blacklined copy of the proposed revisions to paragraphs 29 and 30 to the proposed Order settled by the Debtors is annexed hereto as Exhibit "B". The undersigned believe that the proposed revisions are consistent with and more accurately reflect the ruling of the court on March 18, 2005.

**PLEASE TAKE FURTHER NOTICE** that, the undersigned has attempted to make contact with counsel for several other "Reclamation Creditors". As of the time of submission of this proposed Counter-Order, counsel for Del Monte Corporation, H.J. Heinz Company, L.P., The Dannon Company, Inc., Lea & Perrins, Inc., Hershey Food Corp., and Southern Wine have concurred with and supported the revisions contained in the proposed Counter-Order.

Dated: New York, New York
       March 23, 2005

**BLANK ROME LLP**

By: /s/ Andrew B. Eckstein
    Andrew B. Eckstein (AE 6142)
    The Chrysler Building
    405 Lexington Avenue
    New York, NY  10174
    Telephone:  (212) 885-5000
    Facsimile:  (212) 885-5002

    -and -

                                                      Jason W. Staib
                                                      1201 Market Street, Suite 800
                                                      Wilmington, DE 19801
                                                      Telephone:  (302) 425-6400
                                                      Facsimile:  (302) 425-6464

                                                      Counsel for Campbell Soup Company
                                                      and Pilgrim's Pride Corporation

To:  The Parties on the Attached List

118478.01601/6392401v1