# REDLINE OF REVISIONS TO PARAGRAPHS 29 AND 30 OF FINAL DIP FINANCING ORDER

29. <u>Reservation of Rights Concerning Reclamation Claims</u>.  For purposes of paragraphs 29 and 30 hereof, a "Reclamation Creditor" is a vendor of goods that has asserted a reclamation demand against a Debtor in accordance with Section 546(c)(1) of the Bankruptcy Code and/or with any statutory or common law right of a seller of goods that has sold goods to a debtor, in the ordinary course of such vendor's business, to reclaim such goods if the debtor received such goods while insolvent.  For purposes of paragraphs 29 and 30 hereof, the claim of such Reclamation Creditor arising from the reclamation demand is considered a "Reclamation Claim".  None of (i) the entry of this Final Order, the Interim Order, the Cash Collateral Order and/or any extensions thereof (collectively, the "Financing Orders"), (ii) the provisions of and the relief granted in the Financing Orders, and/or (iii) any action taken (or not taken) pursuant to the Financing Orders, shall in any way affect the treatment or allowance of the Reclamation Claim of a Reclamation Creditor.  For purposes of the determination of Reclamation Claims, the entry of the Financing Orders does not effect an exercise of foreclosure rights in any respect and no party in interest may assert that the Financing Orders or any assignment of any pre-petition lien is in any way equivalent to, or an exercise of, foreclosure rights; provided that the right of any Reclamation Creditor to <u>challenge the effect of the assignment of the prepetition lien(s) or the amount to be secured by such lien(s) or</u> "opt out" of the provisions of this paragraph 29 are reserved in accordance with the ruling of this Court on the record at the Final Hearing, as so ordered, with respect to the Motion, or upon further order of this Court.

30. <u>Reclamation Claims</u>.  Notwithstanding anything to the contrary contained in this Final Order (including, without limitation, paragraph 29 hereof), any order approving the Debtors' Motion for Order (A) Authorizing Return of Goods Pursuant to 11 U.S.C. Section

118478.01601/6392417v1

546(g), (B) Establishing Procedures for Treatment of Reclamation Claims, and (C) Prohibiting Third Parties from Interfering with Delivery of Goods, filed on February 22, 2005 (docket no. 21) or any other order of this Court that has been or may hereafter be entered in any Debtor's Chapter 11 case in connection with any Reclamation Claim, any lien and/or administrative expense claim granted by the Court pursuant to Section 546(c) of the Bankruptcy Code to a Reclamation Claim of a Reclamation Creditor shall be immediately subordinate to the liens and ~~shall be subordinate to the~~ superpriority administrative claims granted and assigned herein to the Lender and the Pre-Petition Lender, and shall be subject to all of the provisions of the Financing Orders (including, without limitation, paragraph 20 hereof).

118478.01601/6392417v1