**<u>SERVICE LIST</u>**

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax: 212-668-2255
deidre.martini@usdoj.gov

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax: 212-668-2255
richard.morrissey@usdoj.gov

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069
Phone: 212-848-4000
Fax: 212-848-7179
Atenzer@Shearman.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
dfiorillo@oshr.com; Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell,
Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com; mbarr@milbank.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, New York 10178-0061
Phone: 212-696-6000
Fax: 212-697-1559
sreisman@cm-p.com; athau@cm-p.com

Scarcella Rosen & Slome
Attn: Thomas Slome, Alan Marder
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553
Phone: 516-227-1600
Fax: 516-227-1601
tslome@srsllp.com; amarder@srsllp.com

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane, Debra SuDock
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com; rlehane@kelleydrye.com;
dsudock@kelleydrye.com

Frank/Gecker LLP
Attn: Joseph D. Frank, Zane Zielinski
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com; zzielinski@fgllp.com

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8000
Fax: 212-836-8689
Rsmolev@kayescholer.com; kmurphy@kayescholer.com

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006
Phone: 212-269-1000
gginsburg@ngmpc.com

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch, Merritt Pardini
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4400
Fax: 310-788-4471
thomas.leanse@kmzr.com; dustin.branch@kmzr.com;
merritt.pardini@kmzr.com

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum, Thomas Alijan
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-623-1000
Fax: 973-623-9131
rscheinbaum@podveysachs.com; taljian@podveysachs.com

Burr & Forman LLP
Attn: Derek F. Meek, Robert B. Rubin
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203
Phone: 205-251-3000
Fax: 205-458-5100
dmeek@burr.com; brubin@burr.com

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Phone: 631-549-7900
Fax: 631-549-7845
rstern@maccosternlaw.com

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743
Phone: 631-423-8527
Fax: 631-423-4536
arosen@avrumrosenlaw.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002
Phone: 856-486-6961
Fax: 856-486-4875
cslocum@klehr.com

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
gponto@gibbonslaw.com

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 516-408-3030
Fax: 516-408-7917
gerard@bmclaw.com

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614
Phone: 212-659-7300
Fax: 212-918-8989
judith.elkin@haynesboone.com

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789
Phone: 214-651-5000
Fax: 214-200-0486
stacey.jernigan@haynesboone.com;
mark.elmore@haynesboone.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman
6225 Smith Ave.
Baltimore, MD 21209
Phone: 410-580-3000
Fax: 410-580-30001
mark.friedman@dlapiper.com

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020
Phone: 212-768-6700
Fax: 302-768-6800
cneville@sonnenschein.com; jcreed@sonnenschein.com

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange St., PO Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-0380
kbifferato@cblh.com; cthompson@cblh.com

Hance Scarborough Wright Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254
Phone: 972-788-1600
Fax: 972-239-0138
fwright@hswgb.com; aellis@hswgb.com

Reed Smith LLP
Attn: Elena Lazarou
599 Lexington Ave., 27th Fl.
New York, NY 10022
Phone: 212-521-5400
Fax: 212-521-5450
elazarou@reedsmith.com

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801
Phone: 302-778-7550
Fax: 302-778-7577
kgwynne@reedsmith.com

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 19801
Phone: 302-425-6429
Fax: 302-425-6464
staib@blankrome.com

Blank Rome LLP
Attn: Andrew B. Eckstein, Rocco Cavaliere
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Phone: 212-885-5000
Fax: 212-885-5002
aeckstein@blankrome.com; rcavaliere@blankrome.com

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660
Phone: 949-752-2911
Fax: 949-752-0953
pat@rjlaw.com; priscilla@rjlaw.com

Adelman Law Officesm PC
Attn: David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173
Phone: 847-301-4341
Fax: 847-301-4342
adelman@pacaenforcer.com

Keaton & Associates, P.C.
Attn: Mary E. Gardner, Esq.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067
Phone: 847-934-6508
Fax: 847-934-6508
gardner@pacatrust.com

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106
Phone: 215-829-0014
Fax: 215-829-0059
jchebot@wbc-lawyers.com

McCarron & Diess
Attn: Louis W. Diess, III
4900 Massachusetts, Avenue, N.W., Suite 310
Washington, D.C. 20016
Phone: 202-364-0400
Fax: 202-364-2731
ldiess@mccarronlaw.com

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109
Phone 239-513-9191
Fax: 239-513-9677
lmeuers@meuerslawfirm.com

Law Offices of Bruce Levinson
Attn: Bruce Levinson
747 Third Avenue, 4th Floor
New York, NY 10017-2803
Phone: 212-750-9898
b.levinson@verizon.net

Rojas Santos Stokes & Garcia, LLP
Attn: Craig A. Stokes
3330 Oakwell Court, Suite 225
San Antonio, Texas 78218
Phone: 210-804-0011
cstokes@rssglaw.com

Martyn & Associates
Attn: Mark A. Amendola
820 W Superior Ave,
Cleveland, OH 44113
Phone: 216-861-4700
mamendola@martynlawfirm.com

Law Office of Robert E. Goldman
Attn: Robert E. Goldman
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
Phone: 954-745-7450
Fax: 954-745-7460
robert@Goldmanlaw.com

Morrison Cohen LLP
Attn: Joseph Thomas Moldovan
909 Third Avenue
New York, NY 10022-4731
Phone: 212-735-8600
Fax: 212-735-8708
jmoldovan@morrisoncohen.com

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
Fax: 212-956-2164
fringel@pobox.com

Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi, Steven Feigenbaum
845 Third Ave, 21st Fl.
New York, NY 10022
Phone: 212-308-6100
Fax: 212-308-8830
Hlevi@llf-law.com; sfeigenbaum@llf-law.com

Kozyak Tropin & Throckmorton, P.A.
Attn: Laurel Myerson Isicoff
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2335
Phone: 305-372-1800
Fax: 305-372-3508
lmi@kttlaw.com

Kozyak Tropin & Throckmorton, P.A.
Attn: John W. Kozyak
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida  33134
Phone: 305-377-0654
Fax: 305-372-3508
jk@kttlaw.com

Wander & Associates
Attn: David H. Wander
641 Lexington Ave, 21st Fl.
New York, NY 10022
Phone: 212-751-9700
Fax: 212-751-6820
dwander@wanderlaw.com

Venable LLP
Attn: Lisa Bittle Tancredi, Gregory Cross, Heather Deans Foley
1800 Mercantile Bank & Trust Bldg., 2 Hopkins Plaza
Baltimore, MD 21201
Phone: 410-244-7400
Fax: 410-244-7742
lbtancredi@venable.com; gacross@venable.com; hdfoley@venable.com

McGuirewoods LLP
Attn: Patrick L. Hayden, Shawn R. Fox
1345 Avenue of the Americas, Seventh Floor
New York, NY 10105-0106
Phone: 212-548.2165
Fax: 212-548-2150
phayden@mcguirewoods.com; sfox@mcguirewoods.com

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011
Phone: 704-373-4637
Fax: 704-353-6107
rcox@mcguirewoods.com

Pitney Hardin LLP
Attn: Richard Meth
PO Box 1945
Morristown, NJ 07962-1945
Phone: 973-966-6300
Fax: 973-966-1550
rmmnybankruptcy@pitneyhardin.com