PITNEY HARDIN LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ  07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM - 7791)

- and -

7 Times Square
New York, NY 10036-7311
(212) 297-5800
LOCAL COUNSEL FOR SOUTH CAROLINA ELECTRIC & GAS COMPANY,
SCANA ENERGY MARKETING, INC., AND PUBLIC SERVICE OF NORTH CAROLINA

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Jointly Administered Under<br>Case No.  05-11063 |

### **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, David B. Wheeler, a member in good standing of the bar of the State of South Carolina, hereby request admission, *pro hac vice*, before the Honorable Robert D. Drain, U.S.B.J., to represent South Carolina Electric & Gas Company, SCANA Energy Marketing, Inc., and Public Service of North Carolina in connection with the above-referenced Chapter 11 cases and related proceedings.

        My Address is:    MOORE & VAN ALLEN PLLC
                                         40 Calhoun Street, Suite 300
                                       Post Office Box 22828
                                       Charleston, SC 29413-2828

        E-mail Address:    davidwheeler@mvalaw.com
        Telephone number:  (843) 579-7000

I agree to pay the required filing fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:   March 21, 2005

                                            /s/ David B. Wheeler
                                            DAVID B. WHEELER