PITNEY HARDIN LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ  07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM - 7791)

   - and -

7 Times Square
New York, NY 10036-7311
(212) 297-5800
LOCAL COUNSEL FOR SOUTH CAROLINA ELECTRIC & GAS COMPANY,
SCANA ENERGY MARKETING, INC., AND PUBLIC SERVICE OF NORTH CAROLINA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| WINN-DIXIE STORES, INC., *et al*., | Jointly Administered Under Case No.  05-11063 |
| Debtors. | |

### **ORDER ADMITTING DAVID B. WHEELER, ESQ. TO PRACTICE, *PRO HAC VICE***

**ORDERED**, that David B. Wheeler, Esq., is admitted to practice, *pro hac vice*, in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated:
    New York, New York

                                              _____
                                              HONORABLE ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE