**EXHIBIT A TO AFFIDAVIT OF DENNIS F. DUNNE**

| Party In Interest | Relationship with Milbank (on matters unrelated to these cases) |
|---|---|
| ACE Property & Casualty Ins. Co. | Current client |
| Aegon USA | Current client |
| AIG Aviation | Affiliate of current client |
| AG Edwards | Current client |
| American United Life Ins. Co. | Former client |
| Amsouth Bank | Current client |
| Arnold & S. Bleichroeder Advisors, LLC | Current client |
| Aviva Life Ins. Co. | Current client |
| Bank of New York | Current client |
| Bank One | Current client |
| Bayer Corp | Affiliate of current client |
| Capital Research & Management | Current client |
| Clorox Company | Current client |
| Coca Cola Company | Current client |
| Columbia Management Advisors | Affiliate of current client |
| Congress Financial Corp. (n/k/a Wachovia National Bank) | Current client |
| Cisco Systems | Former client |
| CNA Insurance | Current client |
| Del Monte Foods USA | Affiliate of current client |
| Deutsche Bank | Current client |
| Deutsche Bank Trust Company Americas | Affiliate of current client |
| EMC National Life Companies | Current client |
| First Union National Bank | Current client |
| Fleet Retail Group, Inc. | Current client |
| GATX Technology Services Corp. | Affiliate of former client |
| General Electric Capital Corporation | Current client |
| General Electric Company | Current client |

| Party In Interest | Relationship with Milbank (on matters unrelated to these cases) |
|---|---|
| Georgia Pacific Corp. | Current client |
| GLA LLC | Affiliate of former client |
| GMAC Commercial Finance LLC | Current client |
| IBM Credit Corporation | Current client |
| IBM Credit LLC | Current client |
| Illinois National Ins | Affiliate of current client |
| Indianapolis Life Ins. Co. | Current client |
| Jefferson Pilot | Current client |
| Johnson & Johnson | Current client |
| Kimberly Clark Corp. | Current client |
| Konica USA Inc./Konica Photo Imaging | Affiliate of current client |
| Lafayette Life Ins. Co. | Current client |
| Lexington Insurance | Affiliate of current client |
| Lutheran Brotherhood | Former client |
| Merrill Lynch Capital | Current client |
| National City Business Credit, Inc. | Current client |
| National Union Fire Ins | Affiliate of current client |
| NCR Corp. | Former client |
| OCM Opportunities Fund V, L.P. | Affiliate of current client |
| Pepsico Inc. | Current client |
| PNC Business Credit | Current client |
| Procter & Gamble | Current client |
| Prudential Investments | Affiliate of current client |
| R2 Investments, LDC | Current client |
| Reliance Standard Life Ins. Co. | Current client |
| RZB Finance LLC | Current client |
| Sidney Kohl Company | Affiliate of former client |
| Smith Barney | Current client |
| Southern Farm Bureau | Current client |
| Schering Plough | Current client |
| The CIT Group/Business Credit, Inc. | Current client |

| Party In Interest | Relationship with Milbank (on matters unrelated to these cases) |
|---|---|
| UBS AG, Stamford Branch | Current client |
| Unilever US | Current client |
| US Bank Corporation | Current client |
| Wachovia Bank, NA | Current client |
| Wachovia Securities | Current client |
| Wells Fargo Foothill LLC | Current client |
| Wilmington Trust Company | Current client |
| Zurich American Insurance | Former client |