**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                          :        **Chapter 11**
                                                :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**     :        **Case No. 05-11063 (RDD)**
                                                :
                  Debtors.                      :        **(Jointly Administered)**
                                                :
-------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

      I, Stewart H. Cupps, a member in good standing of the bar of the State of Ohio, and the bar of the United States District Courts for the Southern District of Ohio and the Northern District of Indiana and the bar of the United States Court of Appeals for the Seventh Circuit, request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent Tip Top Canning Company, Inc. ("Tip Top"), a creditor and reclamation claimant in the above-referenced cases.

My address is as follows:

Stewart H. Cupps, Esq.
Kegler Brown Hill & Ritter
A Legal Professional Association
Capitol Square, Suite 1800
65 East State Street
Columbus, Ohio 43215-4294
(614) 462-5404
(614) 464-2634
scupps@keglerbrown.com

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: March 23, 2005
       Columbus, Ohio

                                            Respectfully submitted,

                                            /s/ Stewart H. Cupps
                                            Stewart H. Cupps, Esq. (Ohio 0071504)
                                            Kegler Brown Hill & Ritter
                                            A Legal Professional Association
                                            Capitol Square, Suite 1800

65 East State Street  
Columbus, Ohio 43215-4294  
(614) 462-5404 (phone)  
(614) 464-2634(fax)  
scupps@keglerbrown.com