**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION PRO HAC VICE

       This matter having come before the court on the Motion for Admission Pro Hac Vice ("Motion") filed by attorney Stewart H. Cupps ("Cupps") for admission *pro hac vice* to represent Tip Top Canning Company, Inc. ("Tip Top") in the above-styled case, and, the court, finding that Cupps is currently a member in good standing of the bar of the State of Ohio, and the bars of the United States District Courts for the Southern District of Ohio and the Northern District of Indiana and the bar of the United States Court of Appeals for the Seventh Circuit, and finding other good and sufficient cause therefor,

       IT IS ORDERED, ADJUDGED AND DECREED that:

       (1) the Motion is granted,

       (2) Cupps is admitted *pro hac vice* in the above-styled case for all purposes subject to the payment of the required $25.00 fee for *pro hac vice* admission.

       **SO ORDERED.**

       Dated: _____                     _____
                                                                    United States Bankruptcy Judge