**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | ) ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.** | ) ) | **Case No. 05-11063** |
| Debtors. | ) ) ) | **(Jointly Administered)** |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**ORDERED,**

that Austin L. McMullen, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

1028567 v2
100592-054  02/25/05

- 1 -