BINGHAM McCUTCHEN LLP
Anthony J. Smits (AS-0656)
One State Street
Hartford, Connecticut 06103-3178
Telephone No.: (860) 240-2700
Facsimile No.:  (860) 240-2800

*Attorneys for Wachovia Bank, N.A., as special servicer*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC.,** *et al.*, | ) ) | **Case No. 05-11063 (RDD)** |
| Debtors. | ) ) ) | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that **WACHOVIA BANK, N.A., as special servicer** (the "Appearing Party") hereby appears by its counsel, Bingham McCutchen LLP, and demands, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

> Anthony J. Smits
> Bingham McCutchen LLP
> One State Street
> Hartford, CT 06103
> Telephone (860) 240-2700
> Facsimile (860) 240-2800
> Email: anthony.smits@bingham.com

CTDOCS/1621848.1

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex, electronic mail or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) the Appearing Party's right to have final orders in non-core matters entered only after _de novo_ review by a district judge; (ii) the Appearing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Party expressly reserves.

Dated: Hartford, Connecticut
      March 23, 2005

                                  Respectfully submitted,

                                  By: /s/ Anthony J. Smits_____
                                     BINGHAM McCUTCHEN LLP
                                     Anthony J. Smits (AS-0656)
                                     One State Street
                                     Hartford, Connecticut 06103-3178
                                     Telephone No.: (860) 240-2700
                                     Facsimile No.:  (860) 240-2800

                                     Attorneys for Wachovia Bank, N.A.,
                                     as special servicer

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 23, 2005, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on the parties listed below via U.S. Mail, first-class, postage prepaid:

            David J. Baker, Esq.
            Skadden, Arps, Slate, Meagher & Flom LLP
            Four Times Square
            New York, NY  10036

            Sarah Robinson Borders, Esq.
            King & Spalding LLP
            191 Peachtree Street
            Atlanta, GA  30303

            Matthew Barr, Esq.
            Milbank, Tweed, Hadley & McCloy LLP
            1 Chase Manhattan Plaza
            New York, NY  10005

            Richard C. Morrissey, Esq.
            Office of the United States Trustee
            33 Whitehall Street, 21st Floor
            New York, NY  10004

                                    /s/Anthony J. Smits
                                    Anthony J. Smits (AS-0656)