## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUHTERN DISTRICT OF NEW YORK (MANHATTAN)

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al</u>.** | ) | **Case No. 05-11063** |
| | ) | |
| **Debtors** | ) | **(Jointly Administered)** |
| | ) | |

## ORDER FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

ORDERED,

That Robert L. Holladay, Jr., Esq. admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS 23rd DAY OF March, 2005.

_____

U.S.B.J.

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing was forwarded electronically for by first class mail postage prepaid to:

| | |
|---|---|
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 | Debtor's Attorney |
| Richard D. Morrissey<br>Office of the Unites States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | U. S. Trustee |

 

_____

Robert L. Holladay, Jr.