**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTHERN NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **WINN-DIXIE STORES, INC.** | § | **CASE NO. 05-01163-rdd** |
| | § | |
| **Debtor** | § | |
| | § | |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, William F. Harmeyer, a member in good standing of the bar in the State of Texas (State Bar No. 09019000); the United States District Court, Southern District of Texas (Federal I.D. No. 149); the United States Court of Appeals, 4th and 5th Circuit; and the United States Supreme Court, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent JADE DRUG COMPANY, a Creditor in the above referenced case.

**ORDERED,**

that William F. Harmeyer, is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 23, 2005
New York, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

1