Dennis F. Dunne (DD 7543)
Matthew S. Barr (MB 9170)
**MILBANK, TWEED, HADLEY & MᶜCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Winn-Dixie Stores, Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
In re:                              : Chapter 11
                                    :
WINN-DIXIE STORES, INC., et al.,    : Case No. 05-11063 (RDD)
                                    :
                      Debtors.      : (Jointly Administered)
----------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK   )
                    )  SS.:
COUNTY OF NEW YORK  )

        RENA K. CERON, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of
eighteen years, and am not a party to or interested in the
above-captioned cases.  I am employed by the law firm of
Milbank, Tweed, Hadley & MᶜCloy LLP, proposed counsel for the
official committee of unsecured creditors of Winn-Dixie Stores,
Inc., et al. in the above-captioned cases.

        On the 3ʳᵈ of March, 2005, I caused a copy of the
following document (the "Document"):

            NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS OF
            MILBANK, TWEED, HADLEY & MᶜCLOY LLP AS PROPOSED
            COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED
            CREDITORS, UNDER 11 U.S.C.§ 1109(b) AND FED. R.
            BANKR. P. 2002, 3017(a), 9007, AND 9010,

to be served upon the parties identified on Exhibit A attached

hereto by securely enclosing a true copy of the Document in a properly addressed wrapper and causing the same to be delivered by the United States Postal Service for delivery by first class mail.

_/s/ Rena K. Ceron_____
Rena K. Ceron

SWORN TO AND SUBSCRIBED before me this 14th day of March, 2005.

_/s/ Marie Kenny_____
Notary Public, State of New York
No. 01KE4919825
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Feb. 8, 2006

## Exhibit A

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

D. J. Baker
Skadden, Arps, Slate, Meagher &
Flom LLP
Four Times Square
New York, New York 10036

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange
Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
301 Commerce Street, Ste 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company
Americas
Attn: S. Berg
60 Wall Street
New York, NY 10005-2858

New Plan Excel Realty Trust,
Inc.
420 Lexington Ave
New York, NY 10170

Kraft (Kraft Foods, Kraft Pizza,
Nabisco)
Attn: Sandra Schirmang, Director
of Credit
22541 Network Place
Chicago, IL 60673-1225

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management,
LLC
Attn: Alan S. Adler
Los Angeles, CA 90071

Capital Research and Management
Company
Attention: Ellen Carr, Abner D.
Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071

Pepsico & Subsidiaries
Attn:  Marty Scaminaci, Director
Financial Services
P. O. Box 844700
Dallas, TX 75284-4700

Proctor & Gamble Distributing
Co.
Attn:  Jay Jones, Credit Manager
P. O. Box 100537
Atlanta, GA 30384-0537

Nestle (Nestle USA, Nestle
Purina, Nestle Water)
Attn:  Peter B. Knox, Director
of Credit and Collections
P. O. Box 277817
Atlanta, GA 30384-7817

General Mills Inc.
Attn: Terri Johnson, Account
Operation Development Manager
P. O. Box 101412
Atlanta, GA 30392-0001

Unilever (HPC USA & Best Foods)
Attn: Richard Bellis, Credit
Manager
1 Johns Street
Clinton, CT 06413

Florida Coca-Cola
Attn: Dick Stiteler, Director of
Customer Financial Services
P. O. Box 30000
Orlando, FL 32891-0001

ConAgra Grocery Products Co.
Attn: Robert Ellis, Corp Credit
Analysis Manager
P. O. Box 409626
Atlanta, GA 30384

Kimberly Clark
Attn:  Ted C. Banker, Sr. Credit
Manager
P. O. Box 915003
Dallas, TX 75391-5003

McKee Foods Corporation
Attn: Valerie Phillips, Sr.
Credit Manager
P. O. Box 2118
Collegedale, TN 37315-2118

Sara Lee Foods
Attn: Joel Cartright, Credit
Manager
P. O. Box 905466
Charlotte, NC 28290

US Bank Corporation
Attn: Angela Trudeau, VP
Relationship Management
P. O. Box 790428
St. Louis, MO 63179-0428

Gourmet Award Foods Mid Atlantic
Attn: Mark Kellum, National
Account Manger
4055 Deerpark Boulevard
Elkton, FL 32033

Good Humor Breyers Ice Cream
Attn: Craig Stargardt, Credit
Manager
P. O. Box 75604
Charlotte, NC 28275-5604

Keebler Company
Attn: Dan Gilroy
P. O. Box 73451
Chicago, IL 60673-7451

CH Robinson Worldwide Inc.
Attn: Teresa Bellman, Controller
P. O. Box 9121
Minneapolis, MN 55480-9121

Del Monte Foods USA
Attn: Frank Buckstein, Manager
Credit and Collections
1336 Solutions Center
Chicago, IL 60677-1003

Fin Tech
Attn: Doug Wilhelm
4720 W. Cypress St.
Tampa, FL 33607

Powerhouse Produce LLC
Attn: James Banks, Account
Manger
P. O. Box 368
Riverhead, NY 11901

Gillette Company
Attn: Mary Trahan, Credit
Manager
P. O. Box 100800
Atlanta, GA 30384-0800

Coca-Cola Bottling Works
Attn: Dick Stiteler, Director of
Customer Financial Services
300 Coca-Cola Road
Charlotte, NC 28275

Schreiber Foods, Inc.
Attn: Kris Skupas, Credit
Manager
P. O. Box 905008
Charlotte, NC 28290-5008

Campbell Soup Co.
Attn: Maureen Hart, Sr. Credit
Manager
P. O. Box 101407
Atlanta, GA 30392-1407

Georgia Pacific Corp.
Attn: Bob Moon, Credit Manager
P. O. Box 102487
Atlanta, GA 30368-2487

Ross Laboratories
Attn: Phil Polk, Controller
Dept L-281
Columbus, OH 43260-0001

Clorox Sales Co - KPD
Attn: Sybil Shaw, Credit Manager
P. O. Box 66123
Charlotte, NC 28275-1754

Kellogg Sales Company
Attn: Ron Mospek, Credit Manager
P. O. Box 905193
Charlotte, NC 28290-9051

Johnson & Johnson
Attn: John Wernicki, National
Sales Director
P. O. Box 751059
Charlotte, NC 28275

Riverdale Farms
Attn: Vanessa Fernandez,
Controller
P. O. Box 861093
Orlando, FL 32886

Anderson News LLC
Attn: Jennifer Voss, VP
Accounting
P. O. Box 52570
Knoxville, TN 37950-2570

Safe Harbor Seafood
Attn: Jack Jones, CFO
4371 Ocean Street
Mayport, FL 32233-2417

Louisiana Coca-Cola
Attn: Dick Stiteler, Director of
Customer Financial Services
1314 Eraste Landry Road
Lafayette, LA 70506

Edy's Grand Ice Cream
Attn: Fred Pomerantz, Credit
Manager
P. O. Box 406247
Atlanta, GA 30384-6247

Wyeth Consumer Healthcare
Attn: Larry Sanders, VP Global
Finance
P. O. Box 75296
Charlotte, NC 28275-5296

Warner Lambert Consumer Group
Attn: Andy Helveston
400 West Lincoln Avenue
Lititz, PA 17543

Gerber Products Company
Attn: Jeff Talee, Finance
Manager
445 State St.
Freemont, MI 49413

Coca-Cola Bottling Co
Attn: Joyce Roper
300 Coca-Cola Rd
Charlotte, NC 28275

Sanderson Farms
Attn: Neal Morgan, Director of
Sales
P. O. Box 988
Laurel, MS 39441-0988

DLJ Produce, Inc.
Attn: Alan Yoshidone, Controller
P. O. Box 2398
West Covina, CA 91793

Schering Plough Health Care
Attn: John Glynn
P. O. Box 100373
Atlanta, GA 30384

Wilmington Trust Company as
Indenture Trustee
Attn: Corporate Trust Department
Rodney Square North
Wilmington, DE 19890

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St., Rodney
Square North
Wilmington, DE 19890

Vanguard Group Incorporated
The Vanguard Group
Attn: Earl E. McEvoy
P. O. Box 2600
Valley Forge, PA 19482

Ameriprime Funds
IMS Capital Management
Attn: Carl W. Marker
8995 SE Otty Road
Portland, OR 97266

Reliance Standard Life Insurance
Company
Attn: Earl E. McEvoy
2001 Market Street
Suite 1500
Philadelphia, PA 19103

Fortis Benefits Insurance
Company
Attn: Catherine Janik
Legal Department
P. O. Box 3050
Milwaukee, WI 53201

Goodman & Co. Investment Counsel
Attn: Christy Yip
Scotia Plaza
55th Floor
40 King Street West
Toronto, Ontario M5H 4A9

Management Co. LLP
Gateway Center Three
Attn:  Earl E. McEvoy
100 Mulberry Street
Newark, NJ 07102

Securities Management and
Research, Inc
Attn: Sherry Baker
24500 South Shore Blvd.
Suite 400
League City, TX 77573

Aviva Life Insurance Company
Attn: Elizabeth Anne Dowd
108 Myrtle Street
Newport Office Park
North Quincy, MA 02171

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Otterbourg, Steindler, Houston &
Rosen, P.C.
Attn: Dan Fiorello, Jonathan N.
Helfat
230 Park Avenue, 29th Floor
New York, NY  10169

Morgan Lewis & Bockius LLP
Attn:  Richard S. Toder
101 Park Avenue
New York, NY 10178-0060

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th
Floor
Detroit, MI 48243-1157

FTI Consulting
Attn: Michael Eisenband
3 Times Square
11th Floor
New York, NY 10036

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010

XRoads Solutions Group LLC
Attn: Dennis Simon
 9 Executive Circle, Suite 190
Irvine, CA  92614

Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi, Steven
Feigenbaum
845 Third Ave, 21st Flr
New York, NY 10022

Scarella Rosen & Slome
Attn: Adam L. Rosen, Esq
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III,  C. Davin
Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036

Ballard Spahr Andrews &
Ingersoll
Attn: David L. Pollack, Jeffrey
Meyers, Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103

Contrarian Capital Management
LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse,
Michael Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710

Cozen O'Connor
Attn: Neal D. Colton, David J.
Liebman
1900 Market Street
Philadelphia, PA 19103

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert
Lehane
101 Park Avenue
New York, NY 10178

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A.
Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah
Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St Ste 700
Winston-Salem, NC 27113-5129

Balch & Bingham LLP
Attn: W. Clark Watson, Eric Ray
Esq
1901 Sixth Ave N Ste 2600, PO
Box 306
Birmingham, AL 35201

Angel & Frankel PC
Attn: Laurence May, Rick A.
Steinberg
460 Park Ave
New York, NY 10022-1906

Kaye Scholer LLP
Attn: Richard Smolev, Keith
Murphy
425 Park Avenue
New York, NY 10022-3598

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205

Jenkens & Gilchrist P.C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799

Erman, Teicher, Miller, Zucker &
Freedman, P.C.
Attn: Earle I. Erman, Esq
400 Galleria Officentre, Ste.
444
Southfield, MI 48034

Manier & Herod
Attn: J. Michael Franks, Michael
Collins, Thomas Pennington
150 Fourth Avenue North, Suite
2200
Nashville, TN 37219-2494

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq
7 Times Square
New York, NY 10036

Ice Miller
Attn: Henry A. Efroymson, Mark A
Bogdanowicz.
One American Square, Box 82001
Indianaplois, Indiana 46282

Morris, Nichols, Arsht and
Tunnell
Attn: Robert Dehney, Eric D.
Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105

Page, Scrantom, Sprouse, Tucker
& Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite
100
P.O. Box 6675
Radnor, PA 19087-8675

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY 10022

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006

Arnall Golden Gregory LLP
Attn: Darryl S. Laddin, J.
Hayden Kepner
171 W. 17th St., NW
Suite 2100
Atlanta, GA 30363

Curtis, Mallet-Prevost, Colt &
Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, New York 10178-0061

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin
P. Branch
2029 Century Park East, Suite
2600
Los Angeles, California
90067-3012

Locke Liddell & Sapp LLP
Attn: W. Steven Bryant, Thomas
H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX  77002

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

Greenberg Traurig, LLP
Attn:  Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057

Boult, Cummings, Conners & Berry
PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059

Podvey, Sachs, Meanor,
Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste
4300
Atlanta, GA 30375

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L.
Gayer
1251 Avenue of the Americas, 18th
Fl.
New York, NY 10020

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

Merrill Lynch, Pierce, Fenner &
Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Burr & Forman LLP
Attn: Derek F. Meek, Robert B.
Rubin
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120
South
Melville, NY 11747

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207

McGrath North Mullin & Krath, PC
LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave., Ste 2418
New York, NY 10118

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste
1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J.
Seketa
535 N. College Drive
Carmel, IN 46032

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff Lane
Southport, CT 06890-1436

Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
Attn: Morton R. Branzburg,
Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115

Varnum Riddering Schmidt Howlett
LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108

Developers Diversified Realty
Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David
T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Porzio, Bromberg & Newman PC
Attn: Warren0 J. Martin, Brett
S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Fl.
New York, NY 10167

Hamilton Beach/Proctor-Silex
Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Hunton & Williams, LLP
Attn: Craig V. Rasile
1111 Brickell Ave., Ste 2500
Miami, FL 33131

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John
Whittington, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birminghan, AL  35222

Smith Hulsey & Busey
Attn: James H. Post
225 Water Street, Ste 1800
Jacksonville, FL 32202

Moseley, Prichard, Parrish,
Knight & Jones
Attn: Richard K. Jones, Eric L.
Hearn
501 West Bay Street
Jacksonville, FL 32202

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952

Johnson, Hearn, Vinegar, Gee &
Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis
E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla
Grannis
4100 Newport Place Drive, Ste
700
Newport Beach, CA 92660

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748

Hiersche, Hayward, Drakeley &
Urbach PC
Attn:  Russell W. Mills, Krista
P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan  48243-1668

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861

Marrero Land and Improvement
Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway, Ste
400
Marrero, LA 70072

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial
Atlanta, GA 30336

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St
Columbus, OH 43215-6197

Liebmann, Conway, Olejniczak &
Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200

Richard Blackstone Webber II, PA
Attn: Richard Blackstone Webber
II
320 Maitland Ave.
Altamonte Springs, FL 32701

Stephan W. Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
The American Hotel
125 South Augusta Street, Suite
2000
Staunton, VA 24401

Gibbons, Del Deo, Dolan,
Griffinger & Vecchione
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
Attn: David N. Crapo

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

Michael R. Dal Lago, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022

Nina M. LaFleur
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202