UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                              :

In re:                                                       :

        Winn-Dixie Stores, Inc., *et al.*,        :        Chapter 11
                                                       :        Case No. 05-11063
        Debtors.                                  :        (Jointly Administered)
                                                         :
-----------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED**, that Eric T. Ray, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
New York, New York

                                                                            _____
                                                                            UNITED STATES BANKRUPTCY JUDGE