**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(212) 885-5000
Andrew B. Eckstein (AE 6142)
Rocco Cavaliere (RC 8686)

     - and -

1201 Market Street
Wilmington, DE 19801
(302) 425-6400
Jason W. Staib

Counsel for Campbell Soup Company and Pilgrim's Pride Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

| | |
|---|---|
| In re | :     Chapter 11 |
| | : |
| **WINN-DIXIE STORE, INC., et al.,** | :     Case No. 05-11063 (RDD) |
| | : |
| Debtors. | :     (Jointly Administered) |
| | : |

----------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Jaime Prince, hereby certify that on March 23, 2005 I caused to be served via e-mail a copy of the *Notice of Settlement and Proposed Counter-Final Order* upon the following parties listed below.

                                                                /s/ Jaime Prince
                                                                Jaime Prince