Hearing Date: April 12, 2005 at 10:00 a.m.<br>
Objections Date: April 7, 2005 at 4:00 p.m.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | :  **Chapter 11** |
| | : |
| **WINN-DIXIE STORES, INC., et al.,** | : Case No. 05-11063 (RDD) |
| | : |
| Debtors.[1] | : **(Jointly Administered)** |
| | : |

-------------------------------------------------------------x

**NOTICE OF MOTION FOR AUTHORITY TO**
**PAY PREPETITION AUTOMOBILE LIABILITY CLAIMS**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **April 12, 2005, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

of New York, One Bowling Green, New York, New York, 10004 to consider the above Debtors' motion for authority to pay prepetition automobile liability claims. (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the specific grounds therefor, and shall be filed with the Clerk of this Court in accordance with General Order M-242 which order can be found at www.nysb.uscourts.gov, and shall further be delivered directly to Judge Drain's Chambers and served upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attention:  D. J. Baker, Esq; (iii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899, Attention:  Eric M. Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005-1413, Attention:  Matthew Barr, Esq. and Dennis Dunne, Esq.; (v) Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, New York, New York 10169, Attention:  Jonathan N. Helfat, Esq. and so as to be <u>actually</u> <u>received</u> no later than **April 7, 2005, at 4:00 p.m. (prevailing Eastern Time)**.

Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

Dated: March 23, 2005
      New York, New York

/s/    *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York   10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

- and –

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware   19899
Telephone:  (302) 651-3000
Facsimile:  (302) 651-3001

Attorneys for the Debtors