**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | **Chapter 11 Case No.** |
| : | |
| **WINN-DIXIE STORES, INC., et al.,** : | **Case No. 05-11063** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------x

## ORDER GRANTING DEBTORS AUTHORITY TO
## PAY PREPETITION AUTOMOBILE LIABILITY CLAIMS

Upon the Motion dated March 23, 2005 (the "Motion") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order authorizing the Debtors to pay pre-petition automobile liability claims, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to those parties on the Master Service List; and no other or further notice being required; and the relief requested in the Motion being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

2

ORDERED that the Debtors are authorized, but not required, to pay prepetition automobile liability claims; and it is further

ORDERED that the Debtors are authorized, but not required, to pay other prepetition claims that are necessary to maintain the Debtors' self-insured automobile liability programs; and it is further

ORDERED that nothing in this Order shall affect the Debtors' right to contest the amount or validity of any prepetition automobile liability claim in whole or in part; and it is further

ORDERED that notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this Order shall create any rights in favor of, or enhance the status of any claim held by, any party asserting a prepetition automobile liability claim; and it is further

ORDERED that notwithstanding Federal Rule of Bankruptcy Procedure 6004(g), this Order shall be effective immediately upon its entry; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, and it is further

ORDERED that the requirement pursuant to Local Bankruptcy Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated: _____ ___, 2005
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

982682.01-New York Server 7A