ROETZEL & ANDRESS
1375 East Ninth Street,
One Cleveland Center, 9th Floor
Cleveland, Ohio 44115
(216) 696-0150
Diana M. Thimmig

Attorneys for Chester Dix

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO. 05-11063 |
| WINN-DIXIE STORES, INC., *et al.*, | CHAPTER 11 |
| Debtors. | |

### STATEMENT OF ATTORNEYS FOR CREDITORS PURSUANT TO RULE 2019

Roetzel & Andress (the "Firm"), as counsel for various entities in the above-captioned Chapter 11 cases, makes the following statement pursuant to the Federal Rules of Bankruptcy Procedure, Rule 2019.

1. The Firm represents the interests of the following entities:

   a. Chester Dix Jeffersontown Corporation;
   b. Chester Dix Alexandria Corporation;
   c. Chester Dix Fort Corporation;
   d. Chester Dix Pikeville Corporation;
   e. Chester Dix Florence Corporation;
   f. Chester Dix Newman Corporation;
   g. Chester Dix Hurst Corporation;
   h. Chester Dix Lake Corporation;
   i. Chester Dix Williston Corporation;
   j. Chester Dix Crawfordville Corporation;
   k. Chester Dix Crescent Corporation;
   l. Chester Dix Wauchula Corporation; and
   m. Chester Dix LaBelle Corporation

2. Each of these entities are landlords to the Debtors.

3. The Firm has been retained by the entities listed above to represent their respective interests in these cases.

4. Each of the entities are fully aware of the Firm's representation of them as parties in these cases. The entities have waived any potential conflict that may exist based upon such representations by the Firm.

5. The Firm does not own and has never owned any claim against the Debtors in these cases, nor any equity securities of the Debtors.

Dated: March 24, 2005

        Respectfully submitted,

        /s/ Diana M. Thimmig
        Diana M. Thimmig (0016011)
        E. Mark Young (0074275)
        ROETZEL & ANDRESS, LPA
        1375 East Ninth Street
        One Cleveland Center, Ninth Floor
        Cleveland, OH 44114
        Telephone: 216.623.0150
        Facsimile: 216.623.0134
        E-Mail: *dthimmig@ralaw.com*
            *myoung@ralaw.com*

        Attorneys for Chester Dix Jeffersontown Corporation;
        Chester Dix Alexandria Corporation;
        Chester Dix Fort Corporation;
        Chester Dix Pikeville Corporation;
        Chester Dix Florence Corporation;
        Chester Dix Newman Corporation;
        Chester Dix Hurst Corporation;
        Chester Dix Lake Corporation;
        Chester Dix Williston Corporation;
        Chester Dix Crawfordville Corporation;
        Chester Dix Crescent Corporation;
        Chester Dix Wauchula Corporation; and
        Chester Dix LaBelle Corporation

    I, Diana M. Thimmig, certify under penalty of perjury that the foregoing statement is true and correct.

Executed on the 24th day of March, 2005

        /s/ Diana M. Thimmig
        Diana M. Thimmig

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was served to all parties listed to receive electronic filings and sent via U.S. Regular Mail this 24th day of March, 2005 to:

Rachel S. Budke, Esq.
Law Dept. of Florida Power & Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Paul H. Deutch, Esq.
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Larry Henin, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

Andrew C. Kassner, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

David M. Landis, Esq.
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

Sharon Levine, Esq.
Lowensteien Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

Robert Dehney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Reginald A. Greene, Esq.
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Brian D. Huben, Esq.
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Alan W. Kornberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, New York 10019

Chris Lenhart, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Joseph Lubertazzi, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Stephen William Milo, Esq.
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Geraldine E. Ponto, Esq.
Gibbons, Del Deo, Dolan
One Riverfront Plaza
Newark, NJ 07102

Paul Rubin, Esq.
Herrick, Feinstein, LLP
Two Park Avenue
New York, New York 10016

Debra Sudock, Esq.
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, New York 10178

Richard Whitney Ward, Esq.
2527 Fairmount Street
Dallas, TX 75024

Barbara R. Parlin, Esq.
Holland & Knight, LLP
195 Broadway
New York, New York 10007-3189

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Andrew Howard Sherman, Esq.
Sills Cummis Radin Tischman Epstein & Gross
712 5th Avenue, 20th Floor
New York, New York 10019

Paul Traub, Esq.
Traub Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017

United States Trustee
33 Whitehall Street - 21st Floor
New York, NY 10004

/s/ Diana M. Thimmig
Diana M. Thimmig, Esq.

205636.1.111909.0004

5