UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:

WINN-DIXIE STORES, INC., <u>et al.,</u>

        Debtors.

-------------------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE</u>**

Case No. 05-11063 (RDD)

STATE OF NEW YORK    )
                      : ss.:
COUNTY OF NEW YORK  )

       DELISHA T. BAILEY, being duly sworn, deposes and says:

       1.     I am over 18 years of age, not a party to this proceeding and am employed by the law firm of Patterson, Belknap, Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

       2.     On March 24, 2005 I served the **Motion For Admission Pro Hac Vice Stewart H. Cupps, Esq.** and the **Proposed Order Granting Admission Pro Hac Vice** upon the following by depositing true copies of said documents in a postpaid wrapper in a mail depository maintained by the U.S. Postal Service located at 1133 Avenue of the Americas, New York, New York 10036, directed to them at the addresses below:

                     **SEE ATTACHED SERVICE LIST**

                                    DELISHA T. BAILEY
                                    Lic. No. 1072081

Sworn to before me this 24th
day of March, 2005

Notary Public

ELIZABETH WILLIS
NOTARY PUBLIC, State of New York
No. 31-01WI6014358
Qualified in New York County
Commission Expires Oct. 13, 2008

766436v2

## SERVICE LIST

Stewart H. Cupps, Esq.
Kegler Brown Hill & Ritter
Legal Professional Association
Capitol Square, Suite 1800
65 East State Street
Columbus, OH 43215-4294

Richard Morrissey, Esq.
United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10005

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Andrew Tenzer, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10033

Jonathan N. Helfat, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

.

766436_2.DOC

766436v2