UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-11063 (RDD)<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about March 23, 2005, I caused copies of:

- **the Final Order Granting The Debtors Authority To Pay Prepetition Claims Arising Under The Perishable Agricultural Commodities Act [D.I. 485]**

    to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: March 24, 2005

_____
Kathleen M. Logan

Code: PO

# EXHIBIT A
# SERVICE LIST

# Final Order Granting The Debtors Authority to Pay Prepetition Claims Arising Under The Perishable Agricultural Commdodities Act

**DEBTOR:** WINN-DIXIE STORES, INC.  **CASE:** 05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 278842-30<br>5 BROTHERS PRODUCE INC<br>PO BOX 349168<br>HOMESTEAD, FL 33034-9168 | CREDITOR ID: 278843-30<br>A DUDA & SONS INC<br>FENDI VENDOR<br>PO BOX 116207<br>ATLANTA, GA 30368-2207 | CREDITOR ID: 278844-30<br>A MARTINEZ PRODUCE<br>ATTN: MANUEL B.MARTINEZ<br>8181 NW SOUTH RIVER DR , LOT-D443<br>MEDLEY, FL 33166 |
| CREDITOR ID: 381877-30<br>A1A FOODS INC<br>ATTN: JOSH RENFROE<br>3255 PARKER DR<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 381912-30<br>ADELMAN, DAVID<br>1320 TOWER ROAD, STE 114<br>SCHAUMBURG IL 60173 | CREDITOR ID: 381878-30<br>AG PRO TROPICALS INC<br>6405 NW 36TH ST, STE 202<br>VIRGINIA GARDENS FL 33166 |
| CREDITOR ID: 278845-30<br>ALDERSHOT OF N MEX INC<br>4884 S MAIN STREET<br>MESILLA PARK, NM 88047-9720 | CREDITOR ID: 278846-30<br>AMERICAN FRUIT & PRODUCE<br>12805 NW 42ND AVENUE<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 381879-30<br>AVOMAX<br>C/O MARTYN & ASSOCIATES<br>ATTN: MARK AMENDOLA<br>820 SUPERIOR AVE, NW, 10TH FL<br>CLEVELAND OH 44113 |
| CREDITOR ID: 278847-30<br>AYCO FARMS INC<br>C/O LSQ FUNDING GROUP L C<br>PO BOX 404322<br>ATLANTA, GA 30384-4322 | CREDITOR ID: 278848-30<br>BAILEY FARMS<br>3553 TAR RIVER RD<br>OXFORD, NC 27565 | CREDITOR ID: 278849-30<br>BAKER FARMS<br>3667 ELLENTON - NORMAN PARK ROAD<br>NORMAN PARK, GA 31771 |
| CREDITOR ID: 381880-30<br>BAY CITY PRODUCE<br>C/O BIANCHI MACRON LLP<br>ATTN: GERALD DICONZA<br>390 OLD COUNTRY ROAD<br>GARDEN CITY NY 11530 | CREDITOR ID: 278850-30<br>BAY CITY PRODUCE INC<br>PO BOX 8990<br>TAMPA, FL 33674 | CREDITOR ID: 278851-30<br>BBI PRODUCE INC<br>PO BOX 1200<br>DOVER, FL 33527 |
| CREDITOR ID: 278852-30<br>BIRDSEYE<br>C/O BANK OF AMERICA<br>PO BOX 98222<br>CHICAGO IL 60693 | CREDITOR ID: 278853-30<br>BOUQUET COLLECTION<br>7980 NORTHWEST 33RD STREET<br>MIAMI, FL 33122 | CREDITOR ID: 278854-30<br>BOYDS PRODUCE<br>495 N WHITE CEDAR RD<br>SANFORD, FL 32771 |
| CREDITOR ID: 278855-30<br>BROOKS TROPICAL<br>PO BOX 900160<br>HOMESTEAD, FL 33090 | CREDITOR ID: 381881-30<br>BROOK'S TROPICALS INC<br>C/O SHUTTS & BOWEN LLP<br>ATTN: TIMOTHY J MURPHY<br>1500 MIAMI CENTER<br>201 S BISCAYNE BLVD<br>MIAMI FL 33131 | CREDITOR ID: 278856-30<br>BROWNS PRODUCE<br>ATTN PETER BROWN<br>1310 27TH ST<br>MERIDIAN, MS 39464 |
| CREDITOR ID: 278857-30<br>BURCH EQUIPMENT LLC<br>PO BOX 399<br>685 BURCH ROAD<br>FAISON, NC 28341-0399 | CREDITOR ID: 278858-30<br>CARIBBEAN GOLD INC<br>7241 SW 168 STREET<br>MIAMI, FL 33157 | CREDITOR ID: 279092-30<br>CAVENDISH FARMS<br>C/O KEATON & ASSOCIATES PC<br>ATTN: MARY E. GARDNER, ESQ.<br>1278 W NORTHWEST HWY, SUITE 903<br>PATATIEN IL 60067 |
| CREDITOR ID: 381882-30<br>CH ROBINSON COMPANY<br>C/O MARTYN & ASSOCIATES<br>ATTN: MARK AMENDOLA<br>820 SUPERIOR AVE, NW, 10TH FL<br>CLEVELAND OH 44113 | CREDITOR ID: 278859-30<br>CH ROBINSON WORLDWIDE INC<br>PO BOX 9121<br>MINNEAPOLIS, MN 55480 | CREDITOR ID: 278861-30<br>CHIQUITA BANANA<br>BANANA SUPPLY DIVISION<br>P O BOX 530414<br>ATLANTA, GA 30353-0414 |

Case 3:05-bk-03817-JAF    Doc 517    Filed 03/24/05    Page 4 of 19

SERVICE LIST
Page 2 of 7

Final Order Granting The Debtors Authority to Pay
Prepetition Claims Arising Under The Perishable
Agricultural Commdodities Act

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                                                  **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 278862-30<br>CHIQUITA FRUPAC INC<br>PO BOX 8538-594<br>PHILADELPHIA, PA 19171 | CREDITOR ID: 381883-30<br>CHUBS PEANUTS<br>ATTN: KEVIN G SMITH<br>8101 PRESIDENTS DRIVE<br>ORLANDO FL 32809 | CREDITOR ID: 278863-30<br>CHURCH BROTHERS PRODUCE<br>PO BOX 509<br>SALINAS, CA 93902-0509 |
| CREDITOR ID: 278864-30<br>CLAYTON RAWL FARMS INC<br>747 CALKSFERRY ROAD<br>LEXINGTON, SC 29072 | CREDITOR ID: 278865-30<br>COAST TROPICAL<br>PO BOX 530369<br>SAN DIEGO, CA 92153 | CREDITOR ID: 278866-30<br>COLLINS BROTHERS PRODUCE<br>PO BOX 1025<br>FOREST PARK, GA 30298-1025 |
| CREDITOR ID: 278867-30<br>COPES<br>PO BOX 7324<br>LANCASTER PA 17604 | CREDITOR ID: 381884-30<br>CREWS & GARCIA INC<br>C/O BIANCHI MACRON LLP<br>ATTN: GERALD DICONZA<br>390 OLD COUNTRY ROAD<br>GARDEN CITY NY 11530 | CREDITOR ID: 278868-30<br>DAILY JUICE PRODUCTS<br>1 DAILY WAY<br>VERONA, PA 15147 |
| CREDITOR ID: 278869-30<br>DAVID OPPENHEIMER & COMPANY<br>PO BOX 3409<br>BUFFALO, NY 14240-3409 | CREDITOR ID: 278870-30<br>DEL MONTE FRESH PRODUCE<br>PO BOX 532011<br>ATLANTA, GA 30353-2011 | CREDITOR ID: 381885-30<br>DEL MONTE FRESH PRODUCE NA<br>C/O MARTYN & ASSOCIATES<br>ATTN: MARK AMENDOLA<br>820 SUPERIOR AVE, NW, 10TH FL<br>CLEVELAND OH 44113 |
| CREDITOR ID: 278871-30<br>DIXIE PRODUCE<br>PO BOX 429<br>CHATTANOOGA, TN 37401 | CREDITOR ID: 278872-30<br>DIXIE PRODUCE & PACKAGING<br>PO BOX 54073<br>NEW ORLEANS, LA 70154-4073 | CREDITOR ID: 278873-30<br>DIXIE PRODUCE & PACKAGING<br>PO BOX 23647<br>NEW ORLEANS, LA 70183 |
| CREDITOR ID: 278874-30<br>DLJ PRODUCE INC<br>P O BOX 2398<br>WEST COVINA, CA 91793 | CREDITOR ID: 278875-30<br>DOLE FRESH FRUIT COMPANY<br>PO BOX 65797<br>CHARLOTTE, NC 28265-0797 | CREDITOR ID: 278876-30<br>DOLE FRESH VEGETABLES<br>91958 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 278877-30<br>DYSON FLORAL DISTRIBUTOR<br>PO BOX 83017<br>BATON ROUGE, LA 70809 | CREDITOR ID: 278878-30<br>ELITE EXPORTS INC S A<br>1665 NW 102 AVENUE<br>SUITE 101<br>MIAMI, FL 33172 | CREDITOR ID: 278879-30<br>FALCON FARMS<br>PO BOX 52-6545<br>MIAMI, FL 33152-6545 |
| CREDITOR ID: 278880-30<br>FLAVOR PIC TOMATO CO INC<br>BUILDING 1<br>420 FINLEY AVE W<br>BIRMINGHAM, AL 35204 | CREDITOR ID: 381886-30<br>FLAVOR-PAC TOMATO CO INC<br>C/O KEATON & ASSOCIATES<br>ATTN: MARY E GARDNER<br>1278 W NORTHWEST HWY, STE 903<br>PALATINE IL 60067 | CREDITOR ID: 279093-30<br>FLAVOR-PIC TOMATO CO., INC.<br>C/O PODVEY, MEANOR, CATENACCI ET AL<br>ATTN:  ROBERT K. SCHEINBAUM ESQ<br>1 RIVERFRONT PLAZA STE 800<br>NEWARK NJ 07102 |
| CREDITOR ID: 278881-30<br>FLORAL SENSE INC<br>16794 N KENDALL DR STE#155<br>MIAMI, FL 33196 | CREDITOR ID: 278882-30<br>FLORIDA FRESH INTERNATIONAL INC<br>PO BOX 901348<br>HOMESTEAD, FL 33090 | CREDITOR ID: 278883-30<br>FRANCIS PRODUCE CO<br>ATTN: STEVE FRANCIS<br>3048 WHITE HORSE RD<br>GREENVILLE, SC 29611-6056 |

Case 3:05-bk-03817-JAF   Doc 517   Filed 03/24/05   Page 5 of 19

SERVICE LIST
Page 3 of 7

Final Order Granting The Debtors Authority to Pay
Prepetition Claims Arising Under The Perishable
Agricultural Commdodities Act

**DEBTOR:** WINN-DIXIE STORES, INC.   **CASE:** 05-11063 (RDD)

| | | |
|---|---|---|
| CREDITOR ID: 278884-30<br>FRESH EXPRESS INC ATLANTA<br>LOCKBOX 932479<br>ATLANTA, GA 31193-2479 | CREDITOR ID: 381887-30<br>FRESH EXPRESSED INCORPORATED<br>ATTN: DEESA BALASINGAM<br>PO BOX 80599<br>SALINAS CA 93912-0599 | CREDITOR ID: 381888-30<br>FRESH FROZEN FOODS<br>ATTN: LARRY M HICKS, CFO<br>PO BOX 215<br>JEFFERSON GA 30549 |
| CREDITOR ID: 278885-30<br>FRESH GOURMET<br>DRAWER CS 198372<br>ATLANTA, GA 30384-8372 | CREDITOR ID: 278886-30<br>FRESH START PRODUCE SALES INC<br>5353 WEST ATLANTIC AVE<br>EXECUTIVE SQ STE 403-404<br>DELRAY BEACH, FL 33484-8166 | CREDITOR ID: 278887-30<br>FRESHOUSE II LLC<br>PO BOX 883<br>RIVERHEAD, NY 11901 |
| CREDITOR ID: 278888-30<br>FRIEDAS INC<br>4465 CORPORATE CENTER DRIVE<br>LOS ALAMITOS, CA 90720-2561 | CREDITOR ID: 381889-30<br>FRONT-END SERVICES CORPORATION<br>C/O HAYNES & BOONE LLP<br>ATTN: JUDITH ELKIN<br>901 MAIN ST, STE 3100<br>DALLAS TX 75202-3789 | CREDITOR ID: 278889-30<br>FROZSUN FOODS INC<br>PO BOX 51327<br>LOS ANGELES CA 90051-5627 |
| CREDITOR ID: 278997-30<br>FUTURE FOOD, LTD.<br>ATTN: DAVID WATTS<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON TX 75006 | CREDITOR ID: 279091-30<br>FUTURE FOODS, LTD<br>ATTN: MICHAEL K AUSTIN<br>1420 VALWOOD PKWY STE 164<br>CARROLLTON TX 75006 | CREDITOR ID: 381890-30<br>GENERAL MILLS<br>ATTN: MARK PENDER<br>NUMBER ONE GENERAL MILLS BLVD<br>MINNEAPOLIS MN 55426 |
| CREDITOR ID: 278890-30<br>GENERAL MILLS<br>PO BOX 101412<br>ATLANTA GA 30392-0001 | CREDITOR ID: 278891-30<br>GREENLEAF WHOLESALE FLORIST<br>2801 TCHOUPITOULAS ST<br>NEW ORLEANS, LA 70115 | CREDITOR ID: 278892-30<br>GREENS R US<br>16150 CREWS ROAD<br>GLEN ST MARY, FL 32040 |
| CREDITOR ID: 278893-30<br>GULF COAST PRODUCE INC<br>PO BOX 1020<br>DOVER, FL 33527 | CREDITOR ID: 278894-30<br>HALLS WHOLESALE FLORIST<br>PO BOX 897<br>THEODORE, AL 36590 | CREDITOR ID: 278895-30<br>HAMPTON FARMS<br>PO BOX 149<br>SEVERN, NC 27877 |
| CREDITOR ID: 381891-30<br>HEINZ NORTH AMERICA<br>ATTN: ALEX KALEIDA<br>HEINZ 57 CENTER<br>357 6TH AVENUE<br>PITTSBURGH PA 15222-2530 | CREDITOR ID: 278896-30<br>HELLER BROS<br>PO BOX 770249<br>WINTER GARDEN, FL 34777-0249 | CREDITOR ID: 278897-30<br>HICO HELIUM AND BALLOONS<br>PO BOX 1665<br>POWDER SPRINGS, GA 30127 |
| CREDITOR ID: 278898-30<br>HINTON FARMS<br>1839 DOVER ROAD N<br>DOVER, FL 33527 | CREDITOR ID: 278899-30<br>HOLLAR & GREENE PRODUCE CO INC<br>PO BOX 3500<br>BOONE, NC 28607-3500 | CREDITOR ID: 278900-30<br>I KUNIK COMPANY<br>2000 INDUSTRIAL DRIVE<br>MCALLEN, TX 78504 |
| CREDITOR ID: 278901-30<br>IBERTRADE<br>747 THIRD AVENUE<br>36TH FLOOR<br>NEW YORK, NY 10017 | CREDITOR ID: 278902-30<br>INDIAN HILLS PRODUCE INC<br>PO BOX 120099<br>CLERMONT, FL 34712-0099 | CREDITOR ID: 278903-30<br>INFINITE HERBS LLC<br>ATTN: GREGO BERLIAVSKY<br>1180 E HALLANDALE BEACH BLVD, STE C<br>HALLANDALE, FL 33009 |

Case 3:05-bk-03817-JAF   Doc 517   Filed 03/24/05   Page 6 of 19

SERVICE LIST
Page 4 of 7

**Final Order Granting The Debtors Authority to Pay
Prepetition Claims Arising Under The Perishable
Agricultural Commdodities Act**

**DEBTOR:**   WINN-DIXIE STORES, INC.                                                                                     **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 278904-30<br>J&D PRODUCE<br>PO BOX 200677<br>HOUSTON, TX 77216-0677 | CREDITOR ID: 381892-30<br>J.J. KELLER & ASSOCIATES INC<br>ATTN: SCOTT C BURNEISTER<br>3003 W BREEZEWOOD LANE<br>NEENAH WI 54957-0368 | CREDITOR ID: 278905-30<br>JAC VANDENBERG INC<br>S WESTCHESTER EXECUTIVE PARK<br>100 CORPORATE BLVD<br>YONKERS, NY 10701 |
| CREDITOR ID: 381893-30<br>JOHN F COPE CO<br>C/O LEISAWITZ HELLER ET AL<br>ATTN: EDEN R BUCHER<br>2201 RIDGEWOOD RD, STE 400<br>WYOMISSING PA 10601-1193 | CREDITOR ID: 278906-30<br>JOHNNYS QUALITY FOOD INC<br>7837 E SAINT BERNARD HWY<br>SAINT BERNARD, LA 70085-9201 | CREDITOR ID: 278907-30<br>JOSEPH P SULLIVAN & CO<br>PO BOX 449<br>AYER, MA 01432-0449 |
| CREDITOR ID: 381894-30<br>K&C PRODUCE CO INC<br>C/O BIANCHI MACRON LLP<br>ATTN: GERALD DICONZA<br>390 OLD COUNTRY ROAD<br>GARDEN CITY NY 11530 | CREDITOR ID: 278908-30<br>KNC PRODUCE<br>15050 SILVER SMITH CIRCLE<br>BROOKSVILLE, FL 34609 | CREDITOR ID: 278909-30<br>L & M COMPANIES INC<br>PO BOX 890474<br>CHARLOTTE, NC 28289-0474 |
| CREDITOR ID: 381895-30<br>L&R FARMS INC<br>C/O SMITH GILLIAM ET AL<br>ATTN: BRAD J PATTEN<br>PO BOX 1098<br>GAINESVILLE GA 30503 | CREDITOR ID: 381896-30<br>LAKE PLACID GROVES LLC<br>C/O JENNIS & BOWEN<br>ATTN: DAVID S JENNIS<br>400 N ASHLEY DR, STE 2540<br>TAMPA FL 33602 | CREDITOR ID: 278910-30<br>LAKE PLACID GROVES LLC<br>PO BOX 1005<br>LAKE PLACID, FL 33862-1005 |
| CREDITOR ID: 278911-30<br>LAKESHORE INC USA<br>PO BOX 612<br>LEWISTON, NY 14092-0612 | CREDITOR ID: 381897-30<br>LAMB-WESTON<br>C/O MARTYN & ASSOCIATES<br>ATTN: MARK AMENDOLA<br>820 SUPERIOR AVE, NW, 10TH FL<br>CLEVELAND OH 44113 | CREDITOR ID: 278912-30<br>LEASA INDUSTRIES CO INC<br>2450 NW 76 ST<br>MIAMI, FL 33147 |
| CREDITOR ID: 278913-30<br>LOOPS NURSERY & GREENHOUSE<br>2568 OLD MIDDLEBURG RD<br>JACKSONVILLE, FL 32210 | CREDITOR ID: 278914-30<br>M H ZEIGLER & SONS LLC<br>135 S LASALLE STREET<br>DEPT 1556<br>CHICAGO, IL 60674-1556 | CREDITOR ID: 278915-30<br>M RICHARD & SON<br>PO BOX 66<br>SUNSET, LA 70584-0066 |
| CREDITOR ID: 278916-30<br>MAKOTO<br>644 ATLANTIS ROAD<br>MELBOURNE, FL 32904 | CREDITOR ID: 278917-30<br>MANNY LAWRENCE SALES INC<br>820 PARK ROW  PMB# 693<br>SALINAS, CA 93901-2406 | CREDITOR ID: 278996-30<br>MAR-BRAN<br>C/O MARTYN AND ASSOCIATES<br>ATTN: MARK A. AMENDOLA<br>820 SUPERIOR AVE, NW, 10TH FL<br>CLEVELAND OH 44113 |
| CREDITOR ID: 278918-30<br>MARBRAN USA ;C<br>PO BOX 200400<br>HOUSTON TX 77216-0400 | CREDITOR ID: 278919-30<br>MARIANI PACKING CO INC<br>DEPT 33077, PO BOX 39000<br>SAN FRANCISCO, CA 94139-3077 | CREDITOR ID: 381899-30<br>MARION SPECIALTY FOODS INC<br>C/O STICHTER RIEDEL ET AL<br>ATTN: DON M STICHTER<br>110 E MADISON ST, STE 200<br>TAMPA FL 33602 |
| CREDITOR ID: 278920-30<br>MARJON SPECIALTY FOODS<br>ATTN: CURTIS DAY, GEN. MGR.<br>3508 SYDNEY RD<br>PLANT CITY, FL 33566 | CREDITOR ID: 278921-30<br>MARKER 29 PRODUCE<br>PO BOX 301<br>ONANCOCK, VA 23417 | CREDITOR ID: 381900-30<br>MASTRONARDI PRODUCE LTD<br>C/O CRAIG STOKES<br>ROJAS SANTOS STOKES & GARCIA LLP<br>220 ALHAMBRA CIRCLE, STE 350<br>CORAL GABLES FL 33134 |

Case 3:05-bk-03817-JAF   Doc 517   Filed 03/24/05   Page 7 of 19

SERVICE LIST
Page 5 of 7

**Final Order Granting The Debtors Authority to Pay
Prepetition Claims Arising Under The Perishable
Agricultural Commdodities Act**

**DEBTOR:**   WINN-DIXIE STORES, INC.                                                    **CASE:**   05-11063 (RDD)

CREDITOR ID: 381900-30
MASTRONARDI PRODUCE LTD
2100 ROAD 4 EAST
KINGSVILLE ON N9Y 2E5
CANADA

CREDITOR ID: 278922-30
MATRANA'S PRODUCE INC
ATTN: CAMILE MATRANA JR VP
201 LOUISIANA ST
WESTWEGO, LA 70094

CREDITOR ID: 278923-30
MATTERN WHOLESALE FLORISTS
1215 ATLANTA AVE
ORLANDO, FL 32806

CREDITOR ID: 278983-30
MCCARRON & DIESS
ATTN: LOUIS W. DIESS
SUITE 310
4900 MASSACHUSETTS AVENUE, N.W.
WASHINGTON DC 20016

CREDITOR ID: 381931-30
MEUERS LAW FIRM
ATTN: LARRY MEUERS
5395 PARK CENTRAL COURT
NAPLES FL 34109

CREDITOR ID: 381902-30
MEYER'S BAKERIES INC
C/O WRIGHT LINDSEY & JENNINGS LLP
ATTN: JAMES J GLOVER
200 WEST CAPITOL AVE, STE 2300
LITTLE ROCK AR 72201

CREDITOR ID: 381903-30
MICHAEL FOODS INC
C/O LEONARD STREET AND DEINARD
ATTN: LARRY B RICKE
150 SOUTH FIFTH ST, STE 2300
MINNEAPOLIS MN 55402

CREDITOR ID: 278924-30
MINERAL KING
246 E CALDWELL AVE
VISALIA, CA 93277

CREDITOR ID: 278926-30
MONTEREY MUSHROOMS INC
PO BOX 415000
NASHVILLE TN 37241

CREDITOR ID: 278927-30
MONTEREY MUSHROOMS INC
PO BOX 550871
TAMPA, FL 33655-0871

CREDITOR ID: 278925-30
MONTEREY MUSHROOMS INC
PO BOX 200169
DALLAS TX 75320-0169

CREDITOR ID: 278928-30
MOVSOVITZ & SONS OF FLA
PO BOX 41565
JACKSONVILLE, FL 32203

CREDITOR ID: 278929-30
N & W FARMS INC
GROWER & SHIPPER OF SWEET POTATOES
222 HWY 341 S
VARDAMAN, MS 38878

CREDITOR ID: 278930-30
NATIONAL PLANT SHIPPERS
PO BOX 25275
TAMPA, FL 33622

CREDITOR ID: 278931-30
NATURALLY FRESH
LOCKBOX 945913
ATLANTA, GA 30394-5913

CREDITOR ID: 278932-30
NATURES FLOWERS
PO BOX  522498
MIAMI, FL 33152-2498

CREDITOR ID: 278933-30
OAKSHIRE MUSHROOM SALES LLC
PO BOX 388
KENNETT SQUARE, PA 19348

CREDITOR ID: 381904-30
OSO SWEET ONIONS
ATTN: PATTY HINSON
1100 OTHER AVE, STE A
WATERFORD MI 48328

CREDITOR ID: 381905-30
PAC FRUIT COMPANY LLC
ATTN: CHRIS BIDDICK
PO BOX 1323
YAKIMA WA 98907

CREDITOR ID: 278934-30
PAC MARKETING INTERNATIONAL LLC
PO BOX 1323
YAKIMA, WA 98902

CREDITOR ID: 278935-30
PARAGON FINANCIAL GROUP INC
PO BOX 6247
FT LAUDERDALE, FL 33310

CREDITOR ID: 278936-30
PARAMOUNT FARMS
PO BOX 200937
DALLAS, TX 75320-0937

CREDITOR ID: 278937-30
PERO PACKING & SALES
14095 STATE ROAD 7
DELRAY BEACH, FL 33446

CREDITOR ID: 381906-30
PHOENIX BRANDS INC
C/O ROBINSON & COLE LLP
ATTN: MICHAEL R ENRIGHT
280 TRUMBULL ST
HARTFORD CT 06103-3597

CREDITOR ID: 278938-30
PICTSWEET FROZEN FOODS
PO BOX 198233
ATLANTA, GA 30384-8233

CREDITOR ID: 278939-30
PIONEER GROWERS COOPERATIVE
PO BOX 490
BELLE GLADE, FL 33430

CREDITOR ID: 278940-30
POWERHOUSE PRODUCE LLC
ATTN JAMES BANKS, ACCOUNT MANAGER
PO BOX 368
RIVERHEAD NY 11901

Case 3:05-bk-03817-JAF   Doc 517   Filed 03/24/05   Page 8 of 19

SERVICE LIST
Page 6 of 7

Final Order Granting The Debtors Authority to Pay
Prepetition Claims Arising Under The Perishable
Agricultural Commdodities Act

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                                                                     **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 278941-30<br>RAY GILLILAND MELONS<br>206 DEERWOOD DRIVE<br>PRATTVILLE, AL 36067 | CREDITOR ID: 278942-30<br>RICHTER & COMPANY INC<br>1712 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | CREDITOR ID: 381907-30<br>RIVER CITY TRADERS INC<br>ATTN: SCOTT OLSON<br>RIDGEWOOD INDUSTRIAL DR<br>10665-B STE<br>OLIVE BRANCH MS 38654 |
| CREDITOR ID: 381908-30<br>RIVERDALE FARM<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: BRETT MOORE<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN NJ 07962-1997 | CREDITOR ID: 278944-30<br>ROSEMONT FARMS<br>2700 NORTH MILITARY TRAIL<br>SUITE 410<br>BOCA RATON, FL 33431 | CREDITOR ID: 278945-30<br>RUIZ SALES<br>ATTN: AUDREY ENCISO<br>PO BOX 3421<br>EDINBURG, TX 78540 |
| CREDITOR ID: 381933-30<br>RYNN & JANOWSKI<br>ATTN: PRISCILLA GRANNIS<br>4100 NEWPORT PLACE DR, STE 700<br>NEWPORT BEACH CA 92660 | CREDITOR ID: 381932-30<br>RYNN & JANOWSKI<br>ATTN: PATRICIA RYNN<br>4100 NEWPORT PLACE DR, STE 700<br>NEWPORT BEACH CA 92660 | CREDITOR ID: 278946-30<br>SANTA SWEETS<br>PO BOX 1166<br>BONITA SPRINGS, FL 34133-1166 |
| CREDITOR ID: 278947-30<br>SAVEN CORP<br>PO BOX 1763<br>CHARLESTON, WV 25326 | CREDITOR ID: 278948-30<br>SEALD SWEET LLC<br>PO BOX 116689<br>ATLANTA, GA 30368-6689 | CREDITOR ID: 278949-30<br>SOL GROUP MARKETING<br>1751 SOUTH WEST 8TH STREET<br>SUITE 208<br>POMPANO BEACH, FL 33069 |
| CREDITOR ID: 381909-30<br>SOL GROUP MARKETING<br>C/O SILVER GARVETT & HENKEL PA<br>ATTN: TIM D HENKEL<br>1110 BRICKELL AVE<br>PENTHOUSE ONE<br>MIAMI FL 33131 | CREDITOR ID: 278950-30<br>SOUTHERN SPECIALITIES<br>PO BOX 651548<br>CHARLOTTE, NC 28265-1548 | CREDITOR ID: 381910-30<br>SOUTHERN SPECIALTIES INC<br>ATTN: DEBRA GILLIS<br>1400 SW 6TH COURT, STE B<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 278951-30<br>SPICE WORLD INC<br>8101 PRESIDENTS DR<br>ORLANDO, FL 32809-7624 | CREDITOR ID: 278952-30<br>STOVEL-SIEMON LIMITED<br>R R #5<br>MITCHELL, ON N0K 1N0<br>CANADA | CREDITOR ID: 278953-30<br>STUART FINANCIAL CORP<br>630 WOODLAND AVENUE<br>CHELTENHAM, PA 19012 |
| CREDITOR ID: 278954-30<br>SUGAR FOODS CORPORATION<br>PO BOX CS198372<br>ATLANTA, GA 30384-0001 | CREDITOR ID: 278955-30<br>SUN CITY PRODUCE CO<br>75 NW 13TH AVENUE<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 262209-12<br>SUNFRESH OF FLORIDA<br>ATTN WILLIAM R COTTON, GEN MGR<br>1755 LAKESIDE AVENUE<br>ST AUGUSTINE, FL 32086 |
| CREDITOR ID: 381911-30<br>SUNKIST<br>C/O WHITEMAN BANKES & CHEBOT<br>ATTN: JEFFREY CHEBOT<br>325 CHESNUT ST, STE 1300<br>CONSTITUTION PLACE<br>PHILADELPHIA PA 19106 | CREDITOR ID: 278956-30<br>SUNKIST GROWERS INC<br>PO BOX 406546<br>ATLANTA, GA 30384-6546 | CREDITOR ID: 278957-30<br>SUNSHINE BOUQUET<br>PO BOX 34625<br>NEWARK, NJ 07189-4625 |
| CREDITOR ID: 278958-30<br>SUTTON FERNERIES<br>PO BOX 226800<br>MIAMI, FL 33122-6800 | CREDITOR ID: 278959-30<br>T MARZETTI CO<br>DEPT L-818<br>COLUMBUS, OH 43260-0001 | CREDITOR ID: 278962-30<br>UNIFRUTTI OF AMERICA<br>3460 N DELAWARE AVENUE<br>SUITE 302<br>PHILADELPHIA, PA 19134 |

**SERVICE LIST**
**Final Order Granting The Debtors Authority to Pay**
**Prepetition Claims Arising Under The Perishable**
**Agricultural Commdodities Act**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 278963-30<br>VALLEY SHORE FARMS<br>PO BOX 862<br>MOULTRIE, GA 31776 | CREDITOR ID: 278964-30<br>VAN HOEKELEN INC<br>PO BOX 88, RT 309<br>GREENHOUSES INC<br>MCADOO, PA 18237-0088 | CREDITOR ID: 278965-30<br>VAN WINGERDEN INTERNATIONAL<br>ATTN MJ LEMKES, PRES<br>1856 JEFFRESS ROAD<br>FLETCHER, NC 28732 |
| CREDITOR ID: 278966-30<br>VITASOY USA INC<br>PO BOX 3485<br>BOSTON, MA 02241-3485 | CREDITOR ID: 278968-30<br>W P PRODUCE CORP<br>1471 NW 21ST STREET<br>MIAMI, FL 33142 | CREDITOR ID: 278969-30<br>WAYMOUTH FARMS INC<br>PO BOX 581279<br>MINNEAPOLIS, MN 55458-1279 |
| CREDITOR ID: 278970-30<br>WEST PAK<br>42322 AVENIDA ALVARADO<br>TEMECULA, CA 92590 | CREDITOR ID: 278971-30<br>WILSON & SON SALES<br>2811 AIRPORT RD<br>PLANT CITY, FL 33563-1145 | CREDITOR ID: 278972-30<br>WISHNATZKI & NATHEL, INC<br>ATTN GARY WISHNATZKI, PRES<br>100 STEARNS AVENUE<br>PLANT CITY FL 33563 |
| CREDITOR ID: 278973-30<br>WISHNATZKI FARMS<br>PO BOX 1839<br>PLANT CITY, FL 33564 | CREDITOR ID: 278974-30<br>YAKIMA ROCHE FRUIT SALES LLC<br>PO BOX 1707<br>YAKIMA, WA 98907 | CREDITOR ID: 381916-30<br>YAKIMA-ROCHE FRUIT SALES LLC<br>C/O KEATON & ASSOCIATES<br>ATTN: MARY E GARDNER<br>1278 W NORTHWEST HWY, STE 903<br>PALATINE IL 60067 |
| CREDITOR ID: 278975-30<br>YARBROUGH PRODUCE CO<br>624 16TH AVE W<br>BIRMINGHAM, AL 35204-1421 | CREDITOR ID: 278976-30<br>YVES FINE FOODS<br>PO BOX 93557<br>CHICAGO, IL 60673-3557 | |

       Total:    176

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                          :
                                                               :    **Chapter 11**
                                                               :
**WINN-DIXIE STORES, INC., et al.,**                           :    **Case No. 05-11063**
                                                               :
           Debtors.                                            :    **(Jointly Administered)**
                                                               :
-------------------------------------------------------------x

### FINAL ORDER GRANTING THE DEBTORS AUTHORITY TO PAY PREPETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT

Upon the Motion[1] dated February 21, 2005 (the "Motion") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order for authority to pay undisputed prepetition claims arising under the Perishable Agricultural Commodities Act, of 1930, as amended, 7 U.S.C. §§ 499a *et seq.* and/or the Packers and Stockyards Act of 1921, as amended, 7 U.S.C. §§ 181 *et seq.* (together, "PACA") and to establish procedures for addressing disputed claims asserted under PACA as more fully set forth in the Motion and on the record of the March 18, 2005 hearing on the Motion; and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and

---

[1] Unless otherwise defined herein, capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee, (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors on a consolidated basis, and no other or further notice being required; and, as stated on the record at the Hearing, all objections to the Motion having been resolved by the amendments to the proposed form of relief, set forth herein; and the relief requested in the Motion as modified hereby being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein ("Final PACA Order"); and it is further

ORDERED that on or before 5:00 p.m. prevailing Eastern Time, Monday, March 21, 2005, the agent under the Debtors' DIP financing agreement shall establish a reserve (the "PACA Reserve") in the amount of $30 million (the "Reserve Level") against the Debtors' borrowing base to take into account the prepetition liabilities of any Debtor to any PACA Claimant (as defined below); provided, however, that nothing contained in this Final PACA Order shall limit or impair in any way the rights of the agent under the Debtors' DIP financing agreement to establish any reserve against the Debtors' borrowing base, including, without

limitation, a reserve in respect of any PACA Claim not addressed in this Final PACA Order, in accordance with the terms and conditions of such DIP financing agreement; and it is further

ORDERED that the PACA Reserve shall only be used to pay Allowed PACA Claims and may not be otherwise withdrawn until all valid prepetition PACA Claims have been paid in full; and it is further

ORDERED that the Reserve Level shall be reduced from time to time by the amount of payments made by the Debtors to holders of Allowed PACA Claims; and it is further

ORDERED that in the event that the amount of prepetition PACA Claims listed in the Report, as defined below, is greater than the balance of the Reserve Level on the date of the Report (the "PACA Reserve Shortfall"), the Debtors shall, within five business days, increase the Reserve Level as necessary to eliminate the PACA Reserve Shortfall; and it is further

ORDERED that in the event the amount of prepetition PACA Claims listed in the Report is less than the balance of the Reserve Level on the date of the Report (the "PACA Reserve Excess"), the Debtors may, without further notice or Court order, reduce the balance of the Reserve Level to eliminate any PACA Reserve Excess; and it is further

ORDERED that the procedures described below (the "PACA Procedures") are hereby approved and shall be implemented by the Debtors:

    a. <u>PACA Notices</u>.  Any seller seeking the protection of the PACA Trust (the "Claimant") must have preserved its PACA trust claim (the "PACA Claim") by (i) sending the Debtors a separate, valid notice within the appropriate time period or (ii) including the statutorily prescribed language on its invoices sent to the Debtors as provided in PACA (collectively "PACA Notice") on or before the statutory deadline.

b. <u>Notice of Final PACA Order</u>.  The Debtors shall send a copy of this Final Order by first-class mail to all persons or entities who have delivered a PACA Notice (or a document that purports to be a valid and timely PACA Notice) to the Debtors.

c. <u>Allowed PACA Claims</u>.  Debtors shall have all PACA Claims evaluated as soon as practicable, but in no event later than forty-five (45) days after entry of this Final PACA Order. If the Debtors determine that a PACA Claim asserted in a PACA Notice is valid and agree with the amount asserted (an "Allowed PACA Claim"), the Debtors shall pay such Allowed PACA Claim within ten (10) business days following the date such PACA Claim is so determined to be valid.  Any holder of an Allowed PACA Claim that accepts payment from the Debtors on account of its PACA Claim shall be deemed to have waived, released, and discharged any and all claims, of any type, kind, or priority on account of or in connection with its PACA Claim, including any and all claims against the (i) Debtors, (ii) any former, present, or future officer, director, shareholder, agent or employee of the Debtors, (iii) the Debtors' assets and properties, and (iv) any funds or amounts held in trust by the Debtors to the extent of such payment.  In the event of a dispute as to the validity of only a portion of a PACA Claimant's PACA Claim, the Debtors shall pay the valid, undisputed portion of such PACA Claim as an Allowed PACA Claim.

d. <u>PACA Claim Report</u>.  As soon as practicable, but in no event later than forty-five (45) days after entry of the Final PACA Order, the Debtors will file a

report ("Report") with the Court that lists the Allowed PACA Claims and whether they have been paid or are scheduled to be paid, as well as the PACA Claims the Debtors believe are invalid in whole or in part, setting forth in detail the legal and factual basis for the dispute.

1. The Report shall be sent by first-class mail to the following parties: (i) the Office of the United States Trustee for the Southern District of New York, (ii) counsel for the agent for the Debtors' secured lenders, and (iii) counsel for any statutory committee appointed in the Debtors' Chapter 11 cases.

2. In addition, a copy of the Report and a copy of the Final PACA Order shall be sent, by first-class mail, to all Claimants whose PACA Claims are listed in the Report not represented by counsel, and by electronic mail to all attorneys who have entered an appearance in this case on behalf of any Claimants.

e. Objections. The deadline for a Claimant to object to (i) the inclusion of its PACA Claim in the Report in whole or in part as an invalid claim, and (ii) to the exclusion or omission of its PACA Claim from the Report shall be 4:00 p.m. prevailing Eastern Time on the day that is twenty (20) calendar days from the day on which the Report is filed with the Court and served as set forth herein. Any objection to the Report must set forth in detail the legal and factual basis for the objection and must be filed with the Court and received by Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for the Debtors, Four Times Square, New York, New York, 10036, Attn: Sally McDonald Henry, Esq., on or before the objection deadline.

f. Effect of the Report.

1. With respect to each PACA Claim listed in the Report as invalid (in whole or in part) and as to which characterization no objection is timely filed and received, such PACA Claim shall be deemed an invalid PACA Claim (in whole or in part, as

5

    specified in the Report) without further order of the Court and, to the extent invalid, shall not be entitled to the priorities provided under PACA.

2. With respect to each PACA Claim listed in the Report as invalid (in whole or in part) and as to which characterization an objection is timely filed and received, and the parties resolve the objection, such PACA Claim shall be treated as an Allowed PACA Claim or a disallowed PACA Claim, in whole or in part, as agreed to by the parties, without further order of the Court, upon the filing by the Debtors of a notice setting forth the agreement of the parties.

3. As to any PACA Claim which the Debtors believe to be valid in part or invalid in part, the Debtors shall pay the valid portion of the PACA Claim within ten (10) business days following the filing of the Report, or the Debtors' determination of the validity of a portion of the PACA Claim, whichever comes first.

4. With respect to each PACA Claim listed in the Report as invalid (in whole or in part) and as to which an objection is timely received and the objection cannot be resolved by the parties, such PACA Claim shall not be deemed valid or invalid except upon order of the Court. If a resolution is not reached by at least fifty (50) days after the date on which the Report is filed (the "Resolution Period"), or such longer period as may be agreed to by the claimant, the Debtors shall file a motion for determination of the objecting party's PACA Claim within ten (10) days from the end of the Resolution Period and set such motion for hearing at the next regularly scheduled omnibus hearing occurring more than twenty (20) days after the filing of the motion for determination, unless another hearing date is agreed to by the parties or ordered by the Court (the "Determination Hearing"). The objecting party's PACA Claim, if any, shall be deemed an Allowed PACA Claim to the extent so determined by the Court in the Determination Hearing or as agreed to by the Debtors and the objecting party prior to such determination by the Court or following ten (10) days after expiration of the Resolution Period if the Debtors fail to file a motion for determination by the end of such period;

and it is further

    ORDERED that the PACA Procedures are the sole and exclusive method permitted with respect to the resolution and payment of PACA Claims asserted against the


Debtors. Except as otherwise provided herein, all vendors with PACA Claims are prohibited from seeking any other remedy than is permitted by the PACA Procedures above, including the institution or prosecution of any adversary proceeding, the filing of motions for turnover of property or other assets not property of the Debtors' estates, or the filing of any other motion or actions related to the PACA Claims against (i) the Debtors, (ii) any former, present or future officer, director, shareholder, agent or employee of the Debtors, (iii) the Debtors' assets and properties, and (iv) any third parties; and it is further

ORDERED that any action to enforce any alleged PACA Claim, except in accordance with the PACA Procedures, whether currently pending or initiated in the future, shall be and hereby is, stayed, and the claims asserted therein shall be subject to the PACA Procedures;[2] provided that if the Debtors fail to pay Allowed PACA Claims with respect to any PACA Claimant as required by the PACA Procedures, then that Claimant will not be bound by the stay provisions of either this or the preceding paragraph; and it is further

ORDERED that nothing in this Final PACA Order, nor any action taken by the Debtors in furtherance of the implementation of this Final PACA Order, shall be deemed an assumption or rejection of any executory contract or unexpired lease; and it is further

ORDERED that notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this Final PACA Order shall create any rights in favor of, or enhance the status of any claim held by, any Claimant or any third party; and it is further

ORDERED that notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this Final PACA Order shall prejudice, vitiate or impair the

---

[2] No further steps or actions of any nature whatsoever, other than either to remove or to add plaintiffs, shall be taken until May 9, 2005 in Adversary Proceeding No 05-1169.

rights or status of any vendors with Allowed PACA Claims (i) under state or federal law or (ii) with respect to any liens or claims of any pre- or post-petition lender to the Debtors; and it is further

ORDERED that nothing in this Final PACA Order shall be deemed a waiver of the prompt payment requirements contained in PACA or an extension of payment terms; and it is further

ORDERED that, notwithstanding Federal Rule of Bankruptcy Procedure 6004(g), this Final PACA Order shall be effective immediately upon its entry; and it is further

ORDERED that by the payment and acceptance under the PACA Procedures, the Debtors and the holder of a PACA Claim shall be deemed to agree that the Debtors do not in any way waive any claims they may have against any vendor relating to preferential or fraudulent transfers, or other potential avoidance actions, claims, counterclaims or offsets with respect to said vendors; nor does the holder of a PACA Claim waive or release its right to assert any defenses, claims, counterclaims, offset, non-PACA Claims, or PACA Claims not covered by the Debtors' payment under the PACA Procedures, which the holder of a PACA Claim may have against the Debtors; and it is further

ORDERED that the holder of an Allowed PACA Claim is deemed to warrant that it has not assigned any of its rights to its PACA Claim, unless the Debtors have received written notice addressed to Mike Krage, Director of Produce, Winn-Dixie Stores Inc., 5050 Edgewood Court, Jacksonville, Florida, 32254, (904) 370-7130, of such assignment before any payment is made by the Debtors. In such case, the assignee shall be treated as the holder of the Allowed PACA Claim; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Final PACA Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated: March 22, 2005
      New York, New York

                                                             /s/ Robert D. Drain
                                           UNITED STATES BANKRUPTCY JUDGE