SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

**FIRST SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR**
**APPROVAL OF RETENTION AND COMPENSATION OF**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

Winn-Dixie Stores, Inc. and its debtor affiliates,[1] as debtors and debtors-in-possession, hereby supplement <u>Exhibit A</u> of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, as permitted by the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business dated March 4, 2005, to include the following ordinary course professionals:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

| | |
|---|---|
| Manning Fulton & Skinner, PA<br>3605 Glenwood Avenue, Suite 500<br>Raleigh, North Carolina  27612 | General commercial litigation counsel in North Carolina and counsel before North Carolina state and local regulatory agencies relating to pharmacy and beer/wine businesses |
| Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101 | Aircraft counsel |
| Chip Wilson<br>ADA Consultants of NE Florida<br>3672 Bramble Road<br>Jacksonville, FL  32210 | ADA Compliance Services |
| Richard Jeanneret, Ph.D.<br>Managing Principal<br>Jeanneret & Associates<br>601 Jefferson, Suite 3900<br>Houston, TX 77002 | Economist/Statistician for human resource initiatives |
| James DiLuigi<br>Universal Designers & Consultants, Inc.<br>6 Grant Avenue<br>Tacoma Park, MD  20912 | ADA Compliance Services |
| Bob Reynolds<br>Reynolds Associates<br>1620 School Street, Suite 106B<br>Moraga, CA 94556 | Shopping Center Litigation Consultant |
| Ronald Ames, MAI, SRA<br>Ames Appraisal Services<br>4401 N. Federal Highway, Suite 204<br>Boca Raton, FL 33431 | Shopping Center Litigation Consultant |
| Robert Lanzillotti, Ph.D.<br>Info Tech<br>5700 S.W. 34th Street, Suite 1235<br>Gainesville, FL 32608 | Shopping Center Litigation Consultant |
| William H. Riley<br>6135 Northwest 167th Street<br>Suite E26<br>Miami, Florida 33015 | Shopping Center Investigation Services |

-3-

Wilentz Goldman & Spitzer                General Commercial Litigation
90 Woodbridge Center Drive               Counsel in New Jersey
Woodbridge, New Jersey  07095

Dated:  March 24, 2005
        New York, New York

                                                 /s/ D.J. Baker
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
Steven B. Eichel (SE 3267)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:   (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 651-3000
Facsimile:   (302) 651-3001

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| : | |
| **WINN-DIXIE STORES, INC., et al.,** : | Case No. 05-11063 |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

---------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF SUPPLEMENT TO EXHIBIT A OF THE
MOTION FOR APPROVAL OF RETENTION AND COMPENSATION
OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

This is to certify that on March 24 2005, I caused to be served a copy of this Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business on the United States Trustee, counsel to the Committee, and counsel to the DIP lender by depositing the same with the United States Postal Service, postage prepaid, addressed to the persons identified above.

Dated:  March 24, 2005
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　  /s/ Steven B. Eichel  _____
                                                D. J. Baker (DB 0085)
                                                Sally McDonald Henry (SH 0839)
                                                Rosalie Walker Gray
                                                Steven B. Eichel (SE 3267)
                                                SKADDEN, ARPS, SLATE, MEAGHER
                                                 & FLOM LLP
                                                Four Times Square
                                                New York, New York 10036
                                                Telephone:  (212) 735-3000
                                                Facsimile:   (212) 735-2000

        Eric M. Davis
        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP
        One Rodney Square
        Wilmington, Delaware 19801
        Telephone: (302) 651-3000
        Facsimile: (302) 651-3001

        Attorneys for Debtors