UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WINN-DIXIE STORES, INC., *et al.*, | § | CASE NO. 05-11063-RDD |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | HON. ROBERT D. DRAIN |

**ENTRY OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, Albert F. Nasuti of the Firm of Thompson, O'Brien, Kemp & Nasuti, P.C., and files this his Entry of Appearance and Demand for Service of Papers, as Counsel for and on behalf of MANSFIELD OIL COMPANY, a creditor and party in interest in the above-styled case, and pursuant to Bankruptcy Rule 2002 and 11 U.S.C. § 1109(b) respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

Albert F. Nasuti, Esq.
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092
Telephone: (770) 925-0111
Telecopy:  (770) 925-8597

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  Further, Counsel requests that it be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

Counsel additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

Dated this **24th** day of **March, 2005.**

                                            Respectfully submitted,

                                            THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.

By: /s/_____
     ALBERT F. NASUTI
     Georgia State Bar No. 535209
     40 Technology Parkway South
     Suite 300
     Norcross, Georgia 30092
     Telephone: (770) 925-0111
     Telecopy:  (770) 925-8597

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WINN-DIXIE STORES, INC., *et al.*, | § | CASE NO. 05-11063-RDD |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | HON. ROBERT D. DRAIN |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **Entry of Appearance and Demand for Service of Papers** was sent via first-class mail, postage prepared to those parties listed below on this the **24**[th] day of **March, 2005.**

Debtor, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Fl 32254;

Attorney for Debtor, David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; and

Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004.

/s/_____
ALBERT F. NASUTI
Georgia State Bar No. 535209

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092
(770) 925-0111
Attorneys for Mansfield Oil Company