SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., et al.,** : | **Case No. 05-11063 (RDD)** |
| : | |
| **Debtors.** [1] : | **(Jointly Administered)** |
| : | |

-----------------------------------------------------------x

**FIRST SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES**
**OF CERTAIN ORDINARY COURSE PROFESSIONALS PURSUANT TO**
**ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors, hereby file, in accordance with the terms of the Order

Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Course of Business (the "Order"),[2] completed Questionnaires for the following

Ordinary Course Professionals (which completed Questionnaires are attached hereto

as the exhibit indicated next to the name of such Ordinary Course Professional):

1.  Landry & Lavelle, L.L.P. (Exhibit A)

2.  George, Hartz, Lundeen, Fulmer, Johnstone,
    King & Stevens (Exhibit B)

3.  Lee & McInish, P.C. (Exhibit C)

4.  Liles, Gavin, Constantino & George (Exhibit D)

5.  Hall, Rodgers, Millikan & Croom PLLC (Exhibit E)

6.  Rigdon, Alexander & Rigdon, LLP (Exhibit F)

7.  Smith, Spires & Peddy, P.C. (Exhibit G)

8.  Poyner & Spruill LLP (Exhibit H)

9.  Korge & Korge (Exhibit I)

10. Crawford Lewis, P.L.L.C. (Exhibit J)

11. Trinchard & Trinchard, LLC (Exhibit K)

12. Langston, Hess, Bolton, Znosko & Shepard, P.A. (Exhibit L)

13. Constangy, Brooks & Smith, LLC (Exhibit M)

14. Hurley, Rogner, Miller, Cox, Waranch & Westcott, P.A. (Exhibit N)

15. Stafford, Stewart & Potter (Exhibit O)

16. Hassell, Moorhead & Carroll (Exhibit P)

17. Samson & Powers, PLLC (Exhibit Q)

---

[2]     Unless otherwise defined herein, capitalized terms used herein shall have the
meanings ascribed to them in the Order.

18.    LawTech, LLC (Exhibit R)

19.    Adorno & Yoss, LLP (Exhibit S)

20.    Adams and Adams, LLP (Exhibit T)

21.    Manning, Fulton & Skinner, PA (Exhibit U)

22.    ADA Consultants of NE Florida (Exhibit V)

23.    Jeanneret & Associates, Inc. (Exhibit W)

24.    Ruden, McClosky, Smith, Schuster & Russell, P.A. (Exhibit X)

25.    Barron, Redding, Hughes, Fite, Fensom, Sanborn & Kiehn, P.A.
       (Exhibit Y)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaires upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professionals.

Dated:  March 24, 2005

/s/  *D. J. Baker*

D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Telephone:     (302) 651-3000
Facsimile:     (302) 651-3001

Attorneys for Debtors

4

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

>    Steven Eichel
>    Skadden, Arps, Slate, Meagher & Flom LLP
>    Four Times Square
>    New York, New York 10036
>    Telephone: (212) 735-4113
>    Facsimile: (917) 777-4113
>    Email: seichel@skadden.com

>    If more space is needed, please complete on a separate page and attach.

I, <u>Paul Lavelle</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

   <u>Landry & Lavelle, L.L.P.</u>

   <u>3822 Elysian Fields Avenue</u>

   <u>New Orleans, LA  70122</u>

2.    Date of retention:    <u>since 1985</u>

Questionnaire of: <u>Landry & Lavelle, L.L.P.</u>
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

    Litigation Defense

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

6.  Average hourly rate (if applicable):  $115.00
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    $15,000.00

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ exact amount not yet determined but less than $40,000

    Date claim arose:  December 2004  —  February 2005

    Source of claim: Legal fees and costs for handling Pre-Petition Litigation

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:  None

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: <u>Landry & Lavelle, L.L.P.</u>
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:   None

Kind of shares: _____

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:   None

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

Not applicable _____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 15, 2005 _____

_____
Name: Paul M. Lavelle
Title: Partner
Company: Landry & Lavelle, L.L.P.
Address: 3822 Elysian Fields Avenue
        New Orleans, LA  70122-4565
Telephone: 504/949-1657 ext. #105
Facsimile: 504/949-1658

**Exhibit B**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    George Hartz Lundeen Fulmer Johnstone
    King & Stevens
    2866 E. Oakland Park Blvd
    Ft Laud FL. 33306

2.  Date of retention:  20 Years Ago

Questionnaire of: _____
                        (Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    Legal Services · Insurance Defense Litigation

    _____

    _____

4.  Brief description of services to be provided:

    Defend Lawsuits Filed Against Winn Dixie

    _____

    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly _____

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):

    $ 125 00/xx _____

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ 118,877.81 _____

    Date claim arose: Various Dates _____

    Source of claim: Invoices For Services Rendered and Costs

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name: _____ N/A _____

    Status: _____

    Amount of Claim: $ _____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: *George Hartz, Lundeen, Fulmer,*
(Name of Firm) *Johnstone, King & Stevens*

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _____ N/A _____

   No. of shares: _____ N/A _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _____ N/A _____

    Status: _____ N/A _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _____ N/A _____

    _____

    _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __3/17/05__

Name: *Charles M. Hartz*
Title: *President*
Company: *George, Hartz, Lundeen, Fulmer, Johnstone, King & Stevens*
Address: *4800 LeJeune Road*
*Coral Gables, FL 33146*
Telephone: *305-662-4800*
Facsimile: *305-667-8015*

**Exhibit C**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>Alan C. Livingston</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    Alan C. Livingston

    Lee & McInish, P.C.

    P. O. Box 1665

    Dothan, AL   36302-1665

2.    Date of retention:    January 5, 2004

Questionnaire of: <u>Lee & McInish, P.C.</u>
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   <u>Legal</u>

4. Brief description of services to be provided:

   <u>Legal defense of litigation against Debtor</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly</u>

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   <u>$135.00 per hour, plus expenses</u>

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $_____<u>None</u>

   Date claim arose: _____

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____<u>None</u>

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

Questionnaire of: <u>Lee & McInish, P.C.</u>
<br>(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

       Kind of shares: <u>  None  </u>

       No. of shares: <u>  </u>

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

       Name: <u>  None  </u>

       Status: <u>  </u>

       Kind of shares: <u>  </u>

       No. of shares: <u>  </u>

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

       <u>  None  </u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>  March 17, 2005  </u>

Name: <u>Alan C. Livingston</u>
<br>Title: <u>Vice-President/Shareholder</u>
<br>Company: <u>Lee & McInish, P.D.</u>
<br>Address: <u>P. O. Box 1665</u>
<br>            <u>Dothan, AL  36302-1665</u>
<br>Telephone: <u>(334) 792-4156</u>
<br>Facsimile: <u>(334) 794-8342</u>

**Exhibit D**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, <u>Rutledge R. Liles</u> PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    Liles, Gavin, Costantino & George

    225 Water Street, Suite 1500

    Jacksonville, FL 32202

2.    Date of retention:   June 11, 2003

3.   Type of services provided (accounting, legal, etc.):

   Legal services

   _____

   _____

4.   Brief description of services to be provided:

   Furnish legal services on an "as needed" basis.  This will include
   defending claims and pursuing recovery where applicable.

   _____

5.   Arrangements for compensation (hourly, contingent, etc.)

   Hourly

6.   Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was
   employed pre-petition):

   $265.00 per hour

7.   Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ 7,821.89

   Date claim arose:  March 1, 2005

   Source of claim:  Legal fees prior to 2/22/05

8.   Pre-petition claims against any of the Debtors held individually by any member,
   associate, or professional employee of the firm:

   Name:       None

   Status:  _____

   Amount of Claim: $_____

   Date claim arose:  _____

   Source of claim:  _____

9.   Stock of any of the Debtors currently held by the firm:

     Kind of shares:   __None_____

     No. of shares:    _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or
     professional employee of the firm:

     Name:   __None_____

     Status:   _____

     Kind of shares:   _____

     No. of shares:    _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with
     respect to the matters on which the firm is to be employed, except as disclosed below.
     (Provide nature and  brief description of any such adverse interest.)

          None_____

     _____

     _____

     _____

     _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.


Dated:   __March 15, 2005_____


                         Name:   Rutledge R. Liles
                         Title:   Attorney
                         Company: Liles, Gavin, Costantino & George
                         Address: 225 Water Street, Suite 1500
                                  Jacksonville, FL 32202
                         Telephone: 904/634-1100
                         Facsimile: 904/634-1234

**Exhibit E**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

I, <u>JONATHAN HALL</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

      Hall, Rodgers, Millikan & Croom PLLC

      1225 Crescent Green, Suite 100

      Cary, NC 27511

      telephone 919-852-1900  fax 919-852-1972

2.    Date of retention: <u>Since at least October, 2002</u>

Questionnaire of: Hall, Rodgers et al.
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    legal

4.  Brief description of services to be provided:

    Provide legal representation for Winn-Dixie with respect

    to third-party claims for primarily personal injury damages

5.  Arrangements for compensation (hourly, contingent, etc.)

    hourly

6.  Average hourly rate (if applicable): $125
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):

    Varies, but seldom more than $10,000

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $  6448.61

    Date claim arose:  Approximately $3990 arose between 1/15/05 and 2/21/05;
                       the balance of $2454 arose between 9/04 and 2/21/05.
    Source of claim:   legal fees

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name:  not applicable

    Status:

    Amount of Claim: $

    Date claim arose:

    Source of claim:

Questionnaire of: __Hall, Rodgers et al.__
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: ___none_____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: ___none_____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    none, other than pre-petition legal fees owed by the debtor
    _____
    _____
    _____
    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __3/15/05_____

Name: Jonathan E. Hall
Title: Managing Member
Company: Hall, Rodgers, Millikan & Croom PLLC
Address: 1225 Crescent Green Ste.100
         Cary, NC 27511
Telephone: 919-852-1900
Facsimile: 919-852-1972

**Exhibit F**

**In re Winn-Dixie Stores, Inc., et. al.**
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel @skadden.com

If more space is needed, please complete on a separate page and attach.

I, **KURT E. ALEXANDER, ESQ.,** PURSUANT TO 28 U.S.C § 1746,

HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY

KNOWLEDGE, INFORMATION AND BELIEF:

1.   Name and address of firm:

Rigdon, Alexander & Rigdon, LLP
200 E. Robinson Street
Suite 1150
Orlando, Florida 32801
(407) 849-0069
(407) 849-0809 facsimile

2.   Date of retention:

2000.

3.    Type of services provided (accounting, legal, etc.):

       Legal services.

4.    Brief description of services to be provided:

       Legal services.

5.    Arrangements for compensation (hourly, contingent, etc.)

       Hourly.

6.    Average hourly rate (if applicable):
       Estimated average monthly compensation based on pre-petition retention (if firm
       was employed pre-petition):

       $115.00 hourly rate

7.    Pre-petition claims against any of the Debtors held by the firm:

       Amount of claim:      $15,908.97

       Date claim arose:

       Source of claim:      legal services

8.    Pre-petition claims against any of the Debtors held individually by any member,
       associate, or professional employee of the firm:

       Name:                 Kurt E. Alexander, Esq., Kendall B. Rigdon, Esq., and
                             H.A. Rigdon, Jr., Esq.

       Status:

       Amount of Claim:      $15,908.97

       Date claim arose:

       Source of claim:      Legal services

9.   Stock of any of the Debtors held by the firm:

Kind of shares:     N/A

No. of shares:      N/A

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:               N/A

Status:             N/A

Kind of shares:     N/A

No. of shares:      N/A

11.  The above-named firm holds no interests adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

Legal services.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED:   March 15, 2005

Name: Kurt E. Alexander, Esq.
Title: Partner
Company: Rigdon, Alexander & Rigdon, LLP
Address: 200 E. Robinson Street, Suite 1150,
Orlando, Florida 32801
Telephone: 407-849-0069
Facsimile: 407-849-0809

**Exhibit G**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE
STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

   Steven Eichel
   Skadden, Arps, Slate, Meagher & Flom LLP
   Four Times Square
   New York, New York 10036
   Telephone: (212) 735-4113
   Facsimile: (917) 777-4113
   Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, <u>Todd N. Hamilton</u> , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

  <u>Smith, Spires & Peddy, P.C.</u>

   <u>2015 Second Avenue North, Suite 200</u>

   <u>Birmingham, Alabama 35203</u>

2. Date of retention: <u>Smith, Spires & Peddy has been performing legal work on</u>

   <u>behalf of Winn Dixie since at least 1990.</u>

Questionnaire of:    Smith, Spires & Peddy, P.C.
                        (Name of Firm)

3.   Type of services provided (accounting, legal, etc.):

     Legal

4.   Brief description of services to be provided:

     Representing Winn Dixie Stores, Inc., its subsidiaries, affiliates employees, etc.

     in various personal injury claims and other types of lawsuits throughout

     Alabama.

5.   Arrangements for compensation (hourly, contingent, etc.)

     Hourly

6.   Average hourly rate (if applicable): $135.00/partners; $110.00/associates
     Estimated average monthly compensation based on pre-petition retention (if firm was
     employed pre-petition):

     $25,000

7.   Pre-petition claims against any of the Debtors held by the firm:

     Amount of claim: $77,931.44

     Date claim arose:  All claims arose prior to February 21, 2005

     Source of claim:   Third-party litigation from multiple claimants

8.   Pre-petition claims against any of the Debtors held individually by any member,
     associate, or professional employee of the firm:

     Name:        NONE

     Status:

     Amount of Claim: $

     Date claim arose:

     Source of claim:

Questionnaire of:    Smith, Spires & Peddy, P.C.
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:    NONE

No. of shares:

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:    NONE

Status:

Kind of shares:

No. of shares:

The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: *March 17, 2005*

Name:    Todd N. Hamilton
Title:    Partner
Company: Smith, Spires & Peddy, P.C.
Address:    2015 Second Avenue North
            Birmingham, AL 35203
Telephone:    (205) 251-5885
Facsimile:    (205) 214-6154

97672~ 01-New York Server 7A - MSW 3

**Exhibit H**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York  10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, **Douglas M. Martin** , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    **Poyner & Spruill LLP**

    **One Wachovia Center**

    **301 South College Street, Suite 2300**

    **Charlotte, NC   28202**

2.    Date of retention:    **April 8, 2004**

Questionnaire of:   **Poyner & Spruill LLP**
(Name of Firm)

3.   Type of services provided (accounting, legal, etc.):

**Legal**

4.   Brief description of services to be provided:

**Representation of Winn-Dixie Stores, Inc. and subsidiaries in**

**defense of civil litigation**

5.   Arrangements for compensation (hourly, contingent, etc.)

**Hourly**

6.   Average hourly rate (if applicable): **$150**
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

**$1,250**

7.   Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ **1,339.85**

Date claim arose:   **February 10, 2005**

Source of claim:   **Legal Services and expenses in case of Richard Lambert**
**v. Winn-Dixie Charlotte, Inc.**

8.   Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:   **None**

Status:   **Not applicable**

Amount of Claim: $ **Not applicable**

Date claim arose: **Not applicable**

Source of claim: **Not applicable**

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: **None**

No. of shares: **None**

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: **None**

Status: **Not applicable.**

Kind of shares: **None**

No. of shares: **None**

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

**Poyner & Spruill has sought waivers in order to represent two possible clients in the Winn-Dixie Bankrupty. These clients are Cardtronics, a corporation which has an executory contract with Winn-Dixie relating to ATM machines located in various stores and Ivory Acquisition, an entity which has been in contact with bankruptcy counsel and has expressed an interest in making an offer for the assets of the Winn-Dixie estate should they be available to purchase. Whether we go forward with this acquistion representation will obviously depend on what Winn-Dixie and it's investment banker wish to do. See attached Memorandum to Jay Castle.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: **March 17, 2005**

Name: **Douglas M. Martin**
Title: **Partner**
Company: **Poyner & Spruill LLP**
Address: **One Wachovia Center, 301 S. College St. Charlotte, NC 28202 Suite 2300**

Telephone: **704-342-5280**
Facsimile: **704-342-5264**

**Martin, Douglas**

| | |
|---|---|
| **From:** | Black, Susan on behalf of Thompson, Judy |
| **Sent:** | Thursday, March 17, 2005 11:21 AM |
| **To:** | 'JayCastle@Winn-Dixie.com' |
| **Cc:** | Martin, Douglas |
| **Subject:** | Waiver Request |

Jay:

This will follow our conversation of March 15 regarding our firm's request for a waiver to represent two clients in the Winn-Dixie bankruptcy. As you know, Doug Martin of our firm represents Winn Dixie in ordinary course premises liability defense matters.

We have been asked to represent the following entities in the Winn-Dixie case:

1. Cardtronics, a corporation which has an executory contract with Winn-Dixie related to the ATM machines located in the various stores; and

2. Ivory Acquisition, an entity which has been in contact with bankruptcy counsel and has expressed an interest in making an offer for the assets of the Winn-Dixie estate should they be available to purchase. Whether we go forward with this acquisition representation will obviously depend on what Winn-Dixie and it's investment banker wish to do.

I understand that your waiver is contingent upon our agreement not to initiate an adversary action against Winn-Dixie and we will so advise our clients and be sure they understand the limitations on the waiver.

We appreciate your assistance in this matter and look forward to working with Winn-Dixie and it's counsel in this case.

**Exhibit I**

**In re Winn-Dixie Stores, Inc., <u>et al</u>.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>Thomas J. Korge</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    <u>Korge & Korge</u>

    <u>230 Palermo Avenue</u>

    <u>Coral Gables, Florida  33134</u>

2.  Date of retention:  <u>8/22/03</u>

Questionnaire of: Korge & Korge

(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

Legal

4.    Brief description of services to be provided:

To seek a permanent injunction prohibiting Miami-Dade County, Florida

from enforcing a sign ordinance

5.    Arrangements for compensation (hourly, contingent, etc.)

hourly

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$500.00

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 1,250.00

Date claim arose: 02/01/05

Source of claim: Invoice for services rendered

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: none

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

-2-

Questionnaire of:  Korge & Korge
                   (Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares:  none _____

      No. of shares:  _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or
      professional employee of the firm:

      Name:  none _____

      Status: _____

      Kind of shares: _____

      No. of shares:  _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with
      respect to the matters on which the firm is to be employed, except as disclosed below.
      (Provide nature and  brief description of any such adverse interest.)

            none _____

      _____

      _____

      _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: 3/17/05 _____

                              Name:  Thomas J. Korge
                              Title: President of Thomas J. Korge, P.A., as partner of
                              Company:  Korge & Korge
                              Address: 230 Palermo Avenue
                               Coral Gables, Florida  33134
                              Telephone:  (305) 444-5601
                              Facsimile:  (305) 444-5633

**Exhibit J**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>Mary Erlingson</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

Crawford Lewis, P.L.L.C.

450 Laurel Street, Suite 1600 (70801)

Post Office Box 3656

Baton Rouge, LA 70821

2.    Date of retention:    February 3, 1998

Questionnaire of: <u>Crawford Lewis, PLLC</u>
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

Legal Services

4.    Brief description of services to be provided:

Legal Representation/Services

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly plus advance costs and expenses

6.    Average hourly rate (if applicable):  $110/hour
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$12,000.00

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $  $36,749.83

Date claim arose:  10/21/04 through 02/20/05

Source of claim: Legal fees and expenses, litigation costs, advanced costs

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:         N/A

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Questionnaire of: Crawford Lewis, PLLC
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

    Kind of shares:  N/A

    No. of shares:

10.    Stock of any of the Debtors currently held individually by any member, associate, or
    professional employee of the firm:

    Name:  N/A

    Status:

    Kind of shares:

    No. of shares:

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with
    respect to the matters on which the firm is to be employed, except as disclosed below.
    (Provide nature and brief description of any such adverse interest.)

    N/A


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.


Dated:  March 18, 2005


    Name:  Mary G. Erlingson
    Title:  Attorney at law
    Company:  Crawford Lewis, PLLC
    Address:  Post Office Box 3656
    Baton Rouge, LA  70821
    Telephone:  (225) 343-5290
    Facsimile:  (225) 383-5508

**Exhibit K**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I<u>Clare W. Trinchard</u> , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

   Trinchard & Trinchard, LLC

   858 Camp St.

   New Orleans, Louisiana 70130

   T: (504) 523-1986/F: (504) 529-8941/email: cwttandt@bellsouth.net

2.    Date of retention:    1984

Questionnaire of: Trinchard & Trinchard, LLC
_____
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    Legal
    _____

    _____

    _____

4.  Brief description of services to be provided:

    Casualty Third Party Liability Claims Defense
    _____

    _____

    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly
    _____

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):
    $115.00 per attorney hour; $25,000.00 average per month
    _____

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $_____ $58,095.92 _____

    Date claim arose: _____ 10/01/04 - 02/21/05 _____

    Source of claim: _____ Legal Services Rendered Pre-Petition ___

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name: _____ NONE _____

    Status: _____ N/A _____

    Amount of Claim: $_____ N/A _____

    Date claim arose: _____ N/A _____
                              N/A
    Source of claim: _____ N/A _____

Questionnaire of: Trinchard & Trinchard, LLC
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares: N/A

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Kind of shares: N/A

No. of shares: N/A

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

NO ADVERSE INTERESTS

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 18, 2005

Name: Clare W. Trinchard
Title: Managing Partner
Company: Trinchard & Trinchard, LLC
Address: 858 Camp St. New Orleans, Louisiana 70130

Telephone: (504) 523-1986
Facsimile: (504) 529-8941

976725.01-New York Server 7A - MSW        -3-

**Exhibit L**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, James M. Hess , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    Langston, Hess, Bolton, Znosko & Shephard, P.A.

    111 S. Maitland Avenue

    Maitland, FL 32794-5050


2.  Date of retention:  May 1999

Questionnaire of Langston, Hess, et al, Orlando
                                    (Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   Legal — Workers' Compensation defense

   _____

   _____

4. Brief description of services to be provided:

   Legal defense of workers' compensation claims filed

   against Winn-Dixie Stores, Inc.

   _____

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   $110.00/attorney — $70.00/paralegal     $7,500.00

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $   N/A

   Date claim arose:    N/A

   Source of claim:     N/A

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name:         N/A

   Status:       N/A

   Amount of Claim: $  N/A

   Date claim arose:    N/A

   Source of claim:     N/A

Questionnaire of: <u>Langston, Hess, et-al, Orlando</u>
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ N/A _____

No. of shares: _____ N/A _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ N/A _____

Status: _____ N/A _____

Kind of shares: _____ N/A _____

No. of shares: _____ N/A _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ N/A _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____ 3.22.05 _____

Name: James M. Hess
Title: Attorney
Company: Langston, Hess, Bolton, Znosko, Shepard, P.A
Address: 111 S Maitland Avenue
            Maitland, FL 32794-5050
Telephone: 407-629-4323
Facsimile: 407-629-2095

**Exhibit M**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

      TOWNSELL G. MARSHALL, JR.
I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

      CONSTANGY, BROOKS & SMITH, LLC

      SUITE 2400

      230 PEACHTREE STREET, N.W.

      ATLANTA, GA   30303-1557

2.     Date of retention:    OCTOBER 23, 2003

Questionnaire of: CONSTANGY, BROOKS & SMITH, LLC
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

LEGAL SERVICES

4.    Brief description of services to be provided:

COUNSEL REGARDING LABOR AND EMPLOYMENT LAW MATTERS, INCLUDING SAFETY

AND HEALTH MATTERS, DEFENDING EMPLOYMENT LAW SUITS FILED IN FEDERAL

AND STATE COURTS

5.    Arrangements for compensation (hourly, contingent, etc.)

HOURLY

6.    Average hourly rate (if applicable): HOURLY RATES FOR DEBTORS CURRENTLY RANGE FROM $143.00
Estimated average monthly compensation based on pre-petition retention (if firm was   TO $283.00.
employed pre-petition):

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 8,321.57

Date claim arose:    VARIOUS DATES

Source of claim:    SEE ATTACHMENT

8.    Pre-petition claims against any of the Debtors held individually by any member,
associate, or professional employee of the firm:

Name:    NONE

Status:    N/A

Amount of Claim: $    N/A

Date claim arose:    N/A

Source of claim:    N/A

Questionnaire of: CONSTANGY, BROOKS & SMITH, LLC
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _____NONE_____

No. of shares: _____N/A_____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____NONE_____

Status: _____N/A_____

Kind of shares: _____N/A_____

No. of shares: _____N/A_____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____NONE_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____MARCH 18, 2005_____

Name: TOWNSELL G. MARSHALL, JR.
Title: FINANCIAL MANAGING MEMBER
Company: CONSTANGY, BROOKS & SMITH, LLC
Address: 230 PEACHTREE ST NW  STE 2400
             ATLANTA, GA  30303-1557
Telephone: 404-525-8622
Facsimile: 404-525-6955

| 30832 | WINN DIXIE STORES, ADVICE GENERAL | 021805 | 021805 | .80 | 218.40 | .00 | .00 | .00 | .00 | 218.40 |
|-------|-----------------------------------|--------|--------|------|---------|--------|-----|-----|-----|---------|
| 30853 | WINN DIXIE STORES, USDC (JENNIFER | 021505 | 021805 | 18.00 | 3254.00 | .00 | .00 | .00 | .00 | 3254.00 |
| 31552 | WINN DIXIE STORES, USDC (TAMARA G. | | 021805 | .00 | .00 | 11.46 | .00 | .00 | .00 | 11.46 |
| 31723 | WINN DIXIE STORES, ST. CT. (NANETT | 021805 | 021805 | 5.20 | 818.40 | .00 | .00 | .00 | .00 | 818.40 |
| 31899 | WINN DIXIE STORES, ST. CT. (JULIA | 021805 | 021805 | 2.90 | 574.00 | 25.42 | .00 | .00 | .00 | 599.42 |
| 32088 | WINN DIXIE STORES, IMMIGRATION (AL | | 021805 | .00 | .00 | 11.46 | .00 | .00 | .00 | 11.46 |
| 32277 | WINN DIXIE STORES, ST. CT. (RANDAL | | 021805 | .00 | .00 | 469.00 | .00 | .00 | .00 | 469.00 |
| 32310 | WINN DIXIE STORES, USDC (EMEKA I. | 021505 | 021805 | .40 | 74.00 | 13.20 | .00 | .00 | .00 | 87.20 |
| 32384 | WINN DIXIE STORES, USDC (THOMAS L. | 021805 | 021805 | .70 | 115.00 | .00 | .00 | .00 | .00 | 115.00 |
| 32691 | WINN DIXIE STORES, USDC (SUSAN ROW | 021805 | 021805 | .90 | 131.00 | .00 | .00 | .00 | .00 | 131.00 |
| 32804 | WINN DIXIE STORES, USDC (ANGELA D. | 021805 | 021805 | 3.70 | 453.00 | 38.03 | .00 | .00 | .00 | 491.03 |
| 32808 | WINN DIXIE STORES, USDC (LATONYA R | 021805 | 021805 | 1.40 | 284.00 | .00 | .00 | .00 | .00 | 284.00 |
| 32827 | WINN DIXIE STORES, USDC (LISA ANN | 021705 | 021805 | 5.10 | 899.40 | .00 | .00 | .00 | .00 | 899.40 |
| 32925 | WINN DIXIE STORES, USDC (SHARON VA | 021705 | 021805 | .40 | 65.20 | .00 | .00 | .00 | .00 | 65.20 |
| 33225 | WINN DIXIE STORES, USDC (DAVID GRA | 021805 | 021805 | 4.70 | 866.60 | .00 | .00 | .00 | .00 | 866.60 |

GRAND TOTAL:                                                        44.20    7753.00    568.57    .00    .00    .00    8321.57

**Exhibit N**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

     I, _Derrick Cox_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    _Hurley, Rogner, Miller, Cox, Waranch & Westcott, P.A._
    _1560 Orange Avenue, Suite 500_
    _Winter Park, FL 32789_

2.    Date of retention: _2/95_

Questionnaire of: _Hedly Reeser Milley Cox, Warank_
(Name of Firm)
_and Westcott, P.A._

3.  Type of services provided (accounting, legal, etc.):

    _legal : defense of workers compensation claims_

    _____

    _____

4.  Brief description of services to be provided:

    _legal defense of Florida workers compensation_
    _claims_

    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    _hourly_

6.  Average hourly rate (if applicable): _$115.00_
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    _10,201.89_

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ _It is my understanding that my firm will_

    Date claim arose: _not have a pre-petition claim._ ~~XXXXXXXX~~

    Source of claim: ~~XXXXXXXXXXXX~~

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _N/A_

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: _Hurley, Rogoll, Milley, Cox, Wronich,_
(Name of Firm)
_and Wystcott, P.A._

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _N/A_

No. of shares: _N/A_

10. Stock of any of the Debtors currently held individually by any member, associate, or
professional employee of the firm:  _* Not aware of any employee owning shares._

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with
respect to the matters on which the firm is to be employed, except as disclosed below.
(Provide nature and brief description of any such adverse interest.)

_N/A_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: _3-18-05_

Name: _Derick E. Cox_
Title: _Partner_
Company: _Hurley, Rogoll, Milley, Cox, Waronch &_
Address: _1560 Orange Ave Suite 500  Wystcott_
_Winter Park, FL 32789_
Telephone: _(407) 571-7400_
Facsimile: _(407) 571-7401_

**Exhibit O**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

    I, <u>Russell Potter</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    <u>Stafford, Stewart & Potter</u>

    <u>3112 Jackson Street</u>

    <u>P.O. Box 1711</u>

    <u>Alexandria, LA  71309</u>

2.    Date of retention:   <u>January 1, 1985 (est.)</u>

Questionnaire of: <u>**Stafford, Stewart & Potter**</u>
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    <u>Legal</u>

4.  Brief description of services to be provided:

    <u>Legal services in defense of workmen's compensation</u>

    <u>and third party claims.</u>

5.  Arrangements for compensation (hourly, contingent, etc.)

    <u>Hourly ($115.00)</u>

6.  Average hourly rate (if applicable): $115.00
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    <u>$1,100.00 (est.)</u>

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ <u>$1,747.99</u>

    Date claim arose: <u>01/2004</u>

    Source of claim: <u>Legal fees</u>

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: <u>None</u>

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: __None_____

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: __None_____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

   _____

   _____

   _____

   _____

   _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated: __March 21, 2005_____


Name: __Russell L. Potter_____
Title: __Partner_____
Company __Stafford, Stewart & Potter__
Address: __P.O. Box 1711_____
__Alexandria, LA 71309_____
Telephone: __(318) 487-4910_____
Facsimile: __(318) 487-9417_____

**Exhibit P**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

I, _M. Jennifer Moorhead_____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    Hassell, Moorhead & Carroll_____

    Post Office Box 2229_____

    Daytona Beach, FL 32115_____

    _____

2.    Date of retention:  Since 1998_____

Questionnaire of: **Hassell, Moorhead & Carroll**
(Name of Firm)

3.   Type of services provided (accounting, legal, etc.):

   Legal

4.   Brief description of services to be provided:

   Defense of third party personal injury claims and other civil tort claims

5.   Arrangements for compensation (hourly, contingent, etc.)

   Hourly

6.   Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was
   employed pre-petition):

   $7,600.00  (June – December 2004)

7.   Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $  See attached Schedule "A"

   Date claim arose: _____

   Source of claim: _____

8.   Pre-petition claims against any of the Debtors held individually by any member,
   associate, or professional employee of the firm:

   Name:  None

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

Questionnaire of: **Hassell, Moorhead & Carroll**
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: __None__

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or
    professional employee of the firm:

    Name: __None__

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with
    respect to the matters on which the firm is to be employed, except as disclosed below.
    (Provide nature and brief description of any such adverse interest.)

    _____None_____

    _____

    _____

    _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: *March 14, 2005*

Name: M. Jennifer Moorhead
Title: Attorney-at-Law
Company: Hassell, Moorhead & Carroll
Address: Post Office Box 2229
Daytona Beach, Florida 32115
Telephone: (386)238-1357
Facsimile: (386)258-7406

Hassell, Moorhead Carroll

Schedule "A"
to Winn-Dixie Stores, Inc.'s
Retention Questionnaire

| Case Name | Fees | Costs | Total | D/Loss | Claim No.: |
|---|---|---|---|---|---|
| Allen, Granville v. WD | $1,011.50 | $708.85 | $1,720.35 | 2/21/2003 | A311202080-0001-01 |
| Cawley, Dionisia v. WD | $910.00 | $19.20 | $929.20 | 4/20/2003 | A311204515-0001-01 |
| Clark, Alaira v. WD | $1,819.00 | $210.77 | $2,029.77 | 10/24/2002 | A211214760 |
| Crowder, Pernell v. WD | $1,428.00 | $41.31 | $1,469.31 | 4/26/2003 | A311204768-0002-01 |
| Dagle, William v. WD | $669.50 | $477.13 | $1,146.63 | 5/12/2002 | A211206248-0001-01 |
| Davies, Glen v. WD | $30.00 | $4.92 | $34.92 | 8/17/2001 | A111211410 |
| Ditaranto, Don v. WD | $270.00 | $192.23 | $462.23 | 11/26/2000 | A011217584-0001-01 |
| Fink, Lisa v. WD | $695.50 | $11.24 | $706.74 | 6/13/2002 | A311207283-0001-01 |
| Foote-Finley, Nancy v. WD | $735.00 | $41.96 | $776.96 | 12/23/2003 | A311217183-0001-01 |
| Hobbs, Lisa v. WD | $1,670.00 | $603.67 | $2,273.67 | 12/16/2001 | A111216913-0001-01 |
| Johnston, Phyllis v. WD | $251.50 | $560.10 | $811.60 | 6/18/2002 | A211208174 |
| Lombardo, Emma v. WD | $585.50 | $404.00 | $989.50 | 1/7/1999 | 9911201272 |
| McCraney, Daniel v. WD | $670.00 | $55.06 | $725.06 | 4/8/2002 | A211205174-0001-01 |
| Radwick, Debra v. WD | $570.00 | $0.00 | $570.00 | 3/14/2002 | A211203216-0001-01 |
| Turcotte, Naomi v. WD | $851.50 | -$140.52 | $710.98 | 1/22/2002 | A211200965 |
| Tavares, Marie v. WD | $743.00 | $112.49 | $855.49 | 11/1/2003 | A311214460-0001-01 |
| Tansey, Patricia v. WD | $60.00 | $326.40 | $386.40 | 4/23/2003 | A311204719-0001-01 |
| Williams, Patricia. v. WD | $573.50 | $257.42 | $830.92 | 7/14/2002 | A211209346-0001-01 |
| | $13,543.50 | $3,886.23 | $17,429.73 | | |

**Exhibit Q**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Roland F. Samson III_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

      _Samson & Powers, PLLC_
      _P. O. Box 1417 Gulfport, MS 39502_
      _2408 14th Street Gulfport MS 39501_

2.    Date of retention: _Per Order Authorizing Debtors to Retain Ordinary Course Professionals - March 4, 2005_

Questionnaire of: _Samson & Powers, PLLC_
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    _Legal Services_

4.  Brief description of services to be provided:

    _Provide defense to Winn-Dixie Montgomery, Inc./Louisiana, Inc. in the state of Mississippi for general liability litigation cases_

5.  Arrangements for compensation (hourly, contingent, etc.)

    _Hourly plus expenses_

6.  Average hourly rate (if applicable): _$125/hour_
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    _Approximately $4,000 per month_

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ _13,883.63_

    Date claim arose: _January 1, 2005 - February 20, 2005_

    Source of claim: _Legal fees and expenses_

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _None_

    Status: _N/A_

    Amount of Claim: $ _N/A_

    Date claim arose: _N/A_

    Source of claim: _N/A_

Questionnaire of: *Samson & Powers, PLLC*
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: *None*

No. of shares: *N/A*

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: *None*

Status: *N/A*

Kind of shares: *N/A*

No. of shares: *N/A*

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

*N/A*

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: *March 16, 2005*

Name: *Roland F. Samson III*
Title: *Member*
Company: *Samson & Powers, PLLC*
Address: *P. O. Box 1417*
*Gulfport, MS 39502*
Telephone: *228-822-1109*
Facsimile: *228-822-2317*

**Exhibit R**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

    I, _Richard W. Buck_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

      _LawTech, LLC_

      _220 E. Forsyth Street_

      _South Suite_

      _Jacksonville, FL  32202_

2.     Date of retention: _May of 2000_

Questionnaire of: _Law Tech, LLC._
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   _Legal_

4. Brief description of services to be provided:

   _We support the legal department in the area of computer and technology contracts — review, negotiation, preparation, etc._

5. Arrangements for compensation (hourly, contingent, etc.)

   _hourly_

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   _$175⁰⁰ – $150⁰⁰ / hour_          _No billings since Fall of 2004_

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $_____0_____

   Date claim arose: _____

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____0_____

   Status: _____

   Amount of Claim: $_____0_____

   Date claim arose: _____

   Source of claim: _____

Questionnaire of: _LawTech, LLC._
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____0_____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _____0_____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _____none_____

    _____

    _____

    _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _2/14/2005_

Name: _Richard W. Buck_
Title: _Member_
Company: _LawTech, LLC_
Address: _220 E. Forsyth St._
_South Suite, Jacksonville, FL 32202_
Telephone: _904-358-8800_
Facsimile: _904-358-8870_

**Exhibit S**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, _Gregory Victor_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    ADORNO & YOSS, LLP

    2525 Ponce De Leon Boulevard

    Suite 400

    Miami, Florida 33134

2.    Date of retention:   1988

Questionnaire of: <u>ADORNO & YOSS, LLP</u>
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

<u>Legal</u>

4.    Brief description of services to be provided:

<u>Representation in litigation</u>

5.    Arrangements for compensation (hourly, contingent, etc.)

<u>Hourly</u>

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

<u>$125.00/hr; Average per month pre-petition - $30,000 - $40,000.</u>

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ <u>$200,485.72</u>

Date claim arose: <u>Various dates based on numerous cases defended</u>

Source of claim: <u>Winn-Dixie's retention for legal services</u>

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: <u>N/A</u>

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: ADORNO & YOSS, LLP
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ N/A _____

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ None known _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____None known_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____

Name: Gregory A. Victor
Title: Shareholder, Vice-President
Company: Adorno & Yoss, LLP
Address: 2525 Ponce De Leon Blvd., Ste 400
         Miami, Florida 33134
Telephone: (305) 460-1082
Facsimile: (305) 460-1422

**Exhibit T**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

I, _BRIAN M. DAVIS_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    _ADAMS AND ADAMS, LLP_

    _155 SOUTH MIAMI AVENUE, 9th FLOOR_

    _MIAMI, FL  33130_

    _(305) 371-3333_

2.    Date of retention:  _November 2000_

Questionnaire of: _Adams + Adams, LLP_
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

_We typically defend lawsuits against Winn-Dixie's retail stores, employees, and the corporation itself._

4.    Brief description of services to be provided:

_Filing pleadings; attending hearings; conducting discovery; trial of lawsuits_

5.    Arrangements for compensation (hourly, contingent, etc.)

_hourly_

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

_$100.00/hour    $10,000 to $12,000 per month_

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $_____ None _____

Date claim arose: _____

Source of claim: _____

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____ None _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: _Adams + Adams, LLP_
                     (Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:   N/A

    Kind of shares: _____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or
    professional employee of the firm: N/A

    Name: _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with
    respect to the matters on which the firm is to be employed, except as disclosed below.
    (Provide nature and  brief description of any such adverse interest.)   N/A

    _____

    _____

    _____

    _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.


Dated: _March 16, 2005_


Name: _WADE ADAMS_
Title: _OWNER/PARTNER_
Company: _ADAMS + ADAMS, LLP_
Address: _155 SOUTH MIAMI AVE._
         _MIAMI, FL 33130_
Telephone: _(305) 371-3333_
Facsimile: _(305) 372-3987_

**Exhibit U**

**EXHIBIT B**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303-1763

If more space is needed, please complete on a separate page and attach.

I, Judson A. Welborn, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

Manning, Fulton & Skinner, PA

P.O. Box 20389

Raleigh, NC  27619

2.    Date of retention:    have performed work for Winn-Dixie since 1960s

3.    Type of services provided (accounting, legal, etc.):

legal

4.   Brief description of services to be provided:

litigation representation in connection with civil litigation

and regulatory agencies

5.   Arrangements for compensation (hourly, contingent, etc.)

hourly

6.   Average hourly rate (if applicable):
     Estimated average monthly compensation based on pre-petition retention (if firm was
     employed pre-petition):

$180/hr; estimated average monthly compensation - approximately $500

7.   Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 2,016.00

Date claim arose: February 6, 2005 -- February 21, 2005

Source of claim:  legal services rendered in connection with pending
                  regulatory proceeding

8.   Pre-petition claims against any of the Debtors held individually by any member,
     associate, or professional employee of the firm:

Name:  None

Status:  None

Amount of Claim: $ None

Date claim arose:  None

Source of claim:  None

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares:  None

No. of shares:  None

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: None

Status: None

Kind of shares: None

No. of shares: None

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

None

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 3, 2005

Name: Judson A. Welborn
Title: Shareholder/Attorney
Company: Manning, Fulton & Skinner, PA
Address: P.O. Box 20389
         Raleigh, NC  27619
Telephone: 919-787-8880
Facsimile: 919-787-8902

-3-

**Exhibit V**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

I, _Chip Wilson_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

     _ADA Consultants of NE Florida_
     _3672 Bramble Rd._
     _Jacksonville, Fl   32210_

2.     Date of retention:   _2/8/05_

Questionnaire of: *ADA Consultants of NE Florida*
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.): *;)*

*HAndicapped Accessibility consulting & Training*

_____

_____

4.  Brief description of services to be provided:

*Survey stores To determine Non-compliant Accessibility issues,*
*provide report, provide correction recommendations & plan of Action,*
*provide customer service Training*

5.  Arrangements for compensation (hourly, contingent, etc.)

*Hourly*

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

*$100.00/hr.*

7.  Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $_____

Date claim arose: _____

Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: _____

(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: *3/12/05*

*C. Wilson*

Name: *Chip Wilson*
Title: *President*
Company: *ADA Consultants of NE FL*
Address: *3672 Bramble Rd*
*Jacksonville, Fl 32210*
Telephone: *904-374-9230*
Facsimile: *904-281-9794*

**Exhibit W**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, <u>P.R. Jeanneret</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

Jeanneret & Associates, Inc.

601 Jefferson, Suite 3900

Houston, TX  77002


2.     Date of retention:    April 5, 2004

Questionnaire of: Jeanneret & Associates, Inc.
                  _____
                          (Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

      Industrial/Organizational Psychology & specifically services related to

      compliance by Winn Dixie's HR programs with the Civil Rights Acts & the

      EEOC's Uniform Guidelines

4.    Brief description of services to be provided:

      Review & statistical analyses of current Winn Dixie HR program outcomes

      for compliance.  Continued development & validation of new HR programs

      (e.g., employee certification, performance evaluation, etc.)

5.    Arrangements for compensation (hourly, contingent, etc.)
      Hourly billing rates for professionals

6.    Average hourly rate (if applicable):   Not applicable
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

      $3,650/mo. for 7 months

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $ 10,820.77

      Date claim arose: August 3, 2004 through October 5, 2004

      Source of claim:  Professional services per #3 above

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name:  None

      Status:

      Amount of Claim: $

      Date claim arose:

      Source of claim:

Questionnaire of: Jeanneret & Associates, Inc.
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _____None_____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____None_____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____None_____

_____

_____

_____


**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**


Dated: ____3/14/05_____


Name: P.R. Jeanneret, Ph.D.
Title: President
Company: Jeanneret & Associates, Inc.
Address: 601 Jefferson, Ste. 3900
Houston, TX 77002
Telephone: 713-650-6535
Facsimile: 713-650-6595

**Exhibit X**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES,

INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arils, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

    I,  Thomas M. Messana , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT

THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND

BELIEF:

1.      Name and address of firm:

      Ruden McClosky Smith Schuster & Russell, P.A. ("Ruden")
      Post Office Box 1900 (33302)
      200 East Broward Boulevard, Suite 1500
      Fort Lauderdale, Florida 33301

2.      Date of retention:

      July, 1996

Questionnaire of:  Ruden
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

Legal

4.    Brief description of services to be provided:

Real estate, land use as necessary

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly

6.    Average hourly rate (if applicable): $240
Estimated average monthly compensation based on pre-petition retention (if firm was
employed pre-petition): Varied

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 18,438.72

Date claim arose: 2003

Source of claim: legal services

8.    Pre-petition claims against any of the Debtors held individually by any member,
associate, or professional employee of the firm: None

Name:

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

FTL:1408757:1

Questionnaire of:  Ruden
(Name of Firm)

9.      Stock of any of the Debtors currently held by the firm: None

      Kind of shares:

      No. of shares:

10.     Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm[1]:

      Name:  Dale Brushi, Partner

      Status:

      Kind of shares:

      No. of shares: 200

11.     The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.) None

DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 21, 2005

_____

Thomas M. Messana
Shareholder
Ruden McClosky Smith
Schuster & Russell, P.A.
200 East Broward Boulevard
Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 761-2906
Facsimile:  (954) 333-4106
E-Mail: Thomas.Messana@ruden.com

---

[1] The firm, its members, associates, or professional employees have not undertaken analysis of their holdings in mutual funds or retirement accounts.

FTL:1408757:1

**Exhibit Y**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>Roland  W.  Kiehn</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

Barron, Redding, Hughes, Fite, Fensom, Sanborn & Kiehn, P.A.

P.O. Box 2467

Panama City, FL  32402


2.    Date of retention:    Case #1:  Dewrell v. Winn-Dixie, 5-17-99
Case #2:  Winn-Dixie v. Beachwalk, 7-28-03
Case #3:  Brown v. Winn-Dixie, 7-8-04
Case #4:  17700 Broadway v. Winn-Dixie, 8-13-04
First retained in any case:  5-25-94

Questionnaire of: <u>Barron, Redding, et al, P.A.</u>
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

    legal

4.    Brief description of services to be provided:

    Case No. 1, 3, & 4:    Representing Winn-Dixie in defense of third party claims for damages; Case #3:    Representing Winn-Dixie in prosecution and defense of lease dispute.

5.    Arrangements for compensation (hourly, contingent, etc.)

    hourly

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    $188.00 per hour

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 1,292.50

Date claim arose:    12-9-04 and 2-2-05

Source of claim:    legal services

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:    None

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Questionnaire of: <u>Barron, Redding, et al, P.A.</u>
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____None_____

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____None_____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____None_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ___*3/23/05*_____

Name: __Roland W. Kiehn__
Title: __Vice President__
Company: __Barron, Redding, et al, P.A.__
Address: __P.O. Box 2467__
         __Panama City, FL  32402__
Telephone: __850-785-7454__
Facsimile: __850-785-2999__