David S. Jennis, Esquire
Florida Bar No. 775940
Chad S. Bowen, Esquire
Florida Bar No. 0138290
**Jennis & Bowen, P.L.**
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

We, David S. Jennis, Esquire and Chad S. Bowen, Esquire, are members in good standing of the bar in the State of Florida and in the Northern, Middle, and Southern Districts of Florida and respectfully request admission, ***pro hac vice****,* before the Honorable Robert D. Drain, to represent Lake Placid Groves, LLC, a creditor in the above referenced case.

Address:   Jennis & Bowen, P.L.
           David S. Jennis, Esq.
           Chad S. Bowen, Esq.
           400 North Ashley Dr.
           Suite 2540
           Tampa, Florida 33602
           Tel: (813) 229-1700
           Fax: (813) 229-1707

E-mail address: ecf@jennisbowen.com

We agree to pay the fee of $50.00 upon approval of the Court admitting David S. Jennis, Esquire and Chad S. Bowen, Esquire to practice *pro hac vice.*

Dated this 25th day of March, 2005, in Hillsborough County, Tampa, Florida

*/s/ Chad S. Bowen*
David S. Jennis, Esquire
(DJ 5940)
Florida Bar No. 775940
Chad S. Bowen, Esquire
Florida Bar No. 0138290
(CB 8290)
**Jennis & Bowen, P.L.**
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707

{00034015.DOC;1}

David S. Jennis, Esquire
Florida Bar No. 775940
Chad S. Bowen, Esquire
Florida Bar No. 0138290
Florida Bar No. 0943711
**Jennis & Bowen, P.L.**
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

We, David S. Jennis, Esquire and Chad S. Bowen, Esquire, are members in good standing of the bar in the State of Florida and in the Northern, Middle, and Southern Districts of Florida and respectfully request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Lake Placid Groves, LLC, a creditor in the above referenced case.

**ORDERED,**

that David S. Jennis, Esquire, is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

    New York, New York        /s/_____

                                                  UNITED STATES BANKRUPTCY JUDGE