SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                             :
                                                  :   **Chapter 11**
                                                  :
**WINN-DIXIE STORES, INC., et al.,**              :   **Case No. 05-11063 (RDD)**
                                                  :
        Debtors.                                  :   **(Jointly Administered)**
                                                  :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Keith Sambur, hereby certify that on March 24, 2005, I caused to be served the First Submission of Completed Retention Questionnaires of Certain Ordinary Course Professionals Pursuant to Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business, by having true and correct copies thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: March 25, 2005
       New York, New York

                                    /s/   *Keith Sambur*
                                    Keith Sambur
                                    SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP
                                    Four Times Square
                                    New York, New York 10036
                                    Telephone: (212) 735- 3479
                                    Facsimile:  (917) 777- 3479

**EXHIBIT A**

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>richard.morrissey@usdoj.gov |
| Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Dan Fiorello, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY  10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>dfiorillo@oshr.com; Jhelfat@oshr.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com; Lmandel@milbank.com;<br>DODonnell@milbank.com; mbarr@milbank.com |