POLSINELLI SHALTON WELTE SUELTHAUS PC
James E. Bird, Esq.
700 West 47th Street, Suite 1000
Kansas City, Misouri  64112
Tel:  816-753-1000
Fax:  816-753-1536

ATTORNEYS FOR PHILLIPS EDISON & COMPANY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-11063 (RDD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of Phillips Edison & Company ("Phillips Edison"), an interested party / creditor, and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et seq*. (the "Bankruptcy Code"), hereby requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon:

>Daniel J. Flanigan, Esq.
>Polsinelli ShaltonWelte Suelthaus PC
>292 Madison Ave., 17th Floor
>New York, New York  10017
>(212) 684-0199 / Fax No. (212) 684-0197
>E-mail:  dflanigan@pswslaw.com

>And

1177216.1

>James E. Bird, Esq.
>Polsinelli Shalton Welte Suelthaus PC
>700 West 47th Street, Suite 1000
>Kansas City, Missouri  64112
>(816) 753-1000 / Fax No. (816) 753-1536
>Email: jbird@pswslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, the notices and papers referred to in Bankruptcy Rules 2002 and 9007 and includes, without limitation, notices of any orders, applications, demands, complaints, hearings, motions, objections, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, or otherwise.

This Notice of Appearance, Request for all Notices and Demand for Service of Papers shall not be deemed or construed to be a waiver of the rights of Phillips Edison to: (i) have final Orders in non-core matters entered only after *de novo* review by a district court judge; (ii) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) have the Bankruptcy Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupment to which Phillips Edison is or may be entitled, all of which are expressly reserved.

Respectfully submitted,

Dated:  March 25, 2005    POLSINELLI SHALTON WELTE SUELTHAUS PC

By:    /s/ *James E. Bird*
       James E. Bird (Mo. 28833)
       700 West 47th Street, Suite 1000
       Kansas City, Missouri 64206
       Tel:  816-753-1000
       Fax:  816-753-1536

ATTORNEYS FOR PHILLIPS EDISON & COMPANY

1177216.1                         2

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing was served electronically with the Clerk of the Court using the CM/ECF system which sent notification to all parties which receive electronic notification in these proceedings and/or by First Class United States Mail, postage prepaid, on the following counsel of record:

David J. Baker
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036
ATTORNEYS FOR DEBTORS

Carolyn Schwartz
Office of the United States Trustee
33 Whitehall Streert
New York NY  10004-1148


Dated:  March 25, 2005                */s/ James E. Bird*
                                                Attorney for Creditor
                                                Phillips Edison & Company