Presentment Date and Time:
April 4, 2005 at 12:00 noon

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| : | |
| **WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,** : | Case No. 05-11063 (RDD) |
| : | |
| Debtors. [1] : | **(Jointly Administered)** |
| : | |

----------------------------------------------------------------x

NOTICE OF SETTLEMENT OF FINAL ORDER (A) ESTABLISHING PROCEDURES
FOR TREATMENT OF RECLAMATION CLAIMS, AND (B) PROHIBITING THIRD
PARTIES FROM INTERFERING WITH DELIVERY OF GOODS

PLEASE TAKE NOTICE that the undersigned will present the attached proposed order (the "Proposed Order") establishing procedures for treatment of reclamation claims and prohibiting third parties from interfering with delivery of goods to the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, for signature on Tuesday, April 4, 2005, at 12:00 noon.

PLEASE TAKE FURTHER NOTICE that a proposed counter-order, if any, consistent with the Court's ruling on March 18, 2005, must be submitted in writing and received in the chambers of the Honorable Robert D. Drain and by the undersigned no later than 11:30 a.m. on April 4, 2005. Unless a counter-proposed order is submitted and received by that time, the Proposed Order may be signed.

Dated: March 25, 2005
      New York, New York

/s/     D. J. Baker
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:    (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Facsimile:    (302) 651-3001

Attorneys for Debtors

To:  Reclamation Claimants
      Master Service List