## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In the Matter of Winn-Dixie Supermarkets, Inc. d/b/a
Save-Rite Foods, Inc., Steve Post,
and John-Does 1-5                                                    Chapter 11


Bankruptcy                                                Cause No.: 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


Latasha Sanders, as Guardian and
Next Friend of Janiya Burse,  PETITIONER

### MOTION TO LIFT AUTOMATIC STAY

Petitioner, Latasha Sanders, as Guardian and Next Friend of Janiya Burse, respectfully files this motion requesting this Court to lift the automatic stay to allow Petitioner to pursue a claim for damages against the debtor for an amount within the available insurance coverage. In support thereof, Petitioner states as follows:

1.      On or about February 21, 2005, Winn-Dixie Supermarkets, Inc. d/b/a Save-Rite Foods, Inc., hereinafter "Winn-Dixie Supermarkets, Inc.," the above named debtor, filed a voluntary petition for bankruptcy under Chapter 11 Title 11 of the United States Code.

2.      By the provisions of 11 United States Code § 362, all persons are enjoined and stayed from commencing or continuing any suit against the debtor.

3.      On September 13, 2003, at approximately 7:00 p.m., Latasha Sanders and her daughter, Janiya Burse, were purchasing products from Winn-Dixie Supermarket.

4.      Mrs. Sanders and her two-year old daughter were purchasing groceries when Janiya's hand was pulled through the conveyor belt.

5.      Amanda Carson, the cashier, had to forcibly pull Janiya's hand out of the conveyor belt opening.

6.      There was no metal safety guard in place, which would have concealed the opening and prevented this incident from occurring.

7.      As a result, Janiya was taken to Madison County Medical Center, where she was diagnosed with burns and contusions to her hand.

8.      Latasha Sanders and her minor daughter, Janiya Burse have incurred damages as a result of the incident. See Complaint attached hereto as Exhibit "A."

9.      On information and belief Winn-Dixie Supermarkets, Inc. procured an insurance policy wherein an insurer agreed to pay all sums which the debtor should become liable to pay as damages for the negligent acts of the debtor or its employees. Such policy of insurance was in effect at the time Janiya Burse was injured at Winn-Dixie Supermarket, Inc.

10.     Petitioner requests a lift of the automatic stay to the extent said incident is covered by a policy of insurance. In the event Mrs. Sanders is permitted to pursue the aforementioned suit, she will not file a claim in the bankruptcy proceeding.

11.     The commencement of the aforementioned suit will not hinder, burden or delay these bankruptcy proceedings. On information and belief, the suit will be defended at no expense to the debtor of this estate.

**WHEREFORE PREMISES CONSIDERED**, Petitioner prays that the stay afforded by 11 United States Code § 362 be modified so as to permit proceedings in the aforementioned civil action against the debtor to the extent of any policy of insurance in effect on or about September 13, 2003.

OF COUNSEL:

Dennis C. Sweet, III, MSB 8105
Omar L. Nelson, MSB 100105
Kabah S. McCullough MSB 101524
SWEET & FREESE, PLLC
P.O. Box 1178
Jackson, MS 39215
601.965.8700 Telephone
601.965.8719 Fax

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel for Plaintiff, do hereby certify that I have this date mailed, via

United States Mail, postage-prepaid, a true and correct copy of the foregoing Motion to Lift

Automatic Stay to:

Leland Smith, Esq.
Wilkins, Stephens & Tipton, P.A.
P.O. Box 13429
Jackson, MS 39236-3429

Honorable Robert Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Richard Morrissey
United States Bankruptcy Court Trustee for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Latoya Edwards
United States Bankruptcy Court Case Administrator
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

This, the _1__ day of March, 2005.

_/s/Omar Nelson_____
Omar L. Nelson