## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x:

In re                          :

                             :             **Chapter 11**

WINN DIXIE STORES, INC., et al.   :

                             :             **Case No. 05-11063-RDD**

                   Debtor (s).    :

-------------------------------------------------------x       **Jointly Administered**

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, JOHN W. KOZYAK, ESQ. a member in good standing of the Bar of the State of Florida and the United States District Court For The Middle and Southern Districts of Florida, the United States Court of Appeals - 5th and 11th Circuits, and the U.S. Tax Court, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Creditor, Lennar Partners, Inc. as attorney in fact and CCMSC 2000-1 Broward Plaza, LLC, in the above referenced Chapter 11 case. My address, telephone number, facsimile number and email address are as follows:

> John W. Kozyak, Esq.
> Kozyak, Tropin & Throckmorton, P.A.
> 2525 Ponce De Leon, 9[th] floor
> Miami, Florida 33134
> Telephone: (305) 372-1800
> Facsimile: (305) 372-3508
> Jwkozyak@kttlaw.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: March 17, 2005



John W. Kozyak

MAR 1 8 2005

U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x:

| | |
|---|---|
| In re                          : | |
|                          : | **Chapter 11** |
| WINN DIXIE STORES, INC., et al.   : | |
|                          : | **Case No. 05-11063-RDD** |
|            **Debtor (s).**   : | |

------------------------------------------------------x     **Jointly Administered**

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion of John W. Kozyak for Admission Pro Hac

Vice was served to all parties in the attached service list via U.S. Mail on March 17,

2005.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am  n
compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON, P.A.

2525 Ponce de Leon Blvd., 9th Floor

Coral Gables, Fl 33134-2335
Telephone: (305) 372-1800

Facsimile: (305) 372-3508

Email: jwk@kttlaw.com

By:  _____
John W. Kozyak, Esq.
Fla. Bar No. 200395

250806



LAW OFFICES KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR, CORAL GABLES, FLORIDA 33134-6037 • TEL. (305) 372-1800

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x:

In re                        :

                          :         **Chapter 11**

**WINN DIXIE STORES, INC., et al.**    :

                          :         **Case No. 05-11063-RDD**

              **Debtor (s).**    :

------------------------------------------------------x         **Jointly Administered**

## ORDER ADMITTING JOHN W. KOZYAK TO PRACTICE, *Pro Hac Vice*

ORDERED that John W. Kozyak, Esq. is admitted to practice *pro hac vice* before the Honorable Robert D. Drain in the above referenced Chapter 11 proceeding in the United States Bankruptcy Court for the Southern District of New York, subject to payment of filing fee.

Dated: _____, 2005

_____

HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

250787

**WINN-DIXIE STORES, INC.**
**CASE NO.: 05-11063-RDD**
**CHAPTER 11 PROCEEDINGS**
**ATTORNEY SERVICE LIST**

David J. Baker
Skadden Arps Slate, et al
Four Times Square
New York, NY 10036

John P. Brice
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746

Robert J. Brown
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507

W. Steven Bryant
Locke Liddell & Sapp, LLP
600 Travis Street, # 2600
Houston, TX 77002-3095

Lee Champion
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue, 3rd Floor
Columbus, GA 31901

Conrad Chiu
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017

Neal D. Colton
Cozen O'Connor
The Atrium, 1900 Market Street
Philadelphia, PA 19103

David N. Crapo
Gibbons, Del Del, Dolan, Griffinger
& Vecchione
One Riverfront Plaza
Newark, NJ 07102-5496

Timothy J. Curtin
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW , Suite 1700
P.O. Box 352
Grand Rapids, MI 49501-0352

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Paul H. Deutch
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Carolyn Hochstadter Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Earle I. Erman
Erman Teicher Miller Zucker et al
400 Galleria Officentre
Suite 444
Southfield, MI 48034

Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Shawn Randall Fox
McGuireWoods LLP
1345 Avnue of the Americas
New York, NY 10128

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

J. Nathan Galbreath
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

Gary Ginsburg
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Ira S. Greene
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Reginald A. Greene
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Rudi R. Grueneberg
Grueneberg Law Group, LLC
704 East Main Street
Bldg. E
Moorestown, NJ 08057

Edwin W. Held, Jr.
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Larry D. Henin
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Robert L. Holladay, Jr.
YoungWilliams P.A.
210 E. Capitol Street
Suite 2000
Jackson, MS 39201

Patrick L. Huffstickler
Cox & Smith Incorporated
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205

Ronald Scott Kaniuk
Taplin & Associates
340 Fifth Avenue
Suite 2418
New York, NY 10118

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Thomas J. Leanse
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Laurence May
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

Austin L. McMullen
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

Derek F. Meek
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

Brett S. Moore
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

James J. Niemeier
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

Eric T. Ray
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 2600
P.O. Box 306
Birmingham, AL 35201-0306

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
1345 Avenue of the Americas, 31st Floor
New York, NY 10105-0143

Adam L. Rosen
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622

Avrum J. Rosen
Law Office of Avrum J. Rosen
38 New Street
Huntington, NY 11743

Neal M. Rosenbloom
Finkel Goldstein Rosenbloom Nash LLP
26 Broadway
Suite 711
New York, NY 10004

David S. Rubin
Kantrow Spaht Weaver & Blitzer
P.O. Box 2997
Baton Rouge, LA 70821

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Scott A. Zuber
Pitney Hardin Kipp & Szuch, LLP
200 Campus Drive
Florham Park, NJ 07932-0950

250385.1

LAW OFFICES KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR, CORAL GABLES, FLORIDA 33134-6037 · TEL. (305) 372-1800