# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WINN-DIXIE STORES, Inc., et al., | : | CASE NUMBER 05-11063-RDD |
| | : | (Jointly Administered) |
| Debtors. | : | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Brad J. Patten, a member in good standing of the bar in the State of Georgia and the bars of the U.S. District Court for the Northern, Middle and Southern Districts of Georgia, and the United States Court of Appeals for the Eleventh Circuit, request admission, *pro hac vice*, to represent L & R Farms, Inc, a creditor of the Debtor or one of its direct or indirect subsidiaries in the above referenced cases.

Mailing address:     P.O. Box 1098, Gainesville, Georgia 30503

E-mail address:     bpatten@sgwfirm.com     Telephone number 770 536-3381

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

A proposed form order is attached hereto.

This \_1st\_ day of \_March\_, 2005.

Respectfully submitted,

_____
Brad J. Patten
Georgia Bar Number 566210
Smith, Gilliam, Williams & Miles, P.A.
Attorneys for L & R Farms, Inc.
P.O. Box 1098
Gainesville, GA 30503
(770) 536-3381

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WINN-DIXIE STORES, Inc., et al., | : | CASE NUMBER 05-11063-RDD |
| | : | (Jointly Administered) |
| Debtors. | : | |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Brad J. Patten, a member in good standing of the bar in the State of Georgia and the bars of the U.S. District Courts for the Northern, Middle, and Southern Districts of Georgia and the United States Court of Appeals for the Eleventh District, requests admission, *pro hac vice*, to represent L & R Farms, Inc., in the above referenced cases.

ORDERED,

that Brad J. Patten, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:_____, 2005.

New York, New York

_____
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| WINN-DIXIE STORES, Inc., et aL, | CASE NUMBER 05-11063-RDD |
| | (Jointly Administered) |
| Debtors. | |

### CERTIFICATE OF SERVICE

The undersigned Brad J. Patten, Attorney for L & R Farms, Inc. in the above styled bankruptcy certifies that I am and at all times hereinafter mentioned was more than eighteen (18) years of age, and that on the 1st day of March, 2005, I served a copy of the Motion for Admission to Practice, *Pro Hac Vice* in the above-captioned proceedings to the below by sending a copy of same by facsimile and by United States Mail in an envelope properly addressed with adequate postage thereon to ensure delivery to:

David J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

This 1st day of March, 2005.

_____
Brad J. Patten
Georgia Bar Number 566210