**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-11063 (RDD) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

**FLORIDA CRYSTALS FOOD CORPORATION'S**
**NOTICE OF DEMAND FOR RECLAMATION**

Florida Crystals Food Corporation ("FCFC"), by its undersigned counsel, files the following Notice of Demand for Reclamation (the "Notice") and respectfully states as follows:

1. On or about February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three affiliates (collectively, "Winn-Dixie" or the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"). The Debtors' bankruptcy cases are being jointly administered.

2. Prior to the Petition Date, FCFC provided and delivered to Winn-Dixie various sugar and/or other products (the "Products"). The Products were, upon information and belief, received and accepted by Winn-Dixie within ten (10) days of the Petition Date.[1]

3. The Products were sold to Winn-Dixie in the ordinary course of FCFC's business. Upon information and belief, Winn-Dixie was insolvent when the Products were sold and when Winn-Dixie received the Products.

[1] Some deliveries may have been received by Winn-Dixie after the Petition Date. Without waiving any reclamation rights, to the extent delivery to Winn-Dixie was effected after the Petition Date, FCFC asserts that it should be paid in the ordinary course of Winn-Dixie's business, as provided in any order allowing Debtors' Motion for Order (A) Granting Administrative Expense Status to the Debtors' Undisputed Obligations Arising from the Post-petition Delivery of Goods Ordered in the Pre-petition Period and Authorizing the Debtors to Pay Such Obligations in the Ordinary Course of Business, and (B) Authorizing Payment of Pre-petition Common Carrier and Warehouse Charges, filed on or about February 22, 2005.

4. By letter dated February 25, 2005 (attached hereto as Exhibit A), FCFC made written demand upon Winn-Dixie for reclamation pursuant to § 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code. A copy of the February 25, 2005 written demand for reclamation, with attachments, is attached hereto as Exhibit A (together, the "February 25 Reclamation Demand"). The February 25 Reclamation Demand was timely made and is incorporated herein by reference, including, without limitation, FCFC's demand that the Products be segregated and not used for any purpose except as authorized by the Bankruptcy Court.

5. Pursuant to § 546(c)(1) of the Bankruptcy Code, a seller may make written demand for reclamation of the goods before 10 days after the receipt by the debtor or, if the 10-day period expires after the commencement of the case, before 20 days after the debtor receives the goods. Pursuant to §§ 546(c)(2)(A) and (B) of the Bankruptcy Code, if a court denies a seller's claim for reclamation, it must grant the seller administrative expense priority pursuant to §503(b), or secure the seller's claim with a lien.

6. Without prejudice to the February 25 Reclamation Demand, FCFC hereby gives notice of its demand for reclamation of the Products delivered to Winn-Dixie. An itemization of the Products is set forth in Exhibit A attached hereto. The Products have an aggregate value of not less than $25,879.32.

BLANCO TACKABERY
COMBS & MATAMOROS, P.A.

Gene B. Tarr (NCSB #11110)
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
E-mail: gbt@btcmlaw.com

Attorneys for Florida Crystals Food Corporation

Dated: March 7, 2005

FLORIDA CRYSTALS

Winn Dixie
5050 Edgewood Court
Jacksonville, FL 32254-3699

Fax: 904-783-5059

February 25, 2005

VIA FACSIMILE, FEDERAL EXPRESS AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED

**Re: Reclamation Demand by Florida Crystals Food Corp**

Gentlemen:

Demand is hereby made upon you pursuant to Section 2-702 of the (applicable state) Uniform Commercial Code and Section 546(c) of the United States Bankruptcy Code for the return of all goods received during the periods referred to in the above-cited statute. This demand specifically includes but is not limited to goods identified in the Schedule attached hereto.

Please contact the undersigned for instructions in connection with the return of the goods.

In light of your recent bankruptcy filing, you are further notified that all goods subject to our right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the bankruptcy court.

Very truly yours,

Erik J Blomqvist
VP Florida Crystals Food Corporation

Florida Crystals Food Corp.
One North Clematis Street, Suite 200 • West Palm Beach, FL 33401 • Phone (561) 366-5140 • Fax (561) 366-5158
www.floridacrystals.com

**Exhibit A**

**Schedule to Reclamation Demand**

Invoice No. _90189540 ____
Invoice Date _02/15/05 ____
Invoice Amount _$8,678.20

Invoice No. _90189626 ____
Invoice Date _02/16/05 ____
Invoice Amount __$8,640.33

Invoice No. __90189838___
Invoice Date _02/18/05 ____
Invoice Amount __$8,560.79

FLORIDA CRYSTALS

# Invoice

BILLING #: 90189540
BILLING DATE: 02/15/2005
SHIPPING DATE:

Ship-to: 20084
Name: WINN-DIXIE STORES-ORLANDO
Address: 4401 SEABOARD DR
ORLANDO
FL 32808

Bill-to: 21522
Name: GROCERY INVENTORY, ORLANDO
Address: PO BOX 40043
JACKSONVILLE
FL 32203

Remit-to: * Remit To Address
Florida Crystals Food Corp
P.O. Box 4671
West Palm Beach, Florida 33402

INCOTERMS: FOB DEST/BUYER'S TRUCK PPD
P.O. NUMBER: 619233

ORDER NUMBER: 135611
ORDER DATE: 02/08/2005

CONTRACT#:
BILL OF LADING #:

| LINE | ITEM | DESCRIPTION | UOM | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 60071 | 12/5# THRIFTY MAID WHITE 4% BALE-PU | BAL | 210.00 | 13.50 | 2,835.00 |
| 11 | | Invoice Order Discount | | | 0.25-% | 7.09- |
| 20 | 60062 | 3/20# THRIFTY MAID WHITE 4% BALE-PU | BAL | 455.00 | 12.89 | 5,864.95 |
| 21 | | Invoice Order Discount | | | 0.25-% | 14.66- |

TERMS OF PAYMENT: 2% Discount 15 Days - Net 16.

BILLING AMOUNT (USD) 8,678.20

NOTE:

CASH DISCOUNT IF EARNED: 173.57

# Invoice

BILLING #: 90189626
BILLING DATE: 02/16/2005
SHIPPING DATE:

FLORIDA CRYSTALS

Ship-to: 20086
Name: WINN DIXIE STORES-MIAMI
Address: 3300 N.W. 123RD ST
MIAMI
FL 33167

Bill-to: 21970
Name: WINN DIXIE JACKSONVILLE
Address: P.O. BOX 40026
JACKSONVILLE
FL 32203

Remit-to: * Remit To Address
Florida Crystals Food Corp
P.O. Box 4671
West Palm Beach, Florida 33402

INCOTERMS: FOB DEST/BUYER'S TRUCK PPD
P.O. NUMBER: 623219

ORDER NUMBER: 135612
ORDER DATE: 02/08/2005

CONTRACT #:
BILL OF LADING #:

| LINE | ITEM | DESCRIPTION | UOM | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 60071 | 12/5# THRIFTY MAID WHITE 4% BALE-PU | BAL | 140.00 | 13.50 | 1,890.00 |
| 20 | 60062 | 3/20# THRIFTY MAID WHITE 4% BALE-PU | BAL | 525.00 | 12.89 | 6,767.25 |
| 21 | | Invoice Order Discount | | | 0.25-% | 16.92- |

TERMS OF PAYMENT: 2% Discount 15 Days - Net 16.

BILLING AMOUNT (USD) 8,640.33

NOTE:

CASH DISCOUNT IF EARNED: 172.81

# Invoice

**BILLING #:** 90189838
**BILLING DATE:** 02/18/2005
**SHIPPING DATE:**

FLORIDA CRYSTALS®

Ship-to: 20083
Name: WINN-DIXIE STORES-POMPANO
Address: 1141 S.W. 12TH AVE
POMPANO
FL 33069

Bill-to: 2158
Name: WINN-DIXIE/ MONTEREY CANNING
Address: P.O. Box B
JACKSONVILLE
FL 32203-0297

Remit-to: * Remit To Address
Florida Crystals Food Corp
P.O. Box 4671
West Palm Beach, Florida 33402

INCOTERMS: FOB DEST/BUYER'S TRUCK PPD
P.O. NUMBER: 631527

ORDER NUMBER: 135761
ORDER DATE: 02/15/2005

CONTRACT #:
BILL OF LADING #:

| LINE | ITEM | DESCRIPTION | UOM | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 60062 | 3/20# THRIFTY MAID WHITE 4% BALE-PU | BAL | 525.00 | 12.89 | 6,767.25 |
| 11 | | Invoice Order Discount | | | 0.25-% | 16.92- |
| 20 | 60093 | 18# SAN CARLOS WHITE 15% BAG-PW | BAG | 484.00 | 3.75 | 1,815.00 |
| 21 | | Invoice Order Discount | | | 0.25-% | 4.54- |

TERMS OF PAYMENT: 2% Discount 15 Days - Net 16.

BILLING AMOUNT (USD) 8,560.79

NOTE:

CASH DISCOUNT IF EARNED: 171.22

**CERTIFICATE OF SERVICE**

I, Gene B. Tarr, Esquire, hereby certify that on March 7, 2005, I caused a copy of the foregoing to be served upon the following persons via first class mail, postage prepaid, unless otherwise noted.

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Gene B. Tarr