## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-11063 (RDD) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

## DOMINO FOODS, INC.'S NOTICE OF DEMAND FOR RECLAMATION

Domino Foods, Inc., as agent for American Sugar Refining, Inc. and Okeelanta Corporation ("Domino"), by its undersigned counsel, files the following Notice of Demand for Reclamation (the "Notice") and respectfully states as follows:

1.    On or about February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three affiliates (collectively, "Winn-Dixie" or the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"). Upon information and belief, no trustee, examiner, or statutory committee has been appointed. The Debtors' bankruptcy cases are being jointly administered.

2.    Prior to the Petition Date, Domino provided and delivered to Winn-Dixie various sugar products (the "Products"). The Products were, upon information and belief, received and accepted by Winn-Dixie within ten (10) days of the Petition Date.[1]

---

[1] Some deliveries may have been received by Winn-Dixie after the Petition Date. Without waiving any reclamation rights, to the extent delivery to Winn-Dixie was effected after the Petition Date, Domino asserts that it should be paid in the ordinary course of Winn-Dixie's business, as provided in any order allowing Debtors' Motion for Order (A) Granting Administrative Expense Status to the Debtors' Undisputed Obligations Arising from the Post-petition Delivery of Goods Ordered in the Pre-petition Period and Authorizing the Debtors to Pay Such Obligations in the Ordinary Course of Business, and (B) Authorizing Payment of Pre-petition Common Carrier and Warehouse Charges, filed on or about February 22, 2005.

3.    The Products were sold to Winn-Dixie in the ordinary course of Domino's business. Upon information and belief, Winn-Dixie was insolvent when the Products were sold and when Winn-Dixie received the Products.

4.    By letter dated February 18, 2005 (attached hereto as Exhibit A) and amended February 25, 2005, Domino made written demand upon Winn-Dixie for reclamation pursuant to § 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code. A copy of the February 25, 2005 written demand for reclamation, with attachments, is attached hereto as Exhibit B (together, the "February 25 Reclamation Demand"). The February 25 Reclamation Demand was timely made and is incorporated herein by reference, including, without limitation, Domino's demand that the Products be segregated and not used for any purpose except as authorized by the Bankruptcy Court.

5.    Pursuant to § 546(c)(1) of the Bankruptcy Code, a seller may make written demand for reclamation of the goods before 10 days after the receipt by the debtor or, if the 10-day period expires after the commencement of the case, before 20 days after the debtor receives the goods. Pursuant to §§ 546(c)(2)(A) and (B) of the Bankruptcy Code, if a court denies a seller's claim for reclamation, it must grant the seller administrative expense priority pursuant to §503(b), or secure the seller's claim with a lien.

6.    Without prejudice to the February 25 Reclamation Demand, Domino hereby gives notice of its demand for reclamation of the Products delivered to Winn-Dixie. An itemization of the Products is set forth in Exhibit A attached hereto. The Products have an aggregate value of not less than $129,190.91.

BLANCO TACKABERY
COMBS & MATAMOROS, P.A.


Gene B. Tarr (NCSB #11110)
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
E-mail: gbt@btcmlaw.com

Attorneys for Domino Foods, Inc.

Dated: March _1_, 2005


**Domino.**

*Domino Foods, Inc.*
*1100 Key Highway East*
*Baltimore, MD 21230-5180*
*Tel (410) 752-6150*
*Fax (410) 625-8122*

February 18, 2005

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: Mr. Peter L. Lynch, President & CEO

Dear Mr. Lynch:

Pursuant to Rule 2-702 of the Uniform Commercial Code and Section 546 of the Bankruptcy Act, demand is hereby made for the return of all American Sugar Refining, Inc., and Okeelanta Corporation sugar billed by Domino Foods, Inc., and received by you within 10 days of receipt of this letter.

Our records indicate that there are 12 deliveries that fall into this category dated between 2/8 and today. I have listed the invoice numbers below for your perusal:

| 2/8 | 92309583 | 12,800.71 |
| 2/8 | 92309584 | 7,989.00 |
| 2/11 | 92310769 | 5,368.32 |
| 2/14 | 92311368 | 1,376.64 |
| 2/14 | 92311369 | 5,881.60 |
| 2/15 | 92311857 | 11,242.58 |
| 2/16 | 92312285 | 12,642.90 |
| 2/16 | 92312288 | 12,874.21 |
| 2/16 | 92312289 | 11,688.87 |
| 2/16 | 92312290 | 11,646.50 |
| 2/17 | 92312782 | 12,428.88 |
| 2/18 | 92313182 | 13,272.70 |

Yours truly,

John X. Kearney
Corporate Credit Manager

**Exhibit A**



**Domino.**

*Domino Foods, Inc.*
*1100 Key Highway East*
*Baltimore, MD 21230-5180*
*Tel (410) 752-6150*
*Fax (410) 625-8122*

February 18, 2005

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: Mr. Peter L. Lynch, President & CEO

Dear Mr. Lynch:                    **(AMENDED ON 2/25/2005)**

Pursuant to Rule 2-702 of the Uniform Commercial Code and Section 546 of the Bankruptcy Act, demand is hereby made for the return of all American Sugar Refining, Inc., and Okeelanta Corporation sugar billed by Domino Foods, Inc., and received by you within 10 days of receipt of this letter.

Our records indicate that there are 12 deliveries that fall into this category dated between 2/8 and today. I have listed the invoice numbers below for your perusal:

| Date | Invoice | Amount |
|------|---------|--------|
| 2/8  | 92309583 | 12,800.71 |
| 2/8  | 92309584 | 7,989.00 |
| 2/11 | 92310769 | 5,368.32 |
| 2/14 | 92311368 | 1,376.64 |
| 2/14 | 92311369 | 5,881.60 |
| 2/15 | 92311857 | 11,242.58 |
| 2/16 | 92312285 | 12,642.90 |
| 2/16 | 92312288 | 12,874.21 |
| 2/16 | 92312289 | 11,688.87 |
| 2/16 | 92312290 | 11,646.50 |
| 2/17 | 92312782 | 12,428.88 |
| 2/18 | 92313182 | 13,272.70 |
| 2/24 | 92314964 | 9,978.00 (Delivered on 2/18-see POD). |

Yours truly,

*John X. Kearney*
John X. Kearney
Corporate Credit Manager

**Exhibit B**

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | | TERMS | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 611259 | 1 | | 2% 10, GROSS 11 | | | | 92309583 |
| CONTRACT NUMBER | FREIGHT | F.O.B. | DATE SHIPPED | DELIVERY NO. | BROKER | | INVOICE DATE |
| | PPD | DESTINATION | 02/07/2005 | FC80153448 | ACOSTA SALES CO INC | | 02/08/2005 |

| SHIPPING LOCATION NO. | CARRIER ROUTE | | | CAR INITIAL NO. | ORDER NO. | | |
| Okeelanta Distrib1001 | CH ROBINSON | | | | 0302621 | | |

| UNITS SHIPPED | PRODUCT DESCRIPTION | | | NET WEIGHT | UNIT PRICE | UNIT CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|---|
| 816 | 4/10# GRAN-WINN DIXIE | | | | | | 10,110.24 |
| | % Damage Allowance | | | 32,640 | 12.39 | BAL USD | 25.28- |
| 192 | 20/2# GRAN-WINN DIXIE | | | | | | 2,722.56 |
| | % Damage Allowance | | | 7,680 | 14.18 | BAL USD | 6.81- |
| 20 | CHEP PALLETS | | | | | PAL | |

EARN A DISCOUNT OF:    256.02-
REMITTING:    12,544.69
IF PAID BEFORE:    02/18/2005

TOTAL WEIGHT
41,820
LB

DUE BY    CURRENCY
02/18/2005

| TOTAL UNIT | | TOTAL AMOUNT |
|---|---|---|
| 1,008 | | 12,800.71 |

**SHIP TO**
206746
WINN-DIXIE STORES-ORLANDO
4401 SEABOARD DR
ORLANDO FL  32808-0000

**BILL TO**
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL  32203-0000

**REMIT TO**
Domino Foods Inc.
PO Box 751945
Charlotte NC  28275-1945

# INVOICE

| | | | |
|---|---|---|---|
| CUSTOMER P.O. NUMBER 611285 | PAGE NUMBER 1 | | INVOICE NO. 92309584 |
| CONTRACT NUMBER | FREIGHT PPD | F.O.B. DESTINATION | INVOICE DATE 02/08/2005 |

TERMS 2% 10, GROSS 11
DATE SHIPPED 02/07/2005
DELIVERY NO. FC80153528
CAR INITIAL NO.
BROKER ACOSTA SALES CO INC
AMOUNT

SHIPPING LOCATION NO. Okeelanta Distrib1001
CARRIER ROUTE CH ROBINSON
ORDER NO. 0302622

| UNITS SHIPPED | PRODUCT DESCRIPTION | NET WEIGHT | UNIT PRICE | UNIT | CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|
| 360 | 8/5# GRAN-DOMINO | 14,400 | 16.65 | BAL | USD | 5,994.00 |
| 70 | 24/1# POWDERED 10X-DOMINO (PP) | 1,680 | 14.25 | CS | USD | 997.50 |
| 70 | 24/1# LT BROWN-DOMINO (PP) | 1,680 | 14.25 | CS | USD | 997.50 |
| 8 | CHEP PALLETS | | | PAL | | |

EARN A DISCOUNT OF:        159.78-
REMITTING:             7,829.22
IF PAID BEFORE:       02/18/2005

TOTAL UNIT 500
TOTAL WEIGHT 18,360 LB
DUE BY 02/18/2005 CURRENCY
TOTAL AMOUNT 7,989.00

**SHIP TO**
206746
WINN-DIXIE STORES-ORLANDO
4401 SEABOARD DR
ORLANDO FL 32808-0000

**BILL TO**
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL 32203-0000

**REMIT TO**
Domino Foods Inc.
PO Box 751945
Charlotte NC 28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | | TERMS | | | |
|---|---|---|---|---|---|---|
| 621422 | 1 | | 2% 10, GROSS 11 | | | |
| CONTRACT NUMBER | FREIGHT | F.O.B. | DATE SHIPPED | DELIVERY NO. | BROKER | INVOICE NO. |
| | PPD | DESTINATION | 02/09/2005 | FC801536399 | ACOSTA SALES CO INC | 923110769 |

| SHIPPING LOCATION NO. | CARRIER ROUTE | | | GAR INITIAL NO. | | INVOICE DATE |
|---|---|---|---|---|---|---|
| Okeelanta Distrib1001 | CH ROBINSON | | | | ORDER NO. | 02/11/2005 |
| | | | | | 0306586 | |

| UNITS SHIPPED | PRODUCT DESCRIPTION | | | NET WEIGHT | UNIT PRICE | UNIT CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|---|
| 72 | 12/48 OZ JUG NATURAL CANE SUGAR | | | 2,592 | 26.76 | CS  USD | 1,926.72 |
| 120 | 12/44 OZ JUG DEMERARA CANE SUGAR | | | 3,960 | 28.68 | CS  USD | 3,441.60 |
| 4 | Pallets | (P) | | | | PAL | |

EARN A DISCOUNT OF:          107.36-
REMITTING:                  5,260.96
IF PAID BEFORE:             02/21/2005

| TOTAL UNIT | TOTAL WEIGHT | DUE BY | CURRENCY | TOTAL AMOUNT |
|---|---|---|---|---|
| 192 | 6,784  LB | 02/21/2005 | | 5,368.32 |

**SHIP TO**
206746
WINN-DIXIE STORES-ORLANDO
4401 SEABOARD DR
ORLANDO FL  32808-0000

**BILL TO**
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL  32203-0000

**REMIT TO**
Domino Foods Inc.
PO Box 751945
Charlotte NC  28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | | TERMS | | | INVOICE NO. |
|---|---|---|---|---|---|---|
| 621423 | 1 | | 2% 10, GROSS 11 | | | 92311368 |
| CONTRACT NUMBER | FREIGHT | F.O.B. | DATE SHIPPED | DELIVERY NO. | BROKER | INVOICE DATE |
| | PPD | DESTINATION | 02/11/2005 | FC80153833 | ACOSTA SALES CO INC | 02/14/2005 |

SHIPPING LOCATION NO.        CARRIER ROUTE                              CAR INITIAL NO.                     ORDER NO.
Okeelanta Distrib1001    CH ROBINSON                                                                      0306563

UNITS SHIPPED  PRODUCT DESCRIPTION

| | | NET WEIGHT | UNIT PRICE UNIT CURRENCY | AMOUNT |
|---|---|---|---|---|
| 48 | 12/44 OZ JUG DEMERARA CANE SUGAR (P) | 1,584 | 28.68 CS USD | 1,376.64 |
| 1 | Pallets | | PAL | |

EARN A DISCOUNT OF:          27.53 -
REMITTING:                1,349.11
IF PAID BEFORE:          02/24/2005

| TOTAL WEIGHT | DUE BY | CURRENCY | TOTAL AMOUNT |
|---|---|---|---|
| 1,642 | 02/24/2005 | | 1,376.64 |
| LB | | | |

## SHIP TO

114914
WINN DIXIE RETAIL SUPPORT CENTER
BALDWIN BLDG B    GROCERY WRHSE
15500 WEST BEAVER STREET
JACKSONVILLE FL   32234-0000

## BILL TO

401100
WINN DIXIE /RALEIGH
PO BOX 40955
JACKSONVILLE FL   32203-0000

## REMIT TO

Domino Foods Inc.
PO Box 751945
Charlotte NC   28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | | | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 621414 | 1 | | TERMS | | | | 92311369 |
| CONTRACT NUMBER | FREIGHT | F.O.B. | 2% 10, GROSS 11 | DELIVERY NO. | BROKER | | INVOICE DATE |
| | PPD | DESTINATION | DATE SHIPPED 02/11/2005 | TRA823332253 | ACOSTA SALES CO INC | | 02/14/2005 |
| SHIPPING LOCATION NO. | CARRIER ROUTE | | | CAR INITIAL NO. | ORDER NO. | | |
| Chalmette Refiner6005 | OLD DOMINION FREIGHT LINE | | | 589245 | 0306492 | | |

| UNITS SHIPPED | PRODUCT DESCRIPTION | NET WEIGHT | UNIT PRICE | UNIT | CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|
| 180 | 8/5# GRAN-DOMINO | 7,200 | 16.86 | BAL | USD | 3,034.80 |
| 70 | 24/1# POWDERED 10X-DOMINO | 1,680 | 14.37 | CS | USD | 1,005.90 |
| 25 | 12/1# DOTS DOMINO SUGAR CUBES | 300 | 10.90 | CS | USD | 272.50 |
| 20 | 12/2# POWDERED 10X-DOMINO | 480 | 14.25 | CS | USD | 285.00 |
| 20 | 24/1# DK BROWN-DOMINO | 480 | 14.37 | CS | USD | 287.40 |
| 30 | 24/1# POWDERED 4X-DOMINO | 720 | 14.37 | CS | USD | 431.10 |
| 45 | 12-16 OZ CAN EFG-DOMINO | 540 | 9.14 | CS | USD | 411.30 |
| 20 | 12-50 SUGAR PKTS-DOMINO | 94 | 7.68 | CS | USD | 153.60 |
| 6 | CHEP PALLETS | | | PAL | | |
| | Pallets | | | EA | | |

EARN A DISCOUNT OF: 117.64-
REMITTING: 5,763.96
IF PAID BEFORE: 02/24/2005

TOTAL UNIT 410

TOTAL WEIGHT 11,896 LB

DUE BY 02/24/2005 CURRENCY

TOTAL AMOUNT 5,881.60

**BILL TO**
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL 32203-0000

**SHIP TO**
206740
WINN DIXIE OF ATLANTA INC
5400 FULTON IND BLVD
ATLANTA GA 30336-0000

**REMIT TO**
Domino Foods Inc.
PO Box 751945
Charlotte NC 28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | FREIGHT | F.O.B. | TERMS | DELIVERY NO. | BROKER | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 621405 | 1 | COL | WAREHOUSE | 2% 10, GROSS 11 | FCB0153911 | ACOSTA SALES CO INC | 92311857 |
| CONTRACT NUMBER | | | | DATE SHIPPED | CAR INITIAL NO. | ORDER NO. | INVOICE DATE |
| | | | | 02/14/2005 | N/A | 0306490 | 02/15/2005 |

SHIPPING LOCATION NO. Okeelanta Distrib1001    CARRIER ROUTE

| UNITS SHIPPED | PRODUCT DESCRIPTION | NET WEIGHT | UNIT PRICE | UNIT | CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|
| 300 | 8/5# GRAN-WINN DIXIE | 12,000 | 12.48 | BAL | USD | 3,744.00 |
| | Freight Allowance | | | | | 99.00- |
| | % Damage Allowance | | | | | 9.11- |
| 240 | 4/10# GRAN-WINN DIXIE | 9,600 | 12.44 | BAL | USD | 2,985.60 |
| | Freight Allowance | | | | | 79.20- |
| | % Damage Allowance | | | | | 7.27- |
| 196 | 25# BFG-WINN DIXIE | 4,900 | 8.06 | BAG | USD | 1,579.76 |
| | Freight Allowance | | | | | 39.20- |
| | % Damage Allowance | | | | | 3.85- |
| 192 | 20/2# GRAN-WINN DIXIE | 7,680 | 14.23 | BAL | USD | 2,732.16 |
| | Freight Allowance | | | | | 63.36- |
| | % Damage Allowance | | | | | 6.67- |
| 50 | 12/2# LT BROWN-WINN DIXIE | 1,200 | 10.39 | BAL | USD | 519.50 |
| | 12/2# POWDERED 10X-WINN DIXIE | | | CS | USD | 9.50- |
| | Freight Allowance | | | | | |
| | % Damage Allowance | | | | | 1.28- |
| 16 | CHEP PALLETS | | | PAL | | |

| TOTAL UNIT | | TOTAL WEIGHT | DUE BY | CURRENCY | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 978 | | 36,580 LB | 02/25/2005 | | 11,242.58 |

**SHIP TO**
206743
WINN-DIXIE STORES /MIAMI
3300 NW 123RD ST
MIAMI FL   33167-0000

**BILL TO**
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL   32203-0000

**REMIT TO**
Domino Foods Inc.
PO Box 751945
Charlotte NC   28275-1945

# INVOICE

| | | |
|---|---|---|
| **INVOICE NO.** | | 92311857 |
| **INVOICE DATE** | | 02/15/2005 |

**CUSTOMER P.O. NUMBER**
621405

**CONTRACT NUMBER**

**PAGE NUMBER**
2

**FREIGHT**
COL

**F.O.B.**
WAREHOUSE

CARRIER ROUTE

**TERMS**
2% 10, GROSS 11

**DATE SHIPPED**
02/14/2005

**DELIVERY NO.**
PC801153911

**CAR INITIAL NO.**
N/A

**BROKER**
ACOSTA SALES CO INC

**ORDER NO.**
0306490

**SHIPPING LOCATION NO.**
Okeelanta Distrib1001

**UNITS SHIPPED   PRODUCT DESCRIPTION**

**NET WEIGHT**

**UNIT PRICE   UNIT CURRENCY**

**AMOUNT**

EARN A DISCOUNT OF:    224.84-
REMITTING:            11,017.74
IF PAID BEFORE:       02/25/2005

**TOTAL UNIT**
978

**TOTAL WEIGHT**
36,580   LB

**DUE BY   CURRENCY**
02/25/2005

**TOTAL AMOUNT**
11,242.58

## SHIP TO
206743
WINN-DIXIE STORES /MIAMI
3300 NW 123RD ST
MIAMI FL  33167-0000

## BILL TO
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL  32203-0000

## REMIT TO
Domino Foods Inc.
PO Box 751945
Charlotte NC   28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | F.O.B. | TERMS | DELIVERY NO. | BROKER | INVOICE NO. |
|---|---|---|---|---|---|---|
| 621406 | 1 | WAREHOUSE | 2% 10, GROSS 11 | FC801153907 | ACOSTA SALES CO INC | 92312285 |
| CONTRACT NUMBER | FREIGHT | CARRIER ROUTE | DATE SHIPPED | CAR INITIAL NO. | ORDER NO. | INVOICE DATE |
|  | COL |  | 02/15/2005 | N/A | 0306491 | 02/16/2005 |

SHIPPING LOCATION NO.
Okeelanta Distrib1001

| UNITS SHIPPED | PRODUCT DESCRIPTION | NET WEIGHT | UNIT PRICE | UNIT | CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|
| 600 | 8/5# GRAN-WINN DIXIE | 24,000 | 12.48 | BAL | USD | 7,488.00 |
|  | Freight Allowance |  | 100.00 |  |  | 198.00- |
|  | % Damage Allowance |  | 0.25 |  |  | 18.23- |
| 192 | 4/10# GRAN-WINN DIXIE | 7,680 | 12.44 | BAL | USD | 2,388.48 |
|  | Freight Allowance |  | 100.00 |  |  | 63.36- |
|  | % Damage Allowance |  | 0.25 |  |  | 5.81- |
| 98 | 25# EFG-WINN DIXIE | 2,450 | 8.06 | BAG | USD | 789.88 |
|  | Freight Allowance |  | 100.00 |  |  | 19.60- |
|  | % Damage Allowance |  | 0.25 |  |  | 1.93- |
| 128 | 20/2# GRAN-WINN DIXIE | 5,120 | 14.23 | BAL | USD | 1,821.44 |
|  | Freight Allowance |  | 100.00 |  |  | 42.24- |
|  | % Damage Allowance |  | 0.25 |  |  | 4.45- |
| 50 | 12/2# LT BROWN-WINN DIXIE |  |  |  |  |  |
|  | 12/2# POWDERED 10X-WINN DIXIE | 1,200 | 10.39 | BAL | USD | 519.50 |
|  | Freight Allowance |  | 100.00 | CS | USD | 9.50- |
|  | % Damage Allowance |  | 0.25 |  |  | 1.28- |
| 18 | CHEP PALLETS |  |  | PAL |  |  |

TOTAL UNIT
1,068

TOTAL WEIGHT
41,800 LB

DUE BY   02/26/2005   CURRENCY

TOTAL AMOUNT
12,642.90

## SHIP TO
206743
WINN-DIXIE STORES /MIAMI
3300 NW 123RD ST
MIAMI FL   33167-0000

## BILL TO
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL   32203-0000

## REMIT TO
Domino Foods Inc.
PO Box 751945
Charlotte NC   28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | | | TERMS | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 621406 | 2 | | 2% | 10, | GROSS 11 | | | 92312285 |
| CONTRACT NUMBER | FREIGHT | F.O.B. | | DATE SHIPPED | DELIVERY NO. | BROKER | | INVOICE DATE |
| | COL | WAREHOUSE | | 02/15/2005 | FC801153907 | ACOSTA SALES CO INC | | 02/16/2005 |

SHIPPING LOCATION NO.
OkeeLanta Distrib1001
CARRIER ROUTE

CAR IMITIAL NO.
N/A

ORDER NO.
03064.91

UNITS SHIPPED    PRODUCT DESCRIPTION          NET WEIGHT     NET WEIGHT     UNIT PRICE   UNIT CURRENCY     AMOUNT

EARN A DISCOUNT OF:        252.87-
REMITTING:               12,390.03
IF PAID BEFORE:          02/26/2005

TOTAL UNIT
1,068

TOTAL WEIGHT
41,800
LB

DUE BY    CURRENCY
02/26/2005

TOTAL AMOUNT
12,642.90

## SHIP TO
206743
WINN-DIXIE STORES /MIAMI
3300 NW 123RD ST
MIAMI FL  33167-0000

## BILL TO
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL  32203-0000

### REMIT TO
Domino Foods Inc.
PO Box 751945
Charlotte NC  28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | | TERMS | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 621403 | 1 | | 2% 10, GROSS 11 | | | | 92312288 |
| CONTRACT NUMBER | FREIGHT | F.O.B. | DATE SHIPPED | DELIVERY NO. | BROKER | | INVOICE DATE |
| | COL | WAREHOUSE | 02/15/2005 | FCB01S4066 | ACOSTA SALES CO INC | | 02/16/2005 |
| SHIPPING LOCATION NO. | | CARRIER ROUTE | | CAR INITIAL NO. | | ORDER NO. | |
| Okeelanta Distrib1001 | | | | N/A | | 0306482 | |
| UNITS SHIPPED  PRODUCT DESCRIPTION | | | | NET WEIGHT | | UNIT PRICE  UNIT CURRENCY | AMOUNT |

| UNITS SHIPPED | PRODUCT DESCRIPTION | NET WEIGHT | UNIT PRICE | UNIT | CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|
| 540 | 8/5# GRAN-WINN DIXIE | 21,600 | 12.48 | BAL | USD | 6,739.20 |
| | Freight Allowance | | | | | 178.20- |
| | % Damage Allowance | | | | | 16.40- |
| 240 | 4/10# GRAN-WINN DIXIE | 9,600 | 12.44 | BAL | USD | 2,985.60 |
| | Freight Allowance | | | | | 79.20- |
| | % Damage Allowance | | | | | 7.27- |
| 98 | 25# EPG-WINN DIXIE | 2,450 | 8.06 | BAG | USD | 789.88 |
| | Freight Allowance | | | | | 19.60- |
| | % Damage Allowance | | | | | 1.93- |
| 192 | 20/2# GRAN-WINN DIXIE | 7,680 | 14.23 | BAL | USD | 2,732.16 |
| | Freight Allowance | | | | | 63.36- |
| | % Damage Allowance | | | | | 6.67- |
| 18 | 12/2# LT BROWN-WINN DIXIE | | | BAL | USD | |
| | CHEP PALLETS | | | | PAL | |

EARN A DISCOUNT OF;       257.48-
REMITTING;             12,616.73
IF PAID BEFORE:        02/26/2005

| TOTAL UNIT | TOTAL WEIGHT | DUE BY | CURRENCY | TOTAL AMOUNT |
|---|---|---|---|---|
| 1,070 | 42,680 | 02/26/2005 | | 12,874.21 |
| | LB | | | |

**SHIP TO**

200584
WINN-DIXIE STORES/POMPANO
1141 S W 12TH AVE
POMPANO BEACH FL 33069-0000

**BILL TO**

401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL 32203-0000

*REMIT TO*

Domino Foods Inc.
PO Box 751945
Charlotte NC 28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | | TERMS | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 621402 | 1 | | 2% 10, GROSS 11 | | | | 92312289 |
| CONTRACT NUMBER | FREIGHT | F.O.B. | DATE SHIPPED | DELIVERY NO. | | BROKER | INVOICE DATE |
| | COL | WAREHOUSE | 02/15/2005 | FC80154068 | | ACOSTA SALES CO INC | 02/16/2005 |
| SHIPPING LOCATION NO. | CARRIER ROUTE | | | CAR INITIAL NO. | | ORDER NO. | |
| Okeelanta Distrib1001 | | | | N/A | | 0306481 | |
| UNITS SHIPPED PRODUCT DESCRIPTION | | | | NET WEIGHT | UNIT PRICE | UNIT CURRENCY | AMOUNT |

| UNITS SHIPPED | PRODUCT DESCRIPTION | NET WEIGHT | UNIT PRICE | | CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|
| 780 | 8/5# GRAN-WINN DIXIE | 31,200 | 12.48 | BAL | USD | 9,734.40 |
| | Freight Allowance | | | | | 257.40- |
| | % Damage Allowance | | | | | 23.69- |
| 48 | 4/10# GRAN-WINN DIXIE | 1,920 | 12.44 | BAL | USD | 597.12 |
| | Freight Allowance | | | | | 15.84- |
| | % Damage Allowance | | | | | 1.45- |
| 98 | 25# EFG-WINN DIXIE | 2,450 | 8.06 | BAG | USD | 789.88 |
| | Freight Allowance | | | | | 19.60- |
| | % Damage Allowance | | | | | 1.93- |
| 64 | 20/2# GRAN-WINN DIXIE | 2,560 | 14.23 | BAL | USD | 910.72 |
| | Freight Allowance | | | | | 21.12- |
| | % Damage Allowance | | | | | 2.22- |
| 16 | 12/2# LT BROWN-WINN DIXIE | | | BAL | USD | |
| | CHEP PALLETS | | | | PAL | |

EARN A DISCOUNT OF:       233.79-
REMITTING:             11,455.08
IF PAID BEFORE:        02/26/2005

| TOTAL UNIT | | TOTAL WEIGHT | DUE BY | CURRENCY | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 990 | | 39,330 LB | 02/26/2005 | | 11,688.87 |

*SHIP TO*
200584
WINN-DIXIE STORES/POMPANO
1141 S W 12TH AVE
POMPANO BEACH FL 33069-0000

*BILL TO*
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL 32203-0000

*REMIT TO*
Domino Foods Inc.
PO Box 751945
Charlotte NC 28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | | PAGE NUMBER | | | | INVOICE NO. |
|---|---|---|---|---|---|---|
| 629227 | | 1 | | | | 92312290 |
| CONTRACT NUMBER | | FREIGHT | F.O.B. | | | INVOICE DATE |
| | | COL | WAREHOUSE | | | 02/16/2005 |

**TERMS:** 2% 10, GROSS 11
**DATE SHIPPED:** 02/15/2005
**DELIVERY NO.:** TA82334533
**CAR INITIAL NO.:** N/A
**BROKER:** DAYMON WORLDWIDE

**SHIPPING LOCATION NO.:** Chalmette Refiner5005
**CARRIER ROUTE**
**ORDER NO.:** 0308763

| UNITS SHIPPED | PRODUCT DESCRIPTION | NET WEIGHT | UNIT PRICE | UNIT | CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|
| 350 | 24/1# POWDERED 10X-DOMINO | 8,400 | 14.09 | CS | USD | 4,931.50 |
| 210 | 24/1# LT BROWN-DOMINO | 5,040 | 14.09 | CS | USD | 2,958.90 |
| | Off-Invoice | | 1.20 | | | 252.00- |
| 150 | 12-100 SUGAR PKTS-DOMINO | 1,406 | 13.57 | CS | USD | 2,035.50 |
| 140 | 24/1# DK BROWN-DOMINO | 3,360 | 14.09 | CS | USD | 1,972.60 |
| 12 | CHEP PALLETS | | | PAL | | |
| | Pallets | | | EA | | |

EARN A DISCOUNT OF:   232.93
REMITTING:   11,413.57
IF PAID BEFORE:   02/26/2005

**TOTAL UNIT**
850

**TOTAL WEIGHT**
19,010 LB

**DUE BY   CURRENCY**
02/26/2005

**TOTAL AMOUNT**
11,646.50

## SHIP TO
2067763
WINN DIXIE MONTGOMERY INC
1550 JACKSON FERRY RD
MONTGOMERY AL   36104-0000

## BILL TO
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL   32203-0000

## REMIT TO
Domino Foods Inc.
PO Box 751945
Charlotte NC   28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | | TERMS | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 621404 | 1 | | 2%  10,  GROSS 11 | | | | 92312782 |
| CONTRACT NUMBER | FREIGHT | F.O.B. | DATE SHIPPED | DELIVERY NO. | BROKER | | INVOICE DATE |
| | COL | WAREHOUSE | 02/16/2005 | FCB0154162 | ACOSTA  SALES CO INC | | 02/17/2005 |
| SHIPPING LOCATION NO. | CARRIER ROUTE | | | CAR INITIAL NO. | | ORDER NO. | |
| Okeelanta Distrib1001 | | | | N/A | | 0306483 | |
| UNITS SHIPPED  PRODUCT DESCRIPTION | | | | NET WEIGHT | UNIT PRICE | UNIT CURRENCY | AMOUNT |

| UNITS SHIPPED | PRODUCT DESCRIPTION | NET WEIGHT | UNIT PRICE | | | AMOUNT |
|---|---|---|---|---|---|---|
| 720 | 8/5# GRAN-WINN DIXIE | 28,800 | 12.48 | BAL | USD | 8,985.60 |
| | Freight Allowance | | | | | 237.60- |
| | % Damage Allowance | | | | | 21.87- |
| 96 | 4/10# GRAN-WINN DIXIE | 3,840 | 12.44 | BAL | USD | 1,194.24 |
| | Freight Allowance | | | | | 31.68- |
| | % Damage Allowance | | | | | 2.91- |
| 98 | 25# EFG-WINN DIXIE | 2,450 | 8.06 | BAG | USD | 789.88 |
| | Freight Allowance | | | | | 19.60- |
| | % Damage Allowance | | | | | 1.93- |
| 128 | 20/2# GRAN-WINN DIXIE | 5,120 | 14.23 | BAL | USD | 1,821.44 |
| | Freight Allowance | | | | | 42.24- |
| | % Damage Allowance | | | | | 4.45- |
| 18 | 12/2# LT BROWN-WINN DIXIE | | | BAL | USD | |
| | CHEP PALLETS | | | | PAL | |

EARN A DISCOUNT OF:  248.58-
REMITTING:  12,180.30
IF PAID BEFORE:  02/27/2005

| TOTAL UNIT | TOTAL WEIGHT | DUE BY | CURRENCY | TOTAL AMOUNT |
|---|---|---|---|---|
| 1,042 | 41,560  LB | 02/27/2005 | | 12,428.88 |

**SHIP TO**
200584
WINN-DIXIE STORES/POMPANO
1141 S W 12TH AVE
POMPANO BEACH FL 33069-0000

**BILL TO**
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL 32203-0000

**REMIT TO**
Domino Foods Inc.
PO Box 751945
Charlotte NC 28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER 621393 | PAGE NUMBER 1 | | | TERMS | | | | | | INVOICE NO. 92313182 |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRACT NUMBER | FREIGHT PPD | F.O.B. DESTINATION | | 2% 10, GROSS 11 DATE SHIPPED 02/17/2005 | DELIVERY NO. FC80154212 | BROKER ACOSTA | SALES CO INC | | | INVOICE DATE 02/18/2005 |
| SHIPPING LOCATION NO. Okeelanta Distrib1001 | CARRIER ROUTE CH ROBINSON | | | | CAR INITIAL NO. | | ORDER NO. 0306484 | | | |
| UNITS SHIPPED   PRODUCT DESCRIPTION | | | | | NET WEIGHT | UNIT PRICE | UNIT CURRENCY | | | AMOUNT |
| 624 | 4/10# GRAN-WINN DIXIE | | | | 24,960 | 12.39 | BAL USD | | | 7,731.36 |
| | % Damage Allowance | | | | | | | | | 19.33- |
| 320 | 20/2# GRAN-WINN DIXIE | | | | 12,800 | 14.18 | BAL USD | | | 4,537.60 |
| | % Damage Allowance | | | | | | | | | 11.34- |
| | 12/2# LT BROWN-WINN DIXIE | | | | | | | | | |
| 100 | 12/2# POWDERED 10X-WINN DIXIE | | | | 2,400 | 10.37 | CS USD | | | 1,037.00 |
| | % Damage Allowance | | | | | | CS USD | | | 2.59- |
| 20 | CHEP PALLETS | | | | | | PAL | | | |

EARN A DISCOUNT OF:        265.46-
REMITTING:             13,007.24
IF PAID BEFORE:         02/28/2005

| TOTAL UNIT 1,044 | TOTAL WEIGHT 41,660   LB | DUE BY 02/28/2005 | CURRENCY | TOTAL AMOUNT 13,272.70 |
|---|---|---|---|---|

### SHIP TO
206746
WINN-DIXIE STORES-ORLANDO
4401 SEABOARD DR
ORLANDO FL   32808-0000

### BILL TO
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL   32203-0000

### REMIT TO
Domino Foods Inc.
PO Box 751945
Charlotte NC     28275-1945

# INVOICE

| CUSTOMER P.O. NUMBER | PAGE NUMBER | | | | | INVOICE NO. |
|---|---|---|---|---|---|---|
| 629199 | 1 | | | | | 92314964 |
| CONTRACT NUMBER | FREIGHT | F.O.B. | TERMS | | BROKER | INVOICE DATE |
| | PPD | DESTINATION | 2% 10, GROSS 11 | | ACOSTA SALES CO INC | 02/24/2005 |

| | | | DATE SHIPPED | DELIVERY NO. | | |
|---|---|---|---|---|---|---|
| SHIPPING LOCATION NO. | CARRIER ROUTE | | 02/23/2005 | FC80154202 | ORDER NO. | |
| Okeelanta Distrib1001 | CH ROBINSON | | | CAR INITIAL NO. | 0308736 | |

| UNITS SHIPPED | PRODUCT DESCRIPTION | NET WEIGHT | UNIT PRICE | UNIT | CURRENCY | AMOUNT |
|---|---|---|---|---|---|---|
| 120 | 8/5# GRAN-DOMINO | 4,800 | 16.65 | BAL | USD | 1,998.00 |
| 280 | 24/1# POWDERED 10X-DOMINO (PP) | 6,720 | 14.25 | CS | USD | 3,990.00 |
| 280 | 24/1# LT BROWN-DOMINO (PP) | 6,720 | 14.25 | CS | USD | 3,990.00 |
| 10 | CHEP PALLETS | | | PAL | | |

EARN A DISCOUNT OF:     199.56-
REMITTING:              9,778.44
IF PAID BEFORE:         03/06/2005

| TOTAL WEIGHT | DUE BY | CURRENCY | TOTAL AMOUNT |
|---|---|---|---|
| 18,990 LB | 03/06/2005 | | 9,978.00 |

**REMIT TO**
Domino Foods Inc.
PO Box 751945
Charlotte NC   28275-1945

**BILL TO**
401100
WINN DIXIE /RALEIGH
PO Box 40955
JACKSONVILLE FL  32203-0000

**SHIP TO**
206746
WINN-DIXIE STORES-ORLANDO
4401 SEABOARD DR
ORLANDO FL  32808-0000

OTAL UNIT
680

## CERTIFICATE OF SERVICE

I, Gene B. Tarr, Esquire, hereby certify that on March __1__, 2005, I caused a copy of the foregoing to be served upon the following persons via first class mail, postage prepaid, unless otherwise noted.

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Gene B. Tarr

BTCM/278405 v 1