**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| In re: | In re: Case No. 05-11063 (RDD) |
|     Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| | (Jointly Administered) |
|     Debtors. | |

----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, __Jeffrey M. Chebot,__ a member in good standing of the bar in the States of __Pennsylvania and New Jersey__, or of the bar of the U.S. District Court for the Eastern District of __Pennsylvania__, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent __Sunkist Growers, Inc.__, a __creditor__ in the above referenced ☒ case ☐ adversary proceeding.

My:     address is Whiteman, Bankes & Chebot, LLC, Suite 1300, Constitution Place, 325 Chestnut Street, Philadelphia, PA 19106

    e-mail address is __jchebot@wbc-lawyers.com__; telephone number is __(215) 829-0014__
    (fax: (215) 829-0059)

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice.***

Dated: March 9, 2005            Respectfully submitted,

Philadelphia, Pennsylvania

                                                    Jeffrey M. Chebot

### ORDER

**ORDERED,**

that __Jeffrey M. Chebot__, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

        New York, New York      /s/ _____
                                                      UNITED STATES BANKRUPTCY JUDGE