SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
----------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF ORDER AUTHORIZING DEBTORS TO RETAIN BAIN & COMPANY, INC. TO PROVIDE FINANCE GROUP SUPPORT SERVICES**

PLEASE TAKE NOTICE that on March 25, 2005, the Debtors filed (i) the annexed application (the "Application") for entry of an order authorizing and approving the retention of Bain & Company, Inc., nunc pro tunc to February 21, 2005, to provide certain finance group support services during these cases, pursuant to Title 11 of the United States Code § 327(a) (the "Bankruptcy Code") and (ii) a proposed order granting such relief (the "Proposed Order").

PLEASE TAKE FURTHER NOTICE that the Proposed Order will be presented for signature to the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 on April 12, 2005.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application and entry of the Proposed Order must be made in writing and received in the chambers of the Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, 21st Floor, New York, New York 10004, Attention: Richard C. Morrissey, Esq.; Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attention: D. J. Baker, Esq; Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Matthew S. Barr, Esq.; Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, 29th Floor, New York, New York 10169, Attention: Jonathan N. Helfat, Esq.; Bain & Company, Inc., The Monarch Tower, Suite 1200, 3424 Peachtree Road, NE, Atlanta, Georgia 30326, Attention: Mr. Pratap C. Mukharji; McDermott Will & Emery LLP, 227 W. Monroe Street, Suite 5400, Chicago, Illinois 60606, Attention: Mohsin N. Khambati; and the undersigned counsel not later that April 11, 2005 at 4:00 p.m. (EDT).  Unless objections are received by that time, the Proposed Order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, a hearing will be held in the United States Bankruptcy Court for the Southern District of New York on April 12, 2005, at 10:00 a.m.(EDT).  The moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied.

Dated: March 25, 2005
       New York, New York

/s/      *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
David M. Turetsky
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

Attorneys for Debtors