**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

| | |
|---|---|
| In re : | Chapter 11 |
| | Case No. 05-11063 (RDD) |
| WINN-DIXIE STORES, INC., et al., | (Jointly Administered) |
| Debtors. | |

----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Gene B. Tarr, a member in good standing of the bar in the State of North Carolina, and admitted to practice before the United States District Courts for the Western, Middle, and Eastern Districts of North Carolina, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Domino Foods, Inc., as agent for American Sugar Refining, Inc. and Okeelanta Corporation, and Florida Crystals Food Corporation in the above referenced Chapter 11 bankruptcy case.

My contact information is as follows:

| | |
|---|---|
| Mailing Address: | P.O. Drawer 25008 |
| | Winston-Salem, NC 27114-5008 |
| Street Address: | 110 S. Stratford Road, 5th Floor |
| | Winston-Salem, NC 27104-4214 |
| Telephone: | (336) 293-9000 |
| Facsimile: | (336) 293-9030 |
| E-mail: | gbt@btcmlaw.com |

I have tendered contemporaneously herewith a fee of $25.00.

This the 28th day of March, 2005.

                                                    /s/ Gene B. Tarr
                                                    Gene B. Tarr  (GBT-1608)
                                                    *Attorney for Domino Foods, Inc.*

**OF COUNSEL:**
BLANCO TACKABERY
COMBS & MATAMOROS, P.A.
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Fax: (336) 293-9030
Email: gbt@btcmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re : | Chapter 11 |
| | Case No. 05-11063 (RDD) |
| WINN-DIXIE STORES, INC., et al., | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

## ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED,** that Gene B. Tarr, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____           /s/ _____
New York, New York                    UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I, Gene B. Tarr, Esquire, hereby certify that on March 28th, 2005, I caused a copy of the foregoing to be served upon the following persons via first class mail, postage prepaid, unless otherwise noted.

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036
(*Counsel for Debtors*)

Sarah Robinson Borders, Esq.
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303
(*Co-Counsel for Debtors*)

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
(*Counsel for Official Unsecured Creditors' Committee*)

　　　　　　　　　　 /s/ Gene B. Tarr
　　　　　　　　　Gene B. Tarr (GBT-1608)