LEONARD, STREET AND DEINARD, PA
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
Facsimile: 612-335-1657
Larry B. Ricke (MN Bar No. 121800)

Attorneys for United Sugars Corporation

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------X

### NOTICE OF RECLAMATION DEMAND OF
### UNITED SUGARS CORPORATION

PLEASE TAKE NOTICE that on February 23, 2005, United Sugars Corporation made demand upon Winn-Dixie Stores, Inc. for the reclamation of goods with a value of $160,004.06 pursuant to § 2-702 of the Uniform Commercial Code (as adopted in relevant states), 11 U.S.C. § 546(c) and Fed. R. Bankr. P. 9006(a). A copy of the demand together with itemization has been served on Debtor and Debtor's counsel; additional documentation is available upon request.

Dated: March 3, 2005

                                /e/ Larry B. Ricke
                              Larry B. Ricke (MN Bar No. 121800)
                              LEONARD, STREET AND DEINARD, PA
                              150 South Ffith Street, Suite 2300
                              Minneapolis, Minnesota 55402
                              Telephone: 612-335-1500
                              Facsimile: 612-335-1657
                              email: larry.ricke@leonard.com

                              ATTORNEYS FOR UNITED SUGARS
                              CORPORATION

2592965v1

## Certificate of Service

------------------------------------------------------x
In re:                                                :     Chapter 11
                                                      :
WINN-DIXIE STORES, INC., et al,                       :     Case No. 05-11063
                                                      :
                       Debtors.                     :     (Jointly Administered)
------------------------------------------------------x

       I, Jill M. Lillis, declare under penalty of perjury that on the 17th day of March, 2005, I served the Notice of Reclamation Demand of United Sugars Corporation on the parties by depositing in the U.S. Mail a copy as follows:

| | |
|---|---|
| David J. Baker | Sarah Robinso Borders |
| Skadden, Arps, Slate, Meagher & Flom, LLP | King & Spalding LLP |
| Four Times Square | 191 Peachtree Street |
| New York, New York 10036 | Atlanta, Georgia 30303 |

Dated:  March 17, 2005                                /e/ Jill M. Lillis

2592965v1