LEONARD, STREET AND DEINARD, PA
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: 612-335-1500
Facsimile: 612-335-1657
Larry B. Ricke (MN Bar No. 121800)

Attorneys for Michael Foods, Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| -----------------------------------------------------------X | | Chapter 11 |
| In re: | : | |
| | : | Case No. 05-11063 |
| WINN-DIXIE STORES, INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| -----------------------------------------------------------X | | |

### NOTICE OF RECLAMATION DEMAND OF
### <u>MICHAEL FOODS, INC.</u>

PLEASE TAKE NOTICE that on February 17, 2005, Michael Foods, Inc. made demand upon Winn-Dixie Stores, Inc. for the reclamation of goods with a value of $47,226.30 pursuant to § 2-702 of the Uniform Commercial Code (as adopted in relevant states), 11 U.S.C. § 546(c) and Fed. R. Bankr. P. 9006(a). A copy of the demand together with itemization has been served on Debtor and Debtor's counsel; additional documentation is available upon request.

Dated: March 3, 2005

        /e/  Larry B. Ricke
Larry B. Ricke (MN Bar No. 121800)
LEONARD, STREET AND DEINARD, PA
150 South Ffith Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone:    612-335-1500
Facsimile:    612-335-1657
email:  larry.ricke@leonard.com

ATTORNEYS FOR MICHAEL FOODS, INC.

2592963v1

## Certificate of Service

```
-------------------------------------------------x
In re:                              :    Chapter 11
                                    :
WINN-DIXIE STORES, INC., et al,     :    Case No. 05-11063
                                    :
              Debtors.              :    (Jointly Administered)
-------------------------------------------------x
```

  I, Jill M. Lillis, declare under penalty of perjury that on the 17th day of March, 2005, I served the Notice of Reclamation Demand of Michael Foods on the parties by depositing in the U.S. Mail a copy as follows:

| | |
|---|---|
| David J. Baker | Sarah Robinso Borders |
| Skadden, Arps, Slate, Meagher & Flom, LLP | King & Spalding LLP |
| Four Times Square | 191 Peachtree Street |
| New York, New York 10036 | Atlanta, Georgia 30303 |

Dated: March 17, 2005        /e/ Jill M. Lillis

2592963v1