SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :  Chapter 11
                                                               :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**                    :  Case No. 05-11063 (RDD)
                                                               :
            Debtors.                                           :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

     I, Steven B. Eichel, hereby certify that on March 25, 2005, I caused to be served the Notice of Settlement of Final Order (A) Establishing Procedures for Treatment of Reclamation Claims, and (B) Prohibiting Third Parties from Interfering with Delivery of Goods and proposed form of Order, by having true and correct copies thereof sent via email service to the parties listed in Exhibit A.

Dated:  March 28, 2005
        New York, New York

                                      /s/   *Steven B. Eichel*
                                      Steven B. Eichel
                                      SKADDEN, ARPS, SLATE, MEAGHER
                                         & FLOM LLP
                                      Four Times Square
                                      New York, New York 10036
                                      Telephone: (212) 735- 4113
                                      Facsimile:   (917) 777- 4113

**EXHIBIT A**

**EXHIBIT A**

| | |
|---|---|
| Bodoff & Slavitt LLP<br>Attn: Joseph Bodoff<br>225 Friend St.<br>Boston, MA 02114<br>Phone: 617-742-7300<br>Fax: 617-742-9969<br>jbodoff@bodoffslavitt.com | Kantrow, Spaht, Weaver & Blitzer<br>Attn: David S. Rubin<br>PO Box 2997<br>Baton Rouge, LA., 70821-2997<br>Phone: 225-383-4703<br>Fax: 225-343-0630<br>drubin@kswb.com |
| Buckeye Capital Partners, LP<br>Attn: Philip Brown<br>230 Park Ave., Ste 1540<br>New York, NY 10169<br>Phone: 212-503-6607<br>Fax: 212-503-6613<br>Philip@buckeyecapitalpartners.com | Jenkens & Gilchrist P.C.<br>Attn: Michael S. Held, Esq.<br>1445 Ross Avenue, Suite 3200<br>Dallas, TX 75202-2799<br>Phone: 214-885-4798<br>Fax: 214-885-4300<br>mheld@jenkens.com |
| Coca-Cola Enterprises Inc.<br>c/o Miller & Martin PLLC<br>Attn: Shelly D. Rucker<br>832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402-2289<br>Phone: 423-785-8289<br>Fax: 423-321-1559<br>srucker@millermartin.com | Bianchi Macron LLP<br>Attn: Gerard DiConza<br>390 Old Country Road<br>Garden City, NY 11530<br>Phone: 516-408-3030<br>Fax: 516-408-7917<br>gerard@bmclaw.com |
| Erman, Teicher, Miller, Zucker & Freedman, P.C.<br>Attn: Earle I. Erman, Esq<br>400 Galleria Officentre, Ste. 444<br>Southfield, MI 48034<br>Phone: 248-827-4100<br>Fax: 248-827-4106<br>Eerman@ermanteicher.com | Lowndes, Drosdick, Doster, Kantor and Reed, P.A.<br>Attn: Zachary J. Bancroft<br>450 S. Orange Avenue, Suite 800 (32801)<br>Post Office Box 2809<br>Orlando, Florida 32802-2809<br>Phone: 407-843-4600<br>Fax: 407-843-4444<br>zachary.bancroft@lowndes-law.com |
| Hunton & Williams, LLP<br>Attn: Craig V. Rasile<br>1111 Brickell Ave., Ste 2500<br>Miami, FL 33131<br>Phone: 305-810-2500<br>Fax: 305-810-2460<br>crasile@hunton.com | Fox Rothschild LLP<br>Attn: Joshua T. Klein<br>2000 Market St., 10th Fl.<br>Philadelphia, PA 19103-3291<br>Phone: 215-299-2723<br>Fax: 215-299-2150<br>jklein@foxrothschild.com |

| | |
|---|---|
| Liebmann, Conway, Olejniczak & Jerry, S.C.<br>Attn: Jerome E. Smyth<br>231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200<br>Phone: 920-437-0476<br>Fax: 920-437-2868<br>jes@lcojlaw.com | Broad and Cassel<br>Attn: C. Craig Eller<br>One North Clematis St., Ste 500<br>West Palm Beach, FL 33401<br>Phone: 561-832-3300<br>Fax: 561-650-1153<br>celler@broadandcassel.com |
| Lathrop & Gage LC<br>Attn: Stephen B. Sutton<br>2345 Grand Boulevard, Ste 2800<br>Kansas City, MO 64108<br>Phone: 816-292-2000<br>Fax: 816-292-2001<br>ssutton@lathropgage.com | Law Offices of Avrum J. Rosen<br>Attn: Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743<br>Phone: 631-423-8527<br>Fax: 631-423-8536<br>ajrlaw@aol.com |
| Dykema Gossett PLLC<br>Attn: Brendan G. Best<br>400 Renaissance Center<br>Detroit, Michigan  48243-1668<br>Phone : 313-568-5464<br>Fax : 313-568-6832<br>bbest@dykema.com | Wormser, Kiely, Galef & Jacobs LLP<br>Attn: Janice B. Grubin<br>825 Third Avenue<br>New York, NY 10022<br>Phone: 212-687-4900<br>Fax: 212-687-5703<br>jgrubin@wkgj.com |
| Willkie Farr & Gallagher LLP<br>Attn: Alan J. Lipkin<br>787 Seventh Ave<br>New York, NY 10019<br>Phone: 212-728-8000<br>Fax: 212-728-8111<br>alipkin@willkie.com | Taplin & Associates<br>Attn: Ronald Scott Kaniuk<br>350 Fifth Ave., Ste 2418<br>New York, NY 10118<br>Phone: 212-967-0895<br>Fax: 212-202-5217<br>rkaniuklaw@aol.com; bbecker@hswmke.com |
| Hamilton Beach/Proctor-Silex Inc.<br>Attn: William Ray<br>4421 Waterfront Drive<br>Glen Allen, VA 23060<br>Phone: 804-527-7102<br>Fax: 804-527-7357<br>bill.ray@hamitonbeach.com | Kilpatrick Stockton LLP<br>Attn: Todd C. Meyers<br>1100 Peachtree Street, NE, Ste 2800<br>Atlanta, GA 30309-4530<br>Phone: 404-815-6482<br>Fax: 404-541-3307<br>tmeyers@kilpatrickstockton.com |

| | |
|---|---|
| Smith Hulsey & Busey<br>Attn: James H. Post<br>225 Water Street, Ste 1800<br>Jacksonville, FL 32202<br>Phone: 904-359-7700<br>Fax: 904-359-7708<br>jpost@smithhulsey.com | Kass, Shuler, Solomon, Spector, Foyle & Singer<br>Attn: Larry Foyle<br>1505 N. Florida Ave<br>P.O. Box 800<br>Tampa, FL 33601<br>Phone: 813-229-0900 ext 1353<br>Fax: 813-229-3323<br>lfoyle@kasslaw.com |
| McCarter & English LLP<br>Attn: William D. Wallach<br>Four Gateway Center<br>200 Mulberry St.<br>Newark, NJ 07102<br>Phone: 973-622-4444 ext 2363<br>Fax: 973-624-7070<br>wwallach@mccarter.com | Pepe & Hazard LLP<br>Attn: Charles J. Filardi<br>30 Jelliff Lane<br>Southport, CT 06890-1436<br>Phone: 203-319-4000<br>Fax: 203-319-4034<br>Abothwell@pepehazard.com |
| Grueneberg Law Group, LLC<br>Attn: Rudi R. Grueneberg, Esq.<br>704 East Main Street, Building E<br>Moorestown, New Jersey 08057<br>Phone: 856-235-6710<br>Fax: 856-235-6898<br>rrg@rglawgroup.com | Leonard, Street and Deinard<br>Attn: Larry Ricke<br>150 South Fifth St., Ste 2300<br>Minneapolis, MN 55402<br>Phone: 612-335-7080<br>Fax: 612-335-1657<br>larry.ricke@leonard.com |
| Murray, Frank & Sailer LLP<br>Attn: Jacqueline Sailer, Aaron D. Patton<br>275 Madison Ave., 8th Fl.<br>New York, NY 10016<br>Phone: 212-682-1818<br>Fax: 212-682-1892<br>apatton@murrayfrank.com | The H.T. Hackney Co.<br>Attn: Kyle Dugger<br>502 S. Gay St., Ste 300<br>Knoxville, TN 37902<br>Phone: 865-546-1291<br>Fax: 865-546-1501<br>duggerkw@aol.com |
| XRoads Solutions Group LLC<br>Attn: Dennis Simon, Carla Cooper<br>9 Executive Circle, Suite 190<br>Irvine, CA 92614<br>Phone : 949-567-1600<br>Fax : 949-567-1655<br>dsimon@xroadsllc.com; njackson@xroadsllc.com;<br>ccooper@xroadsllc.com | Porzio, Bromberg & Newman PC<br>Attn: Warren J. Martin, Brett S. Moore<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997<br>Phone: 973-538-4006<br>Fax: 973-538-5146<br>wjmartin@pbnlaw.com; bsmoore@pbnlaw.com |

| | |
|---|---|
| Cohen, Todd, Kite & Stanford<br>Attn: Monica V. Kindt<br>250 East Fifth St., Ste 1200<br>Cincinnati, OH 45202<br>Phone: 513-421-4020<br>Fax: 513-241-4922<br>mkindt@ctks.com | Squire, Sanders & Dempsey LLP<br>Attn: Kristin E. Richner<br>1300 Huntington Center<br>41 South High St<br>Columbus, OH 43215-6197<br>Phone: 614-365-2846<br>Fax: 614-365-2499<br>krichner@ssd.com |
| Kaplan and Freedman, P.A.<br>Attn: Matthew E. Kaplan, Esq.<br>9410 Southwest 77th Avenue<br>Miami, Florida 33156-7903<br>Phone: 305-274-7533<br>Fax: 305-274-7855<br>mkaplan@kaplanfreedman.com | Smith, Katzenstein & Furlow<br>Attn: Kathleen M. Miller, Esq<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Phone: 302-652-8400<br>Fax: 302-652-8405<br>kmiller@skfdelaware.com |
| Moseley, Prichard, Parrish, Knight & Jones<br>Attn: Richard K. Jones, Eric L. Hearn<br>501 West Bay Street<br>Jacksonville, FL 32202<br>Phone: 904-356-1306<br>Fax: 904-354-0194<br>rkjones@mwpplaw.com | Mimms Enterprises, Inc.<br>Cedar Mountain Village, LLC<br>Attn: Thomas B. Mimms, Jr.<br>85-A Mill Street, Suite 100<br>Roswell, GA 30075-4952<br>Phone: 770-518-1100<br>Fax: 770-552-1100<br>legal@mimms.org |
| Levy & Droney, PC<br>Attn: Ross G. Fingold<br>74 Batterson Park Road<br>Farmington, CT 06032<br>Phone: 860-676-3000<br>Fax: 860-676-3200<br>rfingold@ldlaw.com | Gibbons, Del Deo, Dolan, Griffinger & Vechione<br>Attn: David N. Crapo<br>One Riverfront Plaza<br>Newark, NJ 07102-5497<br>Phone: 973-596-4523<br>Fax: 973-639-6244<br>dcrapo@gibbonslaw.com |
| Haynes and Boone, LLP<br>Attn: Stacey Jernigan<br>901 Main St., Ste 3100<br>Dallas, TX 75202-3789<br>Phone: 214-651-5516<br>Fax: 214-200-0486<br>stacey.jernigan@haynesboone.com | Bradley Arant Rose & White LLP<br>Attn: Danielle K. Greco<br>One Federal Place<br>1819 Fifth Avenue North<br>Birminghan, AL  35222<br>Phone: 205-521-8000<br>Fax: 205-521-8800<br>dgreco@bradleyarant.com |

| | |
|---|---|
| Wyatt, Tarrant & Combs, LLP<br>Attn: John P. Brice<br>250 West Main Street, Ste 1600<br>Lexington, KY 40507-1746<br>Phone: 859-233-2012<br>Fax: 859-259-0649<br>lexbankruptcy@wyattfirm.com | Bear Stearns Investment Products Inc.<br>Attn: Noah Charney<br>383 Madison Ave.<br>New York, NY 10179<br>Phone: 212-272-3770<br>Fax: 212-272-9394<br>ncharney@bear.com |
| The Blackstone Group L.P.<br>Attn: Flip Huffard<br>345 Park Avenue<br>New York, NY 10010<br>Phone: 212-583-5000<br>Fax: 212-583-5812<br>huffard@blackstone.com | Hiersche, Hayward, Drakeley & Urbach PC<br>Attn: Russell W. Mills<br>15303 Dallas Parkway, Ste 700<br>Addison, TX 75001<br>Phone: 972-701-7085<br>Fax: 972-701-8765<br>rmills@hhdulaw.com |
| Watkins, Ludlam, Winter & Stennis, P.A.<br>Attn: Kristina M. Johnson<br>633 North State St., PO Box 427<br>Jackson, MS 39205-0427<br>Phone: 601-949-4785<br>Fax: 601-949-4804<br>kjohnson@watkinsludlam.com | William P. Wessler<br>1624 24th Ave., PO Box 175<br>Gulfport, MS 39501<br>Phone: 228-863-3686<br>Fax: 228-863-7877<br>wwessler@cableone.net |
| Hughes & Luce<br>Attn: Sabrina Streusand<br>111 Congress Ave., Ste 900<br>Austin, TX 78701<br>Phone: 512-482-6800<br>Fax: 512-482-6859<br>streuss@hughesluce.com | Greenberg Traurig, LLP<br>Attn: Mark D. Bloom<br>1221 Brickell Avenue<br>Miami, FL 33131<br>Phone: 305-579-0537<br>Fax: 305-579-0717<br>bloomm@gtlaw.com |
| Munsch Hardt Kopf & Harr PC<br>Attn: Scott Ellis<br>1445 Ross Ave., Ste 4000<br>Dallas, TX 75202<br>Phone: 214-855-7532<br>Fax: 214-978-5365<br>sellis@munsch.com | Locke Liddell & Sapp LLP<br>Attn: W. Steven Bryant, Thomas H. Grace<br>600 Travis Street<br>3400 Chase Tower<br>Houston, TX 77002<br>Phone: 713-226-1200<br>Fax: 713-223-3717<br>hobankecf@lockeliddell.com |

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5273
Fax: 201-226-8395
Plhuffst@coxsmith.com

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615.252.2307
Fax: 615.252.6307
amcmulle@bccb.com

Citrus County Tax Collector
Attn: Janice A. Warren
210 N. Apopka Ave., Suite 100
Inverness, FL 34450
Phone: 352-341-6625
Fax: 352-341-6514
lynda.becker@mail.tc.citrus.fl.us

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com; rlehane@kelleydrye.com;
elum@kelleydryer.com

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial Blvd.
Atlanta, GA 30336
Phone: 404-344-5421
Fax: 404-344-3003
eric.newberg@diazfoods.com

Kaye Scholer LLP
Attn: Richard Smolev
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8012
Fax: 212-836-6583
Rsmolev@kayescholer.com

Ice Miller
Attn: Henry A. Efroymson
One American Square, Box 82001
Indianaplois, Indiana 46282
Phone: 317-236-2397
Fax: 317-592-4643
Henry.efroymson@icemiller.com

Katten Muchin Zavis Rosenman
Attn: Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4420
Fax: 310-712-8271
dustin.branch@kmzr.com; carole.levine@kmzr.com

Ken Burton, Jr., Manatee County Tax Collector
Attn: Susan D. Profant
PO Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL 34206-5300
Phone: 941-741-4832
Fax: 941-741-4865
susanp@taxcollector.com

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com

Kupelian Ormond & Magy PC
Attn: Terrance Hiller
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075
Phone: 248-357-0000
Fax: 248-357-7488
tah@kompc.com

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 19801
Phone: 302-425-6429
Fax: 302-425-6464
staib@blankrome.com

Perkins Coie LLP
Attn: Jennifer Stevenson
1201 Third Ave., 40th Fl.
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
jstevenson@perkinscoie.com