# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------)
)
In re:                                                       )
                                                             )                    Case No.  05-11063-rdd
WINN-DIXIE STORES, INC., et al                 )                    Chapter 11
                                                             )                    (Jointly Administered)
            Debtor.                                      )
------------------------------------------------- )

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jean Winborne Boyles, a member in good standing of the bar in the State of North Carolina, the United States District Court, Eastern District of North Carolina, request admission, ***pro hac vice***, before Honorable Robert D. Drain, to represent Nalley Construction Company, Inc.; Town 'N Country Realty of Easley, Inc.; Nalley Construction Co. Inc.;  George B. Nalley, Jr.; and George B. Nalley Jr. and Abner P. Stockman, Creditor landlords.

My:      address is P.O. Box 1776, Raleigh, NC 27602

e-mail address is jboyles@jhvgmlaw.com; telephone number is (919)743-2200.

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated: March 28, 2005

  /s/ Jean Winborne Boyles
Jean Winborne Boyles
N.C. State Bar No.: 5516
Johnson, Hearn, Vinegar, Gee & Mercer, PLLC
P. O. Box 1776
Raleigh, NC 27602
(919) 743-2200    Fax: (919)743-2201
jboyles@jhvgmlaw.com

## CERTIFICATE OF SERVICE

I, JEAN WINBORNE BOYLES, Attorney for Creditors Attorney for Nalley Construction Company, Inc.; Town 'N Country Realty of Easley, Inc.; Nalley Construction Co. Inc.; George B. Nalley, Jr.; and George B. Nalley Jr. and Abner P. Stockman, hereby certify that I have served the attached document: **MOTION FOR ADMISSION TO PRACTICE, pro hac vice,** upon the below named parties on this date by depositing a copy of the same in the United States Mail, postage prepaid, addressed as follows:

ADDRESSES:

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522
Attorney for Debtor

Richard C. Morrisey
33 Whitehall Street
21st Floor
New York, NY 10004
U.S. Trustee

This the 28th day of March, 2005.

/s/ Jean Winborne Boyles
Jean Winborne Boyles

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------)
)
In re:                                                                )
)                    Case No.  05-11063-rdd
WINN-DIXIE STORES, INC., et al                     )                    Chapter 11
)                    (Jointly Administered)
        Debtor.                                               )
------------------------------------------------------ )

## ORDER OF ADMISSION TO PRACTICE, Pro Hac Vice

I, Jean Winborne Boyles, a member in good standing of the bar in the State of North Carolina, United States District Court, Eastern District of North Carolina, having request admission, ***pro hac vice***, to represent Nalley Construction Company, Inc.; Town 'N Country Realty of Easley, Inc.; Nalley Construction Co. Inc.;  George B. Nalley, Jr.; and George B. Nalley Jr. and Abner P. Stockman, Creditor landlords in the above referenced case.

**ORDERED,**

that Jean Winborne Boyles, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United State Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____

New York, New York _____
                                UNITED STATES BANKRUPTCY JUDGE