SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re                                         :
                                              :    Chapter 11
                                              :
WINN-DIXIE STORES, INC., et al.,              :    Case No. 05-11063 (RDD)
                                              :
                    Debtors. ¹                :    (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

## AGENDA FOR HEARING ON MARCH 30, 2005

Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), respectfully submit the following agenda with respect to the matters to be heard at the omnibus hearing scheduled for March 30, 2005, at 10:00 a.m. (ET):

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**A.    SCHEDULED MATTER/OBJECTIONS PENDING**

1. EXPEDITED EMERGENCY MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 105(a) AND 363 AND FED. R. BANKR. P. 6004 (I) AUTHORIZING AND APPROVING THE SALE OF A 2002 G-200 AIRCRAFT AND RELATED EQUIPMENT TO MOLINARO KOGER, INC. FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (II) AUTHORIZING PAYMENT OF A BROKERAGE FEE TO BLOOMER DEVERE GROUP AVIA, INC. IN CONNECTION WITH SALE AND (III) GRANTING RELATED RELIEF (**Dkt. No. 476**).

    *Objection Deadline:*   March 29, 2005 at 8:00 p.m.

    *Objections:*   None as of the date and time hereof.

    *Status:*   This matter will be proceeding. The Debtors seek entry of a Final Order.

**B.    UNSCHEDULED ADMINISTRATIVE MATTER**

1. APPLICATION OF THE DEBTORS PURSUANT TO SECTIONS 327(a) OF THE BANKRUPTCY CODE AND RULE 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND RETENTION OF TOGUT, SEGAL & SEGAL LLP AS CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION (**Dkt. No. 411**).

    *Objection Deadline:*   March 28, 2005 at 4:00 p.m.

    *Objections:*   None.

    *Status:*   Pending the entry of a Final Order, the Debtors seek to obtain an Interim Order approving the retention of Togut, Segal & Segal LLP.

2. APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WINN-DIXIE STORES, INC., ET AL., UNDER 11 U.S.C. SECTION 1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & MCCLOY LLP (**Dkt. No. 495**).

    *Objection Deadline:*   April 5, 2005 at 4:00 p.m.

    *Objections:*   Pending.

*Status:*   Pending the entry of a Final Order, the Official Committee of Unsecured Creditors seeks to obtain an Interim Order approving the retention of Milbank, Tweed, Hadley & McCloy LLP.

Dated: March 29, 2005
New York, New York

/s/ *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:   (212) 735-3000
Facsimile:   (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Telephone:   (302) 651-3000
Facsimile:   (302) 651-3001

Attorneys for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2005, a true and correct copy of the foregoing Agenda for Hearing on March 30, 2005 was served by facsimile or e-mail, as indicated, to the following parties in interest:

The Office of the United States Trustee, attn: Deirdre A. Martini, Esq. and Richard C. Morrissey, Esq.(by facsimile)

Otterbourg, Steindler, Houston & Rosen, P.C., attn: Jonathan N. Helfat, Esq.
Counsel for the DIP Lender (by e-mail)

Milbank, Tweed, Hadley & McCloy LLP, attn: Dennis F. Dunne, Esq. & Matthew S. Barr, Esq.
Counsel for the Official Committee of Unsecured Creditors (by e-mail)

Wickwire Gavin, P.C., attn: Stanley M. Salus, Esq. & Christopher L. Rogan. Esq. & Galland, Kharasch, Greenberg, Fellman & Swirsky, P.C., attn: Keith Swirsky, Esq. & John Craig Weller, Esq.
Counsel for Molinaro Koger (by e-mail)

Togut, Segal & Segal LLP, attn: Albert Togut, Esq. & Neil Berger, Esq.
Proposed Counsel for the Debtors (by e-mail)

/s/  *Keith N. Sambur*
Keith N. Sambur