SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., et al.,** : | **Case No. 05-11063** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

-----------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER**
**LIMITED OBJECTION BY CANE RIVER ASSOCIATES TO THE DEBTORS'**
**REJECTION OF CERTAIN UNEXPIRED REAL PROPERTY LEASES AND**
**THE PROCEDURES ASSOCIATED WITH PROPOSED REJECTION OF**
**ADDITIONAL LEASES**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing has been scheduled for April 12, 2005, at 10:00 a.m. ET, before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, to consider the Limited Objection filed by Cane River Associates

-2-

to the Debtors' Motion for Authority to Reject Certain Real Property Leases, Effective as of Petition Date.

Dated:  March 29, 2005
       New York, New York

                                      */s/     D. J. Baker*
                                      D. J. Baker (DB 0085)
                                      Sally McDonald Henry (SH 0839)
                                        Rosalie Walker Gray
                                        Adam S. Ravin
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        Telephone:  (212) 735-3000
                                        Facsimile:   (917) 777-2150

                                        ATTORNEYS FOR THE DEBTORS