**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
**WINN-DIXIE STORE, INC., <u>et al.</u>,**        :    Case No. 05-11063 (RDD)
                                                   :
Debtors.                                          :    (Jointly Administered)
                                                   :
-------------------------------------------------------------x

## <u>ORDER OF ADMISSION TO PRACTICE,</u> *Pro Hac Vice*

Jason W. Staib, having represented that he is a member in good standing of the bar in the State of Delaware and the United States District Court for the District of Delaware, and having requested admission, *pro hac vice*, to represent Pilgrim's Pride Corporation and Campbell Soup Company, parties in interest in the above-referenced case; it is

**ORDERED**, that Jason W. Staib, is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
        March <u>**29**</u>, 2005

                                        *s/ Robert D. Drain*
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE

118478.01600/6390523v1