UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re

WINN-DIXIE STORES, INC., <u>et al.</u>,

                        Debtors.
------------------------------------------------------------X

:    Chapter 11
:
:    Case No. 05-11063-rdd
:
:    (Jointly Administered)
:

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

THE COURT, having considered the Motion for Admission *Pro Hac Vice* filed by James P. Smith.

ORDERED, that James P. Smith, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 29, 2005
       New York, New York

                                              *s/ **Robert D. Drain***
                                          UNITED STATES BANKRUPTCY JUDGE

1868363v1