**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                               :         Chapter 11
                                                    :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**         :         Case No. 05-11063
                                                    :
        Debtors.                                    :         (Jointly Administered)
-----------------------------------------------------------------x

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon the Motion of Diane G. Reed seeking the admission *pro hac vice* to represent FRANKFORD DALLAS, LLC, in this case, and the Court having jurisdiction to consider the Motion and the relief requested therein, and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that Diane G. Reed is admitted *pro hac vice* to represent the creditor FRANKFORD DALLAS, LLC, in the above-captioned case and may appear in this case and any related proceedings *pro hac vice*. It is further

ORDERED that the requirement of the service and filing of a separate memorandum of law under Rule 9013-1(b) of the Local Rules of the U.S. Bankruptcy Court for the Southern District of New York is hereby waived.

Dated:    March **29**, 2005.
          New York, New York.

                                        *s/ Robert D. Drain*
                                        UNITED STATES BANKRUPTCY JUDGE

ORDER ON MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE - Page 1 of 1