PITNEY HARDIN LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM - 7791)

  - and -

7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR GENERAL ELECTRIC COMPANY,
GE CONSUMER & INDUSTRIAL (FKA GE LIGHTING)

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| WINN-DIXIE STORES, INC., *et al*., | Jointly Administered Under Case No. 05-11063 |
| Debtors. | |

**ORDER ADMITTING RICHARD M. METH, ESQ. TO PRACTICE, *PRO HAC VICE***

**ORDERED**, that Richard M. Meth, Esq., is admitted to practice, *pro hac vice*, in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated: ***March 29, 2005***
   New York, New York

                    ***s/ Robert D. Drain***
                    HONORABLE ROBERT D. DRAIN
                    UNITED STATES BANKRUPTCY JUDGE