**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re  : | Chapter 11 |
|  : |  |
|  : | Case No. 05-11063 (RDD) |
| **WINN-DIXIE STORES, INC., et al.**  : |  |
|  : | **(Jointly Administered)** |
| Debtors.  : |  |

# ORDER GRANTING MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Upon the Motion for Admission Pro Hac Vice filed by Frank J. Wright, the Court being duly advised in the premises and no further notice being required,

It is hereby ORDERED, ADJUDGED AND DECREED that Frank J. Wright shall be permitted to appear and participate in the above-captioned proceedings on behalf of The B&F System, Inc.

ENTER this **_29th_** day of March, 2005  **_s/ Robert D. Drain_**
                                          UNITED STATES BANKRUPTCY COURT JUDGE