**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | In re: Case No. 05-11063 (RDD) |
|     Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| | (Jointly Administered) |
|                      Debtors. | |

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __Jeffrey M. Chebot,__ a member in good standing of the bar in the States of __Pennsylvania and New Jersey__, or of the bar of the U.S. District Court for the __Eastern__ District of __Pennsylvania__, request admission, *pro hac vice*, before the Honorable __Robert D. Drain__, to represent __Sunkist Growers, Inc.__, a __creditor__ in the above referenced ☒ case ☐ adversary proceeding.

My: address is __Whiteman, Bankes & Chebot, LLC, Suite 1300, Constitution Place, 325 Chestnut Street, Philadelphia, PA 19106__

e-mail address is __jchebot@wbc-lawyers.com__; telephone number is __(215) 829-0014__
(fax: (215) 829-0059)

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: March 9, 2005            Respectfully submitted,

Philadelphia, Pennsylvania

                                            Jeffrey M. Chebot

---

## ORDER

**ORDERED,**

that __Jeffrey M. Chebot__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:        ***March 29, 2005***

           New York, New York     ***s/ Robert D. Drain***
                                            UNITED STATES BANKRUPTCY JUDGE