**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**                                                                                     **In re: Case No. 05-11063 (RDD)**
    **Winn-Dixie Stores, Inc., et al.,**                               **Chapter 11**
                                                                                  **(Jointly Administered)**
    **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**

that    Michael R. Bakst, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:        *March 29, 2005*
             New York, New York     *s/ Robert D. Drain*
                                             UNITED STATES BANKRUPTCY JUDGE