**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**   In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**   Chapter 11
        **(Jointly Administered)**
         **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**

that Gregory A. Cross, Lisa Battle Tancredi and Heather Deans Foley, are admitted to practice, ***pro hac vice***, in the above referenced

☒case  ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:   *March 29, 2005*
      New York, New York   *s/ Robert D. Drain*
           UNITED STATES BANKRUPTCY JUDGE