**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re:                                                    In re: Case No. 05-11063 (RDD)

   **Winn-Dixie Stores, Inc., <u>et</u> <u>al</u>.,**          **Chapter 11**
                   **(Jointly Administered)**

           **Debtors.**

-----------------------------------------------------------------x

## ORDER

**ORDERED,**

that  <u>David M. Landis</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ⊠case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  ***<u>March 29, 2005</u>***
    New York, New York   ***s/ Robert D. Drain***
              UNITED STATES BANKRUPTCY JUDGE