**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re:**                                    In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**        **Chapter 11**
                                                                                                        **(Jointly Administered)**
                     **Debtors.**
-------------------------------------------------------------x

## ORDER

**ORDERED,**

that     Keith L. Bell    , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:         *March 29, 2005*
            New York, New York    *s/ Robert D. Drain*
                                                  UNITED STATES BANKRUPTCY JUDGE