**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**                                                                              In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**                         Chapter 11
                                                                           (Jointly Administered)
                        **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**
that ____Marc P. Solomon, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:         *March 29, 2005*
                New York, New York      *s/ Robert D. Drain*
                                                 UNITED STATES BANKRUPTCY JUDGE