**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
Attorneys Appearing: Warren J. Martin Jr. (WM-0487)
                              Brett S. Moore (BM-0014)

**BROAD AND CASSEL**
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
(561) 832-3300
Attorney Appearing: C. Craig Eller, Esq.

Co-counsel for Riverdale Farms, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **WINN-DIXIE STORES, INC., _et al._,** | Case Nos. 05-11063 (RDD) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: April 12, 2005 At 10:00 a.m. |

**JOINDER OF RIVERDALE FARMS, INC. TO MOTION OF BUFFALO ROCK COMPANY TO TRANSFER VENUE OF THE DEBTORS' BANKRUPTCY CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION OR SUCH OTHER DISTRICT WHERE VENUE WOULD BE APPROPRIATE UNDER 28 U.S.C. § 1408.**

Riverdale Farms, Inc. ("Riverdale"), by and through its co-counsel Porzio, Bromberg & Newman, P.C., submits this Joinder to the Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District

920975

Where Venue Would Be Appropriate Under 28 U.S.C. § 1408 (the "Motion") [Dkt. No. 407] and respectfully states as follows:

## BACKGROUND

1. Riverdale is a Florida company, and sells fresh flowers imported exclusively from Columbia and Ecuador.

2. This case is extremely important to Riverdale's business, as twenty-six percent (26%) of Riverdale's annual sales are to Winn-Dixie Stores, Inc. (the "Debtors").

3. Because Riverdale is a relatively small company, Riverdale's $1,500,000 claim against the Debtors could turn a slightly profitable year into a dangerous loss year.

4. This case is a hardship to Riverdale because in addition to having a large claim against the Debtors, Riverdale has been required to retain two law-firms, its regular local Florida counsel, as well as local counsel in New York to appear on its behalf.

5. Transferring the venue of these cases to Florida will alleviate many of Riverdale's costs associated with protecting its rights in these cases, as well as assist all other similarly situated Florida creditors.

## JOINDER

6. For the reasons set forth above, and upon the reasons and authorities cited in the Motion, Riverdale joins in the Motion.

920975

## CONCLUSION

7. Riverdale Farms, Inc. respectfully requests that this Court grant the Motion and grant such further relief as the Court deems just and appropriate.

Dated:   Morristown, New Jersey
         March 29, 2005

                **PORZIO, BROMBERG & NEWMAN, P.C.**
                **Co-counsel to Riverdale Farms, Inc.**

By: /s/ Brett S. Moore
    Warren J. Martin Jr. (WM-0487)
    Brett S. Moore (BM-0014)
    100 Southgate Parkway
    P.O. Box 1997
    Morristown, NJ  07962-1997
    973-538-4006

920975