Hearing Date and Time: April 12, 2005 @ 10:00 a.m. (NY Time)
Objection Deadline: April 8, 2005 @ 4:00 p.m. (NY Time)

Dennis F. Dunne (DD 7543)
Matthew S. Barr (MB 9170)
**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                              : Chapter 11
                                    :
WINN-DIXIE STORES, INC., et al.,    : Case No. 05-11063 (RDD)
                                    :
                          Debtors.  : (Jointly Administered)
------------------------------------x

**NOTICE OF HEARING ON APPLICATION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR ORDER UNDER 11
U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P. 2014,
AND S.D.N.Y. LBR 2014-1, AUTHORIZING EMPLOYMENT AND
RETENTION OF ALVAREZ & MARSAL, LLC AS ITS OPERATIONS
AND REAL ESTATE ADVISOR AS OF MARCH 4, 2005**

**PLEASE TAKE NOTICE** that a hearing to consider the annexed application (the "Application") of the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for an order, pursuant to sections 328(a) and 1103 of title 11 of the United States Code, rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 2014-1, authorizing employment and retention of Alvarez & Marsal, LLC as its operations and real estate advisory advisor effective as of March 4, 2005 shall be

held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on April 12, 2005, at 10:00 a.m. (NY Time), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Application and the relief requested therein must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules of this Court, and be filed with the Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Court), by registered users of the Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard copy delivered directly to J. Drain's Chambers) and shall be served in accordance with General Order M-242 upon: (i) proposed counsel for the Creditors' Committee, Milbank, Tweed, Hadley & M$^c$Cloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005-1413, Attn.: Dennis F. Dunne, Esq. and Matthew S. Barr, Esq.; (ii) counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn.: D.J. Baker, Esq.; (iii) the Office

2

of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Richard C. Morrissey, Esq.; (iv) counsel for Wachovia Bank, N.A., as Agent for the DIP lenders, Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, 29th Floor, New York, New York 10169, Attn.: Jonathan N. Helfat, Esq.; and (v) all other persons that have requested notice or copies of pleadings filed in these cases under Bankruptcy Rule 2002, so as to be received not later than 4:00 p.m. on April 8, 2005 (NY Time).

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed in accordance with the above requirements, the Application may be granted without further notice or hearing.

Dated:   New York, New York
         March 29, 2005

>                    MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
>
>                    By:  /s/ Dennis F. Dunne
>                         Dennis F. Dunne (DD 7543)
>                         Matthew S. Barr (MB 9170)
>                         1 Chase Manhattan Plaza
>                         New York, NY 10005
>                         (212) 530-5000
>
>                    Proposed Counsel for the Official
>                    Committee of Unsecured Creditors
>                    of Winn-Dixie Stores, Inc., et al.