SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
In re                                   :
                                        :    Chapter 11
                                        :
WINN-DIXIE STORES, INC., et al.,        :    Case No. 05-11063 (RDD)
                                        :
               Debtors.                 :    (Jointly Administered)
                                        :
-----------------------------------------------------------x
```

**CERTIFICATE OF SERVICE WITH RESPECT TO THE APPLICATION OF
THE DEBTORS PURSUANT TO SECTIONS 327(A) OF THE BANKRUPTCY
CODE AND RULE 2014(A) OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE AUTHORIZING THE EMPLOYMENT AND RETENTION OF
TOGUT, SEGAL & SEGAL LLP AS CONFLICTS COUNSEL FOR
THE DEBTORS AND DEBTORS IN POSSESSION**

I, David M. Turetsky, hereby certify that on March 14, 2005, I caused to be served the (i) Application of the Debtors Pursuant to Sections 327(a) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel for the Debtors and Debtors in Possession, (ii) proposed form of Order, (iii) Affidavit of Albert Togut in Support of Application for Order Under 11 U.S.C. § 327(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel for the Debtors and Debtors in Possession and (iv) Notice of Presentment of Order Pursuant to 11 U.S.C. § 327(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure Authorizing the Employment and Retention of Togut, Segal & Segal as Conflicts

Counsel for the Debtors and Debtors in Possession, each filed at Docket No. 411, by having true and correct copies thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A hereto.

Dated: March 29, 2005
       New York, New York

/s/   *David M. Turetsky*
David M. Turetsky
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-2569
Facsimile:  (917) 777-2569

**EXHIBIT A**

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
deirdre.martini@usdoj.gov

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
richard.morrissey@usdoj.gov

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Office of New York State Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271
Phone: 212-416-8000

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
Phone: 817-332-9500
301 Commerce Street, Ste 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company Americas
Attn: S. Berg
60 Wall Street
New York, NY 10005-2858
Phone: 212-250-2921

New Plan Excel Realty Trust, Inc.
420 Lexington Ave
New York, NY 10170
Phone: 212-869-3000

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093
Phone: 847-646-6719
Fax: 847-646-4479

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024
Phone: 972-334-7405

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management, LLC
Attn: Alan S. Adler
Los Angeles, CA 90071
Phone: 213-830-6300
Fax: 213-830-8851

Capital Research and Management Company
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071
Phone: 213-486-9200
Fax: 213-486-9217

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069
Phone: 212-848-4000
Fax: 212-848-7179
Atenzer@Shearman.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
dfiorillo@oshr.com; Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com; Lmandel@milbank.com;
DODonnell@milbank.com; mbarr@milbank.com

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060
Phone: 212-309-6052
Fax: 212-309-6001
rtoder@morganlewis.com

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157
Phone: 313-393-7341
Fax: 313-259-7926
coheniw@pepperlaw.com

| | |
|---|---|
| FTI Consulting<br>Attn: Michael Eisenband<br>3 Times Square<br>11th Floor<br>New York, NY 10036<br>Phone: 212- 499-3647<br>Fax 212-841-9350<br>Michael.Eisenband@FTIConsulting.com | The Blackstone Group L.P.<br>Attn: Flip Huffard<br>345 Park Avenue<br>New York, NY 10010<br>Phone: 212-583-5000<br>Fax: 212-583-5812<br>huffard@blackstone.com |
| XRoads Solutions Group LLC<br>Attn: Dennis Simon<br> 9 Executive Circle, Suite 190<br>Irvine, CA  92614<br>Phone : 949-567-1650<br>Fax : 949-567-1750<br>dsimon@xroadsllc.com | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attn: Steven J. Reisman<br>101 Park Avenue<br>New York, New York 10178-0061<br>Phone: 212-696-6000<br>Fax: 212-697-1559<br>sreisman@cm-p.com |
| Wilmington Trust Company<br>Attn: Steven M. Cimalore<br>1100 North Market St., Rodney Square North<br>Wilmington, DE 19890<br>Phone: 302-636-6058<br>Fax: 302-636-4140<br>scimalore@wilmingtontrust.com | Levi Lubarsky & Feigenbaum LLP<br>Attn: Howard B Levi, Steven Feigenbaum<br>845 Third Ave, 21st Flr<br>New York, NY 10022<br>Phone: 212-308-6100<br>Fax: 212-308-8830<br>Hlevi@llf-law.com |
| Scarella Rosen & Slome<br>Attn: Adam L. Rosen,Thomas Slome<br>333 Earle Ovington Blvd Ste 901<br>Uniondale, NY 11553<br>Phone: 516-227-1600<br>Fax: 516-227-1601<br>Arosen@srsllp.com | Locke Liddell & Sapp LLP<br>Attn: Omer Kuebel III,  C. Davin Boldissar<br>601 Poydras St, Ste 2400<br>New Orleans, LA 70130-6036<br>Phone: 504-558-5110<br>Fax: 504-558-5200<br>Rkuebel@lockeliddell.com; dboldissar@lockeliddell.com |
| Ballard Spahr Andrews & Ingersoll<br>Attn: David L. Pollack, Jeffrey Meyers, Dean C. Waldt,<br>Mellon Bank Center, 51st Fl.<br>1735 Market Street<br>Philadelphia, PA 19103<br>Phone: 215-864-8325<br>Fax: 215-864-9473<br>Pollack@ballardspahr.com | Contrarian Capital Management LLC<br>Attn: Janice Stanton<br>411 W Putnam Ave, Ste 225<br>Greenwich, CT 6830<br>Phone: 203-862-8261<br>Fax: 203-629-1977<br>Jstanton@contrariancapital.com |

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse, Michael Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710
Phone: 212-336-2000
Fax: 212-336-2222
Dwdykhouse@pbwt.com; mhandler@pbwt.com

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103
Phone: 212-665-2060
Fax: 215-701-2122
Ncolton@cozen.com; dliebman@cozen.com

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com; rlehane@kelleydrye.com

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950
Phone: 973-966-6300
Fax: 973-966-1550
Szuber@pitneyhardin.com;
Pforgosh@pitneyhardin.com.

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682
Rwward@airmail.net

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600
Phone: 212-309-6669
Fax: 212-309-6001
Nherman@morganlewis.com

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017
Phone: 212-476-4777
Fax: 212-476-4787
Dbr@tbfesq.com

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St Ste 700
Winston-Salem, NC 27113-5129
Phone: 3367222300
Fax: 3367210414
Rbleggett@allmanspry.com

Balch & Bingham LLP
Attn: W. Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201
Phone: 205-251-8100
Fax: 205-226-8799
Cwatson@balch.com; eray@balch.com

| | |
|---|---|
| Angel & Frankel PC<br>Attn: Laurence May, Rick A. Steinberg<br>460 Park Ave<br>New York, NY 10022-1906<br>Phone: 212-752-8000<br>Fax: 212-752-8393<br>Lmay@angelfrankel.com; rsteinberg@angelfrankel.com | Kaye Scholer LLP<br>Attn: Richard Smolev, Keith Murphy<br>425 Park Avenue<br>New York, NY 10022-3598<br>Phone: 212-836-8000<br>Fax: 212-836-8689<br>Rsmolev@kayescholer.com; kmurphy@kayescholer.com |
| Cox Smith Matthews Incorporated<br>Attn: Patrick L. Huffstickler<br>112 E. Pecan, Suite 1800<br>San Antonio, Texas 78205<br>Phone: 210-554-5500<br>Fax: 201-226-8395<br>Plhuffst@coxsmith.com | Manier & Herod<br>Attn: J. Michael Franks, Michael Collins, Thomas Pennington<br>150 Fourth Avenue North, Suite 2200<br>Nashville, TN 37219-2494<br>Phone: 615-244-0030<br>Fax: 615-242-4203<br>Mfranks@manierherod.com; mcollins@manierherod.com;<br>tpennington@manierherod.com |
| Pitney Hardin LLP<br>Attn: Conrad K. Chiu, Esq<br>7 Times Square<br>New York, NY 10036<br>Phone: 212-297-5811<br>Fax: 212-682-3485<br>Cchiu@pitneyhardin.com | Ice Miller<br>Attn: Henry A. Efroymson, Mark A Bogdanowicz.<br>One American Square, Box 82001<br>Indianaplois, Indiana 46282<br>Phone: 317-236-2100<br>Fax: 317-236-2219<br>Henry.efroymson@icemiller.com;<br>mark.bogdanowicz@icemiller.com |
| Morris, Nichols, Arsht and Tunnell<br>Attn: Robert Dehney, Eric D. Schwartz<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-498-6208<br>Eschwartz@mnat.com; rdehney@mnat.com | Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>Attn: Fred B. Ringel , Esq.<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Phone: 212-586-4050<br>fringel@pobox.com |
| Page, Scrantom, Sprouse, Tucker & Ford, P.C.<br>Attn: Lee Champion, Esq<br>1111 Bay Ave, 3rd Floor<br>Post Office Box 1199<br>Columbus, GA 31902-1199<br>Phone: 706-324-0251<br>flc@psstf.com | Smith, Katzenstein & Furlow<br>Attn: Kathleen M. Miller, Esq<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Phone: 302-652-8400<br>Fax: 302-652-8405<br>kmiller@skfdelaware.com |

| | |
|---|---|
| Airgas, Inc.<br>Attn: Mr. David Boyle<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675<br>Phone: 610-902-6028<br>Fax: 610-687-3187<br>David.boyle@airgas.com | Hogan & Hartson, L.L.P.<br>Attn: Ira S. Greene, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Phone: 212-918-3000<br>Fax: 212-918-3100<br>Isgreene@hhlaw.com |
| Discover Financial Services<br>Attn: Frank Vydra, Esq.<br>2500 Lake Cook Road<br>Riverwoods, IL 60015<br>Phone: 847-405-3333<br>Fax: 847-405-4972<br>Frankvydra@discoverfinancial.com | Neiman Ginsburg & Mairanz PC<br>Attn: Gary Ginsburg<br>39 Broadway, 25th Fl.<br>New York, NY 10006<br>Phone: 212-269-1000<br>gginsburg@ngmpc.com |
| Arnall Golden Gregory LLP<br>Attn: Darryl Laddin, J. Hayden Kepner, James Smith<br>171 W. 17th St., NW, Suite 2100<br>Atlanta, GA 30363<br>Phone: 404-873-8500<br>Fax: 404-873-8605<br>bkrfilings@agg.com; Hayden.kepner@agg.com;<br>james.smith@agg.com | Wyatt, Tarrant & Combs, LLP<br>Attn: John P. Brice<br>250 West Main Street, Ste 1600<br>Lexington, KY 40507-1746<br>Phone: 859-233-2012<br>Fax: 859-259-0649<br>lexbankruptcy@wyattfirm.com |
| Katten Muchin Zavis Rosenman<br>Attn: Thomas J. Leanse, Dustin P. Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012<br>Phone: 310-788-4400<br>Fax: 310-788-4471<br>thomas.leanse@kmzr.com | Locke Liddell & Sapp LLP<br>Attn: W. Steven Bryant, Thomas H. Grace<br>600 Travis Street<br>3400 Chase Tower<br>Houston, TX  77002<br>Phone: 713-226-1200<br>Fax: 713-223-3717<br>hobankecf@lockeliddell.com |
| Greenberg Traurig, LLP<br>Attn: Richard Steven Miller<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-801-9200<br>Fax: 212-801-6400<br>millerr@gtlaw.com | Greenberg Traurig, LLP<br>Attn:  Mark D. Bloom<br>1221 Brickell Avenue<br>Miami, FL 33131<br>Phone: 305-579-0500<br>Fax: 305-579-0717<br>bloomm@gtlaw.com |

| | |
|---|---|
| Grueneberg Law Group, LLC<br>Attn: Rudi R. Grueneberg, Esq.<br>704 East Main Street, Building E<br>Moorestown, New Jersey 08057<br>Phone: 856-235-6710<br>Fax: 856-235-6898<br>rrg@rglawgroup.com | Boult, Cummings, Conners & Berry PLC<br>Attn: Austin L. McMullen<br>Roundabout Plaza<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Phone: 615.252.2307<br>Fax: 615.252.6307<br>amcmullen@boultcummings.com |
| YoungWilliams, P.A<br>Attn: Robert L. Holladay, Jr.<br>P.O. Box 23059<br>Jackson, MS 39225-3059<br>Phone: 601-948-6100<br>Fax: 641-355-6136<br>robert.holladay@youngwilliams.com | Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello<br>Attn: Robert K. Scheinbaum<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Phone: 973-623-1000<br>Fax: 973-623-9131<br>rscheinbaum@podveysachs.com |
| BellSouth<br>Attn: Reginald A. Greene<br>675 West Peachtree St. NE, Ste 4300<br>Atlanta, GA 30375<br>Phone: 404-335-0761<br>Fax: 404-614-4054<br>reginald.greene@bellsouth.com | Drinker Biddle & Reath LLP<br>Attn: Andrew J. Flame<br>1100 North Market St., Ste 1000<br>Wilmington, DE 19801<br>Phone: 302-467-4200<br>Fax: 302-467-4201<br>andrew.flame@dbr.com |
| Lowenstein Sandler PC<br>Attn: Bruce S. Nathan, Anusia L. Gayer<br>1251 Avenue of the Americas, 18th Fl.<br>New York, NY 10020<br>Phone: 212-262-6700<br>Fax: 212-262-7402<br>bnathan@lowenstein.com; agayer@lowenstein.com | Morrison & Foerster LLP<br>Attn: Jason C. DiBattista<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Phone: 212-468-8000<br>Fax: 212-468-7900<br>jdibattista@mofo.com |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated<br>Attn: Nicholas Griffiths<br>4 World Financial Center<br>New York, NY 10080<br>Phone: 212-449-8707<br>Fax: 212-449-3247<br>nicholas_griffiths@ml.com | Burr & Forman LLP<br>Attn: Derek F. Meek, Robert B. Rubin<br>3100 SouthTrust Tower<br>420 North 20th St.<br>Birmingham, AL 35203<br>Phone: 205-251-3000<br>Fax: 205-458-5100<br>dmeek@burr.com; brubin@burr.com |

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Phone: 631-549-7900
Fax: 631-549-7845
rstern@maccosternlaw.com

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
Phone: 904-398-4283
Fax: 904-398-4283
eheld@hilawfirm.com

McGrath North Mullin & Krath, PC LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102
Phone: 402-341-3070
Fax: 402-341-0216
jniemeier@mnmk.com; awoodard@mnmk.com

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave., Ste 2418
New York, NY 10118
Phone: 212-967-0895
Fax: 212-202-5217
rkaniuklaw@aol.com

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202
Phone: 414-272-0760
Fax: 414-272-7265
bbecker@hswmke.com

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032
Phone: 317-817-2827
Fax: 317-817-4115
franklin.berg@4086.com

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743
Phone: 631-423-8527
Fax: 631-423-4536
arosen@avrumrosenlaw.com

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff Lane
Southport, CT 06890-1436
Phone: 203-319-4042
Fax: 203-319-4034
cfilardi@pepehazard.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com

| | |
|---|---|
| Varnum Riddering Schmidt Howlett LLP<br>Attn: Timothy J. Curtin<br>PO Box 352<br>Grand Rapids, MI 49501-0352<br>Phone: 616-336-6000<br>Fax: 616-336-7000<br>tjcurtin@varnumlaw.com | Sills Cummis Epstein & Gross PC<br>Attn: Andrew H. Sherman<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Phone: 973-643-7000<br>Fax: 973-643-6500<br>asherman@sillscummis.com |
| Lathrop & Gage LC<br>Attn: Stephen B. Sutton<br>2345 Grand Boulevard, Ste 2800<br>Kansas City, MO 64108<br>Phone: 816-292-2000<br>Fax: 816-292-2001<br>ssutton@lathropgage.com | Developers Diversified Realty Corp.<br>Attn: Eric C. Cotton<br>3300 Enterprise Parkway<br>PO Box 227042<br>Beachwood, OH 44122<br>Phone: 216-755-5500<br>Fax: 216-755-1678<br>ecotton@ddrc.com |
| Herrick, Feinstein LLP<br>Attn: Paul Rubin<br>2 Park Ave<br>New York, NY 10016<br>Phone: 212-592-1400<br>Fax: 212-592-1500<br>prubin@herrick.com | Milling Benson Woodward LLP<br>Attn: David Conroy<br>909 Poydras St., Ste 2300<br>New Orleans, LA 70112-1010<br>Phone: 504-569-7000<br>dconroy@millinglaw.com |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner, David T. Cohen<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX 76102<br>Phone: 817-810-5250<br>Fax: 817-810-5255<br>mwarner@warnerstevens.com; dcohen@warnerstevens.com | Porzio, Bromberg & Newman PC<br>Attn: Warren J. Martin, Brett S. Moore<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997<br>Phone: 973-538-4006<br>Fax: 973-538-5146<br>wjmartin@pbnlaw.com; bsmoore@pbnlaw.com |
| Broad and Cassel<br>Attn: C. Craig Eller<br>One North Clematis St., Ste 500<br>West Palm Beach, FL 33401<br>Phone: 561-832-3300<br>Fax: 561-650-1153<br>celler@broadandcassel.com | Anderson Kill & Olick, PC<br>Attn: Larry D. Henin<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Phone: 212-278-1000<br>Fax: 212-278-1733<br>lhenin@andersonkill.com |

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199
Phone: 318-445-5600
Fax:318-445-5710
steve@wheelis-rozanski.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
dcrapo@gibbonslaw.com; gponto@gibbonslaw.com

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828
Phone: 843-579-7000
Fax: 843-579-8727
davidwheeler@mvalaw.com

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022
Phone: 212-735-8600
Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202
Phone: 904-358-4000
Fax: 904-358-4001
nlafleur@stutsman-thames.com

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave.
New York, NY 10179
Phone: 212-272-3770
Fax: 212-272-9394
ncharney@bear.com

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068
Phone: 973-597-2375
Fax: 973-597-2400
slevine@lowenstein.com

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022
Phone: 212-223-0400
Fax: 212-753-0396
skrause@zeklaw.com

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854
Phone: 407-425-9044
Fax: 407-423-2016
dlandis@mateerharbert.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
akornberg@paulweiss.com

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019
Phone: 212-728-8000
Fax: 212-728-8111
alipkin@willkie.com; rspigel@willkie.com

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102
Phone: 973-622-4444
Fax: 973-624-7070
wwallach@mccarter.com

Wormser, Kiely, Galef & Jacobs LLP
Attn: Janice B. Grubin, Gary R. von Stange
825 Third Avenue
New York, NY 10022
Phone: 212-687-4900
Fax: 212-687-5703
jgrubin@wkgj.com; gvonstange@wkgj.com

Macey, Wilensky, Cohen, Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229
Phone: 404-584-1200
Fax: 404-681-4355
lmcbryan@maceywilensky.com

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 8th Fl.
New York, NY 10016
Phone: 212-682-1818
Fax: 212-682-1892
jsailer@murrayfrank.com

Kupelian Ormond & Magy PC
Attn: Terrance Hiller, Paul Magy, Matthew Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075
Phone: 248-357-0000
Fax: 248-357-7488
psm@kompc.com; tah@kompc.com; met@kompc.com

Fox Rothschild LLP
AttN: Joshua T. Klein
2000 Market St., 10th Fl.
Philadelphia, PA 19103-3291
Phone: 215-299-2000
Fax: 215-299-2150
jklein@foxrothschild.com

Munsch Hardt Kopf & Harr PC
Attn: Raymond Urbanik, Scott Ellis
1445 Ross Ave., Ste 4000
Dallas, TX 75202
Phone: 214-855-7500
Fax: 214-855-7584
rurbanik@munsch.com; sellis@munsch.com

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233
Phone: 804-747-7208
russj4478@aol.com

| | |
|---|---|
| Haynes and Boone, LLP<br>Attn: Judith Elkin<br>399 Park Avenue<br>New York, NY 10022-4614<br>Phone: 212-659-7300<br>Fax: 212-918-8989<br>judith.elkin@haynesboone.com | Haynes and Boone, LLP<br>Attn: Stacey Jernigan, Mark Elmore<br>901 Main St., Ste 3100<br>Dallas, TX 75202-3789<br>Phone: 214-651-5000<br>Fax: 214-200-0486<br>stacey.jernigan@haynesboone.com;<br>mark.elmore@haynesboone.com |
| McCarthy & White PLLC<br>Attn: William Douglas White<br>8180 Greensboro Drive., Ste 875<br>McLean, VA 22102<br>Phone: 703-770-9265<br>Fax: 703-770-9266<br>wdw@mccarthywhite.com | Morris, James, Hitchens & Williams LLP<br>Attn: Stephen M. Miller<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, Delaware 19899<br>Phone: 302-888-6800<br>Fax: 302-571-1750<br>smiller@morrisjames.com |
| Begnaud & Marshall LLP<br>Attn: Darrel Begnaud<br>250 N. Milledge Avenue<br>P.O. Box 8085<br>Athens, Georgia 30603<br>Phone: 706-316-1150<br>Fax: 706-316-1153<br>dbegnaud@athens1867.com | DLA Piper Rudnick Gray Cary US LLP<br>Attn: Mark Friedman, Susan Maher<br>6225 Smith Ave.<br>Baltimore, MD 21209<br>Phone: 410-580-3000<br>Fax: 410-580-30001<br>mark.friedman@dlapiper.com |
| DLA Piper Rudnick Gray Cary US LLP<br>Attn: Daniel Carrigan<br>1775 Wiehle Ave., Ste 400<br>Reston, VA 20190<br>Phone: 703-773-4000<br>Fax: 703-773-5000<br>daniel.carrigan@dlapiper.com | DLA Piper Rudnick Gray Cary US LLP<br>Attn: Janice Duban<br>203 N. LaSalle St., Ste 1900<br>Chicago, IL 60601<br>Phone: 312-368-4000<br>Fax: 312-236-7516<br>janice.duban@dlapiper.com |
| Moritt, Hock, Hamroff & Horowitz LLP<br>Attn: Marc Hamroff, Leslie Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530<br>Phone: 516-873-2000<br>Fax: 516-873-2010<br>mhamroff@moritthock.com; lberkoff@moritthock.com | Schaneville, Baringer & Meltzer<br>Attn: Dale R. Baringer<br>918 Government St.<br>Baton Rouge, LA 70802<br>Phone: 225-383-9953<br>dale@sb-lawfirm.com |

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020
Phone: 212-768-6700
Fax: 302-768-6800
cneville@sonnenschein.com; jcreed@sonnenschein.com

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange St., PO Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-0380
kbifferato@cblh.com; cthompson@cblh.com

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523
Phone: 630-218-8000
Fax: 630-218-4900
bittourna@inlandgroup.com

Reed & Reed
Attn: Diane Reed
501 N. College St.
Waxahachie, TX 75165
Phone: 972-938-7334
Fax: 972-923-0430
dianegreed@sbcglobal.net

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Fl.
New York, NY 10167
Phone: 212-692-2034
Fax: 212-867-6395

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060
Phone: 804-273-9777
Fax: 804-527-7268

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittington, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birminghan, AL  35222
Phone: 205-521-8000
Fax: 205-521-8800
dgreco@bradleyarant.com

Smith Hulsey & Busey
Attn: James H. Post
225 Water Street, Ste 1800
Jacksonville, FL 32202
Phone: 904-359-7700
Fax: 904-359-7709
 jpost@smithhulsey.com

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202
Phone: 904-356-1306
Fax: 904-354-0194
rkjones@mwpplaw.com

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952
Phone: 770-518-1100
Fax: 770-552-1100
legal@mimms.org

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602
Phone: 919-743-2200
Fax: 919-743-2201
jboyles@jhvgmlaw.com

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603
Phone: 312-346-7500
Fax: 312-580-2201
bkdept@fagelhaber.com

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660
Phone: 949-752-2911
Fax: 949-752-0953
pat@rjlaw.com; priscilla@rjlaw.com

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748
Phone: 732-706-7600
Fax: 732-706-7601

Hiersche, Hayward, Drakeley & Urbach PC
Attn:  Russell W. Mills, Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001
Phone: 972-701-7000
Fax: 972-701-8765
rmills@hhdulaw.com; kbates@hhdulaw.com

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan  48243-1668
Phone : 313-568-5464
Fax : 313-568-6832
bbest@dykema.com

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861
Phone: 203-944-3042
Fax: 203-944-3044
glenn.reisman@corporate.ge.com

Marrero Land and Improvement Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072
Phone: 504-341-1635
Fax: 504-340-4277
vincent@marreroland.com

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202
Phone: 513-421-4040
Fax: 513-241-4490
mkindt@ctks.com

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial
Atlanta, GA 30336
Phone: 404-344-5421
Fax: 404-344-3003

| | |
|---|---|
| Squire, Sanders & Dempsey LLP<br>Attn: Kristin E. Richner<br>1300 Huntington Center<br>41 South High St<br>Columbus, OH 43215-6197<br>Phone: 614-365-2700<br>Fax: 614-365-2499<br>krichner@ssd.com | Liebmann, Conway, Olejniczak & Jerry, S.C.<br>Attn: Jerome E. Smyth<br>231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200<br>Phone: 920-437-0476<br>Fax: 920-437-2868<br>jes@lcojlaw.com |
| Richard Blackstone Webber II, PA<br>Attn: Richard Blackstone Webber II<br>320 Maitland Ave.<br>Altamonte Springs, FL 32701<br>Phone: 407-260-8955<br>Fax: 407-260-5133 | Anderlini, Finkelstein, Emerick & Smoot<br>Attn: David G. Finkelstein<br>400 South El Camino Real, Ste 700<br>San Mateo, CA 94402<br>Phone: 650-348-0102<br>Fax: 650-348-0962<br>dfinkelstein@afelaw.com |
| FPL Law Department<br>Attn: Rachel S. Budke<br>700 Universe Boulevard<br>Juno Beach, Florida 33408<br>Phone: 561-691-7797<br>Fax: 561-691-7103<br>rachel_budke@fpl.com | Quadrangle Group LLC<br>Attn: Patrick Bartel, Andrew Herenstein<br>375 Park Avenue, 14th Floor<br>New York, NY 10152<br>Phone: 212-418-1700<br>Fax: 212-418-1701<br>Patrick.bartels@QuadrangleGroup.com;<br>Andrew.Herenstein@QuadrangleGroup.com |
| Kass, Shuler, Solomon, Spector, Foyle & Singer<br>Attn: Larry Foyle<br>1505 N. Florida Ave<br>P.O. Box 800<br>Tampa, FL 33601<br>Phone: 813-229-0900<br>Fax: 813-229-3323<br>lfoyle@kasslaw.com | Citrus County Tax Collector<br>Attn: Janice A. Warren<br>210 N. Apopka Ave., Suite 100<br>Inverness, FL 34450<br>Phone: 352-341-6625<br>lynda.becker@mail.tc.citrus.fl.us |
| Smith Debnam Narron Wyche Saintsing & Myers, LLP<br>Attn: Byron L. Saintsing, Esq.<br>P.O. Box 26268<br>Raleigh, NC 27611<br>Phone: 919-250-2000<br>Fax: 919-250-2211<br>bsaintsing@smithdebnamlaw.com | Fredrikson & Byron, P.A.<br>Attn: John M. Koneck, Esq.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, Minnesota 55402-1425<br>Phone: 612-492-7038<br>Fax: 612-492-7077<br>jkoneck@fredlaw.com |

Kaplan and Freedman, P.A.
Attn: Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, Florida 33156-7903
Phone: 305-274-7533
Fax: 305-274-7855
mkaplan@kaplanfreedman.com

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Dr., Bldg 1, Ste 525
Clearwater, FL 34762
Phone: 727-592-6704
Fax: 727-571-7157

Foster & Lindeman, PA
Attn: William Lindeman
PO Box 3108
Orlando, FL 32802-3108
Phone: 407-422-1966

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak, Laurel Isicoff
2525 Ponce de Leon, 9th Fl.
Coral Gables, FL 33134
Phone: 305-372-1800
Fax: 305-372-3508
jwk@kttlaw.com; lmi@ktlaw.com

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth St., Ste 2300
Minneapolis, MN 55402
Phone: 612-335-15000
Fax: 612-335-1657
larry.ricke@leonard.com

Watkins, Ludlam, Winter & Stennis, P.A.
Attn: Kristina M. Johnson
633 North State St., PO Box 427
Jackson, MS 39205-0427
Phone: 601-949-4785
Fax: 601-949-4804
kjohnson@watkinsludlam.com

William P. Wessler
1624 24th Ave.
Gulfport, MS 39501
Phone: 228-863-3686
Fax: 228-863-7877
wwessler@cableone.net

Ken Burton, Jr., Manatee County Tax Collector
Attn: Susan D. Profant
PO Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL 34206-5300
Phone: 941-741-4832
Fax: 941-741-4865
susanp@taxcollector.com

The H.T. Hackney Co.
Attn: Kyle Dugger
502 S. Gay St., Ste 300
Knoxville, TN 37902