SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re**                                           :
                                                    :        **Chapter 11**
                                                    :
**WINN-DIXIE STORES, INC., et al.,**                :        **Case No. 05-11063 (RDD)**
                                                    :
              **Debtors.** [1]                      :        **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

### DEBTORS' RESPONSE TO THE MOTION OF
### BUFFALO ROCK COMPANY TO TRANSFER VENUE

Winn-Dixie Stores, Inc., and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), respond as

follows to the motion of Buffalo Rock Company ("Buffalo Rock") to transfer venue of these

chapter 11 cases to the United States Bankruptcy Court for the Middle District of Florida,

Jacksonville Division:

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
          cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep
          South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
          Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc.,
          Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown
          Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand
          Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-
          Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and
          Winn-Dixie Supermarkets, Inc.

2

1.      Buffalo Rock argues that venue of the Debtors' cases is improper in the

Southern District of New York and that venue should be transferred to the Middle District of

Florida, Jacksonville Division.  The Debtors disagree with Buffalo Rock's arguments and believe

instead that the filing of these cases in New York was entirely legal and proper under the plain

language of the bankruptcy venue statute, 28 U.S.C. § 1408, and that such filing was consistent

with the desires of creditors of the Debtors.

2.      The Debtors dispute Buffalo Rock's assertions – assertions that to date

have been supported by only one additional creditor among the many other thousands of  parties-

in-interest in these cases.  Indeed, the Debtors note that none of the members of the Creditors

Committee have supported the request for a change of venue, and none of such members are

based in the state of Florida.  Likewise, neither has the Debtors' DIP lender, which has agreed to

provide an $800 million DIP facility, supported such request.  No employee or shareholder of the

Debtors has joined in the request.

3.      The Debtors' primary focus in these chapter 11 cases continues to be that

of  reorganizing their operational and financial affairs for the benefit of all stakeholders.  As

previously announced, the Debtors are intensively reviewing their business and operations in

order to develop and implement a business plan to maximize the value available for all parties-

in-interest in these cases.  The legal standards and precedents that will govern that reorganization

process are not materially different in the Second Circuit or the Eleventh Circuit, and the Debtors

believe that the outcome of their reorganization efforts will not be affected by the choice of

venue.

4.       The Debtors have concluded that speculation and arguments relating to

venue have become a distraction from the reorganization process, and that protracted litigation

over venue would only detract from their ability and that of their major constituencies to address

the fundamental issues that they seek to resolve in these chapter 11 cases.  All of such

fundamental issues relate to the successful reorganization of the Debtors and their emergence

from chapter 11 as a profitable, viable business.  The recoveries of thousands of creditors and

shareholders – and the livelihoods of the many thousands of the Debtors' employees – depend

upon a successful reorganization, which the Debtors are confident can be achieved.

     5.     Accordingly, and in order to minimize disruption to their on-going

reorganization efforts, the Debtors hereby request that venue of these chapter 11 cases be

transferred to the Jacksonville Division of the Middle District of Florida.

     WHEREFORE the Debtors respectfully request that this Court enter an order

transferring forthwith the venue of these chapter 11 cases to the United States Bankruptcy Court

for the Middle District of Florida, Jacksonville Division, and that this Court grant such other and

further relief as may be appropriate under the circumstances.


Dated: March 30, 2005
      New York, New York


          /s/     *D. J. Baker*
          D. J. Baker (DB 0085)
          Sally McDonald Henry (SH 0839)
          Rosalie Walker Gray
          SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP
          Four Times Square
          New York, New York 10036
          Telephone:  (212) 735-3000
          Facsimile:   (212) 735-2000

          Attorneys for Debtors