**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**                                           In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**      Chapter 11
                                              **(Jointly Administered)**
              **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**

That Richard Whitney Ward, is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:     *March 30, 2005*
          New York, New York     *s/ Robert D. Drain*
                                    UNITED STATES BANKRUPTCY JUDGE