**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                                  In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**                          Chapter 11
                                                                                                                   **(Jointly Administered)**
                             **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**

That *Richard J. McIntyre,* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:        *March 30, 2005*
               New York, New York      *s/ Robert D. Drain*
                                                    UNITED STATES BANKRUPTCY JUDGE