**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**In re:**                                                                                      In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**                          Chapter 11
                                                                                                     **(Jointly Administered)**
                                        **Debtors.**
----------------------------------------------------------------x

## ORDER

**ORDERED,**

That Sharon L. Levine, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:    *March 30, 2005*
               New York, New York     *s/ Robert D. Drain*
                                                 UNITED STATES BANKRUPTCY JUDGE