**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**In re:**                                                                                   In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**                       Chapter 11
                                                                              (Jointly Administered)
                         **Debtors.**
----------------------------------------------------------------x

### ORDER

**ORDERED,**

That *Eric M. Davis*, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:         *March 30, 2005*
                 New York, New York      *s/ Robert D. Drain*
                                                 UNITED STATES BANKRUPTCY JUDGE