**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**                                                                                          **In re: Case No. 05-11063 (RDD)**
    **Winn-Dixie Stores, Inc., et al.,**                              **Chapter 11**
                                                                                          **(Jointly Administered)**
    **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**

That *Stacey G. Jernigan and Mark Elmore*, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:       *March 30, 2005*
            New York, New York      *s/ Robert D. Drain*
                                       UNITED STATES BANKRUPTCY JUDGE