**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                   In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.**,                     Chapter 11
                                                                                                        **(Jointly Administered)**
                     **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**
That Sabrina L. Streusand, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:         *March 30, 2005*
                  New York, New York       *s/ Robert D. Drain*
                                                   UNITED STATES BANKRUPTCY JUDGE