**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**In re:**                                                                                    In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**                         **Chapter 11**
                                                    **(Jointly Administered)**
                    **Debtors.**
----------------------------------------------------------------x

## ORDER

**ORDERED,**

That *Carol Ann Slocum,Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  *March 30, 2005*
          New York, New York      *s/ Robert D. Drain*
                                         UNITED STATES BANKRUPTCY JUDGE