**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **In re: Case No. 05-11063 (RDD)** |
|     **Winn-Dixie Stores, Inc., et al.,** | **Chapter 11** |
| | **(Jointly Administered)** |
|                       **Debtors.** | |

----------------------------------------------------------------x

## ORDER

**ORDERED,**

That *Morton R. Branzburg*, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:       *March 30, 2005*
              New York, New York       *s/ Robert D. Drain*
                                                UNITED STATES BANKRUPTCY JUDGE