**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                                                 In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**              Chapter 11
                                                       **(Jointly Administered)**
                     **Debtors.**
----------------------------------------------------------------x

## ORDER

**ORDERED,**

That Marc T. McNamee, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:    *March 30, 2005*
        New York, New York    *s/ Robert D. Drain*
                                  UNITED STATES BANKRUPTCY JUDGE