**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**                                                                                                    In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**                                       Chapter 11
                                                                                                   (Jointly Administered)
                              **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**

That *David E. Lemke*, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:         *March 30, 2005*
                New York, New York        *s/ Robert D. Drain*
                                                          UNITED STATES BANKRUPTCY JUDGE