**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**In re:**                                                                                          **In re: Case No. 05-11063 (RDD)**
    **Winn-Dixie Stores, Inc., et al.,**                                       **Chapter 11**
                                                                                **(Jointly Administered)**
    **Debtors.**
----------------------------------------------------------------x

## ORDER

**ORDERED,**

That Larry B. Ricke, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:     *March 30, 2005*
        New York, New York          *s/ Robert D. Drain*
                                               UNITED STATES BANKRUPTCY JUDGE