**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| **In re:** | **In re: Case No. 05-11063 (RDD)** |
| **Winn-Dixie Stores, Inc., et al.,** | **Chapter 11** |
| | **(Jointly Administered)** |
| **Debtors.** | |

-----------------------------------------------------------------x

## ORDER

**ORDERED,**

That *Kurt F. Gwynne*, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  *March 30, 2005*
         New York, New York         *s/ Robert D. Drain*
                                    UNITED STATES BANKRUPTCY JUDGE