**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**                                                                       **In re: Case No. 05-11063 (RDD)**
    **Winn-Dixie Stores, Inc., et al.,**                     **Chapter 11**
                                                              **(Jointly Administered)**
    **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**

That David A. Adelman, *Esq.* is admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  *March 30, 2005*
        New York, New York  *s/ Robert D. Drain*
                                    UNITED STATES BANKRUPTCY JUDGE