**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**                                                                              In re: Case No. 05-11063 (RDD)
    **Winn-Dixie Stores, Inc., et al.,**                     Chapter 11
                                                                                                                            **(Jointly Administered)**
                       **Debtors.**
-----------------------------------------------------------------x

## ORDER

**ORDERED,**
That David S. Jennis and Chad S. Bowen, *Esq. are* admitted to practice, ***pro hac vice***, in the above referenced ☒case ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:        ***March 30, 2005***
                New York, New York        *s/ **Robert D. Drain***
                                                   UNITED STATES BANKRUPTCY JUDGE