**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**                                                            **In re: Case No. 05-11063 (RDD)**

     **Winn-Dixie Stores, Inc., et al.,**                    **Chapter 11**
                                             **(Jointly Administered)**

                    **Debtors.**

-----------------------------------------------------------------x

## ORDER

**ORDERED,**

That John W. Kozyak , *Esq. is* admitted to practice, ***pro hac vice***, in the above referenced
☒case   ☐adversary proceeding, in the United States Bankruptcy Court, Southern District of New York,
subject to payment of the filing fee.

Dated:        ***March 30, 2005***
               New York, New York       ***s/ Robert D. Drain***
                                          UNITED STATES BANKRUPTCY JUDGE