UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-11063 (RDD)<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, ___Peter L. Slinn___, a member in good standing of the bar in the State of Washington, or of the bar of the U.S. District Court for the Western District of Washington, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent UniCru, Inc., a creditor in the above-referenced   ☒ case   ☐ adversary proceeding.

My:   address is Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA 98101

e-mail address is plslinn@stoel.com; telephone number is (206) 624-0900
facsimile numbers is (206) 386-7500

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: March 29, 2005                          Respectfully submitted,

Seattle, Washington                             _____
                                                Peter L. Slinn, WSBA #10720

---

**ORDER**

**ORDERED,**

That, ___Peter L. Slinn___, Esq., is admitted to practice, *pro hac vice*, in the above-referenced ☒case   ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____, 2005

　　　New York, New York   /s/_____
                          UNITED STATES BANKRUPTCY JUDGE