STOEL RIVES LLP
*Attorneys for UniCru, Inc.*
600 University Street, Suite 3600
Seattle, Washington 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Peter L. Slinn (WSBA No. 10720)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-11063 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND FOR SERVICE OF ALL PLEADINGS AND PAPERS**

PLEASE TAKE NOTICE that **Stoel Rives LLP**, hereby appears in the above-captioned chapter 11 cases on behalf of **UniCru, Inc.**, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and hereby demands copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

Mr. Peter L. Slinn
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: plslinn@stoel.com

Notice of Appearance and
Request for Special Notice           1
Court Case No. 05-11063
Seattle-3256153.1 0028512-00001

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002, Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before the court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, courier service, telephone, facsimile transmission, e-mail, electronic filing or otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

**DATED:**  March 29, 2005

STOEL RIVES LLP

By: /s/Peter L. Slinn
    Peter L. Slinn
    Washington State Bar No. 10720
    600 University Street, Suite 3600
    Seattle, WA 98101
    Telephone:  (206) 624-0900
    Facsimile:   (206) 386-7500

**ATTORNEYS FOR UNICRU, INC.**