UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :        Case Nos. 05-11063 (RDD)
WINN-DIXIE STORES, INC., et al.,                :
                                                :        (Jointly Administered)
                                    Debtors.    :
------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Joseph Monzione, being duly sworn, deposes, and says:

    1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

    2.    On March 28, 2005, I caused to be served copies of the **Notice of Presentment of Application of OCM Opportunities Fund V, L.P. for Order Under 11 U.S.C. Section 105(a) Permitting Securities Trading in Certain Circumstances**; and **Application of OCM Opportunities Fund V, L.P. for Order Under 11 U.S.C. Section 105(a) Permitting Securities Trading in Certain Circumstances** (together with accompanying exhibits) on the persons set forth on the attached service list.

    3.    I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent in the manner shown thereon.

                                     /s/ Joseph Monzione
                                        Joseph Monzione

Sworn to before me this
30th day of March, 2005

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000
Certificate Filed in New York County
Commission Expires Dec. 21, 2006

Doc #:NY6:945230.1