## SERVICE LIST

### By Hand

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Lena Mandel,
           Dennis O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005

### By First Class Mail

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Shearman & Sterling LLP
Attn:  Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn:  Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169

Doc #:NY6:944784.1

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn:  Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, New York 10178-0061

Scarcella Rosen & Slome
Attn:  Thomas Slome, Alan Marder
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553

Kelley Drye & Warren LLP
Attn:    James S. Carr, Robert Lehane,
         Debra SuDock
101 Park Avenue
New York, NY 10178

Frank/Gecker LLP
Attn:  Joseph D. Frank, Zane Zielinski
325 N Lasalle Street, Ste. 625
Chicago, IL 60610

Kaye Scholer LLP
Attn:  Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598

Neiman Ginsburg & Mairanz PC
Attn:  Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006

Katten Muchin Zavis Rosenman
Attn:    Thomas J. Leanse, Dustin P. Branch,
         Merritt Pardini
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Grueneberg Law Group, LLC
Attn:  Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057

Podvey, Sachs, Meaner, CatenacCi,
Hildner & Cocoziello
Attn:  Robert K. Scheinbaum, Thomas Alijan
One Riverfront Plaza
Newark, NJ 07102

Doc #:NY6:944784.1

Burr & Forman LLP
Attn:  Derek F. Meek, Robert B. Rubin
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203

MacCo & Stern, LLP
Attn:  Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

Law Offices of Avrum J. Rosen
Attn:  Avrum J. Rosen
38 New Street
Huntington, NY 11743

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn:    Morton R. Branzburg,
             Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn:  Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002

Roetzel & Andress
Attn:  Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115

Herrick, Feinstein LLP
Attn:  Paul Rubin
2 Park Ave
New York, NY 10016

Milling Benson Woodward LLP
Attn:  David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010

Warner Stevens, L.L.P.
Attn:  Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Doc #:NY6:944784.1

Wharton, Aldhizer & Weaver, PLC
Attn:  Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn:  Geraldine Ponto / David Crapo
One Riverfront Plaza
Newark, NJ  07102-5497

Bianchi Macron LLP
Attn:  Gerard DiConza
390 Old Country Road
Garden City, NY 11530

Haynes and Boone, LLP
Attn:  Judith Elkin
399 Park Avenue
New York, NY 10022-4614

Haynes and Boone, LLP
Attn:  Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789

DLA Piper Rudnick Gray Cary US LLP
Attn:  Mark Friedman
6225 Smith Ave.
Baltimore, MD 21209

Sonnenschein Nath & Rosenthal LLP
Attn:  Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020

Connolly Bove Lodge & Hutz
Attn:  Karen Bifferato, Christina Thompson
1007 North Orange St.,
PO Box 2207
Wilmington, DE 19899

Hance Scarborough Wright Ginsberg
   & Brusilow, LLP
Attn:  Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254

4

Reed Smith LLP
Attn:  Elena Lazarou
599 Lexington Ave., 27th Fl.
New York, NY 10022

Reed Smith LLP
Attn:  Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801

Blank Rome LLP
Attn:  Jason W. Staib
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 19801

Blank Rome LLP
Attn:  Andrew B. Eckstein, RocCo Cavaliere
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Rynn & Janowsky LLP
Attn:  Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660

Adelman Law Offices, PC
Attn:  David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173

Keaton & Associates, P.C.
Attn:  Mary E. Gardner, Esq.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chestnut Street
Philadelphia, PA 19106

McCarron & Diess
Attn:  Louis W. Diess, III
4900 Massachusetts, Avenue, N.W.
Suite 310
Washington D.C.

Meuers Law Firm, P.L.
Attn:  Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109

Law Offices of Bruce Levinson
Attn:  Bruce Levinson
747 Third Avenue, 4th Floor
New York, NY 10017-2803

Rojas Santos Stokes & Garcia, LLP
Attn:  Craig A. Stokes
3330 Oakwell Court, Suite 225
San Antonio, Texas 78218

Martyn & Associates
Attn:  Mark A. Amendola
820 W Superior Ave
Cleveland, OH 44113

Law Office of Robert E. Goldman
Attn:  Robert E. Goldman
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33301

Morrison Cohen LLP
Attn:  Joseph Thomas Moldovan
        Michael Lago
909 Third Avenue
New York, NY 10022-4731

Robinson Brog Leinwand Greene Genovese
    & Gluck P.C.
Attn:  Fred B. Ringel, Esq.
1345 Avenue of the Americas
New York, NY 10105

Levi Lubarsky & Feigenbaum LLP
Attn:  Howard B Levi / W.E. Swearingen
845 Third Ave, 21st Floor
New York, NY 10022

Kozyak Tropin & Throckmorton, P.A.
Attn:  Laurel Myerson Isicoff
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2335

Doc #:NY6:944784.1

Kozyak Tropin & Throckmorton, P.A.
Attn:  John W. Kozyak
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134

Venable LLP
Attn:  Lisa Bittle Tancredi
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

Noah Charney
Bear Stearns Investment Products, Inc.
383 Madison Avenue
New York, NY 10179

Steven Cimalore
Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

Jason DiBattista
Larren M. Nashelsky
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Nichols Griffths
Merrill Lynch Pierce Fenner & Smith, Inc.
4 World Financial Center
New York, NY 10080

Airgas, Inc.
259 Radnor-Chester Road, Suite 100
PO Box 6675
Radnor, PA 19087
Attn:  David Boyle

Angelo, Gordon & Co.
245 Park Avenue, 26th Fl.
New York, NY 10167
Attn:  James M. Malley

Doc #:NY6:944784.1

Bellsouth
Attn:  Reginald A. Greene
675 West Peachtree St. NE
Suite 4300
Atlanta, GA 30375

Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35222
Attn:  Danielle K. Greco

Clinton P. Hansen, Esq.
Dennis E. Quaid, Esq.
55 East Monroe, 40th Floor
Chicago, Illinois 60603

Coco-Cola Enterprises Inc.
c/o Miller & Martin PLLC
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402-2289
Attn: S.D. Rucker

Community Coffee Company, L.L.C.
Kantrow, Spaht, Weaver & Blitzer
PO Box 2997
Baton Rouge, Louisiana 70821
Attn:  Mr. David S. Rubin

Computer Leasing
Company Of Michigan, Inc.
400 Galleria Officentre, Ste. 444
Southfield, MI  48034
Attn:  Earle I. Erman

Cox Smith Matthews Incorporated
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
Attn:  Patrick L. Huffstickler

CSX Corporation
500 Water Street, 8th Floor
Jacksonville, FL 32202
Attn:  Ruth C. Salter

Doc #:NY6:944784.1

Del Fair Inc.
Cohen, Todd, Kite & Stanford, LLC
250 East Fifth Street, Suite 1200
Cincinnati, OH 45202
Attn: Monica V. Kindt, Esq.

Deutsche Bank Trust Company Americas
c/o Dennis Drebsky, Esq.
Nixon Peabody LLP
437 Madison Avenue
23rd Floor
New York, New York 10022

Discover Financial Services, Inc.
2500 Lake Cook Road
Riverwoods, IL 60015
Attn: Frank Vydra, Esq.

Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801
Attn: Andrew J. Flame, Esq.

Dykema Gossett PLLC
400 Renaissance Center
Detroit, Michigan 48243
Attn: Brendan G. Best, Esq.

Greenberg Traurig, LLP
Richard S. Miller, Esq.
200 Park Avenue
New York, NY 10166

Greenberg Traurig, P.A.
Mark D. Bloom, Esq.
1221 Brickell Avenue
Miami, FL 33131

Hamilton Beach/Proctor-Silex, Inc.
4421 Waterfront Drive
Glen Allen, Virginia 23060
Attn: William Ray

Doc #:NY6:944784.1

Hiershche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 15001
Attn:  Russell W. Mills
Attn:  Krista P. Bates

Hogan & Hartson L.L.P
875 Third Avenue
New York, NY 10022
Attn:  Ira S. Greene

IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, Illinois 60618
Attn:  Beverly H. Shideler

Ice Miller
One American Square, Box 82001
Indianapolis, Indiana 46282
Attn:  Henry A. Efroymson
Attn:  Mark A Bogdanowicz

J. Hayden Kepner
Darryl S. Laddin
Arnall Golden & Gregory LLP
171 17th St. NW
Suite 2100
Atlanta, Georgia 30363

Jenkins & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
Attn:  Michael S. Held, Esq.

Liebmann, Conway, Olejniczak
   & Jerry, S.C.
231 S. Adams Street
PO Box 23200
Green Bay, WI 54305-3200
Attn:  Jerome E. Smyth

Locke Liddell & Sapp LLP
600 Travis Street
3400 Chase Tower
Houston, TX 77002
Attn: O. Kuebel / W. Steven Bryant

Lowenstein Sandler P.C.
1251 Avenue of the Americas
18th Floor
New York, NY 10020
Attn:  Bruce Nathan, Esq.

Marrero Land and Improvement Association, Limited
5201 Westbank Expressway, Suite 400
Marrero, Louisiana 70072
Attn:  Vincent A. Vastola

Mfr Properties LLC
Genovese Gluck P.C.
Robinson Brog Leinwand Greene
1345 Avenue of the Americas
New York, NY 10105

Mimms Enterprises, Inc.
Attn:  Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075

Morris, Nichols, Arsht and Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899
Attn:  Eric D. Schwartz / Robert Dehney

Moseley, Prichard, Parrish, Knight & Jones, P.A.
501 West Bay Street
Jacksonville, Florida 32202
Attn:  Richard K. Jones, Esq.
        Eric L. Hearn, Esq.

Page, Scrantom, Sprouse, Tucker
  & Ford, P.C.
1111 Bay Ave, 3rd Floor
PO Box 1199
Columbus, GA  31902
Attn:  Lee Champion

Pitney Hardin LLP
7 Times Square
New York, New York 10036
Attn:  Conrad K. Chiu

Richard Blackstone Webber II, P.A.
Richard Blackstone Webber II, Esq.
320 Maitland Avenue
Altamonte Springs, FL 32701

Rynn & Janowsky, LLP
4100 Newport Place Drive
Suite 700
Newport Beach, CA 92660
Patricia Rynn, Esq.

Sirva Relocation
Attn:  Glenn M. Reisman
Two Corporate Drive
PO Box 861
Shelton, CT 06484

Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE 19899
Attn:  Kathleen M. Miller

Squire, Sanders & Dempsey L.L.P.
1300 Huntington Center
41 South High Street
Columbus, Ohio 43215
Attn:  Kirstin E. Richner

Tindall Professional Plaza
14 Tindall Road
Middletown, New Jersey 07748
Attn:  Ronald Horowitz

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Internal Revenue Service
Attn:  Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Doc #:NY6:944784.1

Office of New York State Attorney General
Eliot Spitzer
120 Broadway
New York City, NY 10271

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn:  Dave Gillespie
301 Commerce Street, Ste 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company Americas
Attn:  S. Berg
60 Wall Street
New York, NY 10005-2858

New Plan Excel Realty Trust, Inc.
420 Lexington Ave
New York, NY 10170

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn:  Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093

Pepsico & Subsidiaries
Attn:  Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management, LLC
Attn:  Alan S. Adler
333 South Grand Ave., 28th Floor
Los Angeles, CA 90071

Capital Research and Management Company
Attention:  Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071

Morgan Lewis & Bockius LLP
Attn:  Richard S. Toder
101 Park Avenue
New York, NY 10178-0060

Doc #:NY6:944784.1

Pepper Hamilton LLP
Attn:  I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157

The Blackstone Group L.P.
Attn:  Flip Huffard
345 Park Avenue
New York, NY 10010

Xroads Solutions Group LLC
Attn:  Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614

Locke Liddell & Sapp LLP
Attn:  Omer Kuebel III, C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036

Ballard Spahr Andrews & Ingersoll
Attn:    David L. Pollack, Jeffrey Meyers,
         Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103

Contrarian Capital Management LLC
Attn:  Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830

Patterson Belknap Webb & Tyler
Attn:  David W. Dykehouse, Michael Handler, Esq.
1133 Avenue of the Americas
New York, NY 10036-6710

Cozen O'Connor
Attn:  Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103

Pitney Hardin LLP
Attn:  Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950

Doc #:NY6:944784.1

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201

Morgan Lewis & Bockius LLP
Attn:  Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600

Traub Bonacquist & Fox LLP
Attn:  Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl.
New York, NY 10017

Allman Spry Leggett & Crumpler
Attn:  Leggett R. Bradford Esq.
380 Knollwood St., Ste. 700
Winston-Salem, NC  27113-5129

Balch & Bingham LLP
Attn:  W. Clark Watson, Eric Ray Esq.
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201

Angel & Frankel PC
Attn:  Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn:  Earle I. Erman, Esq
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Manier & Herod
Attn:   J. Michael Franks, Michael Collins,
        Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494

Arnall Golden Gregory LLP
Attn:  Darryl Laddin, J. Hayden Kepner, James Smith
171 W. 17th St., NW, Suite 2100
Atlanta, GA 30363

Doc #:NY6:944784.1

Wyatt, Tarrant & Combs, LLP
Attn:  John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746

Boult, Cummings, Conners & Berry PLC
Attn:  Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

Kantrow, Spaht, Weaver & Blitzer
Attn:  David S. Rubin
PO Box 2997
Baton Rouge, LA 70821-2997

Young Williams, P.A.
Attn:  Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059

Held & Israel
Attn:  Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207

McGrath North Mullin & Krath, PC LLO
Attn:  James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102

Taplin & Associates
Attn:  Ronald Scott Kaniuk
350 Fifth Ave., Ste 2418
New York, NY 10118

Howard, Solochek & Weber, S.C.
Attn:  Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
Attn:  Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Pepe & Hazard LLP
Attn:  Charles J. Filardi
30 Jelliff Lane
Southport, CT 06890-1436

Neal & Harwell PLC
Attn:  Marc McNamee
150 Fourth Ave., North, Suite 2000
Nashville, TN 37219

Kennedy Covington Lobdell & Hickman LLP
Attn:  Margaret Westbrook
Two Hanover Square, Suite 1900
434 Lafayette Street Mall
PO Box 1070
Raleigh, NC 27602-1070

Moore & Van Allen PLLC
Attn:  David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Willkie Farr & Gallagher LLP
Attn:  Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019

Varnum Riddering Schmidt Howlett LLP
Attn:  Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Sills Cummis Epstein & Gross PC
Attn:  Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Lathrop & Gage LC
Attn:  Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108

Developers Diversified Realty Corp.
Attn:  Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH  44122

Doc #:NY6:944784.1

Porzio, Bromberg & Newman PC
Attn:  Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Broad and Cassel
Attn:  C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401

Anderson Kill & Olick, PC
Attn:  Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020

Wheelis & Rozanski
Attn:  Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199

Stutsman & Thames
Attn:  Nina M. Lafleur
121 W. Forsyth St., Ste 600
Jacksonville, FL 32202

Lowenstein Sandler PC
Attn:  Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068

Zeichner Ellman & Krause LLP
Attn:  Stuart Krause
575 Lexington Ave
New York, NY 10022

Mateer & Harbert PA
Attn:  David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854

McCarter & English LLP
Attn:  William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102

Doc #:NY6:944784.1

Wormser, Kiely, Galef & Jacobs LLP
Attn:  Janice B. Grubin, Gary R. von Stange
825 Third Avenue
New York, NY 10022

Macey, Wilensky, Cohen, Wittner & Kessler LLP
Attn:  Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229

Murray, Frank & Sailer LLP
Attn:  Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 8th Fl.
New York, NY 10016

Kupelian Ormond & Magy PC
Attn:  Terrance Hiller, Paul Magy, Matthew Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075

Fox Rothschild LLP
Attn:  Joshua T. Klein
2000 Market St., 10th Fl.
Philadelphia, PA 19103-3291

Munsch Hardt Kopf & Harr PC
Attn:  Raymond Urbanik, Scott Ellis
1445 Ross Ave., Ste 4000
Dallas, TX 75202

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233

McCarthy & White PLLC
Attn:  William Douglas White
8180 Greensboro Drive., Ste 875
McLean, VA 22102

Morris, James, Kitchens & Williams LLP
Attn:  Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899

Doc #:NY6:944784.1

Begnaud & Marshall LLP
Attn:  Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603

DLA Piper Rudnick Gray Gary US LLP
Attn:  Daniel Carrigan
1775 Wiehle Ave., Ste 400
Reston, VA 20190

DLA Piper Rudnick Gray Cary US LLP
Attn:  Janice Duban
203 N. Lasalle St., Ste 1900
Chicago, IL 60601

Moritt, Hock, Hamroff & Horowitz LLP
Attn:  Marc Hamroff, Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530

Schaneville, Baringer & Meltzer
Attn:  Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802

The Inland Real Estate Group
Attn:  Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523

Reed & Reed
Attn:  Diane Reed
501 N. College St.
Waxahachie, TX 75165

Reed Smith LLP
Attn:  Robert M. Marino
130I K Street, NW Suite 1100-East Tower
Washington, DC 20005-3317

Kilpatrick Stockton LLP
Attn:  Todd C. Meyers
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530

Doc #:NY6:944784.1

Hughes & Luce
Attn:  Sabrina Streusand
111 Congress Ave., Ste 900
Austin, TX 78701

Todtman, Nachamie, Spizz & Johns, PC
Attn:  Alex Spizz
425 Park Ave
New York, NY 10022

Kaufman & Canoles
Attn:  Paul Campsen
150 West Main St., PO Box 3037
Norfolk, VA 23514

Shapiro & Croland
Attn:  Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Fl.
Hackensack, NJ 07601

Pepper Hamilton LLP
Attn:  James C. Carignan
Hercules Plaza, Ste 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Pepper Hamilton LLP
Attn:  Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Pepper Hamilton LLP
Attn:  Alan Sable
500 Grant St., 50th Fl.
Pittsburgh, PA 15219-2502

Waller Lansden Dortch & Davis PLLC
Attn:  David E. Lemke, Robert Welhoelter
511 Union Street, Ste 2700
Nashville, TN 37219

Klein & Solomon LLP
Attn:  Solomon J. Jaskiel
275 Madison Ave., 11th Fl.
New York, NY 10016

21

Bradley Arant Rose & White LLP
Attn:   Danielle K. Greco, John Whittington,
        Patrick Darby
One Federal Place 1819 Fifth Avenue
North Birminghan, AL 35222

McGuirewoods LLP
Attn:  Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St. Ste 2900
Charlotte, NC 28202-4011

Hunton & Williams, LLP
Attn:  Craig V. Rasile
1111 Brickell Ave., Ste 2500
Miami, FL 33131

Smith Hulsey & Busey
Attn:  James H. Post
225 Water Street, Ste 1800
Jacksonville, FL 32202

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn:  Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

FagelHaber LLC
Attn:  Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861

Cohen, Todd, Kite & Stanford
Attn:  Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202

Diaz Wholesale & Mfg Co., Inc.
Attn:  M. Eric Newberg
5501 Fulton Industrial
Atlanta, GA 30336

Anderlini, Finkelstein, Emerick & Smoot
Attn:  David G. Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402

Buckeye Capital Partners, LP
Attn:  Philip Brown
230 Park Ave., Ste 1540
New York, NY 10169

FPL Law Department
Attn:  Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408

Quadrangle Group LLC
Attn:  Patrick Bartel, Andrew Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152

Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
Attn:  Zachary J. Bancroft
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn:  Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601

Citrus County Tax Collector
Attn:  Janice A. Warren
210 N. Apopka Ave., Suite 100
Inverness, FL 34450

Smith Debnam Narron Wyche Saintsing
   & Myers, LLP
Attn:  Byron L. Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611

Fredrikson & Byron, P.A.
Attn:  John M. Koneck, Esq.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425

Doc #:NY6:944784.1

Kaplan and Freedman, P.A.
Attn: Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, Florida 33156-7903

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Dr., Bldg 1, Ste 525
Clearwater, FL 34762

Foster & Lindeman, PA
Attn: William Lindeman
PO Box 3108
Orlando, FL 32802-3108

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend St.
Boston, MA 02114

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth St., Ste 2300
Minneapolis, MN 55402

Watkins, Ludlam, Winter & Stennis, P.A.
Attn: Kristina M. Johnson
633 North State St., PO Box 427
Jackson, MS 39205-0427

William P. Wessler
1624 24th Ave.
Gulfport, MS 39501

Ken Burton, Jr., Manatee County Tax Collector
Attn: Susan D. Profant
PO Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL 34206-5300

The H.T. Hackney Co.
Attn: Kyle Dugger
502 S. Gay St., Ste 300
Knoxville, TN 37902

Doc #:NY6:944784.1

Levy & Droney, PC
Attn:  Ross G. Fingold
74 Batterson Park Road
Farmington, CT 06032

Ginnie Van Kesteren P.A.
Attn:  Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701

Perkins Coie LLP
Attn:  Bruce MacIntyre, Jennifer Stevenson
1201 Third Ave., 40th Fl.
Seattle, WA 98101-3099

Stichter, Riedel, Blain & Prosser PA
Attn:  Don M. Stichter
110 East Madison St., Ste 200
Tampa, FL 33602

William F. Harmeyer & Associates
Attn:  William F. Harmeyer
7322 Southwest Freeway, Ste 475
Houston, TX 77074

Michael R. Bakst
222 Lakeview Ave., Ste 1330
West Palm Beach, FL 33401

Pitney Hardin LLP
Attn: Richard Meth
P.O. Box 1945
Morristown, NJ 07962

Simpson Law Offices
Attn: James W. Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305

Fredric Buresh, P.A.
Attn: Fredric Buresh
800 SE Third Avenue, 4th Floor
Ft. Lauderdale, FL 33316

Wander & Associates
Attn: David H. Wander
641 Lexington Avenue, 21st Floor
New York, NY 10022

Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY 10005-1116
Attn: Andrew C. Kassner

Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022
Attn: Andrew L. Morrison

Markowitz Davis Ringel & Trusty
9130 South Dadeland Blvd., Suite 1225
Miami, FL 33156
Attn: Jerry Markowitz

Bingham McCutchen LLP
One State Street
Hartford, CT 06103
Attn: Anthony Smits

Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilimington, DE 19899
Attn: Mark Minuti

Thompson O'Brien Kemp & Nasuti
40 Technology Parkway South, Suite 300
Norcross, GA 30092
Attn: Albert F. Nasuti

Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004
Attn: Jeffrey S. Margolin

Pitney Hardin Kipp & Szuch
685 Third Avenue
New York, NY 10017
Attn: Conrad Chiu

Doc #:NY6:944784.1

Mcguire Woods LLP
1345 Avenue of the Americas
NY, NY 10128
Attn: Shawn Randall Fox

Jenkins Gilchrist Parker & Chapin
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Attn: Paul H. Deutch

Locke Liddell & Sapp LLP
600 Travis Street
3400 Chase Tower
Houston, TX 77002
Attn: W. Steven Bryant

Dorsey & Whitney
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Attn: Chris Lenhart

Finkel Goldstein Rosenbloom Nash LLP
26 Broadway, Suite 711
New York,NY 10004
Attn: Neal M. Rosenbloom

Daniel J. Flanigan
Polisinelli Shalton Welte Suelthaus
292 Madison Ave., 17th Floor
New York, NY 10017

James E. Bird
Polsinelli Shaton Welte Suelthaus
700 West 47th Street, Suite 1000
Kansas City, MO 64112

Smith Gilliam Williams & Miles
P.O.Box 1098
Gaineville, GA 30503
Attn: B. Patten

Clark Partington Hart Larry Bond & Stackhouse
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32501
Attn: Keith L. Bell

Doc #:NY6:944784.1

Jennis & Bowen
400 North Ashley Dr., Suite 2540
Tampa, FL 33602
Attn: David Jennis / Chad Bowen

Kegler Brown Hill & Ritter
65 East State Street, Suite 1800
Columbus, OH 43215
Attn: S. Cupps

Williams Mullen Hofheimer Nusbaum
999 Waterside Dr., Suite 1700
P.O. Box 3460
Norfolk, VA 23514
Attn: David Greer

Williams Mullen Hofheimer Nusbaum
1021 East Gary Street
P.O. Box 1320
Richmond, VA 23218
Attn: Paul Bliley

Johnson Pope Bokor Ruppel & Burns
P.O. Box 1368
Clearwater, FL 33757
Attn: Michael Markham

Sessions Fishman & Nathan
201 St. Charles Ave., 35th Floor
New Orleans, LA 70170
Attn: J.D. Forsyth

Levenfield Pearlstein
211 Waukegan Road
Northfield, IL 60093
Attn: W.S. Schwartz

Broward County Revenue Collection Division
Litigation Section
Government Center Annex
115 South Andrews Ave.
Ft. Lauderdale, FL 33301
Attn: Hollie Hawn

Trutt & Franson
707 Peninsular Place
Jacksonville, FL 32204
Attn: Albert Franson

Doc #:NY6:944784.1

Ford Bowlus Duss Morgan Kenney Safer &
    Hampton
10110 San Jose Road
Jacksonville, FL 32257
Attn: Michael Bowlus

Frank Weinberg & Black
7805 S.W. 6th Court
Plantation, FL 33324
Attn: David Black

Brown Rayman Millstein Felder & Steiner
900 Third Avenue
New York, NY 10022
Attn: G. Catalanello

Weiss Serota Helfman Pastoriza
3107 Stirling Road, Suite 300
Ft. Lauderdale, FL 33312
Attn: D. Gonzales

Kennedy Covington Lobdell & Hickman
Hearst Tower, 47th Floor
214 North Tryon St.
Charlotte, NC 28202
Attn: Amy Pritchard Williams

Doc #:NY6:944784.1