SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| **In re** | : |
| | :   **Chapter 11** |
| | : |
| **WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,** | :   **Case No. 05-11063 (RDD)** |
| | : |
| **Debtors.** [1] | :   **(Jointly Administered)** |
| | : |

----------------------------------------------------------------x

**SECOND SUBMISSION OF COMPLETED RETENTION
QUESTIONNAIRES OF CERTAIN ORDINARY COURSE
PROFESSIONALS PURSUANT TO ORDER AUTHORIZING DEBTORS TO
RETAIN AND COMPENSATE PROFESSIONALS USED IN THE
<u>ORDINARY COURSE OF BUSINESS</u>**

The Debtors hereby file, in accordance with the terms of the Order

Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Course of Business (the "Order"),[2] completed Questionnaires for the following Ordinary Course Professionals (which completed Questionnaires are attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1.  Ames Appraisal Services (Exhibit A)

2.  Baker, Ravenel & Bender, LLP (Exhibit B)

3.  Carlock, Copeland, Semler & Stair, LLP (Exhibit C)

4.  Landrum & Shouse (Exhibit D)

5.  Middleton Reutlinger (Exhibit E)

6.  Kelley, Kronenberg, Gilmartin, Fichtel & Wander (Exhibit F)

7.  Lyons, Pipes & Cook, P.C. (Exhibit G)

8.  Langston, Hess, Bolton, Znosko & Shepard, P.A. (Exhibit H)

9.  Breaud and Lemoine, A.P.L.C. (Exhibit I)

10. Eraclides, Johns, Hall, Gelman, Eikner and Johannessen, L.L.P. (Exhibit J)

11. PPM Consultants, Inc. (Exhibit K)

12. Wilkins, Stephens & Tipton, P.A. (Exhibit L)

13. Sands Anderson Marks & Miller (Exhibit M)

14. Capell & Howard, P.C. (Exhibit N)

15. Cole, Stone, Stoudemire & Morgan, P.A. (Exhibit O)

16. Minno Law Firm (Exhibit P)

17. Coffman, Coleman, Andrews & Grogan, P.A. (Exhibit Q)

---

[2]    Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

18.    Haynsworth Sinkler Boyd, P.A. (Exhibit R)

19.    Info Tech, Inc. (Exhibit S)

20.    McAngus, Goudelock & Courie, P.L.L.C. (Exhibit T)

21.    The Ward Law Firm, P.A. (Exhibit U)

22.    Templeton & Raynor, P.A. (Exhibit V)

23.    GrayRobinson, P.A. (Exhibit W)

24.    Gaunt, Pratt, Radford & Methe, P.A. (Exhibit X)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaires upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professionals.

Dated:  March 30, 2005

/s/  *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801
Telephone:    (302) 651-3000
Facsimile:    (302) 651-3001

Attorneys for Debtors

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.**
**RETURN IT TO THE DEBTORS AT:**

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Ronald Ames_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

_Ames Appraisal Services_
_4401 N. Federal Highway, #204_
_Boca Raton, FL 33431_

2.    Date of retention:  _December, 2003_

Questionnaire of: _Ames Appraisal Services_
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

_Expert consultation & testimonial services in connection with shopping center exclusive use rights of Winn-Dixie._

4. Brief description of services to be provided:

_Same as 3 above_

5. Arrangements for compensation (hourly, contingent, etc.)

_hourly_

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

_Ranges from $75-175/hour currently_

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ _N/A_

Date claim arose: _____

Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _N/A_

Status: _____

Amount of Claim: $ _____

Date claim arose: _____

Source of claim: _____

Questionnaire of: *Ames Appraisal Services*
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ *N/A* _____

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ *N/A* _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ *N/A* _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____ *3/18/05* _____

*Ronald Ames*

Name: *RONALD AMES*
Title: *PRESIDENT*
Company: *AMES APPRAISAL SERVICES*
Address: *4401 N FEDERAL HIGHWAY #204*
         *BOCA RATON, FL 33431*
Telephone: *561-394-3772*
Facsimile: *561-394-3702*

**Exhibit B**

In re Winn-Dixie Stores, Inc., et al.

Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.**

**RETURN IT TO THE DEBTORS AT:**

Steven Eichel

Skadden, Arps, Slate, Meagher & Flom LLP

Four Times Square

New York, New York 10036

Telephone: (212) 735-4113

Facsimile: (917) 777-4113

Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Catharine Garbee Griffin, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm: Baker, Ravenel & Bender, LLP, P.O. Box 8057, Columbia, SC 29202.

2. Date of retention:   May 2, 2002

3. Type of services provided (accounting, legal, etc.):  Legal

4. Brief description of services to be provided:       Our law firm represents Winn-Dixie in lawsuits filed against Winn-Dixie.

5. Arrangements for compensation (hourly, contingent, etc.):  Hourly

6. Average hourly rate (if applicable):  $125.00 per hour

Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition): $2,035.64

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $1,740.30

Date claim arose: October 2004 – February 21, 2005 billings

Source of claim: Jeannette Dozier v. Winn-Dixie, Claim No.: A111201589-0001-01,

Amount of Claim:  $365.80.

Date Claim arose:  October 2004 – February 21, 2005

Source of claim:  <u>Dennis Price v. Winn Dixie</u>, Claim No. _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:  None

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: _____ (Name of Firm)

9. Stock of any of the Debtors currently held by the firm:  None

Kind of shares: _____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:  None

Name:_____

Status:

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)  None.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _March 21 2005_

Name:  Catharine Garbee Griffin

Title:  Attorney

Company:  Baker, Ravenel and Bender, LLP

Address:  P.O.Box 8057, Columbia, SC  29202

Telephone:  (803) 799-9091

Facsimile:  (803) 779-3423

**Exhibit C**

In re Winn Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT TO THE DEBTORS AT

STEVEN EICHEL
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4 1 13
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, ADAM L. APPEL, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. **Name and address of firm:**

   Carlock, Copeland, Semler & Stair, LLP

   a. 2600 Marquis Two Tower
      285 Peachtree Center Avenue
      Atlanta, GA 30303-1235

   b. The Rothschild Building
      1214 First Avenue, Suite 400
      Columbus, Georgia 31901

   c. 134 Meeting Street, Suite 500
      Charleston, SC 29401-3001

2. **Date of retention:** May 2004.

3. **Type of services provided (accounting, legal, etc.):**
   Legal/litigation

Questionnaire of: <u>Carlock, Copeland, Semler & Stair, LLP</u>
(Name of Firm)

4. **Brief description of services to be provided:**

   <u>Defense of lawsuits filed against Winn-Dixie Stores, Inc., and its affiliates. Litigation includes engaging in pretrial discovery and trial on behalf of Winn-Dixie Stores, Inc., and its affiliates.</u>

5. **Arrangements for compensation (hourly, contingent, etc.)**

   <u>Hourly</u>

6. **Average hourly rate (if applicable):**
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   <u>$150 per hour for partners, $130 per hour for associates; $70 per hour for paralegals. Average monthly compensation based on pre-petition retention approximately $5,000 per month.</u>

7. **Pre-petition claims against any of the Debtors held by the firm:**
   Amount of claim: $<u>11,138.61</u>

   Date claim arose: <u>This claim arises from legal services provided prior to the date of filing of bankruptcy, February 21, 2005, from various matters being handled on behalf of Winn-Dixie Stores, Inc., and its affiliates from approximately October 2004 through February 20, 2005.</u>

   Source of claim: <u>Legal services provided from the defense of lawsuits against Winn-Dixie Stores, Inc., and its affiliates.</u>

8. **Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:**
   Name: <u>Not applicable</u>
   Status: _____
   Amount of Claim: $_____
   Date claim arose: _____
   Source of claim: _____

9. **Stock of any of the Debtors currently held by the firm:**
   Kind of shares: <u>None.</u>
   No. of shares: <u>N/A</u>

10. **Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:**

    Name: <u>Not applicable</u>
    Status:
    Kind of shares: _____
    No. of shares: _____

11. **The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below.**
(Provide nature and brief description of any such adverse interest.)

    <u>None.</u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>March 21, 2005</u>

| | |
|---|---|
| **Name:** | ADAM L. APPEL |
| **Title:** | Partner |
| **Company:** | Carlock, Copeland, Semler & Stair, LLP |
| **Address:** | 2600 Marquis Two Tower |
| | 285 Peachtree Center Avenue |
| | Atlanta, GA  30303 |
| **Telephone:** | (404) 522-8220 |
| **Facsimile:** | (404) 523-2345 |

1819443v1

**<u>Exhibit D</u>**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, William C Shouse, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT

THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND

BELIEF:

1.      Name and address of firm:

        Landrum & Shouse

        PO Box 951

        Lexington, KY 40588-0951

2.      Date of retention:   pre-filing

Questionnaire of: _____

(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    LEGAL _____

    _____

    _____

4.  Brief description of services to be provided:

    Lawsuit defense _____

    _____

    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    hourly _____

6.  Average hourly rate (if applicable): $120
    Estimated average monthly compensation based on pre-petition retention
    was employed pre-petition): $3500

    _____    _____

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim:  $Previously supplied with attachments_____

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim:  $None_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: _____
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares: _____

      No. of shares:  NONE_____

10.   Stock of any of the Debtors currently held individually by any member, associate, or
      professional employee of the firm:

      Name: _____

      Status: _____

      Kind of shares: _____

      No. of shares:  NONE_____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with
      respect to the matters on which the firm is to be employed, except as disclosed below.
      (Provide nature and  brief description of any such adverse interest.)
       NONE

      _____

      _____

      _____

      _____

      _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.


Dated: ___3/25/2005_____


                          Name: William C. Shouse_____
                          Title: Managing Partner_____
                          Company: Landrum& Shouse
                          Address: PO BOX 951____
                          Lexington, KY 40588-0951
                          Telephone: 859 255-2424_____
                          Facsimile:  859 233-0308_____

**Exhibit E**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Timothy P. O'Mara , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    Middleton Reutlinger

    2500 Brown & Williamson Tower

    Louisville, Kentucky 40202

2.    Date of retention:    July 2001

Questionnaire of: __Middleton Reutlinger__
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

Legal

4. Brief description of services to be provided:

Legal representation in workers' compensation claims filed

against Winn-Dixie.

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$150/hour; approximately $300 to $400 per month

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ __n/a__

Date claim arose: _____

Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: __n/a__

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

-2-

Questionnaire of: <u>Middleton Reutlinger</u>
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

Kind of shares: <u>None</u>

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>None</u>

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

<u>None</u>

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>March 25, 2005</u>

Name: <u>Timothy P. O'Mara</u>
Title: <u>Attorney</u>
Company: <u>Middleton Reutlinger</u>
Address: <u>2500 Brown & Williamson</u> Tower
<u>Louisville, Kentucky  40202</u>
Telephone: <u>(502) 584-1135</u>
Facsimile: <u>(502) 561-0442</u>

97672.01-New York Server 7A - MSW                    -3-

**Exhibit F**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT</u>:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, __John R. Buchhol__ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

> __Kelley, Kronenberg, Gilmartin, Fichtel & Wander__
>
> __2655 Le Jeune Road__
>
> __Penthouse 1 – Suite C__
>
> __Coral Gables, Florida  33134__

2.    Date of retention: __June 16, 2003__

Questionnaire of: Kelley, Kronenberg
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

Legal Services

_____

_____

4.    Brief description of services to be provided:

Represent Winn Dixie Stores, Inc. in lawsuits filed

in the State of Florida

_____

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

Partner - $125.00; Associates - $100.00; Paralegal - $55.00

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $131,919.51    12/1/04 through 2/21/05

Date claim arose: Fees for services from 12/1/2004 - 2/21/2005

Source of claim: ___ Legal Fees

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____ None

Status: _____

Amount of Claim: $ None

Date claim arose: _____

Source of claim: _____

-2-

Questionnaire of:  __Kelley, Kronenberg__
                                              (Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:    NONE

      Kind of shares: _____  __NONE_____

      No. of shares:  _____  _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or
      professional employee of the firm:

      Name: _____  NONE_____

      Status: _____  _____

      Kind of shares: _____  NONE_____

      No. of shares:  _____  _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with
      respect to the matters on which the firm is to be employed, except as disclosed below.
      (Provide nature and  brief description of any such adverse interest.)

      _____  NONE_____

      _____

      _____

      _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: __March 25, 2005__

                              Name: _John R. Buchholz, Esq._
                              Title: __Partner_____
                              Company: _Kelley Kronenberg et al_
                              Address: _2655 LeJeune Road, PH 1-C_
                              _Coral Gables FL  33134_
                              Telephone: _(305) 774-7058_
                              Facsimile: _(305) 774-6632_

**Exhibit G**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York  10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, __M. Warren Butler__, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    __Lyons, Pipes & Cook, P.C.__

    __2 North Royal Street__

    __Mobile, AL  36602__

2.    Date of retention:    __9/9/96__

Questionnaire of: **Lyons, Pipes & Cook, P.C.**
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   Professional Legal Services

4. Brief description of services to be provided:

   Defense of personal/injury/premises liability cases

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

6. Average hourly rate (if applicable): **on this file: $175.00 an hour.**
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   $7,750 per month on average

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ **$2,546.36**

   Date claim arose: **oldest time entry: 2/1/05**

   Source of claim: **legal fees**

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: **N/A**

   Status:

   Amount of Claim: $

   Date claim arose:

   Source of claim:

-2-

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares:   __N/A__ _____

No. of shares:   _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ **None** _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____**None**_____

_____

_____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated: _____ __3/24/05__ _____


Name: __M. Warren Butler__
Title: __Partner__
Company: __Lyons, Pipes & Cook__
Address: __2 North Royal Street__
         __Mobile, AL  36602__
Telephone: __251-441-8229__
Facsimile: __251-433-1820__

**Exhibit H**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, <u>George Boring</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

        <u>Langston, Hess, Bolton, Znosko & Shepard, P. A.</u>

        <u>2400 First Street, Suite 212</u>

        <u>Fort Myers, Florida 33901</u>

2.    Date of retention:    <u>November 2002</u>

3.    Type of services provided (accounting, legal, etc.):

_____Legal - workers compensation defense_____

_____

_____

4.    Brief description of services to be provided:

_____Legal defense of workers compensation claims_____

_____filed against Winn-Dixie_____

_____

5.    Arrangements for compensation (hourly, contingent, etc.)

_____hourly_____

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

_____$110/attorney    $70/paralegal      $1,000_____

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $_____N/A_____

Date claim arose: _____N/A_____

Source of claim: _____N/A_____

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____N/A_____

Status: _____N/A_____

Amount of Claim: $_____N/A_____

Date claim arose: _____N/A_____

Source of claim: _____N/A_____

Questionnaire of: <u>Langston, Hess et al.-Ft.</u> Myers
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____N/A_____

    No. of shares: _____N/A_____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _____N/A_____

    Status: _____N/A_____

    Kind of shares: _____N/A_____

    No. of shares: _____N/A_____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _____N/A_____

    _____

    _____

    _____

    _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _*3-22-2005*_

_George W. Boring_

Name: _George Boring_____
Title: _Attorney_____
Company: _Langston, Hess, Bolton,_ Znosko & Shepard
Address: _2400 First St., Ste. 212_
_____Fort Myers, FL  33901_
Telephone: _239-334-0867_____
Facsimile: _239-334-3543_____

**Exhibit I**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, <u>David J. Calogero</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

      BREAUD AND LEMOINE, A.P.L.C.

      P.O. BOX 3448

      LAFAYETTE, LOUISIANA  70502

2.    Date of retention:    5/1/00

Questionnaire of: <u>BREAUD AND LEMOINE</u>
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

LEGAL

4.    Brief description of services to be provided:

ROUTINE LITGATION

5.    Arrangements for compensation (hourly, contingent, etc.)

HOURLY, PLUS EXPENSES

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

COMPENSATION:   $12,000/MO (average)

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $  33,274.14

Date claim arose:   11/8/04

Source of claim:   LEGAL SERVICES, EXPENSES

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:   N/A

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Questionnaire of: <u>BREAUD AND LEMOINE</u>
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: ___N/A_____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____N/A_____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____N/A_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated: __3/23/05_____


Name: __DAVID J. CALOGERO____
Title: __ATTORNEY_____
Company: __BREAUD AND LEMOINE__
Address: __P.O. BOX 3448_____
         __LAFAYETTE, LA. 70502__
Telephone: __337-266-2200____
Facsimile: __337-266-2204____

**Exhibit J**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

I, <u>Mark H. Gelman</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    Eraclides, Johns, Hall, Gelman, Eikner and Johannessen, L.L.P.

    4811 Atlantic Boulevard

    Jacksonville, Florida 32207

2.    Date of retention:   March 1998

Questionnaire of: Eraclides, Johns, Hall, Gelman
(Name of Firm)
Eikner, and Johannessen, L.L.P.

3.    Type of services provided (accounting, legal, etc.):

Legal – workers compensation defense, Medicare set-aside allocation

            and appeal.


4.    Brief description of services to be provided:

Our firm represents Winn Dixie Stores and their servicing agent,

Sedgwick, in defenses of workers compensation claims.  We also

obtain Medicare approval, when necessary, on Medicare set-aside

 agreements.

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was
employed pre-petition):

  $115.00 – $10,000.00 monthly

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $  N/A

Date claim arose: _____

Source of claim: _____

8.    Pre-petition claims against any of the Debtors held individually by any member,
associate, or professional employee of the firm:

Name:  N/A

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____N/A_____

No. of shares: _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _Mark H. Gelman_____

Status: _____

Kind of shares: _common_____

No. of shares: _4000_____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____N/A_____

_____

_____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated: _March 21, 2005_____

Name: _Mark H. Gelman, Esquire_
Title: _Partner_____
Company: _Eraclides, Johns___
Address: __4811 Atlantic Boulevard
_____Jacksonville, Florida 32207
Telephone: 904-306-9955_____
Facsimile: 904-306-9951_____

**Exhibit K**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Michael D. McCoy_ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

_PAM Consultants, Inc._

_2630 Queenstown Rd_

_Birmingham, AL 32210_

2.     Date of retention:     _2/1/2003_

Questionnaire of: _PPM Consultants, Inc_
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   _Environmental engineering_

4. Brief description of services to be provided:

   _environmental services related to soil and groundwater investigation / cleanup, underground storage tanks, and real estate._

5. Arrangements for compensation (hourly, contingent, etc.)

   _hourly (time and materials)_

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   _$ 3500.00 /Month_

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ _13,312.28_

   Date claim arose: _Oct 04 - Jan 05_

   Source of claim: _Invoices for Services in LA + MS_

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _N/A_

   Status: _N/A_

   Amount of Claim: $ _0_

   Date claim arose: _N/A_

   Source of claim: _N/A_

-2-

Questionnaire of: _PPm Consultants, Inc._
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

Kind of shares: _N/A_

No. of shares: _N/A_

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _N/A_

Status: _N/A_

Kind of shares: _N/A_

No. of shares: _N/A_

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_N/A_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _3/28/05_

Name: _Michael D. McCown_
Title: _V.P._
Company: _PPm Consultants, Inc._
Address: _2630 Queenstown Rd._
_Birmingham, AL 35210_
Telephone: _205-836-5650_
Facsimile: _205-836-5805_

**Exhibit L**

In re **Winn-Dixie Stores, Inc.,** et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES,

INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: <u>seichel@skadden.com</u>

If more space is needed, please complete on a separate page and attach.

I, **JAY R. MCLEMORE,** PURSUANT TO U.S.C. § 1746, HEREBY DECLARE THAT THE

FOLLOWING IS TRUE AND TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND

BELIEF:

1.      Name and address of firm:

> **WILKINS, STEPHENS & TIPTON, P.A.**
> **One LeFleur's Square**
> **4735 Old Canton Road**
> **Post Office Box 13429**
> **Jackson, Mississippi 39236-3429**
> **Email: jmclemore@wilkins-law.com**
> **Telephone: (601) 366-4343**
> **Facsimile:   (601) 981-7608**

2.      Date of retention: **Approximately 1990**

3.      Type of services provided (accounting, legal, etc.): **legal**

Questionnaire of: **Wilkins, Stephens & Tipton, P.A.**

4.      Brief description of services to be provided: **Representation in Mississippi state and federal courts and before the Mississippi Workers' Compensation Commission**

5.      Arrangements for compensation (hourly, contingent, etc.) **$125.00 shareholder/partner; $110.00/associate; and $65.00/hr. paralegal.**

6.      Average hourly rate (if applicable): **See above.**

Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition): **$29,000 per month**

7.      Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $46,678.86

Date claim arose: **Legal services through February 21, 2005.**

Source of claim: **Legal services**

8.      Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm: **Not applicable**

Name:

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

9.      Stock of any of the Debtors currently held by the firm: **Not applicable**

Kind of shares:

No. of shares:

2

Questionnaire of: **Wilkins, Stephens & Tipton, P.A.**

10.   Stock of any of the Debtors currently held individually by any member, associate, or

professional employee of the firm: **Not applicable.**

Name:

Status:

Kind of shares:

No. of shares:

11.   The above-named firm holds no interest to the Debtors or to their estates with respect to the

matters on which the firm is to be employed, except as disclosed below.

(Provide nature and brief description of any such adverse interest.)

**None**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT.

Dated: _March 28, 2005_

Name:  **Jay R. McLemore**
Title:  **Shareholder**
Company: **Wilkins, Stephens & Tipton, P.A.**
Address:   **4735 Old Canton Road; Suite 108**
          **Post Office Box 13429**
          **Jackson, MS  39236-3429**
Telephone: **(601) 366-4343**
Facsimile:  **(601) 981-7608**

3

**Exhibit M**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Terrence L. Graves_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    _Sands Anderson Marks & Miller_
    _P.O. Box 1998_
    _Richmond, Virginia 23218-1998_

2.  Date of retention: _1/15/1988_

Questionnaire of: Sands Anderson Marks & Miller
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

Legal: Defense of litigation involving general liability
and workers compensation claims.

4. Brief description of services to be provided:

Legal: Defense of litigation involving general liability
and workers compensation claims

5. Arrangements for compensation (hourly, contingent, etc.)

hourly

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$135/hour    Avg monthly compensation - $3000 to $6000

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 45,000  to $50,000

Date claim arose: 10/1/04 through 2/21/05

Source of claim: Legal fees and Expenses

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  None

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: _Sands Anderson Marks & Miller_
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: ____n/A_____

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: __n/A_____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

____n/A_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _3/28/05_____

Name: _Terrence L. Graves_
Title: _Shareholder/Secretary_
Company: _Sands Anderson Marks & Miller_
Address: _P.O. Box 1998_
_Richmond, VA 23218_
Telephone: _804-783-7276_
Facsimile: _804-783-7291_

**Exhibit N**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

I, _____*WKM*_____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

      *Capell & Howard, P.C.*

      *150 . 1*

2.    Date of retention:   *No pending matters*

Questionnaire of: _C & H, P.C_
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   _Legal_

4. Brief description of services to be provided:

   _Real estate_

5. Arrangements for compensation (hourly, contingent, etc.)

   _Hourly_

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   _No pending matters_

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ _— 0 —_

   Date claim arose: _N/A_

   Source of claim: _N/A_

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _N/A_

   Status: _N/A_

   Amount of Claim: $ _— 0 —_

   Date claim arose: _N/A_

   Source of claim: _N/A_

Questionnaire of: __C & H, P.C.__
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: ____None____

No. of shares: ____N/A____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ____N/A____

Status: ____N/A____

Kind of shares: ____N/A____

No. of shares: ____N/A____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

____None____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ____March 28, 2005____

Name: ____WKM____
Title: ____Chairman of the Board____
Company: ____C&H, P.C.____
Address: ____150____

Telephone: ____334-241-8024____
Facsimile: ____334-241-8224____

**Exhibit O**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>Mary N. Morgan</u>    , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

> Cole, Stone, Stoudemire & Morgan, P.A.

> 201 North Hogan Street, Suite 200

> Jacksonville, FL  32202


2.    Date of retention:    1986

Questionnaire of: <u>Cole, Stone, Stoudemire & Morgan</u>
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

<u>Legal Services</u>

4.    Brief description of services to be provided:

<u>Insurance Defense in Workers' Compensation & Liability Claims</u>

5.    Arrangements for compensation (hourly, contingent, etc.)

<u>Hourly Fees plus Costs</u>

6.    Average hourly rate (if applicable):   $115.00
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

<u>~~$11,230~~</u>

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $____<u>None</u>

Date claim arose: _____

Source of claim: <u>Legal Fees & Costs</u>

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

Name: ___<u>None</u>

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

-2-

Questionnaire of: <u>Cole, Stone, Stoudemire & Morgan</u>
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _____None_____

No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>Robert A. Cole & Mary N. Morgan</u>

Status: <u>N/A</u>

Kind of shares: ___Common Stock_____

No. of shares: <u>Robert A. Cole - 1,247 shares    Mary N. Morgan - 406 Shares</u>

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____None_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>March 29, 2005</u>

Name: <u>Mary N. Morgan</u>
Title: <u>Vice President</u>
Company: <u>Cole, Stone, Stoudemire & Morgan, P.A.</u>
Address: <u>201 North Hogan Street, Suite 200</u>
<u>Jacksonville, FL   32202</u>

Telephone: <u>904-353-9664</u>
Facsimile: <u>904-353-1055</u>

**<u>Exhibit P</u>**

**In re: Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES,

INC. AND/OR ITS DEBTOR AFFILITES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY 11036
    Tel.: (212) 735-4113
    Fax: (917) 777-4113
    E-mail: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

    I, <u>Matthew F. Minno, Esq.</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT

THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND

BELIEF.

1.    Name and address of firm:

    <u>Minno Law Firm</u>
    <u>2062 Thomasville Road</u>
    <u>Tallahassee, Florida 32308</u>

2.    Date of retention: <u>June 1999</u>

3.    Type of services provided (accounting, legal, etc.):

    <u>Legal: Defense of Claims</u>

Questionnaire of: <u>The Minno Law Firm</u>

4.    Brief description of services to be provided:

_Defending Civil litigation claims_        w/JM

5.    Arrangements for compensation (hourly, contingent, etc.):

<u>$110.00/hour</u>

6.    Average hourly rate(if applicable):
Estimated average monthly compensation based on pre=petition retention (if firm was employed pre-petition)

<u>$110.00/hour</u>

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of Claim: $ _3,327.60_
Date claim arose: <u>Before February 20, 2005</u>
Source of Claim: <u>Pre-petition legal fees and costs</u>

8.    Pre-petition claims against any of the Debtors held individually by any member, associate or professional employee of the firm:

Name: <u>Same; sole practitioner</u>
Status: _____
Amount of Claim: $ _3,327.60_
Date claim arose: <u>Before February 20, 2005</u>
Source of Claim: <u>Pre-petition legal fees and costs</u>

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: <u>N/A</u>
No. of shares: <u>N/A</u>

10.    Stock of any of the Debtors currently held individually by any member, associate or

Questionnaire of: <u>The Minno Law Firm</u>

professional employee of the firm:

Name: _____
Status: _____
Kind of shares: <u>N/A</u>
No. of shares: <u>N/A</u>

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest):

_____ Not Applicable _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __3/29/05__

Matthew F. Minno, Esq.
The Minno Law Firm
2062 Thomasville Road
Tallahassee, Florida 32308
Tel: (850) 297-0404
Fax: (850) 297-0405

**Exhibit Q**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, Eric J. Holshouser, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:

Coffman, Coleman, Andrews & Grogan, P.A.

800 West Monroe Street

Jacksonville, FL  32202


2.   Date of retention:   Prior to 3/31/1999 when billing program was upgraded

Questionnaire of: <u>Coffman, Coleman, Andrews</u>
                  <u>(Name of Firm)</u>   & Grogan, P.A.

3.    Type of services provided (accounting, legal, etc.):

      Professional legal services

4.    Brief description of services to be provided:

      Representation of Winn-Dixie Stores, Inc. in employment litigation

      and rendering employment law advice.

5.    Arrangements for compensation (hourly, contingent, etc.)
      Hourly

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):   Approximately $200.00 per hour
                  Approximately $13,000 per month.

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $  24,594.05

      Date claim arose:  5/1/04 - 2/21/05

      Source of claim:  Legal fees

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name:  None.

      Status:

      Amount of Claim: $

      Date claim arose:

      Source of claim:

Questionnaire of: Coffman, Coleman, Andrews
_____
(Name of Firm)
& Grogan, P.A.

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _____None._____

No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____William H. Andrews_____

Status: _____

Kind of shares: _____common stock_____

No. of shares: _____3000_____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____None_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____3/28/05_____

Name: _____Eric J. Holshouser_____
Title: _____Shareholder_____
Company: _____Coffman, Coleman, Andrews & Grogan, P.A.___
Address: _____800 West Monroe Street_____
_____Jacksonville, FL  32202_____
Telephone: _____904-389-5161_____
Facsimile: _____904-387-9340_____

**Exhibit R**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>Michael D. Jones</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

   Haynsworth Sinkler Boyd, P.A.

   _____

   _____

   _____

2.    Date of retention:    <u>January 14, 2004</u>

3. Type of services provided (accounting, legal, etc.):

Legal

4. Brief description of services to be provided:

Organization and on-going legal representation of WIN General Insurance,

Inc., a wholly-owned captive insurance company domiciled in South

Carolina

5. Arrangements for compensation (hourly, contingent, etc.)

Annual corporate compliance - flat fee    other legal services-hourly

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

Average monthly compensation - $750

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 833.00

Date claim arose: 12/15/2004

Source of claim: legal services

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: None

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares:  None

No. of shares:

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  To the best of my knowledge, none.

Status:

Kind of shares:

No. of shares:

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

None

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 3-28-05

Name:  Michael D. Jones
Title:  Shareholder
Company:  Haynsworth Sinkler Boyd, P.A.
Address:  134 Meeting Street, 3rd Fl.
          Charleston, SC  29401
Telephone: (843) 722-3366
Facsimile:  (843) 722-2266

**Exhibit S**

**In re Winn-Dixie Stores, Inc., _et al_.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, _Dr. Robert F. Lanzillotti_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

    Info Tech, Inc.

    5700 S.W. 34th Street, #1235

    Gainesville, FL 32608

2.     Date of retention:   August 6, 2004

Questionnaire of: __Info Tech, Inc.__
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

Economic Consulting Services

4.    Brief description of services to be provided:

Computation of W-D damages in litigation styled

"Winn Dixie Stores v. Dolgen Corp., Inc. & Crest Haven, LLC

Circuit Court, 15th Judicial District, Palm Beach County, Case

No. 50 2004 000994    January 29, 2004

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly rates

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was
employed pre-petition):

$500/Hr.

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $___none

Date claim arose: ___n/a

Source of claim: ___n/a

8.    Pre-petition claims against any of the Debtors held individually by any member,
associate, or professional employee of the firm:

Name: ___n/a

Status: ___n/a

Amount of Claim: $___none

Date claim arose: ___n/a

Source of claim: ___n/a

Questionnaire of: <u>Info Tech, Inc.</u>
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ none _____

No. of shares: _____ none _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ none _____

Status: _____ n/a _____

Kind of shares: _____ none _____

No. of shares: _____ none _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ none _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____March 21, 2005_____

Name: _____Robert F. Lanzillotti, Ph.D._____
Title: _____Senior Economic Consultant_____
Company: _____Info Tech, Inc._____
Address: _____5700 SW 34th Street, #1235_____
_____Gainesville, FL 32608_____
Telephone: _____352-381-4400_____
Facsimile: _____352-381-4444_____

**Exhibit T**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

       Steven Eichel
       Skadden, Arps, Slate, Meagher & Flom LLP
       Four Times Square
       New York, New York  10036
       Telephone: (212) 735-4113
       Facsimile: (917) 777-4113
       Email: seichel@skadden.com

       If more space is needed, please complete on a separate page and attach.

I, _H. George Kurani_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

      _McAngus, Goudelock & Courie, P.L.L.C._
      _P.O. Box 30307_
      _Charlotte, NC 28230_

2.     Date of retention: _April 2000_

Questionnaire of: *McAngus, Goudelock & Courie*
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   _Legal._

4. Brief description of services to be provided:

   _We represent Winn-Dixie in defense of workers' compensation claims._

5. Arrangements for compensation (hourly, contingent, etc.)

   _Hourly._

6. Average hourly rate (if applicable): _$145_
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition): _$4000/month_

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ _none - all are paid under policy for_

   Date claim arose: _workers' compensation cases_

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _none_

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

Questionnaire of: _McAngus, Goudelock & Courie_
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _none_

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _none_

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _none_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _3-23-05_

Name: _H. George Kurani_
Title: _Partner_
Company: _McAngus, Goudelock & Courie_
Address: _P.O. Box 30307_
_Charlotte, NC  28230_
Telephone: _704-643-6303_
Facsimile: _704-643-2376_

**Exhibit U**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")


<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

>      Steven Eichel
>      Skadden, Arps, Slate, Meagher & Flom LLP
>      Four Times Square
>      New York, New York  10036
>      Telephone: (212) 735-4113
>      Facsimile: (917) 777-4113
>      Email: seichel@skadden.com

>      If more space is needed, please complete on a separate page and attach.


I, <u>James W. Hudgens</u> , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:


1.    Name and address of firm:

>      The Ward Law Firm, P.A.

>      P. O. Box 5663

>      Spartanburg, SC   29304


2.    Date of retention:

Questionnaire of:  **The Ward Law Firm, P.A.**

(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

legal

4.  Brief description of services to be provided:

Provide defense for Winn-Dixie civil litigation cases.

5.  Arrangements for compensation (hourly, contingent, etc.)

Hourly

6.  Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$130/hr.

7.  Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $  $874.50

Date claim arose:  2/18/05

Source of claim:  Mullinax v. Winn-Dixie; Claim No. 9911208407

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  James W. Hudgens

Status:  Partner

Amount of Claim: $  874.50

Date claim arose:  2/18/05

Source of claim:  Litigation defense bill

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____n/a_____None_____

No. of shares: _____None_____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ___None_____

Status: ___n/a_____

Kind of shares: ___None_____

No. of shares: ___None_____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____None_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ___3/15/05_____

Name: _James W. Hudgens, Esq._
Title: _Partner_____
Company: _The Ward Law Firm, PA_
Address: __P.O. Box 5663_____
_Spartanburg, SC  29304_
Telephone: _(864) 591-2344_____
Facsimile: _(865) 585-3090_____

**Exhibit V**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

Kenneth R. Raynor_____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

TEMPLETON & RAYNOR, P.A._____

1800 East Boulevard_____

Charlotte NC 28203_____

_____

_____

2.    Date of retention:    _____

3.  Type of services provided (accounting, legal, etc.):

    Legal

    _____

    _____

    _____

4.  Brief description of services to be provided:

    Our law firm has been involved in defending personal injury suits brought against
    Winn-Dixie.
    _____

    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    We are paid on an hourly rate.
    _____

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):

    Average hourly rate: $150.00 attorneys/partners; $135.00 attorneys/associates; $75.00 paralegals
    _____

7.  Pre-petition claims against any of the Debtors held by the firm:
    None.

    Amount of claim: $_____

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:
    None.

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: __Templeton & Raynor, P.A.__
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

                   N/A

     Kind of shares: _____

     No. of shares: _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

     Name: ____N/A_____

     Status: _____

     Kind of shares: _____

     No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

        N/A
     _____

     _____

     _____

     _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _March 24, 2005_

                                     _[signature]_

     Name: __Kenneth R. Raynor__
     Title: __Partner / Attorney__
     Company: __Templeton & Raynor, P.A.__
     Address: __1800 East Boulevard__
              __Charlotte NC 28203__
     Telephone: __704-344-8500__
     Facsimile: __704-344-8555__

**<u>Exhibit W</u>**

In re Winn-Dixie Stores, Inc., <u>et al.</u>
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I,  _Phillip R. Finch_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    GrayRobinson, P.A.

    301 East Pine Street

    Suite 1400

    Orlando, FL  32801

2.  Date of retention:   2001

Questionnaire of: <u>GrayRobinson, P.A.</u>
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    Legal services

4.  Brief description of services to be provided:

    Litigation, labor advice, zoning, licensing, human resources

    general legal advice

5.  Arrangements for compensation (hourly, contingent, etc.)

    hourly rates

6.  Average hourly rate (if applicable): $275
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    $5,000 - 10,000

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ 5,333

    Date claim arose:  December 2004 - March 2005

    Source of claim:  Monthly legal services

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name:              None

    Status:

    Amount of Claim: $

    Date claim arose:

    Source of claim:

Questionnaire of: GrayRobinson, P.A.
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:    None

No. of shares:

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:    None

Status:

Kind of shares:

No. of shares:

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

$5,333 unsecured and unfiled claim

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:    March 24, 2005

Name: Phillip R. Finch
Title: Vice President/Shareholder
Company: GrayRobinson, P.A.
Address:    301 East Pine St., Suite 1400
            Orlando, FL  32801
Telephone: 407-843-8880
Facsimile: 407-244-5690

**Exhibit X**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES,

INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, New York 10036
    Telephone:  (212) 735-4113
    Facsimile: (917) 777-4113
    Email:  seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, STEPHEN F. RADFORD, JR., PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION

AND BELIEF:

1.    Name and address of firm:

    Gaunt, Pratt, Radford & Methe, P.A.

    1401 Forum Way, Suite 500

    West Palm Beach, FL  33401

2.    Date of retention:    Pre-Petition (1988)    Post-Petition (Feb., 2005)

Questionnaire of: Gaunt, Pratt, Radford & Methe, P.A.
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Litigation services including civil and workers' compensation claims.  This also includes

   appellate work.

5. Arrangements for compensation (hourly, contingent, etc.)

   $115.00 per hour

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was
   employed pre-petition):

   $20,000.00 to $25,000.00

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim:      $ 41,076.05

   Date claim arose:       February, 2005

   Source of claim:        Fees and costs and prior cases

8. Pre-petition claims against any of the Debtors held individually by any member, associate,
   or professional employee of the firm:

   Name:        None

   Status:

   Amount of Claim:    $

   Date claim arose:

   Source of claim:

2

Questionnaire of: Gaunt, Pratt, Radford & Methe, P.A.
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _____None_____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____Stephen F. Radford, Jr._____

Status: _____Part of retirement account_____

Kind of shares: _____Common_____

No. of shares: _____2,000_____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below.  (Provide nature and brief description of any such adverse interest.)

_____None other than set forth in number 7._____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ___3/30/05_____

Name: ____Stephen P. Radford, Jr._____
Title: ____Secretary/Treasurer_____
Company: __Gaunt, Pratt, Radford & Methe, P.A.__
Address: ___1401 Forum Way, Suite 500_____
_____West Palm Beach, FL 33401_____
Telephone: __561-640-0330_____
Facsimile: __561-471-4240_____

3