SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
```
**In re**                                    :
                                             :        **Chapter 11**
                                             :
**WINN-DIXIE STORES, INC., et al.,**         :        **Case No. 05-11063 (RDD)**
                                             :
                    **Debtors.**             :        **(Jointly Administered)**
                                             :
```
---------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE WITH RESPECT TO NOTICE OF HEARING**
**TO CONSIDER LIMITED OBJECTION BY CANE RIVER ASSOCIATES**
**TO THE DEBTORS' REJECTION OF CERTAIN UNEXPIRED REAL**
**PROPERTY LEASES AND THE PROCEDURES ASSOCIATED WITH**
**PROPOSED REJECTION OF ADDITIONAL LEASES**

I, Adam S. Ravin, hereby certify that, on March 29, 2005, I caused to be served

the Notice of Hearing to Consider Limited Objection by Cane River Associates to the

Debtors' Rejection of Certain Unexpired Real Property Leases and the Procedures

Associated with Proposed Rejection of Additional Leases (Docket No. 547), by having

true and correct copies thereof sent via (i) first-class mail, postage pre-paid to the parties

listed in Exhibit A hereto and (ii) email service to the parties listed in Exhibit B hereto.

Dated: March 31, 2005
       New York, New York

                              /s/  Adam S. Ravin
                              Adam S. Ravin
                              SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP
                              Four Times Square
                              New York, New York 10036
                              Telephone: (212) 735-3389
                              Facsimile: (917) 777-3389

**EXHIBIT A**

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax: 212-668-2255
deirdre.martini@usdoj.gov

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax: 212-668-2255
richard.morrissey@usdoj.gov


Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279


Office of New York State Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271
Phone: 212-416-8000

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
Phone: 817-332-9500
301 Commerce Street, Ste 3200
Fort Worth, TX 76102


Deutsche Bank Trust Company Americas
Attn: S. Berg
60 Wall Street
New York, NY 10005-2858
Phone: 212-250-2921

New Plan Excel Realty Trust, Inc.
420 Lexington Ave
New York, NY 10170
Phone: 212-869-3000


Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024
Phone: 972-334-7405

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management, LLC
Attn: Alan S. Adler
333 South Grand Ave., 28th Floor
Los Angeles, CA 90071
Phone: 213-830-6300
Fax: 213-830-8851

Capital Research and Management Company
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071
Phone: 213-486-9200
Fax: 213-486-9217

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069
Phone: 212-848-4000
Fax: 212-848-7179
Atenzer@Shearman.com


Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
dfiorillo@oshr.com; Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com; Lmandel@milbank.com;
DODonnell@milbank.com; mbarr@milbank.com


Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060
Phone: 212-309-6052
Fax: 212-309-6001
rtoder@morganlewis.com

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157
Phone: 313-393-7341
Fax: 313-259-7926
coheniw@pepperlaw.com


Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, New York 10178-0061
Phone: 212-696-6000
Fax: 212-697-1559
sreisman@cm-p.com; athau@cm-p.com

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St., Rodney Square North
Wilmington, DE 19890
Phone: 302-636-6058
Fax: 302-636-4140
scimalore@wilmingtontrust.com


Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi, Steven Feigenbaum
845 Third Ave, 21st Flr
New York, NY 10022
Phone: 212-308-6100
Fax: 212-308-8830
Hlevi@llf-law.com

Scarcella Rosen & Slome
Attn: Adam L. Rosen,Thomas Slome
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553
Phone: 516-227-1600
Fax: 516-227-1601
Arosen@srsllp.com; tslome@srsllp.com

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III, C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036
Phone: 504-558-5110
Fax: 504-558-5200
Rkuebel@lockeliddell.com; dboldissar@lockeliddell.com

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers, Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103
Phone: 215-864-8325
Fax: 215-864-9473
Pollack@ballardspahr.com

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830
Phone: 203-862-8261
Fax: 203-629-1977
Jstanton@contrariancapital.com

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse, Michael Handler, Esq
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: 212-336-2000
Fax: 212-336-2222
Dwdykhouse@pbwt.com; mhandler@pbwt.com

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103
Phone: 215-665-2060
Fax: 215-701-2122
Ncolton@cozen.com; dliebman@cozen.com

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950
Phone: 973-966-6300
Fax: 973-966-1550
Szuber@pitneyhardin.com;
Pforgosh@pitneyhardin.com

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600
Phone: 212-309-6669
Fax: 212-309-6001
Nherman@morganlewis.com

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017
Phone: 212-476-4777
Fax: 212-476-4787
Dbr@tbfesq.com

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St Ste 700
Winston-Salem, NC 27113-5129
Phone: 3367222300
Fax: 3367210414
Rbleggett@allmanspry.com

Balch & Bingham LLP
Attn: Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201
Phone: 205-251-8100
Fax: 205-226-8799
eray@balch.com

Angel & Frankel PC
Attn: Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906
Phone: 212-752-8000
Fax: 212-752-8393
Lmay@angelfrankel.com; rsteinberg@angelfrankel.com

Kaye Scholer LLP
Attn: Keith Murphy
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8000
Fax: 212-836-8689
kmurphy@kayescholer.com

Manier & Herod
Attn: J. Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494
Phone: 615-244-0030
Fax: 615-242-4203
Mfranks@manierherod.com; mcollins@manierherod.com;
tpennington@manierherod.com

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq
7 Times Square
New York, NY 10036
Phone: 212-297-5811
Fax: 212-682-3485
Cchiu@pitneyhardin.com

Ice Miller
Attn: Mark A Bogdanowicz
One American Square, Box 82001
Indianaplois, Indiana 46282
Phone: 317-236-2100
Fax: 317-236-2219
mark.bogdanowicz@icemiller.com

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-498-6208
Eschwartz@mnat.com; rdehney@mnat.com

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
fringel@pobox.com

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199
Phone: 706-324-0251
flc@psstf.com

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY 10022
Phone: 212-918-3000
Fax: 212-918-3100
Isgreene@hhlaw.com

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015
Phone: 847-405-3333
Fax: 847-405-4972
Frankvydra@discoverfinancial.com

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006
Phone: 212-269-1000
gginsburg@ngmpc.com

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner, James Smith
171 W. 17th St., NW, Suite 2100
Atlanta, GA 30363
Phone: 404-873-8500
Fax: 404-873-8605
bkrfilings@agg.com; Hayden.kepner@agg.com;
james.smith@agg.com

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4400
Fax: 310-788-4471
thomas.leanse@kmzr.com

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400
millerr@gtlaw.com

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059
Phone: 601-948-6100
Fax: 641-355-6136
robert.holladay@youngwilliams.com

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-623-1000
Fax: 973-623-9131
rscheinbaum@podveysachs.com

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375
Phone: 404-335-0761
Fax: 404-614-4054
reginald.greene@bellsouth.com

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801
Phone: 302-467-4200
Fax: 302-467-4201
andrew.flame@dbr.com

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020
Phone: 212-262-6700
Fax: 212-262-7402
bnathan@lowenstein.com; agayer@lowenstein.com

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104
Phone: 212-468-8000
Fax: 212-468-7900
jdibattista@mofo.com

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080
Phone: 212-449-8707
Fax: 212-449-3247
nicholas_griffiths@ml.com

Burr & Forman LLP
Attn: Derek F. Meek, Robert B. Rubin, Marc Solomon
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203
Phone: 205-251-3000
Fax: 205-458-5100
dmeek@burr.com; brubin@burr.com

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Phone: 631-549-7900
Fax: 631-549-7845
rstern@maccosternlaw.com

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
Phone: 904-398-4283
Fax: 904-398-4283
eheld@hilawfirm.com

McGrath North Mullin & Krath, PC LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102
Phone: 402-341-3070
Fax: 402-341-0216
jniemeier@mnmk.com; awoodard@mnmk.com

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202
Phone: 414-272-0760
Fax: 414-272-7265
bbecker@hswmke.com

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032
Phone: 317-817-2827
Fax: 317-817-4115
franklin.berg@4086.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker,
Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com;
jkurtzma@klehr.com

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352
Phone: 616-336-6000
Fax: 616-336-7000
tjcurtin@varnumlaw.com

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102
Phone: 973-643-7000
Fax: 973-643-6500
asherman@sillscummis.com

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122
Phone: 216-755-5500
Fax: 216-755-1678
ecotton@ddrc.com

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-278-1000
Fax: 212-278-1733
lhenin@andersonkill.com

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199
Phone: 318-445-5600
Fax:318-445-5710
steve@wheelis-rozanski.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
gponto@gibbonslaw.com

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828
Phone: 843-579-7000
Fax: 843-579-8727
davidwheeler@mvalaw.com

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022
Phone: 212-735-8600
Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202
Phone: 904-358-4000
Fax: 904-358-4001
nlafleur@stutsman-thames.com

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068
Phone: 973-597-2375
Fax: 973-597-2400
slevine@lowenstein.com

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022
Phone: 212-223-0400
Fax: 212-753-0396
skrause@zeklaw.com

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854
Phone: 407-425-9044
Fax: 407-423-2016
dlandis@mateerharbert.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
akornberg@paulweiss.com

Willkie Farr & Gallagher LLP
Attn: Robin Spigel
787 Seventh Ave
New York, NY 10019
Phone: 212-728-8000
Fax: 212-728-8111
rspigel@willkie.com

Wormser, Kiely, Galef & Jacobs LLP
Attn: Gary R. von Stange
825 Third Avenue
New York, NY 10022
Phone: 212-687-4900
Fax: 212-687-5703
gvonstange@wkgj.com

Macey, Wilensky, Cohen, Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229
Phone: 404-584-1200
Fax: 404-681-4355
lmcbryan@maceywilensky.com

Kupelian Ormond & Magy PC
Attn: Paul Magy, Matthew Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075
Phone: 248-357-0000
Fax: 248-357-7488
psm@kompc.com; met@kompc.com

Munsch Hardt Kopf & Harr PC
Attn: Raymond Urbanik
1445 Ross Ave., Ste 4000
Dallas, TX 75202
Phone: 214-855-7500
Fax: 214-855-7584
rurbanik@munsch.com

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233
Phone: 804-747-7208
russj4478@aol.com

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614
Phone: 212-659-7300
Fax: 212-918-8989
judith.elkin@haynesboone.com

Haynes and Boone, LLP
Attn: Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789
Phone: 214-651-5000
Fax: 214-200-0486
mark.elmore@haynesboone.com

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive., Ste 875
McLean, VA 22102
Phone: 703-770-9265
Fax: 703-770-9266
wdw@mccarthywhite.com

Morris, James, Hitchens & Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Phone: 302-888-6800
Fax: 302-571-1750
smiller@morrisjames.com

Begnaud & Marshall LLP
Attn: Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603
Phone: 706-316-1150
Fax: 706-316-1153
dbegnaud@athens1867.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209
Phone: 410-580-3000
Fax: 410-580-30001
mark.friedman@dlapiper.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Daniel Carrigan
1775 Wiehle Ave., Ste 400
Reston, VA 20190
Phone: 703-773-4000
Fax: 703-773-5000
daniel.carrigan@dlapiper.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Janice Duban
203 N. LaSalle St., Ste 1900
Chicago, IL 60601
Phone: 312-368-4000
Fax: 312-236-7516
janice.duban@dlapiper.com

Moritt, Hock, Hamroff & Horowitz LLP
Attn: Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530
Phone: 516-873-2000
Fax: 516-873-2010
 lberkoff@moritthock.com

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802
Phone: 225-383-9953
dale@sb-lawfirm.com

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020
Phone: 212-768-6700
Fax: 302-768-6800
cneville@sonnenschein.com; jcreed@sonnenschein.com

Connolly Bove Lodge & Hutz
Attn: Christina Thompson
1007 North Orange St., PO Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-0380
cthompson@cblh.com

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523
Phone: 630-218-8000
Fax: 630-218-4900
bittourna@inlandgroup.com

Todtman, Nachamie, Spizz & Johns, PC
Attn: Alex Spizz
425 Park Ave
New York, NY 10022
Phone: 212-754-9400
Fax: 212-754-6262
aspizz@tnsj-law.com

Hance Scarborough Wright Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254
Phone: 972-788-1600
Fax: 972-239-0138
fwright@hswgb.com; aellis@hswgb.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002
Phone: 856-486-6961
Fax: 856-486-4875
cslocum@klehr.com

Reed Smith LLP
Attn: Elena Lazarou, Andrew Morrison
599 Lexington Ave., 27th Fl.
New York, NY 10022
Phone: 212-521-5400
Fax: 212-521-5450
elazarou@reedsmith.com; amorrison@reedsmith.com

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801
Phone: 302-778-7550
Fax: 302-778-7577
kgwynne@reedsmith.com

Neal & Harwell PLC
Attn: Marc McNamee
150 Fourth Ave., North, Suite 2000
Nashville, TN 37219
Phone: 615-244-1713
Fax: 615-726-0573
mmcnamee_br@nealharwell.com

Shapiro & Croland
Attn: Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Fl.
Hackensack, NJ 07601
Phone: 201- 488-3900
Fax: 201-488-9481
abenissatto@shapiro-croland.com

Pepper Hamilton LLP
Attn: James C. Carignan
Hercules Plaza, Ste 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709
Phone: 302-777-6500
Fax: 302-421-8390
carignanj@pepperlaw.com

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Phone: 215-981-4000
Fax: 215-981-4750
caseyl@pepperlaw.com

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant St., 50th Fl.
Pittsburgh, PA 15219-2502
Phone: 412-454-5000
Fax: 412-281-0717
sablea@pepperlaw.com

Waller Lansden Dortch & Davis PLLC
Attn: David E. Lemke, Robert Welhoelter
511 Union Street, Ste 2700
Nashville, TN 37219
Phone: 615-244-6380
Fax: 615-244-6804
david.lemke@wallerlaw.com;
Robert.Welhoelter@wallerlaw.com

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Ave., 11th Fl.
New York, NY 10016
Phone: 212-661-9400
soljas@aol.com

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011
Phone: 704-373-4637
Fax: 704-353-6107
rcox@mcguirewoods.com

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Fl.
New York, NY 10167
Phone: 212-692-2034
Fax: 212-867-6395

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602
Phone: 919-743-2200
Fax: 919-743-2201
jboyles@jhvgmlaw.com

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40ᵗʰ Fl.
Chicago, IL 60603
Phone: 312-346-7500
Fax: 312-580-2201
bkdept@fagelhaber.com

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660
Phone: 949-752-2911
Fax: 949-752-0953
pat@rjlaw.com; priscilla@rjlaw.com

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748
Phone: 732-706-7600
Fax: 732-706-7601

Hiersche, Hayward, Drakeley & Urbach PC
Attn:  Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001
Phone: 972-701-7000
Fax: 972-701-8765
kbates@hhdulaw.com

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861
Phone: 203-944-3042
Fax: 203-944-3044
glenn.reisman@corporate.ge.com

Marrero Land and Improvement Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072
Phone: 504-341-1635
Fax: 504-340-4277
vincent@marreroland.com

Richard Blackstone Webber II, PA
Attn: Richard Blackstone Webber II
320 Maitland Ave.
Altamonte Springs, FL 32701
Phone: 407-260-8955
Fax: 407-260-5133

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402
Phone: 650-348-0102
Fax: 650-348-0962
dfinkelstein@afelaw.com

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408
Phone: 561-691-7797
Fax: 561-691-7103
rachel_budke@fpl.com

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
 375 Park Avenue, 14th Floor
New York, NY 10152
Phone: 212-418-1700
Fax: 212-418-1701
Patrick.bartels@QuadrangleGroup.com;
Andrew.Herenstein@QuadrangleGroup.com

Smith Debnam Narron Wyche Saintsing & Myers, LLP
Attn: Byron L. Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611
Phone: 919-250-2000
Fax: 919-250-2211
bsaintsing@smithdebnamlaw.com

Fredrikson& Byron, P.A.
Attn: John M. Koneck, Esq.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Phone: 612-492-7038
Fax: 612-492-7077
jkoneck@fredlaw.com

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Dr., Bldg 1, Ste 525
Clearwater, FL 34762
Phone: 727-592-6704
Fax: 727-571-7157

Foster & Lindeman, PA
Attn: William Lindeman
PO Box 3108
Orlando, FL 32802-3108
Phone: 407-422-1966

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak
2525 Ponce de Leon, 9th Fl.
Coral Gables, FL 33134
Phone: 305-372-1800
Fax: 305-372-3508
jk@kttlaw.com

Deutsche Bank Trust Company
Attn: Dennis Drebsky, John Rosenthal
437 Madison Ave
New York, NY 10022
Phone: 212-940-3000
Fax: 212-940-3111
ddrebsky@nixonpeabody.com;
jrosenthal@nixonpeabody.com

Ginnie Van Kesteren P.A.
Attn: Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701
Phone: 727-898-9669
Fax: 727-898-9660
gvk@gvk-law.com; cindy@gvk-law.com

Perkins Coie LLP
Attn: Bruce MacIntyre
1201 Third Ave., 40th Fl.
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
bmacintyre@perkinscoie.com

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret Westbrook
Two Hanover Square, Suite 1900
434 Lafayette Street Mall
PO Box 1070
Raleigh, NC 27602-1070
Phone: 919-743-7311
Fax: 9191-516-2011
mwestbrook@kennedycovington.com

Adelman Law Officesm PC
Attn: David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173
Phone: 847-301-4341
Fax: 847-301-4342
adelman@pacaenforcer.com

Stichter, Riedel, Blain & Prosser PA
Attn: Don M. Stichter
110 East Madison St., Ste 200
Tampa, FL 33602
Phone: 813-229-0144
Fax: 813-229-1811
dstichter@srbp.com

Venable LLP
Attn: Lisa Bittle Tancredi, Gregory Cross, Heather Deans Foley
1800 Mercantile Bank & Trust Bldg., 2 Hopkins Plaza
Baltimore, MD 21201
Phone: 410-244-7400
Fax: 410-244-7742
lbtancredi@venable.com; gacross@venable.com; hdfoley@venable.com

Pitney Hardin LLP
Attn: Richard Meth
PO Box 1945
Morristown, NJ 07962-1945
Phone: 973-966-6300
Fax: 973-966-1550
rmmnybankruptcy@pitneyhardin.com

Wander & Associates
Attn: David H. Wander
641 Lexington Ave, 21st Fl.
New York, NY 10022
Phone: 212-751-9700
Fax: 212-751-6820

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109
Phone 239-513-9191
Fax: 239-513-9677
lmeuers@meuerslawfirm.com

Fredric Buresh, P.A.
Attn: Fredric Buresh
800 SE Third Ave., 4th Fl.
Ft. Lauderdale, FL 33316
Phone: 954-525-2300
Fax: 954-763-4725

Simpson Law Offices
Attn: James W. Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305
Phone: 404-266-2421

Markowitz, Davis, Ringel & Trusty, PA
Attn: Jerry Markowitz, Rachel Rubio
9130 South Dadeland Blvd., Ste 1225
Miami, FL 33156
Phone: 305-670-5000
Fax: 305-670-5011
jmarkowitz@mdrtlaw.com; rrubio@mdrtlaw.com

Frank, Weinberg & Black, PL
Attn: David Black
7805 S.W. 6th Court
Plantation, FL 33324
Phone: 954-474-8000
Fax: 954-474-9850
dblack@fwblaw.net

Ford, Bowlus, Duss, Morgan, Kenney, Safer & Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257
Phone: 904-268-7227
Fax: 904-268-3337
mbowlus@fjbd.com; kschnauss@fjbd.com

Kennedy Covington Lobdell & Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Fl
214 North Tryon St.
Charlotte, NC 28202
Phone: 704-331-7400
Fax: 704-353-3129
awilliams@kennedycovington.com

Weiss Serota Helfman Pastoriza Guedes Cole & Boniske PA
Attn: Douglas Gonzales
3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312
Phone: 954-763-4242
Fax: 954-764-7770
dgonzales@wsh-law.com

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300
Northfield, IL 60093
Phone: 847-441-7676
Fax: 312-346-8434
wschwartz@lplegal.com

Brown Raysman Millstein Felder & Steiner, LLP
Attn: Gerard Catalanello
900 Third Ave.
New York, NY 10022
Phone: 212-895-2000
Fax: 212-895-2900
gcatalanello@brownraysman.com

Broward County Revenue Collection Division
Litigation Section, Attn: Hollie Hawn
Government Center Annex
115 S. Andrews Ave.
Fort Lauderdale, FL 33301
Phone: 954-357-7600
Fax: 954-357-7641

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL 32204
Phone: 904-354-5200
Fax: 904-354-5256
afranson@atritt.com

Johnson, Pope, Bokor, Ruppel & Burns LLP
Attn: Michael Markham
PO Box 1368
Clearwater, FL 33757
Phone: 727-461-1818
Fax: 727-443-6548
michaelm@jpfirm.com

Williams Mullen Hofheimer Nusbaum
Attn: Paul Bliley
1021 East Gary St.
PO Box 1320
Richmond, VA 23218-1320
Phone: 804-783-6448
Fax: 804-783-6507
pbliley@williamsmullen.com

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State St.
Columbus, OH 43215-4294
Phone: 614-462-5404
Fax: 614-464-2634
scupps@keglerbrown.com

Bingham McCutchen LLP
Attn: Anthony Smits
One State St.
Hartford, CT 06103
Phone: 860-240-2700
Fax: 860-240-2800
anthony.smits@bingham.com

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Phone: 302-421-6840
Fax: 302-421-5873
mminuti@saul.com

Thompson, O'Brien, Kemp & Nasuti PC
Attn: Albert Nasuti
40 Technology Parkway South, Ste 300
Norcross, GA 30092
Phone: 770-925-0111
Fax: 770-925-8597
anasuti@tokn.com

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dri., Ste 2540
Tampa, FL 33602
Phone: 813-229-1700
Fax: 813-229-1707
ecf@jennisbowen.com

Polsinelli Shalton Welte Suelthaus PC
Attn: Daniel Flanigan
292 Madison Ave., 17th Fl.
New York, NY 10017
Phone: 212-684-0199
Fax: 212-684-0197
dflanigan@pswslaw.com

Polsinelli Shalton Welte Suelthaus PC
Attn: James E. Bird
700 West 47th St., Ste 1000
Kansas City, MI 64112
Phone: 816-753-1000
Fax: 816-753-1536
jbird@pswslaw.com

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106
Phone: 215-829-0014
Fax: 215-829-0059
jchebot@wbc-lawyers.com

Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
PO Box 1098
Gainesville, GA 30503
Phone: 770-536-3381
Fax: 770-531-1481
bpatten@sgwfirm.com

Blanco Tacklabery Combs & Matamoros, PA
Attn: Gene B. Tarr
PO Drawer 25008
Winston-Salem, NC 27114-5008
Phone: 336-293-9000
Fax: 336-293-9030
gbt@btcmlaw.com

Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP
Attn: Amos U. Priester IV
PO Box 2611
Raleigh, NC 27602-2611
Phone: 919-821-1220
Fax: 919-821-6800
apriester@smithlaw.com

Phelps Dunbar
Attn: Douglas C. Noble
111 East Capital, Ste 600
PO Box 23066
Jackson, Mississippi 39225-3066
Phone: 601-352-2300
Fax: 601-360-9777
nobled@phelps.com

Cane River Associates
C/O Law Offices of David B. Katz
Attn: David B. Katz
45 Broadway, 14th Fl.
New York, NY 10006
Phone: 212-269-1900
Fax: 212-269-4516

**EXHIBIT B**

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
 F a x :   9 0 4 - 7 83-5059
LarryAppel@winn-dixie.com

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend St.
Boston, MA 02114
Phone: 617-742-7300
Fax: 617-742-9969
jbodoff@bodoffslavitt.com

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997
Phone: 225-383-4703
Fax: 225-343-0630
drubin@kswb.com

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Ave., Ste 1540
New York, NY 10169
Phone: 212-503-6607
Fax: 212-503-6613
Philip@buckeyecapitalpartners.com

Jenkens & Gilchrist P.C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
Phone: 214-885-4798
Fax: 214-885-4300
mheld@jenkens.com

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
Phone: 423-785-8289
Fax: 423-321-1559
srucker@millermartin.com

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 516-408-3030
Fax: 516-408-7917
gerard@bmclaw.com

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn: Earle I. Erman, Esq
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Phone: 248-827-4100
Fax: 248-827-4106
Eerman@ermanteicher.com

Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
Attn: Zachary J. Bancroft
 450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Phone: 407-843-4600
Fax: 407-843-4444
zachary.bancroft@lowndes-law.com

Hunton & Williams, LLP
Attn: Craig V. Rasile
1111 Brickell Ave., Ste 2500
Miami, FL 33131
Phone: 305-810-2500
Fax: 305-810-2460
crasile@hunton.com


Fox Rothschild LLP
Attn: Joshua T. Klein
2000 Market St., 10th Fl.
Philadelphia, PA 19103-3291
Phone: 215-299-2723
Fax: 215-299-2150
jklein@foxrothschild.com

Liebmann, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
Fax: 920-437-2868
jes@lcojlaw.com


Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401
Phone: 561-832-3300
Fax: 561-650-1153
celler@broadandcassel.com

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108
Phone: 816-292-2000
Fax: 816-292-2001
ssutton@lathropgage.com


Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743
Phone: 631-423-8527
Fax: 631-423-8536
ajrlaw@aol.com

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan  48243-1668
Phone : 313-568-5464
Fax : 313-568-6832
bbest@dykema.com


Wormser, Kiely, Galef & Jacobs LLP
Attn: Janice B. Grubin
825 Third Avenue
New York, NY 10022
Phone: 212-687-4900
Fax: 212-687-5703
jgrubin@wkgj.com

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin
787 Seventh Ave
New York, NY 10019
Phone: 212-728-8000
Fax: 212-728-8111
alipkin@willkie.com

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave., Ste 2418
New York, NY 10118
Phone: 212-967-0895
Fax: 212-202-5217
rkaniuklaw@aol.com; bbecker@hswmke.com

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060
Phone: 804-527-7102
Fax: 804-527-7357
bill.ray@hamitonbeach.com

Kilpatrick Stockton LLP
Attn: Todd C. Meyers
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530
Phone: 404-815-6482
Fax: 404-541-3307
tmeyers@kilpatrickstockton.com

Smith Hulsey & Busey
Attn: James H. Post
225 Water Street, Ste 1800
Jacksonville, FL 32202
Phone: 904-359-7700
Fax: 904-359-7708
jpost@smithhulsey.com

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601
Phone: 813-229-0900 ext 1353
Fax: 813-229-3323
lfoyle@kasslaw.com

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102
Phone: 973-622-4444 ext 2363
Fax: 973-624-7070
wwallach@mccarter.com

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff Lane
Southport, CT 06890-1436
Phone: 203-319-4000
Fax: 203-319-4034
Abothwell@pepehazard.com

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth St., Ste 2300
Minneapolis, MN 55402
Phone: 612-335-7080
Fax: 612-335-1657
larry.ricke@leonard.com

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 8th Fl.
New York, NY 10016
Phone: 212-682-1818
Fax: 212-682-1892
apatton@murrayfrank.com

The H.T. Hackney Co.
Attn: Kyle Dugger
502 S. Gay St., Ste 300
Knoxville, TN 37902
Phone: 865-546-1291
Fax: 865-546-1501
duggerkw@aol.com

XRoads Solutions Group LLC
Attn: Dennis Simon, Carla Cooper
 9 Executive Circle, Suite 190
Irvine, CA  92614
Phone : 949-567-1600
Fax : 949-567-1655
dsimon@xroadsllc.com; njackson@xroadsllc.com;
ccooper@xroadsllc.com

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax: 973-538-5146
wjmartin@pbnlaw.com; bsmoore@pbnlaw.com

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202
Phone: 513-421-4020
Fax: 513-241-4922
mkindt@ctks.com

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St
Columbus, OH 43215-6197
Phone: 614-365-2846
Fax: 614-365-2499
krichner@ssd.com

Kaplan and Freedman, P.A.
Attn: Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, Florida 33156-7903
Phone: 305-274-7533
Fax: 305-274-7855
mkaplan@kaplanfreedman.com

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: 302-652-8400
Fax: 302-652-8405
kmiller@skfdelaware.com

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202
Phone: 904-356-1306
Fax: 904-354-0194
rkjones@mwpplaw.com

Mimms Enterprises, Inc.
Cedar Mountain Village, LLC
Attn: Thomas B. Mimms, Jr.
85-A Mill Street, Suite 100
Roswell, GA 30075-4952
Phone: 770-518-1100
Fax: 770-552-1100
legal@mimms.org

Levy & Droney, PC
Attn: Ross G. Fingold
74 Batterson Park Road
Farmington, CT 06032
Phone: 860-676-3000
Fax: 860-676-3200
rfingold@ldlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4523
Fax: 973-639-6244
dcrapo@gibbonslaw.com

Haynes and Boone, LLP
Attn: Stacey Jernigan
901 Main St., Ste 3100
Dallas, TX 75202-3789
Phone: 214-651-5516
Fax: 214-200-0486
stacey.jernigan@haynesboone.com

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco
One Federal Place
1819 Fifth Avenue North
Birminghan, AL  35222
Phone: 205-521-8000
Fax: 205-521-8800
dgreco@bradleyarant.com

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746
Phone: 859-233-2012
Fax: 859-259-0649
lexbankruptcy@wyattfirm.com

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave.
New York, NY 10179
Phone: 212-272-3770
Fax: 212-272-9394
ncharney@bear.com

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010
Phone: 212-583-5000
Fax: 212-583-5812
huffard@blackstone.com

Hiersche, Hayward, Drakeley & Urbach PC
Attn:  Russell W. Mills
15303 Dallas Parkway, Ste 700
Addison, TX 75001
Phone: 972-701-7085
Fax: 972-701-8765
rmills@hhdulaw.com

Watkins, Ludlam, Winter & Stennis, P.A.
Attn: Kristina M. Johnson
633 North State St., PO Box 427
Jackson, MS 39205-0427
Phone: 601-949-4785
Fax: 601-949-4804
kjohnson@watkinsludlam.com

William P. Wessler
1624 24th Ave., PO Box 175
Gulfport, MS 39501
Phone: 228-863-3686
Fax: 228-863-7877
wwessler@cableone.net

Hughes & Luce
Attn: Sabrina Streusand
111 Congress Ave., Ste 900
Austin, TX 78701
Phone: 512-482-6800
Fax: 512-482-6859
streuss@hughesluce.com

Greenberg Traurig, LLP
Attn:  Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131
Phone: 305-579-0537
Fax: 305-579-0717
bloomm@gtlaw.com

Munsch Hardt Kopf & Harr PC
Attn: Scott Ellis
1445 Ross Ave., Ste 4000
Dallas, TX 75202
Phone: 214-855-7532
Fax: 214-978-5365
sellis@munsch.com

Locke Liddell & Sapp LLP
Attn: W. Steven Bryant, Thomas H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX  77002
Phone: 713-226-1200
Fax: 713-223-3717
hobankecf@lockeliddell.com

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5273
Fax: 201-226-8395
Plhuffst@coxsmith.com

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615.252.2307
Fax: 615.252.6307
amcmulle@bccb.com

Citrus County Tax Collector
Attn: Janice A. Warren
210 N. Apopka Ave., Suite 100
Inverness, FL 34450
Phone: 352-341-6625
Fax: 352-341-6514
lynda.becker@mail.tc.citrus.fl.us

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com; rlehane@kelleydrye.com;
elum@kelleydryer.com

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial Blvd.
Atlanta, GA 30336
Phone: 404-344-5421
Fax: 404-344-3003
eric.newberg@diazfoods.com

Kaye Scholer LLP
Attn: Richard Smolev
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8012
Fax: 212-836-6583
Rsmolev@kayescholer.com

Ice Miller
Attn: Henry A. Efroymson
One American Square, Box 82001
Indianaplois, Indiana 46282
Phone: 317-236-2397
Fax: 317-592-4643
Henry.efroymson@icemiller.com

Katten Muchin Zavis Rosenman
Attn: Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4420
Fax: 310-712-8271
dustin.branch@kmzr.com; carole.levine@kmzr.com

Ken Burton, Jr., Manatee County Tax Collector
Attn: Susan D. Profant
PO Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL 34206-5300
Phone: 941-741-4832
Fax: 941-741-4865
susanp@taxcollector.com

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com

Kupelian Ormond & Magy PC
Attn: Terrance Hiller
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075
Phone: 248-357-0000
Fax: 248-357-7488
tah@kompc.com

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 19801
Phone: 302-425-6429
Fax: 302-425-6464
staib@blankrome.com

Perkins Coie LLP
Attn: Jennifer Stevenson
1201 Third Ave., 40th Fl.
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
jstevenson@perkinscoie.com

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
Phone: 610-902-6028
Fax: 610-687-3187
David.boyle@airgas.com

Sesssions, Fishman & Nathan LLP
Attn: J. David Forsyth
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170-3500
Phone: 504-582-1521
Fax: 504-582-1564
jdf@sessions-law.com

Williams Mullen Hofheimer Nusbaum
Attn: David Greer
999 Waterside Drive, Ste 1700
PO Box 3460
Norfolk, VA 23514-3460
Phone: 757-622-3366
Fax: 757-629-0660
dgreer@williamsmullen.com

William F. Harmeyer & Associates
Attn: William F. Harmeyer
7322 Southwest Freeway, Ste 475
Houston, TX 77074
Phone: 713-270-5552
Fax: 713-270-7128
wharmeyer@harmeyerlaw.com

Kozyak Tropin & Throckmorton, PA
Attn: Laurel Isicoff
2525 Ponce de Leon, 9th Fl.
Coral Gables, FL 33134
Phone: 305-372-1800
Fax: 305-372-3508
lmi@kttlaw.com

Reed Smith LLP
Attn: Robert M. Marino
1301 K Street, NW
Suite 1100–East Tower
Washington, DC 20005-3317
Phone: 202-414-9283
Fax: 202-414-9299
rmarino@reedsmith.com

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093
Phone: 847-646-6719
Fax: 847-646-4479
sschirmang@kraft.com

Balch & Bingham LLP
Attn: W. Clark Watson
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201
Phone: 205-251-8100
Fax: 205-226-8799
Cwatson@balch.com

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682
Rwward@airmail.net

Clark, Partington, Hart, Larry, Bond & Stackhouse
Attn: Keith L. Bell, Jr
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32501
Phone: 850-434-9200
Fax: 850-434-7340
kbell@cphlaw.com

Elk, Bankier, Christu & Bakst, LLP
Attn: Michael R. Bakst
222 Lakeview Ave., Ste 1330
West Palm Beach, FL 33401
Phone: 561-238-9900
Fax: 561-238-9920
mbakst@ebclaw.com

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato
1007 North Orange St., PO Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-0380
kbifferato@cblh.com

Kaufman & Canoles
Attn: Paul Campsen
150 West Main St., PO Box 3037
Norfolk, VA 23514
Phone: 757-624-3000
Fax: 757-624-3169
pkcampsen@kaufcan.com

Moritt, Hock, Hamroff & Horowitz LLP
Attn: Marc Hamroff
400 Garden City Plaza
Garden City, NY 11530
Phone: 516-873-2000
Fax: 516-873-2010
mhamroff@moritthock.com

Reed & Reed
Attn: Diane Reed
501 N. College St.
Waxahachie, TX 75165
Phone: 972-938-7334
Fax: 972-923-0430
dianegreed@sbcglobal.net