SESSIONS, FISHMAN & NATHAN, L.L.P.
J. David Forsyth
201 St. Charles Avenue, 35th Floor
New Orleans, LA 70170
Telephone: (504) 582-1500
Facsimile: (504) 582-1564

Attorneys for Westland Plaza Associates, L.P.
Stirling Properties, Inc., Downtown Destin
Associates and The Pelican Group, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :   **Chapter 11**
**WINN-DIXIE STORES, INC., et al.,**                        :
                                                            :   **Case No. 05-11063 (RDD)**
                                                            :
            Debtors.                                        :   (Jointly Administered)
------------------------------------------------------------x

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY COURT JUDGE:

I, J. David Forsyth, hereby apply for leave to appear and participate in this case as one of the attorneys for Westland Plaza Associates, L.P., Stirling Properties, Inc., Downtown Destin Associates and The Pelican Group, Inc. and in support of my application do aver that:

1. I am a member in good standing of the Bar of the State of Louisiana licensed to practice before all courts of the State of Louisiana. I am a member in good standing of the Bar of the United States District Courts for the Eastern, Middle and Western Districts of Louisiana and Southern District of Mississippi and am admitted to practice before the United States Court of Appeal for the Fifth Circuit.

2. I have been admitted *pro hac vice* before the Bankruptcy Courts of the District of Delaware and in this District in other matters.

3. Neither my admittance to practice nor my admittance *pro hac vice* has ever been revoked.

4. I am not a resident of, nor do I maintain offices in, this District for the practice of law.

5. I agree to pay the fee of $25.00 filing fee upon approval by the Court admitting me *pro hac vice*.

Dated this ___31st___ day of March, 2005.

Respectfully submitted:

SESSIONS, FISHMAN & NATHAN, L.L.P.
J. David Forsyth
201 St. Charles Avenue, 35th Floor
New Orleans, LA  70170
Telephone: (504) 582-1500
Facsimile: (504) 582-1564


By:___/s/   J. David Forsyth_____
     J. DAVID FORSYTH

Attorneys for Westland Plaza Associates, L.P.,
Stirling Properties, Inc., Downtown Destin
Associates and The Pelican Group, Inc.

H:\mob\WD\19649\P - Motion for Leave to Appear Pro Hac Vice 032805.doc

SESSIONS, FISHMAN & NATHAN, L.L.P.
J. David Forsyth
201 St. Charles Avenue, 35th Floor
New Orleans, LA  70170
Telephone: (504) 582-1500
Facsimile: (504) 582-1564

Attorneys for Westland Plaza Associates, L.P.
Stirling Properties, Inc., Downtown Destin
Associates and The Pelican Group, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In re**                                               :
                                                        :     **Chapter 11**
**WINN-DIXIE STORES, INC., et al.,**                    :
                                                        :     **Case No. 05-11063 (RDD)**
                                                        :
                 **Debtors.**                           :     (Jointly Administered)
---------------------------------------------------------------x

## ORDER

AND NOW, this ____ day of March, 2005, upon the Motion for Leave to Appear *Pro Hac Vice* and the Rules Governing the United States Bankruptcy Court for the Southern District of New York, J. David Forsyth is hereby permitted to appear and participate in this action as one of the attorneys for the party indicated, subject to payment of the $25.00 filing fee.


_____
ROBERT D. DRAIN
USBJ