SESSIONS, FISHMAN & NATHAN, L.L.P.
J. David Forsyth
201 St. Charles Avenue, 35th Floor
New Orleans, LA 70170
Telephone: (504) 582-1500
Facsimile: (504) 582-1564

Attorneys for Westland Plaza Associates, L.P.
Stirling Properties, Inc., Downtown Destin
Associates and The Pelican Group, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | : | |
| | : | **Case No. 05-11063 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-----------------------------------------------------------x

## ORDER

AND NOW, this 31st day of March, 2005, upon the Motion for Leave to Appear *Pro Hac Vice* [Docket Entry #604] and the Rules Governing the United States Bankruptcy Court for the Southern District of New York, J. David Forsyth is hereby permitted to appear and participate in this action as one of the attorneys for the party indicated, subject to payment of the $25.00 filing fee.

/s/Robert D. Drain
ROBERT D. DRAIN
USBJ

H:\mob\WD\19649\P - Order for Motion for Leave to Appear Pro Hac Vice 032805.doc