UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
In re                            :  Chapter 11
                                 :
WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, :  Case No. 05-11063 (RDD)
                                 :
                    Debtors.  :  (Jointly Administered)
---------------------------------x

### INTERIM ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP AS COUNSEL TO <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Upon the Application, dated March 22, 2005 (the

"<u>Application</u>"), of the Official Committee of Unsecured Creditors

(the "<u>Committee</u>") of Winn-Dixie Stores, Inc. and its affiliated

debtors and debtors in possession in the above-captioned cases

(collectively, "<u>Winn-Dixie</u>" or the "<u>Debtors</u>"), for an order

authorizing the Committee to retain and employ Milbank, Tweed,

Hadley & M<sup>c</sup>Cloy LLP ("<u>Milbank</u>"), effective as of March 1, 2005,

as counsel for the Committee in the above-captioned cases,

pursuant to section 1103(a) of title 11 of the United States

Code, 11 U.S.C. §§ 101-1330 (as amended, the "<u>Bankruptcy Code</u>")

and rules 2014 and 5002 of the Federal Rules of Bankruptcy

Procedure, and Local Bankruptcy Rule 2014-1; and the Court

having considered the Affidavit of Dennis F. Dunne, sworn to

March 22, 2005, in connection with the Application (the "<u>Dunne</u>

<u>Affidavit</u>"); and due and sufficient notice of the Application

having been given; and no adverse interest being affected; and

the Court having determined that the legal and factual bases set

forth in the Application establish cause for the interim

approval of relief granted herein pending a final hearing; and

upon all of the proceedings before this Court; and after due

deliberation and sufficient cause appearing therefor; it is

hereby

ORDERED, that the Application is granted on an interim

basis pending a final hearing thereon, which is hereby scheduled

for 10:00 a.m., Standard Eastern Time, on April 12, 2005; and it

is further

ORDERED, that any objections to the relief requested

in the Application on a final basis must be filed with the Court

and served in accordance with the provisions of the Notice filed

and served together with the Application; and it is further

ORDERED, that the Committee is authorized to retain

and employ Milbank on an interim basis to serve as counsel to

the Committee pursuant to section 1103(a) of the Bankruptcy

Code, effective as of March 1, 2005, on the terms set forth in

the Application and the Dunne Affidavit; and it is further

ORDERED, that Milbank shall be compensated upon

appropriate application in accordance with Sections 330 and 331

of the Bankruptcy Code, the Federal Rules of Bankruptcy

Procedure, the Loral Rules, and the interim compensation

procedures order entered in this case; and it is further

2

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED, that the requirements pursuant to Local Rule 9013-1(b) that the Committee file a memorandum of law in support of the Application is hereby waived.

Dated:   New York, New York
         March 30, 2005


                              __/s/Robert D. Drain_____
                              UNITED STATES BANKRUPTCY JUDGE