UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                           :
                                                :   Chapter 11
                                                :
WINN-DIXIE STORES, INC., et al.,                :   Case No. 05-11063 (RDD)
                                                :
        Debtors.                                :   (Jointly Administered)
                                                :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jay Frank Castle, hereby certify that, on March 28, 2005, I caused to be served the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business, by causing true and correct copies thereof to be delivered via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: March 31, 2005

Respectfully submitted,

WINN-DIXIE STORES, INC.

By: _____
Jay Frank Castle

Post Office Box B
Jacksonville, Florida 32203
Phone: (904) 783-5069
Fax: (904) 783-5138

**EXHIBIT A**

Manning Fulton & Skinner, PA
3605 Glenwood Avenue, Suite 500
Raleigh, NC  27612

ADA Consultants of NE Florida
Attention:  Chip Wilson
3672 Bramble Road
Jacksonville, FL  32210

Universal Designers & Consultants, Inc.
Attention:  James DiLuigi
6 Grant Avenue
Tacoma Park, MD  20912

Ames Appraisal Services
Attention:  Ronald Ames, MAI, SRA
4401 N. Federal Highway, Suite 204
Boca Raton, FL  33431

William H. Riley
6135 Northwest 167th Street, Suite E26
Miami, FL  33015

Lane Powell, PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101

Jeanneret & Associates
Attention:  Richard Jeanneret, Ph.D.
601 Jefferson, Suite 3900
Houston, TX  77002

Reynolds Associates
Attention:  Bob Reynolds
1620 School Street, Suite 106B
Moraga, CA  94556

Info Tech.
Attention:  Robert Lanzillotti, Ph.D.
5700 S.W. 34th Street, Suite 1235
Gainesville, FL  32608

Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Woodbridge, NJ  07095