SEYFARTH SHAW LLP
1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801
Tel: 212-218-5554
Fax: 212-218-5526
Cheryl A. Whitney (CW-5676)

SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60601-5803
Tel: (312) 346-8000
Fax: (312) 269-8869
Richard S. Lauter
William J. Factor
Sara E. Lorber

*Attorneys for the Kamin Entities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et. al*. | Case No. 05-11063 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
AND FOR SERVICE OF ALL PLEADINGS AND PAPERS**

PLEASE TAKE NOTICE that SEYFARTH SHAW LLP hereby appears in the above-captioned chapter 11 cases on behalf of the following entities (collectively, the "Kamin Entities"):

1. Daniel G. Kamin

2. Kamin Realty Corp.

3. Daniel G. Kamin Mandeville LLC

4. DGK Zebulon Enterprises

      5.      D.G. Kamin Brynn Marr Enterprises

      6.      Daniel G. Kamin Clarksville Crossing LLC

      7.      DGK Zachary Enterprises

      8.      DBT Porcupine WD1 Delaware Business Trust

      9.      Porcupine WD5, LLC

      10.      WD Hillard, LLC

      11.      WD Miami LLC

      12.      WD Montgomery LLC

      13.      WD Mt. Carmel LLC

pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the United States Code and hereby requests copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

      Richard S. Lauter, Esq.
      Sara E. Lorber, Esq.
      Seyfarth Shaw LLP
      55 East Monroe Street
      Suite 4200
      Chicago, Illinois 60601-5803
      Telephone: (312) 346-8000
      Facsimile: (312) 269-8869
      Email: rlauter@seyfarth.com
            slorber@seyfarth.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the above-specified Rules, but also

includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, applications, motions, petitions, pleadings, requests or petitions, disclosure statements, answering or reply papers, complaints, hearings, demands, or memoranda and briefs in support of the foregoing and any other document brought before the court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

| | |
|---|---|
| Dated: March 31, 2005 | Respectfully submitted, |
| | DANIEL G. KAMIN, KAMIN REALTY CORP., DANIEL G. KAMIN MANDEVILLE LLC, DGK ZEBULON ENTERPRISES, D.G. KAMIN BRYNN MARR ENTERPRISES, DANIEL G. KAMIN CLARKSVILLE CROSSING LLC, DGK ZACHARY ENTERPRISES, DBT PORCUPINE WD1 DELAWARE BUSINESS TRUST, PORCUPINE WD5, LLC, WD HILLARD, LLC, WD MIAMI LLC, WD MONTGOMERY LLC, and WD MT. CARMEL LLC |
| | By: /s/ William J. Factor |
| Cheryl A. Whitney (CW-5676)<br>SEYFARTH SHAW LLP<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, New York 10020-1801<br>Tel: 212-218-5554<br>Fax: 212-218-5526 | Richard S. Lauter<br>William J. Factor<br>Sara E. Lorber<br>SEYFARTH SHAW LLP<br>55 East Monroe Street<br>Suite 4200<br>Chicago, Illinois 60603-5803<br>Tel.: (312) 346-8000<br>Fax: (312) 269-8869 |

Attorneys for the Kamin Entities

CH1 10878585.1