SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D.J. Baker (DB 0085)

Attorneys for Debtors

GOLDBERG & SIMPSON, PSC
3000 National City Tower
Lousiville, KY 40202
Telephone:  (502) 589-4440
Facsimile:  (502) 585-8576
K. Gail Russell

Attorneys for the Commonwealth of Kentucky

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

----------------------------------------------------------------x

### NOTICE OF HEARING ON JOINT MOTION OF DEBTORS AND COMMONWEALTH OF KENTUCKY FOR RELIEF FROM STAY TO ALLOW FOR CONTINUATION OF CONDEMNATION PROCEEDINGS

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **April 12, 2005,**

**at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Robert D. Drain, United

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York, to consider

the joint motion of the above Debtors and the Commonwealth of Kentucky for entry of

an order under 11 U.S.C. § 362(d), (i) granting modification of the automatic stay

afforded by 11 U.S.C. § 362(a) to permit two state law condemnation actions to proceed

in Kentucky and (ii) granting related relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the relief

requested in the Motion shall be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and Local Rules of the Bankruptcy Court, shall set forth the basis

for the objection and the specific grounds therefor, and shall be filed with the Clerk of

this Court in accordance with General Order M-242 which order can be found at

www.nysb.uscourts.gov, and shall further be served upon (i) the Office of the United

States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor,

New York, New York  10004; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, Four

Times Square, New York, New York 10036, Attention: D.J. Baker, Esq.; (iii) Skadden,

Arps, Slate, Meagher & Flom LLP, One Rodney Square, Wilmington, Delaware 19801,

Attention:  Eric M. Davis and (iv) Milbank, LLP, 1 Chase Manhattan Plaza, New York,

New York 10005 Attention:  Matthew S. Barr, Esq. so as to be actually received no later

than **April 8, 2005, at 4:00 p.m. (prevailing Eastern time)**.

Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

Dated: April 1, 2005
     New York, New York

/s/ *D.J. Baker*

D.J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

Eric M. Davis
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
Wilmington, Delaware 19801

Attorneys for Debtors

/s/ *K. Gail Russell*

K. Gail Russell
GOLDBERG & SIMPSON, PSC
3000 National City Tower
Lousiville, KY 40202
Telephone:  (502) 589-4440
Facsimile:  (502) 585-8576

Attorneys for the Commonwealth of
Kentucky

3