**ST. JOHN & WAYNE, L.L.C.**
Heron Tower
70 East 55th Street
New York, New York 10022
and
Two Penn Plaza East
Newark, New Jersey 07105-2249
(973) 491-3600
Todd M. Galante (TG-5532)
Paul S. Evangelista (PE-5546)
Attorneys for The Coca Cola Company
**Respond to Newark Office**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re: | : | Case No. 05-11063 |
|  | : | Chapter 11 |
| WINN-DIXIE STORES, INC., et. al., | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **NOTICE OF** |
|  | : | **APPEARANCE** |

_____

**NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS AND PRESERVATION OF RIGHTS**

To:    All Parties on the Annexed Service List

**PLEASE TAKE NOTICE**, that the undersigned hereby appears as counsel to The Coca Cola Company, ("Coca Cola"), a creditor and party in interest in the above-captioned action. Pursuant to § 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned requests, on behalf of Coca Cola, that all notices given or required to be given in this action, and all papers served or required to be served in this action, be given to and served upon:

685796-1

Todd M. Galante, Esq.
St. John & Wayne, L.L.C.
Two Penn Plaza East
Newark, New Jersey 07105
(973) 491-3600
E-Mail: tmg@stjohnlaw.com

And

Paul S. Evangelista, Esq.
St. John & Wayne, L.L.C.
Two Penn Plaza East
Newark, New Jersey 07105
(973) 491-3600
E-Mail: pse@stjohnlaw.com

**PLEASE TAKE FURTHER NOTICE**, that under § 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of and all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that: (1) affect or seek to affect in any way any rights or interest of any creditor or party in interest in this case with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, or property in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conducted by Coca Cola.

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance includes and constitutes a request under Bankruptcy Rule 3017 to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit waives (1) the right to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  April 1, 2005
      Newark, New Jersey

      **ST. JOHN & WAYNE, L.L.C**.
      Attorneys for The Coca Cola Company

By:  /s/ Todd M. Galante
      Todd M. Galante, Esq. (TMG#3352)
      Two Penn Plaza East
      Newark, New Jersey  07105
      Tel. No. (973) 491-3600
      and
      Heron Tower
      70 East 55th Street
      New York, New York 10022
      Tel. No. (212) 446-5000

      **Respond to Newark Office**

**ST. JOHN & WAYNE, L.L.C.**
Heron Tower
70 East 55th Street
New York, New York 10022
and
Two Penn Plaza East
Newark, New Jersey 07105-2249
(973) 491-3600
Todd M. Galante (TG-5532)
Paul S. Evangelista (PE-5546)
Attorneys for The Coca Cola Company
**Respond to Newark Office**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| In re: | : | Case No. 05-11063 |
| | : | Chapter 11 |
| WINN-DIXIE STORES, INC., et. al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **CERTIFICATION** |
| | : | **OF SERVICE** |

_____ :

## CERTIFICATE OF SERVICE

I, Isabel Moreno, do hereby certify that on this 1st day of April, 2005, I caused a copy of the attached Notice of Appearance and Request for Service of Papers to be served by mailing same to the following on the attached service list:

See Schedule "A"

I certify under the penalty of perjury that the foregoing statements made by me are true.

        St. John & Wayne, L.L.C.
        Attorneys for The Coca Cola Company


        By:___/s/ Isabel Moreno_____
           Isabel Moreno

685796-1         4

## SCHEDULE "A"

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
ATTORNEYS FOR THE DEBTOR

Carolyn Schwartz
Office of the United States Trustee
33 Whitehall Street
New York, NY 10004-1148

685796-1                              5