**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                              :
                                                   :            **Chapter 11**
                                                   :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**        :            **Case No. 05-11063 (RDD)**
                                                   :
         Debtors.                                  :            **(Jointly Administered)**
                                                   :
-------------------------------------------------------------x

### SECOND SUPPLEMENTAL DECLARATION OF DENNIS I. SIMON<br>IN CONNECTION WITH RETENTION OF XROADS SOLUTIONS GROUP, LLC

   I, Dennis I. Simon hereby state and declare as follows:

   1.   I am the Managing Principal of XRoads Solutions Group, LLC ("XRoads") and work from the firm's office located at 400 Madison Avenue, Third Floor, New York, New York 10017. I am duly authorized to make this Second Supplemental Declaration on behalf of XRoads, and I make this Second Supplemental Declaration in connection with the engagement by Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") of XRoads to provide financial and operations restructuring consulting services (the "Application"). The facts set forth in this Second Supplemental Declaration are personally known to me, and, if called as a witness, I could and would testify thereto.

   2.   XRoads has received additional information concerning a law firm involved in the Debtors' case, and has consequently researched XRoads client database to determine whether it has any relationship with the law firm.

   3.   My review of the results of the additional search of our client database with regard to the new party results in the following additional disclosure:

> **Latham and Watkins** ("Latham") is a referral and business relationship source for XRoads and XRoads refers business to Latham. In an unrelated matter, Latham currently represents a party non-adverse to a XRoads' client. In another

-2-

      unrelated matter, Latham currently represents an adverse party to a XRoads' client. Latham currently represents XRoads in an unrelated matter. In addition, Latham has previously represented XRoads' clients in unrelated engagements, has previously represented parties adverse to XRoads' clients in other unrelated matters, and was previously a client of XRoads' in an unrelated matter.

4.     To the extent any information disclosed herein requires amendment or modification or further additional party-in-interest information becomes available, further supplemental declarations will be submitted to the Court reflecting such amended or modified information.

    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 1, 2005.

/s/ *[Electronic Signature]*

Dennis I. Simon
XRoads Solutions Group, LLC