UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 05-11063 (RDD)

Chapter 11
Jointly Administered

_____/

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Kenneth D. Herron, Jr., a member in good standing of the bars in the State of Florida, the U.S. District Court for the Middle District of Florida, the U.S. District Court for the Southern District of Florida and the U.S. Court of Appeals, Eleventh Circuit, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Richard S. Ehster in the above captioned Chapter 11 case. My contact information is as follows:

> Kenneth D. Herron, Jr.
> Wolff, Hill, McFarlin & Herron, P.A.
> 1851 W. Colonial Drive
> Orlando, FL 32804
> Telephone: (407) 648-0058
> Facsimile: (407) 648-0681
> Email: kherron@whmh.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

DATED: March 28, 2005.

/s/ Kenneth D. Herron, Jr.
Kenneth D. Herron, Jr.
Florida Bar no.: 699403
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681
Email: kherron@whmh.com

Attorneys for Richard S. Ehster