UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WINN-DIXIE STORES, INC., et al.,             Case No.: 05-11063 (RDD)

      Debtors.                                               Chapter 11
                                                                     Jointly Administered

_____/

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, David R. McFarlin, a member in good standing of the bars in the State of Florida, the U.S. District Court for the Middle District of Florida, the U.S. District Court for the Southern District of Florida and the U.S. Court of Appeals, Eleventh Circuit, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Richard S. Ehster in the above captioned Chapter 11 case. My contact information is as follows:

> David R. McFarlin
> Wolff, Hill, McFarlin & Herron, P.A.
> 1851 W. Colonial Drive
> Orlando, FL 32804
> Telephone: (407) 648-0058
> Facsimile: (407) 648-0681
> Email: dmcfarlin@whmh.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

DATED: April 1, 2005

                                       /s/ David R. McFarlin
                                       David R. McFarlin
                                       Florida Bar no.: 328855
                                       1851 W. Colonial Drive
                                       Orlando, FL 32804
                                       Telephone: (407) 648-0058
                                       Facsimile: (407) 648-0681
                                       Email: dmcfarlin@whmh.com

                                       Attorneys for Richard S. Ehster