Kenneth D. Herron, Jr.
David R. McFarlin
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681

Attorneys for Richard J. Ehster and
Bradley T. Keller

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 05-11063 (RDD)

                  Debtors.                          Chapter 11
                                                    Jointly Administered

_____/

MOTION OF RICHARD J. EHSTER
AND BRADLEY T. KELLER TO JOIN IN THE
MOTION OF BUFFALO ROCK COMPANY TO TRANSFER
VENUE OF THE DEBTORS' BANKRUPTCY CASES TO THE
UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, JACKSONVILLE DIVISION OR SUCH OTHER
DISTRICT WHERE VENUE WOULD BE APPROPRIATE UNDER 28 U.S.C. § 1408

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

      Richard J. Ehster ("Ehster") and Bradley T. Keller ("Keller"), creditors of the above-

captioned debtors (the "Debtors") and parties in interest herein, submit this Motion to Join in the

Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the

United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such

Other District Where Venue Would Be Appropriate under 28 U. S. C. § 1408 (Document no. 407)

(the "Motion to Transfer Venue") and say:

<u>Factual Allegations</u>

1.      Ehster resides in Lake County, Florida.

2.      Ehster is a former employee of Winn-Dixie Stores, Inc. ("Winn-Dixie").

3.      Ehster was employed by Winn-Dixie from August 24, 1956 to June 30, 1999, when he retired from his employment with Winn-Dixie.

4.      At the time of his retirement, Ehster served as Division President for the Miami Division of Winn-Dixie and also served as a Vice-President of Winn-Dixie.

5.      Keller is a resident of Seminole County, Florida.

6.      Keller is presently employed by Winn-Dixie and has been employed by Winn-Dixie for approximately 30 years.

7.      Winn-Dixie maintains 2 non-qualified retirement plans:

        a.      the Management Security Plan of Winn-Dixie Stores, Inc. ("MSP"), and

        b.      the Winn-Dixie Stores, Inc. Supplement Retirement Plan ("SRP").

8.      Participation in the MSP and the SRP is generally limited to a group of senior corporate officers and management employees who contribute materially to the continued growth, development, and future business of Winn-Dixie and its subsidiaries.

9.      On February 21, 2005 (the "Petition Date"), Ehster was still a participant in the MSP and was owed approximately $905,759.00.

10.     On the Petition Date, Keller was also a participant in the MSP and the SRP and is owed approximately $374,561.00.

11.     Ehster has had communications with other participants in the MSP and SRP since the Petition Date.  Based upon those communications, Ehster estimates that there are at least 1,000

2

participants in the MSP and SRP, and that the collective claims are between $200,000,000 and $300,000,000.

13.     Ehster further estimates that the majority of the participants in the MSP and SRP are residents of the State of Florida.

13.     Requiring Ehster, Keller and others with claims associated with their participation in the MSP and/or SRP, to travel to New York to participate in the Bankruptcy Case will result in an undue hardship to them.

Joinder

14.     For the reasons stated above, Ehster and Keller join in the Motion to Transfer Venue.

Relief Requested

For the reasons stated above, Ehster respectfully requests that the Court (a) transfer the Debtors' cases to the Bankruptcy Court for the Middle District of Florida, Jacksonville Division, and (b) order such other and further relief as is just and proper.

DATED: April 1, 2005

/s/ Kenneth D. Herron, Jr.
Kenneth D. Herron, Jr.
Florida Bar no.: 699403
David R. McFarlin
Florida Bar no. 328855
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681
Email: kherron@whmh.com

Attorneys for Ehster and Keller