SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., et al.,** : | **Case No. 05-11063 (RDD)** |
| : | |
| **Debtors.** [1] : | **(Jointly Administered)** |
| : | |

------------------------------------------------------x

**THIRD SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES**
**OF CERTAIN ORDINARY COURSE PROFESSIONALS PURSUANT TO**
**ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors hereby file, in accordance with the terms of the Order

Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.



Course of Business (the "Order"),[2] completed Questionnaires for the following

Ordinary Course Professionals (which completed Questionnaires are attached hereto

as the exhibit indicated next to the name of such Ordinary Course Professional):

1.    Allen, Norton & Blue, P.A. (Exhibit A)

2.    Arrick, Peacock, Hodges & Wiener (Exhibit B)

3.    Bussey, White, McDonough and Freeman, P.A. (Exhibit C)

4.    Cantey & Hanger, L.L.P. (Exhibit D)

5.    Carman, Beauchamp & Sang, P.A. (Exhibit E)

6.    Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C. (Exhibit F)

7.    Chambless, Higdon, Richardson, Katz & Griggs, LLP (Exhibit G)

8.    Christovich & Kearney, LLP (Exhibit H)

9.    Clyatt, Clyatt & Golden, P.C. (Exhibit I)

10.    Coia & Sutton, P.A. (Exhibit J)

11.    Dubois & Cruickshank (Exhibit K)

12.    Fain, Major & Brennan, P.C. (Exhibit L)

13.    Fowler White Boggs Banker P.A. (Exhibit M)

14.    Frazer, Hubbard, Brandt, Trask & Yacavone, L.L.P. (Exhibit N)

15.    Gaines, Gaines & Rasco (Exhibit O)

16.    Gonzalez, Saggio & Harlan, L.L.P. (Exhibit P)

17.    Harris & Harris (Exhibit Q)

18.    Hill, Hill, Carter, Franco, Cole & Black, P.C. (Exhibit R)

---

[2]    Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

19.   Holland & Knight LLP (Exhibit S)

20.   Holt Ney Zatcoff & Wasserman, LLP (Exhibit T)

21.   J. Gordon Rothwell, P.A. (Exhibit U)

22.   Kiesewetter Wise Kaplan Prather, PLC (Exhibit V)

23.   Lehr Middlebrooks Price & Vreeland, P.C. (Exhibit W)

24.   Marlow, Connell Valerius Abrams, Adler Newman & Lewis (Exhibit X)

25.   Marshall, Dennehey, Warner, Coleman & Goggin (Exhibit Y)

26.   Shell, Fleming, Davis & Menge, P.A. (Exhibit Z)

27.   Roger Towers, P.A. (Exhibit AA)

28.   Saalfield, Shad, Jay, Lucas & Stokes, P.A. (Exhibit BB)

29.   Sanders & Parks, P.C. (Exhibit CC)

30.   Smith, Andrews, Brady & Winter (Exhibit DD)

31.   Smith, Rolfes & Skardahl Co., LPA (Exhibit EE)

32.   Taylor, Wellons, Politz & Duhe, APLC (Exhibit FF)

33.   Weber & Rose, P.S.C. (Exhibit GG)

34.   Ostendorf, Tate, Barnett & Wells, L.L.P. (Exhibit HH)

35.   Swift, Currie, McGee & Hiers (Exhibit II)

36.   Leitner, Williams, Dooley & Napolitan (Exhibit JJ)

37.   Lane Powell PC (Exhibit KK)

38.   Epstein Becker & Green, P.C. (Exhibit LL)

39.   Grimball & Cabaniss (Exhibit MM)

40.   Ogletree, Deakins, Nash, Smoak & Stewart, L.L.P. (Exhibit NN)

41.     Gallivan, White and Boyd, PA (Exhibit OO)

42.     Cabaniss, Johnston, Gardner, Dumas, et al. (Exhibit PP)

43.     Reynolds Economics (Exhibit QQ)

44.     Stoll, Keenon & Park, LLP (Exhibit RR)

45.     Howrey, Simon, Arnold & White, LLP (Exhibit SS)


        In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaires upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professionals.


Dated:  April 1, 2005

                                        /s/  D. J. Baker
                                        D. J. Baker (DB 0085)
                                        Sally McDonald Henry (SH 0839)
                                        Rosalie Walker Gray
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                          & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        Telephone:    (212) 735-3000
                                        Facsimile:    (212) 735-2000

                                        Attorneys for Debtors


4

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Robert E. Larkin_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   Allen, Norton & Blue, P.A.

   121 Majorca Avenue

   Coral Gables, FL  33134


2. Date of retention:  10/05/01

Questionnaire of: __Allen, Norton & Blue, P.A.__
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    __Legal__

4.  Brief description of services to be provided:

    _Defense of employment discrimination claims in state and federal courts._

5.  Arrangements for compensation (hourly, contingent, etc.)

    __Hourly Basis__

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    $160/hour   ($10,000/month)

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ __49,495.71__

    Date claim arose: __Claim dates back to services performed from 8/2003 – 2/2005__

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: __None__

    Status: __N/A__

    Amount of Claim: $ __N/A__

    Date claim arose: __N/A__

    Source of claim: __N/A__

-2-

Questionnaire of: __Allen, Norton & Blue, P.A.__
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: ____O_____

No. of shares: ____O·_____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ____None_____

Status: ____N/A_____

Kind of shares: ____N/A_____

No. of shares: ____N/A_____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

____none_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __3-31-05_____

Name: __Robert E. Larkin, III__
Title: __Partner__
Company: __Allen Norton & Blue, P.A.__
Address: __121 Majorca Avenue__
__Coral Gables, FL 33134__
Telephone: __(305) 445-7801__
Facsimile: __(305) 442-1578__

**Exhibit B**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, SUSAN J. ARRICK        , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

ARRICK, PEACOCK, HODGES & WIENER

9130 SOUTH DADELAND BLVD., SUITE 1500

MIAMI, FLORIDA 33156

2.    Date of retention:    01/01/1994

Questionnaire of ARRICK, PEACOCK, HODGES & WIENER
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

LEGAL DEFENSE

4. Brief description of services to be provided:

DEFENSE - WORKERS' COMPENSATION CLAIMS

5. Arrangements for compensation (hourly, contingent, etc.)

HOURLY - $115.00

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

ESTIMATED AVERAGE MONTHLY COMPENSATION IS $20,000.00

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 1077.13

Date claim arose: 12/08/01 - 01/28/03

Source of claim: Professional services and cost for defense of Winn-Dixie

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim: $ N/A

Date claim arose: N/A

Source of claim: N/A

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares:   N/A _____

No. of shares: N/A _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:   N/A _____

Status:   N/A _____

Kind of shares:   N/A _____

No. of shares:   N/A _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

N/A _____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:   3/30/05 _____

Name: SUSAN J. ARRICK
Title: SENIOR PARTNER
Company: ARRICK, PEACOCK, HODGES & WIENER
Address: 9130 SOUTH DADELAND BLVD, STE 1500
MIAMI, FL 33156
Telephone: 305/670-8880
Facsimile: 305/670-8899

**Exhibit C**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE
STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.


I, JOHN W. BUSSEY, III, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE
THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,
INFORMATION AND BELIEF:

1.    Name and address of firm:

      BUSSEY, WHITE, McDONOUGH and FREEMAN, P.A.
      STREET -    105 East Robinson Street, 4th Floor, Orlando, FL 32801
      MAILING -   P. O. Box 531086, Orlando, FL 32853-1086

2.    Date of retention:    February 22, 2005 for post petition work.  Our firm previously
      represented Winn-Dixie since June 2004.

Questionnaire of: Bussey, White, McDonough and Freeman, P. A.
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

Legal services to defend Winn-Dixie entities and its associates, primarily in connection with the defense of bodily injury and property damage claims.

4.    Brief description of services to be provided:

Legal services as defense counsel on behalf of Winn-Dixie entities and associates and/or employees on bodily injury and property damage actions arising out of motor vehicle accidents, incidents at premises, and pharmacy related cases.

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly rate - broken down according to the nature of the case:

| | | |
|---|---|---|
| Catastrophic | $275/hr | John Bussey, Robert White |
| | $250/hr | Sean McDonough, Nick Freeman |
| | $200/hr | Sr. Associates (5+ years) |
| | $175/hr | Jr. Associates |
| | $100/hr | Paralegals |
| Pharmacy | $250/hr | John Bussey |
| | $225/hr | All other shareholders |
| | $200/hr | Sr. Associates |
| | $175/hr | Jr. Associates |
| | $100/hr | Paralegals |
| Routine | $150/hr | Attorneys |
| | $75/hr | Paralegals |

6.    Average hourly rate (if applicable): Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

We expect that monthly fees on routine premises and auto cases will average approximately $20,000 per month.

Pharmacy related cases, depending upon the level of activity and whether Winn-Dixie and/or its pharmacists are joined as defendants with either medical care providers or manufacturers, will likely exceed $20,000 per month.

We previously were defending a double fatality motor vehicle accident involving two Winn-Dixie cases, and the fees averaged approximately $25,000 per month. These cases have resolved.

For the current month, the total billing for post petition cases (12) was $12,057.50 in fees and $1,445.25 in costs.

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $59,022.24 (Fees = $54,752.50; Costs = $4,269.74)

Date claim arose: February 2005 bills for legal services & costs through 2/21/05.

Questionnaire of: Bussey, White, McDonough and Freeman, P.A.
(Name of Firm)

Source of claim: Fees for legal services and related costs on nine (9) pre-petition cases our firm was defending.

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:   **NONE**
    Name:
    Status:
    Amount of Claim: $
    Date claim arose:
    Source of claim:

9.  Stock of any of the Debtors currently held by the firm:   **NONE**
    Kind of shares:
    No. of shares:

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:   **NONE**
    Name:
    Status:
    Kind of shares:
    No. of shares:

11.  · The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)   **NONE.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 30, 2005

| | |
|---|---|
| Name: | John W. Bussey, III |
| Title: | President |
| Company: | Bussey, White, McDonough and Freeman, P. A. |
| Address: | 105 East Robinson Street 4th Floor Orlando, FL 32801 |
| Telephone: | 407-423-7287 |
| Facsimile: | 407-648-1376 |

**Exhibit D**

03-30-05    02:24pm    From-

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Robert M. Doby, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

   Cantey & Hanger, L.L.P.

   801 Cherry Street, Suite 2100

   Fort Worth, TX  76102


2.    Date of retention: Cantey & Hanger, LLP has represented Winn Dixie
affilated companies for over 20 years.

Questionnaire of: Cantey & Hanger, L.L.P.
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

    Cantey & Hanger, LLP represents Winn-Dixie in insurance defense

    and commercial litigation matters.

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    On insurance defense matters-$135.00 per hour; On commerical

    matters-$225.00 per hours; approximately $11,000.00 per month.

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ Approximately $62,339.25.

    Date claim arose: Approximately 9/2004 through 2/21/05

    Source of claim: Attorney's fees and expenses outstanding

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name:           N/A

    Status:         N/A

    Amount of Claim: $    N/A

    Date claim arose:    N/A

    Source of claim:    N/A

03-30-05    02:25pm    From-

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: ____None_____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ____None_____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____None_____

_____

_____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated: ___3/30/05_____

Name: __Robert M. Doby, III___
Title: __Attorney_____
Company: _Cantey & Hanger, LLP_
Address: _801 Cherry Street, Suite 2100_
__Fort Worth, TX  76102___
Telephone: __817-877-2826___
Facsimile: __817-877-2807___

**Exhibit E**

In re: Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES,

INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

      I, __ALLEN C. SANG, ESQUIRE__, PURSUANT TO 28 U.S.C. § 1746, HEREBY

DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

      Allen C. Sang, Esquire
      Carman, Beauchamp & Sang, P.A.
      1936 Lee Road
      Suite 250
      Winter Park, Florida 32789

2.    Date of retention:

      This law firm has had a longstanding professional relationship providing legal services to
      Winn-Dixie for over 10 years. This firm expects a continued future relationship.

3.    Type of services provided (accounting, legal, etc.):

      Legal

4.   Brief description of services to be provided:

     Legal defense of liability claims and other litigated matters.

5.   Arrangements for compensation (hourly, contingent, etc.)

     Billed hourly.

6.   Average hourly rate (if applicable):

     Estimated average monthly compensation based on pre-petition retention (if firm was
     employed pre-petition):

     $13,000.00 a month

7.   Pre-petition claims against any of the Debtors held by the firm:

     Amount of claim: $24,924.28

     Date claim arose: 12/2004 - 2/2004

     Source of claim: Unpaid fees and costs

8.   Pre-petition claims against any of the Debtors held individually by any member, associate,
     or professional employee of the firm:

     None known.

     Name:

     Status:

     Amount of claim: $

     Date claim arose:

     Source of claim:

9.    Stock of any of the Debtors currently held by the firm:

None known.

Kind of shares:

No. of shares:

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

None known.

Name:

Status:

Kind of shares:

No. of shares:

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

None known.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _3/31/05_____

Name:    Allen C. Sang, Esquire
Title:    Attorney
Company: Carman, Beauchamp & Sang, P.A.
Address:    1936 Lee Road, Suite 250
              Winter Park, Florida 32789
Telephone: (407) 622-7888
Facsimile: (407) 622-7890

-3-

**Exhibit F**

03/31/2005    11:54    CARR ALLISON PUGH HOWARD OLIVER → 774113PP965U000001999    NO.834    P01

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, _Melisa Zwilling_ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    _Carr, Allison, Pugh Howard Oliver, & Sisson, P.C._
    _100 Vestavia Parkway, Suite 200_
    _Birmingham, AL 35216_

2.    Date of retention: _multiple files (approximately 64)_
    _So multiple dates of retention_
    _beginning in February, 2002._

Questionnaire of: _Carr Allison_
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

_legal_

4.    Brief description of services to be provided:

_Workers' compensation and Medicare Set asides_

5.    Arrangements for compensation (hourly, contingent, etc.)

_$140 hourly files and flat fee files at $1750_

6.    Average hourly rate (if applicable):
       Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

_$140 average hourly rate_

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ _37,804.53 fees_    $ _149.71 expenses_

Date claim arose: _multiple dates_

Source of claim: _files handled for Winn Dixie by firm_

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _N|A_

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

03/31/2005    11:54    CARR ALLISON PUGH HOWARD OLIVER → 77415PP565000001555    NO. 654    P05

Questionnaire of: _Carr Allison_
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

    Kind of shares: _none_

    No. of shares: _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _None_

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _None_

    _____

    _____

    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _3/31/05_

Name: _Melisa Zwilling_
Title: _Attorney / Partner_
Company: _Carr Allison Pugh Howard Oliver & Sisson_
Address: _100 Vestavia Pkwy, Suite 200_
_Birmingham, AL 35216_
Telephone: _(205) 949-2949_
Facsimile: _(205) 822-2057_

976725.01-New York Server 7A - MSW        -3-

**Exhibit G**

03/30/2005 WED 17:05  FAX 478 746 9479 Chambless,Higdon    ☒002/004

In re Winn-Dixie Stores, Inc., <u>et al</u>.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, <u>David N. Nelson</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    Chambless, Higdon, Richardson, Katz & Griggs, LLP

    P.O. Box 246

    Macon, GA 31202-0246


2.  Date of retention:    No current active files.  We have served as local counsel
    for over 10 years.

Chambless, Higdon, Richardson,
Questionnaire of: Katz & Griggs, LLP
(Name of Firm)

3.   Type of services provided (accounting, legal, etc.):

Legal - routine litigation

4.   Brief description of services to be provided:

Defend individual Winn-Dixie stores in personal injury and premises

liability litigation

5.   Arrangements for compensation (hourly, contingent, etc.)

Hourly rate plus expenses for copies, postage, etc.

6.   Average hourly rate (if applicable):
     Estimated average monthly compensation based on pre-petition retention (if firm was
     employed pre-petition):

$110 hr./Partner;  $110 hr./Associate Attorney;  $55 hr./Raralegal
(< $7,500/mo.  No currently active files)

7.   Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $  N/A

Date claim arose:

Source of claim:

8.   Pre-petition claims against any of the Debtors held individually by any member,
     associate, or professional employee of the firm:

Name:  N/A

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Chambless, Higdon, Richardson,
Questionnaire of: <u>Katz & Griggs, LLP</u>
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: __None_____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: __N/A_____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

__N/A_____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: __3·30-05_____

Name: David N. Nelson
Title: Partner
Company: Chambless, Higdon, Richardson, Katz & Grig
Address: P.O. Box 246                                    LLP
Macon, GA 31202-0246
Telephone: (478) 745-1181
Facsimile: (478) 746-9479

Exhibit H

In re Winn-Dixie Stores, Inc., et al
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT RETURN IT TO THE
DEBTORS AT</u>:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-41 13
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>Robert E. Peyton</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT

THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND

BELIEF:

1.    Name and address of firm:

      Christovich & Kearney, LLP
      601 Poydras St., Ste. 2300
      New Orleans, La 70130

      PH:    504-561-5700

2.    Date of retention: <u>Christovich & Kearney has represented Winn-Dixie Louiisiana, Inc.</u>
      since the late 1950's.

Questionnaire of: <u>Christovich & Kearney, LLP</u>
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

      <u>Legal</u>

4.    Brief description of services to be provided:

      <u>Representation of company in all types of civil litigation.</u>

5.    Arrangements for compensation (hourly, contingent, etc.)
      <u>Hourly</u>

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):    <u>Ed.; average monthly compensation apprx. $8,000.00 per
      month.</u>

      <u>Partners  $115.00; Assciate  $100.00, Paralegal/Nurse Paralegal</u> - $60.00

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $ <u>15,753.55;</u>

      Date claim arose: <u>October 15, 1999 through February 21, 2005;</u>

      Source of claim: <u>Civil Defense Litigation.</u>

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name:    <u>INAPPLICABLE</u>

      Status:    _____

      Amount of Claim: $_____

      Date claim arose: _____

      Source of claim: _____

Questionnaire of: Christovich & Kearney, LLP
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:  NONE.

Kind of shares:

No. of shares:

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:  NONE.

Name:

Status:

Kind of shares:

No. of shares:

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

This firm holds no interest adverse to the debtors except as indicated in No. 7 above.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**Dated: March 30, 2005**

Name:  Robert E. Peyton
Title:  Attorney
Company:  Christovich & Kearney, LLP
Address:  601 Poydras St., Suite 2300
          New Orleans, La 70130
Telephone:  504-561-5700
Facsimile:  504-561-5743

976725.01-New York Server 7A - MSW

-3-

**Exhibit I**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors") ·

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

        Steven Eichel
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, New York  10036
        Telephone: (212) 735-4113
        Facsimile: (917) 777-4113
        Email: seichel@skadden.com

        If more space is needed, please complete on a separate page and attach.

·    I, _Robert M. Clyatt_, PURSUANT TO 28 U.S.C. ·§ 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    Clyatt, Clyatt & Golden, P.C.

    P.O. Box 5799

    3269 North Valdosta Road

    Valdosta, GA  31603-5799

2.    Date of retention:   Approximately 1987-1990, or fifteen (15) to

                                    eighteen (18) years ago

Questionnaire of: <u>Clyatt, Clyatt & Golden, P.C.</u>
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

   <u>Legal Services for Worker's Compensation Defense and Liability Defense</u>

   _____

   _____

4.    Brief description of services to be provided:

   <u>Legal Defense Representation for Winn-Dixie Stores, Inc. in</u>

   <u>Worker's Compensation Cases and for Winn-Dixie Stores, Inc. in</u>

   <u>Liability Cases</u>_____

5.    Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly</u>_____

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

   <u>$115.00 per hour;  Average monthly compensation pre-petit</u>ion approximately
                                                          $7,000.00 per month.

7.    Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $<u>   $43,345.72 - total amount owed to our firm for
                            outstanding legal bills</u>

   Date claim arose:  <u>Bills for time period 9/3/04 up to 2/21/05</u>

   Source of claim:  <u>For Legal Representation in the defense of Winn-Dixie
   Stores, Inc. on lawsuits filed against Winn-Dixie</u> Stores, Inc.

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

   Name:  <u>None</u>_____

   Status:  _____

   Amount of Claim: $_____

   Date claim arose:  _____

   Source of claim:  _____

Questionnaire of: <u>Clyatt, Clyatt & Golden, P.C.</u>
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: <u>None</u>

No. of shares:

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>None</u>

Status:

Kind of shares:

No. of shares:

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

<u>N/A</u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 3-25-05

Name: ROBERT M. CLYATT

Title: SENIOR ATTORNEY

Company:

Address:

Telephone:

Facsimile:

**Exhibit J**

In re **Winn-Dixie Stores, Inc.**, _et al._
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

>       Steven Eichel
>       Skadden, Arps, Slate, Meagher & Flom LLP
>       Four Times Square
>       New York, New York  10036
>       Telephone: (212) 735-4113
>       Facsimile: (917) 777-4113
>       Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, GRAOMS COIA , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.      Name and address of firm:

>       Coia + Sutton, P.A.
>       11900 Biscayne Blvd
>       Suite 806
>       Miami, FL 33181

2.      Date of retention:    1998

Questionnaire of: __CoiA + Sutton, P.A.__
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    __LEGAL__

4.  Brief description of services to be provided:

    __WORKERS' COMPENSATION DEFENSE__

5.  Arrangements for compensation (hourly, contingent, etc.)

    __HOURLY__

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    __$ 5,000.00__

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ __7,000.00__

    Date claim arose: __11/04 - 2/21/05__

    Source of claim: __LEGAL FEES__

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: __N/A__

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

-2-

Questionnaire of: _Coia + Sutton, PA_
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _None_

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _None_

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _None_
    _____
    _____
    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _3/30/05_

Name: _Gladys L. Coia_
Title: _Vice-President_
Company: _Coia + Sutton_
Address: _11900 Biscayne Blvd_
_Suite 808 Miami, FL 33181_
Telephone: _305 · 891 · 7595_
Facsimile: _305 · 891 · 1961_

**Exhibit K**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Mary E. Cruickshank PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

DuBois & Cruickshank, P.A.
P.O. Drawer 1509
Tallahassee, Fl  32302

2.    Date of retention:  5/14/97

Questionnaire of: *DuBois &Cruickshank, P.A.*
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

    *Legal – workers' compensation (FL)(Ga)*

4. Brief description of services to be provided:

    *Continuing legal defense of workers' compensation claims filed in Florida and Georgia.*

5. Arrangements for compensation (hourly, contingent, etc.)

    *Hourly*

6. Average hourly rate (if applicable): *$90.00*
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    *$18,525*

7. Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ *#65,834*

    Date claim arose: _____

    Source of claim: *Provision of legal defense*

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: *N/A*

    Status: *N/A*

    Amount of Claim: $ *N/A*

    Date claim arose: *N/A*

    Source of claim: *N/A*

Questionnaire of: _DuBois & Cruickshank, P.A._
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: ___N/A___

No. of shares: ___N/A___

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ___N/A___

Status: ___N/A___

Kind of shares: ___N/A___

No. of shares: ___N/A___

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

___N/A___

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _March 31 / 2005_

Name: _Mary E. Cruickshank_
Title: _Partner_
Company: _DuBois & Cruickshank, P.A._
Address: _P.O. Drawer 1509_
___Tallahassee, FL 32302___
Telephone: _(850) 523-4447_
Facsimile: _(850) 422-2507_

**Exhibit L**

In re **Winn-Dixie Stores, Inc.**, et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

·I, <u>Gene A. Major</u>    , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    <u>Fain Major & Brennan, P.C.</u>

    <u>100 Glenridge Point Parkway</u>

    <u>Suite 500</u>

    <u>Atlanta, GA 30342</u>

2.    Date of retention:   <u>May, 1987</u>

Questionnaire of: **Fain, Major & Brennan, P.C.**
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   Legal Representation

4. Brief description of services to be provided:

   Legal representation to defend Winn-Dixie Stores, Inc. (Save-Rite)

   in lawsuits brought by vendors, customers, invitees to their various

   business locations.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

6. Average hourly rate (if applicable): 150/140/130/75 and 165/150/135/75.
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   $15,300 per month pre-petition

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ $31,137.50 in legal fees; $771.72 in expenses.

   Date claim arose: 02/11/05

   Source of claim: Professional services rendered (fees and expenses).

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status:

   Amount of Claim: $

   Date claim arose:

   Source of claim:

Questionnaire of: Fain, Major & Brennan, P.C.
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: ___N/A_____

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ___N/A_____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

___N/A_____

_____

_____

_____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated: ___March 29, 2005_____

Name: __Gene A. Major_____
Title: __President_____
Company: __Fain, Major & Brennan, P.C.____
Address: __100 Glenridge Point Pkwy., Suite 500__
_____Atlanta, GA 30342_____
Telephone: __404-688-6633_____
Facsimile: __404-420-1544_____

**Exhibit M**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WIN-DIXIE STORES,

INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Steven Eichel
    Skadden, Ars, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel(fskadden.com

    If more space is needed, please complete on a separate page and attach.

    I, Joseph P. Isabel, PURSUANT TO 28 U.S.C. 1746, HEREBY DECLARE THAT THE

FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND

BELIEF:

1.    Name and address of firm:

      Fowler White Boggs Banker P.A.

      501 E. Kennedy Blvd, Suite 1700

      Tampa, FL 33602


2.    Date of retention:____6/30/1983

3.    Type of services provided (accounting, legal, etc.):

      Legal

Questionnaire of:  Fowler White Boggs Banker
(Name of Firm)

4.   Brief description of services to be provided:

   Provide legal representation to Winn-Dixie Stores, Inc., and defending Winn-Dixie in cases involving premises liability, tractor/trailer claims, malicious prosecution, and workers compensation matters.

5.   Arrangements for compensation (hourly, contingent, etc.)

   Hourly

6.   Average hourly rate (if applicable):  $115

   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   Approximately $15,000

7.   Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $     Approximately $59,000

   Date claim arose:     November 2004 - February 2005

   Source of claim:     Legal Work

8.   Pre-petition claims against any of the Debtors held individually by any member associate, or professional employee of the firm:

   Name:     None

   Status:

   Date claim arose:

   Source of claim:

9.   Stock of any of the Debtors currently held by the firm:

   Kind of shares:     None

   No. of shares:

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name:     Ron Noble/Shareholder

   Status:     Active

-2-

Questionnaire of: Fowler White Boggs Banker
(Name of Firm)

Kind of shares: _____ Common _____

No. of shares: _____ 1300 _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    None

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 3/30/05

Name: Joseph P. Isabel
Title: Controller
Company: Fowler White Boggs Banker P.A.
Address: 501 E. Kennedy Blvd Ste 1700
          Tampa, FL 33602
Telephone: 813 228-7411 _____•_____
Facsimile: 813 229-8313_____

#1703446v1

**Exhibit N**

Mar 30 05 01:33p    rnoc upstairs              ici iss cssi              p.c

Questionnaire of Frazer, Hubbard, Brandt, Trask & Yacavone, L.L.P.

**In re: Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

RETENTION QUESTIONNAIRE

I, JAMES L. YACAVONE, III, ESQUIRE, PURSUANT TO 28 U.S.C. § 1746,

HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY

KNOWLEDGE, INFORMATION AND BELIEF:

1.    Name and address of firm:

Frazer, Hubbard, Brandt, Trask & Yacavone, L.L.P.
595 Main Street
Dunedin, Florida 34698

2.    Date of Retention:

I have been representing Winn-Dixie Stores, Inc., for twenty-six years while with the law
firm of Fowler White Boggs Banker, P.A. On December 10, 2004, I left Fowler White
and joined my present firm. Winn-Dixie was kind enough to allow me to continue to
represent it. Thus, the date of retention is either 1978 or December 10, 2004.

3.    Type of legal service provided:

Legal.

4.    Brief description of services to be provided:

Defense of Winn-Dixie in personal injury claims against Winn-Dixie.

5.    Arrangements for compensation:

Hourly.

6.    Average hourly rate:

$125.00 an hour for partners, $110.00 for associates, and $65.00 an hour for paralegals.

Estimated average monthly compensation based on pre-petition retention:

$8,000.00 to $15,000.00 per month.

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of Claim: $18,625.27 representing attorney's fees and advanced costs.

Date claim arose: The attorney's fees were incurred and the costs were advanced between 12/10/04 and 02/21/05.

Source of claim: I was retained to represent Winn-Dixie in a number of law suits involving personal injury claims against Winn-Dixie Stores, Inc., or Winn-Dixie Logistics, Inc.

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

None.

9. Stock of any of the Debtors currently held by the firm:

None.

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

None.

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 03/30/05

James L. Yacavone, III
Attorney at Law
Frazer, Hubbard, Brandt,
 Trask & Yacavone, L.L.P.
 595 Main Street
Dunedin, Florida 34698
Telephone: (727)733-0494
Facsimile: (727)733-2991

2

**Exhibit O**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, Charles P. Gaines PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:

     Gaines, Gaines & Rasco, P.C.

     P.O. Box 275

     Talladega, AL  35161

2.   Date of retention:   October, 2004

04/01/2005  10:57    2563622391                    GAINES & RASCO                    PAGE  03
04/01/2005    09:48    BRADDEN ARPS → 912563622391P091970              NO.453    003

Questionnaire of __Gaines, Gaines & Rasco, P.C.__
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

legal

4.    Brief description of services to be provided:

Legal services for the defense of Winn Dixie.

5.    Arrangements for compensation (hourly, contingent, etc.)

hourly

6.    Average hourly rate (if applicable);
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$135.00.    $100.00 – $200.00

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $____N/A

Date claim arose: ____N/A

Source of claim: ____N/A

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: ____N/A

Status: ____

Amount of Claim: $____

Date claim arose: ____

Source of claim: ____

Questionnaire of: <u>Gaines, Gaines & Rasco, P.C.</u>
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

     Kind of shares: ___none___

     No. of shares: ___N/A___

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

     Name: ___N/A___

     Status: ___N/A___

     Kind of shares: ___N/A___

     No. of shares: ___N/A___

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

     ___N/A___

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ___4-1-05___

                                   Name: Charles P. Gaines
                                   Title: Vice President
                                   Company: Gaines, Gaines & Rasco, P.C.
                                   Address: P.O. Box  275
                                            Talladega, AL  35161
                                   Telephone: 256-362-2386
                                   Facsimile: 256-362-2391

**Exhibit P**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, John J. Williams PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

> Gonzalez, Saggio & Harlan, L.L.P.
>
> 441 Vine Street, 3615 Carew Tower
>
> Cincinnati, OH  45202

2.    Date of retention:    10/12/04

Questionnaire of: **Gonzalez, Saggio & Harlan**
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

    Defend Winn-Dixie in Employment Discrimination matter.

5.  Arrangements for compensation (hourly, contingent, etc.)

    hourly

6.  Average hourly rate (if applicable):  $220/Atty---$80/Paralegal
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ __$1,327.50__

    Date claim arose: __10/18/04 - 02/28/05__

    Source of claim: __Attorneys fees__

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: __None__

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: <u>Gonzalez, Saggio & Harlan</u>
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: ___N/A_____

No. of shares: ___N/A_____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: __N/A_____

Status: _____

Kind of shares: _____

No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

__N/A_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ___3/30/05___

Name: <u>John J. Williams</u>
Title: <u>Managing Partner</u>
Company: <u>Gonzalez, Saggio & Harlan, L.L.P.</u>
Address: <u>441 Vine Street, 3615 Carew Tower</u>
<u>Cincinnati, OH  45202</u>
Telephone: <u>(513) 651-3456</u>
Facsimile: <u>(513) 651-3446</u>

**Exhibit Q**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

### RETENTION QUESTIONNAIRE

#### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.**
**RETURN IT TO THE DEBTORS AT:**

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _HERB HARRIS_ , PURSUANT TO 28 U.S.G. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    _HARRIS + HARRIS_
    _5300 BEE CAVES Road_
    _Suite 200_
    _AUSTIN, TEXAS 78746_

2.  Date of retention: _1997 approx_

Questionnaire of: *Harris & Harris*
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    *legal — Texas workers' compensation services — STATEWIDE*

4.  Brief description of services to be provided:

    *AUSTIN TWCC REPR., STATEWIDE HEARINGS — JUDICIAL REVIEW*

5.  Arrangements for compensation (hourly, contingent, etc.)

    *$125 hr plus expenses, appeals panels $400 flat fee*

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    *$125 hr.    $7,500 monthly average*

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ *600 approx.*

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: *— O —*

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: *HARRIS & HARRIS*
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: ___ — 0 — _____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: ___ — 0 — _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    ___ — 0 — _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 28, 2005

Name: Herbert S. Harris III
Title: CEO & President
Company: Herbert S Harris III, PC dba Harris & Harris
Address: 3300 Bee Cave Road Bldg 3, #200, Austin, TX 7874
Telephone: 512 346 5533
Facsimile: 512 346 2539

**Exhibit R**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Randell Morgan_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:

  _Hill, Hill, Carter, Franco, Cole & Black, P.C._

  _425 S. Perry Street_

  _Montgomery, AL 36104_

  _P O Box 116, Montgomery, AL 36101-0116_

2.   Date of retention:  _since approximately 1980_

Hill,Hill,Carter,Franco,

Questionnaire of: Cole & Black, P.C.

(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

legal: general liability litigation, commercial litigation, and

general employment litigation (non bankruptcy)

4.    Brief description of services to be provided:

general liability litigation, commercial litigation

and general employment litigation

(non-bankruptcy)

5.    Arrangements for compensation (hourly, contingent, etc.)

hourly

6.    Average hourly rate (if applicable): Partner:$135.00, Associate: $115.00, $65.00
Estimated average monthly compensation based on pre-petition retention (if firm was    paralegal
employed pre-petition):

$12,000.00 - $15,000.00

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $            59,336.08

Date claim arose: February 21, 2005

Source of claim:  legal services and expenses incurred

8.    Pre-petition claims against any of the Debtors held individually by any member,
associate, or professional employee of the firm:

Name:            None

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Hill, Hill, Carter, Franco

Questionnaire of: Cole & Black, P.C.

(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

Kind of shares: _____None_____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____Michael C. Cohan_____

Status: _____Shareholder/Attorney_____

Kind of shares: ___Common stock_____

No. of shares: ___40_____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____None_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _March 30, 2005____

_____

Name: Randall Morgan_____

Title: Partner/Vice-President

Company: Hill, Hill, Carter, Franco, Cole & Black, P(

Address: _P O BOX 116____

Montgomery, AL 36101

Telephone: _334-834-7600_____

Facsimile: _334-263-5969_____

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

SUPPLEMENTAL
RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, John R. Bradwell, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

> Hill, Hill, Carter, Franco, Cole & Black,P.C.

> 425 South Perry Street

> Montgomery, Alabama 36104

> P.O. Box 116, Montgomery, AL 36101-0116

2.    Date of retention:    since approximately 1980

Hill, Hill, Carter, Franco,
Cole & Black, P.C.
Questionnaire of: _____
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    Workers' Compensation
    _____

    _____

    _____

4.  Brief description of services to be provided:

    Workers' Compensation
    _____

    _____

    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    hourly
    _____

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    $8,000.00 to $10,000.00
    _____

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ ____None_____

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: ____None_____

    Status: _____

    Amount of Claim: $ _____

    Date claim arose: _____

    Source of claim: _____

-2-

Hill, Hill, Carter, Franco,
Cole & Black, P.C.

Questionnaire of: _____
                        (Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares: ___None_____

      No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

      Name: ___Michael C. Cohan_____

      Status: ___Shareholder/Attorney_____

      Kind of shares: ___Common stock_____

      No. of shares: ___40_____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

      ___None_____

      _____

      _____

      _____

      _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated: ___March 31, 2005_____


                              Name: ___John R. Bradwell_____
                              Title: ___Vice-President/Treasurer_____
                              Company: Hill, Hill, Carter, Franco, Cole & Black, P.
                              Address: ___P.O. Box 116_____
                                       ___Montgomery, AL: 36101-0116___
                              Telephone: ___334-834-7600_____
                              Facsimile: ___334-832-7419_____

**Exhibit S**

## EXHIBIT B

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

### RETENTION QUESTIONNAIRE

## TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.**
**RETURN IT TO THE DEBTORS AT:**

> Brian C. Walsh
> King & Spalding LLP
> 191 Peachtree Street
> Atlanta, Georgia 30303-1763

> If more space is need: please complete on a separate page and attach.

Joshua C. Krumholz
I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

     <u>Holland & Knight LLP</u>      <u>Holland & Knight LLP</u>

     <u>10 St. James Avenue</u>      <u>50 No. Laura Street, Suite 3900</u>

     <u>Boston, MA 02116</u>      <u>Jacksonville, FL 32202</u>

2.     Date of retention:     <u>July 2004</u>

3.     Type of services provided (accounting, legal, etc.):

     Legal

_____

_____

4.    Brief description of services to be provided:

Representation of Winn-Dixie in two lawsuits: (1) as a plaintiff

in an action to recover payments and avoid future payments under

a patent settlement agreement induced by fraud; and (2) defend

Winn-Dixie in a claim by consumers that Winn-Dixie imposed an illegal tax.

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly_____

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

For the first matter, approximately $370/hour.  For the second
matter, approximately $300/hour.

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $_None_____

      Date claim arose: _____

      Source of claim: _____

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name: _None_____

      Status: _____

      Amount of Claim: $_____

      Date claim arose: _____

      Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares:  _None_____

      No. of shares:  _____

-2-

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>None, other than what may be held blindly in mutual funds and similar funds.</u>

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

<u>The firm holds no adverse interest.</u>

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>3/29/05</u>

Name: <u>Joshua C. Krumholz</u>
Title: <u>Attorney</u>
Company: <u>Holland & Knight LLP</u>
Address: <u>10 St. James Avenue</u>
<u>Boston, MA 02116</u>
Telephone: <u>(617) 523-2700</u>
Facsimile: <u>(617) 523-6850</u>

-3-

**Exhibit T**

03/31/05  17:00 FAX                                                          @003

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, <u>Scott E. Morris</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    <u>Holt Ney Zatcoff & Wasserman, LLP</u>

    <u>100 Galleria Parkway, Suite 600</u>

    <u>Atlanta, Georgia 30339</u>

2.  Date of retention:   <u>on or about May 20, 2003.</u>

03/31/05  17:01 FAX                                                                        ✉004

3.    Type of services provided (accounting, legal, etc.):

       Legal representation.

4.    Brief description of services to be provided:

       Legal representation in various matters including, among other things,

       litigation, administrative matters before local governments, and

       real estate matters.

5.    Arrangements for compensation (hourly, contingent, etc.)

       Hourly, plus reimbursement for expenses.

6.    Average hourly rate (if applicable): $283.75
       Estimated average monthly compensation based on pre-petition retention (if firm was
       employed pre-petition):

       $5,451.79 (average monthly billings for all matters from
       March 2004 through February 2005)

7.    Pre-petition claims against any of the Debtors held by the firm:

       Amount of claim: $ 35,870.08

       Date claim arose:  November 1, 2004, through February 21, 2005.

       Source of claim:  Legal representation on various matters.

8.    Pre-petition claims against any of the Debtors held individually by any member,
       associate, or professional employee of the firm:

       Name:  N/A

       Status: _____

       Amount of Claim: $ _____

       Date claim arose: _____

       Source of claim: _____

03/31/05   17:01 FAX                                                                         ☒ 005

Questionnaire of: Holt Ney Zatcoff & Wasserman, LLP
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:  __N/A_____

No. of shares:  _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  __N/A_____

Status:  _____

Kind of shares:  _____

No. of shares:  _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

__Pre-petition claims described in this Retention Questionnaire.__

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  __3/31/05_____

Name:  Scott E. Morris
Title:  Associate Attorney
Company:  Holt Ney Zatcoff & Wasserman, LLP
Address:  100 Galleria Parkway, Suite 600
          Atlanta, Georgia 30339
Telephone:  (770) 956-9600
Facsimile:  (770) 956-1490

**Exhibit U**

Mar 30 05 11:18a     J. Gordon Rothwell, P.A.     727-894-0797                p.2

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York  10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, J. Gordon Rothwell, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    J. Gordon Rothwell, P.A.

    560 First Ave. N.

    St. Petersburg, FL 33701

2.    Date of retention:   October 1986

Questionnaire of: J. Gordon Rothwell, P.A.
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

Civil Defense Litigation

_____

_____

4.  Brief description of services to be provided:

Defend Winn Dixie against post-petition claims
and execute filings to stay pre-petition litigated
Claims.

5.  Arrangements for compensation (hourly, contingent, etc.)

Hourly.

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):

395.00

7.  Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 73,988.56 .

Date claim arose: 1998-2004

Source of claim: Defending Winn Dixie

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

Name: None

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

nar 30 05 11:15a    J. Gordon Rothwell, P.A.    727-894-0797    P.4

Questionnaire of: J. Gordon Rothwell, P.A.
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ None _____

No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or
professional employee of the firm:

Name: _____ None. _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with
respect to the matters on which the firm is to be employed, except as disclosed below.
(Provide nature and brief description of any such adverse interest.)

_This firm holds no interest to debtors_
_except as to #7._

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: __3-17-05__

Name: J. Gordon Rothwell
Title: Partner
Company: J. Gordon Rothwell, P.A.
Address: 500 First Ave N.
St. Pete, FL 33701
Telephone: 727-894-0432
Facsimile: 727-894-0797

*Exhibit V*

In re Winn-Dixie Stores, Inc., <u>et al</u>.
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, STEVEN·HYMOWITZ, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    <u>Kiesewetter Wise Kaplan Prather, PLC, 3725 Champion Hills Drive, Suite 3000</u>

    <u>Memphis, Tennessee  38125</u>

2.  Date of retention:  <u>10/01/2001</u>

Questionnaire of: <u>Kiesewetter Wise Kaplan Prather, PLC</u>
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    <u>Legal Services</u>

4.  Brief description of services to be provided:

    <u>Assisting with defense of legal actions</u>

5.  Arrangements for compensation (hourly, contingent, etc.):

    <u>Hourly</u>

6.  Average hourly rate (if applicable):   <u>$180 - $230/hour</u>
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

       <u>$4,065.97/month based upon a review of 1 year of work performed pre-petition on various cases in which we represented any of the Debtors.</u>

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $<u>13,755.00</u>

    Date claim arose: <u>01/01/05 – 02/20/05</u>

    Source of claim: <u>Fees and expenses for Legal Services provided pre-petition</u>

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: <u>None</u>

    Status: <u>N/A</u>

    Amount of Claim: <u>N/A</u>

    Date claim arose: <u>N/A</u>

    Source of claim: <u>N/A</u>

2

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: N/A

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: None

    Status: N/A

    Kind of shares: N/A

    No. of shares: N/A

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    only pre-petition fees and expenses for legal services rendered

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 3/30/05

Name: Steven Hymowitz
Title: Attorney
Company: Kiesewetter Wise Kaplan Prather, PLC
Address: 3725 Champion Hills Dr., Suite 3000
             Memphis, Tennessee  38125
Telephone:  (901) 795-6695
Facsimile:   (901) 795-1646

**Exhibit W**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York  10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, __Terry Price____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    Lehr Middlebrooks Price & Vreeland, P.C.
    _____

    2021 3rd Avenue North _____

    Birmingham, AL 35203 _____

    _____

2.    Date of retention:    2/17/05 _____

Questionnaire of: Lehr Middlebrooks Price & Vreeland
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

    Providing legal representation in defense of employment-related litigation

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):  $6,000.00

    $250/hr subject to 8% discount - shareholder; $170/hr - associate

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim:  $ 102.00

    Date claim arose:  2/17-20/2005

    Source of claim:  Legal defense of employment-related litigation

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name:

    Status:

    Amount of Claim:  $ 0.00

    Date claim arose:

    Source of claim:

03/31/05  15:15 FAX 205 326 3194        LEHR,MIDDLEBROOKS,PRICE,                    ☒004

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _____

   No. of shares:  0 _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   Kind of shares: _____

   No. of shares:  0 _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

   None _____

   _____

   _____

   _____

   _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated: March 30, 2005 _____


                          _Terry Price_____
                          Name: Terry Price
                          Title: _Shareholder_____
                          Company: Lehr Middlebrooks Price & Vreeland, P.C.
                          Address: 2021 3rd Avenue North
                                   Birmingham, AL 35203
                          Telephone: (205) 323-9261
                          Facsimile:  (205) 326-3008

**Exhibit X**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, TOM F. VALERIUS, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:
    Marlow, Connell Valerius Abrams, Adler Newman & Lewis

    4000 Ponce de Leon Blvd. Suite 570

    Coral Gables, Florida 33146 and;

    One East Broward Blvd, Suite 905, Ft. Lauderdale, Florida 33301

2.  Date of retention:    1990.

Questionnaire of: <u>Marlow Connell Valerius Abrams Adler Newman & Lewis</u>
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):
    Legal

4.  Brief description of services to be provided:
    Professional legal services in the defense of both liability and Workers'
        Compensation claims.

5.  Arrangements for compensation (hourly, contingent, etc.)
    Hourly

6.  Average hourly rate (if applicable): $115.00 to $140.00
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition): $20,000.00

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: <u>$ 5,200</u>

    Date claim arose: <u>12/13/04 – 2/21/05</u>

    Source of claim: <u>Legal defense services/general liability and Workers' Compensation</u>

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm: <u>None</u>.

    Name: <u>N/A</u>

    Status: <u>N/A</u>

    Amount of Claim: <u>N/A</u>

    Date claim arose: <u>N/A</u>

    Source of claim: <u>N/A</u>

Questionnaire of: <u>Marlow Connell Valerius Abrams Adler Newman & Lewis</u>
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm: <u>None.</u>

Kind of shares: <u>N/A</u>

No. of shares: <u>N/A</u>

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>N/A</u>

Status: <u>N/A</u>

Kind of shares: <u>N/A</u>

No. of shares: <u>N/A</u>

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)
    None

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>March 31, 2005</u>

Name: _____
Title: <u>Partner</u>
Company: <u>Marlow, Connell Valerius Abrams,</u>
<u>Adler Newman & Lewis</u>
Address: <u>4000 Ponce de Leon Blvd, Suite 570</u>
<u>Coral Gables, Florida 33146</u>
Telephone: <u>305 446-0500</u>
Facsimile: <u>305 446-3667</u>

**Exhibit Y**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

I, LAURA L. STARRETT, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

    12 E. BAY STREET

    JACKSONVILLE, FLORIDA 32202

2.    Date of retention:   SEPTEMBER 11, 2003

Mar-31-2005 05:25pm    From-MARSHALL DENNEHEY              +904 354 9649        T-080   P.003/004   F-166

Questionnaire of: _____
                            (Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

      LEGAL

4.    Brief description of services to be provided:

      REPRESENTING WINN DIXIE STORES IN CIVIL NEGLIGENCE

      CLAIMS

5.    Arrangements for compensation (hourly, contingent, etc.)

      HOURLY

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

      $125.00

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $ 11,423.50

      Date claim arose: _____

      Source of claim: _____

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name: NONE

      Status: _____

      Amount of Claim: $_____

      Date claim arose: _____

      Source of claim: _____

-2-

Questionnaire of: _____
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:  *NONE* _____

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  *NONE* _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

*NONE* _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  *3/31/05* _____

Name:  *LAURA L. STARRETT* _____
Title: _____
Company:  *MARSHALL, DENNEHEY, WARNER*
Address:  *COLEMAN & GOGGIN*
*12 E. BAY STREET, JACKSONVILLE, FL 32202*
Telephone:  *(904) 354-0624*
Facsimile:  *(904) 354-7269*

**Exhibit Z**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, __Robert C. Palmer__ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

> Robert C. Palmer, III, Esquire
> Shell, Fleming, Davis & Menge, P.A.
>
> P.O. Box 1831
> Pensacola, FL 32591-1831

2.    Date of retention:        June 1992

Mar-31-05 03:48P

Questionnaire of: Shell, Fleming, Davis &
                  (Name of Firm)    Menge, P.A.

3.    Type of services provided (accounting, legal, etc.):

      Legal

4.    Brief description of services to be provided:

      Defense litigation

5.    Arrangements for compensation (hourly, contingent, etc.)

      Quarterly

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

      $130

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $ 21,500.48 through 2/21/05

      Date claim arose: various

      Source of claim: Providing legal service in defense of multiple
                       lawsuits against debtor.

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name: None

      Status: Does Not Apply

      Amount of Claim: $ Does Not Apply

      Date claim arose: Does Not Apply

      Source of claim: Does Not Apply

P.04

Mar-31-05 03:48P

Questionnaire of: __Shell, Fleming, Davis & le__
(Name of Firm) __Menge, P.A.__

9.   Stock of any of the Debtors currently held by the firm:

   Kind of shares: ____None____

   No. of shares: ____None____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: ____None____

   Status: ____Does Not Apply____

   Kind of shares: ____Does Not Apply____

   No. of shares: ____Does Not Apply____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

   ____Agreed____

   _____

   _____

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __3/3/05__

Name: __Robert C. Palmer, III__
Title: __Managing Partner__
Company: __Shell, Fleming, Davis & Menge, P.A.__
Address: __P.O. Box 1831__
   __Pensacola, FL 32591-1831__
Telephone: __(850) 434-2411__
Facsimile: __(850) 435-1074__