**Exhibit AA**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Richard L. Maguire_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   _Rogers Towers, P.A._

   _1301 Riverplace Blvd., Suite 1500_

   _Jacksonville, FL 32207_

2. Date of retention:    _November 22, 1996_

Questionnaire of: Rogers Towers, P.A.
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

Legal

4. Brief description of services to be provided:

Provide advice, counsel and assistance on variety of environmental and safety matters.

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$290 per hour

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 112.00

Date claim arose: 2-14-05

Source of claim: legal representation

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: NONE

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Questionnaire of: Rogers Towers, P.A.
                  (Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares: NONE

      No. of shares:

10.   Stock of any of the Debtors currently held individually by any member, associate, or
      professional employee of the firm:

      Name:   SEE ATTACHED SHEET

      Status:

      Kind of shares:

      No. of shares:

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with
      respect to the matters on which the firm is to be employed, except as disclosed below.
      (Provide nature and brief description of any such adverse interest.)

      NONE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: March 30, 2005

Name:   Richard L. Maguire
Title:   Shareholder
Company: Rogers Towers, P.A.
Address: 1301 Riverplace Blvd., Ste. 1500
 Jacksonville, FL 32207
Telephone: 904-346-5564
Facsimile: 904-398-3911

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:              Tina Bentley

Status:            Employee

Kind of shares:    common

No. of shares:     255


Name:              Chantal G. Hook

Status:            Associate

Kind of shares:

No. of shares:     200


Name:              Brenda Babcock

Status:            Employee

Kind of shares:

No. of shares:     50


Name:              Robert O. Mickler

Status:            Shareholder

Kind of shares:

No. of shares:     500

Name:              Lynda R. Aycock

Status:            Shareholder

Kind of shares:

No. of shares:     unknown

**Exhibit BB**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

    I, **JOHN R. SAALFIELD**, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION

AND BELIEF:

1.    Name and address of firm:

    <u>Saalfield, Shad, Jay, Lucas & Stokes, P.A.</u>
    <u>Bank of America Tower</u>
    <u>50 North Laura Street, Suite 2950</u>
    <u>Jacksonville, Florida 32202</u>
    •    <u>John R. Saalfield</u>
    •    <u>Joseph B. Stokes, III</u>
    •    <u>Jenifer S. Worley</u>

2.    Date of retention:    <u>1981</u>

03/31/2005 THU 13:05 FAX 19043553503    SAALFIELD COULSON SHAD J    ⓘ004

Questionnaire of: Saalfield, Shad, Jay, Lucas & Stokes, P.A.

3.    Type of services provided (accounting, legal, etc.):

General legal - litigation of liability claims

4.    Brief description of services to be provided:

General legal - litigation of liability claims

5.    Arrangements for compensation (hourly, contingent, etc.)

$135.00 per hour for Partners
$120.00 per hour for Associates

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

Approximately $15,000.00 per month

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of Claim:    $58,941.92

Date claim arose:    February 21, 2005

Source of claim:    Legal services provided for Debtor related to liability claims.

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:    None other than above

Status:    _____

Amount of Claim:    $_____

Date claim arose:    _____

Source of claim:    _____

Questionnaire of: Saalfield, Shad, Jay, Lucas & Stokes, P.A.

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares:    N/A _____

    No. of shares:     _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name:      N/A _____

    Status:    _____

    Kind of shares:  _____

    No. of shares:   _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    None other than outstanding claim for legal services performed prior to petition date.


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  _March 31, 2005_

                              _John R. Saalfield_

    Name:       JOHN R. SAALFIELD, ESQUIRE
    Title:      Partner
    Company:    Saalfield, Shad, Jay, Lucas & Stokes, P.A.
    Address:    Bank of America Building
                50 North Laura Street, Suite 2950
                Jacksonville, Florida 32202
    Telephone:  (904) 355-4401
    Facsimile:  (904  355-3503

978725.01-New York Server 7A - MSW

**Exhibit CC**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>JAY C. JACOBSON</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    SANDERS & PARKS, P.C.

    3030 N. Third Street, Suite 1300

    Phoenix, AZ  85012


2.  Date of retention:   April 17, 2000

Questionnaire of: <u>Sanders & Parks, P.C.</u>
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

    We currently are providing no legal services to Winn-Dixie Stores, Inc.

    However, we have represented Winn-Dixie in the past.

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    On an older engagement that ended several years ago, we charged $185 per hour for senior owners and $120 per hour for associates. If a new engagement arises, however, we would charge $240 per hour for owners and $180 per hour for associates.

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim:  $ I am not aware of any.

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: I am not aware of any.

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: Sanders & Parks, P.C.
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: I am not aware of any.

No. of shares:

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: I am not aware of any.

Status:

Kind of shares:

No. of shares:

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

I am not aware of any.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 31, 2005

Name:   Jay C. Jacobson
Title:    Attorney at Law
Company: Sanders & Parks, P.C.
Address:   3030 N. Third Street, #1300
               Phoenix, AZ  85012
Telephone: (602) 532-5660
Facsimile:  (602) 230-5060

**Exhibit DD**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _James H. Smith_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:

> _Smith, Andrews, Brady + Winter_
> _P. O. Box 13500_
> _Tampa, Florida_
> _33681-3500_

2.   Date of retention: _June, 2002_

Questionnaire of: _____
                          (Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    legal

4.  Brief description of services to be provided:

    Defense of Winn Dixie in Florida Workers
    Compensation Cases

5.  Arrangements for compensation (hourly, contingent, etc.)

    hourly

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):

    $115.00 / hour    Estimated monthly Avg $12,000.00

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ 25,449.26

    Date claim arose: period of 1/1/05 to 2/28/05

    Source of claim: Attorneys fees, advances and expenses

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name:  All held by the Firm

    Status: _____

    Amount of Claim: $ _____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: _____
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _NONe_____

No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _NONe_____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_NONe_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _3\31\05_____

Name: JAMES H. Smith
Title: MANaGing PARTNeR / PResident
Company: Smith ANdRew Brady + Wilson P.A
Address: 4807 Bayshore Blvd, 2nd Floor
Tampa Fla '33611
Telephone: (813) 831-7978
Facsimile: (813) 832-2961

**Exhibit EE**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Thomas F. Glassman_ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:
      _Smith, Rolfes + Skavdahl Co., LPA_
      _1014 Vine St. Ste. 2350_
      _Cincinnati, Ohio 45202_

2.   Date of retention: _1996_

Questionnaire of: *Smith, Rofes+sKavdah)*
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    *Legal*

4.  Brief description of services to be provided:

    *Our firm represents Winn-Dixie on third-party liability claims in the greater Cincinnati / Northern Kentucky area.*

5.  Arrangements for compensation (hourly, contingent, etc.):

    *$120 / hour*

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    *Our firm has not represented Winn-Dixie in any matter for approximately 9 months.*

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ *0*

    Date claim arose: *n/a*

    Source of claim: *n/a*

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: *n/a*

    Status: *n/a*

    Amount of Claim: $ *n/a*

    Date claim arose: *n/a*

    Source of claim: *n/a*

-2-

Questionnaire of: _Smith, Rolfes+Skavdahl_
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _____n/a_____

No. of shares: _____n/a_____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____n/a_____

Status: _____n/a_____

Kind of shares: _____n/a_____

No. of shares: _____n/a_____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and  brief description of any such adverse interest.)

_____n/a_____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: _3/31/05_____

Name: _Thomas F. Glassman_
Title: _Shareholder_
Company: _Smith, Rolfes+Skavdahl Co. LPA_
Address: _1014 Vine St. Ste. 2350_
_Cincinnati, OH 45202_
Telephone: _513-579-0080_
Facsimile: _513-579-0222_

**Exhibit FF**

In re Winn-Dixie Stores, Inc., **et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT TO THE
DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, **JAMES M. TAYLOR,** PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

> **Taylor, Wellons, Politz & Duhe, APLC**
>
> **1515 Poydras Street, Suite 1900**
>
> **New Orleans, LA 70112**

2.  Date of retention:    **November 15, 1995**

3.  Type of services provided (accounting, legal, etc.):

> **Legal**

4.    Brief description of services to be provided:

> **Defense of workers' compensation claims in the State of Louisiana**

5.    Arrangements for compensation (hourly, contingent, etc.)

> **Hourly**

6.    Average hourly rate (if applicable):  **$115 per hour**
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

> **$9,500.00**

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim:  $   **0**

      Date claim arose:

      Source of claim:

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:  **None**

      Name:

      Status:

      Amount of Claim:  $

      Date claim arose:

      Source of claim:

9.    Stock of any of the Debtors currently held by the firm: **None**

      Kind of shares:

No. of shares:

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:  **None**

Name:

Status:

Kind of shares:

No. of shares:

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

**None**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  **March 31, 2005**

Name: **James M. Taylor**
Title:
Company: **Taylor, Wellons, Politz & Duhe, APLC**
Address:   **1515 Poydras Street, Suite 1900**

Telephone: **(504) 525-9888**
Facsimile: **(504) 525-9899**

**Exhibit GG**

03/31/2005    11:14    WEBER HND ROSE → 19177773479    NO. 123    002

*Mailed 3/28/05*

*RSB*

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

## TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

### DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
### RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I,   R. Hite Nally  , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   Weber & Rose, P.S.C.

   400 W. Market Street

   Suite 2400

   Louisville, KY 40202

2. Date of retention:   1970's

Questionnaire of: __Weber & Rose, P.S.C.__
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

      Legal

4.    Brief description of services to be provided:

      Defense of both third party personal injury claims and workers'

      compensation claims

5.    Arrangements for compensation (hourly, contingent, etc.)

      Hourly

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

      Partners: $105.00/hr; Associates: $100.00/hr; Paralegal: $60.00/hr.

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $  12,566.46

      Date claim arose:  Four claims arose between October, 2001, and December, 2003

      Source of claim:  Four third party personal injury claims.

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name:  N/A

      Status:

      Amount of Claim: $

      Date claim arose:

      Source of claim:

03/31/2005    11:14    WEBER HND ROSE → 191????3475                    NO.185    P04

Questionnaire of: __Weber & Rose, P.S.C.__
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: __N/A_____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: __Unknown_____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _____N/A_____

    _____

    _____

    _____

    _____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: _____March 28, 2005_____

Name: __R. Hite Nalls__
Title: __Attorney__
Company: __Weber & Rose, P.S.C.__
Address: __2400 Aegon Center__
        __400 West Market Street, Louisville, KY 40202__
Telephone: __(502) 589-2200__
Facsimile: __(502) 589-3400__

976725.01-New York Server 7A - MSW                    -3-

**Exhibit HH**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden com

If more space is needed, please complete on a separate page and attach.

I, __David Barnett__, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF·

1.    Name and address of firm·

   Ostendorf, Tate, Barnett & Wells

   650 Poydras St., Suite 1460

   New Orleans, LA  70130

2.    Date of retention: We were retained on the first matter June 22, 2004.

3.    Type of services provided (accounting, legal, etc.):

   Legal, non-bankruptcy

4.    Brief description of services to be provided:

Legal, non-bankruptcy

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly for attorney fees

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$130.00 / hour

7     Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $  27,123.52

Date claim arose: 1/13/05 - 2/16/05

Source of claim: Legal work provided

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: NONE

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: NONE

No. of shares: _____

-2-

10    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: __NONE_____

Status: _____

Kind of shares: _____

No. of shares: _____

11    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

____NONE_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __MARCH 17, 2005_____

Name: _David Barnett_____
Title:_Partner_____
Company:_Ostendorf, Tate, Barnett & Wells_
Address: _650 Poydras Street_
_New Orleans, LA 70130_

Telephone: _504-527-0700____
Facsimile: _504-527-5111____

-3-

**Exhibit II**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

　　　Steven Eichel
　　　Skadden, Arps, Slate, Meagher & Flom LLP
　　　Four Times Square
　　　New York, New York 10036
　　　Telephone: (212) 735-4113
　　　Facsimile: (917) 777-4113
　　　Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Richard A. With, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.　　Name and address of firm:

　　　Swift, Currie, McGhee & Hiers, LLP
　　　1355 Peachtree St. NE Suite 500
　　　Atlanta, Georgia 30309

2.　　Date of retention: Approximately 25 years ago

Questionnaire of: *Richard A. Watts*
(Name of Firm)
*Swift, Currie, McGhee & Hiers*

3. Type of services provided (accounting, legal, etc.):

   *legal services*

4. Brief description of services to be provided:

   *Workers' Compensation defense work.*

5. Arrangements for compensation (hourly, contingent, etc.)

   *Hourly*

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   *130⁰⁰/hour . Approximately 4-5,000⁰⁰ per month*

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ _____ *None* _____

   Date claim arose: _____

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____ *None* _____

   Status: _____

   Amount of Claim: $ _____

   Date claim arose: _____

   Source of claim: _____

Questionnaire of: *Swift Currie et al*

(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____*None*_____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _____*None*_____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _____*None*_____

    _____

    _____

    _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _____*4/1/05*_____

                    *Richard A. Witt*

Name: *Partner*
Title:
Company: *Swift, Currie, McGhee & Hiers*
Address: *1355 Peachtree St*
*Atlanta Ga 30309*
Telephone: *404-888-6113*
Facsimile: *404-888-6199*

**Exhibit JJ**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")


DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

     Steven Eichel
     Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, New York 10036
     Telephone: (212) 735-4113
     Facsimile: (917) 777-4113
     Email: seichel@skadden.com

     If more space is needed, please complete on a separate page and attach.


I, Charles W. Dooley , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:
     Leitner Williams Dooley & Napolitan PLLC, 801 Broad St., 3rd floor, Chattanooga TN
     37402

2.    Date of retention:
     2/11/99

3.    Type of services provided (accounting, legal, etc.):
     legal

4.    Brief description of services to be provided:
     defense of workers' compensation claims against Winn-Dixie by plaintiff

5.    Arrangements for compensation (hourly, contingent, etc.)
     hourly

6.    Average hourly rate (if applicable):
     Estimated average monthly compensation based on pre-petition retention (if firm was
     employed pre-petition):

Questionnaire of:  Leitner, Williams, Dooley & Napolitan, PLLC
(Name of Firm)

$125.00

7.  Pre-petition claims against any of the Debtors held by the firm:

Amount of claim:  $ 9186.90

Date claim arose:  9/23/04 - 2/21/05

Source of claim:  attorney fees and expenses

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  NA

Status:  NA

Amount of claim:  $ NA

Date claim arose:  NA

Source of claim:  NA

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares:  NA

No. of shares:  NA

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  NA

Status:  NA

Kind of Shares:  NA

No. of shares:  NA

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

NA

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  4/1/05

Name:  Charles W. Dooley

Title:  Partner

Leitner Williams Dooley &

Company:  Napolitan PLLC

Questionnaire of:  Leitner, William, Dooley & Napolitan, PLLC
                         (Name of Firm)

Address:    801 Broad St., 3rd floor
            Chattanooga TN 37402
Telephone:  423 265-0214
Facsimile:  423 266-5490

**Exhibit KK**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, KIT NARODICK , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

LANE POWELL, P.C.

1420 FIFTH AVENUE, SUITE 4100

SEATTLE, WA 98101


2.    Date of retention:    OCTOBER 4, 2004

Questionnaire of: _LANE POWELL, PC._
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

_LEGAL SERVICES DIRECTLY RELATED TO THE SALE_

_OF TWO (2) GULFSTREAM G200 CORPORATE JETS_

4.    Brief description of services to be provided:

_NEGOTIATE AND CLOSE SALE OF CORPORATE JETS INCLUDING_

_ALL LEGAL AND GOVERNMENT DOCUMENTATION AND_

_FILING._

5.    Arrangements for compensation (hourly, contingent, etc.)

_KIT G NARODICK - HOURLY RATE 2004 $415.00/ 2005 $450.00/_

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

_$450.00/ - KIT G. NARODICK_

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ _6,667.19_

Date claim arose: _BILLING DATES: JAN. 31, 2005_

Source of claim: _UNPAID INVOICES FOR LEGAL SERVICES._

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

Name: _NONE KNOWN_

Status: _N/A_

Amount of Claim: $ _N/A_

Date claim arose: _N/A_

Source of claim: _N/A_

-2-

Questionnaire of: _Lane Powell, PC._
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares:  NONE KNOWN

    No. of shares:  NONE KNOWN

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name:  NONE KNOWN

    Status:  NONE KNOWN

    Kind of shares:  N/A

    No. of shares:  N/A

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    11.    Lane Powell has not reviewed a comprehensive listing of all creditors listed by the Debtors but has reviewed the List of Creditors Holding 50 Largest Unsecured Claims. Currently and in the past, Lane Powell has represented U.S. Bank, National Association; Georgia-Pacific Corporation; and AVIVA Life Insurance Company in a variety of matters but has not represented those creditors in any matters relating to any of the Debtors and will not be representing them in connection this bankruptcy case or in any matters with which Lane Powell is engaged as special counsel in this case.


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated:  4-1-05

_[signature]_

Name:  KIT G. NARODICK
Title:  PARTNER
Company:  LANE POWELL, PC.
Address:  1420 FIFTH AVE #4100
          SEATTLE, WA 98101
Telephone:  206-223-7431
Facsimile:  206-223-7107

**Exhibit LL**

I, RICHARD D. TUSCHMAN, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm: Epstein Becker & Green, P.C. has offices across the United States. The address of our home office is 250 Park Avenue, New York, NY 10177.

2.  Date of retention: December 22, 2003

3.  Type of services provided (accounting, legal, etc.): Legal

4.  Brief description of services to be provided: All pre-petition matters handled by Epstein Becker and Green have been stayed. If and when stays are lifted, Epstein Becker and Green anticipates providing legal services which primarily consist of the defense of labor and employment matters.

5.  Arrangements for compensation (hourly, contingent, etc.): Hourly

6.  Estimated average monthly compensation based on pre-petition retention (if firm was Employed pre-petition): All pre-petition matters handled by Epstein Becker and Green have been stayed. If and when stays are lifted, Epstein Becker and Green will provide estimates of monthly compensation based on pre-petition claims.

7.  Pre-petition claims against any of the Debtors held by the firm: Epstein Becker & Green anticipates pre-petition claims totaling $45,307.11. This total reflects information available at this time. We will amend this statement if necessary. The sources of these claims are invoices for professional services and related litigations costs.

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm: We have made reasonable efforts to determine whether any member, associate or professional employee of the firm holds any individual pre-petition claims against any Debtor, and we are presently unaware of any such claims. We will amend this statement if we become aware of any such claims in the future.

9.  Stock of any of the Debtors currently held by the firm: We have made reasonable efforts to determine whether the firm holds stock in any Debtor, and we are presently unaware of any such stock ownership. We will amend this statement if we become aware of any such stock ownership in the future.

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: We have made reasonable efforts to determine whether any member, associate or professional employee of the firm holds stock in any of the Debtors, and we are presently unaware of any such stock ownership. We will amend this statement if we become aware of any such ownership in the future.

MI:6204v1

Questionnaire of Epstein, Becker & Green, P.C.

11.    We are unaware of the firm's holding of any interest that is adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed.    If we become aware of any such adverse interests, they will be disclosed.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  *3/31/05*

Richard D. Tuschman
Epstein Becker & Green, P.C.
Suite 2100, Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
(305) 982-1520
(305) 982-1521

**Exhibit MM**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, *Warren Moïse*, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    *Grimball & Cabaniss, LLC*
    *POB - 816*
    *Charleston SC 29402.0817*

2.    Date of retention:    *Approx 1997*

Questionnaire of: _____
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

_Legal_____

_____

_____

4.    Brief description of services to be provided:

_Defending & suing on behalf of_

_WD Stores, Inc. & affiliates_

_____

5.    Arrangements for compensation (hourly, contingent, etc.)

_Hourly_____

6.    Average hourly rate (if applicable):
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

_$115_____

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $8850.30 statement #5 dated 2/21/05

      Date claim arose: 5/3/04 - 2/15/05

      Source of claim: _Legal services____

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name: _____

      Status: _____NONE_____

      Amount of Claim: $_____

      Date claim arose: _____

      Source of claim: _____

-2-

Questionnaire of: _G n C, LL C_
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _None_

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _None_

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_None_

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _4/1/05_

Name: _Warren Moise_
Title: _Member_
Company: _Grimball & Cabaniss, LLC_
Address: _POB 816_
_Charleston SC 29402-0816_
Telephone: _843-722-0311_
Facsimile: _843-722-1374_

**Exhibit NN**

In re Winn-Dixie Stores, Inc., <u>et al.</u>
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

>       Steven Eichel
>       Skadden, Arps, Slate, Meagher & Flom LLP
>       Four Times Square
>       New York, New York  10036
>       Telephone: (212) 735-4113
>       Facsimile: (917) 777-4113
>       Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _C. Matthew Keen_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

2301 Sugar Bush Road, Suite 600

Raleigh, NC  27612


2.    Date of retention:    1987

Questionnaire of: __ODNSS__
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

Labor and employment law

Litigation

4. Brief description of services to be provided:

Representing Winn-Dixie in employment discrimination lawsuits

5. Arrangements for compensation (hourly, contingent, etc.)

Fees per hour; billed monthly

6. Average hourly rate (if applicable): $130 - $330 per hour
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$4,700.00

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 5,361.52

Date claim arose: 8/18/03 - present

Source of claim: Defense of employment discrimination claims

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: None

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Questionnaire of: __OJDNSS_____
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: ____None_____

No. of shares: _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ____None_____

Status: _____

Kind of shares: _____

No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

None

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __3/31/05___

Name: _C. Matthew Keen_____
Title: _Shareholder_____
Company: _Ogletree Deakins_____
Address: _2301 Sugar Bush Road, Suite 600

Telephone: _(919) 787-9700_____
Facsimile: _(919) 783-9412_____

**Exhibit OO**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, H.Mills Gallivan_____, PURSUANT TO 28 U.S.C. § 1746, HEREBY

DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

Gallivan, White and Boyd, PA

55 Beattie Place, Suite 1200

Greenville, SC 29601

2.    Date of retention:    1996

Apr-01-05  02:02pm  From-GALLIVAN WHITE BOYD PA WAGIAUJ        8642715353        T-014  P.03/04  F-296

Questionnaire of: _____
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):
   Legal

   _____

   _____

   _____

4. Brief description of services to be provided:
   Legal defense services primarily for workers' compensation and casualty work

   _____

   _____

   _____

5. Arrangements for compensation (hourly, contingent, etc.)
   Hourly

   _____

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was
   employed pre-petition):
   Regular $170 Partners;$145 Associates;$85 Paralegals
   Specialty $185 Partners;$160 Assocites;$90 Paralegals

   _____

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim:  $21,622.77

   Date claim arose:  07/07/04-02/20/05

   Source of claim:  Legal Work

8. Pre-petition claims against any of the Debtors held individually by any member,
   associate, or professional employee of the firm:

   Name:  None

   Status: _____

   Amount of Claim:  $_____

   Date claim arose: _____

   Source of claim: _____

-2-

Apr-01-05  02:02pm   From-GALLIVAN WHITE BOYD PA WAGIAUJ          8642715953          T-014  P.04/04  F-286

Questionnaire of: *Gallivan White & Boyd PA*
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares:  None_____

No. of shares:   _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  H. Mills Gallivan_____

Status:  _____

Kind of shares:  Common_____

No. of shares:  166_____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)
    None

    _____
    _____
    _____
    _____
    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  __April 1, 2005_____

Name:  H.Mills Gallivan_____
Title:  Managing Shareholder_____
Company: Gallivan., White and Boyd, PA __
Address: 55 Beattie Place, Suite 1200_
Greenville, SC 29601 _____
Telephone:  864.271.9580_____
Facsimile:  864.271.7502_____

**Exhibit PP**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

       Steven Eichel
       Skadden, Arps, Slate, Meagher & Flom LLP
       Four Times Square
       New York, New York 10036
       Telephone: (212) 735-4113
       Facsimile: (917) 777-4113
       Email: seichel@skadden.com

       If more space is needed, please complete on a separate page and attach.

I, <u>William K. Thomas</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    Cabaniss Johnston Gardner Dumas & O'Neal LLP

    2001 Park Place North, Suite 700

    Birmingham, AL 35203

2.    Date of retention:   April 1985

Questionnaire of: **Cabaniss Johnston et al.**

(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

Legal

4.    Brief description of services to be provided:

Representation in litigation, primarily employment related

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly

6.    Average hourly rate (if applicable):  $225.00
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$1,500

7.  ᐟ  Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $111.15

Date claim arose:  December 2004 -- January 2005

Source of claim:  Defense of pending litigation

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:    None

Name:

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Questionnaire of: <u>Cabaniss Johnston, et al.</u>
(Name of Firm)

9.     Stock of any of the Debtors currently held by the firm:     None

       Kind of shares: _____

       No. of shares: _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:     None

       Name: _____

       Status: _____

       Kind of shares: _____

       No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

       _____ None _____

       _____

       _____

       _____

       _____


**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:    March 30, 2005

Name:     William K. Thomas
Title:    Partner
Company:  Cabaniss Johnston Gardner Dumas & O'Neal LLP
Address:  2001 Park Place North, Suite 700
          Birmingham, Alabama 35203
Telephone: (205) 716-5200
Facsimile: (205) 716-5389

**Exhibit QQ**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, Robert D. Reynolds, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT

THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND

BELIEF:

1.    Name and address of firm:
      Reynolds Economics

      455-B Moraga Road

      Moraga, CA  94556

2.    Date of retention:    Initially retained – August 9, 2000

3.    Type of services provided (accounting, legal, etc.):

      Litigation consultation, economic analysis, expert witness

Questionnaire of: Reynolds Economics
(Name of Firm)

4.   Brief description of services to be provided:
     To support litigation -- study market situation of plaintiff and defendant,
          prepare analyses, consult with attorneys and client, prepare reports,
          prepare exhibits, offer expert testimony.

5.   Arrangements for compensation (hourly, contingent, etc.)
     Hourly

6.   Average hourly rate (if applicable):
     Estimated average monthly compensation based on pre-petition retention (if firm was
     employed pre-petition):

     Hourly rate:  $225/hour -- Hours determined by attorneys in charge.

7.   Pre-petition claims against any of the Debtors held by the firm:

     Amount of claim:  None

     Date claim arose: _____

     Source of claim: _____

8.   Pre-petition claims against any of the Debtors held individually by any member,
     associate, or professional employee of the firm:

     Name:  None

     Status: _____

     Amount of Claim:  $_____

     Date claim arose: _____

     Source of claim: _____

9.   Stock of any of the Debtors currently held by the firm:

     Kind of shares:  Not Applicable

     No. of shares: _____

-2-

Questionnaire of: Reynolds Economics
(Name of Firm)

10.    Stock of any of the Debtors currently held individually by any member, associate, or
       professional employee of the firm:

       Name:  Robert D. Reynolds

       Status:  Owned

       Kind of shares:  Winn-Dixie Common

       No. of shares:   10

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with
       respect to the matters on which the firm is to be employed, except as disclosed below.
       (Provide nature and  brief description of any such adverse interest.)

       Not applicable

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: April 1, 2005

                          _____
                          Name:  Robert D. Reynolds
                          Title:  President
                          Company: Reynolds Economics
                          Address:  455-B Moraga Road
                                    Moraga, CA 94556
                          Telephone: 925-377-6108
                          Facsimile:  925-377-6016

**Exhibit RR**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

I, _Charles B. West_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

        Stoll, Keenon & Park, LLP

        201 C North Main Street

        Henderson, KY 42420

2.    Date of retention:    4/30/01

Questionnaire of. _Stoll, Keenon & Park, LLP_
(Name of Firm)

3.   Type of services provided (accounting, legal, etc.):

     _Legal services_

4.   Brief description of services to be provided:

     Civil litigation in State and Federal Courts.  Administrative

     proceedings; general counsel on real estate and leasing matters.

5.   Arrangements for compensation (hourly, contingent, etc.)

     Hourly rates, plus expenses

6.   Average hourly rate (if applicable):   $190.00; $150.00; $75.00
     Estimated average monthly compensation based on pre-petition retention (if firm was
     employed pre-petition):

7.   Pre-petition claims against any of the Debtors held by the firm:

     Amount of claim: $____ None

     Date claim arose: _____

     Source of claim: _____

8.   Pre-petition claims against any of the Debtors held individually by any member,
     associate, or professional employee of the firm:

     Name: ____ None

     Status: _____

     Amount of Claim: $_____

     Date claim arose: _____

     Source of claim: _____

Questionnaire of:  Stoll, Keenon & Park, LLP
                   (Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: ___None_____

No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: ___None_____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

___None_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _April 1, 2005_____

Name:  Charles F. West
Title:  Attorney at Law
Company: Stoll, Keenon & Park, LLP
Address: 201 C North Main Street
         Henderson, KY  42420
Telephone:  (270) 831-1900
Facsimile:  (270) 827-4060

**Exhibit SS**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

### RETENTION QUESTIONNAIRE

#### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

#### DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
#### RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, _Christopher J. MacAvoy_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:

     Howrey Simon Arnold & White, LLP

     1299 Pennsylvania Avenue, NW

     Washington, DC  20004-2402


2.   Date of retention:   April 17, 2000

Questionnaire of: _Howrey Simon Arnold &_
(Name of Firm)
                                                                    _White_

3.    Type of services provided (accounting, legal, etc.):

       Legal
_____

_____

_____

4.    Brief description of services to be provided:

       Antitrust counseling
_____

_____

_____

5.    Arrangements for compensation (hourly, contingent, etc.)
       Hourly
_____

6.    Average hourly rate (if applicable):   $455
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):

_____

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $___None_____

      Date claim arose: _____

      Source of claim: _____

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name: ____None_____

      Status: _____

      Amount of Claim: $_____

      Date claim arose: _____

      Source of claim: _____

-2-

APR. 1. 2005  4:41PM    HOWREY SIMON ARNOLD                    NO. 735    P. 5

Questionnaire of: *Howrey Simon Arnold &*
(Name of Firm)
*White*

9.    Stock of any of the Debtors currently held by the firm:

   Kind of shares: ____None_____

   No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or
   professional employee of the firm:

   Name: ____None_____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with
   respect to the matters on which the firm is to be employed, except as disclosed below.
   (Provide nature and brief description of any such adverse interest.)

   ____Not to our knowledge_____

   _____

   _____

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: ____April 1, 2005_____

Name: __Christopher J. MacAvoy__
Title: __Partner__
Company: __Howrey Simon Arnold & White, LLP__
Address: __1299 Pennsylvania Avenue, NW__
   __Washington, DC 20004-2402__
Telephone: __(202) 383-6546__
Facsimile: __(202) 383-6610__