DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Mark J. Friedman (MF-8849)
Email: *mark.friedman@dlapiper.com*

Presentment Date and Time:
April 4, 2005 at 12:00 noon

Attorneys for The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.;[1]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                          :
                                               :    Chapter 11
                                               :
WINN-DIXIE STORES, INC., et al.,               :    Case No. 05-11063 (RDD)
                                               :
            Debtors.                           :    (Jointly Administered)
-------------------------------------------------------------x

### NOTICE OF PROPOSED COUNTER-ORDER BY CERTAIN TRADE VENDORS TO DEBTORS' PROPOSED FINAL ORDER (A) ESTABLISHING PROCEDURES FOR TREATMENT OF RECLAMATION CLAIMS, AND (B) PROHIBITING THIRD PARTIES FROM INTERFERING WITH DELIVERY OF GOODS

PLEASE TAKE NOTICE that the undersigned will present the attached proposed counter-order for (a) establishing procedures for treatment of reclamation claims, and (b) prohibiting third parties from interfering with delivery of goods, attached hereto in clean and in black-lined form (Exhibit A), to the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander

---

[1] The other parties being represented by above-counsel include: Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods, a division of Mars, Inc.; The Procter & Gamble Distributing Co.; The Quaker Oats Company; Sara Lee Corporation; Sara Lee Bakery Group, a division of Sara Lee Corporation; S. C. Johnson & Son, Inc.

Hamilton Custom House, One Bowling Green, New York, New York 10004, for signature on Monday, April 4, 2005 at 12:00 noon.

PLEASE TAKE FURTHER NOTICE that the Counter-Order contains only two (2) changes from the Debtors' proposed order. These changes are not substantive and are made solely to eliminate any risk of confusion, especially in light of the pending motion for transfer of venue. Both suggestions, circulated to Debtors' counsel on March 30, 2005, are prompted by questions and comments raised at the March 18, 2005 hearing and afterwards confirming that clarification language should be appropriate.

PLEASE TAKE FURTHER NOTICE that the first change on page 3 simply confirms in the assertion of any Specific Reclamation Defense as provided for in the third decretal paragraph on page 3, a party is not permitted to raise any of the defenses waived in the preceding decretal paragraph. The second change on page 9 is to clarify that any waiver of any Reserved Defense must be consistent with the overall reclamation procedures.

PLEASE TAKE FURTHER NOTICE that Debtors have not responded to the request by counsel for the Trade Vendors for these changes and therefore this proposed Counter-Order is submitted.

Dated: April 4, 2005
New York, New York

/s/ Mark J. Friedman
Mark J. Friedman (MF-8849))
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: (410) 580-3000
Facsimile: (410) 580-3001

Attorney for: The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.; Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods, a division of Mars, Inc.; The Proctor & Gamble Distributing Co.; The Quaker Oats Company; Sara Lee Corporation; Sara Lee Bakery Group, a division of Sara Lee Corporation and S. C. Johnson & Son, Inc.

To: Parties on Attached Service List