UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                :
                                                     :          Chapter 11
                                                     :
WINN-DIXIE STORES, INC., et al.,                     :          Case No. 05-11063
                                                     :
           Debtors.                                  :          (Jointly Administered)
                                                     :
------------------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF SARAH ROBINSON BORDERS IN SUPPORT OF EMPLOYMENT OF KING & SPALDING LLP

I, Sarah Robinson Borders, hereby state and declare as follows:

1. I am a partner in the firm of King & Spalding LLP ("King & Spalding") and a resident in the firm's office located at 191 Peachtree Street, Atlanta, Georgia 30303. I am duly authorized to make this Declaration on behalf of King & Spalding, and I make this Declaration in support of the Application of Winn-Dixie Stores, Inc. and its affiliated debtor entities (collectively, the "Debtors") for the approval of their retention of King & Spalding as legal counsel in the above-referenced bankruptcy cases (the "Application"). The facts set forth in this Declaration are personally known to me, and, if called as a witness, I could and would testify thereto. Unless otherwise defined, all capitalized terms used herein have the meanings given to them in the Application.

2. In my initial declaration of February 21, 2005 in support of the Application (the "Initial Declaration"), I stated that $20,740 of a pre-petition retainer provided to King & Spalding by the Debtors remained unapplied. That statement was accurate, based on information available to me, at the time I prepared the text of the Initial Declaration. Immediately before the Debtors' Chapter 11 filing, King & Spalding determined that accrued pre-petition fees and expenses exceeded the amount of the retainer provided by the Debtors, and King & Spalding

applied the full retainer against pre-petition fees and expenses.  King & Spalding has waived its claim for pre-petition fees and expenses over and above the amount satisfied by application of its retainer and will not seek to recover such claim from the Debtors' bankruptcy estates.

       3.      In the Initial Declaration, I described three class action suits pending in the United States District Court for the Middle District of Florida described as the "ERISA Class Actions." King & Spalding's clients in the ERISA Class Actions are Debtor Winn-Dixie Stores, Inc. and Allen R. Rowland and Richard P. McCook, both former officers of one or more of the Debtors. King & Spalding also represents or may represent three current and four former employees of the Debtors, some of whom may be the defendants identified as "John Does 1-6" in the ERISA Class Actions.  King & Spalding formerly represented Frank Lazaran, a former officer and director of one or more of the Debtors, in the ERISA Class Actions, but Mr. Lazaran retained separate counsel in February 2005.

       4.      In the Initial Declaration, I described a consolidated class action suit pending in the United States District Court for the Middle District of Florida described as the "Securities Class Action."  King & Spalding's clients in the ERISA Class Actions are Debtor Winn-Dixie Stores, Inc., Allen R. Rowland, a former officer of one or more of the Debtors, and Richard P. McCook and D. Michael Byrum, both current officers of one or more of the Debtors.   King & Spalding formerly represented Frank Lazaran, a former officer and director of one or more of the Debtors, in the Securities Class Action, but Mr. Lazaran retained separate counsel in February 2005.

-3-

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 4, 2005, at Atlanta, Georgia.

*/s/ Sarah R. Borders*
Sarah Robinson Borders

-3-