Re: **WINN-DIXIE STORES, INC., et al.,**
 **Chapter 11**
 **Case No. 05-11063 (RDD)**

-----------------------------------------------

Kindly contact bankruptcy counsel to American KB Properties I Limited Partnership at the following address and telephone number to receive a copy of the Real Estate Purchase Agreement

LaMonica Herbst & Maniscalco, LLP
Attention: Salvatore LaMonica, Esq.
3305 Jerusalem Avenue
Wantagh, New York 11793
516-826-6500 phone
516-826-0222 fax