SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In re**                                                  :
                                                           :     **Chapter 11**
                                                           :
**WINN-DIXIE STORES, INC., et al.,**                       :     **Case No. 05-11063 (RDD)**
                                                           :
            **Debtors.**                                   :     **(Jointly Administered)**
                                                           :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE WITH RESPECT TO THIRD SUBMISSION OF**
**COMPLETED RETENTION QUESTIONNAIRES OF CERTAIN ORDINARY**
**COURSE PROFESSIONALS PURSUANT TO ORDER AUTHORIZING**
**DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS**
**USED IN THE ORDINARY COURSE OF BUSINESS**

I, Keith Sambur, hereby certify that on April 1, 2005, I caused to be served the Third Submission of Completed Retention Questionnaires of Certain Ordinary Course Professionals Pursuant to Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business, by having true and correct copies thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: April 4, 2005
       New York, New York

                                        /s/  *Keith Sambur*
                                        Keith Sambur
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                          & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        Telephone: (212) 735- 3479
                                        Facsimile:  (917) 777- 3479

**EXHIBIT A**

**EXHIBIT A**

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>richard.morrissey@usdoj.gov |
| Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn:, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY  10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>Jhelfat@oshr.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com |