LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq. (SL#2148)
David A. Blansky, Esq. (DB#1260)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

**In re**

                                       **Chapter 11**

      **WINN-DIXIE STORES, INC., et al.,**

                                       **Case No. 05-11063 (RDD)**
              **Debtors.**                  **(Jointly Administered)**

---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**
**<u>PURSUANT TO BANKRUPTCY RULE 2002</u>**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned bankruptcy proceeding as bankruptcy attorneys for American KB Properties I Limited Partnership.

PLEASE TAKE FURTHER NOTICE that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy proceeding, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002(a), (b), (e), (f), (h) and (l) be served upon

                            Salvatore LaMonica, Esq.
                            LaMonica Herbst & Maniscalco, LLP
                            Attorneys for American KB Properties I Limited Partnership
                            3305 Jerusalem Avenue
                            Wantagh, New York 11803

Dated: Wantagh, New York
April 4, 2005

           LaMonica Herbst & Maniscalco, LLP
           Attorneys for American KB Properties I
           Limited Partnership

         By: */s/ Salvatore LaMonica*
           Salvatore LaMonica, Esq.
           3305 Jerusalem Avenue
           Wantagh, New York 11793
           (516) 826-6500

To:  OFFICE OF THE UNITED STATES TRUSTEE
    FOR THE SOUTHERN DISTRICT OF NEW YORK
    33 Whitehall Street - 21st Floor
    New York, New York 10004

    SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-3000
    Attn: D.J. Baker, Esq.

    MILBANK, LLP
    One Chase Manhattan Plaza
    New York, New York 10005
    Att: Matthews S. Barr, Esq.

*/Laramie/Notice of Appearance & Demand.wpd*