SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re**                                                          :
                                                                   :    **Chapter 11**
                                                                   :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**                        :    **Case No. 05-11063 (RDD)**
                                                                   :
                      **Debtors.** [1]                             :    **(Jointly Administered)**
                                                                   :
-----------------------------------------------------------------x

### FOURTH SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES OF CERTAIN ORDINARY COURSE PROFESSIONALS PURSUANT TO ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE <u>ORDINARY COURSE OF BUSINESS</u>

The Debtors hereby file, in accordance with the terms of the Order

Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Course of Business (the "Order"),[2] completed Questionnaires for the following Ordinary Course Professionals (which completed Questionnaires are attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1.      Sullivan Ward Bone Tyler & Asher, P.C. (Exhibit A)

2.      Lane, Alton & Horst, LLC  (Exhibit B)

3.      Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A. (Exhibit C)

4.      Baker & Hostetler (Exhibit D)

5.      Ellis, Lawhorne & Sims (Exhibit E)

6.      Warren E. Mouledoux, Jr., P.L.C. (Exhibit F)

7.      Jones, Walker, Waetcher, Poitevent, et al. (Exhibit G)

8.      Armstrong Allen, PLLC (Exhibit H)

9.      McGuire Woods, LLP (Exhibit I)

10.     McGlinchey Stafford PLLC (Exhibit J)

11.     Environmental Health Testing, LLC (Exhibit K)

12.     AIB International (Exhibit L)

13.     Hornbeck, Krahl, Vitalie & Braun (Exhibit M)

14.     Leatherwood, Walker, Todd & Mann, P.C. (Exhibit N)

15.     Ashe, Rafuse & Hill, LLP (Exhibit O)

16.     Cameron, Hodges, Coleman, Hodges & Wright (Exhibit P)

17.     McConnaughhay, Duffy, Coonrad & Pope (Exhibit Q)

18.     Foley & Lardner LLP (Exhibit R)

---

[2]      Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

19.     Brigham, Moore, Gaylord, Schuster, et al. (Exhibit S)

20.     Turner, Padget, Graham & Laney, P.A. (Exhibit T)

21.     Baker, Donelson, Bearman, Caldwell & Berkowitz (Exhibit U)

22.     Clarke Silverglate Campbell Williams & Montgomery (Exhibit V)

23.     Wilentz Golman & Spitzer P.A. (Exhibit W)

24.     Akerman Senterfitt (Exhibit X)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaires upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professionals.

Dated:  April 4, 2005

/s/  *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000

Attorneys for Debtors

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _John A. Sinnein_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   _Sullivan, Ward, Asher & Patton, PC._
   _25800 Northwestern Highway_
   _1000 Maccabees Center_
   _Southfield, MI  48075-1000_

2. Date of retention: _Jan 11, 2001_

Questionnaire of: *Sullivan, Ward, Asher & Patton*
(Name of Firm)

3.   Type of services provided (accounting, legal, etc.):

*Legal Services*   ~~Except~~

4.   Brief description of services to be provided:

*We represented the interests of Winn Dixie Stores Inc*
*in the defense of a personal injury case filed in the*
*Wayne County CIRCUIT Court in Detroit, MI.*   ~~Except~~

5.   Arrangements for compensation (hourly, contingent, etc.)

*Hourly $200/Hr - PARTNERS   $180/Hr - associates   $75/Hr - Paralegals*

6.   Average hourly rate (if applicable):
     Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

     *See No 5*

7.   Pre-petition claims against any of the Debtors held by the firm:

     Amount of claim: $ ___ *N/A - We were able*

     Date claim arose: ___ *to obtain a dismissal*

     Source of claim: ___ *and our BILLS HAVE BEEN PAID.*

8.   Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

     Name: ___ *NA See #7*

     Status: ___

     Amount of Claim: $___

     Date claim arose: ___

     Source of claim: ___

Questionnaire of: _Sullivan, Ward, Asher & Patton_
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ NONE _____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ NOT AWARE OF ANY _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____ WE ARE NOT CURRENTLY HANDLING ANY CASES _____

_____ FOR WINN DIXIE. _____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _4/1/05_____

Name: _John M. Sinnar_____
Title: _Attorney_____
Company: Sullivan, Ward, Asher & Patton PC
Address: 25800 Northwestern Hwy, 1000 Maccabees
        Southfield, MI   48075
Telephone: 248.746.0700
Facsimile: 248.746.2760

**Exhibit B**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, James K. Reuss, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT

THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND

BELIEF:

1.  Name and address of firm:
    **Lane, Alton & Horst LLC**

    **175 South Third Street, 7ᵗʰ Floor**

    **Columbus, Ohio 43215**

2.  Date of retention:  **February, 2004**

Questionnaire of: Lane, Alton & Horst
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

**Legal.**

4.    Brief description of services to be provided:

**Legal services relating to foodbourne illness cases.**

5.    Arrangements for compensation (hourly, contingent, etc.)
      **Hourly**

6.    Average hourly rate (if applicable): **$175**
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):
           **$1,000.00**

7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim:  **$3,231.05**

      Date claim arose:  **2/22/05**

      Source of claim:  **Legal fees and expenses**

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name: **Not applicable.**

      Status:

      Amount of Claim:  $

      Date claim arose:

      Source of claim:

Questionnaire of: Lane, Alton & Horst
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm: **Not applicable.**

Kind of shares: _____

No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: **Not Applicable.** _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)
     **Not applicable.**

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ___April 1, 2005___

Name: James K. Reuss
Title: Member
Company: Lane, Alton & Horst
Address: 175 South Third Street, 7th Floor
Columbus, Ohio 43215
Telephone: 614-228-6885
Facsimile: 614-228-0146

**Exhibit C**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, STEPHEN N. MONTALTO, PURSUANT TO 28 U.S.C. § 1746, HEREBY

DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:
     WICKER, SMITH, O'HARA, McCOY, GRAHAM & FORD, P.A.

     2900 SOUTHWEST 28 TERRACE - FIFTH FLOOR

     MIAMI, FLORIDA 33133


2.   Date of retention:   July 29, 2002

Questionnaire of: _WICKER  SMITH - MIAM_
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):
   LEGAL SERVICES

4. Brief description of services to be provided:
   DEFENSE OF THIRD PARTY LAWSUITS BROUGHT AGAINST

   WINN-DIXIE STORES, INC.

5. Arrangements for compensation (hourly, contingent, etc.)
   $90.00 per Hour plus costs of defense

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was
   employed pre-petition):

   N/A

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim:  $5240.00 in Attorney's Fees and $376.20 in costs TOTAL $5616.20

   Date claim arose:  January 03, 2005 to February 21, 2005

   Source of claim:  ATTORNEY'S FEES AND COSTS IN DEFENSE OF WINN-DIXIE
   STORES, INC.

8. Pre-petition claims against any of the Debtors held individually by any member,
   associate, or professional employee of the firm:

   Name: NONE

   Status: N/A

   Amount of Claim: $ NONE

   Date claim arose: N/A

   Source of claim: N/A

Questionnaire of: _WICKER,  SMITH - MIAMI_
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: NONE

No. of shares:  N/A

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: NONE

Status: N/A

Kind of shares: N/A

No. of shares:  N/A

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)
NONE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _APRIL 1, 2005_

Name: _STEPHEN N. MONTALTO_
Title: _ASSOCIATE_
Company: _WICKER, SMITH -_
Address: _2900 S.W. 28 TERR._
_MIAMI, FL - 33133_
Telephone: _(305) 448-3939_
Facsimile: _(305) 441-1745_

**Exhibit D**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, KEVIN W. SHAUGHNESSY, PURSUANT TO 28 U.S.C. § 1746, HEREBY

DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.      Name and address of firm:

Baker & Hostetler LLP

200 South Orange Avenue

Suite 2300

Orlando, FL  32801


2.                                June 28, 1996 (Frank Mock) – November 30, 2004 was
        Date of retention:        first date for Labor Group


3.      Type of services provided (accounting, legal, etc.): Legal representation

4.       Brief description of services to be provided:  Labor and employment litigation and advice as requested by the Debtors including, without limitation, matters concerning pending lawsuits.

5.       Arrangements for compensation (hourly, contingent, etc.) All work is handled on an hourly basis with rates being charged dependent upon the attorneys' years of experience.

Hourly

6.       Average hourly rate (if applicable): N/A
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

As to Suit one - $4,665.00

As to Suit two - $  487.50

7.       Pre-petition claims against any of the Debtors held by the firm:

| | |
|---|---|
| Amount of claim: | $25,340.30 |
| Date claim arose: | 2/21/05 |
| Source of claim: | Legal Fees |

8.       Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

| | |
|---|---|
| Name: | N/A |
| Status: | |
| Amount of Claim: | |
| Date claim arose: | |
| Source of claim: | |

9.      Stock of any of the Debtors currently held by the firm:

Kind of shares:    N/A

No. of shares:

10.     Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:    N/A

Status:

Kind of shares:

No. of shares:

11.     The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below.   (Provide nature and brief description of any such adverse interest.)
N/A

BARRISTERS, 24843, 00002, 500795858.1, Retention Questionnaire

3

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: <u>April 4, 2005</u>

Name: <u>Kevin W. Shaughnessy</u>
Title: <u>Partner</u>
Company: <u>Baker & Hostetler LLP</u>
Address: <u>200 South Orange Avenue, SunTrust
         Center, Suite 2300</u>
         <u>Post Office Box 112</u>
Telephone: <u>(407) 649-4000</u>
Facsimile: <u>(407) 841-0168</u>

BARRISTERS, 24843, 00002, 500795119.1, Retention Questionnaire

4

**Exhibit E**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, F. Earl Ellis, Jr. PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

> Ellis, Lawhorne & Sims, P.A.

> 1501 Main Street, 5th Floor

> Columbia, SC 29201

2.    Date of retention:    Sometime in the year 2000

Questionnaire of: __Ellis, Lawhorne & Sims, P.A.__
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

Legal

4.  Brief description of services to be provided:

Defense of workers' compensation claims in South Carolina

5.  Arrangements for compensation (hourly, contingent, etc.)

Hourly plus expenses at $125/hour for attorneys & $75/hour for paralegals

6.  Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$125/hour for attorneys; $75/hour for paralegals;$1,450/month is average

7.  Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 6,354.02

Date claim arose: Before February 21

Source of claim: Legal services

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: __None__

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Questionnaire of: <u>Ellis, Lawhorne & Sims,</u> P.A.
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares:  <u>None</u>

No. of shares:

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  <u>None</u>

Status:

Kind of shares:

No. of shares:

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

<u>None</u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  <u>April 4, 2005</u>

Name:  <u>F. Earl Ellis Jr</u>
Title:  <u>Attorney</u>
Company:  <u>Ellis Lawhorne + Sims PA</u>
Address:  <u>1501 Main St 5th Floor</u>
<u>Columbia SC 29201</u>
Telephone:  <u>803 254. 4190</u>
Facsimile:  <u>803 779. 4749</u>

**Exhibit F**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

## RETENTION QUESTIONNAIRE

### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

### DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
### RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

Warren E. Mouledoux, Jr.
I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    Warren E. Mouledoux, Jr., Professional Law Corporation

    833 Fourth Street

    Gretna, Louisiana   70053

    _____

2.  Date of retention:   1978 _____

Apr-04-2005  10:58   From-                                                    T-054   P.003/004   F-192

Questionnaire of: <u>Warren E. Mouledoux, Jr.</u>
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    <u>Legal</u>

4.  Brief description of services to be provided:

    Represent Winn Dixie and Superbrand Dairy Products, Inc. before

    various regulatory agencies in the State of Louisiana, including

    Louisiana Department of Health and Louisiana Dairy Stabilization Board.

5.  Arrangements for compensation (hourly, contingent, etc.)

    <u>hourly</u>

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):

    <u>$150.00 per hour   $450.00 per month</u>

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ <u>none</u>

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name: <u>none</u>

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: <u>Warren E. Mouledoux, Jr.</u>
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: <u>none</u>

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>Warren E. Mouledoux, Jr.</u>

Status: <u>President</u>

Kind of shares: <u>common</u>

No. of shares: <u>300</u>

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

<u>none</u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>April 1, 2005</u>

Name: <u>Warren E. Mouledoux, Jr.</u>
Title: <u>President</u>
Company: <u>Warren E. Mouledoux, Jr.</u>, PLC
Address: <u>833 Fourth Street</u>
        <u>Gretna, LA 70053</u>
Telephone: <u>504-367-4444</u>
Facsimile: <u>504-366-2973</u>

**Exhibit G**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

William M. Backstrom, Jr.
I, _____, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.

   201 St. Charles Ave., 51st Floor

   New Orleans, LA   70170-5100


2. Date of retention:   September 26, 1981

Questionnaire of: __Jones Walker__
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   __Legal__

4. Brief description of services to be provided:

   Continuing representation of Winn-Dixie Montgomery, Inc., the successor to Winn-Dixie Louisiana, Inc., in connection with pending litigation in Louisiana courts in which the Louisiana Department of Revenue seeks to collect additional Louisiana corporation income tax, interest and penalties against Winn-Dixie of Louisiana, Inc.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly, plus out-of-pocket expenses.

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   __approx. $10,000/month__

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ 36,643.52

   Date claim arose: Invoice dates 9/30/04 – 2/18/05 Filed 2/21/05

   Source of claim: Legal services

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: __None__

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

Questionnaire of: <u>Jones Walker</u>
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

Kind of shares: <u>N/A</u>

No. of shares: <u>N/A</u>

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>None</u>

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

<u>None.</u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>3/25/05</u>

Name: <u>William M. Backstrom, Jr.</u>
Title: _____
Company: <u>Jones Walker</u>
Address: <u>201 St. Charles Ave.</u>, 51st Fl.
<u>New Orleans, LA   70170-51</u>00
Telephone: <u>(504) 582-8228</u>
Facsimile: <u>(504) 589-8228</u>

**Exhibit H**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Henry C. Shelton, III, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:
    Armstrong Allen PLLC

    80 Monroe Avenue

    Suite 700

    Memphis, TN 38103

2.  Date of retention:  April 1, 2005

Questionnaire of: *Armstrong Allen PLLC*
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):
   Legal

4. Brief description of services to be provided:
   Act as special counsel as needed

5. Arrangements for compensation (hourly, contingent, etc.)
   hourly

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):
   Partners up to $290; Associates up to $175; staff up to $125

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ None

   Date claim arose: _____

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None known

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

-2-

Questionnaire of: *Armstrong Allen PLLC*
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: <u>none known</u>

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>none known</u>

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)
      none

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 1, 2005

_____
Name: H.C. Shelton, III
Title: <u>Member</u>
Company: <u>Armstrong Allen PLLC</u>
Address: <u>80 Monroe Ave</u>
<u>Suite 700</u>
Telephone: <u>901.523.8211</u>
Facsimile: <u>901.522.0250</u>

**Exhibit I**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

## TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, Donald D. Anderson, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:
    McGuireWoods LLP

    50 N. Laura St.
    Suite 3300
    Jacksonville, Florida 32233


2.  Date of retention: September 13, 2004

Questionnaire of: McGuireWoods LLP
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):
Legal representation

4. Brief description of services to be provided:
Advice and representation in safety and health matters

5. Arrangements for compensation (hourly, contingent, etc.)
Hourly

6. Average hourly rate (if applicable): $340.00
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition): $4,000.00

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $    Not applicable

Date claim arose: _____

Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: Not applicable_____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: __McGuireWoods LLP__
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares:   -0-

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

We are in the process of determining whether any member, associate, or professional employee of the firm holds stock in any of the Debtors.

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)
      None

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _April 4, 2005_

Name:  Donald D. Anderson_____
Title:    Partner_____

Questionnaire of: __McGuireWoods LLP_____
(Name of Firm)

Company: McGuireWoods LLP_____
Address: 50 N. Laura St., Suite 3300
Jacksonville, Florida 32202_____

Telephone: 904-798-3230_____
Facsimile:  904-798-3273_____

**Exhibit J**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone:  (212) 735-4113
> Facsimile:  (917) 777-4113
> E-Mail:  seichel@skadden.com

If more space is needed, please complete on separate page and attach.

I, **E. FREDRICK PREIS, JR.,** PURSUANT TO 28 U.S.C. §1746, HEREBY

DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    **McGlinchey Stafford PLLC**
    **643 Magazine Street**
    **New Orleans, LA  70130**

2.  Date of Retention:  **October 21, 2003**

3.  Type of services provided (accounting, legal, etc.):  **Legal Services**

4.  Brief description of services to be provided:

    **McGlinchey Stafford PLLC defended Winn-Dixie Louisiana, Inc. (which has become Winn-Dixie Montgomery, Inc.) against employment discrimination claims brought by several former employees.**

5.  Arrangements for compensation (hourly, contingent, etc.):  **Hourly**

6.  Average hourly rate (if applicable): **$183/hour**
    **Partners        $215/hour**

Questionnaire of: __McGlinchey Stafford PLLC__
(Name of Firm)

**Associates    $150/hour**
Estimated average monthly compensation based on pre-petition retention (if firm was employed-pre-petition): **$4,080.65**

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: **$11,803.82**

Date claim arose: **October 2003 through April 2004**

Source of claim: **Legal Services**

8.    Pre-petition claims against any of the debtors held individually by any member, associate, or professional employee of the firm: **NONE**

9.    Stock of any of the Debtors currently held by the firm: **NONE**

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: **NONE**

Name:_____

Status:_____

Kind of shares:_____

No. of shares:_____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)  **NONE**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:   _March 29, 2005_

_E. Fredrick Preis Jr._

**E. FREDRICK PREIS, JR., ESQ.**
**MEMBER**
**McGLINCHEY STAFFORD PLLC**
643 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 596-2859

::ODMA\PCDOCS\NOLADB\548749\1

**Exhibit K**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

       Steven Eichel
       Skadden, Arps, Slate, Meagher & Flom LLP
       Four Times Square
       New York, New York  10036
       Telephone: (212) 735-4113
       Facsimile: (917) 777-4113
       Email: seichel@skadden.com

       If more space is needed, please complete on a separate page and attach.

I, _Lawrence J. Lynch_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

     _Environmental Health Testing, LLC._

*Environmental Health Testing, LLC.*
*dba The National Registry of Food*
*Safety Professionals*
*5728 Major Blvd, Suite 750*
*Orlando, FL 32819*

     _5728 Major Blvd_

     _Suite 750_

     _Orlando, FL 32819_

2.     Date of retention:  _August 1, 2004_

_Send payments to: National Registry of Food Safety Professionals_
_P.O. Box  850001_
_Orlando, FL  32885-0341._

Questionnaire of: **Environmental Health Testing, LLC.**
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

Food Safety Manager Certification examinations.

4. Brief description of services to be provided:

Standardized examinations administered by Winn Dixie following training that certify managers as required by law in appropriate jurisdictions.

5. Arrangements for compensation (hourly, contingent, etc.)

As billed by the exam.

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

N/A - Not Applicable

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 14,161.28 + growing.

Date claim arose: 3/20/05

Source of claim: unpaid food safety examinations.

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A Not Applicable

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: _Environmental Health Testing, LLC_
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _N/A - Not Applicable_

No. of shares: _____

10.   Stock of any of the Debtors currently held individually by any member, associate, or
professional employee of the firm:

Name: _Kathleen Henry_

Status: _full-time - sales + marketing_

Kind of shares: _Common_

No. of shares: _30_

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with
respect to the matters on which the firm is to be employed, except as disclosed below.
(Provide nature and  brief description of any such adverse interest.)

_none_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: _3|28|05_

Name: _Lawrence S Lynch_
Title: _President_
Company: _Environmental Health Testing, LLC_
Address: _5728 Major Blvd Suite 750_
_Orlando, Fl 32819_
Telephone: _407-352-3830_
Facsimile: _407-352-3603_

**Exhibit L**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

    I, __Gary L. skrdlant__, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

      __AIB INTERNATIONAL, INC.__

      __1213 BAKERS WAY__

      __MANHATTAN, KS   66502__

2.    Date of retention:   __JANUARY – FEBRUARY   2005__

Questionnaire of: **AIB INTERNATIONAL, INC.**
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    INSPECTION OF FOOD PLANTS FOR THE SAFE PRODUCATION AND STORAGE

    OF FOOD ITEMS.

    _____

4.  Brief description of services to be provided:

    SAME AGAIN.

    _____

    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    DAILY RATE PLUS EXPENSES.

6.  Average hourly rate (if applicable):  **$890.00 per day**
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):

    _____

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ 4,494.98

    Date claim arose:  JANUARY – FEBRUARY,  2005

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

-2-

Questionnaire of: **AIB INTERNATIONAL, INC.**
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ **N/A** _____

No. of shares:   _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ **N/A** _____

Status: _____

Kind of shares: _____

No. of shares:   _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and  brief description of any such adverse interest.)

_____ **N/A** _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  **28 MARCH 2005** _____

_____

Name:  **Gary L. Skrdlant**
Title:  **Controller**
Company: **AIB INTERNATIONAL, INC.**
Address:  **1213 Bakers Way**
          **Manhattan, KS  66502**
Telephone: **785-537-4750**
Facsimile: **785-537-1493**

**Exhibit M**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, *Charles G. Braun*, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    *Hornbeck, Krahl, Vitali & Braun, P.L.L.C.*
    *3711 N. Classen Blvd.*
    *Oklahoma City, OK  73118*

2.  Date of retention:  *February 21, 2005*

Questionnaire of: *Hornbeck, Krahl, Vitali & Braun*
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

*Legal*

4. Brief description of services to be provided:

*workers' compensation defense — Oklahoma*

5. Arrangements for compensation (hourly, contingent, etc.)

*Hourly*

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

*$75.00 per hour ; Average monthly compensation — $250.00*

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ *388.51*

Date claim arose: *1/1/05 - 2/21/05*

Source of claim: *Legal fees & costs advanced*

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: *N/A*

Status:

Amount of Claim: $

Date claim arose:

Source of claim:

Questionnaire of: _Hornbeak, Koehl, Vitali & Braun_
(Name of Firm)

9.     Stock of any of the Debtors currently held by the firm:

Kind of shares: __N/A__

No. of shares: __N/A__

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: __N/A__

Status: _____

Kind of shares: _____

No. of shares: _____

11.    The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

__N/A__

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __3/30/05__

Name: __Charles G. Braun__
Title: __Attorney/Shareholder__
Company: __Hornbeak, Koehl, Vitali & Braun__
Address: __3711 N. Classen Blvd.__
__Oklahoma City, OK 73118__
Telephone: __405/236-8600__
Facsimile: __405/236-8602__

**Exhibit N**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

## RETENTION QUESTIONNAIRE

### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

### DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
### RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, **Earle G. Prevost**, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE.

INFORMATION AND BELIEF:

1.  Name and address of firm:

    **Leatherwood Walker Todd & Mann. P.C.**

    **300 East McBee Avenue, Suite 500**

    **Greenville, SC   29601**

2.  Date of retention:   **May 7, 1997**

3.   Type of services provided (accounting, legal, etc.):

__Defense of claim for alleged breach of contract; general real estate matters__

4.   Brief description of services to be provided:

__Defense of lease__

5.   Arrangements for compensation (hourly, contingent, etc.)
__Hourly__

6.   Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

__$265/hr__

7.   Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $___N/A___

Date claim arose: _____

Source of claim: _____

8.   Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: __N/A__

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: **Leatherwood Walker Todd & Mann**
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _____ **N/A** _____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____ NONE _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: **April 1, 2005**

Name: **Earle G. Prevost**
Title: **Attorney**
Company: **Leatherwood Walker Todd & Mann**
Address: **300 East McBee Avenue, Suite 500**
**Greenville, SC   29601**
Telephone: **864-242-6440**
Facsimile: **864-240-2478**

**Exhibit O**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _R. Lawrence_ _____ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

      _Ashe, Rafuse + Hill, LLP_
      _1355 Peachtree St. NE_
      _Suite 500_
      _Atlanta, GA 30309-3232_

2.    Date of retention: _Mid 1990's Feb., 2003_

Questionnaire of: _____
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

_Legal_ _____

_____

_____

4.  Brief description of services to be provided:

_Advice and representation in_ _____

_connection with ongoing consent decree._

_____

5.  Arrangements for compensation (hourly, contingent, etc.):

_Hourly_ _____

6.  Average hourly rate (if applicable): $425/hr Asua

Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

_$1,000_ _____

7.  Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $_____

Date claim arose: _____

Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____ _None_ _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: _____
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares:  _____ *None* _____

    No. of shares:  _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name:  _____ *None* _____

    Status:  _____

    Kind of shares:  _____

    No. of shares:  _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _____ *None* _____

    _____

    _____

    _____

    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  *3/14/05* _____

Name: *R. Lawrence Ashe*  *RLA*

Title: _____

Company: *Ashe, Rafuse & Hill, LLP*

Address: *1355 Peachtree St, NE*
*Suite 500*

Telephone: *404-253-6001*

Facsimile: *404-253-6050*

Questionnaire of: *Ashe, Rafuse & Hill, LLP*
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

_____

_____

_____

4.    Brief description of services to be provided:

_____

_____

_____

5.    Arrangements for compensation (hourly, contingent, etc.)

_____

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

_____

7.    Pre-petition claims against any of the Debtors held by the firm:
*There were no prepetition claims*
Amount of claim: $_____

Date claim arose: _____

Source of claim: _____

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

**Exhibit P**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, *Christopher C Coleman* PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

> *CAMERON HODGES COLEMAN LaPOINTE & WRIGHT, P.A.*
> *25 E SILVER SPRINGS BLVD*
> *PO BOX 5549*
> *OCALA FL 34478-5549*

2.    Date of retention:    *03/06/2001*

Questionnaire of: _CHCLW_
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

_LEGAL REPRESENTATION_

4.    Brief description of services to be provided:

_DEFENSE LEGAL REPRESENTATION_

5.    Arrangements for compensation (hourly, contingent, etc.)

_HOURLY_

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

_$100_

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $___7/2.18___

Date claim arose: ___1/10 - 2/28/2005___    We began representation of claim 3/6/2001

Source of claim: _fees and cost paid on behalf of w/o_

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: _C H C L W_
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _____NA_____

No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____N.A ._____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and  brief description of any such adverse interest.)

_____N. A ._____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _3/14/05_____

Name: _Christopher C Coleman_
Title: _Partner_
Company: _Cameron Hodges Coleman LaPointe + Wright_
Address: _25 E Silver Springs Blvd_
_Ocala FL_
Telephone: _352-351-1119_
Facsimile: _352-351-0151_

**Exhibit Q**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York  10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

    I, <u>Mary L Wakeman</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.

    P. O. Drawer 229

    Tallahassee, FL 32302-0229

2.    Date of retention:    see attached

Questionnaire of: __McConnaughhay, Duffy et al__
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    __legal services__

    _____

    _____

4.  Brief description of services to be provided:

    __legal services__

    _____

    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    __hourly__

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    __125/hr partners; 115/hr associates; 75/hr legal assistants__

7.  Pre-petition claims against any of the Debtors held by the firm:    **see attached**

    Amount of claim:  $_____

    Date claim arose:  _____

    Source of claim:  _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:
    **NA**

    Name:  _____

    Status:  _____

    Amount of Claim:  $_____

    Date claim arose:  _____

    Source of claim:  _____

9.  Stock of any of the Debtors currently held by the firm:  NA

    Kind of shares: _____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: NA

    Name: _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)  NA

    _____

    _____

    _____

    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 28 march 2005

Name: Mary L. Wakeman
Title: Corporate Secretary
Company: McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.
Address: P. O. Drawer 229
Tallahassee, FL 32302-0229
Telephone: 850.222.8121
Facsimile: 850.224.6552

3/28/2005 pbc

## McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.

### Winn Dixie Matters ~ Pre-petition

| Client | Matter | Employee | Matter Description | Opened | Total Owed |
|---|---|---|---|---|---|
| 000022 | 000000013477 | Dodson, Jeff F. | Re: Claim No.: A211203622 Plaintiff: Lashandra Turner Defendant: Winn-Dixie Stores, Inc. D/Loss : 3/21/02 S.S. No.: 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 ***FINAL BILL*** | 6/26/2002 0:00 | - |
| 000022 | 000000019702 | Dodson, Jeff F. | Re: Claim No.: A211201393-0001-01 Plaintiff: Lisa Pope Defendant: Winn Dixie Stores, Inc. Division 01, Store 0186 D/A : 01/01/02 | 3/18/2004 0:00 | 3,682.62 |
| 000022 | 0000000019667 | Dodson, Jeff F. | Claim No.: A311200664-0001-01 Plaintiff: Patricia L. Johnson Defendant: Winn-Dixie Stores, Inc., Division 1, #0028 D/A: 01/18/03 | 4/20/2004 0:00 | 2,798.64 |
| 000022 | 0000000021242 | Dodson, Jeff F. | Claim No.: A311207696-0001-01 Plaintiff: Claudia and Lawrence Glover Defendant: Winn-Dixie Stores, Inc. D/A: 06/19/03 | 8/31/2004 0:00 | 2,663.09 |
| 000022 | 0000000021783 | Dodson, Jeff F. | Claim No.: A411215714-0001-01 Plaintiff: Rebecca Gaines Defendant: Winn-Dixie Stores, Inc. D/A: 08/21/00 | 11/5/2004 0:00 | 2,119.20 |
| 000022 | 0000000016154 | Dodson, Jeff F. | Re: Claim No.: 9911206643 Plaintiff: Wendy Burns Store No.: 0186 Division: Winn-Dixie Jacksonville Division No. 1 D/Loss : 4/30/99 | 3/21/2003 0:00 | 393.30 |
| 000022 | 000000017707 | Dodson, Jeff F. | Re: Claim No.: 9911213839 Claimant: Sandy Anderson Roberts Employer: Winn-Dixie Stores, Inc. #0116 D/A : 8/30/99 | 9/10/2003 0:00 | 2,150.40 |
| 000022 | 000000019252 | Dodson, Jeff F. | Re: Claim No.: A011214109 Plaintiff: Nute Demps Defendant: Winn-Dixie Stores, Inc. D/A : 09/17/00 | 2/6/2004 0:00 | 3,142.50 |
| 000022 | 0000000019677 | Dodson, Jeff F. | Re: Claim No.: A311202011-0001-01 Plaintiff: Betty Blount Defendant: Winn Dixie Stores, Inc. D/A : 02/19/03 | 3/16/2004 0:00 | 10,545.27 |

3/28/2005 pbc

McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.

Winn Dixie Matters

| Client | Matter | Employee | Matter Description | Opened | Total Owed |
|---|---|---|---|---|---|
| 000022 | 00000015536 | Ingley, Mary E. | Re: Claim No.: 8111232344□ Claimant: Karen Frank□ Employer: Winn Dixie□ D/A : 3/20/93□ S.S. No.: 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 | 1/17/2003 0:00 | - |
| 000022 | 0000015573 | Ingley, Mary E. | Re: Claim No.: 8111251277□ Claimant: John Kusek□ Employer: Winn Dixie□ D/A : 3/5/98□ S.S. No.: | 1/23/2003 0:00 | 138.80 |
| 000022 | 00000021053 | Gambier, Neal J. | Claim No.:□A011214051-0001-01□ Plaintiff:□□Tarcelia Wolbert□ Defendant:□□Winn-Dixie Stores, Inc.□ D/A:□□09/15/00 | 8/12/2004 0:00 | 7,420.18 |
| 000022 | 00000021382 | Gambier, Neal J. | Claim No.:□A211209221-0001-01□ Plaintiff:□□Tamara Griffin□ Defendant:□□Winn-Dixie Stores, Inc.□ D/A:□□07/10/02 | 9/21/2004 0:00 | 6,135.19 |
| 000022 | 00000018439 | Marion, Betty D. | Claim No.:□A112137582□ Plaintiff:□□Gloria Myers□ Defendant:□□Winn Dixie Stores, Inc.□ D/A:□□12/03/99□ | 11/12/2003 0:00 | 118.10 |
| 000022 | 00000021052 | Marion, Betty D. | ***Final Bill***<br>Claim No.:□A311216730-0001-01□ Plaintiff:□□Marcus Franklin Payne□ Defendant:□□Winn-Dixie Stores, Inc.□ D/A:□□06/06/03□ | 8/12/2004 0:00 | 6,793.87 |
| 000022 | 00000021683 | Marion, Betty D. | ***Final Bill***<br>Claim No.:□A111112087500□ Plaintiff:□□Gusie Ruffin□ Defendant:□□Winn-Dixie Stores, Inc.□ D/A:□□06/28/01□ | 10/22/2004 0:00 | 9,289.40 |
| 000022 | 00000021936 | Marion, Betty D. | Claim No.:□A011211716-0001-01□ Plaintiff:□□Deborah M. Alessandro□ Defendant:□□Winn-Dixie Stores, Inc.□ D/A:□□08/06/00□ S.S. No.:□□ | 11/29/2004 0:00 | 2,070.58 |

3/28/2005 pbc

## McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.

### Winn Dixie Matters

| Client | Matter | Employee | Matter Description | Opened | Total Owed |
|--------|--------|----------|-------------------|--------|-----------|
| 000022 | 00000019087 | Marion, Betty D. | Re: Claim No.: A111212108-0001-01□<br>Plaintiff: Rose Richardson and Waldo Richardson□<br>Defendant: Winn Dixie Stores, Inc.□<br>D/A   : 08/31/01 | 1/23/2004 0:00 | 742.84 |
| | | | **Total** | | **60,203.98** |

**Exhibit R**

**EXHIBIT B**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Brian C. Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303-1763

If more space is needed, please complete on a separate page and attach.

I, ___Bradley R. Johnson___ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:
     Foley & Lardner LLP

     One Independent Drive; Suite 1300

     Jacksonville, FL  32202


2.   Date of retention:      Approximately February 2004

3.   Type of services provided (accounting, legal, etc.):

     Legal.  Foley & Lardner LLP is currently not providing legal services
     to Winn-Dixie Stores, Inc. and its affiliates.  Prior to the bankruptcy
     petition, Foley & Lardner LLP represented Winn-Dixie Stores, Inc. and/or
     its affiliates in the defense of four employment-related lawsuits.
     However, all of these matters have been stayed and we have been instructed
     to take no further action.

4.    Brief description of services to be provided:

      To be agreed upon.


5.    Arrangements for compensation (hourly, contingent, etc.)
      To be agreed upon.

6.    Average hourly rate (if applicable):   To be agreed upon.
      Estimated average monthly compensation based on pre-petition retention (if firm was
      employed pre-petition):


7.    Pre-petition claims against any of the Debtors held by the firm:

      Amount of claim: $   Approximately $4,000

      Date claim arose:   January 1 – February 20, 2005

      Source of claim:   Legal services

8.    Pre-petition claims against any of the Debtors held individually by any member,
      associate, or professional employee of the firm:

      Name:   None to our knowledge.

      Status:

      Amount of Claim: $

      Date claim arose:

      Source of claim:

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares:   None to our knowledge.

      No. of shares:

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _Winn-Dixie's common stock is publicly traded, so it is likely_

Status: _that various attorneys may own shares of same, but in such_

Kind of shares: _amounts that would be immaterial and deminimus compared_

No. of shares: _to the total shares outstanding._

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_With the consent of Winn-Dixie Stores, Inc., Foley & Lardner LLP_

_represents Wachovia Bank and its affiliates in matters related to_

_Wachovia's banking and lending relationship with Winn-Dixie._

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _4/4/05_

Name: _BRADLEY R. JOHNSON_
Title: _PARTNER_
Company: _FOLEY and LARDNER LLP_
Address: _1 INDEP SQUARE SUITE 1300_
_JACKSONVILLE, FL 32201_
Telephone: _(904) 359-2000_
Facsimile: _(904) 359-8700_

-3-

**Exhibit S**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, **Andrew Prince Brigham**, (BRIGHAM MOORE LLP) PURSUANT TO 28 U.S.C. §

1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY

KNOWLEDGE, INFORMATION AND BELIEF:

1.    Name and address of firm:

**BRIGHAM MOORE LLP**

**2963 Dupont Avenue, Suite 3**

**Jacksonville, Florida 32217-2740**

Questionnaire of: BRIGHAM MOORE LLP
(Name of Firm)

2.   Date of retention:

a.   **Winn Dixie Store #40**   (IC #4980)   **5/22/00**   [Case Closed]
     **FDOT v. Hadco**

b.   **Winn Dixie Store #177**   (IC #4971)   **3/15/00**   [Case Closed]
     **FDOT v. Bland-Wil**

c.   **Winn Dixie Store #86**   (IC #4979)   **5/26/00**   [Case Closed]
     **City of Talahassee v. Smith Interest General Partnership**

d.   **Winn Dixie Store #77**   (IC #5090)   **2/14/01**   [Case Pending]
     **FDOT v. Sophie K. Pepe**

e.   **Winn Dixie Store #2203**   (IC #4992)   **6/5/00**   [Case Pending]
     **FDOT v. Francis L. Rinker**

3.   Type of services provided (accounting, legal, etc.):

     **Legal (Eminent Domain)**

4.   Brief description of services to be provided:

     **Scope of Services:  BRIGHAM MOORE LLP represents Winn Dixie
          Stores, Inc. in the instance of eminent domain arising from the state
          or local government acquisition of private property for public use.
          Our representation is under separate employment agreements with
          regard to five different properties.**

     **Description:  Although the specific facts and circumstances of each case
          differs, each of the above referenced eminent domain cases involve a
          taking of private property wherein the impacts were uncertain in
          terms of either the public improvement (road widening) or private
          response (implementation of a private "cure" plan to mitigate the
          negative affects of the taking).**

     **Stage of Case:  Each of the above referenced eminent domain cases is
          nearing the completion of the case.  In most instances, the only
          remaining issues are payment of attorneys' fees and costs (including
          experts) described below.**

Questionnaire of: _BRIGHAM MOORE LLP_
(Name of Firm)

5.      Arrangements for compensation (hourly, contingent, etc.)

> **Attorneys' Fees: Under Florida law, the condemning authority is required to pay attorneys' fees incurred in the defense of eminent domain proceedings. These fees are paid in accordance with Section 73.092, Florida Statutes. Pursuant to our employment agreement with Winn Dixie Stores, Inc., BRIGHAM MOORE LLP agrees to accept whatever the circuit court determines as the attorneys' fees in full satisfaction for our services in representing Winn Dixie Stores, Inc. We, presently, are proceeding in each case to determine the amount of the attorneys' fees by a stipulation between parties or hearing before the circuit judge as provided by statute. Winn Dixie Stores, Inc. will not be required to pay any attorneys' fees not paid by the condemning authority.**

> **Costs: Under Florida law, the condemning authority is required to pay all _necessary_ and _reasonable_ costs pursuant to Section 73.091, Florida Statutes. These costs include expert fees incurred in connection with the case, including work by land planners, engineers, accountants, and appraisers who assisted in the analysis of the taking, and preparation or review of any "cure" plan. Pursuant to our employment agreement with Winn Dixie Stores, Inc., BRIGHAM MOORE LLP agrees to seek reimbursement of all costs by a stipulation between parties or hearing before the circuit judge as provided by statute. If not stipulated to between the parties, the circuit judge will review all invoices and determine, in his/her opinion, which costs were _necessary_ and _reasonable_ for the condemning authority to pay. Winn Dixie Stores, Inc. will be required to pay those costs not paid by the condemning authority.**

6.      Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

**Not applicable. Winn Dixie Stores, Inc. is required to reimburse costs not paid by the condemning authority at the conclusion of the case.**

7.      Pre-petition claims against any of the Debtors held by the firm:

**Costs invoicing available upon request, recognizing that BRIGHAM MOORE LLP will seek full reimbursement at the conclusion of each case.**

Amount of claim: $_____

Date claim arose: _____

Questionnaire of: _BRIGHAM MOORE LLP_
(Name of Firm)

Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:

    **Costs invoicing available upon request, recognizing that BRIGHAM MOORE LLP
    will seek full reimbursement at the conclusion of each case.**

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: **None**

    No. of shares:   **None**

10. Stock of any of the Debtors currently held individually by any member, associate, or
    professional employee of the firm:

    Name: **None**

    Status: **Not Applicable**

    Kind of shares: **Not Applicable**

    No. of shares:  **Not Applicable**

11. The above-named firm holds no interest adverse to the Debtors or to their estates with
    respect to the matters on which the firm is to be employed, except as disclosed below.
    (Provide nature and brief description of any such adverse interest.)

    **None** _____

    _____

    _____

    _____

Questionnaire of: _BRIGHAM MOORE LLP_
(Name of Firm)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: _04/04/05_

Name: Andrew Prince Brigham
Title: _Partner_
Company: Brigham Moore, LLP
Address: 2963 Dupont Ave., Suite 3__
Jacksonville, FL 32217
Telephone: (904) 730-9001
Facsimile: (904) 733-7633

**Exhibit T**

Attachment to Winn-Dixie Questionnaire:

Name & Address of firm:

      Turner, Padget, Graham & Laney, P.A.
      P. O. Box 1473
      Columbia, SC 2920

Open Matters:

Nancy Gorham v. Winn-Dixie
Handled by Attorney Michael Chase
Opened 6/1998
Amount of claim for future lifetime medicals - $260,000 - $800,000
Date claim arose:  3/26/1998
Source of claim:  Workers compensation permanent and total disability


Loretta Lynn v. Winn-Dixie
Handled by Attorney Bill Shaughnessy
Opened 3/30/2005
Amount of claim:
Date claim arose:3/17/05
Source of claim: employer

Hardison v. Winn-Dixie
Handled by Attorney Pat Carr
Case settled in December 2004
Awaiting minor settlement hearing date
Settlement check for $7500 has become void; we have requested new
settlement check
Source of claim:  Case arises from alleged prescription misfill at
Orangeburg Winn Dixie on May 20, 2005.

Marvin Mason v. Winn-Dixie
Handled by Attorney Vernon Dunbar
Opened 7/2004


Type of services rendered:  legal

Brief description of services:  defense of workers compensation claims

Arrangements for compensation:  hourly

Average hourly rates:  $145

Pre-petition claims against any of the Debtors held individually by any
member, associate or employee:  NONE

Stock of any Debtor currently held by firm:  NONE

Stock of any of Debtors held individually by member or associate:  NONE


Rhonda Amick
Director of Administration
Turner Padget Graham & Laney
P. O. Box 1473
Columbia, SC  29202

**Exhibit U**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York  10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

    I, Edward H. Arnold, III, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

    Baker, Donelson, Bearman, Caldwell & Berkowitz

    201 St. Charles Avenue, Suite 3600

    New Orleans, Louisiana 70170

2.    Date of retention:   2/21/2005

Questionnaire of: ___BDBC&B_____
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

Legal
_____

_____

_____

4.  Brief description of services to be provided:

Immigration, labor and employment, real estate, alcohol licensing issues.

_____

_____

5.  Arrangements for compensation (hourly, contingent, etc.)

Hourly and Flat Fee

6.  Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$20,000

7.  Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $51,467.20

Date claim arose: 2004, 2005

Source of claim: legal bills

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: unaware of any such claims.

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

NO EHA 80815 v1
0-0 04/01/05

Questionnaire of: __BDBC&B_____
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: 0 _____

No. of shares: 0 _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: unaware of any at this time. _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

Unaware of any adverse interest. _____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _4/4/05_____

Name: Edward H. Arnold, III _____
Title: Attorney at law _____
Company: Baker, Donelson, Bearman,
          Caldwell & Berkowitz _____
Address: 201 St. Charles Avenue ____
          Suite 3600 _____
Telephone: (504) 566-5204 _____
Facsimile: _____

**Exhibit V**

In re **Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Spencer H. Silverglate PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   CLARKE SILVERGLATE CAMPBELL

   799 BRICKELL PLAZA, STE 900

   MIAMI, FL 33131


2. Date of retention:    1993

Questionnaire of: <u>CLARKE SILVERGLATE CAMPBELL</u>
(Name of Firm)

3.   Type of services provided (accounting, legal, etc.):

    LEGAL

4.   Brief description of services to be provided:

    DEFENSE OF CORPORATION IN LABOR RELATED CASES

5.   Arrangements for compensation (hourly, contingent, etc.)

    HOURLY

6.   Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

      $ 15,800

7.   Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ 1,195.69

    Date claim arose: _____

    Source of claim:   BILL FOR LEGAL FEES AND COSTS INCURRED PRIOR TO PETITION

8.   Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _____ NA _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: _C<u>LARKE SILVERGLATE CAMPBELL</u>_
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____ NA _____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _____ NA _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _____ NA _____

    _____

    _____

    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ___4/4/05___

Name: _SPENCER H. SILVERGLATE_
Title: _MANAGING PARTNER_
Company: _CLARKE SILVERGLATE CAMPBELL_
Address: _799 BRICKELL PLAZA, STE 900_
         _MIAMI FL 33131_
Telephone: _(305) 377-0700_
Facsimile: _(305) 377-3001_

**EXHIBIT W**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Deirdre Waul Fe Pacheco PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

> Wilentz Goldman & Spitzer PA
> 90 Woodbridge Centre Drive
> Woodbridge NJ 07095
> Attn: Deirdre Woulfe Pacheco Esq

2.    Date of retention:    June 2004

Questionnaire of: _Wilentz Goldman & Spitzer_
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

_legal_

4.  Brief description of services to be provided:

_defense of shipping charge claims_

5.  Arrangements for compensation (hourly, contingent, etc.)

_hourly_

6.  Average hourly rate (if applicable): _290_
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    _0 - 1000_

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim:  $_____

    Date claim arose: _____

    Source of claim: _142147.001_        _142147.002_

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim:  $_____

    Date claim arose: _____

    Source of claim: _____

-2-

Questionnaire of: _Wilentz Goldman & Spitzer_
(Name of Firm)

9.  Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_Only unpaid amounts shown above_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _April 4, 2005_

Name: _Deirdre Woulfe Pacheco_
Title: _Attorney At Law_
Company: _Wilentz Goldman & Spitzer_
Address: _90 Woodbridge Center Drive_
        _Woodbridge NJ 07095_
Telephone: _732.855.6109_
Facsimile: _732.726.6621_

**<u>EXHIBIT X</u>**

## EXHIBIT B

*In Re Winn-Dixie Stores, Inc., et al.*
Chapter 11 Case No. 05-11063

### RETENTION QUESTIONNAIRE

**TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC. AND/OR ITS DEBTOR AFFILIATES (the "Debtors")**

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:**

> Brian C. Walsh
> King & Spalding LLP
> 191 Peachtree Street
> Atlanta, Georgia 30303-1763

If more space is needed, please complete on a separate page and attached.

I, **EDWARD H. TRENT**, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.   Name and address of firm:

**AKERMAN SENTERFITT**

**50 N. Laura Street, Suite 2500**
**Jacksonville, Florida 32202-3646**

**255 South Orange Avenue**
**Orlando, Florida 32802-0231**

**106 East College Avenue, Suite 1200**
**Tallahassee, Florida 32301**

**One Southeast Third Avenue, 28th Floor**
**Miami, Florida 33131-1714**

**Esperante Building, 4th Floor**
**222 Lakeview Avenue, Suite 400**
**West Palm Beach, Florida 33401-6183**

**Wachovia Center, Suite 1500**
**100 South Ashley Drive**
**Tampa, Florida 33602-5311**

**Las Olas Centre II, Suite 1600**
**350 East Las Olas Boulevard**
**Fort Lauderdale, Florida 33301-28711**

**801 Pennsylvania Avenue, N.W.**
**Suite 750**
**Washington, D.C. 20004**

**131 West Main Street**
**Tavares, Florida 32778-3881**

2.   Date of retention:

   **The relationship for labor and employment matters began May 10, 2001.**

3.   Type of services provided (accounting, legal, etc.):

   **Legal**

4.   Brief description of services to be provided:

   **Defense of claim of employment discrimination or violation of any federal, state, or local law, rule, or ordinance governing employer-employee relations, including compensation; Medicaid audits and other matters related to Winn-Dixie's pharmacies. In the past, Akerman has provided services related to documentary stamp taxes, plus penalties and interest, on leases that contained an unconditional promise to pay; and negotiating with governmental agencies, e.g., with the Department of Financial Services on an $11 million reduction in the amount the Department was demanding for a bond on Winn-Dixie's self-insured workers compensation program.**

5.   Arrangements for compensation (hourly, contingent, etc.):

   **Hourly**

6.   Average hourly rate (if applicable):
     Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   | | |
   |---|---|
   | **James Bruce Culpepper** | **$185.00/hr.** |
   | **Martin R. Dix** | **$275.00/hr.** |
   | **Katherine E. Giddings** | **$305.00/hr.** |
   | **Debra M. Lubkin** | **$240.00/hr.** |
   | **Roseanne Norwood** | **$100.00/hr.** |
   | **Edward H. Trent** | **$185.00/hr.** |

7.   Pre-petition claims against any of the Debtors held by the firm:

   **Pre-Petition Accounts Receivable**

   **The following amounts remain outstanding on the following Winn-Dixie matters:**

   | **Matter Name** | **Bill No.** | **Bill Date** | **Outstanding Balance** |
   |---|---|---|---|
   | *General* | 7971024 | 02/24/05 | $ 5,075.86 |
   | | 7980257 | 03/28/05 | 618.75 |
   | **Matter Total:** | | | $ 5,694.61 |

| Matter Name | Bill No. | Bill Date | Outstanding Balance |
|---|---|---|---|
| *Winn-Dixie Stores, Inc.* | 7794944 | 02/19/03 | $ 936.20 |
| *v. Reddick & Stokes* | 7815829 | 05/16/03 | 102.27 |
| | 7825447 | 06/24/03 | 311.50 |
| | 7828168 | 07/10/03 | 8.00 |
| | 7836054 | 08/12/03 | 4,372.58 |
| | 7852947 | 10/11/03 | 20.00 |
| | 7858168 | 11/12/03 | 7.00 |
| | 7869778 | 01/09/04 | 825.00 |
| | 7889252 | 03/26/04 | 6,571.88 |
| | 7896990 | 04/30/04 | 4,542.23 |
| | 7925523 | 08/19/04 | 61.00 |
| | 7944107 | 10/20/04 | 44.90 |
| | 7954747 | 12/15/04 | 181.33 |
| | 7970119 | 02/21/05 | 9,443.38 |
| | 7979226 | 03/22/05 | 6,140.76 |
| **Matter Total:** | | | **$33,568.03** |
| | | | |
| *Darlene Smith* | 7869774 | 01/09/04 | $ 927.30 |
| *v. Winn-Dixie Stores, Inc.* | | | |
| | | | |
| *Delores Hall* | 7910902 | 06/21/04 | $ 87.00 |
| *v. Winn-Dixie Stores, Inc.* | 7924045 | 08/12/04 | 4,784.00 |
| | 7929400 | 09/08/04 | 1,479.50 |
| | 0144153 | to be billed | 529.00 |
| **Matter Total:** | | | **$ 6,879.50** |
| | | | |
| *Milagros Cruz* | 7902474 | 05/19/04 | $ 1,030.00 |
| *v. Winn-Dixie Stores, Inc.* | 7925489 | 08/19/04 | 744.00 |
| | 0147325 | to be billed | 168.00 |
| **Matter Total:** | | | **$ 1,942.00** |
| | | | |
| *Blanc & Thompson* | 7944423 | 10/22/04 | $ 1.60 |
| *v. Winn-Dixie Stores, Inc.* | 7944437 | 10/22/04 | 3,037.20 |
| **Matter Total:** | | | **$ 3,038.80** |
| | | | |
| *Victoria Milton* | 7970121 | 02/21/05 | $ 1,668.00 |
| *v. Winn-Dixie Stores, Inc.* | 7979229 | 03/22/05 | 1,136.50 |
| **Matter Total:** | | | **$ 2,804.50** |
| | | | |
| *Boise Cascade* | 7825448 | 06/24/05 | $ 112.50 |
| *v. Winn-Dixie Stores, Inc.* | | | |
| | | | |
| *Winn-Dixie Stores, Inc.* | 7969474 | 02/17/05 | $ 2,537.10 |
| *v. Dept. of Financial* | 7976163 | 03/10/05 | 6,980.74 |
| *Services* | | | |
| **Matter Total:** | | | **$ 9,517.84** |

| Matter Name | Bill No. | Bill Date | Outstanding Balance |
|---|---|---|---|
| *Winn-Dixie Stores, Inc.* | 7962299 | 01/21/05 | $ 1,490.00 |
| *- Medicaid Audit* | 7971791 | 02/28/05 | 1,475.00 |
| | 7979042 | 03/21/05 | 215.00 |
| **Matter Total:** | | | $ 3,180.00 |

**OUTSTANDING BALANCE:**                                    $67,665.08

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    **None**

9.  Stock of any of the Debtors currently held by the firm:

    **None**

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: **While a survey of all members, associates, and professional employees of the firm has not been completed, the following information is provided. Should additional information come to light that is required to be disclosed, a supplemental affidavit will be filed.**

    **Edward B. David**
    **Shareholder**
    **Common Stock**
    **2,019 Shares**

    **Joseph W. Hatchett**
    **Shareholder**
    **Common Stock**
    **200 Shares**

    **Allison E. Turnbull**
    **Associate**
    **Common Stock**
    **200 Shares**

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    Although the firm has been approached (should the bankruptcy case be transferred to Jacksonville, Florida) by numerous current and potential clients with claims adverse to the bankruptcy estate, the firm has yet to accept any such representation.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: _April 4, 2005_

Edward H. Trent, Esq.
Shareholder
AKERMAN SENTERFITT
50 N. Laura Street, Suite 2500
Jacksonville, Florida 32202
Telephone:    (904) 798-3700
Facsimile:    (904) 788-3730

5