OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
Counsel for Wachovia Bank, National Association, as Agent
230 Park Avenue
New York, New York 10169
(212) 661-9100
Jonathan N. Helfat (JH-9484)
Richard G. Haddad (RH-6438)
Daniel F. Fiorillo (DF-7780)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                            :
                                                 :   Chapter 11
                                                 :
WINN-DIXIE STORES, INC., et al.,                 :   Case No. 05-11063 (RDD)
                                                 :
         Debtors.                                :   (Jointly Administered)
                                                 :
-----------------------------------------------------------x

## OBJECTION OF WACHOVIA BANK, NATIONAL ASSOCIATION, AS AGENT, TO MOTION FOR ADMINISTRATIVE PRIORITY CLAIM OR, ALTERNATIVELY, A LIEN UNDER 11 U.S.C. §546(c)

Wachovia Bank, National Association, in its capacity as administrative and collateral agent (the "Agent"), for itself and the other financial institutions from time to time party to the Credit Agreement, dated as of February 23, 2005, by and among the Debtors, Agent and the other financial institutions from time to time party thereto, by its attorneys, Otterbourg, Steindler, Houston & Rosen, P.C., hereby submits this Objection to the Motion for Administrative Priority Claim or, Alternatively, a Lien under 11 U.S.C. §546(c) (the "Motion") (docket no. 296), which was filed by Front End Services Corporation ("FES") on March 7, 2005, and hereby responds as follows:

1. By their Motion, FES, a reclamation creditor of the Debtors, requests that the Court (a) grant it an administrative priority claim and (b) order the Debtors to pay such administrative priority claim with respect to its reclamation demand. Alternatively, FES is requesting that the Court grant

521021.2                                 1

it a lien on the Debtors' property and assets to secure its alleged reclamation claim. See Motion at ¶6.

2. On April 4, 2005, the Court entered the Final Order (A) Establishing Procedures for Treatment of Reclamation Claims, and (B) Prohibiting Third Parties from Interfering with Delivery of Goods (the "Final Reclamation Order") (docket no. 626). Pursuant to the Final Reclamation Order, the treatment and allowance of all reclamation claims in the Debtors' cases, including FES' asserted claim, are to be administered and adjudicated in accordance with the procedures set forth in the Final Reclamation Order. Accordingly, it is premature for the Court to consider the relief requested by FES in the Motion at this time, as such relief must be considered and adjudicated in accordance with the procedures set forth in the Final Reclamation Order.

3. For the foregoing reasons, the Agent hereby respectfully requests that the Court deny the Motion and provide for such other or further relief as this Court deems just and appropriate. In addition, the Agent hereby reserves all of its rights to assert any defenses and/or objections to the relief requested in the Motion at any time prior to or at the hearing on the Motion.

Dated: April 5, 2005
      New York, New York

                        OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

                        By: /s/ Jonathan N. Helfat
                             Jonathan N. Helfat (JH-9484)
                             230 Park Avenue
                             New York, New York 10169
                             (212) 661-9100

                             Attorneys for Wachovia Bank
                             National Association, as Agent