UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:
WINN-DIXIE STORES, INC, et al        Case No. 05-11063-RDD
    Debtors                          Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR INFORMATION

COMES NOW the undersigned, KEITH L. BELL, JR., Clark, Partington, Hart, Larry, Bond, & Stackhouse, 125 West Romana Street, Suite 800, P.O. Box 13010, Pensacola, Florida 32591-3010, and hereby gives notice to the Court and to the parties of his appearance as counsel on behalf of creditor, Moulton Properties, Inc., and requests copies of all pleadings and additional documents relative to this matter be provided at the address referenced below.

/s/ Keith L. Bell, Jr.
WILLIAM E. BOND, JR.
Florida Bar No. 228461
KEITH L. BELL, JR.
Florida Bar No. 573809
Clark, Partington, Hart,
Larry, Bond & Stackhouse
P.O. Box 13010
Pensacola, FL 32591-3010
(850) 434-9200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail to all parties listed in the U.S. Bankruptcy Court file on this 31st day of March, 2005.

/s/ Keith L. Bell, Jr.
KEITH L. BELL, JR.

A0053493

2