UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                      :
                                                           :   Chapter 11
                                                           :
WINN-DIXIE STORES, INC., et al.,                           :   Case No. 05-11063 (RDD)
                                                           :
            Debtors.                                       :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Jarod M. Stern, hereby certify that the <u>Response of Wachovia Bank, National Association to The Notice of Settlement of Final Order (A) Establishing Procedures for Treatment of Reclamation Claims, and (B) Prohibiting Third Parties From Interfering with Delivery of Goods</u> was sent on April 4, 2005 to parties on Exhibit A attached hereto who have consented to service by electronic mail, and on April 5, 2005 to parties on Exhibit A who require service via first class mail.

Dated: New York, New York
       April 5, 2005

                                                /s/ Jarod M. Stern
                                                Jarod M. Stern

521102.2