# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| WINN-DIXIE STORES, INC., *et al.* | ) Case No. 05-11063 |
| | ) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Peter J. Rathwell, a member in good standing of the bar in the State of Arizona and in the United States District Court, District of Arizona, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Bar S Foods, a creditor in the above-referenced jointly-administered cases.

My address, telephone number, and e-mail address are:

> SNELL & WILMER L.L.P.
> Counsel for Bar S Foods
> One Arizona Center
> 400 E. Van Buren
> Phoenix, AZ 85004-2202
> Telephone: (602) 382-6000
> Facsimile:  (602) 382-6070
> E-Mail: prathwell@swlaw.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice.*

Dated:   Phoenix, Arizona
         March 29, 2005

                                    By   /s/ Peter J. Rathwell
                                         Peter J. Rathwell

39019.0262\Rathwep\PHX\1653164.1