```
 4/05/05                                          .                                                     AR4151-A  Page     1
12:31:44                                     Lease Summary                                                        CALDWELN
-----------------------------------------------------------------------------------------------------------------------------
                                                                                    Scan                    Deposits All Zero
                   Tenant    WINDI/    Winn Dixie Stores, Inc.               From  1/01/87 To  4/05/05
                   Project   0519      West Town Corners
                   Lease     WINDI//   Winn-Dixie                         ***   ALL    Charges   ***
-----------------------------------------------------------------------------------------------------------------------------
                   Date      Document          Description                        Amount            Outstanding
-----------------------------------------------------------------------------------------------------------------------------
                   3/09/05   G 1088022 002    CLZ - dof 2/21/05                  80444.59              80444.59
                   4/01/05   R 3146969 001    Base Minimum Rent Fixed            26950.00              26950.00
                   4/01/05   R 3146969 002    Ten Reim - Parking Lot              3400.19               3400.19
-----------------------------------------------------------------------------------------------------------------------------
                                              Cumulative Total                  110794.78             110794.78
-----------------------------------------------------------------------------------------------------------------------------
                   Prior            .00           Net        110794.78            End                 110794.78
-----------------------------------------------------------------------------------------------------------------------------
```

End of report