```
 4/05/05                                              .                                         AR4151-A  Page      1
12:29:02                                         Lease Summary                                            CALDWELN
-----------------------------------------------------------------------------------------------------------------------
                                                                            Scan                      Deposits All Zero
                   Tenant   WINDI/    Winn Dixie Stores, Inc.           From  1/01/87 To   4/05/05
                   Project  7839      North Ridge Shopping Center
                   Lease    WINDI//   Winn Dixie                    ***   ALL    Charges   ***
-----------------------------------------------------------------------------------------------------------------------
                   Date     Document        Description                     Amount       Outstanding
-----------------------------------------------------------------------------------------------------------------------
                   4/01/05  R 3171113 001   Parking Lot w/Mgmnt Fees          900.98          900.98
                   4/01/05  R 3171113 002   Base Minimum Rent Fixed         23065.58        23065.58

                                            Cumulative Total                23966.56        23966.56
-----------------------------------------------------------------------------------------------------------------------
                   Prior              .00          Net          23966.56         End         23966.56
-----------------------------------------------------------------------------------------------------------------------
```

End of report