```
 4/05/05                                              .                                           AR4151-A  Page     1
12:28:31                                        Lease Summary                                               CALDWELN
--------------------------------------------------------------------------------------------------------------------
                                                                                  Scan                 Deposits All Zero
                 Tenant   WINDI/    Winn Dixie Stores, Inc.            From  1/01/87 To  4/05/05
                 Project  8735      Highland Lakes Center
                 Lease    SAVRI//   Save-Rite                     ***   ALL    Charges   ***
--------------------------------------------------------------------------------------------------------------------
                  Date     Document        Description                        Amount          Outstanding
--------------------------------------------------------------------------------------------------------------------
                 2/25/05  R 3141737 002  2004 Year End RE Adjustment         57925.10            16712.89
                 3/01/05  R 3137773 003  Ten Reim - Domestic Water             570.03              570.03
                 3/09/05  G 1088024 002  clz - dof 2/21/05                   58424.09            58424.09
                 4/01/05  R 3163494 001  Base Minimum Rent Fixed             43188.00            43188.00
                 4/01/05  R 3163494 002  Parking Lot w/Mgmnt Fees             3540.00             3540.00
                 4/01/05  R 3163494 003  Ten Reim - Domestic Water             570.03              570.03
--------------------------------------------------------------------------------------------------------------------
                                        Cumulative Total                   164217.25           123005.04
--------------------------------------------------------------------------------------------------------------------
                 Prior              .00            Net          123005.04       End             123005.04
--------------------------------------------------------------------------------------------------------------------

End of report
```