| | |
|---|---|
| HERRICK, FEINSTEIN LLP<br>Paul Rubin (PR-2097)<br>John M. August (JA-6451)<br>2 Park Avenue<br>New York, New York 10016<br>(212) 592-1400<br>Attorneys for Ernst Properties, Inc. | Hearing Date: April 12, 2005 at 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
WINN-DIXIE STORES, INC. et al.,                 :   Case No. 05-11063 (RDD)
                                                :   (Jointly Administered)
                    Debtors.                    :
----------------------------------------------------------------- x

**CERTIFICATION OF SERVICE REGARDING JOINDER OF ERNST PROPERTIES, INC. TO MOTION OF BUFFALO ROCK COMPANY TO TRANSFER VENUE OF THE DEBTORS' BANKRUPTCY CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION OR SUCH OTHER DISTRICT WHERE VENUE WOULD BE <u>APPROPRIATE UNDER 28 U.S.C. § 1408</u>**

     CRISTINA M. PEDREIRA, of full age, hereby certifies as follows:

     1.     I am a legal secretary employed by the firm of Herrick, Feinstein LLP, with an office located at 2 Penn Plaza, Newark, New Jersey 07105. Herrick, Feinstein is counsel for Ernst Properties, Inc., in the above-referenced cases.

     2.     On April 4, 2005, John M. August electronically filed a Joinder of Ernst Properties, Inc. to Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where Venue Would Be Appropriate Under 28 U.S.C. § 1408 (the "Motion").

     3.     On April 4, 2005, a copy of the Motion was electronically served upon the annexed Service List A.

4. On April 4, 2005, I also caused copies of the Motion to be served via U.S. First Class Mail upon the annexed Service List B.

5. On April 4, 2005, this office also caused a chamber's copy of the Motion to be served via Federal Express overnight delivery upon the Honorable Robert D. Drain, U.S.B.J. at the following address:

> Honorable Robert D. Drain, U.S.B.J.
> U.S. Bankruptcy Court
> Southern District of New York
> Alexander Hamilton Custom House
> One Bowling Green
> New York, New York  10004-1408

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Cristina M. Pedreira
CRISTINA M. PEDREIRA

Dated:   April 5, 2005
         Newark, New Jersey

## SERVICE LIST A

The U.S. Trustees Office

D. J. Baker, Esq., *Attorney for Debtor in Possession*

Dale R. Baringer, Esq., *Attorney for creditor Dale R. Baringer Kleinpeter Farms Dairy, L.L.C.*

Matthew Scott Barr, Esq., *Interested Party*

James E. Bird, Esq., *Attorney for creditor Phillips Edison & Company*

Jean Winborne Boyles, Esq., *Attorney for creditors George B. Nalley Jr. and Abner P. Stockman, Nalley Construction Co. Inc., and Town 'N Country Realty of Easley, Inc.*

Dustin Parker Branch, Esq., *Attorney for creditor The Prudential Insurance Company of America*

John P. Brice, Esq., *Attorney for creditor Laura's Lean Beef*

Robert J. Brown, Esq., *Attorney for creditor Commonwealth Brands, Inc.*

W. Steven Bryant, Esq., *Attorney for creditor Riviana Foods, Inc.*

James S. Carr, Esq., *Attorney for creditors Developers Diversified Realty Corp., Edens & Avant, Lea & Perrins, Inc., and The Dannon Company, Inc.*

Linda J. Casey, Esq., *Attorney for interested party NDC Real Estate Management Inc.*

Lee Champion, Esq., *Attorney for creditor Georgia Crown Distributing Co.*

Conrad Chiu, Esq., *Attorney for creditor Diversified Maintenance Systems, Inc.*

Neal D. Colton, Esq., *Attorney for interested party The Wackenhut Corporation*

David N. Crapo, Esq., *Attorney for interested party Southern Pride Catfish d/b/a American Pride Seafoods*

Timothy J. Curtin , Esq., *Attorney for Cole's Quality Foods Inc.*

Gerard DiConza, Esq., *Attorney for creditors Bay City Produce, Crews & Garcia, Inc., and K&C Produce Co., Inc.*

Carolyn Hochstadter Dicker, Esq., *Attorney for creditor Hershey Foods Corporation*

David W. Dykhouse, Esq., *Attorney for creditors Hallmark Marketing Corporation and Tip Top Conning Company, Inc.*

Andrew B. Eckstein, Esq., *Attorney for creditors Campbell Soup Company and Subsidiaries, and Pilgrim's Pride Corporation*

Henry A. Efroymson, Esq., *Attorney for creditors Eagle Creek Commercial Company, Inc. and Faison-Waterford Lakes Village Limited Partnership*

Judith Elkin, Esq., *Attorney for creditor Front End Services*

Earle I. Erman, Esq., *Attorney for creditor Computer Leasing Company of Michigan, Inc.*

William J. Factor, Esq., *Attorney for creditor Daniel G. Kamin*

Robert Joel Feinstein, *Interested party*

Charles J. Filardi, Esq., *Attorney for Federal Express Corporation*

J. David Forsyth, Esq., *Attorney for creditors Downtown Destin Associates, Stirling Properties, Inc., The Pelican Group, Inc., and Westland Plaza Associates, L.P.*

Shawn Randall Fox, Esq., *Attorney for creditors Tree of Life, Inc. Smithfield Packing Company, Inc. and Gwaltney of Smithfield, Ltd., The Smithfield Packing Company, Inc., Gwaltney of Smithfield, Ltd., and Packerland Holdings, and Moyer Packing Co.*

Fox Rothschild, LLP , *Attorneys for creditor Konica Minolta Imaging, Inc.*

Joseph D. Frank, Esq., *Attorney for creditors Integrated Payment Systems, Inc., PepsiAmericas, The Pepsi Bottling Group, Western Union Financial Services, Inc., Bottling Group, LLC d/b/a The Pepsi Bottling Group, Bottling Group LLC d/b/a The Pepsi Bottling Group, and PepsiAmericas, Inc. and 16 other bottlers of Pepsi products*

Mark J. Friedman, Esq., *Attorney for creditors General Mills, Inc., Sara Lee Bakery Group, a Division of Sara Lee Corporation, and The Clorox Sales Co.*

Todd Mark Galante, Esq., *Attorney for creditor Coca-Cola Enterprises, Inc.*

J. Nathan Galbreath, Es., *Attorney for creditor Future Foods, Ltd.*

Gary Ginsburg, Esq., *Attorney for creditor Northpoint Trading, Inc.*

Priscilla W. Grannis, Esq., *Attorney for creditor DLJ Produce, Inc.*

Danielle K. Greco, Esq., *Attorney for creditor Coca-Cola Bottling Company United, Inc.*

Ira S. Greene, Esq., *Attorney for interested party Discover Financial Services, Inc.*

4

Janice Beth Grubin, Esq., *Attorney for creditor D.L. Lee & Sons, Inc*

Rudi R. Grueneberg, Esq., *Attorney for Southeast Provisions, LLC*

Marc L. Hamroff, Esq., *Attorney for GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation and General Electric Capital Corporation*

Patrick L. Hayden, Esq., *Attorney for creditor Smithfield Packing Company, Inc. and Gwaltney of Smithfield, Ltd.*

Edwin W. Held, Esq., *Attorney for unknown party*

Sally M. Henry, Esq., *Attorney for Debtor in Possession*

Neil E. Herman, Esq., *Attorney for creditor Kimco Realty Corporation*

Kenneth D. Herron, Esq., *Attorney for creditor Bradley T. Keller*

Terrance A. Hiller, Esq., *Attorney for creditors RLV Marketplace LP and Ramco-Gershenson Properties, L.P.*

Robert L. Holladay, Esq., *Attorney for creditors Cal-Maine Foods, Inc. and Cal-Maine Foods, Inc.*

Patrick L. Huffstickler, Esq., *Attorney for creditor Sirius Computer Solutions, Inc.*

Solomon J. Jaskiel, Esq., *Attorney for creditor Jamarco Realty, LLC*

Ronald Scott Kaniuk, Esq., *Attorney for creditor Klement Sausage Company, Inc.*

Stuart A. Krause, Esq., *Attorney for creditor Healthcare Consultants of Central Florida, Inc.*

Darryl S. Laddin, Esq., *Attorney for creditors TSO Volusia, LLC and Rich-SeaPak Corporation*

Nina M. Lafleur, Esq., *Attorney for creditor JEA*

Elena Lazarou, Esq., *Attorney for creditor Del Monte Corporation t/a Del Monte Foods*

Robert L. LeHane, Esq., *Attorney for creditors Developers Diversified Realty Corp. and Edens & Avant*

Thomas J. Leanse, Esq., *Attorney for creditor The Prudential Insurance Company of America*

David E. Lemke, Esq., *Attorney for U.S. Bank National Association, as Indenture Trustee and U.S. Bank National Association, as Indenture Trustee*

Sharon L. Levine, Esq., *Attorney for Vestcom New Century LLC*

Bruce Levinson, Esq., *Attorney for creditor Burch Equipment Group, et al.*

Alan Jay Lipkin, Esq., *Attorney for Corporate Property Associates 6 and Corporate Property Associates 9*

Jeffrey S. Margolin, Esq., *Attorney for creditor FPL Food LLC d/b/a Shapiro Packing Company, Inc.*

Laurence May, Esq., *Attorney for creditor Liberty Mutual Insurance Company*

Austin L. McMullen, Esq., *Attorney for creditor Doane Pet Care Company*

Marc T. McNamee, Esq., *Attorney for creditor Southern Gourmet Foods, Inc.*

Derek F. Meek, Esq,. *Attorney for creditor Buffalo Rock Company*

Richard M. Meth, Esq., *Attorney for creditors General Electric Company, GE Consumer & Industrial (fka GE Lighting) and South Carolina Electric & Gas Company, SCANA Energy Marketing, Inc. and Public Service of North Carolina*

Todd C. Meyers, Esq., *Attorney for creditor Flowers Foods, Inc.*

Stephen M. Miller, Esq., *Attorney for interested parties Bensons Inc. Flowers, Inc., Balloons and Specialty Brands, L.P.*

Mark Minuti, Esq., *Attorney for creditor CVS EGL Overseas Marathon FL, L.L.C.*

Joseph Thomas Moldovan, Esq., *Attorney for Southern Wine & Spirits of Florida and Southern Wine & Spirits of South Carolina, Inc.*

Brett S. Moore, Esq., *Attorney for creditor Riverdale Farms, Inc.*

Andrew L. Morrison, Esq., *Attorney for creditor Maryland & Virginia Milk Producers Cooperative Association, Inc.*

Larren M. Nashelsky, Esq., *Attorney for Merill Lynch, Pierce, Fenner & Smith Incorporated*

Albert F. Nasuti, Esq., *Attorney for creditor Mansfield Oil Company*

Bruce S. Nathan, Esq., *Attorney for creditor Bottling Group LLC , d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems, Inc.*

Carole Neville, Esq., *Attorney for creditors Inland Southeast Bridgewater, L.L.C., Inland Southeast Countryside Limited Partnership, Inland Southeast Grant Prairie Limited Partnership, Inland Southeast Lake Olympia Limited Partnership, Inland Southeast St. Cloud Limited Partnership, and Inland Southeast West Chester, L.L.C.*

James J. Niemeier, Esq., *Attorney for ConAgra Foods, Inc.*

Merritt A. Pardini, Esq., *Attorney for creditor Prudential Insurance Company of America*

Aaron D. Patton, Esq., *Attorney for Rayburn Barfield*

David L. Pollack, Esq., *Attorney for creditors Aronov Realty and New Plan Excel Realty Trust, Inc.*

Eric T. Ray, Esq., *Attorney for creditor Alabama Power Company*

Diane G. Reed, Esq., *Attorney for creditor Frankford Dallas, LLC*

Jo Christine Reed, Esq., *Attorney for creditor Inland Southeast Bridgewater, L.L.C.*

Steven J. Reisman, Esq., *Attorney for creditor Wilmington Trust Company*

Larry B. Ricke, Esq., *Attorney for creditor Michael Foods, Inc.*

Fred B. Ringel, Esq., *Attorney for creditor MFR Properties LLC*

Adam L. Rosen, Esq., *Attorney for creditor Victory Investments, Inc.*

Avrum J. Rosen, Esq., *Attorney for creditors Victory Investments, Inc., Victory Real Estate Investments, LLC, American Electric Power, Duke Energy Corporation, Florida Power & Light Company, Florida Power Corporation, Imperial Trading Company, Inc., Moulton Properties, Inc., Orlando Utilities Commission, Southern Installations and Services, Inc., Tampa Electric Power, and Virginia Electric and Power Company, d/b/a Dominion Virginia Power and Dominion North Carolina Power*

Neal M. Rosenbloom, Esq., *Attorney for creditor Metro-Goldwyn-Mayer Home Entertainment LLC*

David S. Rubin, Esq., *Attorney for creditor David S. Rubin Community Coffee Company, LLC*

Robert B. Rubin, Esq., *Attorney for creditor Buffalo Rock Company*

Rachel L. Rubio, Esq., *Attorney for creditor Zubi Advertising Services, Inc.*

Shelly D. Rucker, Esq., *Attorney for creditor Coca-Cola Enterprises, Inc.*

Robert K. Scheinbaum, Esq., *Attorney for creditor Flavor Pic Tomato*

Gregory J. Seketa, Esq,. *Attorney for 40/86 Advisors, Inc.*

Peter L. Slinn, Esq., *Attorney for creditor UniCru, Inc.*

Thomas R. Slome, Esq., *Attorney for creditors American Electric Power, Duke Energy Corporation, Florida Power & Light Company, Florida Power Corporation, Orlando Utilities Commission, Tampa Electric Power, and Virginia Electric and Power Company, d/b/a Dominion Virginia Power and Dominion North Carolina Power*

Anthony J. Smits, Esq., *Attorney for Wachovia Bank, N.A., as special servicer*

Richard G. Smolev, Esq., *Attorney for BAL Global Finance, LLC*

Eric J. Snyder, Esq., *Attorney for creditor Arizona Beverage Co., LLC*

Marc P. Solomon, Esq., *Attorney for creditor Buffalo Rock Company*

Mark D. Speed, Esq., *Attorney for creditors Allied Capital Corporation, Criimi Mae Services Limited Partnership, and ORIX Capital Markets, L.L.C.*

Alex Spizz, Esq., *Attorney for creditor Falcon Farms, Inc.*

Rick A. Steinberg, Esq., *Attorney for creditor Liberty Mutual Insurance Company*

Sabrina L. Streusand, Esq., *Attorney for creditors Dell Inc. and Xerox Capital Services, LLC*

Stephen B. Sutton, Esq., *Attorney for creditor Lea & Perrins, Inc.*

Walter E. Swearingen, Esq., *Attorney for Concord-Fund IV Retail, L.P., Crest Haven, LLC, Elston/Leetsdale, LLC, Flagler Retail Associates, Ltd., Gehr Florida Development, LLC, and TA/Western, LLC*

Gene B. Tarr, Esq., *Attorney for creditor Domino Foods, Inc.*

Diana M. Thimmig, Esq., *Attorney for creditor Chester Dix Corp.*

Laura L. Torrado, Esq., *Attorney for Bear Stearns Investment Products, Inc.*

Ronald M. Tucker, *Interested Party*

Raymond J. Urbanik, Esq., *Attorney for creditor DS Partners, Inc.*

David H. Wander, Esq., *Attorney for creditor PMG Ocean Associates*

Michael D. Warner, Esq., *Attorney for creditor Kellogg Sales Company*

David B. Wheeler, Esq., *Attorney for creditors Public Service of North Carolina, Scana Energy Marketing, Inc., and South Carolina Electric & Gas Company*

Stephen D. Wheelis, Esq., *Attorney for creditor Cleco Corporation*

William Douglas White, Esq., *Attorney for creditor Florida Power & Light Company*

Frank J. Wright, Esq., *Attorney for The B&F Systems, Inc.*

Scott A. Zuber, Esq., *Attorney for creditor Cardinal Health*

## SERVICE LIST B

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*Attorney for Debtor in Possession*

Michael R. Bakst, Esq.
222 Lakeview Avenue
Suite 1330
West Palm Beach, FL 33401
*Attorney for Gardens Park Plaza, Ltd.*

Rachel S. Budke, Esq.
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408
*Attorney for creditor Florida Power & Light Company*

Robert Dehney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
*Attorney for creditor Kemor Properties, Inc.*

Paul H. Deutch, Esq.
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
*Attorney for creditor W.D. Marianna Portfolio, LP. W.D. Milton Portfolio, LP and W.D. Florence Portfolio, LP.*

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Attorney for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.*

Reginald A. Greene, Esq.
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375
*Attorney for creditor BellSouth*

William F. Harmeyer, Esq.
7322 Southwest Freeway
Suite 475
Houston, TX 77074
*Attorney for creditor Jade Drug Company*

Larry D. Henin, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*Attorney for Southern Cleaning Services, Inc.*

Brian D. Huben, Esq.
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
*Attorney for creditor The Prudential Insurance Company of America*

Andrew C. Kassner, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
*Attorney for creditor Carthage Cup, L.P.*

Alan W. Kornberg, Esq.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
*Attorney for OCM Opportunities Fund V, L.P.*

David M. Landis, Esq.
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854
*Attorney for creditor Healthcare Consultants of Central Florida, Inc.*

Chris Lenhart, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
*Attorney for creditor Menu Foods Inc.*

Joseph Lubertazzi, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Attorney for Victory Wholesale Grocers, Inc.*

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899
*Interested Party*

Stephan William Milo, Esq.
Wharton, Aldhizer & Weaver, P.L.C.
P.O. Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528
*Attorney for creditor Mount Olive Pickle Company, Inc.*

Richard C. Morrissey, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004
*United States Trustee*

Barbra R. Parlin, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189
*Attorney for creditor Inteplast Group, Ltd.*

Brad J. Patten, Esq.
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA 30503
*Attorney for L&R Farms, Inc.*

Geraldine E. Ponto, Esq.
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102
*Attorney for interested party George Weston Bakeries Inc.*

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*Attorney for Debtor in Possession*

Andrew Howard Sherman, Esq.
Sills Cummis Radin Tischman Epstein &
Gross
712 5th Avenue
20th Floor
New York, NY 10019
*Attorney for creditor Qwest Communications Corporation*

Debra Sudock, Esq.
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
*Attorney for creditors Lea & Perrins, Inc. and The Dannon Company, Inc.*

Paul Traub, Esq.
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017
*Attorney for creditor Krispy Kreme Doughnuts Corporation*

Richard Whitney Ward, Esq.
2527 Fairmount Street
Dallas, TX 75024
*Attorney for creditors Cadbury Adams USA LLC,*
  *Dr. Pepper/Seven Up, Inc. and Mott's LLP*

HFNWK1: #97738 v.1 #11332-0001 04/05/2005