UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :
                                                             :    Chapter 11
                                                             :
WINN-DIXIE STORES, INC., et al.,                             :    Case No. 05-11063 (RDD)
                                                             :
          Debtors.                                           :    (Jointly Administered)
                                                             :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jarod M. Stern, hereby certify that the Objection of Wachovia Bank, National Association, as Agent, to Motion for Administrative Priority Claim or, Alternatively, a Lien Under 11 U.S.C. §546(c) was filed on April 5, 2005 and sent to the parties on Exhibit A attached hereto either via electronic mail, facsimile and/or first class mail.

Dated: New York, New York
       April 5, 2005

                                                     /s/ Jarod M. Stern
                                                     Jarod M. Stern

521495.1