**KLIEN & SOLOMON, LLP**
Attorneys for Jamarco Realty, LLC
275 Madison Avenue, 11th Flr.
New York, NY 10016
(212) 661-9400
Solomon J. Jaskiel (SJJ-0671)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

                 Chapter 11

WINN-DIXIE STORES, INC., et al.,    Case Nos.: 05-11063 (RDD)


        Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINDER IN THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WINN-DIXIE STORES, INC. TO MOTION OF BUFFALO ROCK COMPANY SEEKING ENTRY OF AN ORDER TRANSFERRING VENUE OF DEBTORS' CASES**

  Jamarco Realty, LLC ("Jamarco"), by its attorney, Klein & Solomon, LLP, hereby joins in the opposition of the Official Committee of Unsecured Creditors ("Creditors' Committee") to the motion of Buffalo Rock Company which seeks the entry of an order transferring the venue of the Debtors' case. Jamarco is the landlord of the Debtors stores at

Apollo Beach, Florida and Tallahasee, Florida (store numbers 673 and 0124, respectively).

Nevertheless, for the reasons set forth by the Creditors' Committee, Jamarco urges the

Court to deny the motion in its entirety.

Dated: New York, New York
      April 5, 2005

                              KLEIN & SOLOMON, LLP
                              Attorney for Jamarco Realty, LLP


                              By:/s/    SOLOMON J. JASKIEL
                                 Solomon J. Jaskiel, Of Counsel (SJJ-0671)
                                 275 Madison Avenue, 11th Floor
                                 New York, NY 10016
                                 (212) 661-9400
                                 soljas@aol.com