SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**In re**                                                    :
                                                             :    **Chapter 11**
                                                             :
**WINN-DIXIE STORES, INC., et al.,**                          :    **Case No. 05-11063 (RDD)**
                                                             :
           **Debtors.** [1]                                   :    **(Jointly Administered)**
                                                             :
------------------------------------------------------------x

**FIFTH SUBMISSION OF A COMPLETED RETENTION QUESTIONNAIRE**
**OF AN ORDINARY COURSE PROFESSIONAL PURSUANT TO ORDER**
**AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors hereby file, in accordance with the terms of the Order

Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Course of Business (the "Order"),[2] a completed Questionnaire for the following

Ordinary Course Professional (which completed Questionnaire is attached hereto as

the exhibit indicated next to the name of such Ordinary Course Professional):

1.      Riley Kiraly (Exhibit A)

In accordance with the terms of the Order, the Debtors shall serve a

copy of the above referenced completed Questionnaire upon the United States

Trustee, counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the

Order, the United States Trustee, the Committee and the DIP Lender shall have 20

days after such service to object to the retention of the above referenced Ordinary

Course Professional.

Dated:  April 5, 2005

/s/  *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:      (212) 735-3000
Facsimile:      (212) 735-2000

Attorneys for Debtors

---

[2]      Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, __William H. Riley__, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   __RILEY KIRALY__

   __6135 NW 167 Street__

   __Suite E-26__

   __Miami, FL 33015__

2. Date of retention: __MAY, 2003__

Questionnaire of: _____

(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

Investigative

4. Brief description of services to be provided:

Inspection of stores potentially in violation of
lease agreements held by Winn Dixie w/ various
leaseholders

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$ 150 - 100 an hr

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 5,580.18

Date claim arose: between 12/6/04 → 2/7/05

Source of claim: Inspection of stores

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

   Kind of shares: _____ N|A _____

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____ N|A _____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

   _____ N|A _____

   _____

   _____

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __04 April 05__

Name: WILLIAM H. RILEY
Title: PRESIDENT
Company: RILEY KIRALY
Address: 6135 NW 167 St, E-26
         MIAMI, FL 33015
Telephone: 305 825 6120
Facsimile: 305 825 1101