**DLA PIPER RUDNICK GRAY CARY US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6000
Fax: (212) 835-6001
Thomas R. Califano (TC-5283)

Atorneys for McCormick & Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : |
| **WINN-DIXIE STORES, INC., et al.** | : Case No. 05-11063 (RDD) |
| | : (Chapter 11) |
| Debtors. | : |

### REQUEST FOR NOTICE

PLEASE TAKE NOTICE that McCormick & Company, Inc. ("McCormick"), by and through counsel, DLA Piper Rudnick Gray Cary US LLP, requests that all notices given or required to be given in this case as well as all papers, pleadings, and documents filed or required to be filed in this case, be given and served upon the following:

> Mr. Austin Nooney
> McCormick & Company, Inc.
> 211 Schilling Circle
> Hunt Valley, Maryland  21031
> (410) 527-6050 (telephone)
> (410) 527-6262 (fax)
> E-mail: Austin_Nooney@mccormick.com
>
> Daniel J. Carrigan
> DLA Piper Rudnick Gray Cary US LLP
> 1200 19th St., NW, Ste. 800
> Washington, DC  20036
> (202) 861-3840 (telephone)
> (202) 223-2085 (fax)
> E-mail: Daniel.Carrigan@dlapiper.com

This request for notice encompasses, but is not limited to, all notices, copies, documents and pleadings referred to, <u>inter alia</u>, in Rules 2002, 3017 or 9007 of the Federal Rules of

1

Bankruptcy Procedure and without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other document brought before this Court in any case, whether formal or informal, written or oral, or transmitted by mail, delivery telephone, telegraph, telex, facsimile or otherwise which will affect or seek to affect the above case.

The filing of this Request of Notice and the receipt of notices, papers, pleadings, documents, etc., pursuant thereto are not and shall not be construed to be a release, waiver or other limitation with respect to any rights of McCormick or consent by McCormick to the jurisdiction or venue of any court, including, but not limited to, the United States Bankruptcy Court for the Southern District of New York.

Respectfully submitted,

April 5, 2005     DLA PIPER RUDNICK GRAY CARY US LLP

By: /s/ Thomas R. Califano
    Thomas R. Califano
    1251 Avenue of the Americas
    29th Floor
    New York, NY 10020-1104
    Telephone: 212.737.6000
    Facsimile: 212.835.60001

    Daniel J. Carrigan
    1200 19th St., NW, Ste. 800
    Washington, DC 20036
    (202) 861-3840 (telephone)
    (202) 223-2085 (fax)
    Counsel for McCormick & Company, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 5th day of April, 2005, a copy of the Notice of Appearance was filed electronically and a copy was served by facsimile and/or electronic mail upon the following:

    Richard Morrissey, Esquire *(facsimile and electronic mail)*
    United States Trustee
    Southern District of New York
    33 Whitehall Street
    21st Floor
    New York, NY  10005
    Telephone:  (212) 510-0500
    Facsimile:  (212) 668-2255

    D.J. Baker, Esquire *(facsimile)*
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036
    Telephone:  (212) 735-2150
    Facsimile:  (917) 777-2150

    Sally McDonald Henry, Esquire  *(facsimile)*
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036
    Telephone:  (212) 735-2150
    Facsimile:  (917) 777-2150

    Thomas J. Matz, Esquire  *(facsimile and electronic mail)*
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036
    Telephone:  (212) 735-2150
    Facsimile:  (917) 777-2150

    Sarah Robinson Borders, Esquire *(facsimile and electronic mail)*
    King & Spalding LLP
    191 Peachtree Street
    Atlanta, GA  30303
    Telephone:  (404) 572-4600
    Facsimile:  (404) 572-5100

       Dennis Dunne, Esquire *(facsimile and electronic mail)*
       Milbank, Tweed, Hadley & McCloy LLP
       1 Chase Manhattan Plaza
       New York, New York  10005
       Facsimile:  (212) 530-5219

       Jonathan N. Helfat, Esquire *(facsimile and electronic mail)*
       Ottenbourg, Steindler, Houston & Rosen, P.C.
       230 Park Avenue
       New York, New York 10169
       Facsimile:  (212) 682-6104

       Andrew Tenzer, Esquire  *(facsimile and electronic mail)*
       Shearman & Sterling LLP
       599 Lexington Avenue
       New York, New York 10022-6069
       Facsimile:  (212) 848-7179

and by electronic mail or first-class mail, postage prepaid, upon the parties on the attached service list.

       /s/ Daniel J. Carrigan