CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman (SR 4906)

*Attorneys for Wilmington Trust Company,*
*as Indenture Trustee for Winn-Dixie Stores, Inc.'s*
*$300 million 8 $^{7}/_{8}$ Senior Notes due 2008*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**In re:**                                                  :
                                                            :          **Chapter 11**
                                                            :
**WINN-DIXIE STORES, INC., et al.,**                        :          **Case No. 05-11063 (RDD)**
                                                            :
                         **Debtors.**                       :          **(Jointly Administered)**
                                                            :

---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

        I, Andrew M. Thau, hereby certify that I caused to be served true copies of the Objection of Wilmington Trust Company, as Indenture Trustee, and Joinder in Objection of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., *et al.*, to Motion of Buffalo Rock Company Seeking Entry of an Order, Under 28 U.S.C. § 1412, Transferring Venue of Debtors' Cases (Docket No. 649)**,** upon the parties on the annexed service list by email as indicated on the 5th day of April 2005.

                                        /s/ Andrew M. Thau
                                        Andrew M. Thau

Sworn to before me this
6th day of April 2005

/s/ James V. Drew
   Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2006**

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax:    212-668-2255
deirdre.martini@usdoj.gov

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax:    904-783-5059
LarryAppel@winn-dixie.com

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax:    404-572-5149
sborders@kslaw.com

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn:   Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093
Phone: 847-646-6719
Fax:    847-646-4479
sschirmang@kraft.com

Otterbourg, Steindler, Houston
& Rosen, P.C.
Attn:   Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax:    212-682-6104
dfiorillo@oshr.com; Jhelfat@oshr.com

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax:    212-668-2255
richard.morrissey@usdoj.gov

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax:    917-777-2150
djbaker@skadden.com

Deutsche Bank Trust Company Americas
Attn: Dennis Drebsky, John Rosenthal
437 Madison Ave
New York, NY 10022 Phone: 212-940-3000
Fax: 212-940-3111
ddrebsky@nixonpeabody.com;
jrosenthal@nixonpeabody.com

Shearman & Sterling LLP
Attn:   Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069
Phone: 212-848-4000
Fax:    212-848-7179
Atenzer@Shearman.com

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Lena Mandel, Dennis
O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax:    212-530-5219
Ddunne@milbank.com;
Lmandel@milbank.com;
DODonnell@milbank.com;
mbarr@milbank.com;
snaik@milbankcom;

2307346v1

mcomerford@Milbank.com

Morgan Lewis & Bockius LLP
Attn:   Richard S. Toder
101 Park Avenue
New York, NY 10178-0060
Phone: 212-309-6052
Fax:    212-309-6001
rtoder@morganlewis.com

Pepper Hamilton LLP
Attn:   I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-I 157
Phone: 313-393-7341
Fax:    313-259-7926
coheniw@pepperlaw.com

The Blackstone Group L.P.
Attn:   Flip Huffard
345 Park Avenue
New York, NY 10010
Phone: 212-583-5000
Fax:    212-583-5812
huffard@blackstone.com

XRoads Solutions Group LLC
Attn:   Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614
Phone: 949-567-1650
Fax : 949-567-1750
dsimon@xroadsllc.com;
ccooper@xroadsllc.com;
njackson@xroadsllc.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn:   Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, New York 10178-0061
Phone: 21 2-696-6000
Fax:    212-697-1559
sreisman@cm-p.com; athau@cm-p.com

Scarcella Rosen & Slome
Attn:   Adam L. Rosen, Thomas Slome
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553
Phone: 516-227-1600
Fax:    516-227-1601
Arosen@srsllp.com; tslome@srsllp.com

Levi Lubarsky & Feigenbaum LLP
Attn:   Howard B Levi, Steven Feigenbaum
845 Third Ave, 21st Flr.
New York, NY 10022
Phone: 212-308-6100
Fax:    212-308-8830
Hlevi@llf-law.com

Ballard Spahr Andrews & Ingersoll
Attn:   David L. Pollack, Jeffrey Meyers,
Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103
Phone: 215-864-8325
Fax:    21 5-864-9473
Pollack@ballardspahr.com

Locke Liddell & Sapp LLP
Attn:   Omer Kuebel III, C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036
Phone: 504-558-5110
Fax:    504-558-5200
Rkuebel@lockeliddell.com;
dboldissar@lockeliddell.com

Patterson Belknap Webb & Tyler
Attn:   David W. Dykehouse, Michael
Handler, Esq.
1133 Avenue of The Americas
New York, NY 10036-6710
Phone: 212-336-2000
Fax:    212-336-2222
Dwdykhouse@pbwt.com;
mhandler@pbwt.com

2307346v1

Contrarian Capital Management LLC
Attn:   Janice Stanton
411 W Putnam Aye, Ste 225
Greenwich, CT 6830
Phone: 203-862-8261
Fax:    203-629-1977
Jstanton@contrariancapital.com

Kelley Drye & Warren LLP
Attn:   James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax:    212-808-7897
Jcarr@kelleydrye.com;
elum@ kelleydryer.com
rlehane@kelleydrye.com

Cozen O'Connor
Attn:   Neal D. Cotton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103
Phone: 215-665-2060
Fax:    215-701-2122
Ncolton@cozen.com; dliebman@cozen.com

Frank/Gecker LLP
Attn:   Joseph D. Franz, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax:    312-276-0035
Jfrank@fgllp.com

Pitney Hardin LLP
Attn:   Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950
Phone: 973-966-6300
Fax:    973-966-1550
Szuber@pitneyhardin.com

Morgan Lewis & Bockius LLP
Attn:   Neil E, Herman, Esq
101 Park Ave
New York, NY 10178-0600
Phone: 212-309-6669
Fax:    212-309-6001
Nherman@morganlewis.com

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax:    214-871-2682
Rwward@airmail.net

Allman Spry Leggett & Crumpler
Attn:   Leggett R Bradford Esq
380 Knollwood St, Ste 700
Winston-Salem, NC 27113-5129
Phone: 3367222300
Fax:    3367210414
Rbleggett@allmanspry.com

Traub Bonacquist & Fox LLP
Attn:   Paul Traub, Wendy Marcari
655 Third Ave 21st Fl
New York, NY 10017
Phone: 212-476-4777
Fax:    212-476-4787
Dbr@tbfesq.com

Angel & Frankel PC
Attn:   Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906
Phone: 212-752-8000
Fax:    212-752-8393
Lmay@angelfrankel.com;
rsteinberg@angelfrankel.com

Balch & Bingham LLP
Attn:   W. Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306

Cox Smith Matthews Incorporated
Attn:   Patrick L. Huffstickler
112 E. Pecan, Suite 1800

—4—

Birmingham, AL 35201
Phone: 205-251-8100
Fax:    205-226-8799
Cwatson@balch.com; eray@balch.com

Kaye Scholer LLP
Attn:   Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8000
Fax:    212-836-8689
Rsmolev@kayescholer.com;
kmurphy@kayescholer.com

Jenkens & Gilchrist P.C.
Attn:   Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
Phone: 214-8854500
Fax:    214-885-4300
mheld@jenkens.com

Manier & Herod
Attn:   J. Michael Franks, Michael Collins,
Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494
Phone: 615-244-0030
Fax:    615-242-4203
Mfranks@manierherod.com;
mcollins@manierherod.com;
tpennington@manierherod.com

Ice Miller
Attn:   Henry A. Efroymson, Mark A
Bogdanowicz
One American Square, Box 82001
Indianapolis, Indiana 46282
Phone: 317-236-2100
Fax:    317-236-2219
Henry.efroymson@icemiller.com;
rnark.bogdanowicz@icemiller.com

Smith, Katzenstein & Furlow
Attn:   Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor

San Antonio, Texas 78205
Phone: 210-554-5500
Fax:    201-226-8395
Plhuffst@coxsmith,com

Erman, Teicher, Miller, Zucker &
Freedman, P.C.
Attn:   Earle I. Erman, Esq
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Phone: 248-827-4100
Fax:    248-827-4106
Eerman@ermanteicher.com

Pitney Hardin LLP
Attn:   Conrad K. Chiu, Esq
7 Times Square
New York, NY 10036
Phone: 212-297-5811
Fax:    212-682-3485
Cchiu@pitneyhardin.com

Morris, Nichols, Arsht and Tunnell
Attn:   Robert Dehney, Eric D. Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax:    302-498-6208
Eschwartz@mnat.com; rdehney@mnat.com

Page, Scrantom, Sprouse, Tucker & Ford,
P.C.
Attn:   Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199
Phone: 706-324-0251
flc@psstf.com

Airgas, Inc.
Attn:   Mr. David Boyle
259 Radnor-Chester Road, Suite 100

2307346v1

P.O. Box 410
Wilmington, DE 19899
Phone: 302-652-8400
Fax:    302-652-8405
kmiller@skfdelaware.com

Hogan & Hartson, L.L.P.
Attn:   Ira S. Greene, Esq.
875 Third Avenue
New York, NY 10022
Phone: 212-918-3000
Fax:    212-918-3100
Isgreene@hhlaw.com

Neiman Ginsburg & Mairanz PC
Attn:   Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006
Phone: 212-269-1000
gginsburg@ngmpc.com

Wyatt, Tarrant & Combs, LLP
Attn:   John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746
Phone: 859-233-2012
Fax:    859-259-0649
lexbankruptcy@wyattfirm.com

Locke Liddell & Sapp LLP
Attn:   W. Steven Bryant, Thomas H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX 77002
Phone: 713-226-1200
Fax:    713-223-3717
hobankecf@lockeliddell.com

Greenberg Traurig, LLP
Attn:   Mark D. Bloom
1221 Brickell Avenue

P.O. Box 6675
Radnor, PA 19087-8675
Phone: 610-902-6028
Fax:    610-687-3187
David.boyle@airgas.com

Discover Financial Services
Attn:   Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015
Phone: 847-405-3333
Fax:    847-405-4972
Frankvydra@discoverfinancial.com

Arnall Golden Gregory LLP
Attn:   Darryl Laddin, J. Hayden Kepner,
James Smith
171 W. 17th St., NW, Suite 2100
Atlanta, GA 30363
Phone: 404-873-8500
Fax: 404-873-8605
bkrfilings@agg.com;
Hayden.kepner@agg.com;
james.smith@agg.com

Katten Muchin Zavis Rosenman
Attn:   Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4400
Fax:    310-7884471
thomas.leanse@kmzr.com;
carole.levine@kmzr.com
dustin.branch@kmzr.com

Greenberg Traurig, LLP
Attn:   Richard Steven Miller
200 Park Avenue
New York, NY 10166
Phone: 212-801-9200
Fax:    212-801-6400
millerr@gtlaw.com

Grueneberg Law Group, LLC
Attn:   Rudi R. Grueneberg, Esq.
704 East Main Street, Building E

2307346v1

Miami, FL 33131
Phone: 305-579-0500
Fax:    305-579-0717
bloomm@gtlaw.com

Boult, Cummings, Conners & Berry PLC
Attn:    Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615.252.2307
Fax:    615.2526307
amcmulle@bccb.com

Kantrow, Spaht, Weaver & Blitzer
Attn:    David S. Rubin
P0 Box 2997
Baton Rouge, LA., 70821-2997
Phone: 225-3834703
Fax:    225-343-0630
drubin@kswb.com

Podvey, Sachs, Meanor, Catenacci, Hildner
& Cocoziello
Attn:    Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-623-1000
Fax:    973-623-9131
rscheinbaum@podveysachs.com

Drinker Biddle & Reath LLP
Attn:    Andrew I. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801
Phone: 302-467-4200
Fax:    302-467-4201
andrew.flame@dbr.com

Morrison & Foerster LLP
Attn:    Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104
Phone: 212-468-8000
Fax:    212-468-7900
jdibattista@mofo.com

Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax:    856-235-6898
rrg@rglawgroup.com

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN  37402-2289
srucker@millermartin.com

YoungWilliams, PA
Attn:    Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059
Phone: 601-948-6100
Fax:    641-355-6136
robert.holladay@youngwilliams.com

BellSouth
Attn:    Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375
Phone: 404-335-0761
Fax:    404-614-4054
reginald.greene@bellsouth.com

Lowenstein Sandler PC
Attn:    Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl
New York, NY 10020
Phone: 212-262-6700
Fax:    212-262-7402
bnathan@lowenstein.com;
agayer@lowenstein.com

Merrill Lynch, Pierce, Fenner & Smith
Incorporated
Attn:    Nicholas Griffrths
4 World Financial Center
New York, NY 10080
Phone: 21 2449-8707
Fax:    212-449-3247

nicholas_Griffith@ml.com

Burr & Forman LLP
Attn:   Derek F. Meek, Robert B. Rubin,
Marc Solomon
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203
Phone: 205-251-3000
Fax:    205-458-5100
dmeek@burr.com; brubin@burr.com;

Macco & Stern, LLP
Attn:   Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Phone: 631-549-7900
Fax:    631-549-7845
rstern@maccosternlaw.com

Held & Israel
Attn:   Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
Phone: 904-398-4283
Fax:    904-398-4283
eheld@hilawfirm.com

McGrath North Mullin & Krath, PC LLO
Attn:   James 5. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102
Phone: 402-341-3070
Fax:    402-341-0216
jniemeier@mnmk.com;

Taplin & Associates
Attn:   Ronald Scott Kaniuk
350 Fifth Ave., Ste 2418
New York, NY 10118
Phone: 21 2-967-0895
Fax:    212-202-5217
rkaniuklaw@aol.com

Howard, Solochek & Weber, S.C.
Attn:   Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202
Phone: 414-272-0760
Fax:    414-272-7265
bbecker@hswmke.com

40/86 Advisors, Inc.
Attn:   Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032
Phone: 317-817-2827
Fax:    317-817-4115
franklin.berg@4086.com

Law Offices of Avrum J, Rosen
Attn:   Avrum I. Rosen
38 New Street
Huntington, NY 11743
Phone: 631423-852?
Fax:    631-423-4536
ajrlaw@aol.com

Pepe & Hazard LLP
Attn:   Charles J. Filardi
30 Jelliff Lane
Southport, CT 06890-1436
Phone: 203-319-4042
Fax:    203-319-4034
Abothwell@pepehazard.com

Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
Atnn: Morton R. Branzburg, Carolyn
Hochstadter Dicker, Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com;
CHDicker@klehr.com;

jkurtzma@klehr.com

Roetzel & Andress
Attn:   Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax:     216-623-0134
dthimmig@ralaw.com

Sills Cummis Epstein & Gross PC
Attn:   Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102
Phone: 973-643-7000
Fax:     973-643-6500
asherman@sillscummis.com

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
P0 Box 227042
Beachwood, OH 44122
Phone: 216-755-5500
Fax:     216-755-1678
ecotton@ddrc.com

Milling Benson Woodward LLP
Attn:   David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Porzio, Bromberg & Newman PC
Attn:   Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax:     973-538-5146
wjmartin@pbnlawcom;
bsmoore@pbnlaw.com

Varnum Riddering Schmidt Howlett LLP
Attn:   Timothy J. Curtin
P0 Box 352
Grand Rapids, MI 49501-0352
Phone: 616-336-6000
Fax:     616-336-7000
tjcurtin@varnumlaw.com

Lathrop & Gage LC
Attn:   Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108
Phone: 816-292-2000
Fax: 816-292-2001
ssutton@lathropgage.com

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Warner Stevens, L.L,P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax:     817-810-5255
mwarner@warnerstevens.com,
dcohen@warnerstevens.com

Broad and Cassel
Attn:   C. Craig FlIer
One North Clematis St., Ste 500
West Palm Beach, FL 33401
Phone: 561-832-3300
Fax:     561-650-1153
celler@broadandcassel.com

2307346v1

Anderson Kill & Olick, PC
Attn:   Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-278-1000
Fax:    212-278-1733
lhenin@andersonkill.com

Wharton, Aldhizer & Weaver, PLC
Attn:   Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax:    540-213-0390
smilo@wawlaw.com

Moore & Van Allen PLLC
Attn:   David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 2941 3-2828
Phone: 843-579-7000
Fax:    843-579-8727
davidwheeler@mvalaw.com

Stutsman & Thames
Attn:   Nina M. LaFleur
121 W. Forsyth St., Ste 600
Jacksonville, FL 32202
Phone: 904-358-4000
Fax:    904-358-4001
nlafleur@stutsman-thames.com

Lowenstein Sandler PC
Attn:   Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068
Phone: 973-597-2375
Fax:    973-597-2400
slevine@lowenstein.com

Zeichner Ellman & Krause LLP
Attn:   Stuart Krause
575 Lexington Ave

Wheelis & Rozanski
Attn:   Stephen D. Wheelis
PG Box 13199
Alexandria, LA 71315-3199
Phone: 318-445-5600
Fax: 318-445-5710
steve@wheelis-rozanski.com

Gibbons, Del Deo, Dolan, Griffinger &
Vechione
Attn:   David N. Crape, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07 102-5497
Phone: 973-596-4500
Fax: 973-639-6244
dcrapo@gibbonslaw.com;
gponto@gibbonslaw.com

Morrison Cohen LLP
Attn:   Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022
Phone: 212-735-8600
Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Bear Steams Investment Products Inc.
Attn:   Noah Charney
383 Madison Ave.
New York, NV 10179
Phone: 212-272-3770
Fax:    212-272-9394
ncharney@bear.com

Bianchi Macron LLP
Attn:   Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 51 6408-3030
Fax:    516-408-7917
gerard@bmclaw.com

Mateer & Harbert PA
Attn:   David Landis
225 East Robinson St., Suite 600

2307346v1

New York, NY 10022
Phone: 212-223-0400
Fax:    212-753-0396
skrause@zeklaw.com

Paul, Weiss, Rifkind, Wharton &
Garrison LLP
Attn:   Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax:    212-757-3990
akornberg@paulweiss.com

McCarter & English LLP
Attn:   William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102
Phone: 973-622-4444
Fax:    973-624-7070
wwallach@mccarter.com

Macey, Wilensky, Cohen, Wittner &
Kessler LLP
Attn:   Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229
Phone: 404-584-1200
Fax:    404-681-4355
lmcbryan@maceywilensky.com

Kupelian Ormond & Magy PC
Attn:   Terrance Hiller, Paul Magy, Matthew
Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075
Phone: 248-357-0000
Fax:    248-357-7488
psm@kompc.com; tah@kompc.com;
met@kompc.com

Munsch Hardt Kopf & Harr PC
Attn:   Raymond Urbanik, Scott Ellis
1445 Ross Ave., Ste 4000

P0 Box 2854
Orlando, FL 3202-2854
Phone: 407-425-9044
Fax:    407423-2016
dlandis@mateerharbert.com

Willkie Farr & Gallagher LLP
Attn:   Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019
Phone: 212-728-8000
Fax:    212-728-8111
alipkin@willkie.com; rspigel@willkie.com

Wormser, Kiely, Galef & Jacobs LLP
Attn:   Janice B. Grubin, Gary R. von Stange
825 Third Avenue
New York, NY 10022
Phone: 212-6874900
Fax:    212-687-5703
jgrubin@wkgj.com; gvonstange@wkgj.com

Murray, Frank & Sailer LLP
Attn:   Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 5th fi
New York, NY 10016
Phone: 212482-ISIS
Fax: 212-682-1892
 apatton@murrayfrank.com

Fox Rothschild LLP
Attn:   Joshua T. Klein
2000 Market St., 10' Fl.
Philadelphia, PA 19103-3291
Phone: 215-299-2000
Fax:    215-299-2150
jklein@foxrothschild.com

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233

Dallas, TX 75202
Phone: 214-855-7500
Fax:    214-855-7584
rurbanik@munsch.com; sellis@munsch.com

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 100224614
Phone: 212-659-7300
Fax: 212-918-8989
judith.elkin@haynesboone.com

McCarthy & White PLLC
Attn:   William Douglas White
8180 Greensboro Drive., Ste 875
McLean, VA 22102
Phone: 703-770-9265
Fax:    703-770-9266
wdw@mccarthywhite.com

Begnaud & Marshall LLP
Attn:   Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603
Phone: 706-316-1150
Fax:    706-316-1 153
dbegnaud@athens1867.com

DLA Piper Rudnick Gray Cary US LLP
Attn:   Daniel Carrigan
1775 Wiehle Ave., Ste 400
Reston, VA 20190
Phone: 703-773-4000
Fax:    703-773-5000
daniel.carrigan@dlapiper.com

Moritt, Hock, Hamroff & Horowitz LLP
Attn:   Marc Hamroff, Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530
Phone: 516-873-2000
Fax:    516-873-2010
mhamroff@moritthock.com;

Phone: 804-747-7208
russj4478@aol.com

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789
Phone: 214-651-5000
Fax: 214-200-0486
stacey.jernigan@haynesboone.com;
mark.elmore@haynesboone.com

Morris, James, Hitchens & Williams LLP'
Attn:   Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Phone: 302-888-6800
Fax:    302-571-1750
smiller@morrisjames.com

DLA Piper Rudnick Gray Cary 135 LLP
Attn:   Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209
Phone: 410-580-3000
Fax:    410-580-30001
mark.friedman@dlapiper.com

DLA Piper Rudnick Gray Cary US LLP
Attn:   Janice Duban
203 N. LaSalle St., Ste 1900
Chicago, IL 60601
Phone: 312-368-4000
Fax:    312-236-7516
janice.duban@dlapiper.com

Schaneville, Baringer & Meltzer
Ann:    Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802
Phone: 225-383-9953
dale@sb-lawfirm.com

2307346v1

lberkoff@moritthock.com

Sonnenschein Nath & Rosenthal LLP
Attn:   Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020
Phone: 212-768-6700
Fax:    302-768-6800
cneville@sonnenschein.com;
jcreed@sonnenschein.com

Connolly Bove Lodge & Hutz
Attn:   Karen Bifferato, Christina Thompson
1007 North Orange St., P0 Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax:    302-658-0380
kbifferato@cblh.com;
cthompson@cblh.com

The Inland Real Estate Group
Ann:    Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523
Phone: 630-218-8000
Fax:    630-218-4900
bittourna@inlandgroup.com

Reed & Reed
Attn:   Diane Reed
501 N. College St.
Waxahachie, TX 75165
Phone: 972-938-7334
Fax:    972-923-0430
dianegreed@sbcglobal.net

Reed Smith LLP
Attn:   Robert M. Marino
1301 K Street, NW
Suite 1100-East Tower
Washington, DC 20005-3317
Phone: 20241 4-9200
Fax:    202-414-9299
rmarino@reedsmith.com

Kilpatrick Stockton LLP
Attn:   Todd C. Meyers
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530
Phone: 404-815-6500
Fax:    404-815-6555
tmeyers@kilpatrickstockton.com

Hughes & Luce
Attn:   Sabrina Streusand
111 Congress Ave., Ste 900
Austin, TX 78701
Phone: 512-482-6800
Fax: 512-482-6859
streuss@hughesluce.com

Todtman, Nachamie, Spizz & Johns, PC
Attn:   Alex Spizz
425 Park Ave
New York, NY 10022
Phone: 212-754-9400
Fax: 212-754-6262
aspizz@tnsj-law.com

Hance Scarborough Wright Ginsberg &
Brusilow, LLP
Attn:   Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254
Phone: 972-788-1600
Fax: 972-239-0138
fwright@hswgb.com; aellis@hswgb.com

Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002
Phone: 856486-6961
Fax: 856-486-4875
cslocum@klehr.com

Reed Smith LLP

Reed Smith LLP

Attn:   Elena Lazarou, Andrew Morrison
599 Lexington Ave., 27th Fl
New York, NY 10022
Phone: 212-521-5400
Fax: 212-521-5450
elazarou@reedsmith.com;
amorrison@reedsmith.com

Kaufman & Canoles
Attn:   Paul Campsen
ISO West Main St., P0 Box 3037
Norfolk, VA 23514
Phone: 757-624-3000
Fax:    757-624-3169
pkcampsen@kaufcan.com

Neal & Harwell PLC
Attn: Marc McNamee
ISO Fourth Ave., North, Suite 2000
Nashville, TN 37219
Phone: 615-244-1713
Fax: 615-726-0573
mmcnamee_br@nealharwell.com

Pepper Hamilton LLP
Attn:   James C. Carignan
Hercules Plaza, Ste 5100
1313 Market St., P0 Box 1709
Wilmington, DIE 19899-1709
Phone: 302-777-6500
Fax: 302-421-8390
carignanj@pepperlaw.com

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant St., 50th Fl.
Pittsburgh, PA 15219-2502
Phone: 41 2454-5000
Fax: 412-281-0717
sablea@pepperlaw.com

Klein & Solomon LLP
Attn:   Solomon J, Jaskiel

Attn:   Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801
Phone: 302-778-7550
Fax: 302-778-7577
kgwynne@reedsmith.com

Blank Rome LLP
Attn:   Jason W. Staib
Chase Manhattan Centre
1201 Market St, Ste 800
Wilmington, DE 19801
Phone: 302-425-6429
Fax: 302425-6464
staib@blankrome.com

Shapiro & Croland
Attn:   Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Fl
Hackensack, NJ 07601
Phone: 201- 488-3900
Fax:    201-488-9481
abenissatto@shapiro-croland.com;
rshapiro@shapiro-croland.com

Pepper Hamilton LLP
Attn:   Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Phone: 215-981-4000
Fax: 215-981-4750
caseyl@pepperlaw.com

Waller Lansden Dortch & Davis PLLC
Attn:   David E. Lemke, Robert Welhoelter
511 Union Street, Ste 2700
Nashville, TN 37219
Phone: 615-244-6380
Fax:    615-244-6804
david.lemke@wallerlaw.com
Robert.Welhoelter@wallerlaw.com

Bradley Arant Rose & White LLP
Attn:   Danielle K. Greco, John Whittington,

275 Madison Ave., 11th Fl.
New York, NY 10016
Phone: 212-661-9400
soljas@aol.com

McGuirewoods LLP
Attn:   Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011
Phone: 704-373-4637
Fax:    704-353-6107
rcox@mcguirewoods.com

Hunton & Williams, LLP
Attn:   Craig V. Rasile
1111 Brickell Ave., Ste 2500
Miami, FL 33131
Phone: 305-810-2500
Fax: 305-810-2460
crasile@hunton.com

Moseley, Prichard, Parrish, Knight & Jones
Attn:   Richard K, Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202
Phone: 904-356-1306
Fax: 904-354-0194
rkjones@mwpplaw.com

Johnson, Hearn, Vinegar, Gee & Mercer
PLLC
Attn:   Jean Winborne Boyles
P0 Box 1776
Raleigh, NC 27602
Phone: 919-743-2200
Fax: 919-743-2201
jboyles@jhvgmlaw.com

Rynn & Janowsky LLP
Attn:   Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660
Phone: 949-752-291 1

Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35222
Phone: 205-521-8000
Fax: 205-521-8800
dgreco@bradleyarant.com

Hamilton Beach/Proctor-Silex Inc.
Attn:   William Ray
4421 Waterfront Drive
Glen Allen, VA 23060
Phone: 804-273-9777
Fax: 804-527-7268
bill.ray@hamiltonbeach.com

Smith Hulsey & Busey
Attn:   James H. Post
225 Water Street, Ste 1800
Jacksonville, FL 32202
Phone: 904-359-7700
Fax: 904-359-7709
jpost@smithhulsey.com

Mimms Enterprises, Inc.
Attn:   Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952
Phone: 770-518-1100
Fax: 770-552-1100
legal@mimms.org

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl,
Chicago, IL 60603
Phone: 312-346-7500
Fax: 312-580-2201
bkdept@fagelhaber.com

Hiersche, Hayward, Drakeley & Urbach PC
Attn:   Russell W. Mills, Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001
Phone: 972-701-7000

Fax: 949-752-0953
pat@rjlaw.com; priscilla@rjlaw.com

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan 48243-1668
Phone: 313-568-5464
Fax:    313-568-6832
bbest@dykema.com

Marrero Land and Improvement
Association, Ltd
Attn:    Vincent A. Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072
Phone: 504-341-1635
Fax:    504-340-4277
vincent@marreroland.com

Diaz Wholesale & Mfg Co., Inc.
Attn:    M. Eric Newberg
5501 Fulton Industrial Blvd.
Atlanta, GA 30336
Phone: 404-344-5421
Fax:    404-344-3003
eric.newberg@diazfoods.com

Liebmann, Conway, Olejniczak & Jerry,
S.C.
Attn:    Jerome F. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
Fax: 920-437-2868
jes@lcojlaw.com

Buckeye Capital Partners, LP
Attn:    Philip Brown
230 Park Ave., Ste 1540
New York, NY 10169
Phone: 212-503-6607
Philip@buckeyecapitalpartners.com

Fax:    972-701-8765
rmills@hhdulaw.com;
kbates@hhdulaw.com

Glenn M. Reisman
Two Corporate Drive, Ste 648
P0 Box 861
Shelton, CT 06484-0861
Phone: 203-944-3042
Fax: 203-944-3044
glenn.reisman@corporate.ge.com

Cohen, Todd, Kite & Stanford
Attn:    Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202
Phone: 513421 -4040
Fax: 513-241-4490
mkindt@ctks.com

Squire, Sanders & Dempsey LLP
Attn:    Kristin E. Richner
1300 Huntington Center
41 South High St
Columbus, OH 432 15-6197
Phone: 614-365-2700
Fax:    614-365-2499
krichner@ssd.com

Anderlini, Finkelstein, Emerick & Smoot
Attn:    David G. Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402
Phone: 650-348-0102
Fax:    650-348-0962
dfinkelstein@afelaw.com

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408
Phone: 561-691-7797
Fax: 561-691-7103
rachel_budke@fpl.com

2307346v1

Quadrangle Group LLC
Attn:   Patrick Bartel, Andrew Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152
Phone: 212-418-1700
Fax:     212-418-1701
Patrick.bartels@quadranglegroup.com;
Andrew.Herenstein@quadranglegroup.com;

Kass, Shuler, Solomon, Spector, Foyle &
Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601
Phone: 813-229-0900
Fax: 813-229-3323
lfoyle@kasslaw.com

Smith Debnam Narron Wyche Saintsing &
Myers, LLP
Attn: Byron L. Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611
Phone: 919-250-2000
Fax:     919-250-2211
bsaintsing@smithdebnamlaw.com

Kaplan and Freedman, P.A.
Attn:   Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, Florida 33 156-7903
Phone: 305-274-7533
Fax:     305-274-7855
mkaplan@kaplanfreedman.com

Kozyak Tropin & Throckmorton, PA
Attn:   John Kozyak, Laurel Isicoff
2525 Ponce de Leon, 9th Fl.
Coral Gables, FL 33134
Phone: 305-372-1800
Fax: 305-372-3508
jk@kttlaw.com; lmi@kttlaw.com

Watkins, Ludlam, Winter & Stennis, P.A.

Lowndes, Drosdick, Doster, Kantor and
Reed, P.A.
Attn:   Zachary I. Bancroft
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Phone: 407-8434600
Fax: 407-843-4444
zachary.bancroft@lowndes-law.com

Citrus County Tax Collector
Attn:   Janice A. Warren
210 N. Apopka Ave., Suite 100
Inverness, FL 34450
Phone: 352-341-6625
Fax: 352-341-6514
lynda.becker@mail.tc.citrus.fl.us

Fredrikson & Byron, PA.
Attn: John M. Koneck, Esq.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Phone: 612492-7038
Fax: 612-492-7077
jkoneck@fredlaw.com

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend St.
Boston, MA 02114
Phone: 617-742-7300
Fax: 617-742-9969
jbodoff@bodoffslavitt.com

Leonard, Street and Deinard
Attn:   Larry Ricke
150 South Fifth St., Ste 2300
Minneapolis, MN 55402
Phone: 612-335-15000
Fax:     612-335-1657
larry.ricke@leonard.com

William P. Wessler

2307346v1

Ann:   Kristina M. Johnson
633 North State St., P0 Box 427
Jackson, MS 39205-0427
Phone: 601-949-4785
Fax: 601-949-4804
kjohnson@watkinsludlam.com

Ken Burton, Jr., Manatee County Tax
Collector
Attn: Susan D. Profant
PO Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL 34206-5300
Phone: 941-741-4832
Fax: 941-741-4865
susanp@taxcollector.com

Levy & Droney, PC
Attn: Ross G. Fingold
74 Batterson Park Road
Farmington, CT 06032
Phone: 860-676-3000
Fax: 860-676-3200
rfingold@ldlaw.com

Perkins Coie LLP
Attn: Bruce MacIntyre, Jennifer Stevenson
1201 Third Ave., 40h Fl.
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
bmacintyre@perkinscoie.com;
jstevenson@perkinscoie.com

Adelman Law Offices PC
Attn: David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173
Phone: 847-301-4341
Fax: 847-301-4342
adelman@pacaenforcer.com

William F. Harmeyer & Associates
Attn: William F. Harmeyer
7322 Southwest Freeway, Ste 475

1624 24th Ave.
Gulfport, MS 39501
Phone: 228-863-3686
Fax: 228-863-7877
wwessler@cableone.net

The H.T. Hackney Co.
Attn: Kyle Dugger
502 S. Gay St., Ste 300
Knoxville, TN 37902
Phone: 865-546-1291
Fax: 865-546-1501
duggerkw@aol.com

Ginnie Van Kesteren PA.
Attn: Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701
Phone: 727-898-9669
Fax:   727-898-9660
gvk@gvk-law.com; cindy@gvk-law.com

Kennedy Covington Lobdell & Hickman
LLP
Attn: Margaret Westbrook
Two Hanover Square, Suite 1900
434 Lafayette Street Mall
P0 Box 1070
Raleigh, NC 27602-1070
Phone: 919-743-7311
Fax:   9191-516-2011
mwestbrook@kennedycovington.com

Stichter, Riedel, Blain & Prosser PA
Attn: Don M. Stichter
110 East Madison St., Ste 200
Tampa, FL 33602
Phone: 813-229-0144
Fax:   813-229-1811
dstichter@srbp.com

Elk, Banker, Christu & Bakst, LLP
Attn: Michael R. Bakst
222 Lakeview Ave., Ste 1330

Houston, TX 77074
Phone: 713-270-5552
Fax:   713-270-7128
wharmeyer@harmeyerlaw.com

Venable LLP
Attn: Lisa Bittle Tancredi, Gregory Cross,
Heather Deans Foley
1800 Mercantile Bank & Trust Bldg., 2
Hopkins Plaza Baltimore, MD 21201
Phone: 410-244-7400
Fax:   410-244-7742
lbtancredi@venable.com;
gacross@venable.com;
hdfoley@venable.com

Markowitz, Davis, Ringel & Trusty, PA
Attn:   Jerry Markowitz, Rachel Rubio
9130 South Dadeland Blvd., Ste 1225
Miami, FL 33156
Phone: 305-670-5000
Fax: 305-670-5011
jmarkowitz@mdrtlaw.com;
rrubio@mdrtlaw.com

Ford, Bowlus, Duss, Morgan, Kenney, Safer
& Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257
Phone: 904-268-7227
Fax:   904-268-3337
mbowlus@fjbd.com; kschnauss@fjbd.com

Sessions, Fishman & Nathan LLP
Attn:   J. David Forsyth
201 St. Charles Ave., 35h f 1.
New Orleans, LA 70170-3500
Phone: 504-582-1521
Fax: 504-582-1564
jdf@sessions-law.com

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300

West Palm Beach, FL 33401
Phone: 561-238-9900
Fax: 561-238-9920
mbakst@ebcblaw.com

Pitney Hardin LLP
Attn: Richard Meth
P0 Box 1945
Morristown, NJ 07962-1945
Phone: 973-966-6300
Fax:   973-966-1550
rmmnybankruptcy@pitneyhardin.com

Meuers Law Firm, P.L.
Attn:   Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109
Phone 239-513-9191
Fax:   239-513-9677
lmeuers@meuerslawfirm.com

Frank, Weinberg & Black, PL
Attn: David Black
7805 SW. 6 Court
Plantation, FL 33324
Phone: 954-474-8000
Fax:   954-474-9850
dblack@fwblaw.net

Kennedy Covington Lobdell &
Hickman LLP
Attn:   Amy Pritchard Williams
Hearst Tower, 47th Fl
214 North Tryon St.
Charlotte, NC 28202
Phone: 704-331-7400
Fax: 704-353-3129
awilliams@kennedycovington.com

Weiss Serota Helfman Pastoriza Guedes
Cole & Boniske PA
Attn: Douglas Gonzales

Northfield, IL 60093
Phone: 847-441 -7676
Fax: 312-346-8434
wschwartz@plegal.com

Trutt & Franson, PA
Attn:   Albert Franson
707 Peninsular Place
Jacksonville, FL 32204
Phone: 904-354-5200
Fax:    904-354-5256
afranson@atritt.com

Williams Mullen Hofheimer Nusbaum
Attn: David Greer
999 Waterside Drive, Ste 1700
PO Box 3460
Norfolk, VA 23514-3460
Phone: 757-629-0617
Fax: 757-629-0660
dgreer@williamsmullen.com

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State St.
Columbus, OH 432 15-4294
Phone: 614-462-5404
Fax: 614-464-2634
scupps@keglerbrown.com

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Phone: 302-421-6840
Fax: 302-421-5873
mminuti@saul.com

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dri., Ste 2540
Tampa, FL 33602
Phone: 813-229-1700

3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312
Phone: 954-763-4242
Fax: 954-764-7770
dgonzales@wsh-law.com

Brown Raysman Millstein Felder & Steiner,
LLP
Attn: Gerard Catalanello
900 Third Ave.
New York, NY 10022
Phone: 212-895-2000
Fax:    212-895-2900
gcatalanello@brownraysman.com

Johnson, Pope, Bokor, Ruppel & Burns LLP
Attn: Michael Markham
PO Box 1368
Clearwater, FL 33757
Phone: 727-461-1818
Fax: 727-443-6548
michaelm@jpfirm.com

Williams Mullen Hofheimer Nusbaum
Attn: Paul Bliley
1021 East Gary St.
P0 Box 1320
Richmond, VA 232 18-1320
Phone: 804-783-6448
Fax: 804-783-6507
pbliley@williamsmullen.com

Bingham McCutchen LLP
Attn: Anthony Smits
One State St.
Hartford, CT 06103
Phone: 860-240-2700
Fax: 860-240-2800
anthony.smits@bingham.com

Thompson, O'Brien, Kemp & Nasuti PC
Attn:   Albert Nasuti
40 Technology Parkway South, Ste 300
Norcross, GA 30092
Phone: 770-925-0111

2307346v1

Fax:    813-229-1707
ecf@jennisbowen.com

Polsinelli Shalton Welte Suelthaus PC
Attn: James E. Bird
700 West 47th St., Ste 1000
Kansas City, MI 64112
Phone: 816-753-1000
Fax: 816-753-1536
jbird@pswslaw.com

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106
Phone: 215-829-0014
Fax:    215-829-0059
jchebot@wbc-lawyers.com

Blanco Tacklabery Combs & Matamoros,
PA
Attn: Gene B. Tan
P0 Drawer 25008
Winston-Salem, NC 27114-5008
Phone: 336-293-9000
Fax:    336-293-9030
gbt@btcmlaw.com

Phelps Dunbar
Attn:    Douglas C. Noble
Ill        East Capital, Ste 600
P0 Box 23066
Jackson, MS 39225-3066
Phone: 601-352-2300
Fax: 601-360-9777
nobled@phelps.com

Simon Property Group
Attn:    Ronald Tucker
115 West Washington St.
Indianapolis, IN 46204
Phone: 317-263-2346
Fax: 317-263-7901
rtucker@simon.com

Fax: 770-925-8597
anasuti@tokn.com

Polsinelli Shalton Welte Suelthaus PC
Attn: Daniel Flanigan
292 Madison Ave., 17th Fl.
New York, NY 10017
Phone: 212-684-0199
Fax: 212-684-0197
dflanigan@pswslaw.com

Clark, Partington, Hart, Larry, Bond &
Slackhouse
Attn: Keith L. Bell, Jr
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32501
Phone: 850-434-9200
Fax: 850-434-7340
kbell@cphlaw.com

Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
PG Box 1098
Gainesville, GA 30503
Phone: 770-536-3381
Fax:    770-5314481
bpatten@sgwfirm.com

Smith, Anderson, Blount, Dorsett, Mitchell
& Jernigan LLP
Attn: Amos U. Priester IV
P0 Box 2611
Raleigh, NC 27602-2611
Phone: 919-821-1220
Fax:    919-821-6800
apriester@smithlaw.com

Stoel Rives LLP
Attn: Peter L. Slinn
600 University St., Ste 3600
Seattle, WA 98101
Phone: 206-624-0900
Fax: 206-386-7500
plslinn@stoel.com

2307346v1