SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** : | **Case No. 05-11063 (RDD)** |
| : | |
| Debtors. [1] : | **(Jointly Administered)** |
| : | |
------------------------------------------------------------x

**SIXTH SUBMISSION OF A COMPLETED RETENTION QUESTIONNAIRE OF AN ORDINARY COURSE PROFESSIONAL PURSUANT TO ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors hereby file, in accordance with the terms of the Order

Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Course of Business (the "Order"),[2] a completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

    1.    Teague Campbell Dennis & Gorham, LLP (Exhibit A)

In accordance with the terms of the Order, the Debtors shall serve a copy of the above referenced completed Questionnaire upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of the above referenced Ordinary Course Professional.

Dated:  April 6, 2005

        /s/  D. J. Baker
        D. J. Baker (DB 0085)
        Sally McDonald Henry (SH 0839)
        Rosalie Walker Gray
        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP
        Four Times Square
        New York, New York 10036
        Telephone:    (212) 735-3000
        Facsimile:     (212) 735-2000

        Attorneys for Debtors

---

[2]    Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Dayle A. Flammia_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

   Teague, Campbell, Dennis & Gorham

   1621 Midtown Place

   Raleigh, North Carolina   27609

2. Date of retention:   1/10/00 (earliest date of open files)

Questionnaire of: <u>Teague, Campbell, Dennis & Gorham</u>
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   <u>legal</u>

4. Brief description of services to be provided:

   <u>Defense of claims in liability and workers' compensation cases.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>hourly</u>

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   <u>$130.00 / hour</u>

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $ <u>3,619.70 billed      $89.50 pending</u>

   Date claim arose: <u>all prior to February 21, 2005.</u>

   Source of claim: <u>legal defense of claims in litigation - attorneys' fees and expenses.</u>

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>N/A</u>

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

Questionnaire of: <u>Teague, Campbell, Dennis & Gorham</u>
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: <u>N/A</u>

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: <u>N/A</u>

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    <u>N/A</u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>March 31, 2005.</u>

*[signature]*

Name: <u>Dayle A. Flammia</u>
Title: <u>Senior Partner</u>
Company: <u>Teague, Campbell, Dennis & Gorham</u>
Address: <u>1621 Midtown Place</u>
<u>Raleigh, NC 27609</u>
Telephone: <u>(919) 873-0166</u>
Facsimile: <u>(919) 873-1814</u>