SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re                                         :
                                              :        Chapter 11
                                              :
WINN-DIXIE STORES, INC., et al.,              :        Case No. 05-11063 (RDD)
                                              :
              Debtors.                        :        (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE WITH RESPECT TO FOURTH AND FIFTH SUBMISSIONS OF COMPLETED RETENTION QUESTIONNAIRES OF CERTAIN ORDINARY COURSE PROFESSIONALS PURSUANT TO ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

I, Keith Sambur, hereby certify that I caused to be served the (i) Fourth Submission of Completed Retention Questionnaires of Certain Ordinary Course Professionals Pursuant to Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business on April 4, 2005 and (ii) Fifth Submission of a Completed Retention Questionnaire of an Ordinary Course Professional Pursuant to Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business on April 5, 2005, by having

true and correct copies thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: April 6, 2005
      New York, New York

                              /s/ *Keith Sambur*
                              Keith Sambur
                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP
                              Four Times Square
                              New York, New York 10036
                              Telephone: (212) 735-3479
                              Facsimile: (917) 777-3479

## **EXHIBIT A**

**EXHIBIT A**

| | |
|---|---|
| Deirdre A. Martini, Esq.<br>United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>deirdre.martini@usdoj.gov | Richard C. Morrissey, Esq.<br>Trial Attorney<br>Office of United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>richard.morrissey@usdoj.gov |
| Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn:, Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY  10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>Jhelfat@oshr.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com |