**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                              )

**In re:**                                         ) **Chapter 11**
                                                              )
**WINN-DIXIE STORES, INC., et al,**        ) **Case No. 05-11063 (RDD)**
                                                             )
                                      **Debtors.**     ) **(Jointly Administered)**
_____)

## CERTIFICATE OF SERVICE

     I, Thomas R. Slome, hereby certify that on this 7th day of April 2005, I caused a true and correct copy of the Joinder Of Certain Utility Companies In Support Of Motion Of Buffalo Rock Company To Transfer Venue Of Debtors' Bankruptcy Cases To The United States Bankruptcy Court For The Middle District Of Florida and the notice of electronic filing be sent via facsimile, on the parties listed on the annexed service list.

                                              /s/ Thomas R. Slome
                                              Thomas R. Slome (TS-0957)

Service List

David J. Baker, Esq.
Sally McDonald Henry, Esq.
Alexandra Margolis, Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York  10036
Fax No.:  212-735-2000

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004
Fax No.: 212-668-2255

Jonathan N. Helfat, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, NY 10169
Fax No.: 212-682-6104

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax No.: 212-530-5219

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Fax No: 212-697-1559

Robert B. Rubin, Esq.
Derek F. Meek, Esq.
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmington, AL 35203

Joel H. Levitin, Esq.
Elise scherr Frejka, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
Fax No.: 212-698-3599