UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

WINN DIXIE STORES, INC., et al

                                  Debtor.

In re: Case No. 05-11063-RDD
Chapter 11

-------------------------------------------------------------------x

                                  Plaintiff

    v.

Adversary Proceeding
Case No.

                                  Defendant
-------------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Albert F. Nasuti_____, a member in good standing of the bar in the State of

Georgia_____, or of the bar of the U.S. District Court for the Northern District of

_Georgia___, request admission, *pro hac vice*, before the Honorable

Robert D. Drain_____, to represent _Mansfield Oil Company_____, a

___creditor_____ in the above referenced [XX] case [ ] adversary proceeding.

My:   address is  40 Technology Parkway South, Suite 300, Norcross, GA 30092

        e-mail address is anasuti@tokn.com; telephone number is  770-925-0111

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: March 9, 2005
        New York, New York      *[signature: Albert F. Nasuti]*

RECEIVED
MAR 14 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK