UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:

WINN-DIXIE STORES, INC., et al.,        Case No.: 05-11063 (RDD)

        Debtors.        Chapter 11
                                              Jointly Administered
_____/

## ORDER

ORDERED, that Kenneth D. Herron, Jr., is admitted to practice, *pro hac vice*, in the above captioned Chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

     DATED: April 7, 2005

                                              /s/Robert D. Drain
                                              ROBERT D. DRAIN
                                              United States Bankruptcy Judge