UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC. *et al.*, | ) | Case No. 05-11063 |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Peter J. Rathwell, having represented that he is a member in good standing of the bar in the State of Arizona and in the United States District Court, District of Arizona; having requested admission, *pro hac vice,* to represent Dial Corporation, a creditor in the above-referenced jointly-administered cases.

**ORDERED,**

that Peter J. Rathwell, Esq., is admitted to practice, *pro hac vice,* in the above-referenced jointly-administered cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:     April 7, 2005
           New York, New York

                                    /s/Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE

A:\#1653733 v1 - DIAL CORP-ORDER FOR ADMISSION.doc