SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                            :
                                                 :   Chapter 11
                                                 :
**WINN-DIXIE STORES, INC., et al.,**   :   Case No. 05-11063 (RDD)
                                                 :
        Debtors.                                 :   (Jointly Administered)
                                                 :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' REPLY TO LIMITED OBJECTION BY CANE RIVER ASSOCIATES TO THE DEBTORS' REJECTION OF CERTAIN UNEXPIRED REAL PROPERTY LEASES AND THE PROCEDURES ASSOCIATED WITH PROPOSED REJECTION OF ADDITIONAL LEASES**

I, Adam S. Ravin, hereby certify that, on April 6, 2005, I caused to be served the Debtors' Reply to Limited Objection by Cane River Associates to the Debtors' Rejection of Certain Unexpired Real Property Leases and the Procedures Associated with Proposed Rejection of Additional Leases, by having true and correct copies thereof sent via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A hereto and (ii) first-class mail, postage pre-paid and facsimile to the party listed in Exhibit B hereto.

Dated: April 7, 2005
       New York, New York

                                        /s/  Adam S. Ravin
                                        Adam S. Ravin
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                          & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        Telephone: (212) 735-3389
                                        Facsimile: (917) 777-3389

## **EXHIBIT A**

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax: 212-668-2255


Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax: 212-668-2255


Otterbourg, Steindler, Houston & Rosen, P.C.
Attn:, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104


Jhelfat@oshr.comMilbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219

**EXHIBIT B**

Cane River Associates
C/O Law Offices of David B. Katz
Attn: David B. Katz
45 Broadway, 14th Fl.
New York, NY 10006
Phone: 212-269-1900
Fax: 212-269-4516