SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** : | **Case No. 05-11063 (RDD)** |
| : | |
| Debtors.[1] : | **(Jointly Administered)** |
| : | |

-------------------------------------------------------------x

**AMENDMENT TO FOURTH SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES OF CERTAIN ORDINARY COURSE PROFESSIONALS PURSUANT TO ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE <u>ORDINARY COURSE OF BUSINESS</u>**

On April 4, 2005, the Debtors filed, in accordance with the terms of the

Order Authorizing Debtors to Retain and Compensate Professionals Used in the

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Ordinary Course of Business (the "Order"),[2] completed Questionnaires in the Fourth Submission of Completed Retention Questionnaires of Certain Ordinary Course Professionals Pursuant to Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course Of Business (the "Fourth Submission"). Subsequently, it became necessary for the Ordinary Course Professional listed as Number 24 in the Fourth Submission, to amend its response due to a typographical error in the Questionnaire. The amended Questionnaire is attached hereto as <u>Exhibit X</u> to correspond to this Ordinary Course Professional's Questionnaire submitted in the Fourth Submission.

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced amended Questionnaire upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender.

Dated: April 7, 2005

        /s/ *D. J. Baker*
        D. J. Baker (DB 0085)
        Sally McDonald Henry (SH 0839)
        Rosalie Walker Gray
        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP
        Four Times Square
        New York, New York 10036
        Telephone:   (212) 735-3000
        Facsimile:    (212) 735-2000

        Attorneys for Debtors

**Exhibit X**

<u>EXHIBIT B</u>

*In Re Winn-Dixie Stores, Inc., et al.*
Chapter 11 Case No. 05-11063

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC. AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT</u>:

> Brian C. Walsh
> King & Spalding LLP
> 191 Peachtree Street
> Atlanta, Georgia 30303-1763

If more space is needed, please complete on a separate page and attached.

I, **EDWARD H. TRENT**, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1.  Name and address of firm:

**AKERMAN SENTERFITT**

| | |
|---|---|
| 50 N. Laura Street, Suite 2500<br>Jacksonville, Florida  32202-3646 | 255 South Orange Avenue<br>Orlando, Florida  32802-0231 |
| 106 East College Avenue, Suite 1200<br>Tallahassee, Florida  32301 | One Southeast Third Avenue, 28th Floor<br>Miami, Florida  33131-1714 |
| Esperante Building, 4th Floor<br>222 Lakeview Avenue, Suite 400<br>West Palm Beach, Florida  33401-6183 | Wachovia Center, Suite 1500<br>100 South Ashley Drive<br>Tampa, Florida  33602-5311 |
| Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida  33301-28711 | 801 Pennsylvania Avenue, N.W.<br>Suite 750<br>Washington, D.C.  20004 |
| 131 West Main Street<br>Tavares, Florida  32778-3881 | |

2. Date of retention:

**The relationship for labor and employment matters began May 10, 2001.**

3. Type of services provided (accounting, legal, etc.):

**Legal**

4. Brief description of services to be provided:

**Defense of claim of employment discrimination or violation of any federal, state, or local law, rule, or ordinance governing employer-employee relations, including compensation; Medicaid audits and other matters related to Winn-Dixie's pharmacies. In the past, Akerman has provided services related to documentary stamp taxes, plus penalties and interest, on leases that contained an unconditional promise to pay; and negotiating with governmental agencies, e.g., with the Department of Financial Services on an $11 million reduction in the amount the Department was demanding for a bond on Winn-Dixie's self-insured workers compensation program.**

5. Arrangements for compensation (hourly, contingent, etc.):

**Hourly**

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

| | |
|---|---|
| **James Bruce Culpepper** | **$185.00/hr.** |
| **Martin R. Dix** | **$275.00/hr.** |
| **Katherine E. Giddings** | **$305.00/hr.** |
| **Debra M. Lubkin** | **$240.00/hr.** |
| **Roseanne Norwood** | **$100.00/hr.** |
| **Edward H. Trent** | **$185.00/hr.** |

7. Pre-petition claims against any of the Debtors held by the firm:

**Pre-Petition Accounts Receivable**

The following amounts remain outstanding on the following Winn-Dixie matters:

| Matter Name | Bill No. | Bill Date | Outstanding Balance |
|---|---|---|---|
| *General* | 7971024 | 02/24/05 | $ 5,075.86 |
| | 7980257 | 03/28/05 | 618.75 |
| **Matter Total:** | | | $ 5,694.61 |

2

| Matter Name | Bill No. | Bill Date | Outstanding Balance |
|---|---|---|---|
| *Winn-Dixie Stores, Inc.* | 7794944 | 02/19/03 | $    936.20 |
| *v. Reddick & Stokes* | 7815829 | 05/16/03 | 102.27 |
| | 7825447 | 06/24/03 | 311.50 |
| | 7828168 | 07/10/03 | 8.00 |
| | 7836054 | 08/12/03 | 4,372.58 |
| | 7852947 | 10/11/03 | 20.00 |
| | 7858168 | 11/12/03 | 7.00 |
| | 7869778 | 01/09/04 | 825.00 |
| | 7889252 | 03/26/04 | 6,571.88 |
| | 7896990 | 04/30/04 | 4,542.23 |
| | 7925523 | 08/19/04 | 61.00 |
| | 7944107 | 10/20/04 | 44.90 |
| | 7954747 | 12/15/04 | 181.33 |
| | 7970119 | 02/21/05 | 9,443.38 |
| | 7979226 | 03/22/05 | <u>6,140.76</u> |
| Matter Total: | | | $33,568.03 |
| | | | |
| *Darlene Smith* | 7869774 | 01/09/04 | $    927.30 |
| *v. Winn-Dixie Stores, Inc.* | | | |
| | | | |
| *Delores Hall* | 7910902 | 06/21/04 | $     87.00 |
| *v. Winn-Dixie Stores, Inc.* | 7924045 | 08/12/04 | 4,784.00 |
| | 7929400 | 09/08/04 | 1,479.50 |
| | 0144153 | to be billed | <u>529.00</u> |
| Matter Total: | | | $ 6,879.50 |
| | | | |
| *Milagros Cruz* | 7902474 | 05/19/04 | $ 1,030.00 |
| *v. Winn-Dixie Stores, Inc.* | 7925489 | 08/19/04 | 744.00 |
| | 0147325 | to be billed | <u>168.00</u> |
| Matter Total: | | | $ 1,942.00 |
| | | | |
| *Blanc & Thompson* | 7944423 | 10/22/04 | $      1.60 |
| *v. Winn-Dixie Stores, Inc.* | 7944437 | 10/22/04 | <u>3,037.20</u> |
| Matter Total: | | | $ 3,038.80 |
| | | | |
| *Victoria Milton* | 7970121 | 02/21/05 | $ 1,668.00 |
| *v. Winn-Dixie Stores, Inc.* | 7979229 | 03/22/05 | <u>1,136.50</u> |
| Matter Total: | | | $ 2,804.50 |
| | | | |
| *Boise Cascade* | 7825448 | 06/24/05 | $    112.50 |
| *v. Winn-Dixie Stores, Inc.* | | | |
| | | | |
| *Winn-Dixie Stores, Inc.* | 7969474 | 02/17/05 | $ 2,537.10 |
| *v. Dept. of Financial Services* | 7976163 | 03/10/05 | <u>6,980.74</u> |
| Matter Total: | | | $ 9,517.84 |

3

| Matter Name | Bill No. | Bill Date | Outstanding Balance |
|---|---|---|---|
| *Winn-Dixie Stores, Inc.* | 7962299 | 01/21/05 | $ 1,490.00 |
| *- Medicaid Audit* | 7971791 | 02/28/05 | 1,475.00 |
| | 7979042 | 03/21/05 | 215.00 |
| **Matter Total:** | | | $ 3,180.00 |

**OUTSTANDING BALANCE:**                                                                                    $67,665.08

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   None

9. Stock of any of the Debtors currently held by the firm:

   None

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: **While a survey of all members, associates, and professional employees of the firm has not been completed, the following information is provided. Should additional information come to light that is required to be disclosed, a supplemental affidavit will be filed.**

    Edward B. Davis
    Shareholder
    Common Stock
    2,019 Shares

    Joseph W. Hatchett
    Shareholder
    Common Stock
    200 Shares

    Allison E. Turnbull
    Associate
    Common Stock
    200 Shares

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    Although the firm has been approached (should the bankruptcy case be transferred to Jacksonville, Florida) by numerous current and potential clients with claims adverse to the bankruptcy estate, the firm has yet to accept any such representation.

4

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: *April 4, 2005*

_____
Edward H. Trent, Esq.
Shareholder
AKERMAN SENTERFITT
50 N. Laura Street, Suite 2500
Jacksonville, Florida  32202
Telephone:    (904) 798-3700
Facsimile:    (904) 788-3730

5