BRENNER KAPROSY, L.L.P
50 East Washington Street
Chagrin Falls, Ohio 44022
Tel: 440-247-5555
Fax: 440-247-5551
T. David Mitchell, Of Counsel
(OH Bar No. 0042601)


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| WINN DIXIE STORES, INC., et al., | Case No. 05-11063 (RDD) |
| Debtors. | Jointly Administered |

---------------------------------------------------

## **MOTION FOR ADMISSION PRO HAC VICE**

T. David Mitchell, Of Counsel to the law firm of Brenner Kaprosy, L.L.P., 50 East Washington Street, Chagrin Falls, Ohio 44022, (tel) 440-247-5555, (fax) 440-247-5551, (e-mail) tdavidmitchell@msn.com, attorney for Turney Dunham Plaza Partners Limited Partnership, an Ohio limited partnership, respectfully moves this Honorable Court pursuant to LBR 2090-1(b), for admission *pro hac vice* to the United States Bankruptcy Court for the Southern District of New York in the above-captioned proceeding,. The undersigned represents to the Court that he is a member in good standing of the bar of the highest court of the State of Ohio and is admitted to practice in the United States District Court for the Northern District of Ohio.

Dated:  April 5, 2005                                    Respectfully submitted,
       Chagrin Falls, Ohio

<u>/s/ T. David Mitchell</u>
T. David Mitchell, Of Counsel (0042601)
BRENNER KAPROSY, L.L.P.
50 East Washington Street
Chagrin Falls, Ohio 44022
440-247-5555
(fax) 440-247-5551

Attorney for Turney Dunham Plaza Partners
Limited Partnership

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Appearance and Request for Notices was served by regular U.S. Mail, postage prepaid, properly addressed, to the following this 5th day of April, 2005:

    Office of the United States Trustee
    For the Southern District of New York
    33 Whitehall Street-21 st Floor
    New York, NY 10004

    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, NY 10036
    Attn:  D.J. Baker, Esq.

    Milbank, LLP
    One Chase Manhattan Plaza
    New York, NY 10005
    Attn:  Mathew S. Barr, Esq.

                                            /s/ T. David Mitchell
                                            T. David Mitchell