SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                         :
                                                              :    **Chapter 11**
                                                              :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**                   :    Case No. 05-11063 (RDD)
                                                              :
                    Debtors. [1]                              :    (Jointly Administered)
                                                              :
---------------------------------------------------------------x

### PRELIMINARY OBJECTION OF DEBTORS TO UNNOTICED MOTION TO LIFT STAY FILED BY LATASHA SANDERS, AS GUARDIAN AND NEXT FRIEND OF JANIYA BURSE

Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), hereby object, on a preliminary basis, to the Motion to Lift Stay (the "Motion") filed by Latasha Sanders, as Guardian and Next Friend of Janiya Burse (the "Movant"):

    1.    The Motion appeared on the docket for the first time on March 25, 2005, at docket number 528. The docket entry reflects that the Motion was originally filed on March 8, 2005. The Debtors had no knowledge of the earlier filing.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. The Motion has not been served on the Debtors, the Creditors Committee or any other necessary party in interest in these cases, and no objection deadline or hearing date has been established with respect to the Motion.

3. The Debtors (and all other parties in interest) reserve the right to fully respond in opposition to the Motion once the Movant has satisfied the procedural requirements for having the Motion considered by this Court.

4. In the interim, the Debtors object to the Motion on the grounds that it seeks to modify the automatic stay for the purpose of proceeding against any policy of insurance held by the Debtors with respect to the Movant's claim. In fact, there is no such insurance policy. The Debtors are self-insured for the first $2 million in liability on any such claim. Therefore, the relief sought by the Movant cannot be granted.

5. The Movant's claim, if established, will be treated like all other unsecured claims against the Debtors. It is premature at this early stage in the Debtors' cases for the automatic stay to be lifted in favor of any claimant involved in pending litigation.

Wherefore, the Debtors request that the Motion be denied in full and that they be granted such other and further relief as is just and proper under the circumstances.

Dated: April 7, 2005

/s/  D. J. Baker
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

Attorneys for Debtors

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 7, 2005, a true and correct copy of the foregoing PRELIMINARY OBJECTION OF DEBTORS TO UNNOTICED MOTION TO LIFT STAY FILED BY LATASHA SANDERS, AS GUARDIAN AND NEXT FRIEND OF JANIYA BURSE was served by United States first class mail and either e-mail or facsimile upon the following parties in interest:

    Dennis C. Sweet, III
    Omar L. Nelson
    Kabah S. McCullough
    Sweet & Freese, PLLC
    P. O. Box 1178
    Jackson, Mississippi 39215
    Facsimile:  (601) 965-8719

    Richard C. Morrissey
    Office of United States Trustee
    33 Whitehall Street, Suite 2100
    New York, New York 10004
    Facsimile:  (212) 668-2256

    Dennis Dunne
    Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York, New York 10005
    Facsimile:  (212) 822-5770

    Jonathan N. Helfat
    Otterbourg, Steindler, Houston & Rosen, P.C.
    230 Park Avenue
    New York, New York 10169
    Facsimile: 212-682-6104

                            /s/  *Rosalie Walker Gray*
                            Rosalie Walker Gray