# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.   05-11063 (RDD) |
| **Winn-Dixie Stores, Inc.** | **Chapter 11** |
| **Debtor.** | |

## STATEMENT OF FINANCIAL AFFAIRS

Winn-Dixie Stores, Inc. (the "Debtor") hereby submits its Statement of Financial Affairs (the "Statement") pursuant  to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

The Debtor has used its best efforts to compile the information contained in the Statement, based on its books and records maintained in the ordinary course of its business.

The Statement remains subject to further review and verification by the Debtor.  Subsequent information may result in material changes in financial or other data contained in the Statement. The Debtor reserves the right to amend the Statement from time to time as may be necessary or appropriate.

### Declaration

I, Bennett L. Nussbaum, declare under penalty of perjury that I have read the answers contained in this Statement and that they are true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: April 7, 2005

/s/ *Bennett L. Nussbaum*
Signature

Bennett L. Nussbaum
Name

Senior Vice President & Chief Financial Officer
Title

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

### 1.    INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

**None**  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐  of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also
the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains,
or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.
Identify the beginning and the ending dates of the debtor's fiscal year).

| AMOUNT | PERIOD | SOURCE (if more than one) |
|---|---|---|
| $3,569,467,169.00 | PERIOD:  07/01/04 - 02/21/05 | SOURCE:  TOTAL GROSS SALES |
| $5,750,081,466.00 | PERIOD:  06/26/03 - 06/30/04 | SOURCE:  TOTAL GROSS SALES |
| $5,969,116,514.00 | PERIOD:  06/27/02 - 06/25/03 | SOURCE:  TOTAL GROSS SALES |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

## 2.    INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

**None**   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the

☐   debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.

| AMOUNT | PERIOD | SOURCE |
|---|---|---|
| $18,636,338.00 | PERIOD:  07/01/04 - 02/21/05 | SOURCE:  OTHER INCOME |
| $32,731,198.00 | PERIOD:  06/26/03 - 06/30/04 | SOURCE:  OTHER INCOME |
| $78,241,118.00 | PERIOD:  06/27/02 - 06/25/03 | SOURCE:  OTHER INCOME |

Other income may consist of one or more of the following: gains on sales of fixed assets, cash discounts, audit refunds, commissions and other miscellaneous items.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                                      Case No:   **05-11063 (RDD)**

---

### 3.      PAYMENTS TO CREDITORS

**None**     a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than

☐              $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.

---

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

The obligations of Winn-Dixie Stores, Inc. and its affiliated debtors are paid by and through Winn-Dixie Stores, Inc., notwithstanding the fact that certain obligations may, technically, be obligations of one or more of the affiliated debtors.  Accordingly, the list of payments responsive to this Item 3a includes payments both to creditors of Winn-Dixie Stores, Inc. and to creditors of its affiliated debtors.  Any payments made by Winn-Dixie Stores, Inc. that are identified as allocable to an affiliated debtor are charged to the affiliated debtor on the intercompany ledger.

The list of payments is voluminous in nature, consisting of approximately 76,000 entries on 2,000 pages.  To avoid overburdening the filing system, the list is not included herewith.  Instead, the list has been separately provided to the United States Trustee and the Official Committee of Unsecured Creditors and is available to all parties in interest at the Debtor's claims agent website: www.loganandco.com.

The list does not include employee payroll amounts.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

Page 1 of 1

---

**In re:  WINN-DIXIE STORES, INC.**                                    **Case No:   05-11063 (RDD)**

---

### 3.    PAYMENTS TO CREDITORS

**None**    b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit

☐           of creditors who are or were insiders.

---

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

See Exhibit 3b.  The obligations of Winn-Dixie Stores, Inc. and its affiliated debtors are paid by and through Winn-Dixie Stores, Inc., notwithstanding the fact that certain obligations may, technically, be obligations of one or more of the affiliated debtors.  Accordingly, certain of the payments to insiders set forth on Exhibit 3b were made to insiders of the affiliated debtors.

The individuals identified as insiders for purposes of Exhibit 3b include directors and officers of Winn-Dixie Stores, Inc., as to which reporting is required by the rules of the Securities and Exchange Commission.  Individuals who are not subject to required reporting have been omitted for privacy reasons.  Payment information as to such individuals will be provided on a confidential basis upon request to the Office of the United States Trustee, the DIP Lenders and the Official Committee of Unsecured Creditors.

The value of personal use of aircraft is treated as compensation and is therefore included in Exhibit 3b.

Exhibit 3b does not include unvested, restricted stock grants to the listed insiders.

**Statement of Financial Affairs**
**3B. Payments to Insiders**

In re:  **WINN-DIXIE STORES, INC.**                                                **Case No.:   05-11063 (RDD)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| APPEL, LAURENCE B. | 606184 | 02/27/04 | $26,666.67 | REGULAR EARNINGS |
| 5050 EDGEWOOD COURT | 607298 | 03/31/04 | $31,250.00 | REGULAR EARNINGS |
| JACKSONVILLE, FL 32254 | 608409 | 04/30/04 | $31,250.00 | REGULAR EARNINGS |
| Creditor Id:  377845 | 609528 | 05/28/04 | $31,250.00 | REGULAR EARNINGS |
| | 610653 | 06/30/04 | $31,250.00 | REGULAR EARNINGS |
| | 601375 | 07/05/04 | $25,000.00 | BONUS |
| | 611542 | 07/30/04 | $222.61 | EXPENSE REIMBURSEMENT |
| | 611542 | 07/30/04 | $31,250.00 | REGULAR EARNINGS |
| | 622638 | 08/19/04 | $27,407.68 | CONTINGENT CASH PAYMENT |
| | 625935 | 08/25/04 | $87,754.33 | BONUS |
| | 612627 | 08/31/04 | $32,481.06 | REGULAR EARNINGS |
| | 613492 | 09/30/04 | $33,333.33 | REGULAR EARNINGS |
| | 650083 | 10/11/04 | $26,240.00 | CONTINGENT CASH PAYMENT |
| | 614584 | 10/29/04 | $33,333.33 | REGULAR EARNINGS |
| | 662617 | 11/05/04 | $105,822.00 | BONUS |
| | 615686 | 11/30/04 | $33,333.33 | REGULAR EARNINGS |
| | 616799 | 12/31/04 | $33,333.33 | REGULAR EARNINGS |
| | 693449 | 01/27/05 | $200,000.00 | RETENTION BONUS |
| | 617920 | 01/31/05 | $33,333.33 | REGULAR EARNINGS |
| | 619042 | 02/18/05 | $33,333.33 | REGULAR EARNINGS |
| | | | **Total:** | **$887,844.33** |

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| DAVIS, A. DANO | N80R | 06/19/04 | $2,733.63 | PERSONAL USE OF AIRCRAFT |
| PO BOX 19366 | N80R | 06/19/04 | $2,733.63 | PERSONAL USE OF AIRCRAFT |
| JACKSONVILLE, FL 32245-9366 | N80R | 06/26/04 | $2,343.11 | PERSONAL USE OF AIRCRAFT |
| Creditor Id:  378208 | N80R | 06/26/04 | $2,343.11 | PERSONAL USE OF AIRCRAFT |
| | CHECK | 11/01/04 | $23,304.42 | DIRECTOR'S FEES |
| | N65R | 12/10/04 | $1,437.54 | PERSONAL USE OF AIRCRAFT |
| | N65R | 12/10/04 | $1,379.61 | PERSONAL USE OF AIRCRAFT |
| | N65R | 12/12/04 | $700.23 | PERSONAL USE OF AIRCRAFT |
| | | | **Total:** | **$36,975.28** |

**Statement of Financial Affairs**
**3B. Payments to Insiders**

**In re: WINN-DIXIE STORES, INC.**                                        **Case No.:  05-11063 (RDD)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| HENRY, DAVID F. | 606206 | 02/27/04 | $24,166.67 | REGULAR EARNINGS |
| 5050 EDGEWOOD COURT | 607319 | 03/31/04 | $26,666.67 | REGULAR EARNINGS |
| JACKSONVILLE, FL 32254 | 608429 | 04/30/04 | $26,666.67 | REGULAR EARNINGS |
| Creditor Id: 377861 | 609548 | 05/28/04 | $26,666.67 | REGULAR EARNINGS |
| | 594070 | 06/24/04 | $6,504.60 | CONTINGENT CASH PAYMENT |
| | 611015 | 06/29/04 | $26,666.67 | REGULAR EARNINGS |
| | 601377 | 07/05/04 | $25,000.00 | BONUS |
| | 611774 | 07/30/04 | $26,666.67 | REGULAR EARNINGS |
| | 622647 | 08/19/04 | $16,253.30 | CONTINGENT CASH PAYMENT |
| | 622648 | 08/19/04 | $7,648.96 | CONTINGENT CASH PAYMENT |
| | 625964 | 08/25/04 | $74,883.69 | BONUS |
| | 612865 | 08/31/04 | $26,666.67 | REGULAR EARNINGS |
| | 613500 | 09/30/04 | $26,666.67 | REGULAR EARNINGS |
| | 614593 | 10/29/04 | $26,666.67 | REGULAR EARNINGS |
| | 662626 | 11/05/04 | $84,658.00 | BONUS |
| | 615696 | 11/30/04 | $26,666.67 | REGULAR EARNINGS |
| | 616808 | 12/31/04 | $26,666.67 | REGULAR EARNINGS |
| | 693204 | 01/25/05 | $160,000.00 | RETENTION BONUS |
| | 617929 | 01/31/05 | $26,666.67 | REGULAR EARNINGS |
| | 619051 | 02/18/05 | $26,666.67 | REGULAR EARNINGS |
| | | | **Total:** | **$719,115.26** |

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| JUDD, RICHARD C. | 606207 | 02/27/04 | $20.00 | EXPENSE REIMBURSEMENT |
| 5050 EDGEWOOD COURT | 606207 | 02/27/04 | $25,416.67 | REGULAR EARNINGS |
| JACKSONVILLE, FL 32254 | 607320 | 03/31/04 | $29,166.67 | REGULAR EARNINGS |
| Creditor Id: 377865 | 608430 | 04/30/04 | $29,166.67 | REGULAR EARNINGS |
| | 572771 | 05/13/04 | $6,606.00 | CONTINGENT CASH PAYMENT |
| | 609549 | 05/28/04 | $29,166.67 | REGULAR EARNINGS |
| | 594071 | 06/24/04 | $10,821.15 | CONTINGENT CASH PAYMENT |
| | 610675 | 06/30/04 | $29,166.67 | REGULAR EARNINGS |
| | 601378 | 07/05/04 | $25,000.00 | BONUS |
| | 611773 | 07/30/04 | $33,333.33 | REGULAR EARNINGS |
| | 622645 | 08/19/04 | $18,683.70 | CONTINGENT CASH PAYMENT |
| | 622646 | 08/19/04 | $7,032.32 | CONTINGENT CASH PAYMENT |
| | 625963 | 08/25/04 | $81,904.04 | BONUS |
| | 612864 | 08/31/04 | $33,333.33 | REGULAR EARNINGS |
| | 613498 | 09/30/04 | $33,333.33 | REGULAR EARNINGS |
| | 614591 | 10/29/04 | $33,333.33 | REGULAR EARNINGS |
| | 662624 | 11/05/04 | $105,822.00 | BONUS |
| | 615694 | 11/30/04 | $33,333.33 | REGULAR EARNINGS |
| | 616806 | 12/31/04 | $33,333.33 | REGULAR EARNINGS |
| | 693203 | 01/25/05 | $200,000.00 | RETENTION BONUS |
| | 617927 | 01/31/05 | $33,333.33 | REGULAR EARNINGS |
| | 619049 | 02/18/05 | $33,333.33 | REGULAR EARNINGS |
| | | | **Total:** | **$864,639.20** |

# Statement of Financial Affairs
## 3B. Payments to Insiders

**In re:  WINN-DIXIE STORES, INC.**　　　　　　　　　　　　　　　　　　　**Case No.:  05-11063 (RDD)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| LAZARAN, FRANK | 605736 | 02/27/04 | $62,500.00 | REGULAR EARNINGS |
| 409 ROYAL TERN ROAD SOUTH | 606851 | 03/31/04 | $62,500.00 | REGULAR EARNINGS |
| PONTE VEDRA BEACH, FL 32082 | 565888 | 04/27/04 | $24,792.70 | CONTINGENT CASH PAYMENT |
| Creditor Id:  377868 | 607962 | 04/30/04 | $62,500.00 | REGULAR EARNINGS |
| | 609081 | 05/28/04 | $62,500.00 | REGULAR EARNINGS |
| | N80R | 06/11/04 | $1,714.08 | PERSONAL USE OF AIRCRAFT |
| | N80R | 06/13/04 | $1,714.08 | PERSONAL USE OF AIRCRAFT |
| | 594065 | 06/24/04 | $15,946.00 | CONTINGENT CASH PAYMENT |
| | 610203 | 06/30/04 | $62,500.00 | REGULAR EARNINGS |
| | 601369 | 07/05/04 | $45,000.00 | BONUS |
| | 611308 | 07/30/04 | $62,500.00 | REGULAR EARNINGS |
| | 622629 | 08/19/04 | $89,590.62 | CONTINGENT CASH PAYMENT |
| | 625884 | 08/25/04 | $292,514.42 | BONUS |
| | 612399 | 08/31/04 | $62,500.00 | REGULAR EARNINGS |
| | 612399 | 08/31/04 | $14.00 | EXPENSE REIMBURSEMENT |
| | 613502 | 09/30/04 | $62,500.00 | REGULAR EARNINGS |
| | 614595 | 10/29/04 | $62,500.00 | REGULAR EARNINGS |
| | 662628 | 11/05/04 | $248,020.00 | BONUS |
| | 615698 | 11/30/04 | $62,500.00 | REGULAR EARNINGS |
| | 615698 | 11/30/04 | $43.19 | EXPENSE REIMBURSEMENT |
| | 682416 | 12/30/04 | $24,456.53 | REGULAR EARNINGS |
| | 696120 | 02/03/05 | $36,933.27 | COBRA REIMBURSEMENT |
| | 696121 | 02/03/05 | $29,695.62 | BONUS |
| | 696122 | 02/03/05 | $14,847.81 | BONUS |
| | 696123 | 02/03/05 | $4,500,000.00 | SEVERANCE |
| | 696124 | 02/03/05 | $2,412,179.00 | CONTINGENT CASH PAYMENT |
| | CHECK | 02/04/05 | $18,463.93 | SRP PAYMENT |
| | | | **Total:** | **$8,380,925.25** |
| LYNCH, PETER | 679806 | 12/21/04 | $30,000.00 | RELOCATION ALLOWANCE |
| 5050 EDGEWOOD COURT | 679882 | 12/23/04 | $45,000.00 | BONUS |
| JACKSONVILLE, FL 32254 | 679943 | 12/31/04 | $52,173.91 | REGULAR EARNINGS |
| Creditor Id:  377869 | 685161 | 01/05/05 | $4,055.66 | COBRA REIMBURSEMENT |
| | 693487 | 01/31/05 | $75,000.00 | REGULAR EARNINGS |
| | 698398 | 02/10/05 | $3,884.03 | RELOCATION |
| | 619052 | 02/18/05 | $131.00 | EXPENSE REIMBURSEMENT |
| | 619052 | 02/18/05 | $75,000.00 | REGULAR EARNINGS |
| | CHECK | 02/18/05 | $1,500,000.00 | RETENTION BONUS |
| | | | **Total:** | **$1,785,244.60** |

# Statement of Financial Affairs
## 3B. Payments to Insiders

**In re:  WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| MATTA, MARK W. | 605737 | 02/27/04 | $25,000.00 | REGULAR EARNINGS |
| 13827 TORTUGA POINT | 552101 | 03/31/04 | $23,021.27 | CONTINGENT CASH PAYMENT |
| JACKSONVILLE, FL 32225 | 606852 | 03/31/04 | $27,500.00 | REGULAR EARNINGS |
| Creditor Id:  377872 | 607963 | 04/30/04 | $27,500.00 | REGULAR EARNINGS |
| | 609082 | 05/28/04 | $27,500.00 | REGULAR EARNINGS |
| | 610204 | 06/30/04 | $27,500.00 | REGULAR EARNINGS |
| | 601370 | 07/05/04 | $25,000.00 | BONUS |
| | 611306 | 07/30/04 | $27,500.00 | REGULAR EARNINGS |
| | 622628 | 08/19/04 | $8,921.26 | CONTINGENT CASH PAYMENT |
| | 625882 | 08/25/04 | $77,223.81 | BONUS |
| | 612397 | 08/31/04 | $27,500.00 | REGULAR EARNINGS |
| | 613497 | 09/30/04 | $27,500.00 | REGULAR EARNINGS |
| | 614590 | 10/29/04 | $27,500.00 | REGULAR EARNINGS |
| | 662623 | 11/05/04 | $87,303.00 | BONUS |
| | 615693 | 11/30/04 | $27,500.00 | REGULAR EARNINGS |
| | 616805 | 12/31/04 | $27,500.00 | REGULAR EARNINGS |
| | 693202 | 01/25/05 | $165,000.00 | RETENTION BONUS |
| | 617926 | 01/31/05 | $27,500.00 | REGULAR EARNINGS |
| | 619048 | 02/18/05 | $27,500.00 | REGULAR EARNINGS |
| | 703463 | 02/18/05 | $330,000.00 | SEVERANCE |
| | 703467 | 02/18/05 | $9,509.50 | COBRA REIMBURSEMENT |
| | 703475 | 02/21/05 | $330,000.00 | SEVERANCE |
| | 703476 | 02/21/05 | $4,387.63 | COBRA REIMBURSEMENT |
| | | | **Total:** | **$1,415,366.47** |
| | | | | |
| MCCOOK, RICHARD P. | 605738 | 02/27/04 | $34,583.33 | REGULAR EARNINGS |
| 13815 DEER CHASE PLACE | 606853 | 03/31/04 | $34,583.33 | REGULAR EARNINGS |
| JACKSONVILLE, FL 32224 | 552069 | 04/01/04 | $1,819,867.93 | SEVERANCE |
| Creditor Id:  377873 | 552070 | 04/01/04 | $6,931.97 | COBRA REIMBURSEMENT |
| | 552071 | 04/01/04 | $44,957.67 | CONTINGENT CASH PAYMENT |
| | 7201183 | 04/16/04 | $589.46 | EXPENSE REIMBURSEMENT |
| | 607964 | 04/30/04 | $34,583.33 | REGULAR EARNINGS |
| | 589590 | 06/11/04 | $34,583.33 | REGULAR EARNINGS |
| | 610205 | 06/30/04 | $25,151.51 | REGULAR EARNINGS |
| | CHECK | 08/05/04 | $59,767.65 | SRP PAYMENT |
| | | | **Total:** | **$2,095,599.51** |

## Statement of Financial Affairs
## 3B. Payments to Insiders

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| NOVAK, PAUL | 538061 | 03/03/04 | $87,500.00 | BONUS |
| 5050 EDGEWOOD COURT | 607321 | 03/31/04 | $33,166.67 | REGULAR EARNINGS |
| JACKSONVILLE, FL 32254-3601 | 608783 | 04/28/04 | $33,166.67 | REGULAR EARNINGS |
| Creditor Id:  377877 | 608783 | 04/28/04 | $2,102.61 | EXPENSE REIMBURSEMENT |
| | 609550 | 05/28/04 | $33,166.67 | REGULAR EARNINGS |
| | 609550 | 05/28/04 | $355.34 | EXPENSE REIMBURSEMENT |
| | 610676 | 06/30/04 | $677.11 | EXPENSE REIMBURSEMENT |
| | 610676 | 06/30/04 | $33,166.00 | REGULAR EARNINGS |
| | 601371 | 07/05/04 | $25,000.00 | BONUS |
| | 611772 | 07/30/04 | $33,166.67 | REGULAR EARNINGS |
| | 611772 | 07/30/04 | $322.97 | EXPENSE REIMBURSEMENT |
| | 625966 | 08/25/04 | $81,904.04 | BONUS |
| | 612867 | 08/31/04 | $33,166.67 | REGULAR EARNINGS |
| | 612867 | 08/31/04 | $472.49 | EXPENSE REIMBURSEMENT |
| | 613496 | 09/30/04 | $33,166.67 | REGULAR EARNINGS |
| | 614589 | 10/29/04 | $33,166.67 | REGULAR EARNINGS |
| | 614589 | 10/29/04 | $793.32 | EXPENSE REIMBURSEMENT |
| | 662622 | 11/05/04 | $92,594.00 | BONUS |
| | 615692 | 11/30/04 | $33,166.67 | REGULAR EARNINGS |
| | 679912 | 12/24/04 | $620.44 | RELOCATION |
| | 679942 | 12/31/04 | $5,268.12 | REGULAR EARNINGS |
| | 679942 | 12/31/04 | $579.45 | EXPENSE REIMBURSEMENT |
| | 7422207 | 01/06/05 | $920.63 | EXPENSE REIMBURSEMENT |
| | 687040 | 01/07/05 | $125,000.00 | SEVERANCE |

**Total:**          **$722,609.88**

# Statement of Financial Affairs
## 3B. Payments to Insiders

**In re:  WINN-DIXIE STORES, INC.**                                    **Case No.:   05-11063 (RDD)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| NUSSBAUM, BENNETT L. | 545161 | 03/18/04 | $112,500.00 | BONUS |
| 5050 EDGEWOOD COURT | 607322 | 03/31/04 | $46,166.67 | REGULAR EARNINGS |
| JACKSONVILLE, FL 32254 | 608784 | 04/28/04 | $46,166.67 | REGULAR EARNINGS |
| Creditor Id:  377878 | 609551 | 05/28/04 | $46,166.67 | REGULAR EARNINGS |
|  | 610677 | 06/30/04 | $46,166.67 | REGULAR EARNINGS |
|  | 610677 | 06/30/04 | $3,132.20 | EXPENSE REIMBURSEMENT |
|  | 601372 | 07/05/04 | $25,000.00 | BONUS |
|  | 611771 | 07/30/04 | $46,166.67 | REGULAR EARNINGS |
|  | 611771 | 07/30/04 | $571.50 | EXPENSE REIMBURSEMENT |
|  | 625962 | 08/25/04 | $113,072.80 | BONUS |
|  | 612863 | 08/31/04 | $46,166.67 | REGULAR EARNINGS |
|  | 612863 | 08/31/04 | $106.00 | EXPENSE REIMBURSEMENT |
|  | 613495 | 09/30/04 | $46,166.67 | REGULAR EARNINGS |
|  | 613495 | 09/30/04 | $329.00 | EXPENSE REIMBURSEMENT |
|  | 613961 | 09/30/04 | $221.50 | EXPENSE REIMBURSEMENT |
|  | 614588 | 10/29/04 | $46,166.67 | REGULAR EARNINGS |
|  | 614588 | 10/29/04 | $753.00 | EXPENSE REIMBURSEMENT |
|  | 662621 | 11/05/04 | $132,277.00 | BONUS |
|  | 615691 | 11/30/04 | $46,166.67 | REGULAR EARNINGS |
|  | 615691 | 11/30/04 | $36.00 | EXPENSE REIMBURSEMENT |
|  | 679911 | 12/24/04 | $19,331.45 | RELOCATION |
|  | 616804 | 12/31/04 | $46,166.67 | REGULAR EARNINGS |
|  | 616804 | 12/31/04 | $185.00 | EXPENSE REIMBURSEMENT |
|  | 693201 | 01/25/05 | $250,000.00 | RETENTION BONUS |
|  | 617925 | 01/31/05 | $46,166.67 | REGULAR EARNINGS |
|  | 619047 | 02/18/05 | $46,166.67 | REGULAR EARNINGS |

**Total:**      **$1,211,515.49**

# Statement of Financial Affairs
## 3B. Payments to Insiders

**In re:  WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| SALEM, KAREN E. | 606208 | 02/27/04 | $25,000.00 | REGULAR EARNINGS |
| 5050 EDGEWOOD COURT | 607323 | 03/31/04 | $26,666.67 | REGULAR EARNINGS |
| JACKSONVILLE, FL 32254 | 608433 | 04/30/04 | $116.72 | EXPENSE REIMBURSEMENT |
| Creditor Id:  377881 | 608433 | 04/30/04 | $26,666.67 | REGULAR EARNINGS |
| | 608433 | 04/30/04 | $116.72 | EXPENSE REIMBURSEMENT |
| | 609552 | 05/28/04 | $26,666.67 | REGULAR EARNINGS |
| | 610678 | 06/30/04 | $26,666.67 | REGULAR EARNINGS |
| | 601379 | 07/05/04 | $25,000.00 | BONUS |
| | 611775 | 07/30/04 | $26,666.67 | REGULAR EARNINGS |
| | 622649 | 08/19/04 | $26,850.47 | CONTINGENT CASH PAYMENT |
| | 625965 | 08/25/04 | $74,883.69 | BONUS |
| | 612866 | 08/31/04 | $26,666.67 | REGULAR EARNINGS |
| | 613501 | 09/30/04 | $26,666.67 | REGULAR EARNINGS |
| | 613501 | 09/30/04 | $9.74 | EXPENSE REIMBURSEMENT |
| | 614594 | 10/29/04 | $26,666.67 | REGULAR EARNINGS |
| | 662627 | 11/05/04 | $84,658.00 | BONUS |
| | 615697 | 11/30/04 | $26,666.67 | REGULAR EARNINGS |
| | 616809 | 12/31/04 | $26,666.67 | REGULAR EARNINGS |
| | 693205 | 01/25/05 | $160,000.00 | RETENTION BONUS |
| | 617930 | 01/31/05 | $26,666.67 | REGULAR EARNINGS |
| | 702172 | 02/18/05 | $12,000.00 | REGULAR EARNINGS |
| | | | **Total:** | **$701,968.71** |

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| SHEEHAN, DENNIS M. | 605739 | 02/27/04 | $25,000.00 | REGULAR EARNINGS |
| 216 DRIFTWOOD LANE | 541786 | 03/10/04 | $780,000.00 | SEVERANCE |
| LARGO, FL 33770 | 541787 | 03/10/04 | $8,316.01 | COBRA REIMBURSEMENT |
| Creditor Id:  377884 | 548814 | 03/31/04 | $25,000.00 | REGULAR EARNINGS |
| | 565915 | 04/30/04 | $25,000.00 | REGULAR EARNINGS |
| | 579548 | 05/28/04 | $25,000.00 | REGULAR EARNINGS |
| | 594112 | 06/30/04 | $22,379.02 | REGULAR EARNINGS |
| | 7286639 | 07/21/04 | $438.79 | EXPENSE REIMBURSEMENT |
| | 769906072304 | 07/23/04 | $20,000.00 | CONSULTING FEES |
| | 7296991 | 08/02/04 | $1,312.37 | EXPENSE REIMBURSEMENT |
| | 828178082304 | 08/23/04 | $20,000.00 | CONSULTING FEES |
| | 7330266 | 09/10/04 | $274.20 | EXPENSE REIMBURSEMENT |
| | 828178092304 | 09/23/04 | $20,000.00 | CONSULTING FEES |
| | 0160082913-0 | 09/27/04 | $769.80 | CONSULTING FEES |
| | 828178102504 | 10/25/04 | $20,000.00 | CONSULTING FEES |
| | 828178112204 | 11/22/04 | $70,000.00 | CONSULTING FEES |
| | BKRFEE12/8 | 12/08/04 | $34,251.72 | CONSULTING FEES |
| | 828178010305 | 01/03/05 | $8,506.08 | CONSULTING FEES |
| | WINNDIX01030 | 01/03/05 | $37,500.00 | CONSULTING FEES |
| | 0160082913-0 | 01/06/05 | $258.42 | CONSULTING FEES |
| | 828178012505 | 01/25/05 | $37,500.00 | CONSULTING FEES |
| | %FEE2/8 | 02/07/05 | $5,936.40 | CONSULTING FEES |
| | 4042 | 02/16/05 | $19,056.66 | CONSULTING FEES |
| | | | **Total:** | **$1,206,499.47** |

**Statement of Financial Affairs**
**3B. Payments to Insiders**

In re: **WINN-DIXIE STORES, INC.**                                    Case No.: **05-11063 (RDD)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| SHEEHAN, JOHN R. | 605740 | 02/27/04 | $25,550.00 | REGULAR EARNINGS |
| 701 GREAT EGRET WAY | 606854 | 03/31/04 | $25,550.00 | REGULAR EARNINGS |
| PONTE VEDRA BEACH, FL 32082 | 607965 | 04/30/04 | $25,550.00 | REGULAR EARNINGS |
| Creditor Id: 377885 | 609083 | 05/28/04 | $25,550.00 | REGULAR EARNINGS |
| | 594072 | 06/24/04 | $34,046.40 | CONTINGENT CASH PAYMENT |
| | 610206 | 06/30/04 | $25,550.00 | REGULAR EARNINGS |
| | 611307 | 07/30/04 | $25,550.00 | REGULAR EARNINGS |
| | 622644 | 08/19/04 | $35,772.45 | CONTINGENT CASH PAYMENT |
| | 625883 | 08/25/04 | $71,747.94 | BONUS |
| | 612398 | 08/31/04 | $25,550.00 | REGULAR EARNINGS |
| | 613499 | 09/30/04 | $25,550.00 | REGULAR EARNINGS |
| | 614592 | 10/29/04 | $25,550.00 | REGULAR EARNINGS |
| | 662625 | 11/05/04 | $60,835.00 | BONUS |
| | 615695 | 11/30/04 | $25,550.00 | REGULAR EARNINGS |
| | 616807 | 12/31/04 | $25,550.00 | REGULAR EARNINGS |
| | 617928 | 01/31/05 | $25,550.00 | REGULAR EARNINGS |
| | 619050 | 02/18/05 | $25,550.00 | REGULAR EARNINGS |
| | 703464 | 02/18/05 | $255,500.00 | SEVERANCE |
| | 703468 | 02/18/05 | $7,793.35 | COBRA REIMBURSEMENT |
| | | | **Total:** | **$797,845.14** |
| SKELTON, H. JAY | CHECK | 10/20/04 | $6,000.81 | STOCK GRANT |
| 5050 EDGEWOOD COURT | CHECK | 10/25/04 | $1,500.00 | DIRECTOR'S FEES |
| JACKSONVILLE, FL 32254 | CHECK | 10/25/04 | $7,500.00 | DIRECTOR'S FEES |
| Creditor Id: 378216 | CHECK | 12/13/04 | $10,500.00 | DIRECTOR'S FEES |
| | CHECK | 12/21/04 | $1,000.00 | DIRECTOR'S FEES |
| | CHECK | 12/23/04 | $1,000.00 | DIRECTOR'S FEES |
| | CHECK | 01/13/05 | $4,494.63 | DIRECTOR'S FEES |
| | CHECK | 01/25/05 | $7,500.00 | DIRECTOR'S FEES |
| | CHECK | 02/02/05 | $6,000.20 | STOCK GRANT |
| | CHECK | 02/07/05 | $1,000.00 | DIRECTOR'S FEES |
| | CHECK | 02/07/05 | $1,000.00 | DIRECTOR'S FEES |
| | CHECK | 02/15/05 | $1,500.00 | DIRECTOR'S FEES |
| | | | **Total:** | **$48,995.64** |
| | | | **Total:** | **$20,875,144.23** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐             preceding the filing of this bankruptcy case.

---

CASE NO: 04-2439CA

CAPTION OF SUIT: 17700 BROADWAY, INC. V. WINN-DIXIE MONTGOMERY, INC. AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 14TH JUDICIAL DISTRICT COURT CIRCUIT BAY COUNTY, FLORIDA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-CA-000922

CAPTION OF SUIT: ADAIR, KATHY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, LEE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04CA 272

CAPTION OF SUIT: ADAMS, WILIS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT WAKULLA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 417279

CAPTION OF SUIT: AIZPRUA, TERESA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2003-03738

CAPTION OF SUIT: AKERS, MARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-2004-00528

CAPTION OF SUIT: ALAMO, PABLO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: RETALIATION/NATIONAL ORIGIN

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 03-005835DAL

CAPTION OF SUIT: ALBERINO, VERONICA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004 CA 2981

CAPTION OF SUIT: ALESSANDRO, DEBORAH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 5TH JUDICIAL DISTRICT COURT CIRCUIT CITRUS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None     a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐             preceding the filing of this bankruptcy case.

CASE NO: 02-381-CA

CAPTION OF SUIT: ALEXANDER, LORETHIA HUBERT DESSALINES, REBECCA CUYLER AND KATINO CUMMINGS V. WINN DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT JEFFERSON COUNTY, FLORIDA

NATURE OF PROCEEDING: RACE DISCRIMINATION RE: PAY, HOURS & PROMOTION & RETALIATION

STATUS OR DISPOSITION: OPEN

CASE NO: 04-023832FLD

CAPTION OF SUIT: ALFONSO, OSCAR V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

CASE NO: 2004-30786 CICI

CAPTION OF SUIT: ALLEN, GRANVILLE E. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 7TH VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

CASE NO: 052004CA29354

CAPTION OF SUIT: ALLEN, GREGORY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

CASE NO: 05-00473 CA 11

CAPTION OF SUIT: ALLEN, LANA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

CASE NO: 110-2004-00717

CAPTION OF SUIT: ALLEN, TABITHA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-ATLANTA, GEORGIA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX/RETALIATION

STATUS OR DISPOSITION: OPEN

CASE NO: 04-14973 CA30

CAPTION OF SUIT: ALLEN, YOLANDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

CASE NO: 2:04-CV-03557-JLL

CAPTION OF SUIT: ALLIANCE SHIPPERS, INC. V. PENOBSCOT FROZEN FOODS, INC., ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: JUDGMENT ENTERED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                          Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None         a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                preceding the filing of this bankruptcy case.

---

CASE NO: 04002973CACE11

CAPTION OF SUIT: ALLY, DINARE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 4005663

CAPTION OF SUIT: ALLY, SAUDIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 4018429

CAPTION OF SUIT: ALTAMAR, AMADA L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-11077 CACE09

CAPTION OF SUIT: AMINALROAYA YAMINI, SHAHIN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 115-2003-00474

CAPTION OF SUIT: ANDERSON, ANTIONEE D. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-SAVANNAH, GEORGIA LOCAL OFFICE

NATURE OF PROCEEDING: RACE/SEX

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 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

CAPTION OF SUIT: ANDERSON, CLAUDIS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WARNER ROBBINS, GEORGIA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 562004CA001174

CAPTION OF SUIT: ANDERSON, MARY K. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 19TH JUDICIAL DISTRICT COURT CIRCUIT ST. LUCIE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: ANDERSON, MICHAEL E. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DUVAL, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                  Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None  a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐       preceding the filing of this bankruptcy case.

---

CASE NO: 150-2004-02910

CAPTION OF SUIT: ARBULU, CARMEN R. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: NATIONAL ORIGIN/AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-18213 CC05

CAPTION OF SUIT: ARCOR USA, INC. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 115-2003-00267

CAPTION OF SUIT: ARMSTRONG, JOANN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-SAVANNAH, GEORGIA LOCAL OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 162004CA004570

CAPTION OF SUIT: ARMSTRONG, PAT V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 4TH  JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: ARNOLD, DAVID V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DUVAL, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 05-004255KPS

CAPTION OF SUIT: ARROYO, ARGEMIRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JUDGE OF COMPENSATION CLAIMS

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-2504CA

CAPTION OF SUIT: AS-SABAH, SHADIYAH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 20TH JUDICIAL DISTRICT COURT CIRCUIT CHARLOTTE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2003-03581

CAPTION OF SUIT: AUBIN, JEAN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**          Case No.:  **05-11063 (RDD)**

---

#### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐         preceding the filing of this bankruptcy case.

---

CASE NO: 04-20251 CA04

CAPTION OF SUIT: AURELIO, MARIO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT. 11TH CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-20251 CA04

CAPTION OF SUIT: AURELIO, MARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT. 11TH CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2004-03712

CAPTION OF SUIT: AUSTIN, CRISTY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX

STATUS OR DISPOSITION: OPEN

---

CASE NO: 115-2004-00375

CAPTION OF SUIT: BAIN, PATSY J. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-SAVANNAH, GEORGIA LOCAL OFFICE

NATURE OF PROCEEDING: SEX

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04CA000410(OC)

CAPTION OF SUIT: BAKER, MARJORIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 19TH JUDICIAL DISTRICT COURT CIRCUIT ST. LUCIE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-15872 CA23

CAPTION OF SUIT: BALBUENA, MARTHA R. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 502004CA009293

CAPTION OF SUIT: BALLARD, SANDY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**         **Case No.: 05-11063 (RDD)**

---

### 4.   SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None   a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐      preceding the filing of this bankruptcy case.

---

CASE NO: 16:2004-CA-7825

CAPTION OF SUIT: BANK OF NEW YORK, AS TRUSTEE IN TRUST FOR THE HOLDERS OF THE EQCC HOME EQUITY LOAN TRUST SERIES 2001-1F V. UNKNOWN HEIRS, BENEFICIARIES, DEVISEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES AND ALL OTHERS WHO MAY CLAIM AN INTEREST IN THE ESTATE OF WILLIE J. LESESNE, DECEASED, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT, DUVAL COUNTY, FLORIDA, CIVIL DIVISION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-00341 KSP

CAPTION OF SUIT: BARBECHO, JOSE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JCC MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-11131 CA02

CAPTION OF SUIT: BARKER, VICTOR V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 151-2003-01359

CAPTION OF SUIT: BARONE, RICHARD J. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 410245

CAPTION OF SUIT: BARRETTE, REAL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 151-2004-01058

CAPTION OF SUIT: BARRON, ANGELENE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: BARRY, JAMES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: HILLSBOROUGH, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

---

CASE NO: 162004CA006443

CAPTION OF SUIT: BEALL, JESTINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: BEATY, WILLIAM E. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MONROE COUNTY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 150-2004-01391

CAPTION OF SUIT: BECKER, JOSEPH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: BEDFORD, STACY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DUVAL, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 406755

CAPTION OF SUIT: BELL, AMERICA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-038343WHD

CAPTION OF SUIT: BELL, EDWARD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04 06352 CA 05

CAPTION OF SUIT: BEN TOBIN COMPANIES, LTD., THE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 270-2004-02422

CAPTION OF SUIT: BENJAMIN, BRENDA G. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-NEW ORLEANS, LOUISIANA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                     Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 04-034188TGP

CAPTION OF SUIT: BENNETT, JEANETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DAYTONA BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 401528102

CAPTION OF SUIT: BENTON, GINNY L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2004-02460

CAPTION OF SUIT: BERCEA, JOHN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: NATIONAL ORIGIN/AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-1068

CAPTION OF SUIT: BESSINGER, MAURICE; PIGGIE PARK ENTERPRISES, INC., PLAINTIFFS/APPELLANTS V. BOBBY DALTON, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT; ON APPEAL FROM THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF SOUTH CAROLINA, COLUMBIA DIVISION, CASE NO. 8:03-2874-17

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 9/12 TO 11/4/05

CAPTION OF SUIT: BEST, SUZANNE G. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 03-30338 CA10

CAPTION OF SUIT: BETHEL, JOSEPHINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04 CVS 1824

CAPTION OF SUIT: BIGGS PARK, INC. V. WINN-DIXIE RALEIGH, INC. AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION, NORTH CAROLINA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None  a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

CASE NO: 0411041 21

CAPTION OF SUIT: BLACK, PATRICIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2004-01246

CAPTION OF SUIT: BLAKE, BRYAN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: NATIONAL ORIGIN/RETALIATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 6:04-CV-975-ORL-31DAB

CAPTION OF SUIT: BLANC, GINETTE  & SHAWANDA THOMPSON V. WINN-DIXIE STORES, INC

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

NATURE OF PROCEEDING: RACE/RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 461A3521-308/15FA300206

CAPTION OF SUIT: BLANC, GINETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORLANDO, FLORIDA HUMAN RELATIONS DEPARTMENT

NATURE OF PROCEEDING: RACE/RETALIATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 05-02172 CA21

CAPTION OF SUIT: BLOOM-WRIGHT, KATARA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-22865 CA31

CAPTION OF SUIT: BLOUNT, ADRIENNE C. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 03-49-CA

CAPTION OF SUIT: BLOUNT, BETTY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 3RD JUDICIAL DISTRICT COURT CIRCUIT JEFFERSON COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 409667

CAPTION OF SUIT: BLUMBERG, PENNY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None        a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
□                preceding the filing of this bankruptcy case.

---

CASE NO: 15F-2004-00643

CAPTION OF SUIT: BONE, NIXON W. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: NATIONAL ORIGIN

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-CA-2428-11-K

CAPTION OF SUIT: BOSWELL, BEVERLY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT SEMINOLE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: CV-00-1364

CAPTION OF SUIT: BOWDOIN SQUARE, L.L.C. V. WINN-DIXIE MONTGOMERY, INC. AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT MOBILE COUNTY, ALABAMA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 4 WK DOCKET

CAPTION OF SUIT: BOWEN, GARNET V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION:  CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 146-2004-02787

CAPTION OF SUIT: BOYD, RACHEL L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-GREENVILLE, SOUTH CAROLINA LOCAL OFFICE

NATURE OF PROCEEDING: SEX/RACE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 02-000219JPD

CAPTION OF SUIT: BOYKIN, DEBRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORLANDO, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 162004CA005452

CAPTION OF SUIT: BRANDT, SANDRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: BRANSON, LINDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                           Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None        a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                preceding the filing of this bankruptcy case.

---

CASE NO: 04-0242321JDO

CAPTION OF SUIT: BRAVO, CLAUDIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-020481KSP

CAPTION OF SUIT: BRAVO, GLADYS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4016590

CAPTION OF SUIT: BREMSER, TIM V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 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

CAPTION OF SUIT: BRIGGS, CAROLYN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GEORGIA STATE BOARD OF WORKERS COMPENSATION

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: H27CA2005159DM

CAPTION OF SUIT: BRITTON, JUNE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 5TH JUDICIAL DISTRICT COURT CIRCUIT HERNANDO COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: BROOKER, JAMES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CLAY

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 500101

CAPTION OF SUIT: BROWN, BURNELL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04 18001 CA 30

CAPTION OF SUIT: BROWN, JR. (MINOR), JEFFREY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                     Case No.:  **05-11063 (RDD)**

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

CASE NO: 146-2003-01618

CAPTION OF SUIT: BROWN, MARY D. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-CHARLOTTE DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

CASE NO: 04-CV-464

CAPTION OF SUIT: BROWN, ROY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, TELFAIR COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

CASE NO: 05-002152 MAD

CAPTION OF SUIT: BROWN, SHANNEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

CASE NO: 05-002152 MAD

CAPTION OF SUIT: BROWN, SHANNEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

CASE NO: 2003-CP-10-3526

CAPTION OF SUIT: BRYAN, LOUISE V. NOVARTIS PHARMACEUTICALS CORPORATION, CHATTEM, INC. AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COURT OF COMMON PLEAS, 9TH JUDICIAL DISTRICT COURT CIRCUIT OF SOUTH CAROLINA

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

CASE NO: N/A

CAPTION OF SUIT: BRYSON, ANDREW V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SARASOTA, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

CASE NO: 04-CA2555-11-L

CAPTION OF SUIT: BUGGS, LUCIEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, SEMINOLE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

CASE NO: 04-60178-CIV-SEITZ/BANDSTRA

CAPTION OF SUIT: BURCHFIELD, LINDA A. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATE DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

NATURE OF PROCEEDING: WORKER'S COMP/RETALIATION/DISCHARGE/FMLA

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐           preceding the filing of this bankruptcy case.

---

CASE NO: 04-CA-2394-18-L

CAPTION OF SUIT: BURGOS, IRIS V. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT, SEMINOLE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 14CA400855/2-04-102D

CAPTION OF SUIT: BURKEY, DONALD P. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-GREENVILLE LOCAL OFFICE/SOUTH CAROLINA HUMAN AFFAIRS COMMISSION

NATURE OF PROCEEDING: DISABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-00426

CAPTION OF SUIT: BUTLER, DENNIS A. AND BETSY G. BUTLER V. BROWN & WILLIAMSON TOBACCO CORPORATION, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 13TH JUDICIAL DISTRICT COURT CIRCUIT HILLSBOROUGH COUNTY, FLORIDA, CIVIL DIVISION

NATURE OF PROCEEDING: TOBACCO

STATUS OR DISPOSITION: WINN-DIXIE DISMISSED FROM CASE

---

CASE NO: 502004CA009095X

CAPTION OF SUIT: BUTTS-MITCHELL, DELORES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-26883 CA 20

CAPTION OF SUIT: CAJINA, NINOSKA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4:03CV201-SPM

CAPTION OF SUIT: CAMPBELL, MAECIO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

NATURE OF PROCEEDING: RACE DISCRIMINATION AND DISPARATE TREATMENT

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-033425EHL

CAPTION OF SUIT: CANADAY, JONI V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TAMPA, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

---

### 4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 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

CAPTION OF SUIT: CANDELL, YUNAIKI V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-20334CA 05

CAPTION OF SUIT: CANDIA, EFIJENIA MARIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2004-01183

CAPTION OF SUIT: CANEO, ANA M. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: NATIONAL ORIGIN

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-034460 JDO

CAPTION OF SUIT: CANTRELL, CYNTHIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 502004CA006254X

CAPTION OF SUIT: CANTY, PATRICIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 200420124/15DA400099

CAPTION OF SUIT: CARROLL, TINA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE, COMMISSION ON HUMAN RELATIONS

NATURE OF PROCEEDING: SEX/AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 150-2004-04443

CAPTION OF SUIT: CASH, TRISH M. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2005 10116 CIDL

CAPTION OF SUIT: CAWLEY, DIONISIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 7TH JUDICIAL DISTRICT COURT CIRCUIT VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                    Case No.:  05-11063 (RDD)

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐         preceding the filing of this bankruptcy case.

---

CASE NO: 0408370 02

CAPTION OF SUIT: CERRONE, HELENE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT  BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-965-CA

CAPTION OF SUIT: CHAISSON, ALLEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 20TH JUDICIAL DISTRICT COURT CIRCUIT CHARLOTTE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 162004CA007245X

CAPTION OF SUIT: CHANG, DONNA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 01-2512-CA-JBR

CAPTION OF SUIT: CHARRON, JEFFREY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 12TH JUDICIAL DISTRICT COURT CIRCUIT LEE COUNTY, FLORIDA

NATURE OF PROCEEDING: WRONGFUL DISCHARGE/DEFAMATION/SLANDER

STATUS OR DISPOSITION: DISMISSED

---

CASE NO: 16-2005-CA-001140-XXXX-MA

CAPTION OF SUIT: CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION V. JOYCE CAMPBELL, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA, GENERAL JURISDICTION DIVISION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 16-2005-CA-1304-CV-C

CAPTION OF SUIT: CHASE HOME FINANCE, LLC V. CHERYL L. JOHNSON, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA, CIVIL ACTION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-25518-CA-10

CAPTION OF SUIT: CHASE MANHATTAN MORTGAGE CORPORATION V. ILDA PEREZ, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA, CIVIL DIVISION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None        a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                preceding the filing of this bankruptcy case.

---

CASE NO: 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

CAPTION OF SUIT: CHESTER, PAMELA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GEORGIA STATE BOARD OF WORKERS COMPENSATION

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: CHICARELLI, JAMES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: NAPLES, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-245-CA-53

CAPTION OF SUIT: CHRISTENSON, MARIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 7TH JUDICIAL DISTRICT COURT PUTNAM COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-016285KSP

CAPTION OF SUIT: CHRISTOPHER, ADELA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA  DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 502004CA011859X

CAPTION OF SUIT: CIBRIAN, ENRIQUE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 15TH JUDICIAL DISTRICT COURT CIRCUIT, PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-11698-CA27

CAPTION OF SUIT: CINOTTI, OMAR V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 11TH JUDICIAL CIRCUIT COURT, MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-2003-8667-MA DIV. CV-D

CAPTION OF SUIT: CITIFINANCIAL MORTGAGE COMPANY, INC. V. LONNIE J. HICKS, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT  DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: FINAL JUDGMENT ENTERED

---

CASE NO: 16-2004-CA-5404

CAPTION OF SUIT: CITIMORTGAGE, INC. V. SHANNON COX, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA, CIVIL ACTION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: VOLUNTARILY DISMISSED

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**　　　　　　　　　**Case No.:  05-11063 (RDD)**

---

### 4.　SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

**None**　　a.　List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐　　　preceding the filing of this bankruptcy case.

---

CASE NO: 5D04-4065

CAPTION OF SUIT: CITY OF KISSIMMEE, APPELLANT V. FLORIDA RETAIL FEDERATION, INC., ET AL., INCLUDING WINN-DIXIE STORES, INC., APPELLEE, CASE NO. 5D04-4065

COURT OR AGENCY OR LOCATION: DISTRICT COURT OF APPEALS, STATE OF FLORIDA, FIFTH DISTRICT, CASE IS ON APPEAL FROM OSCEOLA COUNTY, FLORIDA CIRCUIT COURT, CASE NO. CL-01-OC-2139

NATURE OF PROCEEDING: DECLARATORY ACTION

STATUS OR DISPOSITION: PENDING

---

CASE NO: 00-1328

CAPTION OF SUIT: CITY OF TALLAHASSEE V. THE SMITH INTERESTS GENERAL PARTNERSHIP, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT LEON COUNTY, FLORIDA

NATURE OF PROCEEDING: EMINENT DOMAIN

STATUS OR DISPOSITION: PENDING

---

CASE NO: 03 CV 5595-10

CAPTION OF SUIT: CLARK, GREGORY V. SAVE RITE GROCERY WAREHOUSE, INC AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, DEKALB COUNTY, GEORGIA

NATURE OF PROCEEDING: RACE DISCRIMINATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 130-2004-02979

CAPTION OF SUIT: CLAYTON, MARSHA J. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX/AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 502004CA007017

CAPTION OF SUIT: CLEMONS, DIANNE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4015451

CAPTION OF SUIT: CLINE, KATHLEEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT  BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: CLINTON, JUDY L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: PITTS

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     a.     List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                preceding the filing of this bankruptcy case.

---

CASE NO: 04-10147 CA04

CAPTION OF SUIT: COLLIER, OLGA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-025278WHD

CAPTION OF SUIT: COLLINS, VERA J. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-007455MAD

CAPTION OF SUIT: CONDE, JESSICA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-003810MIA

CAPTION OF SUIT: CONDE, SANDRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-21652

CAPTION OF SUIT: CONVERS, CONSUELO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4005283

CAPTION OF SUIT: COOPER, TINA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-037493TGP

CAPTION OF SUIT: COPSY, MARGARET V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DAYTONA BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: COROSNIEL-MARTI, ROLANDO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COLLIER

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**　　　　　　　　　　**Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None　　a.　List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐　　　　preceding the filing of this bankruptcy case.

---

CASE NO: 0418985 05

CAPTION OF SUIT: COTTO, JORGE A. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-2003-CA-003662

CAPTION OF SUIT: COUCH, JEREMIAH AND JAMES COUCH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: CONSUMER CLAIM

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04A-09280-4

CAPTION OF SUIT: COUNTRY HOME BAKERS, INC. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, GWINNETT COUNTY, GEORGIA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 16-2004-CA-5341

CAPTION OF SUIT: COUNTRYWIDE HOME LOANS, INC. F/K/A COUNTRYWIDE FUNDING CORPORATION D/B/A AMERICA'S WHOLESALE LENDER V. UNKNOWN HEIRS, BENEFICIARIES, DEVISEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES AND ALL OTHERS WHO MAY CLAIM AN INTEREST IN THE ESTATE OF KATHERINE A. DAVIS, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT  DUVAL COUNTY, FLORIDA, CIVIL DIVISION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: FINAL JUDGMENT ENTERED

---

CASE NO: 04 CVS 1460

CAPTION OF SUIT: COUNTY OF JOHNSTON V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION, COUNTY OF JOHNSTON, NORTH CAROLINA

NATURE OF PROCEEDING: TAX

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 162004CA007094X

CAPTION OF SUIT: COWARD, WILLIAM V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2004-00295

CAPTION OF SUIT: CRAWFORD, MICHAEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None       a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                preceding the filing of this bankruptcy case.

---

CASE NO: 04-006063-SC-NPC

CAPTION OF SUIT: CRONIN, JEREMIAH J. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT SMALL CLAIMS DIVISION PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: OTHER (SEEKING SICK LEAVE & VACATION PAY)

STATUS OR DISPOSITION: OPEN

---

CASE NO: CA04-412 DIV 55

CAPTION OF SUIT: CROOMS, MARILYN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 7TH JUDICIAL DISTRICT COURT CIRCUIT ST. JOHNS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004 11525 CIDL

CAPTION OF SUIT: CROWDER, PERNELL JR. (MINOR), V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 7TH JUDICIAL DISTRICT COURT CIRCUIT VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 36670

CAPTION OF SUIT: CROY, RICHARD

COURT OR AGENCY OR LOCATION: NORTH CAROLINA DEPARTMENT OF LABOR

NATURE OF PROCEEDING: WAGE COMPLAINT

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-CA-1178-11-G

CAPTION OF SUIT: CRUZ, AIDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT SEMINOLE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-04458 CA 31

CAPTION OF SUIT: CRUZ, MILAGROS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2003-02649

CAPTION OF SUIT: CRUZ, MILAGROS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-18227 CA10

CAPTION OF SUIT: CRUZ, ROSA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI DADE, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: **WINN-DIXIE STORES, INC.**                    Case No.: **05-11063 (RDD)**

---

### 4.  SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 04028340KSP

CAPTION OF SUIT: CUESTA, PETRA T. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 03-CA-2956

CAPTION OF SUIT: CUMBY, RICHARD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: CV204-109

CAPTION OF SUIT: CUMBY, ROBERT GARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF GEORGIA, BRUNSWICK DIVISION

NATURE OF PROCEEDING: OTHER

STATUS OR DISPOSITION: OPEN

---

CASE NO: 115-2004-00377

CAPTION OF SUIT: CUMBY, ROBERT V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-SAVANNAH, GEORGIA LOCAL OFFICE

NATURE OF PROCEEDING: DISABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: A4096E/15LA400088

CAPTION OF SUIT: CURELLA, BERNARD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: LEE COUNTY BOARD OF COMMISSIONERS/EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-036062WHD

CAPTION OF SUIT: CURRY, MURWIN L V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-001258CA

CAPTION OF SUIT: DAGLE, WILLIAM V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, FLAGLER COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 44-2004-CA-398K

CAPTION OF SUIT: DANIEL, DOUGLAS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 16TH JUDICIAL CIRCUIT FOR MONROE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: N/A

CAPTION OF SUIT: DARLING, TERRI V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI-DADE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-016290CMH

CAPTION OF SUIT: DAVADI, ELISA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 044125CS

CAPTION OF SUIT: DAVIDSON, EDNA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MAGISTRATE COURT LEE COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04 06059 CA 15

CAPTION OF SUIT: DAVIDSON, NERIDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05-04-CA-007442

CAPTION OF SUIT: DAVIES, GLEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 05-002047WHD

CAPTION OF SUIT: DAVIS, ROYAL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-019532DYB

CAPTION OF SUIT: DEBARTOLO, NICHOLAS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DAYTONA BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-025119WHD

CAPTION OF SUIT: DEBOYD, VICKY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                             Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 162005CA000483X

CAPTION OF SUIT: DEHAVEN, JOANNE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-CA-2532-11-W

CAPTION OF SUIT: DELGADO, WANDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT SEMINOLE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 131-2005-01944

CAPTION OF SUIT: DELOACH, LILLIE M. V. WINN-DIXIE NEW ORLEANS, INC.

COURT OR AGENCY OR LOCATION: EEOC-JACKSON, MISSISSIPPI AREA OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: DELVA, ELDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-12506

CAPTION OF SUIT: DEMPSTER, WINNIFRED V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 17TH JUDICIAL DISTRICT COURT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: STORE 2029

CAPTION OF SUIT: DEPARTMENT OF LABOR INVESTIGATION

COURT OR AGENCY OR LOCATION: NORTH CAROLINA DEPARTMENT OF LABOR

NATURE OF PROCEEDING: WORKING OFF THE CLOCK

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 5:98-CV-673-FL(3)

CAPTION OF SUIT: DICKENS, JOSEPH L. V. WINN-DIXIE STORES, INC., CHRISTOPHER D.WILDER AND GREGORY BEAMAN

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NORTH CAROLINA, WESTERN DIVISION

NATURE OF PROCEEDING: RACE DISCRIMINATION/WRONGFUL DISCHARGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04023050MIA

CAPTION OF SUIT: DIEUVILLE, ROSELAINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

In re:  **WINN-DIXIE STORES, INC.**                                            **Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

**None**    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 150-2003-03130

CAPTION OF SUIT: DIPAOLA, ELIZABETH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: MID-L-3704-04

CAPTION OF SUIT: DIRECT SHIPPERS ASSOCIATION, INC. V. COLUMBIA TELECOMMUNICATIONS GROUP, INC., ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, MIDDLESEX COUNTY, NEW JERSEY LAW DIVISION

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-22114 CIV-COOKE

CAPTION OF SUIT: DISABILITY ADVOCATES AND COUNSELING GROUP, INC., STEVEN BROTHER & JOHN GARON V. WINN-DIXIE STORES, INC

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

NATURE OF PROCEEDING: ADA

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004-10882-CUDL

CAPTION OF SUIT: DITARANTO, DON V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT/COUNTY COURT VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: DIXIE GROWERS, INC. V. WINN-DIXIE STORES, INC. AND ATLANTIC MUTUAL INSURANCE COMPANY

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES, BUREAU OF LICENSE AND BOND

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 15DA200291/22-02170

CAPTION OF SUIT: DIXON, DOROTHY M. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE/FLORIDA COMMISSION ON HUMAN RELATIONS

NATURE OF PROCEEDING: DISPARATE TREATMENT

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-02594 CA 06

CAPTION OF SUIT: DOMINGUEZ, PEDRO L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: AGE DISCRIMINATION

STATUS OR DISPOSITION: OPEN

---

In re:  **WINN-DIXIE STORES, INC.**                            Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None         a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 2004CA10867NC

CAPTION OF SUIT: DORMAN, CINDY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 12TH JUDICIAL DISTRICT COURT CIRCUIT SARASOTA, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: CV-2002-259-B

CAPTION OF SUIT: DORSEY MOTOR SALES, INC., ET AL. V. WINN-DIXIE STORE #5527, WINN-DIXIE MONTGOMERY, INC., WINN-DIXIE, ET AL.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT AUTAUGA COUNTY, ALABAMA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 15M-2005-00074

CAPTION OF SUIT: DORSEY, ANGELA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-CA-004340

CAPTION OF SUIT: DOTY, LINDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 20TH JUDICIAL DISTRICT COURT CIRCUIT LEE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-036152CMH

CAPTION OF SUIT: DOWNS, ERMINDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 110-2003-30188

CAPTION OF SUIT: DOWSE, RICHELLE D. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-ATLANTA, GEORGIA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2004 31639 COCI

CAPTION OF SUIT: DUBIEL, TERESA A. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 7TH JUDICIAL DISTRICT COURT CIRCUIT VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-029752-DFT

CAPTION OF SUIT: DUCHOW, MARY S. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. MYERS, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                   Case No.:  **05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None        a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
□                 preceding the filing of this bankruptcy case.

---

CASE NO: 15M-A4-00041/FEPA 400050

CAPTION OF SUIT: DUCINVIL, THERAMENE C. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE/PALM BEACH COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS

NATURE OF PROCEEDING: RACE/NATIONAL ORIGIN

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 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

CAPTION OF SUIT: DUKE, HUGH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: VALDOSTA, GEORGIA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 110-2005-00240

CAPTION OF SUIT: DUKE, HUGH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-ATLANTA, GEORGIA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE/AGE/DISABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 417353

CAPTION OF SUIT: DUMAY, EVELYN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04012600 09

CAPTION OF SUIT: DURAN, AMERICA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04CA284P

CAPTION OF SUIT: DURAN, ANA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 16TH JUDICIAL CIRCUIT MONROE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 413492

CAPTION OF SUIT: DURAN, NELLY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: DURFEE, ROBERT V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: HIGHLANDS, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  05-11063 (RDD)

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None        a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                preceding the filing of this bankruptcy case.

---

CASE NO: 04-009910WDO

CAPTION OF SUIT: EDWARDS, JAY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TAMPA, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-037213DAL

CAPTION OF SUIT: EGLAUS, ROSELIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: H27CA20041096DM

CAPTION OF SUIT: ELDER, WILLIS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 5TH JUDICIAL CIRCUIT HERNANDO COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 5105CA000441700

CAPTION OF SUIT: ELLIOTT, NANCY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, PASCO COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4016776

CAPTION OF SUIT: ELLIS, MABEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-04-CVS-0117

CAPTION OF SUIT: ELLIS, RONDY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: STATE COURT, WAYNE COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-025925EHL

CAPTION OF SUIT: ELMS, HARRIET V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TAMPA, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: ELVINGTON, ANTONIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WAYNE COUNTY, GEORGIA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  05-11063 (RDD)

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None       a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 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

CAPTION OF SUIT: ERISTE, HATEM V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORLANDO, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05-002768DAL

CAPTION OF SUIT: ESKRIDGE, GORDON V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 03-024085 JPT

CAPTION OF SUIT: ESPINOSA, ANGEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORLANDO, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-037098JDO

CAPTION OF SUIT: EVANS, DONNA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 3:03CV644

CAPTION OF SUIT: EXE TECHNOLOGIES, INC. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

NATURE OF PROCEEDING: COPYRIGHT INFRINGEMENT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-029023MAD

CAPTION OF SUIT: EXILUS, MARIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-018642MAD

CAPTION OF SUIT: FARINAS, JUANA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 0412136 21

CAPTION OF SUIT: FEIN, GAIL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

#### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐           preceding the filing of this bankruptcy case.

---

CASE NO: 04-039919JDD

CAPTION OF SUIT: FERGISON, WANDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINSVILLE, FLORIDA DISTRICT

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-008857JDO

CAPTION OF SUIT: FERRANTE, RAMONA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-038570PTT

CAPTION OF SUIT: FICKEY, EDSEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: BREVARD, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 5001015

CAPTION OF SUIT: FIGUERAO, KREISTEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-1096CA

CAPTION OF SUIT: FINK, LISA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, FLAGLER COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004 32007 CICI

CAPTION OF SUIT: FINLEY, NANCY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT/COUNTY COURT VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-2004-02554

CAPTION OF SUIT: FITGERALD-MARHOLD, MAUREEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: SEX/RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2301494/15DA300516

CAPTION OF SUIT: FLEMING, FREDDIE L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA COMMISSION ON HUMAN RELATIONS/EEOC

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: SETTLED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  05-11063 (RDD)

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐           preceding the filing of this bankruptcy case.

---

CASE NO: 01-04-CA-2057

CAPTION OF SUIT: FLEMMING, JR., GLENN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 8TH JUDICIAL DISTRICT COURT CIRCUIT ALACHUA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 150-2004-00545

CAPTION OF SUIT: FLETCHER, IAN V. WINN DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2003-13303

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE PHARMACY #306

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2003-25399

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE PHARMACY #180

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2003-02454

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE PHARMACY #198

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: DISMISSED DUE TO LACK OF PROBABLE CAUSE

---

CASE NO: 2004-24220

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE PHARMACY #255

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2003-12400

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE PHARMACY #338

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: DISMISSED DUE TO LACK OF PROBABLE CAUSE

---

CASE NO: 2003-25401

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE STORES, INC., D/B/A WINN-DIXIE PHARMACY #197

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐           preceding the filing of this bankruptcy case.

---

CASE NO: 2003-25395

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE STORES, INC., D/B/A WINN-DIXIE PHARMACY #244

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2004-22030

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE STORES, INC., D/B/A WINN-DIXIE PHARMACY #256

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2003-25392

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE STORES, INC., D/B/A WINN-DIXIE PHARMACY #375

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2003-25394

CAPTION OF SUIT: FLORIDA DEPARTMENT OF HEALTH V. WINN-DIXIE STORES, INC., STORE #194

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF HEALTH

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 5D03-3457

CAPTION OF SUIT: FLORIDA DEPARTMENT OF REVENUE, APPELLANT V. WINN-DIXIE STORES, INC., ET AL., APPELLEES

COURT OR AGENCY OR LOCATION: DISTRICT COURT OF APPEAL, FIFTH DISTRICT, STATE OF FLORIDA.  CASE ON APPEAL FROM
WINN-DIXIE STORES, INC., ET AL. V. FLORIDA DEPARTMENT OF REVENUE, CASE NO. CA00-733, CIRCUIT COURT, SEVENTH JUDICIAL
DISTRICT COURT CIRCUIT, ST. JOHN'S COUNTY, FLORIDA

NATURE OF PROCEEDING: TAX

STATUS OR DISPOSITION: JUDGMENT ENTERED

---

CASE NO: 150-2004-01953

CAPTION OF SUIT: FLOYD, JIMMIE V. SUPERBRAND DAIRY/WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE/AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 130-2004-03374

CAPTION OF SUIT: FLUKER, CELIEA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE/COLOR

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐           preceding the filing of this bankruptcy case.

---

CASE NO: 04-037945DAL

CAPTION OF SUIT: FONTAINE, FRANCKLIN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05-2004-CA-009231

CAPTION OF SUIT: FORBES, CHARLES AND KATHERINE, AS CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF MARY KATHRYN FORBES MATHIS V. WINN-DIXIE SUPERMARKETS, INC., WINN-DIXIE STORES, INC., WINN-DIXIE LOGISTICS, INC., ET AL.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: RISK MANAGEMENT

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 2003CA9959NC

CAPTION OF SUIT: FORD, MYRTICE  V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 12TH JUDICIAL CIRCUIT SARASOTA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-022797DAL

CAPTION OF SUIT: FORD, RICKY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05-120-CAA

CAPTION OF SUIT: FOREHAND, CARL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT GADSDEN COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 15CA300082

CAPTION OF SUIT: FORSHEE, LAWANDA V. WINN-DIXIE STORES, INC

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-17555DAL

CAPTION OF SUIT: FORTICH, MARIO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16 04 CA 002835

CAPTION OF SUIT: FOSTER, MICHELLE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 05-0136

CAPTION OF SUIT: FRANK ARNONE V. UNUM LIFE INSURANCE COMPANY OF AMERICA AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

NATURE OF PROCEEDING: EMPLOYEE BENEFITS

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-CA-9384

CAPTION OF SUIT: FRAZIER, MATHEW V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT CIRCUIT ORANGE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 402795

CAPTION OF SUIT: FRONGELLO, SHARON V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-2005-CA-000790

CAPTION OF SUIT: FV-1, INC. V. ANTIONETTE D. BROWN, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, CIVIL DIVISION DUVAL COUNTY, FLORIDA,

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 151-2004-01648

CAPTION OF SUIT: GAGNON, ROGER V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: GAINES, MARTHA J V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: LAKE COUNTY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 13-APR

CAPTION OF SUIT: GAINES, REBECCA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT LEON COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-2004-00966

CAPTION OF SUIT: GALLEGOS, RICARDO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: RACE/NATIONAL ORIGIN/RETALIATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 150-2003-02597

CAPTION OF SUIT: GAMBLE, MARVA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE/SEX/AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-027153DSR

CAPTION OF SUIT: GANLEY, ROBYN C V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: NEW PORT RICHEY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2WK DOCKET

CAPTION OF SUIT: GARCIA, AMERICA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: GARCIA, DALLAS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: GARCIA, ESTHER V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: BROWARD, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 4013344

CAPTION OF SUIT: GARCIA, MIRIAM V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 402967

CAPTION OF SUIT: GARLAND, MARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 052005CA14015XX

CAPTION OF SUIT: GASTIN, BENNETT V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                             Case No.:  **05-11063 (RDD)**

---

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐               preceding the filing of this bankruptcy case.

---

CASE NO: 04 04627

CAPTION OF SUIT: GATTERI, LUCY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 13TH JUDICIAL CIRCUIT COURT, HILLSBOROUGH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 03-61781-CIV-UNGARO-BENAGES

CAPTION OF SUIT: GAYLE, ANCEL A. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

NATURE OF PROCEEDING: WAGE

STATUS OR DISPOSITION: SETTLED

---

CASE NO: N/A

CAPTION OF SUIT: GEORGE, DOLORES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MARTIN COUNTY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 162004CA003911X

CAPTION OF SUIT: GIBBS, EUGENE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-6636CS

CAPTION OF SUIT: GIBBS, SUE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MAGISTRATE COURT, BEN HILL COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-269-CA

CAPTION OF SUIT: GLOVER, CLAUDIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT WAKULLA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-2005-CA-001152

CAPTION OF SUIT: GMAC MORTGAGE CORPORATION V. CHARLES G. ABBOTT, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT  DUVAL COUNTY, FLORIDA, CIVIL
ACTION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: N/A

CAPTION OF SUIT: GONZALEA, YAJAIRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                  **Case No.:  05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 5004CA001940XXX

CAPTION OF SUIT: GONZALES, MARIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-037092JDO

CAPTION OF SUIT: GONZALEZ, BRIGITTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-037095JDO

CAPTION OF SUIT: GONZALEZ, BRIGITTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-2004-02491

CAPTION OF SUIT: GONZALEZ, GISSELLE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: SEX/NATIONAL ORIGIN

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04013989 05

CAPTION OF SUIT: GONZALEZ, IVAN V SUPERBRAND DAIRY, INC

COURT OR AGENCY OR LOCATION: 17TH JUDICIAL DISTRICT COURT CIRCUIT, BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 502004CA013561X

CAPTION OF SUIT: GORDON, TONETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT, BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04 16887 CA21

CAPTION OF SUIT: GOTAY, FRANCISCO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-6703-CI-21

CAPTION OF SUIT: GRADY, JAMES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                          **Case No.:  05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 04-22183 CA 04

CAPTION OF SUIT: GRAHAM, LISA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH CIRCUIT MIAMI-DADE COUNTY, , FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4017464

CAPTION OF SUIT: GREEN, PHYLISS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION:  CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004-1768-CA-K

CAPTION OF SUIT: GRIFFIN, TAMARA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 5TH JUDICIAL DISTRICT COURT CIRCUIT MARION COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 407025

CAPTION OF SUIT: GUZZONE, CATHY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-04-CA-002431

CAPTION OF SUIT: HAGINS, TERRY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 16-04-CC-00610

CAPTION OF SUIT: HALL, WILLIAM S V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 5001384

CAPTION OF SUIT: HALLGREN, ZELDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-CA-10048

CAPTION OF SUIT: HAMM, DEBORAH P.,  AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HARVEY L. HAMM, DECEASED, V.
ADVANCED INTERVENTIONAL CARDIOLOGY CONSULTANTS, INC., ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT CIRCUIT, ORANGE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: PENDING

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:   **WINN-DIXIE STORES, INC.**                                    **Case No.:   05-11063 (RDD)**

---

## 4.   SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None ☐   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.

---

CASE NO: 03-27994 CA 31

CAPTION OF SUIT: HANSELMAN, ANDREA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: HARNAGE, MALLARY C. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: NASSAU COUNTY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-26018 CA 09

CAPTION OF SUIT: HARPER SPANN, LOSSIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 130-2004-01720

CAPTION OF SUIT: HARVEST, KHENDLE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE/SEX

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04006306  02

CAPTION OF SUIT: HARVEY, CHELSEA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT,17TH JUDICIAL COURT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004-33417 COCI

CAPTION OF SUIT: HAYRULLA SHANAZAROV V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT/COUNTY COURT, VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: JUDGMENT ENTERED

---

CASE NO: 03-40-CAA

CAPTION OF SUIT: HENDRIETH, TAMIKO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 2ND JUDICIAL CIRCUIT COURT, GADSDEN COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 3 WK

CAPTION OF SUIT: HENLEY, QUANTISHA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 11TH JUDICIAL CIRCUIT COURT, MIAMI DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

## 4.   SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None   a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐       preceding the filing of this bankruptcy case.

---

CASE NO: 162004CA007710

CAPTION OF SUIT: HENRY, SAMUEL D V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: HERBST, WARREN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MANATEE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-17625 CA08

CAPTION OF SUIT: HERNANDEZ, JORGE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 15J-2004-00027/A4-00050

CAPTION OF SUIT: HERNANDEZ, MANUEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE/CITY OF TAMPA, FLORIDA DEPARTMENT OF COMMUNITY AFFAIRS

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04004434 13

CAPTION OF SUIT: HESLOP-THORNEY, BEVERLY  V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: CV-2003-298-H

CAPTION OF SUIT: HICKS, LOUISE V. WINN-DIXIE STORES, INC., MIKE LOWERY, ET AL.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, HOUSTON COUNTY, ALABAMA

NATURE OF PROCEEDING: ASSAULT & BATTERY/NEGLIGENCE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 17-203193-03

CAPTION OF SUIT: HILL MEEKER, EDNA, THE TRUST UNDER THE WILL OF FOR THE LIFETIME BENEFIT OF L. H. MEEKER V. WINN-DIXIE LOUISIANA, INC. AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 17TH JUDICIAL DISTRICT COURT DISTRICT, TARRANT COUNTY, TEXAS

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: PA 239-3-04

CAPTION OF SUIT: HIRSCH, CATHERINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: BROWARD COUNTY, FLORIDA CIVIL RIGHTS DIVISION

NATURE OF PROCEEDING: DISABILITY

STATUS OR DISPOSITION: CHARGE WITHDRAWN BY CHARGING PARTY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                    Case No.:  05-11063 (RDD)

---

4.    **SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐             preceding the filing of this bankruptcy case.

---

CASE NO: 052004CA0239808

CAPTION OF SUIT: HOBBS, LISA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-04-SC-001695

CAPTION OF SUIT: HODGE, CAROL ANN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 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

CAPTION OF SUIT: HODGES, KENNETH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GEORGIA STATE BOARD OF WORKERS COMPENSATION

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: HOGAN, RONNIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: BREVARD, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 407163

CAPTION OF SUIT: HOLLAMON, RACHEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 162004CA008537

CAPTION OF SUIT: HOLLEY, SHAWN MARIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2003-01759

CAPTION OF SUIT: HONG GO, WAH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT STORES, INC.

NATURE OF PROCEEDING: RACE/AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 162004CA004392X

CAPTION OF SUIT: HOOPER, ANNETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: **WINN-DIXIE STORES, INC.**          Case No.: **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

---

CASE NO: 052004CA008060X

CAPTION OF SUIT: HOPKINS, CELESTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 0-03-3260-22BC

CAPTION OF SUIT: HOUSER, TREENA V. WINN-DIXIE CHARLOTTE, INC., A/K/A WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTH CAROLINA, ROCK HILL DIVISION

NATURE OF PROCEEDING: RACE/RETALIATORY DISCHARGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: HRACH, MARTHA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST CARROLLTON

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-03065 VA20

CAPTION OF SUIT: HUGHES, VIOLA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 5004CA004736XXX

CAPTION OF SUIT: HUNT, TAMMY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 03-21150-CIV-JORDAN

CAPTION OF SUIT: HYLES, NUKRUMMA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

NATURE OF PROCEEDING: RACE/WRONGFUL DISCHARGE/DISPARATE TREATMENT

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 03-16046 CA 09

CAPTION OF SUIT: IMPERIAL PACKERS & PURVEYORS, INC., PLAINTIFF V. FIRST CHOICE FOOD DISTRIBUTORS, INC., DEFENDANT;
PUBLIX SUPERMARKETS, INC., WINN-DIXIE STORES AND BRISTOL BANK, AS GARNISHEES

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: COMMERCIAL GARNISHMENT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 1604CA004243XXX

CAPTION OF SUIT: IMRICH, CANDISE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**          **Case No.:  05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

**None**    a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐      preceding the filing of this bankruptcy case.

---

CASE NO: CASE NO. 01-13291, ADV. PROCEEDING NO. 02-01261

CAPTION OF SUIT: IN RE AMERICAN CANDY COMPANY

COURT OR AGENCY OR LOCATION: UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF ALABAMA

NATURE OF PROCEEDING: BANKRUPTCY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 3:04-CV-194-J-20MCR

CAPTION OF SUIT: IN RE WINN-DIXIE STORES, INC. ERISA LITIGATION

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

NATURE OF PROCEEDING: SECURITIES

STATUS OR DISPOSITION: PENDING

---

CASE NO: 3:04 CV 71 J 99MCR

CAPTION OF SUIT: IN RE WINN-DIXIE STORES, INC. SECURITIES LITIGATION

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

NATURE OF PROCEEDING: SECURITIES

STATUS OR DISPOSITION: PENDING

---

CASE NO: 151-2005-01155

CAPTION OF SUIT: INGLE, AMANDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: SEX/RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 110-2005-00822

CAPTION OF SUIT: INLOW, TYLER A. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-ATLANTA, GEORGIA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX

STATUS OR DISPOSITION: OPEN

---

CASE NO: 02-28801 CA 01

CAPTION OF SUIT: INTERMARK FOODS, INC. F/K/A INTERMARK MARKETING SERVICES, INC, PLAINTIFF. V. FIRST CHOICE FOOD DISTRIBUTORS, INC. AND GUIDO I. HERNANDEZ, DEFENDANTS, AND WINN-DIXIE STORES, INC., AS GARNISHEE

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: COMMERCIAL GARNISHMENT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2004-CA-250

CAPTION OF SUIT: IRWIN, JANET V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 19TH JUDICIAL DISTRICT COURT CIRCUIT OKEECHOBEE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: CA05-156 40

CAPTION OF SUIT: IRWIN, THOMAS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT ORANGE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**    **Case No.:  05-11063 (RDD)**

---

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

**None**    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 04 04829 CA20

CAPTION OF SUIT: ISTIBAN, SUAD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: NONE

CAPTION OF SUIT: JACILLA, CAROL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 15DA400753/200421786

CAPTION OF SUIT: JACKSON, AHMOND V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA COMMISSION ON HUMAN RELATIONS/EEOC

NATURE OF PROCEEDING: RACE/RELIGION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 130-2003-03283

CAPTION OF SUIT: JACKSON, TORSHA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 150-2004-03544

CAPTION OF SUIT: JACOBS, MOLLY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-24377 CA08

CAPTION OF SUIT: JAEN, ANA ROSA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2005-00696

CAPTION OF SUIT: JAMES, JOSEPH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-026543MRP

CAPTION OF SUIT: JEFFERS, ERIC V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                           Case No.:  **05-11063 (RDD)**

---

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                    preceding the filing of this bankruptcy case.

---

CASE NO: 04-08764

CAPTION OF SUIT: JENKINS (MINOR), FREDRICKA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 13TH JUDICIAL DISTRICT COURT CIRCUIT HILLSBOROUGH, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2 WEEK

CAPTION OF SUIT: JIMENEZ, MIGEALIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-002695PSL

CAPTION OF SUIT: JOHNS, DARLENE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. PIERCE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-039328AMK

CAPTION OF SUIT: JOHNSON, ALICE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-2106CA

CAPTION OF SUIT: JOHNSON, BETTY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, CHARLOTTE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 403766

CAPTION OF SUIT: JOHNSON, JOYCE V. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 3 WEEK

CAPTION OF SUIT: JOHNSON, NICHELLE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL CIRCUIT IN BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-140-CA

CAPTION OF SUIT: JOHNSON, PATRICIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 3RD JUDICIAL CIRCUIT MADISON COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 02-10189 CA 4

CAPTION OF SUIT: JOHNSON, SANDRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 11TH JUDICIAL CIRCUIT COURT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: JOHNSON-FOREHAND, SHAWNA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: VOLUSIA, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 200420230CINS

CAPTION OF SUIT: JOHNSTON, PHYLLIS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 7TH VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 502004CA001948X

CAPTION OF SUIT: JONES, ALFREDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 162004-CA003649

CAPTION OF SUIT: JONES, DIANE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 110-2004-02793

CAPTION OF SUIT: JONES, ROY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-ATLANTA, GEORGIA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 05-CA-171 #39

CAPTION OF SUIT: JOSEPH, JASON V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT ORANGE COUNTY

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05001078 08

CAPTION OF SUIT: JOSEPH-EL, ELLEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                      Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: NONE

CAPTION OF SUIT: JULAIO, ROCIO SANCHEZ V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-CC-16972

CAPTION OF SUIT: JULES-DESIR, CARINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 9TH JUDICIAL DISTRICT COURT CIRCUIT ORANGE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04 09561

CAPTION OF SUIT: KAVIN, LAURIE L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 44-2004-CA-397K

CAPTION OF SUIT: KEITH, JUNE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 16TH JUDICIAL CIRCUIT FOR MONROE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 22-02928

CAPTION OF SUIT: KELLY, ALVAN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA COMMISSION ON HUMAN RELATIONS

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: DISMISSED

---

CASE NO: 150-2005-00346

CAPTION OF SUIT: KENDRICK, SHANDREKA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 02-038602WPB

CAPTION OF SUIT: KENT, CAROL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 15F-2003-00170/461A3425

CAPTION OF SUIT: KERKHOFF, JENNIFER A. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE/CITY OF ORLANDO, FLORIDA OFFICE OF HUMAN RELATIONS

NATURE OF PROCEEDING: SEXUAL HARASSMENT

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐             preceding the filing of this bankruptcy case.

---

CASE NO: 04-039424MRP

CAPTION OF SUIT: KHAIAL, SHADIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-1817-CI-7

CAPTION OF SUIT: KINDINIS, ANNA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 6TH JUDICIAL DISTRICT COURT CIRCUIT PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 200500338/15DA500161

CAPTION OF SUIT: KINLAW, CORA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA COMMISSION ON HUMAN RELATIONS/EEOC

NATURE OF PROCEEDING: SEX

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-1591-CI-19

CAPTION OF SUIT: KIRKPATRICK, CAROL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 6TH JUDICIAL DISTRICT COURT CIRCUIT PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 258.48-4696

CAPTION OF SUIT: KIRKPATRICK, MARG V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TIFTON, GEORGIA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-27204 CA 24

CAPTION OF SUIT: KLEIMANN, ESSY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: KNIGHT, JANICE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: LYONS, GEORGIA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 15DA500364/2005500934

CAPTION OF SUIT: KNOWLES, DWIGHT V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA COMMISSION ON HUMAN RELATIONS/EEOC

NATURE OF PROCEEDING: RACE/DEMOTION DISCIPLINE

STATUS OR DISPOSITION: OPEN

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                    Case No.:  **05-11063 (RDD)**

---

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None ☐   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.

---

CASE NO: 04011397SPT

CAPTION OF SUIT: KOULENTIS, MARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: NEW PORT RICHEY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 162004CA005705

CAPTION OF SUIT: KOZLOWSKI, JUANITA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: H27CA20049588DM

CAPTION OF SUIT: KROEPLIN, MARION V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 5TH JUDICIAL DISTRICT COURT CIRCUIT HERNANDO COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04026576SPT

CAPTION OF SUIT: KRUSE, BARBARA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: HUDSON

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-012087FLD

CAPTION OF SUIT: LAMOUR, JOEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 82632

CAPTION OF SUIT: LANDRY, EDDIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DISTRICT COURT, 15TH JUDICIAL DISTRICT COURT PARISH OF ACADIA, LOUISIANA

NATURE OF PROCEEDING: AUTO MATTER

STATUS OR DISPOSITION: OPEN

---

CASE NO: 03-80989-CIV-MIDDLEBROOKS

CAPTION OF SUIT: LANGLEY-KINLOCK, EVETTA E. V. WINN-DIXIE STORES, A FLORIDA CORPORATION

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION

NATURE OF PROCEEDING: FMLA/RETALIATION

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 150-2003-04414

CAPTION OF SUIT: LANGLEY-KINLOCK, EVETTA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY/DISCRIMINATION

STATUS OR DISPOSITION: SETTLED

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

**4.      SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.     List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 01 CA 2946

CAPTION OF SUIT: LASSETER, CHRIST W. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT LEON COUNTY, FLORIDA

NATURE OF PROCEEDING: DISABILITY/RETALIATION

STATUS OR DISPOSITION: DISMISSED

---

CASE NO: 01-04-CA-1716

CAPTION OF SUIT: LATIMER, MAXINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 8TH JUDICIAL DISTRICT COURT CIRCUIT  ALACHUA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: NONE

CAPTION OF SUIT: LAWRENCE, VERNAL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-039024JJL

CAPTION OF SUIT: LEASE, LORRAINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TALLAHASSEE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: CI040N974

CAPTION OF SUIT: LEBRON, ELIZABETH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT CIRCUIT OSCEOLA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-1523-CC

CAPTION OF SUIT: LEE RAMEY, WILLIAM CURTIS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 20TH JUDICIAL DISTRICT COURT CIRCUIT COLLIER COUNTY, FLORIDA

NATURE OF PROCEEDING: WRONGFUL DISCHARGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-21600 CA25

CAPTION OF SUIT: LEE, BETTY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-011234TGP

CAPTION OF SUIT: LENO, AMANDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DAYTONA BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                    Case No.:  **05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: N/A

CAPTION OF SUIT: LEO, SAMUEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORANGE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 200422547

CAPTION OF SUIT: LESENE, RAGUEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA COMMISSION ON HUMAN RELATIONS

NATURE OF PROCEEDING: NATIONAL ORIGIN/DISABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04 05572

CAPTION OF SUIT: LESTINA, DARLENE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 13TH JUDICIAL DISTRICT COURT CIRCUIT HILLSBOROUGH COUNTY,  FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-0364191CH

CAPTION OF SUIT: LEWIS, BARBARA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-17375 CA03

CAPTION OF SUIT: LEWIS, FRANCINE B. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-030660RST

CAPTION OF SUIT: LISONBEE, ALLYN  V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORLANDO, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2005-00251

CAPTION OF SUIT: LOCKHART, PAULETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: NATIONAL ORIGIN

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-CA-2962

CAPTION OF SUIT: LOPEZ, NICOLAZA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT CIRCUIT ORANGE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: **WINN-DIXIE STORES, INC.**       Case No.: **05-11063 (RDD)**

---

**4.**   **SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

CASE NO: 04 14000 CA 10

CAPTION OF SUIT: LOPEZ, SOL LUIS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: LOUCK, DAN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: LEE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 01-14510 CA 25

CAPTION OF SUIT: LOUIS, HEROLD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: RACE/NATIONAL ORIGIN DISCRIMINATION/RETALIATORY DISCHARGE/NEGLIGENT
HIRING,TRAINING,SUPERVISION & RETENTION

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 04023530MIA

CAPTION OF SUIT: LOUIS, HUBERS V. SUPERBRAND DAIRY, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-025902SHP

CAPTION OF SUIT: LOUIS, MARC A. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: BOYNTON BEACH, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 162005CA001021X

CAPTION OF SUIT: LOWERY, BARBARA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05-2004-CA-029421

CAPTION OF SUIT: M AND T MORTGAGE CORPORATION V. MICHAEL T. SMITH, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: VOLUNTARILY DISMISSED

---

CASE NO: 1 WEEK

CAPTION OF SUIT: MAATOUK, CHARO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 4TH JUDICIAL CIRCUIT COUNTY COURT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

In re:  **WINN-DIXIE STORES, INC.**                          Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 01-14595 CA 22

CAPTION OF SUIT: MACK, JACKUELYN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-027604 ICH

CAPTION OF SUIT: MACK, MERLENE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04 20463-CIV-HOEVELER/KLEIN

CAPTION OF SUIT: MAHABIR, KAMINI V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

NATURE OF PROCEEDING: DISABILITY/RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2003-02208

CAPTION OF SUIT: MAHABIR, KAMINI V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY/RETALIATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04 02259 CA20

CAPTION OF SUIT: MALDONADO, CARMEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 131-2004-03064

CAPTION OF SUIT: MANGUM, TIFFANY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-JACKSON, MISSISSIPPI AREA OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 146-2004-01210

CAPTION OF SUIT: MANNING, LYNN M. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-GREENVILLE, SOUTH CAROLINA LOCAL OFFICE

NATURE OF PROCEEDING: SEX

STATUS OR DISPOSITION: OPEN

---

CASE NO: 110-2004-03773

CAPTION OF SUIT: MARSHALL, GLORIA K. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-ATLANTA, GEORGIA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY/RETALIATION

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                               **Case No.:  05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 04-05504CA 24

CAPTION OF SUIT: MARSHALL, GWENDOLYN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4 WEEK

CAPTION OF SUIT: MARTIN, ESTELLE INELL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: MARTIN, ONITA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: VALDOSTA, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 37420

CAPTION OF SUIT: MARTIN, WILLIAM

COURT OR AGENCY OR LOCATION: NORTH CAROLINA DEPARTMENT OF LABOR

NATURE OF PROCEEDING: WAGE COMPLAINT

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: MARTINEZ, CARMEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI-DADE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-028831MRP

CAPTION OF SUIT: MATEO, TAHIRIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 030225136/150A31172

CAPTION OF SUIT: MATUS, MARLENE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EPA/EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY

STATUS OR DISPOSITION: DISMISSED

---

CASE NO: 04-033291ICH

CAPTION OF SUIT: MAZYCK, DEMETRIUS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 16-2004-CA-005740

CAPTION OF SUIT: MCCRAE, WILLIE A. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT,  4TH JUDICIAL DISTRICT COURT CIRCUIT  DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 150-2002-03007

CAPTION OF SUIT: MCCRAE, WILLIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2 WK DOCKET

CAPTION OF SUIT: MCCRANEY, DANIEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004 10424 CODL

CAPTION OF SUIT: MCDONALD, VIRGINIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION:  CIRCUIT COURT, VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 0417094 05

CAPTION OF SUIT: MCDOWELL, CASSANDRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 81-000394FLD

CAPTION OF SUIT: MCGRAW, RICHARD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 3 WEEK

CAPTION OF SUIT: MCKENNON, ELIZABETH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 502005CA00250XX

CAPTION OF SUIT: MCKENNON, RICHARD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION:  CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

**None**        a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                preceding the filing of this bankruptcy case.

---

CASE NO: 15DA401212/200423054

CAPTION OF SUIT: MCKENZIE, ELIZABETH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-FLORIDA COMMISSION ON HUMAN RIGHTS

NATURE OF PROCEEDING: NATIONAL ORIGIN

STATUS OR DISPOSITION: OPEN

---

CASE NO: 145-2004-00353

CAPTION OF SUIT: MCLEAN, JAMES R. V. SUPERBRAND DAIRIES, INC.

COURT OR AGENCY OR LOCATION: EEOC-CHARLOTTE DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 15D-2003-01355/2304050

CAPTION OF SUIT: MCLEROY, CHERYL L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI DISTRICT OFFICE/FLORIDA COMMISSION ON HUMAN RELATIONS

NATURE OF PROCEEDING: RACE/SEX

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04C03102-1

CAPTION OF SUIT: MCMULLEN, SANDRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2004-03537

CAPTION OF SUIT: MCNALLY, ROSE MARIE V. WINN DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY/RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 50 04CA004997XX

CAPTION OF SUIT: MENDEZ, GERARDO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-037976AMK

CAPTION OF SUIT: MENDOZA, APOLINAR V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-028191DBB

CAPTION OF SUIT: MENTLEY, DAN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TAMPA, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 502004CA006640X

CAPTION OF SUIT: MERCADO, ANGELO L V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: CI04 ON 856

CAPTION OF SUIT: MERCED, EVETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT CIRCUIT OSCEOLA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: METELUS, ANGELINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-030960DFT

CAPTION OF SUIT: MICHELON, JAMES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. MYERS, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04040313MAD

CAPTION OF SUIT: MICHLEYN, PEARL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05001321AMK

CAPTION OF SUIT: MICIELI, KAREN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: BIG PINE KEY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2003-CP-18-278

CAPTION OF SUIT: MIDLAND PARKWAY ASSOCIATES, LLC V. WILMINGTON TRUST COMPANY, ET AL., INCLUDING WINN-DIXIE GREENVILLE, INC.

COURT OR AGENCY OR LOCATION: COURT OF COMMON PLEAS, COUNTY OF DORCHESTER, SOUTH CAROLINA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 2004-SC-0000769

CAPTION OF SUIT: MILLER, AS TRUSTEE FOR THE ESTATE OF VMACH, LTD. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT SMALL CLAIMS DIVISION LEON COUNTY, FLORIDA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: SETTLED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                    Case No.:  **05-11063 (RDD)**

---

4.    **SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐         preceding the filing of this bankruptcy case.

---

CASE NO: 502004CA007564

CAPTION OF SUIT: MILLER, CHARLENE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-2004-01932

CAPTION OF SUIT: MILLER, LORI V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: SEX/RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-04-CV-0194

CAPTION OF SUIT: MILLER, PAULETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, WAYNE COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: CV204-033

CAPTION OF SUIT: MILLER, TAMARA V. WINN-DIXIE STORES, INC.& KELVIN THORNTON

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF GEORGIA, BRUNSWICK DIVISION

NATURE OF PROCEEDING: SEXUAL HARRASSMENT

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-016298LLH

CAPTION OF SUIT: MILLS, THOMAS R V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ST. PETERSBURG, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-CA2996

CAPTION OF SUIT: MILTON, VICTORIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT LEON COUNTY, FLORIDA

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 3:03 CV 00006

CAPTION OF SUIT: MISTY SELL V. WINN-DIXIE STORES, INC., ET AL.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

NATURE OF PROCEEDING: EMPLOYEE BENEFITS

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 2003 CV 74357

CAPTION OF SUIT: MITCHELL, EUGENE AND RHONDA MILLER V. WINN DIXIE DISTRIBUTION, ET AL.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT OF FULTON COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: DISMISSED

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

---

CASE NO: 2005 CV 97419

CAPTION OF SUIT: MITCHELL, EUGENE AND RHONDA MILLER V. WINN DIXIE DISTRIBUTION, ET AL.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT OF FULTON COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 043468CI-21

CAPTION OF SUIT: MITTLEMAN, RHODA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 6TH JUDICIAL DISTRICT COURT CIRCUIT PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 3 WEEK

CAPTION OF SUIT: MIZELL, HATTYE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT SEMINOLE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: MOORE, SHIRLEY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DUVAL, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 4010007

CAPTION OF SUIT: MORGAN, MARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-2004-CA-006128

CAPTION OF SUIT: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. V. DALE A. HENRY, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA, GENERAL JURISDICTION DIVISION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 16-2005-CA-128

CAPTION OF SUIT: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WELLS FARGO BANK, N.A. V. JOHN HENDERSON, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA, CIVIL ACTION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.** | **Case No.:  05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None        a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐               preceding the filing of this bankruptcy case.

---

CASE NO: 03-CV 80527 RYSKAMP/VITUNAC

CAPTION OF SUIT: MULKEY, ALLISON S. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH
DIVISION

NATURE OF PROCEEDING: SEXUAL HARRASSMENT/DISCRIMINATION/RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2 WK DOCKET

CAPTION OF SUIT: MUNOZ, WENCESLAO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION:  CIRCUIT COURT, 11TH JUDICIAL CIRCUIT COURT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 15D-2003-00591/23-01649

CAPTION OF SUIT: MUNRO, LAMAR T. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI DISTRICT OFFICE/FLORIDA COMMISSION ON HUMAN RELATIONS

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 8:03-CV-2236-T-24EAJ

CAPTION OF SUIT: MUNRO, THOMAS AND RICK BELLIS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

NATURE OF PROCEEDING: FLSA-"OFF THE CLOCK WORK"

STATUS OR DISPOSITION: OPEN

---

CASE NO: 8:04-CV-1757-T-23MSS

CAPTION OF SUIT: MUNRO, THOMAS L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATE DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

NATURE OF PROCEEDING: RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-04-CA-001757

CAPTION OF SUIT: MURPHY, MARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: MURRAY, ROSA M. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JEFFERSON

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 50 04 CA004761

CAPTION OF SUIT: MUSARELLA, ANTIONETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐             preceding the filing of this bankruptcy case.

---

CASE NO: 04-035423 MRP

CAPTION OF SUIT: MUSEAU, EVENS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 052005CA009380X

CAPTION OF SUIT: MUSTOE, CHRISTINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-04-CV-0557

CAPTION OF SUIT: MYERS, JOHNNY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, WAYNE COUNTY

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-04-CV-0547

CAPTION OF SUIT: MYERS, MATILDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, WAYNE COUNTY

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 0:03-0283-10BC

CAPTION OF SUIT: MYLES, JEROME V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT OF SOUTH CAROLINA

NATURE OF PROCEEDING: RACE DISCRIMINATION/SEXUAL HARASSMENT/DENIED PROMOTION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04 07773 CA04

CAPTION OF SUIT: NADIAK, NADIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-9278 CA 23

CAPTION OF SUIT: NAVAS, LETICIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH  JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: NAWROCKI, NOEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: BROWARD, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 16-2003-CA-006589

CAPTION OF SUIT: NC VENTURE I, L.P. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-CA-005080

CAPTION OF SUIT: NEGRON, EDWIN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 20TH JUDICIAL DISTRICT COURT CIRCUIT LEE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 5001373

CAPTION OF SUIT: NELSON, DIERDRE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: NEWBERN, ROBIN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GLYNN

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-024114TGP

CAPTION OF SUIT: NGO, PHUNG V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DAYTONA BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 01-00721 CA27

CAPTION OF SUIT: NGUYEN, BETAM V. WINN-DIXIE STORES, INC., A FLORIDA CORPORATION

COURT OR AGENCY OR LOCATION: COUNTY COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: NATIONAL ORIGIN/DISCRIMINATION/WRONGFUL TERMINATION/DISPARATE TREATMENT/FLORIDA
WHISTLEBLOWERS ACT VIOLATION

STATUS OR DISPOSITION: DISMISSED

---

CASE NO: 512004CA002054W

CAPTION OF SUIT: NICHOLAS, LULA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, PASCO COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 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

CAPTION OF SUIT: NICOLS, TONYA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: VALDOSTA, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                        **Case No.:  05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None        a.     List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: N/A

CAPTION OF SUIT: NIEVES, CARMEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORANGE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-020722SMS

CAPTION OF SUIT: NORELIA, FRANKY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-040731ICH

CAPTION OF SUIT: NORMAN, JAMES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-4186-CA-21

CAPTION OF SUIT: NORTHWAY INVESTMENTS, L.L.C. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-5241-CA

CAPTION OF SUIT: NOVAK, MARILYN YVONNE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 20TH JUDICIAL DISTRICT COURT CIRCUIT COLLIER COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 95-187

CAPTION OF SUIT: N-SIX ASSOCIATES, L.P. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CHANCERY COURT, HAMBLEN COUNTY, TENNESSEE

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-034914MRP

CAPTION OF SUIT: NULL, EDWARD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JCC MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-024917JDO

CAPTION OF SUIT: OATES, THEO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                     **Case No.:  05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None        a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐               preceding the filing of this bankruptcy case.

---

CASE NO: EM215-10-03/15A-2004-00027

CAPTION OF SUIT: OBIN, ANDREE J. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: BROWARD COUNTY, FLORIDA CIVIL RIGHTS DIVISION/EEOC-MIAMI DISTRICT OFFICE

NATURE OF PROCEEDING:

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 15D-2003-01170/2303618

CAPTION OF SUIT: ODOM, SEVIER V. WINN-DIXIE STORES, INC/DIXIE PACKERS

COURT OR AGENCY OR LOCATION: EEOC-MIAMI DISTRICT OFFICE/FLORIDA COMMISSION ON HUMAN RELATIONS

NATURE OF PROCEEDING: DISABILITY/RETALIATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-368CA

CAPTION OF SUIT: OLIVIERI, AGNES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 19TH JUDICIAL DISTRICT COURT CIRCUIT MARTIN COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-14054 CA 6

CAPTION OF SUIT: O'NEAL, BETTYE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: EM301-5-04/15AA400266

CAPTION OF SUIT: O'NEAL, DEMETRIUS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: BROWARD COUNTY, FLORIDA CIVIL RIGHTS DIVISION

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 4013002

CAPTION OF SUIT: O'NEAL, SANDRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-038464SHP

CAPTION OF SUIT: OROZCO, MARIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA  DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-98428 CA13

CAPTION OF SUIT: ORTEGA, CESAR V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT  DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None       a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 502004CA005593X

CAPTION OF SUIT: ORTIZ, ROBERT V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05-002243SMS

CAPTION OF SUIT: PACHECO, ADOLFO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 1-03-307R/14CA300681

CAPTION OF SUIT: PADGETT, DELORIS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-CHARLOTTE, SOUTH CAROLINA DISTRICT OFFICE, HUMAN AFFAIRS COMMISSION

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 3-WK

CAPTION OF SUIT: PADRON, DAISY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 6:04CV863ORL19D

CAPTION OF SUIT: PAHEL, GERALD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-004418SMS

CAPTION OF SUIT: PALMEIRO, FELISA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JCC MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2003-04254

CAPTION OF SUIT: PALMIERI, EDRIGE V. WINN-DIXIE STORES INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04017397 18

CAPTION OF SUIT: PARISOT, LUCIENNE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None       a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐               preceding the filing of this bankruptcy case.

---

CASE NO: 14C-2003-01183

CAPTION OF SUIT: PARKER, MARTHA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-CHARLOTTE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 05-000588TMB

CAPTION OF SUIT: PARRA, XIOMARA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-3356

CAPTION OF SUIT: PARRISH, JACOB M. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MAGISTRATE COURT LOWNDES COUNTY, GEORGIA

NATURE OF PROCEEDING: CONSUMER CLAIM

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 4:04-CV-41-RH/WCS

CAPTION OF SUIT: PASTOR, KIM V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

NATURE OF PROCEEDING: SEX DISCRIMINATION & RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 1:03-2264-23

CAPTION OF SUIT: PATTEN, ALVIN V. CONTINENTAL CASUALTY COMPANY AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA, AIKEN DIVISION

NATURE OF PROCEEDING: EMPLOYEE BENEFITS

STATUS OR DISPOSITION: PENDING

---

CASE NO: 415717

CAPTION OF SUIT: PATTERSON, FELICIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 15MA300440/300827

CAPTION OF SUIT: PAWLICKI, ALICE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI DISTRICT OFFICE/PALM BEACH COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004-CA-2887

CAPTION OF SUIT: PAYNE, MARCUS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 50TH JUDICIAL DISTRICT COURT CIRCUIT CITRUS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   **WINN-DIXIE STORES, INC.**                                    Case No.:   **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 04-09035

CAPTION OF SUIT: PEARSON, CONSUELO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 13TH JUDICIAL DISTRICT COURT CIRCUIT HILLSBOROUGH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: PECKO, SUZETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI-DADE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04S000276

CAPTION OF SUIT: PEER, SHIRLEY PAULINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, SMALL CLAIMS DIVISION JEFFERSON, KENTUCKY

NATURE OF PROCEEDING: CONSUMER CLAIM

STATUS OR DISPOSITION: JUDGMENT ENTERED

---

CASE NO: 04-8525-SP 26-4

CAPTION OF SUIT: PELLETIER (MINOR), JENNIFER V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004CA008594XXX

CAPTION OF SUIT: PENDER, WILLIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-CA-002603

CAPTION OF SUIT: PEPPLER, AUDREY E V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 20TH JUDICIAL DISTRICT COURT CIRCUIT COUNTY, LEE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: CI040N646

CAPTION OF SUIT: PERELES, ROSA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT CIRCUIT OSCEOLA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 270-2005-00396

CAPTION OF SUIT: PERRILLOUX, ELISE A. V. WINN-DIXIE NEW ORLEANS, INC.

COURT OR AGENCY OR LOCATION: EEOC-NEW ORLEANS, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE/AGE

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                   **Case No.:  05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐           preceding the filing of this bankruptcy case.

---

CASE NO: 04-003971JEM

CAPTION OF SUIT: PHILLIPS, BRENDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TAMPA, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-2003-CA-5724

CAPTION OF SUIT: PHOENIX OFFICE CENTER, INC. V. HORACE PRINCE, ET AL., INCLUDING WINN DIXIE

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: FINAL JUDGMENT ENTERED

---

CASE NO: 04-16656 CA24

CAPTION OF SUIT: PIERRE, MARIE GEORGES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-CA-4472

CAPTION OF SUIT: PINEIRO, JOSE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT CIRCUIT ORANGE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-CA-3442

CAPTION OF SUIT: PONCE, RAMONA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, ORANGE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-80-CA

CAPTION OF SUIT: POPE, LISA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT WAKULLA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-036978JJL

CAPTION OF SUIT: POPPELL, SHARON V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TALLAHASSEE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-1572-CI11

CAPTION OF SUIT: PORTER, JEFF V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

In re:  **WINN-DIXIE STORES, INC.**                                        **Case No.:   05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

**None**    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

---

CASE NO: 461A4411M

CAPTION OF SUIT: POWELL, ALLEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORLANDO, FLORIDA OFFICE OF HUMAN RELATIONS

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-22677 CA-2

CAPTION OF SUIT: PRATT, ANNA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04 CA000897 (ON

CAPTION OF SUIT: PRESTIANNI, TAMRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 19TH JUDICIAL DISTRICT COURT CIRCUIT ST LUCIE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-3011-CI-13

CAPTION OF SUIT: PRO-ACTIVE JANITORIAL SERVICES, INC. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, CIVIL DIVISION, PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 150-2004-02596

CAPTION OF SUIT: QUILLIA, JR., ALFRED L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE/DISABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-09013 CA32

CAPTION OF SUIT: QUINONES, QUINTIN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 200421075

CAPTION OF SUIT: QUINTERO, SONIA Q. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA COMMISSION ON HUMAN RELATIONS

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2005 30245 CICI

CAPTION OF SUIT: RADWICK, DEBRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 7TH JUDICIAL DISTRICT COURT CIRCUIT VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                   Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

---

CASE NO: N/A

CAPTION OF SUIT: RAMADHAR, PREMRAJ V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: RAMAGOS, SANDRA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 5104CA1363-ES-B

CAPTION OF SUIT: RAMIREZ, PRISCILLA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 6TH JUDICIAL DISTRICT COURT CIRCUIT PASCO COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: RAMOS, ODALYS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-008511JAB

CAPTION OF SUIT: RANDEL, TABARES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 50 04 CA004511

CAPTION OF SUIT: RAY, HELEN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 252004CA00311

CAPTION OF SUIT: READY, PATTI V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 10TH JUDICIAL DISTRICT COURT CIRCUIT HARDEE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2002-05900-CA

CAPTION OF SUIT: REDDICK, JAMES AND DAVID A STOKES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: FLORIDA WHISTLEBLOWERS ACT. AGE DISCRIMINATION & RETALIATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

## 4.   SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

CASE NO: 200420324/15DA400165

CAPTION OF SUIT: REED, JAVAN D. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA COMMISSION ON HUMAN RELATIONS/EEOC

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 150-2005-01129

CAPTION OF SUIT: REGALADO, ROIDI V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIVIL RIGHTS DIVISION BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: NATIONAL ORIGIN

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2003-04054

CAPTION OF SUIT: REYES, PEDRO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: NATIONAL ORIGIN

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 0401044SP

CAPTION OF SUIT: REYNOLDS, CAROL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT SMALL CLAIMS CHARLOTTE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 0501585 08

CAPTION OF SUIT: RICARDO, VIVIAN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-036447DFT

CAPTION OF SUIT: RICHARDSON, DON V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. MEYERS, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-20375-CIV-SEITZ/BANDSTRA

CAPTION OF SUIT: RICHARDSON, JEFFREY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

NATURE OF PROCEEDING: NATIONAL ORIGIN /WRONGFUL DEMOTION & TERMINATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 251-05-38CIV

CAPTION OF SUIT: RICOCHET MARKETING, INC., D/B/A G. F. GARDNER & ASSOCIATES V. WINN-DIXIE STORES, INC. AND ECONOMY WHOLESALE DISTRIBUTORS, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 1ST JUDICIAL DISTRICT COURT CIRCUIT  HINDS COUNTY, MISSISSIPPI

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                    Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 04-10379

CAPTION OF SUIT: RIVERA, JUANA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 13TH JUDICIAL DISTRICT COURT CIRCUIT HILLSBOROUGH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-505 CA

CAPTION OF SUIT: ROBERTS, AMY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 3RD JUDICIAL DISTRICT COURT CIRCUIT TAYLOR COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: ROBINSON, DELORES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DUVAL, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-033669JEM

CAPTION OF SUIT: ROBINSON, SHERRY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: HILLSBOROUGH COUNTY, TAMPA, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 052004CA010498X

CAPTION OF SUIT: ROCKAFELLOW, KAREN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-033886SMS

CAPTION OF SUIT: RODRIGUEZ, DAMARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-033892SMS

CAPTION OF SUIT: RODRIGUEZ, DAMARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05-00447 CA 32

CAPTION OF SUIT: RODRIGUEZ, JOSE RAMON V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐           preceding the filing of this bankruptcy case.

---

CASE NO: 04-039902JDO

CAPTION OF SUIT: RODRIGUEZ, RAFAEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-22988 CA20

CAPTION OF SUIT: RODRIGUEZ, SABRINA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 200500002/15DA50054

CAPTION OF SUIT: RODRIQUEZ, JOSE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC/FLORIDA COMMISSION ON HUMAN RELATIONS

NATURE OF PROCEEDING: RELIGION/NATIONAL ORIGIN

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-037732TMB

CAPTION OF SUIT: RODRIQUEZ, MIGUEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-2240-CI-11

CAPTION OF SUIT: ROHLFS, BETTY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 6TH JUDICIAL DISTRICT COURT CIRCUIT PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 15MA400173/400431

CAPTION OF SUIT: ROINE, RUBEN T. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-PALM BEACH COUNTY, FLORIDA OFFICE OF EQUAL OPPORTUNITY

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 3 WEEK

CAPTION OF SUIT: ROMAN, YVETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2003-02522

CAPTION OF SUIT: ROMERO, GENELIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE/NATIONAL ORIGIN

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**

**Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

**None**   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

CASE NO: 04 07234 CA05

CAPTION OF SUIT: ROSARIO, ADRIAN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-CA-9333

CAPTION OF SUIT: ROUNDTREE, LEONARD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT ORANGE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-2004-01181

CAPTION OF SUIT: ROWE, LISA J.  V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: RACE/SEX

STATUS OR DISPOSITION: OPEN

---

CASE NO: 130-2004-00809

CAPTION OF SUIT: ROWELL, SUSAN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE/SEX

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2004-CA-3144

CAPTION OF SUIT: RUFFIN, GUSSIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, LAKE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 8:04-CV-393-T-23EAJ

CAPTION OF SUIT: RUPPRECHT, JOHN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

NATURE OF PROCEEDING: FAIR LABOR STANDARDS ACT

STATUS OR DISPOSITION: OPEN

---

CASE NO: 151-2003-00791C

CAPTION OF SUIT: RUTAN, DEBORAH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX/AGE

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-3828 CA25

CAPTION OF SUIT: SAMUELS, JACQUELINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 04-3703-CA

CAPTION OF SUIT: SANCHEZ, CORINA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 20TH JUDICIAL DISTRICT COURT CIRCUIT COLLIER COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2003-02440

CAPTION OF SUIT: SANCHEZ, ISABEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE/NATIONAL ORIGIN

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 3:04-CV-01238-J-12TEM

CAPTION OF SUIT: SANDIFER PARTNERSHIP, LTD. V. DOLGENCORP., INC.; WINN-DIXIE STORES, INC., PLAINTIFF-IN-INTERVENTION, V.
SANDIFER PARTNERSHIP, LTD. AND DOLGENCORP, INC., DEFENDANTS-IN-INTERVENTION

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 418753

CAPTION OF SUIT: SANTIAGO, ILUMINADO V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17 JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04 12385 CA02

CAPTION OF SUIT: SARDINAS, ORQUIDIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: GC04-222

CAPTION OF SUIT: SCHAIBLE, WILMA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 10TH JUDICIAL DISTRICT COURT CIRCUIT HIGHLANDS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2003CA0247100C

CAPTION OF SUIT: SCHLEY, MELISSA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 12TH JUDICIAL COURT, POLK CITY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-024293JDO

CAPTION OF SUIT: SCHOENWISNER (MINOR), CHRISTOPHER V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA  DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                            Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None        a.     List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                preceding the filing of this bankruptcy case.

---

CASE NO: 6 WK - END 2/18

CAPTION OF SUIT: SCHROTH, MARILYN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-2003-CC-008243

CAPTION OF SUIT: SCOTT-GROSS CO., INC. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT, DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-CA-848

CAPTION OF SUIT: SFJV-2002-1, LLC V. EDWARD R. SKINNER

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 2ND JUDICIAL DISTRICT COURT CIRCUIT LEON COUNTY, FLORIDA, GENERAL
JURISDICTION DIVISION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 05-000829TMB

CAPTION OF SUIT: SHAFFER, DAWN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 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

CAPTION OF SUIT: SHEEDY, BONNIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: KINGSLAND

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 1:03-CV-2799-RLV

CAPTION OF SUIT: SHERRILL, MIGNON T. V. SAVE RITE GROCERY WAREHOUSE, INC. AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

NATURE OF PROCEEDING: SEX DISCRIMINATION/RETALIATION/DISPARATE PAY

STATUS OR DISPOSITION: OPEN

---

CASE NO: N/A

CAPTION OF SUIT: SHIPLEY, ASHLEY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MARION COUNTY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 52-2003-007893X

CAPTION OF SUIT: SHIVER, CATHERINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                   **Case No.:  05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: CV-03-C-3196W

CAPTION OF SUIT: SIMMONS, JENNIFER V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

NATURE OF PROCEEDING: SEX/RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: CV-03-HGD-2414-S

CAPTION OF SUIT: SIMMONS, TRELLICE A. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

NATURE OF PROCEEDING: WRONGFUL DISCHARGE/RACE

STATUS OR DISPOSITION: SETTLED

---

CASE NO: N/A

CAPTION OF SUIT: SINE, MICHEAL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: HILLSBOROUGH, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 130-2004-01721

CAPTION OF SUIT: SISTRUNK, KIMBERLY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 151-04-CV-0243

CAPTION OF SUIT: SMITH, BERTHA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, WAYNE COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 05-003327ICH

CAPTION OF SUIT: SMITH, BRYANT V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: JACKSONVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4:03CV400-RH

CAPTION OF SUIT: SMITH, DARLENE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

NATURE OF PROCEEDING: RACE/RETALIATION

STATUS OR DISPOSITION: SETTLED

---

CASE NO: N/A

CAPTION OF SUIT: SMITH, DONNA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SEMINOLE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐         preceding the filing of this bankruptcy case.

---

CASE NO: 04-016026GCC

CAPTION OF SUIT: SMITH, JOSEPHINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-971-CA

CAPTION OF SUIT: SMITH, SHIRLEY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 20TH JUDICIAL DISTRICT COURT CIRCUIT COLLIER COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 0419294FLD

CAPTION OF SUIT: SMITH, VICTOR V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 1:03-CV-3522-GET

CAPTION OF SUIT: SOLOMON, MARK A. V. SAVE RITE GROCERY WAREHOUSE, INC.AND WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

NATURE OF PROCEEDING: RACE DISCRIMINATION

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 150-2003-02521

CAPTION OF SUIT: SOTOLONGO, GLADYS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE/NATIONAL ORIGIN

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 53-2004CA003745

CAPTION OF SUIT: SOUFFRONT, RUTH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 10TH JUDICIAL CIRCUIT POLK COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 252004CA000100

CAPTION OF SUIT: SOUTHER, THOMAS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 10TH JUDICIAL DISTRICT COURT CIRCUIT HARDEE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-3059

CAPTION OF SUIT: SPEARS, WILL H. AND JOANNE SPEARS V. WINN-DIXIE STORES, INC., WINN-DIXIE LOUISIANA, INC. AND SHPS, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

NATURE OF PROCEEDING: EMPLOYEE BENEFITS

STATUS OR DISPOSITION: PENDING

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**        **Case No.: 05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

CASE NO: CE04-00504-063

CAPTION OF SUIT: SPENCER, MARGARET V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, GLYNN COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-018005JDO

CAPTION OF SUIT: SPENCER, VICKIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GAINESVILLE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-038569JEM

CAPTION OF SUIT: SPEZIALE, MARK V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TAMPA, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 199-255B

CAPTION OF SUIT: ST. JOHN, JANE, INDIVIDUALLY AND AS THE NEXT FRIEND OF JARYN CASTANEDA AND JULIA CASTANEDA, AND DAVID CASTANEDA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 146TH JUDICIAL DISTRICT COURT DISTRICT, BELL COUNTY, TEXAS

NATURE OF PROCEEDING: EMPLOYEE BENEFITS

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 3:03-CV-910-J-32MMH

CAPTION OF SUIT: STALLINGS, DONNA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

NATURE OF PROCEEDING: SEX/WRONGFUL TERMINATION

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 02CA3833

CAPTION OF SUIT: STANFORD, FRANCES, PERSONAL REPRESENTATIVE, ESTATE OF CHRISTINE BASS, DECEASED, AND ON BEHALF OF SUSAN ROBINSON, CATHY HOFFMAN AND JUDY EDDINS, SURVIVORS V. WINN-DIXIE STORES, INC. AND DIXIE PACKERS, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 1ST JUDICIAL DISTRICT COURT CIRCUIT, OKALOOSA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 461A3635407/15FA300320

CAPTION OF SUIT: STANLEY, QUENTIN S. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA AREA OFFICE/FLORIDA EPA

NATURE OF PROCEEDING: RACE/RETALIATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: STATE OF FLORIDA, DEPARTMENT OF FINANCIAL SERVICES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF FINANCIAL SERVICES

NATURE OF PROCEEDING: RISK MANAGEMENT

STATUS OR DISPOSITION: SETTLED

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                  Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None        a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐                preceding the filing of this bankruptcy case.

---

CASE NO: 2001-772-CA; B

CAPTION OF SUIT: STATE OF FLORIDA, DEPARTMENT OF TRANSPORTATION V. HADDCO PROPERTIES LTD, PARTNERSHIP, ET AL.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT CLAY COUNTY, FLORIDA

NATURE OF PROCEEDING: EMINENT DOMAIN

STATUS OR DISPOSITION: PENDING

---

CASE NO: CASE NO. 2D05-633, LC CASE NO. 00CA-1375-0160-00

CAPTION OF SUIT: STATE OF FLORIDA, DEPARTMENT OF TRANSPORTATION V. NATHAN BENDERSON, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DISTRICT COURT OF APPEAL, SECOND DISTRICT, FLORIDA

NATURE OF PROCEEDING: EMINENT DOMAIN

STATUS OR DISPOSITION: PENDING

---

CASE NO: 03-CA001155

CAPTION OF SUIT: STATE OF FLORIDA, DEPARTMENT OF TRANSPORTATION V. TS PIERCE SC. CO., LTD., ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 19TH JUDICIAL DISTRICT COURT CIRCUIT ST. LUCIE COUNTY, FLORIDA

NATURE OF PROCEEDING: EMINENT DOMAIN

STATUS OR DISPOSITION: SETTLED

---

CASE NO: N/A

CAPTION OF SUIT: STEPHAN, THOMAS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DUVAL, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: STEPHAN, THOMAS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DUVAL, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: CJ-2002-610

CAPTION OF SUIT: STEPHENSON WHOLESALE CO. INC., D/B/A INDIAN NATIONAL WHOLESALE COMPANY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DISTRICT COURT, BRYAN COUNTY, OKLAHOMA

NATURE OF PROCEEDING: COMMERCIAL

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 04-486-CAB

CAPTION OF SUIT: STEWART, ALICE R. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, GADSEN COUNTY, TEXAS

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: NONE

CAPTION OF SUIT: STRAIN, HOBSON L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: WEST PALM BEACH, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐           preceding the filing of this bankruptcy case.

---

CASE NO: N/A

CAPTION OF SUIT: STURDEVANT, JERRY L V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DUVAL, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 150-2004-01265

CAPTION OF SUIT: SWABY, DONALD V. SUPERBRAND DAIRIES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2004CA5885NC

CAPTION OF SUIT: SWAIN, JANICE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 9TH JUDICIAL DISTRICT COURT CIRCUIT SARASOTA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4002571

CAPTION OF SUIT: SZENTADRJARY, MICHELLE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 8:04-CV-2113-T-17TBM

CAPTION OF SUIT: TAMPA BAY AMERICANS WITH DISABILITIES ASSOCIATION, INC., ET AL., V. NEW PLAN EXCEL REALTY TRUST, INC.,
ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 8:04CV2113

CAPTION OF SUIT: TAMPA BAY AMERICANS WITH DISABILITIES, INC., ET AL. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

NATURE OF PROCEEDING: ADA

STATUS OR DISPOSITION: PENDING-NOT YET SERVED

---

CASE NO: 2004 31549 CICI

CAPTION OF SUIT: TANSEY, PATRICIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT 7TH VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004 20342 CINS

CAPTION OF SUIT: TAVARES, MARIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT/COUNTY COURT VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                      Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐         preceding the filing of this bankruptcy case.

---

CASE NO: 05-2198 CA02

CAPTION OF SUIT: TEHRANY, ALI V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-982-CI-19

CAPTION OF SUIT: TEREBUSH, AGENES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 6TH JUDICIAL DISTRICT COURT CIRCUIT PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 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.EABE.EAB

CAPTION OF SUIT: TEXAS DEPARTMENT OF LICENSING AND REGULATION V. WINN-DIXIE TEXAS, INC. 2448

COURT OR AGENCY OR LOCATION: TEXAS DEPARTMENT OF LICENSING AND REGULATION, ENFORCEMENT DIVISION, STATE OFFICE OF ADMINISTRATIVE HEARINGS

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 04-549-CA

CAPTION OF SUIT: THIGPEN, JOHN V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 3RD JUDICIAL DISTRICT COURT CIRCUIT COLUMBIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2030154

CAPTION OF SUIT: THOMAS S. THOMAS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MAGISTRATE COURT, ABBEVILLE COUNTY, SOUTH CAROLINA

NATURE OF PROCEEDING: CONSUMER CLAIM

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 04 13105 CA15

CAPTION OF SUIT: THOMAS, YVETTE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2004-00575

CAPTION OF SUIT: THOMPSON, SHAWANDA E. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04010073SPT

CAPTION OF SUIT: TILLMAN, LOUVENIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DADE CITY, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

In re:  **WINN-DIXIE STORES, INC.**        Case No.:  **05-11063 (RDD)**

---

**4.**    **SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

CASE NO: 0501083 14

CAPTION OF SUIT: TILSON, NANCY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 419601

CAPTION OF SUIT: TIMMONS, DAVID V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-026188LLH

CAPTION OF SUIT: TOBEY, RICHARD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION:

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 05-002022JAB

CAPTION OF SUIT: TONNELIER, JEFFERY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FT. LAUDERDALE, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-2245-CA-6

CAPTION OF SUIT: TORAL, SIMONE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 236-192173-02

CAPTION OF SUIT: TORREZ, JOE, EXECUTOR OF THE ESTATE OF SAMUEL S. TORREZ V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: DISTRICT COURT, 236TH JUDICIAL DISTRICT COURT DISTRICT, TARRANT COUNTY, TEXAS

NATURE OF PROCEEDING: EMPLOYEE BENEFITS

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 02-02-00339-CV

CAPTION OF SUIT: TORREZ, JOE, EXECUTOR OF THE ESTATE OF SAMUEL S. TORREZ, APPELLANT V. WINN-DIXIE STORES, INC., APPELLEE

COURT OR AGENCY OR LOCATION: COURT OF APPEALS FOR THE SECOND DISTRICT OF TEXAS

NATURE OF PROCEEDING: EMPLOYEE BENEFITS

STATUS OR DISPOSITION: SETTLED

---

CASE NO: CE04-00913-063

CAPTION OF SUIT: TRAVIS, LEONARD V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SUPERIOR COURT, GLYNN COUNTY, GEORGIA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      Case No.:  05-11063 (RDD)

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

---

CASE NO: 4 WK DOCKET

CAPTION OF SUIT: TROCHEZ, ALBA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 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

CAPTION OF SUIT: TURNER, CHRISTINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: GEORGIA STATE BOARD OF WORKERS COMPENSATION

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 130-2004-001374

CAPTION OF SUIT: TURNER, EMMA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-7123-CI-19

CAPTION OF SUIT: TURNER, MECHELLE R V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 6TH JUDICIAL DISTRICT COURT CIRCUIT PINELLAS COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: CIVIL ACTION NO. 3:01 CV-325-H

CAPTION OF SUIT: U.S. BANK, N.A. F/K/A STAR BANK, N.A. F/K/A FIRSTAR BANK, N.A.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 01-2004-CA-004396

CAPTION OF SUIT: U.S. BANK, N.A., AS TRUSTEE WITH RESPECT TO STRUCTURAL ASSET SECURITIES CORPORATION FHA/VA MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1998-RF2 V. ALFONSO HOLMES, ET AL., INCLUDING WINN DIXIE, STORE #164

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 8TH JUDICIAL DISTRICT COURT CIRCUIT  ALACHUA COUNTY, FLORIDA, GENERAL JURISDICTION DIVISION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 05-2004-CA-009236

CAPTION OF SUIT: UPCHURCH, TRACY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID M. MATHIS V. WINN-DIXIE SUPERMARKETS, INC., WINN-DIXIE STORES, INC., WINN-DIXIE LOGISTICS, INC., ET AL.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 18TH JUDICIAL DISTRICT COURT CIRCUIT BREVARD COUNTY, FLORIDA

NATURE OF PROCEEDING: RISK MANAGEMENT

STATUS OR DISPOSITION: SETTLED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                          Case No.:  **05-11063 (RDD)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None     a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐              preceding the filing of this bankruptcy case.

---

CASE NO: 2004CA355NC

CAPTION OF SUIT: VALDES, ADIS V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 12TH JUDICIAL DISTRICT COURT CIRCUIT, SARASOTA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-80370

CAPTION OF SUIT: VALDES, JANET V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

NATURE OF PROCEEDING: SEX/PREGNANCY/RETALIATION

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 150-2003-04479

CAPTION OF SUIT: VALDES, JANET V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX/PREGNANCY/RETALIATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 150-2004-02485

CAPTION OF SUIT: VALDES, MARIA L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE/RETALIATION/OTHER

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04-22568 CA06

CAPTION OF SUIT: VASQUEZ, ANTHONY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-26800-CA04

CAPTION OF SUIT: VAUGHN, CYNTHIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2003 CA 7153 AB

CAPTION OF SUIT: VELASQUEZ, DAYMER J V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04 11048

CAPTION OF SUIT: VINCENT BOYDELL, ROBERT V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 13TH JUDICIAL DISTRICT COURT CIRCUIT COURT HILLSBOROUGH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                     Case No.:  **05-11063 (RDD)**

---

**4.     SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

---

CASE NO: 130-2003-03471

CAPTION OF SUIT: VINES, KIMBERLY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX/RETALIATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 16-2004-CA-006101

CAPTION OF SUIT: VISAGENT CORPORATION V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT,  DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 8:04-CV-512--T-30TBM

CAPTION OF SUIT: VIVIAN MATTAIR V. JACQUELINE JAMES AS PLAN ADMINISTRATOR CAN GROUP LIFE ASSURANCE CO., CONTINENTAL CASUALTY CO., AND THE LONG TERM DISABILITY PLAN OF WINN-DIXIE

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA

NATURE OF PROCEEDING: EMPLOYEE BENEFITS

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2004 CA 2406 NC

CAPTION OF SUIT: VOICE-TECH, INC. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 12TH JUDICIAL DISTRICT COURT CIRCUIT SARASOTA COUNTY, FLORIDA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 5 WEEK

CAPTION OF SUIT: WAGMAN, LAURA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 151-2004-00457

CAPTION OF SUIT: WALDRON, JAMES V. WINN-DIXIE STORE, INC.

COURT OR AGENCY OR LOCATION: EEOC-TAMPA, FLORIDA AREA OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 150-2004-01955

CAPTION OF SUIT: WALKER, MARK V. SUPERBRAND DAIRY

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 150-2004-02966

CAPTION OF SUIT: WALLACE, MICHAEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

#### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐         preceding the filing of this bankruptcy case.

---

CASE NO: 162004CA005844

CAPTION OF SUIT: WANAMAKER, WENDY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 4TH JUDICIAL DISTRICT COURT CIRCUIT COUNTY COURT DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4:04CV79-RH/WCS

CAPTION OF SUIT: WARTHEN, TAMIKA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, NOTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

NATURE OF PROCEEDING: RACE/SEX/MARITAL STATUS

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-24385 CA08

CAPTION OF SUIT: WASHINGTON, DEBORAH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 16-2004-CA-001210

CAPTION OF SUIT: WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR REGISTERED HOLDERS OF OPTION ONE MORTGAGE LOAN TRUST 2001-D, ASSET-BACKED CERTIFICATES, SERIES 2001-D V. PATRICIA D. HOGAN, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, FLORIDA, GENERAL JURISDICTION DIVISION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 16-2003-CA-5942

CAPTION OF SUIT: WELLS FARGO HOME MORTGAGE, INC. F/K/A NORWEST MORTGAGE, INC. V. SHERY DENNISE JOHNSON, ET AL., INCLUDING WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT UVAL COUNTY, FLORIDA, CIVIL ACTION

NATURE OF PROCEEDING: FORECLOSURE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-CA-1275-16-K

CAPTION OF SUIT: WHEATON, JAMESE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 18TH JUDICIAL DISTRICT COURT CIRCUIT COURT SEMINOLE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-021436MIA

CAPTION OF SUIT: WHITHEAD, JUDITH V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: MIAMI, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                 Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

CASE NO: 38274

CAPTION OF SUIT: WHITTINGTON, SHERYL

COURT OR AGENCY OR LOCATION: NORTH CAROLINA DEPARTMENT OF LABOR

NATURE OF PROCEEDING: WAGE COMPLAINT

STATUS OR DISPOSITION: OPEN

---

CASE NO: 130-2004-02096

CAPTION OF SUIT: WIGINGTON, ERIC D. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 150-2004-04578

CAPTION OF SUIT: WILKERSON, DOROTHY L. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-MIAMI, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 03-044242LLH

CAPTION OF SUIT: WILLETT, JUSTIN R. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ST. PETERSBURG, FLORIDA

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-07624 VA04

CAPTION OF SUIT: WILLIAMS, ARTHUR V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: 11TH JUDICIAL DISTRICT COURT CIRCUIT COURT, MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 140-2003-05470

CAPTION OF SUIT: WILLIAMS, BETTY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-CHARLOTTE DISTRICT OFFICE

NATURE OF PROCEEDING: SEX/RETALIATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 131-2004-03933

CAPTION OF SUIT: WILLIAMS, FRANKIE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-JACKSON AREA OFFICE

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 03-025770JEM

CAPTION OF SUIT: WILLIAMS, GALE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: TAMPA, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐      preceding the filing of this bankruptcy case.

---

CASE NO: N/A

CAPTION OF SUIT: WILLIAMS, GARY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SAINT JOHNS

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 251-04-567-CIV

CAPTION OF SUIT: WILLIAMS, MARCIE INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF GREGORY PATTERSON V. SAVE RITE, DAY DETECTIVE SECURITY SERVICE AND SECURITAS SECURITY SERVICES

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, FIRST JUDICIAL DISTRICT COURT DISTRICT HINDS COUNTY, MISSISSIPPI

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2004 30515 CICI

CAPTION OF SUIT: WILLIAMS, PATRICIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT/COUNTY COURT VOLUSIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 4017890

CAPTION OF SUIT: WILLIAMS, PEGGY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 270-2004-01068

CAPTION OF SUIT: WILLIAMS, RICHARD V. WINN-DIXIE STORES, INC

COURT OR AGENCY OR LOCATION: EEOC- NEW ORLEANS, LOUISIANA DISTRICT OFFICE

NATURE OF PROCEEDING: DISABILITY

STATUS OR DISPOSITION: DISMISSED

---

CASE NO: 502004CA006292X

CAPTION OF SUIT: WILLIAMS, SYLVANIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 04 19173 CA-1

CAPTION OF SUIT: WILLIAMS, WALTER V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 130-2004-00571

CAPTION OF SUIT: WILLIAMSON, JANICE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: SEX/AGE

STATUS OR DISPOSITION: CLOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**        Case No.:  **05-11063 (RDD)**

---

**4.**    **SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

CASE NO: APR-66

CAPTION OF SUIT: WILLIAMSON, ROBERTA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 13TH JUDICIAL CIRCUIT, HILLSBORO COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-005092DBB

CAPTION OF SUIT: WILLIS, NATHANIEL V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: SARASOTA, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 130-2004-00262

CAPTION OF SUIT: WILSON, CHARLES V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: EEOC-BIRMINGHAM, ALABAMA DISTRICT OFFICE

NATURE OF PROCEEDING: AGE/DISABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 162004CA008536X

CAPTION OF SUIT: WINEBARGER, LILA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT 4TH JUDICIAL DISTRICT COURT CIRCUIT  DUVAL COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 03-1506MPI

CAPTION OF SUIT: WINN DIXIE PHARMACY #37 V. AGENCY FOR HEALTH CARE ADMINISTRATION

COURT OR AGENCY OR LOCATION: FLORIDA DIVISION OF ADMINISTRATIVE HEARINGS

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 03-3961MPI

CAPTION OF SUIT: WINN DIXIE STORES, INC. D/B/A WINN DIXIE PHARMACY #235 V. AGENCY FOR HEALTH CARE ADMINISTRATION

COURT OR AGENCY OR LOCATION: FLORIDA DIVISION OF ADMINISTRATIVE HEARINGS

NATURE OF PROCEEDING: PHARMACY

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2003-226

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2003-238

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: CLOSED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                     Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None   a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

CASE NO: 2002253

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2001238

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004-159 WC

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 2005-019WC

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004-106

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2005-171

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004-203

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2003-227

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                          Case No.:  **05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐               preceding the filing of this bankruptcy case.

---

CASE NO: 2005-187

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004-064WC

CAPTION OF SUIT: WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

NATURE OF PROCEEDING: CHILD LABOR

STATUS OR DISPOSITION: OPEN

---

CASE NO: 50 2004 CA 000994 XXXX MB

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. DOLGENCORP, INC. AND CREST HAVEN, L.L.C.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 04-09108

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. DOLGENCORP, INC. AND ROYAL OAKS BRANDON, LTD.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 13TH JUDICIAL DISTRICT COURT CIRCUIT HILLSBOROUGH COUNTY, FLORIDA, GENERAL JURISDICTION DIVISION

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 2004-CA-011924

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. FAMILY DOLLAR STORES OF FLORIDA, INC., ET AL.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT  PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 16-2004-CC-001381

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. INFO EXPERTS, INC.

COURT OR AGENCY OR LOCATION: COUNTY COURT, 4TH JUDICIAL DISTRICT COURT CIRCUIT DUVAL COUNTY, JACKSONVILLE, FLORIDA

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

---

CASE NO: 03-0844

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. JOE TORREZ, EXECUTOR OF THE ESTATE OF SAMUEL S. TORREZ

COURT OR AGENCY OR LOCATION: SUPREME COURT, TEXAS

NATURE OF PROCEEDING: EMPLOYEE BENEFITS

STATUS OR DISPOSITION: SETTLED

---

CASE NO: CASE NO. 04-24536 CA 13

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. MIAMI-DADE COUNTY

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: DECLARATORY ACTION

STATUS OR DISPOSITION: PENDING

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

### 4.   SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

CASE NO: 2004-CC-73-M

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. PAMELA SPRAGUE, INDIVIDUALLY, MARATHON'S BARBER SHOP AND MORE, AND ALL OTHERS OCCUPYING UNIT 6

COURT OR AGENCY OR LOCATION: COUNTY COURT, 16TH JUDICIAL DISTRICT COURT CIRCUIT MONROE COUNTY, FLORIDA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: JUDGMENT ENTERED

---

CASE NO: 02-18976 CACE (25)

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. RK HALLANDALE LIMITED PARTNERSHIP AND 17070 COLLINS AVENUE SHOPPING CENTER, LTD.; THIRD PARTY DEFENDANT, HASAM REALTY LIMITED PARTNERSHIP

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT,  BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: SETTLED

---

CASE NO: 2:04-CV-00794-RTR

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. SCHREIBER FOODS, INC.

COURT OR AGENCY OR LOCATION: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

NATURE OF PROCEEDING: BREACH OF CONTRACT

STATUS OR DISPOSITION: PENDING

---

CASE NO: CACE04019018

CAPTION OF SUIT: WINN-DIXIE STORES, INC. V. YBD THREE LAKES, L.C., FAMILY DOLLAR STORES OF FLORIDA, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: REAL ESTATE

STATUS OR DISPOSITION: PENDING

---

CASE NO: 01-04-CA-2802

CAPTION OF SUIT: WOLBERT, TARCELIA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 8TH JUDICIAL DISTRICT COURT CIRCUIT ALACHUA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04-8317 CA24

CAPTION OF SUIT: WOODARD, ANGELA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 11TH JUDICIAL DISTRICT COURT CIRCUIT MIAMI-DADE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: G5042504 (30864) 051204

CAPTION OF SUIT: WOOLEY, CRYSTAL V. WINN-DIXIE STORES, INC./THRIFTWAY

COURT OR AGENCY OR LOCATION: OHIO CIVIL RIGHTS COMMISSION

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: DISMISSED

---

CASE NO: 05-001084 TGP

CAPTION OF SUIT: WOOLHOUSE, TIMOTHY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORLANDO, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐         preceding the filing of this bankruptcy case.

---

CASE NO: 05-001084 TGP

CAPTION OF SUIT: WOOLHOUSE, TIMOTHY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ORLANDO, FLORIDA DISTRICT OFFICE

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: OPEN

---

CASE NO: 04CA1646DIVD

CAPTION OF SUIT: XAVIER, FRANCINE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 12TH JUDICIAL DISTRICT COURT CIRCUIT MANATEE COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: CLOSED

---

CASE NO: PC2003213/15GA300206

CAPTION OF SUIT: YAWN, CARLA V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: ST. PETERSBURG, FLORIDA HUMAN RELATIONS DIVISION

NATURE OF PROCEEDING: RACE

STATUS OR DISPOSITION: CLOSED

---

CASE NO: N/A

CAPTION OF SUIT: YEAGLEY, MICHELE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: HARTWELL

NATURE OF PROCEEDING: WORKERS COMPENSATION

STATUS OR DISPOSITION: CLOSED

---

CASE NO: 0415896 03

CAPTION OF SUIT: YOUNG, YVONNE W. V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 17TH JUDICIAL DISTRICT COURT CIRCUIT BROWARD COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 50 2004CA007334

CAPTION OF SUIT: ZIBELLI, DEE V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 15TH JUDICIAL DISTRICT COURT CIRCUIT PALM BEACH COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

---

CASE NO: 2004 CA 001189

CAPTION OF SUIT: ZULEGAR, CANDY V. WINN-DIXIE STORES, INC.

COURT OR AGENCY OR LOCATION: CIRCUIT COURT, 1ST JUDICIAL DISTRICT COURT CIRCUIT  ESCAMBIA COUNTY, FLORIDA

NATURE OF PROCEEDING: GENERAL LIABILITY

STATUS OR DISPOSITION: OPEN

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**4.   SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None      b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within

[X]           **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Page 1 of 1

**In re:  WINN-DIXIE STORES, INC.**                                   **Case No.:  05-11063 (RDD)**

## 5.    REPOSSESSIONS, FORECLOSURES AND RETURNS

**None**  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
☐  of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

In the ordinary course of the Debtor's business, the Debtor may have returned products to vendors for credit and/or cash.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Page 1 of 1

---

**In re:   WINN-DIXIE STORES, INC.**                                    **Case No.:   05-11063 (RDD)**

---

6.    **ASSIGNMENTS AND RECEIVERSHIPS**

None    a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding

[X]          the commencement of this case.

---

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re:  WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**6.     ASSIGNMENTS AND RECEIVERSHIPS**

**None**      b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within
$\boxed{\text{X}}$          **one year** immediately preceding the commencement of this case.

---

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 7.    GIFTS

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
☐        case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
          family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| 1-244TH CAB FRG FUND<br>10639 RAY DRIVE<br>DENHAM SPRINGS,  LA  70706 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$200.00 |
| 4 - H CLUB ECON LIVESTOCK CLUB<br>PO BOX 530<br>GENEVA, FL  32732 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$165.00 |
| A S I S CHAPTER 104<br>PO BOX 22668<br>FT LAUDERDALE,  FL  33335 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$475.00 |
| ACWORTH BASEBALL ASSOCIATION<br>PO BOX 432<br>ACWORTH, GA  30101 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$200.00 |
| AGRIBUSINESS COUNCIL<br>PO BOX 24006<br>NEW ORLEANS,  LA  701844006 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$350.00 |
| ALABAMA COOPERATIVE EXTENSIN SYSTEM<br>125 WASHINGTON AVENUE<br>COURTHOUSE ANNEX II<br>MONTGOMERY,  AL  36104-4247 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$250.00 |
| ALABAMA PTA<br>470 SOUTH UNION STREET<br>MONTGOMERY,  AL  36104 | NONE | 01/12/05 | CASH CONTRIBUTION<br>$150.00 |
| ALABAMA SHERIFFS YOUTH RANCH INC<br>PO BOX 240009<br>MONTGOMERY,  AL  36177-7655 | NONE | 08/25/04 | CASH CONTRIBUTION<br>$100.00 |
| ALABAMA SPORTS FESTIVAL<br>PO BOX 20327<br>MONTGOMERY,  AL  36120-0327 | NONE | 12/15/04 | CASH CONTRIBUTION<br>$100.00 |
| ALZHEIMERS ASSOCIATION<br>N CENTRAL FL CHAPTER<br>1831 NW 13TH STREET,  SUITE #4<br>GAINESVILLE,  FL  32609 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$500.00 |
| AMERICAN CANCER SOCIETY<br>MADERIA BEACH RELAY FOR LIFE<br>4801 86TH AVENUE NORTH<br>PINELLAS PARK,  FL  33782 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$250.00 |
| ARC OF HIGH POINT<br>153 E BELLEVUE DRIVE<br>HIGH POINT,  NC  27265 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$200.00 |
| ARTHRITIS FOUNDATION<br>314 PALMETTO STREET<br>JACKSONVILLE, FL  32202 | NONE | 10/20/04 | CASH CONTRIBUTION<br>$5,000.00 |
| ASPCI<br>1071 AIRPORT ROAD<br>PELL CITY,  AL  35128 | NONE | 08/25/04 | CASH CONTRIBUTION<br>$100.00 |
| ATLANTA FOOD BANK<br>UNKNOWN | NONE | 02/09/05 | CASH CONTRIBUTION<br>$849.50 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**

**Case No.:  05-11063 (RDD)**

---

## 7.    GIFTS

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
☐    case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| ATLANTIC TECHNICAL CENTER MAGNET HIGH SCHOOL 4700 COCONUT CREEK PARKWAY COCONUT CREEK,  FL  33063 | NONE | 03/31/04 | CASH CONTRIBUTION $100.00 |
| AUGUSTA MINI THEATRE INC 430 8TH STREET AUGUSTA, GA  30901-2249 | NONE | 02/09/05 | CASH CONTRIBUTION $500.00 |
| BARCO NEWTON YMCA 2075 TOWN CENTER BLVD. ORANGE PARK,  FL  32003 | NONE | 05/26/04 | CASH CONTRIBUTION $500.00 |
| BIG & LITTLE BROTHERS IN CHRIST 5732 NORMANDY BLVD. JACKSONVILLE,  FL  32205 | NONE | 09/22/04 | CASH CONTRIBUTION $300.00 |
| BIG BROTHERS BIG SISTERS SOUTHEAST LOUISIANA 3801 CANAL STREET, SUITE 325 NEW ORLEANS,  LA  70119 | NONE | 07/28/04 | CASH CONTRIBUTION $250.00 |
| BLUE CRAB FESTIVAL PO BOX 1351 PALATAKA,  FL  32178 | NONE | 03/31/04 | CASH CONTRIBUTION $1,000.00 |
| BOSTWICH COMMUNITY ASSOCIATION INC BOX 245 BOSTWICH,  FL  32007 | NONE | 06/30/04 | CASH CONTRIBUTION $100.00 |
| BOY SCOUTS OF AMERICA # 76 C/O CHRIST UNITED METHODIST CHURCH 5512 26TH STREET WEST BRADENTON,  FL  34207 | NONE | 03/03/04 | CASH CONTRIBUTION $100.00 |
| BOYS & GIRLS CLUB OF ACADIANA PO BOX 62166 LAFAYETTE,  LA  70596-2166 | NONE | 05/26/04 | CASH CONTRIBUTION $300.00 |
| BRIDGEHOUSE 1160 CAMP STREET NEW ORLEANS,  LA  70130 | NONE | 12/15/04 | CASH CONTRIBUTION $100.00 |
| BRIGHT STAR MINISTRIES 1307 CLAY AVENUE KENNER,  LA  70062 | NONE | 02/09/05 | CASH CONTRIBUTION $100.00 |
| CAMP I AM SPECIAL 134 E CHURCH STREET JACKSONVILLE,  FL  32202 | NONE | 04/28/04 | CASH CONTRIBUTION $500.00 |
| CANINE COMPANIONS PO BOX 630388 ORLANDO,  FL  32868-0388 | NONE | 04/28/04 | CASH CONTRIBUTION $100.00 |
| CATHEDRAL ARTS PROJECT INC 256 EAST CHURCH STREET JACKSONVILLE,  FL  32202 | NONE | 08/25/04 | CASH CONTRIBUTION $100.00 |
| CHARLOTTE MECKLENBURG COMMUNITY RELATION 600 EAST TRADE STREET CHARLOTTE,  NC  28202 | NONE | 03/03/04 | CASH CONTRIBUTION $500.00 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

7.    **GIFTS**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
☐     case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
      family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| CHATTAHOOCHEE COUNCIL BSA<br>PO BOX 5425<br>COLUMBUS, GA 31906-0425 | NONE | 02/09/05 | CASH CONTRIBUTION<br>$500.00 |
| CHEERLEADERS OF FREEPORT MIDDLE SCHOOL<br>360 KYLEA LAIRD<br>FREEPORT, FL 32439 | NONE | 10/20/04 | CASH CONTRIBUTION<br>$100.00 |
| CHILD CARE SERVICES ASSOCIATION<br>PO BOX 901<br>CHAPEL HILL, NC 27514 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$200.00 |
| CHS PROJECT GRADUATION<br>PO BOX 494917<br>PORT CHARLOTTE, FL 33949 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$250.00 |
| CITRUS COUNTY SHERIFFS OFFICE<br>1 DR MARTIN LUTHER KING JR. AVENUE<br>INVERNESS, FL 34450-4994 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$100.00 |
| CITY OF PORT ST LUCIE<br>121 SW PORT ST. LUCIE BLVD.<br>PORT ST LUCIE, FL 34984-5099 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$1,000.00 |
| CLAY CHALKVILLE HIGH SCHOOL<br>PO BOX 326<br>CLAY, AL 35048 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$1,000.00 |
| CLAY COUNTY BRANCH OF NAACP<br>PO BOX 1081<br>ORANGE PARK, FL 32073 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$250.00 |
| COLLINS HILL ATHLETIC ASSOCIATION<br>#323 2133 LAWRENCEVILLE SUWANEE RD. #14<br>SUWANEE, GA 30024 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$500.00 |
| COLUMBIANA CITY HALL<br>107 MILDRED STREET<br>COLUMBIANA, AL 35051 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$500.00 |
| COMMUNITY CONNECTIONS<br>PO BOX 16908<br>JACKSONVILLE, FL 32245-6908 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$750.00 |
| CROWLEY RECREATION DEPT<br>PO BOX 1524<br>CROWLEY, LA 70527-1524 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$500.00 |
| CRUSADE FOR CHILDREN<br>520 WEST CHESTNUT STREET<br>LOUISVILLE, KY 40201 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$100.00 |
| CYSTIC FIBROSIS<br>10350 DOWN LAKEVIEW CIRCLE<br>WINDERMERE, FL 34786 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$250.00 |
| CYSTIC FIBROSIS FOUNDATION<br>CLAUDIA WERNER ASSOCIATE EXECUTIVE<br>2121 CORPORATE SQUARE BLVD., SUITE 170<br>JACKSONVILLE, FL 32216 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$1,000.00 |
| DIAMOND CLUB<br>PO BOX 6231<br>TITUSVILLE, FL 32782 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$500.00 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**          **Case No.:  05-11063 (RDD)**

---

**7.    GIFTS**

None     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
☐        case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
         family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| EPISCOPAL HIGH SCHOOL 4455 ATLANTIC BLVD. JACKSONVILLE, FL 32207 | NONE | 07/28/04 | CASH CONTRIBUTION $400.00 |
| EXCHANGE CLUB OF FLORENCE PO BOX 742 FLORENCE, AL 35631 | NONE | 02/09/05 | CASH CONTRIBUTION $250.00 |
| FACING OUR FUTURES 653-1 W 8TH STREET JACKSONVILLE, FL 32209 | NONE | 04/28/04 | CASH CONTRIBUTION $250.00 |
| FIRST BAPTIST CHURCH OF PARKER 1323 DOVER ROAD PANAMA CITY, FL 32404 | NONE | 06/30/04 | CASH CONTRIBUTION $100.00 |
| FLORIDA BAPTIST CHILDRENS HOME PO BOX 8190 LAKELAND, FL 33802 | NONE | 09/22/04 | CASH CONTRIBUTION $382.00 |
| FLORIDA DIETETIC ASSOCIATION 1982-C CAPITAL CIRCLE NE TALLAHASSEE, FL 32308 | NONE | 03/31/04 | CASH CONTRIBUTION $500.00 |
| FLORIDA FFA FOUNDATION #6716 UNKNOWN | NONE | 04/28/04 | CASH CONTRIBUTION $465.26 |
| FLORIDA FFA FOUNDATION #6716 UNKNOWN | NONE | 04/28/04 | CASH CONTRIBUTION $459.06 |
| FLORIDA FFA FOUNDATION #6716 UNKNOWN | NONE | 04/28/04 | CASH CONTRIBUTION $325.68 |
| FLORIDA INTERNATIONAL UNIVERSITY UNIVERSITY PARK GPA 260 MIAMI, FL 33199 | NONE | 01/12/05 | CASH CONTRIBUTION $100.00 |
| FLORIDA RETIRED EDUCATORS FOUNDATION 100 FIRST AVENUE SOUTH, SUITE 460 ST PETERSBURG, FL 33701 | NONE | 04/28/04 | CASH CONTRIBUTION $250.00 |
| FMI FOODPACE ATTN: KARRY LA VIOLETTE 655 15TH STREET, SUITE 700 WASHINGTON, DC 20005 | NONE | 11/17/04 | CASH CONTRIBUTION $3,000.00 |
| FOP LODGE #1 2988 WINEWWOD ROAD BIRMINGHAM, AL 35215 | NONE | 07/28/04 | CASH CONTRIBUTION $500.00 |
| FORT MILL HIGH SCHOOL 225 MUNN ROAD FORT MILL, SC 29715 | NONE | 05/26/04 | CASH CONTRIBUTION $100.00 |
| GIFTCARDS 5050 EDGEWOOD ROAD JACKSONVILLE, FL 32254 | VARIOUS STORES | | GIFTCARDS ISSUED IN SMALL DOLLAR INCREMENTS TO VARIOUS LOCAL ORGANIZATIONS $135,570.00 |
| GIRL SCOUTS OF SOUTH CENTRAL ALABAMA 145 COLISEUM BLVD. MONTGOMERY, AL 36109 | NONE | 05/26/04 | CASH CONTRIBUTION $150.00 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:   **WINN-DIXIE STORES, INC.**                                    **Case No.:   05-11063 (RDD)**

---

### 7.    GIFTS

**None**   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this

☐     case except ordinary and usual gifts to family members aggregating less than $200 in value per individual

      family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| GIRLS ON THE RUN 2610 COUNTESS OF EGMONT STREET FERNANDINA BEACH, FL 32034 | NONE | 04/28/04 | CASH CONTRIBUTION $500.00 |
| GLOUCESTER CHAMBER OF COMMERCE BOX 296 GLOUCESTER, VA 23061 | NONE | 03/31/04 | CASH CONTRIBUTION $100.00 |
| GRADY COUNTY LIVESTOCK SHOW COMMITTEE CAIRIO HIGH FFA CHAPTER CAIRO HIGH SCHOOL CAIRO, GA 31728 | NONE | 02/09/05 | CASH CONTRIBUTION $250.00 |
| GRASSROOTS 5050 EDGEWOOD ROAD JACKSONVILLE, FL 32254 | VARIOUS STORES | | CASH CONTRIBUTION -- QUARTERLY AVERAGE BASED ON 920 STORES IS $292 PER STORE $1,073,338.43 |
| GREATER BELHAVEN NEIGHBORHOOD FOUNDATION PO BOX 55545 JACKSON, MS 39296 | NONE | 05/26/04 | CASH CONTRIBUTION $500.00 |
| HBDC/EWC BOOKSTORE 1658 KINGS ROAD JACKSONVILLE, FL 32209 | NONE | 04/28/04 | CASH CONTRIBUTION $1,000.00 |
| HELPING HANDS OUTREACH ORGANIZATION 6624 E ABERDEEN DRIVE MONTGOMERY, AL 36116 | NONE | 09/22/04 | CASH CONTRIBUTION $100.00 |
| HILLIARD MIDDLE SENIOR HIGH SCHOOL ONE FLASHES AVENUE HILLIARD, FL 32046 | NONE | 03/31/04 | CASH CONTRIBUTION $100.00 |
| HOSPICE OF RUTHERFORD COUNTY PO BOX 336 FOREST CITY, NC 28043 | NONE | 06/30/04 | CASH CONTRIBUTION $100.00 |
| INGLENOOK K8 18762 REMLAP DRIVE REMLAP, AL 35133-3214 | NONE | 02/09/05 | CASH CONTRIBUTION $200.00 |
| IN-KIND DONATIONS 5050 EDGEWOOD ROAD JACKSONVILLE, FL 32254 | VARIOUS LOCATIONS | | IN-KIND DONATIONS FROM WAREHOUSES, MANUFACTURING FACILITIES/STORES TO CHARITABLE ORGANIZATIONS $578,446.89 |
| JACKSONVILLE MUSEUM OF MODERN ART 333 NORTH LAURA STREET JACKSONVILLE, FL 32202 | NONE | 09/22/04 | CASH CONTRIBUTION $1,500.00 |
| JACKSONVILLE TROJANS AAU BASKETBALL TEAM C/O 724 E 57TH STREET JACKSONVILLE, FL 32208 | NONE | 05/26/04 | CASH CONTRIBUTION $100.00 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                         **Case No.:  05-11063 (RDD)**

---

7.    **GIFTS**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
☐      case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
        family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| JACKSONVILLE YOUTH SANCTUARY<br>ATTN: DEBBIE HALL<br>390 PARK STREET<br>JACKSONVILLE, FL 32204 | NONE | 12/15/04 | CASH CONTRIBUTION<br>$500.00 |
| JACOBSON SINAI ACADEMY<br>18801 NE 22ND AVENUE<br>NORTH MIAMI BEACH, FL 33180 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$500.00 |
| JEWISH ARTS FOUNDATION<br>230 ROYAL PALM WAY<br>PALM BEACH, FL 33480 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$1,000.00 |
| JIM VALVANO KIDS KLASSIC<br>512 S MANGUM STREET, SUITE 400<br>DURHAM, NC 27701 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$500.00 |
| JOHN SEVIER MIDDLE SCHOOL<br>1200 WATEREE STREET<br>KINGSPORT, TN 37660 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$150.00 |
| JONESBORO HIGH SCHOOL<br>ATT COACH LARRY MORTONSON<br>7728 MOUNT ZION BLVD.<br>JONESBORO, GA 30236 | NONE | 02/09/05 | CASH CONTRIBUTION<br>$128.00 |
| JUNIOR AUXILARY OF YAZOO CITY<br>PO BOX 165<br>YAZOO CITY, MS 39191 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$150.00 |
| JUNIOR LEAGUE OF MONTGOMERY<br>3570 CARTER HILL ROAD<br>MONTGOMERY, AL 36111 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$250.00 |
| JUNIOR LEAGUE OF RALEIGH<br>4020 BARRETT DRIVE, SUITE 104<br>RALEIGH, NC 27609 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$250.00 |
| KEEP BATON ROUGE BEAUTIFUL INC.<br>PO BOX 80006<br>BATON ROUGE, LA 70898 | NONE | 08/25/04 | CASH CONTRIBUTION<br>$100.00 |
| KEY BISCAYNE FOURTH OF JULY COMMITTEE<br>PO BOX 490835<br>KEY BISCAYNE, FL 33149 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$100.00 |
| KISSIMMEE VALLEY LIVESTOCK SHOW & FAIR<br>1901 E IRLO BRONSON HIGHWAY<br>KISSIMMEE, FL 34744 | NONE | 02/09/05 | CASH CONTRIBUTION<br>$250.00 |
| LADIES LEUKEMIA LEAGUE<br>PO BOX 9355<br>METAIRIE, LA 70055 | NONE | 07/28/04 | CASH CONTRIBUTION<br>$100.00 |
| LAKE ASBURY ELEMENTARY SCHOOL<br>2901 SANDRIDGE ROAD<br>GREEN COVE SPRINGS, FL 32043 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$8,428.00 |
| LAKE ASBURY ELEMENTARY SCHOOL<br>2901 SANDRIDGE ROAD<br>GREEN COVE SPRINGS, FL 32043 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$826.00 |
| LAKE COUNTRY AREA AGENCY ON AGING<br>1105 WEST DANVILLE STREET<br>SOUTH HILL, VA 23970 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$250.00 |

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

## 7.    GIFTS

**None**  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
☐    case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
    family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| LAKE PARK ELEMENTARY<br>410 3RD STREET<br>LAKE PARK, FL  33403 | NONE | 01/12/05 | CASH CONTRIBUTION<br>$3,700.00 |
| LAMB FOUNDATION OF NC INC<br>5908 MARSAILLES COURT<br>CHARLOTTE, NC  28277 | NONE | 07/28/04 | CASH CONTRIBUTION<br>$100.00 |
| LEADERSHIP JACKSONVILLE INC.<br>4049 WOODCOCK DRIVE, SUITE 200<br>JACKSONVILLE, FL  32207 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$1,250.00 |
| LONGHORN BOOSTER CLUB<br>PO BOX 2335<br>LABELLE, FL  33975 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$600.00 |
| LOWER NINTH WARD NEIGHBORHOOD COUNCIL<br>1616 CAFFIN AVENUE<br>NEW ORLEANS, LA  70117 | NONE | 12/15/04 | CASH CONTRIBUTION<br>$250.00 |
| MARANATHA CHURCH<br>PO BOX 31149<br>PALM BEACH GARDENS, FL  33420 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$100.00 |
| MARINE CORPS LEAGUE<br>3420 N SUNROSE PATH<br>BEVERLY HILLS, FL  34465 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$250.00 |
| MARTIN LUTHER KING CELEBRATION COMMITTEE<br>PO BOX 28696<br>RALEIGH, NC  27611-8696 | NONE | 08/25/04 | CASH CONTRIBUTION<br>$500.00 |
| MCDONOUGH 5-6 ORIOLES<br>225 VANESS DRIVE<br>MCDONOGH, GA  30253 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$500.00 |
| MDA<br>PO BOX 2263<br>SARASOTA, FL  34230-2263 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$100.00 |
| MEALS ON WHEELS OF TAMPA<br>550 W HILLSBOROUGH AVENUE<br>TAMPA, FL  33603 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$200.00 |
| MOBILE COUNTY DEPT OF HUMAN RESOURCES<br>PO BOX 1906<br>MOBILE, AL  36633 | NONE | 12/15/04 | CASH CONTRIBUTION<br>$100.00 |
| MONTGOMERY ZOO<br>PO BOX 3313<br>MONTGOMERY, AL  361090313 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$600.00 |
| MUSCULAR DYSTROPHY ASSOCIATION<br>3603 CARDINAL POINT<br>JACKSONVILLE, FL  32257 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$100.00 |
| MUSCULAR DYSTROPHY ASSOCIATION<br>2846-B REMINGTON GREEN CIRCLE<br>TALLAHASSEE, FL  32308 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$100.00 |
| NATIONAL ASSOCI OF AMATEUR BALL PLAYERS<br>2525 LEWIS STREET<br>JACKSONVILLE, FL  32204 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$100.00 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                           **Case No.:  05-11063 (RDD)**

---

### 7.   GIFTS

**None**   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this

☐   case except ordinary and usual gifts to family members aggregating less than $200 in value per individual

family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| NATIONAL FIRE SAFETY COUNCIL<br>PO BOX 1712<br>CROWLEY, LA  70527-1712 | NONE | 02/09/05 | CASH CONTRIBUTION<br>$150.00 |
| NAVY WIVES CLUB OF AMERICA<br>PO BOX 105<br>JACKSONVILLE, FL  32212 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$100.00 |
| NORMANDY ATHLETIC ASSOCIATION<br>ATTN: BRIAN BARTON<br>1728 LINDSEY ROAD<br>JACKSONVILLE, FL  32221 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$150.00 |
| NORTH CAROLINA NAACP STATE CONFERENCE<br>PO BOX 20547<br>GREENSBORO, NC  27420-0547 | NONE | 02/09/05 | CASH CONTRIBUTION<br>$250.00 |
| NORTH STOKES HIGH SCHOOL<br>1350 NORTH STOKES SCHOOL ROAD<br>DANBURY, NC  27016 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$100.00 |
| OPERATION TROOP SALUTE<br>PO BOX 2531<br>WINTER HAVEN, FL  33883 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$1,000.00 |
| OTHER CONTRIBUTIONS<br>5050 EDGEWOOD ROAD<br>JACKSONVILLE, FL 32254 | VARIOUS LOCATIONS | | MISCELLANEOUS CONTRIBUTIONS INCLUDING MATCHING GIFT PROGRAMS<br>$102,042.07 |
| PLANTATION CHILDRENS ART GUILD<br>109 SURREY LANE<br>PONTE VEDRA, FL  32082 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$1,000.00 |
| POLICE ATHLETIC LEAGUE OF JACKSONVILLE<br>PO BOX 12256<br>JACKSONVILLE, FL  32209 | NONE | 10/20/04 | CASH CONTRIBUTION<br>$100.00 |
| POLICE OFFICER ASSISTANCE TRUST<br>ATTN: COMMANDER RON FRIEDMAN<br>16901 NE 19TH AVENUE<br>NORTH MIAMI BEACH, FL  33162 | NONE | 12/15/04 | CASH CONTRIBUTION<br>$300.00 |
| RAINES HIGH SCHOOL<br>C/O VICTORIA BAPATISITA<br>3663 RAINES AVENUE<br>JACKSONVILLE, FL  32209 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$299.50 |
| REELTOWN HIGH SCHOOL<br>4085 AL HIGHWAY 120<br>NOTASULGA, AL  36866 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$150.00 |
| RONALD MCDONALD HOUSE<br>824 CHILDREN'S WAY<br>JACKSONVILLE, FL  32207 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$4,131.92 |
| ROTARY CLUB OF CRESCENT CITY FLA<br>PO BOX 483<br>CRESCENT CITY, FL  32113 | NONE | 03/31/04 | CASH CONTRIBUTION<br>$2,500.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:   WINN-DIXIE STORES, INC.**                     **Case No.:   05-11063 (RDD)**

---

**7.     GIFTS**

None     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this

☐        case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
         family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| SAN JOSE ATHLETIC ASSOCIATION<br>PO BOX 23324<br>JACKSONVILLE, FL 32214 | NONE | 10/20/04 | CASH CONTRIBUTION<br>$750.00 |
| SECOND HARVEST FOOD BANK METROLINA<br>500 SPRATT STREET<br>CHARLOTTE, NC 28206 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$250.00 |
| SEDGEFIELD MIDDLE SCHOOL<br>2700 DORCHESTER PLACE<br>CHARLOTTE, NC 28209 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$150.00 |
| SENIOR CITIZENS COUNCIL OF MADISON COUNT<br>PO BOX 204<br>MADISON, FL 32340 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$250.00 |
| SOUTHERN UNIVERSITY LIVESTOCK SHOW<br>4452 CYPRESS STREET<br>BATON ROUGE, LA 70808 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$1,000.00 |
| ST AGNES SCHOOL<br>133 ASTER LANE<br>WAGGAMAN, LA 70094 | NONE | 12/15/04 | CASH CONTRIBUTION<br>$150.00 |
| ST JAMES PARISH DEPT OF HUMAN RESOURCES<br>PO BOX 87<br>CONVENT, LA 70723 | NONE | 12/15/04 | CASH CONTRIBUTION<br>$100.00 |
| ST RITAS DADS CLUB<br>7100 JEFFERSON HIGHWAY<br>HARAHAN, LA 70123 | NONE | 05/26/04 | CASH CONTRIBUTION<br>$250.00 |
| STARKE RECREATION DEPARTMENT<br>209 NORTH THOMPSON STREET<br>STARKE, FL 32091 | NONE | 06/30/04 | CASH CONTRIBUTION<br>$100.00 |
| SUMTER COUNTY DEPT OF HUMAN RESOURCES<br>108 WEST MAIN STREET<br>LIVINGSTON, AL 35470 | NONE | 12/15/04 | CASH CONTRIBUTION<br>$250.00 |
| THE PRESCOTT HOUSE<br>PO BOX 55892<br>BIRMINGHAM, AL 32255-9998 | NONE | 03/03/04 | CASH CONTRIBUTION<br>$100.00 |
| THE RAINBOW TRAINING CENTER<br>631 LAKE OSBORNE TERRACE<br>LAKE WORTH, FL 33461-5619 | NONE | 11/17/04 | CASH CONTRIBUTION<br>$200.00 |
| TWIN LAKES ACADEMY ELEMENTARY<br>8000 POINT MEADOWS DRIVE<br>JACKSONVILLE, FL 32256 | NONE | 04/28/04 | CASH CONTRIBUTION<br>$5,000.00 |
| UNITED WAY OF NORTHEAST FLORIDA<br>PO BOX 41428<br>DEPT 20<br>JACKSONVILLE, FL 322031428 | NONE | 02/09/05 | CASH CONTRIBUTION<br>$16,626.30 |
| UNITED WAY OF NORTHEAST FLORIDA<br>1300 RIVERPLACE BLVD., SUITE 500<br>JACKSONVILLE, FL 32207 | NONE | 10/20/04 | CASH CONTRIBUTION<br>$250.00 |

---

**In re:  WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

## 7.    GIFTS

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
☐     case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
      family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| UNIVERSITY OF FLORIDA JACKSONVILLE HEALTH SCIENCE CENTER JACKSONVILLE 653-1 WEST 8TH STREET JACKSONVILLE, FL  32209-6511 | NONE | 03/31/04 | CASH CONTRIBUTION $250.00 |
| VETERANS OF FOREIGN WARS PO BOX 17072 BATON ROUGE, LA  70893-7072 | NONE | 12/15/04 | CASH CONTRIBUTION $100.00 |
| VIRGINA A BOONE HIGHLAND OAKS ELEMENTARY 20500 NE 24TH AVENUE NORTH MIAMI BEACH, FL  33180 | NONE | 03/03/04 | CASH CONTRIBUTION $300.00 |
| WAKE MED FOUNDATION PO BOX 14465 RALEIGH, NC  276204465 | NONE | 02/09/05 | CASH CONTRIBUTION $325.00 |
| WASHINGTON ELEMENTARY SCHOOL 1709 WEST 30TH STREET RIVIERA BEACH, FL  33404 | NONE | 12/15/04 | CASH CONTRIBUTION $3,700.00 |
| WASHINGTON ELEMENTARY SCHOOL 1709 WEST 30TH STREET RIVIERA BEACH, FL  33404 | NONE | 01/12/05 | CASH CONTRIBUTION $400.00 |
| WEST JEFFERSON COUNTY SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE HUEYTOWN CHAPTER, PO BOX 35 HUEYTOWN, AL  35023 | NONE | 02/09/05 | CASH CONTRIBUTION $500.00 |
| WEST ORANGE HIGH SCHOOL 1625 S BEULAH ROAD WINTER GARDEN, FL  34787 | NONE | 04/28/04 | CASH CONTRIBUTION $100.00 |
| WEST VOLUSIA FREEDOM FESTIVAL C/O MAIN STREET DELAND ASSOCIATION 101 NORTH WOODLAND BLVD. DELAND, FL  32720 | NONE | 03/31/04 | CASH CONTRIBUTION $1,000.00 |
| WESTBANK CRUSADERS 5017 AVENUE M MARRERO, LA  70072 | NONE | 11/17/04 | CASH CONTRIBUTION $100.00 |
| WINN-DIXIE STORES FOUNDATION, INC. PO BOX B JACKSONVILLE, FL  32203 | NONE | 12/27/04 | CASH CONTRIBUTION $250,000.00 |
| WINN-DIXIE STORES FOUNDATION, INC. PO BOX B JACKSONVILLE, FL  32203 | NONE | 10/19/04 | CASH CONTRIBUTION $250,000.00 |
| WINN-DIXIE STORES FOUNDATION, INC. PO BOX B JACKSONVILLE, FL  32203 | NONE | 09/09/04 | CASH CONTRIBUTION $200,000.00 |
| WINN-DIXIE STORES FOUNDATION, INC. PO BOX B JACKSONVILLE, FL  32203 | NONE | 08/09/04 | CASH CONTRIBUTION $150,000.00 |
| WINN-DIXIE STORES FOUNDATION, INC. PO BOX B JACKSONVILLE, FL  32203 | NONE | 07/14/04 | CASH CONTRIBUTION $150,000.00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re:  WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

**7.    GIFTS**

**None**    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
⬜    case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| WOMENS CANCER SUPPORT SERVICES 5079 N DIXIE HIGHWAY #215 OAKLAND PARK,  FL  33334 | NONE | 04/28/04 | CASH CONTRIBUTION $150.00 |

As the parent company, the Debtor makes charitable contributions on behalf of the entire corporate family, including itself.

The Winn-Dixie Stores Foundation, Inc. contributes funds to community efforts through a Matching Gift Program for Winn-Dixie
associates, and makes donations to the American Cancer Society, American Heart Association, YMCA, Boys and Girls Clubs, and
other not-for-profit organizations. The Foundation supports these donations through proceeds from an annual golf tournament and
donations from Winn-Dixie Stores, Inc.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                      Case No.:  **05-11063 (RDD)**

### 8.    LOSSES

**None**    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement

☐    of this case **or since the commencement of this case.**

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $9,859.73 | BLOWN COMPRESSOR -- STORE NO.: 2213 PROPERTY LOSS | 02/11/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $10,255.73 | BLOWN COMPRESSOR -- STORE NO.: 2213 PROPERTY LOSS | 02/11/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $32,284.60 | CHEMICAL POLLUTION -- STORE NO.: 226 PROPERTY LOSS | 08/27/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $1,309.00 | COMPUTER FAILURE -- STORE NO.: 141 PROPERTY LOSS | 11/23/04 |
| BURGLARY AND COUNTERFEIT LOSSES VALUE OF PROPERTY: $203,283 | COUNTERFEIT MONEY -- MULTIPLE STORES - VARIOUS DATES INSURANCE: SELF-INSURED | |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $1,100.00 | FIRE -- STORE NO.: 2366 PROPERTY LOSS | 04/05/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $20,669.05 | FREEZER STUCK IN DEFROST -- STORE NO.: 170 PROPERTY LOSS | 11/10/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $17,259.68 | FREON LEAK -- STORE NO.: 2206 PROPERTY LOSS | 10/05/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $15,979.00 | FREON LEAK -- STORE NO.: 2347 PROPERTY LOSS | 05/01/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $13,486.26 | FROZEN FOOD COOLER BROKEN -- STORE NO.: 89 PROPERTY LOSS | 12/15/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $184,371.17 | GAS LINE -- STORE NO.: 612 PROPERTY LOSS | 02/15/05 |
| PROPERTY LOSS -- WINDSTORM ESTIMATED VALUE OF PROPERTY: $30,386 | HURRICANE BONNIE -- MULTIPLE STORES* PROPERTY LOSS | 08/11/04 |
| PROPERTY LOSS -- WINDSTORM VALUE OF PROPERTY: $20,611,475 | HURRICANE CHARLEY -- MULTIPLE STORES PROPERTY LOSS | 08/13/04 |
| PROPERTY LOSS -- WINDSTORM ESTIMATED VALUE OF PROPERTY: $37,807,293 | HURRICANE FRANCES -- MULTIPLE STORES PROPERTY LOSS | 09/02/04 |
| PROPERTY LOSS -- WINDSTORM ESTIMATED VALUE OF PROPERTY: $21,064,014 | HURRICANE IVAN -- MULTIPLE STORES PROPERTY LOSS | 09/14/04 |
| PROPERTY LOSS -- WINDSTORM ESTIMATED VALUE OF PROPERTY: $17,621,692 | HURRICANE JEANNE -- MULTIPLE STORES PROPERTY LOSS | 09/24/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $42,737.73 | KY TORNADOES -- STORE NO.: MULTIPLE PROPERTY LOSS | 07/13/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $1,992.00 | NOT SPECIFIED -- STORE NO.: 170 PROPERTY LOSS | 02/11/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $9,893.73 | POWER FAILURE -- STORE NO.: 141 PROPERTY LOSS | 01/11/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $111,616.65 | POWER FAILURE -- STORE NO.: 190 PROPERTY LOSS | 01/29/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $17,941.08 | POWER FAILURE -- STORE NO.: 2603 PROPERTY LOSS | 08/18/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $106,420.65 | POWER FAILURE -- STORE NO.: 40 PROPERTY LOSS | 01/29/05 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re:  WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

## 8.    LOSSES

**None**  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☐     of this case **or since the commencement of this case.**

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $4,889.00 | POWER FAILURE -- STORE NO.: 51 PROPERTY LOSS | 01/30/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $7,873.70 | POWER FAILURE -- STORE NO.: 702 PROPERTY LOSS | 10/18/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $1,288.00 | POWER FAILURE -- STORE NO.: 81 PROPERTY LOSS | 12/02/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $3,826.00 | POWER LOSS   -- STORE NO.: 123 PROPERTY LOSS | 01/30/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $2,508.00 | POWER OUTAGE -- STORE NO.: 10 PROPERTY LOSS | 01/23/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $4,427.00 | POWER OUTAGE -- STORE NO.: 107 PROPERTY LOSS | 07/11/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $6,796.13 | POWER OUTAGE -- STORE NO.: 151 PROPERTY LOSS | 07/06/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $14,971.51 | POWER OUTAGE -- STORE NO.: 170 PROPERTY LOSS | 01/26/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $3,620.31 | POWER OUTAGE -- STORE NO.: 178 PROPERTY LOSS | 05/26/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $12,411.83 | POWER OUTAGE -- STORE NO.: 185 PROPERTY LOSS | 11/15/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $20,146.91 | POWER OUTAGE -- STORE NO.: 191 PROPERTY LOSS | 01/07/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $3,290.00 | POWER OUTAGE -- STORE NO.: 2266 PROPERTY LOSS | 12/08/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $2,020.58 | POWER OUTAGE -- STORE NO.: 84 PROPERTY LOSS | 06/13/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $1,240.36 | REFRIGERATION LOSS -- STORE NO.: 133 PROPERTY LOSS | 06/20/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $9,859.73 | REFRIGERATION LOSS -- STORE NO.: 160 PROPERTY LOSS | 02/05/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $2,570.00 | REFRIGERATION LOSS -- STORE NO.: 168 PROPERTY LOSS | 07/31/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $1,827.82 | REFRIGERATION LOSS -- STORE NO.: 170 PROPERTY LOSS | 11/10/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $15,979.00 | REFRIGERATION LOSS -- STORE NO.: 178 PROPERTY LOSS | 05/02/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $2,188.89 | REFRIGERATION LOSS -- STORE NO.: 197 PROPERTY LOSS | 07/26/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $11,821.00 | REFRIGERATION LOSS -- STORE NO.: 2 PROPERTY LOSS | 05/29/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $1,414.39 | REFRIGERATION LOSS -- STORE NO.: 20 PROPERTY LOSS | 10/28/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $3,358.31 | REFRIGERATION LOSS -- STORE NO.: 20 PROPERTY LOSS | 01/16/05 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

**8.    LOSSES**

**None**    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement

☐         of this case **or since the commencement of this case.**

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $3,358.31 | REFRIGERATION LOSS -- STORE NO.: 20 PROPERTY LOSS | 01/18/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $7,992.80 | REFRIGERATION LOSS -- STORE NO.: 2202 PROPERTY LOSS | 09/17/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $689.35 | REFRIGERATION LOSS -- STORE NO.: 2213 PROPERTY LOSS | 10/20/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $5,217.00 | REFRIGERATION LOSS -- STORE NO.: 2220 PROPERTY LOSS | 09/20/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $1,368.99 | REFRIGERATION LOSS -- STORE NO.: 2223 PROPERTY LOSS | 07/29/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $2,566.48 | REFRIGERATION LOSS -- STORE NO.: 2228 PROPERTY LOSS | 12/08/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $9,155.22 | REFRIGERATION LOSS -- STORE NO.: 2261 PROPERTY LOSS | 09/04/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $22,087.23 | REFRIGERATION LOSS -- STORE NO.: 2321 PROPERTY LOSS | 09/22/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $381.99 | REFRIGERATION LOSS -- STORE NO.: 2329 PROPERTY LOSS | 06/03/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $3,338.00 | REFRIGERATION LOSS -- STORE NO.: 2336 PROPERTY LOSS | 09/20/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $2,874.62 | REFRIGERATION LOSS -- STORE NO.: 2336 PROPERTY LOSS | 01/24/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $16,707.88 | REFRIGERATION LOSS -- STORE NO.: 2347 PROPERTY LOSS | 02/07/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $5,321.99 | REFRIGERATION LOSS -- STORE NO.: 37 PROPERTY LOSS | 10/18/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $9,056.04 | REFRIGERATION LOSS -- STORE NO.: 5 PROPERTY LOSS | 07/23/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $12,160.00 | REFRIGERATION LOSS -- STORE NO.: 672 PROPERTY LOSS | 12/08/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $9,825.00 | REFRIGERATION LOSS -- STORE NO.: 702 PROPERTY LOSS | 10/18/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $11,193.68 | REFRIGERATION LOSS -- STORE NO.: 710 PROPERTY LOSS | 12/27/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $53,573.93 | REFRIGERATION LOSS -- STORE NO.: 84 PROPERTY LOSS | 01/01/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $4,818.65 | REFRIGERATION LOSS -- STORE NO.: 84 PROPERTY LOSS | 01/01/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $2,864.00 | SEWAGE BACK-UP -- STORE NO.: 2603 PROPERTY LOSS | 08/13/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $4,144.82 | TRANSFORMER OUTAGE -- STORE NO.: 101 PROPERTY LOSS | 05/25/04 |
| PROPERTY LOSS -- WINDSTORM VALUE OF PROPERTY: $102,500 | TROPICAL STORM GASTON -- MULTIPLE STORES PROPERTY LOSS | 08/28/04 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**In re:  WINN-DIXIE STORES, INC.**                     **Case No.:  05-11063 (RDD)**

**8.    LOSSES**

**None**    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement

☐    of this case **or since the commencement of this case.**

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| PROPERTY LOSS -- WINDSTORM VALUE OF PROPERTY: $20,000 | TROPICAL STORM MATTHEW -- MULTIPLE STORES PROPERTY LOSS | 10/10/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $2,979.62 | VALVE FAILURE -- STORE NO.: 2336 PROPERTY LOSS | 01/24/05 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $8,264.20 | VANDALISM/THEFT/CRIME -- STORE NO.: 210/336 PROPERTY LOSS | 07/13/04 |
| PROPERTY LOSS -- MASTER PROPERTY VALUE OF PROPERTY: $7,085.19 | VENDOR LIABILITY -- STORE NO.: 170 PROPERTY LOSS | 01/26/05 |

*It is impractical to break down the hurricane property losses by store.  Although the majority of hurricane property losses are attributable to Winn-Dixie Stores, Inc., a portion of such losses are attributable to stores owned by one or more of the other Debtors.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re:   WINN-DIXIE STORES, INC.**                                          **Case No.:   05-11063 (RDD)**

## 9.     PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

**None**   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐      for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | SEE ATTACHED | |

# Statement of Financial Affairs
## Exhibit S - 9
## Payments Related To Debt Counseling

**In re:  WINN-DIXIE STORES, INC.**                                              **Case No.:   05-11063 (RDD)**

| Creditor | Check #/Wire | Date | Amount |
|---|---|---|---|
| BLACKSTONE GROUP LP | 508926 | 12/14/04 | $380,000.00 |
| ATTN: FLIP HUFFARD | 554540 | 02/18/05 | $167,000.00 |
| 345 PARK AVENUE | | | |
| NEW YORK, NY 10010 | | **Total:** | **$547,000.00** |
| Creditor Id: 279407 | | | |
| KING & SPALDING | 549546 | 02/09/05 | $250,000.00 |
| ATTN: SARAH ROBINSON BORDERS | 553219 | 02/16/05 | $294,455.14 |
| 191 PEACHTREE STREET | 554567 | 02/18/05 | $162,187.99 |
| ATLANTA, GA 30303 | | | |
| Creditor Id: 375771 | | **Total:** | **$706,643.13** |
| SKADDEN ARPS SLATE MEAGHER & FLOM | 549545 | 02/09/05 | $500,000.00 |
| ATTN: D. J. BAKER | 554542 | 02/18/05 | $563,757.66 |
| FOUR TIMES SQUARE | | | |
| NEW YORK, NY 10036 | | **Total:** | **$1,063,757.66** |
| Creditor Id: 279304 | | | |
| XROADS SOLUTIONS GROUP LLC | 554543 | 02/18/05 | $800,000.00 |
| ATTN: DENNIS SIMON | | | |
| 9 EXECUTIVE CIRCLE, SUITE 190 | | **Total:** | **$800,000.00** |
| IRVINE, CA 92614 | | | |
| Creditor Id: 279408 | | | |
| | | **Total:** | **$3,117,400.79** |

UNITED STATES BANKRUPTCY COURT

**SOUTHERN DISTRICT OF NEW YORK**                                    Page 1 of 1

---

In re:  **WINN-DIXIE STORES, INC.**                      Case No.:  **05-11063 (RDD)**

---

### 10.    OTHER TRANSFERS

**None**    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the

☐    debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| VARIOUS | VARIOUS | STORE NO.: -- VARIOUS USED EQUIPMENT ITEMS VALUE RECEIVED:  $723,000.00 |
| WINN-DIXIE MONTGOMERY, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 RELATIONSHIP: SUBSIDIARY | 12/28/04 | SUBSIDIARIES TRANSITORY SUB B, INC. AND WINN-DIXIE LOUISIANA, INC. MERGED INTO WINN-DIXIE MONTGOMERY, INC. |
| WINN-DIXIE RALEIGH, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 RELATIONSHIP: SUBSIDIARY | 12/28/04 | SUBSIDIARIES SAVE-RITE GROCERY WAREHOUSE, INC., TRANSITORY SUB D, INC. AND WINN-DIXIE CHARLOTTE, INC. MERGED INTO WINN-DIXIE RALEIGH, INC. |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Page 1 of 1

---

**In re:  WINN-DIXIE STORES, INC.**                                **Case No.:  05-11063 (RDD)**

---

**11.    CLOSED FINANCIAL ACCOUNTS**

**None** List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☐ were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.
Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| DREYFUS CASH MGMT. PLUS | SECURITIES ACCOUNT NO. 719-0215251244 | $0.00 |
| DREYFUS GOVERNMENT CASH MGMT. | SECURITIES ACCOUNT NO. 289-0215726613 | $0.00 |
| DREYFUS GOVERNMENT PRIME CASH MGMT. | SECURITIES ACCOUNT NO. 227-0981003197 | $0.00 |
| DREYFUS INSTITUTIONAL YIELD ADVANTAGE | SECURITIES ACCOUNT NO. 049-0215251244 | $0.00 |
| DREYFUS TREASURY PRIME CASH MGMT. | SECURITIES ACCOUNT NO. 761-0981003197 | $0.00 |
| EVERGREEN ADJUSTABLE RATE INST. #56 | SECURITIES ACCOUNT NO. 852 4551595 | $0.00 |
| FEDERATED MUNICIPAL ULTRASHORT FUND #253 | SECURITIES ACCOUNT NO. 253 6090505484 | $0.00 |
| FIDELITY FEDERAL BANK & TRUST PO BOX 989 WEST PALM BEACH,  FL  33402 | CHECKING ACCOUNT NO. 1528364 | $5,587.69 12/02/04 |
| FIRST STATE BANK OF THE FLORIDA KEYS 1201 SIMONTON STREET KEY WEST,  FL  33040 | CHECKING ACCOUNT NO. 700000084 | $52,074.20 04/24/04 |
| MERRILL LYNCH INSTITUTIONAL | SECURITIES ACCOUNT NO. 8607065 | $0.00 |
| MERRILL LYNCH PREMIER | SECURITIES ACCOUNT NO. 3315036 | $0.00 |
| MERRILL LYNCH TAX EXEMPT | SECURITIES ACCOUNT NO. 685432 | $0.00 |
| MERRILL LYNCH TREASURY FUND | SECURITIES ACCOUNT NO. 3323905 | $0.00 |
| REGIONS 6826 MORRISON BLVD. CHARLOTTE,  NC  28207 | CHECKING ACCOUNT NO. 7887001096 | $0.00 07/29/04 |
| WACHOVIA PO BOX 44249 JACKSONVILLE,  FL  32231-4229 | CHECKING ACCOUNT NO. 2000013823861 | $0.00 12/02/04 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                     Case No.:  **05-11063 (RDD)**

---

**12.    SAFE DEPOSIT BOXES**

None      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables

☒      within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

---

**13.   SETOFFS**

**None**    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days**
☐          preceding the commencement of this case.

---

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Certain vendors of the Debtor made routine setoffs against their accounts with the Debtor in the ordinary course of the Debtor's business and relations with such vendors.  In the ordinary course of the Debtor's business the Debtor created receivables from vendors for various items including returned/reclaimed products, finance charges, special allowances for purchasing promotional goods, volume rebates and cash discounts, and defrayed qualified advertising expenditures.  Vendors often made routine setoffs against such receivables for the cost of inventory purchased by the Debtor or other items.  The records of such transactions are voluminous and, therefore, information regarding particular setoffs will be provided only upon written request of the Debtor.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

**14.   PROPERTY HELD FOR ANOTHER PERSON**

**None**      List all property owned by another person that the debtor holds or controls.

☐

---

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

In the ordinary course of business, the Debtor's retail locations contain various equipment items owned by others including, but not limited to, copy machines, vending equipment, and amusement games.

As well, in the ordinary course of business, certain stores contain inventory owned by others which are sold in the stores, including, but not limited to, greeting cards and bakery items.  The Debtor is not responsible for and does not know the value of such inventory.

Additionally, the Debtor may utilize leased property in its ordinary course of business.  Therefore the Debtor may hold property subject to leases listed in Schedule G.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 15.    PRIOR ADDRESS OF DEBTOR

**None**    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises
[X]    which the debtor occupied during that period and vacated prior to the commencement of this case.

---

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
|         |           | From: |
|         |           | To: |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**16.     SPOUSES AND FORMER SPOUSES**

None     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,

[X]     California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**NAME**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Page 1 of 2

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**17.    ENVIRONMENTAL INFORMATION**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None**   a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it
☐        may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date
         of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| ELLIS ROAD<br>475 S ELLIS ROAD<br>JACKSONVILLE, FL 32205 | U.S. EPA REGION 4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | | CERCLA |
| PEAK OIL/BAY DRUM<br>SR 574<br>TAMPA, FL 33619 | U.S. EPA REGION 4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | | CERCLA |
| PETROLEUM PRODUCTS CORP<br>14000 BLOCK PEMBROKE ROAD<br>PEMBROKE PARK, FL 33024 | U.S. EPA REGION 4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | | CERCLA |
| PICKETTVILLE ROAD LANDFILL<br>5150 PICKETTVILLE ROAD<br>JACKSONVILLE, FL 32205 | U.S. EPA REGION 4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | | CERCLA |
| ROUSE STEEL DRUM<br>612 E 12TH STREET<br>JACKSONVILLE, FL 32206 | U.S. EPA REGION 4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | 02/15/95 | CERCLA |
| SADLER DRUM<br>5015 HIGHWAY 60 WEST<br>MULBERRY, FL | U.S. EPA REGION 4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | 05/01/03 | CERCLA |
| SIDNEY MINE<br>HIGHWAY 60<br>BRANDON, FL 33594 | U.S. EPA REGION 4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | | CERCLA |
| STOLLER CHEMICAL<br>WEST RAILROAD STREET<br>PELHAM, GA 31779 | U.S. EPA REGION 4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | 08/27/01 | CERCLA |
| TAYLOR ROAD LANDFILL<br>TAYLOR ROAD<br>SEFNER, FL 33619 | U.S. EPA REGION 4<br>SAM NUN ATLANTA FEDERAL CENTER<br>61 FORSYTH ST., S.W.<br>ATLANTA, GA 30303-8909 | | CERCLA |

In re:  **WINN-DIXIE STORES, INC.**                                          **Case No.:  05-11063 (RDD)**

## 17.   ENVIRONMENTAL INFORMATION

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None**   a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it
☐         may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date
          of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| YELLOW WATER ROAD 1190 YELLOW WATER ROAD BALDWIN, FL 32234 | U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA 30303-8909 | | CERCLA |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**                    Page 1 of 2

---

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

## 17.   ENVIRONMENTAL INFORMATION

None
☐          b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
              Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| DISTRIBUTION CENTER-BALDWIN 15500 WEST BEAVER ST JACKSONVILLE, FL  32234 | FDEP 7825 BAYMEADOWS WAY JACKSONVILLE, FL  32256 | 06/20/02 TRUCK ACCIDENT FUEL SPILL | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |
| DISTRIBUTION CENTER-BALDWIN 15500 WEST BEAVER ST JACKSONVILLE, FL  32234 | FDEP 7825 BAYMEADOWS WAY JACKSONVILLE, FL  32256 | 03/25/04 TRUCK ACCIDENT FUEL SPILL | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |
| DISTRIBUTION CENTER-BALDWIN 15500 WEST BEAVER ST JACKSONVILLE, FL  32234 | FDEP 7825 BAYMEADOWS WAY JACKSONVILLE, FL  32256 | 10/28/04 TRUCK ACCIDENT FUEL SPILL | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |
| DISTRIBUTION CENTER-BALDWIN 15500 WEST BEAVER ST JACKSONVILLE, FL  32234 | LEPC - DISTRICT 4 6850 BELTFORD OAKS PLACE JACKSONVILLE, FL  32216 | 06/05/02 ON-SITE FUEL SPILL | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |
| DISTRIBUTION CENTER-MIAMI 3300 N.W. 123RD ST MIAMI, FL  33167 | STATE WARNING POINT 1-800-320-0519 | 11/22/04 TRUCK ACCIDENT FUEL SPILL | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |
| DISTRIBUTION CENTER-POMPANO 1141 S.W. 12TH AVE POMPANO BEACH, FL  33069 | FLORIDA DEP 400 N. CONGRESS AVE WEST PALM BEACH, FL  33416 | 10/18/04 TRUCK ACCIDENT FUEL SPILL | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |
| DISTRIBUTION CENTER-SARASOTA 6100 S. MCINTOSH DR SARASOTA, FL 34238 | FDEP 3804 COCONUT PALM DR TAMPA, FL 33619 | 03/31/00 ONGOING, NOT PART OF FLORIDA TRUST FUND | 62-770 F.A.C. |
| DIXIE PACKERS STATE ROAD 53 MADISON, FL  32340 | EPCRA REPORTING CENTER P.O. BOX 3348 MERRIFIELD, VA  22116 | 07/01/02 TOXIC RELEASE INVENTORY | 40 CFR 372 (EPCRA) 9G-14 F.A.C. |
| DIXIE PACKERS STATE ROAD 53 MADISON, FL  32340 | SERC 2555 SHUMARD OAKS BLVD TALLAHASSEE, FL  32399 | 06/06/01 AMMONIA RELEASE | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK                    Page 2 of 2

---

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

### 17.    ENVIRONMENTAL INFORMATION

None   b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
☐         Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| DIXIE PACKERS STATE ROAD 53 MADISON, FL  32340 | TRI DATA PROCESSING CENTER P.O. BOX 1513 LANTHAM, MD  20703 | 07/01/03 TOXIC RELEASE INVENTORY | 40 CFR 372 (EPCRA) 9G-14 F.A.C. |
| SUPERBRAND DAIRY MIAMI 3000 N.W. 123RD ST MIAMI, FL  33167 | SERC 2555 SHUMARD OAKS BLVD TALLAHASSEE, FL  32399 | 11/21/02 AMMONIA RELEASE | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |
| SUPERBRAND DAIRY PLANT CITY 3304 SYDNEY ROAD PLANT CITY, FL  33566 | EPC 1900 9TH AVE TAMPA, FL  33605 | 07/12/02 AST SODIUM HYDROXIDE LEAK | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. 62-762.451 F.A.C. |
| SUPERBRAND DAIRY PLANT CITY 3304 SYDNEY ROAD PLANT CITY, FL  33566 | SERC 2555 SHUMARD OAKS BLVD TALLAHASSEE, FL  32399 | 04/11/02 AST SODIUM HYDROXIDE LEAK | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. 62-762.451 F.A.C. |
| SUPERBRAND DAIRY PLANT CITY 3304 SYDNEY ROAD PLANT CITY, FL  33566 | SERC 2555 SHUMARD OAKS BLVD TALLAHASSEE, FL  32399 | 04/15/03 AMMONIA RELEASE | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |
| SUPERBRAND DAIRY PLANT CITY 3304 SYDNEY ROAD PLANT CITY, FL  33566 | SERC 2555 SHUMARD OAKS BLVD TALLAHASSEE, FL  32399 | 11/17/03 AMMONIA RELEASE | 40 CFR 302.6 (CERCLA) 40 CFR 355.40 (SARA) 62-150.300 F.A.C. 9G-14 F.A.C. |
| SUPERBRAND DAIRY PLANT CITY 3304 SYDNEY ROAD PLANT CITY, FL  33566 | TRI DATA PROCESSING CENTER P.O. BOX 1513 LANTHAM, MD  20703 | 07/01/01 TOXIC RELEASE INVENTORY | 40 CFR 372 (EPCRA) 9G-14 F.A.C. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

---

### 17.    ENVIRONMENTAL INFORMATION

None     c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☐           respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was
            a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | SIDNEY MINE -- 990-59C | CONSENT ORDER |
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | BAY DRUM | PENDING |
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | STOLLER -- 1:02-CV-109-1 (WLS) | PENDING |
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | ELLIS ROAD -- 89-35-CA | PENDING |
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | ROUSE STEEL DRUM | PENDING |
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | TAYLOR ROAD LANDFILL | PENDING |
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | PETROLEUM PRODUCTS | SETTLED |
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | YELLOW WATER ROAD -- 89-18-C | CONSENT ORDER |
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | PICKETTVILLE | SETTLED |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**In re:  WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

### 17.    ENVIRONMENTAL INFORMATION

**None**
☐

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | SADLER DRUM | SETTLED |
| U.S. EPA REGION 4 SAM NUN ATLANTA FEDERAL CENTER 61 FORSYTH ST., S.W. ATLANTA, GA  30303-8909 | PEAK OIL -- 89-16-C | ADMINISTRATIVE CONSENT ORDER |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**                    Page 1 of 5

---

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

## 18.    NATURE, LOCATION AND NAME OF BUSINESS

**None**    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NO. (EIN) | NATURE OF BUSINESS | BEGINNING & ENDING DATES |
|---|---|---|---|
| ASTOR PRODUCTS, INC. 5244 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 59-0858632 | OPERATE COFFEE, TEA AND SPICE PLANTS | 12/13/58 PRESENT |
| CRACKIN' GOOD, INC. 701 N. FORREST STREET VALDOSTA, GA 31601 | 59-3652948 | FORMERLY OPERATED CRACKIN' GOOD CRACKERS AND COOKIES AND SNACKS PLANTS | 06/15/00 PRESENT |
| DEEP SOUTH PRODUCTS, INC. 255 JACKSONVILLE HIGHWAY FITZGERALD, GA 31750-1448 | 59-0855905 | OPERATE JAMS, JELLIES, PEANUT BUTTER AND CONDIMENTS, AND BEVERAGE PLANTS IN FITZGERALD, GA | 12/13/58 PRESENT |
| DIXIE DARLING BAKERS, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 59-0471662 | INACTIVE | 11/07/31 PRESENT |
| DIXIE PACKERS, INC. STATE ROAD 53 SOUTH MADISON, FL 32340 | 59-1288553 | FORMERLY OPERATED MEAT PACKING PLANT | 02/23/70 PRESENT |
| DIXIE STORES, INC. C/O 111 EIGHTH AVENUE NEW YORK, NY 10011 | 75-3182270 | FINANCIAL; OWNS BANK ACCOUNT | 02/09/05 PRESENT |
| DIXIE-HOME STORES, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 59-6079054 | INACTIVE | 10/03/55 PRESENT |
| DIXON REALTY TRUST 1999-1 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | | OWN REAL ESTATE | 1999 PRESENT |
| ECONOMY WHOLESALE DISTRIBUTORS, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 59-0230020 | WHOLESALE GROCERY OPERATION SELLING TO THIRD PARTIES | 11/21/25 PRESENT |
| FAIRWAY FOOD STORES COMPANY, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 59-6075362 | INACTIVE | 09/27/58 DISSOLVED 06/29/00 |
| KWIK CHEK SUPERMARKETS OF ILLINOIS, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE | 04/21/58 DISSOLVED 06/19/02 |
| KWIK CHEK SUPERMARKETS OF WEST VIRGINIA, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE | 04/21/58 DISSOLVED 8/13/02 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                      **Case No.:  05-11063 (RDD)**

---

**18.    NATURE, LOCATION AND NAME OF BUSINESS**

**None**      a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
☐           beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive
            of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately
            preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
            within the **six years** immediately preceding the commencement of this case.

            If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
            beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting
            or equity securities, within the **six years** immediately preceding the commencement of this case.

            If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
            beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
            voting or equity securities, within the **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NO. (EIN) | NATURE OF BUSINESS | BEGINNING & ENDING DATES |
|---|---|---|---|
| KWIK CHEK SUPERMARKETS, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 59-6073162 | INACTIVE | 09/27/55 PRESENT |
| MONTEREY CANNING CO. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | MERGED INTO WINN-DIXIE PROCUREMENT, INC., EFFECTIVE 11/15/01 | 6/00 11/15/01 |
| SAVE-RITE GROCERY WAREHOUSE, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 59-1166473 | OPERATED ALTERNATIVE FORMAT STORES.  MERGED INTO WINN-DIXIE RALEIGH, INC., EFFECTIVE 12/28/04 | 02/15/67 12/28/04 |
| SUNBELT PRODUCTS, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 75-1551401 | INACTIVE | 05/09/77 PRESENT |
| SUNDOWN SALES, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 75-1414946 | INACTIVE | 04/10/73 PRESENT |
| SUPERIOR FOOD COMPANY 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 57-0469943 | OWN AND LEASE REAL ESTATE | 09/27/58 PRESENT |
| TABLE SUPPLY FOOD STORES CO., INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 59-6079368 | OWNS BANK ACCOUNT | 09/27/58 PRESENT |
| TRANSITORY SUB A, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE STORES, INC., EFFECTIVE 12/28/04. | 12/02/04 12/28/04 |
| TRANSITORY SUB B, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE MONTGOMERY, INC., EFFECTIVE 12/28/04. | 12/02/04 12/28/04 |
| TRANSITORY SUB C, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE STORES, INC., EFFECTIVE 12/28/04. | 12/02/04 12/28/04 |
| TRANSITORY SUB D, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE RALEIGH, INC., EFFECTIVE 12/28/04. | 12/02/04 12/28/04 |
| TRANSITORY SUB E, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE STORES, INC., EFFECTIVE 12/28/04. | 12/02/04 12/28/04 |
| W-D (BAHAMAS) LIMITED EAST-WEST HIGHWAY NASSAU, BAHAMAS | N/A | OPERATE BAHAMA SUPERMARKETS | 04/26/67 PRESENT |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK                                 Page 3 of 5

---

**In re:  WINN-DIXIE STORES, INC.**                         **Case No.:  05-11063 (RDD)**

---

18.    **NATURE, LOCATION AND NAME OF BUSINESS**

None    a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
☐          beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive
           of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately
           preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
           within the **six years** immediately preceding the commencement of this case.

           If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
           beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting
           or equity securities, within the **six years** immediately preceding the commencement of this case.

           If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
           beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
           voting or equity securities, within the **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NO. (EIN) | NATURE OF BUSINESS | BEGINNING & ENDING DATES |
|---|---|---|---|
| WD BRAND PRESTIGE STEAKS, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 59-3545257 | INACTIVE | 09/22/98<br>PRESENT |
| WIN GENERAL INSURANCE, INC.<br>1156 BOWMAN ROAD, SUITE 208<br>MOUNT PLEASANT, SC 29464 | 59-3776716 | CAPTIVE INSURANCE COMPANY | 01/13/04<br>PRESENT |
| WINN-DIXIE ATLANTA, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 59-1212119 | NAME CHANGED TO WINN-DIXIE MONTGOMERY, INC., EFFECTIVE 06/29/00 | 05/20/68<br>06/29/00 |
| WINN-DIXIE CHARLOTTE TRANSITORY C, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE PROCUREMENT, INC., EFFECTIVE 6/29/00. | 06/15/00<br>06/29/00 |
| WINN-DIXIE CHARLOTTE TRANSITORY B, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE LOGISTICS, INC., EFFECTIVE 6/29/00. | 06/15/00<br>06/29/00 |
| WINN-DIXIE CHARLOTTE TRANSITORY A, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE RALEIGH, INC., EFFECTIVE 6/29/00. | 06/15/00<br>06/29/00 |
| WINN-DIXIE CHARLOTTE, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 59-3264623 | OPERATED RETAIL STORES IN CHARLOTTE DIVISION. MERGED INTO WINN-DIXIE RALEIGH, INC., EFFECTIVE 12/28/04 | 06/29/94<br>12/28/04 |
| WINN-DIXIE HANDYMAN, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 58-1434107 | INACTIVE | 05/08/81<br>PRESENT |
| WINN-DIXIE LOGISTICS, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 59-3652949 | OPERATE WAREHOUSES AND FLEET IN ALL DIVISIONS | 06/15/00<br>PRESENT |
| WINN-DIXIE LOUISIANA, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 72-0488573 | MERGED INTO WINN-DIXIE MONTGOMERY, INC., EFFECTIVE 01/04/05 | 07/21/56<br>01/04/05 |
| WINN-DIXIE MIDWEST, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 59-3264623 | NAME CHANGED TO WINN-DIXIE CHARLOTTE, INC., EFFECTIVE 6/29/00 | 06/29/94<br>06/29/00 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: **WINN-DIXIE STORES, INC.**   **Case No.: 05-11063 (RDD)**

## 18.   NATURE, LOCATION AND NAME OF BUSINESS

**None**  ☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NO. (EIN) | NATURE OF BUSINESS | BEGINNING & ENDING DATES |
|---|---|---|---|
| WINN-DIXIE MONTGOMERY TRANSITORY B, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. DISSOLVED EFFECTIVE 6/29/00. | 06/15/00 06/29/00 |
| WINN-DIXIE MONTGOMERY TRANSITORY A, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE LOUISIANA, INC., EFFECTIVE 6/29/00. | 06/15/00 06/29/00 |
| WINN-DIXIE MONTGOMERY TRANSITORY C, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE LOGISTICS, INC., EFFECTIVE 6/29/00. | 06/15/00 06/29/00 |
| WINN-DIXIE MONTGOMERY TRANSITORY D, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE PROCUREMENT, INC., EFFECTIVE 6/29/00. | 06/15/00 06/29/00 |
| WINN-DIXIE MONTGOMERY, INC. 1550 JACKSON FERRY ROAD MONTGOMERY, AL 26104-1718 | 59-1212119 | OPERATE RETAIL STORES IN MONTGOMERY DIVISION, SUPERBRAND DAIRY IN MONTGOMERY, AL AND SUPERBRAND PIZZA PLANT | 05/20/68 PRESENT |
| WINN-DIXIE MONTGOMERY, INC. A KENTUCKY CORPORATION 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 63-0363229 | MERGED INTO WINN-DIXIE ATLANTA, INC., EFFECTIVE 06/29/00 | 06/21/65 06/29/00 |
| WINN-DIXIE PROCUREMENT, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | 59-3652951 | CENTRALIZED BUYING AND OWNERSHIP OF WAREHOUSE INVENTORY FOR SALE TO WINN-DIXIE RETAIL OPERATIONS | 06/15/00 PRESENT |
| WINN-DIXIE RALEIGH TRANSITORY C, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE PROCUREMENT, INC., EFFECTIVE 6/29/00. | 06/15/00 06/29/00 |
| WINN-DIXIE RALEIGH TRANSITORY B, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE LOGISTICS, INC., EFFECTIVE 6/29/00. | 06/15/00 06/29/00 |
| WINN-DIXIE RALEIGH TRANSITORY A, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | N/A | INACTIVE. MERGED INTO WINN-DIXIE CHARLOTTE, INC., EFFECTIVE 6/29/00. | 06/15/00 06/29/00 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                                        **Case No.:  05-11063 (RDD)**

---

18.    **NATURE, LOCATION AND NAME OF BUSINESS**

**None**
☐    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NO. (EIN) | NATURE OF BUSINESS | BEGINNING & ENDING DATES |
|---|---|---|---|
| WINN-DIXIE RALEIGH, INC.<br>833 SHOTWELL ROAD<br>CLAYTON, NC 27520 | 56-0670665 | OPERATE RETAIL STORES IN RALEIGH DIVISION | 05/31/58<br>PRESENT |
| WINN-DIXIE SUPERMARKETS OF WEST VIRGINIA, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | N/A | INACTIVE | 04/21/58<br>DISSOLVED 08/08/02 |
| WINN-DIXIE SUPERMARKETS OF ILLINOIS, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | N/A | INACTIVE | 04/21/58<br>DISSOLVED 06/19/02 |
| WINN-DIXIE SUPERMARKETS, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 59-6078837 | OPERATE RETAIL LIQUOR STORES IN FLORIDA | 04/19/58<br>PRESENT |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

## 18.  NATURE, LOCATION AND NAME OF BUSINESS

None     b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined

[X]        in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                   Case No.:  **05-11063 (RDD)**

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

## 19.   BOOKS, RECORDS AND FINANCIAL STATEMENTS

None      a.   List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case
☐            kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| BYRUM, D. MICHAEL<br>VICE PRESIDENT & CHIEF ACCOUNTING OFFICER<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 11/99 TO PRESENT |
| MCCOOK, RICHARD P.<br>CHIEF FINANCIAL OFFICER<br>13815 DEER CHASE PLACE<br>JACKSONVILLE, FL 32224 | 1984 TO 03/08/04 |
| NUSSBAUM, BENNETT L.<br>SENIOR VICE PRESIDENT & CHIEF FINANCIAL OFFICER<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 03/08/04 TO PRESENT |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**In re:  WINN-DIXIE STORES, INC.**                     **Case No.:  05-11063 (RDD)**

---

### 19.    BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None**   b.   List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have
☐          audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| KPMG LLP | 1 INDEPENDENT DRIVE<br>JACKSONVILLE, FL 32202 | 2003 AND 2004 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

### 19.    BOOKS, RECORDS AND FINANCIAL STATEMENTS

None    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐          account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| BYRUM, D. MICHAEL | VICE PRESIDENT & CHIEF ACCOUNTING OFFICER<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 |
| NUSSBAUM, BENNETT L. | SENIOR VICE PRESIDENT & CHIEF FINANCIAL OFFICER<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  05-11063 (RDD)

## 19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None**    d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☐          statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| AMSOUTH BANK<br>599 LEXINGTON AVENUE, 45TH FLOOR<br>NEW YORK, NY 10022 | VARIOUS DATES |
| AMSOUTH BANK<br>10245 CENTURION PARKWAY, 2ND. FL<br>JACKSONVILLE, FL 32256 | VARIOUS DATES |
| AMSOUTH BANK<br>350 PARK AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022 | VARIOUS DATES |
| BANGKOK BANK<br>29 BROADWAY, 20TH FLOOR<br>NEW YORK, NY 10006 | VARIOUS DATES |
| BANK ONE<br>1717 MAIN STREET<br>LOWER LEVEL 1<br>DALLAS, TX 75201 | VARIOUS DATES |
| CIBC WORLD BANK<br>425 LEXINGTON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10017 | VARIOUS DATES |
| COBANK ACB<br>DEPARTMENT 167<br>DENVER, CO 80291 | VARIOUS DATES |
| COMPASS BANK<br>PO BOX 10588<br>BIRMINGHAM, AL 35298 | VARIOUS DATES |
| COMPASS BANK<br>15 S 20TH STREET, SUITE 1500<br>BIRMINGHAM, AL 35233 | VARIOUS DATES |
| CONGRESS FINANCIAL CORPORATION<br>1133 AVENUE OF THE AMERICAS, 30TH FLOOR<br>NEW YORK, NY 10036 | VARIOUS DATES |
| CONGRESS FINANCIAL CORPORATION<br>777 BRICKELL AVENUE, SUITE 808<br>MIAMI, FL 33131 | VARIOUS DATES |
| CREDIT LYONNAIS AMERICAS<br>2200 ROSS AVENUE, SUITE 4400 W<br>DALLAS, TX 75201 | VARIOUS DATES |
| FLEET RETAIL GROUP, INC.<br>40 BROAD STREET, 10TH FLOOR<br>BOSTON, MA 2109 | VARIOUS DATES |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>6 HIGH RIDGE PARK, BUILDING 6C<br>STAMFORD, CT 6927 | VARIOUS DATES |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>RETAIL FINANCE GROUP<br>201 MERRITT 7, PO BOX 5201<br>NORWALK, CT 6856 | VARIOUS DATES |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                                   **Case No.:  05-11063 (RDD)**

## 19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None**   d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☐         statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| GLOBAL FINANCE SERVICE GROUP<br>COBANK, ACB<br>PO BOX 5110<br>DENVER, CO 80217 | VARIOUS DATES |
| GMAC COMMERCIAL FINANCE, LLC<br>461 5TH AVENUE, 21ST FLOOR<br>NEW YORK, NY 10017 | VARIOUS DATES |
| GMAC COMMERICAL FINANCE LLC<br>1290 AVENUE OF THE AMERICAS, 3RD FLOOR<br>NEW YORK, NY | VARIOUS DATES |
| HARRIS TRUST AND SAVINGS BANK<br>111 WEST MONROE STREET<br>PO BOX 755<br>CHICAGO, IL 60690-0755 | VARIOUS DATES |
| ISRAEL DISCOUNT BANK OF NEW YORK<br>2875 NE 191 STREET, SUITE 200<br>AVENTURA, FL 33180-2830 | VARIOUS DATES |
| LASALLE BANK, N.A.<br>ALHAMBRA TOWER<br>121 ALHAMBRA PLAZA, SUITE 1110<br>CORAL GABLES, FL 33134 | VARIOUS DATES |
| MERRILL LYNCH<br>250 VESEY STREET, 7TH FLOOR<br>NEW YORK, NY 10281 | VARIOUS DATES |
| MERRILL LYNCH CAPITAL, BUSINESS FIN. SERVICES, INC<br>2 WORLD FINANCIAL CENTER<br>225 LIBERTY STREET, 5TH. FLOOR<br>NEW YORK, NY 10081 | VARIOUS DATES |
| MOODY'S INVESTORS SERVICES<br>99 CHURCH STREET<br>NEW YORK, NY 10007 | VARIOUS DATES |
| NATIONAL CITY BUSINESS CREDIT, INC.<br>1965 E. 6TH STREET, SUITE 400<br>LOCATOR #3049<br>CLEVELAND, OH 44114 | VARIOUS DATES |
| PNC BANK<br>600 GALLERIA PARKWAY, SUITE 890<br>ATLANTA, GA 30339 | VARIOUS DATES |
| PNC BUSINESS CREDIT/PNC BANK<br>5200 TOWN CENTER CIRCLE, SUITE 302<br>BOCA RATON, FL 33486 | VARIOUS DATES |
| RZB FINANCE LLC<br>1133 AVENUE OF THE AMERICAS, 16TH FLOOR<br>NEW YORK, NY 10036 | VARIOUS DATES |
| SIEMENS FINANCIAL SERVICES<br>200 SOMERSET CORPORATE BLVD.<br>BRIDGEWATER, NY 08807-2843 | VARIOUS DATES |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

## 19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS

None   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☐        statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| STANDARD & POORS<br>55 WATER STREET<br>NEW YORK, NY 10041 | VARIOUS DATES |
| SUNTRUST BANK<br>200 S. ORANGE AVENUE<br>ORLANDO, FL 32801 | VARIOUS DATES |
| SUNTRUST BANK<br>303 PEACHTREE ST. NE, 3RD FLOOR<br>ATLANTA, GA 30308 | VARIOUS DATES |
| TAIPEI BANK, NEW YORK AGENCY<br>100 WALL STREET, 14TH FLOOR<br>NEW YORK, NY 10005 | VARIOUS DATES |
| THE CIT GROUP/BUSINESS CREDIT, INC.<br>900 ASHWOOD PARKWAY, SUITE 610<br>ATLANTA, GA 30338 | VARIOUS DATES |
| TRANSAMERICA BUSINESS CAPITAL CORP.<br>555 THEODORE FREMD AVENUE<br>RYE, NY 10580 | VARIOUS DATES |
| UBS AG, STAMFORD BRANCH<br>677 WASHINGTON BLVD.<br>STAMFORD, CT 6901 | VARIOUS DATES |
| US BANK<br>425 WALNUT<br>PO BOX 1038 (MAILDROP CN-OH-W8)<br>CINCINNATI, OH 45201-1038 | VARIOUS DATES |
| WACHOVIA NATIONAL BANK<br>225 WATER STREET<br>PO BOX 2080<br>JACKSONVILLE, FL 32231-0100 | VARIOUS DATES |
| WACHOVIA SECURITIES<br>301 SOUTH COLLEGE STREET<br>CHARLOTTE, NC 28288 | VARIOUS DATES |
| WEBSTER BUSINESS CREDIT CORPORATION<br>ONE STATE STREET, 7TH FLOOR<br>NEW YORK, NY 10004 | VARIOUS DATES |
| WELLS FARGO FOOTHILL, LLC<br>2450 COLORADO AVENUE<br>SUITE 3000 WEST<br>SANTA MONICA, CA 90404 | VARIOUS DATES |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

### 19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None**    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☐          statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

---

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| WILMINGTON TRUST COMPANY | |
| 1100 NORTH MARKET STREET | VARIOUS DATES |
| RODNEY SQUARE NORTH | |
| WILMINGTON, DE 19890 | |

---

During the applicable period, Winn-Dixie Stores, Inc. has periodically submitted its financial statements to the Securities and
Exchange Commission on a consolidated basis.  As a result the Debtors' consolidated financial statements are publicly available.  In
addition, Winn-Dixie Stores, Inc. generally provides its consolidated financial statements directly to its primary lenders, and, in certain
circumstances to other parties in the ordinary course of business, including in support of requests for extensions of trade credit and in
connection with investor relations correspondence.  Additionally, the Debtor may have provided financial statements to various third
parties in connection with potential asset purchase sales.  Due to confidentiality obligations, the names and addresses of those parties
have been omitted.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

## 20.  INVENTORIES

None   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking

☐         of each inventory, and the dollar amount and basis of each inventory.

---

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 07/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 10 | $758,749.94 MERCHANDISE INVENTORY |
| 09/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 10 | $727,892.42 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 10 | $72,677.15 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 10 | $82,515.10 MERCHANDISE INVENTORY |
| 10/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 101 | $769,677.54 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 101 | $49,228.59 MERCHANDISE INVENTORY |
| 01/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 101 | $839,920.04 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 101 | $53,893.37 MERCHANDISE INVENTORY |
| 08/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 103 | $835,150.29 MERCHANDISE INVENTORY |
| 12/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 103 | $869,673.22 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 103 | $54,517.78 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 103 | $67,349.81 MERCHANDISE INVENTORY |
| 10/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 104 | $966,136.47 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 104 | $62,433.45 MERCHANDISE INVENTORY |
| 01/25/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 104 | $978,771.06 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 104 | $67,157.66 MERCHANDISE INVENTORY |
| 07/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 107 | $802,759.89 MERCHANDISE INVENTORY |
| 09/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 107 | $813,448.79 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 107 | $51,019.31 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

## 20.    INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 107 | $51,485.27 MERCHANDISE INVENTORY |
| 08/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 110 | $812,646.32 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 110 | $851,287.01 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 110 | $63,520.65 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 110 | $78,253.95 MERCHANDISE INVENTORY |
| 10/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 116 | $790,833.73 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 116 | $72,694.95 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 116 | $867,744.18 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 116 | $88,491.05 MERCHANDISE INVENTORY |
| 09/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 12 | $704,795.98 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 12 | $60,260.64 MERCHANDISE INVENTORY |
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 12 | $750,019.72 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 12 | $83,640.52 MERCHANDISE INVENTORY |
| 08/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 120 | $752,244.75 MERCHANDISE INVENTORY |
| 11/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 120 | $769,304.29 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 120 | $61,682.45 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 120 | $55,214.79 MERCHANDISE INVENTORY |
| 10/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 123 | $831,185.07 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 123 | $62,541.95 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                                **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/13/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 123 | $867,639.07 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 123 | $65,580.82 MERCHANDISE INVENTORY |
| 07/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 124 | $824,028.26 MERCHANDISE INVENTORY |
| 11/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 124 | $866,203.64 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 124 | $61,098.07 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 124 | $77,628.38 MERCHANDISE INVENTORY |
| 09/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 125 | $727,095.29 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 125 | $62,807.38 MERCHANDISE INVENTORY |
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 125 | $789,140.62 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 125 | $67,778.93 MERCHANDISE INVENTORY |
| 07/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 126 | $494,050.65 MERCHANDISE INVENTORY |
| 11/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 126 | $537,828.40 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 126 | $47,265.75 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 126 | $49,711.82 MERCHANDISE INVENTORY |
| 04/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 129 | $820,016.00 MERCHANDISE INVENTORY |
| 10/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 129 | $847,572.07 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 129 | $70,665.50 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 129 | $66,840.60 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 133 | $452,504.28 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**20.   INVENTORIES**

None       a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐              of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 133 | $49,027.50 MERCHANDISE INVENTORY |
| 01/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 133 | $431,712.69 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 133 | $54,310.35 MERCHANDISE INVENTORY |
| 08/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 135 | $655,969.86 MERCHANDISE INVENTORY |
| 12/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 135 | $733,242.38 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 135 | $52,355.38 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 135 | $61,332.01 MERCHANDISE INVENTORY |
| 11/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 138 | $903,356.32 MERCHANDISE INVENTORY |
| 12/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 138 | $943,325.18 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 138 | $73,022.41 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 138 | $89,236.26 MERCHANDISE INVENTORY |
| 07/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 14 | $743,747.08 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 14 | $778,888.96 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 14 | $55,660.64 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 14 | $62,680.01 MERCHANDISE INVENTORY |
| 06/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 140 | $1,054,498.85 MERCHANDISE INVENTORY |
| 12/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 140 | $1,128,733.02 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 140 | $114,304.15 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 140 | $172,342.96 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                                                   **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 141 | $70,538.72 MERCHANDISE INVENTORY |
| 02/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 141 | $1,069,037.17 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 141 | $77,482.98 MERCHANDISE INVENTORY |
| 03/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 141 | $1,011,478.05 MERCHANDISE INVENTORY |
| 04/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 142 | $760,950.26 MERCHANDISE INVENTORY |
| 10/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 142 | $795,135.12 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 142 | $90,308.86 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 142 | $104,661.09 MERCHANDISE INVENTORY |
| 05/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 144 | $1,127,040.80 MERCHANDISE INVENTORY |
| 11/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 144 | $1,113,585.02 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 144 | $80,123.99 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 144 | $98,268.77 MERCHANDISE INVENTORY |
| 07/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 145 | $936,048.70 MERCHANDISE INVENTORY |
| 10/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 145 | $1,001,517.20 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 145 | $61,954.86 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 145 | $66,724.02 MERCHANDISE INVENTORY |
| 08/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 147 | $801,201.49 MERCHANDISE INVENTORY |
| 12/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 147 | $849,303.14 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 147 | $56,886.88 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

## 20.    INVENTORIES

**None**     a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐            of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 147 | $64,786.96 MERCHANDISE INVENTORY |
| 09/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 149 | $748,989.75 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 149 | $64,679.39 MERCHANDISE INVENTORY |
| 01/28/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 149 | $750,744.13 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 149 | $70,944.78 MERCHANDISE INVENTORY |
| 06/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 151 | $667,974.80 MERCHANDISE INVENTORY |
| 11/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 151 | $693,196.49 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 151 | $78,014.22 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 151 | $75,505.40 MERCHANDISE INVENTORY |
| 08/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 153 | $762,215.67 MERCHANDISE INVENTORY |
| 12/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 153 | $768,519.62 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 153 | $68,335.41 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 153 | $73,972.91 MERCHANDISE INVENTORY |
| 08/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 158 | $600,108.71 MERCHANDISE INVENTORY |
| 11/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 158 | $623,963.01 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 158 | $51,555.72 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 158 | $58,468.68 MERCHANDISE INVENTORY |
| 04/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 159 | $603,694.67 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 159 | $618,388.33 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

**None**     a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 159 | $66,799.99 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 159 | $76,813.63 MERCHANDISE INVENTORY |
| 09/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 160 | $738,187.21 MERCHANDISE INVENTORY |
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 160 | $754,152.05 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 160 | $51,424.75 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 160 | $61,888.80 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 161 | $692,808.72 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 161 | $65,806.02 MERCHANDISE INVENTORY |
| 02/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 161 | $734,932.58 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 161 | $79,933.94 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 162 | $767,165.55 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 162 | $54,068.15 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 162 | $67,397.20 MERCHANDISE INVENTORY |
| 02/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 162 | $758,140.61 MERCHANDISE INVENTORY |
| 09/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 163 | $963,413.68 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 163 | $95,790.41 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 163 | $1,023,865.89 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 163 | $94,879.65 MERCHANDISE INVENTORY |
| 08/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 166 | $814,285.41 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

**None**   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 166 | $838,785.32 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 166 | $45,560.47 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 166 | $49,113.77 MERCHANDISE INVENTORY |
| 11/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 167 | $831,765.79 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 167 | $82,433.59 MERCHANDISE INVENTORY |
| 01/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 167 | $824,107.33 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 167 | $79,527.22 MERCHANDISE INVENTORY |
| 10/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 168 | $789,602.87 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 168 | $57,476.11 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 168 | $824,382.25 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 168 | $52,895.34 MERCHANDISE INVENTORY |
| 09/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 169 | $806,884.70 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 169 | $67,402.01 MERCHANDISE INVENTORY |
| 01/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 169 | $865,770.70 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 169 | $80,951.13 MERCHANDISE INVENTORY |
| 07/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 170 | $677,968.45 MERCHANDISE INVENTORY |
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 170 | $710,354.45 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 170 | $51,262.46 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 170 | $44,962.69 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                     **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 04/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 171 | $868,518.15 MERCHANDISE INVENTORY |
| 09/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 171 | $800,373.33 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 171 | $71,719.67 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 171 | $82,342.65 MERCHANDISE INVENTORY |
| 09/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 172 | $778,386.21 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 172 | $55,766.93 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 172 | $817,032.80 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 172 | $66,338.69 MERCHANDISE INVENTORY |
| 04/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 173 | $976,651.87 MERCHANDISE INVENTORY |
| 09/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 173 | $982,221.12 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 173 | $52,508.79 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 173 | $61,994.34 MERCHANDISE INVENTORY |
| 09/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 174 | $866,063.38 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 174 | $64,448.39 MERCHANDISE INVENTORY |
| 01/27/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 174 | $903,071.11 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 174 | $73,850.63 MERCHANDISE INVENTORY |
| 07/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 175 | $435,995.31 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 175 | $437,155.89 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 175 | $40,989.91 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

## 20.   INVENTORIES

None   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 175 | $46,221.10 MERCHANDISE INVENTORY |
| 09/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 176 | $910,066.83 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 176 | $55,384.79 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 176 | $61,407.52 MERCHANDISE INVENTORY |
| 02/15/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 176 | $935,709.58 MERCHANDISE INVENTORY |
| 10/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 177 | $839,889.86 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 177 | $76,204.54 MERCHANDISE INVENTORY |
| 01/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 177 | $829,877.91 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 177 | $72,184.41 MERCHANDISE INVENTORY |
| 09/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 178 | $589,222.11 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 178 | $47,118.54 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 178 | $611,292.59 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 178 | $48,239.57 MERCHANDISE INVENTORY |
| 08/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 179 | $749,404.40 MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 179 | $852,982.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 179 | $67,285.63 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 179 | $68,513.37 MERCHANDISE INVENTORY |
| 07/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 18 | $785,731.22 MERCHANDISE INVENTORY |
| 10/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 18 | $822,334.18 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

None   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 18 | $56,576.42 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 18 | $64,613.08 MERCHANDISE INVENTORY |
| 08/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 180 | $829,470.99 MERCHANDISE INVENTORY |
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 180 | $873,232.67 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 180 | $76,274.87 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 180 | $69,597.39 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 181 | $686,759.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 181 | $56,485.59 MERCHANDISE INVENTORY |
| 01/28/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 181 | $712,572.06 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 181 | $64,923.65 MERCHANDISE INVENTORY |
| 11/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 182 | $791,944.47 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 182 | $73,738.53 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 182 | $86,968.92 MERCHANDISE INVENTORY |
| 03/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 182 | $768,074.17 MERCHANDISE INVENTORY |
| 09/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 184 | $738,993.99 MERCHANDISE INVENTORY |
| 12/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 184 | $744,933.24 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 184 | $76,181.52 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 184 | $84,544.05 MERCHANDISE INVENTORY |
| 05/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 185 | $885,724.74 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

## 20.   INVENTORIES

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 09/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 185 | $880,824.59 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 185 | $69,040.18 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 185 | $84,815.40 MERCHANDISE INVENTORY |
| 11/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 186 | $1,072,053.73 MERCHANDISE INVENTORY |
| 11/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 186 | $1,183,188.05 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 186 | $79,926.14 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 186 | $85,348.27 MERCHANDISE INVENTORY |
| 11/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 188 | $904,809.84 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 188 | $56,931.09 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 188 | $56,643.89 MERCHANDISE INVENTORY |
| 02/28/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 188 | $823,316.92 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 189 | $28,963.11 MERCHANDISE INVENTORY |
| 11/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 19 | $791,103.41 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 19 | $78,650.91 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 19 | $802,575.17 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 19 | $84,102.42 MERCHANDISE INVENTORY |
| 09/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 190 | $924,923.86 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 190 | $75,485.20 MERCHANDISE INVENTORY |
| 01/14/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 190 | $1,016,229.33 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐      of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 190 | $84,499.05 MERCHANDISE INVENTORY |
| 05/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 191 | $891,501.90 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 191 | $964,708.56 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 191 | $87,072.22 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 191 | $95,453.67 MERCHANDISE INVENTORY |
| 06/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 192 | $707,437.73 MERCHANDISE INVENTORY |
| 11/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 192 | $779,856.35 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 192 | $65,752.86 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 192 | $67,733.74 MERCHANDISE INVENTORY |
| 11/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 194 | $828,050.35 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 194 | $59,361.28 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 194 | $79,480.99 MERCHANDISE INVENTORY |
| 02/22/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 194 | $863,557.70 MERCHANDISE INVENTORY |
| 11/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 195 | $906,943.62 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 195 | $81,014.73 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 195 | $89,954.62 MERCHANDISE INVENTORY |
| 02/16/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 195 | $894,579.90 MERCHANDISE INVENTORY |
| 11/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 196 | $1,002,321.07 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 196 | $82,762.66 MERCHANDISE INVENTORY |

---

**In re:  WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

## 20.    INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 196 | $93,279.99 MERCHANDISE INVENTORY |
| 02/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 196 | $962,645.56 MERCHANDISE INVENTORY |
| 08/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 197 | $892,205.74 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 197 | $921,140.33 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 197 | $64,092.99 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 197 | $67,989.99 MERCHANDISE INVENTORY |
| 08/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 198 | $847,973.75 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 198 | $62,740.37 MERCHANDISE INVENTORY |
| 01/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 198 | $883,569.57 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 198 | $67,672.14 MERCHANDISE INVENTORY |
| 08/31/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 199 | $832,675.78 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 199 | $67,683.82 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 199 | $823,660.96 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 199 | $79,923.29 MERCHANDISE INVENTORY |
| 07/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2 | $829,471.71 MERCHANDISE INVENTORY |
| 11/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2 | $890,009.52 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2 | $63,557.73 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2 | $88,921.71 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 20 | $503,716.16 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 20 | $54,372.94 MERCHANDISE INVENTORY |
| 01/13/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 20 | $507,402.90 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 20 | $55,929.88 MERCHANDISE INVENTORY |
| 08/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 201 | $388,231.03 MERCHANDISE INVENTORY |
| 12/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 201 | $458,610.15 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 201 | $47,892.25 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 201 | $44,276.54 MERCHANDISE INVENTORY |
| 06/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 202 | $756,009.19 MERCHANDISE INVENTORY |
| 10/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 202 | $735,938.43 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 202 | $50,644.24 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 202 | $55,090.96 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 203 | $787,382.70 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 203 | $68,865.13 MERCHANDISE INVENTORY |
| 02/08/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 203 | $845,469.46 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 203 | $81,507.61 MERCHANDISE INVENTORY |
| 10/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 204 | $588,424.90 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 204 | $59,956.16 MERCHANDISE INVENTORY |
| 01/25/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 204 | $620,396.25 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 204 | $58,596.27 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

## 20.  INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 10/28/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 205 | $803,356.48<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 205 | $51,460.24<br>MERCHANDISE INVENTORY |
| 02/03/2005 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 205 | $731,426.24<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 205 | $48,634.24<br>MERCHANDISE INVENTORY |
| 06/23/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 206 | $572,613.24<br>MERCHANDISE INVENTORY |
| 10/25/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 206 | $566,678.90<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 206 | $46,176.15<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 206 | $48,445.06<br>MERCHANDISE INVENTORY |
| 08/20/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 207 | $798,666.64<br>MERCHANDISE INVENTORY |
| 01/11/2005 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 207 | $740,399.36<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 207 | $65,197.94<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 207 | $73,844.85<br>MERCHANDISE INVENTORY |
| 06/16/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 208 | $640,209.79<br>MERCHANDISE INVENTORY |
| 10/27/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 208 | $659,500.01<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 208 | $73,020.91<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 208 | $61,827.62<br>MERCHANDISE INVENTORY |
| 10/28/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 209 | $521,569.01<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 209 | $46,279.39<br>MERCHANDISE INVENTORY |
| 01/27/2005 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 209 | $507,428.02<br>MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 209 | $49,674.29 MERCHANDISE INVENTORY |
| 07/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 210 | $655,320.33 MERCHANDISE INVENTORY |
| 10/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 210 | $616,735.82 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 210 | $54,702.47 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 210 | $62,339.33 MERCHANDISE INVENTORY |
| 08/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 211 | $606,562.32 MERCHANDISE INVENTORY |
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 211 | $595,922.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 211 | $66,056.77 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 211 | $57,607.57 MERCHANDISE INVENTORY |
| 08/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 212 | $703,805.54 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 212 | $745,077.83 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 212 | $53,174.62 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 212 | $59,222.38 MERCHANDISE INVENTORY |
| 07/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 214 | $780,673.19 MERCHANDISE INVENTORY |
| 09/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 214 | $734,618.60 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 214 | $42,537.30 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 214 | $48,125.14 MERCHANDISE INVENTORY |
| 06/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 215 | $432,913.59 MERCHANDISE INVENTORY |
| 10/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 215 | $470,141.59 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                                  **Case No.:  05-11063 (RDD)**

## 20.   INVENTORIES

None     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 215 | $38,391.56 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 215 | $37,845.46 MERCHANDISE INVENTORY |
| 06/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 216 | $525,157.18 MERCHANDISE INVENTORY |
| 10/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 216 | $510,392.26 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 216 | $41,216.06 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 216 | $38,482.02 MERCHANDISE INVENTORY |
| 08/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 217 | $962,003.17 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 217 | $70,846.01 MERCHANDISE INVENTORY |
| 01/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 217 | $929,549.61 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 217 | $88,605.64 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 218 | $881,310.52 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 218 | $64,475.89 MERCHANDISE INVENTORY |
| 01/13/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 218 | $883,787.46 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 218 | $68,134.73 MERCHANDISE INVENTORY |
| 05/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 22 | $971,798.45 MERCHANDISE INVENTORY |
| 11/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 22 | $958,747.27 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 22 | $49,687.34 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 22 | $61,622.96 MERCHANDISE INVENTORY |
| 10/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2200 | $686,717.97 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                           **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

**None**    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2200 | $58,579.08<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2200 | $62,726.10<br>MERCHANDISE INVENTORY |
| 02/21/2005 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 2200 | $722,865.52<br>MERCHANDISE INVENTORY |
| 08/23/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 2202 | $733,149.76<br>MERCHANDISE INVENTORY |
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 2202 | $814,307.78<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2202 | $60,026.32<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2202 | $62,471.40<br>MERCHANDISE INVENTORY |
| 05/13/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 2203 | $830,914.57<br>MERCHANDISE INVENTORY |
| 11/10/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 2203 | $833,646.85<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2203 | $82,840.32<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2203 | $86,309.86<br>MERCHANDISE INVENTORY |
| 11/19/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 2205 | $745,532.64<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2205 | $56,931.27<br>MERCHANDISE INVENTORY |
| 02/04/2005 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 2205 | $730,340.39<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2205 | $57,475.48<br>MERCHANDISE INVENTORY |
| 06/16/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 2206 | $825,567.00<br>MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 2206 | $824,568.90<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2206 | $67,152.64<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 2206 | $69,902.61<br>MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                  **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 07/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2207 | $736,329.92 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2207 | $727,500.05 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2207 | $58,254.41 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2207 | $58,701.94 MERCHANDISE INVENTORY |
| 05/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2209 | $430,974.44 MERCHANDISE INVENTORY |
| 10/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2209 | $440,636.69 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2209 | $43,145.97 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2209 | $47,265.33 MERCHANDISE INVENTORY |
| 10/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 221 | $871,440.10 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 221 | $55,630.34 MERCHANDISE INVENTORY |
| 02/03/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 221 | $915,658.21 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 221 | $58,764.17 MERCHANDISE INVENTORY |
| 04/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2210 | $645,351.35 MERCHANDISE INVENTORY |
| 10/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2210 | $634,061.10 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2210 | $80,966.65 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2210 | $90,395.83 MERCHANDISE INVENTORY |
| 08/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2211 | $712,810.37 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2211 | $51,763.57 MERCHANDISE INVENTORY |
| 01/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2211 | $798,314.30 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

20.    **INVENTORIES**

None        a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐              of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2211 | $49,624.84 MERCHANDISE INVENTORY |
| 08/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2213 | $736,712.77 MERCHANDISE INVENTORY |
| 12/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2213 | $816,264.04 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2213 | $60,509.25 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2213 | $60,299.47 MERCHANDISE INVENTORY |
| 10/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2215 | $907,526.52 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2215 | $55,854.13 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2215 | $60,315.68 MERCHANDISE INVENTORY |
| 02/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2215 | $899,518.89 MERCHANDISE INVENTORY |
| 10/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2216 | $775,333.62 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2216 | $68,303.91 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2216 | $69,286.03 MERCHANDISE INVENTORY |
| 03/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2216 | $804,252.75 MERCHANDISE INVENTORY |
| 08/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2217 | $833,662.67 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2217 | $65,761.83 MERCHANDISE INVENTORY |
| 02/07/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2217 | $896,527.93 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2217 | $66,603.20 MERCHANDISE INVENTORY |
| 06/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2219 | $740,291.09 MERCHANDISE INVENTORY |
| 11/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2219 | $750,591.66 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2219 | $68,352.97 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2219 | $75,557.56 MERCHANDISE INVENTORY |
| 07/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 222 | $776,893.55 MERCHANDISE INVENTORY |
| 09/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 222 | $741,330.32 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 222 | $91,480.23 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 222 | $84,152.86 MERCHANDISE INVENTORY |
| 07/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2220 | $822,609.87 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2220 | $866,199.42 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2220 | $68,310.23 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2220 | $77,404.00 MERCHANDISE INVENTORY |
| 06/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2223 | $823,922.65 MERCHANDISE INVENTORY |
| 11/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2223 | $826,353.21 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2223 | $88,736.89 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2223 | $90,692.06 MERCHANDISE INVENTORY |
| 10/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2225 | $933,715.77 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2225 | $72,050.23 MERCHANDISE INVENTORY |
| 02/03/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2225 | $911,515.40 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2225 | $81,998.98 MERCHANDISE INVENTORY |
| 06/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2228 | $775,926.58 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

## 20.  INVENTORIES

**None**        a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐              of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2228 | $757,527.62 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2228 | $51,202.32 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2228 | $61,427.22 MERCHANDISE INVENTORY |
| 05/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2229 | $742,424.40 MERCHANDISE INVENTORY |
| 11/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2229 | $763,102.00 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2229 | $51,622.66 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2229 | $55,624.63 MERCHANDISE INVENTORY |
| 07/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 223 | $875,535.07 MERCHANDISE INVENTORY |
| 10/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 223 | $810,323.40 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 223 | $76,425.97 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 223 | $72,813.00 MERCHANDISE INVENTORY |
| 11/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2230 | $884,481.59 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2230 | $72,659.93 MERCHANDISE INVENTORY |
| 02/03/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2230 | $915,151.50 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2230 | $66,540.13 MERCHANDISE INVENTORY |
| 05/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2233 | $808,678.93 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2233 | $847,026.50 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2233 | $67,784.53 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2233 | $66,915.10 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                                      Case No.:  **05-11063 (RDD)**

## 20.  INVENTORIES

None   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking

☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 10/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2235 | $332,075.59 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2235 | $32,209.43 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2235 | $32,382.21 MERCHANDISE INVENTORY |
| 02/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2235 | $344,072.20 MERCHANDISE INVENTORY |
| 04/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2237 | $813,440.27 MERCHANDISE INVENTORY |
| 10/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2237 | $804,780.62 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2237 | $77,138.32 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2237 | $75,072.17 MERCHANDISE INVENTORY |
| 07/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2238 | $724,714.00 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2238 | $731,570.18 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2238 | $50,686.09 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2238 | $67,276.14 MERCHANDISE INVENTORY |
| 07/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2240 | $707,550.95 MERCHANDISE INVENTORY |
| 11/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2240 | $689,061.82 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2240 | $40,219.48 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2240 | $42,060.33 MERCHANDISE INVENTORY |
| 09/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2241 | $692,557.07 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2241 | $53,322.75 MERCHANDISE INVENTORY |
| 02/07/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2241 | $778,257.89 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                              **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2241 | $57,674.18 MERCHANDISE INVENTORY |
| 09/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2244 | $792,650.68 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2244 | $67,300.55 MERCHANDISE INVENTORY |
| 01/27/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2244 | $867,584.51 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2244 | $77,768.09 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2246 | $799,780.94 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2246 | $69,087.26 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2246 | $73,560.38 MERCHANDISE INVENTORY |
| 02/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2246 | $818,462.63 MERCHANDISE INVENTORY |
| 11/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2247 | $828,732.07 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2247 | $67,145.14 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2247 | $74,188.93 MERCHANDISE INVENTORY |
| 02/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2247 | $794,085.73 MERCHANDISE INVENTORY |
| 10/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2249 | $617,716.45 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2249 | $55,745.11 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2249 | $62,715.79 MERCHANDISE INVENTORY |
| 02/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2249 | $656,593.81 MERCHANDISE INVENTORY |
| 08/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2250 | $701,587.84 MERCHANDISE INVENTORY |
| 12/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2250 | $702,834.58 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2250 | $54,809.57 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2250 | $78,782.14 MERCHANDISE INVENTORY |
| 08/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2254 | $734,958.99 MERCHANDISE INVENTORY |
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2254 | $785,976.44 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2254 | $69,665.64 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2254 | $51,999.65 MERCHANDISE INVENTORY |
| 12/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2257 | $619,666.98 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2257 | $30,356.48 MERCHANDISE INVENTORY |
| 01/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2257 | $613,101.12 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2257 | $28,433.64 MERCHANDISE INVENTORY |
| 05/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2258 | $819,758.12 MERCHANDISE INVENTORY |
| 11/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2258 | $869,790.35 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2258 | $65,288.78 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2258 | $73,064.70 MERCHANDISE INVENTORY |
| 10/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 226 | $811,506.77 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 226 | $63,296.81 MERCHANDISE INVENTORY |
| 02/07/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 226 | $783,484.53 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 226 | $67,218.01 MERCHANDISE INVENTORY |
| 08/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2260 | $684,650.75 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                           **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐            of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2260 | $696,363.07 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2260 | $37,861.45 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2260 | $43,069.37 MERCHANDISE INVENTORY |
| 09/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2261 | $684,771.40 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2261 | $70,266.76 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2261 | $76,746.53 MERCHANDISE INVENTORY |
| 02/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2261 | $770,957.98 MERCHANDISE INVENTORY |
| 05/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2262 | $671,903.03 MERCHANDISE INVENTORY |
| 10/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2262 | $710,636.06 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2262 | $47,718.81 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2262 | $58,117.45 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2263 | $533,284.00 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2263 | $48,997.91 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2263 | $56,156.41 MERCHANDISE INVENTORY |
| 02/25/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2263 | $519,174.65 MERCHANDISE INVENTORY |
| 06/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2265 | $887,414.43 MERCHANDISE INVENTORY |
| 12/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2265 | $969,797.05 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2265 | $55,293.02 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2265 | $58,337.90 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 08/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2266 | $713,787.21 MERCHANDISE INVENTORY |
| 12/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2266 | $836,047.26 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2266 | $53,261.31 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2266 | $62,064.98 MERCHANDISE INVENTORY |
| 05/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2267 | $603,788.72 MERCHANDISE INVENTORY |
| 08/31/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2267 | $541,754.20 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2267 | $43,109.62 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2267 | $46,177.85 MERCHANDISE INVENTORY |
| 08/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2268 | $474,943.77 MERCHANDISE INVENTORY |
| 12/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2268 | $498,506.25 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2268 | $49,310.10 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2268 | $42,301.58 MERCHANDISE INVENTORY |
| 04/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2269 | $747,778.76 MERCHANDISE INVENTORY |
| 10/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2269 | $736,208.48 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2269 | $72,560.54 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2269 | $78,234.89 MERCHANDISE INVENTORY |
| 09/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 227 | $823,318.40 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 227 | $833,159.35 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 227 | $62,368.40 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                   **Case No.:  05-11063 (RDD)**

---

## 20.    INVENTORIES

**None**    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 227 | $73,318.96 MERCHANDISE INVENTORY |
| 11/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2270 | $873,431.46 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2270 | $53,661.45 MERCHANDISE INVENTORY |
| 01/26/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2270 | $909,206.73 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2270 | $72,745.10 MERCHANDISE INVENTORY |
| 10/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2271 | $729,524.29 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2271 | $48,495.26 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2271 | $52,267.61 MERCHANDISE INVENTORY |
| 02/09/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2271 | $770,847.70 MERCHANDISE INVENTORY |
| 08/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2273 | $744,767.72 MERCHANDISE INVENTORY |
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2273 | $799,292.10 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2273 | $71,280.35 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2273 | $65,779.19 MERCHANDISE INVENTORY |
| 09/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2275 | $465,954.94 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2275 | $52,389.25 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2275 | $58,431.85 MERCHANDISE INVENTORY |
| 03/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2275 | $504,130.15 MERCHANDISE INVENTORY |
| 10/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2276 | $687,089.43 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2276 | $45,864.92 MERCHANDISE INVENTORY |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**                                   **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2276 | $756,780.72 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2276 | $49,222.75 MERCHANDISE INVENTORY |
| 07/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2278 | $821,672.89 MERCHANDISE INVENTORY |
| 11/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2278 | $814,818.67 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2278 | $65,235.15 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2278 | $71,313.47 MERCHANDISE INVENTORY |
| 08/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 228 | $667,904.30 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 228 | $740,719.55 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 228 | $90,839.39 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 228 | $74,846.43 MERCHANDISE INVENTORY |
| 09/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2280 | $722,980.89 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2280 | $44,337.35 MERCHANDISE INVENTORY |
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2280 | $788,887.51 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2280 | $42,734.89 MERCHANDISE INVENTORY |
| 10/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2281 | $721,372.00 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2281 | $74,341.79 MERCHANDISE INVENTORY |
| 02/09/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2281 | $833,968.18 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2281 | $74,391.85 MERCHANDISE INVENTORY |
| 05/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2282 | $690,715.88 MERCHANDISE INVENTORY |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

**20.    INVENTORIES**

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 11/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2282 | $690,302.66 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2282 | $41,984.44 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2282 | $47,628.26 MERCHANDISE INVENTORY |
| 10/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2286 | $600,056.02 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2286 | $57,059.04 MERCHANDISE INVENTORY |
| 02/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2286 | $646,580.10 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2286 | $57,797.07 MERCHANDISE INVENTORY |
| 05/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2287 | $783,416.03 MERCHANDISE INVENTORY |
| 08/31/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2287 | $776,839.27 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2287 | $56,093.68 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2287 | $57,349.61 MERCHANDISE INVENTORY |
| 10/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2288 | $485,592.92 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2288 | $52,016.96 MERCHANDISE INVENTORY |
| 02/07/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2288 | $581,374.34 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2288 | $57,496.74 MERCHANDISE INVENTORY |
| 05/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2289 | $792,359.44 MERCHANDISE INVENTORY |
| 10/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2289 | $798,378.14 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2289 | $50,184.44 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2289 | $52,032.17 MERCHANDISE INVENTORY |

---

**In re:  WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 06/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 229 | $794,119.64 MERCHANDISE INVENTORY |
| 10/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 229 | $769,724.77 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 229 | $59,875.66 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 229 | $55,250.26 MERCHANDISE INVENTORY |
| 05/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2293 | $592,725.04 MERCHANDISE INVENTORY |
| 11/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2293 | $625,925.80 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2293 | $55,014.71 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2293 | $54,713.73 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2294 | $716,758.60 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2294 | $42,560.89 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2294 | $52,853.72 MERCHANDISE INVENTORY |
| 02/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2294 | $760,598.07 MERCHANDISE INVENTORY |
| 11/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2295 | $746,580.61 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2295 | $53,392.30 MERCHANDISE INVENTORY |
| 01/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2295 | $731,196.10 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2295 | $55,724.18 MERCHANDISE INVENTORY |
| 05/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2298 | $714,208.18 MERCHANDISE INVENTORY |
| 09/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2298 | $684,907.08 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2298 | $40,085.71 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

---

**20.   INVENTORIES**

None      a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐              of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2298 | $45,946.67 MERCHANDISE INVENTORY |
| 10/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 230 | $695,699.54 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 230 | $56,827.93 MERCHANDISE INVENTORY |
| 01/25/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 230 | $681,073.43 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 230 | $68,849.98 MERCHANDISE INVENTORY |
| 06/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2301 | $710,378.07 MERCHANDISE INVENTORY |
| 10/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2301 | $728,277.89 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2301 | $41,308.94 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2301 | $45,202.38 MERCHANDISE INVENTORY |
| 10/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2304 | $880,694.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2304 | $73,004.42 MERCHANDISE INVENTORY |
| 02/08/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2304 | $962,182.44 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2304 | $81,151.58 MERCHANDISE INVENTORY |
| 06/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2306 | $766,427.44 MERCHANDISE INVENTORY |
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2306 | $725,125.79 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2306 | $61,608.12 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2306 | $65,673.74 MERCHANDISE INVENTORY |
| 06/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2308 | $728,060.00 MERCHANDISE INVENTORY |
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2308 | $700,992.45 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

## 20.    INVENTORIES

None      a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐            of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2308 | $51,776.15 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2308 | $62,035.54 MERCHANDISE INVENTORY |
| 06/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2309 | $921,828.59 MERCHANDISE INVENTORY |
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2309 | $945,770.15 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2309 | $80,027.14 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2309 | $98,695.34 MERCHANDISE INVENTORY |
| 11/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 231 | $1,087,399.92 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 231 | $80,258.64 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 231 | $1,103,052.26 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 231 | $80,899.12 MERCHANDISE INVENTORY |
| 05/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2311 | $680,339.10 MERCHANDISE INVENTORY |
| 11/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2311 | $749,680.26 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2311 | $63,334.37 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2311 | $65,573.23 MERCHANDISE INVENTORY |
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2312 | $815,489.04 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2312 | $55,024.76 MERCHANDISE INVENTORY |
| 02/03/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2312 | $820,075.57 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2312 | $56,384.03 MERCHANDISE INVENTORY |
| 10/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2313 | $762,726.20 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

**None**   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2313 | $60,492.80 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2313 | $60,803.79 MERCHANDISE INVENTORY |
| 03/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2313 | $775,516.34 MERCHANDISE INVENTORY |
| 08/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2314 | $613,472.02 MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2314 | $627,593.56 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2314 | $49,345.00 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2314 | $52,951.48 MERCHANDISE INVENTORY |
| 11/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2316 | $744,738.10 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2316 | $60,996.07 MERCHANDISE INVENTORY |
| 01/27/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2316 | $751,744.34 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2316 | $67,540.36 MERCHANDISE INVENTORY |
| 06/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2320 | $937,597.82 MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2320 | $959,687.74 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2320 | $60,619.06 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2320 | $66,778.19 MERCHANDISE INVENTORY |
| 04/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2321 | $786,695.55 MERCHANDISE INVENTORY |
| 10/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2321 | $777,914.46 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2321 | $60,158.37 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2321 | $64,928.35 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

## 20.   INVENTORIES

None   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 08/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2323 | $655,802.73 MERCHANDISE INVENTORY |
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2323 | $706,524.34 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2323 | $48,660.53 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2323 | $45,750.79 MERCHANDISE INVENTORY |
| 05/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2324 | $882,010.26 MERCHANDISE INVENTORY |
| 11/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2324 | $850,654.49 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2324 | $60,301.17 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2324 | $59,264.39 MERCHANDISE INVENTORY |
| 05/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2325 | $640,295.60 MERCHANDISE INVENTORY |
| 11/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2325 | $675,150.02 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2325 | $57,156.45 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2325 | $61,629.58 MERCHANDISE INVENTORY |
| 11/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2326 | $611,184.81 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2326 | $53,163.31 MERCHANDISE INVENTORY |
| 02/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2326 | $623,863.40 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2326 | $49,732.47 MERCHANDISE INVENTORY |
| 05/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2327 | $965,479.64 MERCHANDISE INVENTORY |
| 10/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2327 | $938,558.64 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2327 | $80,186.08 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

**20.    INVENTORIES**

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2327 | $79,837.48 MERCHANDISE INVENTORY |
| 08/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2328 | $849,885.66 MERCHANDISE INVENTORY |
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2328 | $906,610.41 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2328 | $73,743.85 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2328 | $76,224.02 MERCHANDISE INVENTORY |
| 04/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2329 | $759,980.65 MERCHANDISE INVENTORY |
| 09/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2329 | $720,597.49 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2329 | $61,770.11 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2329 | $69,686.17 MERCHANDISE INVENTORY |
| 08/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 233 | $807,019.45 MERCHANDISE INVENTORY |
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 233 | $922,787.67 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 233 | $69,290.12 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 233 | $79,234.63 MERCHANDISE INVENTORY |
| 04/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2330 | $752,041.33 MERCHANDISE INVENTORY |
| 10/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2330 | $712,768.56 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2330 | $61,923.71 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2330 | $58,691.06 MERCHANDISE INVENTORY |
| 11/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2333 | $929,371.41 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2333 | $59,268.13 MERCHANDISE INVENTORY |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                    Case No.:  05-11063 (RDD)

---

## 20.    INVENTORIES

None   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2333 | $63,112.40 MERCHANDISE INVENTORY |
| 03/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2333 | $908,728.88 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2334 | $753,206.14 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2334 | $59,395.86 MERCHANDISE INVENTORY |
| 02/04/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2334 | $844,009.45 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2334 | $68,593.78 MERCHANDISE INVENTORY |
| 06/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2335 | $805,671.28 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2335 | $778,877.88 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2335 | $68,541.85 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2335 | $89,245.86 MERCHANDISE INVENTORY |
| 05/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2336 | $787,801.17 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2336 | $755,743.32 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2336 | $58,676.29 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2336 | $67,802.17 MERCHANDISE INVENTORY |
| 04/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2337 | $739,459.49 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2337 | $773,009.92 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2337 | $64,664.53 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2337 | $74,383.69 MERCHANDISE INVENTORY |
| 08/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2341 | $741,339.92 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: **WINN-DIXIE STORES, INC.**                    **Case No.: 05-11063 (RDD)**

---

## 20.  INVENTORIES

**None**  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐      of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2341 | $814,121.19 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2341 | $67,034.45 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2341 | $63,967.71 MERCHANDISE INVENTORY |
| 08/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2342 | $585,732.27 MERCHANDISE INVENTORY |
| 12/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2342 | $602,241.21 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2342 | $55,516.71 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2342 | $63,309.46 MERCHANDISE INVENTORY |
| 06/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2343 | $855,131.42 MERCHANDISE INVENTORY |
| 12/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2343 | $839,974.10 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2343 | $69,950.87 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2343 | $79,775.50 MERCHANDISE INVENTORY |
| 09/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2344 | $620,604.24 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2344 | $52,709.41 MERCHANDISE INVENTORY |
| 01/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2344 | $719,574.45 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2344 | $61,215.54 MERCHANDISE INVENTORY |
| 10/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2347 | $750,273.61 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2347 | $46,567.43 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2347 | $754,035.91 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2347 | $57,081.34 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re:  WINN-DIXIE STORES, INC.**                      **Case No.:  05-11063 (RDD)**

---

**20.   INVENTORIES**

None      a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐            of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 08/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2348 | $713,330.92 MERCHANDISE INVENTORY |
| 12/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2348 | $748,799.57 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2348 | $81,264.25 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2348 | $82,739.06 MERCHANDISE INVENTORY |
| 05/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2349 | $794,567.34 MERCHANDISE INVENTORY |
| 11/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2349 | $786,090.44 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2349 | $80,422.53 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2349 | $94,031.34 MERCHANDISE INVENTORY |
| 11/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 235 | $923,698.68 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 235 | $61,758.05 MERCHANDISE INVENTORY |
| 02/08/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 235 | $971,368.03 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 235 | $67,224.07 MERCHANDISE INVENTORY |
| 11/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2354 | $764,787.81 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2354 | $73,741.42 MERCHANDISE INVENTORY |
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2354 | $737,786.95 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2354 | $73,208.95 MERCHANDISE INVENTORY |
| 04/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2355 | $572,967.45 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2355 | $612,928.53 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2355 | $52,529.56 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

### 20.  INVENTORIES

None  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2355 | $53,906.65 MERCHANDISE INVENTORY |
| 05/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2357 | $791,427.03 MERCHANDISE INVENTORY |
| 11/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2357 | $823,043.67 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2357 | $65,704.42 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2357 | $68,660.04 MERCHANDISE INVENTORY |
| 09/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2358 | $670,512.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2358 | $51,159.20 MERCHANDISE INVENTORY |
| 01/25/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2358 | $731,673.74 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2358 | $52,368.55 MERCHANDISE INVENTORY |
| 06/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 236 | $505,056.02 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 236 | $482,589.49 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 236 | $64,735.39 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 236 | $68,631.03 MERCHANDISE INVENTORY |
| 10/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2361 | $682,555.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2361 | $63,169.92 MERCHANDISE INVENTORY |
| 01/14/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2361 | $685,692.01 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2361 | $62,168.63 MERCHANDISE INVENTORY |
| 04/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2366 | $751,565.23 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2366 | $679,193.20 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                           **Case No.:  05-11063 (RDD)**

---

## 20.    INVENTORIES

**None**    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐              of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2366 | $54,082.00 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2366 | $61,306.38 MERCHANDISE INVENTORY |
| 04/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2367 | $831,910.74 MERCHANDISE INVENTORY |
| 10/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2367 | $776,986.27 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2367 | $47,721.03 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2367 | $52,176.00 MERCHANDISE INVENTORY |
| 07/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 237 | $524,156.23 MERCHANDISE INVENTORY |
| 09/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 237 | $527,870.12 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 237 | $63,922.81 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 237 | $63,390.39 MERCHANDISE INVENTORY |
| 05/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2375 | $710,828.57 MERCHANDISE INVENTORY |
| 11/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2375 | $704,143.29 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2375 | $51,965.88 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2375 | $57,842.42 MERCHANDISE INVENTORY |
| 06/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2379 | $661,925.25 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2379 | $39,729.72 MERCHANDISE INVENTORY |
| 01/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2379 | $626,188.88 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2379 | $40,798.58 MERCHANDISE INVENTORY |
| 10/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 238 | $640,825.43 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

## 20.    INVENTORIES

**None**    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐            of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 238 | $52,998.71 MERCHANDISE INVENTORY |
| 02/07/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 238 | $681,360.62 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 238 | $65,579.78 MERCHANDISE INVENTORY |
| 10/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2380 | $562,230.00 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2380 | $63,551.76 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2380 | $70,515.47 MERCHANDISE INVENTORY |
| 02/23/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2380 | $553,823.40 MERCHANDISE INVENTORY |
| 10/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2382 | $385,771.36 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2382 | $41,132.27 MERCHANDISE INVENTORY |
| 01/13/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2382 | $403,154.37 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2382 | $40,591.71 MERCHANDISE INVENTORY |
| 10/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2383 | $719,019.54 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2383 | $66,677.76 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2383 | $65,927.95 MERCHANDISE INVENTORY |
| 02/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2383 | $794,184.46 MERCHANDISE INVENTORY |
| 04/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2384 | $511,406.28 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2384 | $532,396.82 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2384 | $49,140.92 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2384 | $52,542.97 MERCHANDISE INVENTORY |

---

**In re:  WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None ☐   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 08/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2387 | $726,488.77 MERCHANDISE INVENTORY |
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2387 | $752,851.11 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2387 | $76,753.11 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2387 | $86,181.69 MERCHANDISE INVENTORY |
| 09/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2388 | $819,855.08 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2388 | $70,138.22 MERCHANDISE INVENTORY |
| 02/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2388 | $947,947.30 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2388 | $90,030.82 MERCHANDISE INVENTORY |
| 07/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 239 | $559,945.34 MERCHANDISE INVENTORY |
| 01/11/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 239 | $738,964.46 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 239 | $69,297.58 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 239 | $70,594.04 MERCHANDISE INVENTORY |
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2390 | $875,207.54 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2390 | $58,791.76 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2390 | $61,184.30 MERCHANDISE INVENTORY |
| 03/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2390 | $868,641.85 MERCHANDISE INVENTORY |
| 11/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2391 | $702,165.81 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2391 | $39,204.00 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2391 | $47,700.49 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                     Case No.:  05-11063 (RDD)

---

**20.   INVENTORIES**

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/23/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2391 | $684,602.58 MERCHANDISE INVENTORY |
| 10/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2392 | $807,561.66 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2392 | $63,475.75 MERCHANDISE INVENTORY |
| 02/08/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2392 | $938,246.30 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2392 | $71,384.71 MERCHANDISE INVENTORY |
| 08/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2393 | $768,350.46 MERCHANDISE INVENTORY |
| 12/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2393 | $808,255.51 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2393 | $54,460.39 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2393 | $58,560.28 MERCHANDISE INVENTORY |
| 07/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 240 | $771,488.54 MERCHANDISE INVENTORY |
| 10/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 240 | $917,847.25 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 240 | $69,613.70 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 240 | $98,832.03 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 242 | $874,285.83 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 242 | $101,439.35 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 242 | $930,944.00 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 242 | $89,917.58 MERCHANDISE INVENTORY |
| 06/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 243 | $786,134.37 MERCHANDISE INVENTORY |
| 10/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 243 | $789,595.78 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

## 20.    INVENTORIES

None     a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 243 | $87,049.20 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 243 | $72,646.54 MERCHANDISE INVENTORY |
| 11/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 244 | $859,799.22 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 244 | $67,715.34 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 244 | $64,098.67 MERCHANDISE INVENTORY |
| 02/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 244 | $823,558.46 MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 246 | $652,883.86 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 246 | $68,573.09 MERCHANDISE INVENTORY |
| 01/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 246 | $717,419.51 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 246 | $64,212.64 MERCHANDISE INVENTORY |
| 09/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 247 | $831,036.39 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 247 | $73,343.83 MERCHANDISE INVENTORY |
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 247 | $875,332.56 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 247 | $75,022.92 MERCHANDISE INVENTORY |
| 11/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 248 | $776,737.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 248 | $52,979.28 MERCHANDISE INVENTORY |
| 01/14/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 248 | $745,639.42 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 248 | $66,307.13 MERCHANDISE INVENTORY |
| 08/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 249 | $800,558.22 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None     a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 249 | $824,526.46 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 249 | $88,226.34 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 249 | $95,310.18 MERCHANDISE INVENTORY |
| 08/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 25 | $806,761.51 MERCHANDISE INVENTORY |
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 25 | $880,836.78 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 25 | $66,347.90 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 25 | $90,016.38 MERCHANDISE INVENTORY |
| 10/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 250 | $739,133.82 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 250 | $65,714.97 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 250 | $65,288.58 MERCHANDISE INVENTORY |
| 02/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 250 | $726,082.91 MERCHANDISE INVENTORY |
| 10/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 251 | $700,432.59 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 251 | $74,946.89 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 251 | $75,589.61 MERCHANDISE INVENTORY |
| 02/28/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 251 | $784,816.40 MERCHANDISE INVENTORY |
| 09/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 252 | $442,033.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 252 | $40,224.60 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 252 | $436,193.55 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 252 | $31,392.25 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

**None**  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 10/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 254 | $873,788.17 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 254 | $95,529.02 MERCHANDISE INVENTORY |
| 01/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 254 | $889,252.94 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 254 | $99,159.89 MERCHANDISE INVENTORY |
| 10/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 255 | $889,121.91 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 255 | $62,582.07 MERCHANDISE INVENTORY |
| 02/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 255 | $888,923.82 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 255 | $65,466.71 MERCHANDISE INVENTORY |
| 09/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 256 | $885,512.10 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 256 | $61,951.42 MERCHANDISE INVENTORY |
| 01/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 256 | $1,000,617.35 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 256 | $73,779.37 MERCHANDISE INVENTORY |
| 11/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 257 | $663,460.60 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 257 | $80,260.12 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 257 | $694,478.41 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 257 | $72,573.48 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 259 | $821,843.61 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 259 | $66,487.36 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 259 | $815,998.29 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

## 20.   INVENTORIES

None  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 259 | $83,523.10 MERCHANDISE INVENTORY |
| 04/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 260 | $814,150.33 MERCHANDISE INVENTORY |
| 10/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 260 | $841,475.16 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 260 | $52,852.77 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 260 | $60,143.32 MERCHANDISE INVENTORY |
| 07/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2601 | $932,832.52 MERCHANDISE INVENTORY |
| 12/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2601 | $869,389.68 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2601 | $78,300.18 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2601 | $74,535.35 MERCHANDISE INVENTORY |
| 04/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2602 | $796,247.58 MERCHANDISE INVENTORY |
| 10/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2602 | $734,874.04 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2602 | $70,416.40 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2602 | $74,702.33 MERCHANDISE INVENTORY |
| 10/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2603 | $744,341.72 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2603 | $73,814.32 MERCHANDISE INVENTORY |
| 01/13/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2603 | $778,538.77 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2603 | $70,354.72 MERCHANDISE INVENTORY |
| 09/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 262 | $628,457.88 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 262 | $74,215.39 MERCHANDISE INVENTORY |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

None     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐            of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 262 | $774,292.25 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 262 | $69,325.78 MERCHANDISE INVENTORY |
| 09/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 263 | $597,866.60 MERCHANDISE INVENTORY |
| 12/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 263 | $684,611.34 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 263 | $45,823.29 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 263 | $53,052.23 MERCHANDISE INVENTORY |
| 09/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 265 | $819,854.72 MERCHANDISE INVENTORY |
| 01/11/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 265 | $817,332.08 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 265 | $69,273.65 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 265 | $74,216.56 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2650 | $627,058.79 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2650 | $89,478.47 MERCHANDISE INVENTORY |
| 01/25/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2650 | $696,500.89 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2650 | $74,784.99 MERCHANDISE INVENTORY |
| 12/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2652 | $723,391.25 MERCHANDISE INVENTORY |
| 01/11/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2652 | $818,418.19 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2652 | $75,062.77 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2652 | $76,419.91 MERCHANDISE INVENTORY |
| 09/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2654 | $610,382.94 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

**None**  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2654 | $63,957.44 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2654 | $639,365.39 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2654 | $68,705.20 MERCHANDISE INVENTORY |
| 06/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2656 | $885,325.20 MERCHANDISE INVENTORY |
| 10/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2656 | $741,970.98 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2656 | $65,683.49 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2656 | $56,099.63 MERCHANDISE INVENTORY |
| 07/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2659 | $750,625.32 MERCHANDISE INVENTORY |
| 10/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2659 | $693,448.06 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2659 | $69,959.89 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2659 | $76,563.42 MERCHANDISE INVENTORY |
| 11/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2660 | $733,775.59 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2660 | $70,408.81 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2660 | $747,397.08 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2660 | $63,903.52 MERCHANDISE INVENTORY |
| 10/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2661 | $646,301.99 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2661 | $59,652.47 MERCHANDISE INVENTORY |
| 01/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2661 | $692,999.18 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2661 | $52,466.86 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                                        **Case No.:  05-11063 (RDD)**

---

## 20.    INVENTORIES

None        a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐             of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 10/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 2663 | $743,406.61 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2663 | $63,477.62 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 2663 | $67,952.00 MERCHANDISE INVENTORY |
| 07/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 267 | $492,587.18 MERCHANDISE INVENTORY |
| 11/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 267 | $600,943.25 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 267 | $58,459.31 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 267 | $53,888.74 MERCHANDISE INVENTORY |
| 06/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 268 | $499,321.89 MERCHANDISE INVENTORY |
| 10/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 268 | $484,455.84 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 268 | $41,158.62 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 268 | $44,468.94 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 270 | $507,221.88 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 270 | $68,823.07 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 270 | $67,925.82 MERCHANDISE INVENTORY |
| 02/09/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 270 | $585,753.80 MERCHANDISE INVENTORY |
| 08/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 271 | $545,619.65 MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 271 | $573,353.36 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 271 | $55,062.66 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 271 | $56,918.40 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 11/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 272 | $762,826.96 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 272 | $58,355.21 MERCHANDISE INVENTORY |
| 01/13/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 272 | $792,167.30 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 272 | $63,207.33 MERCHANDISE INVENTORY |
| 10/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 274 | $714,923.28 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 274 | $71,922.13 MERCHANDISE INVENTORY |
| 01/14/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 274 | $713,957.64 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 274 | $87,312.41 MERCHANDISE INVENTORY |
| 09/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 278 | $977,104.40 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 278 | $76,452.08 MERCHANDISE INVENTORY |
| 01/25/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 278 | $1,049,012.00 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 278 | $97,957.49 MERCHANDISE INVENTORY |
| 05/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 28 | $946,513.82 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 28 | $1,030,612.93 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 28 | $64,101.69 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 28 | $68,890.54 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 280 | $683,492.38 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 280 | $99,993.51 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 280 | $105,151.91 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                     **Case No.:  05-11063 (RDD)**

---

**20.    INVENTORIES**

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/22/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 280 | $806,524.76 MERCHANDISE INVENTORY |
| 06/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 281 | $681,880.66 MERCHANDISE INVENTORY |
| 10/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 281 | $708,499.67 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 281 | $73,648.29 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 281 | $89,234.32 MERCHANDISE INVENTORY |
| 11/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 283 | $1,009,057.30 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 283 | $88,226.13 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 283 | $102,562.59 MERCHANDISE INVENTORY |
| 02/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 283 | $1,031,298.95 MERCHANDISE INVENTORY |
| 07/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 285 | $638,390.08 MERCHANDISE INVENTORY |
| 10/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 285 | $563,360.55 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 285 | $76,569.51 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 285 | $76,487.50 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 286 | $603,175.41 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 286 | $82,063.43 MERCHANDISE INVENTORY |
| 01/26/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 286 | $827,764.85 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 286 | $78,322.73 MERCHANDISE INVENTORY |
| 11/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 287 | $866,157.79 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 287 | $110,322.17 MERCHANDISE INVENTORY |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                        **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking

☐    of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 287 | $847,993.34 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 287 | $104,514.12 MERCHANDISE INVENTORY |
| 11/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 288 | $783,332.15 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 288 | $53,594.50 MERCHANDISE INVENTORY |
| 01/13/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 288 | $835,223.68 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 288 | $54,956.02 MERCHANDISE INVENTORY |
| 10/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 290 | $536,803.41 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 290 | $85,939.29 MERCHANDISE INVENTORY |
| 02/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 290 | $575,799.16 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 290 | $74,528.32 MERCHANDISE INVENTORY |
| 10/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 291 | $646,460.66 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 291 | $61,512.74 MERCHANDISE INVENTORY |
| 02/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 291 | $676,835.14 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 291 | $64,832.87 MERCHANDISE INVENTORY |
| 07/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 292 | $733,602.11 MERCHANDISE INVENTORY |
| 10/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 292 | $801,541.71 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 292 | $70,116.83 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 292 | $57,843.27 MERCHANDISE INVENTORY |
| 09/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 295 | $619,252.22 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 295 | $77,585.27 MERCHANDISE INVENTORY |
| 01/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 295 | $613,312.01 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 295 | $60,189.52 MERCHANDISE INVENTORY |
| 09/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 296 | $651,909.65 MERCHANDISE INVENTORY |
| 01/06/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 296 | $658,602.06 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 296 | $35,884.35 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 296 | $36,402.22 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 297 | $513,926.33 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 297 | $63,969.44 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 297 | $551,432.70 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 297 | $75,374.43 MERCHANDISE INVENTORY |
| 07/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 299 | $765,563.59 MERCHANDISE INVENTORY |
| 10/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 299 | $755,676.12 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 299 | $64,316.68 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 299 | $72,910.54 MERCHANDISE INVENTORY |
| 08/31/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 3 | $809,789.44 MERCHANDISE INVENTORY |
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 3 | $777,934.84 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 3 | $72,476.41 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 3 | $76,477.92 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 10/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 30 | $837,178.82 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 30 | $75,668.62 MERCHANDISE INVENTORY |
| 01/14/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 30 | $842,276.32 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 30 | $85,443.66 MERCHANDISE INVENTORY |
| 06/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 301 | $775,973.53 MERCHANDISE INVENTORY |
| 10/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 301 | $692,813.60 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 301 | $85,634.52 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 301 | $81,657.48 MERCHANDISE INVENTORY |
| 11/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 302 | $757,003.94 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 302 | $52,445.14 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 302 | $739,978.26 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 302 | $46,669.64 MERCHANDISE INVENTORY |
| 11/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 304 | $862,574.74 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 304 | $79,434.02 MERCHANDISE INVENTORY |
| 02/08/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 304 | $786,509.38 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 304 | $88,182.66 MERCHANDISE INVENTORY |
| 10/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 305 | $837,959.49 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 305 | $62,521.67 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 305 | $71,775.86 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                                     **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None ☐   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 305 | $840,824.99 MERCHANDISE INVENTORY |
| 10/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 306 | $1,020,048.23 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 306 | $73,979.46 MERCHANDISE INVENTORY |
| 02/09/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 306 | $975,634.60 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 306 | $71,921.51 MERCHANDISE INVENTORY |
| 11/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 307 | $844,303.21 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 307 | $107,164.10 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 307 | $871,371.87 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 307 | $106,280.35 MERCHANDISE INVENTORY |
| 11/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 308 | $457,236.44 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 308 | $55,384.87 MERCHANDISE INVENTORY |
| 01/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 308 | $453,580.51 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 308 | $48,811.26 MERCHANDISE INVENTORY |
| 09/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 309 | $829,141.36 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 309 | $58,543.02 MERCHANDISE INVENTORY |
| 01/26/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 309 | $893,924.54 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 309 | $68,699.93 MERCHANDISE INVENTORY |
| 09/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 310 | $802,136.68 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 310 | $75,147.17 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                          Case No.:  05-11063 (RDD)

---

### 20.   INVENTORIES

**None**   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 310 | $82,928.74 MERCHANDISE INVENTORY |
| 02/23/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 310 | $903,576.04 MERCHANDISE INVENTORY |
| 09/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 311 | $792,361.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 311 | $76,675.14 MERCHANDISE INVENTORY |
| 01/26/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 311 | $867,491.57 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 311 | $78,502.06 MERCHANDISE INVENTORY |
| 07/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 317 | $1,147,055.08 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 317 | $1,231,963.60 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 317 | $94,388.22 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 317 | $98,313.11 MERCHANDISE INVENTORY |
| 09/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 318 | $589,430.16 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 318 | $110,026.07 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 318 | $109,489.83 MERCHANDISE INVENTORY |
| 02/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 318 | $701,484.38 MERCHANDISE INVENTORY |
| 11/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 319 | $741,572.21 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 319 | $68,948.23 MERCHANDISE INVENTORY |
| 01/27/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 319 | $774,564.53 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 319 | $80,739.19 MERCHANDISE INVENTORY |
| 08/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 32 | $701,964.30 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                              **Case No.:  05-11063 (RDD)**

---

**20.    INVENTORIES**

None     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 32 | $753,924.47 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 32 | $56,785.66 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 32 | $53,091.20 MERCHANDISE INVENTORY |
| 07/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 320 | $741,222.29 MERCHANDISE INVENTORY |
| 11/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 320 | $755,736.68 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 320 | $66,203.28 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 320 | $68,269.35 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 326 | $871,386.50 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 326 | $76,424.71 MERCHANDISE INVENTORY |
| 01/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 326 | $848,100.32 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 326 | $80,063.20 MERCHANDISE INVENTORY |
| 08/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 328 | $869,500.76 MERCHANDISE INVENTORY |
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 328 | $901,269.50 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 328 | $77,196.15 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 328 | $80,346.96 MERCHANDISE INVENTORY |
| 09/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 330 | $643,670.73 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 330 | $68,781.48 MERCHANDISE INVENTORY |
| 01/14/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 330 | $692,316.42 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 330 | $71,383.78 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                 **Case No.:  05-11063 (RDD)**

**20.    INVENTORIES**

None     a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 07/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 331 | $764,950.11 MERCHANDISE INVENTORY |
| 12/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 331 | $720,188.71 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 331 | $59,699.19 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 331 | $72,956.31 MERCHANDISE INVENTORY |
| 11/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 332 | $509,081.28 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 332 | $43,078.28 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 332 | $531,368.87 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 332 | $54,791.69 MERCHANDISE INVENTORY |
| 10/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 333 | $612,344.80 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 333 | $46,159.48 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 333 | $64,407.58 MERCHANDISE INVENTORY |
| 02/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 333 | $646,209.97 MERCHANDISE INVENTORY |
| 08/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 335 | $480,304.35 MERCHANDISE INVENTORY |
| 12/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 335 | $507,863.17 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 335 | $42,409.15 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 335 | $51,572.77 MERCHANDISE INVENTORY |
| 10/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 336 | $372,168.27 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 336 | $35,040.54 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 336 | $37,927.48 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

**20.    INVENTORIES**

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/10/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 336 | $326,380.22 MERCHANDISE INVENTORY |
| 11/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 337 | $652,648.02 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 337 | $55,721.64 MERCHANDISE INVENTORY |
| 02/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 337 | $660,186.38 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 337 | $58,080.55 MERCHANDISE INVENTORY |
| 09/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 338 | $633,696.68 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 338 | $72,725.85 MERCHANDISE INVENTORY |
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 338 | $650,726.63 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 338 | $45,441.23 MERCHANDISE INVENTORY |
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 339 | $538,198.07 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 339 | $39,860.97 MERCHANDISE INVENTORY |
| 01/27/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 339 | $549,478.12 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 339 | $45,881.30 MERCHANDISE INVENTORY |
| 08/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 343 | $685,850.96 MERCHANDISE INVENTORY |
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 343 | $729,295.96 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 343 | $62,642.60 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 343 | $52,044.31 MERCHANDISE INVENTORY |
| 10/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 345 | $702,060.30 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 345 | $52,978.82 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

**None**   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/14/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 345 | $645,700.48 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 345 | $52,076.94 MERCHANDISE INVENTORY |
| 11/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 348 | $657,831.27 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 348 | $47,592.70 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 348 | $49,538.57 MERCHANDISE INVENTORY |
| 02/09/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 348 | $562,830.18 MERCHANDISE INVENTORY |
| 04/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 352 | $667,447.05 MERCHANDISE INVENTORY |
| 11/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 352 | $719,588.27 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 352 | $63,467.49 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 352 | $73,121.46 MERCHANDISE INVENTORY |
| 12/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 353 | $662,617.51 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 353 | $77,062.52 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 353 | $78,746.99 MERCHANDISE INVENTORY |
| 02/22/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 353 | $647,983.39 MERCHANDISE INVENTORY |
| 06/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 354 | $619,322.43 MERCHANDISE INVENTORY |
| 10/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 354 | $674,834.98 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 354 | $60,506.21 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 354 | $65,724.05 MERCHANDISE INVENTORY |
| 09/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 355 | $592,338.67 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

None     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐            of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/10/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 355 | $627,926.49 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 355 | $53,018.02 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 355 | $47,467.94 MERCHANDISE INVENTORY |
| 09/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 356 | $611,232.41 MERCHANDISE INVENTORY |
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 356 | $624,426.41 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 356 | $45,914.27 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 356 | $45,298.45 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 357 | $667,229.65 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 357 | $63,053.46 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 357 | $709,479.27 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 357 | $68,568.89 MERCHANDISE INVENTORY |
| 04/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 358 | $723,368.75 MERCHANDISE INVENTORY |
| 11/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 358 | $851,774.52 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 358 | $90,344.45 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 358 | $95,471.95 MERCHANDISE INVENTORY |
| 11/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 359 | $585,109.54 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 359 | $70,510.35 MERCHANDISE INVENTORY |
| 01/13/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 359 | $563,484.73 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 359 | $80,174.75 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                           **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 10/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 360 | $525,839.92 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 360 | $43,438.49 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 360 | $38,993.91 MERCHANDISE INVENTORY |
| 02/23/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 360 | $524,011.79 MERCHANDISE INVENTORY |
| 11/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 361 | $790,788.89 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 361 | $82,732.92 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 361 | $73,197.05 MERCHANDISE INVENTORY |
| 02/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 361 | $752,831.81 MERCHANDISE INVENTORY |
| 11/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 364 | $739,508.76 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 364 | $90,689.87 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 364 | $99,713.62 MERCHANDISE INVENTORY |
| 02/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 364 | $733,433.92 MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 366 | $815,332.53 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 366 | $63,036.41 MERCHANDISE INVENTORY |
| 01/17/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 366 | $805,389.79 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 366 | $61,240.00 MERCHANDISE INVENTORY |
| 10/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 367 | $662,852.33 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 367 | $58,868.74 MERCHANDISE INVENTORY |
| 02/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 367 | $606,230.01 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                  **Case No.:  05-11063 (RDD)**

---

**20.    INVENTORIES**

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 367 | $59,066.26 MERCHANDISE INVENTORY |
| 06/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 368 | $658,851.71 MERCHANDISE INVENTORY |
| 10/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 368 | $636,528.64 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 368 | $36,498.78 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 368 | $35,480.67 MERCHANDISE INVENTORY |
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 37 | $752,950.04 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 37 | $40,621.16 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 37 | $49,902.11 MERCHANDISE INVENTORY |
| 02/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 37 | $693,668.04 MERCHANDISE INVENTORY |
| 06/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 370 | $574,548.02 MERCHANDISE INVENTORY |
| 11/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 370 | $581,213.43 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 370 | $66,107.29 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 370 | $69,407.75 MERCHANDISE INVENTORY |
| 09/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 371 | $646,532.82 MERCHANDISE INVENTORY |
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 371 | $783,271.54 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 371 | $69,054.04 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 371 | $71,164.94 MERCHANDISE INVENTORY |
| 04/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 372 | $571,531.42 MERCHANDISE INVENTORY |
| 11/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 372 | $529,909.15 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

## 20.    INVENTORIES

None   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 372 | $52,241.20 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 372 | $57,059.46 MERCHANDISE INVENTORY |
| 06/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 375 | $730,538.81 MERCHANDISE INVENTORY |
| 10/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 375 | $709,509.07 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 375 | $43,499.97 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 375 | $43,798.98 MERCHANDISE INVENTORY |
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 377 | $920,091.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 377 | $62,933.05 MERCHANDISE INVENTORY |
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 377 | $882,918.44 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 377 | $69,491.39 MERCHANDISE INVENTORY |
| 09/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 378 | $689,733.87 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 378 | $63,363.79 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 378 | $76,568.44 MERCHANDISE INVENTORY |
| 02/09/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 378 | $767,576.18 MERCHANDISE INVENTORY |
| 10/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 380 | $817,567.57 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 380 | $66,200.83 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 380 | $74,356.92 MERCHANDISE INVENTORY |
| 02/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 380 | $792,306.16 MERCHANDISE INVENTORY |
| 08/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 381 | $609,932.51 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                              **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

**None**   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking

☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 381 | $632,829.23 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 381 | $80,336.86 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 381 | $74,654.04 MERCHANDISE INVENTORY |
| 12/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 384 | $786,980.24 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 384 | $121,048.34 MERCHANDISE INVENTORY |
| 01/18/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 384 | $780,299.20 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 384 | $84,923.99 MERCHANDISE INVENTORY |
| 11/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 385 | $728,102.36 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 385 | $59,653.70 MERCHANDISE INVENTORY |
| 02/08/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 385 | $723,613.73 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 385 | $73,566.20 MERCHANDISE INVENTORY |
| 04/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 386 | $762,106.50 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 386 | $767,355.01 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 386 | $54,584.19 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 386 | $75,678.77 MERCHANDISE INVENTORY |
| 07/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 387 | $738,277.64 MERCHANDISE INVENTORY |
| 10/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 387 | $721,053.89 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 387 | $86,618.12 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 387 | $96,727.00 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re: WINN-DIXIE STORES, INC.**                          **Case No.: 05-11063 (RDD)**

---

**20.    INVENTORIES**

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 08/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 388 | $900,057.34 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 388 | $78,518.88 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 388 | $964,958.64 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 388 | $93,860.83 MERCHANDISE INVENTORY |
| 10/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 390 | $725,533.97 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 390 | $74,406.45 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 390 | $74,911.97 MERCHANDISE INVENTORY |
| 02/22/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 390 | $707,006.30 MERCHANDISE INVENTORY |
| 08/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 40 | $619,339.25 MERCHANDISE INVENTORY |
| 12/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 40 | $715,091.45 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 40 | $74,100.72 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 40 | $114,810.67 MERCHANDISE INVENTORY |
| 10/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 436 | $867,210.75 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 436 | $71,568.83 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 436 | $94,075.21 MERCHANDISE INVENTORY |
| 03/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 436 | $853,702.67 MERCHANDISE INVENTORY |
| 05/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 481 | $933,348.91 MERCHANDISE INVENTORY |
| 10/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 481 | $1,009,683.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 481 | $76,473.07 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 481 | $87,819.75 MERCHANDISE INVENTORY |
| 04/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 487 | $793,947.59 MERCHANDISE INVENTORY |
| 10/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 487 | $817,959.01 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 487 | $78,760.87 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 487 | $75,109.00 MERCHANDISE INVENTORY |
| 04/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 488 | $913,618.39 MERCHANDISE INVENTORY |
| 10/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 488 | $853,608.04 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 488 | $65,796.53 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 488 | $67,164.12 MERCHANDISE INVENTORY |
| 05/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 494 | $677,264.74 MERCHANDISE INVENTORY |
| 11/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 494 | $711,784.33 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 494 | $52,986.55 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 494 | $60,995.96 MERCHANDISE INVENTORY |
| 11/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 5 | $942,901.45 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 5 | $84,531.64 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 5 | $96,371.34 MERCHANDISE INVENTORY |
| 03/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 5 | $906,486.78 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 51 | $771,140.04 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 51 | $57,239.21 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

**None**    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 51 | $60,825.43 MERCHANDISE INVENTORY |
| 03/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 51 | $765,137.84 MERCHANDISE INVENTORY |
| 08/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 52 | $790,197.71 MERCHANDISE INVENTORY |
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 52 | $816,729.16 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 52 | $67,538.16 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 52 | $71,753.52 MERCHANDISE INVENTORY |
| 04/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 538 | $830,494.24 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 538 | $847,282.69 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 538 | $62,828.18 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 538 | $79,179.38 MERCHANDISE INVENTORY |
| 10/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 54 | $949,759.13 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 54 | $81,223.42 MERCHANDISE INVENTORY |
| 01/27/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 54 | $940,264.91 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 54 | $86,404.35 MERCHANDISE INVENTORY |
| 07/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 55 | $743,410.48 MERCHANDISE INVENTORY |
| 11/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 55 | $751,606.64 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 55 | $50,552.96 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 55 | $63,864.91 MERCHANDISE INVENTORY |
| 10/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 552 | $931,802.21 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

**20.    INVENTORIES**

**None**   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 552 | $72,345.61 MERCHANDISE INVENTORY |
| 02/07/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 552 | $982,323.40 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 552 | $86,957.01 MERCHANDISE INVENTORY |
| 09/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 555 | $827,232.21 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 555 | $77,040.10 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 555 | $893,498.95 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 555 | $77,810.96 MERCHANDISE INVENTORY |
| 09/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 57 | $799,269.01 MERCHANDISE INVENTORY |
| 12/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 57 | $793,881.55 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 57 | $59,386.74 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 57 | $67,174.32 MERCHANDISE INVENTORY |
| 10/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 577 | $783,159.34 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 577 | $54,549.23 MERCHANDISE INVENTORY |
| 01/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 577 | $778,074.18 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 577 | $53,626.86 MERCHANDISE INVENTORY |
| 08/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 6 | $806,198.50 MERCHANDISE INVENTORY |
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 6 | $890,731.03 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 6 | $83,988.30 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 6 | $104,973.62 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                    Case No.:  05-11063 (RDD)

---

## 20.   INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 11/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 60 | $612,903.35 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 60 | $63,080.52 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 60 | $63,222.39 MERCHANDISE INVENTORY |
| 02/10/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 60 | $627,237.34 MERCHANDISE INVENTORY |
| 07/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 602 | $699,172.85 MERCHANDISE INVENTORY |
| 11/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 602 | $740,163.68 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 602 | $42,949.26 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 602 | $43,418.96 MERCHANDISE INVENTORY |
| 04/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 603 | $682,520.83 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 603 | $677,225.42 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 603 | $59,402.11 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 603 | $58,987.49 MERCHANDISE INVENTORY |
| 09/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 604 | $668,856.81 MERCHANDISE INVENTORY |
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 604 | $661,962.92 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 604 | $65,007.17 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 604 | $72,159.80 MERCHANDISE INVENTORY |
| 07/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 605 | $867,201.08 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 605 | $933,689.61 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 605 | $70,026.83 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 605 | $74,461.67 MERCHANDISE INVENTORY |
| 04/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 606 | $778,288.34 MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 606 | $843,879.34 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 606 | $78,115.03 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 606 | $73,923.82 MERCHANDISE INVENTORY |
| 09/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 607 | $862,471.77 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 607 | $73,657.96 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 607 | $955,209.62 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 607 | $72,057.88 MERCHANDISE INVENTORY |
| 08/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 608 | $731,923.35 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 608 | $63,163.75 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 608 | $66,243.21 MERCHANDISE INVENTORY |
| 02/28/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 608 | $717,988.26 MERCHANDISE INVENTORY |
| 07/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 609 | $752,896.88 MERCHANDISE INVENTORY |
| 11/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 609 | $726,713.41 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 609 | $68,879.49 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 609 | $69,000.27 MERCHANDISE INVENTORY |
| 10/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 611 | $785,876.22 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 611 | $48,613.67 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

## 20.    INVENTORIES

None   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 611 | $54,436.20 MERCHANDISE INVENTORY |
| 02/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 611 | $759,275.14 MERCHANDISE INVENTORY |
| 05/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 612 | $810,483.90 MERCHANDISE INVENTORY |
| 10/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 612 | $832,959.32 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 612 | $45,619.52 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 612 | $56,399.44 MERCHANDISE INVENTORY |
| 09/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 613 | $738,103.04 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 613 | $67,691.17 MERCHANDISE INVENTORY |
| 01/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 613 | $754,538.22 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 613 | $81,545.12 MERCHANDISE INVENTORY |
| 07/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 615 | $564,360.51 MERCHANDISE INVENTORY |
| 11/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 615 | $558,022.40 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 615 | $52,365.06 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 615 | $50,498.56 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 618 | $907,049.01 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 618 | $70,666.53 MERCHANDISE INVENTORY |
| 01/28/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 618 | $940,470.82 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 618 | $70,096.42 MERCHANDISE INVENTORY |
| 08/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 619 | $722,243.29 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 619 | $805,522.56 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 619 | $73,051.45 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 619 | $72,279.25 MERCHANDISE INVENTORY |
| 07/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 620 | $646,773.36 MERCHANDISE INVENTORY |
| 12/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 620 | $652,768.54 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 620 | $44,112.54 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 620 | $47,436.23 MERCHANDISE INVENTORY |
| 10/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 622 | $597,526.15 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 622 | $67,912.10 MERCHANDISE INVENTORY |
| 02/08/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 622 | $596,894.87 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 622 | $67,579.05 MERCHANDISE INVENTORY |
| 08/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 624 | $621,226.49 MERCHANDISE INVENTORY |
| 12/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 624 | $664,901.47 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 624 | $61,686.25 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 624 | $64,693.22 MERCHANDISE INVENTORY |
| 08/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 627 | $788,731.31 MERCHANDISE INVENTORY |
| 12/16/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 627 | $838,939.65 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 627 | $58,466.24 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 627 | $61,286.69 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                   **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 08/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 629 | $742,162.30 MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 629 | $756,674.66 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 629 | $61,570.91 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 629 | $69,802.95 MERCHANDISE INVENTORY |
| 04/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 630 | $781,864.12 MERCHANDISE INVENTORY |
| 10/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 630 | $774,298.42 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 630 | $69,202.86 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 630 | $81,468.39 MERCHANDISE INVENTORY |
| 09/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 631 | $664,174.06 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 631 | $59,499.65 MERCHANDISE INVENTORY |
| 01/24/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 631 | $717,669.09 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 631 | $64,523.04 MERCHANDISE INVENTORY |
| 08/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 632 | $692,705.13 MERCHANDISE INVENTORY |
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 632 | $673,564.15 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 632 | $57,648.74 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 632 | $57,174.35 MERCHANDISE INVENTORY |
| 08/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 634 | $688,533.12 MERCHANDISE INVENTORY |
| 12/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 634 | $751,966.93 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 634 | $53,870.79 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

## 20.    INVENTORIES

| None | | |
|---|---|---|
| ☐ | a. | List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 634 | $51,265.73 MERCHANDISE INVENTORY |
| 08/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 636 | $688,678.42 MERCHANDISE INVENTORY |
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 636 | $717,049.74 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 636 | $52,347.36 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 636 | $47,161.99 MERCHANDISE INVENTORY |
| 10/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 637 | $645,604.16 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 637 | $54,118.97 MERCHANDISE INVENTORY |
| 02/04/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 637 | $658,370.57 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 637 | $60,636.90 MERCHANDISE INVENTORY |
| 07/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 639 | $840,975.48 MERCHANDISE INVENTORY |
| 11/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 639 | $882,935.76 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 639 | $59,471.06 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 639 | $71,369.14 MERCHANDISE INVENTORY |
| 10/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 640 | $559,434.02 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 640 | $58,210.37 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 640 | $60,717.49 MERCHANDISE INVENTORY |
| 02/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 640 | $562,679.92 MERCHANDISE INVENTORY |
| 05/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 642 | $422,117.80 MERCHANDISE INVENTORY |
| 10/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 642 | $414,758.76 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

## 20.  INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 642 | $50,972.97<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 642 | $49,357.04<br>MERCHANDISE INVENTORY |
| 08/10/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 643 | $871,299.64<br>MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 643 | $929,918.65<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 643 | $53,984.87<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 643 | $53,796.68<br>MERCHANDISE INVENTORY |
| 08/09/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 644 | $763,183.55<br>MERCHANDISE INVENTORY |
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 644 | $806,734.45<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 644 | $75,954.76<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 644 | $83,201.69<br>MERCHANDISE INVENTORY |
| 10/26/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 647 | $515,149.05<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 647 | $50,550.74<br>MERCHANDISE INVENTORY |
| 02/01/2005 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 647 | $541,004.28<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 647 | $58,526.54<br>MERCHANDISE INVENTORY |
| 05/13/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 649 | $715,848.22<br>MERCHANDISE INVENTORY |
| 11/04/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 649 | $759,599.14<br>MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 649 | $56,051.37<br>MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES<br>STORE NO.: 649 | $62,526.30<br>MERCHANDISE INVENTORY |
| 06/21/2004 | STORE MANAGER -- NON-PERISHABLE<br>STORE NO.: 651 | $696,746.28<br>MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                         **Case No.:  05-11063 (RDD)**

---

## 20.    INVENTORIES

None     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 651 | $706,024.70 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 651 | $61,977.28 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 651 | $74,481.50 MERCHANDISE INVENTORY |
| 04/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 652 | $756,289.70 MERCHANDISE INVENTORY |
| 10/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 652 | $812,103.95 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 652 | $54,807.55 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 652 | $68,562.04 MERCHANDISE INVENTORY |
| 10/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 654 | $578,971.04 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 654 | $49,476.32 MERCHANDISE INVENTORY |
| 02/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 654 | $585,185.88 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 654 | $48,975.31 MERCHANDISE INVENTORY |
| 05/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 655 | $523,377.36 MERCHANDISE INVENTORY |
| 11/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 655 | $608,169.56 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 655 | $39,081.54 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 655 | $42,631.70 MERCHANDISE INVENTORY |
| 04/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 656 | $670,116.54 MERCHANDISE INVENTORY |
| 12/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 656 | $712,525.81 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 656 | $48,024.75 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 656 | $56,675.41 MERCHANDISE INVENTORY |

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

## 20.  INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 08/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 657 | $734,297.58 MERCHANDISE INVENTORY |
| 12/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 657 | $772,605.29 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 657 | $63,550.55 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 657 | $83,244.62 MERCHANDISE INVENTORY |
| 10/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 658 | $724,752.50 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 658 | $78,556.04 MERCHANDISE INVENTORY |
| 02/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 658 | $797,898.52 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 658 | $79,797.35 MERCHANDISE INVENTORY |
| 06/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 659 | $774,330.90 MERCHANDISE INVENTORY |
| 12/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 659 | $833,495.23 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 659 | $64,637.35 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 659 | $66,469.45 MERCHANDISE INVENTORY |
| 08/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 660 | $652,952.39 MERCHANDISE INVENTORY |
| 12/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 660 | $660,827.08 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 660 | $62,553.48 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 660 | $63,925.96 MERCHANDISE INVENTORY |
| 04/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 662 | $564,879.92 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 662 | $589,759.68 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 662 | $65,260.04 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 662 | $91,281.92 MERCHANDISE INVENTORY |
| 11/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 663 | $694,573.33 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 663 | $54,497.18 MERCHANDISE INVENTORY |
| 01/27/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 663 | $728,692.10 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 663 | $50,655.36 MERCHANDISE INVENTORY |
| 05/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 664 | $700,402.55 MERCHANDISE INVENTORY |
| 08/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 664 | $709,619.44 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 664 | $63,199.03 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 664 | $63,329.66 MERCHANDISE INVENTORY |
| 05/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 667 | $803,442.20 MERCHANDISE INVENTORY |
| 08/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 667 | $330,758.65 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 667 | $41,822.03 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 667 | $70,472.67 MERCHANDISE INVENTORY |
| 10/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 668 | $621,029.63 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 668 | $45,059.68 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 668 | $629,369.39 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 668 | $48,893.36 MERCHANDISE INVENTORY |
| 09/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 671 | $652,156.42 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 671 | $62,766.45 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                                           **Case No.:  05-11063 (RDD)**

---

## 20.  INVENTORIES

**None**  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐      of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/26/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 671 | $679,864.27 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 671 | $69,798.55 MERCHANDISE INVENTORY |
| 10/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 672 | $753,940.08 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 672 | $51,733.67 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 672 | $59,966.41 MERCHANDISE INVENTORY |
| 02/23/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 672 | $739,266.73 MERCHANDISE INVENTORY |
| 04/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 673 | $844,594.90 MERCHANDISE INVENTORY |
| 12/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 673 | $852,341.71 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 673 | $74,417.63 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 673 | $84,006.89 MERCHANDISE INVENTORY |
| 10/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 676 | $733,395.59 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 676 | $41,303.31 MERCHANDISE INVENTORY |
| 02/03/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 676 | $729,944.36 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 676 | $46,342.23 MERCHANDISE INVENTORY |
| 05/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 678 | $731,659.09 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 678 | $772,976.84 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 678 | $59,108.18 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 678 | $64,248.51 MERCHANDISE INVENTORY |
| 06/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 681 | $558,569.36 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 681 | $572,998.35 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 681 | $53,788.52 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 681 | $58,946.21 MERCHANDISE INVENTORY |
| 04/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 683 | $725,959.47 MERCHANDISE INVENTORY |
| 10/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 683 | $738,470.25 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 683 | $67,885.26 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 683 | $67,358.04 MERCHANDISE INVENTORY |
| 06/23/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 684 | $504,774.78 MERCHANDISE INVENTORY |
| 10/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 684 | $567,582.01 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 684 | $41,407.32 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 684 | $43,096.18 MERCHANDISE INVENTORY |
| 04/26/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 687 | $588,765.28 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 687 | $615,415.94 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 687 | $48,303.29 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 687 | $49,966.75 MERCHANDISE INVENTORY |
| 06/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 695 | $864,925.50 MERCHANDISE INVENTORY |
| 12/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 695 | $917,024.49 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 695 | $79,976.62 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 695 | $81,768.97 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                           **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 09/30/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 697 | $735,678.89 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 697 | $67,528.84 MERCHANDISE INVENTORY |
| 02/02/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 697 | $796,713.17 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 697 | $69,340.75 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 698 | $968,464.51 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 698 | $82,687.06 MERCHANDISE INVENTORY |
| 01/13/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 698 | $993,363.96 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 698 | $88,476.40 MERCHANDISE INVENTORY |
| 05/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 699 | $461,354.99 MERCHANDISE INVENTORY |
| 10/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 699 | $488,001.88 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 699 | $48,293.98 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 699 | $53,873.28 MERCHANDISE INVENTORY |
| 08/12/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 700 | $567,743.41 MERCHANDISE INVENTORY |
| 12/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 700 | $607,782.24 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 700 | $54,274.26 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 700 | $59,468.42 MERCHANDISE INVENTORY |
| 12/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 701 | $857,021.20 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 701 | $53,562.54 MERCHANDISE INVENTORY |
| 01/26/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 701 | $786,231.08 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 701 | $66,309.17 MERCHANDISE INVENTORY |
| 11/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 702 | $826,258.16 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 702 | $59,351.12 MERCHANDISE INVENTORY |
| 01/14/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 702 | $827,349.48 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 702 | $52,246.36 MERCHANDISE INVENTORY |
| 10/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 703 | $644,700.33 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 703 | $47,004.57 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 703 | $627,983.26 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 703 | $54,877.40 MERCHANDISE INVENTORY |
| 08/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 705 | $748,249.24 MERCHANDISE INVENTORY |
| 12/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 705 | $737,748.12 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 705 | $51,010.71 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 705 | $56,486.66 MERCHANDISE INVENTORY |
| 08/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 706 | $776,918.47 MERCHANDISE INVENTORY |
| 12/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 706 | $789,835.52 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 706 | $64,924.90 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 706 | $64,809.51 MERCHANDISE INVENTORY |
| 05/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 708 | $612,949.67 MERCHANDISE INVENTORY |
| 10/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 708 | $672,886.61 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**         **Case No.:  05-11063 (RDD)**

---

**20.  INVENTORIES**

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐      of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 708 | $63,801.50 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 708 | $64,606.23 MERCHANDISE INVENTORY |
| 11/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 71 | $893,663.86 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 71 | $66,401.91 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 71 | $77,028.47 MERCHANDISE INVENTORY |
| 03/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 71 | $870,137.66 MERCHANDISE INVENTORY |
| 10/04/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 710 | $820,746.27 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 710 | $71,168.07 MERCHANDISE INVENTORY |
| 02/03/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 710 | $830,398.94 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 710 | $77,402.28 MERCHANDISE INVENTORY |
| 10/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 711 | $885,985.66 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 711 | $49,374.46 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 711 | $56,251.94 MERCHANDISE INVENTORY |
| 02/09/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 711 | $925,605.10 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 713 | $812,251.88 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 713 | $49,126.81 MERCHANDISE INVENTORY |
| 02/08/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 713 | $715,384.90 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 713 | $58,551.89 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 716 | $638,153.34 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  05-11063 (RDD)

---

## 20.    INVENTORIES

**None**    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 716 | $55,196.48 MERCHANDISE INVENTORY |
| 01/28/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 716 | $673,913.71 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 716 | $52,582.97 MERCHANDISE INVENTORY |
| 04/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 717 | $677,124.88 MERCHANDISE INVENTORY |
| 10/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 717 | $682,338.26 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 717 | $56,134.30 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 717 | $42,163.07 MERCHANDISE INVENTORY |
| 06/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 719 | $709,970.08 MERCHANDISE INVENTORY |
| 11/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 719 | $714,199.33 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 719 | $78,883.54 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 719 | $75,225.10 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 72 | $811,947.08 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 72 | $54,606.55 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 72 | $60,682.48 MERCHANDISE INVENTORY |
| 02/09/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 72 | $810,428.81 MERCHANDISE INVENTORY |
| 07/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 720 | $806,255.39 MERCHANDISE INVENTORY |
| 11/17/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 720 | $857,212.89 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 720 | $80,940.36 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 720 | $88,915.46 MERCHANDISE INVENTORY |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

## 20.   INVENTORIES

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 04/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 721 | $1,052,845.52 MERCHANDISE INVENTORY |
| 10/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 721 | $1,008,592.10 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 721 | $68,996.60 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 721 | $79,426.18 MERCHANDISE INVENTORY |
| 10/28/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 723 | $593,171.95 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 723 | $67,561.64 MERCHANDISE INVENTORY |
| 01/28/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 723 | $611,631.54 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 723 | $65,255.16 MERCHANDISE INVENTORY |
| 06/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 725 | $806,418.20 MERCHANDISE INVENTORY |
| 12/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 725 | $835,512.83 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 725 | $67,961.36 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 725 | $68,601.04 MERCHANDISE INVENTORY |
| 05/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 726 | $640,709.39 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 726 | $640,103.27 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 726 | $55,732.35 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 726 | $63,110.70 MERCHANDISE INVENTORY |
| 05/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 728 | $825,091.95 MERCHANDISE INVENTORY |
| 11/03/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 728 | $823,897.37 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 728 | $65,945.93 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**　　　　　　　　　　　　　　**Case No.:  05-11063 (RDD)**

---

**20.　INVENTORIES**

None　　a.　List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐　　　of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 728 | $80,721.57 MERCHANDISE INVENTORY |
| 09/29/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 729 | $736,034.35 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 729 | $88,377.50 MERCHANDISE INVENTORY |
| 02/01/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 729 | $793,156.34 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 729 | $92,255.22 MERCHANDISE INVENTORY |
| 06/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 73 | $682,890.27 MERCHANDISE INVENTORY |
| 09/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 73 | $687,311.21 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 73 | $72,635.99 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 73 | $94,802.30 MERCHANDISE INVENTORY |
| 05/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 731 | $593,748.26 MERCHANDISE INVENTORY |
| 11/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 731 | $629,458.54 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 731 | $55,429.80 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 731 | $63,653.89 MERCHANDISE INVENTORY |
| 10/25/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 734 | $567,060.79 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 734 | $49,406.82 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 734 | $589,692.30 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 734 | $47,014.33 MERCHANDISE INVENTORY |
| 04/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 735 | $703,463.85 MERCHANDISE INVENTORY |
| 12/13/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 735 | $752,492.14 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 735 | $72,002.50 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 735 | $83,405.74 MERCHANDISE INVENTORY |
| 04/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 736 | $824,600.32 MERCHANDISE INVENTORY |
| 10/11/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 736 | $810,475.76 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 736 | $80,645.20 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 736 | $81,842.56 MERCHANDISE INVENTORY |
| 09/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 737 | $689,491.05 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 737 | $73,661.44 MERCHANDISE INVENTORY |
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 737 | $728,535.84 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 737 | $88,033.24 MERCHANDISE INVENTORY |
| 05/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 738 | $760,204.31 MERCHANDISE INVENTORY |
| 11/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 738 | $767,436.59 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 738 | $57,110.29 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 738 | $61,389.30 MERCHANDISE INVENTORY |
| 10/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 739 | $655,031.09 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 739 | $50,659.54 MERCHANDISE INVENTORY |
| 02/08/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 739 | $696,752.12 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 739 | $52,834.06 MERCHANDISE INVENTORY |
| 05/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 740 | $709,847.91 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                              **Case No.:  05-11063 (RDD)**

---

## 20.   INVENTORIES

None  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 11/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 740 | $676,577.78 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 740 | $85,897.56 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 740 | $89,379.68 MERCHANDISE INVENTORY |
| 05/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 741 | $719,387.46 MERCHANDISE INVENTORY |
| 10/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 741 | $648,432.43 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 741 | $83,240.04 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 741 | $82,185.92 MERCHANDISE INVENTORY |
| 04/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 743 | $664,021.34 MERCHANDISE INVENTORY |
| 10/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 743 | $652,604.93 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 743 | $65,324.20 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 743 | $76,948.53 MERCHANDISE INVENTORY |
| 04/14/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 745 | $759,355.45 MERCHANDISE INVENTORY |
| 11/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 745 | $753,732.02 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 745 | $56,973.82 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 745 | $67,484.80 MERCHANDISE INVENTORY |
| 06/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 746 | $575,460.68 MERCHANDISE INVENTORY |
| 12/01/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 746 | $557,299.83 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 746 | $55,129.74 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 746 | $56,189.30 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**In re:  WINN-DIXIE STORES, INC.**                    **Case No.:  05-11063 (RDD)**

---

### 20.    INVENTORIES

**None**    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking

☐           of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 05/06/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 748 | $591,777.72 MERCHANDISE INVENTORY |
| 08/31/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 748 | $576,960.17 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 748 | $40,576.56 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 748 | $38,212.87 MERCHANDISE INVENTORY |
| 09/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 750 | $501,450.89 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 750 | $43,221.29 MERCHANDISE INVENTORY |
| 01/20/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 750 | $510,505.28 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 750 | $52,325.58 MERCHANDISE INVENTORY |
| 10/27/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 751 | $588,988.78 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 751 | $76,564.81 MERCHANDISE INVENTORY |
| 01/19/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 751 | $573,886.67 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 751 | $77,355.88 MERCHANDISE INVENTORY |
| 11/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 752 | $742,844.93 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 752 | $57,913.94 MERCHANDISE INVENTORY |
| 01/21/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 752 | $764,510.80 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 752 | $55,191.36 MERCHANDISE INVENTORY |
| 10/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 77 | $720,596.71 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 77 | $64,333.48 MERCHANDISE INVENTORY |
| 01/25/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 77 | $744,307.02 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  05-11063 (RDD)

---

### 20.   INVENTORIES

None  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 77 | $61,197.48 MERCHANDISE INVENTORY |
| 09/22/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 777 | $732,712.01 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 777 | $44,035.64 MERCHANDISE INVENTORY |
| 01/25/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 777 | $770,387.71 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 777 | $55,141.47 MERCHANDISE INVENTORY |
| 05/24/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 8 | $837,805.14 MERCHANDISE INVENTORY |
| 11/15/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 8 | $904,287.58 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 8 | $65,328.79 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 8 | $80,381.16 MERCHANDISE INVENTORY |
| 11/08/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 80 | $1,014,044.90 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 80 | $75,624.44 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 80 | $79,979.80 MERCHANDISE INVENTORY |
| 02/15/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 80 | $1,057,886.42 MERCHANDISE INVENTORY |
| 11/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 81 | $914,087.67 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 81 | $75,472.57 MERCHANDISE INVENTORY |
| 01/31/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 81 | $962,201.62 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 81 | $83,982.31 MERCHANDISE INVENTORY |
| 10/20/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 84 | $852,469.21 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 84 | $82,665.85 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  **WINN-DIXIE STORES, INC.**                                        **Case No.:  05-11063 (RDD)**

---

### 20.   INVENTORIES

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐          of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/27/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 84 | $851,400.84 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 84 | $89,741.24 MERCHANDISE INVENTORY |
| 06/02/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 85 | $885,510.42 MERCHANDISE INVENTORY |
| 12/07/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 85 | $886,774.28 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 85 | $69,813.57 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 85 | $75,945.49 MERCHANDISE INVENTORY |
| 10/19/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 86 | $929,836.52 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 86 | $80,080.28 MERCHANDISE INVENTORY |
| 01/14/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 86 | $943,506.65 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 86 | $86,183.39 MERCHANDISE INVENTORY |
| 09/21/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 89 | $845,518.32 MERCHANDISE INVENTORY |
| 12/09/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 89 | $892,635.04 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 89 | $50,543.72 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 89 | $50,554.78 MERCHANDISE INVENTORY |
| 04/05/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 93 | $930,253.84 MERCHANDISE INVENTORY |
| 11/10/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 93 | $893,962.85 MERCHANDISE INVENTORY |
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 93 | $98,213.36 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 93 | $87,939.39 MERCHANDISE INVENTORY |
| 10/18/2004 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 97 | $985,916.99 MERCHANDISE INVENTORY |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                     Case No.:  **05-11063 (RDD)**

## 20.   INVENTORIES

**None**   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐         of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 01/12/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 97 | $57,247.94 MERCHANDISE INVENTORY |
| 02/07/2005 | STORE MANAGER -- NON-PERISHABLE STORE NO.: 97 | $1,057,717.86 MERCHANDISE INVENTORY |
| 02/09/2005 | DEPARTMENT MANAGER -- PERISHABLES STORE NO.: 97 | $57,202.49 MERCHANDISE INVENTORY |
| 01/12/2005 | PLANT MANAGER SUPERBRAND DAIRY - PLANT CITY | $787,370.49 MANUFACTURING INVENTORY |
| 02/09/2005 | PLANT MANAGER SUPERBRAND DAIRY - PLANT CITY | $688,999.37 MANUFACTURING INVENTORY |
| 01/12/2005 | PLANT MANAGER SUPERBRAND DAIRY - PLANT CITY - ICE CREAM | $2,973,806.54 MANUFACTURING INVENTORY |
| 02/09/2005 | PLANT MANAGER SUPERBRAND DAIRY - PLANT CITY - ICE CREAM | $3,149,842.58 MANUFACTURING INVENTORY |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Page 1 of 1

In re:  **WINN-DIXIE STORES, INC.**                              Case No.:  **05-11063 (RDD)**

---

**20.    INVENTORIES**

None    b.   List the name and address of the person having possession of the records of each of the two inventories reported
☐           in a., above.

---

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

The records of each of the inventories reported in Item 20a are maintained at Winn-Dixie Stores, Inc., c/o D. Michael Byrum, 5050 Edgewood Court, Jacksonville, FL 32254.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:   **WINN-DIXIE STORES, INC.**                                    **Case No.:  05-11063 (RDD)**

---

**21.   CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

**None**      a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

[X]

---

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

UNITED STATES BANKRUPTCY COURT

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                          Case No.:  **05-11063 (RDD)**

---

**21.    CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None    b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐          or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| ANDERSON, JOHN E.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | DIRECTOR | < 5% |
| APPEL, LAURENCE B.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | SENIOR VICE PRESIDENT, GENERAL COUNSEL & SECRETARY | < 5% |
| BRANDES INVESTMENT PARTNERS, LP<br>11988 EL CAMINO REAL, SUITE 500<br>SAN DIEGO  CA  92130 | SHAREHOLDER | > 5% |
| BROGAN, J. R.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | ASSISTANT SECRETARY | < 5% |
| BYRUM, D. MICHAEL<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | VICE PRESIDENT & CHIEF ACCOUNTING OFFICER | < 5% |
| CHERRY, KEITH B.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| DASBURG, JOHN H.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | DIRECTOR | < 5% |
| DAVIS, T. WAYNE<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | DIRECTOR | < 5% |
| DDI, INC.<br>PO BOX 19366<br>JACKSONVILLE, FL 32245 | SHAREHOLDER | > 5% |
| DOGAN, DEDRA N.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| DOOLITTLE, JR., C. W.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| ESTILL, GARI L.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| FISHER, W.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| FOREHAND, C. A.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

---

**21.     CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None      b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐              or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| FOWLER, TILLIE K. (DECEASED 3/05) 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | DIRECTOR | < 5% |
| GADDY, NANCY H. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| GAGE, J. R. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| HARDEE, KELLIE D. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | VICE PRESIDENT & TREASURER | < 5% |
| HENRY, DAVID F. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | SENIOR VICE PRESIDENT | < 5% |
| HUTTON, RANDALL L. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| ISTRE, MICHAEL J. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| JAMES, JOHN J. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | ASSISTANT SECRETARY | < 5% |
| JONES, G. B. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| JUDD, RICHARD C. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | SENIOR VICE PRESIDENT | < 5% |
| KENNEDY, P. J. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| LAFEVER, D. G. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | REGIONAL VICE PRESIDENT, NORTH | < 5% |
| LYNCH, PETER L. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | DIRECTOR, CEO & CHAIRMAN OF THE EXECUTIVE COMMITTEE | < 5% |
| MARONEY, D. J. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:  **WINN-DIXIE STORES, INC.**                        Case No.:  **05-11063 (RDD)**

## 21.   CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

None   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐        or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| MARTIN, D. K.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | VICE PRESIDENT | < 5% |
| MEDINA, JOSEPH P.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | REGIONAL VICE PRESIDENT, WEST | < 5% |
| MEHRER, JR., EDWARD W.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | DIRECTOR | < 5% |
| NEWSOM, CHARLES R.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | REGIONAL VICE PRESIDENT, CENTRAL | < 5% |
| NORTH, JULIA B.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | DIRECTOR | < 5% |
| NUSSBAUM, BENNETT L.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | SENIOR VICE PRESIDENT & CFO | < 5% |
| RAINWATER, EVAN L.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | VICE PRESIDENT | < 5% |
| RAMBO, RANDALL L.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | REGIONAL VICE PRESIDENT, SOUTH | < 5% |
| RIDER, CARLETON T.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | DIRECTOR | < 5% |
| ROY, JAYSON J.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | ASSISTANT SECRETARY | < 5% |
| SCOTT, C. L.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | VICE PRESIDENT | < 5% |
| SELLERS, MARK A.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | GROUP VICE PRESIDENT, OPERATIONS | < 5% |
| SKELTON, H. JAY<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | CHAIRMAN | < 5% |
| SPOONER, BLAKE S.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | VICE PRESIDENT | < 5% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                     Case No.:  **05-11063 (RDD)**

---

**21.   CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐        or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| STEPHENS, CHARLES P.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | DIRECTOR | < 5% |
| TIBERIO, PAUL L.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| TOWNSEND, RONALD<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | DIRECTOR | < 5% |
| WADFORD, H. STANLEY<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | ASSISTANT SECRETARY | < 5% |
| WESTON, CHARLES M.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | VICE PRESIDENT | < 5% |
| YOUNG, DAVID M.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | ASSISTANT SECRETARY | < 5% |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:  05-11063 (RDD)**

---

**22.    FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

None      a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately

[X]            preceding the commencement of this case.

---

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Page 1 of 2

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-11063 (RDD)**

## 22.   FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

None    b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within
☐          **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| ANTONIA, DEAN DELL<br>1 OAKWOOD DRIVE<br>WAYNE, NY 07470 | VICE PRESIDENT | 09/03/2004 |
| BARTON, JOEL B.<br>12620-3 BEACH BOULEVARD<br>JACKSONVILLE, FL 32246 | VICE PRESIDENT | 02/18/2005 |
| DAVIS, A. DANO<br>PO BOX 19366<br>JACKSONVILLE, FL 32245 | CHAIRMAN OF BOARD | 10/20/2004 |
| DERIESTHAL, STEPHEN T.<br>1705 WATERFORD LANDING DRIVE<br>ORANGE PARK, FL 32003-7245 | VICE PRESIDENT | 07/09/2004 |
| GUE, JR., GEORGE T.<br>593 LAKE POINTE DRIVE<br>YANCEYVILLE, NC 27379 | VICE PRESIDENT | 10/08/2004 |
| LAZARAN, FRANK<br>409 ROYAL TERN ROAD SOUTH<br>PONTE VEDRA BEACH, FL 32082 | DIRECTOR, PRESIDENT & CHAIRMAN OF THE EXECUTIVE COMMITTEE | 12/10/2004 |
| MATTA, MARK W.<br>13827 TORTUGA POINT<br>JACKSONVILLE, FL 32225 | SENIOR VICE PRESIDENT | 02/18/2005 |
| MCCOOK, RICHARD P.<br>13815 DEER CHASE PLACE<br>JACKSONVILLE, FL 32224 | SENIOR VICE PRESIDENT & CHIEF FINANCIAL OFFICER | 03/08/2004 |
| NOVAK, PAUL<br>791 CRANDON BOULEVARD, APT 1201<br>KEY BISCAYNE, FL 33149 | SENIOR VICE PRESIDENT | 12/02/2004 |
| OTTOLINO, FRED<br>1531 HARRINGTON PARK DRIVE<br>JACKSONVILLE, FL 32225 | VICE PRESIDENT | 02/28/2004 |
| RUBIO, CYNTHIA S.<br>281 OLE ROAD<br>ST AUGUSTINE, FL 32080 | ASSISTANT SECRETARY/ASSISTANT TREASURER | 02/11/2004 |
| SALEM, KAREN E.<br>850 SHIPWATCH DRIVE<br>JACKSONVILLE, FL 32225 | SENIOR VICE PRESIDENT & CHIEF INFORMATION OFFICER | 02/12/2004 |
| SHEEHAN, DENNIS<br>216 DRIFTWOOD LANE<br>LARGO, FL 33770 | SENIOR VICE PRESIDENT | 02/26/2004 |
| SHEEHAN, JOHN R.<br>50 SE 12TH STREET, APT 158<br>BOCA RATON, FL 33432 | SENIOR VICE PRESIDENT | 02/18/2005 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:   **WINN-DIXIE STORES, INC.**                                         **Case No.:  05-11063 (RDD)**

---

## 22.   FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

**None**    b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within

☐           **one year** immediately preceding the commencement of this case.

---

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| THATCHER, JAMES H.<br>364 NORTH SEALAKE LANE<br>PONTE VEDRA BEACH, FL 32082 | VICE PRESIDENT | 10/22/2004 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **WINN-DIXIE STORES, INC.**                                      Case No.:  **05-11063 (RDD)**

---

23.    **WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION**

None     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☐     including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
       perquisite during **one year** immediately preceding the commencement of this case.

---

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

See response to Item 3b of Winn-Dixie Stores, Inc.'s Statement of Financial Affairs.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:  WINN-DIXIE STORES, INC.**                                   **Case No.:  05-11063 (RDD)**

---

**24.      TAX CONSOLIDATION GROUP**

**None**   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☐        any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period**
          immediately preceding the commencement of the case.

---

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| WINN-DIXIE STORES, INC. | 59-0514290 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**In re:  WINN-DIXIE STORES, INC.**                          **Case No.:  05-11063 (RDD)**

---

### 25.    PENSION FUNDS

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to

☐  which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period**
immediately preceding the commencement of the case.

---

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| THE WINN-DIXIE STORES, INC. PROFIT SHARING/401(K) PLAN | 59-0514290 |