Dennis F. Dunne (DD 7543)
Matthew S. Barr (MB 9170)
Michael E. Comerford (MC 7049)
**MILBANK, TWEED, HADLEY & M$^C$CLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

Counsel for Official Committee
of Unsecured Creditors of
Winn-Dixie Stores, Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
In re:                              : Chapter 11
                                    :
WINN-DIXIE STORES, INC., et al.,    : Case No. 05-11063 (RDD)
                                    :
                          Debtors.  : (Jointly Administered)
-----------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NEW YORK  )

RENA K. CERON, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^C$Cloy LLP, counsel for the official committee of unsecured creditors of Winn-Dixie Stores, Inc., et al. in the above-captioned cases.

On the 5th of April, 2005, I caused a copy of the following document (the "Document"):

> OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WINN-DIXIE STORES, INC., et al., TO MOTION OF BUFFALO ROCK COMPANY SEEKING ENTRY OF AN ORDER, UNDER 28 U.S.C. SECTION 1412, TRANSFERRING VENUE OF DEBTORS' CASES,

to be served upon the parties identified on Exhibit A attached hereto by securely enclosing a true copy of the Document in a properly addressed wrapper and causing the same to be delivered by the United States Postal Service for delivery by first class mail, to be served upon the parties identified on Exhibit B attached hereto by electronic mail, and to be served upon the parties identified on Exhibit C attached hereto by Federal Express for next business day delivery.

                          /s/ Rena K. Ceron
                          RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 7th day of April, 2005.

  /s/ Denise M. Gargano
Notary Public, State of New York
No.01GA4502475
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Jan. 31, 2006

**Exhibit A**

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Office of New York State Attorney General
Eliot Spitzer
120 Broadway
New York City, NY 10271

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
301 Commerce Street, Ste 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company Americas
Attn: Dennis Drebsky, John Rosenthal
437 Madison Ave
New York, NY 10022

New Plan Excel Realty Trust, Inc.
Attn: Steven F. Siegel
420 Lexington Ave
New York, NY 10170

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management, LLC
Attn: Alan S. Adler
333 South Grand Ave., 28th Floor
Los Angeles, CA 90071

Capital Research and Management Company
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, New York 10178-0061

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St.
Rodney Square North
Wilmington, DE 19890

Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi, Steven Feigenbaum
845 Third Ave, 21st Flr
New York, NY 10022

Scarcella Rosen & Slome
Attn: Adam L. Rosen,Thomas Slome
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III, C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers, Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse, Michael Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St Ste 700
Winston-Salem, NC 27113-5129

Balch & Bingham LLP
Attn: Eric Ray Esq
1901 Sixth Ave N Ste 2600
PO Box 306
Birmingham, AL 35201

Angel & Frankel PC
Attn: Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906

Kaye Scholer LLP
Attn: Keith Murphy
425 Park Avenue
New York, NY 10022-3598

Manier & Herod
Attn: J. Michael Franks, Michael Collins,
Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494

2

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq
7 Times Square
New York, NY 10036

Ice Miller
Attn: Mark A Bogdanowicz
One American Square, Box 82001
Indianaplois, Indiana 46282

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY 10022

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner,
James Smith
171 W. 17th St., NW, Suite 2100
Atlanta, GA 30363

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

Merrill Lynch, Pierce,
Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Burr & Forman LLP
Attn: Derek F. Meek, Robert B. Rubin, Marc Solomon
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
Attn: Morton R. Branzburg,
Carolyn Hochstadter Dicker,
Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010

4

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Willkie Farr & Gallagher LLP
Attn: Robin Spigel
787 Seventh Ave
New York, NY 10019

Wormser, Kiely, Galef & Jacobs LLP
Attn: Gary R. von Stange
825 Third Avenue
New York, NY 10022

Macey, Wilensky, Cohen, Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229

Kupelian Ormond & Magy PC
Attn: Paul Magy, Matthew Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075

5

Munsch Hardt Kopf & Harr PC
Attn: Raymond Urbanik
1445 Ross Ave., Ste 4000
Dallas, TX 75202

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614

Haynes and Boone, LLP
Attn: Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive., Ste 875
McLean, VA 22102

Morris, James, Hitchens & Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899

Begnaud & Marshall LLP
Attn: Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209

DLA Piper Rudnick Gray Cary US LLP
Attn: Daniel Carrigan
1775 Wiehle Ave., Ste 400
Reston, VA 20190

DLA Piper Rudnick Gray Cary US LLP
Attn: Janice Duban
203 N. LaSalle St., Ste 1900
Chicago, IL 60601

Moritt, Hock, Hamroff & Horowitz LLP
Attn: Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020

Connolly Bove Lodge & Hutz
Attn: Christina Thompson
1007 North Orange St., PO Box 2207
Wilmington, DE 19899

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523

Todtman, Nachamie, Spizz & Johns, PC
Attn: Alex Spizz
425 Park Ave
New York, NY 10022

6

Hance Scarborough Wright
Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254

Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002

Reed Smith LLP
Attn: Elena Lazarou, Andrew Morrison
599 Lexington Ave., 27th Fl.
New York, NY 10022

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801

Shapiro & Croland
Attn: Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Fl.
Hackensack, NJ 07601

Pepper Hamilton LLP
Attn: James C. Carignan
Hercules Plaza, Ste 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant St., 50th Fl.
Pittsburgh, PA 15219-2502

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Ave., 11th Fl.
New York, NY 10016

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Fl.
New York, NY 10167

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748

Hiersche, Hayward, Drakeley & Urbach PC
Attn: Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001

7

Glenn M. Reisman  
Two Corporate Drive, Ste 648  
PO Box 861  
Shelton, CT 06484-0861  

Marrero Land and Improvement Association, Ltd  
Attn: Vincent A. Vastola  
5201 Westbank Expressway, Ste 400  
Marrero, LA 70072  

Richard Blackstone Webber II, PA  
Attn: Richard Blackstone Webber II  
320 Maitland Ave.  
Altamonte Springs, FL 32701  

Anderlini, Finkelstein, Emerick & Smoot  
Attn: David G. Finkelstein  
400 South El Camino Real, Ste 700  
San Mateo, CA 94402  

FPL Law Department  
Attn: Rachel S. Budke  
700 Universe Boulevard  
Juno Beach, Florida 33408  

Quadrangle Group LLC  
Attn: Patrick Bartel, Andrew Herenstein  
375 Park Avenue, 14th Floor  
New York, NY 10152  

Smith Debnam Narron Wyche Saintsing & Myers, LLP  
Attn: Byron L. Saintsing, Esq.  
P.O. Box 26268  
Raleigh, NC 27611  

Fredrikson& Byron, P.A.  
Attn: John M. Koneck, Esq.  
200 South Sixth Street, Suite 4000  
Minneapolis, Minnesota 55402-1425  

AmSouth Bank  
Attn: William R. Hoog  
13535 Feather Sound Dr., Bldg 1, Ste 525  
Clearwater, FL 34762  

Foster & Lindeman, PA  
Attn: William Lindeman  
PO Box 3108  
Orlando, FL 32802-3108  

Kozyak Tropin & Throckmorton, PA  
Attn: John Kozyak  
2525 Ponce de Leon, 9th Fl.  
Coral Gables, FL 33134  

Ginnie Van Kesteren P.A.  
Attn: Ginnie Van Kesteren  
111 Second Ave NE, Suite 706  
St. Petersburg, FL 33701  

Perkins Coie LLP  
Attn: Bruce MacIntyre  
1201 Third Ave., 40th Fl.  
Seattle, WA 98101-3099  

Kennedy Covington Lobdell & Hickman LLP  
Attn: Margaret Westbrook  
Two Hanover Square, Suite 1900  
434 Lafayette Street Mall  
PO Box 1070  
Raleigh, NC 27602-1070  

Adelman Law Officesm PC  
Attn: David A. Adelman  
1320 Tower Road, Ste 114  
Schaumburg, IL 60173  

8

Stichter, Riedel, Blain & Prosser PA
Attn: Don M. Stichter
110 East Madison St., Ste 200
Tampa, FL 33602

Venable LLP
Attn: Lisa Bittle Tancredi, Gregory Cross, Heather Deans Foley
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

Pitney Hardin LLP
Attn: Richard Meth
PO Box 1945
Morristown, NJ 07962-1945

Wander & Associates
Attn: David H. Wander
641 Lexington Ave, 21st Fl.
New York, NY 10022

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109

Fredric Buresh, P.A.
Attn: Fredric Buresh
800 SE Third Ave., 4th Fl.
Ft. Lauderdale, FL 33316

Simpson Law Offices
Attn: James W. Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305

Markowitz, Davis, Ringel & Trusty, PA
Attn: Jerry Markowitz, Rachel Rubio
9130 South Dadeland Blvd., Ste 1225
Miami, FL 33156

Ford, Bowlus, Duss, Morgan, Kenney, Safer & Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257

Kennedy Covington Lobdell & Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Fl
214 North Tryon St.
Charlotte, NC 28202

Weiss Serota Helfman Pastoriza Guedes Cole & Boniske PA
Attn: Douglas Gonzales
3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300
Northfield, IL 60093

Brown Raysman Millstein Felder & Steiner, LLP
Attn: Gerard Catalanello
900 Third Ave.
New York, NY 10022

9

Broward County Revenue
Collection Division
Litigation Section,
Attn: Hollie Hawn
Government Center Annex
115 S. Andrews Ave.
Fort Lauderdale, FL 33301

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL 32204

Johnson, Pope, Bokor, Ruppel &
Burns LLP
Attn: Michael Markham
PO Box 1368
Clearwater, FL 33757

Williams Mullen Hofheimer
Nusbaum
Attn: Paul Bliley
1021 East Gary St.
PO Box 1320
Richmond, VA 23218-1320

Bingham McCutchen LLP
Attn: Anthony Smits
One State St.
Hartford, CT 06103

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Thompson, O'Brien, Kemp & Nasuti
PC
Attn: Albert Nasuti
40 Technology Parkway South, Ste 300
Norcross, GA 30092

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dri., Ste 2540
Tampa, FL 33602

Polsinelli Shalton Welte
Suelthaus PC
Attn: Daniel Flanigan
292 Madison Ave., 17th Fl.
New York, NY 10017

Polsinelli Shalton Welte
Suelthaus PC
Attn: James E. Bird
700 West 47th St., Ste 1000
Kansas City, MI 64112

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106

Smith, Gilliam, Williams &
Miles, PA
Attn: Brad Patten
PO Box 1098
Gainesville, GA 30503

Blanco Tacklabery Combs &
Matamoros, PA
Attn: Gene B. Tarr
PO Drawer 25008
Winston-Salem, NC 27114-5008

Smith, Anderson, Blount,
Dorsett,
Mitchell & Jernigan LLP
Attm: Amos U. Priester IV
PO Box 2611
Raleigh, NC 27602-2611

Phelps Dunbar
Attn: Douglas C. Noble
111 East Capital, Ste 600
PO Box 23066
Jackson, Mississippi 39225-3066

10

Stoel Rives LLP
Attn: Peter L. Slinn
600 University St., Ste 3600
Seattle, WA 98101

Simon Property Group
Attn: Ronald Tucker
115 West Washington St.
Indianapolis, IN 46204

Pachulski, Stang, Ziehl, Young,
Jones & Weintraub PC
Attn: Robert Feinstein
780 Third Ave., 36th Fl.
New York, NY 10017

Davis & Fields PC
Attn: Richard Davis
PO Box 2925
Daphne, AL 36526

Haywood, Denny & Miller LLP
Attn: Robert Levin
PO Box 51429
Durham, NC 51429

GrayRobinson PA
Attn: Donald Nohrr
PO Box 1870
Melbourne, FL 32902

Sher Garner Cahill Richter
Klein & Hilbert, L.L.C.
Attn: Elwood F. Cahill, Jr.,
Neal J. Kling
909 Poydras St., 28th Fl.
New Orleans, Louisiana 70112

Seyfarth Shaw LLP
Attn: Richard Lauter, Sara Lorber
55 East Monroe St., Ste 4200
Chicago, IL 60601-5803

Salvatore LaMonica, Esq.
LaMonica Herbst & Maniscalco, LLP
Attorneys for American KB Properties I Limited Partnership
3305 Jerusalem Avenue
Wantagh, New York 11803

Keith L. Bell, Jr.
Clark, Partington, Hart, Larry, Bond, & Stackhouse
125 West Romana Street, Suite 800
P.O. Box 13010
Pensacola, FL 32591-3010

**Exhibit B**

LarryAppel@winn-dixie.com; djbaker@skadden.com; sborders@kslaw.com; jbodoff@bodoffslavitt.com; drubin@kswb.com; Philip@buckeyecapitalpartners.com; mheld@jenkens.com; srucker@millermartin.com; gerard@bmclaw.com; Eerman@ermanteicher.com; zachary.bancroft@lowndes-law.com; crasile@hunton.com; jklein@foxrothschild.com; jes@lcojlaw.com; celler@broadandcassel.com; ssutton@lathropgage.com; ajrlaw@aol.com; bbest@dykema.com; jgrubin@wkgj.com; alipkin@willkie.com; rkaniuklaw@aol.com; bbecker@hswmke.com; bill.ray@hamitonbeach.com; tmeyers@kilpatrickstockton.com; jpost@smithhulsey.com; lfoyle@kasslaw.com; wwallach@mccarter.com; Abothwell@pepehazard.com; rrg@rglawgroup.com; larry.ricke@leonard.com; apatton@murrayfrank.com; duggerkw@aol.com; dsimon@xroadsllc.com; njackson@xroadsllc.com; ccooper@xroadsllc.com; wjmartin@pbnlaw.com; bsmoore@pbnlaw.com; mkindt@ctks.com; krichner@ssd.com; mkaplan@kaplanfreedman.com; kmiller@skfdelaware.com; rkjones@mwpplaw.com; legal@mimms.org; rfingold@ldlaw.com; dcrapo@gibbonslaw.com; stacey.jernigan@haynesboone.com; dgreco@bradleyarant.com; lexbankruptcy@wyattfirm.com; ncharney@bear.com; huffard@blackstone.com; rmills@hhdulaw.com; kjohnson@watkinsludlam.com; wwessler@cableone.net; streuss@hughesluce.com; bloomm@gtlaw.com; sellis@munsch.com; hobankecf@lockeliddell.com; Plhuffst@coxsmith.com; amcmulle@bccb.com; lynda.becker@mail.tc.citrus.fl.us; Jcarr@kelleydrye.com; rlehane@kelleydrye.com; elum@kelleydrye.com; eric.newberg@diazfoods.com; Rsmolev@kayescholer.com; Henry.efroymson@icemiller.com; dustin.branch@kmzr.com; carole.levine@kmzr.com; susanp@taxcollector.com; Jfrank@fgllp.com; tah@kompc.com; staib@blankrome.com; jstevenson@perkinscoie.com; David.boyle@airgas.com; jdf@sessions-law.com; dgreer@williamsmullen.com; wharmeyer@harmeyerlaw.com; lmi@kttlaw.com; rmarino@reedsmith.com; sschirmang@kraft.com; Cwatson@balch.com; Rwward@airmail.net; kbell@cphlaw.com; mbakst@ebcblaw.com; kbifferato@cblh.com; pkcampsen@kaufcan.com; mhamroff@moritthock.com; dianegreed@sbcglobal.net; scupps@keglerbrown.com; david.lemke@wallerlaw.com; Robert.Welhoelter@wallerlaw.com; mmcnamee_br@nealharwell.com; dblack@fwblaw.net; jniemeier@mnmk.com

**Exhibit C**

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169

Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
Attn: Warren J. Martin Jr., Esq.
      Brett S. Moore, Esq.

Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
Attn: C. Craig Eller, Esq.

Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Attn: Paul Rubin, Esq.

Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Attn: Robert B. Rubin, Esq.
      Derek F. Meek, Esq.

Dechert LLP
30 Rockefeller Plaza
New York, New York 10112
Attn: Joel H. Levitin, Esq.
      Elise Scherr Frejka, Esq.