SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

**NOTICE OF FILING OF SEPARATE STATEMENT AND SCHEDULES IN CASE OF EACH WINN-DIXIE SUBSIDIARY OR AFFILIATE**

Please take notice that on the date hereof each of the below listed subsidiaries or affiliates of Winn-Dixie Stores, Inc. filed in its separate chapter 11 case (i) a Statement of Financial Affairs and (ii) Schedules of Assets and Liabilities and Schedules of Executory Contracts and Unexpired Leases.

| | |
|---|---|
| Dixie Stores, Inc., a New York corporation | 05-11061 |
| Table Supply Food Stores Co., Inc., a Florida corporation | 05-11062 |
| Astor Products, Inc., a Florida corporation | 05-11064 |
| Crackin' Good, Inc., a Florida corporation | 05-11065 |
| Deep South Distributors, Inc., a Florida corporation | 05-11066 |
| Deep South Products, Inc., a Florida corporation | 05-11067 |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

| | |
|---|---|
| Dixie Darling Bakers, Inc., a Florida corporation | 05-11068 |
| Dixie-Home Stores, Inc., a South Carolina corporation | 05-11069 |
| Dixie Packers, Inc., a Florida corporation | 05-11070 |
| Dixie Spirits, Inc., a Mississippi corporation | 05-11071 |
| Economy Wholesale Distributors, Inc., a Florida corporation | 05-11072 |
| Foodway Stores, Inc., a Delaware corporation | 05-11073 |
| Kwik Chek Supermarkets, Inc., a Florida corporation | 05-11074 |
| Sunbelt Products, Inc., a Florida corporation | 05-11075 |
| Sundown Sales, Inc., a Texas corporation | 05-11076 |
| Superior Food Company, a Florida corporation | 05-11077 |
| WD Brand Prestige Steaks, Inc., a Florida corporation | 05-11078 |
| Winn-Dixie Handyman, Inc., a Florida corporation | 05-11079 |
| Winn-Dixie Logistics, Inc., a Florida corporation | 05-11080 |
| Winn-Dixie Montgomery, Inc., a Florida corporation | 05-11081 |
| Winn-Dixie Procurement, Inc., a Florida corporation | 05-11082 |
| Winn-Dixie Raleigh, Inc., a Florida corporation | 05-11083 |
| Winn-Dixie Supermarkets, Inc., a Florida corporation | 05-11084 |

Dated: April 7, 2005
New York, New York

/s/ *D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Debtors