LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq. (SL#2148)
David A. Blansky, Esq. (DB#1260)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

**In re**

              **Chapter 11**

    **WINN-DIXIE STORES, INC., et al.,**

              **Case No. 05-11063 (RDD)**
        **Debtors.**        **(Jointly Administered)**

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**
**PURSUANT TO BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned bankruptcy proceeding as bankruptcy attorneys for American KB Properties I Limited Partnership.

PLEASE TAKE FURTHER NOTICE that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy proceeding, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002(a), (b), (e), (f), (h) and (l) be served upon

        Salvatore LaMonica, Esq.
        LaMonica Herbst & Maniscalco, LLP
        Attorneys for American KB Properties I Limited Partnership
        3305 Jerusalem Avenue
        Wantagh, New York 11803

Dated: Wantagh, New York
       April 4, 2005

                              LaMonica Herbst & Maniscalco, LLP
                              Attorneys for American KB Properties I
                              Limited Partnership

                        By: */s/ Salvatore LaMonica*
                              Salvatore LaMonica, Esq.
                              3305 Jerusalem Avenue
                              Wantagh, New York 11793
                              (516) 826-6500

To:     OFFICE OF THE UNITED STATES TRUSTEE
        FOR THE SOUTHERN DISTRICT OF NEW YORK
        33 Whitehall Street - 21st Floor
        New York, New York 10004

        SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM LLP
        Four Times Square
        New York, New York 10036
        Telephone: (212) 735-3000
        Attn: D.J. Baker, Esq.

        MILBANK, LLP
        One Chase Manhattan Plaza
        New York, New York 10005
        Att: Matthews S. Barr, Esq.

*/Laramie/Notice of Appearance & Demand.wpd*