LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Salvatore LaMonica (SL#2148)
David A. Blansky, Esq. (DB #1260)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT BROOKLYN
-----------------------------------------------------------------x
In re:                                                                          Chapter 11
                                                                                     Case No: 05-11063 (RDD)
      WINN-DIXIE STORES, INC., et al.,                      (Jointly Administered)


          Debtors.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  )ss:
COUNTY OF NASSAU     )

      ANGELA COLUCCI, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Oceanside, New York.

      On April 5, 2005, deponent served the **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002** by regular mail, upon the attorneys/parties listed on the annexed list, the address(es) listed below, said address(es) designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO: See Annexed List                                                 */s/AngelaColucci*
                                                                                ANGELA COLUCCI

Sworn to before me this 5th
day of April, 2005.
*/s/ David A. Blansky*
David A. Blansky
Notary Public, State of New York
No. 02BL6008775
Qualified in Nassau County
Commission Expires June 15, 2006

*Laramie Associates\AOS Notice of Appearance.wpd*

## SERVICE LIST

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF NEW YORK
33 Whitehall Street - 21st Floor
New York, New York 10004

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP/Attn: D.J. Baker, Esq.
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

MILBANK, LLP
One Chase Manhattan Plaza
New York, New York 10005
Att: Matthews S. Barr, Esq.