**DLA PIPER RUDNICK GRAY CARY US LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
Tel. (212) 835-6000
Fax: (212) 835-6001
Thomas R. Califano (TC-5283)
Email: thomas.califano@dlapiper.com

Attorneys for The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.; Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods, a division of Mars, Inc.; Nestle USA, Inc.; Pepsi Bottling Group; The Proctor & Gamble Distributing Co.; Quaker Sales & Distribution, Inc.; Sara Lee Corporation; Sara Lee Bakery Group, a division of Sara Lee Corporation and S. C. Johnson & Son, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Daniel Carrigan, a member in good standing of the bar of the District of Columbia, respectfully request admission ***pro hac vice***, before the Honorable Robert D. Drain to represent The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.; Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods, a division of Mars, Inc.; Nestle USA, Inc.; Pepsi Bottling Group; The Proctor & Gamble Distributing Co.; Quaker Sales & Distribution, Inc.; Sara Lee Corporation; Sara Lee Bakery Group, a division of Sara Lee Corporation and S. C. Johnson & Son, Inc., parties-in-interest in the above-captioned jointly-administered cases.

My mailing address is DLA Piper Rudnick Gray Cary US LLP, 1200 Nineteenth Street, N.W., Washington, DC 20036; my e-mail address is daniel.carrigan@dlapiper.com; and my telephone number is (202) 861-3840.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Respectfully submitted,

DLA PIPER RUDNICK GRAY CARY US LLP

Dated: April 8, 2005

/s/ Daniel J. Carrigan
Daniel J. Carrigan
12900 19th Street, NW, Ste. 800
Washington, DC 20036
Telephone: 202.861.3840
Facsimile: 202-223-2085
Counsel for McCormick & Co., Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of April, 2005, a copy of the Motion for Admission to Practice Pro Hac Vice was filed electronically and a copy was served by electronic mail upon the following:

| | |
|---|---|
| Richard Morrissey, Esq.<br>United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Flr.<br>New York, NY 10005 | Dennis Dunne, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| D.J. Baker, Esq.<br>Skadden Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Jonathan N. Helfat, Esq.<br>Ottenbourg Steindler Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169 |
| Sally McDonald Henry, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Andrew Tenzer, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 |
| Thomas J. Matz, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Sarah Robinson Borders, Esq.<br>King & Spalding LLP<br>191 Peachtree Street<br>Atlanta, GA 30303 |

and by electronic mail or first-class mail, postage prepaid, upon the parties on the attached service list on April 8, 2005.

/s/ Daniel J. Carrigan
Daniel J. Carrigan

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| -------------------------------------------------------------- x | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| -------------------------------------------------------------- x | | |

**ORDER**

**ORDERED**, that Daniel Carrigan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: April ____, 2005
New York, New York

______________________________________
UNITED STATES BANKRUPTCY JUDGE