Dennis F. Dunne (DD 7543)
**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

Counsel for Official Committee
of Unsecured Creditors of
Winn-Dixie Stores, Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                              : Chapter 11
                                    :
WINN-DIXIE STORES, INC., et al.,    : Case No. 05-11063 (RDD)
                                    :
                        Debtors.    : (Jointly Administered)
------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  SS.:
COUNTY OF NEW YORK   )

          RENA K. CERON, being duly sworn, deposes and says:

          I am a resident of the United States, over the age
of eighteen years, and am not a party to or interested in the
above-captioned cases.  I am employed by the law firm of
Milbank, Tweed, Hadley & M<sup>C</sup>Cloy LLP, counsel for the official
committee of unsecured creditors of Winn-Dixie Stores, Inc.,
et al. in the above-captioned cases.

          On the 30th of March, 2005, I caused a copy of the
following documents (the "Documents"):

          1. APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED
             CREDITORS FOR ORDER UNDER 11 U.S.C. §§ 328(a)
             AND 1103, FED. R. BANKR. P. 2014, AND S.D.N.Y.
             LBR 2014-1, AUTHORIZING EMPLOYMENT AND
             RETENTION OF ALVAREZ & MARSAL, LLC AS ITS
             OPERATIONS AND REAL ESTATE ADVISOR AS OF
             MARCH 4, 2005;

2. AFFIDAVIT OF MARTHA E. M. KOPACZ IN SUPPORT OF
   APPLICATION FOR ORDER PURSUANT TO 11
   U.S.C. §§ 328(a) AND 1103(a) AND FED. R. BANKR.
   P. 2014(a) AUTHORIZING THE RETENTION AND
   EMPLOYMENT OF ALVAREZ & MARSAL, LLC AS
   OPERATIONS AND REAL ESTATE ADVISORS TO THE
   OFFICIAL UNSECURED CREDITORS' COMMITTEE; and

3. NOTICE OF HEARING ON APPLICATION OF OFFICIAL
   COMMITTEE OF UNSECURED CREDITORS FOR ORDER
   UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R.
   BANKR. P. 2014, AND S.D.N.Y. LBR 2014-1,
   AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ
   & MARSAL, LLC AS ITS OPERATIONS AND REAL ESTATE
   ADVISOR AS OF MARCH 4, 2005,

to be served upon the parties identified on Exhibit A
attached hereto by securely enclosing a true copy of the
Documents in a properly addressed wrapper and causing the
same to be delivered by the United States Postal Service for
delivery by first class mail and to be served upon the
parties identified on Exhibit B attached hereto by electronic
mail.

On the 29th of March, 2005, I caused a copy of the
Documents to be served on the parties identified on Exhibit C
attached hereto by Federal Express for next business day
delivery.


                         /s/ Rena K. Ceron
                         RENA K. CERON


SWORN TO AND SUBSCRIBED before
me this 7th day of April, 2005.

   /s/ Debra Esposito
Notary Public, State of New York
No. 01ES4504379
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 31, 2005


2

## Exhibit A

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange
Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
301 Commerce Street, Ste 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company
Americas
Attn: S. Berg
60 Wall Street
New York, NY 10005-2858

New Plan Excel Realty Trust,
Inc.
420 Lexington Ave
New York, NY 10170

Kraft (Kraft Foods, Kraft Pizza,
Nabisco)
Attn: Sandra Schirmang, Director
of Credit
Three Lakes Drive
Northfield, IL 60093

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management,
LLC
Attn: Alan S. Adler
333 South Grand Ave., 28th Floor
Los Angeles, CA 90071

Capital Research and Management
Company
Attention: Ellen Carr, Abner D.
Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th
Floor
Detroit, MI 48243-1157

Curtis, Mallet-Prevost, Colt &
Mosle LLP
Attn: Steven J. Reisman, Andrew
M. Thau
101 Park Avenue
New York, New York 10178-0061

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St., Rodney
Square North
Wilmington, DE 19890

Levi Lubarsky & Feigenbaum LLP
Attn: Howard B Levi, Steven
Feigenbaum
845 Third Ave, 21st Flr
New York, NY 10022

Scarcella Rosen & Slome
Attn: Adam L. Rosen,Thomas Slome
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III, C. Davin
Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036

Ballard Spahr Andrews &
Ingersoll
Attn: David L. Pollack, Jeffrey
Meyers, Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103

Contrarian Capital Management
LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 06830

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse,
Michael Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710

Cozen O'Connor
Attn: Neal D. Colton, David J.
Liebman
1900 Market Street
Philadelphia, PA 19103

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A.
Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St Ste 700
Winston-Salem, NC 27113-5129

Balch & Bingham LLP
Attn: W. Clark Watson, Eric Ray
Esq
1901 Sixth Ave N Ste 2600, PO
Box 306
Birmingham, AL 35201

Angel & Frankel PC
Attn: Laurence May, Rick A.
Steinberg
460 Park Ave
New York, NY 10022-1906

Kaye Scholer LLP
Attn: Keith Murphy
425 Park Avenue
New York, NY 10022-3598

Manier & Herod
Attn: J. Michael Franks, Michael
Collins, Thomas Pennington
150 Fourth Avenue North, Suite
2200
Nashville, TN 37219-2494

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq
7 Times Square
New York, NY 10036

Ice Miller
Attn: Mark A Bogdanowicz
One American Square, Box 82001
Indianaplois, Indiana 46282

2

Morris, Nichols, Arsht and
Tunnell
Attn: Robert Dehney, Eric D.
Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105

Page, Scrantom, Sprouse, Tucker
& Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite
100
P.O. Box 6675
Radnor, PA 19087-8675

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY 10022

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden
Kepner, James Smith
171 W. 17th St., NW, Suite 2100
Atlanta, GA 30363

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse
2029 Century Park East, Suite
2600
Los Angeles, California 90067-
3012

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059

Podvey, Sachs, Meanor,
Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste
4300
Atlanta, GA 30375

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L.
Gayer
1251 Avenue of the Americas,
18th Fl.
New York, NY 10020

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

3

Merrill Lynch, Pierce, Fenner &
Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Burr & Forman LLP
Attn: Derek F. Meek, Robert B.
Rubin, Marc Solomon
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120
South
Melville, NY 11747

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207

McGrath North Mullin & Krath, PC
LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste
1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J.
Seketa
535 N. College Drive
Carmel, IN 46032

Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
Attn: Morton R. Branzburg,
Carolyn Hochstadter Dicker,
Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115

Varnum Riddering Schmidt Howlett
LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Developers Diversified Realty
Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David
T. Cohen
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401

Gibbons, Del Deo, Dolan,
Griffinger & Vechione
Attn: Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 32801

Paul, Weiss, Rifkind, Wharton &
Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Willkie Farr & Gallagher LLP
Attn: Robin Spigel
787 Seventh Ave
New York, NY 10019

Wormser, Kiely, Galef & Jacobs
LLP
Attn: Gary R. von Stange
825 Third Avenue
New York, NY 10022

Macey, Wilensky, Cohen, Wittner
& Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229

Kupelian Ormond & Magy PC
Attn: Paul Magy, Matthew
Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075

Munsch Hardt Kopf & Harr PC
Attn: Raymond Urbanik
1445 Ross Ave., Ste 4000
Dallas, TX 75202

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614

Haynes and Boone, LLP
Attn: Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive., Ste 875
McLean, VA 22102

Morris, James, Hitchens &
Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899

Begnaud & Marshall LLP
Attn: Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603

DLA Piper Rudnick Gray Cary US
LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209

DLA Piper Rudnick Gray Cary US
LLP
Attn: Daniel Carrigan
1775 Wiehle Ave., Ste 400
Reston, VA 20190

DLA Piper Rudnick Gray Cary US
LLP
Attn: Janice Duban
203 N. LaSalle St., Ste 1900
Chicago, IL 60601

Moritt, Hock, Hamroff & Horowitz
LLP
Attn: Marc Hamroff, Leslie
Berkoff
400 Garden City Plaza
Garden City, NY 11530

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802

Sonnenschein Nath & Rosenthal
LLP
Attn: Carole Neville, Jo
Christine Reed
1221 Avenue of the Americas,
24th
New York, NY 10020

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina
Thompson
1007 North Orange St., PO Box
2207
Wilmington, DE 19899

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523

Reed & Reed
Attn: Diane Reed
501 N. College St.
Waxahachie, TX 75165

Reed Smith LLP
Attn: Robert M. Marino
1301 K Street, NW
Suite 1100-East Tower
Washington, DC 20005-3317

Todtman, Nachamie, Spizz &
Johns, PC
Attn: Alex Spizz
425 Park Ave
New York, NY 10022

Hance Scarborough Wright
Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254

Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002

Reed Smith LLP
Attn: Elena Lazarou, Andrew
Morrison
599 Lexington Ave., 27th Fl.
New York, NY 10022

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801

Kaufman & Canoles
Attn: Paul Campsen
150 West Main St., PO Box 3037
Norfolk, VA 23514

Neal & Harwell PLC
Attn: Marc McNamee
150 Fourth Ave., North, Suite
2000
Nashville, TN 37219

Shapiro & Croland
Attn: Alexander Benisatto,
Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Fl.
Hackensack, NJ 07601

Pepper Hamilton LLP
Attn: James C. Carignan
Hercules Plaza, Ste 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant St., 50th Fl.
Pittsburgh, PA 15219-2502

Waller Lansden Dortch & Davis
PLLC
Attn: David E. Lemke, Robert
Welhoelter
511 Union Street, Ste 2700
Nashville, TN 37219

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Ave., 11th Fl.
New York, NY 10016

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Fl.
New York, NY 10167

Johnson, Hearn, Vinegar, Gee &
Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis
E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla
Grannis
4100 Newport Place Drive, Ste
700
Newport Beach, CA 92660

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748

7

Hiersche, Hayward, Drakeley &
Urbach PC
Attn: Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861

Marrero Land and Improvement
Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway,
Ste 400
Marrero, LA 70072

Richard Blackstone Webber II, PA
Attn: Richard Blackstone Webber
II
320 Maitland Ave.
Altamonte Springs, FL 32701

Anderlini, Finkelstein, Emerick
& Smoot
Attn: David G. Finkelstein
400 South El Camino Real,
Ste 700
San Mateo, CA 94402

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew
Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152

Smith Debnam Narron Wyche
Saintsing & Myers, LLP
Attn: Byron L. Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611

Fredrikson& Byron, P.A.
Attn: John M. Koneck, Esq.
200 South Sixth Street, Suite
4000
Minneapolis, Minnesota 55402-
1425

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Dr., Bldg 1,
Ste 525
Clearwater, FL 34762

Foster & Lindeman, PA
Attn: William Lindeman
PO Box 3108
Orlando, FL 32802-3108

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak, Laurel
Isicoff
2525 Ponce de Leon, 9th Fl.
Coral Gables, FL 33134

Deutsche Bank Trust Company
Attn: Dennis Drebsky, John
Rosenthal
437 Madison Ave
New York, NY 10022

Ginnie Van Kesteren P.A.
Attn: Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701

Perkins Coie LLP
Attn: Bruce MacIntyre
1201 Third Ave., 40th Fl.
Seattle, WA 98101-3099

Kennedy Covington Lobdell &
Hickman LLP
Attn: Margaret Westbrook
Two Hanover Square, Suite 1900
434 Lafayette Street Mall
PO Box 1070
Raleigh, NC 27602-1070

Adelman Law Officesm PC
Attn: David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173

Stichter, Riedel, Blain &
Prosser PA
Attn: Don M. Stichter
110 East Madison St., Ste 200
Tampa, FL 33602

William F. Harmeyer & Associates
Attn: William F. Harmeyer
7322 Southwest Freeway, Ste 475
Houston, TX 77074

Michael R. Bakst
222 Lakeview Ave., Ste 1330
West Palm Beach, FL 33401

Venable LLP
Attn: Lisa Bittle Tancredi,
Gregory Cross, Heather Deans
Foley
1800 Mercantile Bank & Trust
Bldg., 2 Hopkins Plaza
Baltimore, MD 21201

Pitney Hardin LLP
Attn: Richard Meth
PO Box 1945
Morristown, NJ 07962-1945

Wander & Associates
Attn: David H. Wander
641 Lexington Ave, 21st Fl.
New York, NY 10022

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109

Fredric Buresh, P.A.
Attn: Fredric Buresh
800 SE Third Ave., 4th Fl.
Ft. Lauderdale, FL 33316

Simpson Law Offices
Attn: James W. Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305

Markowitz, Davis, Ringel &
Trusty, PA
Attn: Jerry Markowitz, Rachel
Rubio
9130 South Dadeland Blvd., Ste
1225
Miami, FL 33156

Frank, Weinberg & Black, PL
Attn: David Black
7805 S.W. 6th Court
Plantation, FL 33324

Ford, Bowlus, Duss, Morgan,
Kenney, Safer & Hampton PA
Attn: Michael Bowlus, Katherine
Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257

Kennedy Covington Lobdell &
Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Fl
214 North Tryon St.
Charlotte, NC 28202

Sesssions, Fishman & Nathan LLP
Attn: J. David Forsyth
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170-3500

Weiss Serota Helfman Pastoriza
Guedes Cole & Boniske PA
Attn: Douglas Gonzales
3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300
Northfield, IL 60093

9

Brown Raysman Millstein Felder &
Steiner, LLP
Attn: Gerard Catalanello
900 Third Ave.
New York, NY 10022

Broward County Revenue
Collection Division
Litigation Section, Attn: Hollie
Hawn
Government Center Annex
115 S. Andrews Ave.
Fort Lauderdale, FL 33301

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL 32204

Johnson, Pope, Bokor, Ruppel &
Burns LLP
Attn: Michael Markham
PO Box 1368
Clearwater, FL 33757

Williams Mullen Hofheimer
Nusbaum
Attn: David Greer
999 Waterside Drive, Ste 1700
PO Box 3460
Norfolk, VA 23514-3460

Williams Mullen Hofheimer
Nusbaum
Attn: Paul Bliley
1021 East Gary St.
PO Box 1320
Richmond, VA 23218-1320

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State St.
Columbus, OH 43215-4294

Bingham McCutchen LLP
Attn: Anthony Smits
One State St.
Hartford, CT 06103

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Thompson, O'Brien, Kemp & Nasuti
PC
Attn: Albert Nasuti
40 Technology Parkway South, Ste
300
Norcross, GA 30092

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dri., Ste 2540
Tampa, FL 33602

Polsinelli Shalton Welte
Suelthaus PC
Attn: Daniel Flanigan
292 Madison Ave., 17th Fl.
New York, NY 10017

Polsinelli Shalton Welte
Suelthaus PC
Attn: James E. Bird
700 West 47th St., Ste 1000
Kansas City, MI 64112

Clark, Partington, Hart, Larry,
Bond & Stackhouse
Attn: Keith L. Bell, Jr
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32501

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106

Smith, Gilliam, Williams &
Miles, PA
Attn: Brad Patten
PO Box 1098
Gainesville, GA 30503

10

**Exhibit B**

LarryAppel@winn-dixie.com; djbaker@skadden.com; sborders@kslaw.com; jbodoff@bodoffslavitt.com; drubin@kswb.com; Philip@buckeyecapitalpartners.com; mheld@jenkens.com; srucker@millermartin.com; gerard@bmclaw.com; Eerman@ermanteicher.com; zachary.bancroft@lowndes-law.com; crasile@hunton.com; jklein@foxrothschild.com; jes@lcojlaw.com; celler@broadandcassel.com; ssutton@lathropgage.com; ajrlaw@aol.com; bbest@dykema.com; jgrubin@wkgj.com; alipkin@willkie.com; rkaniuklaw@aol.com; bbecker@hswmke.com; bill.ray@hamitonbeach.com; tmeyers@kilpatrickstockton.com; jpost@smithhulsey.com; lfoyle@kasslaw.com; wwallach@mccarter.com; Abothwell@pepehazard.com; rrg@rglawgroup.com; larry.ricke@leonard.com; apatton@murrayfrank.com; duggerkw@aol.com; dsimon@xroadsllc.com; njackson@xroadsllc.com; ccooper@xroadsllc.com; wjmartin@pbnlaw.com; bsmoore@pbnlaw.com; mkindt@ctks.com; krichner@ssd.com; mkaplan@kaplanfreedman.com; kmiller@skfdelaware.com; rkjones@mwpplaw.com; legal@mimms.org; rfingold@ldlaw.com; dcrapo@gibbonslaw.com; stacey.jernigan@haynesboone.com; dgreco@bradleyarant.com; lexbankruptcy@wyattfirm.com; ncharney@bear.com; huffard@blackstone.com; rmills@hhdulaw.com; kjohnson@watkinsludlam.com; wwessler@cableone.net; streuss@hughesluce.com; bloomm@gtlaw.com; sellis@munsch.com; hobankecf@lockeliddell.com; Plhuffst@coxsmith.com; amcmulle@bccb.com; lynda.becker@mail.tc.citrus.fl.us; Jcarr@kelleydrye.com; rlehane@kelleydrye.com; elum@kelleydrye.com; eric.newberg@diazfoods.com; Rsmolev@kayescholer.com; Henry.efroymson@icemiller.com; dustin.branch@kmzr.com; carole.levine@kmzr.com; susanp@taxcollector.com; Jfrank@fgllp.com; tah@kompc.com; staib@blankrome.com; jstevenson@perkinscoie.com

**Exhibit C**

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169