Edwin W. Held, Jr.
HELD & ISRAEL
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038

Counsel for Beaver Street Fisheries, Inc.
and Ja-Ru, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re:                              : Chapter 11
                                    :
WINN-DIXIE STORES, INC., et. al.,   : Case No. 05-11063 (RDD)
                                    :
                    Debtors.        : (Jointly Administered)
                                    :
------------------------------------x

JOINDER TO MOTION OF
BUFFALO ROCK COMPANY TO
TRANSFER VENUE OF THE DEBTORS'
BANKRUPTCY CASES TO THE UNITED
STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, JACKSONVILLE DIVISION,
WHERE VENUE WOULD BE APPROPRIATE UNDER 28 U.S.C. §1408

Beaver Street Fisheries, Inc. and Ja-Ru, Inc., through their undersigned counsel, hereby submit this joinder in support of the Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, where Venue would be Appropriate pursuant to 28 U.S.C. §1408, and for grounds therefore would show:

1. On or about March 14, 2005, Buffalo Rock Company filed a Motion to Transfer Venue of these cases to the United States Bankruptcy Court for the Middle District of Florida (the "Venue Motion");

2. On or about March 30, 2005, the Debtors filed a Response to the Venue Motion in which the Debtors requested the Court to grant the Venue Motion and transfer the cases to the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville Division; and

3. Beaver Street Fisheries, Inc. and Ja-Ru, Inc. are creditors and parties in interest in the Debtors' cases, and maintain their principal places of business in Jacksonville, Duval County, Florida.

WHEREFORE, Beaver Street Fisheries, Inc. and Ja-Ru, Inc. respectfully request this Honorable Court:

1. Grant the Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division; and

2. Order such other and further relief as the Court deems equitable, just and proper.

Dated:   Jacksonville, Florida
         April 8, 2005

HELD & ISRAEL

By: *Edwin W. Held, Jr.*
    *by Kimberly N. Israel*  Fla. Bar #47287
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd. Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
Counsel for Beaver Street Fisheries, Inc. and Ja-Ru, Inc.

ewh/joinderwinndixie.djg