SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| In re | : | |
| | : | Chapter 11 |
| | : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | : | Case No. 05-11063 (RDD) |
| | : | |
| Debtors. [1] | : | (Jointly Administered) |
| | : | |
-----------------------------------------------------------------x

**AGENDA FOR HEARING ON APRIL 12, 2005**

Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), respectfully submit the following agenda with respect to the matters to be heard at the omnibus hearing scheduled for April 12, 2005, at 10:00 a.m. (ET):

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**A.   CONTINUED MATTERS**

1. FINAL APPROVAL OF MOTION FOR AUTHORITY (A) TO MAINTAIN EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM, (B) TO CONTINUE USE OF EXISTING CHECKS, AND (C) TO CONTINUE USE OF CURRENT INVESTMENT POLICY (**Dkt. No. 13**).

    *Objection Deadline:*   March 3, 2005 at 4:00 p.m.

    *Objections:*   None.

    *Status:*   An Interim Order was entered on February 22, 2005 (**Dkt. No. 42**).

    Entry of a Final Order was initially deferred at the request of the United States Trustee to allow time to address certain bank account issues.

    The Debtors have agreed to further continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

2. AS IT PERTAINS TO CERTAIN UTILITY COMPANIES LISTED IN THE FINAL UTILITIES ORDER, MOTION FOR ORDER (A) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT, (B) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE (**Dkt. No. 23**).

    *Objection Deadline:*   March 3, 2005 at 4:00 p.m.

    *Objections:*   (a)  Objection of Alabama Power Company to Debtors' Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance (**Dkt. No. 180**).

    (b) Objection of Florida Power and Light Company to Debtors' Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for

        Resolving Requests for Additional Assurance (**Dkt. No. 235**).

        (c) Objection of American Electric Power; Duke Power Company; Virginia Electric and Power Company; Florida Power Corporation; Carolina Power & Light; Orlando Utilities Commission and Tampa Electric Company to Debtors' Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance (**Dkt. No. 260**).

*Status:*        The Motion was granted (**Dkt. No. 360**) as to all utilities other than those that filed objections, including those listed above in (a)-(c).

        With the consent of the objecting utilities listed above in (a)-(c), the Debtors have agreed to continue this matter to the next omnibus hearing date.

3.   MOTION FOR AUTHORITY TO REJECT CERTAIN REAL PROPERTY LEASES, EFFECTIVE AS OF THE PETITION DATE (**Dkt. No. 24**).

    *Objection Deadline:*  March 10, 2005 at 4:00 p.m.

    *Objections:*  Limited Objection by Cane River Associates to the Debtors' Rejection of Certain Unexpired Real Property Leases and the Procedures Associated with Proposed Rejection of Additional Leases (**Dkt. No. 660**).

    *Status:*  The Motion was granted by Order dated February 23, 2005 (**Dkt. No. 56**), subject to the right of the lessors to later object. Cane River Associates is the only objecting party whose objection has been noticed for this hearing.

        With the consent of Cane River Associates, the Debtors have agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

4. MOTION FOR ADMINISTRATIVE PRIORITY CLAIM OR, ALTERNATIVELY, A LIEN UNDER 11 U.S.C. § 546(c) (Front End Services Corporation) (**Dkt. No. 296**).

   *Objection Deadline:* June 14, 2005 at 4:00 p.m.

   *Objections:* As of the time of filing hereof, the Debtors are unaware of any objections.

   *Status:* The parties have agreed to adjourn this matter until June 21, 2005.

5. APPLICATION OF THE DEBTORS PURSUANT TO SECTIONS 327(a) OF THE BANKRUPTCY CODE AND RULE 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE EMPLOYMENT AND RETENTION OF TOGUT, SEGAL & SEGAL LLP AS CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION (**Dkt. No. 411**).

   *Objection Deadline:* March 28, 2005 at 4:00 p.m.

   *Objections:* None.

   *Status:* An Interim Order was entered on March 31, 2005 (**Dkt. No. 606**).

   The Debtors have agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

6. DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY (**Dkt. No. 472**).

   *Objection Deadline:* April 5, 2005 at 4:00 p.m.

   *Objections:* (a) Objection of Westland Plaza Associates, L.P. to Debtors' Motion for Order Under Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (**Dkt. No. 611**).

   (b) Objection by American KB Properties I Limited Partnership to Debtors' Motion for Order Under

§ 365(d)(4) Granting an Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (**Dkt. No. 625**).

(c) Gardens Park Plaza's Objection to Debtors' Motion for Order Under §365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (**Dkt. No. 641**).

(d) Simon Property Group, L.P.'s Amended Limited Objection to Debtor's Motion for Extension of Time to Assume or Reject Its Executory Leases of Non-Residential Real Property (**Dkt. No. 642**).

(e) Response of General Electric Capital Corporation to Debtors' Motion for Entry of an Order Under Section 365(d)(4) Granting Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (**Dkt. No. 675**).

*Status:* With the consent of the parties filing objections listed above in (a)-(e), the Debtors have agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

The Debtors will submit, prior to the April 12, 2005 hearing, a proposed Bridge Order extending the time within which the Debtors must move to assume or reject their unexpired leases of nonresidential real property until and through such time as an order on the Motion is entered.

7. APPLICATION TO RETAIN PRICEWATERHOUSECOOPERS LLP TO PROVIDE CERTAIN SARBANES-OXLEY COMPLIANCE AND OTHER SERVICES TO THE DEBTORS (**Dkt. No. 487**).

*Objection Deadline:* April 5, 2005 at 4:00 p.m.

*Objections:* None as of the date hereof.

*Status:* The Debtors have agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

8. APPLICATION FOR AUTHORITY TO EMPLOY KPMG LLP AS AUDITORS, ACCOUNTANTS, AND TAX ADVISORS (**Dkt. No. 488**).

    *Objection Deadline:*   April 5, 2005 at 4:00 p.m.

    *Objections:*   None as of the date hereof.

    *Status:*   The Debtors have agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

9. APPLICATION FOR AUTHORITY TO RETAIN CARLTON FIELDS, P.A. AS SPECIAL REAL ESTATE LITIGATION COUNSEL TO THE DEBTORS (**Dkt. No. 489**).

    *Objection Deadline:*   April 5, 2005 at 4:00 p.m.

    *Objections:*   None as of the date hereof.

    *Status:*   The Debtors have agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

10. MOTION FOR AUTHORITY TO PAY PREPETITION AUTOMOBILE LIABILITY CLAIMS (**Dkt. No. 510**).

    *Objection Deadline:*   April 7, 2005 at 4:00 p.m.

    *Objections:*   None.

    *Status:*   The Debtors have agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

11. APPLICATION FOR AUTHORITY TO RETAIN BAIN & COMPANY, INC. TO PROVIDE FINANCE GROUP SUPPORT SERVICES (**Dkt. No. 536**).

    *Objection Deadline:*   April 11, 2005 at 4:00 p.m.

    *Objections:*   As of the time of filing hereof, the Debtors are unaware of any objections.

   *Status:*   The Debtors have agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

12. APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P. 2014, AND S.D.N.Y. LBR 2014-1, AUTHORIZING EMPLOYMENT AND RETENTION OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL AS ITS FINANCIAL ADVISOR AS OF MARCH 3, 2005 (**Dkt. No. 562**).

   *Objection Deadline:* April 8, 2005 at 4:00 p.m.

   *Objections:* As of the time of filing hereof, the Debtors are unaware of any objections.

   *Status:* The Committee has agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

13. APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER UNDER 11 U.S.C. §§ 328(A) AND 1103, FED. R. BANKR. P. 2014, AND S.D.N.Y. LBR 2014-1, AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS OPERATIONS AND REAL ESTATE ADVISOR AS OF MARCH 4, 2005 (**Dkt. No. 564**).

   *Objection Deadline:* April 8, 2005 at 4:00 p.m.

   *Objections:* As of the time of filing hereof, the Debtors are unaware of any objections.

   *Status:* The Committee has agreed to continue this matter to a date after the entry of an order determining the pending motion to transfer venue.

**B.** **UNCONTESTED MATTERS/OBJECTIONS PENDING**

1. APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WINN-DIXIE STORES, INC., ET AL., UNDER 11 U.S.C. SECTION 1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & MCCLOY LLP (**Dkt. No. 495**).

    *Objection Deadline:*   April 5, 2005 at 4:00 p.m.

    *Objections:*   None.

    *Status:*   This matter will be proceeding. The Committee seeks entry of a Final Order.

2. JOINT MOTION OF DEBTORS AND COMMONWEALTH OF KENTUCKY FOR RELIEF FROM STAY TO ALLOW FOR CONTINUATION OF CONDEMNATION PROCEEDINGS (**Dkt. No. 612**).

    *Objection Deadline:*   April 8, 2005 at 4:00 p.m.

    *Objections:*   As of the time of filing hereof, the Debtors are unaware of any objections.

    *Status:*   This matter will be proceeding. The Debtors and the Commonwealth of Kentucky seek entry of a Final Order.

3. APPLICATION OF OCM OPPORTUNITIES FUND V, L.P. FOR ORDER UNDER 11 U.S.C. § 105(a) PERMITTING SECURITIES TRADING IN CERTAIN CIRCUMSTANCES (**Dkt. No. 542**).

    *Objection Deadline:*   April 7, 2005 at 11:30 a.m.

    *Objections:*   None.

    *Status:*   This matter will be proceeding.

**C.    CONTESTED MATTERS**

1.  MOTION OF THE BUFFALO ROCK COMPANY TO TRANSFER VENUE OF THE DEBTORS' BANKRUPTCY CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION OR SUCH OTHER DISTRICT WHERE VENUE WOULD BE APPROPRIATE  (**Dkt. No. 407**).

    *Parties Joining:*    (a) Joinder of Riverdale Farms, Inc. to Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where Venue Would Be Appropriate Under 28 U.S.C. § 1408.  (**Dkt. No. 561**).

    (b) Motion of Richard S. Ehster and Bradley T. Keller to Join in the Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where Venue Would Be Appropriate Under 28 U.S.C. § 1408 (**Dkt. No. 618**).

    (c) Joinder of Ernst Properties, Inc. to Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where Venue Would Be Appropriate Under 28 U.S.C. § 1408 (**Dkt. No. 624**).

    (d) Joinder of Ernst Properties, Inc. to Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where Venue Would Be Appropriate Under 28 U.S.C. § 1408 (**Dkt. No. 624**).

    (e) Joinder of Certain Utility Companies in Support of Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida (Progress Energy Florida, Inc., Progress Energy

                    Carolinas, Inc., Orlando Utilities Commission and Tampa Electric Company) (**Dkt. No. 657**).

                    (f) Joinder of Dairy Farmers of America, Inc. in Support of Motion of Buffalo Rock Company to Transfer Venue of Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida (**Dkt. No. 679**).

                    (g) Joinder to Motion of Buffalo Rock Company to Transfer Venue of Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, Where Venue Would be Appropriate Under 11 U.S.C. § 1408 (Beaver Street Fisheries, Inc. and Ja-Ru, Inc.) (**Dkt. No. 683**).

*Debtors' Response:*   Debtors' Response to the Motion of Buffalo Rock Company to Transfer Venue (**Dkt. No. 569**).

*Objection Deadline:*   April 5, 2005 at 4:00 p.m.

*Objections:*   (a) Response of Certain Trade Vendors to Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where Venue Would Be Appropriate Under 28 U.S.C. § 1408 (**Dkt. No. 640**).

                    (b) Objection of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., to Motion of Buffalo Rock Company Seeking Entry of an Order, Under 28 U.S.C. § 1412, Transferring Venue of Debtors' Cases (**Dkt. No. 643**).

                    (c) Joinder of Edens & Avant, Weingarten Realty Investors, Palm Springs Mile Associates, Ltd., Villa Rica Retail Properties, L.L.C., ALG Limited Partnership and Curry Ford, LP to the Objection of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. Filed in Opposition to Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where

    Venue Would Be Appropriate Under 28 U.S.C. § 1408 (**Dkt. No. 644**).

(d) Joinder in the Objection of the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., to Motion of Buffalo Rock Company Seeking Entry of an Order Transferring Venue of Debtors' Cases (Jamarco Realty, LLP) (**Dkt. No. 647**).

(e) Objection of Wilmington Trust Company, as Indenture Trustee, and Joinder in Objection of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., to Motion of Buffalo Rock Company Seeking Entry of an Order, Under 28 U.S.C. § 1412, Transferring Venue of Debtors' Cases (**Dkt. No. 649**).

  *Status:*  This matter will be proceeding.

Dated: April 8, 2005
   New York, New York

        /s/  *D. J. Baker*
        D. J. Baker (DB 0085)
        Sally McDonald Henry (SH 0839)
        Rosalie Walker Gray
        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP
        Four Times Square
        New York, New York 10036
        Telephone: (212) 735-3000
        Facsimile: (212) 735-2000

        Attorneys for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2005, a true and correct copy of the foregoing Agenda for Hearing on April 12, 2005 was served by facsimile or e-mail, as indicated, to the following parties in interest:

The Office of the United States Trustee, attn: Deirdre A. Martini, Esq. & Richard C. Morrissey, Esq.(by facsimile)

Otterbourg, Steindler, Houston & Rosen, P.C., attn: Jonathan N. Helfat, Esq.
Counsel for the DIP Lender (by e-mail)

Milbank, Tweed, Hadley & McCloy LLP, attn: Dennis F. Dunne, Esq. & Matthew S. Barr, Esq.
Counsel for the Official Committee of Unsecured Creditors (by e-mail)

Togut, Segal & Segal LLP, attn: Albert Togut, Esq. & Neil Berger, Esq.
Proposed Counsel for the Debtors (by e-mail)

Balch & Bingham LLP, attn: W. Clark Watson, Esq. & Eric T. Ray, Esq.
Counsel for Alabama Power Company (by e-mail)

Scarcella Rosen & Slome LLP, attn: Thomas R. Slome, Esq.
McCarty & White PLLC, attn: William Douglas White, Esq.
Law Department, Florida Power & Light Company, attn: Rachel S. Budke, Esq.
Counsel for Florida Power & Light Company (by e-mail)

Scarcella Rosen & Slome LLP, attn: Thomas R. Slome, Esq. & Jil Mazer-Marino, Esq.
Russell R. Johnson III, Esq.
Co-Counsel for American Electric Power, Duke Energy Corporation, Virginia Electric and Power Company, Florida Power Corporation Carolina Power & Light, Orlando Utilities Commission, and Tampa Electric Company (by e-mail)

Paul, Weiss, Rifkind, Wharton & Garrison LLP, attn: Alan W. Kornberg, Esq., Curtis J. Weidler, Esq. & Jeremy S. Gladstone, Esq.
Counsel for OCM Opportunities Fund V, L.P. (by e-mail)

Burr & Forman LLP, attn: Robert B. Rubin, Esq. & Derek F. Meek, Esq. & Dechert LLP, attn: Joel H. Levitin, Esq. & Elise Scherr Frejka, Esq.
Counsel for Buffalo Rock Company (by e-mail)

Porzio, Bromberg & Newman, P.C., attn: Warren J. Martin Jr., Esq. & Brett S. Moore, Esq. & Broad And Cassel, attn: C. Craig Eller, Esq.
Counsel for Riverdale Farms, Inc. (by e-mail)

Wolf, Hill, McFarlin & Herron, P.A., attn: Kenneth D. Herron, Jr., Esq. & David R. McFarlin, Esq.
Counsel for Ehster and Keller (by e-mail)

Herrick Feinstein LLP, attn: John M August, Esq., & Paul Rubin, Esq. & Milling Benson Woodward L.L.P., attn: David Conroy, Esq.
Counsel for Ernst Properties, Inc. (by e-mail)

DLA Piper Rudnick Gray Cary US LLP, attn: Mark J. Friedman, Esq.
Counsel for The Clorox Sales Co., ConAgra Foods, Inc., Conopco, Inc., et al.

Kelley Drye & Warren LLP, attn: James S. Carr, Esq. & Robert L. LeHane, Esq.
Counsel for Edens & Avant, Weingarten Realty Investors, Palm Springs Mile Associates, Ltd., Villa Rica Retail Properties, L.L.C., ALG Limited Partnership and Curry Ford, LP (by e-mail)

Klien & Solomon, LLP, attn: Solomon J. Jaskiel, Esq.
Counsel for Jamarco Realty, LLP (by e-mail)

Curtis, Mallet-Prevost, Colt & Mosle LLP, attn: Steven J. Reisman, Esq.
Counsel for Wilmington Trust Company (by e-mail)
Goldberg & Simpson, PSC, attn: K. Gail Russel, Esq.
Counsel for the Commonwealth of Kentucky (by e-mail)

Sessions, Fishman & Nathan, L.L.P., attn: J. David Forsyth, Esq.
Counsel for Westland Plaza Associates, L.P. (by e-mail)

LaMonica Herbst & Maniscalco, LLP, attn: Salvator LaMonica, Esq., & David A. Blansky, Esq.
Counsel for American KB Properties I (by e-mail)

Elk, Bankier, Chistu & Bakst LLP, attn: Michael R. Bakst, Esq. & Rilyn A. Carnahan, Esq.
Counsel for Gardens Park Plaza, Ltd. (by e-mail)

Ronald M. Tucker, Esq.
Counsel for Simon Property Group, L.P. (by e-mail)

David B. Katz, Esq.
Counsel for Cane River Associates (by e-mail)

Warren, Stevens LLP, attn: Emily Chou, Esq.
Counsel for Entergy Gulf States, Inc., Entergy Louisiana, Inc., Entergy Mississippi, Inc. & Entergy New Orleans, Inc. (by e-mail)

Haynes and Boone, LLP, attn: Stacey Jernigan, Esq. & Mark Elmore, Esq.
Counsel for Front End Services Corporation (by e-mail)

Elizabeth Dantin
PricewaterhouseCoopers LLP (by e-mail)

R. Travis Storey
KPMG LLC (by e-mail)

Alan M. Grunspan, Esq.
Carlton Fields, P.A. (by e-mail)

McDermott Will & Emery, attn: Moshin N. Khambati, Esq.
Counsel for Bain & Company, Inc.

Morrit Hock Hamroff & Horowitz LLP, attn: Marc L. Hamroff, Esq. & Leslie A. Berkoff, Esq.
Counsel for GE Commercial Finance Business Property Corporation (by e-mail)

Latrhop & Gage L.C., attn: Stephen B. Sutton, Esq.
Counsel for Dairy Farmers of America, Inc. (by e-mail)

Held & Israel, attn: Edwin W. Held, Jr., Esq.
Counsel for Beaver Street Fisheries, Inc. and Ja-Ru, Inc. (by e-mail)

                                                   /s/  *Keith N. Sambur*
                                                   Keith N. Sambur

986933.05-New York Server 7A - MSW