Hearing Date and Time: April 29, 2005 @ 10:00 a.m.

STUTSMAN & THAMES, P.A.
Nina M. LaFleur (0107451)
121 West Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for JEA


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-11063 (RDD) |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |


**NOTICE OF HEARING ON**
**OBJECTION OF JEA TO DEBTORS' MOTION FOR ORDER**
**(A) DEEMING UTILITIES ADEQUATELY ASSURED OF**
**PAYMENT, (B) PROHIBITING UTILITIES FROM ALTERING,**
**REFUSING, OR DISCONTINUING SERVICES, AND (C) ESTABLISHING**
**PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE**


**PLEASE TAKE NOTICE** that a hearing has been scheduled on JEA's Objection

to the Debtor's Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B)

Prohibiting Utilities from Altering, Refusing or Discontinuing Services, and (C) Establishing

Procedures for Resolving Requests for Additional Assurance before the Honorable Robert

D. Drain, United States Bankruptcy Judge, on **April 29, 2005 at 10:00 a.m.** (Eastern Time)

or as soon thereafter as counsel may be heard, in Courtroom 610 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,

New York.

**STUTSMAN & THAMES, P.A.**

/s/ Nina M. LaFleur

By_____

     Nina M. LaFleur
     Richard R. Thames

Florida Bar Number 0107451
Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for JEA

<u>**Certificate of Service**</u>

I certify that a copy of the foregoing has been furnished electronically and by mail to

David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New

York, New York 10036-6522 and to the United States Trustee, 33 Whitehall Street, 21st

Floor, New York, New York 10004 on this 8th day of April, 2005.

/s/ Nina M. LaFleur

_____

Attorney

55115