SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re                                   :
                                        :      Chapter 11
                                        :
WINN-DIXIE STORES, INC., et al.,        :      Case No. 05-11063 (RDD)
                                        :
            Debtors.                    :      (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE WITH RESPECT TO SIXTH SUBMISSION OF
A COMPLETED RETENTION QUESTIONNAIRE OF AN ORDINARY
COURSE PROFESSIONAL PURSUANT TO ORDER AUTHORIZING
DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS
USED IN THE ORDINARY COURSE OF BUSINESS**

I, Keith Sambur, hereby certify that I caused to be served the Sixth Submission

of a Completed Retention Questionnaire of an Ordinary Course Professional Pursuant

to Order Authorizing Debtors to Retain and Compensate Professionals Used in the

Ordinary Course of Business on April 6, 2005, by having true and correct copies

thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: April 8, 2005
       New York, New York

                                        /s/   Keith Sambur
                                        Keith Sambur
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                          & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        Telephone:  (212) 735- 3479
                                        Facsimile:   (917) 777- 3479

## EXHIBIT A

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax: 212-668-2255
deirdre.martini@usdoj.gov

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax: 212-668-2255
richard.morrissey@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn:, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com