Stephen B. Sutton (MO 25109)
LATHROP & GAGE L.C.
Suite 2800
2345 Grand Boulevard
Kansas City, Missouri 64108-2612
(816) 292-2000
(816) 460-5526 direct dial
(816) 292-2001 facsimile
ssutton@lathropgage.com

Attorneys for Dairy Farmers of America, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In Re: | : |
| | : Case No. 05-11063 (RDD) |
| WINN-DIXIE STORES, INC., et al. | : Jointly Administered |
| | : |
| Debtors, | Honorable Robert D. Drain |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) ss. |
| COUNTY OF JACKSON | ) |

      C. LORENE WEBER, being duly sworn, deposes and says:

      1.     I am a resident of the United States over the age of eighteen years. I am an employee of the Lathrop & Gage L.C. law firm, 2345 Grand Boulevard, Suite 2800, Kansas City, Missouri 64108, (816) 292-2000. I am not a party to nor have any interest in the above-captioned bankruptcy.

      2.     A copy of the following document was served by notice of electronic filing on April 8, 2005 to those listed on the Court electronic mailing list; and served on April 11, 2005 via first class mail, postage prepaid, upon the parties set out on the attached Service List:

CC 1402870v1

JOINDER OF DAIRY FARMERS OF AMERICA, INC. IN SUPPORT OF MOTION OF BULLALO ROCK COMPANY TO TRANSFER VENUE OF BANKRUPTCY CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA.

                                                  */s/  C. Lorene Weber*
                                                  C. Lorene Weber

Subscribed and sworn to before me this 11th day of April, 2005.

                                                  */s/  Debra A. Gillispie*
                                                  Notary Public

My Commission Expires:

  April 30, 2007

> DEBRA A. GILLISPIE
> Notary Public – Notary Seal
> STATE OF MISSOURI – Jackson County
> My Commission Expires April 30, 2007

-2-

CC 1402870v1

## SERVICE LIST

DJ Baker / S McDonald Henry
A. Margolis / Skadden Arps Slate
Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Richard C. Morrissey
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

ND Colton / DJ Liebman
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Rudi R. Grueneberg
Grueneberg Law Group LLC
704 East Main St., Bldg. E
Moorestown, NJ  08057

DW Dykhouse / M Handler
Patterson Belknap Webb & Typer
1133 Avenue of the Americas
New York, NY  10036-6710

Neil E. Herman
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178

Michael S. Held
Jenkins & Gilchrist PC
1445 Ross Avenue, Suite 3200
Dallas, TX  75202-2799

Lee Champion  /  Page Scrantom
Sprouse Tucker & Ford PC
111 Bay Avenue, 3rd Floor
P. O. Box 1199
Columbus, GA  31902-1199

S Robinson Borders / Brian C Walsh
King & Spalding LLP
191 Peachtree Street
Atlanta GA  30303

Adam L. Rosen
Scarcella Rosen & Slome LLP
333 Earle Ovington Blvd., 9th Floor
Uniondale, NY  11553

PA Forgosh / SA Zuber
Pitney Hardin LLP
P.O.Box  1945
Morristown, NJ  07932-0950

HB Levi / SB Feigenbaum
Levi Lubarsky & Feigenbaum LLP
845 Third Avenue, 21st Floor
New York, NY  10022

James S. Carr / Robert L. LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Paul Traub / Wendy Marcari
Traub Bonacquist & Fox LLP
655 Third Avenue – 21st Floor
New York, NY  10017

Conrad K. Chiu
Pitney Hardin LLP
7 Times Square
New York, NY  10036

David Boyle
Airgas Inc.
259 Radnor-Chester Road, Suite 100
P. O. Box  6674
Radnor, PA  19087-8675

JW Kozyak / LM Isicoff
Kozyak Tropin & Throckmorton PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134

Janice Stanton
Contrarian Capital Mgmt, LLC
411 West Putnam Avenue
Greenwich, CT  06830

Richard W. Ward
2527 Fairmount Street
Dallas, TX  75201

DL Pollack / J Meyers / DC Waldt
Ballard Spahr Andrews & Ingersoll
51st Floor Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Joseph D. Frank / Micah R. Krohn
Frank/Gecker LLP
325 North LaSalle Street
Chicago, IL  60610

Lawrence May / Rick A. Steinberg
Angel & Frankel PC
450 Park Avenue
New York, NY  10022

RJ Dehney / ED Schwartz
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O.Box  1347
Wilmington, DE  19899-1347

W. Clark Watson / Eric T Ray
Balch & Bingham LLP
P. O. Box  306
Birmingham, AL  35201

CC 1402870v1

Patrick L. Huffstickler  
Cox Smith Matthews Incorporated  
112 E. Pecan, Suite 1800  
San Antonio, TX  78205

Fred B. Ringel /  
Robinson Brog Leinwand Green  
Genovese & Gluck, PC  
1345 Avenue of the Americas  
New York, NY  10105

Frank Vydra  
Discover Financial Services, Inc.  
2500 Lake Cook Road  
Riverwoods, IL  60015

TJ Leanse / DP Branch / BD Huben  
Katten Muchin Zavis Rosenman  
2029 Century Park East, Suite 2600  
Los Angeles, CA  90067-3012

Robert L. Holladay, Jr.  
YoungWilliams PA  
P. O. Box  23059  
Jackson, MS  39225-3059

Steven J. Reisman / Curtis Mallet-  
Prevost, Colt and Mosle LLP  
101 Park Avenue  
New York, NY  10178-0061

Mark D. Bloom  
Greenberg Traurig PA  
1221 Brickell Avenue  
Miami, FL  33131

Andrew J. Flame  
Drinker Biddle and Reath LLP  
1100 North Market St., Suite 1000  
Wilmington, DE  39801

James J. Niemeier / McGrath North  
Mullin and Kratz, PC LLO  
First National Tower, Suite 3700  
1601 Dodge Street  
Omaha, NE  68102-1327

Earle I. Erman  /  Erman Teicher Miller  
Zucher & Freedman PC  
400 Galleria Officentre, Suite 444  
Southfield, MI  48034

Kathleen M. Miller  
Smith Katzenstein & Furlow  
800 Delaware Avenue, 7th Floor  
P.O.Box  410  
Wilmington, DE  19899

J Hayden Kepner / Darryl S Laddin  
Arnall Golden and Gregory LLP  
171 – 17th Street NW, Suite 2100  
Atlanta, GA  30363

Richard S. Miller  
Greenberg Traurig LLP  
200 Park Avenue  
New York, NY  10166

Andrew C. Kassner  
Drinker Biddle and Reath LLP  
140 Broadway, 39th Floor  
New York, NY  10005-1116

John P. Brice  
Wyatt Tarrant and Combs LLP  
250 West Main Street, Suite 1600  
Lexington, KY  40507-1746

Shelley D. Rucker  
Miller and Martin PLLC  
832 Georgia Avenue, Suite 1000  
Chattanooga, TN  37402-2289

Bruce S. Nathan / Anusia L. Gayer  
Lowenstein Sandler PC  
1251 Avenue of the Americas, 18th Fl.  
New York, NY  10020

Bryan M. Becker  
Howard Solochek and Weber SC  
324 E. Wisconsin Avenue, Suite 1100  
Milwaukee, WI  53204

HA Efroymson / MA Bogdonawicz  
Ice Miller  
One American Square, Box 82001  
Indianapolis, IN  46282-0002

Ira S. Greene  
Hogan & Hartson LLP  
875 Third Avenue  
New York, NY  10022

Steven M. Cimalore  
Wilmington Trust Company  
Rodney Square North  
111 North Market Street  
Wilmington, DE  19890

C. Craig Eller  
Broad and Cassel  
Onr North Clematis Street, Suite 500  
West Palm Beach, FL  33401

Gary Ginsburg  
Neiman Ginsburg and Mairanz PC  
39 Broadway, 25th Floor  
New York, NY  10006

Thomas H. Grace / W.Steven Bryant  
Locke Liddell and Sapp, LLP  
3400 Chase Tower  
600 Travis Street  
Houston, TX  77002

Reginald A. Greene  
BellSouth  
675 W. Peachtree St. NE, Ste. 4300  
Atlanta, GA  30375

Nicholas Griffiths / Merrill Lynch  
Pierce Fenner and Smith, Incorporated  
4 World Financial Center  
New York, NY  10080

Avrum J. Rosen  
Law Office of Avrum J. Rosen  
38 New Street  
Huntington, NY  11743

CC 1402870v1

C.Hochstadter Dicker / MR Branzburg
Klehr Harrison Harvey Branzburg et al
260 South Broad Street, 4th Floor
Philadelphia, PA  19102

Richard L. Stern
Macco and Stern, LLP
135 Pinelawn Road, Suite 120 South
Melville, NY  11747

Charles J. Filardi, Jr.
Pepe and Hazard LLP
30 Jelliff Lane
Southport, CT  06890-1436

Andrew H. Sherman
Silis Cummis Epstein and Gross PC
One Riverfront Plaza
Newark, NJ  07102-5400

Warren J. Martin / Brett S. Moore
Porzio Bromber and Newman PC
100 Southgate Parkway
P. O. Box 1997
Morristown, NJ  07962

Geraldine E. Ponto
Gibbons Del Deo Dolan Griffinger et al
One Riverfront Plaza
Newark, NJ  07102-5497

James C. Carignan
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, POBox 1709
Wilmington, DE  19899-1709

MP Solomon / RB Rubin / DF Meek
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL  35203

Rachel S. Budke
Law Department
FL Power & Light Co.
700 Universe Blvd.
Juno Beach, FL 33408

Timothy J. Curtin
Varnum Riddering Schmidt & Howlett
Bridgwater Place
P. O. Box 352
Grand Rapids, MI  49501-0352

Ronald Scott Kaniuk
Taplin and Associates
350 Fifth Avenue, Suite 2418
New York, NY  10118

Diana M. Thimmig
Roetzel and Andress
One Cleveland Center, 9th Floor
1375 East Ninth Street
Cleveland, OH  44115

Eric C. Cotton
Developers Diversified Realty Corp.
3300 Enterprise Parkway
P. O. Box 227042
Beachwood, OH  44122

Paul Rubin
Herrick Feinstein LLP
Two Park Avenue
New York, NY  10016

Raymond J. Urbanik / Scott F. Ellis
Munsch Hardt Kopf & Harr PC
1445 Ross Avenue, Suite 4000
Dallas, TX  75202

Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103-2799

Joel H. Levitin / Elise Scherr Frejka
Dechert LLP
30 Rockefeller Plaza
New York, NY  10112

Thomas R. Califano DLA
Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas – 29th Fl
New York, NY  10020-1104

L.M. Nashelsky / J.C. DiBattista
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

Frank Berg / Gregory J. Seketa
40/86 Advisors, Inc.
535 N. College Drive
Carmel, IN  46032

Andrew H. Sherman
Sills Cummis Epstein and Gross PC
30 Rockefeller Plaza
New York, NY  10112

David Conroy
Milling Benson Woodward LLP
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010

Michael D. Warner / David T. Cohen
Warner Stevens, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102

GA Cross / LB Tancredi / HD Foley
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, MD  21201

Alan K. Sable
Pepper Hamilton LLP
500 Grant Street, 50th Floor
Pittsburgh, PA  15219-2502

Gerard S. Catalanello
Brown Raysman Millstein Felder et al.
900 Third Avenue
New York, NY  10022

Andrew C. Kassner
Drinker Biddle and Reath LLP
One Logan Square / 18th & Cherry St.
Philadelphia, PA 19103-6996

-5-

CC 1402870v1

| | | |
|---|---|---|
| Andrew H. Sherman<br>Sills Cummis Radin Tischman Epstein<br>& Gross / 20th Floor<br>715 Fifth Avenue<br>New York, NY  10019 | Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX  75024 | Paul H. Deutch<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  10174 |
| Dennis F. Dunne<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY  10005 | William F. Harmeyer<br>Suite 475<br>7322 Southwest Freeway<br>Houston, TX  77074 | Larry D. Henin<br>Anderson Kill & Olick PC<br>1251 Avenue of the Americas<br>New York, NY  10020 |
| Alan W. Kornberg<br>Paul Weiss Rifkind Wharton &<br>Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019 | David M. Landis<br>Mateer & Harberg PA<br>Suite 2854<br>225 East Robinson Street<br>Orlando, FL  32802-2854 | Chris Lenhart<br>Dorsey & Whitney LLP / Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN  55402-1498 |
| Joseph Lubertazzi<br>McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102 | Stephan William Milo<br>Wharton Aldhizer & Weaver PLC<br>100 South Mason Street<br>POBox  20028<br>Harrisonburg, VA  22801-7528 | Alan R. Parlapiano<br>Fine Farkash & Parlapiano PA<br>622 Northeast First Street<br>Gainesville, FL  32601 |
| Barbra R. Parlin<br>Holland & Knight LLP<br>195 Broadway<br>New York, NY  10007-3189 | Brad J. Patten<br>Smith Gilliam Williams & Miles PA<br>POBox  1098<br>Gainesville, GA  30503 | Adam Ravin<br>Skadden Arps Slate Meagher & Flom<br>Four Times Square<br>New York, NY  10036 |
| Debra Sudock<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | | |

CC 1402870v1