UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re                                              :
                                                   :        Chapter 11
WINN DIXIE STORES, INC., et al.                    :
                                                   :        Case No. 05-11063-RDD
                        Debtor (s).                :
------------------------------------------------------x        Jointly Administered

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, JOHN W. KOZYAK, ESQ. a member in good standing of the Bar of the State of Florida and the United States District Court For The Middle and Southern Districts of Florida, the United States Court of Appeals - 5th and 11th Circuits, and the U.S. Tax Court, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Creditor, Lennar Partners, Inc. as attorney in fact and CCMSC 2000-1 Broward Plaza, LLC, in the above referenced Chapter 11 case. My address, telephone number, facsimile number and email address are as follows:

> John W. Kozyak, Esq.
> Kozyak, Tropin & Throckmorton, P.A.
> 2525 Ponce De Leon, 9th floor
> Miami, Florida 33134
> Telephone: (305) 372-1800
> Facsimile: (305) 372-3508
> Jwkozyak@kttlaw.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: March 17, 2005



John W. Kozyak

