SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D. J. Baker (DB 0085)

Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063 (RDD)** |
| | : | |
| **Debtors.** [1] | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## SEVENTH SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES OF CERTAIN ORDINARY COURSE PROFESSIONALS PURSUANT TO ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE <u>ORDINARY COURSE OF BUSINESS</u>

The Debtors hereby file, in accordance with the terms of the Order

Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Course of Business (the "Order"),[2] completed Questionnaires for the following

Ordinary Course Professionals (which completed Questionnaires are attached hereto

as the exhibit indicated next to the name of such Ordinary Course Professional):

     1.     Universal Designers & Consultants, Inc. (Exhibit A)

     2.     Scheer & Exley, PC  (Exhibit B)

In accordance with the terms of the Order, the Debtors shall serve  copies of

the above referenced completed Questionnaires upon the United States Trustee,

counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the

United States Trustee, the Committee and the DIP Lender shall have 20 days after

such service to object to the retention of any of the above referenced Ordinary

Course Professionals.

Dated:  April 11, 2005

                        /s/  *D. J. Baker*
                        D. J. Baker (DB 0085)
                        Sally McDonald Henry (SH 0839)
                        Rosalie Walker Gray
                        SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP
                        Four Times Square
                        New York, New York 10036
                        Telephone:    (212) 735-3000
                        Facsimile:    (212) 735-2000

                        Attorneys for Debtors

---

[2]     Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

2

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

      Steven Eichel
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York  10036
      Telephone: (212) 735-4113
      Facsimile: (917) 777-4113
      Email: seichel@skadden.com

      If more space is needed, please complete on a separate page and attach.

I, _James A. DiLuigi_, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.      Name and address of firm:

      Universal Designers & Consultants, Inc.

      6 Grant Avenue

      Takoma Park, MD  20912-4324

2.      Date of retention:  September 22, 2004

Questionnaire of: <u>Universal Designers & Consultants</u>
(Name of Firm)

3.     Type of services provided (accounting, legal, etc.):

    <u>ADA Consulting Services</u>

4.     Brief description of services to be provided:

    <u>Accessibility consulting and expert witness services, architectural</u>

    <u>consulting.</u>

5.     Arrangements for compensation (hourly, contingent, etc.)

    <u>Hourly</u>

6.     Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    <u>$2,580.98 - average monthly compensation</u>

7.     Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: <u>$2,487.03</u>

    Date claim arose: <u>March 4, 2005</u>

    Source of claim: <u>Invoice for February services rendered.</u>

8.     Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: Universal Designers & Consultants
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares: _____

No. of shares: _____

10.    Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _____

Status: _____

Kind of shares: _____

No. of shares: _____

11.    The above-named firm holds ~~no interest adverse~~ is not certain if it can to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

Work is being conducted for and under the direction of Clarke,

Silverglate Campbell Williams & Montgomery, Attorneys at Law.

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 4, 2005

Name: James A. DiLuigi, AIA, CSI
Title: Vice President
Company: Universal Designers & Consultants, Inc.
Address: 6 Grant Avenue
Takoma Park, MD 20912-4324
Telephone: (301) 270-2470
Facsimile: (301) 270-8199

**Exhibit B**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-11063**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Steven E Scheer_ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.    Name and address of firm:

_Scheer & Exley, PC_

_S E Liberty St._

_P.O. Box 11047_

_Savannah, GA 31412_

2.    Date of retention: _1970's_

Questionnaire of: *Steven E. Scheer / Scheer & Exley*
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

    *legal*

4.  Brief description of services to be provided:

    *litigation*

5.  Arrangements for compensation (hourly, contingent, etc.)

    *hourly*

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    *Senior Partner $105; Associate $85*

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ *∅*

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: *N/A*

    Status: _____

    Amount of Claim: $ *∅*

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: *Steven E. Scheer/Scheer & Seley*
(Name of Firm)

9.   Stock of any of the Debtors currently held by the firm:

Kind of shares: _0_____

No. of shares: _____

10.  Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: _0_____

Status: _____

Kind of shares: _____

No. of shares: _____

11.  The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

_None_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _1 April 2005_____

Name: _Steven E. Scheer_____
Title: _Senior Partner_____
Company: _Scheer & Seley, PC._____
Address: _PO Box 10417_____
_Savannah GA 31412_____
Telephone: _912-233-1273_____
Facsimile: _912-233-6584_____