Genovese Joblove & Battista, P.A.
Co-counsel for the National Asbestos Workers Pension Fund
100 Southeast Second Street
Suite 3600
Miami, FL 33131
Craig P. Rieders  (CR 9012)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

WINN DIXIE STORES, INC., *et al.,*

Debtors.

Chapter 11
Case No. 05-11063 [RDD]

Jointly Administered

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Craig P. Rieders, Esq., and the law firm of Genovese Joblove & Battista, P.A., hereby enter their appearance as co-counsel for the National Asbestos Workers Pension Fund. All parties are requested to take notice of said appearance and, in accordance with Bankruptcy Rule 2002, serve copies of any and all motions, pleadings, reports and/or documents of any kind or nature filed in these proceedings, whether filed by the Debtor or any other party in interest, upon said counsel.

In addition, it is respectfully requested that, pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix: **Craig P. Rieders, Esq., Genovese Joblove & Battista, P.A., Bank of America Tower, 100 Southeast Second Street, 36th Floor, Miami, FL  33131, Tel. No. (305) 349-2300 Fax No. (305) 349-2310.**

Dated: April 11, 2005
Miami, Florida

        Respectfully submitted,
        GENOVESE JOBLOVE & BATTISTA, P.A.
        *Co-counsel for the National Asbestos Workers Pension Fund*
        100 Southeast Second Street, Suite 3600
        Miami, Florida 33131
        Telephone: (305) 349-2300
        Facsimile:  (305) 349-2310

        By: /s/ Craig P. Rieders
             Craig P. Rieders, Esq. (CR 9012)