UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re: :
 :
WINN-DIXIE STORES, INC., et al., : Chapter 11
 : Case No. 05-11063 (RDD)
Debtors. : (Jointly Administered)
 :
------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

TO:  SPCP GROUP, L.L.C., AS AGENT FOR
SILVER POINT CAPITAL FUND, L.P. AND
SILVER POINT CAPITAL OFFSHORE FUND
LTD. ("Transferor")
SPCP Group, LLC
Two Greenwich Plaza, 1st floor
Greenwich, CT 06830
Att: Brian Jarmain
Tel: (203) 542-4032
Fax: (203) 542-4100

As of April 11, 2005, 40% of the Transferor's Claim shown against Debtors in the principal amount of $5,000,000 has been transferred to the following Transferee:

**JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, New York 10017
Attention:** Stanley Lim
**Telephone:** (212) 270-4421
**Fascimile:** (212) 270-2157
**E-mail:** stanley.lim@jpmorgan.com

The Evidence of Transfer of Claim is attached as Exhibit A and the Transferee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C.

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

| **Mailing Address:** | **Physical Address:** |
|---|---|
| | |

356310

| | |
|---|---|
| The Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green<br>New York, New York 10004-1408 | The Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green<br>New York, New York 10004-1408 |

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

    JPMorgan Chase Bank, N.A.
    270 Park Avenue, 17th Floor
    New York, New York 10017
    Attention:    Stanley Lim
    Telephone:    (212) 270-4421
    Fascimile:    (212) 270-2157
    E-mail:    stanley.lim@jpmorgan.com

WITH A COPY TO :

    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022
    Attention:    Timothy C. Bennett
    Telephone:    (212) 536-4897
    Fascimile:    (212) 536-3901
    E-mail :    tbennett@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: April 11, 2005

            JPMORGAN CHASE BANK, N.A.

            By: _____
            Name:
            Title:
                      Stanley Lim
                      Authorized Signatory