**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re                                                               :
                                                                          :    **Chapter 11**
                                                                          :
**WINN-DIXIE STORES, INC., <u>et al.</u>,**           :    **Case No. 05-11063 (RDD)**
                                                                          :
           Debtors.                                    :    **(Jointly Administered)**
                                                                          :
-------------------------------------------------------------x

**BRIDGE ORDER UNDER 11 U.S.C. § 365(d)(4) EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

        The above-captioned debtors and debtors-in-possession (the "Debtors") having filed their Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (the "Lease Extension Motion") on March 17, 2005; and a hearing to consider the Motion having been scheduled before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") to commence on April 12, 2005, at 10:00 a.m. (the "Original Hearing"); and the Debtors having requested that the Original Hearing be adjourned pending the outcome of the Motion of Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District Where Venue Would be Appropriate Under 28 U.S.C. § 1408 (the "Venue Motion"), which motion is currently scheduled to be heard on April 12, 2005; and the Debtors having requested an interim extension of the time within which they must move to assume or reject their unexpired leases of nonresidential real property, pending a ruling by the Bankruptcy Court on the Venue Motion; and sufficient cause appearing therefor, it is hereby

        ORDERED that the time within which the Debtors must move to assume or reject their unexpired leases of nonresidential real property pursuant to 11 U.S.C. § 365(d)(4) is

-2-

extended until and through such time as an order on the Lease Extension Motion is entered by the Bankruptcy Court or such other bankruptcy court to which these cases may be transferred based upon the outcome of the Venue Motion, without prejudice to the Debtors' right to seek further extensions.

Dated:  April 12, 2005
       New York, New York

                                           /s/Robert D. Drain
                                           HONORABLE ROBERT D. DRAIN
                                           UNITED STATES BANKRUPTCY JUDGE