```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
In re:                            :  Chapter 11
                                  :
WINN-DIXIE STORES, INC., et al., :   Case No. 05-11063 (RDD)
                                  :
                  Debtors.        :  (Jointly Administered)
----------------------------------x
```

**ORDER UNDER 11 U.S.C. § 1103 AND FED. R. BANKR. P. 2014 AND 5002, AUTHORIZING RETENTION AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF <u>WINN-DIXIE STORES, INC., et al.</u>**

Upon the Application, dated March 22, 2005 (the "<u>Application</u>"), of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, "<u>Winn-Dixie</u>" or the "<u>Debtors</u>"), for an order authorizing the Committee to retain and employ Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("<u>Milbank</u>"), effective as of March 1, 2005, as counsel for the Committee in the above-captioned cases, pursuant to section 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "<u>Bankruptcy Code</u>") and rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2014-1; and the Court having considered the Affidavit of Dennis F. Dunne, sworn to March 22, 2005, in connection with the Application; and employment and retention of Milbank having been approved on an interim basis on March 31, 2005; and due and sufficient notice

of the Application having been given; and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Application is granted on a final basis; and it is further

ORDERED, that the Committee is authorized to continue to retain and employ Milbank to serve as counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code, effective as of March 1, 2005, on the terms set forth in the Application and the Dunne Affidavit; and it is further

ORDERED, that Milbank shall be compensated upon appropriate application in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and the interim compensation procedures order entered in this case; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED, that the requirement pursuant to Local Rule 9013-1(b) that the Committee file a memorandum of law in support of the Application is hereby waived.

Dated: April <u>12</u>, 2005
      New York, New York

                                        /s/Robert D. Drain
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE