In the United State Bankrutcy Court for the Southern District of New York.

David Timmons
 Plaintiff

vs.

Winn Dixie Store, Inc
 Defendant

Case No(s)
District Court: 05-1163
Lower Court: 04-19601 CACE (12)

## Motion For Relief From Stay

Come Now, the Plaintiff, David Timmons, Pro Se, Pursuant to Bankruptcy Rule 4001, Moye this Honorable Court to Relief this cause from stay; In support thereof the Plaintiff Would state the following:

1. Plaintiff file a Personal Injury Complaint against the Defendant on November 17th, 2004

2. On or about February 21, 2005, the Defendant file Bankruptcy in this Court causing an Automatic Stay.

3. As a Result of the Defendant Negligent, There is Serious Bodily Harm, Loss of Wage, Deprivation of Livelihood, and Undue Hardship.

4. Plaintiff seek's a Disperate Need to Pursue his claim and Regan some livelihood.

1 of 3

[RECEIVED APR 8 2005 U.S. Bankruptcy Court S.D. of N.Y.]

5. Plaintiff has no equity in the Defendant Disputed Property.

6. Plaintiff is only seeking judgment from the Insurance Proceed and not from the Defendant Directly.

7. The Insurance Proceeds would not be Available for Distribution to other Creditors in the Process.

8. Plaintiff would Assure the Court that if the Stay is lifted, there would be no Harm to the Bankruptcy Estate or its Creditors.

Wherefore, the Plaintiff pray that this Honorable Court would consider the plaintiff position in this cause and issue an Order to Lift the Stay so Liberty and Justice may be Serve.

Respectfully Submitted

David Timmons

David Timmons, Pro Se.
#500413239/6A3
Main Bureau
P.O. Box 9356
Ft. Lauderdale, FLA. 33301

**OATH**

Pursuant to 28 U.S.C. Sec. 1746, I Declare under penalty of Perjury that the foregoing Motion is true and correct.

*David Timmons* (signature)

DAVID TIMMONS / PRO SE

## Certificate of Service

I, David Timmons, the Plaintiff do hereby certify that a true and correct copy of the foregoing motion has been serve to Jason K. Gunter and Gregory A. Victor attorney's for Defendant, at the Law Office of Aborno and Yoss, LLP, 888 S.E. 3rd Avenue Suit 500 Ft. Lauderdale, FLA. 33316-1159, Clerk of Court, 17th Judicial Circuit, Broward County, 201 S.E. 6th Street, Ft. Lauderdale, Florida 33301, and the United State Bankrutcy Court for the Southern District of New York, Foley Square, 40 Centre Street, New York, NY. 1007 by U.S. Mail on this 4th day of April 2005.