Walter F. McArdle (ALA Bar No. 2446-R69W)
SPAIN & GILLON, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203-3753
Telephone: (205) 328-4100
Facsimile: (205) 324-8866
wfm@spain-gillon.com

Attorneys for North Madison Associates, Ltd.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re | * | Chapter 11 |
|---|---|---|
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 05-11063 |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

COMES NOW, Spain & Gillon, LLC, and files its Notice of Appearance and Request for Service of Papers, as counsel for the North Madison Associates, Ltd., who is a creditor and party-in-interest in the above-styled case, and pursuant to §1109(b) of the United States Bankruptcy Code and Rule 2002 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served as follows:

                Walter F. McArdle
                Spain & Gillon, LLC
                The Zinszer Building
                2117 Second Avenue North
                Birmingham, Al. 35203

Telephone: (205) 328-4100
Facsimile: (205) 324-8866
E-mail: wfm@spain-gillon.com

Attorneys for North Madison Associates, Ltd.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Bankruptcy Rules and the Bankruptcy Code, the foregoing Request for Notice and Service includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, motions, pleadings and notices regarding any pleading or request, whether formal or informal, written or oral, and transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telefax, or otherwise filed with regard to the above case and the proceedings herein.

Dated this 12th day of April, 2005.

_____
Walter F. McArdle
Attorney for North Madison Associates, Ltd.

OF COUNSEL:

SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203
(205) 328-4100

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Service of Papers has been served upon the parties on the attached Service List on this 12th day of April, 2005, via regular First Class Mail, properly addressed, with postage pre-paid.

_____
Of Counsel