## IN THE UNITED STATED DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: WINN-DIXIE STORES, INC.    :
                                  :    No. 05-11063
                                  :

## MOTION FOR RELIEF FROM STAY

COMES NOW, Willie H. Burgess, by and through the undersigned counsel of record, and hereby files this Motion for Relief from Stay, stating in support as follows:

Willie H. Burgess is the Plaintiff in the case of Willie H. Burgess v. Save Rite Grocery Warehouse, Inc., United States District Court for the Northern District of Georgia, Civil Action File No. 1:04-CV-03763-RWS. This is an employment discrimination/retaliation action.

Upon information and belief, Defendant Save Rite Grocery Warehouse, Inc. filed a voluntary petition for bankruptcy court protection on February 21, 2005. To date, Mr. Burgess has received no notice that the instant claim is included in the Bankruptcy action noted. Further, this claim is not so significant that to allow it to proceed would harm the ability of the Debtor to satisfy its obligations before the Bankruptcy Court. Defendant has a significant income stream, and since this claim is covered by insurance, the Debtor will face no loss after paying the deductible.

Therefore, Mr. Burgess requests that the Court grant immediate relief and waive the requirement of Bankruptcy Rule 4001(a)(3) and allow his case to proceed in the Northern District of Georgia, and that the Court enter an Order to enforce that decision.



(signatures on next page)

This __7th__ day of __April__, 20__05__.

                                                Respectfully submitted,
                                                The Georgia Law Group of Hurley, L. L. C.,

                                                Noel L. Hurley
                                                Georgia Bar No. 379685

                                                Alvin R. Lenoir (Of Counsel)
                                                Georgia Bar No. 446532

1934 Washington Road
East Point, Georgia 30344                   Attorneys for Willie H. Burgess
(404) 768 1990

IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: WINN-DIXIE STORES, INC.    :
                                               :    No. 05-11063

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and accurate copy of the within and foregoing **Motion for Relief from Stay** by placing a true and correct copy thereof, proper postage affixed, into the United States mail, addressed as follows:

    John F. Wymer III
    Lindsay Errickson
    King & Spalding, LLP
    191 Peachtree Street
    Atlanta, Ga. 30303-1763

This 7th day of April, 2005.

                                                    Respectfully submitted,
                                                    The Georgia Law Group of Hurley, L. L. C.,

                                                     Noel L. Hurley
                                                     Georgia Bar No. 379685

                                                     Alvin R. Lenoir (Of Counsel)
                                                     Georgia Bar No. 446532

1934 Washington Road
East Point, Georgia 30344                      Attorneys for Willie H. Burgess
(404) 768 1990


RECEIVED APR 11 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

### IN THE UNITED STATED DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: WINN-DIXIE STORES, INC.   :
                                 :   No. 05-11063

### MOTION FOR RELIEF FROM STAY

COMES NOW, Willie H. Burgess, by and through the undersigned counsel of record, and hereby files this Motion for Relief from Stay, stating in support as follows:

Willie H. Burgess is the Plaintiff in the case of Willie H. Burgess v. Save Rite Grocery Warehouse, Inc., United States District Court for the Northern District of Georgia, Civil Action File No. 1:04-CV-03763-RWS. This is an employment discrimination/retaliation action.

Upon information and belief, Defendant Save Rite Grocery Warehouse, Inc. filed a voluntary petition for bankruptcy court protection on February 21, 2005. To date, Mr. Burgess has received no notice that the instant claim is included in the Bankruptcy action noted. Further, this claim is not so significant that to allow it to proceed would harm the ability of the Debtor to satisfy its obligations before the Bankruptcy Court. Defendant has a significant income stream, and since this claim is covered by insurance, the Debtor will face no loss after paying the deductible.

Therefore, Mr. Burgess requests that the Court grant immediate relief and waive the requirement of Bankruptcy Rule 4001(a)(3) and allow his case to proceed in the Northern District of Georgia, and that the Court enter an Order to enforce that decision.



(signatures on next page)

This 7th day of April, 2005.

Respectfully submitted,
The Georgia Law Group of Hurley, L. L. C.,

_____
Noel L. Hurley
Georgia Bar No. 379685

_____
Alvin R. Lenoir (Of Counsel)
Georgia Bar No. 446532

1934 Washington Road
East Point, Georgia 30344
(404) 768 1990

Attorneys for Willie H. Burgess

2

# IN THE UNITED STATED DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: WINN-DIXIE STORES, INC.    :
                                  :    No. 05-11063

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and accurate copy of the within and foregoing **Motion for Relief from Stay** by placing a true and correct copy thereof, proper postage affixed, into the United States mail, addressed as follows:

John F. Wymer III
Lindsay Errickson
King & Spalding, LLP
191 Peachtree Street
Atlanta, Ga. 30303-1763

This _7th_ day of _April_, 20_05_.

Respectfully submitted,
The Georgia Law Group of Hurley, L. L. C.,

_____
Noel L. Hurley
Georgia Bar No. 379685

_____
Alvin R. Lenoir (Of Counsel)
Georgia Bar No. 446532

1934 Washington Road
East Point, Georgia 30344          Attorneys for Willie H. Burgess
(404) 768 1990



RECEIVED
APR 11 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

3

## IN THE UNITED STATED DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: WINN-DIXIE STORES, INC.    :
                                  :    No. 05-11063

### MOTION FOR RELIEF FROM STAY

COMES NOW, Willie H. Burgess, by and through the undersigned counsel of record, and hereby files this Motion for Relief from Stay, stating in support as follows:

Willie H. Burgess is the Plaintiff in the case of Willie H. Burgess v. Save Rite Grocery Warehouse, Inc., United States District Court for the Northern District of Georgia, Civil Action File No. 1:04-CV-03763-RWS. This is an employment discrimination/retaliation action.

Upon information and belief, Defendant Save Rite Grocery Warehouse, Inc. filed a voluntary petition for bankruptcy court protection on February 21, 2005. To date, Mr. Burgess has received no notice that the instant claim is included in the Bankruptcy action noted. Further, this claim is not so significant that to allow it to proceed would harm the ability of the Debtor to satisfy its obligations before the Bankruptcy Court. Defendant has a significant income stream, and since this claim is covered by insurance, the Debtor will face no loss after paying the deductible.

Therefore, Mr. Burgess requests that the Court grant immediate relief and waive the requirement of Bankruptcy Rule 4001(a)(3) and allow his case to proceed in the Northern District of Georgia, and that the Court enter an Order to enforce that decision.



(signatures on next page)

This 7th day of April, 2005.

Respectfully submitted,
The Georgia Law Group of Hurley, L. L. C.,

_____
Noel L. Hurley
Georgia Bar No. 379685

_____
Alvin R. Lenoir (Of Counsel)
Georgia Bar No. 446532

1934 Washington Road
East Point, Georgia 30344       Attorneys for Willie H. Burgess
(404) 768 1990

2

## IN THE UNITED STATED DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: WINN-DIXIE STORES, INC.    :
                                  :    No. 05-11063

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and accurate copy of the within and foregoing **Motion for Relief from Stay** by placing a true and correct copy thereof, proper postage affixed, into the United States mail, addressed as follows:

John F. Wymer III
Lindsay Errickson
King & Spalding, LLP
191 Peachtree Street
Atlanta, Ga. 30303-1763

This 7th day of April, 2005.

Respectfully submitted,
The Georgia Law Group of Hurley, L. L. C.,

_____
Noel L. Hurley
Georgia Bar No. 379685

_____
Alvin R. Lenoir (Of Counsel)
Georgia Bar No. 446532

1934 Washington Road
East Point, Georgia 30344          Attorneys for Willie H. Burgess
(404) 768 1990


RECEIVED APR 11 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

3