COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

Index #: 11063 05 (RDD)
Filed: NO Court Date: / /
Mortg #:

IN RE:

— vs —

WINN DIXIE STORES INC ET AL

Petitioner (s)
Plaintiff (s)
Defendant (s)
Respondent (s)

LAMONICA HERBST ET AL LLP
3305 JERUSALEM AVE
WANTAGH, NY 11793

---

STATE OF NEW YORK: COUNTY OF __NASSAU__ : ss:

TARIK CLYBURN, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 04, XX2005 at 03:50 PM, at 4 TIMES SQUARE, NEW YORK, NY 10036 (24 flr) deponent served the within OBJECTIONS/SUPPORTING PAPERS/INDEX# on

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP defendant therein named.

**INDIVIDUAL** 1 ☐ By Personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____

☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION** 2 ☒ By delivering to and leaving with STEVEN KATZENIN – AUTH.PARTY at 4 TIMES SQUARE, NEW YORK, NY 1003 (24 flr), NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON** 3 ☐ By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____, NY, the said premises being the defendants — respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.** 4 ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4** 5 ☐ Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____.

**PREVIOUS ATTEMPTS Use with 4** 6 ☐ Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:

Approximate age 51-65   Approximate weight 161-200   Approximate height 5'4"-5'8"   Sex M
Color of skin WHITE   Color of hair GRAY   Other GLASSES

☐ Spoke with _____ who confirmed non-military status of defendant.
Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

_Dianne Justice_ 4-8-05
Sworn to before me this

DIANNE JUSTICE
Notary Public, State of New York
No. 01JU5048773
Qualified in Nassau County
Commission Expires August 26, 20__

TARIK CLYBURN, Lic. # 873709

*Interboro Attorney Service Corporation*
2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000

COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

Index #: 11063 05 (RDD)
Filed: NO  Court Date: / /
Mortg #:

IN RE:

Petitioner (s)
Plaintiff (s)

— vs —

WINN DIXIE STORES INC ET AL

Defendant (s)
Respondent (s)

LAMONICA HERBST ET AL LLP
3305 JERUSALEM AVE
WANTAGH, NY 11793

STATE OF NEW YORK: COUNTY OF ____NASSAU____ : SS:

TARIK CLYBURN _____, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 04, XX2005, 02:15 PM, at 1 CHASE MANHATTAN PLZ, NEW YORK NY 10005

deponent served the within OBJECTIONS/SUPPORTING PAPERS/INDEX# _____ on

MILBANK, LLP _____ defendant therein named.

**INDIVIDUAL**
1 ☐
By Personally delivering to and leaving with said _____ a true copy thereof,
and that he knew the person so served to be the person mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☒
By delivering to and leaving with THOMAS C. BIVONA--AUTH.PARTY at 1 CHASE MANHATTAN PLZ, NEW YORK NY 10005, NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:

**SUITABLE AGE PERSON**
3 ☐
By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____, NY, the said premises being the defendants — respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐
By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☐
Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____.

**PREVIOUS ATTEMPTS Use with 4**
6 ☐
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age 51-65   Approximate weight 161-200   Approximate height 5'4"-5'8"   Sex M
Color of skin WHITE   Color of hair GRAY   Other GLASSES

☐ Spoke with _____ who confirmed non-military status of defendant.
Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 4-8-05
TARIK CLYBURN, Lic. # 873709

DIANNE JUSTICE
Notary Public, State of New York
No. 01JU5048773
Qualified in Nassau County
Commission Expires August 28, 20___

*Interboro Attorney Service Corporation*
2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000

US BANKRUPTCY COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

Index #: 11063 05 (RDD)
Filed: NO    Court Date:
Mortg #:

IN RE:

— vs —

WINN DIXIE STORES INC ET AL

Petitioner (s)
Plaintiff (s)

Defendant (s)
Respondent (s)

LAMONICA HERBST ET AL LLP
3305 JERUSALEM AVE
WANTAGH, NY 11793

STATE OF NEW YORK: COUNTY OF _____NASSAU_____ : ss:

TARIK CLYBURN _____, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 04, XX2005, 02:55 PM, at US BANKRUPTCY:1 BOWLING GREEN, NY NY 10004

deponent served the within OBJECTIONS/SUPPORTING PAPERS/INDEX# _____ or

CHAMBERS OF THE HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY, JUDGE defendant therein named.

**INDIVIDUAL**
1 ☐ By Personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☒ By delivering to and leaving with MS. WILLIAMS — AUTH. PARTY at US BANKRUPTCY:1 BOWLING GR NY 10004, NY, and that he knew the person so served to be the managing/authorized agent of the corporation and said person stated that he was authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person.*

**SUITABLE AGE PERSON**
3 ☐ By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____, NY, the said premises being the defendants — respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☐ Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____.

**PREVIOUS ATTEMPTS Use with 4**
6 ☐ Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:

Approximate age 21-35   Approximate weight 161-200   Approximate height 5'4"-5'8"   Sex F
Color of skin BLACK   Color of hair BLACK   Other _____

☐ Spoke with _____ who confirmed non-military status of defendant.
Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 4-8-05
DIANNE JUSTICE
Notary Public, State of New York
No. 01JU5048773
Qualified in Nassau County
Commission Expires August 28, 20__

TARIK CLYBURN, Lic. # 873709

*Interboro Attorney Service Corporation*
2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000