## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-11063 |
| Debtors. ) | (Jointly Administered) |
| _____ ) | |

### NOTICE OF RECLAMATION DEMAND
### SERVED BY MISS BECKY SEAFOOD, INC.

Creditor, Miss Becky Seafood, Inc., gives notice of service of the attached Reclamation Demand on Winn-Dixie Stores, Inc., on February 23, 2005.

MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES

_____
Richard K. Jones
Florida Bar No. 351008
Eric L. Hearn
Florida Bar No. 0094269
501 West Bay Street
Jacksonville, Florida 32202
Telephone: (904) 356-1306
Facsimile: (904) 354-0194
ATTORNEYS FOR CREDITOR
MISS BECKY SEAFOOD, INC.



RECEIVED
FEB 24 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## Certificate of Service

I certify that a copy of the foregoing has been sent to the following:

Peter Lynch
President and CEO
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254
(By hand and mail)

D.J. Baker, Esq.
Sally McDonald Henry, Esq.
Skadden, Arps, Slate, Meagher &
  Flom, LLP
Four Times Square
New York, New York 10036
(By facsimile and mail)

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303
(By facsimile and mail)

Corporation Services Company
1201 Hays Street
Tallahassee, Florida 32301
(By facsimile and mail)

this 23rd day of February, 2005.

_____
Attorney

# MOSELEY PRICHARD PARRISH KNIGHT & JONES

Attorneys and Counselors at Law

501 WEST BAY STREET

JACKSONVILLE, FLORIDA 32202

JAMES F. MOSELEY
J. W. PRICHARD, JR.
ROBERT B. PARRISH
ANDREW J. KNIGHT II *+
RICHARD K. JONES
JAMES F. MOSELEY, JR.*
PHILLIP A. BUHLER
STANLEY M. WESTON
TRACY A. CHESSER*
CHARLES M. TRIPPE

ROBERT M. SHARP+
THOMAS C. SULLIVAN
ERIC L. HEARN
DAVID C. REEVES
P. MICHAEL LEAHY

NEIL C. TAYLOR
JAMES E. WILLIAMS
OF COUNSEL

E. DALE JOYNER
(1943-1993)

* ALSO ADMITTED IN GEORGIA
+ CERTIFIED CIRCUIT MEDIATOR STATE AND FEDERAL COURTS

TELEPHONE (904) 356-1306
FACSIMILE (904) 354-0194
EMAIL firm@mppkj.com
INTERNET www.mppkj.com

February 23, 2005

Mr. Peter Lynch
President and CEO
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254

Re: **Reclamation Demand of Miss Becky Seafood, Inc.**

Dear Mr. Lynch:

This firm is counsel for Miss Becky Seafood, Inc.

Pursuant to applicable law, including Section 546 of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code, this letter constitutes written demand for reclamation of seafood products received from Miss Becky Seafood, Inc. by Winn-Dixie or any affiliate or subsidiary company within the twenty day period prior to the date of this letter. According to the records of Miss Becky Seafood, Inc., you received seafood products and other goods from Miss Becky Seafood, Inc. during this twenty day period valued in the amount of $527,935.25 on the invoice dates set forth in the attached schedule.

Sincerely,

MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES

Richard K. Jones

Enclosure:
cc: D. J. Baker, Esq.
   Sally McDonald Henry, Esq.
   Sarah Robinson Borders, Esq.
   Corporation Services Co.
RKJ/heh

# MISS BECKY SEAFOOD, INC.
## D/B/A SAFE HARBOR SEAFOOD

4371 Ocean Street * Mayport, Florida * (904) 247-0265

| INVOICE DATE | DELIVERY DATE | DIVISION | INVOICE NUMBER | AMOUNT DUE |
|---|---|---|---|---|
| 2/7/2005 | 2/3/2005 | CHARLOTTE | 131408 | 2358.75 |
| 2/4/2005 | 2/3/2005 | CHARLOTTE | 131276 | 566.75 |
| 2/4/2005 | 2/3/2005 | CHARLOTTE | 131277 | 4,900.00 |
| 2/4/2005 | 2/3/2005 | CHARLOTTE | 131278 | 2,280.00 |
| 2/8/2005 | 2/3/2005 | CHARLOTTE | 131273 | 13,475.00 |
| 2/8/2005 | 2/7/2005 | CHARLOTTE | 131496 | 131.25 |
| 2/8/2005 | 2/7/2005 | CHARLOTTE | 131497 | 2,012.95 |
| 2/8/2005 | 2/7/2005 | CHARLOTTE | 131498 | 787.50 |
| 2/11/2005 | 2/10/2005 | CHARLOTTE | 131632 | 2,182.45 |
| 2/15/2005 | 2/14/2005 | CHARLOTTE | 131882 | 6,855.00 |
| 2/15/2005 | 2/14/2005 | CHARLOTTE | 131884 | 2,263.75 |
| 2/18/2005 | 2/17/2005 | CHARLOTTE | 132110 | 1,375.00 |
| 2/18/2005 | 2/17/2005 | CHARLOTTE | 132112 | 3,528.00 |
| 2/18/2005 | 2/17/2005 | CHARLOTTE | 132111 | 4,032.00 |
| 2/18/2005 | 2/17/2005 | CHARLOTTE | 132113 | 1,976.65 |
| 2/7/2005 | 2/3/2005 | ATLANTA | 131425 | 679.50 |
| 2/8/2005 | 2/3/2005 | ATLANTA | 131433 | 12,612.50 |
| 2/8/2005 | 2/7/2005 | ATLANTA | 131445 | 679.50 |
| 2/8/2005 | 2/7/2005 | ATLANTA | 131446 | 2,736.00 |
| 2/8/2005 | 2/7/2005 | ATLANTA | 131453 | 2,887.50 |
| 2/8/2005 | 2/7/2005 | ATLANTA | 131455 | 1,966.75 |
| 2/11/2005 | 2/10/2005 | ATLANTA | 131704 | 602.00 |
| 2/11/2005 | 2/10/2005 | ATLANTA | 131705 | 1,050.00 |
| 2/15/2005 | 2/14/2005 | ATLANTA | 131883 | 3,192.00 |
| 2/15/2005 | 2/14/2005 | ATLANTA | 131885 | 611.00 |
| 2/15/2005 | 2/14/2005 | ATLANTA | 131886 | 3,795.00 |
| 2/18/2005 | 2/17/2005 | ATLANTA | 132114 | 3,450.00 |
| 2/18/2005 | 2/17/2005 | ATLANTA | 132115 | 679.50 |
| 2/18/2005 | 2/17/2005 | ATLANTA | 132120 | 1,182.50 |
| 2/7/2005 | 2/3/2005 | MONTGOMERY | 131416 | 956.60 |
| 2/7/2005 | 2/3/2005 | MONTGOMERY | 131417 | 1,925.00 |
| 2/7/2005 | 2/3/2005 | MONTGOMERY | 131424 | 1,356.00 |
| 2/8/2005 | 2/3/2005 | MONTGOMERY | 131423 | 39,856.25 |
| 2/8/2005 | 2/7/2005 | MONTGOMERY | 131444 | 465.30 |
| 2/8/2005 | 2/7/2005 | MONTGOMERY | 131454 | 3,806.25 |
| 2/8/2005 | 2/7/2005 | MONTGOMERY | 131456 | 4,462.50 |
| 2/11/2005 | 2/10/2005 | MONTGOMERY | 131706 | 1,750.00 |
| 2/11/2005 | 2/10/2005 | MONTGOMERY | 131707 | 1,110.00 |
| 2/11/2005 | 2/7/2005 | MONTGOMERY | 131708 | 1,044.50 |
| 2/14/2005 | 2/10/2005 | MONTGOMERY | 131865 | 38,340.00 |
| 2/15/2005 | 2/14/2005 | MONTGOMERY | 131953 | 9,850.00 |
| 2/15/2005 | 2/14/2005 | MONTGOMERY | 131956 | 1,690.50 |
| 2/18/2005 | 2/17/2005 | MONTGOMERY | 132116 | 4,455.00 |
| 2/18/2005 | 2/17/2005 | MONTGOMERY | 132117 | 6,900.00 |
| 2/18/2005 | 2/17/2005 | MONTGOMERY | 132119 | 97.50 |
| 2/22/2005 | 2/16/2005 | MONTGOMERY | 132413 | 38,340.00 |
| 2/7/2005 | 2/6/2005 | NEW ORLEANS | 131411 | 3,062.50 |
| 2/7/2005 | 2/6/2005 | NEW ORLEANS | 131413 | 2,382.00 |
| 2/7/2005 | 2/6/2005 | NEW ORLEANS | 131414 | 46,243.75 |
| 2/7/2005 | 2/3/2005 | NEW ORLEANS | 131419 | 29,400.00 |
| 2/7/2005 | 2/6/2005 | NEW ORLEANS | 131426 | 4,560.00 |
| 2/15/2005 | 2/14/2005 | NEW ORLEANS | 131954 | 4,560.00 |
| 2/15/2005 | 2/14/2005 | NEW ORLEANS | 131955 | 2,280.00 |
| 2/15/2005 | 2/14/2005 | NEW ORLEANS | 131957 | 9,062.50 |

| INVOICE DATE | DELIVERY DATE | DIVISION | INVOICE NUMBER | AMOUNT DUE |
|---|---|---|---|---|
| 2/7/2005 | 2/4/2005 | MIAMI | 131412 | 15,487.50 |
| 2/7/2005 | 2/4/2005 | MIAMI | 131421 | 1,162.50 |
| 2/8/2005 | 2/7/2005 | MIAMI | 131439 | 4,767.40 |
| 2/8/2005 | 2/7/2005 | MIAMI | 131441 | 1,575.00 |
| 2/10/2005 | 2/9/2005 | MIAMI | 131564 | 4,738.75 |
| 2/10/2005 | 2/9/2005 | MIAMI | 131562 | 3,024.00 |
| 2/17/2005 | 2/16/2005 | MIAMI | 132000 | 775.00 |
| 2/17/2005 | 2/16/2005 | MIAMI | 131999 | 8,204.80 |
| 2/17/2005 | 2/16/2005 | MIAMI | 132003 | 8,966.50 |
| 2/17/2005 | 2/16/2005 | MIAMI | 132002 | 252.20 |
| 2/18/2005 | 2/18/2005 | MIAMI | 132109 | 387.50 |
| 2/7/2005 | 2/4/2005 | POMPANO | 131418 | 4,987.50 |
| 2/7/2005 | 2/4/2005 | POMPANO | 131420 | 1,162.50 |
| 2/8/2005 | 2/7/2005 | POMPANO | 131438 | 2,484.00 |
| 2/8/2005 | 2/7/2005 | POMPANO | 131440 | 1,006.25 |
| 2/10/2005 | 2/9/2005 | POMPANO | 131565 | 5,733.70 |
| 2/17/2005 | 2/16/2005 | POMPANO | 131998 | 7,400.20 |
| 2/17/2005 | 2/16/2005 | POMPANO | 132001 | 387.50 |
| 2/17/2005 | 2/16/2005 | POMPANO | 132004 | 5,689.70 |
| 2/18/2005 | 2/18/2005 | POMPANO | 132108 | 387.50 |
| 2/10/2005 | 2/4/2005 | ORLANDO | 131566 | 1,939.00 |
| 2/10/2005 | 2/4/2005 | ORLANDO | 131567 | 12,337.50 |
| 2/10/2005 | 2/8/2005 | ORLANDO | 131568 | 1,093.75 |
| 2/10/2005 | 2/8/2005 | ORLANDO | 131569 | 4,071.00 |
| 2/10/2005 | 2/8/2005 | ORLANDO | 131570 | 3,039.00 |
| 2/14/2005 | 2/11/2005 | ORLANDO | 131801 | 6,348.00 |
| 2/14/2005 | 2/11/2005 | ORLANDO | 131802 | 3,670.70 |
| 2/16/2005 | 2/15/2005 | ORLANDO | 131942 | 3,528.00 |
| 2/16/2005 | 2/15/2005 | ORLANDO | 131943 | 4,679.00 |
| 2/3/2005 | 2/3/2005 | JAX STORE 6 | 131110 | 475.46 |
| 2/3/2005 | 2/3/2005 | JAX STORE 2 | 131128 | 101.19 |
| 2/3/2005 | 2/3/2005 | JAX STORE 5 | 131132 | 253.94 |
| 2/4/2005 | 2/3/2005 | JACKSONVILLE | 131280 | 175.00 |
| 2/4/2005 | 2/3/2005 | JACKSONVILLE | 131282 | 12,096.00 |
| 2/4/2005 | 2/3/2005 | JACKSONVILLE | 131283 | 24,281.25 |
| 2/4/2005 | 2/3/2005 | JACKSONVILLE | 131284 | 1,926.00 |
| 2/7/2005 | 2/5/2005 | JACKSONVILLE | 131410 | 2,325.00 |
| 2/8/2005 | 2/7/2005 | JACKSONVILLE | 131434 | 218.75 |
| 2/8/2005 | 2/7/2005 | JACKSONVILLE | 131435 | 1,181.25 |
| 2/8/2005 | 2/7/2005 | JACKSONVILLE | 131436 | 2,116.95 |
| 2/8/2005 | 2/7/2005 | JACKSONVILLE | 131437 | 2,691.00 |
| 2/8/2005 | 2/8/2005 | JAX STORE 5 | 131459 | 465.35 |
| 2/10/2005 | 2/10/2005 | JAX STORE 5 | 131543 | 275.00 |
| 2/10/2005 | 2/10/2005 | JAX STORE 6 | 131559 | 350.64 |
| 2/11/2005 | 2/10/2005 | JACKSONVILLE | 131631 | 2,692.10 |
| 2/11/2005 | 2/11/2005 | JAX STORE 2 | 131655 | 37.50 |
| 2/11/2005 | 2/11/2005 | JAX STOER 5 | 131659 | 599.04 |
| 2/14/2005 | 2/14/2005 | JAX STORE 5 | 131815 | 544.45 |
| 2/16/2005 | 2/16/2005 | JAX STORE 6 | 131959 | 510.18 |
| 2/16/2005 | 2/16/2005 | JAX STORE 2 | 131960 | 143.75 |
| 2/15/2005 | 2/15/2005 | JAX STORE 2 | 131878 | 37.50 |
| 2/15/2005 | 2/14/2005 | JACKSONVILLE | 131887 | 3,417.00 |
| 2/15/2005 | 2/14/2005 | JACKSONVILLE | 131889 | 4,337.50 |
| 2/18/2005 | 2/17/2005 | JACKSONVILLE | 132118 | 4,999.65 |

TOTAL 527,935.25