UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  :  Case No. 05-11063-rrd

WINN DIXIE STORES, INC., et al.  :  Chapter 11

        Debtors.  :

### PETERSON FARMS, INC.'S
### NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on February 24, 2005, pursuant to 11 U.S.C. 546, Peterson Farms, Inc. served its written demand for reclamation upon Winn Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand is attached hereto.

Dated: February 24, 2005
       Naples, Florida

                      RYNN & JANOWSKY, LLP

                      By: _____
                      Patricia J. Rynn, Esq.
                      4100 Newport Place Drive, Suite 700
                      Newport Beach, CA 92660
                      (949) 752-2911

                      Priscilla W. Grannis, Esq.
                      6017 Pine Ridge Road, No. 341
                      Naples, FL 34119
                      (239) 591-8417

                      Attorneys for Peterson Farms, Inc.


RECEIVED FEB 2 5 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Federal Express Overnight Delivery this 24th Day of February 2005 on the following:

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: David J. Baker, Esq.
Four Times Square
New York, New York 10036

King & Spalding LLP
Attn: Sarah Robinson Borders, Esq.
191 Peachtree Street
Atlanta, GA 30303

Dated: 24th Day of February 2005

Priscilla W. Grannis, Esq.

LAW OFFICES
## RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
TELEPHONE 949-752-2911
FAX 949-752-0953
INTERNET: www.rjlaw.com
E-MAIL: rj@rjlaw.com

PATRICIA J. RYNN
LEWIS P. JANOWSKY
R. JASON READ
MARION I. QUESENBERY
BARTHOLOMEW M. BOTTA
PRISCILLA W. GRANNIS*

LOIS E. RUBIN
MINDY JAMES NILI

*MEMBER OF THE FL BAR ONLY

BAY AREA OFFICE:
P. O. BOX 20799
OAKLAND, CA 94620
TELEPHONE: 510-705-8894
FAX: 510-705-8737

FLORIDA OFFICE:
6017 PINE RIDGE RD., NO. 341
NAPLES, FL 34119-3956
TELEPHONE: 239-591-8417
FAX: 239-591-8437

### Via FEDERAL EXPRESS

February 24, 2005

Mr. Hal Hopkins, Financial Director
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

    Re:   *In re Winn Dixie Stores, Inc., et al.*
          U.S. Bankruptcy Court for the Southern District of New York
          Case No. 05-11063
          **Demand for Reclamation of Goods: Peterson Farms, Inc.**

Dear Sir/Madame:

Peterson Farms sold apple juice concentrate to the Debtor on credit, which were received by the Debtor between February 11 and February 16, 2005. (the "Goods") The Goods were received by the Debtor at a time when the Debtor was insolvent, and were sold to Debtor in the ordinary course of business.

Pursuant to section 2-702 of the New York Uniform Commercial Code and Section 546(c) of the United States Bankruptcy Code, without waving any other rights, remedies or claims, the seller, Peterson Farms, Inc. (the "Seller"), demands the return of the Goods that are more particularly described on invoices 33503 and 33698, copies of which are attached hereto. This notice constitutes a timely demand for reclamation upon the Debtor. All other rights of Peterson Farms, Inc. are reserved.

We hereby demand that the Goods delivered to your facilities located at Deep South Products, Inc., 255 Jacksonville Hwy, Fitzgerald, GA 31750 be returned to Peterson Farms at once.

Letter to Winn Dixie
February 24, 2005
Page 2

To make arrangements for the return of all such goods, you should contact Priscilla W. Grannis, Esq. at (239) 591-8417.

Please note that nothing herein may be construed as a waiver or reduction of any rights under the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499 et seq.].

Thank you for your assistance.

                       Very truly yours,

                       RYNN & JANOWSKY LLP

                       Priscilla W. Grannis, Esq.
PWG/sch

                       Enclosures

cc:    Skadden, Arps, Slate, Meagher & Flom, LLP
       Attn: David J. Baker, Esq.
       Four Times Square
       New York, New York 10036

       King & Spalding LLP
       Attn: Sarah Robinson Borders, Esq.
       191 Peachtree Street
       Atlanta, GA 30303

       Deep South Products, Inc.
       255 Jacksonville Hwy.
       Fitzgerald, GA 31750



3104 W. Baseline Road
P.O. Box 115
Shelby, MI 49455-0115
Phone: (231) 861-7101
Fax: (231) 861-2274
petersonfarmsinc.com

| Invoice no. | 33503 |
|---|---|
| Invoice date | 02/09/2005 |

**Bill to**
Winn Dixie Mnft. Accounting
PO Box 41193
Jacksonville, FL 32203-1193

**Ship to**
Deep South Products, Inc
PO Box 1448
255 Jacksonville Hwy
Fitzgerald, GA 31750

Please remit to: P.O. Box 115, Shelby, MI 49455-0115.

| Terms | BOL no. | Ship date | Ship via |
|---|---|---|---|
| NET 30 | 730757 | 02/09/2005 | PFI |

| FOB | PFI Order no. | Customer P.O. | Customer release no. | Secondary reference no. |
|---|---|---|---|---|
| Shelby | 3602-5 | RB-11/23/2004 | 21327 | AJ05 |

| Quantity | Description | Unit weight | Price | Extension |
|---|---|---|---|---|
| 43 | Lot no. 12141<br>52gal Apple Concentrate<br>Customer item no. 410109 | 52.0 lbs | 312.0/ea. | 13,416.00 |
| 27 | Lot no. 12559<br>52gal Apple Concentrate<br>Customer item no. 410109 | 52.0 lbs | 312.0/ea. | 8,424.00 |
|  | Freight |  |  | 1,865.00 |
|  |  |  | Total | $ 23,705.00 |

**ALL CLAIMS FOR SHORTAGE OR DAMAGE MUST BE PRESENTED WITHIN FIVE (5) DAYS.**

Payment in full is required by the terms set forth above. We retain full interest of items purchased under this invoice until full payment has been received.
We hereby certify that these goods were processed in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.
The perishable agricultural commodities listed on the invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
A finance charge of 1.5% (18% APR) will be charged on all invoices 30 days past due.

D-11 Pure  7.31 am  53132

# Oceana County Freezer Storage Inc.

4730 West Shelby Road ❄ P.O. Box 116 ❄ Shelby, Michigan 49455 ❄ Phone 231-861-6575 ❄ Fax 231-861-6578

**STRAIGHT BILL OF LADING**

Oceana County Freezer Storage, Inc. is not responsible for any freight charges.

ORIGINAL - NOT NEGOTIABLE

DATE: 2-9-05
Carrier: PF/MPH

Truck #: 0000730757

**Consignee:**
DEEP SOUTH PRODUCTS, INC
PO BOX 1448
JACKSONVILLE HWY
FITZGERALD      GA    31750

**Customer:**
PETERSON FARMS INC.
C/O HUNTINGTON NATIONAL BANKS
3104 W. BASELINE, P.O. BOX 115
SHELBY         MI    49455
(231)861-7101

Customer PO: 21327
Cust. Release #: RB-11/23/2004
Order #: 3602-S

| UNITS | LOT NUMBER | PRODUCT DESCRIPTION | NET WEIGHT |
|---|---|---|---|
| 43.00 | 12141 | 52 GALLON DRUM APPLE CONCENTRATE | 25,155.00 |
| 27.00 | 12559 | 52 GALLON DRUM APPLE CONCENTRATE | 15,795.00 |

TOTAL QUANTITY: 70     TOTAL NET WEIGHT: 40,950.00     0000730757

TOTAL PALLETS: 18     PALLETS Received: 18     Shipped: 18     SEAL NUMBER: 0012762

TEMPERATURE: -10.2

MASTER CONTRACT # AJ21327 & ITEM # 410109

MAINTAIN (-10) DEGREES OR LOWER AT ALL TIMES. Carrier responsible for temperature and count after signing this Bill of Lading. RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER: OCEANA COUNTY FREEZER STORAGE, INC.     CARRIER: MPH
                                                  PER (DRIVER): _____
                                                  DATE: 2-9-05

Thomas Cunningha
2/11/05

#53132



3104 W. Baseline Road
P.O. Box 115
Shelby, MI 49455-0115
Phone: (231) 861-7101
Fax: (231) 861-2274
petersonfarmsinc.com

| Invoice no. | 33698 |
|---|---|
| Invoice date | 02/14/2005 |

**Bill to**
Winn Dixie Mnft. Accounting
PO Box 41193
Jacksonville, FL 32203-1193

**Ship to**
Deep South Products, Inc
PO Box 1448
255 Jacksonville Hwy
Fitzgerald, GA 31750

Please remit to: P.O. Box 115, Shelby, MI 49455-0115.

| Terms | BOL no. | Ship date | Ship via |
|---|---|---|---|
| NET 30 | 730691 | 02/14/2005 | PFI |

| FOB | PFI Order no. | Customer P.O. | Customer release no. | Secondary reference no. |
|---|---|---|---|---|
| Shelby | 3602-6 | RB-11/23/2004 | 21328 | AJ05 |

| Quantity | Description | Unit weight | Price | Extension |
|---|---|---|---|---|
| 70 | Lot no. 12559 | 52.0 lbs | 312.0/ea. | 21,840.00 |
|  | 52gal Apple Concentrate |  |  |  |
|  | Customer item no. 410109 |  |  |  |
|  | Freight |  |  | 1,925.00 |
|  |  |  | Total | $ 23,765.00 |

**ALL CLAIMS FOR SHORTAGE OR DAMAGE MUST BE PRESENTED WITHIN FIVE (5) DAYS.**

Payment in full is required by the terms set forth above. We retain full interest of items purchased under this invoice until full payment has been received.
We hereby certify that these goods were processed in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.
The perishable agricultural commodities listed on the invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
A finance charge of 1.5% (18% APR) will be charged on all invoices 30 days past due.

# Oceana County Freezer Storage, Inc.

4730 West Shelby Road ❋ P.O. Box 116 ❋ Shelby, Michigan 49455 ❋ Phone 231-861-6575 ❋ Fax 231-861-6578

**STRAIGHT BILL OF LADING**

| Oceana County Freezer Storage, Inc. is not responsible for any freight charges. | ORIGINAL - NOT NEGOTIABLE |
|---|---|

DATE: 2-14-05

Batch #: 0000730691　　　　Carrier: PF/MPH

| Consignee: | Customer: | |
|---|---|---|
| DEEP SOUTH PRODUCTS, INC<br>PO BOX 1448<br>255 JACKSONVILLE HWY<br>FITZGERALD　GA　31750 | PETERSON FARMS INC.<br>C/O HUNTINGTON NATIONAL BANKS<br>3104 W. BASELINE, P.O. BOX 115<br>SHELBY　　MI　49455<br>(231)861-7101 | Customer PO: 21328\<br>Cust. Release #: RG-11/23/2004<br>Order #: 3602-6 |

| UNITS | LOT NUMBER | PRODUCT DESCRIPTION | NET WEIGHT |
|---|---|---|---|
| 70.00 | 12559 | 52 GALLON DRUM APPLE CONCENTRATE | 40,950.00 |

TOTAL QUANTITY: 70　　TOTAL NET WEIGHT: 40,950.00　　0000730691

TOTAL PALLETS: 18　　PALLETS: Received 0　　Shipped 18　　SEAL NUMBER: 003803

TEMPERATURE: 0

MASTER CONTRACT# AJ05, PO# 21328
ITEM# 410109

*Deduct from freight*

MAINTAIN (+10) DEGREES OR LOWER AT ALL TIMES. Carrier responsible for temperature and count after signing this Bill of Lading. RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER: OCEANA COUNTY FREEZER STORAGE, INC.　　CARRIER: MPH

PER: [signature]　　PER (DRIVER): [signature]

DATE: 2-14-05

*Thomas Cunningham*
*2/16/05*

**INTERNAL OFFICE USE ONLY**

| Pallets | Copy | Fax | 2222 | Shipped |
|---|---|---|---|---|