UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-11063 |
| Debtors. ) | (Jointly Administered) |
| _____ ) | |

**NOTICE OF RECLAMATION DEMAND**
**SERVED BY HILLANDALE FARMS, INC.**

Creditor, Hillandale Farms, Inc., gives notice of service of the attached Reclamation Demand on Winn-Dixie Stores, Inc., on February 22, 2005.

SMITH HULSEY & BUSEY

By /s/ James H. Post
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Creditor, Hillandale Farms, Inc.



RECEIVED
FEB 28 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

JAMES H. POST

TELEPHONE   904 / 359-7700
DIRECT LINE  904 / 359-7783
FACSIMILE    904 / 359-7708
jpost@smithhulsey.com

February 22, 2005

Peter Lynch
President and CEO
Winn-Dixie Stores, Inc.
5233 Commonwealth Avenue
Jacksonville, Florida 32254

Re: Reclamation Demand of Hillandale Farms

Dear Mr. Lynch:

This firm represents Hillandale Farms.

Pursuant to applicable law, including Section 546 of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code, this letter constitutes written demand for reclamation of all egg products received from Hillandale Farms by Winn-Dixie or any affiliate or subsidiary company within the twenty day period prior to the date of this letter. According to the records of Hillandale Farms, you received eggs and other goods from Hillandale Farms during this twenty day period valued in the amount of $747,138.05 on the invoice dates set forth in the attached schedule.

Very truly yours,

James H. Post

JHP/clz/487478
Enclosure
cc:   D.J. Baker, Esq.
      Sarah Robinson Borders, Esq.
      Sally McDonald Henry, Esq.
      Corporation Services Co.

**HILLANDALE FARMS, INC.**
**CUSTOMER AGING REPORT**
**AS OF 02/22/2005**

Page 1 of 2

**COMPANY: 80**
**HILLANDALE - BROOKSVILLE**

| Inv Date | Invoice Type | Current | 0-14 DAYS | 15-21 DAYS | 22-30 DAYS | +30 DAYS | Balance Owed |
|---|---|---|---|---|---|---|---|
| **320017 DEEP SOUTH PRODUCTS** | | | | | | | |
| 2/8/2005 | 3630 I | | 14,474.70 | | | | 14,474.70 |
| 2/10/2005 | 3633 I | | 14,312.40 | | | | 14,312.40 |
| 2/11/2005 | 3636 I | | 14,625.00 | | | | 14,625.00 |
| 2/15/2005 | 3651 I | | 14,625.00 | | | | 14,625.00 |
| 2/16/2005 | 3655 I | | 14,625.00 | | | | 14,625.00 |
| Customer '3 20017' | | | 72,662.10 | | | | 72,662.10 |
| **320037 DEEP SOUTH PRODUCTS** | | | | | | | |
| 2/7/2005 | 3624 I | | | 14,652.00 | | | 14,652.00 |
| 2/10/2005 | 3634 I | | 14,625.00 | | | | 14,625.00 |
| 2/11/2005 | 3637 I | | 14,166.30 | | | | 14,166.30 |
| 2/11/2005 | 3638 I | | 14,625.00 | | | | 14,625.00 |
| 2/12/2005 | 3641 I | | 14,585.40 | | | | 14,585.40 |
| 2/12/2005 | 3642 I | | 14,467.80 | | | | 14,467.80 |
| 2/14/2005 | 3644 I | | 14,472.90 | | | | 14,472.90 |
| 2/14/2005 | 3645 I | | 14,539.60 | | | | 14,539.60 |
| 2/12/2005 | 3649 I | | 14,625.00 | | | | 14,625.00 |
| 2/17/2005 | 3657 I | | 12,475.20 | | | | 12,475.20 |
| 2/18/2005 | 3659 I | | 12,784.20 | | | | 12,784.20 |
| 2/19/2005 | 3661 I | | 12,637.35 | | | | 12,637.35 |
| Customer '3 20037' | | | 154,003.95 | 14,652.00 | | | 168,655.95 |
| **320107 DEEP SOUTH PRODUCTS** | | | | | | | |
| 2/10/2005 | 3635 I | | 14,625.00 | | | | 14,625.00 |
| 2/11/2005 | 3639 I | | 14,625.00 | | | | 14,625.00 |
| 2/11/2005 | 3640 I | | 14,595.90 | | | | 14,595.90 |
| 2/12/2005 | 3643 I | | 14,386.80 | | | | 14,386.80 |
| 2/14/2005 | 3646 I | | 14,862.30 | | | | 14,862.30 |
| 2/12/2005 | 3650 I | | 14,625.00 | | | | 14,625.00 |
| 2/17/2005 | 3658 I | | 12,339.15 | | | | 12,339.15 |
| 2/18/2005 | 3660 I | | 12,576.15 | | | | 12,576.15 |
| Customer '3 20107' | | | 112,635.30 | | | | 112,635.30 |
| **DIVISION TOTALS '80'** | | | 339,301.35 | 14,652.00 | | | 353,953.35 |

**COMPANY: 60**
**HILLANDALE - QUINCY**

| Inv Date | Invoice Type | Current | 0-14 DAYS | 15-21 DAYS | 22-30 DAYS | +30 DAYS | Balance Owed |
|---|---|---|---|---|---|---|---|
| **CHN WD WINN DIXIE WAREHOUSES** | | | | | | | |
| **320017 DEEP SOUTH PRODUCTS** | | | | | | | |
| 2/10/2005 | 27005 I | | 14,625.00 | | | | 14,625.00 |
| 2/11/2005 | 27006 I | | 13,912.20 | | | | 13,912.20 |
| 2/11/2005 | 27007 I | | 14,625.00 | | | | 14,625.00 |
| 2/12/2005 | 27026 I | | 14,041.20 | | | | 14,041.20 |
| 2/12/2005 | 27027 I | | 14,625.00 | | | | 14,625.00 |
| 2/14/2005 | 27028 I | | 14,304.60 | | | | 14,304.60 |
| 2/14/2005 | 27029 I | | 14,625.00 | | | | 14,625.00 |
| 2/17/2005 | 27059 I | | 12,525.45 | | | | 12,525.45 |
| 2/19/2005 | 27060 I | | 12,171.15 | | | | 12,171.15 |
| Customer '3 20017' | | | 125,454.60 | | | | 125,454.60 |
| **DIVISION TOTALS '60'** | | | 125,454.60 | | | | 125,454.60 |

**COMPANY: 02**
**HILLANDALE - CANOE CREEK**

Page 2 of 2

| Inv Date | Invoice Type | Current | 0-14 DAYS | 15-21 DAYS | 22-30 DAYS | +30 DAYS | Balance Owed |
|---|---|---|---|---|---|---|---|
| **320037 DEEP SOUTH PRODUCTS** | | | | | | | |
| 2/10/2005 | 23424 I | | 14,625.00 | | | | 14,625.00 |
| Customer '3 20037' | | | 14,625.00 | | | | 14,625.00 |
| **320127 DEEP SOUTH PRODUCTS** | | | | | | | |
| 1/31/2005 | 23386 I | | | | | 13,868.70 | 13,868.70 |
| 2/3/2005 | 23397 I | | | 14,257.80 | | | 14,257.80 |
| 2/7/2005 | 23410 I | | | 14,127.30 | | | 14,127.30 |
| 2/8/2005 | 23411 I | | 14,005.80 | | | | 14,005.80 |
| 2/10/2005 | 23421 I | | 14,131.20 | | | | 14,131.20 |
| 2/10/2005 | 23422 I | | 14,625.00 | | | | 14,625.00 |
| 2/10/2005 | 23423 I | | 14,625.00 | | | | 14,625.00 |
| 2/11/2005 | 23430 I | | 14,358.90 | | | | 14,358.90 |
| 2/11/2005 | 23431 I | | 14,625.00 | | | | 14,625.00 |
| 2/11/2005 | 23432 I | | 14,625.00 | | | | 14,625.00 |
| 2/12/2005 | 23434 I | | 14,058.30 | | | | 14,058.30 |
| 2/12/2005 | 23435 I | | 14,338.80 | | | | 14,338.80 |
| 2/12/2005 | 23436 I | | 14,625.00 | | | | 14,625.00 |
| 2/14/2005 | 23437 I | | 14,625.00 | | | | 14,625.00 |
| 2/14/2005 | 23438 I | | 14,625.00 | | | | 14,625.00 |
| 2/14/2005 | 23439 I | | 14,426.40 | | | | 14,426.40 |
| 2/17/2005 | 23459 I | | 12,170.10 | | | | 12,170.10 |
| 2/18/2005 | 23465 I | | 12,312.60 | | | | 12,312.60 |
| 2/19/2005 | 23471 I | | 12,360.90 | | | | 12,360.90 |
| Customer '3 20127' | | | 224,538.00 | 28,385.10 | | 13,868.70 | 266,791.80 |
| **DIVISION TOTALS** | '02' | | 239,163.00 | 28,385.10 | | 13,868.70 | 281,416.80 |
| **COMPANY TOTALS** | | | 703,918.95 | 43,037.10 | | 13,868.70 | 760,824.75 |

## Certificate of Service

I certify that a copy of the foregoing has been sent to the following:

Peter Lynch
President and CEO
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254
(By hand and mail)

D.J. Baker, Esq.
Sally McDonald Henry, Esq.
Skadden, Arps, Slate, Meagher &
 Flom, LLP
Four Times Square
New York, New York 10036
(By facsimile and mail)

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303
(By facsimile and mail)

Corporation Services Company
1201 Hays Street
Tallahassee, Florida 32301
(By facsimile and mail)

this _22nd_ day of February, 2005.

_____
Attorney

487500