1 | DAVID L. PRINCE, ESQ., #113599
1912 East Vernon Avenue
2 | Suite 100
Los Angeles, California 90058
3 | Tel. 323/234-2989 Fax. 323/234-2619

4

5 | Attorney for Creditor

6

7

8 | UNITED STATES BANKRUPTCY COURT

9 | SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

10

11 | In re:                                ) CASE NO.: 05-11063-RDD
                                          )
12 |    WINN-DIXIE STORES, INC.,          )
                                          )
13 |                       Debtor.        )
    |_____)

14

15 | **NOTICE OF RECLAMATION DEMAND OF
ADMIRALTY ISLAND FISHERIES, INC., D.B.A. AQUA STAR**

16

17 | Please be advised that a Notice of Reclamation Demand on
18 | behalf of Admiralty Island Fisheries, Inc., d.b.a. Aqua Star, was
19 | served on February 25, 2005 on the Debtor and its counsel,
20 | Skadden, Arps, Slate, Meagher & Flom, LLP and King & Spaulding,
21 | LLP.
22 |    A true and correct copy of the Reclamation Demand is attached
23 | hereto and made a part hereof as Exhibit "A" and is incorporated
24 | hereby this reference.
25 |    A copy of this Notice of Reclamation Demand of Admiralty

26

27 |                                   1
    | Notice of Reclamation Demand of Admiralty Island Fisheries, Inc.
28 |                         d.b.a. Aqua Star

RECEIVED
FEB 28 2005
U.S. BANKRUPTCY COURT

1 | Island Fisheries, Inc., d.b.a. Aqua Star is served on the Debtor,
2 | Debtor's counsel, United States Trustee as set forth in the
3 | attached Affidavit of Mailing.
4 |
5 | Dated: February 25, 2005

*[signature]*
DAVID L. PRINCE,
California Bar No. 113599
1912 East Vernon Avenue
Suite 100
Los Angeles, CA 90058
Tel. 323/234-2989
Fax. 323/234-2619

---
2
Notice of Reclamation Demand of Admiralty Island Fisheries, Inc.
d.b.a. Aqua Star

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Notice of Reclamation Demand was served on the 25th day of February, 2005, as set forth below by Regular United States Mail, Postage Prepaid, as follows:

David J. Baker, Esq.                Debtor's Attorney
Skadden, Arps, Slate,
Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders, Esq.        Debtor's Attorney
Brian C. Walsh, Esq.
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303

US Trustee
Office of the US Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Winn Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville, FL 32254

_____
DAVID L. PRINCE, ESQ.

---

3

Notice of Reclamation Demand of Admiralty Island Fisheries, Inc.
d.b.a. Aqua Star



February 25, 2005
Mr. Hal Hopkins, Financial Director
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

King & Spaulding
191 Peachtree Street
Atlanta, GA 30303

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

RE: Admiralty Island Fisheries dba Aqua Star (Aqua Star) Demand for Reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Debtor")

Aqua Star sold seafood products to the Debtor on credit, which was received by the Debtor between February 8th, 2005 and February 18th, 2005 ("Goods"). The Goods were received by the Debtor at a time when the Debtor knew they were insolvent, and were sold to the Debtor in the ordinary course of business.

Pursuant to Section 546(c) of Title 11 of the United States Code (Bankruptcy Code) and Section 2-702 of the New York Uniform Commercial Code, Aqua Star hereby tenders its demand for reclamation of the Goods that are more particularly described on invoices 347894, 347895, 347898, 348102, 348188 and 348476, attached hereto. This notice constitutes a timely demand for reclamation upon the Debtor. All other rights and remedies of Aqua Star are reserved. We hereby demand that the Goods delivered to your facilities, including but not limited to the following facilities, be returned to us at once:

                    Winn Dixie Stores, Inc./ALL DIVISIONS

1550 Jackson Ferry Road     Montgomery, AL 36197
4401 Seaboard Rd.           Orlando, FL 32808
3300 NW 123rd St.           Miami, FL 33069

2025 First Avenue · Suite 200 · Seattle, WA 98121 · Phone 206-448-5400 · Fax 206-448-2515

Please contact me immediately at (206) 615-7954 to discuss return of the Goods. We also request written confirmation and inventory records confirming that the Goods are on hand at your facility as of this time.

Sincerely,

Anna White
Credit/Collection Mgr.

cc:   David Prince, Esq.

# Invoice

PAGE: 1

Aqua Star
2025 1st Ave Suite 200
Seattle, WA 98121
TEL: 206-448-5400
FAX: 206-448-2818

Remit To:
AQUA STAR
Department #406
P.O. Box 34935
Seattle, WA 98124-1935

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/03/05 | 347894  A |

| SOLD TO: | SHIP TO: | SHIP TO #: |
|---|---|---|
| Winn-Dixie/Jacksonville<br>PO BOX 40595<br><br>Jacksonville, FL 32203-0595 | Winn-Dixie Stores, Inc.-Jckvl.<br>15500 w beaver street<br>904-266-8121<br>jacksonville, fl 32234 | 0001 |

CUSTOMER NO: 2225   TERMS: NET 21   ROUTE: 0001   STOP: 0207   SALESMAN: DXL

| ORDER DATE | CUSTOMER PO | DATE SHIPPED | SHIPPED VIA | FREIGHT | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| 01/31/05 | 616106 | 02/03/05 | D&L INTERPRIZES | PRE-PAID | 396655 |

| LOT NO. | QUANTITY | U/M | PRODUCT CODE | PRODUCT DESCRIPTION | TOTAL WGHT SHIPPED | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 00803<br>WH-AN | 500 | CS | 1701523<br>20/1 LB | White IQF QP 51/60<br>002114045950<br>FISHERMANS WHARF<br>(Farmed  Product of CHINA) | 10,000.00 | $2.6000 | $26,000.00 |

deliver 2/10/05

This Invoice Posted To A/R

| TOTAL QTY | 500 CS | | TOTAL WGT | 10,000.00 | TOTAL | $26,000.00 |
|---|---|---|---|---|---|---|

# AMERICOLD LOGISTICS, LLC

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading... IN INDELIBLE PENCIL, OR IN CARBON, AND RETAINED BY THE AGENT.

**PAGE 2**

AMERICOLD LOGISTICS
700 SOUTH RAYMOND AVENUE
FULLERTON, CA 92831
(714) 449-8520

SHPMT NBR: 473959
TRLR/CAR:
SCAC: D&L
SID NBR: 0900

DO NBR: A38049 7632
SHIP DATE: 2/04/05
ORDER NBR: 255655
PO NBR: 216106

**CARRIER:** D&L ENTERPRISES

**CARRIER'S NBR:**

SHIPPER (CONSIGNOR) | DELIVER TO (CONSIGNEE)
WINN DIXIE
15500 W. BEAVER STREET
704/266-8121
JACKSONVILLE, FL 32234

**ROUTE:** | **SIGNOUT:** 02/04 08:50

| QTY | PRODUCT NUMBER | BRAND | SAID TO BE OR CONTAIN | OWNER | CUBE | PRODUCT SIZE | WEIGHT |
|---|---|---|---|---|---|---|---|
| | | | ARRIVAL: LOAD: FINISH: SIGNED OUT: | | | | |
| | | | PALLETS IN: PALLETS OUT: PRODUCT TEMP: | | | | |
| 500 | 00803 00800 | | WHITE IQF BP 31/40 (FISHERMANS) CHINA CASE | | 615 | 20/1# | 6,500.00 4,000.00 |

0918

R.M... 2/4/05

**TOTALS** 615.00 CUBE 6,500.00 4,000.00

LAST PAGE OF 1

MAINTAIN AT -10 DEGREES

RECEIVED ABOVE APPARENT GOOD CONDITION AND CORRECT QUANTITY

SEND PREPAID FREIGHT BILL TO:
AQUA STAR
ATTN MICKIE REEVES
2025 FIRST AVE SUITE #300
SEATTLE, WA 98121

CARRIER: X D&L ENTERPRISES
SHIPPER: AQUA STAR

**2**

# Invoice

PAGE: 1

**Aqua Star**
2025 1st Ave Suite 200
Seattle, WA 98121
TEL: 206-448-5400
FAX: 206-448-2818

Remit To:
AQUA STAR
Department #406
P.O. Box 34935
Seattle, WA 98124-1935

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/09/05 | 347895  A |

| SOLD TO: | SHIP TO: | SHIP TO #: |
|---|---|---|
| Winn-Dixie/Miami<br>P.O. Box 408300<br><br>Fort Lauderdale, FL 33340-8300 | Winn-Dixie-Miami<br>3300 NW 123rd Street<br><br>Miami         FL 33069 | 0001 |

CUSTOMER NO: 2325    TERMS: NET 21        ROUTE: 0001  STOP: 0207    SALESMAN: DXL

| ORDER DATE | CUSTOMER PO | DATE SHIPPED | SHIPPED VIA | FREIGHT | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| 01/31/05 | 616111 | 02/09/05 | D&L INTERPRIZES | PRE-PAID | 395657 |

| LOT NO. | QUANTITY | U/M | PRODUCT CODE | PRODUCT DESCRIPTION | TOTAL WGHT SHIPPED | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 00803<br>WH-AN | 700 | CS | 1701523<br>20/1 LB | White IQF QP 51/60<br>002114045950<br>FISHERMANS WHARF<br>(Farmed  Product of CHINA) | 14,000.00 | $2.6000 | $36,400.00 |
| 00035<br>WH-AN | 53 | CS | 1903007<br>12/1 LB | Seafood Mix<br>073114992001<br>AQUA STAR<br>(Wild  Product of THAILAND) | 636.00 | $1.8500 | $1,176.60 |

deliver 2/14/05

This Invoice Posted To A/R

| TOTAL QTY | 753 CS | | TOTAL WGT | 14,636.00 | TOTAL | $37,576.60 |
|---|---|---|---|---|---|---|

# AMERICOLD LOGISTICS, LLC

IN INDELIBLE PENCIL, OR IN CARBON, AND RETAINED BY THE AGENT.

AMERICOLD LOGISTICS
00 SOUTH RAYMOND AVENUE
FULLERTON, CA 92631
(714) 447-9820

SHPMT NBR: 473999
TRLR/CAR: D&L
SCAC:
SID NBR: 0900

DO NBR: A980447431
SHIP DATE: 2/04/05
ORDER NBR:
PO NBR: 646111

CARRIER: D&L ENTERPRISES

CARRIER'S NBR: _____

WINN DIXIE / MIAMI
3300 NW 123RD STREET
MIAMI, FL 33069

ROUTE:

SIGNOUT: 02/04 09:35

| QUANTITY | PRODUCT NUMBER | SAID TO BE OR CONTAIN | PRODUCT SIZE | |
|---|---|---|---|---|
| | | ARRIVAL___ LOAD___ FINISH___ SIGNED OUT___ | | |
| | | PALLETS IN___ PALLETS OUT___ PRODUCT-TEMP___ | | |
| | | SEAL # | | |
| 59 | 00035-00035 | SEAFOOD MIX THAILAND CASE | 12/16 | 687.00 |
| 700 | 00105-00803 | WHITE IQF QP 51/60 (FISHERMANS) CHINA CASE | 30/16  841 | 2,100.00  8,400.00 |
| 0518 | | | | 753 |

R BAKER
wd/m
2/9/05

759 QTY   ** TOTAL **   926.19 CUBE   8,789.00
9,036.00

LAST PAGE OF 1

MAINTAIN AT -10 DEGREES

FREIGHT BILL TO:
AQUA STAR
ATTN: MICKIE REEVES
2025 FIRST AVE SUITE 200
SEATTLE, WA 98121

PREPAID

CARRIER: X D&L ENTERPRISES
SHIPPER: AQUA STAR

RECEIVED ABOVE
APPARENT GOOD
CONDITION AND
CORRECT QUANTITY

# Invoice

PAGE: 1

**Aqua Star**
2025 1st Ave Suite 200
Seattle, WA 98121
TEL: 206-448-6400
FAX: 206-448-2818

**Remit To:**
AQUA STAR
Department #405
P.O. Box 34935
Seattle, WA 98124-1935

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/04/05 | 347898  A |

**SOLD TO:**
Winn-Dixie/Orlando
5050 Edgewood Court
Jacksonville, FL 32203

**SHIP TO:**
Winn-Dixie/Orlando
4401 Seaboard Rd
Orlando    FL 32808

**SHIP TO #:**
0001

CUSTOMER NO: 2410    TERMS: NET 21    ROUTE: 0001   STOP: 0207   SALESMAN: DXL

| ORDER DATE | CUSTOMER PO | DATE SHIPPED | SHIPPED VIA | FREIGHT | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| 01/31/05 | 616119 | 02/04/05 | DaL INTERPRIZES | PRE-PAID | 395659 |

| LOT NO. | QUANTITY | U/M | PRODUCT CODE | PRODUCT DESCRIPTION | TOTAL WGHT SHIPPED | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 00903 WH=AN | 500 | CS | 1701523 20/1 LB | White IQF QP 51/60 002114045960 FISHERMANS WHARF (Farmed Product of CHINA) | 10,000.00 | $2.6000 | $26,000.00 |

deliver 2/10/05

This Invoice Posted To A/R

| TOTAL QTY | 500 CS | | TOTAL WGT | 10,000.00 | TOTAL | $26,000.00 |
|---|---|---|---|---|---|---|

# AMERICOLD LOGISTICS, LLC

**AMERICOLD LOGISTICS**
700 SOUTH RAYMOND AVENUE
FULLERTON, CA 92631
714-447-8820

**CARRIER:** D&L ENTERPRISES

SHPMT NBR: 473959
TRLR/CAR: D&L
SCAC: D&L
SID NBR: 0900

DO NBR: 980497680
SHIP DATE: 3/04/05
ORDER NBR: 395659
PO NBR: 516110

WINN-DIXIE
1401 SE
ORLANDO

S/ORLANDO
DART RD
FL 32800

SIGNOUT 03/04 08:30

| PRODUCT NUMBER | | PRODUCT SIZE | |
|---|---|---|---|
| 502 00803 00803 | WHITE IQF SHRIMP | 71/60 FISHERMANS | 6,500.00 / 6,000.00 |

500 QTY   A= TO   ALS AW 6  00 CUBE  6,500.00 / 6,000.00

LAST PG OF 1

MAINTAIN AT 10 DEGREES

END PREPAID   FREIGHT BILL TO   CARRIER
AQUA STAR
ATTN NICKIE REEVES
2025 FIRST AVE, SUITE 500   SHIPPER
SEATTLE, WA 98121

X AQUA STAR

RECEIVED ABOVE
APPARENT GOOD
CONDITION AND
CORRECT QUANTITY

2

# Invoice

**Aqua Star**
2025 1st Ave Suite 200
Seattle, WA 98121
TEL: 206-448-5400
FAX: 206-448-2818

Remit To:
AQUA STAR
Department #406
P.O. Box 34935
Seattle, WA 98124-1935

PAGE: 1

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/07/05 | 348102   A |

SOLD TO:
Winn-Dixie/Miami
P.O. Box 408300
Fort Lauderdale, FL 33340-8300

SHIP TO:
Winn-Dixie-Miami
3300 NW 123rd Street
Miami       FL 33069

SHIP TO #:
0001

CUSTOMER NO: 2325    TERMS: NET 21    ROUTE: 0001  STOP: 0209   SALESMAN: DXL

| ORDER DATE | CUSTOMER PO | DATE SHIPPED | SHIPPED VIA | FREIGHT | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| 01/25/05 | 611650 | 02/07/05 | UJF | PRE-PAID | 395009 |

| LOT NO. | QUANTITY | U/M | PRODUCT CODE | PRODUCT DESCRIPTION | TOTAL NGHT SHIPPED | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 44166 WH-06 | 986 | CS | 1790412 10/1 LB | White CPTO 41/50 002114045916 FISHERMANS WHARF (Farmed Product of CHINA) | 9,860.00 | $3.4000 | $33,524.00 |
| 44061 WH-06 | 890 | CS | 1701523 20/1 LB | White IQF QP 51/60 002114045950 FISHERMANS WHARF (Farmed Product of CHINA) | 17,800.00 | $2.6000 | $46,280.00 |

deliver 2/8/05

This Invoice Posted To A/R

TOTAL QTY  1,876  CS          TOTAL NGT  27,660.00          TOTAL  $79,804.00

This shipping order must be legibly filled in, in ink, in indelible pencil, or in carbon, and retained by the Agent.
RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading...

AMERICOLD TAMPA - BARTOW
Bartow

For Account of:  02295
AQUA STAR INC
SUITE 200
SEATTLE, WA  98121

**AmeriCold LOGISTICS**

BOL#  3001217 P    2/04/05

Page  1

Carrier  UJP TRUCKING        UJP
Req Delivery   2/02/05

Cust. Ord#   395009
Master Link
Booker
Consignee  POS ELISEO
Shipment ID

Ship To:  08125202
WINN DIXIE-MIAMI
BILL TO 2825
3300 NW 123RD ST
MIAMI, FL  33060

Pallets In ........ Out ......

| QUANTITY ORDERED | SHIPPED | PRODUCT CODE | DESCRIPTION | WEIGHT | CUBE |
|---|---|---|---|---|---|
| 986 | 986 | 30622WINDK | 41/50 WHITE CPTO SHRIMP | 9800.00 | 566 |
|  | 986 |  | Lot- 44165  Date Code-021805 |  |  |
|  |  |  | Country of Origin: CHINA |  |  |
| 890 | 890 | 30673WINDK | 51/60 IQF GF WR SHRIMP | 17800.00 | 846 |
|  | 890 |  | Lot- 44061  Date Code-MARCH 29, 2005 |  |  |
|  |  |  | Country of Origin: CHINA |  |  |

--AS

39500q

1870 Recv
2/8/05
R Baker
WD/M

1876  1876    FREIGHT WAS TENDERED TO CARRIER AT TEMPERATURE APPROPRIATE TO GOODS AND    27660.00 G    1401
               FROZEN GOODS WERE TENDERED AT 0°F OR BELOW, MAINTAIN PROPER TEMPERATURE.   2434.15 M

To be Prepaid

# Invoice

PAGE: 1

**Aqua Star**
2025 1st Ave Suite 200
Seattle, WA 98121
TEL: 206-448-5400
FAX: 206-448-2818

Remit To:
AQUA STAR
Department #406
P.O. Box 34935
Seattle, WA 98124-1935

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/09/05 | 348188  A |

| SOLD TO: | SHIP TO: | SHIP TO #: |
|---|---|---|
| Winn-Dixie/Montgomery<br>Accounts Payable<br>P.O. Box 40475<br>Jacksonville, FL 32203 | Winn-Dixie - Montgomery<br>1550 Jackson Ferry Road<br>Montgomery    AL 36197 | 0001 |

CUSTOMER NO: 2457    TERMS: NET 21    ROUTE: 0001    STOP: 0210    SALESMAN: DXL

| ORDER DATE | CUSTOMER PO | DATE SHIPPED | SHIPPED VIA | FREIGHT | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| 02/04/05 | 620731 | 02/09/05 | WIN TRANS LA | PRE-PAID | 396163 |

| LOT NO. | QUANTITY | U/M | PRODUCT CODE | PRODUCT DESCRIPTION | TOTAL WGHT SHIPPED | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 99955<br>WH-AN | 30 | CS | 1707090<br>10/2 LBS | FWater IQF Deep Cut 8/12<br>020952609526<br>AQUA STAR<br>(Farmed  Product of INDIA) | 600.00 | $6.9500 | $4,170.00 |
| 00035<br>WH-AN | 10 | CS | 1903007<br>12/1 LB | Seafood Mix<br>073114992001<br>AQUA STAR<br>(Wild  Product of THAILAND) | 120.00 | $1.8500 | $222.00 |
| 21898<br>WH-PP | 34 | CS | 1707090<br>10/2 LBS | FWater IQF Deep Cut 8/12<br>020952609526<br>AQUA STAR<br>(Farmed  Product of THAILAND) | 680.00 | $6.9500 | $4,726.00 |

deliver 2/17/05

This Invoice Posted To A/R

| TOTAL QTY | 74 CS | TOTAL WGT | 1,400.00 | TOTAL | $9,118.00 |
|---|---|---|---|---|---|

**4**  **FILE COPY**  **4**

Page: 1 of 1

THIS MEMORANDUM is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

**FROM:** WIN TRANS LA

Print Time: 04:43pm

**DELIVERY RECEIPT N**
679221

**FROM THE ACCOUNT OF**

Aqua Star  
dba Admiralty Island Fisheries  
2025 First Avenue  
Suite 200  
WA  98121

MR127

**DATE ORDERED:** 02.08.05  
**DATE SHIPPED:** 02.08.05  
**ORDER NO:** 620731  
☐ BILL OF LADING  
**FREIGHT CHARGE:** Pick Up

**CONSIGNED TO:**  
WINN-DIXIE- MONTGOMERY (1 OF 2)  
1550 JACKSON FERRY ROAD  
MONTGOMERY AL  36197

**DELIVERING CARRIER:** WIN TRANS LA  
**CUSTOMER ORDER NUMBER:** 396183

MAINTAIN LOAD AT: ___ DEGREES  
PALLETS IN: ___  
PALLETS OUT: ___

34 58302  Fz.Wtr.IQF Deep Cut 8/12  480.00  748.00  021898  
AQUASTAR DBA FARMED/PRODUCT OF THAILAND  
34   Item 58302

10000-00

Summary of Commodity  
34  480.00  748.00

34  TOTAL  480.00  748.00

NAME: Rusty Wilson  DL#: 535745 A1  VEH. LIC. #: ___ CO.  
CONTAINER/CAR #: 1  SEAL#: 0000997

Rusty Wilson  2.8.05

P&O COLD LOGISTICS #3  
WHSE. 3-  
4224 District Blvd.  
Vernon  CA  90058  
PHONE: 310-632-6765  FAX: 310-900-7062

**BILL OF LADING — SHORT FORM**

```
370                              SHPMT NBR: 474230           PO NBR: 380487832
MERICOLD LOGISTICS               STOP:                       SHIP DATE: 2/2/05
700 SOUTH RAYMOND AVENUE         TRLR/CAR:                   ORDER NBR: 094103
FULLERTON, CA 92831              SCAC: WIN                   PO NBR: 822731
(714) 447-0020                   SID NBR: 0700
```

CARRIER: WIN TRUCKING

CARRIER'S NBR:

WINN-DIXIE MONTGOMERY
1550 JACKSON FERRY ROAD
MONTGOMERY, AL 36197

ROUTE:                                                    SIGNOUT

ARRIVAL: _____ LOAD: _____ FINISH: _____ SIGNED OUT: _____
PALLETS IN: _____ PALLETS OUT: _____ PRODUCT TEMP: _____
SEAL #

```
10 00035  00035   SEAPOOD MIX                              130.00 G
                  THAILAND     CASE       12               120.00 N
30 77985  77985   AQ-STAR FWTR IQF DEEP CUT 8/12 10/20     630.00 G
                  INDIA        CASE       57 INDIA         600.00 N
```

*Bobby Clark*

2-16-05

40 QTY         ** TOTALS **         47.20 CUBE      760.00 G
                                                    720.00 N

LAST PAGE OF  1

MAINTAIN AT -10 DEGREES

PREPAID
AQUA STAR
IN MICKIE REEVES
... AVE. SUITE 200
SEATTLE, WA 98121

FREIGHT BILL TO
CARRIER  Per X WIN TRUCKING  REB
SHIPPER  Per *Rusty Wilson*
         AQUA STAR

**4**

*(Page contains a faxed, rotated freight bill from WINN Transport, Inc., Federalsburg, MD 21632)*

**PRO NO.** 269111
**DATE:** 02/11/2005

**Shipper:** WINN DIXIE, MONTGOMERY, AL — BL# 396183
**Consignee:** AQUA STAR, 2025 FIRST AVENUE, SUITE 200, SEATTLE, WA 98121

| Pieces | Description | Weight | Rate | Charges |
|---|---|---|---|---|
| 74 | CS MISC PRODUCT P/U @ P&O #620731 | 14060 | | 225.00 |
| | | | | 0.00 |
| | Fuel Surcharge | | | 27.00 |

**TOTAL BILL:** 252.00

*Thank you for your business!*
ICC Regulations requires payment within 15 days.

# Invoice

**Aqua Star**
2025 1st Ave Suite 200
Seattle, WA 98121
TEL: 206-448-6400
FAX: 206-448-2818

Remit To:
AQUA STAR
Department #406
P.O. Box 34935
Seattle, WA 98124-1935

PAGE: 1

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/14/05 | 348476 A |

SOLD TO:
Winn-Dixie/Orlando
5050 Edgewood Court
Jacksonville, FL 32203

SHIP TO:
Winn-Dixie/Orlando
4401 Seaboard Rd
Orlando    FL 32808

SHIP TO #:
0001

CUSTOMER NO: 2410    TERMS: NET 21    ROUTE: 0001  STOP: 0215  SALESMAN: DXL

| ORDER DATE | CUSTOMER PO | DATE SHIPPED | SHIPPED VIA | FREIGHT | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| 02/01/05 | 617400 | 02/14/05 | UJP | PRE-PAID | 395780 |

| LOT NO. | QUANTITY | U/M | PRODUCT CODE | PRODUCT DESCRIPTION | TOTAL WGT SHIPPED | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 44166 WH-06 | 740 | CS | 1790412 10/1 LB | White CPTO 41/50 002114045916 FISHERMANS WHARF (Farmed Product of CHINA) | 7,400.00 | $3.4000 | $25,160.00 |

deliver 2/15/05

This Invoice Posted To A/R

TOTAL QTY    740 CS

TOTAL WGT    7,400.00

TOTAL    $25,160.00

This shipping order must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading,

AMERICOLD TAMPA – BARTOW
Bartow

For account of: 01196
AQUA STAR INC
SUITE 200
SEATTLE, WA 98122

**AmeriCold**
LOGISTICS

BOL#    2001207 P    2/11/05

Page    1

Carrier UJP TRUCKING    UJP
Req Delivery    2/02/10

Cust. Ord#    395780
Master Link
Broker
Consignee PO# 617400
Shipment ID

Ship To: 08146G02
WINN DIXIE
4401 SEABOARD RD
ORLANDO, FL 32808

Pallets In ........ Out ......

| QUANTITY ORDERED | SHIPPED | PRODUCT CODE | DESCRIPTION | WEIGHT | CUBE |
|---|---|---|---|---|---|
| 740 | 740 740 | 8062SWINDK | 4L/5C WHITE CPTC SHRIMP Lot- 44165 Date Code-021305 | 7400.00 | 417 |

Country of Origin: CHINA

2/15/05
[signature]
[signature]
740cs

395780

| 740 | 740 | FREIGHT WAS TENDERED TO CARRIER AT TEMPERATURE APPROPRIATE TO GOODS AND FROZEN GOODS WERE TENDERED AT 0°F OR BELOW. MAINTAIN PROPER TEMPERATURE. | 7400.00 G  3594.40 K | 417 |

RECEIVED ABOVE MERCHANDISE IN GOOD CONDITION AT PROPER TEMPERATURE. CARRIER LOAD AND COUNT

FIRM NAME (AGENT)
By (PER)

[signature]
To Be Prepaid

SHIPPING