

**INDUSTRIES INC.**

February 25, 2005

Winn-Dixie Stores Inc.
Astor Products Inc.(Subsidiary)
5050 Edgewood Court
Jacksonville, FL 32254

Attention: Bennett L. Nussbaum, Senior Vice President & Chief Financial Officer

Reference: Reclamation Claim for Astor Products Inc. (Subsidiary of Winn-Dixie Stores Inc.) Bankruptcy Case 05-11063

Gentlemen:

Please be advised that the undersigned, AEP Industries, Inc. ("AEP") sold goods to Astor Products, Inc. ("Astor") a subsidiary of Winn-Dixie Stores, Inc. which was received by Astor during the period of, inter alia, February 11, 2005 through February 21, 2005. One sale in the amount of $32,353.80 was made during the Reclamation Period. This sale took place while Astor was insolvent. Supporting Documentation such as Invoice #347894 dated 2/9/05 in the amount of $32,353.80, Winn-Dixie Purchase Order #613387 in the amount of $32,368.20, Bill of Lading #891438 and Proof of Delivery signed by Winn-Dixie and undated is attached. We assume that the Proof of Delivery was signed 2/11/05.

Accordingly and pursuant to UCC § 2-702 and 11, U.S.C. § 546(c), AEP hereby demands reclamation of the referenced goods and further demands that such goods are to remain identifiable, segregated, safeguarded and held for the account of AEP as reclaimed goods. None of these goods are to be sold.

The foregoing is without prejudice to any and all other rights which AEP may have, each and every one of which is expressly reserved.

Very truly yours,

AEP Industries, Inc.

By

Title: CREDIT MANAGER

cc: Clerk of the Bankruptcy Court
    U.S. Bankruptcy Court for the Southern District of New York
    Alexander Hamilton Custom House, One Bowling Green
    New York, NY 10004-1408

RECEIVED
FEB 2 8 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Corporate Headquarters
125 Phillips Avenue
South Hackensack, New Jersey 07606
(201) 641-6600 · (800) 999-AEPI (2374) · FAX (201) 807-2489
http://www.aepinc.com

D. Jan Baker
Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000    Facsimile: (212) 735-2000

Sarah Robinson Borders
Kings & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

William Hammond, Esq.
Warshaw Burstein Cohen Schlesinger & Kuh, LLP
555 Fifth Avenue
New York, NY 10017
Telephone: (212) 984-7700    Direct: (212) 984-7845
Facsimile: (212) 972-9150    Email: whammond@wbcsk.com

enc.



RECEIVED
FEB 28 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK



**AEP INDUSTRIES INC.**
MAKING INDUSTRY BETTER WITH PLASTICS

RESINITE DIVISION
/03 SEABOARD DRIVE
STALLINGS INDUSTRIAL PARK
MATTHEWS NC 28105
704-821-9233  800-777-2374
FAX 704-821-2346

CUSTOMER FILE

CORPORATE HEADQUARTERS
125 PHILLIPS AVE.
SOUTH HACKENSACK, NJ 07606
(201) 641-6600
(800) 999-AEPI

INVOICE  347894  Pg:  1
PLEASE REMIT TO:

AEP INDUSTRIES INC.
PO BOX 8500 - 50590

PHILADELPHIA PA 19178-8500

SOLD TO  200119000

ASTOR PRODUCTS/GROCERY BAG DIV
DO NOT MAIL INVOICE
MARILYN CINTRON
JACKSONVILLE        FL 32203

SHIP TO  200119001

ASTOR PRODUCTS/GROCERY BAG DI
WINN-DIXIE STORES INC
5050 EDGEWOOD COURT
JACKSONVILLE        FL 32203

SHIP TO PO: 613387

| YOUR ORDER NUMBER | ORDER DATE | OUR ORDER NO. | SALESPERSON | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 613387 | 01/28/05 | 784888 | 81001 | 02/09/05 | 347894 |

| FREIGHT/PREPAID | PPD COL | SHIP VIA | BILL OF L | SHIP | DATE SHIPPED | TERMS |
|---|---|---|---|---|---|---|
| PREPAID C | SHIP POINT | 891438 | | COMMON CAR | 02/09/05 | 2/30 NET31 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 60.00 | 60.00 | 0152229   35001800 | RL | 26.50 | 1590.00 |
| | | SUPERMARKET MEAT STRETCH FILM COLOR OF FILM: CLEAR | | | |
| | | 18 RMF61-HY 5M CLEAR          81001 | | | |
| 720.00 | 720.00 | 0175057   35741900 | RL | 27.05 | 19476.00 |
| | | SUPERMARKET MEAT STRETCH FILM COLOR OF FILM: CLEAR | | | |
| | | 19 RMF-61HP                 81001 | | | |
| 420.00 | 420.00 | 0168894   35741500 | RL | 21.37 | 8975.40 |
| | | SUPERMARKET MEAT STRETCH FILM COLOR OF FILM: CLEAR | | | |
| | | 15 RMF-61HP                 81001 | | | |
| 120.00 | 120.00 | 0152221   35001300T | RL | 19.27 | 2312.40 |
| | | SUPERMARKET MEAT STRETCH FILM COLOR OF FILM: CLEAR | | | |
| | | 13 RMF61-HY 5M              81001 | | | |

In case of damage, shortage, quality/pricing issues,
please contact your Customer Service Representative
MARILYNN CINTRON (MMC) at 201/641-6600 EXT 7155 FAX 201/931-2022

INVOICE TOTAL                    32353.80

FINANCE CHARGES:AT THE RATE OF 1 1/2% PER MONTH WILL BE MADE ON ALL ITEMS OVER 1 MONTH PAST DUE WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

IMPORTANT: THIS TRANSACTION IS SUBJECT TO THE TERMS AND CONDITIONS PRINTED ON THE REVERSE SIDE HEREOF. ALL MERCHANDISE INVOICED HEREIN IS SOLD WITHOUT WARRANTY OR GUARANTY

# Winn Dixie Purchase Order Report

PO Number: 613387
PO Date: 01-27-2005
Delivery Date: 02-10-2005
Transport Mode: Motor
FOB Point: FT MILL SC
FOB Point Code: Destination

Purpose: Original

SMOP:

## Contacts

Buyer Contact: BUYER NO 13

Warehouse Contact: WINN-DIXIE STORES - GM WAREHSE

Telephone: 904-370-6800

Telephone: 904-783-5339

## Locations

Bill To: GENERAL MERCHANDISE DIST.CNTR
P.O. BOX 40805
JACKSONVILLE, FL  322030805

DUNS: 0069219020001

Ship To: WINN-DIXIE STORES - GM WAREHSE
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DUNS: 006921902100E

Vendor: AEP INDUSTRIES INC

DUNS: 0055015

## Terms of Sale

Terms Type: Basic
Discount Days Due: 30
Net Days Due: 31

Basis Date Type: Receipt of Goods
Discount Percent: 1

## Items

| UPC Code | Qty Ordered | Qty UofM | List Cost |
|---|---|---|---|
| 000000566040 | 60 | Case | $26.5 |

*Extended Description*
Vendor Item Number: 35001833
Buyer Item Number: 566040
Pack: 1
Size: 1  Case
Cases per Layer: 030          Layers per Pallet: 002
Description: RL FRUITBSKT 18" STRETCHWRAP

| UPC Code | Qty Ordered | Qty UofM | List Cost |
|---|---|---|---|
| 000000566042 | 720 | Case | $27.07 |

*Extended Description*
Vendor Item Number: 35741900
Buyer Item Number: 566042
Pack: 1
Size: 1  Case
Cases per Layer: 030          Layers per Pallet: 002
Description: 19" MEAT FILM M/S

| UPC Code | Qty Ordered | Qty UofM | List Cost |
|---|---|---|---|
| 000000566043 | 420 | Bag | $21.37 |

*Extended Description*
Vendor Item Number: 35741500
Buyer Item Number: 566043
Pack: 1
Size: 1  Case
Cases per Layer: 030          Layers per Pallet: 002
Description: 15" MEAT FILM M/S

| UPC Code | Qty Ordered | Qty UofM | List Cost |
|---|---|---|---|
| 000000566044 | 120 | Case | $19.27 |

*Extended Description*
Vendor Item Number: 35001300T

Buyer Item Number: 566044
Pack: 1
Size: 1  Case
Cases per Layer: 030                                        Layers per Pallet: 002
Description: 13" MEAT FILM M/S

Totals

Qty Ordered: 1320  Each
Weight: 39498  Pound
PO Total: $32,368.20

Notes: SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

## BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

| | |
|---|---|
| Page: | 1 |
| BOL Number: | 891438 |
| Dispatch Date: | 02/09/05 |
| Freight Code: | 8D |
| Customer PO: | 613387 |

YP0209

3PL

(NAME OF CARRIER)

RECEIVED Subject to the classifications and tariffs in effect on the date of issue of the Original Bill of Lading as set forth below.

| TO CONSIGNEE | SHIP-TO PO: 613387<br>ASTOR PRODUCTS/GROCERY BAG<br>WINN-DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE    FL32203 | FROM SHIPPER    AEP GRIFFIN - STOCKING WHS.<br><br>GRIFFIN    GA30224 |
|---|---|---|

| COLLECT ON DELIVERY | Order No.<br>784888 | Ship. No.<br>804402 | Bol. No.<br>891438 | Trip No.<br>88484K | Driver No. | Prepaid or Collect<br>PREPAID |
|---|---|---|---|---|---|---|

| No. Shipping Unit | O HM | Kind of Packages, Description of Articles, Special Marks and Exceptions | Class | * Weight (Subject to Corr.) | Check Column |
|---|---|---|---|---|---|
| 1 | | **SUPERMARKET MEAT STRETCH FILM**<br>35001800                    0152229<br>18 RMF61-HY 5M CLEAR              CLR<br>1 SKID  60 RL<br>20501040RA22  714            60 | 55 | 1916 | |
| 12 | | **SUPERMARKET MEAT STRETCH FILM**<br>35741900                    0175057<br>19 RMF-61HP                  CLEAR<br>12 SKIDS  720 RL<br>20411270VA50 638        96<br>20411290VA11 643       300<br>20411300VB12 634       324 | 55 | 24288 | |
| 7 | | **SUPERMARKET MEAT STRETCH FILM**<br>35741500                    0168894<br>15 RMF-61HP                  CLEAR<br>7 SKIDS  420 RL<br>20411300VD13 742       175<br>20412010VD15 735        60<br>20412120SA14 738       185 | 55 | 11270 | |
| 2 | | **SUPERMARKET MEAT STRETCH FILM**<br>35001300T                   0152221<br>13 RMF61-HY 5M               CLR<br>2 SKIDS  120 RL<br>20412190ID13 713       120<br>CFDA 72 HRS IN ADV. 904-783-5587<br>MUST SHIP IN DRY VAN<br>NOTIFY CS IF PRODUCT IS MORE THAN TL.<br>DELIVERY APPT. THURSDAY 2/10/05 @ 6AM<br>* * *    C O N T I N U E D    * * * | 55 | 2896 | |

No Freight Bill Required for Payment.
If Needed Send Balance Due to:
Pacer Global Logistics
P.O. Box 3190
Dublin, OH 43016
Freight Payment Balance Due

NOTE
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:

Per :

Subject to Section 7 of conditions of applicable Bill of Lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Signature of Consignor _____

| TOTAL CHARGES: $ |
|---|

FREIGHT CHARGES

| Freight Prepaid except when box at right is checked | Check box if charges to be collect |
|---|---|

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of the Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property) under or all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions of the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed by the shipper and accepted for himself and his assigns.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportations PER:

CARRIER: _____    PER: Roberra Robbitt    DATE: _____

Mark with 'X' to designate Hazardous Material as defined in the Department of Transportation Regulations Governing Transportation of Hazardous Materials. The use of this column is an optional method of designating hazardous materials on Bills of Lading per section 172.201 and 172.202 (B).

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

| | |
|---|---|
| Page: | 2 |
| BOL Number: | 891438 |
| Dispatch Date: | 02/09/05 |
| Freight Code: | 8D |
| Customer PO: | 613387 |

12.2386RYP0209

3PL

(NAME OF CARRIER)

RECEIVED Subject to the classifications and tariffs in effect on the date of issue of the Original Bill of Lading as set forth below.

| TO CONSIGNEE | SHIP-TO PO: 613387 ASTOR PRODUCTS/GROCERY BAG WINN-DIXIE STORES INC 5050 EDGEWOOD COURT JACKSONVILLE    FL32203 | FROM SHIPPER | AEP GRIFFIN - STOCKING WHS. GRIFFIN    GA30224 |
|---|---|---|---|

| COLLECT ON DELIVERY | Order No. | Ship. No. | Bol. No. | Trip No. | Driver No. | Prepaid or Collect |
|---|---|---|---|---|---|---|
| | 784888 | 804402 | 891438 | 88484K | | PREPAID |

| No. Shipping Unit | O HM | Kind of Packages, Description of Articles, Special Marks and Exceptions | Class | * Weight (Subject to Corr.) | Check Column |
|---|---|---|---|---|---|
| | | NORTH STAR DROP TRAILER# 131156 S.L.C. ORDER MUST DELIVER ON 02/10/05. IF UNABLE TO MEET THESE DELIVERY REQUIREMENTS PLEASEDVISE PACER GLOBAL LOGISTICS AT 866-785-2374. | | | |
| 22 | | ** TOTALS ** PGL LOAD#:68275760 | | 40370 | |

No Freight Bill Required for Payment.
If Needed Send Balance Due to:
Pacer Global Logistics
P.O. Box 3190
Dublin, OH 43016
Freight Payment Balance Due

NOTE
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:

_____ Per : _____

Subject to Section 7 of conditions of applicable Bill of Lading, If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Signature of Consignor: _____

| TOTAL CHARGES: $ | |
|---|---|
| FREIGHT CHARGES | |
| Freight Prepaid except when box at right is checked | ☐ Check box if charges to be collect |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed by the shipper and accepted for himself and his assigns.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportations PER:

CARRIER: _____ PER: _____ DATE: _____

Mark with 'X' to designate Hazardous Material as defined in the Department of Transportation Regulations Governing Transportation of Hazardous Materials. The use of this column is an optional method of designating hazardous materials on Bills of Lading per section 172.201 and 172.202 (B) of the regulations governing the transportation of such materials.

**HS SHIPPING ORDER**   Must be legibly filled in, in ink, in indicible Pencil, or in Carbon, and retained by the Agent

Page: 1
BOL Number: 891438
Dispatch Date: 02/09/05
Freight Code: BD
Customer PO: 613387

2386RYP0209

001 2PL

| AME OF CARRIER) | RECEIVED subject to the classifications and tariffs in effect on the date of issue of the Original Bill of Lading in act terms below |
|---|---|
| TO | SHIP-TO PO: 613387  ASTOR PRODUCTS/GROCERY BAG **FROM** AEP GRIFFIN - STOCKING WHS. |
| CONSIGNEE | WINN-DIXIE STORES INC  5050 EDGEWOOD COURT **GRIFFIN    GA30224**  JACKSONVILLE    FL32203 |

| | Order No. | Ship. No. | Bol. No. | Trip No. | Driver No. | Prepaid or Collect |
|---|---|---|---|---|---|---|
| COLLECT ON DELIVERY | 784888 | 804402 | 891438 | 88484K | | PREPAID |

| No Shipping Unit | Kind of Packages, Description of Articles Special Marks and Exceptions | | Class | Weight (Subject to Corr.) | Check Column |
|---|---|---|---|---|---|
| 1 | **SUPERMARKET MEAT STRETCH FILM**  35001800                 0152229  18 RMF61-HY 5M CLEAR        CLR  1 SKID  60 RL  20501040RA22 714            60 | | 55 | 1916 | |
| 12 | **SUPERMARKET MEAT STRETCH FILM**  35741900                 0175057  19 RMF-61HP                    CLEAR  12 SKIDS  720 RL            96  20411270VA50 638            96  20411290VA11 643           300  20411300VB12 634           324 | | 55 | 24288 | |
| 7 | **SUPERMARKET MEAT STRETCH FILM**  35741500                 0168894  15 RMF-61HP                    CLEAR  7 SKIDS  420 RL  20411300VD13 742           175  20412010VD15 735            60  20412120SA14 738           185 | | 55 | 11270 | |
| 2 | **SUPERMARKET MEAT STRETCH FILM**  35001300T                0152221  13 RMF61-HY 5M                 CLR  2 SKIDS  420 RL  20412190TD13 713           120  CFDA 72 HRS IN ADV. 904-783-5587  MUST SHIP IN DRY VAN  NOTIFY CS IF PRODUCT IS MORE THAN TL.  DELIVERY APPT. THURSDAY 2/10/05 @ 6AM  * * *    C O N T I N U E D    * * * | | 55 | 2896 | |

No Freight Bill Required for Payment.
If Needed Send Balance Due to:
Pacer Global Logistics
P.O. Box 3190
Dublin, OH 43016
Freight Payment Balance Due

**NOTE**
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$_____ Per _____

Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor: _____

TOTAL CHARGES: $

FREIGHT CHARGES

Freight Prepaid except when box at right is checked   ☐ Check box if charges to be collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property) under contract agrees to carry to its usual place of delivery at said destination, and at each party if on said route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation PER:

CARRIER: NORTH STAR    PER: James Foy    DATE: 2-10-05

Mark with "X" to designate Hazardous Material as defined in the Department of Transportation Regulations Governing Transportation of Hazardous Materials. The use of this column is an optional method of designating hazardous materials on Bills of Lading per section 172.201 and 172.200 (8) of the regulations, governing the transportation of such material.

2 ☞ **Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading**

**HIS MEMORANDUM**

Is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record

L.338SRYP0208

Page: 2
BOL Number: 891438
Dispatch Date: 02/09/05
Freight Code: 8D
Customer PO: 613387

| NAME OF CARRIER | RECEIVED Subject to the classifications and tariffs in effect on the date of issue of the Original Bill of Lading as set forth below. | | | | | |
|---|---|---|---|---|---|---|
| TO CONSIGNEE | SHIP-TO PO: 613387<br>ASTOR PRODUCTS/GROCERY BAG<br>WINN-DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE   FL32203 | FROM SHIPPER | AEP GRIFFIN - STOCKING WHS.<br><br>GRIFFIN      GA30224 | | | |

| | Order No. | Ship. No. | Bol. No. | Trip No. | Driver No. | Prepaid or Collect |
|---|---|---|---|---|---|---|
| COLLECT ON DELIVERY | 784888 | 804402 | 891438 | 89484K | | PREPAID |

| No Shipping Unit | Q HM | Kind of Packages, Description of Articles, Special Marks and Exceptions | Class | Weight (Subject to Corr.) | Check Column |
|---|---|---|---|---|---|
| | | NORTH STAR DROP TRAILER# 131156<br>S.L.C.<br>ORDER MUST DELIVER ON 02/10/05.<br>IF UNABLE TO MEET THESE DELIVERY REQUIREMENTS PLEASE ADVISE<br>PACER GLOBAL LOGISTICS AT 866-785-2374. | | | |
| 22 | | ** TOTALS ** | | 40370 | |
| | | PGL LOAD#:68275760 | | | |

*(handwritten notations: "1Q Beamfield", "22 pallts 13?c CASES rec'v")*

No Freight Bill Required for Payment.
If Needed Send Balance Due to:
Pacer Global Logistics
P.O. Box 3199
Dublin, OH 43016
Freight Payment Balance Due

**NOTE**
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions of applicable Bill of Lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

| TOTAL CHARGES: $ |
|---|
| FREIGHT CHARGES |
| Freight Prepaid accept when box at right is checked [ ] Check box if charges to be collect |

$ _____ Per _____

Signature of Consignor _____

**RECEIVED:** subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property) under contract agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

CARRIER: NORTH STAR          PER: _____          DATE: 2-10-05

Mark with "X" to designate Hazardous Material as defined in the Department of Transportation Regulations Governing Transportation of Hazardous Materials. The use of this column is an optional method of designating hazardous materials on Bills of Lading per section 172.201 and 172.202 (B) of the regulations governing the management of such materials.