

**MARCAL PAPER MILLS, INC.**
1 MARKET STREET, ELMWOOD PARK, NEW JERSEY 07407-1451
TELEPHONE: 201-796-4000 • FAX: 201-796-0470

February 27, 2005

U.S. Bankruptcy Court for the Southern District of
New York
Alexander Hamilton Custom House          Re: Winn Dixie Store, Inc.
One Bowling Green                             Case #05-11063
New York, New York 10004-1408

Dear Sir/Madam:

Marcal Paper Mills Inc. has submitted a reclamation claim in the above referenced case
to Winn Dixie Stores, Inc in the amount of $71961.20. This amount is the total of six
shipments delivered to the debtor within 10 days of the debtor filing for protection under
Chapter 11 on 2/21/05.

Documentation in the form of six invoices and bills of lading are being submitted in
support of this claim.

Sincerely yours,

Barbara A Mahoney
Manager of Credit & Collections
Marcal Paper Mills Inc.

Enc.

SASE included for confirmation of receipt




Printed on recycled paper



# Marcal®

MARCAL PAPER MILLS, INC.
1 MARKET STREET, ELMWOOD PARK, NEW JERSEY 07407-1451
TELEPHONE: 201-796-4000 • FAX: 201-796-0470

February 27, 2005

U.S. Bankruptcy Court for the Southern District of
New York
Alexander Hamilton Custom House          Re: Winn Dixie Store, Inc.
One Bowling Green                             Case #05-11063
New York, New York 10004-1408

Dear Sir/Madam:

Marcal Paper Mills Inc. has submitted a reclamation claim in the above referenced case
to Winn Dixie Stores, Inc in the amount of $71961.20. This amount is the total of six
shipments delivered to the debtor within 10 days of the debtor filing for protection under
Chapter 11 on 2/21/05.

Documentation in the form of six invoices and bills of lading are being submitted in
support of this claim.

Sincerely yours,

Barbara A Mahoney
Manager of Credit & Collections
Marcal Paper Mills Inc.

Enc.

SASE included for confirmation of receipt




Printed on recycled paper

```
I N V O I C E  * R E P R I N T *

A/R Customer        88011          Accounts Payable              INVOICE        953491
                                   WINN DIXIE MIAMI         Date    2/11/05
                                   PO BOX 40026             Ship To Customer    88011     2
                                   JACKSONVILLE                WINN DIXIE - POMPANO         C
                                   FL              32203    1041 SW 12THA
                                   USA                      POMPANO BEACH   AVE
                                                            FL              33069
                                                            USA

Order Number  253785   Your Order 621663                                               Load Sheet 188612
Terms    2% 10 NET 30                          Region 06                               Stop        1
Ship Via   ALIPRO                              Ship Date 2/11/05   Order Type  I  Order Class 106   Warehouse    37

Item Number   Description                Salesprsn                         Shipped   UM    RsnCd   Unit Price  Extension Amt
01547         MCL 12/4 374CT NPP SOFPAC BATH  ATLANTIC SALES & PERFOR.     330.000   CA            17.1800       5,669.40
                                                                                                                 5,669.40
03112         MCL 4RL BONUS NPP 70CT TOW      ATLANTIC SALES & PERFOR.     224.000   CA            18.4500       4,132.80
                                                                                                                 4,132.80
03015         MCL 18/1 250CT ASST NAPKIN      ATLANTIC SALES & PERFOR.      80.000   CA            24.1700       1,933.60
                                                                                                                 1,933.60

P/U 02/11/2005   01:00 PM   DEL 02/15/2005   07:00 AM  TO 00:00
ALIPRO
DOOR # 18

                    ********************************************************************
                    **                                                                **
                    **                                                                **
                    **                  Please Remit All Payments To                  **
                    **                  Marcal Paper Mills Inc.                       **
                    **                  P.O. Box 371707                               **
                    **                  Pittsburgh, PA  15251-7707                    **
                    **                                                                **
                    ********************************************************************

                                        Sub Total                                               11,735.80
                                        INVOICE                        Total                     11,735.80
                                        Cash Discount If Earned                                     234.72
                                        Amt Due If Paid By 2/21/2005                             11,501.08

Total Shipped       634.000   US Dollars
Total Weight     10,569.800
Total Cube        3,002.980
```

## From MARCAL PAPER MILLS, INC.
At ELMWOOD PARK, N.J.

**THIS MEMORANDUM**

is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in this Original Bill of Lading.

**NAME OF CARRIER**

(Mail or street address of consignee — For purposes of notification only.)

SHIPPER'S NO. 00000253785

LOAD SHEET 186612-01

PAGE Page NO. 1

BLDG# 37

| ROUTE CARRIER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CONSIGNED TO | | | | | | | | |

DESTINATION
WINN DIXIE - POMPANO
1141 SW 12THA AVE
POMPANO BEACH, FL 33069

| UNITS | PROD CODE | DESCRIPTION | | | | WEIGHT | PACKING | CUBIC FEET | CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| | ALPRO | 5311 | | 084 | 00000253785 | | | | |
| 29 | LB | LOAD BAR | | | | | | | |
| 80 | PC | PALLET CHARGE | | | | | | | |
| 03015 | | MRCL 250 NAP | | | | 1920 | 1440 each | | |
| 224 | 03112 | MARCAL TOWEL | | | | 1792 | 1792 each | | |
| 330 | 01547 | MARCAL SOFPAC DOUBLES | | | | 5280 | 3960 each | | |

P/U 02/11/2005 0100PM DEL 02/15/2005 FROM 0700AM TO 0000
ALLPRO
DOOR #18
BUYER/DEPT -BUYER NO 15-904-370-6000
Warehouse-WINN-DIXIE STORES, INC. 783-294-2854
Delivery Requested on This Date 02/15/05 TIME 0000
Entire Transaction S -REP DANNY DENT
FAX MARK 407-359-4058
Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC
CEPTANCE OF THE NET COST
Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT
N UPON RECEIPT OF GOODS
Bill of Lading Note -NOTIFY BUYER IF UNABLE TO SHI

415.2 NAPKINS

# From MARCAL PAPER MILLS, INC.

At ELMWOOD PARK, N.J.

**THIS MEMORANDUM**

**RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in this Original Bill of Lading,**

Is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record. The shipment is to be delivered to the consignee without recourse on the consignor, the consignee shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

SHIPPER'S NO.
**0000253785**

LOAD SHEET
**188612-01**

PAGE
Page NO.

PAGE NO.
2

BLDG# 37

Subject to Section 7 of conditions, of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____(Signature of consignor.)_____

If charges are to be prepaid, write or stamp here, "To Be Prepaid."

Rec'd $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____
Agent or Cashier.

(The signature here acknowledges only the amount prepaid.)

Charges advanced: $ _____

| CONSIGNED TO | ROUTE | CARRIER | NAME OF CARRIER | (Mail or street address of consignee — For purposes of notification only.) |

CONSIGNED TO
WINN DIXIE - POMPANO
1141 SW 12THQ AVE

DESTINATION
POMPANO BEACH, FL 33069

| UNITS | PROD CODE | CAR NO. | CUSTOMER NO. | SUSAN |
|---|---|---|---|---|
| | ALPRO | 5311 | 621663 | 084 |

OUR ORDER NO.
**0000253785**

## INSTRUCTIONS TO CONSIGNEE: DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT.
## CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO COMPLETE PALLET EXCHANGE ON DOCK.

| UNITS | PROD CODE | DESCRIPTION | CUSTOMERS PRODUCT CODE | WEIGHT | PACKING | CUBIC FEET | CLASSIFICATION | CLASS OR RATE |
|---|---|---|---|---|---|---|---|---|
| | | IP OR CHANGE IN QTY | | | | | | |
| | | Delivery -SHOW P.O. ON BOL AND INVOICE. SHIP A | | | | | | |
| | | S ORDERED | | | | | | |
| | | Delivery -DELIVERY BY APPT. ONLY, CALL RECV. DEPT. | | | | | | |
| | | IN ADVANCE | | | | | | |
| | | Delivery | | | | | | |
| | | 53ft Trailer | | | | | | |
| | | TEMP   02/07/2005 | | | | | | |
| | | | | | | | | |
| | | 904-783-5000 EARL BAKER | | | | | | |
| | | SHIP PREPAID | | | | | | |
| | | *** CARRIER - Please record Load Sheet# & Shipper's No. on Freigh | | | | | | |
| | | *** Load Sheet Number is in upper right hand corner | | | | | | |

③

| DRIVER | TOTAL UNITS | CONSIGNEE | TOTAL WEIGHT | TOTAL CUBIC FT. | |
|---|---|---|---|---|---|
| 634 | ▲ 634 | SEAL NUMBER: 571730 | ▲ 8992 | ▲ 415.2 | |

CONSIGNEE
SEAL NUMBER: 571730

NO. OF PALLETS DELVD.

NO. OF PALLETS RET'D.

The Form Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission"

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per _____

DATE 2/11 2005

NAME OF COMPANY

REC'D BY

NO. OF PIECES

Building#: **37**

MARCAL PAPER
Truck Load Worksheet

**188612-01**

Load Sheet: **188612-01**

Trailer:

Carrier:   ALPRO

| PRODUCT | DESCRIPTION | CLASS | CUBIC | UNITS | PALLETS |
|---------|-------------|-------|-------|-------|---------|
| 01547 | MARCAL SOFPAC DOUBLES | | | 330 | 11 |
| 03112 | MARCAL TOWEL | | | 224 | 14 |
| 03015 | MRCL 200 NAP | NAPKINS | 415.2 | 80 | 4 |
| PC | PALLET CHARGE | | | 29 | |
| LB | LOAD BAR | | | 1 | |

P/U 02/11/2005  0100PM DEL 02/15/2005 FROM 0700AM TO 0000
ALLPRO
DOOR # 18
BUYER/DEPT -BUYER NO 15-904-370-6800
Warehouse-WINN-DIXIE STORES, INC. 783-284-2854
Delivery Requested on This Date 02/15/05 TIME 0000
Entire Transaction S -REP DANNY DENT
  FAX MARK 407-359-4058
Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC
CEPTANCE OF THE NET COST
Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT
N UPON RECEIPT OF GOODS
Bill of Lading Note -NOTIFY BUYER IF UNABLE TO SHI
IP OR CHANGE IN QTY
Delivery -SHOW P.O. NO. ON BOL AND INVOICE. SHIP A
S ORDERED
Delivery -DELIVERY BY APPT. ONLY, CALL RECV. DEPT.
 IN ADVANCE
Delivery
53ft Trailer
TEMP    02/07/2005

904-783-5000 EARL BAKER
SHIP PREPAID
*** CARRIER - Please record Load Sheet# & Shipper's No. on Freigh
*** Load Sheet Number is in upper right hand corner        ***

I N V O I C E  *  R E P R I N T *

```
                                                          INVOICE     953492
                                                          Date  2/11/05
A/R Customer          88014              Accounts Payable           Ship To Customer  88014
                                        WINN DIXIE ATLANTA          WINN DIXIE ATLANTA        2
                                        PO BOX 2320                 5400 FULTAN IND BLVD      C
                                        JACKSONVILLE                ATLANTA
                                        FL         USA              GA          USA
                                                   32203                        30302
```

```
Order Number 253784  Your Order 621662                    Region 06         Order Type  1   Order Class 106   Load Sheet 188762
Terms  2% 10 NET 30                                        Ship Date  2/11/05                                   Stop              1
Ship Via  RAPID FREIGHT                                                                                         Warehouse        37
```

```
Item Number   Description                Salesperson                     Shipped    UM   Rsncd   Unit Price   Extension Amt
01547         MCL 12/4 374CT NPP SOFPAC  ATLANTIC SALES & PERFOR.        150.000    CA           17.1800      2,577.00
              BATH                                                                                            2,577.00

03112         MCL 4RL BONUS NPP 70CT TOW ATLANTIC SALES & PERFOR.        132.000    CA           18.4500      2,435.40
                                                                                                             2,435.40

02557         MCL 24/1 165CT MAXI TOWEL  ATLANTIC SALES & PERFOR.        260.000    CA           21.6400      5,626.40
                                                                                                             5,626.40

              P/U 02/11/2005  04:00 PM   DEL 02/15/2005  09:00 AM   To 00:00
              RAPID
              L BAR
```

```
              *********************************************************************************************
              **                                                                                       **
              **                                                                                       **
              **                  Please Remit All Payments To                                         **
              **                  Marcal Paper Mills Inc.                                               **
              **                  P.O. Box 37107                                                        **
              **                  Pittsburgh, PA  15251-7707                                            **
              **                                                                                       **
              *********************************************************************************************
```

```
                                                          Sub Total                           10,638.80
                                                          INVOICE Total                        10,638.80
                                                          Cash Discount, If Earned                 212.78
                                                          Amt Due If Paid By  2/21/2005         10,426.02
```

```
Total Shipped   542.000
Total Weight  9,677.800       US Dollars
Total Cube    2,941.940
```

# From MARCAL PAPER MILLS, INC.

AT ELMWOOD PARK, N.J.

**THIS MEMORANDUM** is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described herein.

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own route, otherwise to deliver to another carrier on the route to said destination.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid."

Rec'd $_____ to apply in prepayment of the charges on the property described hereon.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced.

| | | |
|---|---|---|
| CONSIGNED TO | | SHIPPER'S NO. |
| | | 0000253784 |

| | |
|---|---|
| | LOAD SHEET |
| | 188762-01 |
| DESTINATION | PAGE |
| WINN DIXIE ~ ATLANTA | Page NO. |
| 5400 FULTAN IND BLVD | 1 |
| ATLANTA, GA 30302 | BLDG# 37 |

| ROUTE | | |
|---|---|---|
| CARRIER | | |
| RAPID FREIGHT | CAR NO. | CUSTOMER NO. |
| | 8425 | 621662 |

| UNITS | PROD CODE | DESCRIPTION | CUSTOMER'S PRODUCT CODE | S/LSMN | OUR ORDER NO. | WEIGHT | PACKING | CUBIC FEET | CLASSIFICATION | CLA OR R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 084 | 000002537B4 | | | | | |
| LB | | LOAD BAR | | | | | | | | |
| PC | | PALLET CHARGE | | | | | | | | |
| 27 | 02557 | MARCAL MAXI TOWEL | | | | 5720 | each | | | |
| 260 | 03112 | MARCAL TOWEL | | | | 1056 | each | | | |
| 132 | 01547 | MARCAL SOFPAC DOUBLES | | | | 2400 | each | | | |
| 150 | | P/U 02/11/2005 0400PM DEL 02/15/2005 FROM 0900AM TO 0000 | | | | 6240 | each | 1570.4 | ROLL TONE | |
| | | RAPID | | | | 1056 | each | | | |
| | | L BAR | | | | 1800 | each | | | |
| | | BUYER/DEPT -BUYER NO  15-904-370-6800 | | | | | | | | |
| | | Warehouse-WINN-DIXIE STORES, INC 404-545-2466 | | | | | | | | |
| | | Delivery Requested on This Date 02/15/05 TIME 0000 | | | | | | | | |
| | | Entire Transaction S -REP DANNY DENT | | | | | | | | |
| | | FAX MARK 407-359-4058 | | | | | | | | |
| | | Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC | | | | | | | | |
| | | CEPTANCE OF THE NET COST | | | | | | | | |
| | | Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT | | | | | | | | |
| | | N UPON RECEIPT OF GOODS | | | | | | | | |
| | | Bill of Lading Note -NOTIFY BUYER IF UNABLE TO SHI | | | | | | | | |

INSTRUCTIONS TO CONSIGNEE: DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT.
CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO CONFIRM PALLET EXCHANGE ON DOCK.

| DRIVER | | CONSIGNEE | |
|---|---|---|---|
| ▲ TOTAL UNITS | | ▲ CONSIGNEE | |
| DRIVER | | | |

| | | |
|---|---|---|
| TOTAL UNITS ▶ | TOTAL WEIGHT ▶ | TOTAL CUBIC FT. ▶ |
| | | NO. OF PALLETS |
| | | NO. OF PALLETS DELVD. |
| | | NO. OF PALLETS RET'D. |

| DATE | 9/11/05 | NO. OF PIECES |
|---|---|---|
| NAME OF COMPANY | | |
| REC'D BY | | |
| AGENT PER | | |

MARCAL PAPER MILLS, INC., Shipper, Per

The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight.'"
NOTE.—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

"Shipper's imprint in lieu of stamp; not a part of bill of lading; approved by the Interstate Commerce Commission."

MARCAL PAPER MILLS, INC.

# From MARCAL PAPER MILLS, INC.

At ELMWOOD PARK, N.J.

**THIS MEMORANDUM**

RECEIVED, subject to the classifications and lawful tariffs in effect on the date of the receipt by the carrier of this property described in this Original Bill of Lading,

is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

| NAME OF CARRIER | |
|---|---|

▼

**Subject to Section 7 of conditions,** of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Rec'd $_____ to
apply in prepayment of the charges on the property described hereon.

Per_____
Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Charges advanced: $_____

| SHIPPER'S NO. | |
|---|---|
| **0000025378-4** | |
| **LOAD SHEET** | |
| **188762-01** | |

| PAGE | |
|---|---|
| Page NO. | 2 |

| BLDG# | 37 |
|---|---|

**CONSIGNED TO**
(Mail or street address of consignee — For purposes of notification only)

WINN DIXIE - ATLANTA
5400 FULTON IND BLVD
ATLANTA, GA 30302

**INSTRUCTIONS TO CONSIGNEE: DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT. CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO CONFIRM PALLET EXCHANGE ON DOCK.**

| ROUTE / SHIPPER | PROD CODE | CAR NO. | CUSTOMER NO. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RAPID FREIGHT | | 8425 | 621662 | | | | | | |

| DESTINATION | UNITS | PROD CODE | DESCRIPTION | CUSTOMER'S PRODUCT CODE | TOTAL WEIGHT | S.L.SANL. | OUR ORDER NO. | PACKING | CUBIC FEET | CLASSIFICATION | CLASS OR RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 084 | 0000025784 | | | | |
| | | | IP OR CHANGE IN QTY | | | | | | | | |
| | | | Delivery -SHOW P.O. NO. ON BOL AND INVOICE. SHIP A | | | | | | | | |
| | | | S ORDERED | | | | | | | | |
| | | | Delivery -DELIVERY BY APPT. ONLY, CALL RECV. DEPT. | | | | | | | | |
| | | | IN ADVANCE | | | | | | | | |
| | | | Delivery | | | | | | | | |
| | | | 53ft Trailer | | | | | | | | |
| | | | TEMP   02/07/2005 | | | | | | | | |
| | | | 904-738-5000 | | | | | | | | |
| | | | SHIP PREPAID | | | | | | | | |
| | | | *** CARRIER - Please record Load Sheet # & Shipper's No. on Freigh | | | | | | | | |
| | | | *** Load Sheet Number is in upper right hand corner*** | | | | | | | | |

WEIGHT: 9176

NAME OF CARRIER

| DRIVER | UNITS | CONSIGNEE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 542 | ▲ TOTAL UNITS | SEAL NUMBER: 571724 | TOTAL WEIGHT ▶ | 9176 | TOTAL CUBIC FT. ▶ | 1570.4 | | NO. OF PIECES |

"Shipper's imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission"

"If the shipment moves between two ports by a carrier by water, the law requires that the Bill of Lading shall state whether it is 'carrier's or shipper's weight.'"
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____

The Flare Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

SEAL NUMBER: 571724

NO. OF PALLETS DEL'D.

NO. OF PALLETS RET'D.

DATE 2/4/05

NAME OF COMPANY

REC'D BY

MARCAL PAPER
Truck Load Worksheet

**188762-01**

Load Sheet: **188762-01**

Trailer:
Carrier:    RAPID FREIGHT

| PRODUCT | DESCRIPTION | CLASS | CUBIC | UNITS | PALLETS |
|---------|-------------|-------|-------|-------|---------|
| 01547 | MARCAL SOFPAC DOUBLES | | | 168 50 | 5 |
| 03112 | MARCAL TOWEL | | | 132 | 8 |
| 02557 | MARCAL MAXI TOWEL 165 CT. | ROLL TOWE | 1570.4 | 260 | 13 |
| P.C | PALLET CHARGE | | | 27 | |
| LB | LOAD BAR | | | 1 NO LOAD BAR | |

P/U 02/11/2005  0400PM DEL 02/15/2005 FROM 0900AM TO 0000
RAPID
L BAR
BUYER/DEPT -BUYER NO 15-904-370-6800
Warehouse-WINN-DIXIE STORES, INC 404-346-2466
Delivery Requested on This Date 02/15/05 TIME 0000
Entire Transaction S -REP DANNY DENT
  FAX MARK 407-359-4058
Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC
CEPTANCE OF THE NET COST
Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT
N UPON RECEIPT OF GOODS
Bill of Lading Note -NOTIFY BUYER IF UNABLE TO SHI
IP OR CHANGE IN QTY
Delivery -SHOW P.O. NO. ON BOL AND INVOICE. SHIP A
S ORDERED
Delivery -DELIVERY BY APPT. ONLY, CALL RECV. DEPT.
 IN ADVANCE
Delivery
53ft Trailer
TEMP    02/07/2005

904-738-5000
SHIP PREPAID
*** CARRIER - Please record Load Sheet# & Shipper's No. on Freigh
*** Load Sheet Number is in upper right hand corner        ***

I N V O I C E  * R E P R I N T *

A/R Customer          88010

Accounts Payable
WINN DIXIE ORLANDO
PO BOX 40043
JACKSONVILLE
FL          USA          32203

INVOICE          953730
Date    2/14/05

Ship To Customer    88010
WINN DIXIE ORLANDO        1
4401 SEABOARD RD          C
ORLANDO
FL          USA          32800

Load Sheet  188918
Stop                    1
Warehouse              37

Order Number 254343   Your Order 625965
Terms    2% 10 NET 30
Ship Via  TARGET TRANSPORTATIO

Region 06                Order Type   1   Order Class 106
Ship Date   2/14/05

| Item Number | Description | Salesprsn | Shipped | UM | RsnCd | Unit Price | Extension Amt |
|---|---|---|---|---|---|---|---|
| 01547 | MCL 12/4 374CT NPP SOFPAC BATH | ATLANTIC SALES & PERFOR. | 270.000 | CA | | 17.1800 | 4,638.60 |
| | | | | | | | 4,638.60 |
| 03112 | MCL 4RL BONUS NPP 70CT TOW | ATLANTIC SALES & PERFOR. | 160.000 | CA | | 18.4500 | 2,952.00 |
| | | | | | | | 2,952.00 |
| 03015 | MCL 18/1 250CT ASST NAPKIN | ATLANTIC SALES & PERFOR. | 200.000 | CA | | 24.1700 | 4,834.00 |
| | | | | | | | 4,834.00 |

P/U 02/11/2005   11:00 AM  DEL 02/18/2005  07:00 AM  To 00:00
TARGET
LB

**************************************************************
**                                                          **
**          Please Remit All Payments To                    **
**          Marcal Paper Mills Inc.                          **
**          P.O. Box 371707                                  **
**          Pittsburgh, PA  15251-7707                       **
**                                                          **
**************************************************************

Sub Total                            12,424.60
INVOICE Total                        12,424.60
Cash Discount If Earned                 248.49
Amt Due If Paid By 2/24/2005         12,176.11

Total Shipped          11,630.000
Total Weight           11,350.600   US Dollars
Total Cube              3,004.700

# From MARCAL PAPER MILLS, INC.

At ELMWOOD PARK, N.J.

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - Not Negotiable**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

CONSIGNED TO

WINN DIXIE - ORLANDO
4401 SEABOARD RD

ORLANDO, FL 32808

(Mail or street address of consignee - For purposes of notification only)

| NAME OF CARRIER | |
| --- | --- |

ROUTE

DESTINATION

| SHIPPER'S NO. | 00000254343 |
| --- | --- |
| | LOAD SHEET |
| | 188918-01 |

| PAGE | |
| --- | --- |
| Page NO. | 1 |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

Rec'd $ _____ to apply in prepayment of the charges on the property described hereon.

If charges are to be prepaid, write or stamp here, "To Be Prepaid."

Agent or Cashier.

Per _____

(The signature here acknowledges only the amount prepaid.)
Charges advanced $ _____

| CONSIGNEE | CAR NO. | CUSTOMER NO. | SL.SMN. | OUR ORDER NO. |
| --- | --- | --- | --- | --- |
| TARGET TRANSPORTATI0 | VIP2262443 | 625965 | 084 | 00000254343 |

| UNITS | PROD CODE | DESCRIPTION | CUSTOMER'S PRODUCT CODE | WEIGHT | PACKING | CUBIC FEET | CLASSIFICATION | CLASS OR RATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | LOAD BAR | | | 1 each | | | |
| 29 | PC | PALLET CHARGE | | | 1 each | | | |
| 200 | 03015 | MRCL 250 NAP | | 4800 | 3600 each | | | |
| 160 | 03112 | MARCAL SOFPAC DOUBLES | | 1280 | 1280 each | | | |
| 270 | 01547 | TARGET | | 4320 | 3240 each | | | |
| | LB | P/U 02/11/2005 1100AM DEL 02/18/2005 FROM 0700AM TO 0000 | | | | | | |
| | LB | BUYER/DEPT -BUYER NO 15-904-370-6000 | | | | | | |
| | | Warehouse-WINN-DIXIE STORES INC 407-578-4078 | | | | | | |
| | | Delivery Requested on This Date 02/18/05 TIME 0000 | | | | | | |
| | | Entire Transaction S -REP DANNY DENT | | | | | | |
| | | FAX MARK 407-359-4058 | | | | | | |
| | | Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC | | | | | | |
| | | CEPTANCE OF THE NET COST | | | | | | |
| | | Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT | | | | | | |
| | | N UPON RECEIPT OF GOODS | | | | | | |
| | | Bill of Lading Note -NOTIFY BUYER IF UNABLE TO SHI | | | | | | |

| PAGE | | | |
| --- | --- | --- | --- |
| BLDG# 37 | | | |

1030.0 NAPKINS

*LOADED PER INVENTORY* *KNOWN*

**DRIVER**

▲ TOTAL UNITS

**CONSIGNEE**

**ROUTE**

▲ TOTAL UNITS

| TOTAL WEIGHT ▶ | TOTAL CUBIC FT. ▶ |
| --- | --- |

NO. OF PALLETS DELD. _____
NO. OF PALLET'S RETD. _____
NO. OF PIECES _____

**INSTRUCTIONS TO CONSIGNEE. DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT.**
**CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO CONFIRM PALLET EXCHANGE ON DOCK.**

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

"Shipper's imprint in lieu of stamp; not a part of bill of lading."

The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification

DATE, 02.-11-05

NAME OF COMPANY E.L.+C

RECD BY monued ct saw  AGENT, PER

TIME IN 1:30 pm

TIME OUT 5:20 pm

# From MARCAL PAPER MILLS, INC.

## At ELMWOOD PARK, N.J.

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - Not Negotiable**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

| | NAME OF CARRIER | |
|---|---|---|

| | |
|---|---|
| ROUTE | |
| CARRIER | TARGET TRANSPORTATIO | CAR NO. VIPZ262443 |
| CONSIGNED TO | WINN DIXIE - ORLANDO | |
| | 4401 SEABOARD RD | (Mail or street address of consignee - For purposes of notification only.) |
| DESTINATION | ORLANDO, FL 32808 | |

SHIPPER'S NO. 0000254343

LOAD SHEET 188918-01

PAGE

Page NO. 2

BLDG# 37

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

If charges are to be prepaid, write or stamp here: "To Be Prepaid."

Recd $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____

Agent or Cashier.

(The signature here acknowledges only the amount prepaid.)

Charges advanced: $

| UNITS | PROD CODE | DESCRIPTION | CUSTOMER'S PRODUCT CODE | WEIGHT | PACKING | CUBIC FEET | CLASSIFICATION | CLAS OR RA |
|---|---|---|---|---|---|---|---|---|
| | | IP OR CHANGE IN QTY | | | | | | |
| | | Delivery --SHOW P.O. NO. ON BOL AND INVOICE. SHIP A | | | | | | |
| | | S ORDERED | | | | | | |
| | | Delivery --DELIVERY BY APPT. ONLY, CALL RECV. DEPT. | | | | | | |
| | | IN ADVANCE | | | | | | |
| | | Delivery | | | | | | |
| | | 53ft Trailer | | | | | | |
| | | GCASTIGL 02/10/2005 | | | | | | |
| | | 904-783-5000 EARL BAKER | | | | | | |
| | | SHIP PREPAID | | | | | | |
| | | *** CARRIER - Please record Load Sheet & Shipper's No. | | | | | | |
| | | *** Load Sheet Number is in upper right hand corner | | | | | | |

CUSTOMER NO. 625965

SLSMN. 084

OUR ORDER NO. 0000254343

| TOTAL UNITS | TOTAL WEIGHT ▶ | TOTAL CUBIC FT. ▶ |
|---|---|---|
| | 104400 | 10331 |

---

**CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO CONFIRM PALLET EXCHANGE ON DOCK.**

**INSTRUCTIONS TO CONSIGNEE: DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT.**

SEAL NUMBER: 571744

NO. OF PALLETS DELD. 28

NO. OF PALLETS RETD. ____

| DRIVER 6:30 | | | |
|---|---|---|---|
| TIME IN 130 pm | TIME OUT 520 pm | | |
| DATE 02-11-05 | | ND. OF PIECES | |
| NAME OF COMPANY ____ | RECD BY ____ | | |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carriers or shipper's weight." NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding __ per __.

"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission"

The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

MARCAL PAPER MILLS INC.

*** Load Sheet Number is in upper right hand corner
... CARRIER - Please record Load Sheet# & Shipper's No. on Freigh
SHIP PREPAID
904-783-5000 EARL BAKER

GCASTIGL 02/10/2005
53ft Trailer
Delivery
IN ADVANCE
Delivery - DELIVERY BY APPT. ONLY, CALL RECV. DEPT.
S ORDERED
Delivery -SHOW P.O. NO. ON BOL AND INVOICE. SHIP A
IP OR CHANGE IN QTY
Bill of Lading Note - NOTIFY BUYER IF UNABLE TO SHI
N UPON RECEIPT OF GOODS
Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT
CEPTANCE OF THE NET COST
Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC
FAX MARK 407-359-4058
Entire Transaction S -REP DANNY DENT
Delivery Requested on This Date 02/18/05 TIME 0000
Warehouse-WINN-DIXIE STORES, INC 407-578-4078
BUYER/DEPT -BUYER NO 15-904-370-6800
LB
TARGET
P/U 02/11/2005 1100AM DEL 02/18/2005 FROM 0700AM TO 0000

| PRODUCT DESCRIPTION | CLASS | CUBIC | UNITS | PALLETS |
|---|---|---|---|---|
| LB LOAD BAR | | | | 1 |
| PC. PALLET CHARGE | | | | 29 |
| 03015 MRCL 250 NAP  NAPKINS | | 1038.0 | 200 | 10 |
| 03112 MARCAL TOWEL | | | 160 | 10 |
| 01547 MARCAL SOPPAC DOUBLES | | | 270 | 9 |

Load Sheet: 188918-01

Carrier: _____  Trailer: _____
TARGET
PER CUSTOMI Worksheet NUMBER
SCAC

Building#: 37
188918-01

02/10/2005
Page 1

*Handwritten:* 2-11-05  29 Pallets OUT  No pallets IN  No pallets in  AFTER LOAD

# PROOF OF DELIVERY

156584

FMX Inc.

*Revolving around quality service!*

F M X, Inc.
2175 Commonwealth Ave.
Jacksonville, Florida 32209
Phone: 888-869-7421
904-598-2683
Fax: 904-598-2627

Customer: Winn-Dixie
Trailer Number: VPZ 262443
Address: Seaboard Dr.
Pieces: 1/L  Weight: ______
City: Orlando
Seal Number: 571744
State: Florida  Zip Code: ______
Intact: Yes (circled)  No
Phone: ______
Pick Up Number: 561658487
P.O. 625965

Appointment Date: 2-15-05  Time: 7 AM

Arrival Date: 2-15-05  Time: 6.45 AM

Time Loading/Unloading Started: 8:10 am  Time Ended: 8 AM

Time Released: ______  Load Palletized: YES ☐ NO ☑  Number of Pallets: ______

Driver Assist: YES ☐ NO ☑  Driver Unloading: YES ☐ NO ☑  Lumper Service $ ______

Helper Needed Loading: YES ☐ NO ☑  Helper Needed Unloading: YES ☐ NO ☑

Name of Lumper Service ______ Signature ______

Received By: CHAD ALLEN 630 CASES REC 2-15-04
Please Print Your Name

Received By: C Allen
Signature

Drivers Signature: Wilbert A Ventura

Helpers Signature: ______ Social Security #: ______

Consignee is responsible for cleaning the trailer interior to include any cardboard blocking and bracing material and other debris.

Shipper or Consignee may enter times on this record. If the Shipper or Consignee declines to enter times, the Carrier's representative will enter and such times will be binding.

F M X - White Copy • Driver - Yellow Copy • Consignee - Pink Copy

02/22/2005 11:38 FAX

02/17/2005 11:34    14878124434

Case 3:05-bk-03817-JAF    Doc 717    Filed 03/01/05    Page 16 of 28
FMX INC

☑003/003

PAGE  04/06.

156584



SOUTHEAST UNLOADING LLC
11934 W BEAVER ST
JACKSONVILLE, FL 32220
904-255-5565 OR 305-766-6624
MIAMI DIVISION

RECEIPT

```
I N V O I C E   *   R E P R I N T   *                                    INVOICE          953907
                                                                         Date   2/15/05

A/R Customer           88008                    Accounts Payable              Ship To Customer  88008
                                                WINN DIXIE JACKSNVL.          WINN DIXIE JACKSONVILLE  1
                                                PO BOX 40595 JACKSNVL         1550 WEST BEAVER ST      C
                                                JACKSONVILLE                  JACKSONVILLE
                                                FL           32203            FL         32203
                                                USA                          USA

Order Number 2543340   Your Order 625951             Region 06          Order Type  1   Order Class 106   Load Sheet 188990
Terms    2% 10 NET: 30                              Ship Date  2/15/05                                     Stop          1
Ship Via  ALPRO                                                                                            Warehouse    37

Item Number   Description                          Salesprsn                Shipped   UM  RsnCd  Unit Price  Extension Amt
01547         MCL 12/4 374CT NPP SOFPAC BATH ATLANTIC SALES & PERFOR.       330.000   CA         17.1800       5,669.40
                                                                                                               5,669.40

03112         MCL 4RL BONUS NPP 70CT TOW          ATLANTIC SALES & PERFOR.  224.000   CA         18.4500       4,132.80
                                                                                                               4,132.80

03015         MCL 18/1 250CT ASST NAPKIN          ATLANTIC SALES & PERFOR.  100.000   CA         24.1700       2,417.00
                                                                                                               2,417.00

              P/U 02/15/2005  01:00 PM  DEL 02/15/2005  01:00 PM  To 00:00
              ALPRO
              L BAR
```

```
*********************************************************************************
**                                                                           **
**                      Please Remit All Payments To                         **
**                      Marcal Paper Mills Inc                               **
**                      P.O. Box 371707                                      **
**                      Pittsburgh, PA  15251-7707                           **
**                                                                           **
*********************************************************************************
```

```
                                              Sub Total                        12,219.20
                                              INVOICE Total                    12,219.20
                                              Cash Discount If Earned             244.38
                                              Amt Due If Paid By 2/25/2005     11,974.82
```

```
Total Shipped     654.000
Total Weight   11,030.000   US Dollars
Total Cube      3,106.780
```

# from MARCAL PAPER MILLS, INC.

ELMWOOD PARK, N.J.

**THIS MEMORANDUM** that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

NAME OF CARRIER

CONSIGNED TO

WINN DIXIE - JACKSONVILLE
15500 WEST BEAVER ST

JACKSONVILLE, FL 32203

*(Mail or street address of consignee — For purposes of notification only)*

WINN DIXIE - JACKSONVILLE
15500 WEST BEAVER ST

JACKSONVILLE, FL 32203

| UNITS | PROD CODE | DESCRIPTION | CUSTOMERS PRODUCT CODE | WEIGHT | PACKING | CUBIC FEET | CLASSIFICATION | CLAS CRRRK |
|---|---|---|---|---|---|---|---|---|
| | | ALPRO | | | | | | |
| | LB | LOAD BAR | | | | | | |
| 30 | PC | PALLET CHARGE | | | | | | |
| 100 | 03015 | MRCL 250 NAP | | 2400 | 10000 each | | | |
| 224 | 03112 | MARCAL TOWEL | | 1792 | 1792 each | | | |
| 330 | 01547 | MARCAL SOFPAC DOUBLES | | 5280 | 3960 each | | | |
| | | P/U 02/15/2005 0100PM DEL 02/15/2005 0100PM TO 00000 | | | | 519.0 | NAPKINS | |
| | | ALPRO | | | | | | |
| | | L BAR | | | | | | |
| | | BUYER/DEPT -BUYER NO 15-904-370-6800 | | | | | | |
| | | Delivery Requested on This Date 02/14/05 TIME 8000 | | | | | | |
| | | Entire Transaction S -REP DANNY DENT | | | | | | |
| | | FAX MARK 407-359-4058 | | | | | | |
| | | Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC | | | | | | |
| | | CEPTANCE OF THE NET COST | | | | | | |
| | | Warehouse-WINN-DIXIE RETAIL SUPPORT/ENT 904-266-8 | | | | | | |
| | | Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT | | | | | | |
| | | N UPON RECEIPT OF GOODS | | | | | | |
| | | Bill of Lading Note -NOTIFY BUYER IF UNABLE TO SHI | | | | | | |

CARRIER NO. **5259**

CUSTOMER NO. **625951**

SLSMN. **084**

CUR ORDER NO. **0000254340**

SHIPPER'S NO. 0000254340

LOAD SHEET 188990-01

PAGE NO. 1

BLDG# 37

Page NO. 1

**INSTRUCTIONS TO CONSIGNEE. DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT. CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO CONFIRM PALLET EXCHANGE ON DOCK.**

| ▲ TOTAL UNITS | | TOTAL WEIGHT ▶ | | TOTAL CUBIC FT ▶ | NO. OF PALLETS DEL'D. |
|---|---|---|---|---|---|
| | | | | | NO. OF PALLETS RETD. |

DATE 2/15/05

NAME OF COMPANY

RECD BY

AGENT, PER

NO. OF PIECES

The Fibre Boxes used for this shipment conform to the specifications set forth in the box makers' certificate hereon, and all other requirements of Consolidated Freight Classification

"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission."

MARCAL PAPER MILLS, INC. Shipper, Per

# From MARCAL PAPER MILLS, INC.
d ELMWOOD PARK, N.J.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading,

a copy of duplicate, covering the property named herein, and is intended solely for filing of this shipment it is to be delivered in the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

| ROUTE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CARRIER | | NAME OF CARRIER | | | | | | | | |

CONSIGNED TO

WINN DIXIE - JACKSONVILLE
15500 WEST BEAVER ST

JACKSONVILLE, FL 32203

DESTINATION

WINN DIXIE - JACKSONVILLE
15500 WEST BEAVER ST

JACKSONVILLE, FL 32203

Recd 654 Cs
W.D
2-21-05
Restocked 4-Bad Pallets

| UNITS | PROD CODE | CAR NO. | CUSTOMER NO. | SUB NO. | OUR ORDER NO. | |
|---|---|---|---|---|---|---|
| 654 | ALPRO | 5359 | 625951 | 084 | 0000254340 | |

SHIPPERS NO. 0000254340

LOAD SHEET 188790-01

PAGE NO. 2

BLDG# 37

| TOTAL UNITS | PROD CODE | DESCRIPTION | CUSTOMERS PRODUCT CODE | WEIGHT | PACKING | CUBIC FEET | CLASSIFICATION | CLASS OR RATE |
|---|---|---|---|---|---|---|---|---|
| 654 | ALPRO | IP OR CHANGE IN QTY Delivery -SHOW P.O. NO. ON BOL AND INVOICE. SHIP A S ORDERED Delivery -DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE Delivery 53ft Trailer GC46T10L 02/10/2005 904-783-5000 EARL BAKER SHIP PREPAID *** CARRIER - Please record Load Sheet# & Shipper's No. on Freigh *** Load Sheet Number is in upper right hand corner | | 9472 | | 519.0 | | |

△4

| SEAL NUMBER: 571906 | CONSIGNEE | TOTAL WEIGHT ▶ 9472 | TOTAL CUBIC FT. ▶ 519.0 | NO. OF PIECES |
|---|---|---|---|---|

NO. OF PALLETS RECD. 30

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
per

The fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification

| DATE 2/15/05 | |
|---|---|
| NAME OF COMPANY WIN11440 | |
| RECD BY | |
| AGENT, PER Williams | |

MARCAL PAPER MILLS, INC., Shipper, Per

permanent post office address of shipper, ELMWOOD PARK, N.J. 07407 U.S.A.

OFFICE COPY

Printed on recycled page

```
I N V O I C E  *  R E P R I N T  *                                    INVOICE           954089
                                                                      Date   2/16/05

A/R Customer        88006                      Accounts Payable         Ship To Customer   88006
                                               WINN DIXIE MONTGOMERY    WINN DIXIE  MONTGOMERY    1   1
                                               PO BOX 40475             1550 JACKSON FERRY RD     C
                                               MONTGOMERY               MONTGOMERY
                                               AL           USA         AL            USA
                                                            36197                     36104

Order Number 254328   Your Order 625962                                                         Load Sheet  189127
Terms        2% 10 NET 30                       Region 06      Order Type  1   Order Class 106   Stop             1
Ship Via     EAGLE MOTOR FREIGHT                Ship Date                                        Warehouse       37
                                                2/16/05

Item Number     Description                    SalesPrsn                 Shipped    UM RsnCd  Unit Price  Extension Amt
01547           MCU 12/4 374CT NPP SOFPAC BATH ATLANTIC SALES & PERFOR.  420.000    CA           17.1800      7,215.60

03112           MCL 4RL BONUS NPP 70CT TOW     ATLANTIC SALES & PERFOR.  256.000    CA           18.4500      4,723.20
                EAGLE                                                                                         4,723.20
                LB

                P/U 02/16/2005  01:00 PM  DEL 02/18/2005  03:00 PM  To 00:00


                    **********************************************************
                    **                                                      **
                    **                                                      **
                    **                                                      **
                    **                                                      **
                    **        Please Remit All Payments To                  **
                    **        Marcal Paper Mills Inc.                        **
                    **        P.O. Box 371707                               **
                    **        Pittsburgh, PA  15251-7707                    **
                    **                                                      **
                    **                                                      **
                    **********************************************************


                                               Sub Total                                                    11,938.80
                                               INVOICE Total                                                 11,938.80
                                               Cash Discount If Earned                                          238.78
                                               Amt Due If Paid By 2/26/2005                                  11,700.02
```

Total Shipped     10,676.000
Total Weight      10,618.000     US Dollars
Total Cube         3,105.320

# From MARCAL PAPER MILLS, INC.

At ELMWOOD PARK, N.J.

**THIS MEMORANDUM**

is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of this property described in this Original Bill of Lading.

**NAME OF CARRIER** _____

(Mail or street address of consignee – For purposes of notification only.) ▼

| ROUTE CARRIER | EAGLE MOTOR FREIGHT | CAR NO. | 53111E | CUSTOMER NO. | 625962 | SL/SMN | 084 | OUR ORDER NO. | 00000254328 |
|---|---|---|---|---|---|---|---|---|---|

CONSIGNED TO  WINN DIXIE - MONTGOMERY
1550 JACKSON FERRY RD

DESTINATION  MONTGOMERY, AL 36104

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, To Be Prepaid.

Recd $_____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced: $_____

SHIPPER'S NO. 00000254328

LOAD SHEET 189127-01

PAGE  Page NO. 1

BLDG# 37

| UNITS | PROD CODE | DESCRIPTION | CUSTOMER'S PRODUCT CODE | TOTAL WEIGHT ▶ | WEIGHT | PACKING | TOTAL CUBIC FT. ▶ | CUBIC FEET | CLASSIFICATION | CL. OR 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LOAD BAR | | | | each | | | | |
| 30 | LB | PALLET CHARGE | | | | | | | | |
| 256 | PC  03112 | MARCAL TOWEL | | | 2048 | 2048 each | | | | |
| 420 | 01547 | MARCAL SOFPAC DOUBLES | | | 6720 | 6720 each | | | | |
| | | P/U 02/16/2005 0100PM DEL 02/18/2005 FROM 0300PM TO 0000 | | | 5040 | 5040 each | | | | |
| | | LB | | | | | | | | |
| | | EAGLE | | | | | | | | |
| | | BUYER/DEPT -BUYER NO 15-904-370-6800 | | | | | | | | |
| | | Warehouse-WINN-DIXIE STORES, INC 334-244-6265 | | | | | | | | |
| | | Delivery Requested on This Date 02/18/05 TIME 0000 | | | | | | | | |
| | | Entire Transaction S -REP DANNY DENT | | | | | | | | |
| | | FAX MARK 407-359-4058 | | | | | | | | |
| | | Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC | | | | | | | | |
| | | CEPTANCE OF THE NET COST | | | | | | | | |
| | | Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT | | | | | | | | |
| | | N UPON RECEIPT OF GOODS | | | | | | | | |
| | | Bill of Lading Note -NOTIFY BUYER IF UNABLE TO SHI | | | | | | | | |
| | | IP OR CHANGE IN QTY | | | | | | | | |

"Shipper's imprint in lieu of stamp; not a part of bill of lading."

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification

DRIVER  Jeff Lyons

**INSTRUCTIONS TO CONSIGNEE: DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT.
CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO CONFIRM PALLET EXCHANGE ON DOCK.**

| ▲ TOTAL UNITS | CONSIGNEE | | NO. OF PALLETS DELVD. |
|---|---|---|---|

NO. OF PALLETS RETD. _____

| DATE 2-16-05 | NO. OF PIECES |
|---|---|
| NAME OF COMPANY Eagle | |
| REC'D BY | |

THIS MEMORANDUM

In an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is not to be used in place of filing a receipt of delivery, the property described in the Original Bill of Lading.

# From MARCAL PAPER MILLS, INC.

AT ELMWOOD PARK, N.J.

Subject to Section 7 of conditions, of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid."

Rec'd $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____
Agent or Cashier.

(The signature here acknowledges only the amount prepaid.)

Charges advanced:
$ _____

| | NAME OF CARRIER | | | |
|---|---|---|---|---|
| | | | SHIPPER'S NO. 0000254328 | |
| | | | LOAD SHEET 189127-01 | |
| CONSIGNED TO | WINN DIXIE - MONTGOMERY | (Mail or street address of consignee - For purposes of notification only.) | PAGE NO. 2 | |
| | 1550 JACKSON FERRY RD | | OUR ORDER NO. 0000254328 | |
| DESTINATION | MONTGOMERY, AL 36104 | | BLDG# 37 | |

| ROUTE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CARRIER | EAGLE MOTOR FREIGHT | CAR NO. 53111E | CUSTOMER NO. 625962 | SUSAN 084 | OUR ORDER NO. 0000254328 | | | | | |
| DRIVER | | | | | | | | | | |

| UNITS | PROD CODE | DESCRIPTION | CUSTOMER'S PRODUCT CODE | WEIGHT | PACKING | TOTAL WEIGHT | CUBIC FT. | CLASSIFICATION | CLASS OR RAT |
|---|---|---|---|---|---|---|---|---|---|
| | | Delivery-SHOW P.O. NO. ON BOL AND INVOICE. SHIP A | | | | | | | |
| | | S ORDERED | | | | | | | |
| | | Delivery -DELIVERY BY APPT. ONLY, CALL RECV. DEPT. | | | | | | | |
| | | IN ADVANCE | | | | | | | |
| | | 53ft Trailer | | | | | | | |
| | | GCASTIGL 02/10/2005 | | | | | | | |
| | | | | | | | | | |
| | | 904-783-5000 | | | | | | | |
| | | SHIP PREPAID | | | | | | | |
| | | *** CARRIER - Please record Load Sheet & Shipper's No. on Freigh | | | | | | | |
| | | *** Load Sheet Number is in upper right hand corner | | | | | | | |
| | | | | | | *** | | | |

| DRIVER 676 | TOTAL UNITS | SEAL NUMBER: 571951 | TOTAL WEIGHT 8768 | TOTAL CUBIC FT. | NO. OF PIECES |
|---|---|---|---|---|---|

CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO CONFIRM PALLET EXCHANGE ON DOCK.

INSTRUCTIONS TO CONSIGNEE: DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT.

NO. OF PALLETS DEL'D. _____

NO. OF PALLETS RET'D. 30

"If the shipment moves between two points by water, the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____
or

The Flare Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification

"Shipper's imprint in lieu other stamp, not a part of bill of lading approved by the Interstate Commerce Commission"

| | DATE 2-10-05 |
|---|---|
| REC'D BY | NAME OF COMPANY Eagle |

02/15/2005

**MARCAL PAPER**
Truck Load Worksheet

**189127-01**

Load Sheet: **189127-01**

Trailer:

Carrier:   EAGLE MOTOR

| PRODUCT | DESCRIPTION | CLASS | CUBIC | UNITS | PALLETS |
|---------|-------------|-------|-------|-------|---------|
| 01547 | MARCAL SOFPAC DOUBLES  5R15·360 5503·60 | | | 420 | 14 |
| 03112 | MARCAL TOWEL  37D·160 2R04·96 | | | 256 | 16 |
| PC | PALLET CHARGE | | | 30 | |
| LB· | LOAD BAR | | | 1 | |

P/U 02/16/2005  0100PM DEL 02/18/2005 FROM 0300PM TO 0000
EAGLE
LB
BUYER/DEPT -BUYER NO  15-904-370-6800
Warehouse-WINN-DIXIE STORES, INC 334-240-6265
Delivery Requested on This Date 02/18/05 TIME 0000
Entire Transaction S -REP DANNY DENT
  FAX MARK 407-359-4058
Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC
CEPTANCE OF THE NET COST
Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT
N UPON RECEIPT OF GOODS
Bill of Lading Note -NOTIFY BUYER IF UNABLE TO SHI
IP OR CHANGE IN QTY
Delivery -SHOW P.O. NO. ON BOL AND INVOICE. SHIP A
S ORDERED
Delivery -DELIVERY BY APPT. ONLY, CALL RECV. DEPT.
 IN ADVANCE
Delivery
53ft Trailer
GCASTIGL 02/10/2005

904-783-5000
SHIP PREPAID
*** CARRIER - Please record Load Sheet# & Shipper's No. on Freigh
*** Load Sheet Number is in upper right hand corner       ***

30 Pallets-out
676 Pcs-out

```
I N V O I C E  *  R E P R I N T  *
```

A/R Customer          88011

```
                    Accounts Payable
                    WINN DIXIE MIAMI
                    PO BOX 40126
                    JACKSONVILLE
                    FL           USA      32203
```

| | |
|---|---|
| INVOICE | 954090 |
| Date | 2/16/05 |

```
Ship To Customer              88011
WINN DIXIE - MIAMI              1
3300 N.W. 123 ST               C
SUITE 3.
MIAMI
FL           USA      33167
```

| | |
|---|---|
| | Load Sheet 189270 |
| | Stop          1 |
| | Warehouse     37 |

Order Number 254341  Your Order 625961
Terms 2% 10 NET 30
Ship Via SIGLER FREIGHT

| | | |
|---|---|---|
| Region 06 | Order Type 1 | Order Class 106 |
| Ship Date 2/16/05 | | |

Salesprsn

| Item Number | Description | | Shipped | UM | RsnCd | Unit Price | Extension Amt |
|---|---|---|---|---|---|---|---|
| 01547 | MCL 12/4 374CT NPP SOFPAC BATH | ATLANTIC SALES & PERFOR. | 360.000 | CA | | 17.1800 | 6,184.80 |
| | | | | | | | 6,184.80 |
| 03112 | MCL 4RL BONUS NPP 70CT TOW | ATLANTIC SALES & PERFOR. | 160.000 | CA | | 18.4500 | 2,952.00 |
| | | | | | | | 2,952.00 |
| 03015 | MCL 18/1 250CT ASST NAPKIN | ATLANTIC SALES & PERFOR. | 160.000 | CA | | 24.1700 | 3,867.20 |
| | | | | | | | 3,867.20 |

P/U 02/17/2005  09:00 AM   DEL 02/19/2005  08:00 AM  To 00:00
SIGLER
LB

```
*************************************************************
**
**        Please Remit All Payments To
**        Maral Paper Mills Inc.
**        P.O. Box 371707
**        Pittsburgh, PA 15251-7707
**
*************************************************************
```

| | |
|---|---|
| Sub Total | |
| INVOICE Total | 13,004.00 |
| Cash Discount If Earned | 260.08 |
| Amt Due If Paid By 2/26/2005 | 12,743.92 |

Total Shipped        680.000
Total Weight      11,778.400
Total Cube         3,107.600    US Dollars

13,004.00
13,004.00

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy of duplicate, covering the property named herein, and is intended solely for filing or record.

# From: MARCAL PAPER MILLS, INC.

## At ELMWOOD PARK, N.J.

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.

(Mail or street address of consignee — For purposes of notification only.)

| | | | |
|---|---|---|---|
| **CONSIGNED TO** | WINN DIXIE — MIAMI | | SHIPPERS NO. 0000254341 |
| **DESTINATION** | 3300 N.W. 123 ST<br>SUITE 3<br>MIAMI, FL 33167 | | LOAD SHEET 189270-01<br>PAGE<br>Page NO.  1 |

| **ROUTE:** | | | | | |
|---|---|---|---|---|---|
| **CARRIER** | SIGLER FREIGHT | CAR NO. 207 | CUSTOMER NO. 625961 | OUR ORDER NO. 0000254341 | BLDG# 37 |

| UNITS | PROD CODE | DESCRIPTION | CUSTOMERS PRODUCT CODE | SLSSN. 084 | WEIGHT | PACKING | CUBIC FEET | CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|
| 30 | LB | LORD BAR | | | | each | | |
| 160 | PC | PALLET CHARGE | | | | each | | |
| 160 | 03015 | MRCL 250 NAP | | | 3840 2880 | each | | |
| 360 | 03112 | MARCAL TOWEL | | | 1280 1280 | each | | |
| 01547 | | MARCAL SOFPAC DOUBLES | | | 5760 4320 | each | 830.4 | NAPKINS |
| | | P/U 02/17/2005 0900AM DEL 02/19/2005 FROM 0800AM TO 0000 | | | | each | | |
| | LB | SIGLER | | | | | | |
| | | BUYER/DEPT -BUYER NO 15-904-370-6800 | | | | | | |
| | | Warehouse-WINN-DIXIE STORES, INC. 305-769-6666 | | | | | | |
| | | Delivery Requested on This Date 02/19/05 TIME 0000 | | | | | | |
| | | Entire Transaction 5.-REP DANNY DENT | | | | | | |
| | | FAX MARK 407-359-4058 | | | | | | |
| | | Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC | | | | | | |
| | | CEPTANCE OF THE NET COST | | | | | | |
| | | Change -PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT | | | | | | |
| | | N UPON RECEIPT OF GOODS | | | | | | |
| | | Bill of Lading Note -NOTIFY BUYER IF UNABLE TO SHI | | | | | | |

| | | |
|---|---|---|
| **DRIVER** | **CONSIGNEE** | |
| TOTAL UNITS ▲ | TOTAL WEIGHT ▶ | TOTAL CUBIC FT. ▶ |

INSTRUCTIONS TO CONSIGNEE: DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT.
CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO CONFIRM PALLET EXCHANGE ON DOCK.

NO. OF PALLETS DEL'D. _____
NO. OF PALLETS RETD. _____

DATE 2/16/05
NAME OF COMPANY _____
RECT'D BY _____
NO. OF PIECES _____

"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission."

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight.'"
NOTE— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

"The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ per ___."

The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor.)

If charges are to be prepaid, write or stamp here, To be Prepaid.
Recd $ _____
to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier.
Per _____
(The signature here acknowledges only the amount prepaid.)
Charges advanced: $ _____

# From MARCAL PAPER MILLS, INC.

### At ELMWOOD PARK, N.J.

**THIS MEMORANDUM** is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record. RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in this Original Bill of Lading.

|  | NAME OF CARRIER |
|---|---|

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

| SHIPPER'S NO. 0000254341 | |
|---|---|
| LOAD SHEET 189270-01 | |
| PAGE NO. 2 | |

BLDG# 37

"If charges are to be prepaid, write or stamp here. To Be Prepaid."

Rec'd $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____
    Agent or Cashier.

(The signature here acknowledges only the amount prepaid.)

Charges advanced: $ _____

| CONSIGNED TO | | | | | | | |
|---|---|---|---|---|---|---|---|
| WINN DIXIE - MIAMI | | | | | | | |

(Mail or street address of consignee – For purposes of notification only.)

WINN DIXIE - MIAMI
3300 N.W. 123 ST
SUITE 3
MIAMI, FL 33167

| | | |
|---|---|---|
| ROUTE | | |
| DESTINATION | | |

SIGLER FREIGHT

| CAR NO. 207 | CUSTOMER NO. 625961 | S.L.S&N. 084 | OUR ORDER NO. 0000254341 |
|---|---|---|---|

| UNITS | PROD CODE | DESCRIPTION | CUSTOMER'S PRODUCT CODE | TOTAL WEIGHT | WEIGHT | PACKING | CUBIC FEET | CLASSIFICATION | CLA OR R |
|---|---|---|---|---|---|---|---|---|---|
| | | IP OR CHANGE IN QTY | | | | | | | |
| | | Delivery -SHOW P.O. NO. ON BOL AND INVOICE. SHIP A | | | | | | | |
| | | S ORDERED | | | | | | | |
| | | Delivery -DELIVERY BY APPT. ONLY, CALL RECV. DEPT. | | | | | | | |
| | | IN ADVANCE | | | | | | | |
| | | Delivery | | | | | | | |
| | | 53ft Trailer | | | | | | | |
| | | GCAST161 02/10/2005 | | | | | | | |
| | | | | | | | | | |
| | | 904-783-5000 EARL BAKER | | | | | | | |
| | | SHIP PREPAID | | | | | | | |
| | | *** CARRIER - Please record Load Sheet & Shipper's No. on Freight | | | | | | | |
| | | *** Load Sheet Number is in upper right hand corner *** | | | | | | | |

(3)

| DRIVER: 680 | TOTAL UNITS |
|---|---|

| CONSIGNEE SEAL NUMBER: 571956 | TOTAL ▶ 10880 | TOTAL CUBIC FT. ▶ 830.4 |
|---|---|---|

NO. OF PALLETS DELD. _____

NO. OF PALLETS RETD. 30

NO. OF PIECES

**INSTRUCTIONS TO CONSIGNEE: DRIVERS ARE REQUIRED TO COMPLETE THIS REPORT. CONSIGNEE'S SIGNATURE IS REQUIRED ONLY TO CONFIRM PALLET EXCHANGE ON DOCK.**

DATE 2/16/05

NAME OF COMPANY _____

REC'D BY _____

"If this shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's" or "shipper's weight."
NOTE:— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission."

The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

*rdd -on*
45# 189270    *Sigler.*    P/U 2-17-05.
9AM

BUILDING# 37

NO. 1
/19/05 13:19

20

Marcal Paper Mills, Inc.
Truck Load WorkSheet

TRL# 207

189270-01

d Sheet: 189270-01
iler : 207
rier : SIGLER FREIGHT

| Product | Description | Class | Cubic | Units | Pallets |
|---|---|---|---|---|---|
| 01547 | MARCAL SOFPAC DOUBLES | | | 360 | 12 |
| 03112 | MARCAL TOWEL | | | 160 | 10 |
| 03015 | MRCL 250 NAP | NAPKINS | 830.4 | 160 | 8 |
| PC | PALLET CHARGE | | | | 30 |
| B | LOAD BAR | | | | 1 |

01547:
GP10 170    30    360
654 384     30    30
79/2  12    30    30
            30 +  30   = 360
            30    30
            30    30

03112:
417 180     16    16
3415 16     16 + 16  = 160
138 16  48  16    16
            16    16

03015:
6E11 E   20    20
6E9      20    20   = 160
         20 +  20
         20    20

P/U 02/17/2005   0900AM DEL 02/19/2005 FROM 0800AM TO 0000
SIGLER
R
BUYER/DEPT -BUYER NO  15-904-370-6800
warehouse-WINN-DIXIE STORES, INC. 305-769-6666
Delivery Requested on This Date 02/19/05 TIME 0000
Entire Transaction S -REP DANNY DENT
FAX MARK 407-359-4058
Invoice Instruction -SHIPMENT OF THIS ORDER IS ACC

0 PALLET IN
0 LOAD BAR IN
30 PALLET OUT
680 PCS

TRUCKDRIVER LOAD BAR ON
2.16.05

e NO. 2                                             BUILDING# 37
16/05 13:19

                    Marcal Paper Mills, Inc.
                      Truck Load WorkSheet
                                              189270-01
d Sheet: 189270-01
iler   :
rier   : SIGLER FREIGHT

   Product_____ _ Description_____ Class_____ Cubic_ Units Pallets

EPTANCE OF THE NET COST
hange --PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT
 UPON RECEIPT OF GOODS
it of Lading Note --NOTIFY BUYER IF UNABLE TO SHI
P OR CHANGE IN QTY
elivery --SHOW P.O. NO. ON BOL AND INVOICE. SHIP A
 ORDERED
elivery --DELIVERY BY APPT. ONLY, CALL RECV. DEPT.
IN ADVANCE
elivery
3ft Trailer
CASTIG: 02/10/2005

04-783-5000 EARL BAKER
HIP PREPAID
** CARRIER - Please record Load Sheet# & Shipper's No. on Freigh
** Load Sheet Number is in upper right hand corner        ***