US FOODSERVICE
P.O. BOX 117
2850 SELMA HWY
MONTGOMERY, AL 36101-0117

**VIA FACSIMILE AND ORIGINALS TO FOLLOW VIA FEDERAL EXPRESS DELIVERY**

March 1, 2005

U. S. Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Re: Acknowledgment of Receipt and Amount of Reclamation Demand of US FOODSERVICE/PYA MONACH for goods delivered to Winn Dixie Stores. / 6080 Hwy 31 S. Mobile Hwy, Montgomery, AL 36105

Atten: Court Clerk   Case 05-11063
As you are aware, PYA Monarch LLC/dba U.S.Foodservice Inc. ("U.S. Foodservice") and Winn DixieStores Inc. have enjoyed a long and mutually beneficial relationship. Notwithstanding the recent bankruptcy filing by Winn Dixie Stores Inc., U.S. Foodservice remains supportive of Winn Dixie Stores Inc. in these trying times. All relationships can rest only on a reciprocal basis and U.S. Foodservice is required to take reasonable measures to protect interest during Winn Dixie Stores, Inc. bankruptcy case.

Accordingly, we served you today with a demand for reclamation of all goods delivered within the past ten- (10) days. It is our belief that all or substantially all of the deliveries subject to the reclamation demand are still in the possession of Winn Dixie Stores, Inc. In order to verify that fact and avoid the need for a physical inventory, I would appreciate your acknowledgment that the goods delivered in the past ten days, in the total amount of $3,461.04 were in the possession of Winn Dixie Stores, Inc. as of the filing of the bankruptcy petition by executing and returning a copy of this letter to me.

Invoices involved are as follows:
Invoice 60783253  2/14/05    3461.04
Total                        $3461.04

If you should have any questions, please contact me at US Foodservice, Montgomery, Alabama (334) 286-5232 or 334-303-5371.

Sincerely,

**Christine Underwood**
**Credit Manager**

THE ABOVE INFORMATION IS CORRECT ON THIS  1st DAY OF  March, 2005.
regarding
Winn Dixie Stores, Inc. by   Christine Underwood_  Its:___Credit Manager_____

Cc: Corporate Credit Office              Division Branch Staff





# US FOODSERVICE

P.O. Box 117  
MONTGOMERY, AL 36101-0117  
MAIN OFFICE: (334) 288-3111   CUSTOMER SERVICE: 800-826-6366  
www.usfoodservice.com

| REMIT TO | P.O. BOX 409397   ATLANTA   GA30384 | | 5Y INVOICE NO. | 60783253 |
|---|---|---|---|---|
| SHIP WINN DIXIE | SOLD WINN-DIXIE (072) | | | |
| TO 6080 HWY 31 SOUTH | TO P.O. BOX 40475 | | | |
| MONTGOMERY   AL 36108 (334) 240-7365 | JACKSONVILLE   FL 32203 | | INVOICE DATE | 02/14/05 |
| | | | | PAGE 1 |

| CUST. NO. | SLSMN. NO. | CUST. P.O. NO. | TERMS | |
|---|---|---|---|---|
| 387365 | 039 | 617794 | PAYABLE BY TUESDAY | 03/15/05 |

| ROUTING | SPECIAL INST. | | |
|---|---|---|---|
| 196-02 | *NO-SUB* | VENDOR ID NUMBER-818924 | |

APPOINTMENT SET FOR 9:00 A.M.

*** GROCERIES ***

| LOCATION | QUANTITY SHPD. | ORD. | PRODUCT CODE | PACK SIZE | PRODUCT DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| AN971 | 99 | 99 | 200655 | 4-1 GL | KRAFT SAUCE, BBQ ORIG    67896-00 | 34.96 /CS | 3,461.04 |

ASK YOUR SALESREP TODAY  
ABOUT THIS YEAR'S  
FUN IN THE SUN CRUISE!

An Equal Opportunity Employer

| FROZEN | PERISHABLES | GROCERIES | JANITORIAL & PAPER | SUPPLIES | PAGE OR SUB TOTAL |
|---|---|---|---|---|---|
| | | 99   3,461.04 | | | 3,461.04 |

| | TOTAL WEIGHT | NO. PIECES | | TOTAL | 3,461.04 |
|---|---|---|---|---|---|
| | 4103 | 99 | | | |

RECEIVED MERCHANDISE IN GOOD CONDITION    DRIVER SIGNATURE

IMPORTANT: *PROMOTIONAL ALLOWANCES, CASH DISCOUNTS, PROMPT PAY DISCOUNTS, GROWTH PROGRAMS AND ALL OTHER INCENTIVES ARE RETAINED BY U.S. FOODSERVICE AND DO NOT REDUCE PRODUCT COST. PRODUCT COST IS DEFINED AS SUPPLIER PACKED OR CASE PRICE PLUS INBOUND FREIGHT LESS OFF-INVOICE ANY OTHER VENDOR DELIVERED COST OR F.O.B. UNIT PRICE PLUS STANDARD FREIGHT LESS OFF-INVOICE DISCOUNTS OR OFF-INVOICE ALLOWANCES (I.E., MANUFACTURER GENERATED DISCOUNTS OR