STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Telephone:  (305) 789-3200
Facsimile:  (305) 789-3595
Email:  ddillworth@swmwas.com
D.M. Dillworth (DD 1539)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| In re: | Chapter 11 |
| **WINN-DIXIE STORES, INC.,** *et al.,* | Case No. 05-11063-RDD |
| Debtors. | (Jointly Administered) |

## CLAIM FOR RECLAMATION OF GOODS BY STEFCO

Stefco Industries Inc. ("Stefco"), a creditor and party-in-interest in this proceeding, gives notice of its claim for reclamation pursuant to 11 U.S.C. §§ 546(c) 546(g), and § 2-702 of the Uniform Commercial Code. Stefco's claim for reclamation is for the goods identified on the attached Exhibit "A" for a total reclamation claim of $8,620. Stefco demands return of said goods or protection of its claim as provided by 11 U.S.C. § 546.

Respectfully submitted this 2nd day of March 2005.

By: _____
Drew M. Dillworth, Esq. (DB 1539)
Florida Bar No. 0167835
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Counsel for STEFCO
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 789-3200
Facsimile:  (305) 789-3595
Email:  ddillworth@swmwas.com

[RECEIVED MAR 3 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2005, a true and correct copy of the foregoing was sent by Federal Express, Next-Day Delivery, to each of the parties on the service list below.

Drew M. Dillworth, Esq. (DB 1589)
Florida Bar No. 0167835

## SERVICE LIST

D. J. BARKER, ESQ.
SALLY McDONALD HENRY, ESQ.
ROSALIE WALKER GARY, ESQ
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
*Counsel for Debtors*
Four Times Square
New York, New York 10036

SARAH ROBINSON BORDERS, ESQ.
BRIAN WALSH, ESQ.
KING & SPALDING LLP
*Counsel for Debtors*
191 Peachtree Street
Atlanta, GA 30303

WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, FL 32254

WINN-DIXIE STORES, INC.
3925 Highway 190 West
Hammond, LA 70401

G:\W-BANK\37168\000\reclamation-claim.wpd



**STEFCO®**
Manufacturer of Paper Products

Phone: 800.935.1854 | fax: 800.935.1888
www.stefcoindustries.com

March 1, 2005

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254
Fax (904) 783-5235

Winn-Dixie Stores, Inc.
3925 Highway 190 West
Hammond, LA 70401

D. Jan Baker
Rosalie Walker Gray
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
Fax (212) 735-2000

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303
Fax (404) 572-5100

Re: Demand for Reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Debtor")

Ladies and Gentlemen:

Stefco Industries Inc. ("Stefco") sold paper product to the Debtor on credit. Certain product (the "Goods) more particularly identified in Stefco invoice number 1057239, a copy of which is attached hereto, was delivered to the Debtor's location in Hammond, Indiana on February 14, 2005. The Good have a value of $8,620, were sold to the Debtor in the ordinary course of business, and were received by Debtor at the time when it was insolvent.

We are informed that the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code on February 21, 2005. Pursuant to 11 U.S.C. 546 and § 2-207 of the Uniform Commercial Code, Stefco hereby demands reclamation of the Goods more particularly described in Stefco invoice number 1057239, a copy of which is attached



**EXHIBIT A**



**STEFCO**
Manufacturer of Paper Products

Phone: 800.835.1854 / fax: 800.835.1888
www.stefcoindustries.com

hereto. We demand that the Goods be returned to Stefco at once. This notice constitutes our timely demand for reclamation upon the Debtor. All other rights are reserved.

Please contact me at (863) 547-1092 to discuss this matter at your earliest convenience. Alternatively, please contact our counsel whose contact information is set forth below.

Thank you.

Sincerely,

Marc Allegre

cc: Drew M. Dillworth, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Ph: (305) 789-3598
Fax: (305) 789-3395



# Invoice 1057239

Customer WDSTOR

**Stefco Industries Inc.**
1006 Marley Drive
Haines City, FL 33844

Telephone: 863/547-1100

**Bill To:**
WINN DIXIE HAMMOND
PO BOX 40045
JACKSONVILLE, FL 32203

**Ship To:**
WINN-DIXIE STORES, INC
HAMMOND WAREHOUSE
3925 HIGHWAY 190 WEST
HAMMOND, LA 70401

Fax No: 904/370-6000

PRO NO:

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 02/14/05 | PICKUP | | Net 10 Days |

| Purchase Order Number | Cust. Order Ref | Order Date | Salesperson | Our Order No |
|---|---|---|---|---|
| 615751 | | 02/02/05 | HOWD | 1042306 |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 400 | 400 | 0 | KRT100 | KITCHEN TOWEL 100 SHEETS (X30) Customer Part Number - 245550 | N | 21.55000 | 8620.00 |
| 17 | 17 | 0 | 201-A | PALLET GRADE A | Y | 0.00000 | 0.00 |

| | |
|---|---|
| NonTaxable Subtotal | 8620.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 8620.00 |

Customer Original (Reprinted)    Page  1