

Credit Department
P.O. Box 198
Livingston, Ca. 95334-0198
Telephone: (209) 668-6669

Feb. 28, 2005

U.S. Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

### RE: Reclamation Demand by Foster Poultry Farms-Bk# 05-11063

Gentlemen:

Demand is hereby made upon you pursuant to 2-702 of the Uniform Commercial Code and 546(c) of the United States Bankruptcy Code for the return of all goods consisting of poultry products received during the applicable periods referred to in the above-cited sections and specifically including but not limited to goods described in the Schedule enclosed herewith.

Please contact the undersigned for instructions in connection with the return of the goods.

In light of your recent bankruptcy filing, you are further notified that all goods subject to Foster Poultry Farms' right of reclamation should be protected and segregated by you and are not to be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court.

Sincerely,

*Suzanne Koch*

Suzanne Koch, CCE
Corporate Credit Manager
Enc. (2)



RECEIVED MAR 3 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Current     1 - 7 Days     8 - 14 Days     15 - OVR     Balance Due

# Foster Farms

**INVOICE**

REMIT PAYMENT TO:
FOSTER FARMS
DEPT # 33334
PO Box 39000
SAN FRANCISCO CA  94139-3334

| INVOICE NUMBER | 6000271932 |
| --- | --- |
| INVOICE DATE | 02/17/05 |
| PALLETS | 3 |

**BILL TO:**
WINN DIXIE STORES
006921902000C
PO Box 40043
JACKSONVILLE FL  32203

**SHIP TO:**
WINN DIXIE / ORLANDO
DIXIE PACKERS
006921902C00D
4401 SEABOARD RD
ORLANDO FL  32804

CALL NUMBER

| CUSTOMER # | PLANT | SHIP TYPE | STOP NUMBER | TERMS | SHIPMENT NUMBER | SALES ORDER NUMBER | PURCHASE ORDER NUMBER |
| --- | --- | --- | --- | --- | --- | --- | --- |
| L18042 | W033 | ZCLL | 0002 | CHG | 96559 | 273386 | 619949 |

| PRODUCT NUMBER | DESCRIPTION/WEIGHTS | RETAIL PRICE | U/M | QUANTITY ORDERED | QUANTITY SHIPPED CASES | QUANTITY SHIPPED LBS | CODE EXP | WHOLESALE PRICE | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 095017 | FF  FZ CHK CRNDG 1#/6 12P | 0.00 | CAS | 252 | 252 | 3,024.00 | | 21.5300 | 5,425.56 |
| 430594 | EDLP Allowance | | | | | | | -1.3700 | -345.24 |

FAX 800-234-7868          ATTN  ROBIN GARCIA SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST PAYMENT
OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY SHOW P.O. NO. ON BOL AND
INVOICE. SHIP AS ORDERED DELIVERY BY APPT. ONLY, CALL RECV DEPT. IN ADVANCE

NOTICE: PRODUCT MUST BE WEIGHED AND INSPECTED WITH DRIVER ON DELIVERY. INVOICE SUBJECT TO WEIGHT CORRECTION ON DELIVERY ONLY. NO CLAIMS ALLOWED EXCEPT AT TIME OF DELIVERY.

RECEIVED BY

| TOTALS | 252 | 252 | 3024.00 |
| --- | --- | --- | --- |

| INVOICED AMOUNT | 5,080.32 |
| --- | --- |

IF DELIVERED TO NON-REFRIGERATED AREA:
APPROVED BY:

**TERMS-NET WEEKLY**

This transaction is evidenced by purchases listed hereon, constitutes an agreement by buyer and seller and signature of buyer, his agents or his employees shall be acknowledgment of same and failure to make payment when due shall be basis for legal action to be taken and buyer agrees to pay all court costs and reasonable attorney fees and hereby waives all rights of exemption under laws of the State of California or any other State of The United States. It is further agreed and understood at time of purchase of said merchandise, wares or goods that any employee of buyer may sign for and receive such merchandise, wares or goods for buyer, thereby making buyer responsible for this contract in its entirety. The terms of payment on all bills covered in this agreement shall be weekly and it is agreed that the time is the essence of this contract.