## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

In Re:

WINN-DIXIE STORES, INC.                    05-11063-RDD

_____ DEBTOR.

### NOTICE OF RECLAMATION DEMAND OF PASKERT DISTRIBUTING, INC.

Please be advised that a Notice of Reclamation Demand on behalf of Paskert Distributing, Inc. was served on February 28, 2005 on the Debtor and its attorneys of record. David J. Baker of Skadden, Arps, Slate, Meagher & Flom, LLP, Sarah Robinson Borders and Brian C. Walsh of King & Spalding LLP. A true and correct copy of the written Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes. The invoices attached to the written Reclamation Demand are voluminous, but available upon request.

Respectfully,

/s/ Larry Foyle

Larry Foyle
Florida Bar Number 307343
KASS, SHULER, SOLOMON,
SPECTOR, FOYLE & SINGER
P.O. Box 800
Tampa, FL 33601
813)229-0900 ext 1353
Counsel for Paskert Distributing, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Reclamation Rights was served on February 28, 2005, as set forth below, by Regular United States Mail, Postage Prepaid, by facsimile and, if available, by email to:

David J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036



RECEIVED MAR 3 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Sarah Robinson Borders
Brian C. Walsh
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Winn Dixie Stores, Inc.
Attn: Office of the President or other Office or Managing Agent
5050 Edgewood Court
Jacksonville, FL 32254-3699

Corporation Service Company
Registered Agent for Winn Dixie Stores, Inc.
1201 Hayes Street
Tallahassee, FL 32301

By _____
Larry Foyle

## KASS, SHULER, SOLOMON, SPECTOR
## FOYLE & SINGER, P.A.

Attorneys at Law

Centre Square

1505 N. Florida Avenue

TAMPA, FLORIDA 33602-2613

(813) 229-0900

Telecopier (813) 229-3323

E-Mail: lfoyle@kasslaw.com

John G. Bianco, III
Michelle G. Castillo
Philip K. Clarke
Larry M. Foyle
Scott A. Frick
Brad W. Hissing
Clay A. Holtsinger
Michael Kass
Richard S. McIver
Jeffrey J. Mouch
Elizabeth M. Ryan
Thomas K. Sciarrino, Jr.
James M. Shuler
Gilbert M. Singer
Larry E. Solomon (1948-2001)
Neil C. Spector
Ronald H. Trybus
Joan W. Wadler
William L. Yanger

In reply address firm at
P.O. Box 800
Tampa, Florida 33601-0800

Web Site: www.kasslaw.com

February 28, 2005

BY FASCIMILE AND U.S. MAIL

David J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-2000 (Fax)

Sarah Robinson Borders
Brian C. Walsh
King & Spalding, LLP
191 Peachtree Street
Atlanta, GA 30303
(404) 572-5100 (Fax)

BY FEDERAL EXPRESS AND ORDINARY MAIL TO

Winn Dixie Stores, Inc.
Attn: Office of the President or other Officer or Managing Agent
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Corporation Service Company
Registered Agent for Winn Dixie Stores, Inc.
1201 Hayes Street
Tallahassee, Florida 32301

Re: Winn-Dixie Stores, Inc.; No. 05-11063-RRD; In the United States Bankruptcy Court for the Southern District of New York (Manhattan)

RE: Reclamation Demand – Paskert Distributing, Inc.

Page 2
February 28, 2005
Letter re Reclamation

Dear Sirs: (Ms. Borders and Messrs. Walsh and Baker)

We represent Paskert Distributing, Inc. in connection with its Reclamation Claim for shipments of various grocery products (the "Products") delivered to Winn-Dixie Supermarkets, Inc. as detailed on the enclosed attachment for the period February 14, 2005 to February 18, 2005.

Amount of Reclamation Demand:                    **$88,346.10**

For your convenience and information, I am enclosing a copy of the statement referencing the invoices that are the basis of this Reclamation Demand. The actual invoices/credit memos exceed several hundred for the one week period. These documents are available upon request.

We have been advised that a petition under the Bankruptcy Code was filed by the Debtor on or about February 21, 2005. Consequently, the enclosed documentation reflects that the sum of $88,346.10 which remains due and owing for the Products identified in connection with Paskert Distributing, Inc.'s Reclamation Demand.

In exercise of my client's rights under Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, demand is hereby made for the reclamation of the Products referenced on the enclosed attachment by the invoice numbers which are unique to each shipment. If the Debtor is unable to return the Products then demand is made for an administrative expense in the bankruptcy case.

Please advise me at your earliest convenience if the Debtor will agree to the return of the Products and allow for arrangements to be made to pick up the Products and/or if the Debtor prefers, that it will stipulate and agree to Paskert Distributing, Inc receiving an administrative claim for value of Products delivered during the ten (10) days prior to the petition date.

Very truly yours,

*Larry Foyle*

Larry M. Foyle, Esq.

Enclosure consists of the statement for several hundred invoices and credit memos from the period February 14, 2005 to February 18, 2005.

Note that copies of actual invoices are available upon request.

STORE# INV/CM#  
NA Report ✓  INVOICE DATE ✓  Amt  ✓Paymt  Amt owed  ④

| STORE# | INV/CM# | INVOICE DATE | Amt | Paymt | Amt owed | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WT0710 | 758304 | 2/14/2005 | 57.96 | 0 | $ | 57.96 | -22 | 113 | 758304 | #N/A |
| WJ0086 | 757146 | 2/14/2005 | 32.52 | 0 | $ | 32.52 | -22 | 153 | 757146 | #N/A |
| WT0750 | 758321 | 2/14/2005 | 76.72 | 0 | $ | 76.72 | -22 | 113F | 758321 | #N/A |
| WO2660 | 759006 | 2/14/2005 | 2,221.48 | 0 | $ | 2,221.48 | -22 | 117C | 759006 | #N/A |
| WO2246 | 758799 | 2/14/2005 | 588.54 | 0 | $ | 588.54 | -22 | 118D | 758799 | #N/A |
| WO2334 | CM760749 | 2/15/2005 | -14.37 | 0 | $ | (14.37) | -23 | 211 | 760749 | #N/A |
| WT0739 | CM759909 | 2/15/2005 | -311.04 | 0 | $ | (311.04) | -23 | 206A | 759909 | #N/A |
| WT0739 | 759906 | 2/15/2005 | 179.98 | 0 | $ | 179.98 | -23 | 206A | 759906 | #N/A |
| WT0739 | 759901 | 2/15/2005 | 716.62 | 0 | $ | 716.62 | -23 | 206A | 759901 | #N/A |
| WO2334 | CM760750 | 2/15/2005 | -11.57 | 0 | $ | (11.57) | -23 | 211F | 760750 | #N/A |
| WT0673 | 758843 | 2/15/2005 | 558.42 | 0 | $ | 558.42 | -23 | 213B | 758843 | #N/A |
| WO2254 | CM758157 | 2/15/2005 | -1.25 | 0 | $ | (1.25) | -23 | 214A | 758157 | #N/A |
| WT0777 | CM759828 | 2/15/2005 | -26.73 | 0 | $ | (26.73) | -23 | 216A | 759828 | #N/A |
| WT0777 | 759827 | 2/15/2005 | 35.28 | 0 | $ | 35.28 | -23 | 216A | 759827 | #N/A |
| WT0777 | 759826 | 2/15/2005 | 1,440.72 | 0 | $ | 1,440.72 | -23 | 216A | 759826 | #N/A |
| WT0658 | CM758761 | 2/16/2005 | -7.35 | 0 | $ | (7.35) | -24 | 303 | 758761 | #N/A |
| WT0658 | 758759 | 2/16/2005 | 245.52 | 0 | $ | 245.52 | -24 | 303 | 758759 | #N/A |
| WO2304 | CM760327 | 2/16/2005 | -12.78 | 0 | $ | (12.78) | -24 | 310 | 760327 | #N/A |
| WO2304 | CM760325 | 2/16/2005 | -6.66 | 0 | $ | (6.66) | -24 | 310 | 760325 | #N/A |
| WO2304 | 760315 | 2/16/2005 | 19.84 | 0 | $ | 19.84 | -24 | 310 | 760315 | #N/A |
| WO2304 | 760314 | 2/16/2005 | 47.4 | 0 | $ | 47.40 | -24 | 310 | 760314 | #N/A |
| WO2263 | 760329 | 2/16/2005 | 56.92 | 0 | $ | 56.92 | -24 | 310 | 760329 | #N/A |
| WO2304 | 760317 | 2/16/2005 | 217.35 | 0 | $ | 217.35 | -24 | 310 | 760317 | #N/A |
| WO2263 | 760330 | 2/16/2005 | 233.28 | 0 | $ | 233.28 | -24 | 310 | 760330 | #N/A |
| WO2304 | 760313 | 2/16/2005 | 276.72 | 0 | $ | 276.72 | -24 | 310 | 760313 | #N/A |
| WT0630 | CM758091 | 2/16/2005 | -7.8 | 0 | $ | (7.80) | -24 | 300A | 758091 | #N/A |
| WT0630 | CM758092 | 2/16/2005 | -2.2 | 0 | $ | (2.20) | -24 | 300A | 758092 | #N/A |
| WT0630 | 758089 | 2/16/2005 | 29.88 | 0 | $ | 29.88 | -24 | 300A | 758089 | #N/A |
| WT0630 | 758090 | 2/16/2005 | 51.6 | 0 | $ | 51.60 | -24 | 300A | 758090 | #N/A |
| WT0630 | 758088 | 2/16/2005 | 67.72 | 0 | $ | 67.72 | -24 | 300A | 758088 | #N/A |
| WT0630 | 758087 | 2/16/2005 | 771.52 | 0 | $ | 771.52 | -24 | 300A | 758087 | #N/A |
| WT0746 | 760667 | 2/16/2005 | 15 | 0 | $ | 15.00 | -24 | 306C | 760667 | #N/A |
| WT0746 | 760666 | 2/16/2005 | 33.2 | 0 | $ | 33.20 | -24 | 306C | 760666 | #N/A |
| WT0746 | 760664 | 2/16/2005 | 1,082.48 | 0 | $ | 1,082.48 | -24 | 306C | 760664 | #N/A |
| WJ0196 | CM758341 | 2/16/2005 | -30.57 | 0 | $ | (30.57) | -24 | 308A | 758341 | #N/A |
| WJ0196 | CM758342 | 2/16/2005 | -3.26 | 0 | $ | (3.26) | -24 | 308A | 758342 | #N/A |
| WJ0196 | 758338 | 2/16/2005 | 206.4 | 0 | $ | 206.40 | -24 | 308A | 758338 | #N/A |
| WJ0196 | 758333 | 2/16/2005 | 616.7 | 0 | $ | 616.70 | -24 | 308A | 758333 | #N/A |
| WO2652 | CM760551 | 2/16/2005 | -41.04 | 0 | $ | (41.04) | -24 | 317D | 760551 | #N/A |
| WO2652 | 760550 | 2/16/2005 | 610.96 | 0 | $ | 610.96 | -24 | 317D | 760550 | #N/A |
| WO2652 | 760549 | 2/16/2005 | 6,677.11 | 0 | $ | 6,677.11 | -24 | 317D | 760549 | #N/A |
| WO2367 | CM760150 | 2/17/2005 | -6.96 | 0 | $ | (6.96) | -25 | 400 | 760150 | #N/A |
| WO2367 | CM760149 | 2/17/2005 | -6.49 | 0 | $ | (6.49) | -25 | 400 | 760149 | #N/A |
| WO2354 | CM760137 | 2/17/2005 | -2.58 | 0 | $ | (2.58) | -25 | 400 | 760137 | #N/A |
| WO2367 | 760148 | 2/17/2005 | 25.08 | 0 | $ | 25.08 | -25 | 400 | 760148 | #N/A |
| WO2354 | 761230 | 2/17/2005 | 33.2 | 0 | $ | 33.20 | -25 | 400 | 761230 | #N/A |
| WO2367 | 761235 | 2/17/2005 | 33.2 | 0 | $ | 33.20 | -25 | 400 | 761235 | #N/A |
| WO2268 | 761088 | 2/17/2005 | 84.24 | 0 | $ | 84.24 | -25 | 400 | 761088 | #N/A |
| WO2268 | 761087 | 2/17/2005 | 86.79 | 0 | $ | 86.79 | -25 | 400 | 761087 | #N/A |
| WO2367 | 760141 | 2/17/2005 | 103.32 | 0 | $ | 103.32 | -25 | 400 | 760141 | #N/A |
| WO2367 | 760146 | 2/17/2005 | 103.68 | 0 | $ | 103.68 | -25 | 400 | 760146 | #N/A |
| WO2367 | 760140 | 2/17/2005 | 315.11 | 0 | $ | 315.11 | -25 | 400 | 760140 | #N/A |
| WO2354 | 760134 | 2/17/2005 | 420.44 | 0 | $ | 420.44 | -25 | 400 | 760134 | #N/A |
| WT0737 | CM760173 | 2/17/2005 | -13.18 | 0 | $ | (13.18) | -25 | 402 | 760173 | #N/A |
| WT0741 | CM760181 | 2/17/2005 | -7.47 | 0 | $ | (7.47) | -25 | 402 | 760181 | #N/A |
| WT0736 | 760187 | 2/17/2005 | 91.92 | 0 | $ | 91.92 | -25 | 402 | 760187 | #N/A |

NA Report

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WT0737 | 760171 | 2/17/2005 | 227.04 | 0 | $ | 227.04 | -25 | 402 | 760171 | #N/A |
| WT0736 | 760185 | 2/17/2005 | 344.16 | 0 | $ | 344.16 | -25 | 402 | 760185 | #N/A |
| WT0741 | 760180 | 2/17/2005 | 455.98 | 0 | $ | 455.98 | -25 | 402 | 760180 | #N/A |
| WT0740 | 761136 | 2/17/2005 | 35.76 | 0 | $ | 35.76 | -25 | 405 | 761136 | #N/A |
| WT0740 | 761132 | 2/17/2005 | 106.48 | 0 | $ | 106.48 | -25 | 405 | 761132 | #N/A |
| WO2217 | CM761390 | 2/17/2005 | -33.41 | 0 | $ | (33.41) | -25 | 407 | 761390 | #N/A |
| WO2217 | CM761391 | 2/17/2005 | -1.45 | 0 | $ | (1.45) | -25 | 407 | 761391 | #N/A |
| WO2202 | 761403 | 2/17/2005 | 52.8 | 0 | $ | 52.80 | -25 | 407 | 761403 | #N/A |
| WO2217 | 761389 | 2/17/2005 | 128.67 | 0 | $ | 128.67 | -25 | 407 | 761389 | #N/A |
| WO2202 | 761404 | 2/17/2005 | 224.4 | 0 | $ | 224.40 | -25 | 407 | 761404 | #N/A |
| WO2210 | 761394 | 2/17/2005 | 239.92 | 0 | $ | 239.92 | -25 | 407 | 761394 | #N/A |
| WO2217 | 761388 | 2/17/2005 | 245.92 | 0 | $ | 245.92 | -25 | 407 | 761388 | #N/A |
| WO2210 | 761393 | 2/17/2005 | 327.36 | 0 | $ | 327.36 | -25 | 407 | 761393 | #N/A |
| WO2324 | CM761050 | 2/17/2005 | -76.24 | 0 | $ | (76.24) | -25 | 409 | 761050 | #N/A |
| WO2314 | CM761072 | 2/17/2005 | -22.59 | 0 | $ | (22.59) | -25 | 409 | 761072 | #N/A |
| WO2314 | CM761071 | 2/17/2005 | -18.52 | 0 | $ | (18.52) | -25 | 409 | 761071 | #N/A |
| WO2324 | CM761053 | 2/17/2005 | -1.13 | 0 | $ | (1.13) | -25 | 409 | 761053 | #N/A |
| WO2324 | 761046 | 2/17/2005 | 15.36 | 0 | $ | 15.36 | -25 | 409 | 761046 | #N/A |
| WO2326 | 761051 | 2/17/2005 | 21.96 | 0 | $ | 21.96 | -25 | 409 | 761051 | #N/A |
| WO2326 | 761052 | 2/17/2005 | 28.08 | 0 | $ | 28.08 | -25 | 409 | 761052 | #N/A |
| WO2314 | 761067 | 2/17/2005 | 154.92 | 0 | $ | 154.92 | -25 | 409 | 761067 | #N/A |
| WO2326 | 761047 | 2/17/2005 | 164.28 | 0 | $ | 164.28 | -25 | 409 | 761047 | #N/A |
| WO2314 | 761068 | 2/17/2005 | 247.2 | 0 | $ | 247.20 | -25 | 409 | 761068 | #N/A |
| WO2324 | 761045 | 2/17/2005 | 251.76 | 0 | $ | 251.76 | -25 | 409 | 761045 | #N/A |
| WO2326 | 761048 | 2/17/2005 | 289.12 | 0 | $ | 289.12 | -25 | 409 | 761048 | #N/A |
| WT0701 | CM758926 | 2/17/2005 | -6.37 | 0 | $ | (6.37) | -25 | 411 | 758926 | #N/A |
| WT0701 | 758924 | 2/17/2005 | 15 | 0 | $ | 15.00 | -25 | 411 | 758924 | #N/A |
| WT0701 | 758925 | 2/17/2005 | 127.44 | 0 | $ | 127.44 | -25 | 411 | 758925 | #N/A |
| WT0735 | CM759020 | 2/17/2005 | -611.05 | 0 | $ | (611.05) | -25 | 412 | 759020 | #N/A |
| WT0729 | CM759579 | 2/17/2005 | -69.41 | 0 | $ | (69.41) | -25 | 412 | 759579 | #N/A |
| WT0729 | 761178 | 2/17/2005 | 33.6 | 0 | $ | 33.60 | -25 | 412 | 761178 | #N/A |
| WT0729 | 761177 | 2/17/2005 | 72.2 | 0 | $ | 72.20 | -25 | 412 | 761177 | #N/A |
| WT0735 | 761169 | 2/17/2005 | 108.84 | 0 | $ | 108.84 | -25 | 412 | 761169 | #N/A |
| WT0729 | 761175 | 2/17/2005 | 110.43 | 0 | $ | 110.43 | -25 | 412 | 761175 | #N/A |
| WT0729 | 761176 | 2/17/2005 | 221.76 | 0 | $ | 221.76 | -25 | 412 | 761176 | #N/A |
| WT0735 | 761163 | 2/17/2005 | 1,215.60 | 0 | $ | 1,215.60 | -25 | 412 | 761163 | #N/A |
| WO2289 | CM758790 | 2/17/2005 | -4.67 | 0 | $ | (4.67) | -25 | 413 | 758790 | #N/A |
| WO2219 | CM762534 | 2/17/2005 | -2.99 | 0 | $ | (2.99) | -25 | 413 | 762534 | #N/A |
| WO2289 | 758788 | 2/17/2005 | 103.44 | 0 | $ | 103.44 | -25 | 413 | 758788 | #N/A |
| WO2289 | 758787 | 2/17/2005 | 105.12 | 0 | $ | 105.12 | -25 | 413 | 758787 | #N/A |
| WO2219 | 758785 | 2/17/2005 | 156.42 | 0 | $ | 156.42 | -25 | 413 | 758785 | #N/A |
| WO2219 | 758786 | 2/17/2005 | 190.92 | 0 | $ | 190.92 | -25 | 413 | 758786 | #N/A |
| WT0652 | CM761682 | 2/17/2005 | -173.85 | 0 | $ | (173.85) | -25 | 416 | 761682 | #N/A |
| WT0652 | CM761683 | 2/17/2005 | -10.5 | 0 | $ | (10.50) | -25 | 416 | 761683 | #N/A |
| WT0708 | 758876 | 2/17/2005 | 406.55 | 0 | $ | 406.55 | -25 | 416 | 758876 | #N/A |
| WT0652 | 761015 | 2/17/2005 | 639.08 | 0 | $ | 639.08 | -25 | 416 | 761015 | #N/A |
| WT0716 | 761351 | 2/17/2005 | 325.38 | 0 | $ | 325.38 | -25 | 417 | 761351 | #N/A |
| WJ0103 | CM759109 | 2/17/2005 | -2.31 | 0 | $ | (2.31) | -25 | 451 | 759109 | #N/A |
| WJ0103 | 759107 | 2/17/2005 | 19.92 | 0 | $ | 19.92 | -25 | 451 | 759107 | #N/A |
| WJ0103 | 759108 | 2/17/2005 | 39 | 0 | $ | 39.00 | -25 | 451 | 759108 | #N/A |
| WJ0145 | 758697 | 2/17/2005 | 48.36 | 0 | $ | 48.36 | -25 | 451 | 758697 | #N/A |
| WJ0103 | 759098 | 2/17/2005 | 140.64 | 0 | $ | 140.64 | -25 | 451 | 759098 | #N/A |
| WJ0145 | 758693 | 2/17/2005 | 183.3 | 0 | $ | 183.30 | -25 | 451 | 758693 | #N/A |
| WJ0176 | 758683 | 2/17/2005 | 410.96 | 0 | $ | 410.96 | -25 | 451 | 758683 | #N/A |
| WJ0161 | CM759741 | 2/17/2005 | -26.8 | 0 | $ | (26.80) | -25 | 453 | 759741 | #N/A |
| WJ0051 | CM760513 | 2/17/2005 | -7.17 | 0 | $ | (7.17) | -25 | 453 | 760513 | #N/A |

NA Report

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WJ0072 | CM759936 | 2/17/2005 | -5.25 | 0 | $ | (5.25) | -25 | 453 | 759936 | #N/A |
| WJ0054 | CM759950 | 2/17/2005 | -4.74 | 0 | $ | (4.74) | -25 | 453 | 759950 | #N/A |
| WJ0185 | CM759748 | 2/17/2005 | -0.33 | 0 | $ | (0.33) | -25 | 453 | 759748 | #N/A |
| WJ0190 | 758658 | 2/17/2005 | 23.28 | 0 | $ | 23.28 | -25 | 453 | 758658 | #N/A |
| WJ0185 | 759747 | 2/17/2005 | 38.28 | 0 | $ | 38.28 | -25 | 453 | 759747 | #N/A |
| WJ0161 | 759739 | 2/17/2005 | 39.12 | 0 | $ | 39.12 | -25 | 453 | 759739 | #N/A |
| WJ0054 | 759948 | 2/17/2005 | 57.99 | 0 | $ | 57.99 | -25 | 453 | 759948 | #N/A |
| WJ0072 | 759934 | 2/17/2005 | 86.4 | 0 | $ | 86.40 | -25 | 453 | 759934 | #N/A |
| WJ0190 | 758657 | 2/17/2005 | 87.96 | 0 | $ | 87.96 | -25 | 453 | 758657 | #N/A |
| WJ0190 | 758654 | 2/17/2005 | 149.52 | 0 | $ | 149.52 | -25 | 453 | 758654 | #N/A |
| WJ0161 | 759733 | 2/17/2005 | 243.6 | 0 | $ | 243.60 | -25 | 453 | 759733 | #N/A |
| WJ0072 | 759935 | 2/17/2005 | 273.56 | 0 | $ | 273.56 | -25 | 453 | 759935 | #N/A |
| WJ0054 | 759949 | 2/17/2005 | 376.6 | 0 | $ | 376.60 | -25 | 453 | 759949 | #N/A |
| WJ0051 | 760505 | 2/17/2005 | 409.28 | 0 | $ | 409.28 | -25 | 453 | 760505 | #N/A |
| WJ0161 | 759734 | 2/17/2005 | 416.64 | 0 | $ | 416.64 | -25 | 453 | 759734 | #N/A |
| WJ0185 | 759746 | 2/17/2005 | 517.6 | 0 | $ | 517.60 | -25 | 453 | 759746 | #N/A |
| WJ0184 | CM758725 | 2/17/2005 | -41.28 | 0 | $ | (41.28) | -25 | 454 | 758725 | #N/A |
| WJ0052 | CM759457 | 2/17/2005 | -3.2 | 0 | $ | (3.20) | -25 | 454 | 759457 | #N/A |
| WJ0052 | CM759458 | 2/17/2005 | -1.46 | 0 | $ | (1.46) | -25 | 454 | 759458 | #N/A |
| WJ0052 | 759455 | 2/17/2005 | 25.08 | 0 | $ | 25.08 | -25 | 454 | 759455 | #N/A |
| WJ0052 | 759456 | 2/17/2005 | 162.06 | 0 | $ | 162.06 | -25 | 454 | 759456 | #N/A |
| WJ0184 | 758724 | 2/17/2005 | 263.14 | 0 | $ | 263.14 | -25 | 454 | 758724 | #N/A |
| WJ0093 | CM759106 | 2/17/2005 | -53.33 | 0 | $ | (53.33) | -25 | 455 | 759106 | #N/A |
| WJ0008 | CM759104 | 2/17/2005 | -3.24 | 0 | $ | (3.24) | -25 | 455 | 759104 | #N/A |
| WJ0008 | CM759103 | 2/17/2005 | -0.85 | 0 | $ | (0.85) | -25 | 455 | 759103 | #N/A |
| WJ0093 | 759105 | 2/17/2005 | 37.2 | 0 | $ | 37.20 | -25 | 455 | 759105 | #N/A |
| WJ0138 | 759551 | 2/17/2005 | 37.2 | 0 | $ | 37.20 | -25 | 455 | 759551 | #N/A |
| WJ0008 | 759101 | 2/17/2005 | 39 | 0 | $ | 39.00 | -25 | 455 | 759101 | #N/A |
| WJ0138 | 759552 | 2/17/2005 | 72.2 | 0 | $ | 72.20 | -25 | 455 | 759552 | #N/A |
| WJ0008 | 759100 | 2/17/2005 | 188.04 | 0 | $ | 188.04 | -25 | 455 | 759100 | #N/A |
| WJ0093 | 759090 | 2/17/2005 | 192.54 | 0 | $ | 192.54 | -25 | 455 | 759090 | #N/A |
| WJ0138 | 759550 | 2/17/2005 | 347.28 | 0 | $ | 347.28 | -25 | 455 | 759550 | #N/A |
| WO2333 | CM760136 | 2/17/2005 | -16.78 | 0 | $ | (16.78) | -25 | 400B | 760136 | #N/A |
| WO2333 | CM760135 | 2/17/2005 | -11.07 | 0 | $ | (11.07) | -25 | 400B | 760135 | #N/A |
| WO2333 | 761229 | 2/17/2005 | 33.2 | 0 | $ | 33.20 | -25 | 400B | 761229 | #N/A |
| WO2333 | 760124 | 2/17/2005 | 62.88 | 0 | $ | 62.88 | -25 | 400B | 760124 | #N/A |
| WO2333 | 760126 | 2/17/2005 | 74.86 | 0 | $ | 74.86 | -25 | 400B | 760126 | #N/A |
| WO2333 | 760127 | 2/17/2005 | 275.22 | 0 | $ | 275.22 | -25 | 400B | 760127 | #N/A |
| WO2333 | 760130 | 2/17/2005 | 300.64 | 0 | $ | 300.64 | -25 | 400B | 760130 | #N/A |
| WO2230 | CM761098 | 2/17/2005 | -9.96 | 0 | $ | (9.96) | -25 | 400F | 761098 | #N/A |
| WO2230 | CM761099 | 2/17/2005 | -5.68 | 0 | $ | (5.68) | -25 | 400F | 761099 | #N/A |
| WO2230 | CM761100 | 2/17/2005 | -2.2 | 0 | $ | (2.20) | -25 | 400F | 761100 | #N/A |
| WO2230 | 761096 | 2/17/2005 | 111.14 | 0 | $ | 111.14 | -25 | 400F | 761096 | #N/A |
| WO2230 | 761097 | 2/17/2005 | 113.76 | 0 | $ | 113.76 | -25 | 400F | 761097 | #N/A |
| WO2230 | 761094 | 2/17/2005 | 209.74 | 0 | $ | 209.74 | -25 | 400F | 761094 | #N/A |
| WO2230 | 761093 | 2/17/2005 | 428.52 | 0 | $ | 428.52 | -25 | 400F | 761093 | #N/A |
| WO2265 | CM761193 | 2/17/2005 | -13.35 | 0 | $ | (13.35) | -25 | 403B | 761193 | #N/A |
| WO2265 | CM761191 | 2/17/2005 | -1.15 | 0 | $ | (1.15) | -25 | 403B | 761191 | #N/A |
| WO2265 | CM761192 | 2/17/2005 | -1.11 | 0 | $ | (1.11) | -25 | 403B | 761192 | #N/A |
| WO2265 | 761189 | 2/17/2005 | 112.2 | 0 | $ | 112.20 | -25 | 403B | 761189 | #N/A |
| WO2265 | 761190 | 2/17/2005 | 197.1 | 0 | $ | 197.10 | -25 | 403B | 761190 | #N/A |
| WO2265 | 761187 | 2/17/2005 | 523.82 | 0 | $ | 523.82 | -25 | 403B | 761187 | #N/A |
| WO2265 | 761188 | 2/17/2005 | 693.35 | 0 | $ | 693.35 | -25 | 403B | 761188 | #N/A |
| WO2660 | CM761199 | 2/17/2005 | -65.41 | 0 | $ | (65.41) | -25 | 403G | 761199 | #N/A |
| WO2660 | 761198 | 2/17/2005 | 277.82 | 0 | $ | 277.82 | -25 | 403G | 761198 | #N/A |
| WO2660 | 761194 | 2/17/2005 | 2,511.48 | 0 | $ | 2,511.48 | -25 | 403G | 761194 | #N/A |

NA Report

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WT0634 | 760216 | 2/17/2005 | 73.02 | 0 | $ 73.02 | -25 | 404A | 760216 | #N/A |
| WT0634 | 760217 | 2/17/2005 | 227.85 | 0 | $ 227.85 | -25 | 404A | 760217 | #N/A |
| WT0717 | CM758986 | 2/17/2005 | -123.72 | 0 | $ (123.72) | -25 | 405B | 758986 | #N/A |
| WT0717 | 761131 | 2/17/2005 | 61.8 | 0 | $ 61.80 | -25 | 405B | 761131 | #N/A |
| WT0717 | 761130 | 2/17/2005 | 67.2 | 0 | $ 67.20 | -25 | 405B | 761130 | #N/A |
| WT0717 | 761129 | 2/17/2005 | 68.16 | 0 | $ 68.16 | -25 | 405B | 761129 | #N/A |
| WT0717 | 761123 | 2/17/2005 | 839.08 | 0 | $ 839.08 | -25 | 405B | 761123 | #N/A |
| WO2241 | CM760977 | 2/17/2005 | -7.31 | 0 | $ (7.31) | -25 | 406A | 760977 | #N/A |
| WO2241 | CM760978 | 2/17/2005 | -2.46 | 0 | $ (2.46) | -25 | 406A | 760978 | #N/A |
| WO2241 | 760969 | 2/17/2005 | 88.83 | 0 | $ 88.83 | -25 | 406A | 760969 | #N/A |
| WO2241 | 760968 | 2/17/2005 | 90.24 | 0 | $ 90.24 | -25 | 406A | 760968 | #N/A |
| WO2241 | 760971 | 2/17/2005 | 355.28 | 0 | $ 355.28 | -25 | 406A | 760971 | #N/A |
| WO2241 | 760975 | 2/17/2005 | 547.73 | 0 | $ 547.73 | -25 | 406A | 760975 | #N/A |
| WO2249 | CM760986 | 2/17/2005 | -9.07 | 0 | $ (9.07) | -25 | 406B | 760986 | #N/A |
| WO2249 | CM760987 | 2/17/2005 | -4.66 | 0 | $ (4.66) | -25 | 406B | 760987 | #N/A |
| WO2249 | 760984 | 2/17/2005 | 96.76 | 0 | $ 96.76 | -25 | 406B | 760984 | #N/A |
| WO2249 | 760985 | 2/17/2005 | 126.07 | 0 | $ 126.07 | -25 | 406B | 760985 | #N/A |
| WO2249 | 760980 | 2/17/2005 | 573.9 | 0 | $ 573.90 | -25 | 406B | 760980 | #N/A |
| WO2249 | 760981 | 2/17/2005 | 785.23 | 0 | $ 785.23 | -25 | 406B | 760981 | #N/A |
| WO2308 | CM761326 | 2/17/2005 | -1.87 | 0 | $ (1.87) | -25 | 406D | 761326 | #N/A |
| WO2308 | CM761327 | 2/17/2005 | -1.05 | 0 | $ (1.05) | -25 | 406D | 761327 | #N/A |
| WO2308 | 761320 | 2/17/2005 | 15 | 0 | $ 15.00 | -25 | 406D | 761320 | #N/A |
| WO2308 | 761318 | 2/17/2005 | 23.28 | 0 | $ 23.28 | -25 | 406D | 761318 | #N/A |
| WO2308 | 761322 | 2/17/2005 | 80.98 | 0 | $ 80.98 | -25 | 406D | 761322 | #N/A |
| WO2308 | 761321 | 2/17/2005 | 181.68 | 0 | $ 181.68 | -25 | 406D | 761321 | #N/A |
| WO2313 | CM761336 | 2/17/2005 | -22.41 | 0 | $ (22.41) | -25 | 406G | 761336 | #N/A |
| WO2313 | CM761337 | 2/17/2005 | -1.16 | 0 | $ (1.16) | -25 | 406G | 761337 | #N/A |
| WO2313 | 761332 | 2/17/2005 | 51.63 | 0 | $ 51.63 | -25 | 406G | 761332 | #N/A |
| WO2313 | 761333 | 2/17/2005 | 63.36 | 0 | $ 63.36 | -25 | 406G | 761333 | #N/A |
| WO2313 | 761331 | 2/17/2005 | 141.06 | 0 | $ 141.06 | -25 | 406G | 761331 | #N/A |
| WO2313 | 761334 | 2/17/2005 | 247.92 | 0 | $ 247.92 | -25 | 406G | 761334 | #N/A |
| WO2220 | CM761371 | 2/17/2005 | -11.75 | 0 | $ (11.75) | -25 | 407C | 761371 | #N/A |
| WO2220 | CM761372 | 2/17/2005 | -1.52 | 0 | $ (1.52) | -25 | 407C | 761372 | #N/A |
| WO2220 | 761370 | 2/17/2005 | 251.76 | 0 | $ 251.76 | -25 | 407C | 761370 | #N/A |
| WO2220 | 761369 | 2/17/2005 | 272.02 | 0 | $ 272.02 | -25 | 407C | 761369 | #N/A |
| WT0637 | 760828 | 2/17/2005 | 1,192.13 | 0 | $ 1,192.13 | -25 | 408A | 760828 | #N/A |
| WT2659 | 761435 | 2/17/2005 | 52.2 | 0 | $ 52.20 | -25 | 408D | 761435 | #N/A |
| WT2659 | 761433 | 2/17/2005 | 2,259.32 | 0 | $ 2,259.32 | -25 | 408D | 761433 | #N/A |
| WO2327 | CM761086 | 2/17/2005 | -3.21 | 0 | $ (3.21) | -25 | 409C | 761086 | #N/A |
| WO2327 | 761085 | 2/17/2005 | 21.84 | 0 | $ 21.84 | -25 | 409C | 761085 | #N/A |
| WO2327 | 761084 | 2/17/2005 | 23.28 | 0 | $ 29.28 | -25 | 409C | 761084 | #N/A |
| WO2327 | 761083 | 2/17/2005 | 188.6 | 0 | $ 188.60 | -25 | 409C | 761083 | #N/A |
| WO2327 | 761081 | 2/17/2005 | 253.34 | 0 | $ 253.34 | -25 | 409C | 761081 | #N/A |
| WO2329 | CM761446 | 2/17/2005 | -40.82 | 0 | $ (40.82) | -25 | 409F | 761446 | #N/A |
| WO2329 | 761444 | 2/17/2005 | 223.74 | 0 | $ 223.74 | -25 | 409F | 761444 | #N/A |
| WO2329 | 761057 | 2/17/2005 | 227.8 | 0 | $ 227.80 | -25 | 409F | 761057 | #N/A |
| WT0647 | 761170 | 2/17/2005 | 22.95 | 0 | $ 22.95 | -25 | 410B | 761170 | #N/A |
| WT0647 | 761168 | 2/17/2005 | 387.36 | 0 | $ 387.36 | -25 | 410B | 761168 | #N/A |
| WT0705 | CM759926 | 2/17/2005 | -36.63 | 0 | $ (36.63) | -25 | 411C | 759926 | #N/A |
| WT0705 | CM759925 | 2/17/2005 | -17.43 | 0 | $ (17.43) | -25 | 411C | 759925 | #N/A |
| WT0705 | 759923 | 2/17/2005 | 33.2 | 0 | $ 33.20 | -25 | 411C | 759923 | #N/A |
| WT0705 | 759924 | 2/17/2005 | 604.98 | 0 | $ 604.98 | -25 | 411C | 759924 | #N/A |
| WT0713 | 758928 | 2/17/2005 | 22.32 | 0 | $ 22.32 | -25 | 411E | 758928 | #N/A |
| WT0713 | 758927 | 2/17/2005 | 72.2 | 0 | $ 72.20 | -25 | 411E | 758927 | #N/A |
| WT0713 | 758929 | 2/17/2005 | 420.3 | 0 | $ 420.30 | -25 | 411E | 758929 | #N/A |
| WT0743 | 761233 | 2/17/2005 | 240.82 | 0 | $ 240.82 | -25 | 412E | 761233 | #N/A |

NA Report

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WT0743 | 761232 | 2/17/2005 | 1,380.94 | 0 | $ | 1,380.94 | -25 | 412E | 761232 | #N/A |
| WO2229 | CM760878 | 2/17/2005 | -5.84 | 0 | $ | (5.84) | -25 | 413A | 760878 | #N/A |
| WO2229 | CM760879 | 2/17/2005 | -3.2 | 0 | $ | (3.20) | -25 | 413A | 760879 | #N/A |
| WO2229 | 760873 | 2/17/2005 | 105.52 | 0 | $ | 105.52 | -25 | 413A | 760873 | #N/A |
| WO2229 | 760871 | 2/17/2005 | 123.33 | 0 | $ | 123.33 | -25 | 413A | 760871 | #N/A |
| WO2229 | 760872 | 2/17/2005 | 123.96 | 0 | $ | 123.96 | -25 | 413A | 760872 | #N/A |
| WO2229 | 760876 | 2/17/2005 | 124.68 | 0 | $ | 124.68 | -25 | 413A | 760876 | #N/A |
| WO2229 | 760864 | 2/17/2005 | 478.82 | 0 | $ | 478.82 | -25 | 413A | 760864 | #N/A |
| WO2229 | 760865 | 2/17/2005 | 596.31 | 0 | $ | 596.31 | -25 | 413A | 760865 | #N/A |
| WO2654 | CM761442 | 2/17/2005 | -24.48 | 0 | $ | (24.48) | -25 | 415C | 761442 | #N/A |
| WO2654 | CM761441 | 2/17/2005 | -1.75 | 0 | $ | (1.75) | -25 | 415C | 761441 | #N/A |
| WO2654 | 761440 | 2/17/2005 | 326.17 | 0 | $ | 326.17 | -25 | 415C | 761440 | #N/A |
| WO2654 | 761439 | 2/17/2005 | 3,274.61 | 0 | $ | 3,274.61 | -25 | 415C | 761439 | #N/A |
| WO2267 | CM760802 | 2/17/2005 | -19.33 | 0 | $ | (19.33) | -25 | 415G | 760802 | #N/A |
| WO2267 | CM760801 | 2/17/2005 | -5.1 | 0 | $ | (5.10) | -25 | 415G | 760801 | #N/A |
| WO2267 | CM760803 | 2/17/2005 | -4.54 | 0 | $ | (4.54) | -25 | 415G | 760803 | #N/A |
| WO2267 | 760798 | 2/17/2005 | 148.68 | 0 | $ | 148.68 | -25 | 415G | 760798 | #N/A |
| WO2267 | 760799 | 2/17/2005 | 247.02 | 0 | $ | 247.02 | -25 | 415G | 760799 | #N/A |
| WO2267 | 760797 | 2/17/2005 | 648.64 | 0 | $ | 648.64 | -25 | 415G | 760797 | #N/A |
| WO2267 | 760796 | 2/17/2005 | 1,195.67 | 0 | $ | 1,195.67 | -25 | 415G | 760796 | #N/A |
| WO2650 | CM760631 | 2/17/2005 | -7.33 | 0 | $ | (7.33) | -25 | 415H | 760631 | #N/A |
| WO2650 | 760630 | 2/17/2005 | 163.77 | 0 | $ | 163.77 | -25 | 415H | 760630 | #N/A |
| WO2650 | 760629 | 2/17/2005 | 1,461.78 | 0 | $ | 1,461.78 | -25 | 415H | 760629 | #N/A |
| WT0676 | CM760426 | 2/17/2005 | -30.14 | 0 | $ | (30.14) | -25 | 417I | 760426 | #N/A |
| WT0676 | CM760425 | 2/17/2005 | -14.94 | 0 | $ | (14.94) | -25 | 417I | 760425 | #N/A |
| WT0676 | CM760427 | 2/17/2005 | -0.83 | 0 | $ | (0.83) | -25 | 417I | 760427 | #N/A |
| WT0676 | 760424 | 2/17/2005 | 39 | 0 | $ | 39.00 | -25 | 417I | 760424 | #N/A |
| WT0676 | 760423 | 2/17/2005 | 65.64 | 0 | $ | 65.64 | -25 | 417I | 760423 | #N/A |
| WT0676 | 760420 | 2/17/2005 | 431.16 | 0 | $ | 431.16 | -25 | 417I | 760420 | #N/A |
| WO2380 | 761302 | 2/17/2005 | 88.32 | 0 | $ | 88.32 | -25 | 418A | 761302 | #N/A |
| WO2380 | 761303 | 2/17/2005 | 167.91 | 0 | $ | 167.91 | -25 | 418A | 761303 | #N/A |
| WJ2602 | CM760628 | 2/17/2005 | -12.67 | 0 | $ | (12.67) | -25 | 451B | 760628 | #N/A |
| WJ2602 | 760626 | 2/17/2005 | 45.36 | 0 | $ | 45.36 | -25 | 451B | 760626 | #N/A |
| WJ2602 | 760627 | 2/17/2005 | 100.08 | 0 | $ | 100.08 | -25 | 451B | 760627 | #N/A |
| WJ2602 | 760625 | 2/17/2005 | 1,755.30 | 0 | $ | 1,755.30 | -25 | 451B | 760625 | #N/A |
| WT0624 | 759548 | 2/18/2005 | 301.81 | 0 | $ | 301.81 | -26 | 504 | 759548 | #N/A |
| WT0684 | 759595 | 2/18/2005 | 23.28 | 0 | $ | 23.28 | -26 | 507 | 759595 | #N/A |
| WT0684 | 759594 | 2/18/2005 | 110.52 | 0 | $ | 110.52 | -26 | 507 | 759594 | #N/A |
| WO2233 | 759870 | 2/18/2005 | 21.84 | 0 | $ | 21.84 | -26 | 509 | 759870 | #N/A |
| WO2233 | 759871 | 2/18/2005 | 34.68 | 0 | $ | 34.68 | -26 | 509 | 759871 | #N/A |
| WO2273 | 759869 | 2/18/2005 | 46.56 | 0 | $ | 46.56 | -26 | 509 | 759869 | #N/A |
| WO2273 | 759868 | 2/18/2005 | 67.24 | 0 | $ | 67.24 | -26 | 509 | 759868 | #N/A |
| WO2233 | 759873 | 2/18/2005 | 165.36 | 0 | $ | 165.36 | -26 | 509 | 759873 | #N/A |
| WO2273 | 759867 | 2/18/2005 | 174.28 | 0 | $ | 174.28 | -26 | 509 | 759867 | #N/A |
| WO2233 | 759872 | 2/18/2005 | 200.3 | 0 | $ | 200.30 | -26 | 509 | 759872 | #N/A |
| WO2273 | 759866 | 2/18/2005 | 251.26 | 0 | $ | 251.26 | -26 | 509 | 759866 | #N/A |
| WJ0171 | CM761988 | 2/18/2005 | -19.4 | 0 | $ | (19.40) | -26 | 510 | 761988 | #N/A |
| WJ0160 | CM762004 | 2/18/2005 | -3.46 | 0 | $ | (3.46) | -26 | 510 | 762004 | #N/A |
| WJ0020 | CM761991 | 2/18/2005 | -3.2 | 0 | $ | (3.20) | -26 | 510 | 761991 | #N/A |
| WJ0170 | CM761984 | 2/18/2005 | -2.54 | 0 | $ | (2.54) | -26 | 510 | 761984 | #N/A |
| WJ0020 | CM761993 | 2/18/2005 | -2.09 | 0 | $ | (2.09) | -26 | 510 | 761993 | #N/A |
| WJ0020 | 761990 | 2/18/2005 | 94.92 | 0 | $ | 94.92 | -26 | 510 | 761990 | #N/A |
| WJ0020 | 761987 | 2/18/2005 | 126.24 | 0 | $ | 126.24 | -26 | 510 | 761987 | #N/A |
| WJ0160 | 762002 | 2/18/2005 | 132.12 | 0 | $ | 132.12 | -26 | 510 | 762002 | #N/A |
| WJ0171 | 761985 | 2/18/2005 | 162.72 | 0 | $ | 162.72 | -26 | 510 | 761985 | #N/A |
| WJ0171 | 761986 | 2/18/2005 | 168.6 | 0 | $ | 168.60 | -26 | 510 | 761986 | #N/A |

NA Report

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WJ0160 | 761998 | 2/18/2005 | 199.56 | 0 | $ | 199.56 | -26 | 510 | 761998 | #N/A |
| WJ0170 | 761983 | 2/18/2005 | 250.66 | 0 | $ | 250.66 | -26 | 510 | 761983 | #N/A |
| WT0664 | CM759563 | 2/18/2005 | -16.81 | 0 | $ | (16.81) | -26 | 511 | 759563 | #N/A |
| WT0632 | 759570 | 2/18/2005 | 33.2 | 0 | $ | 33.20 | -26 | 511 | 759570 | #N/A |
| WT0664 | 759562 | 2/18/2005 | 45.24 | 0 | $ | 45.24 | -26 | 511 | 759562 | #N/A |
| WT0632 | 759571 | 2/18/2005 | 130.8 | 0 | $ | 130.80 | -26 | 511 | 759571 | #N/A |
| WT0664 | 759561 | 2/18/2005 | 410.04 | 0 | $ | 410.04 | -26 | 511 | 759561 | #N/A |
| WT0604 | CM759479 | 2/18/2005 | -14.06 | 0 | $ | (14.06) | -26 | 512 | 759479 | #N/A |
| WT0604 | 759474 | 2/18/2005 | 29.88 | 0 | $ | 29.88 | -26 | 512 | 759474 | #N/A |
| WT0604 | 759476 | 2/18/2005 | 341.7 | 0 | $ | 341.70 | -26 | 512 | 759476 | #N/A |
| WT0725 | CM760120 | 2/18/2005 | -11.52 | 0 | $ | (11.52) | -26 | 513 | 760120 | #N/A |
| WT0725 | 760119 | 2/18/2005 | 361.14 | 0 | $ | 361.14 | -26 | 513 | 760119 | #N/A |
| WJ0006 | CM759953 | 2/18/2005 | -4.56 | 0 | $ | (4.56) | -26 | 551 | 759953 | #N/A |
| WJ0179 | 760624 | 2/18/2005 | 25.08 | 0 | $ | 25.08 | -26 | 551 | 760624 | #N/A |
| WJ0179 | 760623 | 2/18/2005 | 78.56 | 0 | $ | 78.56 | -26 | 551 | 760623 | #N/A |
| WJ0006 | 759951 | 2/18/2005 | 193.48 | 0 | $ | 193.48 | -26 | 551 | 759951 | #N/A |
| WJ0179 | 760622 | 2/18/2005 | 242.28 | 0 | $ | 242.28 | -26 | 551 | 760622 | #N/A |
| WJ0125 | CM759461 | 2/18/2005 | -9.3 | 0 | $ | (9.30) | -26 | 552 | 759461 | #N/A |
| WJ0125 | CM759462 | 2/18/2005 | -1.53 | 0 | $ | (1.53) | -26 | 552 | 759462 | #N/A |
| WJ0125 | 759459 | 2/18/2005 | 31.24 | 0 | $ | 31.24 | -26 | 552 | 759459 | #N/A |
| WJ0125 | 759460 | 2/18/2005 | 250.06 | 0 | $ | 250.06 | -26 | 552 | 759460 | #N/A |
| WJ0097 | CM760489 | 2/18/2005 | -17.41 | 0 | $ | (17.41) | -26 | 553 | 760489 | #N/A |
| WJ0010 | CM759839 | 2/18/2005 | -15.6 | 0 | $ | (15.60) | -26 | 553 | 759839 | #N/A |
| WJ0019 | CM760480 | 2/18/2005 | -10 | 0 | $ | (10.00) | -26 | 553 | 760480 | #N/A |
| WJ0060 | CM760515 | 2/18/2005 | -1.83 | 0 | $ | (1.83) | -26 | 553 | 760515 | #N/A |
| WJ0060 | CM760514 | 2/18/2005 | -0.85 | 0 | $ | (0.85) | -26 | 553 | 760514 | #N/A |
| WJ0060 | 760510 | 2/18/2005 | 68.07 | 0 | $ | 68.07 | -26 | 553 | 760510 | #N/A |
| WJ0019 | 760479 | 2/18/2005 | 216.76 | 0 | $ | 216.76 | -26 | 553 | 760479 | #N/A |
| WJ0010 | 759835 | 2/18/2005 | 399.76 | 0 | $ | 399.76 | -26 | 553 | 759835 | #N/A |
| WJ0097 | 760488 | 2/18/2005 | 441.84 | 0 | $ | 441.84 | -26 | 553 | 760488 | #N/A |
| WJ0060 | 760511 | 2/18/2005 | 461.78 | 0 | $ | 461.78 | -26 | 553 | 760511 | #N/A |
| WJ0141 | 759726 | 2/18/2005 | 15 | 0 | $ | 15.00 | -26 | 554 | 759726 | #N/A |
| WJ0141 | 759727 | 2/18/2005 | 39.12 | 0 | $ | 39.12 | -26 | 554 | 759727 | #N/A |
| WJ0002 | 759416 | 2/18/2005 | 53.88 | 0 | $ | 53.88 | -26 | 554 | 759416 | #N/A |
| WJ0002 | 759415 | 2/18/2005 | 109.61 | 0 | $ | 109.61 | -26 | 554 | 759415 | #N/A |
| WJ0141 | 759724 | 2/18/2005 | 297.4 | 0 | $ | 297.40 | -26 | 554 | 759724 | #N/A |
| WO2260 | CM762177 | 2/18/2005 | -2.7 | 0 | $ | (2.70) | -26 | 500C | 762177 | #N/A |
| WO2260 | CM762176 | 2/18/2005 | -0.75 | 0 | $ | (0.75) | -26 | 500C | 762176 | #N/A |
| WO2260 | 762175 | 2/18/2005 | 44.76 | 0 | $ | 44.76 | -26 | 500C | 762175 | #N/A |
| WO2260 | 762174 | 2/18/2005 | 64.56 | 0 | $ | 64.56 | -26 | 500C | 762174 | #N/A |
| WO2260 | 762172 | 2/18/2005 | 388.26 | 0 | $ | 388.26 | -26 | 500C | 762172 | #N/A |
| WO2260 | 762170 | 2/18/2005 | 419.52 | 0 | $ | 419.52 | -26 | 500C | 762170 | #N/A |
| WO2207 | CM762130 | 2/18/2005 | -34.54 | 0 | $ | (34.54) | -26 | 500D | 762130 | #N/A |
| WO2207 | CM762129 | 2/18/2005 | -7.33 | 0 | $ | (7.33) | -26 | 500D | 762129 | #N/A |
| WO2207 | 762128 | 2/18/2005 | 43.68 | 0 | $ | 43.68 | -26 | 500D | 762128 | #N/A |
| WO2207 | 762127 | 2/18/2005 | 121.5 | 0 | $ | 121.50 | -26 | 500D | 762127 | #N/A |
| WO2207 | 762125 | 2/18/2005 | 443.24 | 0 | $ | 443.24 | -26 | 500D | 762125 | #N/A |
| WO2207 | 762126 | 2/18/2005 | 720.17 | 0 | $ | 720.17 | -26 | 500D | 762126 | #N/A |
| WT2661 | 760839 | 2/18/2005 | 1,160.51 | 0 | $ | 1,160.51 | -26 | 501B | 760839 | #N/A |
| WT0643 | CM760245 | 2/18/2005 | -145.95 | 0 | $ | (145.95) | -26 | 501E | 760245 | #N/A |
| WT0643 | CM760246 | 2/18/2005 | -41.8 | 0 | $ | (41.80) | -26 | 501E | 760246 | #N/A |
| WT0643 | 760244 | 2/18/2005 | 61.8 | 0 | $ | 61.80 | -26 | 501E | 760244 | #N/A |
| WT0643 | 760238 | 2/18/2005 | 1,086.70 | 0 | $ | 1,086.70 | -26 | 501E | 760238 | #N/A |
| WO2392 | CM762208 | 2/18/2005 | -37.52 | 0 | $ | (37.52) | -26 | 503A | 762208 | #N/A |
| WO2392 | CM762209 | 2/18/2005 | -2.55 | 0 | $ | (2.55) | -26 | 503A | 762209 | #N/A |
| WO2392 | 762207 | 2/18/2005 | 188.44 | 0 | $ | 188.44 | -26 | 503A | 762207 | #N/A |

NA Report

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WO2392 | 762206 | 2/18/2005 | 240.04 | 0 | $ | 240.04 | -26 | 503A | 762206 | #N/A |
| WO2392 | 762205 | 2/18/2005 | 576.74 | 0 | $ | 576.74 | -26 | 503A | 762205 | #N/A |
| WO2392 | 762204 | 2/18/2005 | 633.58 | 0 | $ | 633.58 | -26 | 503A | 762204 | #N/A |
| WO2282 | CM762171 | 2/18/2005 | -2.77 | 0 | $ | (2.77) | -26 | 503B | 762171 | #N/A |
| WO2282 | CM762173 | 2/18/2005 | -2 | 0 | $ | (2.00) | -26 | 503B | 762173 | #N/A |
| WO2282 | 762169 | 2/18/2005 | 77.16 | 0 | $ | 77.16 | -26 | 503B | 762169 | #N/A |
| WO2282 | 762168 | 2/18/2005 | 122.22 | 0 | $ | 122.22 | -26 | 503B | 762168 | #N/A |
| WO2282 | 762167 | 2/18/2005 | 491.04 | 0 | $ | 491.04 | -26 | 503B | 762167 | #N/A |
| WO2282 | 762166 | 2/18/2005 | 766.88 | 0 | $ | 766.88 | -26 | 503B | 762166 | #N/A |
| WO2216 | CM762351 | 2/18/2005 | -58.1 | 0 | $ | (58.10) | -26 | 503C | 762351 | #N/A |
| WO2216 | CM762352 | 2/18/2005 | -4.15 | 0 | $ | (4.15) | -26 | 503C | 762352 | #N/A |
| WO2216 | 762349 | 2/18/2005 | 29.88 | 0 | $ | 29.88 | -26 | 503C | 762349 | #N/A |
| WO2216 | 762350 | 2/18/2005 | 134.56 | 0 | $ | 134.56 | -26 | 503C | 762350 | #N/A |
| WO2216 | 762348 | 2/18/2005 | 141.96 | 0 | $ | 141.96 | -26 | 503C | 762348 | #N/A |
| WO2216 | 762347 | 2/18/2005 | 153.28 | 0 | $ | 153.28 | -26 | 503C | 762347 | #N/A |
| WO2216 | 762345 | 2/18/2005 | 871.84 | 0 | $ | 871.84 | -26 | 503C | 762345 | #N/A |
| WO2216 | 762346 | 2/18/2005 | 1,138.76 | 0 | $ | 1,138.76 | -26 | 503C | 762346 | #N/A |
| WT0655 | CM762053 | 2/18/2005 | -2.07 | 0 | $ | (2.07) | -26 | 504D | 762053 | #N/A |
| WT0655 | CM762054 | 2/18/2005 | -0.85 | 0 | $ | (0.85) | -26 | 504D | 762054 | #N/A |
| WT0655 | 762051 | 2/18/2005 | 330.16 | 0 | $ | 330.16 | -26 | 504D | 762051 | #N/A |
| WT0721 | CM760901 | 2/18/2005 | -216.74 | 0 | $ | (216.74) | -26 | 506C | 760901 | #N/A |
| WT0721 | CM760900 | 2/18/2005 | -108.98 | 0 | $ | (108.98) | -26 | 506C | 760900 | #N/A |
| WT0721 | 760898 | 2/18/2005 | 23.1 | 0 | $ | 23.10 | -26 | 506C | 760898 | #N/A |
| WT0721 | 760899 | 2/18/2005 | 59.76 | 0 | $ | 59.76 | -26 | 506C | 760899 | #N/A |
| WT0721 | 760897 | 2/18/2005 | 814.53 | 0 | $ | 814.53 | -26 | 506C | 760897 | #N/A |
| WT0745 | CM760936 | 2/18/2005 | -65.14 | 0 | $ | (65.14) | -26 | 506E | 760936 | #N/A |
| WT0745 | CM760935 | 2/18/2005 | -39 | 0 | $ | (39.00) | -26 | 506E | 760935 | #N/A |
| WT0745 | 760934 | 2/18/2005 | 33.2 | 0 | $ | 33.20 | -26 | 506E | 760934 | #N/A |
| WT0745 | 760926 | 2/18/2005 | 125.52 | 0 | $ | 125.52 | -26 | 506E | 760926 | #N/A |
| WT0745 | 760928 | 2/18/2005 | 830.8 | 0 | $ | 830.80 | -26 | 506E | 760928 | #N/A |
| WO2287 | CM761704 | 2/18/2005 | -5.25 | 0 | $ | (5.25) | -26 | 508E | 761704 | #N/A |
| WO2287 | CM761705 | 2/18/2005 | -2.76 | 0 | $ | (2.76) | -26 | 508E | 761705 | #N/A |
| WO2287 | 761702 | 2/18/2005 | 23.28 | 0 | $ | 23.28 | -26 | 508E | 761702 | #N/A |
| WO2287 | 761703 | 2/18/2005 | 71.16 | 0 | $ | 71.16 | -26 | 508E | 761703 | #N/A |
| WO2287 | 761697 | 2/18/2005 | 220.08 | 0 | $ | 220.08 | -26 | 508E | 761697 | #N/A |
| WO2287 | 761699 | 2/18/2005 | 407.09 | 0 | $ | 407.09 | -26 | 508E | 761699 | #N/A |
| WO2205 | CM759797 | 2/18/2005 | -1.09 | 0 | $ | (1.09) | -26 | 508G | 759797 | #N/A |
| WO2205 | 759794 | 2/18/2005 | 21.18 | 0 | $ | 21.18 | -26 | 508G | 759794 | #N/A |
| WO2205 | 759796 | 2/18/2005 | 76.92 | 0 | $ | 76.92 | -26 | 508G | 759796 | #N/A |
| WO2205 | 759795 | 2/18/2005 | 79.36 | 0 | $ | 79.36 | -26 | 508G | 759795 | #N/A |
| WO2306 | 761873 | 2/18/2005 | 46.56 | 0 | $ | 46.56 | -26 | 509B | 761873 | #N/A |
| WO2306 | 761872 | 2/18/2005 | 183.42 | 0 | $ | 183.42 | -26 | 509B | 761872 | #N/A |
| WO2306 | 761871 | 2/18/2005 | 263.88 | 0 | $ | 263.88 | -26 | 509B | 761871 | #N/A |
| WJ0197 | CM762005 | 2/18/2005 | -13.59 | 0 | $ | (13.59) | -26 | 510G | 762005 | #N/A |
| WJ0197 | 761995 | 2/18/2005 | 621.9 | 0 | $ | 621.90 | -26 | 510G | 761995 | #N/A |
| WT0728 | CM761843 | 2/18/2005 | -135.44 | 0 | $ | (135.44) | -26 | 513A | 761843 | #N/A |
| WT0728 | 761841 | 2/18/2005 | 33.2 | 0 | $ | 33.20 | -26 | 513A | 761841 | #N/A |
| WT0728 | 761840 | 2/18/2005 | 67.2 | 0 | $ | 67.20 | -26 | 513A | 761840 | #N/A |
| WT0728 | 761842 | 2/18/2005 | 141.36 | 0 | $ | 141.36 | -26 | 513A | 761842 | #N/A |
| WT0728 | 761839 | 2/18/2005 | 338.76 | 0 | $ | 338.76 | -26 | 513A | 761839 | #N/A |
| WO2383 | CM762226 | 2/18/2005 | -29.06 | 0 | $ | (29.06) | -26 | 514D | 762226 | #N/A |
| WO2383 | CM762227 | 2/18/2005 | -10.21 | 0 | $ | (10.21) | -26 | 514D | 762227 | #N/A |
| WO2383 | CM762228 | 2/18/2005 | -5.3 | 0 | $ | (5.30) | -26 | 514D | 762228 | #N/A |
| WO2383 | CM762229 | 2/18/2005 | -0.9 | 0 | $ | (0.90) | -26 | 514D | 762229 | #N/A |
| WO2383 | 762222 | 2/18/2005 | 68.88 | 0 | $ | 68.88 | -26 | 514D | 762222 | #N/A |
| WO2383 | 762224 | 2/18/2005 | 356.6 | 0 | $ | 356.60 | -26 | 514D | 762224 | #N/A |

NA Report

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WO2383 | 762225 | 2/18/2005 | 605.56 | 0 | $ | 605.56 | -26 | 514D | 762225 | #N/A |
| WO2652 | CM762338 | 2/18/2005 | -7.63 | 0 | $ | (7.63) | -26 | 515C | 762338 | #N/A |
| WO2652 | 762332 | 2/18/2005 | 294.08 | 0 | $ | 294.08 | -26 | 515C | 762332 | #N/A |
| WO2652 | 762333 | 2/18/2005 | 2,270.76 | 0 | $ | 2,270.76 | -26 | 515C | 762333 | #N/A |
| WO2225 | 762145 | 2/18/2005 | 46.56 | 0 | $ | 46.56 | -26 | 516C | 762145 | #N/A |
| WO2225 | 762144 | 2/18/2005 | 64.98 | 0 | $ | 64.98 | -26 | 516C | 762144 | #N/A |
| WO2225 | 762146 | 2/18/2005 | 531.36 | 0 | $ | 531.36 | -26 | 516C | 762146 | #N/A |
| WO2225 | 762147 | 2/18/2005 | 537.84 | 0 | $ | 537.84 | -26 | 516C | 762147 | #N/A |
| WO2235 | 761742 | 2/18/2005 | 43.8 | 0 | $ | 43.80 | -26 | 518B | 761742 | #N/A |
| WO2235 | 761739 | 2/18/2005 | 75.24 | 0 | $ | 75.24 | -26 | 518B | 761739 | #N/A |
| WO2235 | 761738 | 2/18/2005 | 232.19 | 0 | $ | 232.19 | -26 | 518B | 761738 | #N/A |
| WJ0025 | CM760696 | 2/18/2005 | -14.83 | 0 | $ | (14.83) | -26 | 551A | 760696 | #N/A |
| WJ0025 | 760692 | 2/18/2005 | 33.2 | 0 | $ | 33.20 | -26 | 551A | 760692 | #N/A |
| WJ0025 | 760695 | 2/18/2005 | 75.54 | 0 | $ | 75.54 | -26 | 551A | 760695 | #N/A |
| WJ0025 | 760686 | 2/18/2005 | 764.34 | 0 | $ | 764.34 | -26 | 551A | 760686 | #N/A |
| WJ0080 | 760687 | 2/18/2005 | 46.36 | 0 | $ | 46.36 | -26 | 551B | 760687 | #N/A |
| WJ0080 | 759540 | 2/18/2005 | 1,671.59 | 0 | $ | 1,671.59 | -26 | 551B | 759540 | #N/A |
| WJ0107 | CM760165 | 2/18/2005 | -8.12 | 0 | $ | (8.12) | -26 | 551C | 760165 | #N/A |
| WJ0107 | 760164 | 2/18/2005 | 19.92 | 0 | $ | 19.92 | -26 | 551C | 760164 | #N/A |
| WJ0107 | 760162 | 2/18/2005 | 866.44 | 0 | $ | 866.44 | -26 | 551C | 760162 | #N/A |
| | | | | | | | | | | |
| | | | | | $ 88,346.10 | | | | | |