World Kitchen, Inc.    Accounts Receivable
1200 South Antrim Way    fax: 717 597 6133
Greencastle, PA 17225    www.worldkitchen.com



March 4, 2005

Baker's Secret

Chicago Cutlery

Corelle

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

CorningWare

RE: Reclamation of Goods

EKCO

Attention: Kathleen Farrell-Willoughby-Clerk of Court

Grilla Gear

Please see the attached listing of goods sold to Winn-Dixie, Inc., our customer #3157, Chapter 11, Case # 05-11-63, by World Kitchen, Inc.

Magnalite

Regarding Title 11 U. S. C., Section 546 (c), World Kitchen, Inc., asserts the right of reclamation by submitting this list and dated invoice copies in compliance with said section for reclamation of product shipped to the debtor corporation totaling $19,900.51.

Olfa

If additional information is needed for this submission please contact me directly at 717-597-6353 or brigidoa@worldkitchen.com.

OXO

Sincerely,

Pyrex

*Ann Marie Brigido*

Regent Sheffield

Ann Marie Brigido
Accounts Receivable/Collections Manager
World Kitchen, Inc.

Revere

Via

Enclosures

Visions



Wagner

Wiltshire

Customer: 3615
Company Code: US01

Name: WINN DIXIE STORES INC-BANKRUPTCY
City: JACKSONVILLE

| Arrears | Reference | Typ | Doc. date | Doc. no. | Pmt | Net due dt | BK | Amt in loc.cur. | Rcd | Text |
|---|---|---|---|---|---|---|---|---|---|---|
| 7- | 541718 | RV | 02/11/2005 | 9002812650 | 0112 | 03/13/2005 | 01 | 3,872.39 | | |
| 7- | 538194 | RV | 02/11/2005 | 9002812651 | 0112 | 03/13/2005 | 01 | 2,659.10 | | |
| 7- | 541719 | RV | 02/11/2005 | 9002813140 | 0112 | 03/13/2005 | 01 | 3,361.45 | | |
| 10- | 538155 | RV | 02/14/2005 | 9002814151 | 0112 | 03/16/2005 | 01 | 2,607.15 | | |
| 14- | 541720 | RV | 02/18/2005 | 9002823803 | 0112 | 03/20/2005 | 01 | 3,786.36 | | |
| 14- | 538156 | RV | 02/18/2005 | 9002823804 | 0112 | 03/20/2005 | 01 | 3,614.06 | | |
| * 3615 | | | | | | | | 19,900.51 | | |
| ** Account 3615 | | | | | | | | 19,900.51 | | |

# INVOICE

**World Kitchen, Inc.**
Duns No.: 01293-5800

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX  75391-1310

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

| PAY BY: | 03/13/2005 |
|---|---|
| Amount: | 3,872.39 |
| Inv No. | 9002812650 |
| Inv Date | 02/11/2005 |
| Page | 1 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA  17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE   FL   32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DIV
5050 EDGEWOOD CT
JACKSONVILLE       FL    32203

DC    000H
STORE 100E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3119953 | 541718  02/08/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 12 | 72 | 116423003 | B SCRT Cook N Carr | | 3.75 | 270.00 | | 270.00 |
| 8 | 24 | 116427005 | B SCRT Lg Broiler | 523918 | 8.20 | 196.80 | | 196.80 |
| 5 | 30 | 116407008 | B SCRT Medium Loaf | 534648 | 1.45 | 43.50 | | 43.50 |
| 9 | 54 | 115659005 | BS AIR Medium Pizz | 510743 | 3.98 | 214.92 | | 214.92 |
| 12 | 72 | 115659505 | BS AIR Large Pizza | 523911 | 4.86 | 349.92 | | 349.92 |
| 38 | 228 | 116447008 | B SCRT Large Loaf | 534663 | 1.73 | 394.44 | | 394.44 |
| 44 | 264 | 116433005 | B SCRT Oblong Cake | 534644 | 2.03 | 535.92 | | 535.92 |
| 45 | 270 | 116410008 | B SCRT Medium Cook | 534646 | 2.08 | 561.60 | | 561.60 |
| 17 | 102 | 116466007 | B SCRT Six Cup Tex | 510741 | 2.73 | 278.46 | | 278.46 |
| 44 | 264 | 116420008 | B SCRT Twelve Cup | 534645 | 2.70 | 712.80 | | 712.80 |
| 21 | 84 | 6022108 | CORNINGWARE 16OZ P | 541268 | 3.97 | 333.48 | | 333.48 |
| | | | Warranty Allowance | | 0.50-% | | 19.45- | |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | Pro# |
|---|---|---|---|---|---|
| 02/11/2005 | OLD DOMINION FR  Term: Prepaid | 255 | 1,463.25 LB | MONEE            IL | 9904311098 |

Due Date: 03/13/2005    Pay This Amount:  3,872.39

**Terms of payment**
Up to 03/03/2005 you receive 1.000 % discount
Up to 03/13/2005 without deduction

Title and possession of merchandise pass to the buyer based upon agreed terms of sale.  All claims must be made within (30) days after receipt of goods.  Request for proof of delivery must be made within (30) days from date of shipment.  Returns are subject to prior authorization.  Seller's liability is limited to an amount not in excess of the applicable unit price shown above.



**World Kitchen, Inc.**
Duns No.: 01293-5800

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX 75391-1310

# INVOICE

| PAY BY: | 03/13/2005 |
|---|---|
| Amount: | 2,659.10 |
| Inv No. | 9002812651 |
| Inv Date | 02/11/2005 |
| Page | 1 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA  17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE  FL  32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DEPT
2819 WADE HAMPTON BLVD
TAYLORS          SC  29687

DC     000H
STORE  400E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date | |
|---|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3119978 | 538194 | 02/08/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 6 | 36 | 115659505 | BS AIR Large Pizza | 523911 | 4.86 | 174.96 | | 174.96 |
| 11 | 66 | 116433005 | B SCRT Oblong Cake | 534644 | 2.03 | 133.98 | | 133.98 |
| 14 | 84 | 116466007 | B SCRT Six Cup Tex | 510741 | 2.73 | 229.32 | | 229.32 |
| 12 | 72 | 116423003 | B SCRT Cook N Carr | | 3.75 | 270.00 | | 270.00 |
| 8 | 48 | 116407008 | B SCRT Medium Loaf | 534648 | 1.45 | 69.60 | | 69.60 |
| 6 | 36 | 116480205 | BS AIR Large Bakin | 523925 | 5.68 | 204.48 | | 204.48 |
| 17 | 102 | 116425005 | B SCRT Twelve Cup | 521140 | 2.57 | 262.14 | | 262.14 |
| 15 | 90 | 116447008 | B SCRT Large Loaf | 534663 | 1.73 | 155.70 | | 155.70 |
| 27 | 162 | 116410008 | B SCRT Medium Cook | 534646 | 2.08 | 336.96 | | 336.96 |
| 6 | 36 | 116482008 | B SCRT Biscuit/Bro | 534658 | 1.54 | 55.44 | | 55.44 |
| 8 | 48 | 116403005 | BS AIR Med Cookie/ | 520161 | 5.11 | 245.28 | | 245.28 |
| 33 | 198 | 116420008 | B SCRT Twelve Cup | 534645 | 2.70 | 534.60 | | 534.60 |
| | | | Warranty Allowance | | 0.50-% | | 13.36- | |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | | Pro# |
|---|---|---|---|---|---|---|
| 02/11/2005 | OLD DOMINION FR Term: Prepaid | 163 | 992.60 LB | MONEE | IL | 9904311099 |

**Terms of payment**
Up to 03/03/2005 you receive 1.000 % discount
Up to 03/13/2005 without deduction

Due Date: 03/13/2005        Pay This Amount:    2,659.10

Title and possession of merchandise pass to the buyer based upon agreed terms of sale. All claims must be made within (30) days after receipt of goods. Request for proof of delivery must be made within (30) days from date of shipment. Returns are subject to prior authorization. Seller's liability is limited to an amount not in excess of the applicable unit price shown above.

# INVOICE



**World Kitchen, Inc.**
Duns No.: 01293-5800

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX  75391-1310

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

| | |
|---|---|
| PAY BY: | 03/13/2005 |
| Amount: | 3,361.45 |
| Inv No. | 9002813140 |
| Inv Date | 02/11/2005 |
| Page | 1 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA  17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE  FL  32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DIV
5050 EDGEWOOD CT
JACKSONVILLE   FL   32203

DC    000H
STORE 100E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3119976 | 541719  02/08/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 16 | 64 | 6001033 | Pyrex Orig 2.5qt/2 | 534498 | 2.52 | 161.28 | | 161.28 |
| 21 | 84 | 6017398 | Pyrex Strg 4Cup/.9 | 541254 | 2.27 | 190.68 | | 190.68 |
| 10 | 60 | 6017471 | Pyrex Strg 3Cup/70 | 541257 | 2.39 | 143.40 | | 143.40 |
| 20 | 120 | 6001075 | Pyrex Orig 1pt/473 | 521164 | 2.08 | 249.60 | | 249.60 |
| 30 | 180 | 6001074 | Pyrex Orig 1Cup/23 | 521163 | 1.68 | 302.40 | | 302.40 |
| 15 | 60 | 6017397 | Pyrex Strg 7Cup/1. | 541253 | 3.01 | 180.60 | | 180.60 |
| 13 | 52 | 6017396 | Pyrex Strg 6Cup/1. | 541252 | 3.01 | 156.52 | | 156.52 |
| 9 | 54 | 6001076 | Pyrex Orig 1qt/.95 | 521162 | 3.02 | 163.08 | | 163.08 |
| 20 | 80 | 6019585 | Pyrex 8"/20cm Sq C | 541259 | 3.20 | 256.00 | | 256.00 |
| 3 | 18 | 6001142 | Pyrex Orig 6oz/177 | 521155 | 2.68 | 48.24 | | 48.24 |
| 18 | 36 | 6017400 | Pyrex Strg 11Cup/2 | 541256 | 3.58 | 128.88 | | 128.88 |
| 6 | 36 | 6021460 | Pyrex 6oz/177ml Cu | 541264 | 2.68 | 96.48 | | 96.48 |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | Pro# |
|---|---|---|---|---|---|
| 02/11/2005 | OLD DOMINION FR Term: Prepaid | 282 | 2,061.30 LB | GREENCASTLE   PA | 9903901194 |

**Terms of payment**                                         Due Date: 03/13/2005
Up to 03/03/2005 you receive 1.000 % discount
Up to 03/13/2005 without deduction
$  0.00  Discount Allowed        No Anticipation Allowed

Title and possession of merchandise pass to the buyer based upon agreed terms of sale.  All claims must be made within (30) days after receipt of goods.  Request for proof of delivery must be made within (30) days from date of shipment.  Returns are subject to prior authorization.  Seller's liability is limited to an amount not in excess of the applicable unit price shown above.



**INVOICE**

**World Kitchen, Inc.**
Duns No.: 01293-5800

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX 75391-1310

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

| PAY BY: | 03/13/2005 |
|---|---|
| Amount: | 3,361.45 |
| Inv No. | 9002813140 |
| Inv Date | 02/11/2005 |
| Page | 2 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA 17225

| Bill to: | Ship to: |
|---|---|
| WINN DIXIE STORES INC-BANKRUPTCY<br>GENERAL MDSE DIV<br>P.O. BOX B<br>JACKSONVILLE FL 32203-0297 | WINN DIXIE STORES INC<br>GENERAL MDSE DIV<br>5050 EDGEWOOD CT<br>JACKSONVILLE FL 32203<br>DC 000H<br>STORE 100E |

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3119976 | 541719 02/08/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 5 | 30 | 6017399 | Pyrex Strg 2Cup/47 | 541255 | 2.10 | 63.00 | | 63.00 |
| 12 | 36 | 6003110 | Corelle Pltr 3/cs | 522139 | 3.16 | 113.76 | | 113.76 |
| 3 | 18 | 6001143 | Pyrex Orig 10oz/29 | 524320 | 3.69 | 66.42 | | 66.42 |
| 8 | 32 | 6001040 | Pyrex Orig 4qt/3.8 | 521147 | 5.60 | 179.20 | | 179.20 |
| 5 | 20 | 6001018 | Pyrex Orig 1.5qt/1 | 521169 | 2.36 | 47.20 | | 47.20 |
| 4 | 12 | 1032595 | Corelle XL 28oz/82 | 541562 | 2.35 | 28.20 | | 28.20 |
| 3 | 18 | 6017652 | Corelle 18oz/532ml | 595519 | 2.67 | 48.06 | | 48.06 |
| 12 | 48 | 1035985 | Corningware Popns | 541277 | 3.97 | 190.56 | | 190.56 |
| 6 | 36 | 6022472 | CORNINGWARE FW 7 O | 541270 | 2.18 | 78.48 | | 78.48 |
| 20 | 120 | 6022471 | CORNINGWARE FW 4 O | 541269 | 1.56 | 187.20 | | 187.20 |
| 4 | 16 | 6021229 | CorningwareFW 24oz | 541263 | 5.56 | 88.96 | | 88.96 |
| 19 | 19 | 1046982 | Corelle Cord 4pc C | 595490 | 11.06 | 210.14 | | 210.14 |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | Pro# |
|---|---|---|---|---|---|
| 02/11/2005 | OLD DOMINION FR<br>Term: Prepaid | 282 | 2,061.30 LB | GREENCASTLE PA | 9903901194 |

**Terms of payment**   Due Date: 03/13/2005
Up to 03/03/2005 you receive 1.000 % discount
Up to 03/13/2005 without deduction
$ 0.00 Discount Allowed    No Anticipation Allowed

Title and possession of merchandise pass to the buyer based upon agreed terms of sale. All claims must be made within (30) days after receipt of goods. Request for proof of delivery must be made within (30) days from date of shipment. Returns are subject to prior authorization. Seller's liability is limited to an amount not in excess of the applicable unit price shown above.



# INVOICE

**World Kitchen, Inc.**
Duns No.: 01293-5800
Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX  75391-1310

| PAY BY: | 03/13/2005 |
|---|---|
| Amount: | 3,361.45 |
| Inv No. | 9002813140 |
| Inv Date | 02/11/2005 |
| Page | 3 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA  17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE  FL  32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DIV
5050 EDGEWOOD CT
JACKSONVILLE  FL  32203
DC   000H
STORE   100E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3119976 | 541719  02/08/2005 |

| Qty Shipped CS / SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| | Warranty Allowance | | | 0.50-% | | 16.89- | |

| Date Shipped | Shipped Via / Term | #Cases | Weight | Shipping Point | | Pro# |
|---|---|---|---|---|---|---|
| 02/11/2005 | OLD DOMINION FR / Prepaid | 282 | 2,061.30 LB | GREENCASTLE | PA | 9903901194 |

**Terms of payment**                Due Date: 03/13/2005        Pay This Amount:   3,361.45
Up to 03/03/2005 you receive 1.000 % discount
Up to 03/13/2005 without deduction

Title and possession of merchandise pass to the buyer based upon agreed terms of sale. All claims must be made within (30) days after receipt of goods. Request for proof of delivery must be made within (30) days from date of shipment. Returns are subject to prior authorization. Seller's liability is limited to an amount not in excess of the applicable unit price shown above.

# INVOICE



**World Kitchen, Inc.**
Duns No.: 01293-5800

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX  75391-1310

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

| PAY BY: | 03/16/2005 |
|---|---|
| Amount: | 2,607.15 |
| Inv No. | 9002814151 |
| Inv Date | 02/14/2005 |
| Page | 1 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA  17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE  FL  32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DEPT
2819 WADE HAMPTON BLVD
TAYLORS        SC    29687

DC    000H
STORE 400E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3119979 | 538195  02/08/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 9 | 36 | 6017397 | Pyrex Strg 7Cup/1. | 541253 | 3.01 | 108.36 | | 108.36 |
| 8 | 32 | 6017396 | Pyrex Strg 6Cup/1. | 541252 | 3.01 | 96.32 | | 96.32 |
| 11 | 44 | 6017398 | Pyrex Strg 4Cup/.9 | 541254 | 2.27 | 99.88 | | 99.88 |
| 9 | 54 | 6001076 | Pyrex Orig 1qt/.95 | 521162 | 3.02 | 163.08 | | 163.08 |
| 2 | 8 | 6001018 | Pyrex Orig 1.5qt/1 | 521169 | 2.36 | 18.88 | | 18.88 |
| 9 | 27 | 1032595 | Corelle XL 28oz/82 | 541562 | 2.35 | 63.45 | | 63.45 |
| 15 | 30 | 6017400 | Pyrex Strg 11Cup/2 | 541256 | 3.58 | 107.40 | | 107.40 |
| 7 | 28 | 6019585 | Pyrex 8"/20cm Sq C | 541259 | 3.20 | 89.60 | | 89.60 |
| 9 | 54 | 6001142 | Pyrex Orig 6oz/177 | 521155 | 2.68 | 144.72 | | 144.72 |
| 19 | 114 | 6001074 | Pyrex Orig 1Cup/23 | 521163 | 1.68 | 191.52 | | 191.52 |
| 18 | 108 | 6001075 | Pyrex Orig 1pt/473 | 521164 | 2.08 | 224.64 | | 224.64 |
| 22 | 88 | 6001012 | Pyrex Orig 3qt/2.8 | 521149 | 4.25 | 374.00 | | 374.00 |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | Pro# |
|---|---|---|---|---|---|
| 02/14/2005 | OLD DOMINION FR Term: Prepaid | 203 | 1,901.25 LB | GREENCASTLE          PA | 9903901204 |

**Terms of payment**                                      Due Date: 03/16/2005
Up to 03/06/2005 you receive 1.000 % discount
Up to 03/16/2005 without deduction
$    0.00 Discount Allowed       No Anticipation Allowed

Title and possession of merchandise pass to the buyer based upon agreed terms of sale. All claims must be made within (30) days after receipt of goods. Request for proof of delivery must be made within (30) days from date of shipment. Returns are subject to prior authorization. Seller's liability is limited to an amount not in excess of the applicable unit price shown above.



**INVOICE**

**World Kitchen, Inc.**
Duns No.: 01293-5800

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX 75391-1310

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

| PAY BY: | 03/16/2005 |
|---|---|
| Amount: | 2,607.15 |
| Inv No. | 9002814151 |
| Inv Date | 02/14/2005 |
| Page | 2 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA  17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE  FL  32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DEPT
2819 WADE HAMPTON BLVD
TAYLORS     SC   29687

DC    000H
STORE 400E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3119979 | 536195  02/08/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 16 | 64 | 6019587 | Pyrex 3qt/2.85L Ob | 541685 | 4.25 | 272.00 | | 272.00 |
| 5 | 30 | 6001143 | Pyrex Orig 10oz/29 | 524320 | 3.69 | 110.70 | | 110.70 |
| 3 | 12 | 6001005 | Pyrex Orig 1.5qt/1 | 541250 | 2.35 | 28.20 | | 28.20 |
| 2 | 12 | 6021460 | Pyrex 6oz/177ml Cu | 541264 | 2.68 | 32.16 | | 32.16 |
| 4 | 16 | 6001033 | Pyrex Orig 2.5qt/2 | 534498 | 2.52 | 40.32 | | 40.32 |
| 3 | 18 | 6017399 | Pyrex Strg 2Cup/47 | 541255 | 2.10 | 37.80 | | 37.80 |
| 3 | 12 | 6019586 | Pyrex 2qt/1.9L Obl | 541684 | 3.60 | 43.20 | | 43.20 |
| 22 | 88 | 6001078 | Pyrex Orig 8"/20cm | 521151 | 3.20 | 281.60 | | 281.60 |
| 1 | 1 | 1046985 | Corelle Cord 3pc B | 595514 | 9.75 | 9.75 | | 9.75 |
| 1 | 4 | 6022107 | CORNINGWARE 15OZ P | 541267 | 3.97 | 15.88 | | 15.88 |
| 1 | 6 | 6022472 | CORNINGWARE FW 7 O | 541270 | 2.18 | 13.08 | | 13.08 |
| 1 | 6 | 6022471 | CORNINGWARE FW 4 O | 541269 | 1.56 | 9.36 | | 9.36 |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | Pro# |
|---|---|---|---|---|---|
| 02/14/2005 | OLD DOMINION FR Term: Prepaid | 203 | 1,901.25 LB | GREENCASTLE           PA | 9903901204 |

**Terms of payment**                                           Due Date: 03/16/2005
Up to 03/06/2005 you receive 1.000  % discount
Up to 03/16/2005 without deduction
$    0.00  Discount Allowed         No Anticipation Allowed

Title and possession of merchandise pass to the buyer based upon agreed terms of sale.  All claims must be made within (30) days after receipt of goods.  Request for proof of delivery must be made within (30) days from date of shipment.  Returns are subject to prior authorization.  Seller's liability is limited to an amount not in excess of the applicable unit price shown above.

# INVOICE

**World Kitchen, Inc.**
Duns No.: 01293-5800

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX 75391-1310

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

| PAY BY: | 03/16/2005 |
|---|---|
| **Amount:** | **2,607.15** |
| Inv No. | 9002814151 |
| Inv Date | 02/14/2005 |
| Page | 3 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA 17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE  FL  32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DEPT
2819 WADE HAMPTON BLVD
TAYLORS            SC    29687

DC    000H
STORE 400E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3119979 | 538195  02/08/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 6021229 | CorningwareFW 24oz | 541263 | 5.56 | 22.24 | | 22.24 |
| 2 | 2 | 1046986 | Corelle Cord 4pc C | 595492 | 11.06 | 22.12 | | 22.12 |
| | | | Warranty Allowance | | 0.50-% | | 13.11- | |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | Pro# |
|---|---|---|---|---|---|
| 02/14/2005 | OLD DOMINION FR Term: Prepaid | 203 | 1,901.25 LB | GREENCASTLE    PA | 9903901204 |

**Terms of payment**                                        Due Date: 03/16/2005        Pay This Amount: 2,607.15
Up to 03/06/2005 you receive 1.000 % discount
Up to 03/16/2005 without deduction

Title and possession of merchandise pass to the buyer based upon agreed terms of sale. All claims must be made within (30) days after receipt of goods. Request for proof of delivery must be made within (30) days from date of shipment. Returns are subject to prior authorization. Seller's liability is limited to an amount not in excess of the applicable unit price shown above.



# INVOICE

**World Kitchen, Inc.**
Duns No.: 01293-5800

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX 75391-1310

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

| PAY BY: | 03/20/2005 |
|---|---|
| Amount: | 3,786.36 |
| Inv No. | 9002823803 |
| Inv Date | 02/18/2005 |
| Page | 1 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA 17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE FL 32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DIV
5050 EDGEWOOD CT
JACKSONVILLE FL 32203

DC 000H
STORE 100E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3134222 | 541720 02/15/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 18 | 108 | 116407008 | B SCRT Medium Loaf | 534648 | 1.45 | 156.60 | | 156.60 |
| 57 | 342 | 116410008 | B SCRT Medium Cook | 534646 | 2.08 | 711.36 | | 711.36 |
| 48 | 288 | 116420008 | B SCRT Twelve Cup | 534645 | 2.70 | 777.60 | | 777.60 |
| 35 | 210 | 116433005 | B SCRT Oblong Cake | 534644 | 2.03 | 426.30 | | 426.30 |
| 24 | 144 | 116482008 | B SCRT Biscuit/Bro | 534658 | 1.54 | 221.76 | | 221.76 |
| 4 | 12 | 116427005 | B SCRT Lg Broiler | 523918 | 8.20 | 98.40 | | 98.40 |
| 16 | 96 | 115659505 | BS AIR Large Pizza | 523911 | 4.86 | 466.56 | | 466.56 |
| 13 | 78 | 116474002 | B SCRT Fluted Tube | 532670 | 5.18 | 404.04 | | 404.04 |
| 13 | 78 | 116466007 | B SCRT Six Cup Tex | 510741 | 2.73 | 212.94 | | 212.94 |
| 9 | 54 | 116425005 | B SCRT Twelve Cup | 521140 | 2.57 | 138.78 | | 138.78 |
| 8 | 48 | 115659005 | BS AIR Medium Pizz | 510743 | 3.98 | 191.04 | | 191.04 |
| | | | Warranty Allowance | | 0.50-% | | 19.02- | |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | | Pro# |
|---|---|---|---|---|---|---|
| 02/18/2005 | OLD DOMINION FR Term: Prepaid | 245 | 1,397.80 LB | MONEE | IL | 9904311170 |

**Terms of payment**
Up to 03/10/2005 you receive 1.000 % discount
Up to 03/20/2005 without deduction

Due Date: 03/20/2005    Pay This Amount: 3,786.36

Title and possession of merchandise pass to the buyer based upon agreed terms of sale. All claims must be made within (30) days after receipt of goods. Request for proof of delivery must be made within (30) days from date of shipment. Returns are subject to prior authorization. Seller's liability is limited to an amount not in excess of the applicable unit price shown above.



# INVOICE

**World Kitchen, Inc.**
Duns No.: 01293-5800

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX 75391-1310

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

| PAY BY: | 03/20/2005 |
|---|---|
| Amount: | 3,614.06 |
| Inv No. | 9002823804 |
| Inv Date | 02/18/2005 |
| Page | 1 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA 17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE FL 32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DEPT
2819 WADE HAMPTON BLVD
TAYLORS        SC   29687

DC    000H
STORE  400E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3134226 | 538196  02/15/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 9 | 54 | 116482008 | B SCRT Biscuit/Bro | 534658 | 1.54 | 83.16 | | 83.16 |
| 38 | 228 | 116420008 | B SCRT Twelve Cup | 534645 | 2.70 | 615.60 | | 615.60 |
| 30 | 180 | 116433005 | B SCRT Oblong Cake | 534644 | 2.03 | 365.40 | | 365.40 |
| 29 | 174 | 116410008 | B SCRT Medium Cook | 534646 | 2.08 | 361.92 | | 361.92 |
| 15 | 90 | 116425005 | B SCRT Twelve Cup | 521140 | 2.57 | 231.30 | | 231.30 |
| 14 | 84 | 116480205 | BS AIR Large Bakin | 523925 | 5.68 | 477.12 | | 477.12 |
| 13 | 78 | 116466007 | B SCRT Six Cup Tex | 510741 | 2.73 | 212.94 | | 212.94 |
| 10 | 60 | 115659505 | BS AIR Large Pizza | 523911 | 4.86 | 291.60 | | 291.60 |
| 9 | 54 | 116474002 | B SCRT Fluted Tube | 532670 | 5.18 | 279.72 | | 279.72 |
| 7 | 42 | 116423003 | B SCRT Cook N Carr | | 3.75 | 157.50 | | 157.50 |
| 8 | 48 | 116407008 | B SCRT Medium Loaf | 534648 | 1.45 | 69.60 | | 69.60 |
| 8 | 48 | 116447008 | B SCRT Large Loaf | 534663 | 1.73 | 83.04 | | 83.04 |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | Pro# |
|---|---|---|---|---|---|
| 02/18/2005 | OLD DOMINION FR Term: Prepaid | 207 | 1,287.05 LB | MONEE      IL | 9904311174 |

Terms of payment                                    Due Date: 03/20/2005
Up to 03/10/2005 you receive 1.000 % discount
Up to 03/20/2005 without deduction
$   0.00  Discount Allowed      No Anticipation Allowed

Title and possession of merchandise pass to the buyer based upon agreed terms of sale. All claims must be made within (30) days after receipt of goods. Request for proof of delivery must be made within (30) days from date of shipment. Returns are subject to prior authorization. Seller's liability is limited to an amount not in excess of the applicable unit price shown above.



**INVOICE**

World Kitchen, Inc.
Duns No.: 01293-5800

Mail Payments to:
World Kitchen, Inc.
PO Box 911310
Dallas, TX 75391-1310

Accounts Receivable:
Tel: 866-843-1686
Fax: 717-597-6375

| PAY BY: | 03/20/2005 |
|---|---|
| Amount: | 3,614.06 |
| Inv No. | 9002823804 |
| Inv Date | 02/18/2005 |
| Page | 2 |

Direct all invoice inquiries to:
Credit Department
1200 S. Antrim Way
Greencastle, PA 17225

Bill to: WINN DIXIE STORES INC-BANKRUPTCY
GENERAL MDSE DIV
P.O. BOX B
JACKSONVILLE FL 32203-0297

Ship to: WINN DIXIE STORES INC
GENERAL MDSE DEPT
2819 WADE HAMPTON BLVD
TAYLORS SC 29687

DC 000H
STORE 400E

| Account No. | Terms Of Sale | Sales Code | WKI Order No. | P.O.# & Date |
|---|---|---|---|---|
| 3615 | 1% 20 DAYS - NET 30 DAYS | 132 | 3134226 | 538196 02/15/2005 |

| Qty Shipped CS | SU | Material No. | Description | Customer Stock No. | Unit Price | Amount | Disc Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | 24 | 115659005 | BS AIR Medium Pizz | 510743 | 3.98 | 95.52 | | 95.52 |
| 5 | 15 | 116427005 | B SCRT Lg Broiler | 523918 | 8.20 | 123.00 | | 123.00 |
| 2 | 12 | 116404006 | BS AIR Lrg Cookie/ | 523914 | 5.00 | 60.00 | | 60.00 |
| 2 | 12 | 116403005 | BS AIR Med Cookie/ | 520161 | 5.11 | 61.32 | | 61.32 |
| 4 | 16 | 6022108 | CORNINGWARE 16OZ P | 541268 | 3.97 | 63.52 | | 63.52 |
| | | Warranty Allowance | | | 0.50-% | | 18.20- | |

| Date Shipped | Shipped Via | #Cases | Weight | Shipping Point | | Pro# |
|---|---|---|---|---|---|---|
| 02/18/2005 | OLD DOMINION FR Term: Prepaid | 207 | 1,287.05 LB | MONEE | IL | 9904311174 |

Terms of payment
Up to 03/10/2005 you receive 1.000 % discount
Up to 03/20/2005 without deduction

Due Date: 03/20/2005        Pay This Amount: 3,614.06

Title and possession of merchandise pass to the buyer based upon agreed terms of sale. All claims must be made within (30) days after receipt of goods. Request for proof of delivery must be made within (30) days from date of shipment. Returns are subject to prior authorization. Seller's liability is limited to an amount not in excess of the applicable unit price shown above.