Ginnie Van Kesteren
GINNIE VAN KESTEREN, P.A.
Florida Bar No. 302260
111 Second Avenue NE, Suite 706
St. Petersburg, FL 33701
Telephone:   (727) 898-9669
Facsimile:   (727) 898-9660
gvk@gvk-law.com
Attorney for The Morgran Company

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al. | Case No. 05-11063 (RDD) |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, _Pro Hac Vice_

I, GINNIE VAN KESTEREN, a member in good standing of the bar in the State of Florida, request admission, **_pro hac vice_**, before the Honorable Robert D. Drain, to represent The Morgran Company in the above referenced case.

My address is: 111 Second Avenue NE, Suite 706, St. Petersburg, FL 33701; email address is: gvk@gvk-law.com; telephone number is: 727-898-9669; facsimile number is: 727-898-9660.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice **_pro hac vice_**.

Dated: __3/9/2005__                      _____
                                          GINNIE VAN KESTEREN

---

### ORDER

**ORDERED**, that GINNIE VAN KESTEREN, Esq., is admitted to practice **_pro hac vice_** in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____          _____
                                          UNITED STATES BANKRUPTCY JUDGE

