729

ORIGIN ID: YALA (905) 660-0444
ANNA BIRO
KIK CORPORATION
33 MACINTOSH BLVD

CONCORD, ON L4K4L5
CANADA CA

Ship Date: 11MAR05
Actual Wgt: 4.0 LB
System#: 0766702/CAFE2246
Account: S *********

EIN/VAT:

TO ROOM 534 RE: WINN DIXIE    (999) 999-9999
CLERK UNITED STATES BANKRUPTCY CRT
CRT FOR THE SOUTHERN DISTRICT OF NY
ONE BOWLING GREEN
ONE BOWLING GREEN, N, NY 10004    (US)

FedEx
Express

E

AWB

Z1 SXYA

TRK# 8405 5265 2656    Form
0430

1/1

INTL PRIORITY PAK

REF:
DESC1:  Business Correspondence
DESC2:
DESC3:
DESC4:

RECEIVED
MAR 14 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 CAD
CUSTOM VALUE: 0.00 CAD

SIGN: ANNA BIRO
T/C: S 162010162
D/T: 0

These commodities, technology, or software were exported from the
Canada in accordance with the export administration regulations.
Diversion contrary to Canadian law prohibited. The Warsaw
Convention may apply and will govern and in most cases limit the
liability of Federal Express for loss or delay of or damage to
your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

RECLAMATION DEMAND FOR WINN - DIXIE

Winn-Dixie Atlanta

| INV. # | INV. DATE | PO | AMOUNT |
|---|---|---|---|
| 1279554 | 2/15/05 | 617822 | 3682.55 |
| 1279793 | 2/16/05 | 617823 | 3682.55 |
| 1280567 | 2/21/05 | 617821 | 3682.55 |
| 1280570 | 2/21/05 | 625847 | 4218.84 |

Winn-Dixie Miami/Pompano

| INV. # | INV. DATE | PO | AMOUNT |
|---|---|---|---|
| 1279217 | 2/14/05 | 617805 | 3827.11 |
| 1279218 | 2/14/05 | 617806 | 3827.11 |
| 1279219 | 2/14/05 | 617807 | 3827.11 |
| 1279220 | 2/14/05 | 618140 | 4102.72 |
| 1279221 | 2/14/05 | 618141 | 4350.14 |
| 1279222 | 2/14/05 | 618142 | 3827.11 |
| 1279223 | 2/14/05 | 618145 | 3827.11 |
| 1279499 | 2/15/05 | 618143 | 3827.11 |
| 1279500 | 2/15/05 | 618144 | 3827.11 |
| 1280183 | 2/17/05 | 621612 | 3901.68 |
| 1280322 | 2/18/05 | 623346 | 4047.08 |
| 1280323 | 2/18/05 | 623347 | 4658.32 |

Winn-Dixie Montgomery

| INV. # | INV. DATE | PO | AMOUNT |
|---|---|---|---|
| 1280383 | 2/18/05 | 625845 | 3907.15 |

Winn-Dixie New Orleans

| INV. # | INV. DATE | PO | AMOUNT |
|---|---|---|---|
| 1279348 | 2/14/05 | 617834 | 3827.11 |
| 1279349 | 2/14/05 | 617835 | 4028.28 |
| 1279350 | 2/14/05 | 617836 | 3827.11 |
| 1279608 | 2/15/05 | 617837 | 3827.11 |
| 1279609 | 2/15/05 | 617838 | 3827.11 |
| 1279610 | 2/15/05 | 617839 | 3827.11 |
| 1280192 | 2/17/05 | 621673 | 4135.69 |

94322.85



RECEIVED
MAR 1 4 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01279554   1
Dept, CH 14106
Palatine, IL 60055-1406       02/15/05

Bill of Lading No:205507

Winn-Dixie-Atlanta
P.O. Box 2320

Jacksonville, FL  32203
USA

Winn-Dixie-Atlanta
5400 Fulton Industrial Blvd

Atlanta, GA  30302
USA

379892 02/01/05 WINATL   97  100 617822          PICK UP

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINATL | EA | | |
| | | AC2      HCU-WINATL | | | |
| | | UPC:HCU-WINATL . | | 9.59- | 9.59- |

|  |  |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | 144.56CR |
| Total Taxes | .00 |
| Total Amount | 3,682.55 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,682.55

*Winn Dixie*                                                          379892

```
================================================================================
                        EDI PURCHASE ORDER              Date: 02/01/2005
                                                        Time: 18:00
PO#:   617822                  PO Date: 02/01/2005      Page: 1 (21)
Status: NEW ORDER       Requested DELIVERY Date: 02/16/2005
                        Requested SHIPMENT Date: 02/14/2005
```

BILL TO: 0069219020009          SHIP TO: 0069219029000
   WINN-DIXIE STORES, INC            WINN-DIXIE STORES, INC
   ATLANTA DIVISION                  GROCERY WAREHOUSE
   P.O. BOX 2320                     5400 FULTON INDUSTRIAL BLVD
   JACKSONVILLE, FL  322032320       ATLANTA, GA  30336

VENDOR: 0000785
   PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 404-346-2466
Transport:  Payment:Customer Pickup;  Method:Customer Pickup;  FOB Point:HAMPTON
            GA
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511     File: PrRcvDoc.Fil    SetID:875
                                              Ctrl#: 000010720/100000720/100002393
```

| ITEM# | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
|-------|----------|-----------|-------------|-------|----------|
| 019203 | 735 CA | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | 5.22 | 3836.70 |
| | | | Allowance:(54)  735 CA @ $-0.44 | | -325.02 |
| | | | Pickup Allowance | | |
| | UP: 002114019203 | | VN: 019203 | IN: 208394 | |

```
================================================================================
Totals:        735 CA    Weight: 43806.00 LB                        3511.68
================================================================================
```



Georgia
75 Pine View Drive
Hampton
30228

## PICK TICKET
### (Non-Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379892 | 02/01/05 | WINATL | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO |
|---|---|
| 617822 | *SC BF* |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE / WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| PICK UP | 02/14/05 Georgia | Total Pallets = 21   *3:00 Pm* |

BILL TO:
Winn-Dixie-Atlanta
P.O. Box 2320

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-Atlanta
5400 Fulton Industrial Blvd

Atlanta, GA  30302
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(a)(1)(iii) of Title 49 Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER / DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/14/05 | 11007095041 <br> Winn Dixie BL 3% Reg 6x1 <br> UPC#:002114019203 | CS | | 735.00 .... | *735.* |
| 1.00 | 02/14/05 | HCU-WINATL <br> AC2    HCU-WINATL <br> Allowance <br> UPC#:HCU-WINATL | EA | | 1.00 .... | |
| | | All Line Items Picked <br> Total Qty Ordered:    736.00 | | | | |

Loaded and inspected By: *[signature]*
Date Loaded: *15 FEB05*

CHEP  Pallets Out: *21*    REGULAR

U.S. D.O.T. Haz Mat Registration No. _____
Haz Mat emergency response number: _____

*Winn Dixie*
Carrier: Total Weight *582* 43806 *9006*
Trailer: *882*    Door#: _____
Seal#: *4451367*
CHEP  Pallets In: *Sam* *Stenbrd*    REGULAR
Receiver Signature: *Sammy Stenbridge*
Print Name: *Sammy Stenbridge*
Pickup Date: *15 FEB05*

Page: 1
**TRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

BOL NO. 205507
SHIPPER'S NO.

ME OF CARRIER        CPU        *Winn Dixie*

CARRIER'S NO.

DATE    20050214

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

...property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any ...rson or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said ...operty over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth ) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

...ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper ...d accepted for himself and his assigns.

FROM: KIK Georgia                    .55
SHIPPER    75 Pine View Drive
ORIGIN)    Hampton       GA.
           30228       USA.

TO:    Winn-Dixie-Atlanta.
       5400 Fulton Industrial Blvd.

       Atlanta, GA  30302.

RDER NO: 379892.        P.O. = 617822.

HAZARDOUS MATERIAL REG. NO: 092304001002M.

IHR EMERGENCY CONTACT TEL. NO.
        1-800-424-9300.

SEAL NO. 4451367

VEHICLE # 582
NUMBER

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|---|
| 735 CS. | | 11007095041. UPC#.002114019203<br>Winn Dixie Bl. 3%. Reg. 6x1 | 735. CS. | 43806 LBS. | | | |



'05 FEB 15 AM11:40

Carrier may be subject to fine for late delivery.

'05 FEB 15 PM12:34

OCATION:    ATLANTA        CHEPS OUT: 2 Reteps        TYPE:

DEPT:
43806
LBS.

LACARDS TENDERED ☐ Y ☐ N       GROSS PRODUCT WEIGHT:        GROSS SHIPPING WEIGHT: 0 LBS.

REMIT C.O.D. TO:        Total Shipped 735 CS.

COD
Amt $

FEE: 379892

TOTAL CHARGES $

☐ Prepaid
☐ Collect $

Freight charges are PREPAID unless marked collect.

Check box f charges are Collect.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

COLLECT

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER    KIK GA

PER    Vernon Bendhman

CARRIER    Winn Dixie

PER    _____ 2Kenberge    DATE 15 Feb 05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01279793    1
Dept, CH 14106
Palatine, IL 60055-1406     02/16/05

Bill of Lading No:205797

Winn-Dixie-Atlanta
P.O. Box 2320

Jacksonville, FL  32203
USA

Winn-Dixie-Atlanta
5400 Fulton Industrial Blvd

Atlanta, GA  30302
USA

379893 02/01/05 WINATL   97  100 617823            PICK UP

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINATL | EA | | |
| | | AC2      HCU-WINATL | | | |
| | | UPC:HCU-WINATL | | 9.59- | 9.59- |

| | |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | 144.56CR |
| Total Taxes | .00 |
| Total Amount | 3,682.55 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,682.55

*Winn Dixie*          *QN*          379893

```
========================================================================
                        EDI PURCHASE ORDER              Date: 02/01/2005
                                                        Time: 18:00
PO#:    617823                    PO Date: 02/01/2005   Page: 1 (22)
Status: NEW ORDER       Requested DELIVERY Date: 02/17/2005
                        Requested SHIPMENT Date: 02/15/2005
```

BILL TO: 0069219020009          SHIP TO: 0069219029000
   WINN-DIXIE STORES, INC          WINN-DIXIE STORES, INC
   ATLANTA DIVISION                GROCERY WAREHOUSE
   P.O. BOX 2320                   5400 FULTON INDUSTRIAL BLVD
   JACKSONVILLE, FL  322032320     ATLANTA, GA  30336

VENDOR: 0000785
   PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 404-346-2466
Transport:  Payment:Customer Pickup; Method:Customer Pickup;  FOB Point:HAMPTON
            GA
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511   File: PrRcvDoc.Fil   SetID:875
                                            Ctrl#: 000010720/100000720/100002394
```

| ITEM# | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
|-------|----------|------------|-------------|-------|----------|
| 019203 | 735 CA | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | 5.22 | 3836.70 |
| | | | Allowance:(54)  735 CA @ $-0.44 | | -325.02 |
| | | | Pickup Allowance | | |
| | UP: 002114019203 | | VN: 019203 | IN: 208394 | |

```
========================================================================
Totals:     735 CA    Weight: 43806.00 LB                        3511.68
========================================================================
```



**Georgia**
75 Pine View Drive
Hampton
30228

**PICK TICKET**
(Non-Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379893 | 02/01/05 | WINATL | 1 |
| CUSTOMER PURCHASE ORDER NO. | | | JOB NO. |
| 617823 | | | SC BP |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| PICK UP | 02/15/05 Georgia | Total Pallets = 21    3:00 PM |

**BILL TO:**
Winn-Dixie-Atlanta
P.O. Box 2320

Jacksonville, FL  32203
USA

**SHIP TO:**
Winn-Dixie-Atlanta
5400 Fulton Industrial Blvd

Atlanta, GA  30302
USA

Mark with "X" in the appropriate column: Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(a)(1)(b4) of Title 49, Code of Federal Regulations. Also when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be included on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/15/05 | 11007095041 | CS | 21 | 735.00 .... .... | |
| | | Winn Dixie BL 3% Reg 6x1 | | | | |
| | | UPC#:002114019203 | | | | |
| 1.00 | 02/15/05 | HCU-WINATL | EA | | 1.00 .... .... | |
| | | AC2      HCU-WINATL | | | | |
| | | Allowance | | | | |
| | | UPC#:HCU-WINATL | | | | |
| | | All Line Items Picked | | | | |
| | | Total Qty Ordered: | | 736.00 | | |

*Buck*

*Winn Dixie #582K*

*Dick #10*

| | |
|---|---|
| Loaded and Inspected By: | Carrier: **Total Weight:**    43806 SGlb |
| Date Loaded: 2-16-05 | Trailer#: ___  Door#: ___ |
| | Seal#: ___ |
| CHEP Pallets Out: 21    REGULAR | CHEP Pallets In: 0    0    REGULAR |
| | Receiver Signature: *D Arum    Stewart* |
| U.S. D.O.T. Haz Mat Registration No. ___ | Print Name: ___ |
| Haz Mat emergency response number: ___ | Pickup Date: 2-16-05 |

Page: 1

**TRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

BOL NO. **205797**
SHIPPER'S NO.

|ME OF CARRIER   CPU

CARRIER'S NO. | DATE   20050215

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

me property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any erson or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said roperty over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shippe ad accepted for himself and his assigns.

FROM:
SHIPPER
ORIGIN)

KIK Georgia                    55
75 Pine View Drive
Hampton      GA
30228      USA

TO: Winn-Dixie-Atlanta
5400 Fulton Industrial Blvd.
Atlanta, GA  30302

RDER NO. 379893     P.O. # 617823     HAZARDOUS MATERIAL REG. NO: 092304001(202M
HR EMERGENCY CONTACT TEL NO. 1-800-424-9300     SEAL NO. 4451393     VEHICLE NUMBER 582K

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES FOR CARRIER USE ON |
|---|---|---|---|---|---|---|---|
| 735 CS | | 11007095041   UPC# 0021140Q19203   Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |



'05 FEB 16 PM 1:3

'05 FEB 16 PM 2:17

Carrier may be subject to fine for late delivery

| LOCATION: ATLANTA | CHEPS OUT: 0 | TYPE: | DEPT: |
|---|---|---|---|

|  |  Y  N  | GROSS PRODUCT WEIGHT: | GROSS SHIPPING WEIGHT: 43806 LBS |
| PLACARDS TENDERED ☐ ☐ | | | |
| REMIT C.O.D. TO: | Total Shipped 735 | FREIGHT: 379893 | 0 LBS |

**COD**
Amt $

TOTAL CHARGES $

☐ Prepaid
☐ Collect $

Freight charges are PREPAID unless marked collect.

☐ Check box if charges are Collect.

21 dep

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**COLLECT**

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transpo according to applicable international and national governmental regulations.

SHIPPER  KIK GA

PER

CARRIER  Winn Dixie

PER  _____  DATE 2-16-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.



**KIK International LLC**
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International
Dept, CH 14106
Palatine, IL 60055-1406

| 01280570 | 1 |
|---|---|
| 02/21/05 | |

**INVOICE**

Bill of Lading No:206467

SOLD TO:
Winn-Dixie-Atlanta
P.O. Box 2320

Jacksonville, FL   32203
USA

SHIP TO:
Winn-Dixie-Atlanta
5400 Fulton Industrial Blvd

Atlanta, GA   30302
USA

| 381269 | 02/09/05 | WINATL | 97 | 100 | 625847 | | PICK UP | |
|---|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 595.00 | 595.00 | 11007095041      002114019203<br>Winn Dixie BL 3% Reg 6x1<br>UPC:002114019203 | 5.52 | CS | 3,284.40 |
| 42.00 | 42.00 | 23007095541      002114019204<br>Winn Dixie BL ULT Reg 6x96<br>UPC:002114019204 | 5.50 | CS | 231.00 |
| 42.00 | 42.00 | 23017095541      002114019216<br>Winn Dixie BL ULT Lem 6x96<br>UPC:002114019216 | 5.70 | CS | 239.40 |
| 42.00 | 42.00 | 23037095541      002114019228<br>Winn Dixie BL ULT Rain 6x96<br>UPC:002114019228 | 5.70 | CS | 239.40 |
| 60.00 | 60.00 | 23007095571      002114019206<br>Winn Dixie BL ULT Reg 8x48<br>UPC:21140 19206 | 6.30 | CS | 378.00 |
| 1.00 | 1.00 | HCU-WINATL<br>AC2       HCU-WINATL<br>UPC:HCU-WINATL | 10.93- | EA | 10.93- |

COMMENTS:

|  | 4,361.27 |
|---|---|
| | .00 |
| | 142.43CR |
| | .00 |
| | 4,218.84 |
| | .00 |
| | 4,218.84 |

US$
Terms: 2% 10 Net 30

CONDITIONS:
1. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED OTHER THAN THE GOODS FURNISHED ABOVE SHALL MEET THE SELLERS CURRENT SALES SPECIFICATIONS.
2. BUYER ASSUMES ALL RESPONSIBILITY AND LIABILITY FOR LOSS OR DAMAGE RESULTING FROM THE HANDLING OR USE OF SAID GOODS.
3. NO MATERIALS MAY BE RETURNED WITHOUT PRIOR PERMISSION AND RETURNS WILL BE SUBJECT TO A RE-STOCKING CHARGE.
4. BUYER AGREES THAT TITLE TO THE GOODS HEREIN SHALL NOT PASS TO THE BUYER UNTIL PAYMENT IN FULL HAS BEEN MADE BY THE BUYER. SELLER RESERVES THE RIGHT TO ATTEND AT THE PREMISES TO REPOSSESS THE GOODS HEREIN UNLESS PAYMENT IN FULL IS MADE WITHIN THE TERMS OF THIS INVOICE.

*Winn Dixie* 381069

```
================================================================================
                         EDI PURCHASE ORDER          Date: 02/09/2005
                                                     Time: 15:00
PO#:    625847              PO Date: 02/09/2005       Page: 1 (8)
Status: NEW ORDER     Requested DELIVERY Date: 02/22/2005
                      Requested SHIPMENT Date: 02/20/2005
```

```
BILL TO: 0069219020009          SHIP TO: 0069219029000
    WINN-DIXIE STORES, INC          WINN-DIXIE STORES, INC
    ATLANTA DIVISION                GROCERY WAREHOUSE
    P.O. BOX 2320                   5400 FULTON INDUSTRIAL BLVD
    JACKSONVILLE, FL  322032320     ATLANTA, GA  30336
```

```
VENDOR: 0000785
    PL-KIK BLEACH
```

```
Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 404-346-2466
Transport:  Payment:Customer Pickup;  Method:Customer Pickup;  FOB Point:HAMPTON
            GA
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE
```

```
Sender:08/9259890000      GS02:9047835511    File: PrRcvDoc.Fil   SetID:875
                                             Ctrl#: 000010728/100000728/100002408
```

```
--------------------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION                      PRICE  EXTENDED
--------------------------------------------------------------------------------
019203     595 CA  6 x 128OZ  WD GALLON BLEACH PALLET-35CS        5.52  3284.40
                              Allowance:(54)  595 CA @ $-0.45           -267.04
                                 Pickup Allowance
               UP: 002114019203    VN: 019203        IN: 208394

019204      42 CA  6 x 96OZ   WINN DIXIE BLEACH ULTRA             5.45   228.90
                              Allowance:(54)  42 CA @ $-0.35    J. 50.  -14.55
                                 Pickup Allowance
               UP: 002114019204    VN: 019204        IN: 208395

019216      42 CA  6 x 96OZ   WD BLEACH LEMON ULTRA               5.70   239.40
                              Allowance:(54)  42 CA @ $-0.35           -14.55
                                 Pickup Allowance
               UP: 002114019216    VN: 019216        IN: 208397
--------------------------------------------------------------------------------
```

*Confirmed via ent.*
*In w/D folder.*

```
================================================================================
                                                          Continued...
```

```
===========================================================================
                        EDI PURCHASE ORDER           Date: 02/09/2005
                                                     Time: 15:00
   #:    625847                    PO Date: 02/09/2005  Page: 2 (9)

---------------------------------------------------------------------------
 ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION                 PRICE  EXTENDED
---------------------------------------------------------------------------
019228        42 CA  6 x 96OZ   WD BLEACH RAIN SCNT ULTRA    5.70    239.40
                                Allowance:(54)  42 CA @ $-0.35      -14.55
                                     Pickup Allowance
                    UP: 002114019228     VN: 019228        IN: 208398

019206        60 CA  8 x 48OZ   WINN DIXIE BLEACH ULTRA      6.15    369.00
                                Allowance:(54)  60 CA @ $-0.24      -14.32
                                     Pickup Allowance     6.30.
                    UP: 002114019206     VN: 019206        IN: 208399
```

```
===========================================================================
Totals:        781 CA    Weight: 43160.00 LB                        4036.10
===========================================================================
```

**Georgia**
75 Pine View Drive
Hampton
30228

**PICK TICKET**
(Non-Negotiable)

| ORDER NO | ORDER DATE | CUSTOMER NO | PAGE NO |
|----------|-----------|-------------|---------|
| 381269 | 02/09/05 | WINATL | 1 |

| CUSTOMER PURCHASE ORDER NO | JOB NO |
|---|---|
| 625847 | 5C BF |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| PICK UP | 02/20/05 Georgia | Total Pallets = 21   2:00 Pm |

**BILL TO:**
Winn-Dixie-Atlanta
P.O. Box 2320

Jacksonville, FL  32203
USA

**SHIP TO:**
Winn-Dixie-Atlanta
5400 Fulton Industrial Blvd

Atlanta, GA  30302
USA

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 595.00 | 02/18/05 | 11007095041     Winn Dixie BL 3% Reg 6x1   UPC#:002114019203 | CS | (17) | 595.00 .... | .... |
| 42.00 | 02/18/05 | 23007095541     Winn Dixie BL ULT Reg 6x96   UPC#:002114019204 | CS | (1) | 42.00 ... | .... |
| 42.00 | 02/18/05 | 23017095541     Winn Dixie BL ULT Lem 6x96   UPC#:002114019216 | CS | (1) | 42.00 .... | .... |
| 42.00 | 02/18/05 | 23037095541     Winn Dixie BL ULT Rain 6x96   UPC#:002114019228 | CS | (1) | 42.00 .... | .... |
| 60.00 | 02/18/05 | 23007095471     Winn Dixie BL ULT Reg 8x48   UPC#:21140/19206 | CS | (1) | 60.00 .... | .... |
| 1.00 | 02/18/05 | HCU-WINATL     AC2     HCU-WINATL   Allowance   UPC#:HCU-WINATL | EA | | 1.00 .... | .... |

All Line Items Picked
Total Qty Ordered:        782.00

Loaded and Inspected By: _____
Date Loaded: 21 FEB05

CHEP  Pallets Out: 21 _____ REGULAR

U.S. D.O.T. Haz Mat Registration No. _____
Haz Mat emergency response number: _____

Carrier: Total Weight:        43160.00
Trailer#: 445362
Seal#: _____
CHEP  Pallets In: _____      REGULAR
Receiver Signature: _____
Print Name: _____
Pickup Date: 21 FEB05

Winn Dixie

Door#: _____

Paperwork © by Macola Forms • To Reorder Forms (800) 468-0834 ext. 2602 • www.macolaforms.com

Page: 1

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

| | |
|---|---|
| BOL NO. | 206467 |
| SHIPPER'S NO. | |

| NAME OF CARRIER CPU — Winn Dixie | CARRIER'S NO. | DATE 20050218 |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below is appeared good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: KIK-Georgia | TO: Winn-Dixie-Atlanta |
|---|---|
| SHIPPER 75 Pine View Drive (ORIGIN) Hampton, GA 30228 USA | 5400 Fulton Industrial Blvd. Atlanta, GA 30302 |

| ORDER NO. 381269 | PO# 625847 | HAZARDOUS MATERIAL REG NO. 09230401002M |

| 24HR EMERGENCY CONTACT TEL NO. 1-800-424-9300 | SEAL NO. 4451362 | VEHICLE NUMBER B# 366 |

| NO. OF UNITS CONTAINER TYPE | HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES |
|---|---|---|---|---|---|---|---|
| 595 CS | | 1100709504 UPC#00211401920 Winn Dixie BL 3X Reg 6x1 | 595 CS | 35462 LBS | | | |
| 42 CS | | 2300709554 UPC#00211401920 Dr Winn Dixie BL ULT Reg 6x96 | 42 CS | 1932 LBS | | | |
| 42 CS | | 2301709554 UPC#00211401921 Winn Dixie BL ULT Lem 6x96 | 42 CS | 1932 LBS | | | |
| 42 CS | | 2303709554 UPC#00211401922 Winn Dixie BL ULT Rain 6x96 | 42 CS | 1932 LBS | | | |
| 60 CS | | 2300709547 UPC#2114019206 Winn Dixie BL ULT Reg 8x48 | 60 CS | 1902 LBS | | | |

Carrier may be subject to fine for late delivery.

| LOCATION: ATLANTA | CHEPS OUT: 21 CH/05 | TYPE: | DEPT: 43160 |
|---|---|---|---|
| PLACARDS TENDERED Y☐ N☐ | GROSS PRODUCT WEIGHT: | | GROSS SHIPPING WEIGHT: LBS |

| REMIT C.O.D. TO: | Total Shipped Cases | TOT CHARGES $ | IN 1115 cvb |
|---|---|---|---|
| COD Amt $ | Prepaid ☐ Collect $ ☐ | Freight charges are PREPAID unless marked collect. Check box if charges are Collect. ☐ | OUT '05FEB21 AM11:53 COLLECT |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

| $ | per |

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER KIK GA

PER

CARRIER Winn Dixie

DATE 21FEB05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Tile 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

1



**KIK International LLC**
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International
Dept, CH 14106
Palatine, IL 60055-1406

| INVOICE NO. | |
|---|---|
| 01280567 | 1 |
| INVOICE DATE | |
| 02/21/05 | |

**INVOICE**

Bill of Lading No:206487

SOLD TO:
Winn-Dixie-Atlanta
P.O. Box 2320

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-Atlanta
5400 Fulton Industrial Blvd

Atlanta, GA  30302
USA

| ORDER NO. | ORDER DATE | | | | | | |
|---|---|---|---|---|---|---|---|
| 379891 | 02/01/05 | WINATL | 97 | 100 | 617821 | | PICK UP |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041        002114019203<br>Winn Dixie BL 3% Reg 6x1<br>UPC:002114019203 | CS<br><br>5.22 | | 3,836.70 |
| 1.00 | 1.00 | HCU-WINATL<br>AC2         HCU-WINATL<br>UPC:HCU-WINATL | EA<br><br>9.59- | | 9.59- |

COMMENTS:

|  | | 3,827.11 |
|---|---|---|
|  | | .00 |
|  | | 144.56CR |
|  | | .00 |
|  | | 3,682.55 |
| US$ | | .00 |
| Terms: 2% 10 Net 30 | | |
|  | BALANCE DUE | 3,682.55 |

CONDITIONS:
1). SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED OTHER THAN THE GOODS FURNISHED ABOVE SHALL MEET THE SELLERS CURRENT SALES SPECIFICATIONS.
2). BUYER ASSUMES ALL RESPONSIBILITY AND LIABILITY FOR LOSS OR DAMAGE RESULTING FROM THE HANDLING OR USE OF SAID GOODS.
3). NO MATERIALS MAY BE RETURNED WITHOUT PRIOR PERMISSION AND RETURNS WILL BE SUBJECT TO A RE-STOCKING CHARGE.
4). BUYER AGREES THAT TITLE TO THE GOODS HEREIN SHALL NOT PASS TO THE BUYER UNTIL PAYMENT IN FULL HAS BEEN MADE BY THE BUYER. SELLER RESERVES THE RIGHT TO ATTEND AT THE PREMISES TO REPOSSESS THE GOODS
HEREIN UNLESS PAYMENT IN FULL IS MADE WITHIN THE TERMS OF THIS INVOICE.

*Winn Dixie*                                        379891

```
==================================================================
                      EDI PURCHASE ORDER              Date: 02/01/2005
                                                      Time: 18:00
PO#:    617821                    PO Date: 02/01/2005  Page: 1 (20)
Status: NEW ORDER        Requested DELIVERY Date: 02/16/2005
                         Requested SHIPMENT Date: 02/14/2005
```

BILL TO: 0069219020009                 SHIP TO: 0069219029000
   WINN-DIXIE STORES, INC             WINN-DIXIE STORES, INC
   ATLANTA DIVISION                   GROCERY WAREHOUSE
   P.O. BOX 2320                      5400 FULTON INDUSTRIAL BLVD
   JACKSONVILLE, FL  322032320        ATLANTA, GA  30336

VENDOR: 0000785
   PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 404-346-2466
Transport:  Payment:Customer Pickup;  Method:Customer Pickup;  FOB Point:HAMPTON
           GA
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119
        SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
        PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
        NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
        SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
        DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000    .  GS02:9047835511    File:  PrRcvDoc.Fil.  SetID:875
                                  Ctrl#: 000010720/100000720/100002392

| ITEM#  | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
|--------|----------|-----------|-------------|-------|----------|
| 019203 | 735 CA   | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | 5.22 | 3836.70 |
|        |          |           | Allowance:(54)  735 CA @ $-0.44 |      | -325.02 |
|        |          |           | Pickup Allowance |      |          |
|        | UP: 002114019203 | | VN: 019203 | IN: 208394 |  |

```
==================================================================
Totals:        735 CA    Weight: 43806.00 LB                    3511.68
==================================================================
```



Georgia
75 Pine View Drive
Hampton
30228

## PICK TICKET
(Non-Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO | PAGE NO. |
|---|---|---|---|
| 379891 | 02/01/05 | WINATL | 1 |

| CUSTOMER PURCHASE ORDER NO | JOB NO. |
|---|---|
| 617821 | SCBF |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| PICK UP | 02/14/05 Georgia | Total Pallets = 21    11:00 Am |

BILL TO:
Winn-Dixie-Atlanta
P.O. Box 2320

Jacksonville, FL 32203
USA

SHIP TO:
Winn-Dixie-Atlanta
5400 Fulton Industrial Blvd

Atlanta, GA 30302
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of Hazardous Materials. The use of this column is an optional request for clarity to have these materials on bills of lading per Section 172.704(a) (1)(iv) of Title 49, Code of Federal Regulations. Also, when shipping Hazardous materials, the shipper's certification statement prescribed in Section 172.704(a) of the Federal Regulations must be included on the bill of lading which is specific bondation item that requirement is printed in the Regulations for a particular format.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/14/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | 21 | 735.00 ....|..... |
| 1.00 | 02/14/05 | HCU-WINATL AC2    HCU-WINATL Allowance UPC#:HCU-WINATL | EA | | 1.00 ....|..... |
| | | All Line Items Picked Total Qty Ordered: | | | 736.00 | |

WinDixie #365K

Loaded and Inspected By: _____
Date Loaded: 2-21-05

CHEP  Pallets Out: 21    REGULAR

U.S. D.O.T. Haz Mat Registration No. _____
Haz Mat emergency response number: _____

Carrier: Total Weight:    43806.00
Trailer: _____    Door#: _____
Seal#: 4451336
CHEP  Pallets In: _____    REGULAR
Receiver Signature: Maria Eady
Print Name: Morris Eady
Pickup Date: 2-21-05

Paperwork © by Mapola Forms • To Reorder Forms (800) 468-0834 ext. 3603 • www.mapolaforms.com    FF713  D7292788

Page: 1

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

BOL NO. 206487

SHIPPER'S NO.

| NAME OF CARRIER | CARRIER'S NO. | DATE | |
|---|---|---|---|
| CRU | | 20050218 | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

FROM: KIK Georgia ..... 55.., TO: Winn-Dixie Atlanta,
SHIPPER: 75 Pine View Drive ..... 5400 Fulton Industrial Blvd
(ORIGIN) Hampton, GA,
30228 ... USA .... Atlanta, GA 30302.

| ORDER NO. 379891 | P.O. 1617821 | HAZARDOUS MATERIAL REG. NO. 092304001002N |
|---|---|---|
| 24HR EMERGENCY CONTACT TEL NO. 1-800-424-9300 | SEAL NO. 4451336 | VEHICLE NUMBER 365K |

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | / | CHARGES |
|---|---|---|---|---|---|---|---|
| 735 CS. | | 110070950A1 UPC# 0021140192203 Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |

Carrier may be subject to fine for late delivery.

'05 FEB 21 AM 9:49
'05 FEB 21 AM 11:20

| LOCATION: ATLANTA | CHEPS OUT: 0 | TYPE: | DEPT: 43806 |
|---|---|---|---|
| PLACARDS TENDERED Y N | GROSS PRODUCT WEIGHT | GROSS SHIPPING WEIGHT: LBS |
| REMIT C.O.D. TO: | Total Shipped CASE | TOTAL CHARGES $ |

COD
Amt $

| Prepaid | Freight charges are PREPAID unless marked collect. | Check box if charges are Collect. |

COLLECT

SHIPPER: KIK Ga

PER:

CARRIER: WINND.

PER: Mamie Eoly    DATE: 2-21-05

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International                    01279217    1
Dept, CH 14106
Palatine, IL 60055-1406          02/14/05

Bill of Lading No:205357

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

379877 02/01/05 WINMIAPO 93  100  617805                DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2      HCU-WINMIAPOMP | | | |
| | | UPC:HGU-WINMIAPOMP | | 9.59- | 9.59- |

| | |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,827.11 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*                                                      3798777

```
==========================================================================
                          EDI PURCHASE ORDER          Date: 02/01/2005
                                                       Time: 18:00
PO#:    617805                  PO Date: 02/01/2005    Page: 1 (5)
Status: NEW ORDER       Requested DELIVERY Date: 02/15/2005
```

BILL TO: 0069219020003          SHIP TO: 0069219023010
    WINN-DIXIE STORES, INC          WINN-DIXIE STORES, INC.
    MIAMI DIVISION                  MIAMI WAREHOUSE - GROCERY
    P. O. BOX 40026                 3300 N.W. 123 ST. - SUITE 3
    JACKSONVILLE, FL  322030026     MIAMI, FL  33167

VENDOR: 0000785
    PL-KIK BLEACH

```
Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 305-769-6666
Transport:  Payment:Prepaid; Method:Common Carrier;  FOB Point:AUBURNDALE
            FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000        GS02:9047835511    File:  PrRcvDoc.Fil    SetID:875
                                               Ctrl#: 000010717/100000717/100002378
```

```
-------------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION                 PRICE  EXTENDED
-------------------------------------------------------------------------
019203      735 CA  6 x 128OZ WD GALLON BLEACH PALLET-35CS   5.22   3836.70
                 UP: 002114019203      VN: 019203      IN: 208394
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
==========================================================================
Totals:      735 CA    Weight: 43806.00 LB                           3836.70
==========================================================================
```





**PICK TICKET**

, orida
K(Florida) Inc
ourndale
338234007

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379877 | 02/01/05 | WINMIAPOMP | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 617805 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/15/05 Florida | Total Pallets = 21 |

BILL TO:
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

Mark each "X" to Designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column or an optional method for designating hazardous materials on bills of lading per Section 172 204(a)(1)(iii) of Title 49 Code of Federal Regulations. Note, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172 204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exemption from this requirement is granted in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/14/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 735.00 ... | ..... |
| 1.00 | 02/14/05 | HCU-WINMIAPOMP AC2    HCU-WINMIAPOMP Allowance UPC#:HCU-WINMIAPOMP | EA | | 1.00 ... | ..... |
| | | All Line Items Picked Total Qty Ordered:        736.00 | | | | |

Trailer Product Inspection

1. Interior of trailer checked for damage, pest activity and any conditions that may compromise the integrity of the product. Yes ✓ No
2. Product inspected for condition. Inspected for leaking, damage, and irregularities. Yes No
3. Pallets loaded in the proper arrangement. Yes No
4. Load Air Bagged. Yes No

Date:
Trailer Number:
Inspected by:

53001

Loaded and Inspected By:
Date Loaded:
21
CHEP  Pallets Out: 21        REGULAR

U.S. D.O.T. Haz Mat Registration No.
Haz Mat emergency response number:

Carrier: **Total Weight:**    **43808.00**
Trailer#:                        Door#:
Seal#: 10354
CHEP  Pallets In:            REGULAR
Receiver Signature:
Print Name:
Pickup Date:

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

| | | | | | BOL NO. | |
|---|---|---|---|---|---|---|
| | | | | | SHIPPER'S NO. | |

NAME OF CARRIER  SUNTECK TRANSPORT CO., INC.

| CARRIER SCAC/ID NO. 35 | DATE 20050211 |
|---|---|

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

FROM: 909 Magnolia Ave.
Auburndale FL
33823 USA

SHIPPER
(ORIGIN)

Kirk-Auburndale 35

379877

TO: 3300 NW 123rd St
Miami, FL 33167

Winn-Dixie-Miami

379877          617805          092304001003X

| ORDER NO. | P.O. # | HAZARDOUS MATERIAL REG. NO: |
|---|---|---|

24HR EMERGENCY CONTACT TEL. NO. 800-424-9300

SEAL NO. 8354

VEHICLE NUMBER 53001

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 735 CS | | 11007095041   UPC# 002114015203 Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | |

Carrier may be subject to fine for late delivery
Total Shipped: 735

MIAMI                                          0

| LOCATION: | CHEPS OUT: 21 | 0 LBS | TYPE: | DEPT: 43806 LBS |
|---|---|---|---|---|

| PLACARDS TENDERED  Y ☐  N ☐ | GROSS PRODUCT WEIGHT: | | GROSS SHIPPING WEIGHT: | Sign In Time: |
|---|---|---|---|---|

REMIT C.O.D. TO:

COD
Amt $

| | C.O.D. FEE: ☐ Prepaid ☐ Collect $ | TOTAL CHARGES $ | |
|---|---|---|---|

Freight charges are PREPAID unless marked collect.    ☐ Check box if charges are Collect.

Bump Time:

Sign Out Time:

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$                    per

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER  Kirk Corp

CARRIER  Sunteck

DATE 2-14-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49. Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International        01279218    1
Dept, CH 14106
Palatine, IL 60055-1406    02/14/05

Bill of Lading No:205358

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

379878 02/01/05 WINMIAPO 93  100 617806          DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2      HCU-WINMIAPOMP | | | |
| | | UPC:HCU-WINMIAPOMP | | 9.59- | 9.59- |

| | |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,827.11 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*                                                           379878

=================================================================================
EDI PURCHASE ORDER                          Date: 02/01/2005
                                                            Time: 18:00
PO#:    617806                    PO Date: 02/01/2005       Page: 1 (6)
Status: NEW ORDER        Requested DELIVERY Date: 02/15/2005

BILL TO: 0069219020003           SHIP TO: 0069219023010
         WINN-DIXIE STORES, INC           WINN-DIXIE STORES, INC.
         MIAMI DIVISION                    MIAMI WAREHOUSE - GROCERY
         P. O. BOX 40026                   3300 N.W. 123 ST. - SUITE 3
         JACKSONVILLE, FL  322030026       MIAMI, FL  33167

VENDOR: 0000785
        PL-KIK BLEACH

Contact:     BUYER NO  15 TE: 904-370-6800
Contact:     WINN-DIXIE STORES, INC. TE: 305-769-6666
Transport:   Payment:Prepaid;  Method:Common Carrier;   FOB Point:AUBURNDALE
             FL
Terms:       2% 10 Days Net 30 Based on receipt of goods date.
Notes:       FAX  877-592-1119
             SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
             PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
             NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
             SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
             DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000  .   GS02:9047835511   File: PrRcvDoc.Fil   SetID:875
                                            Ctrl#: 000010717/100000717/100002379

----------------------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION                    PRICE  EXTENDED
----------------------------------------------------------------------------------
019203      735 CA  6 x 128OZ WD GALLON BLEACH PALLET-35CS      5.22   3836.70
                    UP: 002114019203   VN: 019203      IN: 208394
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

=================================================================================
Totals:      735 CA   Weight: 43806.00 LB                            3836.70
=================================================================================



**Florida**
**KIK(Florida) Inc**
**Auburndale**
**338234007**



PICK TICKET
(Non-Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379878 | 02/01/05 | WINMIAPOMP | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 617806 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/15/05 Florida | Total Pallets = 21 |

*per Suntec*

**BILL TO:**
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

**SHIP TO:**
Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

Mark with 'X' to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. This use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(a)(1)(iv) of Title 49 Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/14/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 735.00 ... | ..... |
| 1.00 | 02/14/05 | HCU-WINMIAPOMP AC2      HCU-WINMIAPOMP Allowance UPC#:HCU-WINMIAPOMP | EA | | 1.00 ... | ..... |
| | | All Line Items Picked Total Qty Ordered: | 736.00 | | | |

Trailer Product Inspection

1. Interior of trailer checked for damage, pest activity and any conditions that may compromise the integrity of the product. Yes ___ No ___
2. Product inspected for condition. Inspected for leaking, damage, and Interior. Yes ___ No ___
3. Pallets Loaded in the proper arrangement. Yes ___ No ___
Load not rugged. Yes ___ No ___

Date: ___
Trailer Number: ___
Inspected by: ___

95770148

Loaded and Inspected By: ___
Date Loaded: 2/14/05
CHEP  Pallets Out: 21     REGULAR
U.S. D.O.T. Haz Mat Registration No. ___
Haz Mat emergency response number ___

Carrier: **Total Weight:**  **43806.00**
Trailer#: ___                         Door#: ___
Seal#: 18356
CHEP  Pallets In: ___     REGULAR
Receiver Signature: ___
Print Name: ___
Pickup Date: ___

*** DUPLICATE PRINT OF BOL ***

BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

BOL NO. 205358
SHIPPER'S NO.

NAME OF CARRIER: SUNTEC TRANSPORT CO

CARRIER'S NO. DR# 35    DATE 20050211

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: SHIPPER (ORIGIN) | KIK Auburndale<br>909 Magnolia Ave.<br>Auburndale  FL<br>33823      USA | 55 | TO: | Winn-Dixie-Miami<br>3300 NW 123rd St<br><br>Miami, FL  33167 |
|---|---|---|---|---|

319876

| ORDER NO. 279876 | P.O. # 617806 | | HAZARDOUS MATERIAL REG. NO: | 092301001003M |
|---|---|---|---|---|

CHR EMERGENCY CONTACT TEL NO.   1-800-424-9300

SEAL NO. 18356

VEHICLE NUMBER 95770148

| NO. OF UNITS<br>CONTAINER TYPE | +<br>HM | BASIC DESCRIPTION; PROPER SHIPPING NAME, HAZARD CLASS<br>IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL<br>QUANTITY | *WEIGHT<br>(SUBJECT TO CORR.) | CLASS<br>OR RATE | ✓ | CHARGES<br>FOR CARRIER USE ONLY |
|---|---|---|---|---|---|---|---|
| 735<br>CS | | 11007095041    UPC# 002114019203<br>Winn Dixie BL 3% Reg 6x1 | 735<br>CS | 43806<br>LBS | | | |



Carrier may be subject to fine for late delivery
Total Shipped    735

| LOCATION: MIAMI | CHEPS OUT: 21 | TYPE: 0 | DEPT: |
|---|---|---|---|

PLACARDS TENDERED  Y ☐ N ☐    GROSS PRODUCT WEIGHT:    0 LBS    GROSS SHIPPING WEIGHT:    43806 LBS

| REMIT C.O.D. TO:<br><br>COD<br>Amt $ | C.O.D. FEE:<br>☐ Prepaid<br>☐ Collect $ | TOTAL CHARGES $<br>Freight charges are<br>PREPAID unless<br>marked collect.   ☐ Check box if<br>charges are Collect. | Sign In Time:<br><br>Bump Time:<br><br>Sign Out Time: |
|---|---|---|---|

*If the charge moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

‡Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER  KIK Corp

PER  _signature_

CARRIER  Suntec

PER  _signature_    DATE 2-14-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01279219    1
Dept, CH 14106
Palatine, IL 60055-1406      02/14/05

Bill of Lading No:205359

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

379879 02/01/05 WINMIAPO 93  100 617807          DELIVER

| | | | | |
|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041        002114019203 | CS | |
| | | Winn Dixie BL 3% Reg 6x1 | | |
| | | UPC:002114019203 | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | |
| | | AC2        HCU-WINMIAPOMP | | |
| | | UPC:HGU-WINMIAPOMP | 9.59- | 9.59- |

| | |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,827.11 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*      ∩9      3798·79

```
==============================================================================
                           EDI PURCHASE ORDER              Date: 02/01/2005
                                                           Time: 18:00
PO#:    617807                 PO Date: 02/01/2005         Page: 1 (7)
Status: NEW ORDER        Requested DELIVERY Date: 02/15/2005
```

BILL TO: 0069219020003          SHIP TO: 0069219023010
    WINN-DIXIE STORES, INC          WINN-DIXIE STORES, INC.
    MIAMI DIVISION                  MIAMI WAREHOUSE - GROCERY
    P. O. BOX 40026                 3300 N.W. 123 ST. - SUITE 3
    JACKSONVILLE, FL  322030026     MIAMI, FL  33167

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 305-769-6666
Transport:  Payment:Prepaid; Method:Common Carrier;  FOB Point:AUBURNDALE
            FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File:  PrRcvDoc.Fil    SetID:875
                                             Ctrl#: 000010717/100000717/100002380
```

| ITEM# | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
|-------|----------|------------|-------------|-------|----------|
| 019203 | 735 CA | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | 5.22 | 3836.70 |
| | | | UP: 002114019203    VN: 019203    IN: 208394 | | |

```
==============================================================================
Totals:       735 CA    Weight: 43806.00 LB                        3836.70
==============================================================================
```



 **Florida**
KIK(Florida) Inc.
Auburndale
338234007

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379879 | 02/01/05 | WINMIAPOMP | 1 |
| CUSTOMER PURCHASE ORDER NO. | | JOB NO. | |
| 617807 | | | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS | |
|---|---|---|---|
| DELIVER | 02/15/05 Florida | Total Pallets = 21 | .30 per Suite |

**BILL TO:**
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

**SHIP TO:**
Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/14/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 735.00 . . . . . . . . | |
| 1.00 | 02/14/05 | HCU-WINMIAPOMP AC2      HCU-WINMIAPOMP Allowance UPC#:HCU-WINMIAPOMP | EA | | 1.00 . . . . . . . . | |
| | | All Line Items Picked Total Qty Ordered: | | | 736.00 | |

**Trailer/Product Inspection**

1. Interior of trailer checked for damage, pest activity and any conditions that may compromise the integrity of the product. Yes ___ No ___
2. Product inspected for condition. Inspected for leaking, damage, and integrity. Yes ___ No ___
3. Pallets loaded in the proper arrangement. Yes ___ No ___
4. Load air bagged. Yes ___ No ___

Date: ___
Trailer Number: ___
Inspected by: ___

FEB 14 AM 10:29

FEB 14 AM 11:13

\05

(5)

| Loaded and Inspected By: | Carrier: **Total Weight:** 43805 00 |
|---|---|
| Date Loaded: 2/14/5 | Trailer#: ___   Door#: ___ |
| | Seal#: 18358 |
| CHEP Pallets Out: 21   REGULAR | CHEP Pallets In: 0   REGULAR |
| U.S. D.O.T. Haz Mat Registration No. ___ | Receiver Signature: ___ |
| Haz Mat emergency response number ___ | Print Name: ___ |
| | Pickup Date: ___ |

Page: 1              *** DUPLICATE PRINT OF BOL ***                    BOL NO.    205359
FRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE         SHIPPER'S NO.

| ME OF CARRIER | | CARRIER'S NO. | DATE |
|---|---|---|---|
| SUNTEC | SUNTEC TRANSPORT Co | DR# 35 | 2005021 |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: | | | | TO: |
|---|---|---|---|---|
| SHIPPER | KIK Auburndale | 359879 | 55 | Winn-Dixie-Miami |
| (ORIGIN) | 909 Magnolia Ave. | | | 3300 NW 123rd St |
| | Auburndale    FL | | | Miami, FL  33167 |
| | 33823    USA | | | |

| ORDER NO.  359879 | P.O. #  617807 | HAZARDOUS MATERIAL REG. NO: | 0923040010037 |
|---|---|---|---|
| HR EMERGENCY CONTACT TEL NO. | | SEAL NO.  18558 | VEHICLE NUMBER  05 |

1 800-424-9300

| NO. OF UNITS CONTAINER TYPE | HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES FOR CARRIERS ONLY |
|---|---|---|---|---|---|---|---|
| 735 CS | | 11007095041    UPC# 002114019203 Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped: 735

| LOCATION:  MIAMI | CHEPS OUT:  2-1 | | TYPE:  0 | DEPT: |
|---|---|---|---|---|
| LACARDS TENDERED  Y  N | GROSS PRODUCT WEIGHT:  0 LBS | GROSS SHIPPING WEIGHT:  43806 LBS | | |

| REMIT C.O.D. TO: | | C.O.D. FEE: | TOTAL CHARGES $ | Sign In Time: |
|---|---|---|---|---|
| COD | | □ Prepaid | Freight charges are PREPAID unless marked collect. | FEB 14 AM 10:29 |
| Amt $ | | □ Collect $ | □ Check box 1 charges are Collect. | Bump Time: |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Sign Out Time:
FEB 14 AM 11:13

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$_____ per _____

(Signature of Consignee)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| SHIPPER | CARRIER  Suntec | |
|---|---|---|
| PER | X J. Tosto | DATE 2-14-05 |

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International                     01279220    1
Dept, CH 14106
Palatine, IL 60055-1406             02/14/05

Bill of Lading No:205360

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Winn-Dixie-Pompano
1141 Southwest 12th Ave

Jacksonville, FL   32203
USA

Pompano Beach, FL   33069
USA

379911 02/02/05 WINMIAPO 93   100 618140              DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 40.00 | 40.00 | 23007096361      002114019239 | CS | | |
| | | Winn Dixie BL ULT Reg 3x174 | | | |
| | | UPC:21140 19202 | | 5.70 | 228.00 |
| 490.00 | 490.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:062114019203 | | 5.22 | 2,557.80 |
| 210.00 | 210.00 | 23007095541      002114019204 | CS | | |
| | | Winn Dixie BL ULT Reg 6x96 | | | |
| | | UPC:002114019204 | | 5.24 | 1,100.40 |
| 42.00 | 42.00 | 23047095541      002114019207 | CS | | |
| | | Winn Dixie BL ULT Flor 6x96 | | | |
| | | UPC:002114019207 | | 5.40 | 226.80 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2      HCU-WINMIAPOMP | | | |
| | | UPC:HCU-WINMIAPOMP | | 10.28- | 10.28- |

| | |
|---|---|
| Sale Amount | 4,102.72 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 4,102.72 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

4,102.72

*Winn Dixie*                                                      3799,,.

======================================================================
                        EDI PURCHASE ORDER              Date: 02/02/2005
                                                        Time: 08:15
PO#:    618140                    PO Date: 02/01/2005   Page: 1 (31)
Status: NEW ORDER       Requested DELIVERY Date: 02/15/2005

BILL TO: 0069219020003              SHIP TO: 0069219023020
    WINN-DIXIE STORES, INC              WINN-DIXIE STORES, INC.
    POMPANO DIVISION                    POMPANO WAREHOUSE - GROCERY
    P. O. BOX 40026                     1141 S.W.12TH AVENUE - SUITE 1
    JACKSONVILLE, FL   322030026        POMPANO BEACH, FL   33069

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 783-284-2854
Transport:  Payment:Prepaid;  Method:Common Carrier;  FOB Point:AUBURNDALE
            FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119           CLO-WHITE CO COSTAL
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511   File: PrRcvDoc.Fil    SetID:875
                                            Ctrl#: 000010721/100000721/100002395

----------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION                  PRICE   EXTENDED
----------------------------------------------------------------------
019239      40 CA   3 x 174OZ WINN DIXIE BLEACH ULTRA        5.70     228.00
                    UP: 002114019239   VN: 019239      IN: 208393
. . .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
019203     490 CA   6 x 128OZ WD GALLON BLEACH PALLET-35CS   5.22    2557.80
                    UP: 002114019203   VN: 019203      IN: 208394
. . .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
019204     210 CA   6 x 960Z  WINN DIXIE BLEACH ULTRA        5.24    1100.40
                    UP: 002114019204   VN: 019204      IN: 208395
. .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .
019207      42 CA   6 x 960Z  WD BLEACH FLORAL ULTRA         5.40     226.80
                    UP: 002114019207   VN: 019207      IN: 208396
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

======================================================================
Totals:      782 CA    Weight: 42500.00 LB                          4113.00
======================================================================





**PICK TICKET**
*(Non-negotiable)*

Florida
KIK(Florida)Inc.
Auburndale
338234007

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379911 | 02/02/05 | WINMIAPOMP | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 618140 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/15/05 Florida | Total Pallets = 21 |

BILL TO:
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

Mark with 'X' to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for the listing hazardous materials on bills of lading per Section 172.204(a)(1)(A) of Title 49. Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 40.00 | 02/14/05 | 23007096361 Winn Dixie BL ULT Reg 3x174 UPC#:21140 19202 | CS | | 40.00 .... | 1 |
| 490.00 | 02/14/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 490.00 | 14 |
| 210.00 | 02/14/05 | 23007095541 Winn Dixie BL ULT Reg 6x96 UPC#:002114019204 | CS | | 210.00 | 5 |
| 42.00 | 02/14/05 | 23047095541 Winn Dixie BL ULT Flor 6x96 UPC#:002114019205 | CS | | 42.00 | 1 |
| 1.00 | 02/14/05 | HCU WINMIAPOMP AC2      HCU WINMIAPOMP Allowance UPC#:HCU WINMIAPOMP | | | 1.00 | |

All other items picked
Total Qty Ordered      783.00

Trailer/Product Inspection

1. Interior of trailer checked for damage, pest activity and any conditions that may compromise the integrity of the product. Yes ___ No ___
2. Product inspected for condition, inspected for marking, damage, and integrity. Yes ___ No ___
3. Pallet Loaded in the proper arrangement. Yes ___ No ___
4. Load Air bagged. Yes ___ No ___

7704

| | |
|---|---|
| Loaded and Inspected By: ___ | Carrier: **Total Weight:** 42500.00 |
| Date Loaded: ___ | Trailer#: ___ Door#: ___ |
| | Seal#: 18282 |
| CHEP  Pallets Out: ___ REGULAR | CHEP  Pallets In: ___ REGULAR |
| | Receiver Signature: ___ |
| U.S. D.O.T. Haz Mat Registration No. ___ | Print Name: ___ |
| Haz Mat emergency response number: ___ | Pickup Date: ___ |

Page: 1          *** DUPLICATE PRINT OF BOL ***

RAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

BOL NO.   205360
SHIPPER'S NO.

ME OF CARRIER   GENHYD
GENE HYDE LOGISTICS

CARRIER'S NO.   DR # 22
DATE   20050211

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

ROM: KIK Auburndale          55    TO:  Winn-Dixie-Pompano
IIPPER   909 Magnolia Ave.              1141 Southwest 12th Ave
RIGIN)   Auburndale    FL
         33823        USA               Pompano Beach, FL  33069

RDER NO.  379911    P.O. #  618140      HAZARDOUS MATERIAL REG. NO:  0923040001003M
HR EMERGENCY CONTACT TEL NO.            SEAL NO.  18382      VEHICLE NUMBER  1709
         1-800-424-9300

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|---|
| 40 CS | | 23007096361    UPC# 21140 19202 Winn Dixie BL ULT Reg 3x174 | 40 CS | 1704 LBS | | | |
| 490 CS | | 11007095041    UPC# 002114019203 Winn Dixie BL 3% Reg 6x1 | 490 CS | 29204 LBS | | | |
| 210 CS | | 23007095541    UPC# 2114 19 Winn Dixie BL ULT Reg 96 | 210 CS | 9660 LBS | | | |
| 42 CS | | 23047095541    UPC# 002114 9207 Winn Dixie BL U Reg 96 | 42 CS | 1932 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped  782

OCATION:   POMPANO          CHEPS OUT:          TYPE:  0       DEPT:

LACARDS TENDERED  Y☐ N☐   GROSS PRODUCT WEIGHT:        0 LBS   GROSS SHIPPING WEIGHT:  42500 LBS

EMIT C.O.D. TO:

COD
mt $

C.O.D. FEE:
☐ Prepaid
☐ Collect $

TOTAL CHARGES $
Freight charges are PREPAID unless marked collect.
☐ Check box if charges are Collect.

Sign In Time:

Bump Time:

Sign Out Time:

'If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

tShipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$            per

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER  KIK Corp          CARRIER  Gene Hyde

PER                         PER                              DATE 2-14-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(xii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01279221    1
Dept, CH 14106
Palatine, IL 60055-1406      02/14/05

Bill of Lading No:205361

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

379912 02/02/05 WINMIAPO 93   100 618141              DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 80.00 | 80.00 | 23007096361 | 002114019239 | CS | |
| | | Winn Dixie BL ULT Reg 3x174 | | | |
| | | UPC:21140 19202 | | 5.70 | 456.00 |
| 420.00 | 420.00 | 11007095041 | 002114019203 | CS | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:062114019203 | | 5.22 | 2,192.40 |
| 126.00 | 126.00 | 23007095541 | 002114019204 | CS | |
| | | Winn Dixie BL ULT Reg 6x96 | | | |
| | | UPC:002114019204 | | 5.24 | 660.24 |
| 42.00 | 42.00 | 23047095541 | 002114019207 | CS | |
| | | Winn Dixie BL ULT Flor 6x96 | | | |
| | | UPC:002114019207 | | 5.40 | 226.80 |
| 42.00 | 42.00 | 23017095541 | 002114019216 | CS | |
| | | Winn Dixie BL ULT Lem 6x96 | | | |
| | | UPC:002114019216 | | 5.40 | 226.80 |
| 42.00 | 42.00 | 23037095541 | 002114019228 | CS | |
| | | Winn Dixie BL ULT Rain 6x96 | | | |
| | | UPC:002114019228 | | 5.40 | 226.80 |

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International                01279221    2
Dept, CH 14106
Palatine, IL 60055-1406          02/14/05

Bill of Lading No:205361

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

379912 02/02/05 WINMIAPO 93  100 618141          DELIVER

| | | | | |
|---|---|---|---|---|
| 60.00 | 60.00 | 23007095471     002114019206 | CS | |
| | | Winn Dixie BL ULT Reg 8x48 | | |
| | | UPC:21140 19206 | 6.20 | 372.00 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | |
| | | AC2     HCU-WINMIAPOMP | | |
| | | UPC:HCU-WINMIAPOMP | 10.90- | 10.90- |

| | |
|---|---|
| Sale Amount | 4,350.14 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 4,350.14 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

4,350.14

*Winn Dixie*

379912

```
================================================================
                        EDI PURCHASE ORDER        Date: 02/02/2005
                                                  Time: 08:15
PO#:    618141                  PO Date: 02/01/2005   Page: 1 (32)
Status: NEW ORDER    Requested DELIVERY Date: 02/15/2005
```

BILL TO: 0069219020003               SHIP TO: 0069219023020
    WINN-DIXIE STORES, INC            WINN-DIXIE STORES, INC.
    POMPANO DIVISION                  POMPANO WAREHOUSE - GROCERY
    P. O. BOX 40026                   1141 S.W.12TH AVENUE - SUITE 1
    JACKSONVILLE, FL  322030026       POMPANO BEACH, FL  33069

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 783-284-2854
Transport:  Payment:Prepaid;  Method:Common Carrier;  FOB Point:AUBURNDALE
            FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119          CLO-WHITE CO COSTAL
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000       GS02:9047835511    File: PrRcvDoc.Fil    SetID:875
                                              Ctrl#: 000Q10721/100000721/100002396
```

| ITEM# | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
|-------|----------|-----------|-------------|-------|----------|
| 019239 | 80 CA | 3 x 174OZ | WINN DIXIE BLEACH ULTRA | 5.70 | 456.00 |
| | | UP: 002114019239 | VN: 019239 | IN: 208393 | |
| 019203 | 420 CA | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | 5.22 | 2192.40 |
| | | UP: 002114019203 | VN: 019203 | IN: 208394 | |
| 019204 | 126 CA | 6 x 96OZ | WINN DIXIE BLEACH ULTRA | 5.24 | 660.24 |
| | | UP: 002114019204 | VN: 019204 | IN: 208395 | |
| 019207 | 42 CA | 6 x 96OZ | WD BLEACH FLORAL ULTRA | 5.40 | 226.80 |
| | | UP: 002114019207 | VN: 019207 | IN: 208396 | |
| 019216 | 42 CA | 6 x 96OZ | WD BLEACH LEMON ULTRA | 5.40 | 226.80 |
| | | UP: 002114019216 | VN: 019216 | IN: 208397 | |

```
================================================================
                                                  Continued...
```

```
============================================================================
                          EDI PURCHASE ORDER          Date: 02/02/2005
                                                      Time: 08:15
 ℧#:   618141                   PO Date: 02/01/2005   Page: 2 (33)
----------------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION                  PRICE  EXTENDED
----------------------------------------------------------------------------
019228      42 CA  6 x 96OZ  WD BLEACH RAIN SCNT ULTRA        5.40    226.80
                   UP: 002114019228    VN: 019228     IN: 208398
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
019206      60 CA  8 x 48OZ  WINN DIXIE BLEACH ULTRA          6.20    372.00
                   UP: 002114019206    VN: 019206     IN: 208399
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
============================================================================
Totals:        812 CA    Weight: 41934.00 LB                     4361.04
============================================================================
```





Florida
KIK(Florida) Inc
Auburndale
338234007

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379912 | 02/02/05 | WINMIAPOMP | 1 |
| CUSTOMER PURCHASE ORDER NO. | | | JOB NO. |
| 618141 | | | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/15/05 Florida | Total Pallets = 21 |

BILL TO:
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 80.00 | 02/14/05 | 23007096361 Winn Dixie BL ULT Reg 3x174 UPC#:21140 19202 | CS | | 80.00 ... | |
| 420.00 | 02/14/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 420.00 ... | |
| 126.00 | 02/14/05 | 23007095541 Winn Dixie BL ULT Reg 6x96 UPC#:002114019204 | CS | | 126.00 ... | |
| 42.00 | 02/14/05 | 230 095 Winn Dixie BL ULT Flor 6x96 UPC#:2114 192 | CS | | 42.00 ... | |
| 42.00 | 02/14/05 | 230 095 Winn Dixie BL ULT Lem 6x96 UPC#:2114 192 | CS | | 42.00 ... | |
| 42.00 | 02/14/05 | 230 095 Winn Dixie BL ULT ain 6x96 UPC#:2114 192 | CS | | 42.00 ... | |
| 60.00 | 02/14/05 | 230 095 Winn Dixie BL ULT Reg 8x48 UPC#:2114 18200 | CS | | 60.00 ... | |
| 1.00 | 02/14/05 | HCU INMIPOMP AC2 HCU WINMIAPOMP Allowance UPC#:HCU WINMIAPOMP All line items Picked Total Qty Ordered: 813.00 | EA | | 1.00 ... | |

| Loaded and Inspected By: | Carrier: | Total Weight: | 4193 00 |
|---|---|---|---|
| Date Loaded: | Trailer#: | | Door#: |
| | Seal#: | 18357 | |
| CHEP   Pallets Out: | REGULAR | CHEP   Pallets In: | REGULAR |
| | Receiver Signature: | | |
| U.S. D.O.T. Haz Mat Registration No. | Print Name: | | |
| Haz Mat emergency response number | Pickup Date: | | |

Page: 1          *** DUPLICATE PRINT OF BOL ***
FRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

BOL NO.  205361
SHIPPER'S NO.

| ME OF CARRIER | CARRIER'S NO. | DATE |
|---|---|---|
| GENHYD GENE HYDE LOGISTICS | DR # 22 | 2005021 |

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on this date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: | | TO: |
|---|---|---|
| KIK Auburndale | 55 | Winn-Dixie-Pompano |
| SHIPPER  909 Magnolia Ave.  3 P912 | | 1141 Southwest 12th Ave |
| ORIGIN)  Auburndale    FL | | Pompano Beach, FL  33069 |
| 33823    USA | | |

RDER NO.  279912   P.O. #  618141

HAZARDOUS MATERIAL REG. NO:  092304001003M

IHR EMERGENCY CONTACT TEL. NO.
1-800-424-9300

SEAL NO. 8351

VEHICLE NUMBER 5306

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|---|
| 80 CS | | 23007096361    UPC# 21140 19202  Winn Dixie BL ULT Reg 3x174 | 80 CS | 3408 LBS | | | |
| 420 CS | | 11007095041    UPC# 002114019203  Winn Dixie BL 3% Reg 6x1 | 420 CS | 25032 LBS | | | |
| 126 CS | | 23007095541    UPC# 21   01 04  Winn Dixie BL ULT Reg 9 | 126 CS | 5796 LBS | | | |
| 42 CS | | 23047095541    UP  00  14  9207  Winn Dixie BL U    r  96 | 42 CS | 1932 LBS | | | |
| 42 CS | | 23017095541    UPC  021  01  16  Winn Dixie BL UL  Lem  x9 | 42 CS | 1932 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped  812

| OCATION:  POMPANO | CHEPS OUT:  2 | TYPE:  0 | DEPT: |
|---|---|---|---|

|  | Y  N | | |
|---|---|---|---|
| LACARDS TENDERED | ☐  ☐ | GROSS PRODUCT WEIGHT: | 0 LB  GROSS SHIPPING WEIGHT:  41934 LBS |

REMIT C.O.D. TO:

COD
Amt $

| | C.O.D. FEE: | TOTAL CHARGES $ | |
|---|---|---|---|
| | Prepaid ☐  Collect $ ☐ | Freight charges are PREPAID unless marked collect. | Check box if ☐ charges are Collect. |

Sign In Time:

Bump Time:

Sign Out Time:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ ___ per ___

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER  KIK Corp
PER  Christy Newby

CARRIER  Gene Hyde
PER  X  H Morgan

DATE  2-14-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception is provided in the Regulations for a particular material.

Page: 2                *** DUPLICATE PRINT OF BOL ***

| | | BOL NO. | 205361 |
| | | SHIPPER'S NO. | |

**FRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT Negotiable**

| ME OF CARRIER | CARRIER'S NO. | DATE |
|---|---|---|
| GENHYD GENE HYDE LOGISTICS | DR # 22 | 2005021 |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

*the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any *son or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of said *perty over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a railwater shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

*ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper *d accepted for himself and his assigns.

| FROM: | KIK Auburndale | 55 | TO: | Winn-Dixie-Pompano |
|---|---|---|---|---|
| HIPPER | 909 Magnolia Ave. | | | 1141 Southwest 12th Ave |
| ORIGIN) | Auburndale    FL | | | |
| | 33823    USA | | | Pompano Beach, FL  33069 |

| RDER NO. 379912 | P.O.# 618141 | HAZARDOUS MATERIAL REG. NO: 0923040001003M |
|---|---|---|
| IHR EMERGENCY CONTACT TEL.NO. 1-800-424-9300 | SEAL NO. 8357 | VEHICLE NUMBER 5306 |

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO COIRR.) | CLASS OR RATE | ✓ | CHARGES FOR CARRIER ONLY |
|---|---|---|---|---|---|---|---|
| 42 CS | | 23037095541    UPC# 002114019228 Winn Dixie BL ULT Rain 6x96 | 42 CS | 1932 LBS | | | |
| 60 CS | | 23007095471    UPC# 21140 19206 Winn Dixie BL ULT Reg 8x48 | 60 CS | 1902 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped   812

| OCATION: POMPANO | CHEPS OUT: 21 | TYPE: 0 | DEPT: |
|---|---|---|---|

| LACARDS TENDERED | Y N ☐ ☐ | GROSS PRODUCT WEIGHT: | 0 LB | GROSS SHIPING WEIGHT: | 41934 LBS |
|---|---|---|---|---|---|

| IEMIT C.O.D. TO: COD Amt $ | C.O.D. FEE: ☐ Prepaid ☐ Collect $ | TOTAL CHARGES $ Freight charges are PREPAID unless marked collect. ☐ Check box if charges are Collect. | Sign In Time: |
|---|---|---|---|

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

$ _____ per _____

Bump Time:

Sign Out Time:

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transportation according to applicable international and national governmental regulations.

| SHIPPER | KIK Corp | CARRIER | Gene Hyde | |
|---|---|---|---|---|
| PER | | X C B Moyer | | DATE 2-14-05 |

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substance as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(ii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01279222    1
Dept, CH 14106
Palatine, IL 60055-1406        02/14/05

Bill of Lading No:205362

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

379913 02/02/05 WINMIAPO 93  100 618142          DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2      HCU-WINMIAPOMP | | | |
| | | UPC:HCU-WINMIAPOMP | | 9.59- | 9.59- |

Sale Amount          3,827.11
Misc. Charges             .00
Freight Transport         .00
Total Taxes               .00
Total Amount        3,827.11
Payment Amount            .00

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*        ┌10·        379913

```
===================================================================
                        EDI PURCHASE ORDER        Date: 02/02/2005
                                                  Time: 08:15
PO#:    618142                 PO Date: 02/01/2005 Page: 1 (34)
Status: NEW ORDER      Requested DELIVERY Date: 02/15/2005
```

BILL TO: 0069219020003          SHIP TO: 0069219023020
    WINN-DIXIE STORES, INC            WINN-DIXIE STORES, INC.
    POMPANO DIVISION                  POMPANO WAREHOUSE - GROCERY
    P. O. BOX 40026                   1141 S.W.12TH AVENUE - SUITE 1
    JACKSONVILLE, FL  322030026       POMPANO BEACH, FL  33069

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 783-284-2854
Transport:  Payment:Prepaid;  Method:Common Carrier;  FOB Point:AUBURNDALE
    FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119          CLO-WHITE CO COSTAL
    SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
    PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
    NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
    SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
    DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File: PrRcvDoc.Fil   SetID:875
    Ctrl#: 000010721/100000721/100002397

| ITEM# | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
|-------|----------|------------|-------------|-------|----------|
| 019203 | 735 CA | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | 5.22 | 3836.70 |
| | | UP: 002114019203 | VN: 019203 | IN: 208394 | |

```
===================================================================
Totals:     735 CA    Weight: 43806.00 LB                      3836.70
===================================================================
```



**PICK TICKET**
(Non-negotiable)

...orida
..K(Florida) Inc
Auburndale
338234007

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379913 | 02/02/05 | WINMIAPOMP | 1 |

| CUSTOMER PURCHASE ORDER NO. | | JOB NO. |
|---|---|---|
| 618142 | | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA<br>TERMS | SHIP DATE<br>WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/15/05<br>Florida | Total Pallets = 21 |

*Gam Intransit*

BILL TO:
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL   33069
USA

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/14/05 | 11007095041<br>Winn Dixie BL 3% Reg 6x1<br>UPC#:002114019203 | CS | | 735.00 ... | ..... |
| 1.00 | 02/14/05 | HCU-WINMIAPOMP<br>AC2      HCU-WINMIAPOMP<br>Allowance<br>UPC#:HCU-WINMIAPOMP | EA | | 1.00 ... | ..... |
| | | All Line Items Picked<br>Total Qty Ordered: | | | 736.00 | |

Trailer/Product Inspection

In... of ... ch...for damage, pest activity and any conditions
that mar...compromise the integrity of the product. Yes ___ No ___
2. Pro...insp...for condition. Inspected for leaking, damage, and
...quality. ___ No ___
3. Pallets loaded in the proper arrangement. Yes ___ No ___
4. Load all bagged. Yes ___ No ___

FEB 14 AM 9:23
FEB 14 AM 10:10

Date: ___
Trailer Number: ___
Inspected by: ___

Loaded and Inspected By: ___  2/14/05
Date Loaded: ___

CHEP Pallets Out: ___ REGULAR

U.S. D.O.T. Haz Mat Registration No. ___

Carrier: **Total Weight:** 43806.00
Trailer#: ___ Door#: ___
Seal#: 0364
CHEP Pallets In: ___ REGULAR
Receiver Signature: ___
Print Name: ___
Pickup Date: ___

Page: 1   *** DUPLICATE PRINT OF BOL ***

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

| | BOL NO. 205362 |
| --- | --- |
| | SHIPPER'S NO. |

| NAME OF CARRIER: INTRAN INTRANSIT | CARRIER'S NO. DR # 22 | DATE 20050211 |
| --- | --- | --- |

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper if accepted for himself and his assigns.

| FROM: SHIPPER (ORIGIN) | KIK Auburndale 55<br>909 Magnolia Ave.<br>Auburndale  FL<br>33823     USA | TO: | Winn-Dixie-Pompano<br>1141 Southwest 12th Ave<br>Pompano Beach, FL  33069 |
| --- | --- | --- | --- |

| ORDER NO. 379913 | P.O. # 618142 | | HAZARDOUS MATERIAL REG. NO: 0923040013031 | |
| --- | --- | --- | --- | --- |
| 24HR EMERGENCY CONTACT TEL NO. 1-800-424-9300 | | SEAL NO. 1830 | VEHICLE NUMBER | |

| NO. OF UNITS CONTAINER TYPE | + | HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR'N) | CLASS OR RATE | √ | CHARGES (FOR CARRIER USE ONLY) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 735<br>CS | | | 11007095041   UPC# 002114019203<br>Winn Dixie BL 3% Reg 6x1 | 735<br>CS | 43806<br>LBS | | | |

Carrier may be subject to fine for late delivery

Total Shipped: 735

| LOCATION: POMPANO | CHEPS OUT: 21 | TYPE: 0 | DEPT: |
| --- | --- | --- | --- |

| PLACARDS TENDERED   Y ☐  N ☐ | GROSS PRODUCT WEIGHT: | 0 LBS | GROSS SHIPPING WEIGHT: 43806 LBS |
| --- | --- | --- | --- |

| REMIT C.O.D. TO:<br><br>COD<br>Amt $ | | C.O.D. FEE:<br>☐ Prepaid<br>☐ Collect $ | TOTAL CHARGES $<br>Freight charges are<br>PREPAID unless<br>marked collect.  ☐ Check box if<br>charges are Collect. | Sign In Time:<br>FEB 14 AM 9:23<br><br>Bump Time: |
| --- | --- | --- | --- | --- |

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Sign Out Time:
FEB 14 AM 10:10

Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

$ _____ per _____

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transportation according to the applicable international and national government regulations.

SHIPPER KIK Corp

PER _____

CARRIER Intransit

BY Frank Allred

DATE 2-14-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01279223   1
Dept, CH 14106
Palatine, IL 60055-1406      02/14/05

Bill of Lading No:205363

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

379916 02/02/05 WINMIAPO 93  100 618145          DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041     002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2     HCU-WINMIAPOMP | | | |
| | | UPC:HCU-WINMIAPOMP | | 9.59- | 9.59- |

|  |  |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,827.11 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*    379916

```
========================================================================
```

|  | EDI PURCHASE ORDER | Date: 02/02/2005 |
| --- | --- | --- |
|  |  | Time: 08:15 |

PO#:    618145                              PO Date: 02/01/2005    Page: 1 (37)
Status: NEW ORDER        Requested DELIVERY Date: 02/15/2005

BILL TO: 0069219020003          SHIP TO: 0069219023020
    WINN-DIXIE STORES, INC           WINN-DIXIE STORES, INC.
    POMPANO DIVISION                 POMPANO WAREHOUSE - GROCERY
    P. O. BOX 40026                  1141 S.W.12TH AVENUE - SUITE 1
    JACKSONVILLE, FL  322030026      POMPANO BEACH, FL  33069

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 783-284-2854
Transport:  Payment:Prepaid;  Method:Common Carrier;  FOB Point:AUBURNDALE
            FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119          CLO-WHITE CO COSTAL
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000        GS02:9047835511    File: PrRcvDoc.Fil    SetID:875
                                               Ctrl#: 000010721/100000721/100002400

| ITEM# | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
| --- | --- | --- | --- | --- | --- |
| 019203 | 735 CA | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | 5.22 | 3836.70 |
|  |  | UP: 002114019203    VN: 019203    IN: 208394 |  |  |  |

| Totals: | 735 CA | Weight: 43806.00 LB |  | 3836.70 |
| --- | --- | --- | --- | --- |



**Florida**
**KIK(Florida) Inc**
**Auburndale**
**338234007**

PICK TICKET

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379916 | 02/02/05 | WINMIAPOMP | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 618145 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/15/05 Florida | Total Pallets = 21 |

BILL TO:
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

Mark with 'X' is assigned Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.704(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exemption from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | KM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/14/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 735.00 ... | ... |
| 1.00 | 02/14/05 | HCU-WINMIAPOMP AC2    HCU-WINMIAPOMP Allowance UPC#:HCU-WINMIAPOMP | EA | | 1.00 ... | ... |
| | | All Line Items Picked Total Qty Ordered: | | 736.00 | | |

Trailer/Product Inspection

1. Interior of trailer checked for damage, pest activity and any conditions that may compromise the integrity of the product. Yes ___ No ___
2. Product inspected for condition. Inspected for leaking, damage, and intact seal. Yes ___ No ___
3. Pallets Loaded in the proper arrangement. Yes ___ No ___
4. Load Air Bagged. Yes ___ No ___

Date _____
Trailer Number _____
Inspected by _____

JF

Loaded and Inspected By _____
Date Loaded: 2-14-5

CHEP   Pallets Out: 21   REGULAR

U.S. D.O.T. Haz Mat Registration No. _____
Haz Mat emergency response number: _____

Carrier: Total Weight: 43806.00
Trailer#: _____   Door#: _____
Seal#: K307
CHEP   Pallets In: _____   REGULAR
Receiver Signature: _____
Print Name: _____
Pickup Date: _____

Page: 1                    *** DUPLICATE PRINT OF BOL ***                    BOL NO.    205363
                                                                            SHIPPER'S NO.
STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

| NAME OF CARRIER | CARRIER'S NO. | DATE |
|---|---|---|
| SUNHIL SUN HILL TRUCKING | DR # 22 | 20050211 |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: | KIK Auburndale | SS | TO: | Winn-Dixie-Pompano |
|---|---|---|---|---|
| SHIPPER | 909 Magnolia Ave. | | | 1141 Southwest 12th Ave |
| ORIGIN | Auburndale    FL | | | |
| | 33823    USA | | | Pompano Beach, FL  33069 |

| ORDER NO.   379916 | P.O.#   618145 | | HAZARDOUS MATERIAL REG. NO:   09230400-003M |
|---|---|---|---|
| IHR EMERGENCY CONTACT TEL NO. | | SEAL NO.   8307 | VEHICLE NUMBER |
| 1-800-424-9300 | | | |

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER'S USE ONLY) |
|---|---|---|---|---|---|---|---|
| 735 CS | | 11007095041    UPC# 002114019203 Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |
| | | Carrier may be subject to fine for late delivery | | | | | |
| | | Total Shipped  735 | | | | | |

| LOCATION:   POMPANO | CHEPS OUT:  21 | | TYPE:  0 | DEPT: |
|---|---|---|---|---|
| PLACARDS TENDERED  Y ☐  N ☐ | GROSS PRODUCT WEIGHT: | 0 LBS | GROSS SHIPPING WEIGHT: | 43806 LBS |

| REMIT C.O.D. TO: | | C.O.D. FEE: | TOTAL CHARGES $ | Sign In Time: |
|---|---|---|---|---|
| COD Amt $ | | Prepaid ☐ Collect $ ☐ | Freight charges are PREPAID unless marked collect.   Check box if charges are Collect. ☐ | Bump Time: |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Sign Out Time:

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$_____ per _____

(Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER   KIK Corp

PER   Debby Dowdy

CARRIER   Sunhill

PER   D Edwards

DATE   2-14-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International.        01279499    1
Dept, CH 14106
Palatine, IL 60055-1406        02/15/05

Bill of Lading No:205657

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

379914 02/02/05 WINMIAPO 93   100  618143                     DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041        002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2        HCU-WINMIAPOMP | | | |
| | | UPC:HCU-WINMIAPOMP | | 9.59- | 9.59- |

| | |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,827.11 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*                                                   379914

```
=====================================================================
                        EDI PURCHASE ORDER        Date: 02/02/2005
                                                  Time: 08:15
PO#:     618143                  PO Date: 02/01/2005   Page: 1 (35)
Status: NEW ORDER        Requested DELIVERY Date: 02/16/2005
```

BILL TO: 0069219020003            SHIP TO: 0069219023020
    WINN-DIXIE STORES, INC            WINN-DIXIE STORES, INC.
    POMPANO DIVISION                  POMPANO WAREHOUSE - GROCERY
    P. O. BOX 40026                   1141 S.W.12TH AVENUE - SUITE 1
    JACKSONVILLE, FL  322030026       POMPANO BEACH, FL  33069

VENDOR: 0000785
    PL-KIK BLEACH

Contact:     BUYER NO  15 TE: 904-370-6800
Contact:     WINN-DIXIE STORES, INC. TE: 783-284-2854
Transport:   Payment:Prepaid;  Method:Common Carrier;  FOB Point:AUBURNDALE
             FL
Terms:       2% 10 Days Net 30 Based on receipt of goods date.
Notes:       FAX  877-592-1119          CLO-WHITE CO COSTAL
             SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
             PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
             NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
             SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
             DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File: PrRcvDoc.Fil    SetID:875
                                             Ctrl#: 000010721/100000721/100002398

```
-------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION              PRICE  EXTENDED
-------------------------------------------------------------------
019203      735 CA  6 x 128OZ WD GALLON BLEACH PALLET-35CS  5.22  3836.70
                    UP: 002114019203    VN: 019203      IN: 208394
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
=====================================================================
Totals:      735 CA   Weight: 43806.00 LB                       3836.70
=====================================================================
```



Florida
KIK (Florida) Inc.
Auburndale
338234007



PICK TICKET
(Non-Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO |
|-----------|------------|--------------|---------|
| 379914 | 02/02/05 | WINMIAPOMP | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO |
|-----------------------------|--------|
| 618143 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below. In apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|----------------|------------------------------|------------------------|
| DELIVER | 02/16/05 Florida | Total Pallets = 21 |

BILL TO:
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|------------------|---------------|--------------------------|------------------|-----|------------------|------------------|
| 735.00 | 02/15/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 735.00 . . . . . . . . | |
| 1.00 | 02/15/05 | HCU-WINMIAPOMP AC2      HCU-WINMIAPOMP Allowance UPC#:HCU-WINMIAPOMP | EA | | 1.00 . . . . . . . . | |

All Line Items Picked
Total Qty Ordered:      736.00

Trailer/Product Inspection

1. Interior of trailer checked for damage, pest activity and any conditions that may compromise the integrity of the product. Yes_____ No_____
2. Product inspected for condition. Inspected for leaking, damage and integrity. Yes_____ No_____
3. Pallets Loaded in the proper arrangement. Yes_____ No_____
4. Load Air Bagged. Yes_____ No_____

Date:
Trailer Number:
Inspected by:

Loaded and Inspected By:_____
Date Loaded:_____

CHEP Pallets Out: _____ REGULAR

U.S. D.O.T. Haz Mat Registration No._____
Haz Mat emergency response number:_____

Carrier: ~~Total Weight:~~      ~~43808.00~~
Trailer#:_____  Door#:_____
Seal#: 18333
CHEP Pallets In:_____ REGULAR
Receiver Signature:_____
Print Name:_____
Pickup Date:_____