FRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

| | | | | BOL NO. |
| --- | --- | --- | --- | --- |
| | | | | SHIPPER'S NO. |

ME OF CARRIER **GENHYD**
**GENE HYDE LOGISTICS**

CARRIER'S NO. DR # 24    DATE 20050214    Tans

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

a property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any erson or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said operty over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth ) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper d accepted for himself and his assigns. Auburndale    55    Winn-Dixie-Pompano

| FROM: | 909 Magnolia Ave. | | TO: | 1141 Southwest 12th Ave |
| --- | --- | --- | --- | --- |
| SHIPPER (ORIGIN) | Auburndale    FL    33823    USA | | | Pompano Beach, FL 33069 |

ORDER NO. 379914    P.O. # 618143    HAZARDOUS MATERIAL REG. NO: 092304001003M

HR EMERGENCY CONTACT TEL NO. 1-800-424-9300    SEAL NO. 18333    VEHICLE NUMBER 5360

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE ONLY) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 735 CS | | 11007095041    UPC# 002114019203 Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped: 735

POMPANO    0

| LOCATION: | CHEPS OUT: 21 | 0 LBS | TYPE: | DEPT. 43806 LBS |
| --- | --- | --- | --- | --- |

| | Y | N | GROSS PRODUCT WEIGHT: | | GROSS SHIPPING WEIGHT: | Sign In Time: |
| --- | --- | --- | --- | --- | --- | --- |
| LACARDS TENDERED | ☐ | ☐ | | | | |

REMIT C.O.D. TO:

**COD**
Amt $

| | | C.O.D. FEE: | TOTAL CHARGES $ | | |
| --- | --- | --- | --- | --- | --- |
| | | ☐ Prepaid ☐ Collect $ | Freight charges are PREPAID unless marked collect. | ☐ Check box if charges are Collect. | Bump Time: |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Sign Out Time:

†Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER **VIKCORP**    CARRIER Gene Hyde

PER    HM Maxx    DATE 2-15-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49. Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International        01279560    1
Dept, CH 14106
Palatine, IL 60055-1406        02/15/05

Bill of Lading No:205658

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL   32203
USA

Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL   33069
USA

379915 02/02/05 WINMIAPO 93   100 618144            DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041        002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2        HCU-WINMIAPOMP | | | |
| | | UPC:HCU-WINMIAPOMP | | 9.59- | 9.59- |

Sale Amount        3,827.11
Misc. Charges              .00
Freight Transport          .00
Total Taxes              .00
Total Amount        3,827.11
Payment Amount          .00

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*                                                        3799,5

```
========================================================================
                      EDI PURCHASE ORDER              Date: 02/02/2005
                                                      Time: 08:15
PO#:    618144                  PO Date: 02/01/2005   Page: 1 (36)
Status: NEW ORDER      Requested DELIVERY Date: 02/16/2005
```

BILL TO: 0069219020003          SHIP TO: 0069219023020
    WINN-DIXIE STORES, INC          WINN-DIXIE STORES, INC.
    POMPANO DIVISION                POMPANO WAREHOUSE - GROCERY
    P. O. BOX 40026                 1141 S.W.12TH AVENUE - SUITE 1
    JACKSONVILLE, FL  322030026     POMPANO BEACH, FL  33069

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 783-284-2854
Transport:  Payment:Prepaid; Method:Common Carrier;  FOB Point:AUBURNDALE
            FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX 877-592-1119          CLO-WHITE CO COSTAL
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File:  PrRcvDoc.Fil    SetID:875
                                             Ctrl#: 000010721/100000721/100002399

----------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION              PRICE  EXTENDED
----------------------------------------------------------------------
019203      735 CA  6 x 128OZ WD GALLON BLEACH PALLET-35CS  5.22  3836.70
                    UP: 002114019203    VN: 019203    IN: 208394
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -




========================================================================
Totals:       735 CA    Weight: 43806.00 LB                      3836.70
========================================================================
```



**Florida**
**KIK(Florida) Inc.**
**Auburndale**
**338234007**



**PICK TICKET**
**(Non-Negotiable)**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO |
|-----------|------------|--------------|---------|
| 379915 | 02/02/05 | WINMIAPOMP | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|-----------------------------|---------|
| 618144 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|----------------|------------------------------|----------------------|
| DELIVER | 02/16/05 Florida | Total Pallets = 21 |

10am GH

**BILL TO:**
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

**SHIP TO:**
Winn-Dixie-Pompano
1141 Southwest 12th Ave

Pompano Beach, FL  33069
USA

Mark with 'X' to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(a)(1)(a) of Title 49 Code of Federal Regulations. Also when shipping hazardous materials the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a special exception from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/15/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 735.00 .........  | |
| 1.00 | 02/15/05 | HCU-WINMIAPOMP AC2     HCU-WINMIAPOMP Allowance UPC#:HCU-WINMIAPOMP | EA | | 1.00 .........  | |
| | | All Line Items Picked Total Qty Ordered:          736.00 | | | | |

1. Interior of trailer checked for damage, pest activity and any condition that may compromise the integrity of the product. Yes ___ No ___
2. Product inspected for condition, inspected for leaking, damage, and integrity. Yes ___ No ___
3. Pallets Loaded in the proper arrangement. Yes ___ No ___
4. Load Air Bagged. Yes ___ No ___

Date: _____
Trailer Number: _____
Inspected by: _____

| Loaded and Inspected By: | Carrier: **Total Weight:**    43808.00 |
|---|---|
| Date Loaded: | Trailer#: ___   Door#: ___ |
| | Seal#: ___ |
| CHEP  Pallets Out: ___ REGULAR | CHEP  Pallets In: ___ REGULAR |
| | Receiver Signature: ___ |
| U.S. D.O.T. Haz Mat Registration No. | Print Name: ___ |
| Haz Mat emergency response number: ___ | Pickup Date: ___ |

Page: 1

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

| | | | | | BOL NO. |
|---|---|---|---|---|---|
| | | | | | SHIPPER'S NO. |

NAME OF CARRIER  GENHYD
GENE HYDE LOGISTICS

| CARRIER'S NO. | DATE |
|---|---|
| DR # 24 | 20050214 |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

FROM:      KIR Auburndale                    55      TO:     Winn-Dixie-Pompano
909 Magnolia Ave.                               1141 Southwest 12th Ave
SHIPPER   Auburndale   FL
(ORIGIN)  33823        USA                              Pompano Beach, FL  33069

| ORDER NO. | P.O. # | HAZARDOUS MATERIAL REG. NO. |
|---|---|---|
| 379915 | 618144 | 092304001003M |

24HR EMERGENCY CONTACT TEL NO. 1-800-424-9300   SEAL NO. 1834   VEHICLE NUMBER 0912

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| 735 CS | | 11007095041   UPC# 002114019203<br>Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | |

Carrier may be subject to fine for late delivery
Total Shipped:   735

POMPANO

| LOCATION: | CHEPS OUT: 21    0 LBS | TYPE: | DEPT: 43806 LBS |
|---|---|---|---|

| PLACARDS TENDERED  Y □  N □ | GROSS PRODUCT WEIGHT: | GROSS SHIPPING WEIGHT: | Sign In Time: |
|---|---|---|---|

REMIT C.O.D. TO:

COD
Amt $

| | C.O.D. FEE: | TOTAL CHARGES $ | |
|---|---|---|---|
| | Prepaid □ | Freight charges are PREPAID unless marked collect. | Check box if charges are Collect. □ |
| | Collect $ | | |

Bump Time:

Sign Out Time:

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$ _____ per _____

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER  NR Carr

PER  _____

CARRIER  Gene Hyde

PER  Rich Hartwell   DATE 2-15-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column of an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International                01280183    1
Dept, CH 14106
Palatine, IL 60055-1406         02/17/05

Bill of Lading No:206010

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

380562 02/05/05 WINMIAPO 93  100 621612            DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 665.00 | 665.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,471.30 |
| 84.00 | 84.00 | 23007095541      002114019204 | CS | | |
| | | Winn Dixie BL ULT Reg 6x96 | | | |
| | | UPC:002114019204 | | 5.24 | 440.16 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2      HCU-WINMIAPOMP | | | |
| | | UPC:HCU-WINMIAPOMP | | 9.77- | 9.78- |

| | |
|---|---|
| Sale Amount | 3,901.68 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,901.68 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,901.68

*Winn Dixie*                                                          380562

```
=================================================================================
                        EDI PURCHASE ORDER              Date: 02/05/2005
                                                        Time: 12:15
PO#:    621612                        PO Date: 02/05/2005  Page: 1 (1)
Status: NEW ORDER          Requested DELIVERY Date: 02/18/2005
```

BILL TO: 0069219020003              SHIP TO: 0069219023010
    WINN-DIXIE STORES, INC              WINN-DIXIE STORES, INC.
    MIAMI DIVISION                      MIAMI WAREHOUSE - GROCERY
    P. O. BOX 40026                     3300 N.W. 123 ST. - SUITE 3
    JACKSONVILLE, FL  322030026         MIAMI, FL  33167

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 305-769-6666
Transport:  Payment:Prepaid;  Method:Common Carrier;  FOB Point:AUBURNDALE
            FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File: PrRcvDoc.Fil    SetID:875
                                             Ctrl#: 000010722/100000722/100002401

-------------------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION                    PRICE   EXTENDED
-------------------------------------------------------------------------------
019203      665 CA  6 x 128OZ WD GALLON BLEACH PALLET-35CS 5.22 5.52   3670.80
                    UP: 002114019203    VN: 019203          IN: 208394

019204       84 CA  6 x 96OZ  WINN DIXIE BLEACH ULTRA      5.24 5.50    462.00
                    UP: 002114019204    VN: 019204          IN: 208395
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Price incre is asl 02/04

Po's Came in a 02/05

Rebas a rold my

```
=================================================================================
Totals:     749 CA    Weight: 43498.00 LB                             4132.80
=================================================================================
```





**PICK TICKET**
(Non-Negotiable)

Florida
KIK(Florida)Inc
Auburndale
338234007

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 380562 | 02/05/05 | WINMIAPOMP | 1 |
| CUSTOMER PURCHASE ORDER NO. | | JOB NO. | |
| 621612 | | | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/18/05 Florida | Total Pallets = 21 |

BILL TO:
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL 32203
USA

SHIP TO:
Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL 33167
USA

Mark with 'X' to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method to identify any hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49. Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading unless a specific exception from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 665.00 | 02/17/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 665.00 ... | |
| 84.00 | 02/17/05 | 23007095541 Winn Dixie BL ULT Reg 6x96 UPC#:002114019204 | CS | | 84.00 ... | |
| 1.00 | 02/17/05 | HCU-WINMIAPOMP AC2    HCU-WINMIAPOMP Allowance UPC#:HCU-WINMIAPOMP | EA | | 1.00 ... | |

All Line Items Picked
Total Qty Ordered:        750.00

Trailer/Product Inspection

1. Interior of trailer checked for damage, pest activity and any conditions that may compromise the integrity of the product. Yes ___ No ___
2. Product inspected for condition. Inspected for leaking, damage, and integrity. Yes ___ No ___
3. Pallets Loaded in the proper arrangement. Yes ___ No ___
4. Load Air bagged. Yes ___ No ___

Date: _____
Trailer Number: _____
Inspected by: _____

FEB 17 PM 1:17
FEB 17 PM 3:16

Loaded and Inspected By: _____
Date Loaded: _____
CHEP  Pallets Out: _____   REGULAR
U.S. D.O.T. Haz Mat Registration No. _____
Haz Mat emergency response number: _____

Carrier: Total Weight:   43498.00
Trailer#: _____   Door#: _____
Seal#: _____
CHEP  Pallets In: _____   REGULAR
Receiver Signature: _____
Print Name: _____
Pickup Date: _____

Page: 1

BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

BOL NO. 206010
SHIPPER'S NO.

CARRIER: SUNTEC
SUNTEC TRANSPORT

CARRIER'S NO.    DR# 35

DATE    20050216

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading,
the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning the property described below in apparent good order...

| FROM: SHIPPER (ORIGIN) | KIK Auburndale<br>909 Magnolia Ave.<br>Auburndale  FL<br>33823  USA | 55 | TO: | Winn-Dixie-Miami<br>3300 NW 123rd St<br>Miami, FL  33167 |
|---|---|---|---|---|

ORDER NO. 380562    P.O. # 621612    SEAL NO.    HAZARDOUS MATERIAL REG. NO.: 09230480100 3N

24HR EMERGENCY CONTACT TEL NO.    1-800-424-9300

VEHICLE NUMBER

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGE FOR CARRIER |
|---|---|---|---|---|---|---|---|
| 665 CS | | 11007095041    UPC# 002114019203<br>Winn Dixie BL 3% Reg 6x1 | 665 CS | 39634 LBS | | | |
| 84 CS | | 23007095541    UPC# 002114019204<br>Winn Dixie BL ULT Reg 6x96 | 84 CS | 3864 LBS | | | |

Carrier may be subject to fine for late delivery

Total Shipped: 749

| LOCATION: MIAMI | CHEPS OUT: | TYPE: 0 | DEPT: |
|---|---|---|---|

PLACARDS TENDERED  Y ☐  N ☐    GROSS PRODUCT WEIGHT: 0 LBS    GROSS SHIPPING WEIGHT: 43498 LBS

REMIT C.O.D. TO:

COD
Amt $

C.O.D. FEE: ☐ Prepaid  ☐ Collect $

TOTAL CHARGES $

Freight charges are PREPAID unless marked collect. ☐ Check box if charges are Collect.

Sign In Time: FEB 17 PM1:17

Bump Time:

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

FEB ... Time:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transportation according to applicable international and national governmental regulations.

SHIPPER  KIK Corp

PER  _____

CARRIER  SUNTEC

PER  _____    DATE  2-17-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception for this requirement is provided in the Regulations for a particular material.

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01280322    1
Dept, CH 14106
Palatine, IL 60055-1406     02/18/05

Bill of Lading No:206245

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

380805 02/07/05 WINMIAPO 93  100 623346          DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041        002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.52 | 4,057.20 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2      HCU-WINMIAPOMP | | | |
| | | UPC:HCU-WINMIAPOMP | | 10.14- | 10.14- |

| | |
|---|---|
| Sale Amount | 4,047.06 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 4,047.06 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

4,047.06

*Winn Dixie*                                                              *380805*

```
==========================================================================
                       EDI PURCHASE ORDER              Date: 02/07/2005
                                                       Time: 19:30
PO#:    623346                   PO Date: 02/07/2005   Page: 1 (2)
Status: NEW ORDER        Requested DELIVERY Date: 02/21/2005
```

BILL TO: 0069219020003              SHIP TO: 0069219023010
    WINN-DIXIE STORES, INC              WINN-DIXIE STORES, INC.
    MIAMI DIVISION                      MIAMI WAREHOUSE - GROCERY
    P. O. BOX 40026                     3300 N.W. 123 ST. - SUITE 3
    JACKSONVILLE, FL  322030026         MIAMI, FL  33167

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 305-769-6666
Transport:  Payment:Prepaid;  Method:Common Carrier;  FOB Point:AUBURNDALE
            FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000       GS02:9047835511    File: PrRcvDoc.Fil   SetID:875
                                              Ctrl#: 000010724/100000724/100002403
```

```
--------------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION                PRICE  EXTENDED
--------------------------------------------------------------------------
019203        735 CA   6 x 128OZ WD GALLON BLEACH PALLET-35CS   5.52    4057.20
                UP: 002114019203   VN: 019203       IN: 208394
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
==========================================================================
Totals:      735 CA    Weight: 43806.00 LB                           4057.20
==========================================================================
```

**Florida**
**KIK(Florida) Inc.**
**Auburndale**
**338234007**


PICK TICKET
(Non Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 380805 | 02/07/05 | WINMIAPOMP | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 623346 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS | |
|---|---|---|---|
| DELIVER | 02/21/05 Florida | Total Pallets = 21 | 12pm Sunk c |

**BILL TO:**
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

**SHIP TO:**
Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

Mark with 'X' to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(a)(1)(ii) of Title 49, Code of Federal Regulations. When shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from the Regulations applies for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/18/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | 21 | 735.00 ... | ..... |
| 1.00 | 02/18/05 | HCU-WINMIAPOMP AC2    HCU-WINMIAPOMP Allowance UPC#:HCU-WINMIAPOMP | EA | | 1.00 ... | ..... |
| | | All Line Items Picked Total Qty Ordered:    736.00 | | | | |

**Trailer/Product Inspection**

1. Integrity of trailer checked for damage, pest activity and any conditions that may compromise the integrity of the product. Yes ✓ No ___
2. Product inspected for condition. Inspected for leaking, damage, and integrity. Yes ___ No ___
3. Pallets loaded in the proper arrangement. Yes ___ No ___
4. Load fully bagged. Yes ✓ No ___

Date 2/18/05
Trailer Number: 2098
Inspected by: ___

2098

(3)

Loaded and Inspected By: RF 2/18/05
Date Loaded: ___

CHEP   Pallets Out: 21 ___ REGULAR

U.S. D.O.T. Haz Mat Registration No. ___
Haz Mat emergency response number: ___

Carrier: **Total Weight:** 43806.00
Trailer#: 19256 ___ Door# ___
Seal#: ___
CHEP   Pallets In: ___ REGULAR
Receiver Signature: ___
Print Name: ___
Pickup Date: ___

**Page: 1**

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

BOL NO. 206245
SHIPPER'S NO.

NAME OF CARRIER   SUNTEC
SUNTECK TRANSPORT CO., INC.

CARRIER'S NO.   DR # 35
DATE   20050217

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

FROM:
SHIPPER
(ORIGIN)
KIK Auburndale           55
909 Magnolia Ave.
Auburndale    FL
33823         USA

TO:
Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL 33167

ORDER NO.  380805     P.O. #  623346     HAZARDOUS MATERIAL REG. NO:  0923040012003M

24 HR EMERGENCY CONTACT TEL NO.     SEAL NO.  4450     VEHICLE NUMBER  2098

1-800-424-9300

| NO. OF UNITS CONTAINER TYPE | + | HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGE FOR CARRIER USE |
|---|---|---|---|---|---|---|---|---|
| 735 CS | | | 11007095041    UPC# 002114019203<br>Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped: 735

LOCATION:  MIAMI     CHEPS OUT:  21     TYPE:  0     DEPT:

PLACARDS TENDERED  Y ☐  N ☐     GROSS PRODUCT WEIGHT:  0 LBS     GROSS SHIPPING WEIGHT:  43806 LBS

REMIT C.O.D. TO:

**COD**
Amt $

C.O.D. FEE:
☐ Prepaid
☐ Collect $

TOTAL CHARGES $
Freight charges are PREPAID unless marked collect.
☐ Check box if charges are Collect.

Sign In Time:

Bump Time:

Sign Out Time:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$          per

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transportation according to applicable international and national governmental regulations.

SHIPPER  KIK Corp     CARRIER  Suntec
PER                    PER                    DATE  2-18-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01280323    1
Dept, CH 14106
Palatine, IL 60055-1406     02/18/05

Bill of Lading No:206246

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL   32203
USA

Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

380806 02/07/05 WINMIAPO 93  100 623347             DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 48.00 | 48.00 | 22857095391      002114019238 | CS | | |
| | | Winn Dixie CLNR BL 4x1 | | | |
| | | UPC:21140 19238 | | 6.80 | 326.40 |
| 40.00 | 40.00 | 23007096361      002114019239 | CS | | |
| | | Winn Dixie BL ULT Reg 3x174 | | | |
| | | UPC:21140 19202 | | 5.90 | 236.00 |
| 420.00 | 420.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.52 | 2,318.40 |
| 126.00 | 126.00 | 23007095541      002114019204 | CS | | |
| | | Winn Dixie BL ULT Reg 6x96 | | | |
| | | UPC:002114019204 | | 5.50 | 693.00 |
| 42.00 | 42.00 | 23047095541      002114019207 | CS | | |
| | | Winn Dixie BL ULT Flor 6x96 | | | |
| | | UPC:002114019207 | | 5.70 | 239.40 |
| 42.00 | 42.00 | 23017095541      002114019216 | CS | | |
| | | Winn Dixie BL ULT Lem 6x96 | | | |
| | | UPC:002114019216 | | 5.70 | 239.40 |

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01280323    2
Dept, CH 14106
Palatine, IL 60055-1406    02/18/05

Bill of Lading No:206246

Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL  32203
USA

Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL  33167
USA

380806 02/07/05 WINMIAPO 93  100 623347                DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 42.00 | 42.00 | 23037095541      002114019228 | CS | | |
| | | Winn Dixie BL ULT Rain 6x96 | | | |
| | | UPC:002114019228 | | 5.70 | 239.40 |
| 60.00 | 60.00 | 23007095471      002114019206 | CS | | |
| | | Winn Dixie BL ULT Reg 8x48 | | | |
| | | UPC:21140 19206 | | 6.30 | 378.00 |
| 1.00 | 1.00 | HCU-WINMIAPOMP | EA | | |
| | | AC2      HCU-WINMIAPOMP | | | |
| | | UPC:HCU-WINMIAPOMP | | 11.67- | 11.68- |

| | |
|---|---|
| Sale Amount | 4,658.32 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 4,658.32 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

4,658.32

*Winn Dixie*                                                380806.

```
==================================================================
                    EDI PURCHASE ORDER          Date: 02/07/2005
                                                Time: 19:30
                                 PO Date: 02/07/2005   Page: 1 (3)
PO#:    623347
Status: NEW ORDER         Requested DELIVERY Date: 02/21/2005
```

BILL TO: 0069219020003          SHIP TO: 0069219023010
   WINN-DIXIE STORES, INC           WINN-DIXIE STORES, INC.
   MIAMI DIVISION                   MIAMI WAREHOUSE - GROCERY
   P. O. BOX 40026                  3300 N.W. 123 ST. - SUITE 3
   JACKSONVILLE, FL  322030026      MIAMI, FL  33167

VENDOR: 0000785
   PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC. TE: 305-769-6666
Transport:  Payment:Prepaid; Method:Common Carrier;  FOB Point:AUBURNDALE
          FL
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      FAX  877-592-1119
          SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
          PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
          NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
          SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
          DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File: PrRcvDoc.Fil    SetID:875
                                  Ctrl#: 000010724/100000724/100002404

```
--------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE DESCRIPTION                PRICE  EXTENDED
--------------------------------------------------------------------
019238        48 CA  4 x 128OZ WINN DIXIE BLEACH W/CLNR   6.60    316.80
              UP: 002114019238   VN: 019238      IN: 208392

019239        40 CA  3 x 174OZ WINN DIXIE BLEACH ULTRA    5.80    232.00
              UP: 002114019239   VN: 019239      IN: 208393

019203       420 CA  6 x 128OZ WD GALLON BLEACH PALLET-35CS  5.52  2318.40
              UP: 002114019203   VN: 019203      IN: 208394

019204       126 CA  6 x 96OZ  WINN DIXIE BLEACH ULTRA    5.45    686.70
              UP: 002114019204   VN: 019204      IN: 208395

019207        42 CA  6 x 96OZ  WD BLEACH FLORAL ULTRA     5.70    239.40
              UP: 002114019207   VN: 019207      IN: 208396
```

*Confirmed via email in Palde*

```
==================================================================
                                                   Continued...
```

```
==================================================================================
                        EDI PURCHASE ORDER            Date: 02/07/2005
                                                      Time: 19:30
PO#:    623347                      PO Date: 02/07/2005  Page: 2 (4)

----------------------------------------------------------------------------------
ITEM#    QUANTITY    PAK x SIZE  DESCRIPTION                    PRICE  EXTENDED
----------------------------------------------------------------------------------
019216      42 CA  6 x 96OZ  WD BLEACH LEMON ULTRA              5.70    239.40
                 UP: 002114019216      VN: 019216       IN: 208397

019228      42 CA  6 x 96OZ  WD BLEACH RAIN SCNT ULTRA          5.70    239.40
                 UP: 002114019228      VN: 019228       IN: 208398

019206      60 CA  8 x 48OZ  WINN DIXIE BLEACH ULTRA    6.30    6.15    369.00
                 UP: 002114019206      VN: 019206       IN: 208399
----------------------------------------------------------------------------------
```

```
==================================================================================
Totals:      820 CA    Weight: 42107.00 LB                              4641.10
==================================================================================
```



**Florida**
**KIK(Florida) Inc**
**Auburndale**
**338234007**


PICK TICKET

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 380806 | 02/07/05 | WINMIAPOMP | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 623347 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS | |
|---|---|---|---|
| DELIVER | 02/21/05 Florida | Total Pallets = 21 | Dama Snake |

**BILL TO:**
Winn-Dixie-Miami/Pompano
P.O. Box 40026

Jacksonville, FL   32203
USA

**SHIP TO:**
Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL   33167
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.304(a)(1)(2)(a) of Title 49 Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 48.00 | 02/18/05 | 22857095391 Winn Dixie CLNR BL 4x1 UPC#:21140 19238 | CS | | 48.00 ... | /.... |
| 40.00 | 02/18/05 | 23007096361 Winn Dixie BL ULT Reg 3x174 UPC#:21140 19202 | CS | | 40.00 ... | /.... |
| 420.00 | 02/18/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 420.00 ... | /.... 18 3 |
| 126.00 | 02/18/05 | 23007095541 Winn Dixie BL ULT Reg 6x96 UPC#:002114019203 | CS | | 126.00 ... | |
| 42.00 | 02/18/05 | 23007095541 Winn Dixie BL ULT Flor 6x96 UPC#:002114019202 | CS | | 42.00 ... | /.... |
| 42.00 | 02/18/05 | 23017095551 Winn Dixie BL ULT Lem 6x96 UPC#:002114019238 | CS | | 42.00 ... | /.... |
| 42.00 | 02/18/05 | 23007095551 Winn Dixie BL ULT Rain 6x96 UPC#:002114019238 | CS | | 42.00 ... | /.... |
| 60.00 | 02/18/05 | 23007095471 Winn Dixie BL ULT Reg 8x48 UPC#:21140 19205 | CS | | 60.00 ... | /.... |
| 1.00 | 02/18/05 | HCU-WINMIAPOMP AC2   HCU-WINMIAPOMP Allowance UPC#:HCU-WINMIAPOMP | EA | | 1.00 ... | |

All Line Items Picked
Total Qty Ordered:        821.00

5303 5

| | |
|---|---|
| Loaded and Inspected By: | Carrier: **Total Weight:**   42106 **80** |
| Date Loaded: 2/18/05 | Trailer#: 19350   Door#: |
| | Seal#: |
| CHEP Pallets Out: 21   REGULAR | CHEP Pallets In:   REGULAR |
| | Receiver Signature: |
| U.S. D.O.T. Haz Mat Registration No. | Print Name: |
| Haz Mat emergency response number: | Pickup Date: |

Page: 1

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

BOL NO. 206245
SHIPPER'S NO.

| NAME OF CARRIER | CARRIER'S NO. | DATE |
|---|---|---|
| SUNTEC ~~SUNTECH TRANSPORT CO., INC.~~ | DR3 35 | 20050217 |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading...

| FROM: | | TO: |
|---|---|---|
| SHIPPER (ORIGIN) | KIK Auburndale        55<br>909 Magnolia Ave.  38586<br>Auburndale   FL<br>33823<br>USA | Winn-Dixie-Miami<br>3300 NW 123rd St<br><br>Miami, FL  33167 |

| ORDER NO. 380906 | P.O. # 623347 | HAZARDOUS MATERIAL REG. NO.: 09230490100 3M |
|---|---|---|
| 24HR EMERGENCY CONTACT TEL NO.<br>1-800-424-9300 | SEAL NO. 9950 | VEHICLE NUMBER 53013 |

| NO. OF UNITS<br>CONTAINER TYPE | +<br>HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS<br>IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL<br>QUANTITY | *WEIGHT<br>(SUBJECT TO CORR.) | CLASS<br>OR RATE | ✓ | CHARGES<br>FOR CARRIER USE |
|---|---|---|---|---|---|---|---|
| 48<br>CS | | 22857095391    UPC# 21140 19238<br>Winn Dixie CLNR BL 4x1 | 48<br>CS | 1876.8<br>LBS | | | |
| 40<br>CS | | 23007096361    UPC# 21140 19202<br>Winn Dixie BL ULT Reg 3x174 | 40<br>CS | 1704<br>LBS | | | |
| 420<br>CS | | 11007095041    UPC# 2114 01803<br>Winn Dixie BL 3% ... | 420<br>CS | 25032<br>LBS | | | |
| 126<br>CS | | 23007095541    UPC# 2114 5204<br>Winn Dixie BL U... 6... | 126<br>CS | 5796<br>LBS | | | |
| 42<br>CS | | 23047095541    UPC# 2114 0127<br>Winn Dixie BL ULT Fl... 6x... | 42<br>CS | 1932<br>LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped:  820

| LOCATION: MIAMI | CHEPS OUT: 2 | TYPE: 0 | DEPT: |
|---|---|---|---|
| PLACARDS TENDERED ☐ Y ☐ N | GROSS PRODUCT WEIGHT: | 0 LBS  GROSS SHIPPING WEIGHT: | 42106.8 LBS |

REMIT C.O.D. TO:

**COD**
Amt $

| | C.O.D. FEE: | TOTAL CHARGES $ | |
|---|---|---|---|
| | ☐ Prepaid<br>☐ Collect $ | Freight charges are<br>PREPAID unless<br>marked collect. | ☐ Check box if<br>charges are Collect. |

Sign In Time:

Bump Time:

Sign Out Time:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$           per

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transportation according to applicable international and national governmental regulations.

| SHIPPER KIK Corp<br>PER *(signature)* Dowdy | CARRIER *(signature)*  Winns  DATE 2-18-05 |
|---|---|

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception for this requirement is provided in the Regulations for a particular material.

Page: 2

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

BOL NO. 206246
SHIPPER'S NO.

NAME OF CARRIER    SUNTEC
SUNTECK TRANSPORT CO., INC.

CARRIER'S NO. DR3 35     DATE    20050217

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading,
the property described below is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

FROM:
SHIPPER
(ORIGIN)

KIK Auburndale                    55
909 Magnolia Ave.
Auburndale    FL
33823    USA

TO:
Winn-Dixie-Miami
3300 NW 123rd St

Miami, FL 33167

ORDER NO. 380806     P.O. # 623347     HAZARDOUS MATERIAL REG. NO: 0923040001003M

24HR EMERGENCY CONTACT TEL NO.     SEAL NO. 9250     VEHICLE NUMBER 53013
1-800-424-9300

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGE FOR CARRIER USE |
|---|---|---|---|---|---|---|---|
| 42 CS | | 23017095541    UPC# 002114019216 Winn Dixie BL ULT Lem 6x96 | 42 CS | 1932 LBS | | | |
| 42 CS | | 23037095541    UPC# 002114019228 Winn Dixie BL ULT Rain 6x96 | 42 CS | 1932 LBS | | | |
| 60 CS | | 23007095471    UPC# 002114019732 Winn Dixie BL ULT Org 6x48 | 60 CS | 1902 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped: 820

LOCATION:    MIAMI     CHEPS OUT:     TYPE: 0     DEPT:

PLACARDS TENDERED  Y ☐ N ☐     GROSS PRODUCT WEIGHT: 0 LBS     GROSS SHIPPING WEIGHT: 42106.8 LBS

REMIT C.O.D. TO:

COD
Amt $

C.O.D. FEE:
☐ Prepaid
☐ Collect $

TOTAL CHARGES $
Freight charges are PREPAID unless marked collect.
☐ Check box if charges are Collect.

Sign In Time:

Bump Time:

Sign Out Time:

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER    KIK

PER

CARRIER    Suntec

PER    WINS    DATE 2-7B-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01280383    1
Dept, CH 14106
Palatine, IL 60055-1406     02/18/05

Bill of Lading No:206225

Winn-Dixie-Montgomery
P.O. Box 40475

Jacksonville, FL  32203
USA

Winn-Dixie-Montgomery
1550 Jackson Ferry Road

Montgomery, AL  36103
USA

381267 02/09/05 WINMONT  97  100 625845              PICK UP

| | | | | | |
|---|---|---|---|---|---|
| 48.00 | 48.00 | 22857095391       002114019238 | CS | | |
| | | Winn Dixie CLNR BL 4x1 | | | |
| | | UPC:21140 19238 | | 5.80 | 326.40 |
| 40.00 | 40.00 | 23007096361       002114019239 | CS | | |
| | | Winn Dixie BL ULT Reg 3x174 | | | |
| | | UPC:21140 19202 | | 5.90 | 236.00 |
| 665.00 | 665.00 | 11007095041       002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.52 | 3,670.80 |
| 1.00 | 1.00 | HCU-WINMONT | EA | | |
| | | AC2       HCU-WINMONT | | | |
| | | UPC:HCU-WINMONT | | 10.58- | 10.58- |

| | |
|---|---|
| Sale Amount | 4,222.62 |
| Misc. Charges | .00 |
| Freight Transport | 315.47CR |
| Total Taxes | .00 |
| Total Amount | 3,907.15 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,907.15

*Winn Dixie*                                                       381067

```
=================================================================
                      EDI PURCHASE ORDER            Date: 02/09/2005
                                                    Time: 15:00
PO#:    625845                   PO Date: 02/09/2005    Page: 1 (6)
Status: NEW ORDER        Requested DELIVERY Date: 02/21/2005
                         Requested SHIPMENT Date: 02/19/2005
```

BILL TO: 0069219020007              SHIP TO: 0069219027000
    WINN-DIXIE STORES, INC          WINN-DIXIE STORES, INC
    MONTGOMERY DIVISION              1550 JACKSON FERRY ROAD
    P.O. BOX 40475
    JACKSONVILLE, FL  322030475      MONTGOMERY, AL  361041718

VENDOR: 0000785
    PL-KIK BLEACH

Contact:     BUYER NO  15 TE: 904-370-6800
Contact:     WINN-DIXIE STORES, INC TE: 334-240-6265
Transport:   Payment:Customer Pickup;  Method:Customer Pickup;  FOB Point:HAMPTON
             GA
Terms:       2% 10 Days Net 30 Based on receipt of goods date.
Notes:       FAX  877-592-1119           PICK UP
             SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
             PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
             NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
             SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
             DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File: PrRcvDoc.Fil    SetID:875
                                             Ctrl#: 000010726/100000726/100002406

-----------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION              PRICE   EXTENDED
-----------------------------------------------------------------------
019238       48 CA   4 x 1280Z WINN DIXIE BLEACH W/CLNR  6.80·6.60   316.80
                     Allowance:(54)  48 CA @ $-0.38                  -18.46
                              Pickup Allowance
            UP: 002114019238    VN: 019238        IN: 208392

019239       40 CA   3 x 1740Z WINN DIXIE BLEACH ULTRA  5.90·5.80   232.00
                     Allowance:(54)  40 CA @ $-0.42                  -16.76
                              Pickup Allowance
            UP: 002114019239    VN: 019239        IN: 208393

019203      665 CA   6 x 1280Z WD GALLON BLEACH PALLET-35CS  5.52  3670.80
                     Allowance:(54)  665 CA @ $-0.59               -389.76
                              Pickup Allowance
            UP: 002114019203    VN: 019203        IN: 208394
-----------------------------------------------------------------------




=================================================================
Totals:      753 CA    Weight: 43215.00 LB                       3794.63
=================================================================
```



**Georgia**
75 Pine View Drive
Hampton
30228

## PICK TICKET
### (Non-Negotiable)



| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 381267 | 02/09/05 | WINMONT | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 625845 | SCBF |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE / WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| PICK UP | 02/19/05 Georgia | Total Pallets = 21  3:00 Pm |

**BILL TO:**
Winn-Dixie-Montgomery
P.O. Box 40475

Jacksonville, FL  32203
USA

**SHIP TO:**
Winn-Dixie-Montgomery
1550 Jackson Ferry Road

Montgomery, AL  36103
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The text of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49 Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading unless a specific exemption from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER / DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 48.00 | 02/18/05 | 22857095391 Winn Dixie CLNR BL 4x1 UPC#:21140 19238 | CS | | 48.00 | .... |
| 40.00 | 02/18/05 | 23007096361 Winn Dixie BL ULT Reg 3x174 UPC#:21140 19202 | CS | | 40.00 | .... |
| 665.00 | 02/18/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 665.00 | .... |
| 1.00 | 02/18/05 | HCU-WINMONT AC2      HCU-WINMONT Allowance UPC#:HCU-WINMONT | | | 1.00 | .... |
| | | All Line Items Picked Total Qty Ordered | 754.00 | | | |

Loaded and Inspected By: _____ BC/CB
Date Loaded: 2-18-03

CHEP    Pallets Out: 21  _____ REGULAR

U.S. D.O.T. Haz Mat Registration No. _____

Haz Mat emergency response number: _____

Carrier: **Total Weight:** 43214 900  JRBF
Trailer#: _____  Door#: 230F
Seal#: 445735

CHEP    Pallets In: _____ REGULAR
Receiver Signature: X J. Ming
Print Name: X J. Murry
Pickup Date: 2-18-05

Page: 1
STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

BOL NO. 206225
SHIPPER'S NO.

| NAME OF CARRIER | CARRIER'S NO. | DATE |
|---|---|---|
| CPU | | 20050217 |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: KIK Georgia, 55 | TO: Winn-Dixie-Montgomery |
|---|---|
| SHIPPER 75 Pine View Drive | 1550 Jackson Ferry Road |
| ORIGIN Hampton GA | |
| 30228 USA | Montgomery, AL 36103 |

| ORDER NO. 381267 | P.O. # 625845 | HAZARDOUS MATERIAL REG. NO: 0923040001002M | |
|---|---|---|---|
| 24HR EMERGENCY CONTACT TEL NO. 1-800-424-9300 | | SEAL NO. 445313 | VEHICLE NUMBER 232E |

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|---|
| 48 CS | | 22857095391  UPC# 21140 19238 Winn Dixie CLNR BL 4x1 | 48 CS | 1876.8 LBS | | | |
| 40 CS | | 23007096361  UPC# 21140 19202 Winn Dixie BL ULT Reg 3x174 | 40 CS | 1704 LBS | | | |
| 665 CS | | 11007095041  UPC# 21140 20  Winn Dixie BL 3% Reg 4x1 | 665 CS | 39634 LBS | | | |

Carrier may be subject to fine for late delivery.

| LOCATION: MONTGOMERY | CHEPS OUT 21 | TYPE: | DEPT: 43214.8 |
|---|---|---|---|

| PLACARDS TENDERED ☐ Y ☐ N | GROSS PRODUCT WEIGHT: | GROSS SHIPPING WEIGHT: 0 LBS | LBS |
|---|---|---|---|

REMIT C.O.D. TO:

Total Shipped: 753

COD
Amt $

| | COD FEE: ☐ Prepaid ☐ Collect $ | TOTAL CHARGES $ Freight charges are PREPAID unless marked collect. | ☐ Check box if charges are Collect. |
|---|---|---|---|

I  '05 FEB 18 PM 2:51
O  '05 FEB 18 PM 3:44

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

COLLECT

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transportation according to applicable international and national governmental regulations.

| SHIPPER Bally Cloy | CARRIER Winn Dixie |
|---|---|
| PER KIK GA | PER X S. Murry        DATE 2-8-05 |

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01279348    1
Dept, CH 14106
Palatine, IL 60055-1406    02/14/05

Bill of Lading No:205232

Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL  32203
USA

Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA  70401
USA

379885 02/01/05 WINHAM   HO  100 617834                  DELIVER

| 735.00 | 735.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINHAM | EA | | |
| | | AC2      HCU-WINHAM | | | |
| | | UPC:HCU-WINHAM | | 9.59- | 9.59- |

| | |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,827.11 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*                                                                    379885

```
===============================================================================
                          EDI PURCHASE ORDER              Date: 02/01/2005
                                                          Time: 18:00
PO#:    617834                      PO Date: 02/01/2005   Page: 1 (13)
Status: NEW ORDER          Requested DELIVERY Date: 02/15/2005
```

BILL TO: 0069219020008               SHIP TO: 0069219028000
    WINN-DIXIE STORES, INC            WINN-DIXIE STORES, INC
    NEW ORLEANS DIVISION               HAMMOND WAREHOUSE
    P. O. BOX 40045                    3925 HIGHWAY 190 WEST
    JACKSONVILLE, FL  322030045        HAMMOND, LA  70401

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 985-549-6814
Transport:  Payment:Prepaid;  Method:Common Carrier;  FOB Point:HOUSTON
    TX
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      KIK INTERNATIONAL
    SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
    PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
    NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
    SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
    DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File: PrRcvDoc.Fil    SetID:875
    Ctrl#: 000010719/100000719/100002386

```
-------------------------------------------------------------------------------
ITEM#    QUANTITY   PAK x SIZE  DESCRIPTION                   PRICE  EXTENDED
-------------------------------------------------------------------------------
019203      735 CA   6 x 128OZ WD GALLON BLEACH PALLET-35CS    5.22   3836.70
                    UP: 002114019203   VN: 019203       IN: 208394
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
===============================================================================
Totals:      735 CA     Weight: 43806.00 LB                            3836.70
===============================================================================
```



**PICK TICKET**
**(Non-Negotiable)**

KIK Houston Inc
2921 Corder Street
Houston
77054

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379885 | 02/01/05 | WINHAM | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO |
|---|---|
| 617834 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/15/05 KIK Houston Inc | Total Pallets = 21 |

**BILL TO:**
Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL  32203
USA

**SHIP TO:**
Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA  70401
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. This unit of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(a)(1)(xx) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from the requirement is provided in the Regulation for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/14/05 | 11007095041 | CS | R.W I-N-T | 735.00 ... | 21. |
| | | Winn Dixie BL 3% Reg 6x1 | | | | |
| | | UPC#:002114019203 | | | | |
| 1.00 | 02/14/05 | HCU-WINHAM | EA | | 1.00 ... | ..... |
| | | AC2    HCU-WINHAM | | | | |
| | | Allowance | | | | |
| | | UPC#:HCU-WINHAM | | | | |
| | | All Line Items Picked | | | | |
| | | Total Qty Ordered:    736.00 | | | | |

53504

| Loaded and Inspected By: | C M | Carrier: D.TrA | SCAC: |
|---|---|---|---|
| Date Loaded: | 2-14-05 | Trailer: Total Weight:  43806.00 | |
| | | Seal#: 0034196 | |
| CHEP  Pallets Out: | 21    REGULAR | CHEP  Pallets In: O    REGULAR | |
| | | Receiver Signature: | |
| U.S. D.O.T. Haz Mat Registration No. | | Print Name: Charles Sullms | |
| Haz Mat emergency response number: | | Pickup Date: 2-14-05 | |

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

BOL NO. 260530210
SHIPPER'S NO.

NAME OF CARRIER    CARRIER'S NO.    DATE

CHROB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Freight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: | | TO: |
|---|---|---|
| SHIPPER KIK Houston Inc    55 | | Winn-Dixie-New Orleans |
| 2921 Corder Street  379985 | | 3925 Highway 190 West |
| ORIGIN Houston    TX | | Hammond, LA  70401 |
| 77054    USA | | |

ORDER NO.    P.O. # 617554    HAZARDOUS MATERIAL REG. NO.

24HR EMERGENCY CONTACT TEL NO.    SEAL NO. 0034196    070504S VEHICLE NUMBER 53504

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | ✓ | CHARGES FOR CARRIER USE ONLY |
|---|---|---|---|---|---|---|---|
| 735 CS | | 110070095041    UPC# 002114019200 Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped: 735

| LOCATION: HAMMOND | CHEPS OUT: 21 | TYPE: | DEPT: |
|---|---|---|---|
| PLACARDS TENDERED Y N | GROSS PRODUCT WEIGHT: | 0 LBS | GROSS SHIPPING WEIGHT: 43806 LBS |

REMIT C.O.D. TO:

COD
Amt $

| C.O.D. FEE: | TOTAL CHARGES $ |
|---|---|
| Prepaid ☐ Collect ☐ | Freight charges are PREPAID unless marked collect. ☐ Check box if charges are Collect. |

If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

(Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.)

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignee)

Sign In Time:
'05 FEB 14 PM 12:4

Bump Time:
'05 FEB 14 PM 2:4

Sign Out Time:
'05 FEB 14 PM 3:3

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER KIK Houston    CARRIER D+A

PER  CoM    PER Charls Dillon  DATE 2-14-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International.                01279349    1
Dept, CH 14106
Palatine, IL 60055-1406          02/14/05

Bill of Lading No:205233

Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL  32203
USA

Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA  70401
USA

379886 02/01/05 WINHAM   HO  100 617835                  DELIVER

| | | | | | | |
|---|---|---|---|---|---|---|
| 35.00 | 35.00 | 11004835042 | 002114019210 | CS | | |
| | | Arrow BL Reg 3% 6X1 | | | | |
| | | UPC:002114019210 | | | 4.84 | 169.40 |
| 40.00 | 40.00 | 23007096361 | 002114019239 | CS | | |
| | | Winn Dixie BL ULT Reg 3x174 | | | | |
| | | UPC:21140 19202 | . | | 5.70 | 228.00 |
| 525.00 | 525.00 | 11007095041 | 002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | | |
| | | UPC:002114019203 | | | 5.22 | 2,740.50 |
| 42.00 | 42.00 | 23007095541 | 002114019204 | CS | | |
| | | Winn Dixie BL ULT Reg 6x96 | | | | |
| | | UPC:002114019204 | | | 5.24 | 220.08 |
| 42.00 | 42.00 | 23047095541 | 002114019207 | CS | | |
| | | Winn Dixie BL ULT Flor 6x96 | | | | |
| | | UPC:002114019207 | | | 5.40 | 226.80 |
| 42.00 | 42.00 | 23017095541 | 002114019216 | CS | | |
| | | Winn Dixie BL ULT Lem 6x96 | | | | |
| | | UPC:002114019216 | | | 5.40 | 226.80 |

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01279349    2
Dept, CH 14106
Palatine, IL 60055-1406      02/14/05

Bill of Lading No:205233

Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL   32203
USA

Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA   70401
USA

379886 02/01/05 WINHAM   HO  100 617835                DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 42.00 | 42.00 | 23037095541     002114019228 | CS | | |
| | | Winn Dixie BL ULT Rain 6x96 | | | |
| | | UPC:002114019228 | | 5.40 | 226.80 |
| 1.00 | 1.00 | HCU-WINHAM | EA | | |
| | | AC2      HCU-WINHAM | | | |
| | | UPC:HCU-WINHAM | | 10.09- | 10.10- |

| | |
|---|---|
| Sale Amount | 4,028.28 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 4,028.28 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

4,028.28

*Winn Dixie*                                                          37988

```
===============================================================================
```

                          EDI PURCHASE ORDER                    Date: 02/01/2005
                                                                Time: 18:00
PO#:   617835                    PO Date: 02/01/2005    Page: 1 (14)
Status: NEW ORDER         Requested DELIVERY Date: 02/15/2005

BILL TO: 0069219020008              SHIP TO: 0069219028000
    WINN-DIXIE STORES, INC              WINN-DIXIE STORES, INC
    NEW ORLEANS DIVISION                HAMMOND WAREHOUSE
    P. O. BOX 40045                     3925 HIGHWAY 190 WEST
    JACKSONVILLE, FL  322030045         HAMMOND, LA  70401

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 985-549-6814
Transport:  Payment:Prepaid;  Method:Common Carrier;   FOB Point:HOUSTON
            TX
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      KIK INTERNATIONAL
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT CF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File:  PrRcvDoc.Fil    SetID:875
                                             Ctrl#: 000010719/100000719/10000238

-------------------------------------------------------------------------------
ITEM#    QUANTITY    PAK x SIZE  DESCRIPTION                    PRICE   EXTENDE
-------------------------------------------------------------------------------
            35 CA   6 x 1GA    ARROW GALLON BLEACH              4.48    156.8
                 UP: 002114019210    IN: 207590

019239      40 CA   3 x 174OZ WINN DIXIE BLEACH ULTRA          5.70    228.0
                 UP: 002114019239    VN: 019239      IN: 208393

019203     525 CA   6 x 128OZ WD GALLON BLEACH PALLET-35CS     5.22   2740.5
                 UP: 002114019203    VN: 019203      IN: 208394

019204      42 CA   6 x 96OZ  WINN DIXIE BLEACH ULTRA          5.24    220.0
                 UP: 002114019204    VN: 019204      IN: 208395

019207      42 CA   6 x 96OZ  WD BLEACH FLORAL ULTRA           5.40    226.8
                 UP: 002114019207    VN: 019207      IN: 208396

```
===============================================================================
```
                                                              Continued...

```
====================================================================
                       EDI PURCHASE ORDER          Date: 02/01/2005
                                                   Time: 18:00
PO#:    617835                    PO Date: 02/01/2005  Page: 2 (15)
```

| ITEM# | QUANTITY | PAK x SIZE | DESCRIPTION | | PRICE | EXTENDED |
|-------|----------|------------|-------------|---|-------|----------|
| 019216 | 42 CA | 6 x 96OZ | WD BLEACH LEMON ULTRA | | 5.40 | 226.80 |
| | | UP: 002114019216 | VN: 019216 | IN: 208397 | | |
| 019228 | 42 CA | 6 x 96OZ | WD BLEACH RAIN SCNT ULTRA | | 5.40 | 226.80 |
| | | UP: 002114019228 | VN: 019228 | IN: 208398 | | |

```
====================================================================
Totals:       768 CA    Weight: 42756.00 LB                4025.78
====================================================================
```



KIK Houston Inc
2921 Corder Street
Houston
77054

**PICK TICKET**
(Non-Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379886 | 02/01/05 | WINHAM | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 617835 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/15/05 KIK Houston Inc | Total Pallets = 21 |

BILL TO:
Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA  70401
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations or is otherwise included.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | IM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 35.00 | 02/14/05 | 11004835042 Arrow BL Reg 3% 6x1 UPC#:002114019210 | CS | F 7 | 35.00 ... | (1) |
| 40.00 | 02/14/05 | 23007096361 Winn Dixie BL ULT Reg 3x174 UPC#:21140 19202 | CS | R.W  NT | 40.00 ... | (1) |
| 525.00 | 02/14/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | R.W | 525.00 ... | (15) |
| 42.00 | 02/14/05 | 2300 0950   Winn Dixie   ULT Reg  96 UPC#:  211  192 | CS | F-13 | 42.00 ... | (1) |
| 42.00 | 02/14/05 | 2304 0950   Winn Dixie   ULT Flor 6x96 UPC#:  211  192 | CS | C-6  NT | 42.00 ... | (1) |
| 42.00 | 02/14/05 | 2301 0950   Winn Dixie   ULT em 6x96 UPC#:  211  192 | CS | C-6 | 42.00 ... | (1) |
| 42.00 | 02/14/05 | 2303 0950   Winn Dixie   ULT  n 6x96 UPC#:  211  192 | CS | C-6  NT | 42.00 ... | (1) |
| 1.00 | 02/14/05 | HCU-WINHAM AC2     HCU-WINHAM Allowance UPC#:HCUWINHAM | EA | | 1.00 ... | |

All Line Items Picked
Total Qty Ordered:        769.00

6794

| Loaded and Inspected By: GM | Carrier: Arnold | Total Weight: 42755.50 | SCAC: |
|---|---|---|---|
| Date Loaded: 2-14-05 | Trailer#: | | Door#: |
| CHEP  Pallets Out: 21        REGULAR | Seal#: 0034163 | | |
| | CHEP  Pallets In: 0 | | REGULAR |
| U.S. D.O.T. Haz Mat Registration No. | Receiver Signature: | | |
| Haz Mat emergency response number: | Print Name: Jose C. Sasso | | |
| | Pickup Date: 2-14-05 | | |

Page: 1

**TRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

BOL NO.
SHIPPER'S NO.

| ME OF CARRIER | CARRIER'S NO. | DATE |
|---|---|---|
| CALFRE | | 20050210 |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: | TO: |
|---|---|
| KIK Houston Inc | Winn-Dixie-New Orleans |
| SHIPPER 2921 Corder Street | 3925 Highway 190 West |
| (ORIGIN) Houston TX | Hammond, LA 70401 |
| 77054 USA | |

| RDER NO. | P.O. # 61/835 | HAZARDOUS MATERIAL REG. NO: |
|---|---|---|
| HR EMERGENCY CONTACT TEL NO. | SEAL NO. | VEHICLE NUMBER |

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES FOR CARRIER USE |
|---|---|---|---|---|---|---|---|
| 35 CS | | 11004835042    UPC# 0021114019210 Arrow BL Reg 3% 6x1 | 35 CS | 2033.5 LBS | | | |
| 40 CS | | 23007096361    UPC# 21140 19202 Winn Dixie BL ULT Reg 6x1/8 | 40 CS | 1704 LBS | | | |
| 525 CS | | 11007095041    UPC# 0021140 Winn Dixie BL 3% Reg 6x1 | 525 CS | 31290 LBS | | | |
| 42 CS | | 23007095541    UPC# 021140 01 04 Winn Dixie BL ULT Reg 6x1 | 42 CS | 1932 LBS | | | |
| 42 CS | | 23047095541    UPC# 21140 20 Winn Dixie BL ULT for 6x1 | 42 CS | 1932 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped: 768

| OCATION: HAMMOND | CHEPS OUT: 19 | TYPE: | DEPT: |
|---|---|---|---|
| PLACARDS TENDERED ☐ Y ☐ N | GROSS PRODUCT WEIGHT: | GROSS SHIPPING WEIGHT: | 42755.5 LBS |

REMIT C.O.D. TO:

COD

mt $

| C.O.D. FEE: | TOTAL CHARGES $ |
|---|---|
| ☐ Prepaid ☐ Collect $ | Freight charges are PREPAID unless marked collect.    ☐ Check box if charges are Collect. |

Sign In Time:
'05 FEB 14 PM 12:1

Dump Time:
'05 FEB 14 PM 1:17

Sign Out Time:
'05 FEB 14 PM 2:36

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transportation according to applicable international and national governmental regulations.

| SHIPPER KIK Houston | CARRIER Arnold |
|---|---|
| PER Cm | PER Jose Jasso    DATE 2-14-05 |

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

1

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

BOL NO. 202211
SHIPPER'S NO.

NAME OF CARRIER

CALFRE | CARRIER'S NO. | DATE 200050210

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading.

*(fine print terms and conditions paragraph)*

| FROM: | TO: |
|---|---|
| KIK Houston Inc | Winn-Dixie-New Orleans |
| SHIPPER 2921 Corder Street 510860  55 | 3925 Highway 190 West |
| (ORIGIN) Houston  TX | Hammond, LA  70401 |
| 77054  USA | |

ORDER NO. | P.O. # 617835 | HAZARDOUS MATERIAL REG. NO: 070004502ICCM
24HR EMERGENCY CONTACT TEL NO. | SEAL NO. 0034163 | VEHICLE NUMBER 6794

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE) |
|---|---|---|---|---|---|---|---|
| 42 CS | | 23017095541   UPC# 0021140192216   Winn Dixie BL ULT Lem 6x96 | 42 CS | 1932 LBS | | | |
| 42 CS | | 23037095541   UPC# 0021140192228   Winn Dixie BL ULT... | 42 CS | 1932 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped:  768

LOCATION: HAMMOND | CHEPS OUT: 2 | TYPE: 0 | DEPT:

PLACARDS TENDERED ☐ Y ☐ N | GROSS PRODUCT WEIGHT: 0 LBS | GROSS SHIPPING WEIGHT: 42755.5 LBS

REMIT C.O.D. TO:

COD
Amt $

| C.O.D. FEE: ☐ Prepaid ☐ Collect $ | TOTAL CHARGES $  Freight charges are PREPAID unless marked collect.  ☐ Check box if charges are Collect. | Sign In Time: |
| | | Bump Time: |
| | | Sign Out Time: |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER KIK Houston

PER CM

CARRIER Arnold
PER Jose C. Jasso   DATE 2-14-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal regulations must be indicated on the bill of lading, unless a specific exception from...

1

KIK International LLC          Remit to:
2921 Corder Street            KIK International          01279350    1
Houston, Texas               Dept, CH 14106
77054                        Palatine, IL 60055-1406    02/14/05
Bus: (713) 747-8710
Fax: (713) 747-0118

Bill of Lading No:205234

Winn-Dixie-New Orleans          Winn-Dixie-New Orleans
P.O. Box 40045                  3925 Highway 190 West

Jacksonville, FL  32203         Hammond, LA  70401
USA                             USA

379887 02/01/05 WINHAM    HO  100 617836              DELIVER

| 735.00 | 735.00 | 11007095041     002114019203 | CS | |
| | | Winn Dixie BL 3% Reg 6x1 | | |
| | | UPC:002114019203 | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINHAM | EA | |
| | | AC2     HCU-WINHAM | | |
| | | UPC:HCU-WINHAM | 9.59- | 9.59- |

|  |  |
| --- | --- |
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,827.11 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*                                                          379887

```
================================================================
                        EDI PURCHASE ORDER          Date: 02/01/2005
                                                    Time: 18:00
PO#:    617836              PO Date: 02/01/2005     Page: 1 (16)
Status: NEW ORDER     Requested DELIVERY Date: 02/15/2005
```

BILL TO: 0069219020008              SHIP TO: 0069219028000
    WINN-DIXIE STORES, INC              WINN-DIXIE STORES, INC
    NEW ORLEANS DIVISION              HAMMOND WAREHOUSE
    P. O. BOX 40045              3925 HIGHWAY 190 WEST
    JACKSONVILLE, FL  322030045              HAMMOND, LA  70401

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 985-549-6814
Transport:  Payment:Prepaid;  Method:Common Carrier;   FOB Point:HOUSTON
            TX
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      KIK INTERNATIONAL
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511   File:  PrRcvDoc.Fil    SetID:875
                                            Ctrl#:  000010719/100000719/100002388
```

| ITEM#  | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
|--------|----------|------------|-------------|-------|----------|
| 019203 | 735 CA | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | 5.22 | 3836.70 |
|        | UP: 002114019203 | VN: 019203 | IN: 208394 | | |

```
================================================================
Totals:      735 CA    Weight: 43806.00 LB                      3836.70
================================================================
```



**KIK Houston Inc**
2921 Corder Street
Houston
77054

### PICK TICKET
(Non-Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379887 | 02/01/05 | WINHAM | 1 |
| CUSTOMER PURCHASE ORDER NO. | | JOB NO. | |
| 617836 | | | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the properly described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/15/05 KIK Houston Inc | Total Pallets = 21 |

BILL TO:
Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL 32203
USA

SHIP TO:
Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA 70401
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for checking hazardous materials on bills of lading per Section 172.204(c)(1)(iv) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be advanced on the bill of lading, unless a specific exception from this requirement is provided in the Regulation for a particular material

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/14/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | R,w | 735.00 ... | 21. |
| 1.00 | 02/14/05 | HCU-WINHAM AC2     HCU-WINHAM Allowance UPC#:HCU-WINHAM | EA | | 1.00 ... | ..... |
| | | All Line Items Picked Total Qty Ordered: | | 736.00 | | |

TRK 5307

| Loaded and Inspected By | GH | Carrier: FREIGHT LINES | SCAC: 8 |
|---|---|---|---|
| Date Loaded: | 02.14.05 | Trailer: Total Weight: 43806.00 Door: 8 | |
| | | Seal#: 0034122 | |
| CHEP  Pallets Out. | 21   REGULAR | CHEP  Pallets In: REGULAR | |
| | | Receiver Signature: | |
| U.S. D.O.T. Haz Mat Registration No. | | Print Name: ARTHUR WILSON | |
| Haz Mat emergency response number: | | Pickup Date: 2-14-05 | |

Page: 1

**FRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

| | | | |
|---|---|---|---|
| NAME OF CARRIER | | CARRIER'S NO. | DATE |
| JACTRA | | | 200500210 |

BOL NO. 205234
SHIPPER'S NO.

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: | TO: |
|---|---|
| SHIPPER KIK Houston Inc | Winn-Dixie-New Orleans |
| (ORIGIN) 2921 Corder Street | 3925 Highway 190 West |
| Houston  TX | Hammond, LA  70401 |
| 77054  USA | |

| RIDER NO. 17488 | P.O. # 617836 | HAZARDOUS MATERIAL REG. NO. 0706045502036 |
| HR EMERGENCY CONTACT TEL. NO. | SEAL NO. 00 34177 | VEHICLE NUMBER 5302 |

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES FOR CARRIER USE ONLY |
|---|---|---|---|---|---|---|---|
| 735 CS | | 11007095041  UPC# 0021140192203 Winn Dixie BL 37 Reg 6x1 | 735 CS | 43806 LBS | | | |

Carrier may be subject to fine for late delivery
Total shipped: 735

| LOCATION: HAMMOND | CHEPS OUT: 21 | TYPE: 0 | DEPT: |
|---|---|---|---|

| | Y  N | | |
|---|---|---|---|
| PLACARDS TENDERED | ☐ ☐ | GROSS PRODUCT WEIGHT: | 0 LBS |

GROSS SHIPPING WEIGHT: 43806 LBS

REMIT C.O.D. TO:

COD
Amt $

| C.O.D. FEE: | TOTAL CHARGES $ |
|---|---|
| ☐ Prepaid | Freight charges are PREPAID unless marked collect. |
| ☐ Collect $ | ☐ Check box if charges are Collect. |

Sign In Time:
'05 FEB 14 AM 7:42

Dump Time:
'05 FEB 14 AM 8:5

Sign Out Time:
'05 FEB 14 AM 9:53

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is a "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER KIK Houston

PER CH

CARRIER Freight Lines

PER _____ III  DATE 2-14-05

*Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from

1

```
KIK International LLC          Remit to:
2921 Corder Street            KIK International        01279608   1
Houston, Texas               Dept, CH 14106
77054                        Palatine, IL 60055-1406    02/15/05
Bus: (713) 747-8710
Fax: (713) 747-0118
```

                                    Bill of Lading No:205606

```
Winn-Dixie-New Orleans           Winn-Dixie-New Orleans
P.O. Box 40045                   3925 Highway 190 West

Jacksonville, FL  32203          Hammond, LA   70401
USA                              USA
```

379888 02/01/05 WINHAM   HO  100 617837          DELIVER

| | | | | |
|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041      002114019203 | CS | |
| | | Winn Dixie BL 3% Reg 6x1 | | |
| | | UPC:002114019203 | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINHAM | EA | |
| | | AC2     HCU-WINHAM | | |
| | | UPC:HCU-WINHAM | 9.59- | 9.59- |

```
                              Sale Amount          3,827.11
                              Misc. Charges             .00
                              Freight Transport         .00
                              Total Taxes               .00
                              Total Amount         3,827.11
US$                           Payment Amount            .00
Terms: 2% 10 Net 30
                                                   3,827.11
```

*Winn Dixie*                                                              379888

```
==========================================================================
                        EDI PURCHASE ORDER              Date: 02/01/2005
                                                        Time: 18:00
PO#:    617837                      PO Date: 02/01/2005  Page: 1 (17)
Status: NEW ORDER        Requested DELIVERY Date: 02/16/2005
```

BILL TO: 0069219020008              SHIP TO: 0069219028000
    WINN-DIXIE STORES, INC          WINN-DIXIE STORES, INC
    NEW ORLEANS DIVISION             HAMMOND WAREHOUSE
    P. O. BOX 40045                  3925 HIGHWAY 190 WEST
    JACKSONVILLE, FL  322030045      HAMMOND, LA  70401

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 985-549-6814
Transport:  Payment:Prepaid;  Method:Common Carrier;  FOB Point:HOUSTON
            TX
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      KIK INTERNATIONAL
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000        G802:9047835511    File:  PrRcvDoc.Fil    SetID:875
                                               Ctrl#: 000010719/100000719/100002389
```

```
--------------------------------------------------------------------------
ITEM#   QUANTITY  PAK x SIZE  DESCRIPTION                PRICE   EXTENDED
--------------------------------------------------------------------------
019203       735 CA  6 x 128OZ WD GALLON BLEACH PALLET-35CS   5.22   3836.70
                  UP: 002114019203    VN: 019203        IN: 208394
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
==========================================================================
Totals:        735 CA    Weight: 43806.00 LB                     3836.70
==========================================================================
```



KIK Houston Inc
2921 Corder Street
Houston
77054

## PICK TICKET
### (Non-Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379888 | 02/01/05 | WINHAM | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 617837 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE / WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/16/05<br>KIK Houston Inc | Total Pallets = 21 |

BILL TO:
Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL 32203
USA

SHIP TO:
Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA 70401
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iv) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER / DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/15/05 | 11007095041<br>Winn Dixie BL 3% Reg 6x1<br>UPC#:002114019203 | CS | | 735.00 .....| 21. |
| 1.00 | 02/15/05 | HCU-WINHAM<br>AC2      HCU-WINHAM<br>Allowance<br>UPC#:HCU-WINHAM | EA | | 1.00 .........| |
| | | All Line Items Picked<br>Total Qty Ordered: | | | 736.00 | |

Loaded and Inspected By: _____
Date Loaded: 2-15-05
CHEP  Pallets Out: 21    REGULAR
U.S. D.O.T. Haz Mat Registration No. _____
Haz Mat emergency response number: _____

Carrier: Alliance Transport
Trailer#: _____    SCAC: _____
Seal#: 0034695    Total Weight: 43806.00  DOOR#:
CHEP  Pallets In: _____    REGULAR
Receiver Signature: _____
Print Name: Kathryn Jones
Pickup Date: 2-15-05

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Page: 1

BOL NO. 205606
SHIPPER'S NO.

NAME OF CARRIER
CHROB
C. H. ROBINSON WORLDWIDE, INC.

CARRIER'S NO.

DATE 200050214

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

FROM: KIK Houston Inc
SHIPPER 2921 Corder Street
ORIGIN) Houston        TX
77054        USA

55

TO: Winn-Dixie-New Orleans
3925 Highway 190 West
Hammond, LA 70401

RIDER NO. 379888

P.O. # 617837

HAZARDOUS MATERIAL REG. NO: 07060455003011

HR EMERGENCY CONTACT TEL NO.
1-800-255-3924

SEAL NO. 34605

VEHICLE NUMBER 5300038

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES FOR CARRIER USE ONLY |
|---|---|---|---|---|---|---|---|
| 735 CS | | 11007095041    UPC# 002114019203 Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped: 735

| LOCATION: HAMMOND | | CHEPS OUT: 21 | | TYPE: 0 | | DEPT: |
| | | | | | | 43806 LBS |

PLACARDS TENDERED ☐ Y ☒ N

GROSS PRODUCT WEIGHT: 0 LBS

GROSS SHIPPING WEIGHT:

Sign In Time: '05 FEB 15 PM 3:0_

REMIT C.O.D. TO:
COD
Amt $

| | C.O.D. FEE: ☐ Prepaid ☐ Collect $ | TOTAL CHARGES $ Freight charges are PREPAID unless marked collect. | ☐ Check box if charges are Collect. |

Bump Time: '05 FEB 15 PM 3:4_

Sign Out Time: '05 FEB 15 PM 4:4_

If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

SHIPPER KIK HOUSTON

PER Lori Jewel

CARRIER Alliance Transport

PER _____

DATE 2-15-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International          01279609   1
Dept, CH 14106
Palatine, IL 60055-1406      02/15/05

Bill of Lading No:205607

Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL  32203
USA

Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA  70401
USA

379889 02/01/05 WINHAM   HO  100 617838                DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINHAM | EA | | |
| | | AC2      HCU-WINHAM | | | |
| | | UPC:HCU-WINHAM | | 9.59- | 9.59- |

| | |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,827.11 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*                                                      379889

```
================================================================================
                            EDI PURCHASE ORDER              Date: 02/01/2005
                                                            Time: 18:00
PO#:   617838                      PO Date: 02/01/2005      Page: 1 (18)
Status: NEW ORDER        Requested DELIVERY Date: 02/16/2005
```

BILL TO: 0069219020008              SHIP TO: 0069219028000
    WINN-DIXIE STORES, INC             WINN-DIXIE STORES, INC
    NEW ORLEANS DIVISION                HAMMOND WAREHOUSE
    P. O. BOX 40045                     3925 HIGHWAY 190 WEST
    JACKSONVILLE, FL  322030045         HAMMOND, LA  70401

VENDOR: 0000785
    PL-KIK BLEACH

Contact:     BUYER NO  15 TE: 904-370-6800
Contact:     WINN-DIXIE STORES, INC TE: 985-549-6814
Transport:   Payment:Prepaid;  Method:Common Carrier;  FOB Point:HOUSTON
             TX
Terms:       2% 10 Days Net 30 Based on receipt of goods date.
Notes:       KIK INTERNATIONAL
             SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
             PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
             NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
             SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
             DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000      GS02:9047835511    File: PrRcvDoc.Fil   SetID:875
                                             Ctrl#: 000010719/100000719/100002390
```

| ITEM#  | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
|--------|----------|------------|-------------|-------|----------|
| 019203 | 735 CA   | 6 x 128OZ  | WD GALLON BLEACH PALLET-35CS | 5.22 | 3836.70 |
|        |          | UP: 002114019203    VN: 019203    IN: 208394 | | | |

```
================================================================================
Totals:        735 CA    Weight: 43806.00 LB                        3836.70
================================================================================
```



**KIK Houston Inc**
2921 Corder Street
Houston
77054

**PICK TICKET**
**(Non-Negotiable)**

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379889 | 02/01/05 | WINHAM | 1 |

| CUSTOMER PURCHASE ORDER NO | JOB NO. |
|---|---|
| 617838 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown, marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/16/05 KIK Houston Inc | Total Pallets = 21 |

**BILL TO:**
Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL 32203
USA

**SHIP TO:**
Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA 70401
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(c)(1)(s) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception is from this requirement is provided in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/15/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 735.00 ... ... | |
| 1.00 | 02/15/05 | HCU-WINHAM AC2      HCU-WINHAM Allowance UPC#:HCU-WINHAM | EA | | 1.00 ... ... | |
| | | All Line Items Picked Total Qty Ordered:      736.00 | | | | |

TRL# 5313

TONY M.

Loaded and Inspected By:
Date Loaded: 2-15-05

CHEP   Pallets Out:   21   REGULAR

U.S. D.O.T. Haz Mat Registration No.

Haz Mat emergency response number:

Carrier: X Frisard's
Trailer#:
Seal#: 00.34155
CHEP   Pallets In:   20   REGULAR
Receiver Signature: X Shawn Milburn
Print Name: X Shawn Milburn
Pickup Date: X 2-15-05

Total Weight: 43806.00   SCAC
Door#:

Page: 1

**FRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

BOL NO. 205607

SHIPPER'S NO.

ME OF CARRIER: JACTRA

TALCBRON TRANSPORTATION COMPANY

CARRIER'S NO.

DATE 20050214

RECEIVED, subject to the classifications and lawful tariffs in effect on the date of the issue of this Bill of Lading,

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: KIK Houston Inc          55 | TO: Winn-Dixie-New Orleans |
|-----------------------------------|---------------------------|
| SHIPPER 2921 Corder Street        | 3925 Highway 190 West     |
| ORIGIN: Houston      TX           | Hammond, LA   70401       |
| 77054        USA                  |                           |

RDER NO. 379889          P.O.# 617838          HAZARDOUS MATERIAL REG. NO: 070604550010011

IHR EMERGENCY CONTACT TEL NO.          SEAL NO. 0034155          VEHICLE NUMBER 5313

1-800-255-3924

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES FOR CARRIER USE ONLY |
|---|---|---|---|---|---|---|---|
| 735 CS | | 11007095041    UPC# 002114019203 Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |

Carrier may be subject to fine for late delivery

Total Shipped: 735

| LOCATION: HAMMOND | CHEPS OUT 21 | TYPE: 0 | DEPT: |
|---|---|---|---|

PLACARDS TENDERED  Y☐ N☐          GROSS PRODUCT WEIGHT: 0 LBS          GROSS SHIPPING WEIGHT: 43806 LBS

Sign In '05FEB15 AM11:2?

REMIT C.O.D. TO:

COD

Amt $

COD FEE:
Prepaid ☐
Collect $ ☐

**TOTAL CHARGES $**

Freight charges are PREPAID unless marked collect.

Check box if ☐ charges are Collect.

Bump Time: '05FEB15 PM 2:01

*If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Sign Out Time: '05FEB15 PM 3:0?

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$ _____ per _____

(Signature of Consignor)

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transportation according to applicable international and national governmental regulations.

SHIPPER KIK-HOUSTON          JM

CARRIER X Frisard's

PER          JM

PER X Shawn Wilburn          DATE 2-16-05

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International                    01279610    1
Dept, CH 14106
Palatine, IL 60055-1406              02/15/05

Bill of Lading No:205608

Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL  32203
USA

Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA  70401
USA

379890 02/01/05 WINHAM   HO  100  617839              DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 735.00 | 735.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,836.70 |
| 1.00 | 1.00 | HCU-WINHAM | EA | | |
| | | AC2      HCU-WINHAM | | | |
| | | UPC:HCU-WINHAM | | 9.59- | 9.59- |

| | |
|---|---|
| Sale Amount | 3,827.11 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 3,827.11 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

3,827.11

*Winn Dixie*                    *No*                    *379890.*

```
=====================================================================
                      EDI PURCHASE ORDER          Date: 02/01/2005
                                                  Time: 18:00
PO#:   617839                PO Date: 02/01/2005  Page: 1 (19)
Status: NEW ORDER     Requested DELIVERY Date: 02/16/2005
```

BILL TO: 0069219020008              SHIP TO: 0069219028000
   WINN-DIXIE STORES, INC           WINN-DIXIE STORES, INC
   NEW ORLEANS DIVISION             HAMMOND WAREHOUSE
   P. O. BOX 40045                  3925 HIGHWAY 190 WEST
   JACKSONVILLE, FL  322030045      HAMMOND, LA  70401

VENDOR: 0000785
   PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 985-549-6814
Transport:  Payment:Prepaid;  Method:Common Carrier;  FOB Point:HOUSTON
            TX
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      KIK INTERNATIONAL
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000       GS02:9047835511    File: PrRcvDoc.Fil    SetID:875
                                              Ctrl#: 000010719/100000719/100002391
```

| ITEM# | QUANTITY | PAK x SIZE | DESCRIPTION | | PRICE | EXTENDED |
|-------|----------|------------|-------------|---|-------|----------|
| 019203 | 735 CA | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | | 5.22 | 3836.70 |
| | | UP: 002114019203 | VN: 019203 | IN: 208394 | | |

```
=====================================================================
Totals:      735 CA     Weight: 43806.00 LB                         3836.70
=====================================================================
```



KIK Houston Inc
2921 Corder Street
Houston
77054

## PICK TICKET
(Non-Negotiable)

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|---|---|---|---|
| 379890 | 02/01/05 | WINHAM | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|---|---|
| 617839 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier

| SHIP VIA TERMS | SHIP DATE WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|
| DELIVER | 02/16/05 KIK Houston Inc | Total Pallets = 21 |

BILL TO:
Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL  32203
USA

SHIP TO:
Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA  70401
USA

Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(c)(1)(e) of Title 49, Code of Federal Regulations.  Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172 204(a) of the Federal Regulations must be reviewed on the bill of lading, unless a specific exemption from this requirement is allowed in the Regulations for a particular material.

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 735.00 | 02/15/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | R.W | 735.00 ... | 21. |
| 1.00 | 02/15/05 | HCU-WINHAM AC2    HCU-WINHAM Allowance UPC#:HCU-WINHAM | EA | | 1.00 ... | ..... |
| | | All Line Items Picked Total Qty Ordered:          736.00 | | | | |

570013

Loaded and inspected By: GM
Date Loaded: 2-15-05
CHEP Pallets Out: 21    REGULAR
U.S. D.O.T. Haz Mat Registration No.
Haz Mat emergency response number:

Carrier: Alliance Transportation   SCAC:
Trailer#: Total Weight:   43806.00   Door#:
Seal#: 0034610
CHEP Pallets In: 12    REGULAR
Receiver Signature: Jermaine K B
Print Name: Jermaine K. Brisco
Pickup Date: 2-15-05

Page: 1

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

| | | BOL NO. 205608 |
|---|---|---|
| | | SHIPPER'S NO. |

NAME OF CARRIER
CHRUB
C. H. ROBINSON WORLDWIDE INC

| CARRIER'S NO. | DATE 20050214 |
|---|---|

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: KIK Houston Inc          55 | TO: Winn-Dixie-New Orleans |
|---|---|
| SHIPPER 2921 Corder Street | 3925 Highway 190 West |
| ORIGIN) Houston     TX | Hammond, LA  70401 |
| 77054     USA | |

| ORDER NO. 379890 | P.O. # 617839 | HAZARDOUS MATERIAL REG. NO: 070604550030M | |
|---|---|---|---|
| 24-HR EMERGENCY CONTACT TEL NO. 1-800-255-3924 | SEAL NO. 0034610 | VEHICLE NUMBER 570073 | |

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | ✓ | CHARGES FOR CARRIER USE ONLY |
|---|---|---|---|---|---|---|---|
| 735 CS | | 11007095041    UPC# 002114019203 Winn Dixie BL 3% Reg 6x1 | 735 CS | 43806 LBS | | | |

Carrier may be subject to fine for late delivery
Total Shipped: 735

| LOCATION: HAMMOND | CHEPS OUT: 21 | TYPE: 0 | DEPT: |
|---|---|---|---|
| PLACARDS TENDERED  Y☐ N☐ | GROSS PRODUCT WEIGHT: | 0 LBS    GROSS SHIPPING WEIGHT: | 43806 LBS |

| REMIT C.O.D. TO: COD Amt $ | | C.O.D. FEE: ☐ Prepaid ☐ Collect $ | TOTAL CHARGES $ Freight charges are PREPAID unless marked collect. ☐ Check box if charges are Collect. | Sign In Time: '05 FEB 15 AM 9:49 |
|---|---|---|---|---|

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Bump T_____

Sign Out Time: '05 FEB 15 AM 9:50
'05 FEB 15 AM 10:41

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| SHIPPER KIK Houston | CARRIER Alliance Transportation |
|---|---|
| PER  Gm | PER Jermaine Brisco    DATE 2-15-05 |

** Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

1

KIK International LLC
2921 Corder Street
Houston, Texas
77054
Bus: (713) 747-8710
Fax: (713) 747-0118

Remit to:
KIK International        01280192    1
Dept, CH 14106
Palatine, IL 60055-1406    02/17/05

Bill of Lading No:206058

Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL  32203
USA

Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA  70401
USA

380563 02/05/05 WINHAM    HO   100  621613                DELIVER

| | | | | | |
|---|---|---|---|---|---|
| 40.00 | 40.00 | 23007096361      002114019239 | CS | | |
| | | Winn Dixie BL ULT Reg 3x174 | | | |
| | | UPC:21140 19202 | | 5.70 | 228.00 |
| 595.00 | 595.00 | 11007095041      002114019203 | CS | | |
| | | Winn Dixie BL 3% Reg 6x1 | | | |
| | | UPC:002114019203 | | 5.22 | 3,105.90 |
| 84.00 | 84.00 | 23007095541      002114019204 | CS | | |
| | | Winn Dixie BL ULT Reg 6x96 | | | |
| | | UPC:002114019204 | | 5.24 | 440.16 |
| 60.00 | 60.00 | 23007095471      002114019206 | CS | | |
| | | Winn Dixie BL ULT Reg 8x48 | | | |
| | | UPC:21140 19206 | | 6.20 | 372.00 |
| 1.00 | 1.00 | HCU-WINHAM | EA | | |
| | | AC2      HCU-WINHAM | | | |
| | | UPC:HCU-WINHAM | | 10.36- | 10.37- |

| | |
|---|---|
| Sale Amount | 4,135.69 |
| Misc. Charges | .00 |
| Freight Transport | .00 |
| Total Taxes | .00 |
| Total Amount | 4,135.69 |
| Payment Amount | .00 |

US$
Terms: 2% 10 Net 30

4,135.69

*Winn Dixie*                                                                380563

```
==================================================================================
                        EDI PURCHASE ORDER            Date: 02/05/2005
                                                      Time: 12:15
PO#:    621613              PO Date: 02/05/2005       Page: 1 (2)
Status: NEW ORDER     Requested DELIVERY Date: 02/18/2005
```

BILL TO: 0069219020008                    SHIP TO: 0069219028000
    WINN-DIXIE STORES, INC              WINN-DIXIE STORES, INC
    NEW ORLEANS DIVISION                HAMMOND WAREHOUSE
    P. O. BOX 40045                     3925 HIGHWAY 190 WEST
    JACKSONVILLE, FL  322030045         HAMMOND, LA  70401

VENDOR: 0000785
    PL-KIK BLEACH

Contact:    BUYER NO  15 TE: 904-370-6800
Contact:    WINN-DIXIE STORES, INC TE: 985-549-6814
Transport:  Payment:Prepaid;  Method:Common Carrier;   FOB Point:HOUSTON
            TX
Terms:      2% 10 Days Net 30 Based on receipt of goods date.
Notes:      KIK INTERNATIONAL
            SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST
            PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF GOODS
            NOTIFY BUYER IF UNABLE TO SHIP OR CHANGE IN QTY
            SHOW P.O. NO. ON BOL AND INVOICE. SHIP AS ORDERED
            DELIVERY BY APPT. ONLY, CALL RECV. DEPT. IN ADVANCE

Sender:08/9259890000     GS02:9047835511    File:  PrRcvDoc.Fil    SetID:875
                                            Ctrl#: 000010723/100000723/100002402
```

| ITEM# | QUANTITY | PAK x SIZE | DESCRIPTION | PRICE | EXTENDED |
|-------|----------|------------|-------------|-------|----------|
| 019239 | 40 CA | 3 x 174OZ | WINN DIXIE BLEACH ULTRA | 5.90 | 236.00 |
|  |  | UP: 002114019239 | VN: 019239 | IN: 208393 |  |
| 019203 | 595 CA | 6 x 128OZ | WD GALLON BLEACH PALLET-35CS | 5.52 | 3284.40 |
|  |  | UP: 002114019203 | VN: 019203 | IN: 208394 |  |
| 019204 | 84 CA | 6 x 96OZ | WINN DIXIE BLEACH ULTRA | 5.50 | 462.00 |
|  |  | UP: 002114019204 | VN: 019204 | IN: 208395 |  |
| 019206 | 60 CA | 8 x 48OZ | WINN DIXIE BLEACH ULTRA | 6.30 | 378.00 |
|  |  | UP: 002114019206 | VN: 019206 | IN: 208399 |  |

*(handwritten: 5.70, 5.22, 5.27, 6.80)*

*Price in c/b is as of 02/07*

*PO's came in 02/05.*

```
==================================================================================
Totals:     779 CA    Weight: 42932.00 LB                            4360.40
==================================================================================
```

*relay @ old $*

**PICK TICKET**
(Non-Negotiable)

KIK Houston Inc
2921 Corder Street
Houston     054

| ORDER NO. | ORDER DATE | CUSTOMER NO. | PAGE NO. |
|-----------|------------|--------------|----------|
| 380563 | 02/05/05 | WINHAM | 1 |

| CUSTOMER PURCHASE ORDER NO. | JOB NO. |
|-----------------------------|---------|
| 621613 | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| SHIP VIA TERMS | SHIP DATE / WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|----------------|-------------------------------|------------------------|
| DELIVER | 02/18/05 KIK Houston Inc | Total Pallets = 21 |

**BILL TO:**
Winn-Dixie-New Orleans
P.O. Box 40045

Jacksonville, FL  32203
USA

**SHIP TO:**
Winn-Dixie-New Orleans
3925 Highway 190 West

Hammond, LA  70401
USA

| QUANTITY ORDERED | REQUIRED DATE | ITEM NUMBER / DESCRIPTION | UNIT OF MEASURE | HM | QUANTITY TO SHIP | QUANTITY PICKED |
|---|---|---|---|---|---|---|
| 40.00 | 02/17/05 | 23007096361 Winn Dixie BL ULT Reg 3x174 UPC#:21140 19202 | CS | | 40.00 | 1 |
| 595.00 | 02/17/05 | 11007095041 Winn Dixie BL 3% Reg 6x1 UPC#:002114019203 | CS | | 595.00 | 17 |
| 84.00 | 02/17/05 | 23007095541 Winn Dixie BL ULT Reg 6x96 UPC#:002114019204 | CS | | 84.00 | 2 |
| 60.00 | 02/17/05 | 23007095471 Winn Dixie BL ULT Reg 8x48 UPC#:21140 19206 | CS | | 60.00 | 1 |
| 1.00 | 02/17/05 | HCU-WINHAM AC2    HCU-WINHAM Allowance UPC#:HCU-WINHAM | EA | | 1.00 | |

All Line Items Picked
Total Qty Ordered:            780.00

TRL#55368

| | | |
|---|---|---|
| Loaded and Inspected By: | Carrier: HRN Q10 | SCAC: |
| Date Loaded: 2-17-05 | Trailer#: | 42977.00 |
| CHEP Pallets Out: 21    REGULAR | Seal#: 0634514 | |
| | CHEP Pallets In:    REGULAR | |
| U.S. D.O.T. Haz Mat Registration No. | Receiver Signature: | |
| Haz Mat emergency response number: | Print Name: Charles Morn | |
| | Pickup Date: 2-17-05 | |

Total Weight:

Paperware © by Macola Forms • To Reorder Forms (800) 468-0874 ext. 2602 • www.macolaforms.com    FP713 MODIFIED  IN265113

Page: 1

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

| NAME OF CARRIER | | BOL NO. | 206058 |
|---|---|---|---|
| CALIFRE | | SHIPPER'S NO. | |

CALIFORNIA FREIGHT SALES

| CARRIER'S NO. | DATE: 20050216 |
|---|---|

RECEIVER, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents in packages unknown) marked, consigned, and designed as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on this date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: KIK Houston Inc | 55 | TO: Winn-Dixie-New Orleans |
|---|---|---|
| SHIPPER 2921 Corder Street | | 3925 Highway 190 West |
| (ORIGIN) Houston    TX | | Hammond, LA 70401 |
| 77054    USA | | |

| ORDER NO. 380563 | J.O. 621613 | HAZARDOUS MATERIAL REG. NO: 070604550030h |
|---|---|---|

| 24HR EMERGENCY CONTACT TEL. NO. 1-800-255-3924 | SEAL NO. 0034514 | VEHICLE NUMBER 55368 |
|---|---|---|

| NO. OF UNITS CONTAINER TYPE | + HM | BASIC DESCRIPTION, PROPER SHIPPING NAME, HAZARD CLASS IDENTIFICATION NO. (UN OR NA), PACKING GROUP | TOTAL QUANTITY | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER'S USE ONLY) |
|---|---|---|---|---|---|---|---|
| 40 CS | | 23007096361    UPC# 21140 19202 Winn Dixie BL ULT Reg 3x174 | 40 CS | 1704 LBS | | | |
| 595 CS | | 11007095041    UPC# 0021140192O3 Winn Dixie BL 3% Reg 6x1 | 595 CS | 35462 LBS | | | |
| 84 CS | | 23007095541    UPC# 0021140192O4 Winn Dixie BL ULT Reg 6x96 | 84 CS | 3864 LBS | | | |
| 60 CS | | 23007095471    UPC# 21140 19206 Winn Dixie BL ULT Reg 8x48 | 60 CS | 1902 LBS | | | |

Carrier may be subject to fine for late delivery

Total Shipped:    779

| LOCATION: HAMMOND | CHEPS OUT: 21 | TYPE: 0 | DEPT: |
|---|---|---|---|
| PLACARDS TENDERED  Y ☐  N ☐ | GROSS PRODUCT WEIGHT: 0 LBS | GROSS SHIPPING WEIGHT: 42932 LBS | |

| REMIT C.O.D. TO: | C.O.D. FEE: | TOTAL CHARGES $ | Sign In Time: |
|---|---|---|---|
| COD | ☐ Prepaid ☐ Collect $ | Freight charges are PREPAID unless marked below ☐ Check box if charges are Collect. | '05FEB17 AM11:53 |
| Amt $ | | | Bump Time: |

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

'05FEB17 PM 2:36

Sign Out Time:

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transportation according to applicable international and national governmental regulations.

'05FEB17 PM 4:27

| SHIPPER KIK Houston | CARRIER ARNO |
|---|---|
| PER | PER    DATE 2-17-05 |

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials in bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

1