UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    :     Case No. 05-11063-rrd

Winn Dixie Stores, Inc.,                  :     Chapter 11

## TAI FOONG USA, INC.'S
## NOTICE OF DEMAND FOR RECLAMATION

PLEASE TAKE NOTICE that on February 22, 2005, pursuant to 11 U.S.C. §546, Tai Foong USA, Inc. served its written demand for reclamation upon Winn-Dixie Stores, Inc. and its affiliated debtors. A copy of the written demand and confirmation of receipt is attached hereto.

Dated: March 16, 2005

PRESTON GATES & ELLIS, LLP

By /S/ David C. Neu
Attorneys for Tai Foong, USA, Inc.
925 Fourth Ave., Suite 2900
Seattle, WA 98104
(206) 623-7580



K:\28077\89999\DCN\DCN_P21N2

**Preston|Gates|Ellis LLP**

David C. Neu
Attorney at Law
DNeu@prestongates.com
206-370-8125

February 22, 2005

**VIA OVERNIGHT MAIL; RETURN RECEIPT REQUESTED**
Winn Dixie - Jacksonville
5050 Edgewood Court
Jacksonville, FL 32254

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

      Re:    NOTICE OF RECLAMATION
              Tai Foong USA Inc. Invoice nos. 84061 and 84062
              Delivery Date: February 17, 2005

Dear Winn Dixie:

Pursuant to 11 U.S.C. §546(c), Tai Foong USA, Inc. hereby demands return of the shrimp provided pursuant to the above-referenced invoices, in the total amount of $26,400, which were delivered to your premises on or about February 17, 2005. A copy of the invoices is attached hereto and incorporated as part of this notice.

Demand is also made that you immediately confirm that these goods are in your possession.

Sincerely,

PRESTON GATES & ELLIS LLP

By
David C. Neu
Attorneys for Tai Foong, USA, Inc.

A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

925 FOURTH AVENUE, SUITE 2900  SEATTLE, WA 98104-1158  TEL: (206) 623-7580  FAX: (206) 623-7022  www.prestongates.com
Anchorage  Coeur d'Alene  Hong Kong  Orange County  Portland  San Francisco  Seattle  Spokane  Washington, DC

Winn Dixie - Jacksonville
February 22, 2005
Page 2


Enclosure
DCN:d
Cc: Gil Martin

K:\28077\99999\DCN\DCN_L21KU



PLEASE REMIT PAYMENT TO:
**Tai Foong USA Inc.**
SDS 12-2410
P.O. Box 86
Minneapolis, MN 55486-2410

Phone (425) 688-8888
Phone (206) 515-9688
Fax      (206) 515-9588

# INVOICE

INVOICE # 084051

| SOLD TO: | TERMS | ORD. | CUST.NO | SALES# | DATE | PAGE |
|---|---|---|---|---|---|---|
| Winn Dixie - Hammond<br>New Orleans<br>P.O. Box 40045<br>Jacksonville, FL<br>32203  0595 | 0 DAYS | 39199 | 237264 | 01 | 2/09/05 | |

SHIP TO: Winn Dixie - Hammond
504-731-2251
3925 Hwy 190 West
Hammond
LA                70401

| PO | | | | | | | |
|---|---|---|---|---|---|---|---|
| 549971 | | | | | | | |

| CONTRACT: 237 | | | | | | |
|---|---|---|---|---|---|---|
| ITEM | ORDER | SHIPPED/BO | PKG | PACK/SIZE | BRAND | DESCRIPTION | WEIGHT | UNIT PRICE | AMOUNT |
| 160995 | 250 | 250 | CS | 20/1 lb | Winn Dixie | SHRIMP-SP-WHITE  31/40 | | 65.00<br>( 3.300/LB) | 16500.00 |

| FULL CASE | REPACKS |
|---|---|
| 1 | |

| ROUTE | TOTAL WEIGHT |
|---|---|
| GST 001 | 5000.00 |

SIGNATURE

**IMPORTANT - NO CLAIMS ACCEPTED MORE THAN SEVEN DAYS AFTER ARRIVAL**
WHITE - CUSTOMER COPY    YELLOW - OFFICE COPY    PINK - CONTROL COPY
GOLDENROD - BROKER COPY    GREEN - A/P OFFICE COPY

| TAX | INV. TOTAL |
|---|---|
| | $16500.00 |

PLEASE REMIT PAYMENT TO:
**Tai Foong USA Inc.**
SDS 12-2410
P.O. Box 86
Minneapolis, MN 55486-2410

Phone (425) 688-8888
Phone (206) 515-9688
Fax (206) 515-9588

# INVOICE

INVOICE # 094062

| P.O. | TERMS | ORD | CUSTNO | SALES# | DATE | PAGE |
|---|---|---|---|---|---|---|
| 3628 619827 | 0 DAYS | 39191 | 237265 | 02 | 2/04/05 | |

**SOLD TO:** Winn Dixie - Charlotte
Perishable Accounting
P.O. Box 40635
Jacksonville, FL
32203 0595

**SHIP TO:** Winn Dixie - Charlotte
704-587-4055
Frozen Food Freezer
12520 General Dr.
Charlotte, NC 28273

CONTRACT: 239

| ITEM | ORDER | SHIPPED | BC | PKG | PACK/SIZE | BRAND | DESCRIPTION | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 160999 | 150 | 150 | CS | | 50/1 lb | Winn Dixie | 5HRIMP-SP-WHITE 31/40 | 3,000/LB | 66.00 3.300/LB | 9900.00 |

| FULL CASE | REPACKS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| ROUTE | TOTAL WEIGHT |
|---|---|
| BST 001 | 3000.00 |

SIGNATURE

**IMPORTANT - NO CLAIMS ACCEPTED MORE THAN SEVEN DAYS AFTER ARRIVAL.**
WHITE - CUSTOMER COPY   YELLOW - OFFICE COPY   PINK - CONTROL COPY
GOLDENROD - BROKER COPY   GREEN - A/P OFFICE COPY

| TAX | INV. TOTAL |
|---|---|
| | $9900.00 |

## Neu, David (SEA)

**From:** FedEx [donotreply@fedex.com]
**Sent:** Wednesday, February 23, 2005 8:11 AM
**To:** Goodwater, Leone (SEA)
**Subject:** FedEx shipment 791485385972

Our records indicate that the shipment sent from Bankruptcy Group Leone Goodwater/PRESTON to David Baker/Skadden Arps Slate Meagher & has been delivered.
The package was delivered on 02/23/2005 at 10:30 AM and signed for or released by S.CAMBRIDGE.

The ship date of the shipment was 02/22/2005.

The tracking number of this shipment was 791485385972.

FedEx appreciates your business. For more information about FedEx services, please visit our web site at
http://www.fedex.com

To track the status of this shipment online please use the following:
http://www.fedex.com/cgi-bin/tracking?tracknumbers=791485385972&action=track&language=english&cntry_code=us

Disclaimer
-------------------------------------------------------
FedEx has not validated the authenticity of any email address.

1

## Neu, David (SEA)

**From:** FedEx [donotreply@fedex.com]
**Sent:** Wednesday, February 23, 2005 7:48 AM
**To:** Goodwater, Leone (SEA)
**Subject:** FedEx shipment 791485381267

Our records indicate that the shipment sent from Bankruptcy Group Leone Goodwater/PRESTON to Supervisor/Manager/Winn Dixie - Jacksonv has been delivered.
The package was delivered on 02/23/2005 at 10:11 AM and signed for or released by K.PARKER.

The ship date of the shipment was 02/22/2005.

The tracking number of this shipment was 791485381267.

FedEx appreciates your business. For more information about FedEx services, please visit our web site at
http://www.fedex.com

To track the status of this shipment online please use the following:
http://www.fedex.com/cgi-bin/tracking?tracknumbers=791485381267&action=track&language=english&cntry_code=us

Disclaimer
-------------------------------------------------------
FedEx has not validated the authenticity of any email address.

1