## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., *et al.* ) | Case No. 05-11063 |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Peter J. Rathwell, a member in good standing of the bar in the State of Arizona and in the United States District Court, District of Arizona, request admission, *pro hac vice,* before the Honorable Rober D. Drain, to represent Dial Corporation, a creditor in the above-referenced jointly-administered cases.

My address, telephone number, and e-mail address are:

> SNELL & WILMER L.L.P.
> Counsel for Dial Corporation
> One Arizona Center
> 400 E. Van Buren
> Phoenix, AZ 85004-2202
> Telephone: (602) 382-6000
> Facsimile: (602) 382-6070
> E-Mail: prathwell@swlaw.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice.*

Dated:    Phoenix, Arizona
          March 29, 2005



By /s/ Peter J. Rathwell
    Peter J. Rathwell

15730.0131\Rathwep\PHX\1653729.1