WILLIAMS MULLEN HOFHEIMER NUSBAUM
999 Waterside Drive, Suite 1700
Norfolk, VA 23510
(757) 622-3366 (telephone)
(757) 629-0770 (facsimile)
David A. Greer (DG-9700)[1]

Attorneys for Certain Creditors and Landlords

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:                                                :   Chapter 11
                                                      :
WINN-DIXIE STORES, INC., et al.,                      :   Case No. 05-11063 (RDD)
                                                      :
                           Debtors.                   :
                                                      :
------------------------------------------------------x

## STATEMENT OF MULTIPLE REPRESENTATION

NOW COMES Williams Mullen Hofheimer Nusbaum, a Virginia Professional Corporation, by David A. Greer, principal, who, having first made oath, and pursuant to Bankruptcy Rule 2019, states as follows:

1. This firm represents the following creditors or parties in interest in this case:

    | GEM Nickerson, LLC                    | Store No. 965 |
    | c/o Ellis Gibson Development Group    |               |
    | 207 Business Park Drive, Suite 101    |               |
    | Virginia Beach, VA 23462              |               |

    | GEM Warwick, LLC                      | Store No. 990 |
    | c/o Ellis Gibson Development Group    |               |
    | 207 Business Park Drive, Suite 101    |               |
    | Virginia Beach, VA 23462              |               |

---

[1] Counsel is NOT admitted in New York but will use this identification number as required by local rules on this and subsequent pleadings.

>The C.F. Sauer Company
>2000 W. Broad St.
>Richmond, Virginia 23220
>Attn. William F. Uhlik

2.  The creditors are landlords of Winn-Dixie Stores, Inc., pursuant to commercial leases executed more than one year prior to the filing of the petition. Their claims, if any, may be comprised of pre-petition rent arrearages, post-petition rent subject to administrative priority, and/or damages incurred by the rejection of the leases.

3.  This firm has no claim or interest in this case.

4.  It is employed pursuant to engagement letters to render services at the firm's normal hourly rates.

5.  The landlords, by their agents, consent to the multiple representation, and to this firm's representation of additional creditors in this case.

6.  This firm anticipates employment to represent additional creditors in this case.

>WILLIAMS MULLEN HOFHEIMER NUSBAUM

Dated: March 18, 2005        By _____/s/ David A. Greer_____
                                David A. Greer, Principal

### Certificate Of Service

The undersigned hereby certifies that a true copy of the foregoing Statement of Multiple Representation was served by first class mail, postage prepaid, upon the following this 18th day of March, 2005.

>D. J. Baker, Esquire,
>SKADDEN, ARPS, SLATE,
> MEAGHER & FLOM, LLP,
>Four Times Square,
>New York, NY 10036 and

2

Sara Robinson Borders, Esquire,
KING & SPALDING, LLP,
191 Peachtree Street,
Atlanta, GA  30303


                /s/ David A. Greer
                  David A. Greer


## AFFIDAVIT

STATE OF VIRGINIA
CITY OF NORFOLK, to-wit:

This day appeared before me, Karen Gray Millner, a Notary Public in and for the City and State aforesaid, David A. Greer, who having made oath, stated that he is a principal of Hofheimer, Nusbaum, P.C. and authorized to make this verified statement on its behalf, and that the foregoing is a true statement regarding the representation of the listed entities.


                /s/  Karen Gray Millner
                  Karen Gray Millner

My Commission Expires:

October 31, 2005