United States Bankruptcy Court
For the Southern Distict of New York

| | |
|---|---|
| WINN DIXIE STORES, INC., et al. | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 05-11063 </br> } |
| Debtor | } Amount $29,564.64 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**NRG INTERNATIONAL LLC**
**706 FRONT STREET SUITE 2**
**LOUISVILLE, CO 80207**

The transfer of your claim as shown above in the amount of $29,564.64 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

By:/s/ Jeffrey Caress
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

640746

**TRANSFER NOTICE**

NRG INTERNATIONAL LLC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: **WINN DIXIE STORES, INC.**, et al. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to theClaim of Assignor in the aggregate amount of $ 29,564.64 (your claim amount) representing allclaims against: **WINN DIXIE STORES, INC.**, et al. in the United States Bankruptcy Court, Southern Distict of New York, administered as Case No. 05-11063, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 6th day of April, 2005

NRG INTERNATIONAL LLC

_____
(Signature)

BRAD NATTRASS - Managing Partner
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

_____
(Print Name of Witness)

WINN DIXIE STORES, INC., et al.
NRG INTERNATIONAL LLC
640746