# KAUFMAN & CANOLES

—— | A Professional Corporation | ——
**Attorneys and Counselors at Law**

Writer's Direct Dial
757 / 624-3148
bmcmahan@kaufcan.com

757 / 624-3000
fax: 757 / 624-3169

*Mailing Address:*
P.O. Box 3037
Norfolk, VA 23514

150 West Main Street
Suite 2100
Norfolk, VA 23510

March 31, 2005

**VIA FEDERAL EXPRESS**

Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
**Attention: Latoya Edwards**

    Re:    In re: **Winn-Dixie Stores, Inc., et. al., Debtors**
             Case No. 05-11063
             Our Matter No.: 103197

Dear Ms. Edwards:

    Per our telephone conversation, I have enclosed copies of the file-stamped Appearances filed by Mr. Paul Campsen in the above-referenced case. As we discussed, I noticed from PACER's creditor listing, that our office address was incorrect. I have enclosed the page from PACER where our office is listed. You'll notice the discrepancy in the post office box information.

    Please correct our office address to ensure that the requested notices are delivered to Mr. Campsen.

    If you have any concerns, please do not hesitate to contact me at (757)624-3148. Your time and attention in this matter are truly appreciated.

                        Sincerely,

                        *Beena McMahan*

                        Beena McMahan
                        Litigation Paralegal

BM
Enclosures

#975026 v1 - durham/plaza/letter/winn-dixie/case administrator

Kaufman & Canoles, P.C.
P.O. Box 3037
Norfolk, Virginia 23514-3037
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
Paul K. Campsen, Esq.

Attorneys for Fountain Columbus Associates, L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IN RE:                                                                          :           **CHAPTER 11**
                                                                                     :
**WINN-DIXIE STORES, INC., et. al.,**                          :           **Case No. 05-11063 (RDD)**
                                                                                     :           **(Jointly Administered)**
                                                 **Debtors**           :
                                                                                     :
------------------------------------------------------------X

**ENTRY OF APPEARANCE, REQUEST FOR NOTICES**
**AND REQUEST FOR COPIES OF DISCLOSURE**
**STATEMENT AND PLANS OF REORGANIZATION**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Kaufman & Canoles, a professional corporation, enters its appearance on behalf of Fountain Columbus Associates, LLC ("Fountain Columbus").

Pursuant to Rule 1109(b) of the Code and Bankruptcy Rule 2002(g), Fountain Columbus requests that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(f) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties,

Paul K. Campsen, Esq.
 VSB No. 18133
Kaufman & Canoles, a
 professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele:   (757) 624-3000
Fax:   (757) 624-3169
*Counsel to Fountain Columbus Associates, LLC.*



RECEIVED
MAR - 8 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

> Paul K. Campsen, Esq.
> Kaufman & Canoles
> 150 West Main Street (23510)
> Post Office Box 3037
> Norfolk, VA 23514

Pursuant to Rule 3017 of Federal Rules of Bankruptcy Procedure, Fountain Columbus further requests that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to it as set forth above.

> Respectfully submitted,
>
> KAUFMAN & CANOLES,
> a professional corporation
>
> By: _____Paul K Campsen_____
>         Counsel

Paul K. Campsen, Esq.
 VSB No. 18155
Kaufman & Canoles,
 a professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele:  (757) 624-3000
Fax:   (757) 624-3169

*Counsel for Fountain Columbus Associates, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2005, a copy of the foregoing Entry of Appearance, Request for Notices and Request for Copies of Disclosure Statements and Plans of Reorganization was mailed by U.S. Mail, postage prepaid, to the following:

>David J. Baker, Esq.
>Skadden, Arps, Slate, Meagher & Flom, L.L.P.
>Four Times Square
>New York, New York 10004
>
>Rudi R. Grueneberg
>Grueneberg Law Group, L.L.C.
>704 East Main Street
>Bldg. E
>Moorestown, New Jersey 08057
>
>United States Trustee
>Office of the United States Trustee
>Richard C. Morrissey
>33 Whitehall Street, 22nd Floor
>New York, New York 10004

_____
Paul K. Campson

#970491 v2 - WinnDixie/Fountain Columbus/EOA/pkc

Kaufman & Canoles, P.C.
P.O. Box 3037
Norfolk, Virginia 23514-3037
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
Paul K. Campsen, Esq.

Attorneys for Durham Plaza Associates, L.L.C.

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X
                                                :
IN RE:                                          :     CHAPTER 11
                                                :
WINN-DIXIE STORES, INC., et. al.,               :     Case No. 05-11063 (RDD)
                                                :     (Jointly Administered)
                              Debtors           :
                                                :
-------------------------------------------------X

**ENTRY OF APPEARANCE, REQUEST FOR NOTICES
AND REQUEST FOR COPIES OF DISCLOSURE
STATEMENT AND PLANS OF REORGANIZATION**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Kaufman & Canoles, a professional corporation, enters its appearance on behalf of Durham Plaza Associates, LLC ("Durham Plaza").

Pursuant to Rule 1109(b) of the Code and Bankruptcy Rule 2002(g), Durham Plaza requests that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(f) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties,

Paul K. Campsen, Esq.
 VSB No. 18133
Kaufman & Canoles, a
 professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele:   (757) 624-3000
Fax:    (757) 624-3169
*Counsel to Durham Plaza Associates, LLC*



RECEIVED
MAR 8 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

> Paul K. Campsen, Esq.
> Kaufman & Canoles
> 150 West Main Street (23510)
> Post Office Box 3037
> Norfolk, VA 23514

Pursuant to Rule 3017 of Federal Rules of Bankruptcy Procedure, Durham Plaza further requests that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to it as set forth above.

> Respectfully submitted,
>
> KAUFMAN & CANOLES,
> a professional corporation
>
> By: _____
> Counsel

Paul K. Campsen, Esq.
 VSB No. 18155
Kaufman & Canoles,
 a professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele:  (757) 624-3000
Fax:   (757) 624-3169

*Counsel for Durham Plaza Associates, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2005, a copy of the foregoing Entry of Appearance, Request for Notices and Request for Copies of Disclosure Statements and Plans of Reorganization was mailed by U.S. Mail, postage prepaid, to the following:

> David J. Baker, Esq.
> Skadden, Arps, Slate, Meagher & Flom, L.L.P.
> Four Times Square
> New York, New York 10004
>
> Rudi R. Grueneberg
> Grueneberg Law Group, L.L.C.
> 704 East Main Street
> Bldg.E
> Moorestown, New Jersey 08057
>
> United States Trustee
> Office of the United States Trustee
> Richard C. Morrissey
> 33 Whitehall Street, 22nd Floor
> New York, New York 10004

_____
*Paul K Campson* (signature)

#970488 v2 - WinnDixie/Durham/EOA/pkc

3

ATTN: MICHAEL S. HELD, ESQ.
1445 ROSS AVENUE, SUITE 3200
DALLAS, TEXAS 75202-2799                                              (na)

**Johnson, Hearn, Vinegar, Gee & Mercer PLLC**
PO Box 1776
Raleigh, NC 27602                                                     (na)
Attn: Jean Wimborne Boyles

**Johnson, Pope, Bokor, Ruppel & Burns LLP**
911 Chestnut Street
Clearwater, FL 33756                                                  (na)
Attn: Michael C. Markham

**Kaplan and Freedman, P.A.**
9410 Southwest 77th Avenue
Miami, FL 33156                                                       (na)
Attn: Matthew E. Kaplan, Esq.

**KATTEN MUCHIN ZAVIS ROSENMAN**
C/O THOMAS J. LEANSE
C/O DUSTIN P. BRANCH
2029 CENTURY PARK EAST                                                (na)
SUITE 2600
LOS ANGELES, CA 90067

**Katten Muchin Zavis Rosenman**
2029 Century Park East
Suite 2600
Los Angeles, California 90067                                         (na)
Attn: Thomas J. Leanse
Attn: Dustin P. Branch

**Kaufman & Canoles, P.C.**
150 West Main Street
P.O. Box West Main Street                                             (na)
Norfolk, Virginia 23514-3037
Attn: Paul K. Campsen, Esq.

**KAYE SCHOLER LLP**
425 PARK AVENUE
NEW YORK, NY 10022                                                    (na)
ATTN: RICHARD G. SMOLEV
ATTN: KEITH R. MURPHY

**KAYE SCHOLER LLP**
425 PARK AVENUE
NEW YORK, NY 10022                                                    (na)
ATTN: RICHARD G. SMOLEV
ATTN: KEITH R. MURPHY

**Kennedy Covington Lobdell & Hickman, LLP**
Two Hannover Square, Suite 1900