UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                     :

In re:                                                     :   Chapter 11

WINN-DIXIE STORES, INC., <u>et al.</u>,        :   Case No.: 05-11063 (RDD)

                Debtors.               :   (Jointly Administered)

------------------------------------------------------------X

**AMENDED ORDER TRANSFERRING VENUE OF THE DEBTORS' BANKRUPTCY
CASES TO THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

Upon the motion (the "Motion") of Buffalo Rock Company ("Buffalo Rock") seeking entry of an order transferring venue of the bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "Debtors") to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (Docket No. 407); the Joinders to the Motion of (i) Riverdale Farms, Inc. (Docket No. 561), (ii) Richard S. Ehster and Bradley T. Keller, (Docket No. 618), (iii) Ernst Properties, Inc. (Docket No. 624), (iv) Progress Energy Florida, Inc., Progress Energy Carolinas, Inc., Orlando Utilities Commission and Tampa Electric Company (Docket No. 657), (v) Dairy Farmers of America, Inc. (Docket No. 679), (vi) Beaver Street Fisheries, Inc. and Ja-Ru, Inc. (Docket No. 683), and (vi) Florida Power and Light Company (Docket No. 689); the Debtors' Response and Joinder to the Motion (Docket No. 569); the responses, objections and joinders (collectively, the "Objections") of (i) Certain Trade Vendors to the Motion (Docket No. 640), (ii) the Official Committee of Unsecured Creditors (Docket No. 643), (iii) Edens & Avant, Weingarten Realty Investors, Palm Springs Mile Associates, Ltd., Villa Rica Retail Properties, L.L.C., ALG Limited Partnership and Curry Ford, LP (Docket No. 644), (iv) Jamarco Realty, LLP (Docket No. 647), and (v) Wilmington Trust Company, as

2

Indenture Trustee (Docket No. 649); the Omnibus Response of Buffalo Rock to the Objections (Docket No. 690); the record at the hearing (the "Hearing") held before this Court on April 12, 2005 to consider the Motion; and after due deliberation, it is hereby

ORDERED that, for the reasons set forth by the Court in its bench ruling on the record at the Hearing, which is incorporated herein, the venue of the Debtors' jointly administered bankruptcy cases be, and it hereby is, transferred to the United State Bankruptcy Court for the Middle District of Florida, Jacksonville Division pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 1014(a)(1); and it further

ORDERED that all orders previously entered into these Chapter 11 cases shall remain in full force and effect notwithstanding the transfer of venue.

Dated: New York, New York
April 14, 2005

/s/ ROBERT D. DRAIN
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

2