## UNITED STATES BANKRUPTY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**

**Chapter 11**

**Case No. 05-11063 (RDD)**

**(Jointly Administered)**

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty that:

1.     I am of legal age and I am not a party to this action.

2.     I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.     On or about April 13, 2005, I caused copies of:

•     **the Bridge Order Under 11 U.S.C. § 365(d)(4) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 700]**

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: April 14, 2005

_____
Kathleen M. Logan

Code: AT

# EXHIBIT A
# SERVICE LIST

Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (RDD)**

CREDITOR ID: 992-07
100 EXECUTIVE DRIVE LP
C/O PARAGON AFFILIATES INC.
ONE PARAGON DRIVE, SUITE 145
MONTVALE, NJ 07645

CREDITOR ID: 993-07
11010 SEVENTH AVE INVESTMENTS
C/O 11010 LAND COMPANY LLC
PO BOX 601551
CHARLOTTE, NC 28260-1551

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON
8698 EAST SAN ALBERTO DRIVE
SCOTTSDALE AZ 85258

CREDITOR ID: 994-07
145 ASSOCIATES LTD
PO BOX 460
VALLEY STREAM NY 11582

CREDITOR ID: 995-07
17161 NW 27TH AVENUE LLC
DBA DOLPHIN PLAZA
PO BOX 530446
ATLANTA, GA 30353-0446

CREDITOR ID: 996-07
1954 UNIONPORT ASSOCIATES LLC
C/O ECKSTEIN PROPERTIES
60 BOARD STREET
NEW YORK, NY 10004

CREDITOR ID: 997-07
1980 UNIONPORT ASSOCIATES LLC
C/O GOLDSTEIN COMMERCIAL PROPERTY
3753 CARDINAL POINT DRIVE
JACKSONVILLE, FL 32257

CREDITOR ID: 998-07
2525 EAST HILLSBOROUGH AVE LLC
PO BOX 530496
ATLANTA, GA 30353-0496

CREDITOR ID: 2031-07
391 BELLAIRE BLVD
HOUSTON TX 77025

CREDITOR ID: 1002-07
4JS FAMILY LLLC
4408 GILBERT AVENUE
COLUMBUS GA 31904

CREDITOR ID: 2034-07
5 POINTS WEST SHOPPING CENTER
DOMIT INVESTMENT GROUP
201 VULCAN ROAD, SUITE 106
BIRMINGHAM AL 35209

CREDITOR ID: 1003-07
5 POINTS WEST SHOPPING CENTER
PO BOX 11407
BIRMINGHAM, AL 35246-0115

CREDITOR ID: 1004-07
51ST STREET & 8TH AVE CORP
ATTN: PATRICIA
655 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10021

CREDITOR ID: 1007-07
98 PALMS LTD
C/O NEWTON OLD ACRE MCDONALD LLC
250 WASHINGTON STREET
PRATTVILLE, AL 36067

CREDITOR ID: 1008-07
99 EGLIN LTD
PO BOX 1735
DESTIN FL 32540

CREDITOR ID: 1014-07
ACORN ASSOC LTD
C/O GOREN BROTHERS
150 E 52ND ST.,  29TH FLOOR
NEW YORK, NY 10022

CREDITOR ID: 2038-07
ACORN ASSOCIATES
150 EAST 52ND STREET, 29TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 1015-07
ACRON USA FONDS WINN DIXIE LP
C/O ACRON KAPITAL
DALLAS BRANCH
1516 S BOSTON AVENUE
SUITE 215
TULSA, OK 74119

CREDITOR ID: 1016-07
ADAMS REALTY
ATTN: JAMES L ADAMS
220 W PUSHMALAHA STREET
BUTLER, AL 36904

CREDITOR ID: 2039-07
ADFC, LLC
1040 CROWN POINTE PARKWAY, SUITE 2
ATLANTA GA 30338

CREDITOR ID: 1017-07
AEGIS WATERFORD LLC
3849 PAYSPHERE CIRCLE
CHICAGO, IL 60674-3849

CREDITOR ID: 2040-07
AEGIS WATERFORD, L.L.C.
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 1018-07
AEGON USA REALTY ADVISORS INC
C/O BANK OF AMERICA ILLINOIS
PO BOX 96273
CHICAGO, IL 60693-6273

CREDITOR ID: 2041-07
AEGON USA REALTY ADVISORS INC
PO BOX 905128
CHARLOTTE, NC 28290-5128

CREDITOR ID: 1019-07
AEGON USA REALTY ADVISORS INC
PO BOX 905128
CHARLOTTE NC 28290-5128

CREDITOR ID: 1020-07
AEI INCOME & GROWTH FUND XXI L
ATTN: AEI FUND MGMT INC
30 EAST SEVENTH STREET
ST. PAUL, MN 55101

CREDITOR ID: 1021-07
AEI NET LEASE INCOME & GROWTH
ATTN: AEI FUND MGMT INC
30 EAST SEVENTH STREET
ST. PAUL MN 55101

**SERVICE LIST**

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                                  **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1023-07<br>AEM STIFTUNG LLC<br>C/O CRONUS INC.<br>PO BOX 31-0175<br>MIAMI, FL 33231 | CREDITOR ID: 1009-07<br>AFI MANAGEMENT<br>NEW IBERIA ASSOCIATES<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 2042-07<br>AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 1010-07<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST. LOUIS MO 63178 | CREDITOR ID: 1123-07<br>AGAPION, BILL<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 | CREDITOR ID: 2044-07<br>AIB DELTONA, LTD.<br>C/O THOMA & ASSOCIATES, PLLC<br>1980 POST OAK BOULEVARD, SUITE 7<br>HOUSTON TX 77056 |
| CREDITOR ID: 1025-07<br>AINTSAR REALTY CORP<br>PO BOX 215<br>MONSEY NY 10952 | CREDITOR ID: 1011-07<br>AJ&C GARFUNKEL<br>400 MALL BLVD, 2ND FLOOR, SUITE M<br>PO BOX 16087<br>SAVANNAH GA 31406 | CREDITOR ID: 1027-07<br>AL BELLOTTO INC.<br>ATTN: AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND FL 33803 |
| CREDITOR ID: 2046-07<br>ALABAMA 83 CENTER ASSOCIATES<br>235 MOORE STREET<br>HACKENSACK NJ 07061 | CREDITOR ID: 1028-07<br>ALABAMA '83 CENTER ASSOCIATES<br>C/O PARKWAY ASSET MGMT<br>235 MOORE STREET<br>HACKENSACK, NJ 07601 | CREDITOR ID: 1030-07<br>ALBION PACIFIC PROP RESOURCES<br>215 WEST SIXTH STREET, SUITE 1400<br>LOS ANGELES, CA 90014 |
| CREDITOR ID: 1031-07<br>ALFA MUTUAL FIRE INSURANCE COMPANY<br>ATTN ROSE JACKSON<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 | CREDITOR ID: 1032-07<br>ALLARD LLC<br>695 CENTRAL AVENUE, #207<br>ST. PETERSBURG, FL 33701 | CREDITOR ID: 2049-07<br>ALLIED CAPITAL CORPORATION<br>PO BOX 10387<br>DES MOINES IA 50392-0387 |
| CREDITOR ID: 2050-07<br>ALLIED CAPITAL CORPORATION<br>TURNEY DUNHAM PLAZA PARTNERS<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 1034-07<br>ALLIED CAPITAL CORPORATION<br>ACCT# 399810&751331<br>PO BOX 630796<br>BALTIMORE MD 21263-0796 | CREDITOR ID: 1059-07<br>ALLIED CAPITAL REIT INC<br>ATTN: JAMES SHEVLIN<br>PO BOX 630796<br>BALTIMORE, MD 21263-0796 |
| CREDITOR ID: 2051-07<br>ALLIED FINANCE COMP. LMT. PRT.<br>139 MONTGOMERY AVE.<br>BALA CYNWYD PA 19004 | CREDITOR ID: 1012-07<br>ALS TELFAIR PLAZA<br>PO BOX 1097<br>CORDELE GA 31010 | CREDITOR ID: 1060-07<br>ALTAMONTE SSG INC.<br>27001 US HIGHWAY 19, N., STE. 2095<br>CLEARWATER FL 33761 |
| CREDITOR ID: 1061-07<br>ALVIN B CHAN FAMILY LP<br>3206 JACKSON STREET<br>SAN FRANCISCO CA 94118 | CREDITOR ID: 1062-07<br>ALVIN B CHAN INC.<br>C/O TYLER A. CHAN VP<br>5 BEACONSFIELD COURT<br>ORINDA CA 94563 | CREDITOR ID: 1064-07<br>AMELIA PLAZA SHOPPING CENTER<br>C/O EDENS & AVANT FIN II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1065-07<br>AMERICAN COMMERCIAL REALTY<br>4400 PGA BOULEVARD, SUITE 305<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1066-07<br>AMERICAN FEDERAL PROPERTIES<br>1 SLEIMAN PARKWAY, SUITE 250<br>JACKSONVILLE FL 32216 | CREDITOR ID: 1067-07<br>AMERICAN MORTGAGE & REALTY COR<br>5643 COVENTRY LANE<br>FORT WAYNE IN 46804 |

SERVICE LIST

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending**
**Time to Assume or Reject Unexpired Leases of**
**Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1069-07<br>AMERICAN PAPER BOX COMPANY INC<br>PO BOX 8135<br>DELRAY BEACH FL 33482 | CREDITOR ID: 1070-07<br>AMERICAN PLAZA LTD PARTNERSHIP<br>PO BOX 75579<br>BALTIMORE, MD 21275-5579 | CREDITOR ID: 1073-07<br>AMERICAN UNITED LIFE INSURANCE<br>5875 RELIABLE PARKWAY<br>LOAN# 2079201<br>CHICAGO IL 60686-5666 |
| CREDITOR ID: 1071-07<br>AMERICAN UNITED LIFE INSURANCE CO<br>C/O ISLOA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND, FL 32794-1483 | CREDITOR ID: 2058-07<br>AMERICAN UNITED LIFE INSURANCE CO.<br>ATTN: MORTGAGE LO<br>1 AMERICAN SQUARE<br>PO BOX 368<br>INDIANAPOLIS IN 46206 | CREDITOR ID: 1074-07<br>AMERICANA EAST INVESTMENTS INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 |
| CREDITOR ID: 2059-07<br>AMERICANA PLAZA, LP<br>1629 K STREET, NW, SUITE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1075-07<br>ANSEL PROPERTIES INC<br>C/O CUSHMAN & WAKEFIELD<br>PO BOX 02-5137<br>MIAMI, FL 33102-5137 | CREDITOR ID: 1076-07<br>APPLEWOOD SHOPPING CENTER<br>C/O COLLETT & ASSOCIATES INC.<br>PO BOX 36799<br>CHARLOTTE, NC 28236-6799 |
| CREDITOR ID: 1077-07<br>ARCADIA FL DIVERSEY WEST<br>C/O KENNEDY WILSON PROPERTIES LTD<br>100 PRINGLE AVENUE<br>WALNUT CREEK, CA 94596-0612 | CREDITOR ID: 1078-07<br>ARCO REALTY COMPANY<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 | CREDITOR ID: 1079-07<br>ARLINGTON PROPERTIES INC.<br>2117 SECOND AVENUE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 |
| CREDITOR ID: 1618-07<br>ARNOVITZ, E M & PLASKER, M<br>LAKESHORE VILLAGE<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA, GA 30360 | CREDITOR ID: 2063-07<br>ARROWHEAD NET LEASE, LP<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE, 9TH FLOOR<br>DALLAS TX 75225 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOC INC.<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230 |
| CREDITOR ID: 1081-07<br>ASBURY COMMONS LTD<br>C/O HALLMARK PARTNERS<br>95 CORPORATE CENTER<br>SUITE 100<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 1082-07<br>ASHY-BROWN GONZALES<br>C/O GMAC COMMERICAL MORTGAGE<br>PO BOX 740988<br>ATLANTA, GA 30374-0988 | CREDITOR ID: 1083-07<br>ATLANTIC CAROLINA RETAIL LLC<br>C/O BRUMLEY MEYER & KAPP<br>230 SEVEN FARMS DRIVE<br>SUITE 200<br>CHARLESTON, SC 29492 |
| CREDITOR ID: 2064-07<br>AUGUST URBANEK FAMILY 4TH AMENDED<br>& RESTRICTED REVOCABLE TRUST<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 | CREDITOR ID: 1084-07<br>AUGUST URBANEK INVESTMENTS<br>4800 NORTH FEDERAL HWY., STE. 209A<br>BOCA RATON, FL 33431 | CREDITOR ID: 2065-07<br>AUGUST URBANEK IVEST.<br>4800 NORTH FEDRAL HWY., SUITE 20<br>BOCA RATON FL 33431 |
| CREDITOR ID: 2066-07<br>AVON SQUARE,LTD<br>ANCHOR COMMERCIAL REALTY, INC.<br>ATTN: J.B. MILLER<br>PO BOX 5252<br>LAKELAND FL 33807-5252 | CREDITOR ID: 1087-07<br>AZALEA MANAGEMENT AND LEASING<br>PO BOX 9527<br>ASHEVILLE, NC 28815 | CREDITOR ID: 2067-07<br>AZALEA MANAGEMENT AND LEASING, INC.<br>1300 TUNNEL ROAD<br>PO BOX 9527<br>ASHEVILLE NC 28805 |
| CREDITOR ID: 1088-07<br>AZALEA SHOPPING CENTER<br>C/O SIZELER REAL ESTATE MGMT.<br>2542 WILLIAMS BLVD.<br>KENNER, LA 70062 | CREDITOR ID: 2068-07<br>B&T DEVELOPMENT INC.<br>ATTN: ANGELA C. PIGG<br>4362 ASBURY CHURCH ROAD<br>LINCOLNTON NC 28092 | CREDITOR ID: 2069-07<br>B.E.D. ALABAMA L.L.C.<br>CHASE FRANKLIN CORP/BYRAM E.D.<br>1200 CENTRAL AVENUE, SUITE 0306<br>WILMETTE IL 60091 |

**SERVICE LIST**

Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                             **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1414-07<br>BAGWELL, HAROLD G.<br>PO BOX 1700<br>GARNER NC 27529 | CREDITOR ID: 1090-07<br>BAINBRIDGE ASSOCIATES<br>PO BOX 983<br>BAINBRIDGE GA 39818-0993 | CREDITOR ID: 1091-07<br>BAKER & BAKER<br>PO BOX 12397<br>COLUMBIA SC 29211-2397 |
| CREDITOR ID: 1092-07<br>BAKERSMITH CORNERS LLC<br>PO BOX 12397<br>COLUMBIA SC 29211 | CREDITOR ID: 1093-07<br>BANC ONE<br>1717 MAIN STREET, 12TH FLOOR<br>DALLAS TX 75201 | CREDITOR ID: 1094-07<br>BANK MIDWEST<br>ATTN: JOHN BAXTER<br>1100 MAIN STREET<br>KANSAS CITY, MO 64105 |
| CREDITOR ID: 1194-07<br>BANK OF CHARLESTON SQUARE INC<br>PO BOX 409082<br>ATLANTA, GA 30384-9082 | CREDITOR ID: 1096-07<br>BANK OF NEW YORK<br>101 BARCLAY STREET, FLOOR 21 W<br>NEW YORK NY 10286 | CREDITOR ID: 1095-07<br>BANK OF NEW YORK<br>MATT LOUIS\ESCROW UNIT\ A\C 411<br>101 BARCLAY STREET, FLOOR 8W<br>NEW YORK NY 10286 |
| CREDITOR ID: 2222-07<br>BARD, ERVIN<br>1100 ALTA LOMA ROAD, SUITE 16-B<br>LOS ANGELES CA 90069 | CREDITOR ID: 1315-07<br>BARD, ERVIN & SUSANNE<br>1100 ALTA LOMA ROAD, SUITE 16-B<br>LOS ANGELES CA 90069 | CREDITOR ID: 1099-07<br>BARLIND ENTERPRISES<br>C/O SAM & DOROTHY GLANELL<br>42023 VILLAGE 42<br>CAMARILLO, CA 93010 |
| CREDITOR ID: 1100-07<br>BARRETT CROSSING SHOPPING CENTER<br>85-A MILL STREET, SUITE 100<br>ROSWELL GA 30075 | CREDITOR ID: 1101-07<br>BAUMGARDNER-HOGAN I LLC<br>PO BOX 7606<br>LOUISVILLE KY 40257-7606 | CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>336 FOURTH AVENUE<br>PITTSBURGH, PA 15222 |
| CREDITOR ID: 1104-07<br>BAYVIEW LOAN SERVICING LLC<br>ATTN: PAYMENT PROCESSING DEPT.<br>PO BOX 331409<br>MIAMI, FL 33233-1409 | CREDITOR ID: 1105-07<br>BEACHWALK CENTRE II LLC<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 1106-07<br>BEDFORD AVENUE REALTY INC<br>C/O DBR ASSETT MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE, FL 33394 |
| CREDITOR ID: 1108-07<br>BELCO ENTERPRISES<br>PO BOX 520<br>STARKE FL 32091-0520 | CREDITOR ID: 1110-07<br>BELLEVIEW SQUARE CORPORATION<br>C/O T. COOPER JAMES & ASSOCIATES<br>PO BOX 10325<br>GREENSBORO, NC 27404 | CREDITOR ID: 1111-07<br>BELMART INC.<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE 100<br>NEW HYDE PARK NY 11042-0020 |
| CREDITOR ID: 1112-07<br>BENDERSON 85-1 TRUST & WAYNE RUBEN<br>PO BOX 21199<br>LEASE # 45235<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 1113-07<br>BENDERSON TRUST & WAYNE RUBEN<br>BRADEN RIVER POST OFFICE<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 2246-07<br>BENTLEY, FRED D. SR. / MONTICELLO<br>PO BOX 958<br>MARIETTA GA 30061-3214 |
| CREDITOR ID: 1116-07<br>BEP II LIMITED PARTNERSHIP<br>777 41ST STREET, 4TH FLOOR<br>MIAMI, FL 33140 | CREDITOR ID: 1117-07<br>BERGERON WD PALMETTO LLC<br>C/O BERGERON PROPERTIES<br>19612 SOUTHWEST 69TH PLACE<br>FORT LAUDERDALE, FL 33332 | CREDITOR ID: 2079-07<br>BETTY HOLLAND U/A-NATIONSBANK N.A.<br>(SOUTH) AS AGENT C/O CNM ASSOC<br>950 EAST PACES FERRY ROAD<br>ATLANTA GA 30326 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                         **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1118-07<br>BG HIGHLANDS LLC<br>DEPT# 5920W51407<br>PO BOX 931670<br>CLEVELAND, OH 44193 | CREDITOR ID: 1119-07<br>BG TURFWAY LLC<br>DEPT 591625WO2522<br>PO BOX 931572<br>CLEVELAND, OH 44193 | CREDITOR ID: 1120-07<br>BHBS INC.<br>1910 ROSS MILL ROAD<br>HENDERSON NC 27536 |
| CREDITOR ID: 1121-07<br>BHR LLC<br>PO BOX 847663<br>DALLAS TX 75284-7663 | CREDITOR ID: 1122-07<br>BIG PINE SHOPPING CENTER LLC<br>PO BOX 431944<br>BIG PINE KEY FL 33043 | CREDITOR ID: 1124-07<br>BIRD SQUARE PLAZA MANAGEMENT I<br>12185 S. DIXIE HIGHWAY<br>MIAMI FL 33156 |
| CREDITOR ID: 1125-07<br>BIRMINGHAM REALTY CO.<br>ATTN: ACCOUNTING DEPT.<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242-4202 | CREDITOR ID: 1126-07<br>BLAINE LAKE LLC<br>C/O LAMAR ASSET MGMT.<br>365 SOUTH STREET<br>MORRISTOWN, NJ 07960 | CREDITOR ID: 2084-07<br>BLANCHARD & CALHOUN<br>699 BROAD STREET, SUITE 400<br>AUGUSTA GA 30901 |
| CREDITOR ID: 1127-07<br>BLANCHARD AND CALHOUN REAL ESTATE<br>PO BOX 1808<br>AUGUSTA GA 30903-1808 | CREDITOR ID: 2086-07<br>BLUE ANGEL CROSSING<br>C/O REDD REALTY<br>BUILDING 10, SUITE 101<br>4200 NORTHSIDE PARKWAY<br>ATLANTA GA 30327-3054 | CREDITOR ID: 1128-07<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>ATLANTA, GA 30327-3054 |
| CREDITOR ID: 1129-07<br>BOB NEILL & ASSOCIATES<br>1433 EMERYWOOD DRIVE<br>CHARLOTTE, NC 28210 | CREDITOR ID: 1130-07<br>BOGALUSA SHOPPING CENTER COMPANY<br>C/O JW PROPERTIES<br>PO BOX 16146<br>MOBILE, AL 36616-0146 | CREDITOR ID: 1131-07<br>BONNERS POINT LLC<br>C/O RETAIL MANAGEMENT GROUP<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 |
| CREDITOR ID: 1132-07<br>BORDEAUX CENTER INC<br>1740-A OWEN DRIVE<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 2242-07<br>BOREN, FRANK<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 1351-07<br>BOREN, FRANK D. AND GAIL F. BOREN<br>C/O KEY BANK WA -31-99-0371<br>95 SECOND STREET<br>FRIDAY HARBOR WA 98250 |
| CREDITOR ID: 1135-07<br>BOYNTON LAKES PLAZA<br>C/O REGECNY CENTERS LP<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 | CREDITOR ID: 2089-07<br>BOYNTON LAKES PLAZA<br>C/O REGENCY CENTERS LP<br>PO BOX 2718<br>JACKSONVILLE FL 32232 | CREDITOR ID: 2090-07<br>BRANCH PROPERTIES, LLC<br>400 COLONY SQUARE, SUITE 1630<br>ATLANTA GA 30361 |
| CREDITOR ID: 1136-07<br>BRANDON CENTRE SOUTH<br>C/O PRESTON OIL COMPANY LP<br>PO BOX 7520<br>THE WOODLANDS, TX 77387 | CREDITOR ID: 1137-07<br>BRANDYWINE PLAZA LTD<br>731 VASSAR STREET<br>ORLANDO FL 32804 | CREDITOR ID: 2092-07<br>BRANDYWINE REAL ESTATE MGMT SERV<br>5840 NORTH ORANGE BLOSSOM TRAIL<br>ORLANDO FL 32810 |
| CREDITOR ID: 1139-07<br>BRIERWOOD VILLAGE PLAZA<br>903 UNIVERSITY BLVD NORTH<br>JACKSONVILLE, FL 32211-5527 | CREDITOR ID: 1140-07<br>BRIGHT-MEYERS DUBLIN ASSOC.<br>C/O FLECHER BRIGHT COMPANY<br>537 MARKET STREET, SUITE 400<br>CHATTANOOGA TN 37402 | CREDITOR ID: 1141-07<br>BROAD STREET STATION SC, LLC<br>C/O COLLETT & ASSOCIATES, INC.<br>PO BOX 36799<br>CHARLOTTE, NC 28236-6799 |

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 2095-07
BRONZE CENTER, L.P.
OAKWOOD VILLAGE ASSOCIATES
1853 E. PIEDMONT ROAD, SUITE 300
MARIETTA GA 30066

CREDITOR ID: 1143-07
BROOKHAVEN RETAIL LLC
111 EAST JERICHO TURNPIKE, STE. 200
MINEOLA, NY 11501

CREDITOR ID: 1144-07
BROOKWOOD FLAMINGO PARTNERS LP
C/O NAI/MERIN HUNTER CODMAN INC
1601 FORUM PLAZA, SUITE 200
WEST PALM BEACH, FL 33401-9453

CREDITOR ID: 1145-07
BROOKWOOD LLC
C/O STIRLING PROPERTIES
DEPT 1149
PO BOX 62600
NEW ORLEANS, LA 70162-2600

CREDITOR ID: 2096-07
BROOKWOOD SHOPPING CENTER
C/O STIRLING PROPERTIES, INC.
109 NORTHPARK BLV., SUITE 300
COVINGTON LA 70433

CREDITOR ID: 1146-07
BROWN INVESTMENT PROPERTIES
PO BOX 930
GREENSBORO NC 27402

CREDITOR ID: 2098-07
BROWN NOLTEMEYER COMPANY
122 N. PETERSON AVENUE
LOUISVILLE, KY 40206-2335

CREDITOR ID: 1148-07
BT MARIETTA LLC
C/O BET INVESTMENTS MANAGING A
2600 PHILMONT AVENUE
HUNTINGDON VALLEY, PA 19006

CREDITOR ID: 1149-07
BUNDY NEW ORLEANS CO LLC
C/O BENDERSON CAPITAL PARTNERS LLC
708 THIRD AVENUE
28TH FLOOR
NEW YORK, NY 10017

CREDITOR ID: 1150-07
BUNKIE INVESTMENT CO LLC
3621 RIDGELAKE DRIVE, SUITE 203
METAIRIE LA 70002-1739

CREDITOR ID: 1151-07
BURLINGTON ASSOCIATES LP
C/O BRONZE HOLDINGS INC.
1853 EAST PIEDMONT ROAD
SUITE 300
MARIETTA, GA 30066

CREDITOR ID: 1152-07
BW DIX INC
C/O DAVID NOVAK
849 20TH STREET
VERO BEACH, FL 32960

CREDITOR ID: 1153-07
BW TREASURE INC.
C/O DAVID NOVAK
849 20TH STREET
VERO BEACH FL 32960

CREDITOR ID: 1154-07
BYARS & CO INC
PO BOX 530310
BIRMINGHAM, AL 35253-0310

CREDITOR ID: 2101-07
BY-PASS PARTNERSHIP
PO BOX 1075
HAMMOND LA 70404-1075

CREDITOR ID: 2103-07
C&A LTD, LC
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 1155-07
C&A LTD, LC
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 2104-07
C. BRANTLEY TILLMAN
C/O COMMERCIAL PROPERTIES,INC
1648F NORTH MARKET DRIVE
RALEIGH NC 27609

CREDITOR ID: 1157-07
CA NEW FIXED RATE PARTNERSHIP
PO BOX 848409
DALLAS, TX 75284-8409

CREDITOR ID: 2105-07
CA NEW PLAN FIXED RATE PARTNERSHIP
1120 AVE. OF THE AMERICAS, 12TH FL.
NEW YORK NY 10036

CREDITOR ID: 1158-07
CA NEW PLAN VENTURE FUND LOUIS
PO BOX 404959
ATLANTA GA 30384-8407

CREDITOR ID: 2107-07
CA NEW PLAN VICTORIA, LP
1120 AVE. OF THE AMERICAS, 12TH FL.
NEW YORK NY 10036

CREDITOR ID: 1159-07
CADILLAC PARTNERSHIP
C/O AUGUST URBANEK PARTNER
SUITE 209 A
4800 N FEDERAL HIGHWAY
BOCA RATON, FL 33431

CREDITOR ID: 2109-07
CAIRO SUN PROPERTIES, LTD.
PO BOX 178
COLUMBUS GA 31902

CREDITOR ID: 1161-07
CALDWELL REALTY & INVESTMENT
C/O CAROL GRAGG
PO BOX 740
LENOIR, NC 28645

CREDITOR ID: 2110-07
CALDWELL REALTY AND INVESTMENT CO
ATTN: CAROL GRAGG
PO BOX 740
LENOIR NC 28645

CREDITOR ID: 1162-07
CALIFORNIA CLUB MALL
C/O RK ASSOCIATES
17100 COLLINS AVENUE, SUITE 225
SUNNY ISLE BEACH, FL 33160-0111

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1163-07<br>CALLAHAN PLAZA SHOPPING CENTER<br>C/O TALOR COMMERCIAL REAL ESTATE<br>1018 THOMASVILLE ROAD, SUITE 20<br>TALLAHASSEE, FL 32303-3027 | CREDITOR ID: 1164-07<br>CAMERON EDENTON CO<br>PO BOX 31827<br>RALEIGH NC 27622-1827 | CREDITOR ID: 1165-07<br>CAMERON SANFORD COMPANY LLC<br>PO BOX 31827<br>RALEIGH NC 27622-1827 |
| CREDITOR ID: 1166-07<br>CAMILLA MARKETPLACE ASSOCIATES<br>C/O ADVANTIS GVA<br>PO BOX 3941<br>NORFOLK, VA 23514-3941 | CREDITOR ID: 2113-07<br>CANTONMENT PARTNERS, LTD<br>ATTN: SARAH JORDON<br>PO BOX 680176<br>PRATTVILLE AL 36068 | CREDITOR ID: 1169-07<br>CAPITAL ADVISORS INC<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 |
| CREDITOR ID: 1170-07<br>CAPITAL DEVELOPMENT COMPANY<br>PO BOX 3487<br>LACEY WA 98509-3487 | CREDITOR ID: 1171-07<br>CAPITAL PROPERTIES ASSOCIATES<br>PO BOX 2169<br>TUSCALOOSA AL 35403 | CREDITOR ID: 1174-07<br>CARDINAL ENTITIES COMPANY LLC<br>C/O MATTITUCK SHOPPING CT<br>PO BOX 77<br>MATTITUCK, NY 11952 |
| CREDITOR ID: 1176-07<br>CAROLINA ENTERPRISES INC<br>PO BOX 13559<br>FLORENCE SC 29504-3559 | CREDITOR ID: 2241-07<br>CARRINGTON, FRANCIS<br>PO BOX 1328<br>EUREKA CA 95502 | CREDITOR ID: 1247-07<br>CASE, DANIEL H. AND CAROL H. CASE<br>2040 AHUALANI PLACE<br>HONOLULU HI 96822 |
| CREDITOR ID: 2119-07<br>CASS REALTY GROUP, INC.<br>PO BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 1178-07<br>CASTO INVESTMENTS CO LTD<br>C/O VMC REALTY<br>PO BOX 24627<br>FORT LAUDERDALE, FL 33307 | CREDITOR ID: 2120-07<br>CATHI GALPIN, PROPERTY MANGER<br>EDENS & AVANT SOUTHEAST L.P<br>1400 E. SHOTWELL STEET<br>BAINBRIDGE GA 39819 |
| CREDITOR ID: 2122-07<br>CB RICHARD ELLIS<br>201 E. KENNEDY BLVD., SUITE 1121<br>TAMPA FL 33602-5172 | CREDITOR ID: 1156-07<br>CC ALTAMONTE JOINT VENTURE<br>7200 RELIABLE PARKWAY<br>CHICAGO IL 60686-0072 | CREDITOR ID: 1180-07<br>CC REALTY INTERMEDIATE FUND<br>THREE RIVERWAY<br>SUITE 670<br>HOUSTON, TX 77056 |
| CREDITOR ID: 1182-07<br>CEDAR CREEK CROSSING ASSOCIATE<br>C/O PERRIE WHEELER REAL ESTATE<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 1183-07<br>CEDAR MOUNTAIN VILLAGE<br>85-A MILL STREET<br>SUITE 100<br>ROSWELL, GA 30075-5487 | CREDITOR ID: 1184-07<br>CEDAR SPRINGS CTR ASSOCS<br>PO BOX 3524<br>SPARTANBURG SC 29304-3524 |
| CREDITOR ID: 1185-07<br>CENTRAL PROGRESSIVE BANK<br>ATTN: JAMES J. VENEZIA, EXEC VP<br>29092 KRENTEL ROAD<br>LACOMBE, LA 70445 | CREDITOR ID: 1187-07<br>CENTREX PROPERTIES INC<br>PO BOX 10369<br>GOLDSBORO NC 27532 | CREDITOR ID: 1188-07<br>CENTURY MANAGEMENT AND DEVELOPMENT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 2126-07<br>CFG LIMITED<br>8705 PERIMETER PARK BLVD.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 1189-07<br>CFG LIMITED<br>8711 PERIMETER PARK BLVD, SUITE 11<br>JACKSONVILLE, FL 32216-6353 | CREDITOR ID: 1190-07<br>CHAMBERS SQUARE LLC<br>PO BOX 3040<br>DULUTH GA 30096 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:   WINN-DIXIE STORES, INC.**                                              **CASE:   05-11063 (RDD)**

CREDITOR ID: 1191-07
CHAPEL TRAIL ASSOCIATES LTD
21011 JOHNSON STREET, SUITE 101
PEMBROKE PINES, FL 33029

CREDITOR ID: 1192-07
CHAPIN DEVELOPMENT CO.
C/O EDENS & AVANT INC.
PO BOX 528
COLUMBIA SC 29202-0528

CREDITOR ID: 2130-07
CHESTER DIX ALEXANDRA CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2131-07
CHESTER DIX CRAWFORDVILLE CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2132-07
CHESTER DIX CRESCENT CORP
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2133-07
CHESTER DIX FLORENCE CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2134-07
CHESTER DIX FORT CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2136-07
CHESTER DIX LABELLE CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2137-07
CHESTER DIX NEWMAN CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2138-07
CHESTER DIX PIKEVILLE CORP
PO BOX 40
WESTBURY, NY 11590

CREDITOR ID: 2139-07
CHESTER DIX WAUCHULA CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2140-07
CHESTER DIX WILLISTON CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2244-07
CHIKOVSKY, FRED
C/O P.S. FRANKLIN, LTD.
1720 HARRISON STREET
HOLLYWOOD FL 33020

CREDITOR ID: 1195-07
CHK & ASSOCIATES
C/O KBI PROPERTY MGMT.
5725 BUFORD HWY. #214
DORAVILLE, GA 30340

CREDITOR ID: 1029-07
CIRIGNANO, ALBERT J SR
17 OAK POINT DRIVE NORTH
BAYVILLE NY 11709

CREDITOR ID: 381789-15
CITY OF RAYMOND WATER DEPT, MS
ATTN BRENDA A HUBBARD
PO BOX 10
RAYMOND MS 39154

CREDITOR ID: 1196-07
CITYVIEW LLC
C/O MICHAEL E. CALANDRA
PO BOX 78725
CHARLOTTE, NC 28271-7040

CREDITOR ID: 1197-07
CIVIC CENTER STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 2142-07
CIVIC CENTER STATION, LTD.
C/O PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 2143-07
CLARA BOLDOG, AMERICANA EAST INVES
C/O DEBOER INTERNATIONAL INC.
3705 TAMPA ROAD, UNIT 1-A
OLDSMAR FL 34677

CREDITOR ID: 1198-07
CLAYTON CROSSINGS LLC
C/O COMMERCIAL PROPERTIES INC
1648F NORTH MARKET DRIVE
RALEIGH, NC 27609

CREDITOR ID: 1199-07
CLEARLAKE SQUARE
C/O TRYCON INC
951 MARKET PROMENADE
LAKE MARY, FL 32746

CREDITOR ID: 1200-07
CLEVELAND MARKETPLACE LTD
C/O LAT PURSER & ASSOC
6320-7 ST AUGUSTINE ROAD
JACKSONVILLE, FL 32217

CREDITOR ID: 1201-07
CLIFFDALE CORNER INC
PO BOX 53646
FAYETTEVILLE, NC 28305

CREDITOR ID: 2144-07
CLIFFDALE CORNER,INC
C/O RIDDLE COMMERCIAL PROPERTIES
238 NORTH MCPHERSON CHURCH ROAD
FAYETTEVILLE NC 28303

CREDITOR ID: 1202-07
CLINTON HOUSE COMPANY
C/O RMC REALTY COMPANIES LTD
ATTN: ACCOUNTING DEPT.
1733 WEST FLETCHER AVENUE
TAMPA FL 33612

CREDITOR ID: 2145-07
CLINTON HOUSE COMPANY
C/O RMC REALY COMPANIES LTD
1733 W FLETCHER AVENUE
TAMPA, FL 33612

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 1203-07
CMC REAL ESTATE PROGRAM
1988 1 LTD 111
PO BOX 3506
ANN ARBOR, MI 48106-3506

CREDITOR ID: 2146-07
CMC REAL ESTATE PROGRAM 1988-1, LT
PO BOX 8649
ANN ARBOR MI 48106-8649

CREDITOR ID: 2147-07
COBB INVESTMENT CO.
PO BOX 131209
BIRMINGHAM AL 35213

CREDITOR ID: 2149-07
COLLETT MANAGEMENT,LLC
PO BOX 36799
CHARLOTTE NC 28236-6799

CREDITOR ID: 1205-07
COLLINS & AIKMAN
PO BOX 580
ALBEMARLE NC 28001

CREDITOR ID: 1206-07
COLLINS POINTE SHOPPING CENTER
C/O CNM ASSOC.
950 E. PACES ROAD
SUITE 900
ATLANTA, GA 30326

CREDITOR ID: 1207-07
COLONIAL DEVELOPMENT CO. LLC
PO BOX 9005
MORGANTON NC 28680-9005

CREDITOR ID: 2152-07
COLONIAL PROPERTIES RETAIL DIVISION
950 MARKET PROMENADE AVE, STE. 2200
LAKE MARY FL 32746

CREDITOR ID: 1209-07
COLONIAL PROPERTIES TRUST
PO BOX 55966 - DEPT. 301501
BIRMINGHAM, AL 35255-5966

CREDITOR ID: 1210-07
COLUMBIA MARKETPLACE LLC
C/O REGENCY PROPERTY SERVICES
330 CROSS POINTE BOULEVARD
EVANSVILLE, IN 47715

CREDITOR ID: 1212-07
COMKE INC.
C/O DACAR MGMT LLC
336 E. DANIA BEACH BLVD.
DANIA FL 33004

CREDITOR ID: 2154-07
COMMERCIAL LEASING ONE
C/O PEARL VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 1213-07
COMMERCIAL LEASING ONE
#030212233
C/O MIDLAND LOAN SERVICES INC
1223 SOLUTIONS CENTER
CHICAGO, IL 60677-1002

CREDITOR ID: 2155-07
COMMERCIAL LEASING TWO
C/O PEARL VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 1214-07
COMMERCIAL LEASING TWO
C/O MIDLAND LOAN SERVICES INC
LOAN #3021
PNC LOCK BOX 771223
CHICAGO, IL 60677-1002

CREDITOR ID: 2156-07
COMMERCIAL MANAGEMENT ASSOC.
SUITE 163
6220 S. ORANGE BLOSSOM TRAIL
ORLANDO FL 32809

CREDITOR ID: 1215-07
COMMERCIAL NET LEASE REALTY INC.
ATTN: HELEN COLLINS
PO BOX 992
ORLANDO FL 32802-0992

CREDITOR ID: 2157-07
COMMERCIAL NET LEASE REALTY, INC.
450 S. ORANGE AVENUE, SUITE 900
ORLANDO FL 32801

CREDITOR ID: 1216-07
COMMODORE REALTY INC.
30 WEST MASHTA DRIVE, SUITE 400
KEY BISCAYNE FL 33149

CREDITOR ID: 1217-07
CONCIRE CENTERS INC.
411 COMMERCIAL COURT, STE. E
VENICE FL 34292

CREDITOR ID: 1218-07
CONCORD ADVANTAGE II LP
C/O FIRST UNION NATL BANK
PO BOX 861035
ORLANDO, FL 32886

CREDITOR ID: 1219-07
CONSECO MORTGAGE CAPITAL INC.
DEPT #164101  LN#01586010
PO BOX 67000
DETROIT MI 48267-1641

CREDITOR ID: 1220-07
CONSTELLATION APARTMENTS
15 W. COLLEGE DRIVE
ARLINGTON HEIGHTS IL 60004

CREDITOR ID: 1221-07
COOPER SMOLEN JOINT VENTURE
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 1222-07
CORALWOOD SHOPPING CENTER
C/O WELSH COMPANIES SE INC.
12800 UNIVERSITY DRIVE, SUITE 250
FORT MYERS, FL 33907

CREDITOR ID: 1223-07
CORDOVA COLLECTION LP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 2161-07
CORDOVA COLLECTION, LTD
PO BOX 235000
MONTGOMERY AL 36123-5000

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2162-07<br>CORPORATE PROPERTIES 7<br>C/O W.P. CAREY & CO. INC.<br>50 ROCKEFELLER PLAZA, 2ND FLOOR<br>NEW YORK NY 10020 | CREDITOR ID: 2162-07<br>CORPORATE PROPERTIES 7<br>C/O WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROBIN SPIEGEL<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOC. 9<br>50 ROCKEFELLER PLAZA, 2ND FLOO<br>C/O W. P. CAREY & CO.<br>NEW YORK NY 10020 |
| CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOC. 9<br>C/O WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROBIN SPIEGEL<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | CREDITOR ID: 2164-07<br>CORPORATE PROPERTY ASSOCIATES 6, L<br>C/O W.P. CAREY & CO.<br>50 ROCKEFELLER PLAZA, 2ND FLOOR<br>NEW YORK NY 10020 | CREDITOR ID: 2164-07<br>CORPORATE PROPERTY ASSOCIATES 6, L<br>C/O WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROBIN SPIEGEL<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 |
| CREDITOR ID: 1224-07<br>COUNTRY CLUB CENTRE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 2048-07<br>COURTELIS, ALEC & SMITH, DONALD JR<br>DBA BROWARD ASSOC<br>701 BRICKELL AVENUE, SUITE 1400<br>MIAMI FL 33131-2822 | CREDITOR ID: 1225-07<br>CPG FINANCE I LLC<br>PO BOX 414092<br>BOSTON, MA 02241-4092 |
| CREDITOR ID: 2165-07<br>CPG FINANCE I, LLC<br>% CGP PARTNERS, LP<br>103 EISENHOWER PARKWAY<br>ROSELAND NJ 07068 | CREDITOR ID: 1227-07<br>CRAWFORD NORWOOD REALTORS INC<br>PO BOX 10767<br>GOLDSBORO NC 27532-0767 | CREDITOR ID: 1229-07<br>CRESCENT INVESTMENT CORP.<br>C/O PIEDMONT LAND CO.<br>556-M ARBOR HILL ROAD<br>KERNERSVILLE NC 27284 |
| CREDITOR ID: 1230-07<br>CREST HAVEN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI, FL 33140-2764 | CREDITOR ID: 1231-07<br>CRESTVIEW MARKETPLACE LLC<br>PO BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 1232-07<br>CROSS COUNTY ASSOCIATES LP<br>DEPT 2315<br>LOS ANGELES CA 90084-2315 |
| CREDITOR ID: 2170-07<br>CROSS CREEK PLAZA<br>C/O USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 1233-07<br>CROSSING OF ORLANDO LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY<br>MIAMI, FL 33126-4677 | CREDITOR ID: 1234-07<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER<br>GENERAL PARTNER<br>3638 CAVALIER DRIVE<br>JACKSON, MS 39216-3501 |
| CREDITOR ID: 1235-07<br>CROWN LIQUORS BROWARD INC<br>ATTN RAY BROOKS<br>910 NW 10TH PLACE<br>FORT LAUDERDALE, FL 33311-6132 | CREDITOR ID: 1236-07<br>CRUMP INVESTMENTS LTD<br>1609 VALLEY ROAD<br>JASPER AL 35501 | CREDITOR ID: 1237-07<br>CRYSTAL BEACH ACQUISTION LP<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK, NY 10018 |
| CREDITOR ID: 1238-07<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC.<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND, FL 32751-7019 | CREDITOR ID: 1239-07<br>CURRY FORD LP<br>C/O HOLD THYSSEN INC.<br>147 W LYMAN AVENUE, SUITE 100<br>WINTER PARK, FL 32789-4367 | CREDITOR ID: 2172-07<br>CUSHMAN AND WAKEFIELD OF FLORIDA<br>800 N. MAGNOLIA, SUITE 450<br>ORLANDO FL 32803 |
| CREDITOR ID: 1240-07<br>CYPRESS RUN LLC<br>C/O GAME PROPERTIES CORP.<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES, FL 33134 | CREDITOR ID: 2173-07<br>DAHLEM ENTERPRISE INC<br>1000 BUILDING SUITE LL-2<br>6200 DUTCHMANS LANE<br>LOUISVILLE KY 40205 | CREDITOR ID: 1243-07<br>DAIRY PLAZA ASSOCIATES LTD<br>C/O VANGUARD COMMERCIAL REALTY<br>PO BOX 4235<br>ORMOND BEACH, FL 32175-4235 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:   WINN-DIXIE STORES, INC.**                                              **CASE:   05-11063 (RDD)**

CREDITOR ID: 1244-07
DALRAIDA PROPERTIES INC
PO BOX 230758
MONTGOMERY, AL 36123

CREDITOR ID: 1248-07
DAUKSCH FAMILY PARTNERSHIP
10732 TODT KARLE ROAD SE
OLYMPIA WA 98513

CREDITOR ID: 1249-07
DAVIE PLAZA LIMITED PARTNERSHIP
7000 W. PALMETTO PARK ROAD, STE. 40
BOCA RATON FL 33433

CREDITOR ID: 1250-07
DAVIS MILL STATION
C/O COLUMBIA PROPERTIES INC
1355 TERRELL MILL ROAD
MARIETTA, GA 30067

CREDITOR ID: 1251-07
DAY PROPERTIES LLC
119 SANDWEDGE ROAD
WILKESBORO NC 28697

CREDITOR ID: 1274-07
DAYAN, RALPH DR.
331 31ST AVENUE
SAN  FRANCISCO CA 94121

CREDITOR ID: 1254-07
DDR MDT CARILLON PLACE LLC
PO BOX 92472
CLEVELAND, OH 44193

CREDITOR ID: 2181-07
DDR MDT CARILLON PLACE LLC
C/O DEVELOPERS DIVERSIFIED REALTY
3300 ENTERPRISE PARKWAY
BEACHWOOD OH 44122

CREDITOR ID: 1255-07
DEBARY COMMON SHOPPING CENTER
C/O STAFFORD PROPERTIES INC.
80 WEST WIEUCA ROAD, SUITE 302
ATLANTA, GA 30342

CREDITOR ID: 2182-07
DEBARY-STAFFORD ASSOCIATES,LP
80 W. WIEUCA ROAD
ATLANTA GA 30342

CREDITOR ID: 1257-07
DEERFIELD COMPANY INC
PO BOX 7066
LOUISVILLE KY 40257-0066

CREDITOR ID: 1258-07
DEERFOOT MARKETPLACE LLC
6 OFFICE PARK CIRCLE
SUITE 100
BIRINGHAM, AL 35223

CREDITOR ID: 1259-07
DEFUNIAK SQUARE PARTNERS LTD
C/O VALPARAISO REALTY CO
PO BOX 8
VALPARAISO, FL 32580-0008

CREDITOR ID: 1261-07
DEL MAR SHOPPING CENTER
C/O STILES PROP MGMT.
300 SE 2ND STREET
FORT LAUDERDALE, FL 33301

CREDITOR ID: 1262-07
DELNICE CORP N.V.
PO BOX 16727
MIAMI FL 33101-6727

CREDITOR ID: 1265-07
DELTONA ASSOC LTD
BRUCE STRUMPF INC S-305
314 S. MISSOURI AVENUE
CLEARWATER FL 33756

CREDITOR ID: 2187-07
DELTONA ASSOC LTD
314 S MISSOURI AVENUE, SUITE 305
CLEARWATER FL 33756

CREDITOR ID: 1266-07
DEM PARTNERSHIP
C/O KLEIN % HEUCHAN INC.
2040 NE COACHMAN ROAD
CLEARWATER FL 33765

CREDITOR ID: 1267-07
DEPT OF FINANCE STATE OF ALABAMA
PO BOX 1390
MONTGOMERY AL 36104

CREDITOR ID: 1268-07
DEVCON ENTERPRISES INC.
CORPORATE CENTER WEST
433 SOUTH MAIN STREET, SUITE 300
WEST  HARTFORD CT 06110

CREDITOR ID: 2189-07
DEVELOPERS DIVERSIFIED REALTY CORP
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 2260-07
DEWELL, GEORGE
PO BOX 642
FORT WALTON BEACH FL 32549

CREDITOR ID: 2423-07
DILORENZO, MARC
1530 PALISADE AVENUE
SUITE 15F
FORT  LEE NJ 07024-1335

CREDITOR ID: 2196-07
DIXIE LAND SC LLC
235 MOORE STREET
HACKENSACK NJ 07601

CREDITOR ID: 1270-07
DMI AGENT FOR IDR JR LLR JR
C/O DEVELOPMENT MANAGEMENT INC.
PO BOX 35349
CHARLOTTE, NC 28235-5349

CREDITOR ID: 1272-07
DOWNTOWN TWO LLC
PO BOX 900002
RALEIGH, NC 27675

CREDITOR ID: 2197-07
DOWNTOWN TWO LLC
C/O KAHN DEVELOPEMENT CO.
PO BOX 1608
COLUMBIA SC 29202

**SERVICE LIST**

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1241-07<br>DR PLAZA LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427 | CREDITOR ID: 1275-07<br>DRAKE RENTAL ACCOUNT<br>C/O PHIL DRAKE<br>106 PALMER STREET<br>FRANKLIN, NC 28734 | CREDITOR ID: 1276-07<br>DRINKARD DEVELOPMENT<br>PO BOX 996<br>CULLMAN AL 35056-0996 |
| CREDITOR ID: 1277-07<br>DUCKWORTH MORRIS REALTY<br>AS AGENT FOR ESSEX SQUARE INVESTING<br>PO BOX 1999<br>TUSCALOOSA, AL 35403-1999 | CREDITOR ID: 1175-07<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY FL 32402 | CREDITOR ID: 1278-07<br>DURHAM PLAZA ASSOCIATES<br>C/O HARBOR GROUP MGMT. CO.<br>PO BOX 2680<br>NORFOLK, VA 23501 |
| CREDITOR ID: 1280-07<br>E & A SOUTHEAST LP<br>C/O PLANTATION POINT SHOPPING<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1279-07<br>E & A SOUTHEAST LP<br>C/O BALDWIN SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1281-07<br>E&A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 2201-07<br>E&A PORTFOLIO TRUST<br>C/O LEGAL DEPT.<br>PO BOX 528<br>COLUMBIA SC 29201 | CREDITOR ID: 2200-07<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1283-07<br>EASTDALE SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 |
| CREDITOR ID: 2203-07<br>EASTDALE SQUARE MANAGEMENT INC.<br>C/O ARONOV REALTY MANAGEMENT I<br>3500 EASTERN BLVD.<br>MONTGOMERY AL 36116-1781 | CREDITOR ID: 2204-07<br>EASTERN RETAIL HOLDINGS LP<br>622 EAST WASHINGTON ST., SUITE 300<br>ORLANDO FL 32801 | CREDITOR ID: 1284-07<br>EASTERN RETAIL HOLDINGS LP<br>PO BOX 862504<br>ORLANDO, FL 32886-2504 |
| CREDITOR ID: 1285-07<br>EASTGATE CENTER LLC<br>110 DEER RIDGE ROAD<br>BRANDON MS 39042 | CREDITOR ID: 1286-07<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1287-07<br>EBINPORT ASSOC<br>PO BOX 4452<br>ROCK  HILL SC 29732-6452 |
| CREDITOR ID: 1288-07<br>EBR PARTNERSHIP<br>7732 GOODWOOD BLVD., SUITE V<br>BATON ROUGE LA 70806 | CREDITOR ID: 1289-07<br>ECKSTEIN PROPERTIES LLC<br>60 BROAD STREET<br>SUITE 3503<br>NEW YORK, NY 10004 | CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC.<br>PO BOX 468<br>NORTHPORT AL 35476 |
| CREDITOR ID: 1291-07<br>EDEN MEADOW GREENS ASSOCIATES<br>LENOX HILL STATION<br>PO BOX 334<br>NEW  YORK, NY 10021 | CREDITOR ID: 2209-07<br>EDENS & AVANT FINANCING II LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1292-07<br>EDENS & AVANT INC.<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202-0528 |
| CREDITOR ID: 1294-07<br>EDENS & AVANT PROPERTIES LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1293-07<br>EDENS & AVANT PROPERTIES LP<br>C/O MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1295-07<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>111 E. WAYNE STREET<br>SUITE 500<br>FORT WAYNE, IN 46804 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                              **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1297-07<br>ELFERS SQUARE CENTER INC.<br>10912 N. 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 1298-07<br>ELIOT PROPERTIES<br>C/O M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 2211-07<br>ELLIS, EDWARD C.<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 |
| CREDITOR ID: 1300-07<br>ELSTON/LEETSDALE LLC<br>C/O TERRANOVA CORP.<br>801 AUTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 2214-07<br>ENGEL REALTY INC.<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 | CREDITOR ID: 1301-07<br>ENGLEWOOD VILLAGE LLC<br>C/O JAMISON MONEY FARMER & CO.<br>PO BOX 2347<br>TUSCALOOSA, AL 35403 |
| CREDITOR ID: 1302-07<br>ENGLISH VILLAGE LLC<br>ATTN: MIKE PETERS  MANAGER MEMBER<br>2906 NORTH STATE STREET<br>JACKSON, MS 39216 | CREDITOR ID: 1303-07<br>EQUITY ASSOC.<br>PO BOX 4452<br>ROCK HILL SC 29732-6452 | CREDITOR ID: 2216-07<br>EQUITY INVESTMENT GROUP<br>ONE BUCKHEAD PLAZA SUITE 1560<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305-8842 |
| CREDITOR ID: 1304-07<br>EQUITY ONE (DELTA) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1305-07<br>EQUITY ONE (HUNTERS CREEK) INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2217-07<br>EQUITY ONE (HUNTER'S CREEK)INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 |
| CREDITOR ID: 1306-07<br>EQUITY ONE (LANTANA) INC.<br>PO BOX 01-9170<br>MIAMI BEACH FL 33179-9170 | CREDITOR ID: 2218-07<br>EQUITY ONE (LANTANA) INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI FL 33179 | CREDITOR ID: 1307-07<br>EQUITY ONE (POINTE ROYALE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 1308-07<br>EQUITY ONE (SUMMERLIN) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1309-07<br>EQUITY ONE (WEST LAKE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1310-07<br>EQUITY ONE ALPHA INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 1311-07<br>EQUITY ONE COMMONWEALTH INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2219-07<br>EQUITY ONE DELTA INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 1312-07<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 1313-07<br>EQUITY ONE MONUMENT POINTE INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2694-07<br>EQUITY ONE MONUMENT POINTE INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH BEACH MIAMI FL 33179 | CREDITOR ID: 2220-07<br>EQUITY ONE REALTY & MANAGEMENT<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 2221-07<br>ERNST PROPERTIES, INC.<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW  ORLEANS LA 70130-6078 | CREDITOR ID: 2223-07<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ.<br>480 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 | CREDITOR ID: 2224-07<br>ESSEX SQUARE INVESTING, LLC<br>PO BOX 1999<br>TUSCALOOSA AL 35403-1999 |

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1317-07<br>EUTIS MORTGAGE CORPORATION<br>1100 POYDRAS STREET, SUITE 2525<br>NEW ORLEANS, LA 70163 | CREDITOR ID: 1318-07<br>EVANGELINE LIFE INSURANCE CO.<br>PO BOX 13098<br>NEW IBERIA LA 70562-3098 | CREDITOR ID: 1319-07<br>EXCEL REALTY PARTNERS LP<br>ACCT# 887476<br>4536 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 |
| CREDITOR ID: 2227-07<br>EXCEL REALTY PARTNERS LP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 | CREDITOR ID: 1490-07<br>EYSTER, JOHN C. AND E. LEE BARRAN<br>PO BOX 1663<br>DECATUR AL 35602-1663 | CREDITOR ID: 2228-07<br>F & M DEVELOPMENTS, LTD.<br>2600 E. SOUTH BLVD., SUITE 230<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 1321-07<br>FAIRFIELD PARTNERS LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 1322-07<br>FAIRWAY FOOD STORES<br>PO BOX B<br>JACKSONVILLE, FL 32203-0297 | CREDITOR ID: 1477-07<br>FIORELLA, JACK III<br>3800 CORPORATE WOODS DR., SUITE 100<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 1324-07<br>FIRST REPUBLIC CORP OF AMERICA<br>302 5TH AVENUE<br>NEW YORK NY 10001-3604 | CREDITOR ID: 1325-07<br>FIRST SECURITY BANK<br>PO BOX 510850<br>SALT LAKE CITY, UT 84151-0850 | CREDITOR ID: 1326-07<br>FIRST SECURITY BANK NATIONAL<br>ASSOC ATTN CORP TRUST SERVICES<br>REF WINN DIXIE 1999 SPINOFF A<br>ACCT 0510922115<br>NC |
| CREDITOR ID: 1327-07<br>FIRST SECURITY BANK NATL ASSOC.<br>ATTN CORPORATE TRUST SERVICES<br>ACCT #0510922115<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 1331-07<br>FIRST UNION NATIONAL BANK<br>C/O STRUCTURED PRODUCTS SERVICING<br>PO BOX 601654<br>CHARLOTTE, NC 28260-1654 | CREDITOR ID: 1330-07<br>FIRST UNION NATIONAL BANK<br>LOCKBOX SPS<br>FUND 52-0000091<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 |
| CREDITOR ID: 1332-07<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #80-5114053<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 2230-07<br>FIRST WASHINGTON MANAGEMENT<br>4350 EAST-WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 | CREDITOR ID: 1337-07<br>FLAG BANK<br>3475 PIEDMONT ROAD NE<br>SUITE 550<br>ATLANTA, GA 30305 |
| CREDITOR ID: 2233-07<br>FLAGLER RETAIL ASSOC., LTD<br>DBA PARKH<br>C/O TERRANOVA CORP.<br>801 ARTHUR GODFREY ROAD, SUITE 600<br>MIAMI BEACH FL 33140 | CREDITOR ID: 1338-07<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>PO BOX 862792<br>ORLANDO, FL 32886-2792 | CREDITOR ID: 1339-07<br>FLAMINGO EAST LTD<br>C/O SAGIO DEVELOPMENT CORP.<br>PO BOX 568368<br>ORLANDO, FL 32856-8368 |
| CREDITOR ID: 1340-07<br>FLINT CROSSING LLC<br>C/O CHASE COMMERCIAL RL EST SV<br>PO BOX 18153<br>HUNTSVILLE, AL 35804 | CREDITOR ID: 2234-07<br>FLORIDA DICKENS ASSOCIATES<br>C/O PALISADES CAPITAL LTD, INC,<br>16680 CUMBRE VERDE COURT<br>PACIFIC PALISADES CA 90272 | CREDITOR ID: 1341-07<br>FLORIDA DICKENS ASSOCIATES LTD<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 |
| CREDITOR ID: 1342-07<br>FMV ASSOCIATES<br>C/O FRANK OEHLBAUM<br>300 N. SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 | CREDITOR ID: 1344-07<br>FOLMAR & ASSOCIATES<br>C/O PARK FOREST<br>PO BOX 16765<br>MOBILE, AL 36616 | CREDITOR ID: 1343-07<br>FOLMAR & ASSOCIATES<br>C/O DELTA SQUARE<br>PO BOX 16765<br>MOBILE AL 36616 |

Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:  WINN-DIXIE STORES, INC.**                                **CASE:  05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2235-07<br>FOOTHILLS PARTNERSHIP<br>PO BOX 3305<br>GREENVILLE SC 29602 | CREDITOR ID: 1345-07<br>FOOTHILLS PARTNERSHIP<br>C/O W. R. MARTIN COMPANY<br>PO BOX 3305<br>GREENVILLE, SC 29602-3305 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOC LLC<br>C/O HARBOR GROUP MGMT.<br>121 EXECUTIVE CENTER DRIVE<br>SUITE 129<br>COLUMBIA, SC 29210 |
| CREDITOR ID: 2236-07<br>FOUNTAIN COLUMBUS ASSOC, LLC<br>C/O HARBOR GROUP MANAGEMENT CO.<br>PO BOX 2680<br>NORFOLK VA 23501 | CREDITOR ID: 2237-07<br>FOUR FLORIDA SHOPPING CENTER LTD<br>C/O KATHIE MCCALL<br>7661 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 1347-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O REPUBLIC BANK/CASH MGMT.<br>PO BOX 33006<br>ST PETERSBURG FL 33733-8006 |
| CREDITOR ID: 1320-07<br>FRO LLC VII<br>C/O JAMES M. HASTINS, CPA<br>305 PIPING ROCK DRIVE<br>SILVER SPRINGS, MD 20905 | CREDITOR ID: 1353-07<br>FRO LLC VIII<br>C/O JAMES HASTINGS<br>305 PIPING ROCK DRIVE<br>SILVER SPRING, MD 20905 | CREDITOR ID: 1354-07<br>FURY'S FERRY SHOPPES<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA, GA 30917 |
| CREDITOR ID: 1355-07<br>FWI 16 LLC<br>314 S. MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 1356-07<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 1359-07<br>G H I OF WEST PALM BEACH LLC<br>3140 SW 118TH TERRACE<br>DAVIE FL 33325 |
| CREDITOR ID: 1360-07<br>GAD & ASHER REALTY LTD<br>3637 B WEST WATERS AVENUE<br>TAMPA FL 33614 | CREDITOR ID: 1361-07<br>GALILEO CMB T1 HL TX LP<br>PO BOX 74845<br>CLEVELAND OH 44194-4845 | CREDITOR ID: 2250-07<br>GALILEO CMBS T1 HL LLC<br>C/O CBL & MGMT, INC., SUITE 500 C<br>2030 HAMILTON PLACE BOULEVARD<br>CHATTANOOGA TN 37421 |
| CREDITOR ID: 1362-07<br>GALT OCEAN MARKETPLACE<br>C/O DANEBELT GROUP INC.<br>1 FINANCIAL PLAZA, SUITE 2001<br>FT LAUDERDALE, FL 33394 | CREDITOR ID: 1363-07<br>GARDENS PARK PLAZA  219<br>505 S. FLAGLER DRIVE, SUITE 1010<br>WEST PALM BEACH FL 33401-5923 | CREDITOR ID: 2252-07<br>GARY SOLOMON & COMPANY<br>C/O W DIXIE,LLC<br>3139 NORTH LINCOLN AVENUE<br>CHICAGO IL 60657 |
| CREDITOR ID: 1364-07<br>GATES OF ST JOHNS LLC<br>C/O HAKIMIAN HOLDINGS INC<br>PO BOX 54332<br>JACKSONVILLE, FL 32245 | CREDITOR ID: 1365-07<br>GATOR CARRIAGE PARTNERS LTD<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 1366-07<br>GATOR JACARANDA LTD<br>ATTN: WILLIAM GOLDSMITH<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 |
| CREDITOR ID: 1367-07<br>GATOR LINTON PARTNERS LTD<br>C/O GATOR INVESTMENTS<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 1368-07<br>GEHR DEVELOPMENT FLORIDA LLC<br>C/O SUNTRUST BANK<br>PO BOX 918983<br>ORLANDO, FL 32891-8983 | CREDITOR ID: 1371-07<br>GENERAL ELECTRIC CAPITAL BUSINESS<br>LOAN# 95-00068 ACCT # 37566<br>PO BOX 402363<br>ATLANTA, GA 30384-2363 |
| CREDITOR ID: 1372-07<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO NC 27533 | CREDITOR ID: 1373-07<br>GENTILLY SQUARE<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917-4227 | CREDITOR ID: 1377-07<br>GEORGE CHEN FORMOSA DEVELOPERS<br>7836 W. ORLP BRONSON HIGHWAY<br>KISSIMMEE, FL 34747 |

SERVICE LIST

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                   **CASE:   05-11063 (RDD)**

CREDITOR ID: 2247-07
GHI OF WEST PALM BEACH LLC
3140 SW 118TH TERRACE
DAVIE, FL 33325

CREDITOR ID: 1380-07
GLA LLC
C/O RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA, GA 30067

CREDITOR ID: 1381-07
GLENWOOD MIDWAY CO. LLC
SUITE 306
16740 BIRKDALE COMMONS PARKWAY
HUNTERSVILLE NC 28078

CREDITOR ID: 2261-07
GLIMCHER DEVELOPMENT CORP.
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 2262-07
GLIMCHER PROPERTIES L.P
20 SOUTH THIRD STREET
COLUMBUS OH 43215

CREDITOR ID: 1382-07
GLIMCHER PROPERTIES LIMITED
C/O FIRSTSTAR BANK
PO BOX 641973
CINCINNATI, OH 45264-1973

CREDITOR ID: 2263-07
GLIMCHER PROPERTIES LIMITED PTNRSH
NEWBERRY SQUARE SHOPPING CENTER
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 1383-07
GLYNN ENTERPRISES LLC
C/O ZIFF PROPERTIES INC.
PO BOX 751554
CHARLOTTE, NC 28275-1554

CREDITOR ID: 1384-07
GOODINGS SUPERMARKETS INC.
PO BOX 691329
ORLANDO FL 32869-1329

CREDITOR ID: 1386-07
GOTTLIEB FAMILY TRUST HOUMA
ATTN:  LYNN KIRK MGMT.
24 E. COTA STREET
SANTA BARBARA, CA 93101

CREDITOR ID: 1387-07
GRAHAM AND COMPANY
2200 WOODCREST PLACE, SUITE 210
BIRMINGHAM AL 35209

CREDITOR ID: 2267-07
GRANADA VILLAGE, LTD
ATTN: CRAIG PHELAN
PO BOX 698
KETCHUM ID 83340

CREDITOR ID: 2268-07
GRAVLEE DEVELOPMENT
204 SOUTH TEMPLE AVE.
FAYETTE AL 35555-2714

CREDITOR ID: 1388-07
GRAY - WHITE LLC
C/O THE LAFAYETTE LIFE INS. CO.
ATTN: MORTGAGE LOAN #8091
PO BOX 7007
LAFAYETTE, IN 47903

CREDITOR ID: 1621-07
GRAY, MRS MILDRED V
4313 HAZELWOOD ROAD
ADAMSVILLE, AL 35005

CREDITOR ID: 1389-07
GRE CORALWOOD LP
C/O STILES PROPERTY MANAGEMENT
300 SE 2ND STREET
FORT LAUDERDALE, FL 33301

CREDITOR ID: 1390-07
GRE PROPERTIES LLC
ATTN: NORMA JEANE G. RAYBURN
3 CONFEDERATE POINT
SPANISH FORT, AL 36527

CREDITOR ID: 2269-07
GREAT HALL REALTY, LLC
1125 S. 103RD ST., SUITE 450
OMAHA NE 68124-6019

CREDITOR ID: 1391-07
GREAT OAK LLC
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD W
JACKSONVILLE, FL 32217

CREDITOR ID: 1392-07
GREAT SOUTH MGMT LLC
MSC# 410577
PO BOX 4105000
NASHVILLE TN 37241-5000

CREDITOR ID: 2270-07
GREENGOLD CO LLC
3265 PERRY AVENUE
OCEANSIDE NY 11572

CREDITOR ID: 1393-07
GREENVILLE ASSOCIATES
C/O STEPHEN C LEVERTON
PO BOX 1263
BEAUFORT, SC 29901-1263

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O J. P. METZ CO. INC.
1990 M STREET, NW, SUITE 650
WASHINGTON DC 20036

CREDITOR ID: 1396-07
GREENWOOD COMMONS ASSOCIATION
C/O COMMERCIAL PROPERTIES INC
1648-F N MARKET DRIVE
RALEIGH, NC 27609

CREDITOR ID: 1397-07
GREER PLAZA INC.
1175 NE 125TH STREET, SUITE 102
NORTH  MIAMI FL 33161

CREDITOR ID: 2272-07
GRUBB & ELLIS MGT SERVICES, INC.
3030 N. ROCKY POINT DRIVE, STE. 560
TAMPA FL 33607

CREDITOR ID: 1398-07
GS II BROOK HIGHLAND LLC
DEPT 554000554001
PO BOX 73153
CLEVELAND, OH 44193

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1399-07<br>GS II JACKSONVILLE REGIONAL<br>PO BOX 73153<br>CLEVELAND, OH 44193 | CREDITOR ID: 1352-07<br>GUILFORD, FRANK W JR, TRUSTEE<br>TRUST UNDER VICTORIA FASCELL WILL<br>2222 PONCE DE LEON BLVD PENTHS<br>CORAL GABLES, FL 33134 | CREDITOR ID: 2243-07<br>GUILFORD, FRANK W. JR.<br>PENTHOUSE SUITE<br>2222 PONCE DE LEON BLVD.<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 1400-07<br>GULF COAST PROPERTIES<br>PO BOX 24087<br>NEW ORLEANS LA 70184-4087 | CREDITOR ID: 2274-07<br>GULF VIEW PARTNERSHIP<br>777 ARTHUR GODFREY ROAD<br>MIAMI BEACH FL 33140 | CREDITOR ID: 1401-07<br>GULFPORT PLAZA CENTER INC<br>10341 BARRY DRIVE<br>LARGO FL 33774 |
| CREDITOR ID: 2276-07<br>GUMBERG ASSET MGMT CORP.<br>REF: PROMENADE SHOPS<br>3200 N. FEDERAL HIGHWAY<br>FORT LAUDERDALE FL 33306-1064 | CREDITOR ID: 1404-07<br>H R ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH FL 33480 | CREDITOR ID: 2279-07<br>H. GEORGE CARRISON TRUST A&C1 V/W<br>C/O J.C. BOCKEL & N.C. CARRISO<br>2997 MARGARET MITCHELL COURT., NW<br>ATLANTA GA 30327 |
| CREDITOR ID: 2282-07<br>H.P.M. LTD PARTERSHIP<br>ATTN: JACK O'ROURKE<br>3618 MATTHEWS-MINT HILL ROAD<br>MATTHEWS NC 28105 | CREDITOR ID: 1406-07<br>HADDCO PROPERTIES LTD PARTNERS<br>C/O ATLANTIC COMMERCIAL PROPER<br>8761 PERIMETER PARK BLVD.<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 1407-07<br>HALL PROPERTIES<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 |
| CREDITOR ID: 2285-07<br>HALL PROPERTIES, INC.<br>4928 ARAPALDOE AVENUE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE FL 32205-7645 | CREDITOR ID: 1409-07<br>HALPERN ENTERPRISES<br>5269 BUFORD HIGHWAY<br>ATLANTA GA 30340 |
| CREDITOR ID: 2287-07<br>HAMILTON ROAD LTD. PARTNERSHIP<br>PO BOX 7481<br>MOBILE AL 36670 | CREDITOR ID: 1411-07<br>HAMILTON SQUARE LLC<br>C/O GRAVLEE COMMERCIAL<br>8080 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75206 | CREDITOR ID: 1412-07<br>HAMMERDALE INC.<br>C/O R. ALEX SMITH<br>PO DRAWER 3308<br>MERIDIAN MS 39303 |
| CREDITOR ID: 2288-07<br>HAMMOND TARLETON PROPERTIES<br>PO BOX 6102<br>GREENVILLE SC 29606-6102 | CREDITOR ID: 1413-07<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681 | CREDITOR ID: 2294-07<br>HAYDAY INC<br>PO BOX 350940<br>MIAMI, FL 33135-0940 | CREDITOR ID: 1418-07<br>HAYDEL REALTY COMPANY INC.<br>PO BOX 26194<br>NEW ORLEANS LA 70186-6194 |
| CREDITOR ID: 2296-07<br>HAZEL PARK ASSOCIATES<br>C/O I. REISS & SON<br>200 EAST 61 STREET, STE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 2297-07<br>HEALTH FACILITIES CREDIT CORP<br>5750 RUFE SNOW DR #130<br>RICHLAND HILLS TX 76180 | CREDITOR ID: 1543-07<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO, FL 33594 |

Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1419-07<br>HEATHROW SQUARE LLC<br>ATTN:  LEIGH RUSHING<br>12121 WILSHIRE BLVD #512<br>LOS ANGELES, CA 90025 | CREDITOR ID: 2298-07<br>HECHT PROPERTIES LTD<br>C/O SIDNEY LEFCOURT<br>2100 PONCE DE LEON BLVD., SUITE 8<br>CORAL GABLES FL 33134-5200 | CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>III  RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244 |
| CREDITOR ID: 1421-07<br>HENDERSON CORPORATION<br>PO BOX 150<br>WINTER PARK FL 32790 | CREDITOR ID: 2338-07<br>HENLEY, JOHN T. ET AL<br>3736 SOUTH MAIN STREET<br>HOPE MILLS NC 28348 | CREDITOR ID: 1423-07<br>HERITAGE COMMUNITY BANK<br>19540 VALDOSTA HIGHWAY<br>VALDOSTA, GA 31602 |
| CREDITOR ID: 1424-07<br>HERITAGE CROSSING ASSOCIATES<br>PO BOX 18706<br>RALEIGH NC 27619-8706 | CREDITOR ID: 1425-07<br>HERITAGE PROP INVESTMENT LTD P<br>GROUP #37 - #03721781<br>PO BOX 3165<br>BOSTON, MA 02241-3165 | CREDITOR ID: 2301-07<br>HERITAGE PROP. INVEST. LIMITED PAR<br>C/O HERITAGE REALTY MANAGEMENT<br>131 DARTMOUTH STREET<br>BOSTON MA 02116-5134 |
| CREDITOR ID: 1426-07<br>HERITAGE SPE LLC<br>GROUP #60<br>PO BOX 5-497<br>WOBURN, MA 01815 | CREDITOR ID: 1428-07<br>HERMAN MAISEL & CO INC<br>PO BOX 7481<br>MOBILE, AL 36670 | CREDITOR ID: 1429-07<br>HIALEAH FEE COMMONS LTD<br>1800 SUNSET HARBOUR DRIVE, STE. 2<br>MIAMI BEACH, FL 33139 |
| CREDITOR ID: 1430-07<br>HIALEAH PROMENADE LIMITED PART<br>C/O STERLING CENTRE CORP MGT SERV<br>1 N. CLEMATIS STREET<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 1431-07<br>HIGHLAND ASSOCIATES LP<br>ATTN:  T. J. O'NEIL<br>1900 THE EXCHANGE, SUITE 180<br>ATLANTA, GA 30339 | CREDITOR ID: 2303-07<br>HIGHLAND COMMONS BOONE LLC<br>ASTON PROPERTIES INC.<br>6525 MORRISON BLVD., SUITE 300<br>CHARLOTTE NC 28211 |
| CREDITOR ID: 1432-07<br>HIGHLAND COMMONS BOONE LLC<br>PO BOX 601084<br>CHARLOTTE, NC 28260-1084 | CREDITOR ID: 1433-07<br>HIGHLAND LAKES ASSOCIATES<br>PO BOX 643342<br>PITTSBURGH, PA 15264-3342 | CREDITOR ID: 1434-07<br>HIGHLAND SQ SHOP CENTER<br>C/O THE SEMBLER COMPANY<br>PO BOX 409824<br>ATLANTA, GA 30384-9824 |
| CREDITOR ID: 1435-07<br>HILDEBRAN ASSOCIATES<br>C/O RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PARK<br>SUITE 2<br>CHARLOTTE, NC 28226 | CREDITOR ID: 1436-07<br>HILLCREST SHOPPING CENTER<br>C/O CURSOR PROPERTIES RENT ACC<br>PO BOX 26785<br>NEW YORK, NY 10087-6785 | CREDITOR ID: 2304-07<br>HILLCREST SHOPPING CENTRE INC.<br>130 BLOOR STREET W., SUITE 1200<br>TORONTO ON M5S1N5<br>CANADA |
| CREDITOR ID: 1437-07<br>HILLSBORO-LYONS INVESTORS LTD<br>C/O MENIN DEVELOPMENT CO. INC.<br>3501 PGA BLVD.<br>PALM BEACH, FL 33410 | CREDITOR ID: 1438-07<br>HILYARD MANOR ASSOCIATES LLP<br>C/O AARON J. EDELSTEIN<br>36 ISLAND AVENUE<br>SUITE #56<br>MIAMI BEACH, FL 33139 | CREDITOR ID: 1439-07<br>HOBE SOUND S C COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 1440-07<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON GA 30126-0663 | CREDITOR ID: 1441-07<br>HOMESTEAD PLAZA<br>4725 SW 8TH STREET<br>MIAMI FL 33134 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                                  **CASE:   05-11063 (RDD)**

CREDITOR ID: 1443-07
HOMOSASSA ASSOCIATION
6700 NW BROKEN SOUND PKWY, STE. 201
BOCA RATON, FL 33487

CREDITOR ID: 2308-07
HORTON PROPERTIES LLC
19 W. HARGETT STREET #512
RALEIGH NC 27601

CREDITOR ID: 2309-07
HOUSTON CENTRE, LLC
C/O SCOTT MARCUM
PO BOX 1382
DOTHAN AL 36302

CREDITOR ID: 1445-07
HOWELL MILL VILLAGE SHOPPING CENTER
C/O MCW - RC GA HOWELL MILL VILLAGE
PO BOX 534247
ATLANTA, GA 30353-4247

CREDITOR ID: 1446-07
HPC WADE GREEN LLC
3838 OAK LAWN
SUITE 810
DALLAS, TX 75219

CREDITOR ID: 2278-07
HR ORLANDO LLC
PO BOX 2771
PALM BEACH, FL 33480

CREDITOR ID: 1447-07
HUDSON SQUARE CENTER INC.
10912 N. 56TH STREET
TEMPLE TERRACE FL 33617-3004

CREDITOR ID: 1448-07
HURTAK FAMILY PARTNERSHIP LTD
525 NE 58 STREET
MIAMI FL 33137

CREDITOR ID: 1405-07
HV MCCOY & COMPANY INC
R/F HIGH POINT MALL INC
PO BOX 20847
GREENSBORO, NC 27420-0847

CREDITOR ID: 1134-07
HYDER, BOYD L.
314 HYDER STREET
HENDERSONVILLE NC 28792-2732

CREDITOR ID: 1452-07
ICOS LLC
ELIO OR ALEX MADDALOZZO
740 HARBOR DRIVE
KEY BISCAYNE, FL 33149

CREDITOR ID: 1453-07
III T WEST LLC MARCO ISLAND MA
C/O DBR ASSET MANAGEMENT LLC
1 FINANCIAL PLAZA
FORT LAUDERDALE, FL 33394

CREDITOR ID: 1454-07
IMPERIAL CHRISTINA SHOPPING CENTER
C/O BRUCE STRUMPF INC.
314 S. MISSOURI AVENUE, STE. 305
CLEARWATER, FL 33756

CREDITOR ID: 1455-07
INDEPENDENCE SQUARE
ALBA CONSULTING CORP.
1420 COURT STREET
CLEARWATER, FL 33756

CREDITOR ID: 1456-07
INDIAN CREEK CROSSING E&A LLC
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1457-07
INDIAN VILLAGE GROUP INC.
ATTN: DAVID SHIN
PO BOX 921686
NORCROSS GA 30092

CREDITOR ID: 1461-07
INDRIO CROSSINGS INC
806 EAST 25TH STREET
SANFORD FL 32771

CREDITOR ID: 2317-07
INLAND SOUTHEAST PROP MGMT CORP
5502 LAKE HOWELL ROAD
WINTER PARK FL 32792

CREDITOR ID: 1462-07
INLAND SOUTHEAST PROPERTY MGMT
PO BOX 31005
TAMPA, FL 33631-3005

CREDITOR ID: 1464-07
INTERCHANGE ASSOCIATES INC
190 SOUTH SYKES CREEK PKWY., STE. 4
MERRITT ISLAND, FL 32952

CREDITOR ID: 1465-07
INTERWEST CAPITAL CORPORATION
ATTN: SHILOH HALL, ASST. V.P.
8910 UNIVERSITY CENTER LANE
SAN DIEGO CA 92122

CREDITOR ID: 1466-07
INTRACOASTAL MALL LLC
C/O RAM REALTY SERVICES
3399 PGA BLVD., SUITE 450
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1468-07
IPF HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT CORP
PACES WEST BUILDING ONE
2727 PACES FERRY RD SUITE 1-1650
ATLANTA, GA 30339

CREDITOR ID: 1469-07
IPF/CAPITAL LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT. CORP.
2727 PACES FERRY ROAD
SUITE 1
ATLANTA, GA 30339

CREDITOR ID: 1470-07
IRT PARTNERS LP
PO BOX 101384
ATLANTA GA 30392-1384

CREDITOR ID: 2319-07
IRT PARTNERS LP
C/O IRT PROPERTY COMPANY
1696 N. E. MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 1471-07
IRT PARTNERS LP EQUITY ONE REA
PO BOX 01-9170
MIAMI , FL 33101-9170

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                      **CASE:   05-11063 (RDD)**

CREDITOR ID: 2321-07
IRT PARTNERS, LP
EQUITY ONE REALTY, & MGMT. FL.
1696 NE MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 2322-07
IRT PROPERTY COMPANY
1051 MILLERVILLE ROAD
BATON ROUGE LA 70816

CREDITOR ID: 1472-07
IRT PROPERTY COMPANY
PO BOX 945793
ATLANTA, GA 30394-5793

CREDITOR ID: 1473-07
ISLAND PLAZA LLC
1000 VENETIAN WAY, SUITE 810
MIAMI, FL 33139

CREDITOR ID: 2324-07
ISRAM REALTY & MANAGEMENT, INC.
ATTN: MS. SIONA HAYOUN
506 SOUTH DIXIE HIGHWAY
HALLANDALE FL 33009

CREDITOR ID: 1475-07
IVEY ELECTRIC COMPANY
PO BOX 211
SPARTANBURG SC 29304

CREDITOR ID: 1476-07
J B LEVERT LAND CO INC
PO BOX 518
METAIRE LA 70004-0518

CREDITOR ID: 1478-07
JAMERSON INVESTMENTS
2517-B EAST COLONIAL DRIVE
ORLANDO FL 32803-3359

CREDITOR ID: 2326-07
JB LEVERT LAND CO INC
PO BOX 518
METAIRE, LA 70004-0518

CREDITOR ID: 2333-07
JEFFERSON-PILOT LIFE INS. CO.
ATTN: MIKE SOLOMON
PO BOX 20407
GREENSBORO NC 27420

CREDITOR ID: 1484-07
JEFFERSON-PILOT LIFE INSURANCE CO
ATTN: DEE CURTIS
PO BOX 20407
GREENSBORO, NC 27420

CREDITOR ID: 1485-07
JEM INVESTMENTS LTD
600 MADISON AVENUE
TAMPA, FL 33602-4039

CREDITOR ID: 1487-07
JKA ENTERPRISES LLC
C/O JOSEPH K ANDERSON
262 FELLS ROAD
ESSEX FELLS, NJ 07021

CREDITOR ID: 1488-07
JNB COMPANY OF VIRGINIA LLC
C/O ATLANTIC DEVELOPMENT & ACQUIS
6912 THREE CHOPT ROAD
RICHMOND, VA 23226

CREDITOR ID: 1494-07
JUPITER PALM ASSOC.
7000 W. PALMETTO PARK RD., STE. 203
BOCA RATON FL 33433

CREDITOR ID: 1495-07
JWV (LA) LLC
DBA SUNSHINE SQUARE
C/O JW PROPERTIES INC.
PO BOX 16146
MOBILE AL 36616-0146

CREDITOR ID: 1496-07
K B PROPERTIES INC.
PO BOX 4899
PINEHURST NC 28374

CREDITOR ID: 2342-07
K G B ASSOCIATES #2
C/O BEVERLY CARMEL RETIREMENT
8757 BURTON WAY
LOS  ANGELES CA 90048

CREDITOR ID: 2343-07
KAMIN REALTY, LLC
575 MADISON AVE #FL 10
NEW YORK NY 10022-8511

CREDITOR ID: 2176-07
KAMIN, DANIEL G.
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 2174-07
KAMIN, DANIEL G.
PO BOX 10234
PITTSBURGH PA 15232-0234

CREDITOR ID: 1246-07
KAMIN, DANIEL G.
PO BOX 10234
PITTSBURGH PA 15232-0234

CREDITOR ID: 1245-07
KAMIN, DANIEL G.
SHADYSIDE STATION
PO BOX 10234
PITTSBURGH PA 15232-0234

CREDITOR ID: 2341-07
KB PROPERTIES INC
PO BOX 4899
PINEHURST, NC 28374

CREDITOR ID: 2240-07
KEMPNER, FRANCINE TRAGER
4158 ALHAMBRA DRIVE
JACKSONVILLE FL 32207

CREDITOR ID: 2345-07
KENNETH CITY PARTNERS
PO BOX 20406
ATLANTA, GA 30325

CREDITOR ID: 1499-07
KENNETH CITY PARTNERS
PO BOX 20406
ATLANTA GA 30325

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1500-07<br>KERBBY PARTNERSHIP<br>C/O HOBBY PROPERTIES<br>4312 LEAD MINE RD<br>RALEIGH, NC 27612 | CREDITOR ID: 2346-07<br>KHSC LTD<br>C/O BEER WELLS REAL ESTATE SER<br>11311 N. CENTRAL EXPRESSWAY ST<br>DALLAS TX 75243 | CREDITOR ID: 2347-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE, AL 35631 |
| CREDITOR ID: 1501-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE AL 35631 | CREDITOR ID: 1502-07<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 2348-07<br>KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK RD. STE 100<br>P.O. BOX 5020<br>NEW  HYDE  PARK NY 11042-0020 |
| CREDITOR ID: 1503-07<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 1505-07<br>KIR AUGUSTA 1 044 LLC<br>PO BOX 5020<br>3333 NEW HYDE PARK RD<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 1507-07<br>KIRK MERAUX WINN-DIXIE LLC<br>24E COTA STREET, SUITE 100<br>SANTA  BARBARA, CA 93101 |
| CREDITOR ID: 2350-07<br>KITE COMPANIES<br>MR. DAVE LEE, DIR. OF ASSET MG<br>30 S MERIDIAN ST.<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 1508-07<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO, FL 32886-3312 | CREDITOR ID: 1509-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH FL 32176 |
| CREDITOR ID: 2351-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH, FL 32176 | CREDITOR ID: 2352-07<br>KMART<br>REAL ESTATE DEPARTMENT<br>3100 WEST BIG BEAVER RD<br>TROY MI 48184 | CREDITOR ID: 1510-07<br>KMART CORPORTION<br>12664 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-7019 |
| CREDITOR ID: 1511-07<br>KNIGHTDALE CROSSING LLC<br>C/O MARK PROPERTIES INC MGMT<br>26 PARK PLACE WEST<br>MORRISTOWN, NJ 07960 | CREDITOR ID: 2353-07<br>KONOVER PROPERTY TRUST, INC.<br>%KIMCO REALTY CORPORATION<br>PO BOX 5020 3333 NEW HYDE PARK<br>NEW  HYDE  PARK NY 11042-0020 | CREDITOR ID: 1385-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 |
| CREDITOR ID: 2265-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 | CREDITOR ID: 2356-07<br>KRAVITZ FAMILY TRUST<br>2796 CASIANO ROAD<br>LOS  ANGELES CA 90077-1524 | CREDITOR ID: 1516-07<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 2357-07<br>KRG WATERFORD LAKES, LLCIV, LP<br>ATTN:DIRECTOR OF ASSET MANAGEM<br>30 S MERIDIAN, STE 1100<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 1521-07<br>L W SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA SC 29223 | CREDITOR ID: 2360-07<br>L.R.S. COMPANY<br>903 UNIVERSITY BLVD., N.<br>JACKSONVILLE FL 32211-5527 |
| CREDITOR ID: 2336-07<br>LA GATTA, JOHN H.O.<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 | CREDITOR ID: 2361-07<br>LA GRANGE MARKETPLACE<br>% REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1522-07<br>LA PETITE ROCHE CENTER GENERAL<br>C/O DOYLE ROGERS COMPANY<br>PO DRAWER A<br>BATESVILLE, AR 72503 |

SERVICE LIST

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending**
**Time to Assume or Reject Unexpired Leases of**
**Nonrelational Real Property [D.I. 700]**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 2362-07
LA PETITE ROCHE GEN PTNRSHP
111 CENTER STREET SUITE 1510
LITTLE  ROCK AR 72201

CREDITOR ID: 1523-07
LAFAYETTE LIFE INSURANCE CO
PO BOX 7007
MORTGAGE LOAN 8124
LAFAYETTE, IN 47903

CREDITOR ID: 2337-07
LAGATTA, JOHN
50 WEST LIBERTY STREET, SUITE 1080
RENO NV 89501

CREDITOR ID: 1524-07
LAGRANGE MARKETPLACE LLC
CO RETAIL MANAGEMENT GROUP INC
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 2363-07
LAKE JACKSON TRADING POST
151 SAWGRASS CORNERS DRIVE, SUITE 2
PONTE VEDRA BEACH, FL 32082-1929

CREDITOR ID: 1525-07
LAKE JACKSON TRADNG POST
151 SAWGRASS CORNERS DR  STE 2
PONTE  VEDRA  BEACH FL 32082-1929

CREDITOR ID: 1526-07
LAKE MARY LIMITED PARTNERSHIP
C/O EQUITY INVESTMENT GROUP
111 EAST WAYNE STREET
SUITE 500
FORT  WAYNE, IN 46802

CREDITOR ID: 1527-07
LAKE SUN PROPERTIES LTD
55 E MONROE, STE 1890
CHICAGO, IL 60603-2390

CREDITOR ID: 2364-07
LAKELAND ASSOCIATES, L.P.
314 S MISSOURI AVE  STE 305
CLEARWATER FL 33756

CREDITOR ID: 1528-07
LAKELAND PARTNERS
C/O BRANDYWINE GROUP INC
PO BOX 999
CHADDS FORD, PA 19317-0999

CREDITOR ID: 1531-07
LAND DADE INC
4 MARINA ISLES BLVD
STE 302
INDIAN HARBOUR BCH, FL 32937

CREDITOR ID: 1532-07
LANDING STATION
C/O E&A SOUTHEAST LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 1533-07
LANDSOUTH PARTNERS
5001 N KINGS HIGHWAY
SUITE 203
MYRTLE  BEACH, SC 29577

CREDITOR ID: 1534-07
LANGDALE TIRE CO
ATTN LOUIS CASSOTA
PO BOX 1088
VALDOSTA, GA 31603-1361

CREDITOR ID: 2366-07
LANGDALE TIRE CO
LONGLEAF PROPERTY MANAGEMENT
P.O. BOX 1088
VALDOSTA GA 31603

CREDITOR ID: 2367-07
LANGSTON PLACE
C/O LANGSTON REAL ESTATE
P.O. BOX 'A'
HONEA  PATH SC 29654

CREDITOR ID: 1535-07
LANGSTON PLACE
C/O LANGSTON REAL ESTATE
PO BOX 125
HONEA  PATH, SC 29654-0125

CREDITOR ID: 1536-07
LAPALCO VILLAGE SHOP CEN
7809 AIRLINE HWY SU 309
METAIRIE LA 70003

CREDITOR ID: 2368-07
LAPALCO VILLAGE SHOPPING CENTER
7809 AIRLINE HWY SU 309
METAIRIE, LA 70003

CREDITOR ID: 1537-07
LARAMIE RIVER BAY LP
RIVER BAY PLAZA
PO BOX 6006
HICKSVILLE, NY 11802-6006

CREDITOR ID: 1539-07
LASALA PINEBROOK ASSOCIATES LP
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE, NJ 07470

CREDITOR ID: 2371-07
LASSITER PROPERTIES
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW GA 30260

CREDITOR ID: 1541-07
LAUDERHILL MALL
1267 N W 40TH AVE
LAUDERHILL FL 33313

CREDITOR ID: 2372-07
LAUDERHILL MALL
1267 NW 40TH AVE
LAUDERHILL, FL 33313

CREDITOR ID: 1544-07
LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY NC 28147

CREDITOR ID: 2373-07
LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY, NC 28147

CREDITOR ID: 1545-07
LEESBURG BANSAL LLC
C/O RAM REALTY SERVICES INC
ATT DAVID GOLDSTEIN SUITE 920
7650 COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                           **CASE:   05-11063 (RDD)**

CREDITOR ID: 1845-07
LEFCOURT, SIDNEY
2100 PONCE DE LEON BLVD, STE 800
CORAL  GABLES, FL 33134-5200

CREDITOR ID: 1546-07
LEHMBERG CROSSING LLC
C/O MIDLAND LOAN SVC INC
1223 SOLUTIONS CENTER LB 71722
CHICAGO, IL 60677-1002

CREDITOR ID: 2374-07
LEONARD A. SELBER
HOLLAND & KNIGHT
50 N. LAURA STREET:  #3900
JACKSONVILLE FL 32202

CREDITOR ID: 2375-07
LEONARD R. SETZER
C/O L.R.S. CO.
903 UNIVERSITY BLVD. N.
JACKSONVILLE FL 32211

CREDITOR ID: 1549-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE CO
1349 W PEACHTREE STREET SUITE
ATLANTA, GA 30309

CREDITOR ID: 1548-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE & CO
1349 WEST PEACHTREE STREET
ATLANTA, GA 30309-2956

CREDITOR ID: 1550-07
LIBBY CROSS STATION ENTERPRISE
ATTN: RUSS CANNANE
803 COMMONWEALTH DRIVE
WARRENDALE, PA 15086

CREDITOR ID: 1552-07
LIFE INSURANCE CO OF GEORGE
C/O COLLIERS CAUBLE
ATTN: JEAN
1349 W PEACHTREE STREET NE
ATLANTA, GA 30309-2956

CREDITOR ID: 2376-07
LIFE INSURANCE COMPANY OF GEORGIA
5780 POWERS FERRY RD NW
ATLANTA GA 30327

CREDITOR ID: 2378-07
LIFTER REALTY
17760 NW 2ND AVE., STE 200
MIAMI FL 33169

CREDITOR ID: 2377-07
LIFTER REALTY
17760 NW 2ND AVE,STE 200
C/O BENNETT M. LIFTER
MIAMI FL 33169

CREDITOR ID: 2078-07
LIFTER, BENNET M.
LIFTER ENTERPRISES
17760 NW SECOND AVE., SUITE 200
MIAMI FL 33169

CREDITOR ID: 1553-07
LINCOLN SQUARE PARTNERS LP
3212 BROOKWOOD DR
HATTIESBURG MS 39401

CREDITOR ID: 2379-07
LINCOLN SQUARE PARTNERS LP
3212 BROOKWOOD DR
HATTIESBURG, MS 39401

CREDITOR ID: 1554-07
LINCOLN TRUST COMPANY
6312 SOUTH FIDDLERS GREEN CIRC
SUITE 400 E  ACCT# 65080211 TE
ENGLEWOOD CO 80111

CREDITOR ID: 2380-07
LINCOLN TRUST COMPANY, CUSTODIAN
FBO JOHN C. STROUGO
6312 S. FIDDLERS GREEN CIRCLE
ENGLEWOOD, CO 80111

CREDITOR ID: 1555-07
LINPRO INVESTMENTS INC
C/O PRECISE PROPERTY
6761 WEST INDIAN TOWN ROAD
JUPITER, FL 33458

CREDITOR ID: 1556-07
LISETTE STANISH AS TRUSTEE
1405 SW 107TH AVE SUITE 301-B
MIAMI FL 33174

CREDITOR ID: 2358-07
LJ MELODY & COMPANY
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 1518-07
LJ MELODY & COMPANY
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 1517-07
LJ MELODY & COMPANY
C/O BANK ONE
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 2382-07
LOCKWOOD ASSOC OF GA LP
80 W WIEUCA RD STE 302
ATLANTA, GA 30342

CREDITOR ID: 1559-07
LOCKWOOD ASSOC OF GA LTD PTR
80 WEST WIEUCA RD SUITE 302
ATLANTA GA 30342

CREDITOR ID: 1520-07
LOL LLC
6915 RED ROAD
SUITE 205
CORAL  GABLES, FL 33143

CREDITOR ID: 1560-07
LONDON ASSOCIATES LTD
C/O AMERA REALTY SERVICES INC
2900 UNIVERSITY DRIVE
CORAL SPRINGS, FL 33065

CREDITOR ID: 2383-07
LOUIS PERLIS
P.O. BOX 1097
CORDELE GA 31010

CREDITOR ID: 2384-07
LPI CALHOUN, INC
3000 CORPORATE CENTER DR
SUITE 300
MORROW GA 30260

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:   WINN-DIXIE STORES, INC.**                                 **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2385-07<br>LPI COLUMBUS, INC.<br>3000 CORPORATE CENTER DRIVE<br>SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 1561-07<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HIGHWAY<br>SUITE 702 B<br>MIAMI, FL 33133-1900 | CREDITOR ID: 2386-07<br>LPI MILLEDGEVILLE, INC<br>SUITE 300<br>3000 CORPORATE CENTER DRIVE<br>MORROW GA 30260 |
| CREDITOR ID: 2387-07<br>LPI/KEY WEST ASSOCIATES, LTD.<br>8925 S.W. 148TH STREET<br>SUITE 218<br>MIAMI FL 33176 | CREDITOR ID: 1562-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE AR 72503 | CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503 |
| CREDITOR ID: 1563-07<br>LUCY COMPANY OF SOUTH CAROLINA<br>C/O GRUBB & ELLIS WILSON/KIBLER<br>PO BOX 11312<br>COLUMBIA, SC 29211 | CREDITOR ID: 1564-07<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 2359-07<br>LW SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA, SC 29223 |
| CREDITOR ID: 2389-07<br>M & P INVESTMENT COMPANY<br>1230 GRANT BUILDING<br>ATTN: BETH HOFFMAN<br>PITTSBURGH PA 15219 | CREDITOR ID: 1565-07<br>M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL RD<br>LAKE SHORE VILLAGE<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 2538-07<br>MACKEY, SANDRA<br>3590 CLOUDLAND DRIVE NW<br>ATLANTA, GA 30327 |
| CREDITOR ID: 1568-07<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211 | CREDITOR ID: 2392-07<br>MALCOLM ROSENBERG<br>840 UNION STREET<br>SALEM VA 24153-5121 | CREDITOR ID: 267919-14<br>MANATEE COUNTY TAX COLLECTOR<br>ATTN: KEN BURTON JR<br>819 301 BLVD W<br>BRADENTON FL 34205-7906 |
| CREDITOR ID: 1571-07<br>MANATEE VILLAGE INVESTMENTS IN<br>C/O IN-REL MANAGEMENT INC<br>2328 TENTH AVENUE NORTH<br>LAKE WORTH, FL 33461 | CREDITOR ID: 1572-07<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE, FL 32235-0688 | CREDITOR ID: 2393-07<br>MANDARIN\LORETTO DEVELOPMENT,LTD<br>P.O BOX 350688<br>JACKSONVILLE FL 32235-0688 |
| CREDITOR ID: 1573-07<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>MIAMI, FL 33126 | CREDITOR ID: 1574-07<br>MARIONS HOPE LLC<br>C/O WACHOVIA SECURITIES<br>555 CALIFORNIA STREET<br>SUITE 23<br>SAN FRANCISCO, CA 94104 | CREDITOR ID: 1929-07<br>MARKET AT BYRAM LLC, THE<br>112 SHEFFIELD LOOP, SUITE D<br>HATTIESBURG, MS 39402 |
| CREDITOR ID: 1575-07<br>MARKET PLACE PARTNERS<br>MARKET PLACE MGMT INC<br>449 SOUTH WRENN STREET<br>HIGH POINT, NC 27260 | CREDITOR ID: 1576-07<br>MARKET SQUARE INC<br>% MERCHANTS PROPERTY GROUP INC<br>PO BOX 3040<br>DULUTH GA 30096 | CREDITOR ID: 1577-07<br>MARKETOWN INVESTORS INC<br>PO BOX 2130<br>BAY  ST  LOUIS MS 39521-2130 |
| CREDITOR ID: 2394-07<br>MARKETOWN INVESTORS INC<br>PO BOX 2130<br>BAY SAINT LOUIS, MS 39521 | CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O REGENCY PROPERTY SERVICES<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 1578-07<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                                         **CASE:   05-11063 (RDD)**

CREDITOR ID: 1579-07
MARKETPLACE OF DELRAY LTD
C/O RAM REALTY SERVICES
3399 PGA BLVD
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1580-07
MARKETPLACE SHOPPING CENTER
C/O EDENS & AVANT
FINANCING II LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 2395-07
MARRERO LAND & IMPROVEMENT ASSOC.
WESTWOOD SHOPPING CENTER
5201 WESTBANK EXPRESSWAY
MARRERO LA 70072

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNERSHIP
7452 JAGER COURT
CINCINNATI, OH 45230

CREDITOR ID: 1581-07
MASON SHOPPING CENTER PARTNSHP
7452 JAGER COURT
CINCINNATI OH 45230

CREDITOR ID: 2397-07
MAST DRUG COMPANY
ROUTE 4 BOX 425
HENDERSON NC 27536

CREDITOR ID: 2398-07
MATTIE EQUITY, LLC
5850 FAYETTEVILLE ROAD, STE 20
DURHAM NC 27713

CREDITOR ID: 2399-07
MB VENTURE LTD
C/O IRWIN H MILLER
PO BOX 46468
ST PETERSBURG FL 33741

CREDITOR ID: 1582-07
MCCOMB ASSOCIATES
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA, GA 30339

CREDITOR ID: 1583-07
MCDONOUGH MARKETPLACE PARTNERS
BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 2400-07
MCDONOUGH MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 1584-07
MCDUFFIE SQUARE L P
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA GA 30917-4227

CREDITOR ID: 2401-07
MCDUFFIE SQUARE L P
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 2225-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1316-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1586-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON AL 36202

CREDITOR ID: 2402-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON, AL 36202

CREDITOR ID: 1588-07
MDC SOUTH WIND LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1589-07
MDC WESTGATE LTD
MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1590-07
MELBOURNE BEACH LLC
C/O WESTCO DEVELOPMENT
3125 SOUTHWEST MAPP ROAD
PALM CITY, FL 34990

CREDITOR ID: 1591-07
MELLON TRUST OF CALIFORNIA
SAMUAL OSCHIN TRUSTEE
ATTN PATRICIA WHITELEY
400 SOUTH HOPE ST STE 400
LOS ANGELES, CA 90071-2806

CREDITOR ID: 1592-07
MERCHANTS SQUARE INVESTMENTS
4852 JIMMY CARTER BOULEVARD, STE A
NORCROSS, GA 30093

CREDITOR ID: 1593-07
MERIDIAN SUPERMARKET LLC
24E COTA STREET
SUITE 100
SANTA BARBARA, CA 93101

CREDITOR ID: 2403-07
METRO INTERNATIONAL PROP FUN IV LP
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C2A8
CANADA

CREDITOR ID: 1594-07
METRO INTERNATIONAL PROPERTY
% NAVONA INVESTORS
2 EVA RD STE 221
ETOBICOKE ON
CANADA

CREDITOR ID: 2404-07
METRO INTERNATIONAL PROPERTY FUND
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C 2A8
CANADA

CREDITOR ID: 1595-07
MIAMI GARDENS ACQUISITION LLC
C/O WHARTON REALTY GROUP INC
8 INDUSTRIAL WAY EAST
EATONTOWN, NJ 07724

**SERVICE LIST**

Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:   WINN-DIXIE STORES, INC.**                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1596-07<br>MID AMERICAN MANAGEMENT CORP<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | CREDITOR ID: 1597-07<br>MID SOUTH YAZOO LP<br>ATTN: SCOT LUTHER<br>4502 HOLLY ST<br>BELLAIRE, TX 77401 | CREDITOR ID: 2407-07<br>MIKE KENNELLY<br>4015 SANTA BARBARA BLVD<br>NAPLES FL 34104 |
| CREDITOR ID: 2408-07<br>MILESTONE PROPERTIES<br>C/O MILESTONE PROPERTIES<br>200 CONGRESS PARK DR. #103<br>DELRAY  BEACH FL 33445 | CREDITOR ID: 1602-07<br>MILFORD STATION LTD<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 2409-07<br>MILFORD STATION LTD<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 1603-07<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE, FL 34786 | CREDITOR ID: 1604-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH FL 33010 | CREDITOR ID: 2410-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH, FL 33010 |
| CREDITOR ID: 1605-07<br>MITCHELL CO<br>ATTN: CONTROL RENT CLERK<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | CREDITOR ID: 1607-07<br>MODERN WOODMAN OF AMERICA<br>C/O THE INTERLACHEN CO<br>PO BOX 1916<br>WINTER  PARK, FL 32790 | CREDITOR ID: 1609-07<br>MODERN WOODMEN OF AMERICA<br>C/O INTERLACHEN COMPANY<br>PO BOX 1916<br>WINTER  PARK, FL 32790 |
| CREDITOR ID: 1608-07<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND IL 61201 | CREDITOR ID: 2411-07<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND, IL 61201 | CREDITOR ID: 1610-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH FL 33012-6670 |
| CREDITOR ID: 2412-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH, FL 33012-6670 | CREDITOR ID: 1611-07<br>MONROEVILLE CENTER PARTNERS LTD<br>PO BOX 230<br>POINT  CLEAR, AL 36564 | CREDITOR ID: 1612-07<br>MOORINGS OF MANATEE INC<br>430 INTERSTATE COURT<br>SARASOTA FL 34240 |
| CREDITOR ID: 2413-07<br>MOORINGS OF MANATEE INC<br>430 INTERSTATE COURT<br>SARASOTA, FL 34240 | CREDITOR ID: 1614-07<br>MORRIS TRACK CORP &<br>WILLISTON HIGHLANDS<br>DEVELOPMENT CORP PTNRSHP/NP<br>2601 BISCAYNE BLVD<br>MIAMI, FL 33137 | CREDITOR ID: 1615-07<br>MORRO PALMS SHOPPING CENTER<br>WELLS FARGO BANK CLNT SERV CNT<br>420 MONTGOMERY STREET, 7TH FLOOR<br>SAN  FRANCISCO, CA 94104-7700 |
| CREDITOR ID: 2414-07<br>MORRO PALMS SHOPPING CENTER PART<br>C/O MRS. MONA GELLER, TRUSTEE<br>2938 DIVISADERO STREET<br>SAN  FRANSICO CA 94123 | CREDITOR ID: 1617-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY TN 37602-4034 | CREDITOR ID: 2417-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY, TN 37602-4034 |
| CREDITOR ID: 1620-07<br>MR MALCOLM ROSENBERG<br>C/O ALLSTORE<br>2734 COLONIAL AVENUE<br>ROANOKE, VA 24015 | CREDITOR ID: 2418-07<br>MR ROBERT S SMALL<br>P O BOX 10287<br>GREENVILLE SC 29603 | CREDITOR ID: 2419-07<br>MR SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS  ANGELES CA 90024 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:   WINN-DIXIE STORES, INC.**                                          **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2420-07<br>MR. FRED D. BENTLEY, SR.<br>241 WASHINGTON AVENUE<br>PO BOX 968<br>MARIETTA GA 30060 | CREDITOR ID: 2421-07<br>MR. LOUIS FEIL<br>C/O THE FEIL ORGANIZATION<br>370 SEVENTH AVE STE 618<br>NEW YORK NY 10001 | CREDITOR ID: 2424-07<br>MR. MARC DILORENZO<br>1530 PALWARE AVENUE SUITE 15F<br>FORT LEE NJ 07024-1335 |
| CREDITOR ID: 2422-07<br>MR. MARC DILORENZO<br>1530 PALISADE AVENUE<br>SUITE 15-F<br>FORT LEE NJ 07024-1335 | CREDITOR ID: 2425-07<br>MR. SAM GENIRBERG<br>1707 ARLINGTON BLVD<br>EL CERRITO CA 94530 | CREDITOR ID: 1622-07<br>MT DORA MARKETPLACE LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 |
| CREDITOR ID: 2426-07<br>MT DORA MARKETPLACE LTD<br>6353 W. ROGERS CIRCLE<br>SUITE 1<br>BOCA RATON FL 33487-2757 | CREDITOR ID: 1623-07<br>MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK HILL SC 29732-4452 | CREDITOR ID: 2427-07<br>MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK HILL, SC 29732-4452 |
| CREDITOR ID: 2428-07<br>MYSTIC L.L.C.<br>P.O. BOX 100<br>PLATTENVILLE LA 70393 | CREDITOR ID: 1624-07<br>N K C PROPERTIES<br>P O BOX 4479<br>DALTON GA 30719 | CREDITOR ID: 2430-07<br>N O M PROPERTIES INC<br>P O BOX 680176<br>PRATTVILLE AL 36068 |
| CREDITOR ID: 1626-07<br>NALLEY CONSTRUCTION CO INC<br>C/O PICKENS PARTNERSHIP<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 2257-07<br>NALLEY, GEORGE B. JR.<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 1374-07<br>NALLEY, GEORGE B. JR.<br>C/O GBN PROPERTIES #1<br>PO BOX 1929<br>EASLEY SC 29641-1929 |
| CREDITOR ID: 1375-07<br>NALLEY, GEORGE B. JR.<br>C/O LAURENS SHOPPING CENTER<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 1627-07<br>NAPLES SOUTH REALTY ASSOCIATES<br>C/O AMERICAN COMMERCIAL REALTY<br>4400 PGA BLVD, SUITE 305<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1628-07<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANGEMENT INC<br>2299 S W 37TH AVE<br>MIAMI, FL 33145 |
| CREDITOR ID: 2331-07<br>NASSAR, JAMIL G. MD TRUSTEE<br>27030 PACIFIC TERRANCE DRIVE<br>MISSION VIEJO CA 92692 | CREDITOR ID: 1629-07<br>NATIONAL WESTERN INSURANCE COMPANY<br>ATTN: MORTAGE LOAN DEPT<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 | CREDITOR ID: 1630-07<br>NATIONAL WESTERN LIFE INSURANCE<br>ATTN MTG LOAN DEPT FOR STORE #<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 |
| CREDITOR ID: 1631-07<br>NAVARRE SQUARE<br>C/O RUTLAND VAN CAMP ASSOC<br>PO BOX 230758<br>MONTGOMERY, AL 36123 | CREDITOR ID: 1632-07<br>NB/85 PROPERTIES WAYNE M RUBEN<br>C/O BENDERSON DEVE CO<br>BRADEN RIVER PO LEASE # 49705<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 1633-07<br>NDC ASSET MANAGEMENT<br>C/O TOWER CENTER ASSOCIATES<br>4415 FIFTH AVENUE<br>PITTSBURGH, PA 15213 |
| CREDITOR ID: 1635-07<br>NEW ENGLAND REALTY RESOURCES<br>C/O JOSEPH NORRIS<br>10 WINTHROP SQUARE<br>BOSTON, MA 02110 | CREDITOR ID: 2432-07<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS GA 31904 | CREDITOR ID: 1641-07<br>NEW PLAN EXCEL REALTY TRUST<br>ACCOUNT #852487<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-1334 |

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                              **CASE:   05-11063 (RDD)**

CREDITOR ID: 1640-07
NEW PLAN EXCEL REALTY TRUST
ACCOUNT #193007
4536 COLLECTIONS CENTER DR
CHICAGO IL 60693

CREDITOR ID: 1636-07
NEW PLAN EXCEL REALTY TRUST
4536 COLLECTIONS CENTER DR
ACCT # 194012
CHICAGO IL 60693

CREDITOR ID: 2433-07
NEW PLAN EXCEL REALTY TRUST
1120 AVE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 1644-07
NEW PLAN EXCEL REALTY TRUST INC
PO BOX 402938
ATLANTA, GA 30384-2938

CREDITOR ID: 2436-07
NEW PLAN EXCEL REALTY TRUST INC
ACCT 186002
1120 AVE OF AMERICAS, 12TH FL
NEW YORK NY 10036

CREDITOR ID: 2435-07
NEW PLAN EXCEL REALTY TRUST INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 2437-07
NEW PLAN EXCEL REALTY TRUST, INC.
1120 AVENUE OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2441-07
NEW PLAN EXCHANGE PROPERTY OWNER I
C\O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2442-07
NEW PLAN NORMANDY SQUARE,LLC
C\O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2443-07
NEW PLAN REALTY OF ALABAMA INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 1645-07
NEW PLAN REALTY TRUST
4536 COLLECTIONS CENTER DRIVE
ACCT# 219006
CHICAGO, IL 60693

CREDITOR ID: 1646-07
NEWBERRY SQUARE SHOPPING CENTER
L-1342
COLUMBUS, OH 43260

CREDITOR ID: 1647-07
NEWTON ASSOCIATES
C/O RICHARD G HOEFLING
7421 CARMEL EXECUTIVE PARK, SUITE 2
CHARLOTTE, NC 28226

CREDITOR ID: 2444-07
NEWTON DEVELOPMENT, INC
250 WASHINGTON STREET
PRATTVILLE AL 36067

CREDITOR ID: 2445-07
NEWTON OLDACRE MCDONALD
P.O. BOX 680176
ATTN: LEASE DEPT.
PRATTVILLE AL 36068

CREDITOR ID: 2429-07
NKC PROPERTIES
PO BOX 4479
DALTON, GA 30719

CREDITOR ID: 1648-07
NMB PARTNERS L P
ATTN: ELTING L CHAPMAN III
PO BOX 2384
MURRELLS  INLET, SC 29576

CREDITOR ID: 2449-07
NOBLE MANAGEMENT
5821 LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1649-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE FL 33310-0849

CREDITOR ID: 2450-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE, FL 33310-0849

CREDITOR ID: 2451-07
NOBLE PROPERTIES
5821-C LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1625-07
NOM PROPERTIES INC
1689 PAYSPHERE CIRCLE
CHICAGO, IL 60674-1689

CREDITOR ID: 1650-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE FL 32216

CREDITOR ID: 2452-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE, FL 32216

CREDITOR ID: 1651-07
NORTH & SOUTH STATION
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
1 FINANCIAL PLAZA
FT LAUDERDALE, FL 33394

CREDITOR ID: 1652-07
NORTH COLUMBUS CROSSING SHOPPING CT
ATTN: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS, GA 31904

CREDITOR ID: 1653-07
NORTH HIXSON MARKETPLACE LLC
6111 PEACHTREE DUNWOODY ROAD
BUILDING F  SUITE 203
ATLANTA, GA 30328

SERVICE LIST
**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                          **CASE:    05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1654-07<br>NORTH MADISON ASSOCIATES LTD<br>PO BOX 12767<br>2117 SECOND AVENUE NORTH<br>BIRMINGHAM, AL 35202-2767 | CREDITOR ID: 1655-07<br>NORTH PORT VILLAGE SHOPPING<br>CENTER ASSOCIATES LTD<br>C/O ISRAM REALTY & MANGMT INC<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 | CREDITOR ID: 2453-07<br>NORTH SHORE CROSSINGS, LLC<br>GREAT SOUTH MANAGEMENT, LLC<br>217 JAMESTOWN PARK RD. SUITE #<br>BRENTWOOD TN 37027 |
| CREDITOR ID: 1656-07<br>NORTHCROSS LAND & DEVELOPMENT<br>PO BOX 403155<br>ATLANTA, GA 30384 | CREDITOR ID: 2454-07<br>NORTHCROSS LAND & DEVELOPMENT, LP<br>3800 ARCO CORPORATE DR, SUITE<br>CHARLOTTE NC 28273 | CREDITOR ID: 1657-07<br>NORTHEAST PLAZA ASSOCIATES<br>1345 MAIN STREET, SUITE C 2<br>SARASOTA, FL 34236-5019 |
| CREDITOR ID: 1659-07<br>NORTHSIDE ASSOCIATES LLC<br>C/O GABRIEL JEIDEL<br>16 EAST 34TH ST., 16TH FLOOR<br>NEW YORK, NY 10016-4328 | CREDITOR ID: 1660-07<br>NORTHSIDE DEVELOPMENT GROUP<br>C/O BLANCHARD & CALHOUN COMMER<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909-1808 | CREDITOR ID: 1661-07<br>NORTHSIDE SHOPPING CENTER<br>C/O TALCOR COMMERCIAL REAL EST<br>1018 THOMASVILLE RD SUITE 200A<br>TALLAHASSEE, FL 32303 |
| CREDITOR ID: 1662-07<br>NORTHWAY INVESTMENTS LLC<br>C/O DBR ASSET MGMT LLC<br>1 FINANCIAL PLACE SUITE 2001<br>FORT LAUDERDALE, FL 33394 | CREDITOR ID: 1663-07<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE CCIM<br>1855 LAKELAND DRIVE<br>JACKSON, MS 39216-5763 | CREDITOR ID: 1664-07<br>NORTHWOOD OAKS LLC PROVIDENCE<br>PO BOX 60608<br>CHARLOTTE, NC 28260-0608 |
| CREDITOR ID: 1665-07<br>NORTHWOOD PLAZA LLC<br>8302 LAUREL FAIR CIRCLE, STE 100<br>TAMPA, FL 33610-0637 | CREDITOR ID: 2456-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD, SC 29648-1095 | CREDITOR ID: 1667-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD SC 29648-1095 |
| CREDITOR ID: 2457-07<br>OAKS SHOPPING CENTER INC<br>806 E 25TH ST<br>SANFORD, FL 32771-4548 | CREDITOR ID: 1668-07<br>OAKS SHOPPING CENTER INC<br>806 E 25TH ST<br>SANFORD FL 32771-4548 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT ROAD<br>SUITE 300<br>MARIETTA, GA 30066 |
| CREDITOR ID: 1666-07<br>O'BRIEN KIERNAN INVESTMENT COMPANY<br>1255 POST STREET, SUITE 950<br>SAN FRANCISCO, CA 94109 | CREDITOR ID: 2458-07<br>OCALA NORTH SHOPPING CENTER<br>% CHARLES WAYNE PROPERTIES, IN<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 1670-07<br>OCEANWAY PLAZA ASSOC LTD<br>C/O FLETCHER BRIGHT COMPANY<br>1827 POWERS FERRY ROAD<br>ATLANTA, GA 30339 |
| CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOCIATION<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 | CREDITOR ID: 2073-07<br>O'NEILL, BARRY F.<br>1355 TERRELL MILL ROAD, BLDG. 1<br>MARIETTA GA 30067 | CREDITOR ID: 1673-07<br>ORANGE GROVE SHOPPING CENTER<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>MEMPHIS, TN 38119-3661 |
| CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 1675-07<br>ORIX REAL ESTATE CAPITAL MARKET<br>1717 MAIN ST 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 2459-07<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE SUITE 360<br>STOCKTON CA 95219 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1809-07<br>OSCHIN, SAMUEL, TRUSTEE<br>M OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>400 SOUTH HOPE STREET<br>SUITE 400<br>LOS ANGELES, CA 90071-2806 | CREDITOR ID: 1808-07<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET<br>SUITE 400<br>LOS ANGELES, CA 90071-2806 | CREDITOR ID: 1677-07<br>PAJ<br>893 FOX CREEK LANE<br>CINCINNATI OH 45233 |
| CREDITOR ID: 1678-07<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1679-07<br>PALM AIRE MARKETPLACE<br>3333 NEW HYDE PARK RD<br>PO BOX 5020<br>NEW  HYDE  PARK, NY 11042-0020 | CREDITOR ID: 1680-07<br>PALM BAY WEST<br>C/O EDENS & AVANT<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1681-07<br>PALM BEACH 2000 INC<br>C/O DACAR MANAGEMENT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004-0992 | CREDITOR ID: 1682-07<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>525 PHARR ROAD<br>ATLANTA, GA 30305 | CREDITOR ID: 2462-07<br>PALM TRAILS PLAZA<br>C/O REGENCY CENTERS L P<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 1683-07<br>PALM TRAILS PLAZA<br>C/O REGANCY CENTERS LP<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 2463-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA PATH, SC 29654 |
| CREDITOR ID: 1684-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA  PATH SC 29654 | CREDITOR ID: 1685-07<br>PARADISE ISLE LLC<br>C/O C L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 1686-07<br>PARK PLAZA LLC<br>C/O REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON, SC 29072 |
| CREDITOR ID: 1687-07<br>PARK PLAZA SHOPPING CENTER LLC<br>PO BOX 24087<br>NEW ORLEANS, LA 70184 | CREDITOR ID: 2464-07<br>PARK PLAZA SHOPPING CTR LLC<br>1151 ROBERT E LEE BLVD<br>NEW  ORLEANS LA 70124-0005 | CREDITOR ID: 2465-07<br>PARK SLOPE DEVELOPMENT CORPORATION<br>ATTN: LENARD THYLAN, PRES.<br>369 LEXINGTON AVENUE<br>NEW  YORK NY 10017 |
| CREDITOR ID: 2466-07<br>PARKLAND PARTNERSHIP LP<br>PO BOX 8509<br>COLUMBIA, SC 29202 | CREDITOR ID: 1688-07<br>PARKLAND PARTNERSHIP LP<br>POST OFFICE BOX 8509<br>COLUMBIA SC 29202 | CREDITOR ID: 1690-07<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O CASTO<br>191 W NATIONWIDE BLVD STE 200<br>COLUMBUS, OH 43215-2568 |
| CREDITOR ID: 2467-07<br>PASS CHRISTIAN VILLAGE<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 1692-07<br>PASS CHRISTIAN VILLAGE<br>P O BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 1694-07<br>PATTON PLAZA LLC<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY AL 36117 | CREDITOR ID: 1695-07<br>PAW CREEK CROSSING<br>C/O LAT PURSER & ASSOCIATES<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 | CREDITOR ID: 1698-07<br>PEARL BRITTAIN INC<br>ATTN: CYNTHIA FLETCHER<br>1422 BURTONWOOD DRIVE<br>GASTONIA, NC 28054 |

# SERVICE LIST

## Bridge Order Under 11 U.S.C. 365(d)(4) Extending
## Time to Assume or Reject Unexpired Leases of
## Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2469-07<br>PEARL BRITTAIN, INC.<br>ATTN:  MR. JOSEPH PEARSON<br>710 SOUTH MARIETTA STREET<br>GASTONIA NC 28052 | CREDITOR ID: 1486-07<br>PEARLMAN, JEROME H AND FAITH  TR<br>C/O JEROME H AND FAITH PERLMAN<br>828 WOODACRES ROAD<br>SANTA MONICA CA 90402 | CREDITOR ID: 2470-07<br>PELICAN ASSOCIATES<br>C/O INGBER & KLAPPER LLP<br>575 LEXINGTON AVENUE, 31ST FLO<br>NEW YORK NY 10022 |
| CREDITOR ID: 1699-07<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>350 BEDFORD STREET SUITE 307<br>STAMFORD, CT 06901 | CREDITOR ID: 1700-07<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 2471-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 |
| CREDITOR ID: 1701-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE FL 32205-7645 | CREDITOR ID: 1702-07<br>PENMAN PLAZA ASSOCIATES LTD<br>3715 NORTHSIDE PKWY NW<br>300 NORTHCREEK STE 105<br>ATLANTA, GA 30327 | CREDITOR ID: 1703-07<br>PEREGINE PROPERTIES LP<br>C/O PRINCIPLE MUTUAL LIFE<br>ASSURANCE #399570<br>PO BOX 10387<br>DES  MOINES, IA 50306-0387 |
| CREDITOR ID: 2473-07<br>PEREGRINE PROPERTIES L P<br>711 HIGH STREET REF NO 750421<br>DES  MOINES IA 50392 | CREDITOR ID: 2472-07<br>PEREGRINE PROPERTIES L P<br>711 HIGH STREET<br>DES  MOINES IA 50392 | CREDITOR ID: 2474-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS, GA 31533-0269 |
| CREDITOR ID: 1704-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 1705-07<br>PERIPETY GROUP INC  C/O COMM P<br>3605 SANDY PLAINS RD, SUITE 240-178<br>MARIETTA, GA 30066 | CREDITOR ID: 2475-07<br>PHIL & SHARON DRAKE<br>106 PALMER STREET<br>FRANKLIN NC 28734 |
| CREDITOR ID: 2476-07<br>PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>PO BOX 3211<br>CLEARWATER, FL 33767 | CREDITOR ID: 1706-07<br>PHOENIX JR INC<br>P O BOX 3211<br>CLEARWATER FL 33767 |
| CREDITOR ID: 2478-07<br>PICKENS PARTNERSHIP<br>P.O BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 1707-07<br>PINAR ASSOC SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939-1229 | CREDITOR ID: 1708-07<br>PINE ISLAND SHOPPING CENTER<br>C/O THE BIRCH CO<br>PO BOX 61156<br>FT  MYERS, FL 33906 |
| CREDITOR ID: 1709-07<br>PINE PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>925 SOUTH FEDERAL HIGHWAY<br>BOCA  RATON, FL 33432 | CREDITOR ID: 1711-07<br>PINEROOTS LLC<br>C/O GORDON P SUMMERS JR MGR<br>PO BOX 1565<br>LAKE CITY, FL 32056 | CREDITOR ID: 1712-07<br>PINES/CARTER<br>C/O PINES GROUP INC<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 1713-07<br>PINETREE PARTNERS LTD<br>113 BASCOM COURT, SUITE A<br>COLUMBUS, GA 31909-8562 | CREDITOR ID: 1714-07<br>PINEWOOD PLAZA ASSOCIATES<br>C/O RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PARK<br>CHARLOTTE, NC 28226 | CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |

SERVICE LIST

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1716-07<br>PLAZA WEST 15190117351<br>1ST UNION NATL BK MAIL DEPT<br>PO BOX 522817<br>MIAMI, FL 33152-2817 | CREDITOR ID: 2277-07<br>PLUNKETT, H.C.<br>PO BOX 5306<br>JACKSON MS 39296-5306 | CREDITOR ID: 1403-07<br>PLUNKETT, H.C.<br>PO BOX 5306<br>JACKSON MS 39296-5306 |
| CREDITOR ID: 1402-07<br>PLUNKETT, H.C.<br>C/O BATESVILLE SECURITY BANK<br>TMAS 7300228<br>PO BOX 690<br>BATESVILLE MS 38606 | CREDITOR ID: 1717-07<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>5200 PARK ROAD<br>SUITE 120<br>CHARLOTTE, NC 28209 | CREDITOR ID: 1918-07<br>POMPANO MARKETPLACE T/A WESTERN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 |
| CREDITOR ID: 1719-07<br>PONCE REALTY COMPANY<br>C/O SOUTHERN MGMT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 1720-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE NC 28305 | CREDITOR ID: 2479-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE, NC 28305 |
| CREDITOR ID: 1721-07<br>POPPS FERRY MS DEV<br>P O BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 2480-07<br>POPPS FERRY MS DEV<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL, GA 30076-3239 |
| CREDITOR ID: 1781-07<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 1723-07<br>PRB INVESTMENTS LLC<br>ATTN: PHILLIP BULLIARD<br>2424 EDENBORN AVENUE<br>SUITE 600<br>METAIRIE, LA 70001 | CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, L.P.<br>1717 WOODSTEAD COURT<br>THE  WOODLANDS TX 77380-0077 |
| CREDITOR ID: 1726-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE NC 28204-2857 | CREDITOR ID: 2483-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE, NC 28204-2857 | CREDITOR ID: 1727-07<br>PRIME SHOPPES PARTNERS<br>C/O BRANDY ONE REAL ESTATE MGMT<br>2 PONDS EDGE DR<br>CHADDS FORD, PA 19317 |
| CREDITOR ID: 1728-07<br>PRIMO JUSTICE PROPERTIES LLC<br>ATTN:  TERESA SCIAPPA<br>PO BOX 1493<br>STEUBENVILLE, OH 43952 | CREDITOR ID: 1729-07<br>PRINCIPAL CAPITAL MANAGEMENT<br>LOAN #751639<br>PO BOX 8245<br>DES MOINES, IA 50301-8245 | CREDITOR ID: 1730-07<br>PRINCIPAL LIFE INSURANCE CO<br>C/O PRINCIPAL CAPITAL MGMT LN#75<br>ATTN:  CONNIE COLE<br>801 GRAND AVE<br>DES MOINES, IA 50392 |
| CREDITOR ID: 2484-07<br>PRINCIPAL LIFE INSURANCE CO.<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 | CREDITOR ID: 1734-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>PO BOX 10387<br>LOAN 399600<br>DES MOINES IA 50306 | CREDITOR ID: 2485-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 |
| CREDITOR ID: 1742-07<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 8245<br>LOAN D 750962<br>DES MOINES, IA 50306-8245 | CREDITOR ID: 2486-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33063-4246 | CREDITOR ID: 1743-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE FL 33063-4246 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1744-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1023<br>GREENVILLE SC 29602-1806 | CREDITOR ID: 1745-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1235<br>GREENVILLE, SC 29602-1806 | CREDITOR ID: 1747-07<br>PROM VENTURE LIMITED PARTNERSHIP<br>C/O GUMBERG ASSET MGMT CORP<br>PO BOX 951559<br>CLEVELAND, OH 44193-0124 |
| CREDITOR ID: 2487-07<br>PROMENADES MALL (E & A), LLC<br>900 NATIONS BNK PLZ, 1901 MAIN<br>ATTN: JODIE MCLEAN<br>COLUMBIA SC 29202 | CREDITOR ID: 1746-07<br>PROMENADES MALL, LLC<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2488-07<br>PROPERTY CONCEPTS INC<br>545 WATERGATE CT<br>ROSWELL GA 30076-3239 |
| CREDITOR ID: 2489-07<br>PROPERTY ONE, INC.<br>2014 WEST PINHOOK ROAD<br>SUITE 705<br>LAFAYETTE LA 70508-8505 | CREDITOR ID: 1749-07<br>PSMA LTD AP FLA FP FLA TIC<br>C/O PHILIPS INTL HOLDING CORP<br>295 MADISON AVE 2ND FLOOR<br>NEW YORK, NY 10017-5820 | CREDITOR ID: 1750-07<br>QUAIL ROOST ASSOC. PARTNERSHIP<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES, FL 33146 |
| CREDITOR ID: 1751-07<br>QUAIL RUN VILLAGE<br>FRANCIS CARRINGTON<br>PO BOX 1328<br>EUREKA, CA 95502 | CREDITOR ID: 2491-07<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 1752-07<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS  FORD PA 19317 |
| CREDITOR ID: 2492-07<br>R.V. MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE, N E<br>BAINBRIDGE  ISLAND WA 98110-1482 | CREDITOR ID: 1755-07<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST  PETERSBURG  BEACH FL 33741-6345 | CREDITOR ID: 2493-07<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST PETERSBURG  BEACH, FL 33741-6345 |
| CREDITOR ID: 1756-07<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN AL 35902 | CREDITOR ID: 2494-07<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN, AL 35902 | CREDITOR ID: 1757-07<br>RAINBOW SPRINGS VENTURES LC<br>C/O CHASE ETERPRISES<br>ONE COMMERCIAL PLAZA<br>HARTFORD, CT 06103 |
| CREDITOR ID: 2495-07<br>RAINSAN PROPERTIES,LLC<br>C\O KIN PROPERTIES, INC<br>185 NW SPANISH RIVER BLVD, STE<br>BOCA  RATON FL 33431-4230 | CREDITOR ID: 1758-07<br>RALPH MEITIN FAMILY PARTNERSHIP LTD<br>PO BOX 162732<br>ALTAMONTE SPRINGS, FL 32716-2732 | CREDITOR ID: 1759-07<br>RAMCO USA DEVELOPMENT INC<br>PO BOX 2291<br>174 WEST COMSTOCK AVE, SUITE 100<br>WINTER PARK, FL 32790 |
| CREDITOR ID: 1760-07<br>RANDALL BENDERSON 1993-1 TRUST<br>BRADEN RIVER PO<br>LEASE# S3641<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 1761-07<br>RANDY ROARK<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 1762-07<br>RAPPAPORT MANAGEMENT CO<br>8405 GREENSBORO DRIVE<br>SUITE 830<br>MCLEAN, VA 22102-5118 |
| CREDITOR ID: 1763-07<br>RAYNE PLAZA SHOPPING CENTER<br>P.O. BOX 258<br>RAYNE LA 70578-0258 | CREDITOR ID: 2497-07<br>RAYNE PLAZA SHOPPING CENTER<br>PO BOX 258<br>RAYNE, LA 70578-0258 | CREDITOR ID: 2498-07<br>REAL EQUITIES LMTD. PARTNERSHIP II<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 |

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2499-07<br>REALTY MANAGEMENT CONSULTANTS INC.<br>PO BOX 137<br>GREENDALE WI 53129-0137 | CREDITOR ID: 1764-07<br>RED OAK SHOPPING CENTER LLC<br>5871 GLENRIDGE DRIVE<br>SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 2500-07<br>REDD REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>BUILDING 10 SUITE 101<br>ATLANTA GA 30327-3052 |
| CREDITOR ID: 1765-07<br>REEF ASSOCIATES LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY SUITE 800<br>MIAMI, FL 33126-4677 | CREDITOR ID: 1766-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 1767-07<br>REGENCY CENTERS INC<br>MARINERS VILLAGE<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 |
| CREDITOR ID: 2501-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 2718<br>JACKSONVILLE FL 32232 | CREDITOR ID: 2502-07<br>REGENCY CENTERS, LP<br>121 W FORSYTH STREET, STE. 200<br>JACKSONVILLE FL 32202 | CREDITOR ID: 2503-07<br>REGENCY REALTY GROUP, INC.<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 1768-07<br>REGENCY SAVING BANK FSB<br>LOAN SERVICING DEPT<br>11 WEST MADISON<br>OAK PARK, IL 60302 | CREDITOR ID: 1769-07<br>REGENCY SAVINGS BANK FSB<br>ATTN: COMMERCIAL LOAN SAVINGS<br>11 WEST MADISON<br>OAK  PARK, IL 60302 | CREDITOR ID: 1770-07<br>REGENT INVESTMENT CORPORATION<br>222 THIRD STREET SE<br>SUITE 230<br>CEDAR  RAPIDS, IA 52401 |
| CREDITOR ID: 2504-07<br>RETAIL ASSET MANAGEMENT<br>P O BOX 5666<br>CLEARWATER FL 33758-5666 | CREDITOR ID: 1771-07<br>RETAIL CENTER HAMPTON LLC<br>C/O T&F PROPERTIES<br>153 GREENVILLE STREET S W<br>AIKEN, SC 29801 | CREDITOR ID: 2505-07<br>RETAIL CENTER HAMPTON LLC<br>378 KNOLLWOOD DRIVE<br>CHARLESTON WV 25302 |
| CREDITOR ID: 1772-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 2506-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 8860<br>MOBILE AL 36689 | CREDITOR ID: 1773-07<br>RETREAT VILLAGE MANAGEMENT CO<br>PO BOX 5046<br>MACON, GA 31208 |
| CREDITOR ID: 2507-07<br>RETREAT VILLAGE MANAGEMENT CO,LLC<br>PO BOX 5046<br>MACON GA 31208 | CREDITOR ID: 1774-07<br>RIAL CORPORATION<br>C/O WILLIAM C STILLWAGON<br>319 SOUTH MAPLE AVE<br>GREENSBURG, PA 15601-3218 | CREDITOR ID: 2508-07<br>RICHARD A NEWMAN<br>ARENT FOX KINTNER PLOTKIN & KA<br>1050 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-5339 |
| CREDITOR ID: 1775-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL  WELLS TX 76067 | CREDITOR ID: 2509-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL  WELLS, TX 76067 | CREDITOR ID: 2510-07<br>RICHARD J. LINDNER<br>111 GILES AVENUE<br>JERSEY  CITY NJ 07306 |
| CREDITOR ID: 1777-07<br>RILEY PLACE LLC<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 1778-07<br>RIVER OAKS<br>C/O HUGHES REAL ESTATE INC<br>PO BOX 2567<br>GREENSVILLE, SC 29602 | CREDITOR ID: 1779-07<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA, GA 30384-9436 |

**SERVICE LIST**

Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2516-07<br>RIZIKA, ROBERT N<br>107 WINDWARD DR<br>PALM BEACH GARDENS, FL 33418-4012 | CREDITOR ID: 1780-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM MA 02027-0111 | CREDITOR ID: 2512-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM, MA 02027-0111 |
| CREDITOR ID: 2513-07<br>ROANOKE LANDING, LTD<br>C/O NEW PLAN EXCEL REALTY TRUS<br>1120 AVENUE OF THE AMERICAS 12<br>NEW YORK NY 10036 | CREDITOR ID: 2496-07<br>ROARK, RANDY<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 1782-07<br>ROBERT G HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 |
| CREDITOR ID: 2514-07<br>ROBERT G HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 | CREDITOR ID: 1783-07<br>ROBERT H PALMER JR<br>PO BOX 3146<br>JOHNSON CITY TN 37602 | CREDITOR ID: 1784-07<br>ROBERT N RIZIKA<br>107 WINDWARD DR<br>PALM BEACH GARDENS FL 33418-4012 |
| CREDITOR ID: 1785-07<br>ROBERTSDALE DEV LLC<br>P O BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 2517-07<br>ROBERTSDALE DEV LLC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1787-07<br>ROEBUCK VENTURES LTD<br>C/O JP PROPERTIES INC<br>135 PARKSIDE CLOSE<br>ALPHARETTA GA 30022 | CREDITOR ID: 2518-07<br>RONALD BENDERSON<br>8441 COOPER CREEK BLVD<br>UNIVERSITY PARK FL 34201 | CREDITOR ID: 1789-07<br>RONALD BENDERSON 1995 TRUST<br>LEASE #54962 A/B4786<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 |
| CREDITOR ID: 1788-07<br>RONALD BENDERSON 1995 TRUST<br>BRADENTON RIVER POST OFFICE<br>PO BOX 21199<br>BRADENTON FL 34204-1199 | CREDITOR ID: 2533-07<br>ROPER, SAMUEL C<br>1209 CHICHESTER ST<br>ORLANDO, FL 32803 | CREDITOR ID: 2520-07<br>RORELORY-LAPLACE, LLC<br>ATTN: ROBERT D. HESS<br>1916 BUTTERNUT AVENUE<br>METAIRIE LA 70001 |
| CREDITOR ID: 2521-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON, NC 27536-0108 | CREDITOR ID: 1790-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON NC 27536-0108 | CREDITOR ID: 1792-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY FL 33493 |
| CREDITOR ID: 2523-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | CREDITOR ID: 1793-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY FL 33493 | CREDITOR ID: 2524-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 |
| CREDITOR ID: 1794-07<br>ROYAL HOMES INC<br>PO BOX 12767<br>BIRMINGHAM, AL 35203-2767 | CREDITOR ID: 1795-07<br>ROYAL OAKS BRANDON PARTNERS<br>PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST. PETERSBURG, FL 33743 | CREDITOR ID: 1796-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE FL 33154-6612 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 2525-07
ROYAL OAKS PLAZA INC
PO BOX 6612
SURFSIDE, FL 33154-6612

CREDITOR ID: 1797-07
ROYALS O K LUNCH INC
324 SW 16TH ST
BELLE GLADE FL 33430-2824

CREDITOR ID: 2526-07
ROYALS OK LUNCH INC
324 SW 16TH ST
BELLE GLADE, FL 33430-2824

CREDITOR ID: 1754-07
RP BARREN RIVER LLC
PO BOX 643003
CINCINNATI, OH 45264-3003

CREDITOR ID: 2527-07
RP BARREN RIVER, LLC
%USPG MANAGEMENT, LLC
10 WEST BROAD STREET, SUITE 16
COLUMBUS OH 43215

CREDITOR ID: 1798-07
RSSC LLC
31500 NORTHWESTERN HWY, STE 300
FARMINGTON HILLS, MI 48334-3113

CREDITOR ID: 2661-07
RUBEN, WAYNE
570 DELAWARE AVENUE
BUFFALO, NY 14202

CREDITOR ID: 1799-07
RUDCO PROPERTIES INC
365 W PASSAIC ST
ROCHELLE  PARK NJ 07662

CREDITOR ID: 2528-07
RUDCO PROPERTIES INC
365 W PASSAIC ST
ROCHELLE PARK, NJ 07662

CREDITOR ID: 2529-07
RUSHMORE FRIENDSHIP L.L.C.
C/O RUSHMORE PROPERTIES, L.P.
414 NORTH ORLEANS SUITE 210
CHICAGO IL 60610

CREDITOR ID: 1800-07
RUSHMORE FRIENDSHIP LLC
C/O SOUTHERN MGMT & DEVELOPMENT
PO BOX 11229
KNOXVILLE, TN 37919

CREDITOR ID: 1801-07
RUTH GUEST HOUSE INC
BOULDER VENTURE SOUTH LLC
2226 SR 580
CLEARWATER, FL 33763

CREDITOR ID: 1802-07
RUTH S SMITH SNODGRASS AIRES
308 RUNNING WINDS LANE
MAITLAND, FL 32751

CREDITOR ID: 2329-07
RUTLAND, JAMES W. III
PO BOX 230758
MONTGOMERY AL 36123

CREDITOR ID: 2330-07
RUTLAND, JAMES W. JR.
DALRAIDA PROPERTIES, INC.
PO BOX 230758
MONTGOMERY AL 36123-0758

CREDITOR ID: 1803-07
S & C PROPERTIES
1100 SPRING ST NW BLDG 550
ATLANTA GA 30309

CREDITOR ID: 2530-07
S&C PROPERTIES
1100 SPRING STREET NW
BUILDING 550
ATLANTA, GA 30309

CREDITOR ID: 1804-07
SALEM CROSSING SHOPPING CENTER
C/O SPECTRUM REALTY ADVISORS INC
5871 GLENRIDGE DRIVE
ATLANTA, GA 30328

CREDITOR ID: 1805-07
SALEMO VILLAGE SHOPPING CENTER
C/O EQUITY ONE REALTY MGMT INC
1696 NE MIAMI GARDENS DRIVE
NORTH  MIAMI  BEACH FL 33179

CREDITOR ID: 2531-07
SAM DEVELOPMENT ASSOC, LLC
% BRYANT ASSET MANAGEMENT
2900 WESTCHESTER AVENUE
PURCHASE NY 10577

CREDITOR ID: 1806-07
SAM DEVELOPMENT ASSOCIATES LLC
PO BOX 826107
PHILADELPHIA, PA 19182-6107

CREDITOR ID: 1807-07
SAMUEL C ROPER
1209 CHICHESTER ST
ORLANDO FL 32803

CREDITOR ID: 2534-07
SAMUEL OSCHIN
OSCHIN ASSOCIATES
10375 WILSHIRE BLVD. #8C
LOS  ANGELES CA 90024

CREDITOR ID: 2535-07
SAN ANGELO TX WD LP
C/O I. REISS & SON
200 EAST 61ST STREET-STE 29F
NEW  YORK NY 10021

CREDITOR ID: 1810-07
SANDEFUR INVESTMENTS INC
806 EAST 25TH STREET
SANDFORD FL 32771

CREDITOR ID: 2536-07
SANDEFUR INVESTMENTS INC
806 EAST 25TH STREET
SANDFORD, FL 32771

CREDITOR ID: 1811-07
SANDIFER PARTNERSHIP LTD
2145 DENNIS ST
JACKSONVILLE FL 32203

SERVICE LIST
**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:   WINN-DIXIE STORES, INC.**                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2537-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 1812-07<br>SANDRA MACKEY<br>3590 CLOUDLAND DRIVE N W<br>ATLANTA GA 30327 | CREDITOR ID: 1813-07<br>SARRIA ENTERPRISES INC<br>ATTN:  FRANCISCO SARRIA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 |
| CREDITOR ID: 1814-07<br>SARRIA HOLDINGS II INC<br>4725 SOUTHWEST 8TH STREET<br>MIAMI FL 33134 | CREDITOR ID: 2539-07<br>SARRIA HOLDINGS II INC<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1815-07<br>SARRIA HOLDINGS INC<br>C/O FRANCISCO SARRIA<br>4725 SW 8TH ST<br>MIAMI, FL 33134 |
| CREDITOR ID: 1817-07<br>SAUFLEY FIELD PARTNERS LTD<br>C/O NEWTON OLDACRE MACDONALD<br>PO BOX 680176<br>PRATTVILLE, AL 36068 | CREDITOR ID: 1818-07<br>SAVITAR A/M/A SRA/AMERICAN LLC<br>SAVITAR AS AGENT FOR<br>SUITE 5A<br>2301 W SAMPLE RD BLDG 3<br>POMPANO  BEACH, FL 33073 | CREDITOR ID: 1819-07<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE OH 43537 |
| CREDITOR ID: 2540-07<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE, OH 43537 | CREDITOR ID: 1821-07<br>SCHILLECI MILLBROOK SC LLC<br>2233 HALCYON BLVD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 2541-07<br>SCHILLECI MILLBROOK SC,LLC<br>1700 EMORY FOLMAR BLVD.<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 1822-07<br>SCHOOL ST CROSSING LP<br>C/O  THE MALTIACE COMPANY<br>PO BOX 13809<br>JACKSON, MS 39236-3809 | CREDITOR ID: 2621-07<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 1823-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES CA 90036 |
| CREDITOR ID: 2542-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES, CA 90036 | CREDITOR ID: 1825-07<br>SCP WINTER GARDEN FL LLC<br>1300 POST OAK BLVD., STE 2000<br>HOUSTON, TX 77056 | CREDITOR ID: 2544-07<br>SCRIBE RIVIERA JOINT VENTURE<br>6761 W INDIANTOWN RD, STE 29<br>JUPITER, FL 33458 |
| CREDITOR ID: 1826-07<br>SCRIBE RIVIERA JV<br>6761 W INDIANTOWN RD STE 29<br>JUPITER FL 33458 | CREDITOR ID: 1828-07<br>SEBRING SQUARE LTD<br>PO BOX 2162<br>PALM BEACH, FL 33480 | CREDITOR ID: 2546-07<br>SEBRING SQUARE LTD.<br>P.O. BOX 2707<br>PALM  BEACH FL 33480 |
| CREDITOR ID: 1829-07<br>SELIG ENTERPRISES INC<br>ATTN: ROBERT C RIDDLE<br>1100 SPRING STREET<br>SUITE 550<br>ATLANTA, GA 30309 | CREDITOR ID: 2328-07<br>SELL, JAMES AND CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | CREDITOR ID: 1479-07<br>SELL, JAMES AND CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 |
| CREDITOR ID: 2547-07<br>SELMA HWY 80 VENTURE 11<br>PO BOX 12767<br>BIRMINGHAM AL 35203-2767 | CREDITOR ID: 2548-07<br>SELMA-DIX PROPERTIES CORP.<br>TWO PENN PLAZA, SUITE 1586<br>NEW  YORK NY 10121-0101 | CREDITOR ID: 2622-07<br>SEMBLER COMPANY, THE<br>PO BOX 41847<br>ST. PETERSBURG, FL 33743-1847 |

SERVICE LIST
**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1830-07<br>SENDERO COMMERCIAL INVESTMENTS<br>C/O HUTCH HARPER<br>PO BOX 91228<br>SAN ANTONIO, TX 78209 | CREDITOR ID: 2549-07<br>SES GROUP MIAMI SPRINGS, LTD<br>C/O ROBERT JONES, GENERAL PART<br>PO BOX 2474<br>NAPLES FL 34106 | CREDITOR ID: 1114-07<br>SETZER, BENJAMIN ADAM AS TRUSTEE<br>OF THE FAYE ASHLEY SETZER TST<br>C/O LEONARD SETZER<br>903 UNIVERSITY BLVD N<br>JACKSONVILLE, FL 32211 |
| CREDITOR ID: 1547-07<br>SETZER, LEONARD R<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 2550-07<br>SG PARTNERSHIP<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 1832-07<br>SHADES CREEK PARTNERS<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 |
| CREDITOR ID: 1833-07<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>50 TICE BLVD<br>WOODCLIFF  LAKE NJ 07675 | CREDITOR ID: 2697-07<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>50 TICE BLVD.<br>WOODCLIFF LAKE, NJ 07675 | CREDITOR ID: 1834-07<br>SHANNON VILLAGE SHOPPING CENTER<br>PO BOX 676<br>LOUISBURG, NC 27549 |
| CREDITOR ID: 2551-07<br>SHANNON VILLAGE SHOPPING CNTR, INC<br>%JOHN D. ROCK<br>114 CAROL CIRCLE PO BOX 676<br>LOUISBURG NC 27549 | CREDITOR ID: 1836-07<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE VA 24114-0952 | CREDITOR ID: 2552-07<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 |
| CREDITOR ID: 1837-07<br>SHERI TRAGER WEISS<br>13853 THOMASVILLE CT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA<br>E&A SOUTHEAST LIMITED PARTNERSHIP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1840-07<br>SHOPPES @ 104<br>PO BOX 534101<br>ATLANTA, GA 30353-4101 |
| CREDITOR ID: 2554-07<br>SHOPPES @ 104<br>C/O REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1841-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT  LAUDERDALE FL 33334 | CREDITOR ID: 2555-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT. LAUDERDALE, FL 33334 |
| CREDITOR ID: 1842-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 | CREDITOR ID: 2556-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 | CREDITOR ID: 1843-07<br>SHOPPES OF LIBERTY CIT LLC<br>C/O PLATINUM PROPERTY MGMT INC<br>1175 NE 125TH STREET SUITE 103<br>NORTH MIAMI, FL 33161 |
| CREDITOR ID: 2623-07<br>SHOPPING CENTER GROUP, THE<br>3101 TOWERCREEK PKWY, SUITE 20<br>ATLANTA GA 30339 | CREDITOR ID: 2557-07<br>SHOWPLACE COMMERCIAL PROPERTIES IN<br>% EF HUTTON REALTY CORP.<br>2000 S DIXIE HWY SUITE 100<br>MIAMI FL 33133 | CREDITOR ID: 1844-07<br>SIDNEY KOHL COMPANY<br>340 ROYAL POINIANNA WAY  #305<br>PALM  BEACH FL 33480 |
| CREDITOR ID: 2558-07<br>SIDNEY KOHL COMPANY<br>340 ROYAL POINIANNA WAY  #305<br>PALM BEACH, FL 33480 | CREDITOR ID: 2560-07<br>SIMON PROPERTY GROUP<br>ATTN:INDIANAPOLIS COMMUNITY CE<br>PO BOX 7033<br>INDIANAPOLIS IN 46207 | CREDITOR ID: 2128-07<br>SIMON, CHARLES<br>1800 NE 114TH STREET PH3<br>MIAMI FL 33181 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:     WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1193-07<br>SIMON, CHARLES, TRUSTEE<br>20801 BISCAYNE BLVD., SUITE 202<br>AVENTURA, FL 33180-1869 | CREDITOR ID: 1849-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN# 3086039<br>DALLAS, TX 75320-1341 | CREDITOR ID: 1848-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN #3086036<br>DALLAS TX 75320-1341 |
| CREDITOR ID: 1847-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN # 9214310<br>DALLAS TX 75320-1341 | CREDITOR ID: 1850-07<br>SIZELER COMPANIES<br>PO BOX 62073<br>NEW ORLEANS, LA 70162 | CREDITOR ID: 2561-07<br>SIZELER REAL ESTATE<br>2542 WILLIAMS BLVD.<br>KENNER LA 70062-5596 |
| CREDITOR ID: 2562-07<br>SIZLER COMPANIES<br>2542 WILLIAMS ROAD<br>KENNER LA 70062 | CREDITOR ID: 1851-07<br>SJS-WOODLAKE PLAZA LP<br>C/O BANK ATLANTIC<br>PO BOX 5512<br>FT. LAUDERDALE, FL 33319 | CREDITOR ID: 1852-07<br>SKINNERS OF JACKSONVILLE INC<br>2970 HARTLEY ROAD, SUITE 320<br>JACKSONVILLE, FL 32257 |
| CREDITOR ID: 1853-07<br>SKS PROPERTIES LC<br>240 S PINEAPPLE AVE., STE 702<br>SARASOTA, FL 34236 | CREDITOR ID: 1854-07<br>SMALL PROPERTIES<br>PO BOX 10287<br>GREENVILLE, SC 29603-0287 | CREDITOR ID: 1855-07<br>SMITH BARNEY FBO WEINACKER'S<br>SHOPPING CTR LLC<br>#1211701<br>PO BOX 2926<br>MOBILE, AL 36652-9987 |
| CREDITOR ID: 1856-07<br>SNELLVILLE PLAZA LTD<br>C/O MESSRS ELIOT M ARNOVITZ<br>AND MICHAEL PLASKER<br>5025 WINTERS CHAPEL STE M<br>ATLANTA GA 30360 | CREDITOR ID: 2563-07<br>SNELLVILLE PLAZA LTD<br>5025 WINTERS CHAPEL,STE M<br>ATLANTA, GA 30360 | CREDITOR ID: 1857-07<br>SORMI INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004 |
| CREDITOR ID: 1858-07<br>SOUTH BROADWAY CORP<br>248 WELLS DR<br>FOREST CITY NC 28043 | CREDITOR ID: 2564-07<br>SOUTH BROADWAY CORPORATION<br>248 WELLS DR<br>FOREST CITY, NC 28043 | CREDITOR ID: 2565-07<br>SOUTH CONGAREE W-D PARTNERSHIP<br>P.O DRAWER 10287<br>C/O AVTEX COMMERCIAL PROPERTIE<br>GREENVILLE SC 29603 |
| CREDITOR ID: 2566-07<br>SOUTH MONROE COMMONS<br>1629 K STREET<br>NW SUITE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1859-07<br>SOUTH MONROE COMMONS LLC<br>PO BOX 75426<br>BALTIMORE, MD 21275-5426 | CREDITOR ID: 1860-07<br>SOUTH PLAZA  ASSOCIATES LLC<br>PO BOX 3578<br>NORFOLK, VA 23514 |
| CREDITOR ID: 2567-07<br>SOUTH PLAZA ASSOCIATES, LLC<br>% PERRINE & WHEELER REAL ESTAT<br>PO BOX 3247<br>APOLLO  BEACH FL 33572 | CREDITOR ID: 1861-07<br>SOUTH ROCKDALE SHOPPING CENTER<br>C/O REDD REALTY SERVICES<br>SUITE 101<br>4200 NORTHSIDE PARKWAY BLDG<br>ATLANTA, GA 30327-3052 | CREDITOR ID: 1862-07<br>SOUTH SQUARE MARKETPLACE<br>C/O EDENS AND AVANT FINANCING II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>2743 PERIMETER PARKWAY<br>BUILDING 100 SUITE 370<br>AUGUSTA, GA 30909 | CREDITOR ID: 1864-07<br>SOUTHBROOK PARTNERS LLC<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 | CREDITOR ID: 1865-07<br>SOUTHCHASE INVESTORS LLC<br>C/O TRAMMELL CROW COMPANY<br>PO BOX 933025<br>ATLANTA, GA 31193-3025 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2568-07<br>SOUTHEAST PARTNERS<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 1866-07<br>SOUTHEAST US RETAIL FUND LP<br>C/O HURRICANE CREEK<br>PO BOX 7520<br>THE  WOODLANDS, TX 77387 | CREDITOR ID: 2569-07<br>SOUTHECHASE INVESTERS,LLC<br>C/O BERWIND PROPERTY GROUP, LT<br>770 TOWNSHIP LINE ROAD, SUITE<br>YARDLEY PA 19067 |
| CREDITOR ID: 1867-07<br>SOUTHERN BOULEVARD CORP<br>PO BOX 11000<br>MONTGOMERY AL 36191-0001 | CREDITOR ID: 2570-07<br>SOUTHERN BOULEVARD CORPORATION<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 | CREDITOR ID: 1868-07<br>SOUTHERN FARM BUREAU<br>P O BOX 78<br>JACKSON MS 39205 |
| CREDITOR ID: 2571-07<br>SOUTHERN FARM BUREAU<br>PO BOX 78<br>JACKSON, MS 39205 | CREDITOR ID: 1869-07<br>SOUTHERN FARM BUREAU LIFE INSURANCE<br>ATTN CASHIERS (SFB#122)<br>PO BOX 78<br>JACKSON, MS 39205 | CREDITOR ID: 1870-07<br>SOUTHERN PARTNERS<br>PO BOX 500<br>BRAYNDWINE ONE BUILDING<br>CHADDS  FORD PA 19317 |
| CREDITOR ID: 2572-07<br>SOUTHERN PARTNERS<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 1871-07<br>SOUTHERN STORES II LLC<br>BANK OF AMERICA<br>ATTN: PAMELA N<br>1004TH STREET SUITE 200<br>SAN RAFAEL, CA 94901 | CREDITOR ID: 2573-07<br>SOUTHERN STORES II LLC<br>C/O CHERYL STONE<br>PO BOX 953<br>BOLINAS CA 94924 |
| CREDITOR ID: 2574-07<br>SOUTHGATE PLAZA 93 LTD<br>C/O J. HERZOG & SONS INC.<br>1720 S. BELLAIRE ST. STE 1209<br>DENVER CO 80222 | CREDITOR ID: 1873-07<br>SOUTHGATE PLAZA 93 LTD<br>PO BOX 712219<br>CINCINNATI, OH 45271-2219 | CREDITOR ID: 2575-07<br>SOUTHGATE PLAZA ASSOCIATES<br>26 PARK PLACE WEST - 2ND FLOOR<br>MORRISTOWN NJ 07960 |
| CREDITOR ID: 1874-07<br>SOUTHGATE PLAZA ASSOCIATES LLC<br>26 PARK PLACE W<br>2ND FLOOR<br>MORRISTOWN, NJ 07960 | CREDITOR ID: 2576-07<br>SOUTHGATEREALTY,LLC<br>112 SHEFFIELD LOOP<br>SUITE D<br>HATTIESBURG MS 39402 | CREDITOR ID: 2580-07<br>SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, STE. 6<br>CHICAGO IL 60606 |
| CREDITOR ID: 2579-07<br>SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, STE 60<br>CHICAGO IL 60606 | CREDITOR ID: 2578-07<br>SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, 7TH FL<br>CHICAGO IL 60606 | CREDITOR ID: 2577-07<br>SOUTHLAND INVESTORS L.P.<br>2 N.RIVERSIDE PLAZA, 7TH FL<br>CHICAGO IL 60606 |
| CREDITOR ID: 1875-07<br>SOUTHMARK PROPERTIES LLC<br>C/O HELMS ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 2581-07<br>SOUTHMARK PROPERTIES, LLC<br>ATTN JAMES A. BRUNO<br>100 CENTERVIEW DRIVE, SUITE 22<br>BIRMINGHAM AL 35216 | CREDITOR ID: 1876-07<br>SOUTHTRUST BANK<br>COMMERCIAL REAL ESTATE DEPT<br>PO BOX 2554<br>BIRMINGHAM, AL 35290-2554 |
| CREDITOR ID: 1877-07<br>SOUTHVIEW SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 2582-07<br>SOUTHWAY INVESTORS<br>718 E. FREDERICK STREET<br>GAFFNEY SC 29340 | CREDITOR ID: 1878-07<br>SPCP GROUP LLC<br>C/O LAUREATE CAPITAL LLC<br>PO BOX 890862<br>CHARLOTTE, NC 28289-0862 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

CREDITOR ID: 2584-07
SPECTRUM/WALKER CHAPEL
P O BOX 11045
MONTGOMERY AL 36111-0045

CREDITOR ID: 1881-07
SPILLER INVESTMENT INC
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 1882-07
SPISHORES LLC
ATTN SIZELER PROPERTIES DEPOSI
PO BOX 62799
NEW ORLEANS, LA 70162

CREDITOR ID: 2585-07
SPISHORES,LLC
C/O SIZELER REAL ESTATE MANG.
2542 WILLIAMS BLVD.
KENNER LA 70062-5596

CREDITOR ID: 2586-07
SPIWACHEE, INC.
WEEKI WACHEE VILLAGE
2542 WILLIAMS BLVD.
KENNER LA 70062-5596

CREDITOR ID: 1884-07
SPRING PLAZA LP
C/O SIZELER REAL ESTATE MNG CO
2542 WILLIAMS BLVD
KENNER, LA 70062-1919

CREDITOR ID: 1886-07
SPRINGFIELD CROSSING LLC
C/O PAPPAS RETAIL LEASING & MGMT
PO BOX 48547
ST PETERSBURG, FL 33743-8547

CREDITOR ID: 1887-07
SPRINGHILL ASSOCIATES LLC
1 POSTON ROAD
SUITE 230
CHARLESTON, SC 29407

CREDITOR ID: 1888-07
SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER SC 29721

CREDITOR ID: 2587-07
SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER, SC 29721

CREDITOR ID: 2588-07
SPRINGS CORNER LLC
C/O BARRY WHISNANT
375 10TH AVENUE DR.
HICKORY NC 28601

CREDITOR ID: 1889-07
SPRINGS CORNERS LLC
926 2ND STREET NORTHEAST
HICKORY, NC 28601

CREDITOR ID: 1890-07
SR JLB JAB LLC
LOCKBOX# 065-004
PO BOX 028568
MIAMI, FL 33102-8568

CREDITOR ID: 1891-07
SR TCS LLC
LOCKBOX# 065-004
PO BOX 028568
MIAMI, FL 33102-8568

CREDITOR ID: 1892-07
SRT ACQUISTION CORPORATION
C/O CENTURION REALTY
PO BOX 1171
NEW YORK, NY 10018

CREDITOR ID: 1894-07
ST CHARLES PARTNERS
PO BOX 704
MARKSVILLE LA 71351

CREDITOR ID: 2592-07
ST JOHNS COMMONS OWNER CORP
HALLMARK PARTNERS, INC
8917 WESTERN WAY, SUITE 6
JACKSONVILLE FL 32256

CREDITOR ID: 1895-07
ST JOHNS COMMONS OWNER CORP
LASALLE BANK NA
135 SOUTH LASALLE ST SUITE 162
CHICAGO, IL 60603

CREDITOR ID: 2591-07
ST JOHN'S INVESTORS LMTD PRTNRSHP
C/O ZIFF PROPERTIES INC
701 EAST BAY STREET
CHARLESTON SC 29403

CREDITOR ID: 2590-07
ST. CHARLES PARTNERS
PO BOX 704
MARKSVILLE, LA 71351

CREDITOR ID: 1896-07
ST. STEPHENS PARTNERS
PO BOX 230
POINT CLEAR AL 36564-0230

CREDITOR ID: 2593-07
ST. STEPHENS PARTNERS
PO BOX 230
POINT CLEAR, AL 36564-0230

CREDITOR ID: 2381-07
STANISH, LISETTE AS TRUSTEE
1405 SW 107TH AVENUE, SUITE 301-B
MIAMI, FL 33174

CREDITOR ID: 381793-15
STAR TOWING AND RECOVERY, LLC
ATTN JIMMY L QUINN
PO BOX 550237
GASTONIA NC 28055

CREDITOR ID: 2594-07
STATE INSURANCE FUND
STATE OF ALABAMA P.O. BOX 1390
777 SOUTH LAWRENCE STREET
MONTGOMERY AL 36102-1390

CREDITOR ID: 2332-07
STEIN, JAY D.
C/O SANDOR DEVELOPMENT CO.
2220 N. MERIDIAN ST.
INDIANAPOLIS IN 46208-5728

CREDITOR ID: 2595-07
STERLING CAMDEN LIMITED PARTNERSHI
%STERLING CENTRECORP MGMT SERV
ONE NORTH CLEMATIS STREET, STE
WEST PALM BEACH FL 33401

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                              **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1898-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT  LAUDERDALE FL 33301 | CREDITOR ID: 2596-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT.  LAUDERDALE, FL 33301 | CREDITOR ID: 1899-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD SC 29649 |
| CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD, SC 29649 | CREDITOR ID: 2129-07<br>STONE, CHERYL PRESIDENT<br>MARION'S HOPE,LLC<br>C/O 150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 1900-07<br>STONEBRIDGE VILLAGE<br>C/O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ATLANTA, GA 30305 |
| CREDITOR ID: 2339-07<br>STREET, JUDY<br>301 IVANHOE DRIVE<br>JOHNSON CITY TN 37601 | CREDITOR ID: 2598-07<br>STRING ENTERPRISE, INC.<br>5353 SOUTEL DRIVE<br>JACKSONVILLE FL 32231-4110 | CREDITOR ID: 1901-07<br>STRUCTURED PRODUCT SERVICING<br>FIRST UNION WHOLESALE<br>LB ACCT13-00002<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 |
| CREDITOR ID: 1902-07<br>STW HOLDINGS LLC<br>1140 NE 163RD STREET, STE 28<br>NORTH  MIAMI  BEACH, FL 33162 | CREDITOR ID: 1903-07<br>SUGARLAND SHOPPING CENTER<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DRIVE<br>SUITE 301<br>DEERFIELD  BEACH, FL 33441 | CREDITOR ID: 2599-07<br>SULPHUR SPRINGS PROPERTIES LLC<br>C/O BARON CAPITAL PARTNERS,LLC<br>19227 SKYRIDGE CIRCLE<br>BOCA  RATON FL 33498 |
| CREDITOR ID: 1905-07<br>SUMTER CROSSING PROPERTIES INC<br>C/O CONCIRE CENTERS INC<br>411 COMMERCIAL COURT SUITE E<br>VENICE, FL 34292 | CREDITOR ID: 1906-07<br>SUN LAKE PLAZA INC<br>PO BOX 320219<br>COCOA  BEACH, FL 32932-0219 | CREDITOR ID: 2600-07<br>SUN LAKE PLAZA, INC.<br>ATTN: ROBERT KODSI<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 |
| CREDITOR ID: 2601-07<br>SUN LIFE ASSURANCE CO. OF CANADA<br>% CHILDRESS KLEIN PROPERTIES<br>301 S COLLEGE ST. SUITE 2800<br>CHARLOTTE NC 28202 | CREDITOR ID: 1907-07<br>SUN WEST NC III PTN LIM<br>PTNSHPS ACCT A  ACCT# 18234155<br>C/O BANK ONE TEXAS NA<br>PO BOX 971281<br>DALLAS, TX 75397-1281 | CREDITOR ID: 2602-07<br>SUN WEST NC III PTN LIM<br>ATTN: PROPERTY MANAGEMENT<br>17776 PRESTON ROAD, SUITE 100<br>DALLAS TX 75252 |
| CREDITOR ID: 1908-07<br>SUNBURST PROPERTIES CORP<br>3191 PADARO LN<br>CARPINTERIA CA 93013 | CREDITOR ID: 2603-07<br>SUNBURST PROPERTIES CORPORATION<br>3191 PADARO LANE<br>CARPINTERIA, CA 93013 | CREDITOR ID: 2604-07<br>SUNCOAST PLAZA<br>C/O RMC PROPERTY GROUP<br>1733 W. FLETCHER AVENUE<br>TAMPA FL 33612 |
| CREDITOR ID: 1909-07<br>SUNSET CENTRES LTD<br>C/O GULFSTREAM REALTY CORP<br>PO BOX 75260<br>BALTIMORE, MD 21275-5260 | CREDITOR ID: 2605-07<br>SUNSET CENTRES LTD<br>%GULFSTREAM REALTY CORP<br>1629 K ST NW STE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1910-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>PO BOX 75377<br>BALTIMORE, MD 21275-5377 |
| CREDITOR ID: 2606-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>%GULFSTREAM REALTY CORP<br>1629 K ST NW STE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1911-07<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE FL 33009 | CREDITOR ID: 2607-07<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE, FL 33009 |

SERVICE LIST

**SERVICE LIST**
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:    WINN-DIXIE STORES, INC.**                                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>INVESTMENT MANAGEMENT ASSOC<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES, FL 33146 | CREDITOR ID: 1913-07<br>SUNWEST NC III PARTNERSHIPS<br>C/O BANK ONE TEXAS N A<br>ACCT# 182341581<br>PO BOX 971281<br>DALLAS, TX 75397-1281 | CREDITOR ID: 2608-07<br>SUSAN D. WILSON<br>MARKETPLACE OF DELRAY, LTD<br>3399 PGA BLVD. SUITE 450<br>PALM  BEACH  GARDENS FL 33410 |
| CREDITOR ID: 2609-07<br>SUWANNEE LAWN & GARDEN, INC.<br>15290 US HIGHWAY 129<br>MC  ALPIN FL 32062 | CREDITOR ID: 2610-07<br>SWANEE COUNTY MALL<br>PO BOX 2628<br>WILMINGTON NC 28402 | CREDITOR ID: 1919-07<br>TALLADEGA COMMUNITY BUILDERS<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 |
| CREDITOR ID: 2612-07<br>TALLAPOOSA HOLDINGS, LLC<br>ROBERT WOLF<br>4706 18TH AVENUE<br>BROOKLYN NY 11204 | CREDITOR ID: 1920-07<br>TAPPEN PROPERTIES LP<br>1150 W 8TH STREET<br>SUITE 255<br>CINCINNATI, OH 45203 | CREDITOR ID: 1619-07<br>TARBUTTON, HUGH M<br>KAOLIN PLAZA MGMT ACCT<br>PO BOX 269<br>SANDERSVILLE, GA 31082 |
| CREDITOR ID: 1922-07<br>TATONE PROPERTIES FLA INC<br>C/O NEVIN THOMAS<br>C M L CORP<br>100 WALLACE AVE SUITE 111<br>SARASOTA FL 34237 | CREDITOR ID: 1921-07<br>TATONE PROPERTIES FLA INC<br>C/O HERITAGE MGT CORP<br>PO BOX 2495<br>OCALA, FL 34478-2495 | CREDITOR ID: 2613-07<br>TATONE PROPERTIES FLA INC<br>100 WALLACE AVE., SUITE 111<br>SARASOTA, FL 34237 |
| CREDITOR ID: 1923-07<br>TAVARES ASSOC LTD<br>6700 NW BROKEN SOUND PKWY, STE 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 1924-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES FL 34120 | CREDITOR ID: 2614-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES, FL 34120 |
| CREDITOR ID: 2611-07<br>T-B PARTNERSHIP<br>C/O O'BRIEN-KIERNAN INVESTMENT<br>1255 POST STREET  SUITE 950<br>SAN  FRANSICO CA 94109 | CREDITOR ID: 1925-07<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>LOUISVILLE, KY 40202 | CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY STE 217<br>STUART FL 34994 |
| CREDITOR ID: 2615-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY., STE 217<br>STUART, FL 34994 | CREDITOR ID: 1927-07<br>TERRA NOVA REALTY ASSOC FUND<br>PO BOX 862456<br>#2000002810953<br>ORLANDO , FL 32886-2489 | CREDITOR ID: 2210-07<br>TERRY, EDMUND<br>429 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432 |
| CREDITOR ID: 1928-07<br>THC LLC<br>C/O F&M REALTY<br>PO BOX 11148<br>MONTGOMERY, AL 36111 | CREDITOR ID: 2616-07<br>THE BENSON CAPITAL COMPANY<br>708 THIRD AVENUE 28TH FLOOR<br>NEW  YORK NY 10017 | CREDITOR ID: 2617-07<br>THE DOUGLAS GROUP<br>% JOHN A. PETRIE<br>3914 MIAMI RD., SUITE 312<br>CINCINNATI OH 45227 |
| CREDITOR ID: 2618-07<br>THE GROSSMAN COMPANIES, INC.<br>1266 FURNACE BROOK PARKWAY<br>QUINCY MA 02269-0110 | CREDITOR ID: 2619-07<br>THE MITCHELL CO<br>PO BOX 160306<br>MOBILE AL 36616-1306 | CREDITOR ID: 2620-07<br>THE REALTY ASSOC. FUND IV LP<br>CONCORD FUND IV RETAIL LP<br>1200 BRICKELL AVE., STE. 1500<br>MIAMI FL 33131 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:   WINN-DIXIE STORES, INC.**                                   **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1931-07<br>THE SCHREIBER CO BELLEVIEW ASS<br>235 ALPHA DRIVE<br>PITTSBURGH PA 15238 | CREDITOR ID: 1932-07<br>THE SEMBLER COMPANY<br>P O BOX 41847<br>ST  PETERSBURG FL 33743-1847 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY<br>PO BOX 97<br>COCOA FL 32923-0097 |
| CREDITOR ID: 1933-07<br>TIFTON MALL INC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DR STE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 2625-07<br>TIGER CROSSING W.D.<br>4200 NORTHSIDE PKWY,BLDG 10 ST<br>C/0 REDD REALTY SERVICES<br>ATLANTA GA 30327 | CREDITOR ID: 1916-07<br>TK HARRIS COMM RE SERVICE<br>3930 FULTON DR NW, STE 206<br>CANTON, OH 44718-3040 |
| CREDITOR ID: 1935-07<br>TL NGUYEN LLC<br>PO BOX 28758<br>BIRMINGHAM, AL 35228 | CREDITOR ID: 2627-07<br>TMW REAL ESTATE MGMT, INC.<br>TWO RAVINIA DRIVE, SUITE 400<br>ATLANTA GA 30346-2104 | CREDITOR ID: 1936-07<br>TOULOUSE VILLAGE ASSOCIATES<br>C/O THE TROTMAN COMPANY INC<br>ATTN GREG HUGHS<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 1937-07<br>TOWER ASSOCIATES LTD<br>537 MARKET STREET<br>SUITE 400<br>CHATTANOOGA, TN 37402 | CREDITOR ID: 2628-07<br>TOWER CENTER ASSOCIATES LTD<br>4415 FIFTH AVENUE<br>PITTSBURG PA 15213 | CREDITOR ID: 1938-07<br>TOWN & COUNTRY SHOPPING CENTER<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 |
| CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 1939-07<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON SC 29697-1023 | CREDITOR ID: 2630-07<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON, SC 29697-1023 |
| CREDITOR ID: 1940-07<br>TOWN'N COUNTRY REALTY<br>OF EASLEY - STORE 1223<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 2093-07<br>TRAGER, BRENT LANCE<br>12370 CACHET COURT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 1138-07<br>TRAGER, BRENT LANCE<br>12370 CACHET COURT<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 1941-07<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | CREDITOR ID: 2631-07<br>TRAMMELL CROW COMPANY<br>ATTN: LYNN-ANN BURR<br>1801 N MILITARY TRAIL STE. 150<br>BOCA  RATON FL 33431 | CREDITOR ID: 1943-07<br>TRIANGLE IV LLLP<br>MARK PROPERTIES INC<br>26 PARK PLACE WEST 2ND FLOOR<br>MORRISTOWN, NJ 07960 |
| CREDITOR ID: 1944-07<br>TRL PROPERTIES LLC<br>1608 CURRITUCK AVENUE<br>DUNN NC 28334 | CREDITOR ID: 2632-07<br>TRL PROPERTIES LLC<br>1608 CURRITUCK AVENUE<br>DUNN, NC 28334 | CREDITOR ID: 1945-07<br>TROY MARKETPLACE LLC<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DRIVE<br>SUITE 101<br>DEERFIELD  BEACH, FL 33441 |
| CREDITOR ID: 1946-07<br>TRUSTEE OF TRUST B<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 1947-07<br>TRUSTEES OF TRUST A/C -1<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 1948-07<br>TRUSTMARK NATIONAL BANK<br>JAMIL G NASSARA TRUSTEE<br>ACCT# 1004868947<br>PO BOX 291<br>JACKSON, MS 39205-0291 |

**SERVICE LIST**

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                   **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1917-07<br>TS MARGATE CO LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 1949-07<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 2633-07<br>TS PIERCE SC CO. LTD<br>C/O SOUTHER MANAGEMENT & DEVEL<br>21301 OWERLINE ROAD, SUITE 312<br>BOCA RATON FL 33433 |
| CREDITOR ID: 2635-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK RD. STE 100<br>NEW HYDE PARK NY 11042 | CREDITOR ID: 2634-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE<br>NEW HYDE PARK NY 11042 | CREDITOR ID: 1950-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE   STE 40<br>ATLANTA GA 30309 |
| CREDITOR ID: 2636-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE, SUITE 400<br>ATLANTA, GA 30309 | CREDITOR ID: 1951-07<br>TUNICA VILLAGE PARTNERSHIP<br>C/O BARBARA KIZER<br>ACADIAN MANAGEMENT<br>PO BOX 1288<br>MADISONVILLE, LA 70447 | CREDITOR ID: 2637-07<br>TURNEY-DURHAM PLAZA PARTNERSHIP<br>5277 STATE ROAD<br>PARMA OH 44134 |
| CREDITOR ID: 1952-07<br>TWELTH STREET & WASHINGTON<br>ASSOCIATES LTD PARTNERSHIP<br>ATTN EVA SPERBER PORTER<br>8698 E SAN ALBERTO DR<br>SCOTTSDALE, AZ 85258-4306 | CREDITOR ID: 1953-07<br>TYRONE GARDENS LLC<br>C/O ROFIN INDUSTRIES INC<br>100 RING ROAD WEST<br>GARDEN CITY NY 11530 | CREDITOR ID: 1954-07<br>U P SC LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>ATTN: GAIL FINLEY<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 1955-07<br>ULLMANN COMPANY<br>ATTN: STANLEY P CYPHERS<br>PO BOX 419410<br>KANSAS CITY, MO 64141 | CREDITOR ID: 1956-07<br>UNITED COMMERCIAL MORTGAGE CORP.<br>C/O LAWERENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY, NY 11568 | CREDITOR ID: 1957-07<br>UNITED INVESTORS REALTY<br>TRUST SKIPPER PALMS<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 2638-07<br>UNITED INVESTORS REALTY TRUST<br>5847 SAN FELIPE, SUITE 850<br>HOUSTON TX 77057-3008 | CREDITOR ID: 1958-07<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PARKWAY<br>ATLANTA GA 30327 | CREDITOR ID: 2639-07<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>BUILDING 10 ST 101<br>ATLANTA, GA 30327 |
| CREDITOR ID: 1959-07<br>UNIVERSITY TENANCY IN COMMON<br>C/O SAMUEL BUTTERS<br>2005 W CYPRESS CREEK RD, SUITE 202<br>FORT LAUDERDALE, FL 33309 | CREDITOR ID: 2640-07<br>URBAN AMERICA, L.P.<br>9500 KOGER BLVD., SUITE 222<br>ST PETERSBURG FL 33702 | CREDITOR ID: 2641-07<br>URBAN PROPERTIES I<br>C/O AUGUST URBANEK INVESTMENTS<br>4800 N FEDERAL HWY, STE 209A<br>BOCA RATON FL 33431 |
| CREDITOR ID: 2642-07<br>URBANAMERICA, L.P.<br>149 WEST PLAZA<br>STE 234<br>MIAMI FL 33147 | CREDITOR ID: 2643-07<br>URBANEK INVESTMENTS<br>PO BOX 75986<br>ACCT #611032927<br>50 S LASALLE ST<br>CHICAGO IL 60675-5986 | CREDITOR ID: 1960-07<br>US BANK TRUST NA CORP TRUST<br>REF DUVAL 94600200<br>PO BOX 70870<br>ST PAUL, MN 55170-9705 |
| CREDITOR ID: 1961-07<br>USPG PORTFOLIO TWO LLC<br>PO BOX 71-3260<br>COLUMBUS OH 43271-3260 | CREDITOR ID: 1963-07<br>USRP I LLC SHOPPES OF KILDAIRE<br>5853 COLLECTION CENTER DRIVE<br>LOCKBOX# 5853 LEASE# 2010-001<br>CHICAGO, IL 60693 | CREDITOR ID: 1964-07<br>VACHLIA INC<br>111 SECOND AVENUE NE, STE 702<br>ST PETERSBURG, FL 33701 |

SERVICE LIST
Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]

**DEBTOR:   WINN-DIXIE STORES, INC.**                                                  **CASE:   05-11063 (RDD)**

CREDITOR ID: 2644-07
VALLEYDALE ASSOCIATES, LTD.
2117 SECOND AVE P O BOX 12767
BIRMINGHAM AL 35202-2767

CREDITOR ID: 1965-07
VALRICO SQUARE
C/O RETAIL ASSET MANAGEMENT
PO BOX 5666
CLEARWATER, FL 33758-5666

CREDITOR ID: 1967-07
VENTURES LLC
PO BOX 4452
ROCK  HILL SC 29732

CREDITOR ID: 2645-07
VENTURES LLC
PO BOX 4452
ROCK  HILL, SC 29732

CREDITOR ID: 2646-07
VERO PALM ESTATES, LTD.
D/B/A NORTHWOOD PLAZA
8320 WEST SUNRISE BLVD.,STE 10
PLANTATION FL 33322-5434

CREDITOR ID: 1968-07
VICTORIA SQUARE PARTNERS LLC
C/O ISRAM REALITY & MGMT INC
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 1969-07
VICTORY BERRYLAND LLC
VICTORY COMM REAL ESTATE INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 1970-07
VICTORY INVESTMENTS INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 2647-07
VICTORY INVESTMENTS INC
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

CREDITOR ID: 2649-07
VICTORY INVESTMENTS INC.
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 2648-07
VICTORY INVESTMENTS INC.
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

CREDITOR ID: 1971-07
VICTORY KENNER LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 1972-07
VIGOUROUX DEVELOPMENT LLC
C/O FOSHEE REALTY COMPANY, INC
51 TACON STREET STE B
MOBILE, AL 36607

CREDITOR ID: 1973-07
VILLA RICA RETAIL PORPERTIES L
PO BOX 324
VILLA RICA GA 30180

CREDITOR ID: 2650-07
VILLA RICA RETAIL PROPERTIES LP
PO BOX 324
VILLA  RICA, GA 30180

CREDITOR ID: 1974-07
VILLAGE MARKETPLACE OF
HAW RIVER INC
614 N MAIN ST
SALISBURY, NC 28144-1507

CREDITOR ID: 1975-07
VILLAGE PLAZA INC
C/O PO BOX 408
FITZGERALD GA 31750-0408

CREDITOR ID: 2651-07
VILLAGE PLAZA INC
PO BOX 408
FITZGERALD, GA 31750-0408

CREDITOR ID: 1976-07
VILLAGE ROYALE PROPERTIES LLC
C/O CB RICHARD ELLIS
6700 NORTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33309

CREDITOR ID: 2652-07
VIRGIL D. GREEN FAMILY TRUST
GREEN LAND TRUST
6296 OLD WATER OAK ROAD
TALLAHASSEE FL 32312

CREDITOR ID: 1977-07
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CENTRE PARKWAY
FINANCIAL PARK PLACE STE 300
LITTLE  ROCK AR 72211

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CTR PKWY,
LITTLE  ROCK, AR 72211

CREDITOR ID: 1979-07
W T H II LLC
C/O SPECTRUM REALTY ADVISORS
5871 GLENRIDGE DRIVE
SUITE 400
ATLANTA, GA 30328

CREDITOR ID: 2654-07
W. D. OF VIRGINIA, INC.
P.O. BOX 578
JACKSONVILLE NC 28541-0578

CREDITOR ID: 2655-07
W. HALL DBA HIGH SPRINGS PLAZA INC
C/O CHARLES WAYNE PROPERTIES I
444 SEABREEZE BLVD STE 1000
DAYTONA  BEACH FL 32118

CREDITOR ID: 2690-07
W/D SELMA RIC LLC
235 MOORE STREET
3RD FLOOR
HACKENSACK NJ 07601

CREDITOR ID: 1981-07
WACHOVIA SECURITIES
LOAN # 815114283
PO BOX 60253
CHARLOTTE, NC 28260-0253

# SERVICE LIST

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:   WINN-DIXIE STORES, INC.**                    **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1982-07<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808-1693 | CREDITOR ID: 2656-07<br>WALKER LA COMMERCIAL<br>PO BOX 1693<br>BATON  ROUGE LA 70821-1693 | CREDITOR ID: 1983-07<br>WATCH OMEGA HOLDINGS LP<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD WEST<br>JACKSONVILLE, FL 32217 |
| CREDITOR ID: 2657-07<br>WATCH OMEGA HOLDINGS, L.P.<br>C/O GMH CAPITAL PARTNERS<br>3733 UNIVERSITY BD,WEST STE 20<br>JACKSONVILLE FL 32217 | CREDITOR ID: 1984-07<br>WATERS & ARMENIA PLAZA<br>ARTZIBUSHEV & CO<br>1525 W HILLSBOROUGH AVE<br>TAMPA, FL 33603-1200 | CREDITOR ID: 1985-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE NC 28234 |
| CREDITOR ID: 2658-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE, NC 28234 | CREDITOR ID: 1986-07<br>WATKINS INVESTMENT<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST  LOUIS, MO 63178 | CREDITOR ID: 2659-07<br>WATKINS INVESTMENTS<br>751 CHAMPAGNE ROAD<br>INCLAN  VILLAGE NV 89451 |
| CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, L.P.<br>751 CHAMPAGNE ROAD<br>INCLINE  VILLAGE NV 89451 | CREDITOR ID: 1987-07<br>WAYNE RUBEN<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 1988-07<br>WAYNESVILLE SHOPPING<br>C/O RONALD L HOOKER<br>PO BOX 744<br>BLOOMINTON, IN 47402 |
| CREDITOR ID: 2662-07<br>WAYNESVILLE SHOPPING CNTER, LLC<br>C/O RONALD L. HOOKER<br>435 OVERLOOK DR<br>MAGGIE  VALLEY NC 28751 | CREDITOR ID: 1989-07<br>WBFV INC<br>C/O NEARI & ASSOCIATES<br>PO BOX 20983<br>WINSTON  SALEM, NC 27120-0983 | CREDITOR ID: 1990-07<br>WCL FIVE LLC<br>P O BOX 601698<br>CHARLOTTE NC 28260-1698 |
| CREDITOR ID: 2663-07<br>WCL FIVE LLC<br>PO BOX 601698<br>CHARLOTTE, NC 28260-1698 | CREDITOR ID: 1991-07<br>WD DEVELOPMENT LLC<br>C/O BARNETT PROPERTIES LLC<br>1775 GRAHAM AVENUE, SUITE 201<br>HENDERSON, NC 27536 | CREDITOR ID: 2664-07<br>WD GREEN COVE TRUST<br>ONE PARAGON DRIVE SUITE 145<br>MONTVALE NJ 07645 |
| CREDITOR ID: 2665-07<br>WD JACKSONVILLE TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 1993-07<br>WD MARIANNA PORTFOLIO LP<br>C/O H& R ESTATE INVESTMENT TRU<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 1994-07<br>WD MILTON PORTFOLIO L P<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA |
| CREDITOR ID: 2666-07<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I. REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 | CREDITOR ID: 1980-07<br>W-D SHELBY PARTNERSHIP<br>C/O WEISS<br>469 7TH AVENUE<br>SUITE 1300<br>NEW  YORK, NY 10018-7603 | CREDITOR ID: 2667-07<br>WD TAMPA TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 |
| CREDITOR ID: 2668-07<br>WD WESTMINSTER SC LLC<br>C/O I REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 | CREDITOR ID: 2669-07<br>WD-EUNICE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8705 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 2670-07<br>WD-OAKDALE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8705 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 |

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:    WINN-DIXIE STORES, INC.**                                        **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 1995-07<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST PALM BEACH FL 33405-7388 | CREDITOR ID: 2671-07<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST PALM BEACH, FL 33405-7388 | CREDITOR ID: 1996-07<br>WEBB/LEXINGTON VENTURES #108<br>ATTN ROBERT K CHAFFINS RETAIL<br>PROPERTY MANAGER<br>250 WEST MAIN STREET<br>SUITE 3000<br>LEXINGTON, KY 40507 |
| CREDITOR ID: 2672-07<br>WEBB/LEXINGTON VENTURES 108<br>300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507 | CREDITOR ID: 1997-07<br>WEBBER COMMERCIAL PROPERTIES L<br>C/O PROFESSIONAL REALTY CONSUL<br>2503 DEL PRADO BOULEVARD<br>CAPE CORAL, FL 33904 | CREDITOR ID: 2673-07<br>WEDDINGTON ASSOCIATES<br>C/O COLLETT & ASSOCIATES<br>P.O. BOX 36799<br>CHARLOTTE NC 28236-6799 |
| CREDITOR ID: 1998-07<br>WEEKI WACHEE VILLAGE SHOP CENTER<br>C/O SIZELER PROPERTY INVESTORS<br>DEPOSITORY ACCOUNT<br>PO BOX 62799<br>NEW ORLEANS, LA 70162 | CREDITOR ID: 1693-07<br>WEIGEL, PATRICIA OR MARSHALL<br>C/O ZEISLER & ZEISLER LLP<br>1100 THIRD ST<br>SAN RAFAEL, CA 94901-3019 | CREDITOR ID: 2674-07<br>WEINACKER SHOPPING CENTER LLC<br>SHOPPING CENTER LLC<br>PO BOX 2926<br>MOBILE AL 36652-9987 |
| CREDITOR ID: 1999-07<br>WEINGARTEN REALTY INVESTORS<br>ATTN: JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 | CREDITOR ID: 2675-07<br>WEINGARTEN REALTY INVESTORS<br>P.O. BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 2676-07<br>WEINGARTEN REALTY MANAGEMENT CO<br>PO BOX 924133<br>HOUSTON TX 77292-4133 |
| CREDITOR ID: 2553-07<br>WEISS, SHERI TRAGER<br>13853 THOMASVILLE CT<br>JACKSONVILLE, FL 32223 | CREDITOR ID: 2000-07<br>WESLEY CHAPEL SC CO LTD<br>ATTN ACCOUNTING DEPT<br>1733 WEST FLETCHER AVENUE<br>TAMPA, FL 33612 | CREDITOR ID: 2002-07<br>WEST NAPOLEON JOINT VENTURE<br>C/O MELTZER PROPERTIES LTD<br>4621 WEST NAPOLEON AVENUE<br>SUITE 210<br>METAIRIE, LA 70001 |
| CREDITOR ID: 2003-07<br>WESTFORK PLAZA<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 2004-07<br>WESTGATE LLC<br>ATTN: JAMES A CAIN<br>PO BOX 3242<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 2005-07<br>WESTLAND SHOPPING CENTER LP<br>C/O STIRLING PROPERTIES<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0787 |
| CREDITOR ID: 2006-07<br>WESTON ROAD SHOPPING CENTER<br>470 BILTMORE WAY<br>CORAL GABLES, FL 33134 | CREDITOR ID: 2677-07<br>WESTON ROAD SHOPPING CENTER, LLC<br>%GAME PROPERTIES ATTNLOURDES C<br>2875 N.W. 77TH AVE., SUITE 100<br>MIAMI FL 33122 | CREDITOR ID: 2007-07<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE SC 29602-2567 |
| CREDITOR ID: 2678-07<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE, SC 29602-2567 | CREDITOR ID: 2008-07<br>WESTWOOD SHOPPING CENTER<br>C/O MARRERO LAND<br>5201 WESTBANK EXPRESSWAY<br>MARRERO, LA 70072 | CREDITOR ID: 2009-07<br>WIAB PROPERTIES LLC OPERATING<br>C/O FOSHEE REALTY COMPANY INC<br>51 TACON STREET SUITE B<br>MOBILE, AL 36607 |
| CREDITOR ID: 2012-07<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO OH 44241-1629 | CREDITOR ID: 2682-07<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO, OH 44241-1629 | CREDITOR ID: 2683-07<br>WILLIAM H HALL<br>4928 ARAPAHOE AVE<br>JACKSONVILLE FL 32210 |

**Bridge Order Under 11 U.S.C. 365(d)(4) Extending
Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property [D.I. 700]**

**DEBTOR:   WINN-DIXIE STORES, INC.**                                      **CASE:   05-11063 (RDD)**

| | | |
|---|---|---|
| CREDITOR ID: 2014-07<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD N W<br>ATLANTA GA 30309-2335 | CREDITOR ID: 2685-07<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD NW<br>ATLANTA, GA 30309-2335 | CREDITOR ID: 2015-07<br>WINBROOK MANAGEMENT INC<br>MANAGING AGENT FOR FESTIVAL CE<br>370 SEVENTH AVENUE<br>NEW YORK, NY 10001 |
| CREDITOR ID: 2016-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA  PATH SC 29654-0125 | CREDITOR ID: 2686-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA  PATH, SC 29654-0125 | CREDITOR ID: 2017-07<br>WINDSOR STATION LC<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 |
| CREDITOR ID: 2018-07<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL<br>PO BOX 2287<br>GREENVILLE, SC 29602 | CREDITOR ID: 2020-07<br>WIREGRASS PLAZA LLC<br>C/O ARONOV REALTY MGMT INC<br>PO BOX 235021<br>MONTGOMERY, AL 36105-5021 | CREDITOR ID: 2687-07<br>WIREGRASS PLAZA, LLC<br>P O BOX 235000<br>MONTGOMERY AL 36123-5000 |
| CREDITOR ID: 2021-07<br>WOLFCHASE ASSOC LLC NORTH PALM<br>C/O STRATEGIC REALTY SERVICES<br>901 NORTHPOINT PARKWAY SUITE 2<br>WEST PALM BEACH, FL 33407 | CREDITOR ID: 2688-07<br>WOLVERINE EQUITIES 2001C BN-I LP<br>ATTN: GREG L. ENGLAND<br>15601 DALLAS PARKWAY, SUITE 40<br>ADDISON TX 75001 | CREDITOR ID: 2022-07<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO DRAWER B<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 2689-07<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>341 EAST 149TH STREET<br>BRONX NY 10451 | CREDITOR ID: 2024-07<br>WRI/TEXLA LLC<br>ATTN: PROPERTY MGMT<br>PO BOX 924133<br>HOUSTON, TX 77292-4133 | CREDITOR ID: 265053-24<br>WRI/TEXLA LLC<br>ATTN: JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77002 |
| CREDITOR ID: 2025-07<br>XARLA REALTY LLC<br>C/O ALLEN RILEY CO INC<br>200 PARK AVE., SUITE 200<br>NEW YORK, NY 10166 | CREDITOR ID: 2026-07<br>YDB THREE LAKES LC<br>C/O ELYSEE INVESTMENT CO<br>601 W 182ND ST 1ST FL<br>NEW YORK, NY 10033 | CREDITOR ID: 1115-07<br>YORK, BENNETT V.<br>% YORK DEVELOPMENTS<br>112 SHEFFIELD LOOP, SUITE D<br>HATTIESBURG MS 39402 |
| CREDITOR ID: 1378-07<br>ZAMIAS, GEORGE D.<br>REF THE CROSSING CENTER<br>C/O PITTSBURGH NATIONAL BANK<br>PO BOX 641740<br>PITTSBURGH PA 15264-1740 | CREDITOR ID: 2259-07<br>ZAMIAS, GEORGE D.<br>C/O GDZ MANAGEMENT<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 | CREDITOR ID: 2691-07<br>ZIMMER DEVELOPMENT CO. OF S.C,L.P<br>C/O HERBERT J. ZIMMER<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 |
| CREDITOR ID: 2027-07<br>ZUPPARDO PROPERTIES LLC<br>C/O JOSEPH ZUPPARDO<br>3801 RIDGEWAY DRIVE<br>METAIRIE, LA 70002 | CREDITOR ID: 2028-07<br>ZUPPARDO REAL ESTATE CO<br>3801 RIDGEWAY DRIVE<br>METAIRIE LA 70002 | CREDITOR ID: 2692-07<br>ZUPPARDO REAL ESTATE CO<br>3801 RIDGEWAY DRIVE<br>METAIRIE, LA 70002 |
| CREDITOR ID: 2693-07<br>ZYDCCO INVESTMENT,LLC<br>159 PIERCE STREET<br>BIRMINGHAM MI 48009 | | |

**Total:   1,321**

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :
                                                         :        **Chapter 11**
                                                         :
**WINN-DIXIE STORES, INC., et al.,**                     :        **Case No. 05-11063 (RDD)**
                                                         :
                   **Debtors.**                          :        **(Jointly Administered)**
                                                         :
-----------------------------------------------------------------x

## BRIDGE ORDER UNDER 11 U.S.C. § 365(d)(4) EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

   The above-captioned debtors and debtors-in-possession (the "Debtors") having

filed their Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors

May Assume or Reject Unexpired Leases of Nonresidential Real Property (the "Lease Extension

Motion") on March 17, 2005; and a hearing to consider the Motion having been scheduled before

the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy

Court") to commence on April 12, 2005, at 10:00 a.m. (the "Original Hearing"); and the Debtors

having requested that the Original Hearing be adjourned pending the outcome of the Motion of

Buffalo Rock Company to Transfer Venue of the Debtors' Bankruptcy Cases to the United States

Bankruptcy Court for the Middle District of Florida, Jacksonville Division or Such Other District

Where Venue Would be Appropriate Under 28 U.S.C. § 1408 (the "Venue Motion"), which

motion is currently scheduled to be heard on April 12, 2005; and the Debtors having requested

an interim extension of the time within which they must move to assume or reject their unexpired

leases of nonresidential real property, pending a ruling by the Bankruptcy Court on the Venue

Motion; and sufficient cause appearing therefor, it is hereby

    ORDERED that the time within which the Debtors must move to assume or reject

their unexpired leases of nonresidential real property pursuant to 11 U.S.C. § 365(d)(4) is

extended until and through such time as an order on the Lease Extension Motion is entered by

the Bankruptcy Court or such other bankruptcy court to which these cases may be transferred

based upon the outcome of the Venue Motion, without prejudice to the Debtors' right to seek

further extensions.


Dated:  April 12, 2005
        New York, New York


                                    /s/Robert D. Drain
                                    HONORABLE ROBERT D. DRAIN
                                    UNITED STATES BANKRUPTCY JUDGE