UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

WINN-DIXIE STORES, INC., et al                Case No. 05-11063 (RDD)

                Debtors.                              (Jointly Administered)
_____/

### JOINDER OF BOGGY CREEK MARKETPLACE, INC., SUN LAKE PLAZA, INC., AND SHOPPES AT LAKE AVENUE, INC. IN THE OBJECTION BY WESTLAND PLAZA ASSOCIATES, L.P. TO DEBTORS' MOTION FOR ORDER UNDER SECTION 365(d)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

COME NOW, BOGGY CREEK MARKETPLACE, INC., SUN LAKE PLAZA, INC., and SHOPPES AT LAKE AVENUE, INC. (hereinafter referred to as "Movants"), by and through their undersigned attorneys, and hereby join in the Objection by WESTLAND PLAZA ASSOCIATES, L.P. (hereinafter referred to as "Westland") to Debtors' Motion for Order Under Section 365(d)(4) Extending Time Within Which Debtors May Assume Or Reject Unexpired Leases of Non-Residential Real Property, and state as follows:

1       The Movants are each lessors of certain non-residential real property leased by the Debtors.

2.      Movants support Westland's contention that the extension sought by Debtors to assume or reject executory contracts and unexpired leases is excessive and unreasonable.

3.      For all the reasons set forth in Westland's Objection, by reference made a part hereof, the Movants respectfully request that the Debtor's Motion should not be granted.



WHEREFORE, the Movants join with Westland and pray for the entry of an Order denying Debtors' motion and holding the Debtors to a shorter time period to decide on the assumption or rejection of nonresidential real estate leases, not beyond June, 2005.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this ___ day of April, 2005 to the following: D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036; J. David Forsyth, Esq., Sessions, Fishman & Nathan, LLP, Attorneys for Westland, 201 St. Charles Avenue, 35th Floor, New Orleans, LA 70170; Office of the U.S. Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY, 10004; and Milbank, LLP, Attention: Matthew S. Barr, Esq., Chase Manhattan Bank Plaza, New York, NY 10005.

GRAYROBINSON, P.A.
Attorneys for Movants

BY: _____
Donald A. Nohrr, Esq.
Florida Bar No. 0058930
P.O. Box 1870
Melbourne, FL 32902
(321) 727-8100
(321) 984-4122 fax