UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| WINN-DIXIE STORES INC., *et.al.* | Case No. 05-11063 |
| Debtors. | (Jointly Administered) |

## NOTICE OF COMMENCEMENT OF BANKRUPTCY CASE

PLEASE TAKE NOTE that on February 21, 2005, Defendants Winn-Dixie Stores, Inc., et.al., filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing a bankruptcy case being jointly administered under the style *In re Winn-Dixie Stores, Inc.*, No. 05-11063, in the United States Bankruptcy Court for the Southern District of New York.

11 U.S.C. § 362(a)(1) provides that the filing of a voluntary petition operates as a stay, applicable to all entities, of the continuation, including the issuance or employment of process, of a judicial action or proceeding against the debtor that was or could have been commenced before the filing of the petition, or to recover a claim against the debtor that arose before the filing of the petition.

This 18th day of March, 2005.

Respectfully submitted,

CARLOCK, COPELAND,
SEMLER & STAIR, LLP

By: _____
ADAM L. APPEL
State Bar No. 020765

Attorney for Defendant



2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
404-522-8220

..........

P.O. Box 56887
Atlanta, Georgia 30343-0887

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Notice of Commencement of Bankruptcy Case** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

WILLIAM P. KEENAN
1718 Peachtree Street, NW
Suite 596 South
Atlanta, GA 30319

This 18th day of March, 2005.

By: _____
ADAM L. APPEL
State Bar No. 020765

Attorney for Defendant

Carlock, Copeland, Semler & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
404-522-8220

..........
P.O. Box 56887
Atlanta, GA 30343-0887

1820236v1