THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | * |
| WINN-DIXIE STORES, INC., et al. | * CASE NO.: 05-11063 |
| DEBTORS | * |

| | |
|---|---|
| MARY HAY | * |
| MOVANTS | * |
| VS. | * CONTESTED MATTER |
| WINN-DIXIE LOUISIANA, INC. d/b/a WINN-DIXIE #2449 a/k/a WINN-DIXIE #13-2449-001 a/k/a WINN-DIXIE, and WINN-DIXIE STORES, INC Jointly and Severally | * |
| RESPONDENT | * |

<u>CREDITOR MARY HAY'S MOTION TO SUBSTITUTE COUNSEL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES MARY HAY, Creditor, and files this Motion to Substitute Counsel, and would respectfully show unto the Honorable Court as follows:

<u>CREDITOR MARY HAY'S MOTION TO SUBSTITUTE COUNSEL</u> - 1



RECEIVED
APR 14 2005
U.S BANKRUPTCY COURT
SO. DIST. OF NEW YORK

I.

Creditor desires and elects to substitute Anjel K. Avant of Kondos & Kondos Law Offices, 1595 North Central Expressway, Richardson, Texas 75080, in place and stead of Kimberly H. Crane of Kondos & Kondos Law Offices, 1595 North Central Expressway, Richardson, Texas 75080. No delay will be occasioned by this substitution.

II.

WHEREFORE, PREMISES CONSIDERED, Creditor requests that Anjel K. Avant of Kondos & Kondos Law Offices be substituted for Kimberly H. Crane of Kondos & Kondos Law Offices as Attorney of Record, and that all future correspondence, whether by the Court, Trustee or Debtor's Counsel, be directed to said attorney, and for general relief and law and in equity.

Respectfully Submitted,
Kondos & Kondos Law Offices

Anjel K. Avant
State Bar No. 01448470
1595 N. Central Expressway
Richardson, Texas 75080
(972) 231-9924
(972) 231-8636 FACSIMILE
**ATTORNEY FOR CREDITOR**

**CREDITOR MARY HAY'S MOTION TO SUBSTITUTE COUNSEL** - 2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the forgoing Motion To Substitute was served on all parties and/or their counsel of record on this the 11th day of April, 2005, pursuant to the Texas Rules of Civil Procedure.

_____
Anjel K. Avant
**ATTORNEY FOR CREDITOR**

CREDITOR MARY HAY'S MOTION TO SUBSTITUTE COUNSEL - 3