UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    Winn-Dixie Stores, Inc.,

                                                          Case No. 05-11063

                                                          CHAPTER 11

                              Debtor
-----------------------------------------------------------------X


**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM:TRANSCRIPT OF HEARING**


Transcript of hearing held on February 23, 2005

Re: Emergency Motion for Interim and Final Financing Orders; (1) Authorizing Debtors to Obtain Post-Petition Financing and Utilize Cash Collateral (II) Granting Adequate Protection to Pre-Petition Lenders.


The transcript of the above hearing has been filed with the Clerk's office,
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408
and is available for viewing in Room 511 during regular court hours.

Proceedings recorded by electronic sound recording, transcript produced by transcription service.