UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    Winn-Dixie Stores, Inc.,

                                                                      Case No. 05-11063

                                                                       CHAPTER 11

                              Debtor
-----------------------------------------------------------------X


**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM:TRANSCRIPT OF HEARING**


Transcript of hearing held on March 15, 2005

Re: Hearing of Matters Listed on Agenda to be Heard on March 15, 2005.


The transcript of the above hearing has been filed with the Clerk's office,
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408
and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:
        Doyle Reporting, Inc. A Veritext Company
        369 Lexington Avenue, Suite 400
        New York, New York 10017
        (212) 867-8220 or (212) 374-1138