UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    Winn-Dixie Stores, Inc.,

                                            Case No. 05-11063

                                            CHAPTER 11

                      Debtor
-----------------------------------------------------------------X


**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM:TRANSCRIPT OF HEARING**


Transcript of hearing held on March 18, 2005

Re: **SEE ATTACHMENT FOR DETAILS**


The transcript of the above hearing has been filed with the Clerk's office,
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, New York 10004-1408
and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:
    Doyle Reporting, Inc. A Veritext Company
    369 Lexington Avenue, Suite 400
    New York, New York 10017
    (212) 867-8220 or (212) 374-1138