```
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4
                                              x
 5                  In the Matter
 6                        of                    Case No.
                                                05-11063
 7           WINN-DIXIE STORES, INC.
 8                     Debtor.
                                              x
 9
                       March 18, 2005
10
                     United States Custom House
11                   One Bowling Green
                     New York, New York 10004
12
13   Emergency Motion for Interim and Final
     Financing Orders(I) Authorizing Debtors to
14   Obtain Post-Petition Financing and Utilize Cash
     Collateral, (II) Granting Adequate Protection
15   to Pre-Petition Lenders, (III) Modifying the
     Automatic Stay, and (IV) Scheduling, Motion for
16   Authority to Pay Pre-Petition Claims Arising
     Under the Perishable Agricultural Commodities
17   Act, Motion for Oder(A) Authorizing Return of
     Goods, (B) Establishing Procedures for
18   Treatment of Reclamation Claims, and (C)
     Prohibiting Third Parties from Interfering with
19   Delivery of Goods, Application for Authority to
     Employ XRoads Solutions Group, LLC as Financial
20   and Operations Restructuring Consultants filed
     by Winn-Dixie Stores, Inc., RE: Doc #163;
21   Objection to Treatment of Reclamation Claims
     (related document(s)[98]) Filed by American
22   Food Distributors, Inc., RE: Doc #343; Limited
     Objection by Vendor, Front End Services
23   Corporation, to Debtors' Motion for Order (A)
     Authorizing Return of Goods, (B) Establishing
24   Procedures for Treatment of Reclamation Claims,
     and (C) Prohibiting Third Parties from
25   Interfering; RE: Doc #348; Objection of General
```

```
 1
 2   Pre-Petition Claims Arising Under the
     Perishable Agricultural Commodities Act and
 3   Joinder in Objection of Burch Equipment, LLC,
     et al. and the Opposition of D.L.J. Produce,
 4   Inc. RE:  Doc #350; Limited Objection of The
     Clorox Sales Co., ConAgra Foods, Inc., Conopco,
 5   Inc., Frito-Lay, Inc., General Mills, Inc.,
     Kraft Foods Global, Inc., Masterfoods, a
 6   division of Mars, Inc., The Proctor & Gamble
     Distributing Co., The Quaker Oats Comp, RE: Doc
 7   #362; Supplemental Affirmation of Northpoint
     Trading Inc. and Joinder in the Objection of
 8   the Pepsi Bottlers, Mt. Olive Pickle Company
     Inc., H.J. Heinz Company, L.P., Kellogg Sales
 9   Company and Keebler Company and Murray Biscuit
     Company, Hershey Food; Re: Doc #367; First
10   Objection to Motion Re Use of Cash Collateral
     (related document(s)[12]); RE: Doc #378;
11   Limited Objection OF NORTHPOINT TRADING INC. TO
     THE EMERGENCY MOTION for Interim and Final
12   Financing Orders, RE: Doc #382; Objection to
     Emergency Motion for Interim and Final
13   Financing Orders(I) Authorizing Debtors to
     Obtain Post-Petition Financing and Utilize Cash
14   Collateral, (II) Granting Adequate Protection
     to Pre-Petition Lenders, (III) Modifying the
15   Automatic Stay; RE: Doc #412; Joinder to
     Various Landlords' Objections to Motion of the
16   Debtors for a Final Order Authorizing Debtors
     to Obtain Secured Post-Petition Financing and
17   for Related Relief (related document(s)[12];
     Re: Doc #423; Order signed on 3/15/2005
18   extending interim order authorizing Debtors to
     obtain Secured Post-Petition Financing on a
19   superpriority priming lien basis and modifying
     the automatic stay (related document(s)[12]
20   With hearing to be held on 3/18/2005; RE: Doc
     #437; Notice of Hearing Agenda for Continued
21   Hearing on March 18, 2005 (related
     document(s)[21], [26], [12], [20]); RE: Doc
22   #453; Joinder in the Objections of the Pepsi
     Bottlers (Document No. 384), H.J. Heinz
23   Company, L.P. (Document No. 376), Kellogg Sales
     Company and Keebler Company and Murray Biscuit
24   Company (Document No. 374), Hershey Foods
     Corporation (Document No.); Re: Doc #454;
25   Objection (joinder) to entry of final order
```