UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    Winn-Dixie Stores, Inc.,

                                                                            Case No. 05-11063

                                                                            CHAPTER 11

                                Debtor
-----------------------------------------------------------------X

**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM:TRANSCRIPT OF HEARING**

Transcript of hearing held on March 30, 2005

Re: Motion for entry of Order Authorizing and Approving Sale of Gulfstream G-200 Aircraft and Related Equipment to Majestic Realty and Authorizing Payment of Broker's fee to Bloomer deVere Group Avia; Application to employ Togut, Segal and Segal LLP as Conflicts Counsel; Application to Employ Milbank, Tweed, Hadley and McCloy LLP as Counsel to the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

The transcript of the above hearing has been filed with the Clerk's office,
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408
and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:
        Doyle Reporting, Inc. A Veritext Company
        369 Lexington Avenue, Suite 400
        New York, New York 10017
        (212) 867-8220 or (212) 374-1138