UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF CASE MANAGEMENT CONFERENCE

A case management conference will be held in **Courtroom 4D**, Fourth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, on April 25, 2005 at 10:00 a.m. to consider the status of these Chapter 11 cases, scheduling issues and such other business as may properly come before the Court.

You may appear at this case management conference by telephone if you contact the undersigned by no later than Thursday, April 21, 2005. This case management conference may be continued upon announcement made in open court without further notice.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

**DATED** this 15th day of April, 2005, at Jacksonville, Florida.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FROM, LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker* | By   *s/ Stephen D. Busey* |
|      D. J. Baker |      Stephen D. Busey |
|      Sally McDonald Henry |      James H. Post |
|      Rosalie Walker Gray |      Cynthia C. Jackson |
| | |
| Four Times Square | Florida Bar Number 498882 |
| New York, New York 10036 | 225 Water Street, Suite 1800 |
| (212) 735-3000 | Jacksonville, Florida 32202 |
| (212) 735-2000 (facsimile) | (904) 359-7700 |
| | (904) 359-7708 (facsimile) |

Attorneys for Debtors

00492828.DOC