UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Case Management Conference was furnished by U.S. mail and/or electronically on April 15, 2005 to those parties on the attached Master Service List.

| SKADDEN, ARPS, SLATE, MEAGHER & FROM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker* | By  *s/ Stephen D. Busey* |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| | |
| Four Times Square | Florida Bar Number 498882 |
| New York, New York 10036 | 225 Water Street, Suite 1800 |
| (212) 735-3000 | Jacksonville, Florida 32202 |
| (212) 735-2000 (facsimile) | (904) 359-7700 |
| | (904) 359-7708 (facsimile) |

Attorneys for Debtors

00492892.DOC