UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC.,　　　　　　　Case No:　　　3:05-bk-03817-JAF

　　　Debtor.　　　　　　　　　　　　　Chapter 11
_____/

## NOTICE OF APPEARANCE

Rachel E. Adams, Esquire, and STOVASH, CASE, & TINGLEY, P.A., on behalf of AMSW, INC., in the above-styled action, hereby enter this Notice of Appearance pursuant to Bankruptcy Rule 2002(I), and respectfully request that copies of all pleadings and other papers hereafter filed in these proceedings be forwarded to the undersigned and further request that the Clerk of this Court place the name and address of the undersigned on the matrix in the court file.

　　　　　　　　　　　　　　　　　　　STOVASH, CASE, & TINGLEY, P.A.


　　　　　　　　　　　　　　　　　　　By:　　/s/  Rachel E. Adams
　　　　　　　　　　　　　　　　　　　Rachel E. Adams, Esquire
　　　　　　　　　　　　　　　　　　　Florida Bar Number: 0479934
　　　　　　　　　　　　　　　　　　　SunTrust Center
　　　　　　　　　　　　　　　　　　　200 South Orange Avenue, Suite 1220
　　　　　　　　　　　　　　　　　　　Orlando, FL  32801
　　　　　　　　　　　　　　　　　　　Telephone:  (407) 316-0393
　　　　　　　　　　　　　　　　　　　Telecopier:  (407) 316-8969
　　　　　　　　　　　　　　　　　　　Attorneys for AMSW, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished via electronic transmission or by first class, prepaid U.S. Mail to the following on the 18th day of April, 2005.

| | |
|---|---|
| Debtor: | Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699 |
| Debtor's Attorney: | Adam Ravin, Esquire, Four Times Square, New York, NY 10036 |
| U.S. Trustee: | 135 W. Central Blvd., Suite 620, Orlando, FL 32801 |

                                                            /s/ Rachel E. Adams
                                                          Rachel E. Adams, Esquire