BERGER SINGERMAN, P.A.
Attorneys for GRE Coralwood, LP
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Arthur J. Spector, Esq.
954-525-9900


UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

-----------------------------------------------------------------x
In re                                                : Chapter 11

                                                     Case No.: 3:05-bk-03817-JAF
WINN-DIXIE STORES, INC.                              :
                            Debtor.
                                                     : NOTICE OF APPEARANCE
                                                       AND REQUEST FOR NOTICES
-----------------------------------------------------------------x

TO:   All Parties on the attached service list

SIRS:

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance as counsel of record for GRE Coralwood, LP pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010(b) and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery,

119978-1

2

telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the Debtor, its respective property and/or property of the estate.

Dated:	Fort Lauderdale, Florida
	April 18, 2005.

                                       BERGER SINGERMAN, P.A.
                                       Attorneys for GRE Coralwood, LP
                                       350 East Las Olas Boulevard
                                       Suite 1000
                                       Fort Lauderdale, Florida 33301
                                       954-525-9900

                                       By:_____/S/_____
                                           Arthur J. Spector, Esq.
                                           Florida Bar No. 620777