UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                              Chapter 11
　　　　　Debtors.                          )        Jointly Administered

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The law firm of Smith Hulsey & Busey withdraws its notice of appearance filed in these cases on behalf of Hillandale Farms, Inc. ("Hillandale"). Smith Hulsey has withdrawn from its representation of Hillandale in this matter with Hillandale's consent.

　　　　　　　　　　　　　　　　SMITH HULSEY & BUSEY


　　　　　　　　　　　　　　　　By     *s/ James H. Post*
　　　　　　　　　　　　　　　　　　　　James H. Post

　　　　　　　　　　　　　　　　Florida Bar Number 175460
　　　　　　　　　　　　　　　　225 Water Street, Suite 1800
　　　　　　　　　　　　　　　　Jacksonville, Florida 32202
　　　　　　　　　　　　　　　　(904) 359-7700
　　　　　　　　　　　　　　　　(904) 359-7708 (facsimile)

## Certificate of Service

I certify that a copy of this Notice was furnished by U.S. mail and/or electronically to D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York  10036, Mr. Robert Randall, Hillandale Farms, Inc., Post Office Box 2109, Lake City, Florida  32056-2109 and Office of the U.S. Trustee, 135 W. Central Boulevard, Room 620, Orlando, Florida  32801, this 19th day of April, 2005.

*s/ James H. Post*
Attorney

00493146.DOC