Stephen Lewis, PA No. 24988
725 Conshohocken State Road
Bala Cynwyd, PA 19004
Phone: (610) 667-5800
Fax:   (610) 664-1976



Attorney for Stoltz Management of Delaware, Inc., agent for Semoran Retail LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In Re:                                         ) In Proceedings Under Chapter 11
**Winn-Dixie Stores, Inc.**                    ) Case No. 3-05-BK-3817
                                               )
          Debtor(s)                            ) Notice of Appearance and
                                               ) Request for Notice

Stephen Lewis, as counsel, for Stoltz Management of Delaware, Inc., agent for Semoran Retail LLC hereby gives notice of appearance in this Chapter 11 proceeding as attorney for Stoltz Management of Delaware, Inc. (the "Agent") for Semoran Retail LLC. Counsel hereby requests, pursuant to Bankruptcy Rule 2002, that a copy of all notices to creditors, equity security holders, lessors, creditors' committees, or equity security holders' committees, whether sent by the Court, the Debtor, or any other party in this proceeding, also be sent to the following:

Stephen Lewis, Esq.<br>
725 Conshohocken State Road<br>
Bala Cynwyd, PA 19004<br>
Phone: (610) 667-5800<br>
Fax: (610) 664-1976<br>
Email: slewis@stoltzusa.com

Counsel further requests to be added to the Master Mailing List and any Official Service List approved by the Court.

DATED this __18th__ day of __April__, 2005

By _____
Stephen Lewis, Esq.
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Attorney for Stoltz Management of Delaware, Inc., agent for Semoran Retail LLC

Copy of the foregoing mailed this __18th__ day of __April__, 2005 to:

Adam Ravin, Esq.
David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Time Square
New York, NY 10036