**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**DEBTORS' MOTION FOR ORDER APPROVING STIPULATION PROVIDING FOR WITHDRAWAL OF OBJECTION BY AMERICAN KB PROPERTIES I LIMITED PARTNERSHIP TO DEBTORS' MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within 15 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Post Office Box 559, Jacksonville, Florida 32201, and serve a copy on (i) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and (ii) D. J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

The above captioned debtors and debtors-in-possession (the "Debtors") move the Court, pursuant to Rule 9019, Federal Rules of Bankruptcy procedure, and Local Rule 9071-1, for the entry of an order approving the stipulation attached as Exhibit A which provides for American KB Properties I Limited Partnership to withdraw its April 4, 2005 objection to the Debtors'

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Motion for Order under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 472).

Dated: April 20, 2005

SMITH HULSEY & BUSEY

By /s/ Cynthia C. Jackson
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson
    Florida Bar Number 498882
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)

- and -

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for Debtors

**EXHIBIT A**

588575.02-New York Server 1A - MSW

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |

**STIPULATION PROVIDING FOR WITHDRAWAL OF OBJECTION BY AMERICAN KB PROPERTIES I LIMITED PARTNERSHIP TO DEBTORS' MOTION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF <u>NONRESIDENTIAL REAL PROPERTY</u>**

This Stipulation is made and entered into as of the date set forth below by and among (i) the above-captioned debtors and debtors-in-possession (the "Debtors") and (ii) American KB I Properties Limited Partnership ("American"), acting through their respective counsel.

WHEREAS, the Debtors filed their Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (the "Motion") on March 17, 2005.

WHEREAS, American is the fee owner and landlord of the real property known as and located at Business US Highway 220, at the intersection with Ayersville Road, Madison, Rockingham County, North Carolina (the "Real Property").

WHEREAS, one of the Debtors operates a store (Winn Dixie Store No. 2096) on the Real Property pursuant to a lease with American dated April 16, 1992 (as amended, the "Lease").

WHEREAS, American filed an Objection to the Motion on April 4, 2005 in which it represented that (a) it had recently entered into a purchase and sale agreement for the

-2-

sale of the Real Property, (b) a closing date for the sale of the Real Property had been set to occur on or before June 21, 2005, and (c) it would suffer extreme prejudice if the time within which the Debtors could assume or reject the Lease were extended to September 19, 2005 as requested in the Motion.

NOW, THEREFORE, IT IS STIPULATED by and between American and the Debtors, acting through their respective counsel, subject to Court approval, as follows:

1. American shall withdraw its Objection, with prejudice, within five (5) days of the date upon which this Stipulation is approved by the Court.

2. The period within which the Debtors must move to assume or reject the Lease is extended to May 30, 2005.

-3-

3. The Debtors shall not be permitted to seek additional extensions of the period within which to assume or reject the Lease.

Dated: April 19, 2005

STIPULATED AND AGREED:

By: /s/ Cynthia C. Jackson
Stephen D. Busey
Cynthia C. Jackson
Florida Bar Number 498882
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

   - and –

/s/ D. J. Baker
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for the Debtors

/s/ Salvatore LaMonica
Salvatore LaMonica
David A. Blansky
LAMONICA, HERBST & MANISCALCO LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500

Attorneys for American KB Properties I Limited Partnership