UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FILED
APR 20 2005
CLERK U.S. BANKRUPTCY
COURT ORLANDO, FL

In re:  )
        )
WINN-DIXIE STORES, INC., *et al.,*  )  Case No. 05-03817-3f1
        )  Chapter 11
    Debtors.  )
        )  (Jointly Administered)
        )

**VERIFIED STATEMENT PURSUANT TO RULE 2019(a)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Snell & Wilmer L.L.P. files this Verified Statement of its multiple representations in this case:

1. The name and address of the creditors represented by Snell & Wilmer L.L.P. are:

Bar-S Foods Co.
3838 North Central Avenue, Suite 1900
Phoenix, Arizona 85012-9049

The Dial Corporation
Mail Stop 5100
15101 N. Scottsdale Road
Scottsdale, AZ 85254

2. The nature and the amount of claims (interests) and the times of acquisition thereof are as follows:

(a) Bar-S Foods Co. has a reclamation claim against the above-referenced debtors in the amount of $83,907.78, and a general unsecured claim in the amount of $194.40.

(b)     The Dial Corporation has a reclamation claim against the above-referenced debtors in the amount of $351,537.72, and a general unsecured claim in the amount of $71,246.00.

DATED this 20th day of April, 2005.

> SNELL & WILMER L.L.P.
> Counsel for Bar S Foods Co.
> and Dial Corporation
> One Arizona Center
> 400 E. Van Buren
> Phoenix, AZ 85004-2202
> Telephone: (602) 382-6000
> Facsimile:  (602) 382-6070
> E-Mail: prathwell@swlaw.com
>
>
> By____/s/ Peter J. Rathwell_____
>        Peter J. Rathwell

Peter J. Rathwell, Esq. appeared before me this 20th day of April, 2005, and acknowledged that the representations in the foregoing statements are true to the best of his knowledge, information and belief.

> NOTARY PUBLIC
>
> /s/ Debra Harding
>
> My Commission expires: January 20, 2009

## CERTIFICATE OF SERVICE

Copy of the foregoing mailed by U.S. Mail, first class, this 20th day of April, 2005, to:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Attorneys for Debtors

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Attorney for Creditor Committee

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

                                              /s/ Jessica Astorga
                                              Jessica Astorga