# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817 (JAF) |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE WITH RESPECT TO MONTHLY OPERATING STATEMENT FOR THE PERIOD FROM FEBRUARY 22, 2005 TO MARCH 9, 2005

I, Rosalie Walker Gray, hereby certify that, on April 12, 2005, I caused to be served the Monthly Operating Statement for the Period from February 22, 2005 to March 9, 2005, by having true and correct copies thereof sent via first-class mail, postage pre-paid and e-mail service to the parties listed below:

Richard C. Morrissey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Phone: 212-510-0500
Fax: 212-668-2255
richard.morrissey@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat, Daniel Fiorello
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com, dfiorillo@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com, mbarr@milbank.com

Dated: April 20, 2005

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ Rosalie Walker Gray
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

 - and –

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors