## **EXHIBIT B**

## CURE AMOUNTS

| Store Number | Landlord | Cure Amount |
|---|---|---|
| 954 | Aegis Waterford, L.L.C. | $36,248.00 |
| 956 | ARS Investment Corp.<br>c/o Harding & Associates, Inc. | $43,899.00 |
| 967 | Allied Finance Company Limited Partnership III<br>c/o Allied Finance Company | $0.00 |
|  |  |  |
|  | Total | $80,147.00 |