**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **May 6, 2005, 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtors' Motion for Order under 11 U.S.C. §§ 105(a), 363, 365 And 1146(c) and Fed. R. Bankr. P. 6004 and 6006 (A) Authorizing and Approving Asset Purchase Agreement with Food Lion, LLC for the Sale of Certain Leasehold Interests, Equipment and Inventory Relating to Three Stores, (B) Authorizing Such Sale Free and Clear of Liens, Claims, Interests and Encumbrances, (C) Determining That Such Sale is Exempt from Any Stamp, Transfer, Recording Or Similar Tax, (D) Authorizing Debtors to Assume and Assign Leases in Connection with the Sale, (E) Fixing Cure Amounts and (F) Granting Related Relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

and Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the specific grounds therefor, and shall be filed electronically with the Court and served so as to be actually received by the following parties no later than May 3, 2005 at 4:00 p.m. (prevailing Eastern Time): (i) the Office of the United States Trustee for the Middle District of Florida, 135 West Central Blvd., Suite 620, Orlando, Florida 32801; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attention: D. J. Baker; (iii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899, Attention: Eric M. Davis; (iv) Smith, Hulsey & Busey, 225 Water Street, Suite 1806, Jacksonville, Florida 32202, Attention: Stephen D. Busey and Cynthia C. Jackson; (v) Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005-1413, Attention: Matthew Barr and Dennis Dunne; (vi) Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, New York, New York 10169, Attention: Jonathan N. Helfat; (vii) Akin Gump Strauss Hauer & Feld LLP, Robert S. Strauss Building, 1333 New Hampshire Ave., NW, Washington, DC 20036, Attention: Stephen B. Kuhn and Franz R. Rassman; (viii) Food Lion, LLC, P.O. Box 1330, 2110 Executive Drive, Salisbury, NC 28145-1330, Attention: Real Estate Department; (ix) The Blackstone Group, L.P., 345 Park Ave., 29th Floor, New York, New York 10154, Attention: Paul Schlaack; (x) The Food Partners, LLC, 975 East Tower, 1300 Eye Street, Washington, DC 20005, Attention: Matthew S. Morris; (xi) Excess Space Retail Services, Inc., One Hollow Lane, Suite 112, Lake Success, New York 11042, Attention: Michael Wiener; (xii) U.S. Surveyor, Inc., 4929 Riverwind Pointe Dr., Evansville, Indiana 47715, Attention: Walt E. Caswell; (xiii) Golder Associates, Inc., 8933 Western Way, Suite 12, Jacksonville, Florida 32256, Attention: Mark Jordana; (xiv) First American Title Insurance Company, 5775 Glenridge Drive NE, Suite A-240, Atlanta, Georgia 30328, Attention: Steve Nelson; (xv) Smith, Gambrell & Russell, LLP, 50 N. Laura Street, Suite 2600, Jacksonville,

00493320.DOC

Florida 32202, Attention: D. G. Standford; and (xvi) Kirschner & Legler, P.A., 300 Wharfside Way, Jacksonville, Florida 32207, Attention: Kenneth M. Kirschner.  Hard copies of the Motion and any objections to the relief requested by the Motion shall be delivered to Judge Funk's chambers no later than May 3, 2005.

PLEASE TAKE FURTHER NOTICE that the Motion seeks to fix cure amounts on certain leases relating to three Debtor stores.  Any objection to the cure amounts must be in accordance with the above procedures as well as in accordance with the procedures set forth in the Motion.

Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

Dated:  April 20, 2005

SMITH HULSEY & BUSEY

By   */s/ Cynthia C. Jackson*
   Stephen D. Busey
   James H. Post
   Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

00493320.DOC

- 3 -

- and –

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)

- and –

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Eric M. Davis
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
(302) 651-3001 (facsimile)

Attorneys for the Debtors

00493320.DOC