UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-3817

Debtors.                              )

## ORDER AUTHORIZING RETENTION OF
## SMITH HULSEY & BUSEY NUNC PRO TUNC

This cause having been considered upon the application of Winn-Dixie Stores, Inc., and its affiliated debtors (collectively, the "Debtors"), pursuant to 11 U.S.C. §§ 327(a) and 329, for an order authorizing the retention of Smith Hulsey & Busey as bankruptcy co-counsel for the Debtors nunc pro tunc to March 28, 2005, (the "Application"), and the Court having considered the Application and being otherwise advised in the premises and sufficient cause appearing, it is

ORDERED:

1. The Application is granted.

2. Smith Hulsey & Busey is approved under 11 U.S.C. § 327(a) as bankruptcy counsel for the Debtors in these jointly administered Chapter 11 cases nunc pro tunc to March 28, 2005.

3. The compensation of Smith Hulsey & Busey for professional services rendered and reimbursement for costs advanced shall be fixed by the Court upon

application and notice as may be directed by this Court in accordance with 11 U.S.C. §§ 330 and 331.

Dated this 20 day of April, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Cynthia C. Jackson
United States Trustee