UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER SHORTENING
## NOTICE PERIOD OF FOOD LION SALE

These cases came before the Court upon the motion of the Debtors pursuant to Rule 2002(a)(2), Federal Rules of Bankruptcy Procedure, to shorten the notice period for the Debtors' motion to sell assets and assign leases to Food Lion, LLC from twenty days to fifteen days (the "Motion"). The Court having considered the Motion and finding sufficient cause, it is

ORDERED:

1. The Motion is granted.

2. Notice of the Sale Motion is shortened from twenty days to fifteen days pursuant to Rule 2002(a)(2).

3. Such notice is proper and sufficient under 11 U.S.C. §363.

Done and Ordered in Jacksonville, Florida, this 21 day of April, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson
United States Trustee

00493353.DOC