UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                                         Chapter 11
            Debtors.                           )     Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of (i) Debtors' Motion for Order Approving Stipulation Providing for Withdrawal of Objection by American KB Properties I Limited Partnership to Debtors' Motion for Entry of an Order Under 11 U.S.C. § 365(d)(4) Granting Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property, (ii) Motion for an Order Under 11 U.S.C. §§ 105(a), 363, 365, and 1146(c) and Fed. R. Bankr. P. 6004 and 6006 (A) Authorizing and Approving Asset Purchase Agreement with Food Lion, LLC for the Sale of Certain Leasehold Interests, Equipment and Inventory Relating to Three Stores, (B) Authorizing Such Sale Free and Clear of Liens, Claims, Interests and Encumbrances, (C) Determining That Such Sale is Exempt From Any Stamp, Transfer, Recording or Similar Tax, (D) Authorizing Debtors to Assume and Assign Leases In Connection with the Sale, (E) Fixing Cure Amounts and (F) Granting Related Relief ("Motion to Sell Assets"), (iii) Notice of Hearing on Motion to Sell Assets and (iv) Motion for Order Shortening Notice of Food

Lion Sale was furnished by mail and/or electronically on April 20, 2005 to those parties on the attached Master Service List.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) |

Attorneys for Debtors

00493386.DOC