### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                    CASE NO. 3-05-bk-03817-JAF

**WINN-DIXIE STORES, INC.,** *et al.,*            **CHAPTER 11**

**Debtors.**                                    **Jointly Administered**
_____/

### NOTICE OF APPEARANCE AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears for Gustafson's, LLC

(hereinafter referred to as "Gustafsons"), a creditor and party-in-interest in the above-referenced

jointly-administered cases, and under, *inter alia,* F.R.B.P. 2002, 9007, and 9010 and § 1109(b) of

the Bankruptcy Code, requests that all notices given or required to be given in this case, and all

papers served or required to be served in this case, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy

Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules

set forth above, but also includes, without limitation, any and all other orders and notices of

application, motion, petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, and whether transmitted by or conveyed by mail, courier

service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that

(1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest

in this case, including Gustafsons with respect to: (a) the debtors; (b) property of the estate, or

proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof

in the possession, custody or control of others that the debtors may seek to use; or (2) requires or

seeks to require any act, delivery of any property, payment, or other conduct by Gustafsons.

**PLEASE TAKE NOTICE** that Gustafsons intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Gustafsons' right to have final orders in noncore matters entered only after *de nova* review by a District Judge, (2) Gustafsons' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Gustafsons' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Gustafsons is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies Gustafsons expressly reserves.

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance and Demand for Papers, together with all exhibits, has been furnished by U.S. First Class mail, postage prepaid, to:  Cynthia C. Jackson, Smith Hulsey & Busey, a/f Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; D. J. Baker, Skadden, Arps, Slate, et al, a/f Debtors, Four Times Square, New York, New York 10036; Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy LLP, a/f OCUC, 1 Chase Manhattan Plaza, New York, New York 10005; Kenneth C. Meeker, Asst. U.S. Trustee, Office of the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801; James L. Cooper, Gustafson's, LLC, P. O. Box 338, Green Cove Springs, Florida 32043.

**DATED** this 21st day of April 2005.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
Jimmy D. Parrish
Florida Bar No. 526401
**GRONEK & LATHAM, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802)
Orlando, Florida  32801
Telephone:  (407) 481-5800
Facsimile:  (407) 481-5801
Attorneys for Gustafsons