**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 3-05-bk-03817-JAF** |
| **WINN-DIXIE STORES, INC.,** *et al.*, | **CHAPTER 11** |
| Debtors._____/ | Jointly Administered |

**VERIFIED STATEMENT, PURSUANT TO FRBP 2019,**
**OF REPRESENTATION OF MORE**
**THAN ONE CREDITOR BY GRONEK & LATHAM, LLP**

**GRONEK & LATHAM, LLP** ("G&L"), files this Verified Statement of representation of more than one creditor ("Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1. The Debtors filed their voluntary petitions under Chapter 11 of the Bankruptcy Code on February 21, 2005 in the United States Bankruptcy Court, Southern District of New York.

2. By amended order of the Court entered on April 14, 2005 (Doc No. 739), the Debtors' jointly-administered cases were transferred to the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division.

3. G&L represents the following creditors in this case: (i) Buffalo Rock Company ("Buffalo Rock"); (ii) Citrus World, Inc., d/b/a Florida's Natural ("CWI"); (iii) Southeast Milk, Inc. ("SE Milk"); and (iv) Gustafson's, LLC ("Gustafsons").

4. Buffalo Rock is an unsecured creditor of the Debtors in the approximate amount of $2,900,000; Buffalo Rock's claim relates to product delivered to Debtors' stores.

5.  CWI is an unsecured creditor of the Debtors in the approximate amount of $97,253.12; CWI's claim relates to product delivered to Debtors' stores.

6.  SE Milk is an unsecured creditor of the Debtor in the approximate amount of $918,141.14; SE Milk's claim relates to product delivered to Debtors' stores.

7.  Gustafsons is an unsecured creditor of the Debtor in the approximate amount of $214,695.36; Gustafson's claim relates to product delivered to Debtors' stores.

## DECLARATION UNDER PENALTY OF PERJURY

I, R. Scott Shuker, on behalf of Gronek & Latham, LLP, do hereby declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

**DATED** this 21st day of April 2005.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
Jimmy D. Parrish
Florida Bar No. 526401
**GRONEK & LATHAM, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida  32801
Telephone:  407-481-5800
Facsimile:   407-481-5801
Attorneys for Buffalo Rock, CWI, SE Milk
& Gustafsons

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 3-05-bk-03817-JAF** |
| **WINN-DIXIE STORES, INC.,** *et al.*, | **CHAPTER 11** |
| **Debtors.**                              / | **Jointly Administered** |

**Certificate of Service**

  **I HEREBY CERTIFY** that a true and correct copy of the VERIFIED STATEMENT, PURSUANT TO FRBP 2019, OF REPRESENTATION OF MORE THAN ONE CREDITOR BY GRONEK & LATHAM, LLP has been furnished by U.S. First Class mail to: Cynthia C. Jackson, Smith Hulsey & Busey, a/f Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; D. J. Baker, Skadden, Arps, Slate, et al, a/f Debtors, Four Times Square, New York, New York 10036; Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy LLP, a/f OCUC, 1 Chase Manhattan Plaza, New York, New York 10005; Kenneth C. Meeker, Asst. U.S. Trustee, Office of the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801; Robert B. Rubin, Burr & Forman, LLP, a/f Buffalo Rock, 420 N 20th Street, Suite 3100, Birmingham, Alabama 35203-5206; Faye Harris, Citrus World, Inc., P. O. Box 1111, Lake Wales, Florida 33859-1111; Albert Antoine, Southeast Milk, Inc., P. O. Box 3790, Belleview, Florida 34421; James L. Cooper, Gustafson's, LLC, P. O. Box 338, Green Cove Springs, Florida 32043; and to all creditors and parties-in-interest as listed on the matrix attached to the original of this Statement filed with the Court this 21st day of April 2005.

                /s/ R. Scott Shuker
                R. Scott Shuker, Esquire