UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

————————————————————X

In re

**WINN-DIXIE STORES, INC., ET AL**
Winn-Dixie Logistics, Inc.

Debtors.

————————————————————X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 3:05-03817-JAF

Claim No.: 31439

### NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$2,241.22** from:

    Quality Hardware & Specialty Co. Inc. (Transferor)
    PO Box 60025
    207 North Ellis Rd.
    Jacksonville, FL 32254
    Attention: Van Hewett

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

_____ Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

_____
Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

**QUALITY HARDWARE & SPECIALTY CO INC**, a(n) _FLORIDA_ (insert state of incorporation) **Corporation**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC**, a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$2,241.22** (defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, _Middle District of Florida_ or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case No.05-_03817_** (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the _14_ day of _April_, 2005.

_Quality Hardware & Specialty Co Inc_
(Company Name)

WITNESS _/s/ Paulette Hodgson_       _/s/ Van C. Hewett_
        (Signature)                   (Signature of Corporate Officer)

_PAULETTE HODGSON_                    _VAN C. HEWETT, PRESIDENT_
(Print Name and Title of Witness)     (Print Name and Title of Corporate Officer)

PAULETTE HODGSON
NOTARY PUBLIC, STATE OF FLORIDA
My commission expires Oct. 28, 2006
Commission No. DD 145345

**AMROC INVESTMENTS, LLC**

WITNESS _/s/_
        (Signature)                   (Signature of Corporate Officer)

_David S. Leinwand, Senior Vice President_    _Sonia E. Gardner, Senior Managing Director_
(Print Name and Title of Witness)              (Print Name and Title of Corporate Officer)

## EXHIBIT "A"