**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

## AGENDA FOR CASE MANAGEMENT CONFERENCE

Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates as debtors and debtors in possession (collectively the "Debtors"), suggest the following agenda for matters to be considered at the Case Management Conference scheduled for Monday, April 25, 2005 at 10:00 a.m. (ET):

1. Overview of case;

2. Pending motions and deadlines;

3. Schedule of future hearings;

4. Proposed notice regarding electronic filing; and

5. Continuation of notice and objection procedures provided by the Order (A) Establishing Notice Procedure on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings (Dkt. No. 254).

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By   s/ D. J. Baker | By   s/ Stephen D. Busey |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Four Times Square | Florida Bar Number 117790 |
| New York, New York 10036 | 225 Water Street, Suite 1800 |
| (212) 735-3000 | Jacksonville, Florida 32202 |
| (212) 735-2000 (facsimile) | (904) 359-7700 |
| | (904) 359-7708 (facsimile) |

00493147