# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **May 6, 2005 at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Motion for an Order Under 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 6004 (A) Authorizing the Sale of Certain Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Granting Related Relief.

PLEASE TAKE FURTHER NOTICE that any objections to the relief requested in the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the specific grounds therefor, and shall be filed electronically with the Court and served so as to be actually received by the following parties no later than May 3, 2005 at 4:00 p.m. (prevailing Eastern Time): (i) the Office of the United States Trustee for the Middle District of Florida, 135

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

West Central Blvd., Suite 620, Orlando, Florida 32801; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attention: D. J. Baker; (iii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899, Attention: Eric M. Davis; (iv) Smith, Hulsey & Busey, 225 Water Street, Suite 1806, Jacksonville, Florida 32202, Attention: Stephen D. Busey and Cynthia C. Jackson; (v) Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005-1413, Attention: Matthew Barr and Dennis Dunne; (vi) Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, New York, New York 10169, Attention: Jonathan N. Helfat; (vii) Akin Gump Strauss Hauer & Feld LLP, Robert S. Strauss Building, 1333 New Hampshire Ave., NW, Washington, DC 20036, Attention: Stephen B. Kuhn and Franz R. Rassman; (viii) Food Lion, LLC, P.O. Box 1330, 2110 Executive Drive, Salisbury, NC 28145-1330, Attention: Real Estate Department; (ix) The Blackstone Group, L.P., 345 Park Ave., 29th Floor, New York, New York 10154, Attention: Paul Schlaack; (x) The Food Partners, LLC, 975 East Tower, 1300 Eye Street, Washington, DC 20005, Attention: Matthew S. Morris; (xi) Excess Space Retail Services, Inc., One Hollow Lane, Suite 112, Lake Success, New York 11042, Attention: Michael Wiener; (xii) U.S. Surveyor, Inc., 4929 Riverwind Pointe Dr., Evansville, Indiana 47715, Attention: Walt E. Caswell; (xiii) Golder Associates, Inc., 8933 Western Way, Suite 12, Jacksonville, Florida 32256, Attention: Mark Jordana; (xiv) First American Title Insurance Company, 5775 Glenridge Drive NE, Suite A-240, Atlanta, Georgia 30328, Attention: Steve Nelson; (xv) Smith, Gambrell & Russell, LLP, 50 N. Laura Street, Suite 2600, Jacksonville, Florida 32202, Attention: D. G. Standford; and (xvi) Kirschner & Legler, P.A., 300 Wharfside Way, Jacksonville, Florida 32207, Attention: Kenneth M. Kirschner.  Hard copies of the Motion and any objections to the relief requested by the Motion shall be delivered to Judge Funk's chambers no later than May 3, 2005.

PLEASE TAKE FURTHER NOTICE that the Motion seeks to sell certain pharmaceutical prescriptions and related inventory with respect to Store #2091 in Reidsville, North Carolina. Any objection to sale must be in accordance with the above procedures.

Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: April 21, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Eric M. Davis | By  */s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile) | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) |

00493425.DOC