UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

```
F I L E D
JACKSONVILLE, FLORIDA
APR 2 0 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
```

-----------------------------------------------------x
:
In re:                                               :
                                                     :
WINN-DIXIE STORES, INC., et al.,                     :   Chapter 11
                                                     :   Case No. 05-03817-3F1
                            Debtors.                 :   (Jointly Administered)
                                                     :
-----------------------------------------------------x

### AMENDED NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)[1]

TO:         Schreiber Foods, Inc. ("Transferor")
            425 Pine Street
            Green Bay, Wisconsin 54301

As of April 15, 2005, 100% of the Transferor's Claim shown against Debtors in the principal amount of $2,200,407.99 has been transferred to the following Transferee:

> **JPMorgan Chase Bank, N.A.**
> 270 Park Avenue, 17th Floor
> New York, New York 10017
> Attention:    Stanley Lim
> Telephone:    (212) 270-4421
> Fascimile:    (212) 270-2157
> E-mail: stanley.lim@jpmorgan.com

The Evidence of Transfer of Claim is attached as <u>Exhibit A</u> and the Transferee's payment and delivery instructions are attached as <u>Exhibit B</u>. The Proof of Claim is attached hereto as <u>Exhibit C.</u> No action is required <u>if you do not object</u> to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>TWENTY (20) DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

| Mailing Address: | Physical Address: |
|---|---|
| The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 | The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 |

---

[1] The original Notice and Evidence of Transfer of Claim was filed with the Bankruptcy Court for the Southern District of New York on April 18, 2005.

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, New York 10017
Attention:     Stanley Lim
Telephone:    (212) 270-4421
Fascimile:    (212) 270-2157
E-mail:       stanley.lim@jpmorgan.com

WITH A COPY TO :

Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022
Attention:     Timothy C. Bennett
Telephone:    (212) 536-4897
Fascimile:    (212) 536-3901
E-mail :      tbennett@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: April 15, 2005

JPMORGAN CHASE BANK, N.A.

By: _____
Name:
Title:        Stanley Lim
              Authorized Signatory

# EVIDENCE OF TRANSFER OF CLAIM

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

----------------------------------------------------------x
:
In re: :
:
WINN-DIXIE STORES, INC., et al., : Chapter 11
: Case No. 05-03817-3F1
Debtors. : (Jointly Administered)
:
----------------------------------------------------------x

Schreiber Foods, Inc. (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto JPMorgan Chase Bank, N.A., its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor in the principal amount of $2,200,407.99 plus all interest, fees and other amounts related thereto (the "Claim") against Winn Dixie Stores, Inc., et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Middle District of Florida, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-03817-3F1 (Jointly Administered). The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated April 11, 2005, which is attached hereto as Exhibit C. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

**[The remainder of this page is left blank intentionally.  The next page is the signature page.]**

IN WITNESS WHEREOF, dated the ___15th___ day of ___April___, 2005.

| SCHREIBER FOODS, INC.<br>as Assignor | JPMORGAN CHASE BANK, N.A.<br>as Assignee |
|---|---|
| By _/s/ Brian P. Liddy_<br>Name: Brian P. Liddy<br>Title: Sr. V.P. Finance | By _____<br>Name:<br>Title: |

IN WITNESS WHEREOF, dated the __15th__ day of __April__, 2005.

| SCHREIBER FOODS, INC.<br>as Assignor | JPMORGAN CHASE BANK, N.A.<br>as Assignee |
|---|---|
| By _____<br>   Name:<br>   Title: | By _*[signature]*_____<br>   Name: Stanley Lim<br>   Title: Authorized Signatory |

Transferee's Payment and Delivery Instructions:

Notice:
| | |
|---|---|
| Primary Contact: | **Stanley Lim** |
| Street Address: | **270 Park Avenue, 17th Floor** |
| City, State, Zip Code: | **New York, NY 10017** |
| Phone Number: | **(212) 270-4421** |
| Fax Number: | **(212) 270-2157** |

| | |
|---|---|
| Backup Contact: | **Karoline Kane** |
| Phone Number: | **(212) 270-0033** |
| Fax Number: | **(212) 270-5347** |

Wire:
| | |
|---|---|
| Name of Bank: | **JPMorgan Chase Bank, N.A.** |
| Routing Transit/ABA number: | **021000021** |
| Name of Account: | **SPS High Yield Loan Trading** |
| Account Number: | **544-7-94742** |

Form B10 (Official Form 10) (12/03)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM<br>HAS NOT YET BEEN SET |
|---|---|---|
| Name of Debtor Against Which You Assert Your Claim:<br>Winn-Dixie Stores, Inc.<br>(See List of Names on Reverse Side) | Case Number:<br>05-11063(RDD)<br>(See List on Reverse Side) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):<br>Schreiber Foods, Inc.<br>Attn: Kris Skupas<br>425 Pine Street<br>P.O. Box 19010<br>Green Bay, WI  54307-9010 | Telephone No. of Creditor<br>920-455-6423<br>Fax No. of Creditor<br>920-437-1140<br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | Schedules of Assets and Liabilities not yet filed. |
|---|---|---|
| B. Name and address of person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☒ additional address<br>Name: Timothy C. Bennett<br>Company/Firm: Kirkpatrick & Lockhart, et al<br>Address: 599 Lexington Avenue<br>New York, NY 10022 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details.<br>☐ Check this box if you have never received any notices in this case. | |
| Account or Other Number by Which Creditor Identifies Debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ | |

1. Basis for Claim
☒ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS#: _____
Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred: VARIOUS – See attached.

3. If claim is base on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:
$2,200,407.99 *   $_____   $_____   $2,200,407.99
(unsecured)   (secured)   (priority)   (Total)
*subject to the attached Reclamation Notice.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $2,200,407.99
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-address return envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date<br>04/11/2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and receive notice<br>Print: Brian P. Liddy   Title: Senior V. Pres. Finance<br>Signature: [signed] |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# SCHREIBER

February 16, 2005

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

                                                    Certified Mail
                                                    Return Receipt Requested

Attn: Bennett L. Nussbaum

Pursuant to Section 2-702 of the Uniform Commercial code, Section 546 © of the U.S. Bankruptcy code, or as otherwise provided by law, Schreiber Foods, Inc., is hereby exercising its right to reclaim goods described as cheese products as specifically defined on Schreiber Foods, Inc invoices.

This reclamation demand includes, but is not limited to, all merchandise received by you under the following invoice numbers:

| Invoice Number | Invoice Amount | Invoice Date |
| --- | --- | --- |
| 182419 | $49,522.66 | 2005-01-31 |
| 182420 | $15,925.49 | 2005-01-31 |
| 182421 | $2,200.68 | 2005-01-31 |
| 182422 | $53,497.86 | 2005-01-31 |
| 182423 | $52,667.56 | 2005-01-31 |
| 182424 | $1,499.95 | 2005-01-31 |
| 182425 | $1,736.40 | 2005-01-31 |
| 183135 | $38,478.41 | 2005-02-01 |
| 183136 | $27,840.28 | 2005-02-01 |
| 183137 | $2,094.12 | 2005-02-01 |
| 183139 | $44,623.04 | 2005-02-01 |
| 183140 | $12,326.22 | 2005-02-01 |
| 183141 | $4,639.08 | 2005-02-01 |
| 183710 | $30,758.68 | 2005-02-02 |
| 183711 | $25,587.64 | 2005-02-02 |
| 183712 | $5,339.64 | 2005-02-02 |
| 183713 | $47,959.38 | 2005-02-02 |
| 183714 | $10,248.71 | 2005-02-02 |
| 183715 | $9,110.98 | 2005-02-02 |
| 183716 | $40,603.01 | 2005-02-02 |
| 183717 | $45,852.26 | 2005-02-02 |
| 183718 | $25,735.07 | 2005-02-02 |

| | | |
|---|---|---|
| 183719 | $627.12 | 2005-02-02 |
| 183720 | $35,902.28 | 2005-02-02 |
| 183721 | $843.86 | 2005-02-02 |
| 183722 | $65,434.63 | 2005-02-02 |
| 185302 | $1,792.46 | 2005-02-05 |
| 185303 | $2,030.60 | 2005-02-05 |
| 186043 | $43,063.31 | 2005-02-07 |
| 186044 | $23,183.47 | 2005-02-07 |
| 186045 | $3,114.96 | 2005-02-07 |
| 186046 | $65,958.77 | 2005-02-07 |
| 186047 | $4,296.14 | 2005-02-07 |
| 186048 | $2,510.64 | 2005-02-07 |
| 186049 | $45,647.66 | 2005-02-07 |
| 186050 | $2,444.43 | 2005-02-07 |
| 186051 | $2,597.16 | 2005-02-07 |
| 186052 | $56,645.45 | 2005-02-07 |
| 186053 | $58,411.39 | 2005-02-07 |
| 186054 | $8,143.19 | 2005-02-07 |
| 186055 | $853.44 | 2005-02-07 |
| 186826 | $55,284.48 | 2005-02-08 |
| 186827 | $54,611.22 | 2005-02-08 |
| 186828 | $4,751.54 | 2005-02-08 |
| 186829 | $2,094.12 | 2005-02-08 |
| 187387 | $67,332.25 | 2005-02-09 |
| 187388 | $72,929.74 | 2005-02-09 |
| 187389 | $9,028.21 | 2005-02-09 |
| 187390 | $53,807.02 | 2005-02-09 |
| 187391 | $5,058.62 | 2005-02-09 |
| 187392 | $9,530.90 | 2005-02-09 |
| 187393 | $52,168.43 | 2005-02-09 |
| 187394 | $22,239.43 | 2005-02-09 |
| 187395 | $921.24 | 2005-02-09 |
| 187396 | $56,947.96 | 2005-02-09 |
| 187397 | $4,200.16 | 2005-02-09 |
| 187398 | $5,946.72 | 2005-02-09 |
| 189833 | $76,273.96 | 2005-02-14 |
| 189834 | $56,571.72 | 2005-02-14 |
| 189835 | $5,878.02 | 2005-02-14 |
| 189836 | $63,752.24 | 2005-02-14 |
| 189837 | $50,760.59 | 2005-02-14 |
| 189838 | $19,763.14 | 2005-02-14 |
| 189839 | $309.48 | 2005-02-14 |
| 189840 | $66,591.37 | 2005-02-14 |
| 190532 | $70,965.69 | 2005-02-15 |
| 190533 | $61,400.26 | 2005-02-15 |
| 190534 | $47,894.68 | 2005-02-15 |
| 190535 | $10,166.52 | 2005-02-15 |
| 190536 | $16,616.88 | 2005-02-15 |
| 190537 | $1,693.05 | 2005-02-15 |
| 190538 | $38,218.48 | 2005-02-15 |

| | | |
|---|---|---|
| 190539 | $1,456.92 | 2005-02-15 |
| 190540 | $51,426.36 | 2005-02-15 |
| 190541 | $4,030.08 | 2005-02-15 |

We will be in contact with you later today to make arrangements for the return of pick up of the goods. We request that the goods be segregated from the rest of your inventory. In the event the goods are not returned or made available for pick up as arranged, Schreiber Foods, Inc. will immediately commence litigation against you for injunctive relief in the court of local jurisdiction.

Please advise Schreiber Foods Inc. promptly that you will honor this demand and we may expect return of the goods.

Sincerely,

SCHREIBER FOODS INC.


Mike Frelich
Business Credit Manager
P: 920-455-6302


C: Kris Skupas, Schreiber Foods, Inc. - Corporate Credit Manager

**Invoices**

| Transaction | Purchase Order | Sales Order | Original Amount | Days Late | Due Date | Class |
|---|---|---|---|---|---|---|
| 183710 | 525186 | 455284 | 30,758.68 | 52 | 12-Feb-05 | Invoice |
| 183711 | 583054 | 455280 | 25,587.64 | 52 | 12-Feb-05 | Invoice |
| 183712 | 583055 | 455281 | 5,339.64 | 52 | 12-Feb-05 | Invoice |
| 183713 | 557571 | 457500 | 47,959.38 | 52 | 12-Feb-05 | Invoice |
| 183714 | 583202 | 457498 | 10,248.71 | 52 | 12-Feb-05 | Invoice |
| 183715 | 583203 | 457499 | 9,110.98 | 52 | 12-Feb-05 | Invoice |
| 183716 | 547865 | 456684 | 40,603.01 | 52 | 12-Feb-05 | Invoice |
| 183717 | 548001 | 457324 | 45,852.26 | 52 | 12-Feb-05 | Invoice |
| 183718 | 583078 | 457321 | 25,735.07 | 52 | 12-Feb-05 | Invoice |
| 183719 | 583079 | 457322 | 627.12 | 52 | 12-Feb-05 | Invoice |
| 183720 | 583530 | 456679 | 35,902.28 | 52 | 12-Feb-05 | Invoice |
| 183721 | 583531 | 456680 | 843.86 | 52 | 12-Feb-05 | Invoice |
| 183722 | 555952 | 457323 | 65,434.63 | 52 | 12-Feb-05 | Invoice |
| 185302 | 583058 | 460830 | 1,792.46 | 49 | 15-Feb-05 | Invoice |
| 185303 | 583080 | 460833 | 2,030.60 | 49 | 15-Feb-05 | Invoice |
| 186043 | 530329 | 459870 | 43,063.31 | 47 | 17-Feb-05 | Invoice |
| 186044 | 583187 | 459868 | 23,183.47 | 47 | 17-Feb-05 | Invoice |
| 186045 | 583188 | 459869 | 3,114.96 | 47 | 17-Feb-05 | Invoice |
| 186046 | 525187 | 458040 | 65,958.77 | 47 | 17-Feb-05 | Invoice |
| 186047 | 583056 | 458037 | 4,296.14 | 47 | 17-Feb-05 | Invoice |
| 186048 | 583057 | 458038 | 2,510.64 | 47 | 17-Feb-05 | Invoice |
| 186049 | 546325 | 459739 | 45,647.66 | 47 | 17-Feb-05 | Invoice |
| 186050 | 583102 | 459737 | 2,444.43 | 47 | 17-Feb-05 | Invoice |
| 186051 | 583103 | 459738 | 2,597.16 | 47 | 17-Feb-05 | Invoice |
| 186052 | 547866 | 460662 | 56,645.45 | 47 | 17-Feb-05 | Invoice |
| 186053 | 548002 | 459940 | 58,411.39 | 47 | 17-Feb-05 | Invoice |
| 186054 | 583532 | 460655 | 8,143.19 | 47 | 17-Feb-05 | Invoice |
| 186055 | 583533 | 460656 | 853.44 | 47 | 17-Feb-05 | Invoice |
| 186826 | 557572 | 460663 | 55,284.48 | 46 | 18-Feb-05 | Invoice |
| 186827 | 544029 | 458891 | 54,611.22 | 46 | 18-Feb-05 | Invoice |
| 186828 | 583143 | 458889 | 4,751.54 | 46 | 18-Feb-05 | Invoice |
| 186829 | 583144 | 458890 | 2,094.12 | 46 | 18-Feb-05 | Invoice |
| 187387 | 530330 | 461334 | 67,332.25 | 45 | 19-Feb-05 | Invoice |
| 187388 | 530331 | 461457 | 72,929.74 | 45 | 19-Feb-05 | Invoice |
| 187389 | 583189 | 461331 | 9,028.21 | 45 | 19-Feb-05 | Invoice |
| 187390 | 557573 | 461437 | 53,807.02 | 45 | 19-Feb-05 | Invoice |
| 187391 | 583204 | 461435 | 5,058.62 | 45 | 19-Feb-05 | Invoice |
| 187392 | 583205 | 461436 | 9,530.90 | 45 | 19-Feb-05 | Invoice |
| 187393 | 548003 | 461238 | 52,168.43 | 45 | 19-Feb-05 | Invoice |
| 187394 | 583081 | 461236 | 22,239.43 | 45 | 19-Feb-05 | Invoice |
| 187395 | 583082 | 461237 | 921.24 | 45 | 19-Feb-05 | Invoice |
| 187396 | 555953 | 460661 | 56,947.96 | 45 | 19-Feb-05 | Invoice |
| 187397 | 583163 | 460657 | 4,200.16 | 45 | 19-Feb-05 | Invoice |
| 187398 | 583164 | 460658 | 5,946.72 | 45 | 19-Feb-05 | Invoice |
| 189833 | 525188 | 462256 | 76,273.96 | 40 | 24-Feb-05 | Invoice |
| 189834 | 544030 | 462041 | 56,571.72 | 40 | 24-Feb-05 | Invoice |
| 189835 | 583145 | 462039 | 5,878.02 | 40 | 24-Feb-05 | Invoice |
| 189836 | 547867 | 463670 | 63,752.24 | 40 | 24-Feb-05 | Invoice |
| 189837 | 548004 | 463669 | 50,760.59 | 40 | 24-Feb-05 | Invoice |
| 189838 | 583083 | 463667 | 19,763.14 | 40 | 24-Feb-05 | Invoice |
| 189839 | 583084 | 463668 | 309.48 | 40 | 24-Feb-05 | Invoice |
| 189840 | 555954 | 463917 | 66,591.37 | 40 | 24-Feb-05 | Invoice |

**Invoices**

| Transaction | Purchase Order | Sales Order | Original Amount | Days Late | Due Date | Class |
|---|---|---|---|---|---|---|
| 190532 | 530332 | 463798 | 70,965.69 | 39 | 25-Feb-05 | Invoice |
| 190533 | 557574 | 464487 | 61,400.26 | 39 | 25-Feb-05 | Invoice |
| 190534 | 544031 | 462852 | 47,894.68 | 39 | 25-Feb-05 | Invoice |
| 190535 | 583146 | 462851 | 10,166.52 | 39 | 25-Feb-05 | Invoice |
| 190536 | 547868 | 464433 | 16,616.88 | 39 | 25-Feb-05 | Invoice |
| 190537 | 589986 | 466425 | 1,693.05 | 39 | 25-Feb-05 | Invoice |
| 190538 | 583534 | 464428 | 38,218.48 | 39 | 25-Feb-05 | Invoice |
| 190539 | 583535 | 464429 | 1,456.92 | 39 | 25-Feb-05 | Invoice |
| 190540 | 555955 | 464432 | 51,426.36 | 39 | 25-Feb-05 | Invoice |
| 190541 | 583166 | 464431 | 4,030.08 | 39 | 25-Feb-05 | Invoice |
| 191134 | 530333 | 465046 | 20,128.76 | 38 | 26-Feb-05 | Invoice |
| 191135 | 583190 | 465044 | 45,228.25 | 38 | 26-Feb-05 | Invoice |
| 191136 | 583191 | 465045 | 1,657.20 | 38 | 26-Feb-05 | Invoice |
| 191137 | 550957 | 462881 | 19,243.20 | 38 | 26-Feb-05 | Invoice |
| 191138 | 583059 | 462879 | 46,054.57 | 38 | 26-Feb-05 | Invoice |
| 191139 | 583060 | 462880 | 4,579.20 | 38 | 26-Feb-05 | Invoice |
| 191140 | 546326 | 465088 | 54,812.57 | 38 | 26-Feb-05 | Invoice |
| 191141 | 583104 | 465084 | 396.76 | 38 | 26-Feb-05 | Invoice |
| 191142 | 583105 | 465085 | 2,137.32 | 38 | 26-Feb-05 | Invoice |
| 191143 | 583165 | 464430 | 10,688.82 | 38 | 26-Feb-05 | Invoice |
| | | | 1,990,244.46 | | | |

**WD Proof of Claim total**          2,200,407.99

Selling Receivables          0.51          1,122,208.07

Claim
Tue Apr 05 19:27:54 GMT+00:00 2005

## Claims

| Claim | Date | Amount Remaining | Customer | Reason | Owner | Status | Sales Representative | Receipt Number |
|---|---|---|---|---|---|---|---|---|
| DED11187 | 8-Nov-04 | 61.9 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-69719 |
| DED11188 | 8-Nov-04 | 1,100.49 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-69720 |
| DED11189 | 8-Nov-04 | 3,363.53 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-69721 |
| DED11190 | 15-Nov-04 | 1,278.46 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-69936 |
| DED11191 | 15-Nov-04 | 794.2 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-69937 |
| DED11192 | 15-Nov-04 | 76.74 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-69938 |
| DED11193 | 15-Nov-04 | 86.6 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-69940 |
| DED11194 | 15-Nov-04 | 2,879.54 | WINN DIXIE STORES INC | PREVENTABLE | GALLENBERGER, LYNN M | Open | 3060-052-ELAINE HOWARD | CONVDE-69942 |
| DED11195 | 15-Nov-04 | 241.93 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-69943 |
| DED11196 | 15-Nov-04 | 1,995.07 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-69944 |
| DED11197 | 17-Nov-04 | 368.62 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70119 |
| DED11198 | 19-Nov-04 | 676.04 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70179 |
| DED11199 | 22-Nov-04 | 1,891.82 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70243 |
| DED11200 | 22-Nov-04 | 1,096.92 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70244 |
| DED11201 | 22-Nov-04 | 514.28 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70245 |
| DED11202 | 22-Nov-04 | 728.64 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70246 |
| DED11203 | 22-Nov-04 | 2,832.52 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70247 |
| DED11205 | 23-Nov-04 | 287.38 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70363 |
| DED11208 | 23-Nov-04 | 97.04 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70366 |
| DED11207_2 | 23-Nov-04 | 449.4 | WINN DIXIE STORES INC | PREVENTABLE | GALLENBERGER, LYNN M | Open | 3060-052-ELAINE HOWARD | CONVDE-70365 |
| DED11209 | 23-Nov-04 | 1,063.67 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70367 |
| DED11207 | 23-Nov-04 | 52.2 | WINN DIXIE STORES INC | UNAUTHORIZED | GALLENBERGER, LYNN M | Open | 3060-052-ELAINE HOWARD | CONVDE-70365 |
| DED11206 | 23-Nov-04 | 78.88 | WINN DIXIE STORES INC | UNAUTHORIZED | GALLENBERGER, LYNN M | Open | 3060-052-ELAINE HOWARD | CONVDE-70364 |
| DED11210 | 29-Nov-04 | 323.52 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70467 |
| DED11211 | 29-Nov-04 | 703.91 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70468 |
| DED11214 | 30-Nov-04 | 232.9 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70621 |
| DED11215 | 30-Nov-04 | 232.9 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70622 |
| DED11216 | 30-Nov-04 | 406.64 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70623 |
| DED11217 | 30-Nov-04 | 2,452.37 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70624 |
| DED11218 | 30-Nov-04 | 2,113.96 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70625 |
| DED11219 | 30-Nov-04 | 261.69 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70626 |
| DED11220 | 1-Dec-04 | 1,828.78 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70647 |
| DED11221 | 2-Dec-04 | 1,279.70 | WINN DIXIE STORES INC | PREVENTABLE | GALLENBERGER, LYNN M | Open | 3060-052-ELAINE HOWARD | CONVDE-70666 |
| DED11371 | 2-Dec-04 | 4,473.84 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70667 |
| DED11222 | 3-Dec-04 | 792.21 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70724 |
| DED11223 | 3-Dec-04 | 80 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70725 |
| DED11224 | 3-Dec-04 | 1,191.53 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70726 |
| DED11225 | 6-Dec-04 | 423.59 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70772 |
| DED11226 | 6-Dec-04 | 350.73 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70773 |
| DED11372 | 6-Dec-04 | 4,932.78 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70771 |
| DED11227 | 6-Dec-04 | 1,029.45 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-70774 |
| DED11229 | 10-Dec-04 | 919.97 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71003 |
| DED11230 | 10-Dec-04 | 410.61 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71004 |
| DED11231 | 13-Dec-04 | 483.06 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71086 |
| DED11232 | 13-Dec-04 | 755.15 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71087 |

| ID | Date | Amount | Company | Status | Adjuster | Claimant | State | Claim # |
|---|---|---|---|---|---|---|---|---|
| DED11233 | 13-Dec-04 | 525.27 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71088 |
| DED11234 | 13-Dec-04 | 62.87 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71089 |
| DED11235 | 13-Dec-04 | 1,182.64 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71091 |
| DED11236 | 13-Dec-04 | 903.78 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71092 |
| DED11237 | 13-Dec-04 | 1,479.14 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71093 |
| DED11238 | 13-Dec-04 | 349.26 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71094 |
| DED11242 | 17-Dec-04 | 475.9 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71339 |
| DED11243 | 17-Dec-04 | 1,184.66 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71340 |
| DED11245 | 20-Dec-04 | 61.36 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71366 |
| DED11246 | 20-Dec-04 | 506.24 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71367 |
| DED11247 | 20-Dec-04 | 69.44 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71368 |
| DED11248 | 20-Dec-04 | 924.92 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71369 |
| DED11249 | 20-Dec-04 | 880.24 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71370 |
| DED11266 | 29-Dec-04 | 166.76 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71763 |
| DED11267 | 29-Dec-04 | 593.69 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71764 |
| DED11269 | 30-Dec-04 | 88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71782 |
| DED11270 | 30-Dec-04 | 157.44 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71783 |
| DED11271 | 30-Dec-04 | 657.96 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71784 |
| DED11273 | 31-Dec-04 | 730.81 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71842 |
| DED11274 | 31-Dec-04 | 419.85 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71843 |
| DED11275 | 3-Jan-05 | 88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71891 |
| DED11277 | 5-Jan-05 | 157.44 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71984 |
| DED11278 | 5-Jan-05 | 88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71985 |
| DED11279 | 5-Jan-05 | 1,344.72 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71986 |
| DED11280 | 5-Jan-05 | 93.31 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-71987 |
| DED11282 | 6-Jan-05 | 691.95 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72027 |
| DED11283 | 6-Jan-05 | 75.07 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72028 |
| DED11286 | 12-Jan-05 | 771.25 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72286 |
| DED11287 | 12-Jan-05 | 89.24 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72287 |
| DED11288 | 12-Jan-05 | 88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72288 |
| DED11289 | 12-Jan-05 | 1,308.48 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72289 |
| DED11290 | 12-Jan-05 | 425.16 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72290 |
| DED11291 | 12-Jan-05 | 183.7 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72291 |
| DED11292 | 12-Jan-05 | 821.98 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72292 |
| DED11293 | 13-Jan-05 | 88 | WINN DIXIE STORES INC | PREVENTABLE | GALLENBERGER, LYNN M | Open | 3060-052-ELAINE HOWARD | CONVDE-72312 |
| DED11294 | 14-Jan-05 | 130.8 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72360 |
| DED11295 | 14-Jan-05 | 1,553.54 | WINN DIXIE STORES INC | PREVENTABLE | GALLENBERGER, LYNN M | Open | 3060-052-ELAINE HOWARD | CONVDE-72361 |
| DED11296 | 19-Jan-05 | 178.22 | WINN DIXIE STORES INC | UNAUTHORIZED | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72507 |
| DED11297 | 19-Jan-05 | 97.69 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72508 |
| DED11298 | 19-Jan-05 | 864.9 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72509 |
| DED11301 | 19-Jan-05 | 466.31 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72512 |
| DED11300 | 19-Jan-05 | 568.59 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72511 |
| DED11302 | 19-Jan-05 | 609.09 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72513 |
| DED11303 | 20-Jan-05 | 822.38 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72553 |
| DED11562 | 20-Jan-05 | 1,108.50 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72555 |
| DED11561 | 20-Jan-05 | 147 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72554 |
| DED11560 | 20-Jan-05 | 116.55 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72552 |
| DED11563 | 20-Jan-05 | 88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72556 |
| DED11565 | 20-Jan-05 | 965.8 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72558 |
| DED11564 | 20-Jan-05 | 63 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72557 |
| DED11304 | 21-Jan-05 | 1,506.60 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | Open | 3060-052-ELAINE HOWARD | CONVDE-72601 |

| ID | Date | Amount | Company | Status | Claimant | Adjuster | State | Code | Claim # |
|---|---|---|---|---|---|---|---|---|---|
| DED11305 | 21-Jan-05 | 1,231.66 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72602 |
| DED11572 | 24-Jan-05 | 237.1 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72644 |
| DED11573 | 24-Jan-05 | 1,446.66 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72645 |
| DED11306 | 26-Jan-05 | 632.56 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72772 |
| DED11307 | 27-Jan-05 | 51.6 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72803 |
| DED11308 | 27-Jan-05 | 202.1 | WINN DIXIE STORES INC | PREVENTABLE | GALLENBERGER, LYNN M | 3060-052-ELAINE HOWARD | Open | CONVDE-72804 |
| DED11309 | 28-Jan-05 | 655.22 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72836 |
| DED11599 | 28-Jan-05 | 315.31 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72842 |
| DED11598 | 28-Jan-05 | 623.03 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72841 |
| DED11597 | 28-Jan-05 | 876.95 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72840 |
| DED11596 | 28-Jan-05 | 1,121.42 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72839 |
| DED11595 | 28-Jan-05 | 88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72838 |
| DED11310 | 28-Jan-05 | 135.66 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-72837 |
| DED11311 | 2-Feb-05 | 616.43 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73034 |
| DED11312 | 2-Feb-05 | 818.2 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73035 |
| DED11315 | 3-Feb-05 | 113.43 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73061 |
| DED11316 | 3-Feb-05 | 1,618.15 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73062 |
| DED11317 | 4-Feb-05 | 527.6 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73098 |
| DED11319 | 4-Feb-05 | 123.75 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73100 |
| DED11320 | 4-Feb-05 | 61.92 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73101 |
| DED11321 | 4-Feb-05 | 132 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73102 |
| DED11322 | 4-Feb-05 | 88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73103 |
| DED11324 | 7-Feb-05 | 51.6 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73137 |
| DED11325 | 7-Feb-05 | 376.76 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73138 |
| DED11326 | 7-Feb-05 | 1,197.25 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73139 |
| DED11327 | 9-Feb-05 | 117.44 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73285 |
| DED11328 | 10-Feb-05 | 955.88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73300 |
| DED11329 | 10-Feb-05 | 484.51 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73301 |
| DED11330 | 10-Feb-05 | 79.38 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73302 |
| DED11331 | 10-Feb-05 | 524.49 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73303 |
| DED11334 | 11-Feb-05 | 341.25 | WINN DIXIE STORES INC | PREVENTABLE | GALLENBERGER, LYNN M | 3060-052-ELAINE HOWARD | Open | CONVDE-73369 |
| DED11335 | 11-Feb-05 | 1,347.18 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73370 |
| DED11336 | 11-Feb-05 | 168.27 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73371 |
| DED11337 | 11-Feb-05 | 781.88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73372 |
| DED11338 | 11-Feb-05 | 319.72 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73373 |
| DED11339 | 16-Feb-05 | 872.2 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73566 |
| DED11775 | 16-Feb-05 | 51.84 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73567 |
| DED11340 | 16-Feb-05 | 88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73568 |
| DED11341 | 17-Feb-05 | 88 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73588 |
| DED11342 | 17-Feb-05 | 64.22 | WINN DIXIE STORES INC | PREVENTABLE | FRELICH, MICHAEL J | 3060-052-ELAINE HOWARD | Open | CONVDE-73589 |

94,343.28

| Chargebacks | |
|---|---:|
| 100080 | 96,537.14 |
| 100092 | 1,187.83 |
| 100260 | 83.64 |
| 100640 | 11,592.10 |
| 101441 | 1,323.83 |
| 101442 | 426.96 |
| 101443 | 790.31 |
| 101444 | 1,234.84 |
| 101445 | 968.44 |
| 101466 | 1106.57 |
| 101467 | 568.59 |
| | **115,820.25** |