CREDITORS BANKRUPTCY SERVICE

P.O. Box 741026
Dallas, TX 75374
972/644-1127

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, 6TH FL
NEW YORK, NY 10004-1408

Dated: 04/13/05

**FILED**
JACKSONVILLE, FLORIDA

APR 21 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re: Case #     05-~~11063~~ 3817

Debtor     WINN-DIXIE STORES INC.

Please correct the creditor's address on this case as shown below for all checks and notices.

CINGULAR WIRELESS
P.O. Box 740933
Dallas, TX 75374

Thank you for your prompt attention.

_____
P. B. Mason
Creditor's Authorized Agent



RECEIVED
APR 18 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK