```
                                              F I L E D
                                              JACKSONVILLE, FLORIDA
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                 APR 2 1 2005

                                              CLERK, U.S. BANKRUPTCY COURT
                                              MIDDLE DISTRICT OF FLORIDA
```

IN RE:                                Chapter 11      3817
                                      Case No. 05-~~11063(RDD)~~
                                      (Jointly administered)

WINN-DIXIE STORES, INC., et al.,

        Debtors.

## CLAIMANTS NOTICE OF APPEARANCE
## IN BANKRUPTCY CASE NO. 05-11063 (RDD)

TO:   CLERK OF THE UNITED STATES BANKRUPTCY COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
      RE: WINN-DIXE STORES, INC., ET AL
      Alexander Hamilton Custom House
      One Bowling Green, Room 534
      New York, New York 10004

    You will please enter this Firm's appearance in the above-styled cause as representative of claimants, AMERICA ORTEGA GARCIA and ALBERT GARCIA, in a personal injury claim against Debtor, WINN-DIXIE STORES, INC., and hereby request that this Firm be placed on the Creditors List, and that copies of all future notices, documents, pleadings, deadlines for filing proofs of claim against the Debtor ("Bar Date"), etc. be furnished to the following Firm:

    Marvin S. Schulman, P.A.
    Attorneys for America Ortega Garcia and Albert Garcia
    2800 Weston Road, Suite 201
    Weston, Florida 33331
    MSCHULMANPA@AOL.COM
    (954) 349-3300 (954) 650-3045 facsimile

    I hereby certify that a copy hereof has been furnished to D. Jan Baker, Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, New York 10036 and Sarah Robinson Borders, King & Spalding, LLP, 191



RECEIVED
APR 18 2005
U.S BANKRUPTCY COURT
SO. DIST. OF NEW YORK

**United States Bankruptcy Court**
**Southern District of New York**
**Case No. 05-11063 (RDD)**

Peachtree Street, Atlanta, Georgia 30303, Counsels for the Debtor by mail on this 15th day of April, 2005.

          Respectfully submitted,

          MARVIN S. SCHULMAN, P.A.
          Attorneys for America Ortega Garcia
          and Albert Garcia
          2800 Weston Road, Suite 201
          Weston, Florida 33331
          (954) 349-3800 telephone
          (954) 650/3045 facsimile

          By:
          Marvin S. Schulman
          Florida Bar No. 312274