FILED
JACKSONVILLE

APR 21 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11   3817
Case No. 05-~~11063(RDD)~~
(Jointly administered)

## CLAIMANTS NOTICE OF APPEARANCE
## IN BANKRUPTCY CASE NO. 05-11063 (RDD)

TO:   CLERK OF THE UNITED STATES BANKRUPTCY COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
      RE: WINN-DIXE STORES, INC., ET AL
      Alexander Hamilton Custom House
      One Bowling Green, Room 534
      New York, New York 10004

You will please enter this Firm's appearance in the above-styled cause as representative of claimant, HAZEL ROGERS, in a personal injury claim against Debtor, WINN-DIXIE STORES, INC., and hereby request that this Firm be placed on the Creditors List, and that copies of all future notices, documents, pleadings, deadlines for filing proofs of claim against the Debtor ("Bar Date"), etc. be furnished to the following Firm:

Marvin S. Schulman, P.A.
Attorneys for Hazel Rogers
2800 Weston Road, Suite 201
Weston, Florida 33331
(954) 349-3300 (954) 650-3045 facsimile

I hereby certify that a copy hereof has been furnished to D. Jan Baker, Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, New York 10036 and Sarah Robinson Borders, King & Spalding, LLP, 191



RECEIVED
APR 18 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

**United States Bankruptcy Court**
**Southern District of New York**
**Case No. 05-11063 (RDD)**

Peachtree Street, Atlanta, Georgia 30303, Counsels for the Debtor by mail on this 15th day of April, 2005.

                          Respectfully submitted,

                          MARVIN S. SCHULMAN, P.A.
                          Attorneys for Hazel Rogers
                          2800 Weston Road, Suite 201
                          Weston, Florida 33331
                          MSCHULMANPA@AOL.COM
                          (954) 349-3300 telephone
                          (954) 650-7045 facsimile

                          By: /s/ Marvin S. Schulman
                          Marvin S. Schulman
                          Florida Bar No. 312274