UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
JACKSONVILLE, FLORIDA

APR 21 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                    ) Chapter 11
                                          )
WINN-DIXIE STORES, INC., et al.,          ) Case No. 05-~~11063~~ 3817
                                          )
                         Debtors.         ) (Jointly Administered)
                                          )

## CERTIFICATE OF SERVICE

I hereby certify that on this ___12___ of April, 2005, I served a copy of the foregoing **RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION** by mailing copies via First Class United States mail in envelopes with sufficient postage attached and addressed to each such party in interest or their counsel as follows:

Adam Ravin
David J. Baker
Sally M. Henry
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

ATTORNEY FOR THE DEBTOR

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

UNITED STATES TRUSTEE

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

UNSECURED CREDITORS' COMMITTEE

Kurtzman Carson Consulting LLC
12910 Culver Boulevard
Suite I
Los Angeles, CA 90066-7066

CLAIMS & NOTICING AGENT



RECEIVED
APR 15 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

2317663.01
LIB: CHARLOTTE

Amy Pritchard Williams
North Carolina State Bar Number 19233

5