F I L E D
JACKSONVILLE, FLORIDA
APR 2 1 2005
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
3817

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:     WINN DIXIE STORES, INC.     CASE NO. 05-BK-~~11063RDD~~
              Debtors
                                                                                                       Chapter 11

## REQUEST FOR NOTICE
## AND ENTRY OF APPEARANCE

Pursuant to Bankruptcy Rule 2002, the undersigned, as counsel for Allen Canning Company, a creditor in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest (Rules 2002(a), (b), and (c)), whether sent by the Court, the debtors or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:

> Allen Canning Company
> c/o James J. Glover
> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201

DATED: April 11, 2005.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
>
> By _____/s/ James J. Glover_____
> James J. Glover (81072)
> Attorneys for Allen Canning Company



558598

## CERTIFICATE OF SERVICE

On April __11__, 2005, a copy of the foregoing pleading was served by regular first class U.S. mail on:

    David J. Baker
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, New York 10036-6522

    United States Trustee
    33 Whitehall Street
    21st Floor
    New York, New York 10004

    _/s/ James J. Glover_
    James J. Glover