BRENNER KAPROSY, L.L.P
50 East Washington Street
Chagrin Falls, Ohio 44022
Tel: 440-247-5555
Fax: 440-247-5551
T. David Mitchell, Of Counsel
(OH Bar No. 0042601)

F I L E D
JACKSONVILLE, FLORIDA

APR 2 1 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORID

---

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | 3817 |
| WINN DIXIE STORES, INC., et al., ) | Case No. 05-~~11063~~ ~~(RDD)~~ |
| ) | |
| Debtors. ) | Jointly Administered |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that T. David Mitchell, Of Counsel to the firm of Brenner Kaprosy, L.L.P., 50 East Washington Street, Chagrin Falls, Ohio 44022, (tel) 440-247-5555, (fax) 440-247-5551, (e-mail) tdavidmitchell@msn.com, hereby enters his appearance, pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010(b) and 11 U.S.C. §1109(b), on behalf of Turney Dunham Plaza Partners Limited Partnership, an Ohio limited partnership ("TDPP").

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or otherwise, (i) which affect or seek to affect in any way TDPP's rights or interests with respect to (a) the Debtor or any examiner or trustee in bankruptcy; (b) property or proceeds thereof in which the



RECEIVED
APR 1 8 2005
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

1

Debtor or any examiner or trustee in bankruptcy may claim an interest; (c) property or proceeds thereof in the possession, custody or control of TDPP which the Debtor, examiner or trustee in bankruptcy may seek to use; or (ii) which require or seek to require any act, delivery of any property, payment or other conduct by TDPP.

Dated: April 14, 2005
       Chagrin Falls, Ohio

Respectfully submitted,

*T. David Mitchell*
T. David Mitchell, Of Counsel (0042601)
BRENNER KAPROSY, L.L.P.
50 East Washington Street
Chagrin Falls, Ohio 44022
440-247-5555
(fax) 440-247-5551
(e-mail) tdavidmitchell@msn.com

Attorney for Turney Dunham Plaza Partners
Limited Partnership

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Appearance and Request for Notices was served by regular U.S. Mail, postage prepaid, properly addressed, to the following this 14th day of April, 2005:

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street-21st Floor
New York, NY 10004

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attn: D.J. Baker, Esq.

Milbank, LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Mathew S. Barr, Esq.

T. David Mitchell (0042601)