IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTHERN NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | 3817 |
| WINN-DIXIE STORES, INC. | § | CASE NO. 05-~~11063-rdd~~ |
| | § | |
| Debtor | § | |
| | § | |

NOTICE OF JADE DRUG COMPANY'S
RECLAMATION DEMAND OR, ALTERNATIVELY,
FOR PRIORITY CLAIM OR LIEN

JADE DRUG COMPANY ("Jade") by it undersigned counsel, hereby files the following Notice of Demand for Reclamation, or Alternatively, for Priority Claim or Lien (the "Notice") and respectfully states as follows:

1. On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and various affiliates (collectively "Winn-Dixie") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 et. seq. (the "Code"). Mr. Richard C. Morrissey of the Office of the U.S. Trustee has been appointed U.S. Trustee.

2. Prior to the Petition Date, Jade provided and shipped to Winn-Dixie certain health and beauty products, which products were, upon business records received, accepted by Winn-Dixie. Jade provided certain of these products to Winn-Dixie within 10 days of the Petition Date.



1

3. Jade hereby reiterates its previous demand (Exhibit 'A') to Winn-Dixie for reclamation pursuant to §546(c) of the Code and §2-207 of the Uniform Commercial Code.[1]

4. Pursuant to §546(c) of the Code, a seller may make written demand for reclamation of the goods before ten (10) days after receipt by the Debtor, or if the ten (10) day period expires after the commencement of the case, before the 20 days after the Debtor receives the goods. 11 U.S.C. §546(c)(1). If a Court denies a seller's claim for reclamation, it must grant the seller an administrative priority expense or secure the seller's claim with a lien, see 11 U.S.C. §546(c)(2)(A) and (B); 11 U.S.C. §503(b) and §507(a)(1).

5. Jade makes demand for reclamation for the health and beauty products delivered to Winn-Dixie, an itemization of which is set forth on Exhibit 'A' attached hereto.

6. The above referenced products were sold to Winn-Dixie in the ordinary course of Jade's business. Furthermore, upon information and belief, Winn-Dixie was insolvent when the products were sold and received.

7. As evidenced by Exhibit 'A', Jade originally served reclamation demands upon the Debtor via facsimile, Federal Express, and certified mail – return receipt requested on March 3, 2005.

8. WHEREFORE, having satisfied the requirements of 11 U.S.C. §546(c), Jade demands reclamation of its health and beauty products or, in the alternative, requests

---

[1] Nothing herein shall be construed or deemed to limit or otherwise preclude Jade's right to assert any and all rights under any and all applicable federal, state or foreign statutes or rules regarding the goods subject to this Notice. Jade hereby especially reserves any and all such rights.

an order establishing a priority claim or lien in its favor for the total sales amount of the products. In addition, Jade requests such other and further relief as this Court deems just and equitable.

Dated: April 14th, 2005.
Houston, Texas

                                   W. F. HARMEYER & ASSOCIATES

                                   /s/ William F. Harmeyer
                                   William F. Harmeyer
                                   Texas State Bar No. 09019000
                                   Federal I.D. No. 149
                                   7322 Southwest Freeway, Suite 475
                                   Houston, Texas 77074
                                   (713) 270-5552
                                   (713) 270-7128 Fax
                                   ATTORNEY FOR JADE DRUG COMPANY

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was forwarded via first class mail to:

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
<u>Debtor's Attorney</u>

Richard D. Morrissey
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004.
<u>U. S. Trustee</u>

Rachel S. Budke, Esq.
Law Dept. of Florida Power & Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Paul H. Deutch, Esq.
Jenkins & Gilchrist Parker Chaplin LLP
The Chrysler Building
405 Lexington Avenue
New York. NY 10174

Larry Henin, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Andrew C. Kassner, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Street
Philadelphia, PA 19103-6996

David M. Landis, Esq.
Mateer & Harbert, P.A.
225 East Robinson Street,
Suite 2854
Orlando, FL 32802-2854

Sharon Levine, Esq.
Lowensteien Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

Robert Dehney, Esq.
Morris, Nichols, Arsht &Tunnell
1201 N. Market Street
Wilmington, DE 19899

Reginald A. Greene, Esq.
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Brian D. Huben, Esq.
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Alan W. Kornberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York NY 10019

Joseph Lubertazzi, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulbery Street
Newark, NJ 07102

Geraldine E. Ponto, Esq.
Gibbons, Del Deo, Dolan
One Riverfront Plaza
Newark, NJ 07102

Debra Sudock, Esq.
Kelley, Dyre & Warren, LLP
101 Park Avenue
New York, NY 10178

Barbara R. Parlin, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

Andrew Howard Sherman, Esq.
Sills Cummins Radin Tischman Epstein & Gross
712 5th Avenue, 20th Floor
New York, NY 10019

United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004.

Chris Lenhart, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Stephen William Milo, Esq.
Wharton, Aldhizer & Weaver, P.L.C.
P O Box 20028
100 South Mason Street
Harrisonburg, VA 22801-7528

Paul Rubin, Esq.
Herrick, Feinstein, LLP
Two Park Avenue
New York NY 10016

Richard Whitney Ward, Esq.
2527 Fairmont Street
Dallas, TX 75024

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Paul Traub, Esq.
Traub Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017

_____
William F. Harmeyer

# WILLIAM F. HARMEYER & ASSOCIATES
ATTORNEYS & COUNSELORS AT LAW
475 Arena Tower One
7322 Southwest Freeway · Houston, Texas 77074
(713) 270-5552 · Fax (713) 270-7128

March 3, 2005

**Via Federal Express, First Class Mail, and
<u>Certified Mail, Return Receipt Requested</u>**

| | |
|---|---|
| Ms. Christy Bivins | Ms. Christy Bivins |
| Warehouse Accounting Team Leader | Warehouse Accounting Team Leader |
| Winn-Dixie Store, Inc. | Winn-Dixie Stores, Inc. |
| P.O. Box 40805 | 5050 Edgewood Court |
| Jacksonville, Florida 32201 | Jacksonville, Florida 32254-3699 |

**Re: Jade Drug Company Reclamation Demand or, Alternatively, for Priority Claim or Lien, Pursuant to 11 U.S.C. §546(c).**

Dear Ms. Bivins:

On February 21, 2005, Winn-Dixie Stores, Inc., filed a voluntary bankruptcy petition under Chapter 11, Title 11, of the United States Code.

Prior to the bankruptcy filing date, Jade Drug Company provided and shipped to Winn-Dixie certain pharmaceutical and beauty products, which products were received by Winn-Dixie within 10 days of the petition filing date. Jade Drug Company hereby makes demand to Winn-Dixie for reclamation for the products listed on the attached 2 invoices, invoice numbers 103217-00, 103218-00, pursuant to 11 USC §546(c). Please contact my office or Jade Drug Company for arrangement for return of the goods.

Very truly yours,

W. F. HARMEYER & ASSOCIATES

*William F. Harmeyer* (signature)
William F. Harmeyer

WFH/lms
Enclosures
cc: Mr. David J. Baker
    Skadden Arps Slate Meagher & Flom, LLP
    Four Time Square
    New York, NY 10036
    <u>Via Federal Express and First Class Mail</u>

    Jade Drug Company

**EXHIBIT A**

**JADE Health & Beauty, Inc.**

REMIT ADDRESS: P.O. BOX 201534
DALLAS, TX 75320-1534

**INVOICE**

INVOICE # 103217-00
INVOICE DATE 02/07/05
PAGE # 1

MAILING ADDRESS:
P.O. BOX 1090 • MONTGOMERY, TEXAS 77356
18923 FREEPORT DR. • MONTGOMERY, TEXAS 77356
(936) 582-0250

Sold To:

WINN DIXIE GEN MDSE
PO BOX 40805
JACKSONVILLE, FL 32201

Ship To:

WINN DIXIE GM WHSE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

P.O. # 615822

| TERMS | ORDER # | ACCT. # | SALESMAN | SHIP VIA | REQ. DATE | INV. DATE | REFERENCE |
|---|---|---|---|---|---|---|---|
| NET 30 DAYS | 734689 00 | 40201-01 | HBC | WATKINS | 021505 | 020705 | |

| ITEM # | UPC # | QTY | DESCRIPTION | COST | EXTENDED COST |
|---|---|---|---|---|---|
| WH16030 | 30573016030 | 30 | ADVIL CAPLETS 50'S | 55.70 | 1671.00 |
| BL05509 | 04714405509 | 4 | BOSTON REWET DRPS 10 ML | 46.56 | 186.24 |
| OB80100 | 30041080100 | 48 | ORAL B TB IND STR 40 SF3 | 16.16 | 775.68 |
| DEL34016 | 31031034016 | 6 | GNTL NAT BBY ECZ CRM 4Z | 49.58 | 297.48 |
| LL25158 | 07124925158 | 58 | L VIVE FRSH SHINE CND 13 | 30.36 | 1760.88 |
| LL33801 | 07124933801 | 8 | L STUDIO MEGA MOUSSE 6.9 | 28.52 | 228.16 |
| BL05400 | 04714405400 | 6 | BOSTON SIMPLICITY SOL 4Z | 85.68 | 514.08 |
| UL25150 | 07940025150 | 23 | DEGREE SLD SHEER PWR 1.6 | 13.96 | 321.08 |
| | | | ARRIVE 2/15/5 | | |
| | | | 49 CARTONS CLASS 85 | | |
| | | | 217 LBS | | |
| | | | 66 CARTONS CLASS 65 | | |
| | | | 812 LBS | | |
| | | | Sub Total | | 5754.60 |
| | | | Total | | 5754.60 |

PRICES SUBJECT TO CHANGE WITHOUT NOTICE: No unauthorized deductions allowed. All claims for loss or damage must be made with transportation company. Any other claim must be made with Jade Health & Beauty, Inc. within forty-eight (48) hours. Manufacturers prices subject to change without notice.

**ORIGINAL INVOICE**

**WATKINS MOTOR LINES, INC. (WWAT)**
P.O. Box 95002 Lakeland, Florida 33804-5002
(800) 274-9099

HOU-122598
TRACKING NUMBER

___ INSIDE DELIVERY, FLOOR # ___   ___ ELEVATOR ___
___ LIFTGATE                       ___ ESCALATOR ___
___ RESIDENTIAL (INCLUDES CHURCH/SCHOOL)
___ CONSTRUCTION SITE
___ SORT & SEGREGATE    ___ EXTRA LABOR

HOU-122598

TALLY

(Sign to Acknowledge Receipt of the Above Services)

| DATE | DEST | CP | TH | BI | C/L PAYABLE | WML REV. | NON-REC. | TRAILER | EXC CODE | COD |
|---|---|---|---|---|---|---|---|---|---|---|
| 020705 | JAX | P | 1 | S | | | | 70942 | XO | |

CONSIGNEE   DEL STOP #    *** APPOINTMENT CONFIRMATION ***

WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE      FL 32205

Phone (904)783-5211
Appt. date 02/18/05
Appt. time 07:00
Contact DOOR 16
Comments

SHIPPER
JADE DRUG COMPANY
18923 FREEPORT DR
MONTGOMERY    TX 77356

| HNDL-UNIT | SHIPPER NUMBER | C/L PRO NUMBER | C/L DATE | ORIG C/L | DEST C/L |
|---|---|---|---|---|---|
| 1 | 103217 | | 02/10/05 | | |

| PIECES | DESCRIPTION AND MARKS | KEYWORD CODE | WEIGHT/LBS. | RATE | CHARGES |
|---|---|---|---|---|---|
| | | RFW615C | | | |
| | | BILL TO | | | |
| | JADE DRUG | | | | |
| | PO BOX 1090 | | | | |
| | MONTGOMERY  TX 77356 | | | | |
| 49 PCS | TOILET PREPARATIONS, NOI | N059420-00 | 217 | | |
| 66 PCS | SHAMPOO/CONDITIONER NOI | N059320-02 | 812 | | |
| | FUEL SURCHARGE | FSC | | | |
| | | APPT | | | |
| | DO NOT BREAK DOWN PALLETS | DONT | | | |
| | IF PROBLEMS WITH DELIVERY, CALL: | PROB | | | |
| | == PACKING LIST MUST ACCOMPANY | | | | |
| | DELIVERY OR SHIPMENT WILL BE | | | | |
| | REFUSED BY CONSIGNEE. SEE | | | | |
| | ATTACHED ENVELOPE. IF MISSING, | | | | |
| | PLEASE CALL 281-591-7800 == | | | | |
| | 615822 | PO NBR | | | |
| | PACKING LIST | ENVE | | | |
| | | PPD | | 1029 | |
| 115 TOTAL | | | | | |
| | AURA 05.038   22.19 | | | | |
| | WWAT     615 20579.0000 DP | | | | |
| | *WWAT 000500  00469  W500 | | | | |
| | EQB RATED 020705 22.19 C 10 @@@ | | | | |

TO BE PREPAID

STRETCH-WRAP INTACT ☒ YES ☐ NO   TIME: 11:15
PCS DELIVERED 115   DEL DATE 2/18/05   DRIVER SIGNATURE [signed]
OSD EXC. NBR      UNIT 70942

RECEIVED ABOVE PROPERTY IN GOOD CONDITION
RECEIVER SIGNATURE [signed]
FIRM NAME (PRINT) WINN DIXIE
RECEIVER NAME (PRINT) MATT Traylor

DELIVERY RECEIPT/1

**JADE Health & Beauty, Inc.**

MAILING ADDRESS:
P.O. BOX 1090 • MONTGOMERY, TEXAS 77356
18923 FREEPORT DR. • MONTGOMERY, TEXAS 77356
(936) 582-0250

REMIT TO ADDRESS: P.O. BOX 201534
DALLAS, TX 75320-1534

**INVOICE**

INVOICE # 103218-00
INVOICE DATE 02/07/05
PAGE # 1

Sold To:

WINN DIXIE GEN MDSE
PO BOX 40805
JACKSONVILLE, FL 32201

Ship To:

WINN DIXIE GM MAIN
2819 WADE HAMPTON #8
TAYLORS, SC 29687

P.O. # 615817

| TERMS | ORDER # | ACCT. # | SALESMAN | SHIP VIA | REQ. DATE | INV. DATE | REFERENCE |
|---|---|---|---|---|---|---|---|
| NET 30 DAYS | 734690 00 | 40201-02 | HBC | WATKINS | 021505 | 020705 | |

| ITEM # | UPC # | QTY | DESCRIPTION | COST | EXTENDED COST |
|---|---|---|---|---|---|
| LL05320 | 07124905320 | 4 | L PLTD AGE NITE CR 2.5OZ | 111.40 | 445.60 |
| LL25155 | 07124925155 | 30 | L VIVE COND SMTH INT 13Z | 30.60 | 918.00 |
| UL84900 | 30521684900 | 0 | PONDS AGE DEFY LOT 3 OZ | 80.04 | .00 |
| BL05509 | 04714405509 | 8 | BOSTON REWET DRPS 10 ML | 46.56 | 372.48 |
| LL25158 | 07124925158 | 35 | L VIVE FRSH SHINE CND 13 | 30.36 | 1062.60 |
| USD00047 | 04770100047 | 12 | RELIEF T/ACHE MEDCN .33Z | 44.44 | 533.28 |
| BL05400 | 04714405400 | 2 | BOSTON SIMPLICITY SOL 4Z | 85.68 | 171.36 |
| RE33310 | 30997233310 | 36 | REVLON EMORY BRD SHRT 10 | 7.22 | 259.92 |

ARRIVE 2/15/5
15 CARTONS CLASS 85
78 LBS
65 CARTONS CLASS 65
845 LBS

Sub Total    3763.24

Total        3763.24

PRICES SUBJECT TO CHANGE WITHOUT NOTICE: No unauthorized deductions allowed. All claims for loss or damage must be made with transportation company. Any other claim must be made with Jade Health & Beauty, Inc. within forty-eight (48) hours. Manufacturers prices subject to change without notice.

ORIGINAL INVOICE



475 Arena Tower One
7322 Southwest Freeway
Houston, Texas 77074
Telephone (713) 270-5552
Facsimile (713) 270-7128

**WILLIAM F. HARMEYER & ASSOCIATES**

# Fax

| To: | David J. Baker | From: | William Harmeyer |
|---|---|---|---|
| Fax: | (917) 777-2150 | Pages: | 6 |
| Phone: | | Date: | 3/3/2005 |
| Re: | Winn-Dixie Stores, Inc. Bankruptcy Pet # 05-11063-rdd. | CC: | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

**CONFIDENTIALITY NOTE**
The information in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited. If you received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address on this cover sheet. Thank you.

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME  : 03/03/2005 18:07
                                              NAME  : HARMEYER ASSOCIATES
                                              FAX   : 7132707128
                                              TEL   : 7132705552
                                              SER.# : BROB3J209264


    DATE,TIME                  03/03 18:02
    FAX NO./NAME               19177772150
    DURATION                   00:04:20
    PAGE(S)                    06
    RESULT                     OK
    MODE                       STANDARD
                               ECM
```

475 Arena Tower One
7322 Southwest Freeway
Houston, Texas 77074
Telephone (713) 270-5552
Facsimile  (713) 270-7128

**WILLIAM F. HARMEYER & ASSOCIATES**

# Fax

| To: | David J. Baker | From: | William Harmeyer |
|---|---|---|---|
| Fax: | (917) 777-2150 | Pages: | 6 |
| Phone: | | Date: | 3/3/2005 |
| Re: | Winn-Dixie Stores, Inc. Bankruptcy Pet # 05-11063-rdd. | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

# FedEx USA Airbill
## Express

**FedEx Tracking Number:** 8451 1730 7292

### 1 From  *Please print and press hard.*

Date: 3/3/2005

Sender's FedEx Account Number: 1109-7593-7

Sender's Name: William F. Harmeyer

Phone: (713) 270-5552

Company: WILLIAM F HARMEYER PC

Address: 7322 SOUTHWEST FWY STE 475

Dept/Floor/Suite/Room: _____

City: HOUSTON    State: TX    ZIP: 77074-2020

### 2 Your Internal Billing Reference
*First 24 characters will appear on invoice.*

Jade/Winn-Dixie

### 3 To

Recipient's Name: Christy Bivins    Phone: ( )

Warehouse Accounting Team Leader

Company: WINN-DIXIE STORES, INC.

Address: 5050 Edgewood Court

Dept/Floor/Suite/Room: _____

Address: _____
*To "HOLD" at FedEx location, print FedEx address.*

City: JACKSONVILLE    State: FL    ZIP: 32254-3699

### 4a Express Package Service
*Packages up to 150 lbs.*

☑ FedEx Priority Overnight — Next business morning
☐ FedEx Standard Overnight — Next business afternoon
☐ FedEx First Overnight — Earliest next business morning delivery to select locations

☐ FedEx 2Day — Second business day
☐ FedEx Express Saver — Third business day

*FedEx Envelope rate not available. Minimum charge: One-pound rate.*

### 4b Express Freight Service
*Packages over 150 lbs.*

☐ FedEx 1Day Freight*    ☐ FedEx 2Day Freight    ☐ FedEx 3Day Freight
*Call for Confirmation*

### 5 Packaging
*Declared value limit $500*

☑ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

### 6 Special Handling

☐ SATURDAY Delivery — NOT Available for FedEx 2Day to select ZIP codes
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
*One box must be checked.*
☑ No    ☐ Yes — As per attached Shipper's Declaration    ☐ Yes — Shipper's Declaration not required    ☐ Dry Ice, 9, UN1845 ____ kg    ☐ Cargo Aircraft Only

### 7 Payment  *Bill to:*

☑ Sender — Acct. No. in Section 1 will be billed
☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

FedEx Acct. No. / Credit Card No.: _____

Total Packages ____   Total Weight ____   Total Declared Value† $  .00

### 8 Release Signature
*Sign to authorize delivery without obtaining signature.*

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

0275299901

447

**Sender's Copy**

# FedEx USA Airbill

FedEx Tracking Number: **8451 1730 7318**

## 1 From
- **Date:** 3/3/2005
- **Sender's FedEx Account Number:** 1109-7593-7
- **Sender's Name:** William F. Harmeyer
- **Phone:** (713) 270-5552
- **Company:** WILLIAM F HARMEYER PC
- **Address:** 7322 SOUTHWEST FWY STE 475
- **City:** HOUSTON  **State:** TX  **ZIP:** 77074-2020

## 2 Your Internal Billing Reference
Jade/Winn-Dixie

## 3 To
- **Recipient's Name:** Mr. David J. Baker
- **Phone:** (212) 735-2150
- **Company:** Skadden Arps Slate Meagher & Flom LLP
- **Address:** Four Times Square
- **City:** New York  **State:** NY  **ZIP:** 10036

## 4a Express Package Service
- [✓] FedEx Standard Overnight

## 4b Express Freight Service

## 5 Packaging
- [✓] FedEx Envelope

## 6 Special Handling

## 7 Payment
- [✓] Sender

## 8 Release Signature

447

0275299901

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

3/3/2005

Total

Sent T̄o  Ms. Christy Bivins
Street, or PO  Warehouse Accounting Team Leader
City, S̄  Winn-Dixie Store, Inc.
P.O. Box 40805
Jacksonville, Florida 32201

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Christy Bivins
   Warehouse Accounting Team Leader
   Winn-Dixie Store, Inc.
   P.O. Box 40805
   Jacksonville, Florida 32201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   MAR 07 2005

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 0500 0004 9093 7023

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540