**Dykema Gossett** PLLC
Attorneys for Kmart Management Corporation
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-5464
Facsimile: (313) 568-6832
Brendan G. Best (MI 66370)
bbest@dykema.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| | 3817 |
| **Winn-Dixie Stores, Inc.,** *et. al.,* | 05-~~11063 (RDD)~~ |
| **Debtors.** | **(Jointly Administered)** |

<div style="writing-mode: vertical-rl">DYKEMA GOSSETT·A PROFESSIONAL LIMITED LIABILITY COMPANY·400 RENAISSANCE CENTER·DETROIT, MICHIGAN 48243</div>

## AMENDED REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kmart Management Corporation ("Kmart"), a party in interest in the captioned case, pursuant to Bankruptcy Rule 2002(a), (3), and (7), Rule 9007, and Sections 102(1), 342(a), and 1109(b) of the Bankruptcy Code, hereby submits this amended request that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the offices set forth below:

> Brendan G. Best, Esq. (MI 66370)
> Dykema Gossett PLLC
> 400 Renaissance Center
> Detroit, Michigan  48243-1668
> Telephone:  (313) 568-5464
> Facsimile:  (313) 568-6832
> bbest@dykema.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rules 2002(a)(2), (3), and 7, and Rule 9007, but also includes, without limitation, pursuant to section 1109(b), orders and notices of any

RECEIVED
APR 18 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, electronic mail, or otherwise which:

      1.     Affects or seeks to affect in any way the Debtor or the property of the Debtor; and/or

      2.     Affects or seeks to affect in any way any rights or interests of Kmart with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; (c) property or proceeds thereof in which Kmart claims an interest; (d) property or proceeds thereof in possession, custody or control of Kmart which the Debtor may seek to use; and/or

      3.     Affects of seeks to affect any rights of any lessor of the Debtor or lessee of the Debtor.

      4.     Require or seek to require any act, delivery or any property, payment or other conduct by Kmart; and/or

      5.     Is required to be served, or was in fact served pursuant to the Final Order (see below), on that certain list of parties attached as Exhibit A to the Final Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Superpriority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, and (III) Authorizing the Repayment in Full of all Claims of Debtors' Pre-Petition Secured Lenders (the "Final Order") entered on March 23, 2005.

DYKEMA GOSSETT▪A PROFESSIONAL LIMITED LIABILITY COMPANY▪400 RENAISSANCE CENTER▪DETROIT, MICHIGAN 48243

Dated: April 14, 2005

Respectfully submitted,

**DYKEMA GOSSETT** PLLC

By: _____

Brendan G. Best (MI 66370)
Attorneys for Kmart Management
Corporation
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-5464
Facsimile: (313) 568-6832
bbest@dykema.com

DET01\449445.1
ID\BGB

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243