**Dykema Gossett PLLC**
Attorneys for Oxford Building Company LLC and
the Douglas Group
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-5464
Facsimile: (313) 568-6832
Brendan G. Best (MI 66370)
bbest@dykema.com

F I L E D
JACKSONVILLE, FLORIDA

APR 2 1 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 Case No. |
|---|---|
| Winn-Dixie Stores, Inc., *et. al.*, | 3817 |
| | 05-~~11063 (RDD)~~ |
| Debtors. | (Jointly Administered) |

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                     ) SS.
COUNTY OF WAYNE      )

Kathryn A. LeBoeuf, an employee of Dykema Gossett PLLC, being first duly sworn, deposes and says that on the 15th day of April, 2005, she served copies of **AMENDED REQUEST FOR SERVICE OF PAPERS** and **PROOF OF SERVICE** upon:

David J. Baker, Esq.
Skadden Arps Slate Meager & Flom LLP
Four Times Square
New York, NY  10036

Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303

WINN-DIXIE Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254



RECEIVED APR 1 8 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

by placing copies of the said documents in envelopes correctly addressed as above and by depositing said envelopes in the United States Mail with postage thereon having been fully prepaid.

_____
Kathryn A. LeBoeuf

Subscribed and sworn to before
me this 15th day of April, 2005.

_____
Notary Public
My Commission Expires:
Acting in Wayne County, Michigan.

DET01\458154.1
ID\BGB

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

2