UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                              CASE NO. 05-3817

WINN-DIXIE STORES, INC., et. al.,                   Chapter 11

        Debtors.                                    Jointly Administered

---

**REQUEST FOR ALL NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

    TA/Western, LLC, a party in interest in these cases, hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9907 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for TA/Western, LLC at the address set forth below.

    Neither this Request nor its filing and service shall constitute the consent of TA/Western, LLC to the jurisdiction of

this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which TA/Western, LLC reserves to the full extent of the law.

Dated: April 22, 2005.
Jacksonville, Florida

        HELD & ISRAEL

        By: _____
        Edwin W. Held, Jr., Esquire
        Florida Bar #162574
        1301 Riverplace Blvd., Suite 1916
        Jacksonville, Florida 32207
        (904) 398-7038 Telephone
        (904) 398-4283 Facsimile
        Attorneys for TA/Western, LLC