UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:  CASE NO. 05-3817

WINN-DIXIE STORES, INC., et. al.,  Chapter 11

Debtors.  Jointly Administered

### REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS

TA Cresthaven, LLC ("Cresthaven"), a party in interest in these cases, hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9907 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for Cresthaven at the address set forth below.

Neither this Request nor its filing and service shall constitute the consent of Cresthaven to the jurisdiction of this

Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which Cresthaven reserves to the full extent of the law.

Dated: April 22, 2005.
      Jacksonville, Florida

                HELD & ISRAEL

By: _____
    Edwin W. Held, Jr., Esquire
    Florida Bar #162574
    1301 Riverplace Blvd., Suite 1916
    Jacksonville, Florida 32207
    (904) 398-7038 Telephone
    (904) 398-4283 Facsimile
    Attorneys for TA Cresthaven, LLC