UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., *et al.*,   Case No. 05-03817-3F1

Chapter 11

Debtors.   Jointly Administered

_____/

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance as counsel for WACHOVIA BANK, NATIONAL ASSOCIATION ("Wachovia Bank"), a creditor and party in interest in these jointly administered cases, and pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, respectfully requests that all notices given and required to be given and/or served in this case be given to and served upon the undersigned attorneys at the address set forth below.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, e-mail, or otherwise which (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case,

including Wachovia Bank, with respect to: (a) the debtors; (b) property of the estate, or proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by Wachovia Bank.

DATED this 22nd day of April 2005.

/s/Betsy C. Cox
Betsy C. Cox
Florida Bar No. 307033
Robert T. Hyde, Jr.
Florida Bar No. 199990
ROGERS TOWERS, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32007
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile

Attorneys for Wachovia Bank, National Association