# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN DIXIE STORES, INC.,** *et al.*, | **Case No. 05-03817-3F1** |
| Debtors. | **Jointly Administered** |

_____/

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Gregg A. Rapoport, Of Counsel to the firm of Lee & Rosenberger, a Law Corporation, 135 W. Green St., Suite 100, Pasadena, California 91105, (tel) 626-356-8080, (fax) 626-578-1827, (direct) 626-585-0155, (e-mail) gar@garlaw.us, hereby enters his appearance as counsel for P.C. Woo, Inc. dba Mega Toys ("Megatoys"), a creditor and party in interest in these jointly administered cases, and pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, respectfully requests that all notices given and required to be given and/or served in this case be given to and served upon the undersigned attorneys at the address set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers

referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile or otherwise, (1) which affect or seek to affect in any way Megatoy's rights or interests with respect to (a) the Debtor or any examiner or trustee in bankruptcy, ; (b) property or proceeds thereof in which the Debtor or any examiner or trustee in bankruptcy may claim an interest; (c) property or proceeds thereof in the possession, custody or control of Megatoys which the Debtor, examiner or trustee in bankruptcy may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Megatoys.

Neither this Request nor its filing and service shall constitute the consent of Megatoys to the jurisdiction of this Court over it for any purpose or a waiver of any

/ / /

/ / /

/ / /

other rights, remedies, claims setoffs, or recoupments, all of which Megatoys reserves to the full extent of the law.

Dated: April 22, 2005          Respectfully submitted,
       Pasadena, California

/s/ Gregg A. Rapoport
Gregg A. Rapoport, Of Counsel
LEE AND ROSENBERGER, a Law Corp.
135 W. Green St., Suite 100
Pasadena, California 91105-2027
Tel: (626) 356-8080
Fax: (626) 578-1827
Direct Tel: (626) 585-0155
E-mail: gar@garlaw.us

Attorneys for P.C. Woo, Inc.
dba Mega Toys

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Appearance and Request for Notices was served by regular U.S. Mail, postage prepaid, properly addressed, to the following this 22nd day of April, 2005:

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 W. Central Blvd., Room 620
Orlando, FL 32801

D. Jan Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

/s/ Gregg A. Rapoport
Gregg A. Rapoport, Of Counsel