[31614] [ORDER ABATING MOTION FOR RELIEF FROM STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No. 3:05−bk−03817−JAF
                                                          Chapter 11


Winn−Dixie Stores, Inc




_____Debtor(s)_____/

## ORDER ABATING MOTION FOR RELIEF FROM STAY

   Upon consideration of the Motion for Relief from Stay filed by David Timmons on April 8, 2005 , the Court finds:

   1. Movant has failed to pay the filing fee as required by 28 U.S.C. §1930(b).

   2. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

   The Court abates the hearing of this motion until the filing fee has been paid as required by 28 U.S.C. §1930(b) and service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

   Dated April 20, 2005 .

                                          _____
                                          Jerry A. Funk
                                          United States Bankruptcy Judge




      Copies furnished to:
      Debtor(s)
      Debtor(s)' Attorney
      Trustee
      Creditor

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes          Page 1 of 1            Date Rcvd: Apr 20, 2005
Case: 05-03817                Form ID: pdfdoc       Total Served: 5


The following entities were served by first class mail on Apr 22, 2005.
aty       +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
          +Clerk of Court, 17th Judicial Circuit, Broward Cty,   201 S.E. 6th Street,
            Ft. Lauderdale, FL 33301-3303
          +David Timmons,   Main Bureau,   P.O. Box 9356,   Ft. Lauderdale, FL 33310-9356
           Jason K. Gunter & Gregory A. Victor,   888 S.E. 3rd Avenue, Suite 500,
            Ft. Lauderdale, FL  33316-1159

The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2005**                          **Signature:** _Joseph Speetjens_