UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )      Case No. 05-3817

   Debtors.                                )

**ORDER AUTHORIZING RETENTION OF
SMITH HULSEY & BUSEY NUNC PRO TUNC**

This cause having been considered upon the application of Winn-Dixie Stores, Inc., and its affiliated debtors (collectively, the "Debtors"), pursuant to 11 U.S.C. §§ 327(a) and 329, for an order authorizing the retention of Smith Hulsey & Busey as bankruptcy co-counsel for the Debtors nunc pro tunc to March 28, 2005, (the "Application"), and the Court having considered the Application and being otherwise advised in the premises and sufficient cause appearing, it is

ORDERED:

1. The Application is granted.

2. Smith Hulsey & Busey is approved under 11 U.S.C. § 327(a) as bankruptcy counsel for the Debtors in these jointly administered Chapter 11 cases nunc pro tunc to March 28, 2005.

3. The compensation of Smith Hulsey & Busey for professional services rendered and reimbursement for costs advanced shall be fixed by the Court upon

application and notice as may be directed by this Court in accordance with 11 U.S.C. §§ 330 and 331.

Dated this 20 day of April, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Cynthia C. Jackson
United States Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes              Page 1 of 1              Date Rcvd: Apr 21, 2005
Case: 05-03817              Form ID: pdfdoc           Total Served: 2
```

The following entities were served by first class mail on Apr 23, 2005.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494

The following entities were served by electronic transmission on Apr 22, 2005 and receipt of the transmission
was confirmed on:
ust         +E-mail: ustp.region21.or.ecf@usdoj.gov Apr 22 2005 02:34:17     United States Trustee - JAX,
              135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2005**                               **Signature:**     _Joseph Speetjens_