UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

ORDER SHORTENING
NOTICE PERIOD OF PHARMACEUTICAL SALE

These cases came before the Court upon the motion of the Debtors pursuant to Rule 2002(a)(2), Federal Rules of Bankruptcy Procedure, to shorten the notice period for the Debtors' motion to sell certain pharmaceutical assets in connection with the closing of Store Number 2091 located in Reidsville, North Carolina (the "Motion"). The Court having considered the Motion and finding sufficient cause, it is

ORDERED:

1. The Motion is granted.

2. Notice of the Sale Motion is shortened from twenty days to fifteen days pursuant to Rule 2002(a)(2).

3. Such notice is proper and sufficient under 11 U.S.C. §363.

Done and Ordered in Jacksonville, Florida, this 22 day of April, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson
United States Trustee

00493353.DOC

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1               Date Rcvd: Apr 22, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Apr 24, 2005.
aty       +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494

The following entities were served by electronic transmission on Apr 23, 2005 and receipt of the transmission
was confirmed on:
ust       +E-mail: ustp.region21.or.ecf@usdoj.gov Apr 23 2005 01:07:22     United States Trustee - JAX,
            135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2005**                      **Signature:** *Joseph Speetjens*