UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
APR 2 2 2005
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re

WINN-DIXIE STORES, INC., *et al.,*

Debtors.
_____/

Chapter 11

Case No. 05-03817-JAF

(Jointly Administered)

**REQUEST FOR ALL NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

Metro-Goldwyn-Mayer Home Entertainment Inc. ("MGM") a party in interest in these cases, hereby requests notice of all hearings and conferences and copies of all papers herein including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure. All such paper should be served on the following person:

        Christopher C. Miller, Esq.
        10250 Constellation Boulevard
        Los Angeles, California 90067
        Telephone:  310-586-8108
        Facsimile:   310-449-3136
        Email:       cmiller@mgm.com

This Request and Demand includes, without limitation, all notices, complaints, demands, motions, orders, pleadings, requests, disclosure statements, plans, fee applications and other documents, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, e-mail or otherwise filed with regard to the above bankruptcy case or any proceeding therein.

Neither this Request and Demand, its filing and service, nor any subsequent appearance, claim, pleading or other action is intended to waive (1) MGM's right to trial by jury in any proceeding so triable, (2) the right to have any matter(s) reviewed *de novo* by the District Court or the reference thereof withdrawn or (3) any other rights, claims, actions, defenses, setoffs or recoupments to which MGM may be entitled, all of which are expressly reserved.

Dated: April 18, 2005

                Respectfully submitted,

                Metro-Goldwyn-Mayer Home Entertainment LLC

                By: *Pamela M Reynolds*
                      Pamela M. Reynolds
                      Senior Vice President,
                      Business and Legal Affairs

## CERTIFICATE OF SERVICE

I do hereby certify that on April 19, 2005, I caused the foregoing **REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS** to be served via first-class mail postage pre-paid upon the following:

| | |
|---|---|
| Office of the United States Trustee<br>135 West Central Boulevard, Suite 620<br>Orlando, FL 32801<br>*U.S. Trustee* | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>*Debtor* |
| Adam Ravin, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>*Counsel for Debtor* | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201<br>*Counsel for Debtor* |
| Dennis F. Dunne, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>*Counsel for Official Committee of Unsecured Creditors* | |

_____
Catherine E. Snooks