UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | CASE NO. 05-3817 |
| WINN-DIXIE STORES, INC., et. al., | Chapter 11 |
| Debtors. | Jointly Administered |

**REQUEST FOR ALL NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

Meridian Coca-Cola Bottling Company ("Meridian Coca-Cola"), a party in interest in these cases, hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9907 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for Meridian Coca-Cola at the address set forth below.

Neither this Request nor its filing and service shall constitute the consent of Meridian Coca-Cola to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which Meridian Coca-Cola reserves to the full extent of the law.

Dated: April 25, 2005.
      Jacksonville, Florida

      HELD & ISRAEL

      By: _____
      Edwin W. Held, Jr., Esquire
      Florida Bar #162574
      1301 Riverplace Blvd., Suite 1916
      Jacksonville, Florida 32207
      (904) 398-7038 Telephone
      (904) 398-4283 Facsimile
      Attorneys for Meridian Coca-Cola
        Bottling Company