SCARCELLA ROSEN & SLOME LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553
Thomas R. Slome (TS - 0957)
516-227-1600

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
-------------------------------------------------------------x
In re:

                                                         Case No. 05-03817-3F1

WINN DIXIE STORES, INC., et al.,        Chapter 11
                                                         Jointly Administered

                    Debtors.
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

In light of the change of venue of the above-captioned cases from the Southern District of New York to the Middle District of Florida, the law firm of Scarcella Rosen & Slome LLP ("SRS") hereby withdraws its appearance in these chapter 11 cases on behalf of the following parties (collectively, the "Clients"):

        A.      Imperial Trading Company, Inc.
                  P.O. Box 23508
                  Elmwood, LA  70183-0508
                  Attn: Keith Beba

        B.      Victory Real Estate Investments, LLC
                  506 Manchester Expressway, Suite B-5
                  Columbus, GA  31904
                  Attn: Ronnie Colbreth

        The following Subsidiaries and affiliates of Victory Real Estate
        Investments, LLC:

                Cedar Hills Consolidated, LLC
                Clay Plaza Investors, LLC
                Commercial Net Lease Realty, Inc.
                Eagle Harbor Investors, LLC
                Eastgate Investors, LLC
                H&R Development

        Jesup Victory, LLC
        Lake Charles Naval Stores, Inc.
        Madison Investors, LLC
        Marketplace of Americus, LLC
        Moultrie Square New Orleans, LLC
        New Iberia Investors, LLC
        Palisades Investors, LLC
        Victory Berryland, LLC
        Victory Coldwater Plaza, LLC
        Victory Gretna, LLC
        Victory Kenner, LLC
        Victory River Square, LLC
        Victory Saks Plaza, LLC
        Victory Three Notch Plaza, LLC
        Victory Vidalia, LLC

C.      Southern Installations and Services, Inc.
        3158 Gateway Lane
        Cantonment, FL 32533
        Attn: Jerry H. Barron

D.      Moulton Properties, Inc.
        380 Lurton Street
        Pensacola, FL 32505
        Attn: Bob Moulton

E.      Virginia Electric and Power Company,
        d/b/a Dominion Virginia Power in Virginia and
        d/b/a Dominion North Carolina Power in North Carolina
        701 East Cary Street
        18th Floor
        Richmond, VA 23219
        Attn: Sherry R. Ward

F.      Duke Energy Corporation, d/b/a Duke Power Company
        422 S. Church Street
        Charlotte, NC 28201
        Attn: Yvonne Crenshaw

G.      American Electric Power
        Legal Department
        P.O. Box 1986
        Charleston, WV 25327-1986
        Attn: Gina E. Mazzei, Esq.

      H.      Florida Power Corporation, d/b/a Progress Energy Florida
Carolina Power & Light, d/b/a Progress Energy Carolinas
Progress Energy Service Company, LLC
Dept.: Legal Department-PEB 17 B2
P.O. Box 1551
Raleigh, NC 27602
Attn: Elaine Rogers

      I.      Orlando Utilities Commission
500 South Orange Avenue
Orlando, FL 32801
Attn: Pam Reineke

      J.      Tampa Electric Company
P.O. Box 111
Tampa, FL 33601-3285
Attn: Debra L. Buttram

      K.      Florida Power and Light Company
Law Department
700 Universe Boulevard
Juno Beach, FL 33408
Attn: Rachel S. Budke, Esq.

SRS has withdrawn from its representation of the Clients in this matter with the consent of the Clients.

Dated: Uniondale, New York
       April 25, 2005

                              SCARCELLA ROSEN & SLOME LLP

                              By: /s/ Thomas R. Slome
                                  Thomas R. Slome (TS - 0957)

                              333 Earle Ovington Boulevard
                              Suite 901
                              Uniondale, New York 11553
                              (516) 227-1600

G:\Winn Dixie\Notice of Withdrawal.doc