SCARCELLA ROSEN & SLOME LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553
Thomas R. Slome (TS - 0957)
516-227-1600

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
-------------------------------------------------------------x
In re:

                                         Case No. 05-03817-3F1

WINN DIXIE STORES, INC., et al.,        Chapter 11
                                          Jointly Administered
                  Debtors.
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I certify that on April 25, 2005, a copy of the Notice of Withdrawal of Appearance was furnished by U.S. Mail to the following parties:

    A.    <u>Debtor</u>
           Winn-Dixie Stores, Inc.
           5050 Edgewood Court
           Jacksonville, FL 32254

    B.    <u>Debtors' Counsel</u>
           Skadden, Arps, Slate, Meagher & Flom, LLP
           4 Times Square
           New York, NY 10036
           Attn: David J. Baker, Esq.

           King & Spalding
           191 Peachtree Street
           Suite 4900
           Atlanta, GA 30303-1763
           Attn: Sarah Robinson Borders, Esq.

    C.    <u>Office of the United States Trustee</u>
           Office of the United States Trustee
           135 W. Central Boulevard
           Room 620
           Orlando, FL 32801

        Office of the United States Trustee
        33 Whitehall Street
        Suite 2100
        New York, NY 10004
        Attn:  Richard C. Morrissey, Esq.

D.    Counsel for the Official Committee of Unsecured Creditors
        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, NY 10005
        Attn:  Dennis F. Dunne

Dated: Uniondale, New York
       April 25, 2005

                      SCARCELLA ROSEN & SLOME LLP

                      By: /s/ Kristina M. Wesch
                          Kristina M. Wesch (KW-3192)

G:\winn Dixie\cos Notice of Withdrawal.doc