[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:05-bk-03817-JAF
                                                                        Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING VERIFIED STATEMENT PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This case came on for consideration upon the Court's own motion. On April 20, 2005, Peter J. Rathwell, Attorney for Bar-S Foods Co. and The Dial Corporation filed a Verified Statement Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure without original signature of Creditors' Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Verified Statement Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedures is stricken from the record.

Dated April 25, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Attorney for Debtor
Attorney for Creditor Committee
Peter J. Rathwell, Attorney for Bar-S Foods Co. and The Dial Corporation