UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:       MAINELY LOBSTER INC
                             18600 MEDIA DR
                             ROBERTSDALE, AL 36567

The transfer of your claim as shown above, in the amount of $ 1,218.69 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse**
**300 North Hogan Street**
**Suite 3-350**
**Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
                                          Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| Winn-Dixie Stores, Inc. | ) | Case No.05-11063(RDD) |
|  | ) | Jointly Administered |
|  | ) |  |
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
|  | ) | **WAIVER OF NOTICE.** |
|  | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **MAINELY LOBSTER INC** in the amount of **$ 1,218.69** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **MAINELY LOBSTER INC** is not less than **$ 1,218.69** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MAINELY LOBSTER INC
18600 MEDIA DR  ROBERTSDALE AL 36567

Please print your name  _JOHN S. MAVAR JR._ Signature _John S. Mavar Jr._

Title _PRESIDENT_                                Date  _4 -18 -05_

Address: _18600 MEDIA DR. ROBERTSDALE, AL. 36567_
(city,state,zip)
Telephone _251-947-5468_ Fax _251-947-5478_ Email _MAINELY@GULFTEL.COM_

Federal Taxpayer ID / Social Security Number  _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_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                WD 11801
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:        CHEFS GRILL PLUS
1475 30TH STREET
NICEVILLE, FL 32578

_____

The transfer of your claim as shown above, in the amount of $ 198.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____    Transferee ____   Debtor's Attorney ___

_____
                                                        Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

<div align="center">

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

</div>

In re.

|  |  |  |
|---|---|---|
| Winn-Dixie Stores, Inc. | ) | Case No.05-11063(RDD) |
|  | ) | Jointly Administered |
|  | ) |  |
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
|  | ) | **WAIVER OF NOTICE.** |
|  | ) | RULE 3001 (e)(1) |

*Chefs Grill Plus Inc.*

Please take notice that your unsecured claim of **CHEFS GRILL PLUS** in the amount of **$ 198.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CHEFS GRILL PLUS** is not less than **$ 198.00** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CHEFS GRILL PLUS
1475 30TH STREET  NICEVILLE FL 32578
Please print your name *Theresa Johnson* Signature
Title *Office Manager* Date *4-19-05*
Address: *1475 30th St  Niceville Fl 32578*
(city,state,zip)
Telephone *850-457-6693* Email *info@chefsgrillplus.com*

Federal Taxpayer ID / Social Security Number *59-3176766*

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD 11801

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:     CAPITOL INVESTMENTS INC
6538 COLLINS AVENUE
#235
MIAMI BEACH, FL 33141

_____

The transfer of your claim as shown above, in the amount of $ 2,394.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse**
**300 North Hogan Street**
**Suite 3-350**
**Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

----------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.                )
                                        )      Case No.05-11063(RDD)
                                        )      Jointly Administered
                                        )
                                        )      Chapter 11
                                        )
                  Debtors               )      NOTICE OF TRANSFER OF CLAIM
                                        )      OTHER THAN FOR SECURITY AND
                                        )      WAIVER OF NOTICE.
                                        )      RULE 3001 (e)(1)

Please take notice that your unsecured claim of CAPITOL INVESTMENTS INC in the amount of $ 2,394.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of CAPITOL INVESTMENTS INC is not less than$ 2,394.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CAPITOL INVESTMENTS INC
6538 COLLINS AVENUE #235 MIAMI BEACH FL 33141

Please print your name _UIRIAU UEUOSCAK_    Signature

Title__PRESIDENT_____         Date

Address: _
(city,state,:
Telephone

Federal Ta                          _UIAUI BEACH, FL 33141_
                                    _AINVEST4U@AOL.COU._

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:_____
Timothy McGuire                                      WD 11802

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br><div align="center">*Debtors*</div> | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:  OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:        HOME LUMBER & INDUSTRIAL SUPPLY
                            1050 E 25TH ST
                            HIALEAH, FL 33013

The transfer of your claim as shown above, in the amount of $ 124.53 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-----------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____   Transferee _____   Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc. | ) | Case No.05-11063(RDD) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) | OTHER THAN FOR SECURITY AND |
| | ) | WAIVER OF NOTICE. |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **HOME LUMBER & INDUSTRIAL SUPPLY** in the amount of $ 124.53 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **HOME LUMBER & INDUSTRIAL SUPPLY** is not less than$ 124.53 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

**Transferor:**
HOME LUMBER & INDUSTRIAL SUPPLY
1050 E 25TH ST  HIALEAH FL 33013

Please print your name _Del Kokiel_ Signature _____

Title _PRESIDENT_         Date _4/22/05_

Address: _
(city,state,
Telephone

Federal Ta:

_[handwritten] ALEA L FLA 33013_
_[handwritten] HomeLumber@Hotmail.com_
_[handwritten] 47_

**Transferee:**
TRADE DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD 11080

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:      PARK AVENUE OFFICES SERVICES
3901 RAVENSWOOD ROAD STE 101
DANIA BEACH, FL 33312

The transfer of your claim as shown above, in the amount of $ 269.99 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.                                    )
                                          )        Case No.05-11063(RDD)
Winn-Dixie Stores, Inc.                   )        Jointly Administered
                                          )
                                          )        Chapter 11
                                          )
                                          )        NOTICE OF TRANSFER OF CLAIM
                                          )        OTHER THAN FOR SECURITY AND
                    Debtors.              )        WAIVER OF NOTICE.
                                          )        RULE 3001 (e)(1)
                                          )

Please take notice that your unsecured claim of PARK AVENUE OFFICES SERVICES in the amount of $ 269.99 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of PARK AVENUE OFFICES SERVICES is not less than$ 269.99 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
PARK AVENUE OFFICES SERVICES
3901 RAVENSWOOD ROAD STE 101 DANIA BEACH FL 33312

Please print your name _Carne Hacker_   Signature _____

Title_ V.P. _____          Date_ 4/22/05 _____

Address: _
(city,state,
Telephone

Federal Ta

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                        WD 11080
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:        GPS REFRIGERATION INC
                      1945 WILEY STREET
                      HOLLYWOOD, FL 33020

_____

The transfer of your claim as shown above, in the amount of $ 948.50 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-----------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .

INTERNAL CONTROL NO. _____

Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____

                                                        Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

Debtors.

)
)
)
)
)
)
)
)
)
)
)

Case No.05-11063(RDD)
Jointly Administered

Chapter 11

NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY AND
WAIVER OF NOTICE.
RULE 3001 (e)(1)

Please take notice that your unsecured claim of GPS REFRIGERATION INC in the amount of $ 948.50 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of GPS REFRIGERATION INC is not less than$ 948.50 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
GPS REFRIGERATION INC
1945 WILEY STREET  HOLLYWOOD FL 33020

Please print your name _PETRICA STROE_  Signature _____

Title _VICE-PRESIDENT_          Date _04/15/2005_

Address: __
(city,state,z
Telephone_                                     _, FL 33020_

Federal Tax                                    _h3gps@bellsouth.net_
                                               _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_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire                              WD 11080

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    MASON LUMBER CO INC
PO BOX 1786
MONTGOMERY, AL 36102-1786

The transfer of your claim as shown above, in the amount of $ 109.41 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| | ) | Case No.05-11063(RDD) |
| Winn-Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | ~~OTHER THAN FOR SECURITY AND~~ |
| | ) | **WAIVER OF NOTICE.** |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **MASON LUMBER CO INC** in the amount of **$ 109.41** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **MASON LUMBER CO INC** is not less than **$ 109.41** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MASON LUMBER CO INC
PO BOX 1786 MONTGOMERY AL 36102-1786

Please print your name _Vester L Mason_ Signature _Vester L Mason_

Title_ C F O _                    Date_ 4/19/05 _

Address: __
(city,state,zi                                    Al. 36111
Telephone _

Federal Tax                                    B Fed ID#63-0354336

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:_____                                    WD 11080
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

**NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:         PEACH STATE INSTRUMENTS
                              PO BOX 9189
                              MARIETTA, GA 30065

The transfer of your claim as shown above, in the amount of $218.18 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____  Debtor's Attorney ___

                                                      _____
                                                      Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| Winn-Dixie Stores, Inc. | ) ) ) ) ) ) | Case No.05-11063(RDD) Jointly Administered Chapter 11 |
| Debtors. | ) ) ) ) ) | **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE.** RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **PEACH STATE INSTRUMENTS** in the amount of **$ 218.18** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **PEACH STATE INSTRUMENTS** is not less than **$ 218.18** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
PEACH STATE INSTRUMENTS
 PO BOX 9189 MARIETTA GA 30065

Please print your name _DANIEL W JACKSON_ Signature _Daniel W Jackson_

Title _President_                                Date _4/19/05_

Address: __                                                      _#, GA 30062_
(city,state,zi
Telephone _'_                                                  _____

Federal Tax_____            _3_____

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By_____            WD 11080
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:        AMERICAN AUTO & TRUCK ELECTRIC INC
                      646 ATANDO AVENUE
                      CHARLOTTE, NC 28206

The transfer of your claim as shown above, in the amount of $1,284.65 has been transferred *(unless previously expunged by court order)* to:

> Trade-Debt.Net
> P.O. Box 1487
> West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

> **United States Courthouse**
> **300 North Hogan Street**
> **Suite 3-350**
> **Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____    Transferee ____   Debtor's Attorney ___

                                                    _____
                                                          Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

<div align="center">

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

</div>

In re.

|  |  |  |
|---|---|---|
| | ) | |
| | ) | Case No.05-11063(RDD) |
| Winn-Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) | OTHER THAN FOR SECURITY AND |
| | ) | WAIVER OF NOTICE. |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **AMERICAN AUTO & TRUCK ELECTRIC INC** in the amount of **$ 1,284.65** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder.
Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **AMERICAN AUTO & TRUCK ELECTRIC INC** is not less than **$ 1,284.65** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
AMERICAN AUTO & TRUCK ELECTRIC INC
646 ATANDO AVENUE CHARLOTTE NC 28206

Please print your name _KAREN Helms_    Signature _Karen Helms_

Title _Office Mgr._          Date _4/25/05_

Address:                                 _C 28206_
(city,state
Telephone                          _aacnauto Kar @ BellSouth.NET_

Federal T                              _6_

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                             WD 11080
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

<table>
<tr><td>In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors*</td><td>In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown</td></tr>
</table>

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:      FLORIDA SALES UNLIMTED
545 EAST 4TH STREET
JACKSONVILLE, FL 32206

_____

The transfer of your claim as shown above, in the amount of $485.93 has been transferred *(unless previously expunged by court order)* to:


Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:


**United States Courthouse**
**300 North Hogan Street**
**Suite 3-350**
**Jacksonville, Florida 32202**


**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____  Transferee ____  Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


In re.

|   |   |   |
|---|---|---|
| Winn-Dixie Stores, Inc. | ) | Case No.05-11063(RDD) |
|   | ) | Jointly Administered |
|   | ) |   |
|   | ) | Chapter 11 |
|   | ) |   |
|   | ) | NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) | OTHER THAN FOR SECURITY AND |
|   | ) | WAIVER OF NOTICE. |
|   | ) | RULE 3001 (e)(1) |


Please take notice that your unsecured claim of **FLORIDA SALES UNLIMITED** in the amount of $ 485.93 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **FLORIDA SALES UNLIMITED** is not less than$ 485.93 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
FLORIDA SALES UNLIMITED
545 EAST 4TH STREET  JACKSONVILLE FL 32206

Please print your name _Randy Frontz_  Signature _R. Frontz_

Title _President_                                      Date _4-21-05_

Address:
(city,state                                                          . 32206
Telephon:                                              FRONTZ@FSU FL SALES.COM

Federal T:

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                   WD 11080
Timothy McGuire