UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

**NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:        EAST COWETA HIGH SCHOOL
                      BASEBALL BOOSTER CLUB
                      155 TORREY PINES COURT
                      _____

The transfer of your claim as shown above, in the amount of $250.00 has been transferred *(unless previously expunged by court order)* to:

            Trade-Debt.Net
            P.O. Box 1487
            West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

        **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

            **United States Courthouse
            300 North Hogan Street
            Suite 3-350
            Jacksonville, Florida 32202**

        **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
-------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____   Transferee _____  Debtor's Attorney ___

                                    _____
                                    Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| | ) | |
| | ) | Case No.05-11063(RDD) |
| Winn-Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | ~~WAIVER OF NOTICE.~~ |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **EAST COWETA HIGH SCHOOL** in the amount of **$ 250.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt, Inc.  The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder.  Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received.  I assert that the claim of **EAST COWETA HIGH SCHOOL** is not less than **$ 250.00**  and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
EAST COWETA HIGH SCHOOL
BASEBALL BOOSTER CLUB 155 TORREY PINES COURT NEWNAN GA 30265

Please print your name _PAm Wallace_   Signature _Pam Wallace_

Title _Booster Club Member_   Date _4-17-05_

Address: _____
(city,state,zi
Telephone :                                           _wallace @ premierfoam. com_

Federal Tax

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                                    WD 11803
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:        TOWN OF FUQUAY VARINA
                        401 OLD HONEYCUTT RD
                        FUQUAY VARINA, NC 27526

The transfer of your claim as shown above, in the amount of $622.88 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
-------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____  Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re. | ) | |
| | ) | Case No. 05-11063 (RDD) |
| | ) | |
| Winn-Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE.** |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **TOWN OF FUQUAY VARINA** in the amount of **$ 622.88** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **TOWN OF FUQUAY VARINA** is not less than **$ 622.88** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
TOWN OF FUQUAY VARINA
401 OLD HONEYCUTT RD  FUQUAY VARINA NC 27526

Please print your name _JANE SHOWERMAN_  Signature _Jane Showerman_

Title _SR.UTILITY BILLING/COLL SPECIALIST_  Date _4-18-05_

Address: _TOWN OF FUQUAY VARINA -_
(city,state,
Telephone                                   _showerman@fuquay-varina.org_

Federal Ta

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                   WD 11803
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><div align="center">*Debtors*</div> | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     KEEPRITE REFRIGERATION
PO BOX 2020
159 ROY BLVD
BRANTFORD, ON N3T 5Y6 CANADA

The transfer of your claim as shown above, in the amount of $956.70 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
--------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____   Transferee _____  Debtor's Attorney ___

<div align="right">_____<br>Deputy Clerk</div>

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

Debtors.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.05-11063(RDD)
Jointly Administered

Chapter 11

NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY AND
WAIVER OF NOTICE.
RULE 3001 (e)(1)

Please take notice that your unsecured claim of **KEEPRITE REFRIGERATION** in the amount of **$ 956.70** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **KEEPRITE REFRIGERATION** is not less than **$ 956.70** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
KEEPRITE REFRIGERATION
159 ROY BLVD PO BOX 2020 BRANTFORD ON N3T 5Y6 CANADA

Please print your name D. Teeter         Signature _____

Title President                          Date April 22 2005

Address: _____                         antford Ontario  N3T 5Y6
(city,state,zip
Telephone _____                        er@k-rp.com

Federal Taxp _____

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                          WD
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

|  |  |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><div align="center">*Debtors*</div> | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### **NOTICE:** OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:        SIERRA STORE SYSTEMS INC
                           7749 DE LONG WAY
                           SEMINOLE, FL 33776
_____

The transfer of your claim as shown above, in the amount of $350.00 has been transferred *(unless previously expunged by court order)* to:

          Trade-Debt.Net
          P.O. Box 1487
          West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN** 20 DAYS **OF THE DATE OF THIS NOTICE, YOU MUST:**

          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

          **United States Courthouse**
          **300 North Hogan Street**
          **Suite 3-350**
          **Jacksonville, Florida 32202**

          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
-----------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____   Transferee _____  Debtor's Attorney ___

                                                    _____
                                                    Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.                                      )
                                            )         Case No.05-11063(RDD)
Winn-Dixie Stores, Inc.                     )         Jointly Administered
                                            )
                                            )         Chapter 11
                                            )
                                            )         **NOTICE OF TRANSFER OF CLAIM**
              Debtors.                      )         **OTHER THAN FOR SECURITY AND**
                                            )         **WAIVER OF NOTICE.**
                                            )         RULE 3001 (e)(1)

Please take notice that your unsecured claim of **SIERRA STORE SYSTEMS INC** in the amount of $ **350.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **SIERRA STORE SYSTEMS INC** is not less than$ **350.00** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
SIERRA STORE SYSTEMS INC
7749 DE LONG WAY  SEMINOLE FL 33776

Please print your name  _Duane Dewes_    Signature _____

Title  _President_                        Date _4-18-05_

Address:                                         _33776_
(city,state,z
Telephone

Federal Tax

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                          **WD**
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:          ODUM TELE COMMUNICATIONS INC
                        PO BOX 6610
                        THOMASVILLE, GA 31758

The transfer of your claim as shown above, in the amount of $150.00 has been transferred *(unless previously expunged by court order)* to:

          Trade-Debt.Net
          P.O. Box 1487
          West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

          **United States Courthouse**
          **300 North Hogan Street**
          **Suite 3-350**
          **Jacksonville, Florida 32202**

          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .

INTERNAL CONTROL NO. _____

Copy: (check)  Claims Agent _____    Transferee _____  Debtor's Attorney ___

                                                    _____
                                                    Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| | ) | Case No.05-11063(RDD) |
| Winn-Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | **NOTICE OF TRANSFER OF CLAIM** |
| | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE.** |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **ODUM TELE COMMUNICATIONS INC** in the amount of **$ 150.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **ODUM TELE COMMUNICATIONS INC** is not less than **$ 150.00** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
ODUM TELE COMMUNICATIONS INC
PO BOX 6610 PO BOX 6610 THOMASVILLE GA 31758

Please print your name _Janice W. Odum_ Signature _Janice W. Odum_

Title _V. P._ Date _4-18-05_

Address: _____
(city,state, _____ _ville GA 31757_
Telephone _____ _odum@odumtelecomm.com_

Federal Ta _____ _4_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                                    WD
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

|  |
|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><div align="center">*Debtors*</div> |

In Proceedings For A Reorganization Under Chapter 11

Case No. 3:05-bk-03817-JAF

Claim # Unknown

<u>**NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**</u>

To transferor:          CABLE CONNECTIONS INC
                        404 CORDELE ROAD
                        ALBANY, GA 31705

The transfer of your claim as shown above, in the amount of $375.00 has been transferred *(unless previously expunged by court order)* to:

          Trade-Debt.Net
          P.O. Box 1487
          West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

          **United States Courthouse
          300 North Hogan Street
          Suite 3-350
          Jacksonville, Florida 32202**

          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .

INTERNAL CONTROL NO. _____

Copy: (check) Claims Agent _____   Transferee _____  Debtor's Attorney ___

                                                                Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| | ) | Case No.05-11063(RDD) |
| Winn-Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | **NOTICE OF TRANSFER OF CLAIM** |
| | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE** |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **CABLE CONNECTIONS INC** in the amount of $ 375.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CABLE CONNECTIONS INC** is not less than$ 375.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CABLE CONNECTIONS INC
404 CORDELE ROAD  ALBANY GA 31705

Please print your name _Julie Hardy_   Signature _Julie Hardy_

Title _President_   Date _4|21|05_

Address: 4 _____   _any GA 31705_
(city,state,zip
Telephone 2 _____   _eljulie @ bellsouth.net_

Federal Taxp _____   _142_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____   WD
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

**NOTICE:**   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:          MCCULLOUGH & CO INC
                        P.O. BOX 4943
                        KEY WEST, FL 33041
                        _____

The transfer of your claim as shown above, in the amount of $311.15 has been transferred *(unless previously expunged by court order)* to:

          Trade-Debt.Net
          P.O. Box 1487
          West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

          **United States Courthouse**
          **300 North Hogan Street**
          **Suite 3-350**
          **Jacksonville, Florida 32202**

          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
----------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____ Debtor's Attorney ___

                                        _____
                                              Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| Winn-Dixie Stores, Inc. | ) | Case No.05-11063(RDD) |
|  | ) | Jointly Administered |
|  | ) |  |
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
|  | ) | **WAIVER OF NOTICE.** |
|  | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **MCCULLOUGH & CO INC** in the amount of **$ 311.15** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **MCCULLOUGH & CO INC** is not less than **$ 311.15** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
MCCULLOUGH & CO INC
P.O. BOX 4943 P.O. BOX 4943 KEY WEST FL 33041

Please print your name _Eduardo Delgado_ Signature _Eduardo Delgado_

Title _President_                    Date _4-20-2005_

Address:                              _st, FL 33040_
(city,state,z
Telephone

Federal Ta:                          _42806_

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                              WD
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:          COURTYARD MARRIOT
                        JAX AIRPORT NORTHWEST
                        14668 DUVAL ROAD
                        JACKSONVILLE, FL 32218

The transfer of your claim as shown above, in the amount of $433.11 has been transferred *(unless previously expunged by court order)* to:

                        Trade-Debt.Net
                        P.O. Box 1487
                        West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.     However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

                    **United States Courthouse
                    300 North Hogan Street
                    Suite 3-350
                    Jacksonville, Florida 32202**

          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____  Debtor's Attorney ___

                                          _____
                                          Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| Winn-Dixie Stores, Inc. | ). ) ) ) ) ) ) ) ) ) ) ) | Case No.05-11063(RDD)<br>Jointly Administered<br><br>Chapter 11<br><br>**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE.**<br>RULE 3001 (e)(1) |
| Debtors. | | |

Please take notice that your unsecured claim of **COURTYARD MARRIOT** in the amount of $ 433.11 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **COURTYARD MARRIOT** is not less than$ 433.11 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
COURTYARD MARRIOT
JAX AIRPORT NORTHWEST 14668 DUVAL ROAD JACKSONVILLE FL 32218

Please print your name _Mike Hart_   Signature _Michael J Hart_

Title _Vice President & Treasurer_   Date _____

Address _____ _nville, FL 32218_
(city,sta
Telephe   _____

Federal   _____

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                                    WD
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:       CITY OF SANFORD UTILITES
                     PO BOX 2847
                     SANFORD, FL 32772-2847

The transfer of your claim as shown above, in the amount of $1,439.01 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .

INTERNAL CONTROL NO. _____

Copy: (check) Claims Agent ____   Transferee ____ Debtor's Attorney ___

_____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

**RECEIVED**
APR 1 5 2005

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| Winn-Dixie Stores, Inc. | ). ) ) ) ) ) ) | Case No.05-11063(RDD) Jointly Administered Chapter 11 |
| Debtors. | ) ) ) ) ) | **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE.** RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **CITY OF SANFORD UTILITES** in the amount of **$ 1,439.01** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CITY OF SANFORD UTILITES** is not less than$ 1,439.01 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CITY OF SANFORD UTILITES
PO BOX 2847 PO BOX 2847 SANFORD FL 32772-2847

Please print your name **Nancy Jermyn** Signature _Nancy Jermyn_

Title **Supervisor**         Date   4/20/05

Address
(city,stat                                    2771
Telepho

Federal                                        _jermynn@ci.sanford.fl.us_

                                               5

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:                                            WD
Timothy McGuire