**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817 (JAF) |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE WITH RESPECT TO MOTION FOR AN ORDER UNDER 11 U.S.C. §§ 105(a), 363, 365, AND 1146(c) AND FED. R. BANKR. P. 6004 AND 6006 (A) AUTHORIZING AND APPROVING ASSET PURCHASE AGREEMENT WITH FOOD LION, LLC FOR THE SALE OF CERTAIN LEASEHOLD INTERESTS, EQUIPMENT AND INVENTORY RELATING TO THREE STORES, (B) AUTHORIZING SUCH SALE FREE AND CLEAR OF LIENS, CLAIMS INTERESTS AND ENCUMBRANCES, (C) DETERMINING THAT SUCH SALE IS EXEMPT FROM ANY STAMP, TRANSFER, RECORDING OR SIMILAR TAX, (D) AUTHORIZING DEBTORS TO ASSUME AND ASSIGN LEASES IN CONNECTION WITH THE SALE (E) FIXING CURE AMOUNTS AND (F) GRANTING RELATED RELIEF**

I, Adam S. Ravin, hereby certify that, on April 20, 2005, I caused to be served the Motion for an Order Under 11 U.S.C. §§ 105(a), 363, 365, and 1146(c) and Fed. R. Bankr. P. 6004 and 6006 (A) Authorizing and Approving Asset Purchase Agreement with Food Lion, LLC for the Sale of Certain Leasehold Interests, Equipment and Inventory Relating to Three Stores, (B) Authorizing Such Sale Free and Clear of Liens, Claims Interests and Encumbrances, (C) Determining that Such Sale is Exempt from Any Stamp, Transfer, Recording or Similar Tax, (D) Authorizing Debtors to Assume and Assign Leases In Connection with the Sale (E) Fixing Cure Amounts and (F) Granting Related Relief and proposed form of Order, by having true and correct copies thereof sent via (i) first-class mail, postage pre-paid and e-mail service to the parties listed in Exhibit A and (ii) FedEx or Express Mail next-day delivery to the parties listed in Exhibit B.

I further certify that I caused to be served the Notice of Hearing with respect to the Motion for an Order Under 11 U.S.C. §§ 105(a), 363, 365, and 1146(c) and Fed. R. Bankr. P. 6004 and 6006 (A) Authorizing and Approving Asset Purchase Agreement with Food Lion, LLC for the Sale of Certain Leasehold Interests, Equipment and Inventory Relating to Three Stores, (B) Authorizing Such Sale Free and Clear of Liens, Claims Interests and Encumbrances, (C) Determining that Such Sale is Exempt from Any Stamp, Transfer, Recording or Similar Tax, (D) Authorizing Debtors to Assume and Assign Leases In Connection with the Sale (E) Fixing Cure Amounts and (F) Granting Related Relief, by having true and correct copies thereof sent via (i) first-class mail, postage pre-paid and e-mail service on April 20, 2005 to the parties listed in Exhibit A and (ii) FedEx next-day delivery or, if number listed therein, facsimile on April 21, 2005 to the parties listed in Exhibit B.

Dated: April 25, 2005

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/  Adam S. Ravin
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

 - and –

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

**EXHIBIT A**

**EXHIBIT A**

Akin Gump Strauss Hauer & Feld LLP
Attn:  Franz R. Rassman
Robert S. Strauss Building
1333 New Hampshire Ave., NW
Washington, DC  20036
Fax: (202) 887-4288
frassman@akingump.com

Kirschner & Legler, P.A.
Attn:   Kenneth M. Kirschner
300A Wharfside Way
Jacksonville, FL  32207
Tel:  (904) 346-3200
kmkirschner@leglerlaw.com

Food Lion, LLC
P.O. Box 1330
2110 Executive Drive
Salisbury, NC 28145-1330
Fax: 704-636-4940
realestate@foodlion.com

Food Lion, LLC
P.O. Box 1330
2110 Executive Drive
Salisbury, NC 28145-1330
Fax: 704-639-1353
agoodrich@foodlion.com

The Blackstone Group, L.P.
Attn:   Paul Schlaak
345 Park Avenue
New York, NY 10154
Tel: (212) 583-5000
schlaack@blackstone.com

Excess Space Retail Services, Inc.
Attn:   Michael Wiener
One Hollow Lane
Suite 112
Lake Success, NY  11042
Tel: (800) 435-8384
mw@excessspace.com

The Food Partners, LLC
Attn: Matthew S. Morris
1250 Eye Street, NW
Suite 850
Washington, DC 20005
Tel: (202) 589-0434
msmorris@thefoodpartners.com

**EXHIBIT B**

Case 3:05-bk-03817-JAF    Doc 858    Filed 04/25/05    Page 5 of 7

| | |
|---|---|
| Aegis Waterford, LLC<br>625 Madison Avenue, 9th Floor<br>New York, NY  10022 | Aegis Waterford, L.L.C.<br>Attn: Michael C. Phillips<br>11690 Grooms Road<br>Cincinnati, Ohio 45242<br>Fax: (513) 554-1009 |
| LaSalle National Bank<br>c/o Amresco Services, LP<br>235 Peachtree Street Northeast, Suite 900<br>Atlanta, GA  30303 | RCC Property Advisors<br>7689 NW 57th St<br>Fort Lauderdale, FL 33351<br>Phone: (954) 722-6496 |
| ARS Investment Corporation<br>c/o Harding & Associates, Inc.<br>5006 Monument Avenue<br>Richmond, VA  23230 | Central Fidelity Bank<br>Attn:  Metro Division<br>1021 E. Cary Street<br>Richmond, VA  23219 |
| Allied Finance Company<br>c/o Varitronics<br>Attn: Alan Abrams<br>620 Parkway<br>Broomall, PA 19008<br>Phone: (610) 356-3995 | The Lafayette Life Insurance Co.<br>Attn:  Investment Dept.<br>1905 Teal Road<br>Lafayette, Indiana 47905<br>Phone: (765) 477-7411<br>Fax: (765) 477-3218 |
| Sid Mohammad<br>Ejaz Malik<br>11729 Bosworth Drive<br>Glen Allen, VA  23059 | Nobel Networks<br>Attn: Sajay Marni<br>4 Inverness Drive<br>Edison NJ 08820<br>Phone: (732) 742-9011<br>solutions@nobelnetworks.com |

| | |
|---|---|
| U.S. Surveyor, Inc.<br>Attention: Walt E. Caswell<br>4929 Riverwind Pointe Drive<br>Evansville, IN  47715<br>Phone: (812) 402-7001 ext. 223<br>Fax: (812) 402-7020 | Golder Associates, Inc.<br>Attn: Mark Jordana<br>8933 Western Way,  Suite 12<br>Jacksonville, FL   32256<br>Phone: (904) 363-3430<br>Fax: (904) 363-3445 |
| First American Title Insurance Company<br>Attn: Steve Nelson<br>5775 Glenridge Drive NE<br>Suite A-240<br>Atlanta, GA  30328-5351<br>Phone: (404) 250-1604<br>Fax: (404) 303-1235 | Smith, Gambrell & Russell, LLP<br>Attn: D. G. Stanford<br>50 N. Laura Street<br>Suite 2600<br>Jacksonville, FL   32202<br>Phone: (904) 598-6126<br>Fax: (904) 598-6226 |
| Cove Properties, Inc.<br>Attn: Dennis Sheehan<br>2840 W. Bay Dr. #122<br>Belleair Bluffs, FL 33770<br>Phone:  (727) 642-2639 | Virginia Department of Taxation<br>3600 West Broad Street<br>Suite 160<br>Richmond, VA 23230-4915 |
| County of Chesterfield<br>Commissioner of the Revenue<br>Main Administration Building<br>9901 Lori Road<br>Chesterfield, VA 23832-0040<br>Phone: (804) 748-1281 | County of Henrico<br>Department of Taxation<br>4301 East Parham Road<br>Richmond VA 23228 |
| County of New Kent<br>Commissioner of the Revenue<br>12007 Courthouse Circle<br>Room 202<br>New Kent VA 23124<br>Phone: (804) 966-9610 | Farmer's Foods<br>Attn: John D. Farmer, Jim Kaus<br>PO Box 160<br>Chase City, VA 23924 |