# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **May 6, 2005 at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the following motions which had been set for hearing before the United States Bankruptcy Court for the Southern District of New York on April 12, 2005 and are continued for hearing before this Court:

1. Motion for Authority (A) to Maintain Existing Bank Accounts and Cash Management System, (B) to Continue use of Existing Checks, and (C) to Continue use of Current Investment Policy (Dkt. No. 13) (Interim Order Approving Motion by the New York Court entered on February 22, 2005);

2. Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance (Dkt. No. 23) (Only as to Objecting Utilities);

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. Motion for Authority to Reject Certain Real Property Leases, Effective as of the Petition Date (Dkt. No. 24) (Only as to Cane River Associates);

4. Motion for Order Under 11 U.S.C. §365(d)(4) Extending Time within which Debtors may Assume or Reject Unexpired Leases of Nonresidential Real Property (Dkt. No. 472) (Bridge Order entered on April 12, 2005); and

5. Motion for Authority to Pay Prepetition Automobile Liability Claims (Dkt. No. 510).

PLEASE TAKE FURTHER NOTICE that the following motions filed by the Debtors after transfer to the Jacksonville Court will also be heard on May 6:

1. Motion for Approval of Stipulation Providing for Withdrawal of Objection by American KB Properties I Limited Partnership to Debtors' Motion for Entry of an Order Under 11 U.S.C. §365(D)(4) Granting Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (Dkt. No. 775) (Negative Notice – will only be heard if timely objections filed);

2. Motion for an Order Under 11 U.S.C. §§ 105(A), 363, 365, and 1146(C) and Fed. R. Bankr. P. 6004 and 6006 (A) Authorizing and Approving Asset Purchase Agreement with Food Lion, LLC for the Sale of Certain Leasehold Interests, Equipment and Inventory Relating to Three Stores, (B) Authorizing Such Sale Free and Clear of Liens, Claims, Interests and Encumbrances, (C) Determining that Such Sale is Exempt from any Stamp, Transfer, Recording or Similar Tax, (D) Authorizing Debtors to Assume and Assign Leases in Connection with the Sale, (E) Fixing Cure Amounts and (F) Granting Related Relief (Dkt. No. 780); and

3. Motion for an Order Under 11 U.S.C. Sections 105(A) and 363 and Fed. R. Bankr. P. 6004 (A) Authorizing the Sale of Certain Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims, Interest and Encumbrances and (B) Granting Related Relief (Dkt. No. 782)

Only objections filed and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher, & Flom, LLP, Four Times Square, New York, New York 10036 and on Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **May 3, 2005** will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: April 25, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>   D. J. Baker <br>   Sally McDonald Henry <br>   Rosalie Gray | By  */s/ Cynthia C. Jackson*  <br>   Stephen D. Busey <br>   James H. Post <br>   Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) | Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) |

00493786