IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In the Matter of Winn-Dixie Supermarkets, Inc. d/b/a
Save-Rite Foods, Inc., Steve Post,
and John-Does 1-5

Chapter 11

Bankruptcy

Cause No.:  -6604

Latasha Sanders, as Guardian and
Next Friend of Janiya Burse,

PETITIONER

## WITHDRAWAL OF PETITIONER'S MOTION TO LIFT AUTOMATIC STAY

Petitioner hereby files this her Withdrawal of the Motion to Lift Automatic Stay filed on or about March 8, 2005.

Dated: April 18, 2005.

Respectfully submitted,

SWEET & FREESE, PLLC

_____
Omar L. Nelson

OF COUNSEL:

Dennis C. Sweet, III, MSB 8105
Omar L. Nelson, MSB 100105
Kabah S. McCullough MSB 101524
SWEET & FREESE, PLLC
P.O. Box 1178
Jackson, MS 39215
601.965.8700 Telephone
601.965.8719 Fax

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Plaintiff, do hereby certify that I have this date mailed electronically and via United States Mail, postage-prepaid, a true and correct copy of the foregoing Withdrawal of the Motion to Lift Automatic Stay to:

Leland Smith, Esq.
Wilkins, Stephens & Tipton, P.A.
P.O. Box 13429
Jackson, MS 39236-3429

Honorable Robert Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Richard Morrissey
United States Bankruptcy Court Trustee for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Latoya Edwards
United States Bankruptcy Court Case Administrator
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

This, the 18 day of April, 2005.

Omar L. Nelson