F I L E D
JACKSONVILLE, FLORIDA

APR 2 5 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------\------------------------------------------------------X

WINN-DIXIE STORES, INC.

In re: Case No. 05-11063-RDD
Chapter

Debtor.

-----------------------------------------------------------X

Plaintiff

Adversary Proceeding
Case No.

v.

Defendant

----------------------------------------------------------X

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Armando A. Perez, Esq._____, a member in good standing of the bar in the State of
Florida_____, or of the bar of the U.S. District Court for the Southern__ District of
Florida_____, request admission, *pro hac vice*, before the Honorable
Judge Robert D. Drain____, to represent Christian E. Valdivia (minor)_____, a
creditor_____ in the above referenced [☑] case [□] adversary proceeding.
My:   address is 2631 S.W. 27th Street, Miami, Florida 33133 _____
        e-mail address is perezarm@bellsouth.net, telephone number is 305-854-3993 _____
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated:
        New York, New York _____

        _____

### ORDER

**ORDERED,**
that Armando A. Perez_____, Esq., is admitted to practice, *pro hac vice*, in the above
referenced [☑] case [□] adversary proceeding, in the United States Bankruptcy
Court, Southern District of New York, subject to payment of the filing fee.
Dated:
        New York, New York    /s/ _____
                                            UNITED STATES BANKRUPTCY JUDGE