HERRICK, FEINSTEIN LLP
Paul Rubin (PR-2097)
John M. August (JA-6451)
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Ernst Properties, Inc.

F I L E L
JACKSONVILLE, FLO
APR 2 5 20
CLERK, U. S. BANKRUPTCY COURT
DDLE DISTRICT OF FLORIDA

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

------------------------------------------------- x

In re:                                            :     Chapter 11
                                                  :         3817
WINN-DIXIE STORES, INC. et al.,                   :     Case No. 05-03840 (JAF)
                                                  :
                    Debtors.                      :

------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Herrick, Feinstein LLP hereby withdraws its appearance

on behalf of Ernst Properties, Inc. in connection with the above-referenced Chapter 11 case and

requests that it be removed from all service lists for this case.

Dated: New York, New York
       April 20, 2005

                            HERRICK, FEINSTEIN LLP

                            By: _____
                                    John M. August

# SERVICE LIST

<u>Debtor</u>

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

<u>Attorneys for the Debtor</u>

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10004

Sarah Robinson Borders, Esq.
King & Spalding
191 Peachtree Street
Suite 4900
Atlanta, GA 30303-1763

<u>Office of the United States Trustee</u>

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attention: Richard C. Morrissey, Esq.

<u>Attorneys for the Official Committee of Unsecured Creditors</u>

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005