UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

WINN-DIXIE STORES, INC., et al.,

        Debtors.

*FILED*
*JACKSONVILLE, FLORIDA*
*APR 25 2005*
*CLERK, U.S. BANKRUPTCY COURT*
*MIDDLE DISTRICT OF FLORIDA*

**Motion to Modify Stay**

The motion of *Michelle Severson,* Plaintiff, respectfully represents:

1. On the *21st day of February 2005, WINN-DIXIE, et al,* the above named debtor, filed a voluntary petition under chapter 11 of the Bankruptcy Code.

2. By the provisions of 11 U.S.C §362, all persons are enjoined and stayed from commencing or continuing any suit against the debtor.

3. On *January 25, 2005,* movant commenced a suit against the debtor, as defendant, in the Eighth Judicial Circuit in and for Alachua County, Florida, to recover damages for injuries sustained by plaintiff on October 28, 2005, as the result of the negligent operation of an automobile by an employee and agent of the debtor in the City of Gainesville, Florida.

4. Said suit was pending at the time of the filing of the debtor's petition in this case, and is now pending, and bears *case number 01-05-CA-329.*

5. Said suit can be reached for trial in approximately six months.

6. In the event movant is permitted to pursue the aforementioned suit he will not file a claim in this proceeding.

7. The attorney for the debtor in the aforementioned suit is the attorney for WINN-DIXIE and the suit is being defended at no expense to the debtor or this estate.

8. The continuation of the aforementioned suit will not hinder, burden, delay, or be inconsistent with this case.

9. In the alternative we request relief from stay for the purposes of discovery so that we may better evaluate this claim.

WHEREFORE, movant prays that the stay afforded by 11 U.S.C §362 be modified so as to permit him to continue the aforementioned suit against the debtor now pending in the Eighth Judicial Circuit Court in and for Alachua County, Florida.

RESPECTFULLY SUBMITTED,

                              Fine, Farkash and Parlapiano
                              622 Northeast 1st Street
                              Gainesville, Florida 32601

Attorneys for Plaintiff
(352)376-6046

By: *[signature]*
ALAN R. PARLAPIANO, Esquire
FLORIDA BAR NO.: 128870

FILED
JACKSONVILLE, FLORIDA

APR 25 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

WINN-DIXIE STORES, INC., et al.,

       Debtors.

**Notice of Creditor, Michelle Severson, Motion to Modify Stay**

Creditor Michelle Severson shall come before this Court and the Honorable Robert D. Drain on the 29th day of April, 2005 to be heard on her Motion for Relief from Stay. Said hearing shall commence at 10:00 a.m. in courtroom 610 on the 29th day of April, 2005 at the U.S. Bankruptcy Court for the Southern District of New York located at One Bowling Green in New York, New York 10004.

RESPECTFULLY SUBMITTED,

                              Fine, Farkash and Parlapiano
                              622 Northeast 1st Street
                              Gainesville, Florida 32601
                              Attorneys for Plaintiff
                              (352)376-6046

                              By
                              ALAN R. PARLAPIANO, Esquire
                              FLORIDA BAR NO.: 128870