# E R R A T A   S H E E T

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

**In re: WINN-DIXIE STORES, INC.**

Motion to Transfer Venue of the Debtors'
Bankruptcy Cases to the United States
Bankruptcy Court for the Middle District
Of Florida, Jacksonville Division or Such
Other District Where Venue Would Be
Appropriate filed by Buffalo Rock Company,   4/12/05

| PAGE NO. | LINE NO. | CHANGE |
| --- | --- | --- |
| 8 | 5 | Attorneys for Beaver Street Fisheries, Inc. and Ja-Ru, Inc. (REASON: Ja-Ru, Inc. omitted from original transcript) |
| 43 | 15 | "behalf of Beaver Street Fisheries and Ja-Ru, Inc." (REASON: Ja-Ru, Inc. omitted from original transcript) |
| 70 | 18 | Change "MR. McFARLIN" to "MR. HELD" (REASON: wrong attorney identified) |
| 70 | 21 | Change "MR. McFARLIN" to "MR. HELD" (REASON: wrong attorney identified) |

**Under penalties of perjury, I declare that I have read the original transcript of the proceedings described herein and that it is true and correct, subject to any changes in form or substance entered here.**

_April 15, 2005_
DATE

_Ed W. Held_
Edwin W. Held, Jr.

BENJAMIN REPORTING (212)374-1138   DOYLE REPORTING (212) 867-8220
A VERITEXT COMPANY