UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) CHAPTER 11 |
| | ) |
| Debtor. | ) CASE NO 05-11063 (RDD) |
| | ) |
| | ) (Jointly Administered) |

## RECLAMATION CLAIM

COMES NOW Sunshine Mills, Inc. ("Seller"), by and through its counsel, and hereby petitions this Court pursuant to 11 U.S.C. § 546(c) for an order compelling the Debtor to turn over goods reclaimed by the Seller, or for other appropriate relief, and states as grounds as follows:

1. The Seller delivered goods to the Debtor at various of its grocery stores between February 8, 2005 and February 17, 2005.

2. Notice of Claim of Reclamation was sent to the Debtor on February 18, 2005. A copy of this Notice is attached hereto and incorporated herein as Exhibit A. A more detailed breakdown of said Notice of Reclamation was provided to the Debtor on February 21, 2005. A copy of this Notice is attached hereto and incorporated herein as Exhibit B.

3. Seller is entitled to recover all goods delivered to Debtor within ten (10) days of the date of the reclamation letter.

4. The Debtor filed this Petition for Relief under Chapter 11, Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* ("Bankruptcy Code") on February 21, 2005.

5. Said letters which are attached hereto as Exhibits A and B were sent to the Debtor within twenty (20) days of the date of the filing of the bankruptcy.

6. As shown on the chart attached to Exhibit A, the goods to be reclaimed have a value of $207,526.34. Copies of the invoices which support said sum are in the possession of Seller's counsel and are available upon written request.

7. Seller asserts its reclamation claim in accordance with Section 546(c)(1) of the Bankruptcy Code and pursuant to Uniform Commercial Code § 2-702.

8. All such deliveries made by Seller to the Debtor were made in the ordinary course of business.

WHEREFORE, Seller prays that this Court compel the Debtor to turn over all goods sold and delivered to the Debtor from the Seller as described herein, or to grant such other appropriate relief to protect the reclamation rights of the Seller as this Court deems just and proper.

/s/ STUART M. MAPLES
STUART M. MAPLES

JOHNSTON, MOORE, MAPLES & THOMPSON
400 MERIDIAN ST., SUITE 301
HUNTSVILLE, AL 35801
(256) 533-5770 - TELEPHONE
(256) 533-5890 - FACSIMILE

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing properly addressed, postage prepaid, via United States Mail or electronic mail on the following on this the 26th day of April, 2005.

D.J. Baker, Esq.
Adam Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Sarah Robinson Borders, Esq.
King & Spalding, LLP
191 Peachtree St.
Atlanta, GA  30303

United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL  32801

United States Trustee
Southern District of New York
33 Whitehall St., 21st Floor
New York, NY  10004

Winn-Dixie Supermarkets, Inc.
5050 Edgewood Ct.
Jacksonville, FL  32254

All creditors listed on the matrix attached hereto

/s/ Stuart M. Maples
OF COUNSEL

## JOHNSTON, MOORE, MAPLES & THOMPSON
ATTORNEYS AT LAW
400 MERIDIAN STREET, SUITE 301
HUNTSVILLE, ALABAMA 35801

William H. Johnston, Jr.
George Allen Moore
Cynthia K. Thompson
Stuart M. Maples
Patrick G. Nelson

February 18, 2005

TELEPHONE (256) 533-5770
FAX (256) 533-5890
mailbox@jmmtlawfirm.com
http://www.jmmtlaw.com

Wm. H. Johnston
of Counsel

VIA FACSIMILE – (904) 370-5551

Mr. Bennett L. Nossbaum
Senior Vice President & CFO
5050 Edgewood Ct.
P.O. Box B
Jacksonville, FL   32203

Re:   *Sunshine Mills, Inc./Reclamation of Goods Sold On or After 2/8/05*

Dear Mr. Nossbaum:

This is to provide notice pursuant to *Ala. Code* § 7-2-702 of the reclamation of all goods sold and delivered to you from Sunshine Mills, Inc. on or after February 8, 2005. These goods should be immediately separated from you other inventory and set aside for pickup by Sunshine Mills, Inc.

Please let me know the date and time when we can arrange to get possession of these goods. Please feel free to contact me if you have any questions or comments. I am

Sincerely,

Stuart M. Maples

SMM/dd

EXHIBIT
A

## JOHNSTON, MOORE, MAPLES & THOMPSON
### ATTORNEYS AT LAW
### 400 MERIDIAN STREET, SUITE 301
### HUNTSVILLE, ALABAMA 35801

William H. Johnston, Jr.
George Allen Moore
Cynthia K. Thompson
Stuart M. Maples
Patrick G. Nelson

February 21, 2005

TELEPHONE (256) 533-5770
FAX (256) 533-5890
mailbox@jmmtlaw.com
http://www.jmmtlaw.com

Wm. H. Johnston
of Counsel

VIA FACSIMILE – (904) 370-5551

Mr. Bennett L. Nossbaum
Senior Vice President & CFO
5050 Edgewood Ct.
P.O. Box B
Jacksonville, FL  32203

Re:   *Sunshine Mills, Inc./Reclamation of Goods Sold On or After 2/8/05*

Dear Mr. Nossbaum:

As a follow up to my correspondence on Friday, February 18, 2005, attached is a spreadsheet indicating the outstanding invoices of Sunshine Miles, Inc. which total $207,526.34.

Please feel free to contact me if you have any questions or comments. I am

Sincerely,

Stuart M. Maples

SMM/dd
Enclosure
cc:  Conrad Pitts, Esq.

EXHIBIT B

02/18/05

Sum of REMAN

| CNAME | INVNO | ARTDT | Total | Ageing | <=30 | >30 | >60 | >90 | >120 |
|---|---|---|---|---|---|---|---|---|---|
| WINN DIXIE-ATLANTA GA | 99390 | 2/10/2005 | $8,099.48 | 8 | $8,099.48 | | | | |
| WINN DIXIE-CHARLOTTE | 99817 | 2/17/2005 | $8,425.82 | 1 | $8,425.82 | | | | |
| WINN DIXIE-JACKSONVILLE | 99251 | 2/9/2005 | $10,101.30 | 9 | $10,101.30 | | | | |
|  | 99486 | 2/11/2005 | $10,434.44 | 7 | $10,434.44 | | | | |
|  | 99616 | 2/14/2005 | $12,502.56 | 4 | $12,502.56 | | | | |
|  | 99648 | 2/15/2005 | $8,156.40 | 3 | $8,156.40 | | | | |
| WINN DIXIE-MIAMI FL | 99174 | 2/8/2005 | $11,066.01 | 10 | $11,066.01 | | | | |
|  | 99175 | 2/8/2005 | $8,584.99 | 10 | $8,584.99 | | | | |
|  | 99252 | 2/9/2005 | $11,193.60 | 9 | $11,193.60 | | | | |
|  | 99578 | 2/14/2005 | $10,649.60 | 4 | $10,649.60 | | | | |
|  | 99579 | 2/14/2005 | $9,879.08 | 4 | $9,879.08 | | | | |
|  | 99650 | 2/15/2005 | $9,374.86 | 3 | $9,374.86 | | | | |
| WINN DIXIE-MONTGOMERY | 99380 | 2/10/2005 | $10,362.16 | 8 | $10,362.16 | | | | |
|  | 99615 | 2/14/2005 | $9,429.60 | 4 | $9,429.60 | | | | |
|  | 99688 | 2/15/2005 | $9,693.37 | 3 | $9,693.37 | | | | |
|  | 99839 | 2/17/2005 | $8,412.23 | 1 | $8,412.23 | | | | |
| WINN DIXIE-ORLANDO FL | 99173 | 2/8/2005 | $11,216.70 | 10 | $11,216.70 | | | | |
|  | 99335 | 2/10/2005 | $9,979.22 | 8 | $9,979.22 | | | | |
|  | 99613 | 2/14/2005 | $12,063.68 | 4 | $12,063.68 | | | | |
|  | 99649 | 2/15/2005 | $8,156.40 | 3 | $8,156.40 | | | | |
|  | 99781 | 2/17/2005 | $9,744.84 | 1 | $9,744.84 | | | | |
| Grand Total | | | **$207,526.34** | | $207,526.34 | | | | |