40/86 Advisors, Inc.

ALG Limited Partnership

Airgas Inc.

Alabama Power Company
c/o Eric T. Ray
Balch & Bingham
P. O. Box 306
Birmingham, AL 35201

Allied Capital Corporation
c/o Law Office of Mark D. Speed
83 Maiden Lane
New York, NY 10038

American Electric Power

American Food Distributors Inc.
c /o Macco & Stern, LLP
135 Pinelawn Road
Suite 120 S
Melville, NY 11747

American KB Properties I Limited Partnership

Arizona Beverage Co., LLC
2450 West Copans Road
Pompano Beach, FL 33069

Aronov Realty

BAL Global Finance, LLC

BT Marietta, LLC

Bay City Produce

Bear Stearns Investment Products, Inc.
383 Madison Avenue
New York, NY 10179

Beaver Street Fisheries, Inc.

Belco Distributors
100 Adams Blvd
Farmingdale, NY 11735

BellSouth
675 West Peachtree St
Suite 4300
Atlanta, GA 30375

Bensons Inc.

Birds Eye Foods

Bottling Group LLC , d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc., Western Union Financial Services, Inc., and Integrated Payment Systems, Inc.

Bottling Group LLC d/b/a The Pepsi Bottling Group, PepsiAmericas, Inc. and 16 other bottlers of Pepsi products

Bottling Group, LLC d/b/a The Pepsi Bottling Group

Buffalo Rock Company
c/o Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Burch Equipment Group, et al
c/o Law Offices of Bruce Levinson
747 Third Avenue
4th Floor
New York, NY 10017-2803

CVS EGL Overseas Marathon FL, L.L.C.
c/o Mark Minuti, Esquire
Saul Ewing LLP
P.O. Box 1266
Wilmington, DE 19899

Cadbury Adams USA LLC

Cal-Maine Foods, Inc.
3320 Woodrow Wilson Drive
PO Box 2960
Jackson, MS 39207

Campbell Soup Company and Subsidiaries

| | | |
|---|---|---|
| Cane River Associates | Cardinal Health<br>Scott A. Zuber, Esq.<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 | Carolina Power & Light |
| Carthage Cup, L.P. | Chester Dix Corp.<br>135 Jericho Turnpike<br>Old Westbury, NY 11568 | Cleco Corporation<br>Wheelis & Rozanski<br>P.O. Box 13199<br>Alexandria, LA 71315-3199 |
| Coca-Cola Bottling Company United, Inc.<br>c/o Danielle K. Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Ave. North<br>Birmingham, AL 35203 | Coca-Cola Enterprises, Inc.<br>832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402 | Cole's Quality Foods Inc.<br>c/o Timothy J. Curtin Esq.<br>Varnum Riddering Schmidt Howlett LLP<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352 |
| Commonwealth Brands, Inc.<br>900 Church Street<br>P.O. Box 51587<br>Bowling Green, KY 42102 | Computer Leasing Co. of Michigan, Inc.<br>5150 Palm Valley Road<br>Suite 208<br>Ponte Vedra Beach, FL 32082 | ConAgra Foods, Inc. |
| ConAgra Foods, Inc.<br>Attention: James J. Niemeier<br>McGrath North Mullin & Kratz, PC LLO<br>1601 Dodge Street, Suite 3700<br>Omaha, NE 68102 | Concord-Fund IV Retail, L.P. | Conopco, Inc. |
| Contrarian Capital Management, LLC<br>411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830 | Corporate Property Associates 6 | Corporate Property Associates 9 |
| Crest Haven, LLC | Crews & Garcia, Inc. | Criimi Mae Services Limited Partnership<br>c/o Law Office of Mark D. Speed<br>83 Maiden Lane<br>New York, NY 10038 |
| Curry Ford, LP | D. L. Lee & Sons, Inc. | DIVERSIFIED MAINTENANCE SYSTEMS, INC.<br>Pitney Hardin LLP<br>7 Times Square<br>New York,, NY 10036 |
| DLJ Produce, Inc.<br>Rynn & Janowsky, LLP<br>4100 Newport Place Drive<br>Suite 700<br>Newport Beach, CA 92660 | DOLCO Packaging, a Tekni-Plex Company<br>c/o Pitney Hardin LLP<br>P.O. Box 1945<br>Attn: Scott A. Zuber, Esq.<br>Morristown, NJ 07962-1945 | DS Partners, Inc. |
| Dairy Farmers of America, Inc. | Del Monte Corporation t/a Del Monte Foods | Dell Inc. |

| | | |
|---|---|---|
| Developers Diversified Realty Corp. | Dial Corporation | Discover Financial Services, Inc.<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 |
| Doane Pet Care Company<br>210 Westwood Place South, Suite 300<br>P.O. Box 2487<br>Brentwood, TN 37027 | Domino Foods, Inc. | Downtown Destin Associates<br>c/o J. David Forsyth<br>Sessions, Fishman & Nathan, L.L.P.<br>201 St. Charles Ave., 35th Fl.<br>New Orleans, LA 70170 |
| Dr Pepper/Seven Up, Inc. | Duke Energy Corporation | Eagle Creek Commercial Company, Inc. |
| Edens & Avant | Elston/Leetsdale, LLC | Equity One, Inc. and its subsidiaries |
| Ernst Properties, Inc. | FPL Food LLC d/b/a Shapiro Packing Company, Inc. | Faison-Waterford Lakes Village Limited Partnership |
| Falcon Farms, Inc. | Federal Express Corporation | Flagler Retail Associates, Ltd. |
| Flavor Pic Tomato Co<br>c/o Robert Scheinbaum<br>Podvey Meanor<br>One Riverfront Plaza<br>Newark, NJ 07102 usa | Florida Power & Light Company | Florida Power Corporation |
| Flowers Foods, Inc.<br>c/o Todd C. Meyers, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, GA 30309-4530 | Flowers, Inc. Balloons | Frankford Dallas, LLC<br>c/o Diane G. Reed<br>Reed & Reed<br>501 N. College Street<br>Waxahachie, TX 75165 |
| Friendship Dairies, Inc. | Frito-Lay, Inc. | Front End Services<br>c/o Stacey Jernigan<br>Haynes and Boone, LLP<br>901 Main Street, Suite 3100<br>Dallas, TX 75202 |
| Future Foods, Ltd.<br>1420 Valwood Pkwy., Suite #164<br>Attn: Mike Austin<br>Carrollton, TX 75006 | GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation and General Electric Capital Corporation | Gardens Park Plaza, Ltd. |

| | | |
|---|---|---|
| Gehr Florida Development, LLC | General Electric Company, GE Consumer & Industrial (fka GE Lighting)<br>Attn: Richard M. Meth, Esq.<br>c/o Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 | General Mills, Inc. |
| Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street<br>Suite 3600<br>Miami, Fl 33131 | George B. Nalley Jr.<br>c/o Jean Winborne Boyles<br>P.O. Box 1776<br>Raleigh, NC 27602 | George B. Nalley Jr. and Abner P. Stockman<br>c/o Jean Winborne Boyles<br>P.O. Box 1776<br>Raleigh, NC 27602 |
| George Weston Bakeries Inc. | Georgia Crown Distributing Co.<br>100 Georgia Crown Dr.<br>POBox 308<br>McDonough, Ga 30253 | H.J. Heinz Company, L.P. |
| Hain Capital Investors, LLC<br>201 Route 17<br>Suite 300<br>Rutherford, NJ 07070 | Hallmark Marketing Corporation | Healthcare Consultants of Central Florida, Inc. |
| Henschel-Steinau, Inc.<br>c/o Shapiro & Croland<br>411 Hackensack Ave<br>Continental Plaza II<br>Hackensack, NJ 07601 | Hershey Foods Corporation | Imperial Trading Company, Inc. |
| Inland Southeast Bridgewater, L.L.C. | Inland Southeast Countryside Limited Partnership | Inland Southeast Grant Prairie Limited Partnership |
| Inland Southeast Lake Olympia Limited Partnership | Inland Southeast St. Cloud Limited Partnership | Inland Southeast West Chester, L.L.C. |
| Integrated Payment Systems, Inc.<br>Frank/Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | Inteplast Group, Ltd. | JEA<br>c/o Stutsman & Thames, P.A.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202 |
| JPMORGAN CHASE BANK, N.A. | JPMorgan Chase Bank, N.A, | Ja-Ru, Inc. |
| Jade Drug Company | Jamarco Realty, LLC | K&C Produce Co., Inc. |

| | | |
|---|---|---|
| Kellogg Sales Company | Kemor Properties, Inc. | Kimco Realty Corporation<br>3333 New Hyde Park Road<br>New Hyde Park, NY 11753 |
| Klement Sausage Company, Inc. | Konica Minolta Imaging, Inc.<br>c/o Fox Rothschild<br>2000 Market Street<br>Philadelphia, PA 19103 | Kraft Foods Global, Inc. |
| Krispy Kreme Doughnuts Corporation | Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 | L&R Farms, Inc. |
| Lake Placid Groves, LLC<br>600 Hwy 70 West<br>P O Box 1005<br>Lake Placid, FL 33862 | Laura's Lean Beef<br>2285 Executive Drive<br>Suite 200<br>Lexington, KY 40505 | Lea & Perrins, Inc. |
| Lennar Partners, Inc. | Liberty Mutual Insurance Company | Logan & Company, Inc.<br>Logan & Company, Inc.<br>546 Valley Road<br>Upper Montclair, NJ 07043 US |
| MFR Properties LLC | Mansfield Oil Company | Maryland & Virginia Milk Producers Cooperative Association, Inc.<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| Masterfoods, a division of Mars, Inc. | McCormick & Company, Inc.<br>211 Schilling Circle<br>Hunt Valley, MD 21030 | Menu Foods Inc. |
| Merill Lynch, Pierce, Fenner & Smith Incorporated<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Metro-Goldwyn-Mayer Home Entertainment LLC | Michael Foods, Inc.<br>c/o Leonard Street and Deinard<br>150 S. 5th Street, S. 2300<br>Minneapolis, MN 55402 |
| Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Miss Becky Seafood, Inc. | Mott's LLP |
| Moulton Properties, Inc. | Mount Olive Pickle Company, Inc.<br>P.O. Box 609<br>Mount Olive, NC 28365 | Movants |

| | | |
|---|---|---|
| NDC Real Estate Management Inc | Nalley Construction Co. Inc.<br>c/o Jean Winborne Boyles<br>P.O. Box 1776<br>Raleigh, NC 27602 | New Plan Excel Realty Trust, Inc. |
| North Madison Associates, Ltd.<br>c/o Walter McArdle, Esq.<br>2117 Second Avenue North<br>The Zinszer Building<br>Birmingham, AL 35203 | Northpoint Trading, Inc. | OCM Opportunities Fund V, L.P. |
| ORIX Capital Markets, L.L.C.<br>c/o Law Office of Mark D. Speed<br>83 Maiden Lane<br>New York, NY 10038 | Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. | Orlando Utilities Commission |
| PMG Ocean Associates | Palm Springs Mile Associates, Ltd. | PepsiAmericas<br>Frank/Gecker LLP<br>325 N. LaSalle, Suite 625<br>Chicago, IL 60610 |
| Pharmacare Heath Services, Inc. | Phillips Edison & Company<br>c/o Daniel J. Flanigan, Esq.<br>Polsinelli Shalton Welte Suelthaus PC<br>292 Madison Ave., 17th Fl.<br>New York, NY 10017 | Pilgrim's Pride Corporation |
| Pioneer Growers Cooperative | Progress Energy Carolinas, Inc. | Progress Energy Florida, Inc. |
| Prudential Insurance Company of America | Public Service of North Carolina | Qwest Communications Corporation |
| RLV Marketplace LP<br>Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Hwy.<br>Suite 950<br>Southfield, MI 48075 | Ramco-Gershenson Properties, L.P.<br>Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Hwy, Suite 950<br>Southfield, MI 48075 | Revenue Management<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 |
| Rich-SeaPak Corporation<br>c/o James P. Smith<br>Arnall Golden Gregory LLP<br>201 Second Street, Suite 1000<br>Macon, GA 31201 | Riverdale Farms, Inc.<br>c/o Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>PO Box 1997<br>Morristown, NJ 07962 | Riviana Foods, Inc. |
| S. C. Johnson & Son, Inc. | SIMON PROPERTY GROUP, LP<br>Attn: Ronald M. Tucker, Esq.<br>115 West Washington Street<br>Indianapolis, IN 46204 | Sara Lee Bakery Group, a Division of Sara Lee Corporation |