| | | |
|---|---|---|
| Sara Lee Corporation | Scana Energy Marketing, Inc. | Scunci International Inc.<br>2200 Byberry Road<br>Hatboro, PA 19040 |
| Sirius Computer Solutions, Inc.<br>Cox Smith Matthews Incorporated<br>112 East Pecan Street, Suite 1800<br>San Antonio, TX 78205 | Smithfield Packing Company, Inc. and Gwaltney of Smithfield, Ltd. | Sorrento Lactalis, Inc. |
| South Carolina Electric & Gas Company | South Carolina Electric & Gas Company, SCANA Energy Marketing, Inc. / Public Service of N. Carolina<br>c/o Pitney Hardin LLP<br>Attn: Richard M. Meth, Esq.<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 | Southeast Provisions, LLC<br>11 Task Industrial Court<br>Greenville, SC 29607 |
| Southern Cleaning Services, Inc. | Southern Gourmet Foods, Inc.<br>c/o Marc T. McNamee<br>Neal & Harwell, PLC<br>150 Fourth Avenue North, Suite 2000<br>Nashville, TN 37219 | Southern Installations and Services, Inc. |
| Southern Pride Catfish d/b/a American Pride Seafoods | Southern Wine & Spirits of Florida and Southern Wine & Spirits of South Carolina, Inc. | Specialty Brands, L.P. |
| Stirling Properties, Inc.<br>c/o J. David Forsyth<br>Sessions, Fishman & Nathan, L.L.P.<br>201 St. Charles Ave., 35th Fl.<br>New Orleans, LA 70170 | Sunkist Growers, Inc. | TA/Western, LLC |
| TSO Volusia, LLC<br>c/o Arnall Golden Gregory LLP<br>J. Hayden Kepner<br>171 17th St. NW, Suite 2100<br>Atlanta, GA 30363 | Tampa Electric Company | Tampa Electric Power |
| The B&F Systems, Inc.<br>c/o Hance Scarborough, et al. | The Clorox Sales Co. | The Dannon Company, Inc. |
| The Morgran Company | The Pelican Group, Inc.<br>c/o J. David Forsyth<br>Sessions, Fishman & Nathan, L.L.P.<br>201 St. Charles Ave., 35th Fl.<br>New Orleans, LA 70170 | The Pepsi Bottling Group<br>Frank/Gecker LLP<br>325 N. LaSalle<br>Suite 625<br>Chicago, IL 60610 |
| The Proctor & Gamble Distributing Co. | The Prudential Insurance Company of America | The Quaker Oats Company |

| | | |
|---|---|---|
| The Smithfield Packing Company, Inc., Gwaltney of Smithfield, Ltd., Packerland Holdings, and Moyer Packing Co., | The Wackenhut Corporation<br>Neal D. Colton, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Tip Top Canning Company, Inc. |
| Town 'N Country Realty of Easley, Inc.<br>c/o Jean Winborne Boyles<br>P.O. Box 1776<br>Raleigh, NC 27602 | Trade-Debt.net<br>P.O Box 1487<br>West Babylon, NY 11704 | Tree of Life, Inc. |
| Turney Dunham Plaza Partners Limited Partnership<br>Turney Dunham Plaza Partners<br>5277 State Road<br>Parma, OH 44134 | TypeWrite Word Processing Service<br>356 Eltingville Boulevard<br>Staten Island, NY 10312 | U.S. Bank National Association, as Indenture Trustee<br>c/o David E. Lemke<br>Waller Lansden Dortch & Davis, PLLC<br>511 Union Street, Ste 2700<br>Nashville, TN 37219 |
| UniCru, Inc.<br>c/o Stoel Rives LLP<br>Peter L. Slinn, Esq.<br>600 University Street, Suite 3600<br>Seattle, WA 98101 | United Sugars Corporation<br>c/o Leonard Street and Deinard<br>150 S. 5th St., S. 2300<br>Minneapolis, MN 55402 | Various Creditors |
| Vestcom New Century LLC | Victory Investments, Inc. | Victory Real Estate Investments, LLC |
| Victory Wholesale Grocers, Inc. | Villa Rica Retail Properties, L.L.C. | Virginia Electric and Power Company, d/b/a Dominion Virginia Power and Dominion North Carolina Power |
| W.D. MARIANNA PORTFOLIO, LP.<br>W.D. MILTON PORTFOLIO, LP AND<br>W.D. FLORENCE PORTFOLIO, LP. | Wachovia Bank, N.A., as special servicer<br>c/o Bingham McCutchen LLP<br>Attn: Anthony Smits/Michael Brown<br>One State Street<br>Hartford, CT 06103 | Wachovia Bank, National Association |
| Weingarten Realty Investors | Western Union Financial Services, Inc.<br>Frank/Gecker LLP<br>325 N. LaSalle<br>Suite 625<br>Chicago, IL 60610 | Westland Plaza Associates, L.P.<br>c/o J. David Forsyth<br>Sessions, Fishman & Nathan, L.L.P.<br>201 St. Charles Ave., 35th Fl.<br>New Orleans, LA 70170 |
| Williams Mullen Hofheimer Nusbaum | Wilmington Trust Company<br>1100 North Market Street<br>Rodney Square North<br>Wilmington, DE 19890 | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 |
| Xerox Capital Services, LLC | Zubi Advertising Services, Inc.<br>355 Alhambra Circle<br>10th Floor<br>Coral Gables, FL 33134 | Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1408 |

| | | |
|---|---|---|
| 40/86 ADVISORS, INC.<br>ATTN: FRANK BERG<br>535 N. COLLEGE DRIVE<br>CARMEL, IN 46032 | ADS Seafood, Inc., d/b/a Atlantic Fisheries<br>c/o Richard J. McIntyre, Esquire<br>P.O. Box 1102<br>Tampa, FL 33601-1102 | ATTN: DAVID BOYLE<br>AIRGAS, INC.<br>259 RADNOR-CHESTER ROAD, SUITE 100<br>PO BOX 6675<br>RADNOR, PA 19087 |
| ATTN: DAVID BOYLE<br>AIRGAS, INC.<br>259 RADNOR-CHESTER ROAD, SUITE 100<br>PO BOX 6675<br>RADNOR, PA 19087 | ALBERT F. NASUTI, ESQ.<br>THOMPSON, O'BRIEN, KEMP<br>40 TECHNOLOGY PKWY SOUTH, # 300<br>NORCROSS, GA 30092 | ALLEN J. GUON, ESQ.<br>SHAW GUSSIS FISHMAN GLANTZ<br>WOLFSON & TOWBIN, LLC<br>321 N. CLARK STREET, SUITE 800<br>CHICAGO, IL 60610 |
| ATTN: JAMES M. MALLEY<br>ANGELO, GORDON & CO.<br>245 PARK AVENUE, 26TH FL.<br>NEW YORK, NY 10167 | Attn: David A. Adelman, Esq.<br>Adelman Law Offices, P.C.<br>1320 Tower Road, Suite 114<br>Schaumburg, IL 60173 | Albert T. Franson, Esq.<br>Tritt & Franson, P.A.<br>707 Peninsular Place<br>Jacksonville, FL 32204 |
| Attn: Leggett R. Bradford, Esq.<br>Allman Spry Leggett & Crumpler, P.A.<br>380 Knollwood Street<br>Suite 700<br>Winston-Salem, NC 27113-5129 | Attn: Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Attn: Laurence May, Esq.<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022 |
| Attn: Rick A. Steinberg, Esq.<br>BATON ROUGE 99-LA, LLC<br>C/O GREENBAUM, ROWE, SMITH & DAVIS<br>99 WOOD AVENUE SOUTH<br>ISELIN, NJ 08830-0988 | BEGNAUD & MARSHALL LLP<br>ATTN: DARREL BEGNAUD<br>250 N. MILLEDGE AVENUEF<br>PO BOX 8085<br>ATHENS, GA 30603 | BELLSOUTH<br>ATTN: REGINALD A. GREENE<br>675 WEST PEACHTREE ST. NE<br>SUITE 4300<br>ATLANTA, GA 30375 |
| ATTN: DANIELLE K. GRECO<br>BRADLEY ARANT ROSE & WHITE LLP<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM, AL 35222 | BRIAN L. SHAW, ESQ.<br>SHAW GUSSIS FISHMAN GLANTZ<br>WOLFSON & TOWBIN, LLC<br>321 N. CLARK STREET, SUITE 800<br>CHICAGO, IL 60610 | BROAD AND CASSEL<br>C. CRAIG ELLER, ESQ.<br>ONE NORTH CLEMATIS STREET, # 500<br>WEST PALM BEACH, FL 33401 |
| ATTN:ROBERT B. RUBIN<br>BURR & FORMAN LLP<br>3100 SOUTH TRUST TOWER<br>420 NORTH 20TH STREET<br>BIRMINGHAM, ALABAMA 35203 | Attn: W. Clark Watson/Eric T. Ray<br>Balch & Bingham LLP<br>PO Box 306<br>Birmingham, Alabama 35201 | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Attn: Noah Charney<br>Bear Stearns Investment Products Inc.<br>383 Madison Avenue<br>New York, NY 10179 | Attn: Reginald A. Greene<br>BellSouth<br>675 West Peachtree St. NE, Suite 4300<br>Atlanta, GA 30375 | Attn: Gerard DiConza, Esq.<br>Bianchi Macron LLP<br>390 Old Country Road<br>Garden City, New York 11530 |
| Attn: Anthony J. Smits<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CA 06103 | Bodoff & Slavitt LLP<br>Attn: Joseph S.U. Bodoff<br>225 Friend Street<br>Boston, MA 02114 | Attn: Anthony J. Smits<br>Bregman, Berbert, Schwartz & Gilday, LLC<br>7315 Wisconsin Avenue, Suite 800 West<br>Bethesda, Maryland 20814 |
| Attn: Sharon L. Cruz<br>Broward County Rev. Collection Division<br>Government Center Annex<br>115 Andrews Avenue<br>Fort Lauderdale, FL 33301 | Gerard S. Catalanello, Esq.<br>Brown Raysman Millstein Felder & Steiner<br>900 Third Avenue<br>New York, NY 10022 | ATTN: MICHAEL LEPPERT, ESQ.<br>CHEVRON PHILLIPS CHEMICAL COMPANY, LP<br>C/O McCLAIN, LEPPERT & MANEY, P.C.<br>711 LOUISIANA STREET - SUITE 3100<br>HOUSTON, TEXAS 77002 |

CLINTON P. HANSEN, ESQ.
DENNIS E. QUAID, ESQ.
55 EAST MONROE, 40TH FLOOR
CHICAGO, ILLINOIS 60603

ATTN: EARLE I. ERMAN
COMPUTER LEASING
COMPANY OF MICHIGAN, INC.
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034

ATTN: DOUGLAS C. NOBLE, ESQ.
CROWDER FAMILY JOINT VENTURE
C/O PHELPS DUNBAR LLP
P.O. BOX 23066
JACKSON, MS 39225-3066

Citrus County Tax Collector
210 N. Apopka Avenue
Suite 100
Inverness, FL 34450

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

ATTN: FRANK VYDRA, ESQ.
DISCOVER FINANCIAL SERVICES, INC.
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

Attn: Mark J. Friedman, Esq.
DLA Piper Rudnick Gray Cary LLP
6225 Smith Avenue
Baltimore, MD 21209

Daniel J. Carrigan
DLA Piper Rudnick Gray Cary US LLP
1200 19th St., NW, Ste. 800
Washington, DC 20036

Attn: Eric C. Cotton, Esq.
Developers Diversified Realty Corporation
3300 Enterprise Parkway
PO Box 227042
Beachwood, Ohio 44122

ATTN: EARLE I. ERMAN
ERMAN, TEICHER, MILLER,
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034

COCO-COLA ENTERPRISES INC.
C/O MILLER & MARTIN PLLC
832 GEORGIA AVENUE, SUITE 1000
CHATTANOOGA, TN 37402-2289

ATTN: KAREN C. BIFFERATO, ESQ.
CONNOLLY BOVE LODGE & HUTZ
1007 NORTH ORANGE STREET
PO BOX 2207
WILMINGTON, DE 19899

ATTN: RUTH C. SALTER
CSX CORPORATION
500 WATER STREET, 8TH FLOOR
JACKSONVILLE, FL. 32202

Coca-Cola Bottling Company United, Inc.
c/o Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, AL 35203

DAVIS & FIELDS, P.C.
POST OFFICE BOX 2925
DAPHNE, AL 36526

Attn: Daniel J. Carrigan, Esq.
DLA Piper Rudnick Gray Cary LLP
1775 Wiehle Avenue
Suite 400
Reston, VA 20190

ATTN: ANDREW J. FLAME, ESQ.
DRINKER BIDDLE & REATH LLP
1100 NORTH MARKET STREET, # 1000
WILMINGTON, DE 19801

Deutsche Bank Trust Company America
c/o Dennis J. Drebsky
437 Madison Avenue
New York, N.Y. 10022

ELIZABETH MONTGOMERY
242 WEST EIGHTH STREET
PONTOTOC, MS 38863

Attn:Kenneth C. Baker
Eastman & Smith Ltd.
PO Box 10032
Toledo, Ohio 43699

ATTN: MR. DAVID S. RUBIN
COMMUNITY COFFEE COMPANY
KANTROW, SPAHT, WEAVER & BLITZI
PO BOX 2997
BATON ROUGE, LOUISIANA 70821

ATTN: PATRICK L. HUFFSTICKLER
COX SMITH MATTHEWS INC.
112 E. PECAN, SUITE 1800
SAN ANTONIO, TEXAS 78205

ATTN: STEVEN J. REISMAN
CURTIS, MALLET-PREVOST COLT &
MOSLE LLP
101 PARK AVENUE
NEW YORK, NY 10178

Craig A. Stokes
Rojas Santos Stokes & Garcia, LLP
3330 Oakwell Ct., Suite 225
San Antonia, TX 78218

ATTN: MONICA V. KINDT, ESQ.
DEL FAIR INC.
COHEN, TODD, KITE & STANFORD, LL(
250 EAST FIFTH STREET, SUITE 1200
CINCINNATI, OH 45202

Attn: Janice L. Duban, Esq.
DLA Piper Rudnick Gray Cary LLP
203 N. LaSalle Street, Suite1900
Chicago, IL 60601

ATTN: BRENDAN G. BEST, ESQ.
DYKEMA GOSSETT PLLC
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243

Deutsche Bank Trust Company Americas
c/o Dennis Drebsky, Esq.
Nixon Peabody LLP
437 Madison Avenue, 23rd Floor
New York, New York 10022

EMC2 CORPORATION
C/O RECEIVABLE MANAGEMENT SER\
P.O. BOX 5126
TIMONIUM, MD 21094

Flavor Pic Tomato Co
Robert Scheinbaum, Esq.
Podvey meanor
One Riverfront Plaza
Newark, NJ 07102

Attn: Michael Bowlus/Katherine B. Schnass
Ford, Bowlus, Duss, Morgan, Kenney,
Safer & Hampton, P.A.
10110 San Jose Blvd.
Jacksonville, FL 32257

Attn: William M Lindeman, Esq.
Foster & Lindeman, P.A.
PO Box 3108
Orlando, FL 32802

Frank J. Wright /C. Ashley Ellis
Hance Scarborough Wright,
Ginsberg & Brusilow, LLP.
14755 Preston Road, Suite 600
Dallas, TX 75254

Attn: David W. Black
Frank, Weinberg & Black, P.L.
7805 W. 6th Court
Plantation, FL 33324

Frankford Dallas, LLC
c/o Diane G. Reed
Reed & Reed
501 N. College Street
Waxahachie, TX 75165

Fredric C. Buresh, P.A.
Attn: Fredric C. Buresh
800 SE Third Avenue, 4th Floor
Ft. Lauderdale, FL 33316

Attn: John M Koneck
Fredrikson & Byron, P.A.
Suite 4000, 200 South Sixth Streets
Minneapolis, MN 55402

Future Foods, Ltd.
1420 Valwood Pkwy., Suite #164
Carrollton, TX 75006

Future Foods, Ltd.
1420 Valwood Pkwy., Suite 184
Carrollton, TX 75006

GRAYROBINSON, P.A.
DONALD A. NOHRR, ESQ.
P.O. BOX 1870
MELBOURNE, FL 32902

GREENBERG TRAURIG, LLP
RICHARD S. MILLER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

GREENBERG TRAURIG, P.A.
MARK D. BLOOM, ESQ.
1221 BRICKELL AVENUE
MIAMI, FL 33131

ATTN: RUDI R. GRUENEBERG, ESQ
GRUENEBERG LAW GROUP, LLC
704 EAST MAIN STREET, BLD E
MOORESTOWN, NJ 08057

Attn: David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione
One Riverfront Plaza
Newark, New Jersey 07102

Ginnie Van Kesteren, P.A.
Attn: Ginnie Van Kesteren
111 Second Avenue NE, Suite 706
St. Petersburg, FL 33701

Attn: Mark D. Bloom, Esq.
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131

Attn: Richard S. Miller, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

ATTN: WILLIAM RAY
HAMILTON BEACH/PROCTOR-SILEX
4421 WATERFRONT DRIVE
GLEN ALLEN, VIRGINIA 23060

HAYWOOD, DENNY & MILLER, LLP
3511 SHANNON ROAD, SUITE 140
POST OFFICE BOX 51429
DURHAM, NC 27717

ATTN: EDWIN W. HELD
HELD & ISREAL
1301 RIVERPLACE BLVD., SUITE 1916
JACKSONVILLE, FL 32207

ATTN: RUSSELL W. MILLS/ KRISTA P.
BATES
HIERSHCHE, HAYWARD, DRAKELEY
15303 DALLAS PARKWAY, SUITE 700
ADDISON, TX 15001

ATTN: IRA S. GREENE
HOGAN & HARTSON L.L.P.
875 THIRD AVENUE
NEW YORK, NY 10022

ATTN: CRAIG V RASILE
HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE, SUITE 2500
MIAMI, FL 33131

Haynsworth Sinkler Boyd, P.A.
William H. Short, Jr.
Post Office Box 11889
Columbia, SC 29211-1889

Attn: Amy Pritchard Williams
Hearst Tower
47th Floor
214 North Tryon Street
Charlotte, NC 28202

Attn: Paul Rubin, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Attn: Sabrina L. Streusand
Hughes & Luce, L.L.P.
111 Congress Avenue
Suite 900
Austin, TX 78701

ATTN: BEVERLY H. SHIDELER
IBM CORPORATION
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60618

ATTN: HENRY A. EFROYMSON
ATTN: MARK A BOGDANOWICZ
ICE MILLER
ONE AMERICAN SQUARE, BOX 82001
INDIANAPOLIS, INDIANA 46282

J. HAYDEN KEPNER
DARRYL S. LADDIN
171 17TH ST. NW
SUITE 2100
ATLANTA, GEORGIA 30363

JAMES J. LOTZ
FOLEY & MANSFIELD, P.L.L.P
545 MADISON AVENUE
15TH FLOOR
NEW YORK, NY 10022

ATTN: MICHAEL S. HELD, ESQ.
JENKENS & GILCHRIST
1445 ROSS AVENUE, SUITE 3200
DALLAS, TEXAS 75202

James P. Botti, Esq.
Porter, Wright, Morris & Arthur LLP
41 South High Street
31st Floor
Columbus, OH 43215

James P. Botti, Esq.
Porter, Wright, Morris & Arthur LLP
41 South High Street, 31st Floor
Columbus, Ohio 43215

Attn: Jean Wimborne Boyles
Johnson, Hearn, Vinegar, Gee & Mercer PLLC
PO Box 1776
Raleigh, NC 27602

Attn: Michael C. Markham
Johnson, Pope, Bokor, Ruppel & Burns LLP
911 Chestnut Street
Clearwater, FL 33756

Johnston, Harris, Gerde & Jelks, P.A.
c/o Jerry W. Gerde, Esq.
239 East 4th St.
Panama City, FL 32401

KATTEN MUCHIN ZAVIS ROSENMAN
C/O THOMAS J. LEANSE
C/O DUSTIN P. BRANCH
2029 CENTURY PARK EAST
SUITE 2600
LOS ANGELES, CA 90067

ATTN: RICHARD G. SMOLEV
ATTN: KEITH R. MURPHY
KAYE SCHOLER LLP
425 PARK AVENUE
NEW YORK, NY 10022

KEITH L. BELL, JR.
CLARK PARTINGTON, HART, LARRY BOND & STACKHOUSE
125 WEST ROMANA STREET, SUITE 800
P.O.BOX 13010
PENSACOLA, FL 32591-3010

Attn: Matthew E. Kaplan, Esq.
Kaplan and Freedman, P.A.
9410 Southwest 77th Avenue
Miami, FL 33156

Attn: Paul K. Campsen, Esq.
Kaufman & Canoles, P.C.
150 West Main Street
P.O. Box 3037
Norfolk, Virginia 23514-3037

Kennedy Covington Lobdell & Hickman
Two Hannover Square, Suite 1900
434 Fayetteville Street Mall
PO Box 1070
Raleigh, NC 27602

Attn: Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta, GA 30309

Attn: Morton R. Branzburg, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St., 5th Fl
Philadelphia, PA 19102

Attn: Jeffrey Kurtzman/Carolyn Hochstadter Dicker
Klehr, Harrison, Harvey, Branzburg, &Ellers
260 South Broad Street
Philadelphia, PA 19102

Attn: Solomon J. Jaskiel
Klien & Solomon, LLP
275 Madison Avenue, 11th Fl.
New York, NY 10016

Attn:John W. Kozyak, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

Attn: Laurel M. Isicoff, Esq.
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, Michigan 48075

ATTN: JEROME E. SMYTH
LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.
231 S. ADAMS STREET, PO BOX 23200
GREEN BAY, WI 54305-3200

LOCKE LIDDELL & SAPP LLP
600 TRAVIS STREET
3400 CHASE TOWER
HOUSTON, TX 77002

ATTN: BRUCE NATHAN, ESQ.
LOWENSTEIN SANDLER PC.
1251 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK, NY 10020

ATTN: ZACHARY J. BANCROFT, ESQ.
LOWNDES, DROSDICK, DOSTER, KANTOR AND REED P.A.
PO BOX 2809
ORLANDO, FL 32802

Attn: Stephen B. Sutton
Lathrop & Gage L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108

Law Offices of Avrum J. Rosen
38 New Street
Huntington, New York 11743

Leonard, Street and Deinard
Larry B. Ricke (#121800)
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402

Attn: William S. Schwartz
Levenfeld Perlstein, LLC
211 Waukegan Road, Suite 300
Northfield, Illinois 60093

Attn: Thomas H. Grace, Esq./Attn: W. Steven Bryant, Esq.
Locke Liddell & Sapp LLP
600 Travis Street, 3400 Chase Tower
Houston, Texas   77002

ATTN: RICHARD L. STERN
MACCO & STERN, LLP
135 PINELAWN ROAD, STE 120 SOUTH
MELVILLE, NEW YORK 11747

ATTN: J. MICHAEL FRANKS
ATTN: THOMAS T. PENNINGTON
MANIER & HEROD
150 FOURTH AVENUE NORTH, SUITE 220
NASHVILLE, TN 37219