**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**SECOND SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR**
**APPROVAL OF RETENTION AND COMPENSATION OF**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

Winn-Dixie Stores, Inc. and its debtor affiliates, as debtors and debtors-in-possession, supplement, for the second time, Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, as permitted by the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business dated March 4, 2005, to include the following ordinary course professionals:

Morris, York, Williams, Surles & Brearley, LLP    Workers' Compensation Counsel
Attn: Jackie Eichner, Esq.
P.O. Box 36858
Charlotte, NC 28202

Nexsen Pruet, LLC    Real Estate Transaction Counsel
Attn: W. Leighton Lord III, Esq.
1441 Main Street, Suite 1500
Columbia, SC 29201

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Hogan & Hartson  
Attn: Evan Miller., Esq.  
555 13th Street NW  
Washington, DC 20004

Employee Benefits Counsel

Dated: April 26, 2005

        SMITH HULSEY & BUSEY  
        By:   */s/ Cynthia C. Jackson*  
           Stephen D. Busey  
           Cynthia C. Jackson  
        Florida Bar Number 498882  
        225 Water Street, Suite 1800  
        Jacksonville, Florida 32202  
        (904) 359-7700  
        (904) 359-7708 (facsimile)

        - and -

        SKADDEN, ARPS, SLATE,  
           MEAGHER & FLOM LLP  
        D. J. Baker  
        Sally McDonald Henry  
        Rosalie Walker Gray  
        Four Times Square  
        New York, New York 10036  
        (212) 735-3000  
        (212) 735-2000 (facsimile)

**CERTIFICATE OF SERVICE OF SECOND SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR APPROVAL OF RETENTION AND COMPENSATION OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

This is to certify that on April 26, 2005, I caused to be served a copy of this Second Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business on the United States Trustee, counsel to the Committee, and counsel to the DIP lender by sending the same via electronic mail to the persons identified below:

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
135 Central Blvd. Suite 620
Orlando FL 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

-2-

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com


Dated: April 26, 2005

                    SMITH HULSEY & BUSEY

                    By:  */s/ Cynthia C. Jackson*
                    Cynthia C. Jackson
                    Florida Bar Number 498882
                    225 Water Street, Suite 1800
                    Jacksonville, Florida 32202
                    (904) 359-7700
                    (904) 359-7708 (facsimile)

                    - and -

                  SKADDEN, ARPS, SLATE,
                      MEAGHER & FLOM LLP
                  Rosalie Walker Gray
                  Four Times Square
                  New York, New York 10036
                  (212) 735-3000
                  (212) 735-2000 (facsimile)