UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER RELATING TO RESPONSE OF
BT MARIETTA, LLC TO DEBTORS' MOTION FOR
THE ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 365(d)(4)
EXTENDING THE DEBTORS' TIME TO ASSUME OR REJECT
NON-RESIDENTIAL REAL PROPERTY LEASES**

This case is before the Court on the motion of the above-captioned debtors and debtors-in-possession (collectively the "Debtors") for an order pursuant to 11 U.S.C. § 365(d)(4) extending the Debtors' time to assume or reject non-residential real property leases (the "Motion") and the response of BT Marietta, LLC to the relief requested in the Motion. After a hearing held on May 6, 2005, and it appearing from the record of the hearing and the response filed by BT Marietta, LLC that the non-residential real property lease for the Debtors' store no. 2729 located in the Olde Mill Shopping Center, 3101 Roswell Road, Marietta, Georgia expires by its terms on August 29, 2005 and that the Debtors have failed to exercise a renewal or extension option as provided in such lease, and for other good cause appearing, it is hereby

ORDERED, that notwithstanding the entry of any order granting the Motion, nothing contained therein shall be construed to extend the term of such lease beyond the termination and/or expiration thereof as provided in such lease and applicable non-bankruptcy law.

JERRY A. FUNK,
UNITED STATES BANKRUPTCY JUDGE

PHIL1 621715-1