# EXHIBIT "B"

## SUPPLEMENTAL LEASE AGREEMENT

THIS SUPPLEMENTAL LEASE AGREEMENT, made this _27_ day of _February_, 19 _86_, between BARRY F. O'NEILL, a Georgia resident hereinafter called "Landlord", and WINN-DIXIE ATLANTA, INC., a Florida corporation duly qualified to transact business in the State of Georgia, hereinafter called "Tenant", which terms "Landlord" and "Tenant" shall include, wherever the context admits or requires, singular or plural, and the heirs, legal representatives, successors and assigns of the respective parties;

### W I T N E S S E T H:

WHEREAS, by Lease dated _June 11, 1984_ Landlord did lease and demise unto Tenant certain premises located in a shopping center known as "Olde Mill Shopping Center" situated at the northwesterly corner of the intersection of Old Canton Road and Roswell Road in the County of _Cobb_ State of _Georgia_, reference being made to said lease for a more detailed description of the demised premises, for a term of _twenty (20)_ years commencing upon a date dependent upon the completion of certain construction, and upon such other terms and conditions as are set forth therein, and;

WHEREAS, a short form of said Lease was recorded in the Office of Clerk of Superior Court; and

WHEREAS, Tenant has now opened for business in the demised premises and the parties desire to fix the commencement date of said Lease as hereinafter set forth;

APPROVED
AS TO FORM
Division Manager
Legal Dept.
Winn-Dixie Stores,
Inc.

This Instrument was prepared by
Charles P. Milford, Jr., Attorney-
at-Law whose address is P. O.
Box B, Jacksonville, Florida 32203

NOW THEREFORE, in consideration of the sum of Ten and No/100 Dollars ($10.00) and other good and valuable considerations paid by Tenant to Landlord, the receipt and sufficiency whereof are hereby acknowledged, it is mutually agreed:

1. The commencement date of the above-described Lease dated ___June 11, 1984___ is fixed at ___August 29, 1985___ and the expiration of the initial term of ___twenty___ ( 20 ) years demised therein shall be at midnight on ___August 28, 2005___.

2. All covenants, terms and conditions of the above-described lease not modified or amended by this supplemental lease agreement are hereby ratified and confirmed.

IN WITNESS WHEREOF, Landlord and Tenant have executed this Supplemental Lease Agreement the day and year first above written.

Signed, sealed and delivered in the presence of:

By _____ (SEAL)
BARRY F. O'NEILL, a resident of the State of Georgia

Notary Public, ___COBB___ County, ___GEORGIA___. My commission expires: 7-13-88

LANDLORD

(NOTARIAL SEAL)
As to Landlord

WINN-DIXIE ATLANTA, INC.

By _____
Its _____ Vice President

Attest _____
Its _____ Secretary

Notary Public, ___Duval___ County, ___Fla___. My commission expires:

(CORPORATE SEAL)

DEBRA W. WISE
Notary Public, State of Florida
My Comm. Exp. Jan. 20, 1986

TENANT

(NOTARIAL SEAL)
As to Tenant

-2-