UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing response of BT Marietta, LLC to debtors' motion for entry of an order under 11 U.S.C. § 365(d)(4) granting extension of time to assume or reject unexpired leases of non-residential real property was served this 27th day of April, 2005 via first class United States mail and by electronic mail where indicated upon the following parties:

Cynthia C. Jackson, Esquire
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL 32202
E-mail address: cjackson@smithhulsey.com

D.J. Baker, Esquire
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036
E-mail address: djbaker@skadden.com

Kenneth C. Meeker
Assistant U.S. Trustee
OFFICE OF THE UNITED STATES TRUSTEE
135 West Center Boulevard, Room 620
Orlando, FL 32801

_____
JEFFREY KURTZMAN

PHIL1 621715-1