UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

FILED
JACKSONVILLE FLORIDA
APR 27 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NUMBER 05-03817-3F1 |
| DEBTORS | ) | JOINTLY ADMINISTERED |
| _____ | ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Tammy M. Nick, a member in good standing of the bar in the state of Louisiana, request admission, pro hac vice, before the Honorable Jerry A. Funk, to represent Dorothy Stevens-Frickey and Marilyn Sevin, in the above captioned Chapter 11 case.

My contact information is as follows:

Tammy M. Nick, La. Bar Roll #26446
Nick Law Firm, L.C.
676 East I-10 Service Rd.
Slidell, Louisiana 70461
Telephone: (985) 641-1802
Facsimile: (985) 641-1807
E-mail: nicklaw@eatel.net

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice pro hac vice.

                                              Respectfully submitted:

                                              NICK LAW FIRM, L.C.

DATED: April 22, 2005                 /s/ Tammy M. Nick
                                              TAMMY M. NICK  (La bar roll #26446)
                                              676 E. I-10 Service Road
                                              Slidell, Louisiana 70461
                                              Telephone: (985) 641-1802
                                              Facsimile:  (985) 641-1807
                                              Attorney for Creditors:
                                              Dorothy Stevens-Frickey and Marilyn Sevin

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of the foregoing was forwarded electronically and/or by first class mail postage prepaid to:

| | |
|---|---|
| Cynthia C. Jackson<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202 | Debtor's Attorney |
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Debtor's Attorney |
| Kenneth C. Meeker<br>Assistant U.S. Trustee<br>Office of the United States Trustee<br>135 West Central Blvd., Room 620<br>Orlando, Fl 32801 | U.S. Trustee |
| David K. Oliveria<br>Clerk of Court<br>United States Courthouse<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, Florida 32202 | |

_____
TAMMY M. NICK, LA BAR ROLL #26446

3