UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NUMBER 05-03817-3F1 |
| DEBTORS | ) | JOINTLY ADMINISTERED |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Dorothy Stevens-Frickey and Marilyn Sevin, both parties in interest, hereby appear in the above captioned case under Chapter 11 of the Bankruptcy Code and, pursuant to Rules 2002(g), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request that all notices, pleadings or other documents to be served in the above captioned Chapter 11 case be given to and served upon the following:

Tammy M. Nick, La. Bar roll #26446
Nick Law Firm, L.C.
676 East I-10 Service Rd.
Slidell, Louisiana 70461
Telephone: (985) 641-1802
Facsimile: (985) 641-1807
E-mail: nicklaw@eatel.net

Respectfully submitted:

NICK LAW FIRM, L.C.

_____
TAMMY M. NICK (La bar roll #26446)
676 E. I-10 Service Road
Slidell, Louisiana 70461
Telephone: (985) 641-1802
Facsimile: (985)641-1807
Attorney for Creditors:
Dorothy Stevens-Frickey and Marilyn Sevin

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was forwarded electronically and/or by first class mail postage prepaid to:

Cynthia C. Jackson                              Debtor's Attorney
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

David J. Baker                                  Debtor's Attorney
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Kenneth C. Meeker                               U.S. Trustee
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Fl 32801

David K. Oliveria, Clerk of Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

_____
TAMMY M. NICK, LA BAR ROLL #26446

2