# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER UNDER FED. R. BANKR. P. 3003(c)(3) (I) ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM, (II) APPROVING PROOF OF CLAIM FORM, (III) APPROVING PROOF OF CLAIM FILING DEADLINE NOTICES, (IV) APPROVING MAILING AND PUBLICATION PROCEDURES AND (V) PROVIDING CERTAIN SUPPLEMENTAL RELIEF**

I, Rosalie Walker Gray, certify that, on April 26, 2005, I caused to be served the Debtors' Motion for Order Under Fed. R. Bankr. P. 3003(c)(3) (I) Establishing Deadline for Filing Proofs of Claim, (II) Approving Proof of Claim Form, (III) Approving Proof of Claim Filing Deadline Notices, (IV) Approving Mailing and Publication Procedures and (V) Providing Certain Supplemental Relief, by having true and correct copies thereof sent via first-class mail, postage pre-paid and e-mail service to the parties listed below:

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com

Dated: April 27, 2005

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ Rosalie Walker Gray
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and -

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors