**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Hearing as to (i) Application of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and S.D.N.Y. LBR 2014-1 Authorizing Employment and Retention of Houlihan Lokey Howard & Zukin Capital as Its Financial Advisor as of March 3, 2005 (Dkt. No. 562) and (ii) Application of Official Committee of Unsecured Creditors for Order Under 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and S.D.N.Y. LBR 2014-1 Authorizing Employment and Retention of Alvarez & Marsal, LLC as Its Operations and Real Estate Advisor as of March 4, 2005 (Dkt. No. 564) was furnished by mail and/or electronically on April 26, 2005 to those parties on the attached Master Service List.

SMITH HULSEY & BUSEY

By     *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for Debtors