UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 3-05-bk-3817 |
| | ) | |
| WINN-DIXIE STORES, INC., ET AL., | ) | CHAPTER 11 |
| | ) | |
| DEBTORS. | ) | JOINTLY ADMINISTERED |
| | ) | |

**MOTION TO WAIVE LOCAL RULE 2090-1 REQUIREMENT
OF DESIGNATION AND CONSENT-TO-ACT BY FLORIDA COUNSEL**

NOW INTO COURT, through their undersigned counsel, come two of the lessors of nonresidential real estate leased by one or more of the debtors, Westland Plaza Associates, L.P. and Downtown Destin Associates (collectively, "Landlords"), who move pursuant to this Court's Local Rule 2090-1(c) for the entry of the annexed order by the Court waiving the requirement that Landlords file a written designation and consent-to-act on the part of some member of the bar of the Middle District of Florida, resident in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case, as provided therein, so as to allow undersigned counsel for Landlords to continue to represent the interests of Landlords without the necessity of such local counsel, based upon the following, to-wit:

1.    Landlords are the lessors of nonresidential real estate leased by one or more of the debtors in the states of Mississippi and Florida, respectively.

2.    Undersigned counsel for Landlords was admitted to participate in these cases on a *pro hac vice* basis under the local rules of the United States Bankruptcy Court for the Southern District of New York, while these cases were pending in that forum, without the necessity of having to retain local counsel in New York, as provided in that Court's rules.

3.    Undersigned counsel for Landlords believes that his role in these cases should be relatively limited, dealing primarily with issues of assumption and rejection of leases, presentment of claims and other matters relating particularly to the interests of lessors of nonresidential real estate.

4.    Undersigned counsel for Landlords has already been trained for electronic filing in the United States Bankruptcy Court for the Eastern District of Louisiana, which training is recognized by this Court, as a result of which undersigned counsel for Landlords can and will submit any filings to the Court and make any services required, electronically, as required by this Court's rules.

5.    Particularly in light of the electronic filing requirements, notice issues should be relatively straightforward, and undersigned counsel for Landlords does not believe there is a need to, nor do Landlords desire to expend additional expenses to, retain local counsel in this District to file a written designation and consent-to-act and receive notices and papers and be responsible for the progress of this case.

6.    Under this Court's Amended Initial Order Upon Transfer of Venue dated April 19, 2005 (Docket No. 762), to the extent an attorney has already been granted *pro hac vice* status in New York, such attorney is authorized to practice before this Court, subject to compliance with Local Bankruptcy Rule 2090-1.   That rule specifically provides that the written designation and consent-to-act on the part of some member of the bar of the Middle District of Florida, resident in Florida, provided in subsection (c) of that rule may be waived by the Court for good cause shown.

7.    Undersigned counsel for Landlords believes that under the circumstances, there should be no necessity to retain local counsel for such purpose, and respectfully requests that this Court enter the annexed order providing that undersigned counsel may

continue to appear for and represent Landlords in these cases without the necessity of filing a written designation and consent-to-act by Florida counsel.

WHEREFORE, Landlords pray that this motion be granted and the annexed order be entered.

Respectfully submitted:

SESSIONS, FISHMAN & NATHAN, L.L.P.
J. David Forsyth
201 St. Charles Avenue, 35th Floor
New Orleans, LA  70170
Telephone: (504) 582-1500
Facsimile: (504) 582-1564
E-mail: jdf@sessions-law.com

By: _/s/ J. David Forsyth_____
J. DAVID FORSYTH
Attorneys for Westland Plaza Associates, L.P. and
Downtown Destin Associates

Dated: April 27, 2005.

3

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 3-05-bk-3817 |
| | ) | |
| WINN-DIXIE STORES, INC., ET AL,, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS. | ) | JOINTLY ADMINISTERED |
| | ) | |

## ORDER GRANTING MOTION TO WAIVE
## LOCAL RULE 2090-1 REQUIREMENT OF DESIGNATION
## AND CONSENT-TO-ACT BY FLORIDA COUNSEL

These cases are before the Court for consideration of the Motion to Waive Local Rule 2090-1 Requirement of Designation and Consent-To-Act by Florida Counsel filed on behalf of Westland Plaza Associates, L.P. and Downtown Destin Associates. The Court finding good cause exists to grant the relief requested; accordingly,

IT IS **ORDERED** that:

1.    The Motion be and the same is hereby GRANTED; and

2.    J. David Forsyth and the firm of Sessions, Fishman & Nathan, L.L.P., 201 St. Charles Avenue, Suite 3500, New Orleans, LA 70170, be and the same are hereby authorized and permitted to continue to act as counsel in these cases for Landlords, Westland Plaza Associates, L.P. and Downtown Destin Associates, *pro hac vice*; and

3.    The Local Rule 2090-1(c) requirement of the filing on behalf of Landlords of a written designation and consent-to-act on the part of some member of

the bar of the Middle District of Florida, resident in Florida, be and the same is hereby WAIVED by this Court.

**DATED** this _____ day of April, 2005 in Jacksonville, Florida.

_____
JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished To:

Cynthia C. Jackson
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7708 (facsimile)

D. J. Baker
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-2000 (facsimile)

Kenneth C. Meeker
Assistant U.S. Trustee
OFFICE OF THE UNITED STATES TRUSTEE
135 West Central Boulevard, Room 620
Orlando, Florida  32801
407-648-6323 (facsimile)

David K. Oliveria
Clerk of Court
USBC, Middle District of Florida
Jacksonville Division
300 North Hogan St., Suite 3-350
Jacksonville, Florida  32202-4267
(904) 301-6544 (facsimile)