UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Chapter    11
                                                Case No.   3-05-bk-3817-JAF
WINN-DIXIE STORES, INC.

        Debtor.
_____/

### REQUEST FOR NOTICES ON BEHALF OF
### ALTAMONTE SSG, INC.; DIVERSIFIED MAINTENANCE SYSTEMS, INC.;
### AND ADS SEAFOOD, INC., d/b/a ATLANTIC FISHERIES

**PLEASE TAKE NOTICE** that under Bankruptcy Rule 2019 and Section

1109(b) of the Bankruptcy Code, the undersigned attorneys hereby request that all notices

given or required to be given in the above-styled case, and all papers served or required

to be served in this case be given to and served upon the undersigned on behalf of the

creditors of the Debtor, Altamonte SSG, Inc., Diversified Maintenance Systems, Inc. and

Ads Seafood, Inc., d/b/a Atlantic Fisheries.

**PLEASE TAKE FURTHER NOTICE** that under Section 1109(b) of the

Bankruptcy Code, this request includes not only the notices and papers referred to in the

Federal Rules of Bankruptcy Procedure specified above, but also includes, without

limitation, orders and notices of any application, motion, petition, pleading, request,

complaint, or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, courier service, hand delivery, telephone facsimile

transmission, telegraph, telex or otherwise (i) that affect or seek to affect in any way any

rights or interests of any creditor or party in interest in this case with respect to: (a) the

debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (ii) that require or seek to require any act, delivery of any property, or payment. The filing of this Request for Notices does not constitute a waiver, and all rights are reserved, including objection to subject matter and personal jurisdiction.

/s/ Lara Roeske Fernandez
RICHARD J. McINTYRE
Florida Bar No. 962708
RJMcintyre@trenam.com
LARA ROESKE FERNANDEZ
Florida Bar No. 0088500
LRFernandez@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida 33601 -1102
(813) 223-7474; fax (813) 229-6553
Attorneys for Altamonte SSG, Inc., Diversified Maintenance Systems, Inc. And ADS Seafood, Inc., d/b/a Atlantic Fisheries

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of foregoing Request for Notices has

been furnished electronically or by U.S. Mail on this 26th day of April, 2005 to

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors**
**of Winn-Dixie Stores, Inc.,**
**c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One  Chase Manhattan Plaza
New York, NY 10005


          /s/ Lara Roeske Fernandez

                    Attorney

1221681_1.DOC