UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Chapter   11
                                                                              Case No.   3-05-bk-3817-JAF
WINN-DIXIE STORES, INC.

        Debtor.
_____/

**REQUEST FOR NOTICES ON BEHALF OF
ALTAMONTE SSG, INC.; DIVERSIFIED MAINTENANCE SYSTEMS, INC.;
AND ADS SEAFOOD, INC., d/b/a ATLANTIC FISHERIES**

**PLEASE TAKE NOTICE** that under Bankruptcy Rule 2019 and Section 1109(b) of the Bankruptcy Code, the undersigned attorneys hereby request that all notices given or required to be given in the above-styled case, and all papers served or required to be served in this case be given to and served upon the undersigned on behalf of the creditors of the Debtor, Altamonte SSG, Inc., Diversified Maintenance Systems, Inc. and Ads Seafood, Inc., d/b/a Atlantic Fisheries.

**PLEASE TAKE FURTHER NOTICE** that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone facsimile transmission, telegraph, telex or otherwise (i) that affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to: (a) the

debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (ii) that require or seek to require any act, delivery of any property, or payment.  The filing of this Request for Notices does not constitute a waiver, and all rights are reserved, including objection to subject matter and personal jurisdiction.

/s/ Lara Roeske Fernandez
RICHARD J. McINTYRE
Florida Bar No.  962708
RJMcintyre@trenam.com
LARA ROESKE FERNANDEZ
Florida Bar No. 0088500
LRFernandez@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida  33601 -1102
(813) 223-7474; fax (813) 229-6553
Attorneys for Altamonte SSG, Inc., Diversified Maintenance Systems, Inc. And ADS Seafood, Inc., d/b/a Atlantic Fisheries

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing Request for Notices has been furnished electronically or by U.S. Mail on this 26th day of April, 2005 to

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors
of Winn-Dixie Stores, Inc.,
c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

      /s/ Lara Roeske Fernandez

      Attorney

1221681_1.DOC