UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                  Chapter    11
                                                        Case No.   3-05-bk-3817-JAF
WINN-DIXIE STORES, INC.

          Debtor.

_____/

## STATEMENT OF MULTIPLE REPRESENTATION

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. ("Trenam"), counsel for creditors, Altamonte SSG, Inc. ("Altamonte SSG"), Diversified Maintenance Systems, Inc. ("DMSI"), and ADS Seafood, Inc., d/b/a Atlantic Fisheries ("Atlantic Fisheries"), pursuant to Federal Rule of Bankruptcy Procedure 2019, files its verified statement, and says:

1.      Altamonte SSG is the owner of real property located at 1074 and 1078 Montgomery Road, Altamonte Springs, Florida, which is leased to the Debtor.  Altamonte SSG is owed approximately $62,897.52 by the Debtor.

2.      DMSI is a national janitorial and floor care service company, specializing in retail and commercial/office markets.  It is headquartered in Tampa, Florida, and has regional offices across the country.  DMSI currently provides janitorial services to the Debtor for 431 facilities throughout Florida and Georgia.  DMSI is owed approximately $946,493.10 in pre-petition services provided by DMSI to the Debtor.

3.      Atlantic Fisheries is a supplier of raw foods, including seafood.  Atlantic Fisheries supplied seafood to the Debtor.  Atlantic Fisheries has asserted a reclamation claim against the Debtor.  Atlantic Fisheries is owed approximately $115,327.35.

4.      Trenam has no claim or interest in this case.

5.      The creditors consent to the multiple representations and to Trenam's representation of additional creditors in this case.

6.      Trenam anticipates employment to represent additional creditors in this case.

/s/ Lara Roeske Fernandez
RICHARD J. McINTYRE
Florida Bar No.  962708
RJMcintyre@trenam.com
LARA ROESKE FERNANDEZ
Florida Bar No. 0088500
LRFernandez@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
  FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida  33601 -1102
(813) 223-7474; fax (813) 229-6553
Attorneys for Altamonte SSG, Inc., Diversified
Maintenance Systems, Inc. And ADS Seafood, Inc.,
d/b/a Atlantic Fisheries

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing **STATEMENT OF MULTIPLE REPRESENTATION** has been furnished electronically or by U.S. Mail on this 27th day of April, 2005 to:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors of
Winn-Dixie Stores, Inc.,
c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One  Chase Manhattan Plaza
New York, NY 10005

/s/ Lara Roeske Fernandez
Attorney

1222582                                    2