# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE WITH RESPECT TO RETENTION QUESTIONNAIRES PURSUANT TO ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

I, Keith Sambur, certify that, on April 26, 2005, I caused to be served the (i) Second Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, (ii) Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business and (iii) corresponding Retention Questionnaires, by having true and correct copies thereof sent via first-class mail, postage pre-paid and e-mail service to the parties listed below:

Morris, York, Williams, Surles & Brearley, LLP
Attn: Jackie Eichner, Esq.
P.O. Box 36858
Charlotte, NC 28202

Nexsen Pruet, LLC
Attn: W. Leighton Lord III, Esq.
1441 Main Street, Suite 1500
Columbia, SC 29201

Hogan & Hartson
Attn: Evan Miller., Esq.
555 13th Street NW
Washington, DC 20004

Dated: April 27, 2005

          SKADDEN, ARPS, SLATE,
          MEAGHER & FLOM LLP

          By: /s/ Keith Sambur
          Keith Sambur
          Four Times Square
          New York, New York 10036
          (212) 735-3000
          (212) 735-2000 (facsimile)

              - and -

          SMITH HULSEY & BUSEY
          Cynthia C. Jackson
          Florida Bar Number 498882
          225 Water Street, Suite 1800
          Jacksonville, Florida  32202
          (904) 359-7700
          (904) 359-7708 (facsimile)

          Attorneys for Debtors