[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:	Case No. 3:05-bk-03817-JAF
	Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING VERIFIED STATEMENT PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This case came on for consideration upon the Court's own motion. On April 20, 2005 ,Peter J. Rathwell, Attorney for Bar-S Foods Co. and The Dial Corporation filed a Verified Statement Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure without original signature of Creditors' Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Verified Statement Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedures is stricken from the record.

Dated April 25, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Attorney for Debtor
Attorney for Creditor Committee
Peter J. Rathwell, Attorney for Bar-S Foods Co. and The Dial Corporation

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Apr 25, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 5

The following entities were served by first class mail on Apr 27, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
           +Dennis F. Dunne,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
             New York, NY 10005-1401
           +Peter J. Rathwell,   One Arizona Center,   400 E. Van Buren,   Phoenix, AZ 85004-2223

The following entities were served by electronic transmission on Apr 26, 2005 and receipt of the transmission
was confirmed on:
           +E-mail: ustp.region21.or.ecf@usdoj.gov Apr 26 2005 00:32:11     US Trustee,   Room 620,
             135 West Central Blvd.,   Orlando, FL 32801-2476
                                                                                                 TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2005**                                      **Signature:** *Joseph Speetjens*