**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | *Chapter 11* |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 363 and 542 Authorizing Receipt of Escrowed Funds Owed to Debtors in Connection with Prepetition Transaction {Dkt. 913) was furnished by mail and/or electronically on April 27, 2005 to Ronald S. Wood, Vice president, and State Underwriting Counsel, Fidelity National Title Insurance Company, Energy Centre, Suite 1460, 1100 Poydras Street, New Orleans, Louisiana 70163, rswood@fnf.com; Linda Hoffman, Esq., Emmanuel, Sheppard & Condon, 30 South Spring Street, Pensacola, Florida 32502, lah@esclaw.com; Edward T. Suffern, Jr., Dwyer & Cambre, 3421 N. Causeway Boulevard, Suite 601, Metairie, Louisiana 70002, esuffern@dwyercambre.com; Marilyn L. Soloway, Esq., Greer Herz & Adams, LLP, One Moody Plaza, 18th Floor, Galveston, Texas 77550, msoloway@greerherz.com; and those parties on the attached Master Service List.

| | |
|---|---|
| SMITH HULSEY & BUSEY | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | D. J. Baker |
| By    *s/ Cynthia C. Jackson* | Sally McDonald Henry |
|     Stephen D. Busey | Rosalie Walker Gray |
|     James H. Post | Four Times Square |
|     Cynthia C. Jackson         -and- | New York, New York 10036 |
| | (212) 735-3000 |
| Florida Bar Number 498882 | (212) 735-2000 (facsimile) |
| 225 Water Street, Suite 1800 | |
| Jacksonville, Florida 32202 | |
| (904) 359-7700 | |
| (904) 359-7708 (facsimile) | |

Attorneys for the Debtors