UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

|  |  |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:          CINTAS CORPORATION #216
                        191 ELCON DR
                        GREENVILLE, SC 29605

The transfer of your claim as shown above, in the amount of $ 1,746.68 has been transferred *(unless previously expunged by court order)* to:

              Trade-Debt.Net
              P.O. Box 1487
              West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

              **United States Courthouse**
              **300 North Hogan Street**
              **Suite 3-350**
              **Jacksonville, Florida 32202**

      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

----------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____    Transferee ____  Debtor's Attorney ___

                                        _____
                                        Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re.

| | | |
|---|---|---|
| | ) | |
| Winn-Dixie Stores, Inc. | ) | Case No.05-11063(RDD) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE.** |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of CINTAS CORPORATION #216 in the amount of $ 1,746.68 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of CINTAS CORPORATION #216 is not less than$ 1,746.68 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
CINTAS CORPORATION #216
191 ELCON DR  GREENVILLE SC 29605

Please print your name _Scott M. Peters_ Signature _Scott M Peters_

Title _Office Manager_     Date _4-20-05_

Address _191 Elcon Dr  Greinville, SC 29605_
(city,state,zip)
Telephone _864-299-0567_ Fax _864-299-5735_ Email _____

Federal Taxpayer ID / Social Security Number _31-1703809_

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire                                                WD 11803

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><div align="center">*Debtors*</div> | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:          CONSTRUCTION MATERIALS
                        PO BOX 830767
                        BIRMINGHAM, AL 35283-0767

The transfer of your claim as shown above, in the amount of $ 450.47 has been transferred *(unless previously expunged by court order)* to:

          Trade-Debt.Net
          P.O. Box 1487
          West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

          **United States Courthouse
          300 North Hogan Street
          Suite 3-350
          Jacksonville, Florida 32202**

          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent _____   Transferee _____ Debtor's Attorney ___

                                        _____
                                        Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re.

|   |   |   |
|---|---|---|
| | ) | Case No.05-11063(RDD) |
| Winn-Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE.** |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **CONSTRUCTION MATERIALS** in the amount of $ 450.47 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CONSTRUCTION MATERIALS** is not less than $ 450.47 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
CONSTRUCTION MATERIALS
PO BOX 830767 BIRMINGHAM AL 35283-0767

Please print your name _Kendra Elmore_ Signature _Kendra Elmore_

Title _Credit Mgr._ Date _4/27/05_

Address: _4350 Northern Blvd. Montgomery AL 36110_
(city,state,zip)

Telephone _334-272-8200_ Fax _334-396-7728_ Email _Kelmore@constmat.com_

Federal Taxpayer ID / Social Security Number _63-0607388_

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____

Timothy McGuire                                          **WD 11080**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:        MCJUNKIN CORP
                              P O BOX 740725
                              ATLANTA, GA 30374-0725

The transfer of your claim as shown above, in the amount of $ 345.41 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____   Transferee _____  Debtor's Attorney ___

_____
                                Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re. | ) | |
| | ) | Case No.05-11063(RDD) |
| Winn-Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE.** |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of MCJUNKIN CORP in the amount of $ 345.41 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of MCJUNKIN CORP is not less than$ 345.41 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MCJUNKIN CORP
P O BOX 740725 ATLANTA GA 30374-0725

Please print your name __Judy L. K. Waters__     Signature _____

Title __Director of Credit_____     Date __4/27/05_____

Address: __835 Hillcrest Dr. Charleston, WV 25311__
(city,state,zip)
Telephone (304)348-5836   Fax (304)348-5823   Email jwaters@mcjunkin.com

Federal Taxpayer ID / Social Security Number __55-0229830__

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                          WD 11080
Timothy McGuire