*Platzer, Swergold, Karlin, Levine,*
*Goldberg & Jaslow, LLP*
*Attorneys for Caffery Center, LLC, Jula Trust, LLC*
*Excess Space Retail Services and Refron, Inc.*
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
(212) 593-3000
Teresa Sadutto (TS/7034)

FILED
JACKSONVILLE, FLORIDA
APR 28 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

------------------------------------------------------------x

In re:

*WINN-DIXIE STORES, INC., et al.,*

                      Debtor.

------------------------------------------------------------x

Chapter 11

Case No.: 3:05-bk-03817(JAF)

(Jointly Administered)

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

S I R/MADAM:

**PLEASE TAKE NOTICE**, that Caffery Center, LLC ("Caffery"), Jula Trust, LLC ("Jula Trust"), Excess Space Retail Services ("Excess Space") and Refron, Inc. ("Refron"), creditors and/or parties-in-interest herein, appear by their counsel, Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP, and demand, pursuant to 11 U.S.C. §102(1) and 1109(b), Rules 2002, 9007 and 9010 of the Rules of Bankruptcy Procedure and the Local Rules of this Court, that all notices given or required to be given in this case and all papers served or required to be served in this bankruptcy proceeding be given to and served upon:

    Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
    Attorneys for Caffery Center, LLC, Jula Trust, LLC
    Excess Space Retail Services and Refron, Inc.
    1065 Avenue of the Americas, 18th Floor

New York, New York 10018
Attn: Teresa Sadutto, Esq.
Telephone: 1-212-593-3000
Telecopier: 1-212-593-0353
tsadutto@platzerlaw.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way the rights or interests of Caffery, Jula Trust, Excess Space and Refron, with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor.

Dated: New York, New York
April 26, 2005

> **PLATZER, SWERGOLD, KARLIN LEVINE, GOLDBERG & JASLOW, LLP**
> *Attorneys for Caffery Center, LLC, Jula Trust, LLC Excess Space Retail Services and Refron, Inc.*
>
> By: _____
> **TERESA SADUTTO (TS/7034)**
> 1065 Avenue of the Americas, 18th Floor
> New York, New York 10018
> (212) 593-3000
> tsadutto@platzerlaw.com