UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
APR 2 8 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Emily S. Chou, a member in good standing of the bar in the state of Texas, request admission, pro hac vice, before the Honorable Jerry A. Funk, to represent Kashi Company, Keebler Company, Kellogg Sales Company, Murray Biscuit Company, L.L.C., Entergy Gulf States, Inc., Entergy Louisiana, Inc., Entergy Mississippi, Inc. and Entergy New Orleans, Inc., in the above captioned Chapter 11 cases.

My contact information is as follows:

> Emily S. Chou, Esq.
> Warner Stevens, L.L.P.
> 1700 City Center Tower II
> 301 Commerce Street
> Fort Worth, TX 76102
> Telephone: (817) 810-5250
> Facsimile: (817) 810-5255
> E-mail: echou@warnerstevens.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice.

DATED: April 27, 2005

Emily S. Chou

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served upon the parties listed below on this 2nd day of March, 2005, via regular First Class Mail, properly addressed, with postage pre-paid.

Emily S. Chou

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the U.S. Trustee
135 West Central Blvd, Room 620
Orlando, FL 32801