UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION

Creditor, Cane River Associates ("Cane"), files this notice of withdrawal of Cane's Limited Objection (Docket No. 660) to the Debtors' Motion for Authority to Reject Certain Real Property Leases, Effective as of the Petition Date (Docket No. 24).

Dated: April 28, 2005

LAW OFFICES OF DAVID B. KATZ

By _____
David B. Katz

45 Broadway, 14th Floor
New York, New York 10006
(212) 269-1900

Attorney for Cane River Associates

00494164.DOC