<u>IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA</u>

IN RE:

WINN-DIXIE STORES, INC., ) Chapter 11
et al., )
) Case No. 3: 05-bk-03817-JAF
)
Debtors.

<u>NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE</u>

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Bankruptcy Rules, MARION E. WYNNE, BRIAN P. BRITT and the law firm of Wilkins, Bankester, Biles & Wynne, P.A. hereby enters an appearance as attorneys of record for City of Fairhope, a party-in-interest in the captioned bankruptcy case.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned attorney of record requests that, without limitation, all notices given or required to be given in this case and any cases consolidated herewith, and all other documents served or required to be served in this case and any cases consolidated herewith, be given to and served upon the following:

**MARION E. WYNNE
And BRIAN P. BRITT
Wilkins, Bankester, Biles & Wynne, P.A.
Post Office Box 1367
Fairhope, Alabama 36532
(251) 928-1915 Telephone
(251) 928-1967 Facsimile
<u>twynne@wbbwlaw.com</u>; <u>bbritt@wbbwlaw.com</u>**

This request encompasses, but is not limited to, all notices, copies, documents, and

pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001 or 9007 of the Bankruptcy Rules including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

/s/ MEWynne
MARION E. WYNNE
Attorney for City of Fairhope

/s/ Brian P. Britt
BRIAN P. BRITT
Co-Counsel City of Fairhope

OF COUNSEL:
Wilkins, Bankester, Biles & Wynne, P.A.
Post Office Box 1367
Fairhope, Alabama 36533
(251) 928-1915 Telephone
(251) 928-1967 Facsimile