**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**DEBRA D. LEW, ESQ. (State Bar # 114537)**
**COOK, PERKISS & LEW**
**A PROFESSIONAL LAW CORPORATION**
333 Pine Street, Suite 300
San Francisco, CA 94104-3381
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730  Fax: (415) 989-0491
File No. 49,724

Attorneys for Creditor
DREYER'S GRAND ICE CREAM

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| In re | ) CASE NO. 3-05 bk-3817 |
| | ) Chapter 11 |
| WINN-DIXIE STORES, INC., | ) |
| | ) REQUEST FOR SPECIAL NOTICE |
| Debtor. | ) |
| | ) |

TO THE DEBTOR, AND TO ALL OTHER PARTIES:

PLEASE TAKE NOTICE that Creditor DREYER'S GRAND ICE CREAM hereby requests special notice of all papers, pleadings, and other matters on file herein and which may be filed from time to time in the above-entitled proceeding, and true and authentic copies be served, as follows:

DAVID J. COOK, ESQ.
COOK, PERKISS & LEW
A PROFESSIONAL LAW CORPORATION
P.O. Box 270
San Francisco, CA 94104-0270

DREYER'S GRAND ICE CREAM
5929 College Avenue
Oakland, CA 94618
ATTN: SHANE WEITZEL

DATED:  April 28, 2005            COOK, PERKISS & LEW, P.L.C.

By:___ /s/ David J. Cook_____
        DAVID J. COOK, ESQ. (SB# 060859)
        Attorneys for Creditor
        DREYER'S GRAND ICE CREAM

f:\djc\winn.req

REQUEST FOR SPECIAL NOTICE - CASE NO. 3-05 bk-3817Chapter 11

1

## PROOF OF SERVICE

2    SEE MAILING MATRIX ATTACHED HERETO

3        I declare:

4        I am employed in the County of San Francisco, California. I am over the age of eighteen
(18) years and not a party to the within cause. My business address is 333 Pine Street, 3rd Floor,
5    San Francisco, CA 94104. On the date set forth below, I served the attached:

6        REQUEST FOR SPECIAL NOTICE

7    on the above-named person(s) by:

8    __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
9    person(s) served above.

10        I declare under penalty of perjury that the foregoing is true and correct.

11        Executed on April 28, 2005 at San Francisco, California.

12

13                                    _____/s/ Karene Jen_____
                                            Karene Jen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alabama Power Company
c/o Eric T. Ray
Balch & Bingham
P. O. Box 306
Birmingham, AL 35201

Allied Capital Corporation
c/o Law Office of Mark D. Speed
83 Maiden Lane
New York, NY 10038

American Food Distributors Inc.
c /o Macco & Stern, LLP
135 Pinelawn Road
Suite 120 S
Melville, NY 11747

Arizona Beverage Co., LLC
2450 West Copans Road
Pompano Beach, FL 33069

Bear Stearns Investment Products, Inc.
383 Madison Avenue
New York, NY 10179

Belco Distributors
100 Adams Blvd
Farmingdale, NY 11735

BellSouth
675 West Peachtree St
Suite 4300
Atlanta, GA 30375

Buffalo Rock Company
c/o Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Burch Equipment Group, et al
c/o Law Offices of Bruce Levinson
747 Third Avenue
4th Floor
New York, NY 10017-2803

CVS EGL Overseas Marathon FL, L.L.C.
c/o Mark Minuti, Esquire
Saul Ewing LLP
P.O. Box 1266
Wilmington, DE 19899

Cal-Maine Foods, Inc.
3320 Woodrow Wilson Drive
PO Box 2960
Jackson, MS 39207

Cardinal Health
Scott A. Zuber, Esq.
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Chester Dix Corp.
135 Jericho Turnpike
Old Westbury, NY 11568

Cleco Corporation
Wheelis & Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199

Coca-Cola Bottling Company United, Inc.
c/o Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, AL 35203

Cole's Quality Foods Inc.
c/o Timothy J. Curtin Esq.
Varnum Riddering Schmidt Howlett LLP
P.O. Box 352
Grand Rapids, MI 49501-0352

Computer Leasing Company of Michigan, Inc.
5150 Palm Valley Road
Suite 208
Ponte Vedra Beach, FL 32082

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

DIVERSIFIED MAINTENANCE SYSTEMS, INC.
Pitney Hardin LLP
7 Times Square
New York,, NY 10036

DOLCO Packaging, a Tekni-Plex Company
c/o Pitney Hardin LLP
P.O. Box 1945
Attn: Scott A. Zuber, Esq.
Morristown, NJ 07962-1945

Doane Pet Care Company
210 Westwood Place South, Suite 300
P.O. Box 2487
Brentwood, TN 37027

Coca-Cola Enterprises, Inc.
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402

Commonwealth Brands, Inc.
900 Church Street
P.O. Box 51587
Bowling Green, KY 42102

ConAgra Foods, Inc.
Attention: James J. Niemeier
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

Criimi Mae Services Limited Partnership
c/o Law Office of Mark D. Speed
83 Maiden Lane
New York, NY 10038

DLJ Produce, Inc.
Rynn & Janowsky, LLP
4100 Newport Place Drive
Suite 700
Newport Beach, CA 92660

Discover Financial Services, Inc.
c/o Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Downtown Destin Associates
c/o J. David Forsyth
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170

Flavor Pic Tomato Co
c/o Robert Scheinbaum
Podvey Meanor
One Riverfront Plaza
Newark, NJ 07102 usa

Flowers Foods, Inc.
c/o Todd C. Meyers, Esq.
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

Frankford Dallas, LLC
c/o Diane G. Reed
Reed & Reed
501 N. College Street
Waxahachie, TX 75165

Front End Services
c/o Stacey Jernigan
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202

Future Foods, Ltd.
1420 Valwood Pkwy.
Suite #164
Attn: Mike Austin
Carrollton, TX 75006

General Electric Company. GE Consumer & Industrial
c/o Pitney Hardin LLP
P.O. Box 1945
Attn: Richard M. Meth, Esq.
Morristown, NJ 07962-1945

Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street
Suite 3600
Miami, Fl 33131

George B. Nalley Jr.
c/o Jean Winborne Boyles
P.O. Box 1776
Raleigh, NC 27602

George B. Nalley Jr. and Abner P. Stockman
c/o Jean Winborne Boyles
P.O. Box 1776
Raleigh, NC 27602

Georgia Crown Distributing Co.
100 Georgia Crown Dr.
POBox 308
McDonough, Ga 30253

Hain Capital Investors, LLC
201 Route 17
Suite 300
Rutherford, NJ 07070

Henschel-Steinau, Inc.
c/o Shapiro & Croland
411 Hackensack Ave
Continental Plaza II
Hackensack, NJ 07601

Integrated Payment Systems, Inc.
Frank/Gecker LLP
325 N. LaSalle Street
Suite 625
Chicago, IL 60610

Internal Revenue Service
290 Broadway
Insolvency 5th fl
New York, NY 10007

JEA
c/o Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

Kimco Realty Corporation
3333 New Hyde Park Road
New Hyde Park, NY 11753

Konica Minolta Imaging, Inc.
c/o Fox Rothschild
2000 Market Street
Philadelphia, PA 19103

Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

Lake Placid Groves, LLC
600 Hwy 70 West
P O Box 1005
Lake Placid, FL 33862

Laura's Lean Beef
2285 Executive Drive
Suite 200
Lexington, KY 40505

Logan & Company, Inc.
Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043 US

Madison Niche Opportunites, LLC
6310 Lamar Ave
Ste. 120
Overland Park, KS 66202

Maryland & Virginia Milk Producers Cooperative
Association, Inc.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

McCormick & Company, Inc.
211 Schilling Circle
Hunt Valley, MD 21030

Merill Lynch, Pierce, Fenner & Smith Incorporated
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Michael Foods, Inc.
c/o Leonard Street and Deinard
150 S. 5th Street, S. 2300
Minneapolis, MN 55402

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Mount Olive Pickle Company, Inc.
P.O. Box 609
Mount Olive, NC 28365

Nalley Construction Co. Inc.
c/o Jean Winborne Boyles
P.O. Box 1776
Raleigh, NC 27602

Nalley Construction Company, Inc.
c/o Jean Winborn Boyles
P.O. Box 1776
Raleigh, NC 27602

North Madison Associates, Ltd.
c/o Walter McArdle, Esq.
2117 Second Avenue North
The Zinszer Building
Birmingham, AL 35203

ORIX Capital Markets, L.L.C.
c/o Law Office of Mark D. Speed
83 Maiden Lane
New York, NY 10038

PepsiAmericas
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Phillips Edison & Company
c/o Daniel J. Flanigan, Esq.
Polsinelli Shalton Welte Suelthaus PC
292 Madison Ave., 17th Fl.
New York, NY 10017

RLV Marketplace LP
Kupelian Ormond & Magy, P.C.
25800 Northwestern Hwy.
Suite 950
Southfield, MI 48075

Ramco-Gershenson Properties, L.P.
Kupelian Ormond & Magy, P.C.
25800 Northwestern Hwy
Suite 950
Southfield, MI 48075

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

Rich-SeaPak Corporation
c/o James P. Smith
Arnall Golden Gregory LLP
201 Second Street, Suite 1000
Macon, GA 31201

Riverdale Farms, Inc.
c/o Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962

SIMON PROPERTY GROUP, LP
Attn: Ronald M. Tucker, Esq.
115 West Washington Street
Indianapolis, IN 46204

Scunci International Inc.
2200 Byberry Road
Hatboro, PA 19040

Sirius Computer Solutions, Inc.
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

South Carolina Electric & Gas Company
c/o Pitney Hardin LLP
P.O. Box 1945
Attn: Richard M. Meth, Esq.
Morristown, NJ 07962-1945

Stirling Properties, Inc.
c/o J. David Forsyth
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170

The Pelican Group, Inc.
c/o J. David Forsyth
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170

The Wackenhut Corporation
Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

UniCru, Inc.
c/o Stoel Rives LLP
600 University Street
Suite 3600
Seattle, WA 98101

Southeast Provisions, LLC
11 Task Industrial Court
Greenville, SC 29607

TSO Volusia, LLC
c/o Arnall Golden Gregory LLP
171 17th St. NW
Suite 2100
Atlanta, GA 30363

The Pepsi Bottling Group
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Town 'N Country Realty of Easley, Inc.
c/o Jean Winborne Boyles
P.O. Box 1776
Raleigh, NC 27602

Turney Dunham Plaza Partners Limited Partnership
Turney Dunham Plaza Partners
5277 State Road
Parma, OH 44134

U.S. Bank National Association, as Indenture Trustee
c/o David E. Lemke
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Ste 2700
Nashville, TN 37219

United Sugars Corporation
c/o Leonard Street and Deinard
150 S. 5th St., S. 2300
Minneapolis, MN 55402

Wachovia Bank, N.A., as special servicer
c/o Bingham McCutchen LLP
Attn: Anthony Smits/Michael Brown
One State Street
Hartford, CT 06103

Westland Plaza Associates. L.P.
c/o J. David Forsyth
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Manhattan Division
One Bowling Green
New York, NY 10004-1408

ADS Seafood, Inc., d/b/a Atlantic Fisheries
c/o Richard J. McIntyre, Esquire
P.O. Box 1102
Tampa, FL 33601-1102

ALBERT F. NASUTI, ESQ.
THOMPSON, O'BRIEN, KEMP. & NASUTI,
40 TECHNOLOGY PARKWAY SOUTH, SUITE 300
NORCROSS, GA 30092

ANGELO, GORDON & CO.
245 PARK AVENUE, 26TH FL.
NEW YORK, NY 10167
ATTN: JAMES M. MALLEY

Western Union Financial Services, Inc.
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

Zubi Advertising Services, Inc.
355 Alhambra Circle
10th Floor
Coral Gables, FL 33134

40/86 ADVISORS, INC.
535 N. COLLEGE DRIVE
CARMEL, IN 46032
ATTN: FRANK BERG

AIRGAS. INC.
259 RADNOR-CHESTER ROAD
SUITE 100
PO BOX 6675
RADNOR, PA 19087
ATTN: DAVID BOYLE

ALLEN J. GUON. ESQ.
SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN. LLC
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60610

Adelman Law Offices, P.C.
1320 Tower Road, Suite 114
Schaumburg, IL 60173
Attn: David A. Adelman, Esq.

Albert T. Franson, Esq.
Tritt & Franson, P.A.
707 Peninsular Place
Jacksonville, FL 32204

Allman Spry Leggett & Crumpler, P.A.
380 Knollwood Street
Suite 700
Winston-Salem, NC 27113-5129
Attn: Leggett R. Bradford, Esq.

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Attn: Larry D. Henin

Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022
Attn: Laurence May, Esq.
Attn: Rick A. Steinberg, Esq.

BATON ROUGE 99-LA, LLC
C/O GREENBAUM, ROWE, SMITH & DAVIS
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830-0988

BEGNAUD & MARSHALL LLP
ATTN: DARREL BEGNAUD
250 N. MILLEDGE AVENUEF
PO BOX 8085
ATHENS, GA 30603

BELLSOUTH
ATTN: REGINALD A. GREENE
675 WEST PEACHTREE ST. NE
SUITE 4300
ATLANTA, GA 30375

BRADLEY ARANT ROSE & WHITE LLP
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35222
ATTN: DANIELLE K. GRECO

BRIAN L. SHAW, ESQ.
SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN, LLC
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60610

BROAD AND CASSEL
C. CRAIG ELLER, ESQ.
ONE NORTH CLEMATIS STREET, SUITE 500
WEST PALM BEACH, FL 33401

BURR & FORMAN LLP
3100 SOUTH TRUST TOWER
420 NORTH 20TH STREET
BIRMINGHAM, ALABAMA 35203
ATTN:ROBERT B. RUBIN
DEREK F. MEEK

Balch & Bingham LLP
PO Box 306
Birmingham, Alabama 35201
Attn: W. Clark Watson
Attn: Eric T. Ray

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Bear Stearns Investment Products Inc.
383 Madison Avenue
New York, NY 10179
Attn: Noah Charney

BellSouth
675 West Peachtree St. NE
Suite 4300
Atlanta, GA 30375
Attn: Reginald A. Greene

Bingham McCutchen LLP
One State Street
Hartford, CA 06103
Attn: Anthony J. Smits

Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814
Attn: Laurence H. Berbert

Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022
Gerard S. Catalanello, Esq.

CLINTON P. HANSEN, ESQ.
DENNIS E. QUAID, ESQ.
55 EAST MONROE, 40TH FLOOR
CHICAGO, ILLINOIS 60603

COMMUNITY COFFEE COMPANY, L.L.C.
KANTROW, SPAHT, WEAVER & BLITZER
PO BOX 2997
BATON ROUGE, LOUISIANA 70821
ATTN: MR. DAVID S. RUBIN

CONNOLLY BOVE LODGE & HUTZ LLP
1007 NORTH ORANGE STREET
PO BOX 2207
WILMINGTON, DE 19899
ATTN: KAREN C. BIFFERATO, ESQ.
ATTN: CHRISTINA M THOMPSON, ESQ.

Bianchi Macron LLP
390 Old Country Road
Garden City, New York 11530
Attn: Gerard DiConza, Esq.

Bodoff & Slavitt LLP
Attn: Joseph S.U. Bodoff
225 Friend Street
Boston, MA 02114

Broward County Revenue Collection Division
Government Center Annex
115 Andrews Avenue
Fort Lauderdale, FL 33301
Attn: Sharon L. Cruz

CHEVRON PHILLIPS CHEMICAL COMPANY, LP
C/O McCLAIN, LEPPERT & MANEY, P.C.
711 LOUISIANA STREET - SUITE 3100
HOUSTON, TEXAS 77002
ATTN: MICHAEL LEPPERT, ESQ.

COCO-COLA ENTERPRISES INC.
C/O MILLER & MARTIN PLLC
832 GEORGIA AVENUE
SUITE 1000
CHATTANOOGA, TN 37402-2289

COMPUTER LEASING
COMPANY OF MICHIGAN, INC.
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
ATTN: EARLE I. ERMAN

COX SMITH MATTHEWS INCORPORATED
112 E. PECAN, SUITE 1800
SAN ANTONIO, TEXAS 78205
ATTN: PATRICK L. HUFFSTICKLER

COX SMITH MATTHEWS INCORPORATED
ATTN: PATRICK L. HUFFSTICKLER
112 E. PECAN, SUITE 1800
SAN ANTONIO, TEXAS 78205

CROWDER FAMILY JOINT VENTURE
C/O PHELPS DUNBAR LLP
P.O. BOX 23066
JACKSON, MS 39225-3066
ATTN: DOUGLAS C. NOBLE, ESQ.

CSX CORPORATION
500 WATER STREET, 8TH FLOOR
JACKSONVILLE, FL. 32202
ATTN: RUTH C. SALTER

CURTIS, MALLET-PREVOST COLT & MOSLE LLP
101 PARK AVENUE
NEW YORK, NY 10178
ATTN: STEVEN J. REISMAN

Citrus County Tax Collector
210 N. Apopka Avenue
Suite 100
Inverness, FL 34450

Coca-Cola Bottling Company United, Inc.
c/o Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, AL 35203

Craig A. Stokes
Rojas Santos Stokes & Garcia, LLP
3330 Oakwell Ct., Suite 225
San Antonia, TX 78218

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

DANIEL J. FLANIGAN, ESQ.
POLSINELLI SHATON WELTE SUELTHAUS PC
292 MADISON AVE., 17TH FLOOR
NEW YORK, NY 11017

DAVIS & FIELDS, P.C.
POST OFFICE BOX 2925
DAPHNE, AL 36526

DEL FAIR INC.
COHEN, TODD, KITE & STANFORD, LLC
250 EAST FIFTH STREET, SUITE 1200
CINCINNATI, OH 45202
ATTN: MONICA V. KINDT, ESQ.

DISCOVER FINANCIAL SERVICES, INC.
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015
ATTN: FRANK VYDRA, ESQ.

DLA Piper Rudnick Gray Cary LLP
1775 Wiehle Avenue
Suite 400
Reston, VA 20190
Attn: Daniel J. Carrigan, Esq.

DLA Piper Rudnick Gray Cary LLP
203 N. LaSalle Street, Suite1900
Chicago, IL 60601
Attn: Janice L. Duban, Esq.

DLA Piper Rudnick Gray Cary LLP
6225 Smith Avenue
Baltimore, MD 21209
Attn: Mark J. Friedman, Esq.

DRINKER BIDDLE & REATH LLP
1100 NORTH MARKET STREET
SUITE 1000
WILMINGTON, DE 19801
ATTN: ANDREW J. FLAME, ESQ

DYKEMA GOSSETT PLLC
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
ATTN: BRENDAN G. BEST, ESQ.

Daniel J. Carrigan
DLA Piper Rudnick Gray Cary US LLP
1200 19th St., NW, Ste. 800
Washington, DC 20036

Deutsche Bank Trust Company America
c/o Dennis J. Drebsky
437 Madison Avenue
New York, N.Y. 10022

Deutsche Bank Trust Company Americas
c/o Dennis Drebsky, Esq.
Nixon Peabody LLP
437 Madison Avenue
23rd Floor
New York, New York 10022

Developers Diversified Realty Corporation
3300 Enterprise Parkway
PO Box 227042
Beachwood, Ohio 44122
Attn: Eric C. Cotton, Esq.

ELIZABETH MONTGOMERY
242 WEST EIGHTH STREET
PONTOTOC, MS 38863

EMC2 CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

ERMAN, TEICHER, MILLER, ZUCKER &
FREEDMAN, P.C.
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
ATTN: EARLE I. ERMAN

Eastman & Smith Ltd.
One SeaGate
24th Floor
PO Box 10032
Toledo, Ohio 43699
Attn:Kenneth C. Baker

Flavor Pic Tomato Co
Robert Scheinbaum, Esq.
Podvey meanor
One Riverfront Plaza
Newark, NJ 07102

Ford, Bowlus, Duss, Morgan, Kenney,
Safer & Hampton, P.A.
10110 San Jose Blvd.
Jacksonville, FL 32257
Attn: Michael Bowlus
Attn: Katherine B. Schnass

Foster & Lindeman, P.A.
PO Box 3108
Orlando, FL 32802
Attn: William M Lindeman, Esq.

Frank J. Wright
C. Ashley Ellis
Hance Scarborough Wright .
Ginsberg & Brusilow, LLP.
14755 Preston Road, Suite 600
Dallas, TX 75254

Frankford Dallas, LLC
c/o Diane G. Reed
Reed & Reed
501 N. College Street
Waxahachie, TX 75165

Fredrikson & Byron, P.A.
Suite 4000
200 South Sixth Streets
Minneapolis, MN 55402
Attn: John M Koneck

Future Foods, Ltd.
1420 Valwood Pkwy.
Suite 184
Carrollton, TX 75006

GREENBERG TRAURIG, LLP
RICHARD S. MILLER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166

GRUENEBERG LAW GROUP, LLC
704 EAST MAIN STREET
BUILDING E
MOORESTOWN, NJ 08057
ATTN:RUDI R.GRUENEBERG, ESQ

Ginnie Van Kesteren, P.A.
Attn: Ginnie Van Kesteren
111 Second Avenue NE, Suite 706
St. Petersburg, FL 33701

Frank, Weinberg & Black, P.L.
7805 W. 6th Court
Plantation, FL 33324
Attn: David W. Black

Fredric C. Buresh, P.A.
Attn:Fredric C. Buresh
800 SE Third Avenue, 4th Floor
Ft. Lauderdale, FL 33316

Future Foods, Ltd.
1420 Valwood Pkwy.
Suite #164
Carrollton, TX 75006

GRAYROBINSON, P.A.
DONALD A. NOHRR, ESQ.
P.O. BOX 1870
MELBOURNE. FL 32902

GREENBERG TRAURIG, P.A.
MARK D. BLOOM, ESQ.
1221 BRICKELL AVENUE
MIAMI, FL 33131

Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, New Jersey 07102
Attn: David N. Crapo

Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
Attn: Mark D. Bloom, Esq.

GRUENEBERG LAW GROUP. LLC
704 EAST MAIN STREET
BUILDING E
MOORESTOWN, NJ 08057
ATTN:RUDI R.GRUENEBERG, ESQ

Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, New Jersey 07102
Attn: David N. Crapo

Ginnie Van Kesteren, P.A.
Attn: Ginnie Van Kesteren
111 Second Avenue NE, Suite 706
St. Petersburg. FL 33701

Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
Attn: Mark D. Bloom. Esq.

Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Attn: Richard S. Miller, Esq.

HAMILTON BEACH/PROCTOR-SILEX, INC.
4421 WATERFRONT DRIVE
GLEN ALLEN, VIRGINIA 23060
ATTN: WILLIAM RAY

HAYWOOD, DENNY & MILLER, LLP
3511 SHANNON ROAD, SUITE 140
POST OFFICE BOX 51429
DURHAM, NC 27717

HELD & ISREAL
1301 RIVERPLACE BLVD.
SUITE 1916
JACKSONVILLE, FL 32207
ATTN: EDWIN W. HELD

HIERSHCHE, HAYWARD, DRAKELEY &
URBACH, P.C.
15303 DALLAS PARKWAY, SUITE 700
ADDISON, TX 15001
ATTN: RUSSELL W. MILLS

HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUED
SUITE 2500
MIAMI, FL 33131
ATTN: CRAIG V RASILE

HOGAN & HARTSON L.L.P.
875 THIRD AVENUE
NEW YORK, NY 10022
ATTN: IRA S. GREENE

Haynsworth Sinkler Boyd, P.A.
William H. Short, Jr.
Post Office Box 11889
Columbia, SC 29211-1889

Hearst Tower
47th Floor
214 North Tryon Street
Charlotte, NC 28202
Attn: Amy Pritchard Williams

Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Attn: Paul Rubin, Esq.

IBM CORPORATION
TWO LINCOLN CENTRE
OAKBROOK TERRACE, ILLINOIS 60618
ATTN: BEVERLY H. SHIDELER

J. HAYDEN KEPNER
DARRYL S. LADDIN
171 17TH ST. NW
SUITE 2100
ATLANTA, GEORGIA 30363

JENKENS & GILCHRIST
1445 ROSS AVENUE, SUITE 3200
DALLAS, TEXAS 75202
ATTN: MICHAEL S. HELD, ESQ.

James P. Botti, Esq.

Porter, Wright, Morris & Arthur LLP
41 South High Street, 31st Floor
Columbus, Ohio 43215

Johnson, Pope, Bokor, Ruppel & Burns LLP
911 Chestnut Street
Clearwater, FL 33756
Attn: Michael C. Markham

KATTEN MUCHIN ZAVIS ROSENMAN
C/O THOMAS J. LEANSE
C/O DUSTIN P. BRANCH
2029 CENTURY PARK EAST
SUITE 2600
LOS ANGELES. CA 90067

Hughes & Luce, L.L.P.
111 Congress Avenue
Suite 900
Austin. TX 78701
Attn:Sabrina L. Streusand

ICE MILLER
ONE AMERICAN SQUARE, BOX 82001
INDIANAPOLIS, INDIANA 46282
ATTN: HENRY A. EFROYMSON
ATTN: MARK A BOGDANOWICZ

JAMES J. LOTZ
FOLEY & MANSFIELD, P.L.L.P
545 MADISON AVENUE
15TH FLOOR
NEW YORK. NY 10022

James P. Botti, Esq.
Porter, Wright, Morris & Arthur LLP
41 South High Street
31st Floor
Columbus, OH 43215

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
PO Box 1776
Raleigh, NC 27602
Attn: Jean Wimborne Boyles

Johnston, Harris, Gerde & Jelks, P.A.
c/o Jerry W. Gerde, Esq.
239 East 4th St.
Panama City, FL 32401

KAYE SCHOLER LLP
425 PARK AVENUE
NEW YORK, NY 10022
ATTN: RICHARD G. SMOLEV
ATTN: KEITH R. MURPHY

KEITH L. BELL, JR.
CLARK PARTINGTON, HART. LARRY
BOND & STACKHOUSE
125 WEST ROMANA STREET. SUITE 800
P.O.BOX 13010
PENSACOLA, FL 32591-3010

Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, California 90067
Attn: Thomas J. Leanse
Attn: Dustin P. Branch

Kennedy Covington Lobdell & Hickman, LLP
Two Hannover Square, Suite 1900
434 Fayetteville Street Mall
PO Box 1070
Raleigh, NC 27602

Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St., 5th Fl
Philadelphia, PA 19102
Attn: Morton R. Branzburg, Esq.

Klien & Solomon, LLP
275 Madison Avenue, 11th Fl.
New York, NY 10016
Attn: Solomon J. Jaskiel

Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, Michigan 48075

LOCKE LIDDELL & SAPP LLP
600 TRAVIS STREET
3400 CHASE TOWER
HOUSTON, TX 77002

Kaplan and Freedman, P.A.
9410 Southwest 77th Avenue
Miami, FL 33156
Attn: Matthew E. Kaplan, Esq.

Kaufman & Canoles. P.C.
150 West Main Street
P.O. Box 3037
Norfolk. Virginia 23514-3037
Attn: Paul K. Campsen, Esq.

Kilpatrick Stockton LLP
1100 Peachtree Street, N.E.
Suite 2800
Atlanta, GA 30309
Attn: Todd C. Meyers, Esq.

Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA 19102
Attn: Jeffrey Kurtzman
Attn: Carolyn Hochstadter Dicker

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Attn:John W. Kozyak, Esq.
Attn: Laurel M. Isicoff, Esq.

LIEBMANN. CONWAY, OLEJNICZAK & JERRY. S.C.
231 S. ADAMS STREET
PO BOX 23200
GREEN BAY. WI 54305-3200
ATTN: JEROME E. SMYTH

LOWENSTEIN SANDLER PC.
1251 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK, NY 10020
ATTN: BRUCE NATHAN, ESQ.

LOWNDES, DROSDICK, DOSTER, KANTOR AND REED P.A.
450 S. ORANGE AVENUE, SUITE 800 (32801)
PO BOX 2809
ORLANDO, FL 32802
ATTN: ZACHARY J. BANCROFT, ESQ.

Lathrop & Gage L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108
Attn: Stephen B. Sutton

Law Offices of Avrum J. Rosen
38 New Street
Huntington, New York 11743

Leonard, Street and Deinard
Larry B. Ricke (#121800)
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402

Levenfeld Perlstein, LLC
211 Waukegan Road, Suite 300
Northfield, Illinois 60093
Attn: William S. Schwartz

Locke Liddell & Sapp LLP
600 Travis Street
3400 Chase Tower
Houston, Texas 77002
Attn: Thomas H. Grace, Esq.
Attn: W. Steven Bryant, Esq.

MACCO & STERN, LLP
135 PINELAWN ROAD
SUITE 120 SOUTH
MELVILLE, NEW YORK 11747
ATTN: RICHARD L. STERN

MANIER & HEROD
150 FOURTH AVENUE NORTH
SUITE 220
NASHVILLE, TN 37219
ATTN: J. MICHAEL FRANKS
ATTN: THOMAS T. PENNINGTON

MARRERO LAND AND IMPROVEMENT
ASSOCIATION, LIMITED
5201 WESTBANK EXPRESSWAY, SUITE 400
MARRERO, LOUISIANA 70072
ATTN: VINCENT A. VASTOLA

MCGRATH NORTH MULLIN & KRATZ PC LLO
ATTN: JAMES J. NEIMEIER, ESQ.
FIRST NATIONAL TOWER, SUITE 3700
1601 DODGE STREET
OMAHA, NEBRASKA 68102

MDL Westgate, Ltd
c/o Wachtel & Masyr, LLP
110 East 59th Street
New York, New York 10022

MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED
4 WORLD FINANCIAL CENTER
NEW YORK, NY 10080
ATTN: NICHOLAS GRIFFTHS

MFR PROPERTIES LLC
GENOVESE GLUCK P.C.
ROBINSON BROG LEINWAND GREENE
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

MIMMS ENTERPRISES, INC.
ATTN: THOMAS B. MIMMS, JR.
85-A MILL STREET
ROSWELL, GA 30075

MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 N. MARKET STREET
PO BOX 1347
WILMINGTON, DE 19899
ATTN: ERIC D. SCHWARTZ, ESQ.

MORRISON & FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK. NY 10104
ATTN: JASON C. DIBATTISTA, ESQ.

MORRITT HOCK HAMROFF & HOROWITZ LLP
400 GARDEN CITY PLAZA
GARDEN CITY, NJ 11530
ATTN: MARC L. HAMROFF

MOSELEY. PRICHARD. PARRISH. KNIGHT & JONES. P.A.
501 WEST BAY STREET
JACKSONVILLE. FLORIDA 32202
ATTN : RICHARD K. JONES. ESQ
ERIC L. HEARN, ESQ.

Macey, Wilensky, Cohen, Wittner & Kessler, LLP
600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303
Attn: Louis G. McBryan, Esq.

Manatee County Tax Collector
819 U.S. 301 Blvd. West
Bradenton, FL 34205
Attn: Ken Burton

Manatee County Tax Collector
PO Box 25300
Bradenton, FL 34206
Attn: Ken Burton

Markowitz, Davis. Ringel & Trusty, P.A.
9130 South Dadeland Boulevard
Suite 1225
Miami, FL 33156
Attn: Jerry M. Markowitz
Attn: Rachel L. Rubio

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Attn: William D. Wallach

McGuirewoods LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2900
Charlotte, North Carolina 28202
Attn: Robert A. Cox

Milbank, Tweed, Hadley & McCloy LLP
1 Chast Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
Attn: Matthew S. Barr, Esq.

Milling Benson Woodward L.L.P.
909 Poydras Street
Suite 2300
New Orleans, LA 70112-1010
Attn: David Conroy, Esq.

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Attn: Neil E. Herman, Esq.

Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
PO Box 2306
Wilmington, Delaware 19899
Attn: Stephen M. Miller

Moseley, Prichard, Parrish, Knight & Jones, P.A.
501 West Bay Street
Jacksonville, FL 32202
Attn: Richard K. Jones, Esq.

Mr. Austin Nooney
McCormick & Company, Inc.
211 Schilling Circle
Hunt Valley, Maryland 21031

NEIMAN GINSBURG & MAIRANZ P.C.
39 BROADWAY - 25TH FLOOR
NEW YORK, NY 10006

Office of the United States Trustee
33 Whitehall Road, Suite 2100
New York, NY 10004
Attn: Richard C. Morrissey, Esq.

Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Attn:Jonathan N. Helfat
Attn: Daniel F. Fiorillo

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, PC
1111 BAY AVENUE, 3RD FLOOR
PO BOX 1199
COLUMBUS, GA 31902
ATTN: LEE CHAMPION

PHELPS DUNBAR LLP
111 EAST CAPITOL, SUITE 600
POST OFFICE BOX 23066
JACKSON, MS39225-3066
ATTN: DOUGLAS C. NOBLE

PITNEY HARDIN LLP
7 TIMES SQUARE
NEW YORK, NEW YORK 10036
ATTN: CONRAD K. CHIU

PORZIO, BROMBERG & NEWMAN, P.C.
WARREN J. MARTIN JR. ESQ.
BRETT S. MOORE, ESQ.
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962

Parnell & Crum, P.A.
Attn: Charles N. Parnell, III
PO Box 2189
Montgomery, Alabama 36102

Paskert Distributing, Inc.
c/o Larry M. Foyle, Esq.
PO Box 800
Tampa, FL 33601

Paul K. Campsen, Esq.
Kaufman & Canoles, a Professional Corp.
150 West Main Street (23510)
PO Box 3037
Norfolk, VA 23514

Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
Attn: Charles J. Filardi, Jr.

Pepper Hamilton LLP
3000 Two Logan Square
Eithteenth & Arch Streets
Phildelphia, PA 19103
Attn: Linda J. Casey

Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899

Peter L. Slinn
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101

Pitney Hardin LLP
PO Box 1945
Morristown, NJ 07932-1945
Attn: Richard M. Meth, Esq.

Quadrangle Group LLC
375 Park Avenue, 14th FL
New York, NY 10152
Attn: Patrick Bartels

RICHARD S. LAUTER, ESQ.
SARA E. LORBER, ESQ.
SEYFARTH SHAW, LLP
55 EAST MONROE STREET
SUITE 4200
CHICAGO, IL 60601-5803

RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CA 92660
PATRICIA RYNN, ESQ.

Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Attn: Kurt F. Gwynne

Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101
Attn: Bruce G. MacIntyre

Pitney Hardin LLP
200 Campus Drive
Florham Park, NJ 07932
Attn: Richard M. Meth, Esq.

Quadrangle Group LLC
375 Park Avenue, 14th FL
New York, NY 10152
Attn: Andrew Herenstein

RICHARD BLACKSTONE WEBBER II, P.A.
RICHARD BLACKSTONE WEBBER II, ESQ.
320 MAITLAND AVENUE
ALTAMONTE SPRINGS, FL 32701

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK PC.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
ATTN: FRED B. RINGEL. ESQ.

Reed & Reed
501 N. College Street
Waxahachie, TX 75165
Attn: Diane G. Reed

Reed Smith LLP
1301 K Street, NW
Suite 1100 East Tower
Washington, DC 20005
Attn: Robert M. Marino. Esq.

Reed Smith LLP
599 Lexington Avenue, 27th Floor
New York, NY 10022
Attn: Elena P. Lazarou

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Robinson, McFadden & Moore, P.C.
PO Box 944
Columbis, South Carolina 29202
c/o Annemarie B. Matthews

Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, Ohio 44115
Attn: Diana M. Thimmig. Esq.

Ross G. Fingold Levy & Droney. P.C.
74 Batterson Park Road
Farmington, CT 06032
Attn: Ross G. Fingold

SIRVA RELOCATION
ATTN: GLENN M. REISMAN
TWO CORPORATE DRIVE
PO BOX 861
SHELTON, CT 06484

SMITH, KATZENSTEIN & FURLOW
800 DELAWARE AVENUE, 7TH FLOOR
PO BOX 410
WILMINGTON, DE 19899
ATTN: KATHLEEN M. MILLER

SONNENSCHEIN NATH & ROSENTHALL
1221 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020
ATTN: CAROLE NEVILLE, ESQ.
ATTN: JO CHRISTINE REED. ESQ.

SQIRE, SANDERS & DEMPSEY L.L.P.
1300 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215
ATTN: KIRSTIN E. RICHNER

STEVEN T. WATERMAN
C/O RAY QUINNEY & NEBEKER, PC
P.O. BOX 45385
SALT LAKE CITY, UT 84145-0385

Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899
Attn: Mark Minuti, Esq.

Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Avenue
35th Floor
New Orleans, LA 70170-3500
Attn:J. David Forsyth

Shapiro & Croland
Continental Plaza II
411 Hackensack Avenue, 6th Floor
Hakensack, NJ 07601
Attn: Alexander G. Benisatto

Sher Garner Cahill Richter Klein & Hilbert. LLC
Attn: Elwood F. Cahill, Jr
Attn: Neil J. Kling
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112

Sills Cummins Epstein & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
Attn: Andrew Sherman, Esq.

Simpson Law Offices, LLP
PO Box 550105
Atlanta, GA 30355-2505
Attn:James W. Martin, Esq.

Skadden Arps Slate Meager & Flom, LLP
Four Times Square
NewYork, NY 10036
Attn: David J. Baker, Esq.

Skadden, Arps, Slate Meagher & Flom
4 Times Square
New York, NY 10036
Attn: Jan Baker
Attn: Sally Henry

Smith Debnam Narron Wyche Saintsing & Myers, LLP
PO Box 26268
Raleigh, NC 27611
Attn:Byron L. Saintsing

Smith Hulsey & Busey
225 Water Steet
Suite 1800
Jacksonville, FL 32202
Attn: James H. Post, Esq.

Smith, Anderson, Blount, Dorsett, Mitchell
& Jernigan, L.L.P.
Amos U. Priester. IV
Attys for Pepsi Bottling Ventures LLP
Post Office Box 2611
Raleigh. NC 27602-2611

Snell & Wilmer, L.L.P.
Counsel for Dial Corporation
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203
Attn: Walter F. McArdle

Special Handling Group
IBM Credit LLC
North Castle Drive
Armonk, NY 10504
Attn: Fran Bastone

Stephen M. Miller, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Stichter Riedel Blain & Posser, P.A.
110 East Madison St., Suite 200
Tampa, FL 33602
Attn: Don M. Stichter

TAPLIN & ASSOCIATES
350 FIFTH AVENUE, SUITE 2418
NEW YORK, NY 10118
ATTN: RONALD SCOTT KANIUK

THE INLAND REAL ESTATE GROUP, INC.
LAW DEPARTMENT
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523
ATTN: BERT K. BETTOURNA, ESQ.

TINDALL PROFESSIONAL PLAZA
14 TINDALL ROAD
MIDDLETOWN, NEW JERSEY 07748
ATTN: RONALD HOROWITZ

TODD M. GALANTE, ESQ.
ST. JOHN WAYNE, L.L.C.
TWO PENN PLAZA EAST
NEWARK , NJ 07105


Tennessee Department of Revenue
c/o TN Attorney General, Bankruptcy Div.
P.O. Box 20207
Nashville, Tennessee 37202-0207

The B&F System, Inc.
c/o Hance Scarborough Wright, et al.
14755 Preston Rd., Suite 600
Dallas, TX 75254


The Kroger Co.
Law Department
1014 Vine Street
Cincinnati, OH 45202
Attn: Frances A. Tucker

Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092
Attn: Albert F. Nasuti, Esq.


Thrivent Financial
c/o Foley & Mansfield PLLP
545 Madison Avenue 15th floor
New York NY 10022

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022
Attn: Alex Spizz, Esq.


Traub, Bonacquist & Fox LLP
655 Third Avenue - 21st Floor
New York, NY 10017
Attn: Paul Traub, Esq.

Tritt & Fransin, P.A.
707 Peninsular Place
Jacksonville, FL 32204
Attn: Albert T. Franson, Esq.


UniCru, Inc.
c/o Peter L. Slinn
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101

UniCru, Inc.
c/o Stoel Rives LLP
600 University Street
Suite 3600
Seattle, WA 98101


United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place
PO Box 352
Grand Rapids, Michigan 49501

Venable LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, MD 21201

WILMINGTON TRUST COMPANY
1100 NORTH MARKET STREET
RODNEY SQUARE NORTH
WILMINGTON, DE 19890
ATTN: STEVEN M CIMALORE

Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Attn: David E. Lemke, Esq.
Attn: Robert J. Welhoelter, Esq.

Wander & Associates, P.C.
641 Lexington Avenue, 21st FL
New York, NY 10022
Attn: David H. Wander, Esq.

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Attn: Michael D. Warner, Esq.
Attn: David T. Cohen, Esq.

Watkins Ludlam Winter & Stennis, P.A.
633 North State Street
PO Box 427
Jackson, Mississippi 39205
Attn: Kristina M. Johnson

Weiss Serota Helfman, et al.
3107 Stirling Road, Suite 300
Fort Lauderdale, FL 33312
Attn: Douglas R. Gonzales, Esq.

Wharton, Aldhizer & Weaver, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401
Attn: Stephan W. Milo, Esq.

Wheelis & Rozanski
PO Box 13199
Alexandria, LA 71315
Attn: Stephen D. Wheelis

William P. Wessler, esq
Attorney at Law
1624 24th Avenue
Gulfport, MS 39501

Williams Mullen Hofheimer Nusbaum
1021 East Gary Street
PO Box 1320
Richmond, VA 23218-1320
Attn: Paul S. Bliley, Esq.

Williams Mullen Hofheimer Nusbaum
999 Waterside Drive, Suite 1700
PO Box 3460
Norfolk, VA 23514-3460
Attn:David A. Greer

Wormser, Kiely, Galef & Jacobs LLP
825 Third Avenue
New York, NY 10022
Attn: Janice B. Grubin, Esq.

Young Williams P.A.
PO Box 23059
Jackson, MS 39225-3059
Attn: Robert L. Holladay, Jr.

ACCO Brands, Inc. 05-11063
75 Remittance Drive
Suite 1187
Chicago, IL 60675-1187

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Bradley T. Keller
c/o Wolff, hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Van Kesteren, P.A.
111 Second Avenue NE, Suite 706
St. Petersburg, FL 33701

Rayburn Barfield
Murray, Frank & Sailer LLP
275 Madison Avenue
8th Floor
New York, NY 10027

Richard S. Ehster
c/o Wolff, Hill, McFarlin & Herron. P.A.
1851 W. Colonial Drive
Orlando, FL 32804

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522