**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

WINN DIXIE STORES, INC.,                    Case No. 3:05-bk-03817-JAF

    Debtor.                                             Chapter 11

_____/

**NOTICE OF APPEARANCE**

    COMES NOW the firm of DENNIS LeVINE & ASSOCIATES, P.A. and files this Notice of Appearance as counsel of record for RMC PROPERTY GROUP, a creditor in the above-styled cause, and requests:

1. That his name be added to the Matrix as:

    RMC PROPERTY GROUP
    c/o Dennis LeVine & Associates, P.A.
    P.O. Box 707
    Tampa, FL 33601-0707

2. That he be provided copies of all pleadings filed herein.

    /s/DAVID E. HICKS.
    DAVID E. HICKS, ESQ.
    Fla. Bar No. 0368245
    DENNIS LeVINE & ASSOCIATES, P.A.
    P.O. Box 707
    Tampa, FL 33601-0707
    (813) 253-0777
    (813) 253-0975 (fax)
    Attorneys for RMC Property Group

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished either by electronic or standard first class mail to the parties listed below on this  29th  day of April, 2005.

                                              /s/DAVID E. HICKS
                                              DAVID E. HICKS, ESQ.

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin, Esq.
Skadden Arps, et al
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
Counsel for Committee
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005