United States Bankruptcy Court
For the Middle District of Florida

| Winn-Dixie Stores, Inc | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-03817 |
| Debtor | } Amount $378,000.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SCOTTLAND MALL INC.**
**TRI CITIES SHOPPING CENTER**
**ROCKINGHAM, NC 28379**

The transfer of your claim as shown above in the amount of $378,000.00 has been transferred to:

> Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

By:/s/ Jeffrey Caress
Revenue Management
(201) 968-0001

649571

CONSENT AND WAIVER

Upon Assignor's delivery to Assignee of its executed signature page to this Assignment of Claim Agreement, Assignor hereby authorizes Assignee to file a notice of transfer pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedure ("FRBP"), with respect to the Claim, while Assignee performs its due diligence on the Claim. Assignee, at its sole option, may subsequently file a notice of transfer pursuant Rule 3001 (e) of the FRBP transferring Claim back to Assignor. Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Claim Agreement and hereby waives (i) its right to raise any objection hereto, and (ii) its right to receive notice pursuant to Rule 3001 (e) of the FRBP.

IN WITNESS WHEREOF, the undersigned Assignor hereto sets his hand this 11th day of April, 2005

By: _____
        Signature

CLAUDE F. SMITH SR., PRESIDENT
Print Name/Title

910-997-2544 Ext. 3
Telephone #

IN WITNESS WHEREOF, the undersigned Assignee hereto sets his hand this _____ day of _____, 2005

Jeffrey L. Caress
Liquidity Solutions, Inc.
201-968-0001

CFS