**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of Order (A) Establishing Deadline for Filing Proofs of Claim, (B) Approving Proof of Claim Form, (C) Approving Proof of Claim Filing Deadline Notices, (D) Approving Mailing Procedures, (E) Conditionally Approving Publication Procedures and (F) Conditionally Providing Certain Supplemental Relief (Docket No. 932) was furnished by mail and/or electronically on April 28, 2005 to those parties on the attached Master Service List.

SMITH HULSEY & BUSEY


By   *s/ Cynthia C. Jackson*
   Stephen D. Busey
   James H. Post
   Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

   -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for Debtors