UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,

        Debtor(s)

## ORDER DENYING MOTION FOR ORDER WAIVING THE LOCAL COUNSEL REQUIREMENT PURSUANT TO LOCAL RULE 2090-1

Upon consideration of the Motion for Order waiving the local counsel requirement pursuant to local rule 2090-1 filed by Entergy on April 27, 2005, For good cause shown, it is

**ORDERED:**

The motion is denied.

DATED April 29, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael D. Warner, 1700 City Center Tower II, 301 Commerce St., Fort Worth, TX  76102
Cynthia Jackson, Co-Counsel for Debtor
D.J. Baker, Co-Counsel for Debtor
United States Trustee