UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC.,

      Debtor.

CONSOLIDATED CASE
NO.: 3-05-bk-3817

_____/

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Michael Franks, of the law firm of Manier & Herod, hereby designate as local attorney for creditor Liberty Mutual Insurance Company in the above-styled case:

    Jeffrey C. Regan, Florida Bar No. 436550
    Hedrick Dewberry Regan & Durant, P.A.
    50 North Laura Street, Suite 1600
    Jacksonville, Florida 32202
    (904) 356-1300 [telephone]
    (904) 356-8050 [facsimile]

This 26 day of April, 2005.

                      By: _____
                          Michael Franks
                          MANIER & HEROD
                          One Nashville Place, Suite 2200
                          150 Fourth Avenue, N.
                          Nashville, TN 37219
                          (615) 742-9308 [telephone]
                          (615) 242-4203 [facsimile]

### CONSENT TO ACT

I, Jeffrey C. Regan, hereby consent to act as local counsel of record for creditor Liberty Mutual Insurance Company in this cause pursuant to Rule 2090-1, L.B.R.

Dated this 29th day of April, 2005.

**HEDRICK DEWBERRY REGAN & DURANT PA**

/s/ Jeffrey C. Regan
Jeffrey C. Regan, Florida Bar No. 436550
Hedrick Dewberry Regan & Durant, P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 356-1300 [telephone]
(904) 356-8050 [facsimile]
jregan@hdrd-law.com
tbomhard@hdrd-law.com
**Counsel for Creditor Liberty Mutual Insurance Company**