UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC.,

           Debtor.

CONSOLIDATED CASE
NO.: 3-05-bk-3817

_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN by the undersigned counsel of appearance as local counsel for creditor, Liberty Mutual Insurance Company, in the above-styled case.

**HEDRICK DEWBERRY REGAN & DURANT PA**

/s/ Jeffrey C. Regan
Jeffrey C. Regan, Florida Bar No. 436550
Hedrick Dewberry Regan & Durant, P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 356-1300 [telephone]
(904) 356-8050 [facsimile]
jregan@hdrd-law.com
tbomhard@hdrd-law.com
**Counsel for Creditor Liberty Mutual Insurance Company**

This 29th day of April, 2005.