**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER AUTHORIZING (I) RETROACTIVE REJECTION**
**OF CERTAIN REAL PROPERTY LEASES AND (II) ABANDONMENT OF**
**RELATED PERSONAL PROPERTY**

These cases came before the Court for hearing on May 19, 2005, upon the motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 authorizing and approving the rejection by the Debtors effective retroactively of certain unexpired non-residential real property leases listed on Exhibit A attached hereto (collectively, the "Leases") (the "Motion"). The Court has reviewed the Motion, considered the evidence and heard the argument of counsel. After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is ORDERED AND ADJUDGED:

      1.      The Motion is granted.

      2.      The Debtors are authorized to reject the Leases pursuant to 11 U.S.C. § 365(a), and each Lease is hereby deemed rejected, effective as of the earlier of (a) the date upon which the Debtors provide notice of termination to the landlords party to the Leases and tender

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

possession of the premises to such landlords and (b) the date of entry of an order approving the rejection.

3. Any interest of any of the Debtors in any personal property remaining in the stores that are the subject of the Leases is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the date of entry of this Order.

4. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases, whether or not related to the Leases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated May _____, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

# EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 559 | HWY 90 & LLOYD STREET<br>Crestview, FL 32536 | Sun West N.C. Iii Partners Limited Partnership |
| 625 | 4536 HIGHWAY 70<br>Bradenton, FL 34203 | August Urbanek Ivest. |
| 817 | 5531 CAROLINA BEACH ROAD<br>Wilmington, NC 28401 | Downtown Two, Llc |
| 826 | 2509 N. HERITAGE STREET<br>Kinston, NC 28501 | Heritage Crossing Associates, Lp |
| 886 | 813 E BLVD<br>Williamston, NC 27892 | Roanote Landing Limited Partnership |
| 942-BL | 12450 GAYTON ROAD<br>Richmond, VA 23233 | Dpj Company Limited |
| 942-GL | 12450 GAYTON ROAD<br>Richmond, VA 23233 | Dpj Company Limited |
| 950 | 351 NORTH COLLEGE DRIVE<br>Franklin, VA 23851 | W. D. Of Virginia, Inc. |
| 959 | 5260 OAKLAWN BLVD<br>Hopewell, VA 23860 | George D. Zamias |
| 963 | 4920 GREENSBORO ROAD<br>Ridgeway, VA 24148 | Sheffield Estates, Inc. |
| 983 | 1255 FRANKLIN STREET<br>Rocky Mount, VA 24151 | W-D Rocky Mount,Va Partners,Llc |
| 1611 | 1651 PARIS PIKE<br>Georgetown, KY 40324 | Assigned To Malone And Hyde |
| 1704 | 1065 READING ROAD<br>Mason, OH 45040 | Mason Shopping Center Partnership |
| 1758 | 1535 WEST GALBRAITH ROAD<br>Cincinnati, OH 45231 | Wiedemann Square,Llc |
| 1764 | 2220 WAYCROSS ROAD<br>Cincinnati, OH 45240 | Civic Center Station,Ltd. |
| 1776 | 1967 DIXIE HIGHWAY<br>Ft. Wright, KY 41011 | Tappen Properties Lp |
| 2109 | 3901 N KINGS HWY<br>Myrtle Beach, SC 29577 | Sam Development Associates Llc |
| 2115 | 124 S CASHUA DRIVE<br>Florence, SC 29501 | Florence Marketplace Investors, Llc |
| 2116 | 1611 S. IRBY STREET<br>Florence, SC 29505 | Carolina Enterprises,Inc |
| 2124-BL | HWY 501 16TH AVE<br>Conway, SC 29526 | Ccp Employee Profit Sharing Plan |
| 2124-GL | HWY 501 16TH AVE<br>Conway, SC 29526 | Ccp Employee Profit Sharing Plan |
| 2146 | 139 WESTFIELD DR.<br>Hartsville, SC 29550 | Hazel Park Associates |
| 2537 | 944 EAST STATE ROAD 436<br>Casselberry, FL 32730 | Casselsquare Llc |
| 9093 | 210 Century Drive<br>Bartow, FL 33830 | Zurich Structured Finance |