**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.,</u> | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **May 19, 2005, at**

**1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States

Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D,

Jacksonville, Florida 32202 to consider the Debtors' motion for an order under 11 U.S.C.

§§105(a) and 363 and Fed. R. Bankr. P. 6004 (a) authorizing and approving the sale of a 2002

Gulfstream G-200 aircraft and related equipment to Studio City Aviation 04, LLC free and clear

of liens, claims, interests and encumbrances, (b) authorizing the payment of a brokerage fee in

connection with the sale to Bloomer deVere Group Avia, Inc. and (c) granting related relief.

Only objections filed with the Court and served on (i) D. J. Baker at

djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square,

New York, New York 10036, (ii) Eric M. Davis at emdavis@skadden.com, Skadden, Arps,

Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling
Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy
Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc.,
Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige
Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc.,
Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

and (iii) Cynthia C. Jackson at cjackson@smithhulsey.com, Smith, Hulsey & Busey, 225 Water Street, Suite 1806, Jacksonville, Florida 32202 so as to be received by **May 12, 2005** will be considered by the Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  April 29, 2005

SKADDEN, ARPS, SLATE,                     SMITH HULSEY & BUSEY
  MEAGHER & FLOM LLP


By      /s/ *D. J. Baker*                  By     */s/ Cynthia C. Jackson*
        D. J. Baker                                Stephen D. Busey
        Sally McDonald Henry                       James H. Post
        Rosalie Walker Gray                        Cynthia C. Jackson

Four Times Square                          Florida Bar Number 498882
New York, New York 10036                   225 Water Street, Suite 1800
(212) 735-3000                             Jacksonville, Florida  32202
(917) 777-2150 (facsimile)                 (904) 359-7700
                                           (904) 359-7708 (facsimile)

- 2 -

412554.05-Wilmington Server 1A - MSW