UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-03817-3F1

IN RE:

WINN-DIXIE STORES, INC., et al.,

          Debtor(s)

## ORDER DENYING MOTION FOR ORDER WAIVING THE LOCAL COUNSEL REQUIREMENT PURSUANT TO LOCAL RULE 2090-1

Upon consideration of the Motion for Order waiving the local counsel requirement pursuant to local rule 2090-1 filed by Entergy on April 27, 2005, For good cause shown, it is

**ORDERED:**

The motion is denied.

DATED April 29, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael D. Warner, 1700 City Center Tower II, 301 Commerce St., Fort Worth, TX 76102
Cynthia Jackson, Co-Counsel for Debtor
D.J. Baker, Co-Counsel for Debtor
United States Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy              Page 1 of 1              Date Rcvd: Apr 29, 2005
Case: 05-03817               Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on May 01, 2005.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Michael D. Warner,   1700 City Center Tower II,   301 Commerce St.,   Fort Worth, TX 76102-4140

The following entities were served by electronic transmission on Apr 30, 2005 and receipt of the transmission
was confirmed on:
ust         +E-mail: ustp.region21.or.ecf@usdoj.gov Apr 30 2005 02:52:16     United States Trustee - JAX,
              135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2005**                  **Signature:**    *Joseph Speetjens*