UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE | * | CASE NO. 05-03817-3F1 |
| | * | |
| WINN-DIXIE STORES, INC., *et al*, | * | *Chapter 11* |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |

**NOTICE OF APPEARANCE
AND
REQUEST FOR COPIES OF ALL NOTICES**

D. L. Lee & Sons, Inc. ("Lee"), a party in interest in the above referenced bankruptcy case, files this Notice of Appearance and Request for Copies of All Notices pursuant to Bankruptcy Rule 2002(i) and requests that all notices which must be noticed to creditors, any creditors' committees, and any other parties in interest (Rules 2002(a), (b), and (c)), whether sent by the Court, the debtor or any other party in the case, be sent to the undersigned. Lee further requests that the following be added to the Court's Master Mailing List pursuant to Rule 2002(g):

> D. L. Lee & Sons, Inc.
> Macey, Wilensky, Cohen, Wittner & Kessler, LLP
> ATTN: Louis G. McBryan
> 600 Marquis Two Tower
> 285 Peachtree Center Avenue
> Atlanta, GA 30303-1229

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Lee's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) Lee's right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) Lee's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Lee is or may be entitled

under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

This 29th day of April, 2005.

                          Respectfully submitted,

                          MACEY, WILENSKY, COHEN,
                             WITTNER & KESSLER, LLP

                        BY: _____
                            Louis G. McBryan
                            Georgia Bar No. 480993

                        Attorneys for D. L. Lee & Sons, Inc.

600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1229
Tel.:  (404) 584-1200
Fax:  (404) 681-4355

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL NOTICES was forwarded electronically and/or by first class mail postage prepaid to:

| | |
|---|---|
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202 | Debtor's Attorney |
| David J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10004 | Debtor's Attorney |

Kenneth C. Meeker, Assistant U. S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801

David K. Oliveria, Clerk of Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

This 29th day of April, 2005.

                                                  MACEY, WILENSKY, COHEN,
                                                      WITTNER & KESSLER, LLP

                                                      BY: _____
                                                         Louis G. McBryan
                                                         Georgia Bar No. 480993
                                               Attorneys for D. L. Lee & Sons, Inc.

600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1229
Tel.:  (404) 584-1200
Fax:  (404) 681-4355

{304553.1}