IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In RE:

WINN-DIXIE STORES, INC.,             Case No.: 3:05-bk-03817-JAF
                                                Chapter 11
    Debtor.
_____/

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER FORMS

PLEASE TAKE NOTICE that the undersigned counsel of the firm of Iurillo & Associates, P.A., hereby appears on behalf of **JOANNE DEHAVEN and TAMMY HUNT.**

PLEASE TAKE FURTHER NOTICE that **JOANNE DEHAVEN and TAMMY HUNT** hereby request and demand that notice of any action taken or any motions filed by any other parties be sent to it through its undersigned counsel at the address set forth below.

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, proposed sales, auction sales, settlements and compromises, hearings, answering or reply papers, memoranda or briefs in support of the foregoing, whether formal or informal, whether written or oral and transmitted or conveyed in any manner, and any other documents brought in this Court with respect to these proceedings.

                                         IURILLO & ASSOCIATES, P.A.

                                         /s/ Sabrina C. Beavens
                                         Sabrina C. Beavens, Esquire
                                         Fla. Bar No. 569011
                                         Camille J. Iurillo, Esquire
                                         Fla. Bar No. 902225
                                         Iurillo and Associates, P.A.
                                         Sterling Square
                                         600 First Avenue North, Suite 308
                                         St. Petersburg, FL 33701
                                         (727) 895-8050 telephone
                                         (727) 895-8057 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of April, 2005, I served a true and correct copy of **NOTICE OF APPEARANCE** by electronic filing to the U.S. Trustee, and by U.S. Mail upon all counsel of record as listed on the attachment to this certificate.

IURILLO & ASSOCIATES, P.A.

*/s/ Sabrina C. Beavens*

Sabrina C. Beavens, Esquire
Fla. Bar No. 569011
Camille J. Iurillo, Esquire
Fla. Bar No. 902225
Iurillo and Associates, P.A.
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Buffalo Rock Co.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Citrus World, Inc. d/b/a Florida's Natu
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Cynthia C. Jackson
Smith Hulsey &Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Long Wholesale, Inc. d/b/a CCC Beauty Su
Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Meridian Coca-Cola Bottling Company
Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Mosby's Packing Company, Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Northeast MS Coca-Cola Bottling Co., Inc.
Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Rachel E. Adams, Esquire
200 S. Orange Avenue
Suite 1220
Orlando, FL 32801

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Southeast Milk, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd.
Jacksonville, FL 32207

TA Western, LLC
c/o Held & Israel
1301 Riverplace Blvd.
Jacksonville, FL 32207

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699