IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
APR 29 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN DIXIE STORES, INC., et al.

Debtor.

Case No. 3:05-bk-03817-JAF
(Jointly Administered)

## NOTICE OF APPEARANCE

Nicholas V. Pulignano, Jr., an attorney with the law firm of Marks Gray, P.A., 1200 Riverplace Blvd., Suite 800, Jacksonville, FL 32207, and Mary E. Gardner, an attorney with the law offices of Keaton & Associates, PC, Suite 903, 1278 West Northwest Highway, Palatine, Illinois 60067, who is a member in good standing of the Illinois Bar, hereby give notice of their appearance as co-counsel for creditors Flavor-Pic Tomato Co., Inc., Cavendish Farms Operations, Inc., Heinz Frozen Food, a Division of H. J. Heinz Company, L.P. and Yakima Roche Fruit Sales, LLC in this case.

Copies of all pleadings herein should be mailed to Mary E. Gardner, 1278 West Northwest Highway, Suite 903, Palatine, Illinois 60067, or transmitted electronically to her at Gardner@pacatrust.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the persons listed on the attached service list by U.S. Mail on this 29th day of April, 2005

MARKS GRAY, P.A.

Nicholas V. Pulignano, Jr.
Florida Bar No.: 0319181
1200 Riverplace Blvd., Suite 800,
Jacksonville, Florida 32207
P: (904) 398-0900
F: (904) 399-8440
npulignano@marksgray.com
Co-counsel for Plaintiffs, Flavor-Pic Tomato Co., Inc.; Cavendish Farms Operations, Inc., Heinz Frozen Food, a Division of H. J. Heinz Company, L.P. and Yakima Roche Fruit Sales, LLC

KEATON & ASSOCIATES, PC
Mary E. Gardner
Illinois Bar No.: 6190951
1278 West Northwest Highway, Suite 903,
Palatine, Illinois 60067
P: (847) 934-6500
F: (847) 934-6508
Gardner@pacatrust.com
Co-counsel for Plaintiffs, Flavor-Pic Tomato Co., Inc.; Cavendish Farms Operations, Inc., Heinz Frozen Food, a Division of H. J. Heinz Company, L.P. and Yakima Roche Fruit Sales, LLC

## SERVICE LIST

**Winn-Dixie Stores, Inc**
5050 Edgewood Court
Jacksonville, FL 32254-3699
Tax id: 59-0514290
*Debtor*

represented by **Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Email: aravin@skadden.com

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
904-359-7700
Email: cjackson@smithhulsey.com

**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801
407-648-6301
*U.S. Trustee*

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.,**
*Creditor Committee*

represented by **Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Fax : (212) 530-5219
Email: ddunne@milbank.com