### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT FLORIDA
### JACKSONVILLE DIVISION

IN RE:

Winn Dixie Stores, Inc., *et al.*

            Debtor.

_____/

CASE NO. 3-05-bk-3817
CHAPTER 11
Jointly Administered

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of MOWREY & BIGGINS, P.A., 515 North Adams Street, Tallahassee, Florida 32301-1111, hereby enters its appearance as counsel in the above-referenced matter on behalf of Creditor, GREENLAND TRUST. In accordance with Bankruptcy Rule 2002 and M.D.Fla. LBR 2002-1, all parties are requested to serve copies upon the undersigned counsel of all documents of any nature filed by or with the Court, the Debtors, or any other party in interest.

**Respectfully submitted** this 2nd day of May, 2005.

/s/ Jason H. Egan
RONALD A. MOWREY
Florida Bar No. 0122006
JASON H. EGAN
Florida Bar No. 0568351
MOWREY & BIGGINS, P.A.
515 North Adams Street
Tallahassee, Florida  32301-1111
Telephone: (850)222-9482
Facsimile:  (850)561-6867

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing NOTICE OF APPEARANCE has been furnished by or U.S. Mail to Adam Ravin, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036, Cynthia C. Jackson, Smith Husley & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201, and Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street - 21st Floor, New York, NY 10004, this 2nd day of May, 2005.

/s/ Jason H. Egan

Jason H. Egan

J:\OPEN\Green, Pete #5-49\Pleadings\notice of appearance.wpd

-2-