UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et. al.                    Case No.**:** 3-05-bk-03817-JAF
                                                     Chapter 11

               Debtors                    Jointly Administered
_____/

MOTION FOR RECONSIDERATION OF ORDER
AUTHORIZING EMPLOYMENT OF SMITH HULSEY & BUSEY

    COMES NOW, Felicia S. Turner, United States Trustee, Region 21, by and through the undersigned counsel, and moves this court for the Reconsideration of the Court's Order Authorizing Employment of Smith Hulsey & Busey and states the following in support of this Motion:

    1. On April 20, 2005, the debtors filed an Application to Employ Smith Hulsey & Busey as Co-Counsel for the Debtors. ("Application") (Docket No. 766) along with a Declaration ("Declaration") pursuant to Federal Rule of Bankruptcy Procedure 2014.

    2. On April 20, 2005, this Court entered an Order Granting the Application to Employ Smith, Hulsey and Busey  (Docket no. 787).

    3. The United States Trustee has requested and has received copies of written waivers from past and present clients of Smith Hulsey & Busey that were disclosed in the Declaration.

    4. Smith Hulsey & Busey's Declaration attached to the application states "that Smith Hulsey & Busey has agreed not to represent or provide legal advice to the Debtors in connection with any dispute with Wachovia.  In such event, Skadden Arps will act as sole counsel for the the Debtors."

5. The United States Trustee needs additional time to obtain information to determine whether this restriction on Smith Hulsey and Busey's representation is detrimental to the debtors. The United States Trustee is attempting to obtain additional information from co-counsel, Skadden Arps, Slate, Meager & Flom to determine whether they also have such restrictions.

6. This Motion for Reconsideration has been filed to preserve the rights of the United States Trustee.

7. The United States Trustee reserves its right to amend or withdraw this Motion for Reconsideration once additional information is obtained.

Dated: May 2, 2005.

FELICIA S. TURNER
United States Trustee
Region 21

/s/ Elena L. Escamilla
Elena L. Escamilla, Trial Attorney
135 W. Central Blvd., Suite 620
Orlando, FL 32801
Telephone No.: (407) 648-6465
Facsimile No.: (407) 648-6323
Florida Bar No.: 898414
Elena.L.Escamilla@usdoj.gov