UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re: | |
|---|---|
| Winn-Dixie Stores, Inc. | In Proceedings For A Reorganization Under Chapter 11 |
| *Debtors* | Case No. 3:05-bk-03817-JAF |
| | Claim # Unknown |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   METRO DOOR
99 SMITHTOWN BYPASS 2ND FLOOR
HAUPPAUGE, NY 11788

The transfer of your claim as shown above, in the amount of $ 292.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

Debtors.

) Case No.05-11063(RDD)
) Jointly Administered
)
) Chapter 11
)
) **NOTICE OF TRANSFER OF CLAIM**
) **OTHER THAN FOR SECURITY AND**
) **WAIVER OF NOTICE.**
) RULE 3001 (e)(1)

Please take notice that your unsecured claim of **METRO DOOR** in the amount of **$ 292.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **METRO DOOR** is not less than **$ 292.00** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
METRO DOOR
99 SMITHTOWN BYPASS 2ND FLOOR HAUPPAUGE NY 11788

Please print your name _CHRISTINE VETRANO_ Signature _[signature]_
Title _CFO_ Date _4/22/05_
Address: _99 SMITHTOWN BYPASS 2nd Floor HAUPPAUGE NY 11788_
(city,state,zip)
Telephone _800 649 3666_ Fax _631 382 3636_ Email ___

Federal Taxpayer ID / Social Security Number _06-1542597_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _[signature]_
Timothy McGuire

WD 11801

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   DE SANTIS PROVISIONS
                 200 SARASOTA CENTER BLVD
                 SARASOTA, FL 34240

The transfer of your claim as shown above, in the amount of $ 728.82 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

Debtors.

) Case No.05-11063(RDD)
) Jointly Administered
)
) Chapter 11
)
) **NOTICE OF TRANSFER OF CLAIM**
) **OTHER THAN FOR SECURITY AND**
) **WAIVER OF NOTICE.**
) RULE 3001 (e)(1)

Please take notice that your unsecured claim of **DE SANTIS PROVISIONS** in the amount of $ 728.82 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **DE SANTIS PROVISIONS** is not less than $ 728.82 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
DE SANTIS PROVISIONS
200 SARASOTA CENTER BLVD  SARASOTA FL 34240
Please print your name RANDALL DE SANTIS Signature [signed]
Title PRESIDENT                Date 4-25-05
Address: 200 SARASOTA CENTER BLVD SARASOTA FL 34240
(city,state,zip)
Telephone 941-377-2455 Fax 941-371-3746 Email DESANTISPROVISIONS@COMCAST.NET
Federal Taxpayer ID / Social Security Number 59-2165875

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: [signed]
Timothy McGuire

WD

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   NORTH MIAMI BEACH POLICE OFFICERS ASSOCI
16901 NE 19TH AVENUE
NORTH MIAMI BEACH, FL 33162

The transfer of your claim as shown above, in the amount of $ 500.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re.                                    )
                                          )   Case No. 05-11063(RDD)
Winn-Dixie Stores, Inc.                   )   Jointly Administered
                                          )
                                          )   Chapter 11
                                          )
                                          )   NOTICE OF TRANSFER OF CLAIM
                                          )   OTHER THAN FOR SECURITY AND
                    Debtors.              )   WAIVER OF NOTICE.
                                          )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **NORTH MIAMI BEACH POLICE OFFICERS ASSOCI** in the amount of $ **500.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **NORTH MIAMI BEACH POLICE OFFICERS ASSOCI** is not less than $ **500.00** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

**Transferor:**
NORTH MIAMI BEACH POLICE OFFICERS ASSOCI
16901 NE 19TH AVENUE NORTH MIAMI BEACH FL 33162
Please print your name **ALFRED D. STURTZ**  Signature _(signed)_
Title **President**  Date **4/15/05**
Address: **16901 N.E. 19 AVE, N.M. BEACH, FL 33162**
(city, state, zip)
Telephone **305 525-9108**  Fax **305 949-7530**  Email **AL.STURTZ@NMBPD.ORG**

Federal Taxpayer ID / Social Security Number **65-0713697**

**Transferee:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _(signed)_                                                WD
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   DAVIS, MICHELLE
P O BOX 75739
JACKSON, MS 39282-5739

The transfer of your claim as shown above, in the amount of $ 875.48 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

                Debtors.

) Case No.05-11063(RDD)
) Jointly Administered
)
) Chapter 11
)
) **NOTICE OF TRANSFER OF CLAIM**
) **OTHER THAN FOR SECURITY AND**
) **WAIVER OF NOTICE.**
) RULE 3001 (e)(1)

Please take notice that your unsecured claim of DAVIS, MICHELLE in the amount of $ 875.48 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of DAVIS, MICHELLE is not less than$ 875.48 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
DAVIS, MICHELLE
P O BOX 75739 JACKSON MS 39282-5739

Please print your name _Michelle Davis_ Signature _Michelle Davis_
Title _payment for Pensioners_ Date _4/19/05_
Address: _P. O. Box 75739_
(city,state,zip)
Telephone _601-371-0308_ Fax ___ Email ___

Federal Taxpayer ID / Social Security Number _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_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: ___
Timothy McGuire

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES SEP. 16, 2005
BONDED THRU STEGALL NOTARY SERVICE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re: Winn-Dixie Stores, Inc. *Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   S T FIGUERO DISTRIBUTING
165 MADDOX RD
JACKSON, MS 39212

The transfer of your claim as shown above, in the amount of $ 336.60 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

Debtors.

)
)  Case No.05-11063(RDD)
)  Jointly Administered
)
)  Chapter 11
)
)  **NOTICE OF TRANSFER OF CLAIM**
)  **OTHER THAN FOR SECURITY AND**
)  **WAIVER OF NOTICE.**
)  RULE 3001 (e)(1)

Please take notice that your unsecured claim of **S T FIGUERO DISTRIBUTING** in the amount of **$ 336.60** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **S T FIGUERO DISTRIBUTING** is not less than **$ 336.60** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
S T FIGUERO DISTRIBUTING
165 MADDOX RD  JACKSON MS 39212

Please print your name _ST. FIGUERO_  Signature _____

Title _President_  Date _4-28-05_

Address: _165 MADDOX RD JACKSON MS, 39212_
(city,state,zip)
Telephone _601-3733430_ Fax _____  Email _____

Federal Taxpayer ID / Social Security Number _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_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD 11801

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re: |
|---|
| Winn-Dixie Stores, Inc. |
| *Debtors* |

In Proceedings For A Reorganization Under Chapter 11

Case No. 3:05-bk-03817-JAF

Claim # Unknown

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   KENTUCKY LAND TITLE AGENCY INC
2362 GRANDVIEW DRIVE
FT MITCHELL, KY 41017

The transfer of your claim as shown above, in the amount of $ 219.50 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

Debtors.

Case No.05-11063(RDD)
Jointly Administered

Chapter 11

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE.**
RULE 3001 (e)(1)

Please take notice that your unsecured claim of **KENTUCKY LAND TITLE AGENCY INC** in the amount of **$ 219.50** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **KENTUCKY LAND TITLE AGENCY INC** is not less than **$ 219.50** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
KENTUCKY LAND TITLE AGENCY INC
2362 GRANDVIEW DRIVE  FT MITCHELL KY 41017

Please print your name  RONALD G. MULLEN  Signature _____

Title  PRESIDENT    Date  APRIL 26, 2005

Address:  FT. MITCHELL, KY  41017
(city,state,zip)
Telephone  859-344-1919   Fax  859-344-1355   Email  AMY.BASS@KENTUCKYLANDTITLE.COM

Federal Taxpayer ID / Social Security Number  61-1166264

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    MUNICIPAL EQUIPMENT COMPANY INC
2049 WEST CENTRAL BLVD
ORLANDO, FL 32805

The transfer of your claim as shown above, in the amount of $ 1,017.69 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

-------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.    )    Case No.05-11063(RDD)
                           )    Jointly Administered
                           )
                           )    Chapter 11
                           )
                           )    NOTICE OF TRANSFER OF CLAIM
         Debtors.          )    OTHER THAN FOR SECURITY AND
                           )    WAIVER OF NOTICE.
                           )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of **MUNICIPAL EQUIPMENT COMPANY INC** in the amount of $ **1,017.69** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **MUNICIPAL EQUIPMENT COMPANY INC** is not less than $**1,017.69** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MUNICIPAL EQUIPMENT COMPANY INC
2049 WEST CENTRAL BLVD ORLANDO FL 32805
Please print your name _ROBERT FENNEMAN_ Signature _____
Title _MANAGER_ Date _4/29/05_
Address: _2049 WEST CENTRAL BOULEVARD, ORLANDO FL. 32805_
(city,state,zip)
Telephone _(407) 843-3071_ Fax _(407) 648-4142_ Email _MUNICIPALEQUIP@MECO FIRE.COM_

Federal Taxpayer ID / Social Security Number _59362 4496_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD 11080

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Winn-Dixie Stores, Inc. | Case No. 3:05-bk-03817-JAF |
| *Debtors* | Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   OCONEE FAMILY PRACTICE P.A.
12016 N RADIO STATION ROAD
SENECA, SC 29678

The transfer of your claim as shown above, in the amount of $ 156.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

    **United States Courthouse
    300 North Hogan Street
    Suite 3-350
    Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

Debtors.

Case No. 05-11063(RDD)
Jointly Administered

Chapter 11

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE.**
RULE 3001 (e)(1)

Please take notice that your unsecured claim of **OCONEE FAMILY PRACTICE P.A.** in the amount of $ 156.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **OCONEE FAMILY PRACTICE P.A.** is not less than $ 156.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
OCONEE FAMILY PRACTICE P.A.
12016 N RADIO STATION ROAD  SENECA SC 29678

Please print your name  Sue Kirby  Signature  Sue Kirby
Title  Office Manager  Date  4-17-05
Address: 12016 N. Radio Station Rd  Seneca, SC 29678
(city,state,zip)
Telephone  864-882-7225  Fax  864-885-9192  Email _____

Federal Taxpayer ID / Social Security Number  57-0670496

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD 11803

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   FLORIDA MEDICAL CLINIC
                 38135 MARKET SQ
                 ZEPHYRHILLS, FL 33540

The transfer of your claim as shown above, in the amount of $ 494.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.                                  )
                                        )
Winn-Dixie Stores, Inc.                 )    Case No.05-11063(RDD)
                                        )    Jointly Administered
                                        )
                                        )    Chapter 11
                                        )
                                        )    **NOTICE OF TRANSFER OF CLAIM**
              Debtors.                  )    **OTHER THAN FOR SECURITY AND**
                                        )    **WAIVER OF NOTICE.**
                                        )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of **FLORIDA MEDICAL CLINIC** in the amount of **$ 494.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **FLORIDA MEDICAL CLINIC** is not less than **$ 494.00** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
FLORIDA MEDICAL CLINIC
38135 MARKET SQ ZEPHYRHILLS FL 33540
Please print your name _Colleen Cuffe_ Signature _Colleen Cuffe_
Title _Chief Financial Officer_ Date _4/26/05_
Address: _38135 Market Sq   Zephyrhills, FL  33542_
(city,state,zip)
Telephone _813780 8440_ Fax _813788 4411_ Email ____
Federal Taxpayer ID / Social Security Number _59-3156212_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   TUCKER & EVANS INC
ATTN WILLIAM WILEY EVANS II, OWNER
PO BOX 177
LEESBURG, GA 31763

The transfer of your claim as shown above, in the amount of $ 430.50 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

Debtors.

)
)   Case No.05-11063(RDD)
)   Jointly Administered
)
)   Chapter 11
)
)   NOTICE OF TRANSFER OF CLAIM
)   OTHER THAN FOR SECURITY AND
)   WAIVER OF NOTICE.
)   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **TUCKER & EVANS INC** in the amount of **$ 430.50** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **TUCKER & EVANS INC** is not less than **$ 430.50** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
TUCKER & EVANS INC
ATTN WILLIAM WILEY EVANS II, OWNER PO BOX 177 LEESBURG GA 31763

Please print your name _William W Evans_ Signature _[signed]_

Title _Owner_ Date _4/22/05_

Address: _148 First Rd, Leesburg GA. 31763_
(city,state,zip)
Telephone _229-883-2348_ Fax _229-883-4954_ Email _evanswater@bellsouth.net_

Federal Taxpayer ID / Social Security Number _20-0515321_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _[signed]_
Timothy McGuire

WD 11067