UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* |
|---|

In Proceedings For A Reorganization Under Chapter 11

Case No. 3:05-bk-03817-JAF

Claim # Unknown

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   LA CAJUN CLASSIC
PO BOX 1236
BENTON, LA 71006

The transfer of your claim as shown above, in the amount of $ 174.36 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
)
)                    Case No.05-11063(RDD)
Winn-Dixie Stores, Inc.         )           Jointly Administered
)
)           Chapter 11
)
)           **NOTICE OF TRANSFER OF CLAIM**
Debtors         )           **OTHER THAN FOR SECURITY AND**
)           **WAIVER OF NOTICE.**
)           **RULE 3001 (e)(1)**

Please take notice that your unsecured claim of **LA CAJUN CLASSIC** in the amount of **$ 174.36** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **LA CAJUN CLASSIC** is not less than **$ 174.36** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
LA CAJUN CLASSIC
PO BOX 1236 BENTON, LA 71006

Please print your name **LISA CROW**    Signature _Lisa Crow_
Title **Accounting**    Date **4/26/05**
Address: **PO Box 1236 Benton LA 71006**
(city,state,zip)
Telephone **318 965 4855**    Fax **318 965 4875**    Email **lacajune_team-national.com**
Federal Taxpayer ID / Social Security Number **72-1435617**

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD 11801

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:  PINELLAS HEAT ELITE INC
VOLLEYBALL CLUB
2756 WINDSONG CIRCLE
PALM HARBOR, FL 34684

The transfer of your claim as shown above, in the amount of $ 200.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.

           Debtors.

)
)   Case No.05-11063(RDD)
)   Jointly Administered
)
)   Chapter 11
)
)   **NOTICE OF TRANSFER OF CLAIM**
)   **OTHER THAN FOR SECURITY AND**
)   **WAIVER OF NOTICE.**
)   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **PINELLAS HEAT ELITE INC** in the amount of $ 200.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **PINELLAS HEAT ELITE INC** is not less than$ 200.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
PINELLAS HEAT ELITE INC
VOLLEYBALL CLUB 2756 WINDSONG CIRCLE PALM HARBOR FL 34684

Please print your name  KIMBERLY FOSTER   Signature  Kimberly Foster
Title  SECRETARY / TREASURER   Date  4/26/05
Address:  2756 WINDSONG CIR.  PALM HARBOR, FL 34684
(city,state,zip)
Telephone (727) 772-7963  Fax  SAME   Email  kfoster6@tampabay.rr.com

Federal Taxpayer ID / Social Security Number  59-3617671

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    TOMS FORKLIFT SERVICE
5817 BEGGS ROAD
SUITE #1
ORLANDO, FL 32810

The transfer of your claim as shown above, in the amount of $ 846.68 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-----------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.                              )
                                    )   Case No.05-11063(RDD)
Winn-Dixie Stores, Inc.             )   Jointly Administered
                                    )
                                    )   Chapter 11
                                    )
                                    )   NOTICE OF TRANSFER OF CLAIM
                                    )   OTHER THAN FOR SECURITY AND
           Debtors.                 )   WAIVER OF NOTICE.
                                    )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of TOMS FORKLIFT SERVICE in the amount of $ 846.68 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of TOMS FORKLIFT SERVICE is not less than$ 846.68 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
TOMS FORKLIFT SERVICE
5817 BEGGS ROAD SUITE #1 ORLANDO FL 32810
Please print your name: Tom Bowman    Signature: Tom Bowman
Title: Owner                          Date: 5/2/05
Address: 5817 Beggs Rd, S#1 Apopka, FL 32810
(city,state,zip)
Telephone: 407-146-3858    Fax: _____    Email: Toms Forklift Ser @ aol.com
Federal Taxpayer ID / Social Security Number: 59-2588495

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____                                                    WD 11080
Timothy McGuire

txaUNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| In re:<br><br>Winn-Dixie Stores, Inc.<br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 3:05-bk-03817-JAF<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   TEXAS COFFEE CO.
PO BOX 31
BEAUMONT, TX 77704

The transfer of your claim as shown above, in the amount of $ 2,742.69 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-----------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Winn-Dixie Stores, Inc.      )   Case No.05-11063(RDD)
                             )   Jointly Administered
                             )
                             )   Chapter 11
                             )
                             )   NOTICE OF TRANSFER OF CLAIM
      Debtors.               )   OTHER THAN FOR SECURITY AND
                             )   WAIVER OF NOTICE.
                             )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of TEXAS COFFEE CO. in the amount of $ 2,742.69 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of TEXAS COFFEE CO. is not less than$ 2,742.69 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
TEXAS COFFEE CO.
PO BOX 31 BEAUMONT TX 77704

Please print your name JOSEPH FERTITTA, JR. Signature _Joseph Fertitta Jr._
Title Sec/Treas.                    Date 5-2-05
Address: P.O. BOX 31 BMT·TX· 77704
(city,state,zip) 409       409
Telephone 835-3434 Fax 835-4748 Email texjoy@texjoy.com
Federal Taxpayer ID / Social Security Number 74-1205136

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

WD 11801