UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
MAY - 2 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NUMBER 05-03817-3F1 |
| DEBTORS | ) | JOINTLY ADMINISTERED |
| _____ | ) | |

### NOTICE OF WITHDRAWAL AS COUNSEL PRO HAC VICE

NOW INTO COURT, comes Tammy M. Nick of Nick Law Firm, L.C., having previously requested admission, pro hac vice, before the Honorable Jerry A. Funk, to represent Marilyn Sevin, in the above captioned Chapter 11 case, to file a proof of claim.

I now wish to withdraw as Marilyn Sevins' counsel of record and respectfully request that all future Notices and/or Correspondence should be mailed to Marilyn Sevin, at her last known address: 2600 Mary St., Apt. 3, Slidell, Louisiana 70458, as she is a pro se litigant.

I will remain as counsel of record for Dorothy Stevens-Frickey.

Respectfully submitted:

NICK LAW FIRM, L.C.

Dated April 28, 2005

_____
TAMMY M. NICK (La bar roll #26446)
676 E. I-10 Service Road
Slidell, Louisiana 70461
Telephone: (985) 641-1802
Facsimile: (985) 641-1807
Attorney for Creditor: Marilyn Sevin

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of the foregoing was forwarded electronically and/or by first class mail postage prepaid to:

| | |
|---|---|
| Cynthia C. Jackson<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202 | Debtor's Attorney |
| David J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Debtor's Attorney |
| Kenneth C. Meeker<br>Assistant U.S. Trustee<br>Office of the United States Trustee<br>135 West Central Blvd., Room 620<br>Orlando, Fl 32801 | U.S. Trustee |

David K. Oliveria
Clerk of Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

_____
TAMMY M. NICK, LA BAR ROLL #26446

2

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. | ) | CASE NUMBER 05-03817-3F1 |
| DEBTORS | ) | JOINTLY ADMINISTERED |
| _____ | ) | |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Tammy M. Nick, of Nick Law Firm, L.C., formerly admitted to practice pro hac vice, in the above captioned Chapter 11 case, in the United States Bankruptcy Court, Middle District of Florida, to represent Marilyn Sevin, shall be withdraw as counsel of record for Marilyn Sevin only.

All future notices and/or Correspondence should be mailed to Marilyn Sevin, at her last known address: 2600 Mary St., Apt. 3, Slidell, Louisiana 70458, as she is a pro se litigant.

Signed on this _____ day of _____, 2005

_____
HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

3