**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re                                              )

WINN-DIXIE STORES, INC., et al.,           )           Case No. 05-03817-3F1
                                                              *Chapter 11*
                    Debtors.                 )           Jointly Administered
_____

**CERTIFICATE OF SERVICE**

I certify that a copy of (a) Debtors' Motion for Order Under 11 U.S.C. §§ 105, 363

and 364 (I) Authorizing and Approving Post-Petition Premium Finance Agreement Between

Debtors and AFCO Premium Credit LLC and (II) Granting Related Relief (Docket No. 939),

(b) Debtors' Motion for Order Authorizing (i) Retroactive Rejection of Certain Real Property

Leases and (ii) Abandonment of Related Personal Property (Docket No. 946) (the "Lease

Motion"), and (c) Notice of Hearing on the Lease Motion (Docket No. 948), was furnished by

mail and/or electronically on April 29, 2005 to those parties on the attached Master Service

List.

SMITH HULSEY & BUSEY                    SKADDEN, ARPS, SLATE,
                                                            MEAGHER & FLOM LLP
                                                            D. J. Baker
By     *s/ Cynthia C. Jackson*                Sally McDonald Henry
        Stephen D. Busey                        Rosalie Walker Gray
        James H. Post                             Four Times Square
        Cynthia C. Jackson                      New York, New York 10036
Florida Bar Number 498882                  (212) 735-3000
225 Water Street, Suite 1800               (212) 735-2000 (facsimile)
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Debtors