(Docket No. 967), was furnished by mail and/or electronically on May 2, 2005 to those parties on the attached Master Service List.

                    SMITH HULSEY & BUSEY

                    By    *s/ Cynthia C. Jackson*
                         Stephen D. Busey
                         James H. Post
                         Cynthia C. Jackson
                  Florida Bar Number 498882
                  225 Water Street, Suite 1800
                  Jacksonville, Florida 32202
                  (904) 359-7700
                  (904) 359-7708 (facsimile)

                          -and-

                  SKADDEN, ARPS, SLATE,
                  MEAGHER & FLOM LLP
                  D. J. Baker
                  Sally McDonald Henry
                  Rosalie Walker Gray
                  Four Times Square
                  New York, New York 10036
                  (212) 735-3000
                  (212) 735-2000 (facsimile)

                  Attorneys for Debtors