UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 05-03817-JAF |
| | ) | |
| Winn-Dixie Stores, Inc., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | **NOTICE OF APPEARANCE** |
| | ) | |

TO: CLERK OF COURT, COUNSEL OF RECORD, AND US TRUSTEE:

Please take notice that the undersigned, an attorney in the law firm of Nelson Mullins Riley & Scarborough, L.L.P., does hereby give notice of the appearance of this firm on behalf of Southeast-Atlantic Beverage Corporation. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The Court and US Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which Southeast-Atlantic Beverage Corporation may be a party in interest.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ George B. Cauthen
George B. Cauthen, ID No. 81
Meridian Building, 17th Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC 29201
(803) 799-2000
(803) 255-9644 (fax)
george.cauthen@nelsonmullins.com

Attorneys for Southeast-Atlantic Beverage Corporation

May 3, 2005

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 05-03817-JAF |
| | ) | |
| Winn-Dixie Stores, Inc., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, the undersigned Assistant, of the Law Offices of Nelson Mullins Riley & Scarborough, L.L.P., attorneys for Southeast-Atlantic Beverage Corporation, do hereby certify that I have served all necessary parties in this action with a copy of the pleading(s) hereinbelow by mailing a copy of the same by United States Mail, postage prepaid, to the parties at the following address(es):

Pleadings:
**NOTICE OF APPEARANCE**

Parties Served:

Adam Ravin, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Office of the U.S. Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

/s/ Georgia G. Vernon
Georgia G. Vernon
Administrative Assistant to
George B. Cauthen, ID# 81
Post Office Box 11070
Columbia, SC 29211
(803) 799-2000

May 3, 2005