UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | CHAPTER 11 |
| | ) | JOINTLY ADMINISTERED |
| | ) | |

## DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, David L. Pollack, a partner in the law firm of Ballard Spahr Andrews & Ingersoll, LLP, hereby designate as local counsel for Creditors New Plan Excel Realty Trust, Inc., Aronov Realty Management, Cencor Realty Services, Inc., Clearview Investments, Cliffdale Corner and The Silver Companies in the above-captioned matters:

> Alan M. Weiss, Esquire
> Holland & Knight LLP
> 15 North Laura Street
> Suite 3900
> Jacksonville, FL 32202
> (904) 798-5459 [telephone]
> (904) 358-1872 [facsimile]

Date: May 3, 2005

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

**BY:____/s/ David L. Pollack_____
DAVID L. POLLACK
51st Fl - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania  19103
(215) 864-8325
Fax (215) 864-9473
email: pollack@ballardspahr.com**

PHL_A #1996329 v1

## CONSENT TO ACT

I, Alan M. Weiss, hereby consent to act as local counsel of record for the Creditors identified above pursuant to L.B.R. Rule 2090-1.

Date:  May 3, 2005.

**HOLLAND & KNIGHT LLP**

BY:  ____/s/ Alan M. Weiss_____
ALAN M. WEISS
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459
Fax:  (904) 358-1872
Email:  Alan.Weiss@HKLaw.com