UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-03817-3F1

IN RE:

WINN-DIXIE STORES, INC., et al.,

        Debtor(s)

## ORDER DENYING MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the Motion for Admission to Practice Pro Hac Vice filed by Emily S. Chou on behalf of Kashi Company, Keebler Company, Kellogg Sales Company, Murray Biscuit Company, LLC, Entergy Gulf States, Inc., Entergy Louisiana, Inc., Entergy Mississippi, Inc. and Entergy New Orleans, Inc. on April 28, 2005, For good cause shown, it is

**ORDERED:**

The motion is denied.

**DATED May 3, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Emily S. Chou, 1700 City Center Tower II, 301 Commerce Street, Ft. Worth, TX 76102
Cynthia Jackson, Co-Counsel for Debtor
D.J. Baker, Co-Counsel for Debtor
United States Trustee