UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO:  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,

　　　　　　Debtor(s)

## ORDER DENYING MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the Motion for Admission to Practice Pro Hac Vice filed by Tammy M. Nick on behalf of Dorothy Stevens-Frickey and Marilyn Sevin on April 27, 2005, For good cause shown, it is

**ORDERED:**

The motion is denied.

DATED May 3, 2005, at Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Tammy M. Nick, 676 East I-10 Service Rd., Slidell, LA 70461
Cynthia Jackson, Co-Counsel for Debtor
D.J. Baker, Co-Counsel for Debtor
United States Trustee