IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE

**COMES NOW,** Stuart M. Maples, on behalf of Sunshine Mills, Inc., a Creditor and party in interest in the above-styled matter, and enters notice of appearance in this matter, and requests a copy of all correspondence, pleadings, notices and other materials filed in this matter, and further requests that counsel's name be added to the matrix of creditors to receive notice of any and all matters and things in this case.

/s/ Stuart M. Maples
STUART M. MAPLES

JOHNSTON, MOORE, MAPLES & THOMPSON
400 MERIDIAN STREET, SUITE 301
HUNTSVILLE, AL  35801
(256) 533-5770 – TELEPHONE
(256) 533-5980 – FACSIMILE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing properly addressed, postage prepaid, via United States Mail or electronic mail on the following on this the 3rd day of May, 2005.

D.J. Baker, Esq.
Adam Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY   10036

Sarah Robinson Borders, Esq.
King & Spalding, LLP
191 Peachtree St.
Atlanta, GA   30303

United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL   32801

Winn-Dixie Supermarkets, Inc.
5050 Edgewood Ct.
Jacksonville, FL   32254

/s/ Stuart M. Maples
OF COUNSEL