**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )           Case No. 05-03817-3F1
                                                   *Chapter 11*
          Debtors.                             )           Jointly Administered

**AMENDED**
**CERTIFICATE OF SERVICE**

I certify that a copy of (i) Notice of Hearing on Debtors' Motion for Order Under 11 U.S.C. §§ 105, 363 and 364 (I) Authorizing and Approving Post-Petition Premium Finance Agreement Between Debtors and AFCO Premium Credit LLC and (II) Granting Related Relief (Docket No. 939) and (ii) Notice of Hearing on (a) Application for Authority to Retain The Blackstone Group, L.P. as Financial Advisors, (b) Application for Authority to Employ XRoads Solutions Group LLC as Financial and Operations Restructuring Consultants, (c) Application Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel, (d) Application for Authority to Retain PricewaterhouseCoopers LLP to Provide Certain Sarbanes-Oxley Compliance and Other Services to the Debtors, (d) Application for Authority to Employ KPMG LLP as Auditors, Accountants, and Tax Advisors, (f) Application for Authority to Retain Carlton Fields, P.A. as Special Real Estate Litigation Counsel to the Debtors, (g) Application to Employ and Retain Bain & Company, Inc. to Provide Finance Group Support Services, (h) Application of Official Unsecured Creditors' Committee for Order Authorizing Employment and Retention of Houlihan Lokey Howard & Zukin Capital as its Financial Advisor as of March 3, 2005, and (i) Application of Official Unsecured Creditors' Committee for Order Authorizing Employment and Retention of Alvarez & Marsal, LLC as its Operations and Real Estate Advisor as of March 4, 2005

(Docket No. 967), was furnished by mail and/or electronically on April 29, 2005 to those parties on the attached Master Service List.

                                            SMITH HULSEY & BUSEY

                                            By     *s/ Cynthia C. Jackson*
                                                    Stephen D. Busey
                                                    James H. Post
                                                    Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

                                                -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors