## MASTER SERVICE LIST

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
phone:  407-648-6301
fax:  407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
phone:  407-648-6301
fax:  407-648-6323
Elena L. Escamilla@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Smith Hulsey & Busey
Attn: Stephen D. Busey
225 Water Street, Ste 1800
Jacksonville, FL 32202
Phone: 904-359-7700
Fax: 904-359-7709
sbusey@smithhulsey.com

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Internal Revenue Service
Special Procedures -  Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202

Securities and Exchange Commission
Southeast Regional Office
David Nelson, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131
Phone: 305-982-6300

U.S. Securities and Exchange Commission
Office of Reorganization
Attn: Susan R. Sherrill-Beard
3475 Lenox Road, NE, Ste 1000
Atlanta, GA 30326-1232
Phone: 404-842-7626
Fax: 404-842-7633
sherrill-beards@sec.gov

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050
Phone: 850-414-3300
Fax: 850-410-1630

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
Phone: 817-332-9500
301 Commerce Street, Ste 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company Americas
C/O Nixon Peabody LLP
Attn: Dennis Drebsky, John Rosenthal
437 Madison Ave
New York, NY 10022
Phone: 212-940-3000
Fax: 212-940-3111
ddrebsky@nixonpeabody.com; jrosenthal@nixonpeabody.com

New Plan Excel Realty Trust, Inc.

Attn: Steven F. Siegel
420 Lexington Ave
New York, NY 10170
Phone: 212-869-3000

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093
Phone: 847-646-6719
Fax: 847-646-4479
sschirmang@kraft.com

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024
Phone: 972-334-7405
Fax: 972-334-7237
scott.johnson@fritolay.com

OCM Oppurtinities Fund V, LP
c/o Oaktree Capital Management, LLC
Attn: Alan S. Adler
333 South Grand Ave., 28th Floor
Los Angeles, CA 90071
Phone: 213-830-6300
Fax: 213-830-8851

Capital Research and Management Company
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071
Phone: 213-486-9200
Fax: 213-486-9217

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069
Phone: 212-848-4000
Fax: 212-848-7179
Atenzer@Shearman.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorello, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104

dfiorillo@oshr.com; Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com; Lmandel@milbank.com;
DODonnell@milbank.com; mbarr@milbank.com

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060
Phone: 212-309-6052
Fax: 212-309-6001
rtoder@morganlewis.com

Pepper Hamilton LLP
Attn: I. William Cohen
100 Renaissance Center, 36th Floor
Detroit, MI 48243-1157
Phone: 313-393-7341
Fax: 313-259-7926
coheniw@pepperlaw.com

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010
Phone: 212-583-5000
Fax: 212-583-5812
huffard@blackstone.com

XRoads Solutions Group LLC
Attn: Dennis Simon
 9 Executive Circle, Suite 190
Irvine, CA  92614
Phone : 949-567-1650
Fax : 949-567-1750
dsimon@xroadsllc.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, New York 10178-0061
Phone: 212-696-6000
Fax: 212-697-1559
sreisman@cm-p.com; athau@cm-p.com

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St., Rodney Square North
Wilmington, DE 19890
Phone: 302-636-6058
Fax: 302-636-4140
scimalore@wilmingtontrust.com

Scarcella Rosen & Slome
Attn: Adam L. Rosen,Thomas Slome
333 Earle Ovington Blvd Ste 901
Uniondale, NY 11553
Phone: 516-227-1600
Fax: 516-227-1601
Arosen@srsllp.com; tslome@srsllp.com

Locke Liddell & Sapp LLP
Attn: Omer Kuebel III,  C. Davin Boldissar
601 Poydras St, Ste 2400
New Orleans, LA 70130-6036
Phone: 504-558-5110
Fax: 504-558-5200
Rkuebel@lockeliddell.com; dboldissar@lockeliddell.com

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers, Dean C. Waldt,
Mellon Bank Center, 51st Fl.
1735 Market Street
Philadelphia, PA 19103
Phone: 215-864-8325
Fax: 215-864-9473
Pollack@ballardspahr.com

Contrarian Capital Management LLC
Attn: Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830
Phone: 203-862-8261
Fax: 203-629-1977
Jstanton@contrariancapital.com

Patterson Belknap Webb & Tyler
Attn: David W. Dykehouse, Michael Handler, Esq
1133 Avenue of The Americas
New York, NY 10036-6710
Phone: 212-336-2000
Fax: 212-336-2222
Dwdykhouse@pbwt.com; mhandler@pbwt.com

Cozen O'Connor

Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103
Phone: 215-665-2060
Fax: 215-701-2122
Ncolton@cozen.com; dliebman@cozen.com

Kelley Drye & Warren LLP
Attn: James S. Carr, Robert Lehane
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Jcarr@kelleydrye.com; rlehane@kelleydrye.com

Frank/Gecker LLP
Attn: Joseph D. Frank, Micah Krohn
325 N Lasalle Street, Ste 625
Chicago, IL 60610
Phone: 312-276-1400
Fax: 312-276-0035
Jfrank@fgllp.com

Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682
Rwward@airmail.net

Morgan Lewis & Bockius LLP
Attn: Neil E. Herman, Esq
101 Park Ave
New York, NY 10178-0600
Phone: 212-309-6669
Fax: 212-309-6001
Nherman@morganlewis.com

Traub Bonacquist & Fox LLP
Attn: Paul Traub, Wendy Marcari
655 Third Ave, 21st Fl
New York, NY 10017
Phone: 212-476-4770
Fax: 212-476-4787
Dbr@tbfesq.com

Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St, Ste 700
Winston-Salem, NC 27113-5129
Phone: 3367222300

Fax: 3367210414
Rbleggett@allmanspry.com

Balch & Bingham LLP
Attn: W. Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201
Phone: 205-251-8100
Fax: 205-226-8799
Cwatson@balch.com; eray@balch.com

Angel & Frankel PC
Attn: Laurence May, Rick A. Steinberg
460 Park Ave
New York, NY 10022-1906
Phone: 212-752-8000
Fax: 212-752-8393
Lmay@angelfrankel.com; rsteinberg@angelfrankel.com

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598
Phone: 212-836-8000
Fax: 212-836-8689
Rsmolev@kayescholer.com; kmurphy@kayescholer.com

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205
Phone: 210-554-5500
Fax: 201-226-8395
Plhuffst@coxsmith.com

Jenkens & Gilchrist P.C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
Phone: 214-885-4500
Fax: 214-885-4300
mheld@jenkens.com

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn: Earle I. Erman, Esq
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Phone: 248-827-4100
Fax: 248-827-4106
Eerman@ermanteicher.com

Manier & Herod
Attn: J. Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494
Phone: 615-244-0030
Fax: 615-242-4203
Mfranks@manierherod.com; mcollins@manierherod.com;
tpennington@manierherod.com

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
PO Box 1945
Morristown, NJ 07962-1945
Phone: 973-966-6300
Fax: 973-966-1015
Szuber@pitneyhardin.com
Pforgosh@pitneyhardin.com

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz
One American Square, Box 82001
Indianaplois, Indiana 46282
Phone: 317-236-2100
Fax: 317-236-2219
Henry.efroymson@icemiller.com; mark.bogdanowicz@icemiller.com

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-498-6208
Eschwartz@mnat.com; rdehney@mnat.com

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
fringel@pobox.com

Page, Scrantom, Sprouse, Tucker & Ford, P.C.
Attn: Lee Champion, Esq
1111 Bay Ave, 3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199
Phone: 706-324-0251
flc@psstf.com

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: 302-652-8400
Fax: 302-652-8405
kmiller@skfdelaware.com

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675
Phone: 610-902-6028
Fax: 610-687-3187
David.boyle@airgas.com

Hogan & Hartson, L.L.P.
Attn: Ira S. Greene, Esq.
875 Third Avenue
New York, NY 10022
Phone: 212-918-3000
Fax: 212-918-3100
Isgreene@hhlaw.com

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015
Phone: 847-405-3333
Fax: 847-405-4972
Frankvydra@discoverfinancial.com

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006
Phone: 212-269-1000
gginsburg@ngmpc.com

Arnall Golden Gregory LLP
Attn: Darryl Laddin, J. Hayden Kepner, James Smith
171 W. 17th St., NW, Suite 2100
Atlanta, GA 30363
Phone: 404-873-8500
Fax: 404-873-8605
bkrfilings@agg.com; Hayden.kepner@agg.com; james.smith@agg.com

Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746
Phone: 859-233-2012
Fax: 859-259-0649
lexbankruptcy@wyattfirm.com

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Phone: 310-788-4400
Fax: 310-788-4471
thomas.leanse@kmzr.com; dustin.branch@kmzr.com

Locke Liddell & Sapp LLP
Attn: W. Steven Bryant, Thomas H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX  77002
Phone: 713-226-1200
Fax: 713-223-3717
hobankecf@lockeliddell.com

Greenberg Traurig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400
millerr@gtlaw.com

Greenberg Traurig, LLP
Attn:  Mark D. Bloom
1221 Brickell Avenue
Miami, FL 33131
Phone: 305-579-0500
Fax: 305-579-0717
bloomm@gtlaw.com

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Boult, Cummings, Conners & Berry PLC

Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
Phone: 615.252.2307
Fax: 615.252.6307
amcmulle@bccb.com

Coca-Cola Enterprises Inc.
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
srucker@millermartin.com

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997
Phone: 225-383-4703
Fax: 225-343-0630
drubin@kswb.com

YoungWilliams, P.A
Attn: Robert L. Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059
Phone: 601-948-6100
Fax: 641-355-6136
robert.holladay@youngwilliams.com

Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello
Attn: Robert K. Scheinbaum
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-623-1000
Fax: 973-623-9131
rscheinbaum@podveysachs.com

BellSouth
Attn: Reginald A. Greene
675 West Peachtree St. NE, Ste 4300
Atlanta, GA 30375
Phone: 404-335-0761
Fax: 404-614-4054
reginald.greene@bellsouth.com

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801

Phone: 302-467-4200
Fax: 302-467-4201
andrew.flame@dbr.com

Lowenstein Sandler PC
Attn: Bruce S. Nathan, Anusia L. Gayer
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020
Phone: 212-262-6700
Fax: 212-262-7402
bnathan@lowenstein.com; agayer@lowenstein.com

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104
Phone: 212-468-8000
Fax: 212-468-7900
jdibattista@mofo.com

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080
Phone: 212-449-8707
Fax: 212-449-3247
nicholas_griffiths@ml.com

Burr & Forman LLP
Attn: Derek F. Meek, Robert B. Rubin, Marc Solomon
3100 SouthTrust Tower
420 North 20th St.
Birmingham, AL 35203
Phone: 205-251-3000
Fax: 205-458-5100
dmeek@burr.com; brubin@burr.com; msolomon@burr.com

Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Phone: 631-549-7900
Fax: 631-549-7845
rstern@maccosternlaw.com

Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
Phone: 904-398-4283
Fax: 904-398-4283

eheld@hilawfirm.com

McGrath North Mullin & Krath, PC LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102
Phone: 402-341-3070
Fax: 402-341-0216
jniemeier@mnmk.com; awoodard@mnmk.com

 Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave., Ste 2418
New York, NY 10118
Phone: 212-967-0895
Fax: 212-202-5217
rkaniuklaw@aol.com

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202
Phone: 414-272-0760
Fax: 414-272-7265
bbecker@hswmke.com

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032
Phone: 317-817-2827
Fax: 317-817-4115
franklin.berg@4086.com

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743
Phone: 631-423-8527
Fax: 631-423-4536
ajrlaw@aol.com

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff Lane
Southport, CT 06890-1436
Phone: 203-319-4042
Fax: 203-319-4034
Abothwell@pepehazard.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker, Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003
Phone: 215-568-6060
Fax: 215-568-6603
mbranzburg@klehr.com; CHDicker@Klehr.com; jkurtzma@klehr.com

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Fl.
Cleveland, OH 44115
Phone: 216-696-7078
Fax: 216-623-0134
dthimmig@ralaw.com

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352
Phone: 616-336-6000
Fax: 616-336-7000
tjcurtin@varnumlaw.com

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102
Phone: 973-643-7000
Fax: 973-643-6500
asherman@sillscummis.com

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108
Phone: 816-292-2000
Fax: 816-292-2001
ssutton@lathropgage.com

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122
Phone: 216-755-5500
Fax: 216-755-1678
ecotton@ddrc.com

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Ave
New York, NY 10016
Phone: 212-592-1400
Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010
Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P.
Attn: Michael D. Warner, David T. Cohen, Emily Chou
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com; echou@warnerstevens.com

Porzio, Bromberg & Newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Phone: 973-538-4006
Fax: 973-538-5146
wjmartin@pbnlaw.com; bsmoore@pbnlaw.com

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401
Phone: 561-832-3300
Fax: 561-650-1153
celler@broadandcassel.com

Anderson Kill & Olick, PC
Attn: Larry D. Henin
1251 Avenue of the Americas
New York, NY 10020
Phone: 212-278-1000
Fax: 212-278-1733
lhenin@andersonkill.com

Wheelis & Rozanski

Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA 71315-3199
Phone: 318-445-5600
Fax:318-445-5710
steve@wheelis-rozanski.com

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401
Phone: 540-213-7440
Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497
Phone: 973-596-4500
Fax: 973-639-6244
dcrapo@gibbonslaw.com; gponto@gibbonslaw.com

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828
Phone: 843-579-7000
Fax: 843-579-8727
davidwheeler@mvalaw.com

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022
Phone: 212-735-8600
Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202
Phone: 904-358-4000
Fax: 904-358-4001
nlafleur@stutsman-thames.com

Bear Stearns Investment Products Inc.
Attn: Noah Charney

383 Madison Ave.
New York, NY 10179
Phone: 212-272-3770
Fax: 212-272-9394
ncharney@bear.com

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068
Phone: 973-597-2375
Fax: 973-597-2400
slevine@lowenstein.com

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 516-408-3030
Fax: 516-408-7917
gerard@bmclaw.com

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022
Phone: 212-223-0400
Fax: 212-753-0396
skrause@zeklaw.com

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854
Phone: 407-425-9044
Fax: 407-423-2016
dlandis@mateerharbert.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
akornberg@paulweiss.com

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019

Phone: 212-728-8000
Fax: 212-728-8111
alipkin@willkie.com; rspigel@willkie.com

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102
Phone: 973-622-4444
Fax: 973-624-7070
wwallach@mccarter.com

Wormser, Kiely, Galef & Jacobs LLP
Attn: Janice B. Grubin, Gary R. von Stange
825 Third Avenue
New York, NY 10022
Phone: 212-687-4900
Fax: 212-687-5703
jgrubin@wkgj.com; gvonstange@wkgj.com

Macey, Wilensky, Cohen, Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30303-1229
Phone: 404-584-1200
Fax: 404-681-4355
lmcbryan@maceywilensky.com

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 8th Fl.
New York, NY 10016
Phone: 212-682-1818
Fax: 212-682-1892
jsailer@murrayfrank.com; apatton@murrayfrank.com

Kupelian Ormond & Magy PC
Attn: Terrance Hiller, Paul Magy, Matthew Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075
Phone: 248-357-0000
Fax: 248-357-7488
psm@kompc.com; tah@kompc.com; met@kompc.com

Fox Rothschild LLP
Attn: Joshua T. Klein
2000 Market St., 10th Fl.
Philadelphia, PA 19103-3291
Phone: 215-299-2000

Fax: 215-299-2150
jklein@foxrothschild.com

Munsch Hardt Kopf & Harr PC
Attn: Raymond Urbanik, Scott Ellis
1445 Ross Ave., Ste 4000
Dallas, TX 75202
Phone: 214-855-7500
Fax: 214-855-7584
rurbanik@munsch.com; sellis@munsch.com

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233
Phone: 804-747-7208
russj4478@aol.com

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614
Phone: 212-659-7300
Fax: 212-918-8989
judith.elkin@haynesboone.com

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789
Phone: 214-651-5000
Fax: 214-200-0486
stacey.jernigan@haynesboone.com; mark.elmore@haynesboone.com

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive., Ste 875
McLean, VA 22102
Phone: 703-770-9265
Fax: 703-770-9266
wdw@mccarthywhite.com

Morris, James, Hitchens & Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899
Phone: 302-888-6800
Fax: 302-571-1750
smiller@morrisjames.com

Begnaud & Marshall LLP

Attn: Darrel Begnaud
250 N. Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603
Phone: 706-316-1150
Fax: 706-316-1153
dbegnaud@athens1867.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209
Phone: 410-580-3000
Fax: 410-580-30001
mark.friedman@dlapiper.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Daniel Carrigan
1200 Nineteenth St., NW
Washington, DC 20036
Phone: 202-861-3840
Fax: 202-861-3840
daniel.carrigan@dlapiper.com

DLA Piper Rudnick Gray Cary US LLP
Attn: Janice Duban
203 N. LaSalle St., Ste 1900
Chicago, IL 60601
Phone: 312-368-7097
Fax: 312-630-5383
janice.duban@dlapiper.com

Moritt, Hock, Hamroff & Horowitz LLP
Attn: Marc Hamroff, Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530
Phone: 516-873-2000
Fax: 516-873-2010
mhamroff@moritthock.com; lberkoff@moritthock.com

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802
Phone: 225-383-9953
dale@sb-lawfirm.com

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24th
New York, NY 10020

Phone: 212-768-6700
Fax: 302-768-6800
cneville@sonnenschein.com; jcreed@sonnenschein.com

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange St., PO Box 2207
Wilmington, DE 19899
Phone: 302-658-9141
Fax: 302-658-0380
kbifferato@cblh.com; cthompson@cblh.com

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523
Phone: 630-218-8000
Fax: 630-218-4900
bittourna@inlandgroup.com

Reed & Reed
Attn: Diane Reed
501 N. College St.
Waxahachie, TX 75165
Phone: 972-938-7334
Fax: 972-923-0430
dianegreed@sbcglobal.net

Reed Smith LLP
Attn: Robert M. Marino
1301 K Street, NW
Suite 1100–East Tower
Washington, DC 20005-3317
Phone: 202-414-9200
Fax: 202-414-9299
rmarino@reedsmith.com

Kilpatrick Stockton LLP
Attn: Todd C. Meyers
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530
Phone: 404-815-6500
Fax: 404-815-6555
tmeyers@kilpatrickstockton.com

Hughes & Luce
Attn: Sabrina Streusand
111 Congress Ave., Ste 900
Austin, TX 78701
Phone: 512-482-6800
Fax: 512-482-6859

streuss@hughesluce.com

Todtman, Nachamie, Spizz & Johns, PC
Attn: Alex Spizz
425 Park Ave
New York, NY 10022
Phone: 212-754-9400
Fax: 212-754-6262
aspizz@tnsj-law.com

Hance Scarborough Wright Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254
Phone: 972-788-1600
Fax: 972-239-0138
bankruptcy@hswgb.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002
Phone: 856-486-6961
Fax: 856-486-4875
cslocum@klehr.com

Reed Smith LLP
Attn: Elena Lazarou, Andrew Morrison
599 Lexington Ave., 27th Fl.
New York, NY 10022
Phone: 212-521-5400
Fax: 212-521-5450
elazarou@reedsmith.com; amorrison@reedsmith.com

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N. Market St.
Wilmington, DE 19801
Phone: 302-778-7550
Fax: 302-778-7577
kgwynne@reedsmith.com

Kaufman & Canoles
Attn: Paul Campsen
150 West Main St., PO Box 3037
Norfolk, VA 23514
Phone: 757-624-3000
Fax: 757-624-3169
pkcampsen@kaufcan.com

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market St., Ste 800
Wilmington, DE 19801
Phone: 302-425-6429
Fax: 302-425-6464
staib@blankrome.com

Neal & Harwell PLC
Attn: Marc McNamee
150 Fourth Ave., North, Suite 2000
Nashville, TN 37219
Phone: 615-244-1713
Fax: 615-726-0573
mmcnamee_br@nealharwell.com

Shapiro & Croland
Attn: Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Fl.
Hackensack, NJ 07601
Phone: 201- 488-3900
Fax: 201-488-9481
abenissatto@shapiro-croland.com

Pepper Hamilton LLP
Attn: James C. Carignan
Hercules Plaza, Ste 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709
Phone: 302-777-6500
Fax: 302-421-8390
carignanj@pepperlaw.com

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Phone: 215-981-4000
Fax: 215-981-4750
caseyl@pepperlaw.com

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant St., 50th Fl.
Pittsburgh, PA 15219-2502
Phone: 412-454-5000
Fax: 412-281-0717

sablea@pepperlaw.com

Waller Lansden Dortch & Davis PLLC
Attn: David E. Lemke, Robert Welhoelter
511 Union Street, Ste 2700
Nashville, TN 37219
Phone: 615-244-6380
Fax: 615-244-6804
david.lemke@wallerlaw.com; Robert.Welhoelter@wallerlaw.com

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Ave., 11th Fl.
New York, NY 10016
Phone: 212-661-9400
soljas@aol.com

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittington, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birminghan, AL  35222
Phone: 205-521-8000
Fax: 205-521-8800
dgreco@bradleyarant.com

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011
Phone: 704-373-4637
Fax: 704-353-6107
rcox@mcguirewoods.com

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Fl.
New York, NY 10167
Phone: 212-692-2034
Fax: 212-867-6395

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060
Phone: 804-273-9777
Fax: 804-527-7268
bill.ray@hamitonbeach.com

Hunton & Williams, LLP

Attn: Craig V. Rasile
1111 Brickell Ave., Ste 2500
Miami, FL 33131
Phone: 305-810-2500
Fax: 305-810-2460
crasile@hunton.com

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202
Phone: 904-356-1306
Fax: 904-354-0194
rkjones@mwpplaw.com

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952
Phone: 770-518-1100
Fax: 770-552-1100
legal@mimms.org

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602
Phone: 919-743-2200
Fax: 919-743-2201
jboyles@jhvgmlaw.com

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603
Phone: 312-346-7500
Fax: 312-580-2201
bkdept@fagelhaber.com

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660
Phone: 949-752-2911
Fax: 949-752-0953
pat@rjlaw.com; priscilla@rjlaw.com

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748

Phone: 732-706-7600
Fax: 732-706-7601

Hiersche, Hayward, Drakeley & Urbach PC
Attn:  Russell W. Mills, Krista P. Bates
15303 Dallas Parkway, Ste 700
Addison, TX 75001
Phone: 972-701-7000
Fax: 972-701-8765
rmills@hhdulaw.com; kbates@hhdulaw.com

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan  48243-1668
Phone : 313-568-5464
Fax : 313-568-6832
bbest@dykema.com

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861
Phone: 203-944-3042
Fax: 203-944-3044
glenn.reisman@corporate.ge.com

Marrero Land and Improvement Association, Ltd
Attn: Vincent A. Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072
Phone: 504-341-1635
Fax: 504-340-4277
vincent@marreroland.com

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202
Phone: 513-421-4040
Fax: 513-241-4490
mkindt@ctks.com

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial Blvd.
Atlanta, GA 30336
Phone: 404-344-5421
Fax: 404-344-3003
eric.newberg@diazfoods.com

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St
Columbus, OH 43215-6197
Phone: 614-365-2700
Fax: 614-365-2499
krichner@ssd.com

Liebmann, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
Fax: 920-437-2868
jes@lcojlaw.com

Richard Blackstone II, PA
Attn: Richard Blackstone Webber II
320 Maitland Ave.
Altamonte Springs, FL 32701
Phone: 407-260-8955
Fax: 407-260-5133
rbwiipa@aol.com

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402
Phone: 650-348-0102
Fax: 650-348-0962
dfinkelstein@afelaw.com

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Ave., Ste 1540
New York, NY 10169
Phone: 212-503-6607
Philip@buckeyecapitalpartners.com

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408
Phone: 561-691-7797
Fax: 561-691-7103
rachel_budke@fpl.com

Quadrangle Group LLC

Attn: Patrick Bartel, Andrew Herenstein
 375 Park Avenue, 14th Floor
New York, NY 10152
Phone: 212-418-1700
Fax: 212-418-1701
Patrick.bartels@QuadrangleGroup.com; Andrew.Herenstein@QuadrangleGroup.com

Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
Attn: Zachary J. Bancroft
 450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Phone: 407-843-4600
Fax: 407-843-4444
zachary.bancroft@lowndes-law.com

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601
Phone: 813-229-0900
Fax: 813-229-3323
lfoyle@kasslaw.com

Citrus County Tax Collector
Attn: Janice A. Warren
210 N. Apopka Ave., Suite 100
Inverness, FL 34450
Phone: 352-341-6625
Fax: 352-341-6514
lynda.becker@mail.tc.citrus.fl.us

Smith Debnam Narron Wyche Saintsing & Myers, LLP
Attn: Byron L. Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611
Phone: 919-250-2000
Fax: 919-250-2211
bsaintsing@smithdebnamlaw.com

Fredrikson& Byron, P.A.
Attn: John M. Koneck, Esq.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
Phone: 612-492-7038
Fax: 612-492-7077
jkoneck@fredlaw.com

Kaplan and Freedman, P.A.
Attn: Matthew E. Kaplan, Esq.

9410 Southwest 77th Avenue
Miami, Florida 33156-7903
Phone: 305-274-7533
Fax: 305-274-7855
mkaplan@kaplanfreedman.com

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Dr., Bldg 1, Ste 525
Clearwater, FL 34762
Phone: 727-592-6704
Fax: 727-571-7157

Foster & Lindeman, PA
Attn: William Lindeman
PO Box 3108
Orlando, FL 32802-3108
Phone: 407-422-1966

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend St.
Boston, MA 02114
Phone: 617-742-7300
Fax: 617-742-9969
jbodoff@bodoffslavitt.com

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak, Laurel Isicoff
2525 Ponce de Leon, 9th Fl.
Coral Gables, FL 33134
Phone: 305-372-1800
Fax: 305-372-3508
jk@kttlaw.com; lmi@kttlaw.com

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth St., Ste 2300
Minneapolis, MN 55402
Phone: 612-335-15000
Fax: 612-335-1657
larry.ricke@leonard.com

Watkins, Ludlam, Winter & Stennis, P.A.
Attn: Kristina M. Johnson
633 North State St., PO Box 427
Jackson, MS 39205-0427
Phone: 601-949-4785
Fax: 601-949-4804
kjohnson@watkinsludlam.com

William P. Wessler
1624 24th Ave.
Gulfport, MS 39501
Phone: 228-863-3686
Fax: 228-863-7877
wwessler@cableone.net

Ken Burton, Jr., Manatee County Tax Collector
Attn: Susan D. Profant
PO Box 25300
819 U.S. 301 Blvd. West
Bradenton, FL 34206-5300
Phone: 941-741-4832
Fax: 941-741-4865
susanp@taxcollector.com

The H.T. Hackney Co.
Attn: Kyle Dugger
502 S. Gay St., Ste 300
Knoxville, TN 37902
Phone: 865-546-1291
Fax: 865-546-1501
duggerkw@aol.com

Levy & Droney, PC
Attn: Ross G. Fingold
74 Batterson Park Road
Farmington, CT 06032
Phone: 860-676-3000
Fax: 860-676-3200
rfingold@ldlaw.com

Ginnie Van Kesteren P.A.
Attn: Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701
Phone: 727-898-9669
Fax: 727-898-9660
gvk@gvk-law.com; cindy@gvk-law.com

Perkins Coie LLP
Attn: Bruce MacIntyre, Jennifer Stevenson
1201 Third Ave., 40th Fl.
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000
bmacintyre@perkinscoie.com; jstevenson@perkinscoie.com

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret Westbrook

Two Hanover Square, Suite 1900
434 Lafayette Street Mall
PO Box 1070
Raleigh, NC 27602-1070
Phone: 919-743-7311
Fax: 9191-516-2011
mwestbrook@kennedycovington.com

Adelman Law Officesm PC
Attn: David A. Adelman
1320 Tower Road, Ste 114
Schaumburg, IL 60173
Phone: 847-301-4341
Fax: 847-301-4342
adelman@pacaenforcer.com

Stichter, Riedel, Blain & Prosser PA
Attn: Don M. Stichter
110 East Madison St., Ste 200
Tampa, FL 33602
Phone: 813-229-0144
Fax: 813-229-1811
dstichter@srbp.com

William F. Harmeyer & Associates
Attn: William F. Harmeyer
7322 Southwest Freeway, Ste 475
Houston, TX 77074
Phone: 713-270-5552
Fax: 713-270-7128
wharmeyer@harmeyerlaw.com

Elk, Bankier, Christu & Bakst, LLP
Attn: Michael R. Bakst
222 Lakeview Ave., Ste 1330
West Palm Beach, FL 33401
Phone: 561-238-9900
Fax: 561-238-9920
mbakst@ebcblaw.com

Venable LLP
Attn: Lisa Bittle Tancredi, Gregory Cross, Heather Deans Foley
1800 Mercantile Bank & Trust Bldg., 2 Hopkins Plaza
Baltimore, MD 21201
Phone: 410-244-7400
Fax: 410-244-7742
lbtancredi@venable.com; gacross@venable.com; hdfoley@venable.com

Pitney Hardin LLP
Attn: Richard Meth
PO Box 1945

Morristown, NJ 07962-1945
Phone: 973-966-6300
Fax: 973-966-1550
rmmnybankruptcy@pitneyhardin.com

Wander & Associates
Attn: David H. Wander
641 Lexington Ave, 21st Fl.
New York, NY 10022
Phone: 212-751-9700
Fax: 212-751-6820
dwander@wanderlaw.com

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109
Phone 239-513-9191
Fax: 239-513-9677
lmeuers@meuerslawfirm.com

Fredric Buresh, P.A.
Attn: Fredric Buresh
800 SE Third Ave., 4th Fl.
Ft. Lauderdale, FL 33316
Phone: 954-525-2300
Fax: 954-763-4725
fredcburesh@aol.com

Simpson Law Offices
Attn: James W. Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305
Phone: 404-266-2421

Markowitz, Davis, Ringel & Trusty, PA
Attn: Jerry Markowitz, Rachel Rubio
9130 South Dadeland Blvd., Ste 1225
Miami, FL 33156
Phone: 305-670-5000
Fax: 305-670-5011
jmarkowitz@mdrtlaw.com; rrubio@mdrtlaw.com

Frank, Weinberg & Black, PL
Attn: David Black
7805 S.W. 6th Court
Plantation, FL 33324
Phone: 954-474-8000
Fax: 954-474-9850
dblack@fwblaw.net

Ford, Bowlus, Duss, Morgan, Kenney, Safer & Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257
Phone: 904-268-7227
Fax: 904-268-3337
mbowlus@fjbd.com; kschnauss@fjbd.com

Kennedy Covington Lobdell & Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Fl
214 North Tryon St.
Charlotte, NC 28202
Phone: 704-331-7400
Fax: 704-353-3129
handresen@kennedycovington.com

Sesssions, Fishman & Nathan LLP
Attn: J. David Forsyth
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170-3500
Phone: 504-582-1521
Fax: 504-582-1564
jdf@sessions-law.com

Weiss Serota Helfman Pastoriza Guedes Cole & Boniske PA
Attn: Douglas Gonzales
3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312
Phone: 954-763-4242
Fax: 954-764-7770
dgonzales@wsh-law.com

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300
Northfield, IL 60093
Phone: 847-441-7676
Fax: 312-346-8434
wschwartz@lplegal.com

Brown Raysman Millstein Felder & Steiner, LLP
Attn: Gerard Catalanello
900 Third Ave.
New York, NY 10022
Phone: 212-895-2000
Fax: 212-895-2900
gcatalanello@brownraysman.com

Broward County Revenue Collection Division

Litigation Section, Attn: Hollie Hawn
Government Center Annex
115 S. Andrews Ave.
Fort Lauderdale, FL 33301
Phone: 954-357-7600
Fax: 954-357-7641

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL 32204
Phone: 904-354-5200
Fax: 904-354-5256
afranson@atritt.com

Johnson, Pope, Bokor, Ruppel & Burns LLP
Attn: Michael Markham
PO Box 1368
Clearwater, FL 33757
Phone: 727-461-1818
Fax: 727-443-6548
mikem@jpfirm.com

Williams Mullen Hofheimer Nusbaum
Attn: David Greer
999 Waterside Drive, Ste 1700
PO Box 3460
Norfolk, VA 23514-3460
Phone: 757-629-0617
Fax: 757-629-0660
dgreer@williamsmullen.com

Williams Mullen Hofheimer Nusbaum
Attn: Paul Bliley
1021 East Gary St.
PO Box 1320
Richmond, VA 23218-1320
Phone: 804-783-6448
Fax: 804-783-6507
pbliley@williamsmullen.com

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State St.
Columbus, OH 43215-4294
Phone: 614-462-5404
Fax: 614-464-2634
scupps@keglerbrown.com

Bingham McCutchen LLP

Attn: Anthony Smits
One State St.
Hartford, CT 06103
Phone: 860-240-2700
Fax: 860-240-2800
anthony.smits@bingham.com

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Phone: 302-421-6840
Fax: 302-421-5873
mminuti@saul.com

Thompson, O'Brien, Kemp & Nasuti PC
Attn: Albert Nasuti
40 Technology Parkway South, Ste 300
Norcross, GA 30092
Phone: 770-925-0111
Fax: 770-925-8597
anasuti@tokn.com

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dri., Ste 2540
Tampa, FL 33602
Phone: 813-229-1700
Fax: 813-229-1707
ecf@jennisbowen.com

Polsinelli Shalton Welte Suelthaus PC
Attn: Daniel Flanigan
292 Madison Ave., 17th Fl.
New York, NY 10017
Phone: 212-684-0199
Fax: 212-684-0197
dflanigan@pswslaw.com

Polsinelli Shalton Welte Suelthaus PC
Attn: James E. Bird
700 West 47th St., Ste 1000
Kansas City, MI 64112
Phone: 816-753-1000
Fax: 816-753-1536
jbird@pswslaw.com

Clark, Partington, Hart, Larry, Bond & Stackhouse
Attn: Keith L. Bell, Jr
One Pensacola Plaza, Suite 800

125 West Romana Street
Pensacola, FL 32501
Phone: 850-434-9200
Fax: 850-434-7340
kbell@cphlaw.com

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106
Phone: 215-829-0014
Fax: 215-829-0059
jchebot@wbc-lawyers.com

Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
PO Box 1098
Gainesville, GA 30503
Phone: 770-536-3381
Fax: 770-531-1481
bpatten@sgwfirm.com

Blanco Tacklabery Combs & Matamoros, PA
Attn: Gene B. Tarr
PO Drawer 25008
Winston-Salem, NC 27114-5008
Phone: 336-293-9000
Fax: 336-293-9030
gbt@btcmlaw.com

Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP
Attn: Amos U. Priester IV
PO Box 2611
Raleigh, NC 27602-2611
Phone: 919-821-1220
Fax: 919-821-6800
apriester@smithlaw.com

Phelps Dunbar
Attn: Douglas C. Noble
111 East Capital, Ste 600
PO Box 23066
Jackson, MS 39225-3066
Phone: 601-352-2300
Fax: 601-360-9777
nobled@phelps.com

Stoel Rives LLP
Attn: Peter L. Slinn
600 University St., Ste 3600

Seattle, WA 98101
Phone: 206-386-7612
Fax: 206-386-7500
plslinn@stoel.com

Simon Property Group
Attn: Ronald Tucker
115 West Washington St.
Indianapolis, IN 46204
Phone: 317-263-2346
Fax: 317-263-7901
rtucker@simon.com

Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
Attn: Robert Feinstein
780 Third Ave., 36th Fl.
New York, NY 10017
Phone: 212-561-7700
Fax: 212-561-7777
rfeinstein@pszyjw.com

Davis & Fields PC
Attn: Richard Davis
PO Box 2925
Daphne, AL 36526
Phone: 251-621-1555
Fax: 251-621-1520
rdavis@davis-fields.com

Haywood, Denny & Miller LLP
Attn: Robert Levin
PO Box 51429
Durham, NC 51429
Phone: 919-403-0000
Fax: 919-403-0001
rlevin@hdmllp.com

GrayRobinson PA
Attn: Donald Nohrr
PO Box 1870
Melbourne, FL 32902
Phone: 321-727-8100
Fax: 321-984-4122
dnohrr@gray-robinson.com

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
Attn: Elwood F. Cahill, Jr., Neal J. Kling
909 Poydras St., 28th Fl.
New Orleans, Louisiana 70112
Phone: 504-299-2100

Fax: 504-299-2300
ecahill@shergarner.com; nkling@shergarner.com

Seyfarth Shaw LLP
Attn: Richard Lauter, Sara Lorber
55 East Monroe St., Ste 4200
Chicago, IL 60601-5803
Phone: 312-346-8000
Fax: 312-269-8869
rlauter@seyfarth.com; slorber@seyfarth.com

St. John & Wayne, LLC
Attn: Todd Galante, Paul Evangelista
Two Penn Plaza East
Newark, NJ 07105
Phone: 973-491-3600
Fax: 973-491-3555
tmg@stjohnlaw.com; pse@stjohnlaw.com

Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
Attn: Brian Shaw, Allen Guon
321 N. Clark St., Ste 800
Chicago, IL 60610
Phone: 312-541-0151
Fax: 312-980-3888
bshaw100@shawgussis.com; aguon@shawgussis.com

Porter, Wright, Morris & Arthur LLP
Attn: James Botti
41 South High St., 31st Fl.
Columbus, OH 43215
Phone: 614-227-2178
Fax: 614-227-2100
jbotti@porterwright.com

Smith Debnam Narron Wyche Saintsing & Myers, LLP
Attn: Byron Saintsing
PO Box 26268
Raleigh, NC 27611
Phone: 919-250-2000
Fax: 919-250-2211
bsaintsing@smithdebnamlaw.com

Snell & Wilmer, LLP
Attn: Peter Rathwell
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Phone: 602-382-6203
Fax: 602-382-6070
prathwell@swlaw.com

McCormick & Company
Attn: Austin Nooney
211 Schilling Circle
Hunt Valley, MD
Phone: 410-527-6050
Fax: 410-527-6262
austin_nooney@mccormick.com

Wolff, Hill, McFarlin & Herron, PA
Attn: David McFarlin, Kenneth Herron
1851 W. Colonial Drive
Orlando, FL 32804
Phone: 407-648-0058
Fax: 407-648-0681
dmcfarlin@whmh.com; kherron@whmh.com

LaMonica Herbst & Maniscalco, LLP
Attn: Salvatore LaMonica
3305 Jerusalem Ave.
Wantagh, NY 11803
Phone: 516-826-6500

Leatherwood Walker Todd & Mann, PC
Attn: Seann Gray Tzouvelekas
PO Box 87, 300 East McBee Avenue, Ste 500
Greenvile, SC 29602-0087
Phone: 864-240-2490
Fax: 864-240-2498
stzouvelekas@lwtm.com

Haynsworth Sinkler Boyd, PA
Attn: William H. Short
PO Box 11889
Columbia, SC 29201
Phone: 803-779-3080
Fax: 803-765-1243
bshort@hsblawfirm.com

Johnston, Harris, Gerde & Jelks, PA
Attn: Jerry Gerde
239 E. 4th St.
Panama City, FL 091787
Phone: 850-763-8421
Fax: 850-763-8425
gerdekomarek@bellsouth.net
Foley & Mansfield, PLLP
Attn: James J. Lotz
545 Madison Avenue
New York, NY 10022
Phone: 212-421-0436

Fax: 212-421-0539
jlotz@foleymansfield.com

McClain, Leppert & Maney, P.C.
Attn: J. Casey Roy, Michael Leppert
711 Louisiana Street, Suite 3100
Houston, Texas 77002
Phone: 713-654-8001
Fax: 713-654-8818
roy@mcclainleppert.com; leppert@mcclainleppert.com

Brenner Kaprosy LLP
Attn: T. David Mitchell
50 East Washington St.
Chagrin Falls, OH 4402
Phone: 440-247-5555
Fax: 440-247-5551
tdavidmitchell@msn.com

Greenbaum, Rowe, Smith & Davis LLP
Attn: Thomas Denitzio
Metro Corporate Campus One
PO Box 5600
Woodbridge, NJ 07095-0988
Phone: 732-549-5600
Fax: 732-549-1881
tdenitzio@greenbaumlaw.com

Ray Quinney & Nebeker, PC
Attn: Steven Waterman
PO Box 45385
Salt Lake City, UT 84145-0385
Phone: 801-532-1500
Fax: 801-532-7543
swaterman@rqn.com

Alfred E. Smith
60 E. 42nd St., Ste 2501
New York, NY 10017
Phone: 212-986-2251
Fax: 212-986-2238
alsmithesq@aol.com

Wachtel & Masyr, LLP
Attn: Steven Cohen, Greg Haber
110 East 59th St.
New York, NY 10022
Phone: 212-909-9500
Fax: 212-371-0320
cohen@wmllp.com; ghaber@wmllp.com

Spain & Gillon, LLC
Attn: Walter F. McArdle
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203
Phone: 205-328-4100
Fax: 205-324-8866
 wfm@spain-gillon.com

Genovese Joblove & Battista, P.A.
Attn: Craig P. Rieders
100 Southeast Second Street, Suite 3600
Miami, FL 33131
Phone: 305-349-2300
Fax: 305-349-2310
crieders@gjb-law.com

Berger Singerman, P.A.
Attn: Arthur Spector
350 East Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301
Phone: 954-525-9900
Fax: 561-998-0028
aspector@bergersingerman.com

Stovash,,Case & Tingley, PA
Attn: Rachel Adams
SunTrust Center
200 South Orange Avenue, Suite 1220
Orlando, FL 32801-3410
Phone: 407-316-0393
Fax: 407-316-8969
radams@sctlaw.com

Wright, Lindsey & Jennings LLP
Attn: James Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Phone: 501-371-0808
Fax: 501-376-9442
jglover@wlj.com

Marvin S. Schulman, PA
2800 Weston Road, Ste 201
Weston, FL 33331
Phone: 954-349-3300
Fax: 954-650-3045
mschulmanpa@aol.com

Stoltz Real Estate Partners

Attn: Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004
Phone: 610-667-5800
Fax: 610-617-6224
slewis@stoltzusa.com

Gronek & Latham, LLP
Attn: Scott Shuker
390 N. Orange Ave., Ste 600
Orlando, FL 32801
Phone: 407-481-5800
Fax: 407-481-5801
rshuker@groneklatham.com

Rogers Towers PA
Attn: Betsy Cox
1301 Riverplace Blvd., Ste 1500
Jacksonville, FL 32007
Phone: 904-398-3911
Fax: 904-398-0663
bcox@rtlaw.com

Lee & Rosenberger, a Law Corporation
Attn: Gregg Rapoport
135 W. Green St., Ste 100
Pasadena, CA 91105
Phone: 626-356-8080
Fax: 626-578-1827
gar@garlaw.us

Metro-Goldwyn-Mayer Home Entertainment Inc.
Attn: Christopher Miller
10250 Constellation Blvd.
Los Angeles, CA 90067
Phone: 310-586-8108
Fax: 310-449-3136
cmiller@mgm.com

Bregman, Berbert, Schwartz & Gilday, LLC
Attn: Laurence H. Berbert
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707 Main
(301) 961-6525 Facsimile
lberbert@bregmanlaw.com

Nick Law Firm, LC
Attn: Tammy N. Nick
676 East I-10 Service Road
Slidell, LA 70461

Phone: 985-641-1802
Fax: 985-641-1807
nicklaw@eatel.net

Wilkins, Bankester, Biles & Wynne, PA
Attn: Marion Wynne, Brian Britt
PO Box 1367
Fairhope, AL 36532
Phone: 251-928-1915
Fax: 251-928-1967
twynne@wbbwlaw.com; bbritt@wbbwlaw.com

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis
Attn: Lara R. Fernandez, Richard McIntyre
Post Office Box 1102
Tampa FL, 33601-1102
Phone: 813-223-7474
Fax: 813-229-6553
lrfernandez@trenam.com; rjmcintyre@trenam.com

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
Attn: Teresa Sadutto
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018
Phone: 212-593-3000
Fax: 212-593-0353
tsadutto@platzer.com

RMC Property
c/o Dennis LeVine & Associates
PO Box 707
Tampa, FL 33601-0707
Phone: 813-253-0777
Fax: 813-253-0975

Dreyer's Grand Ice Cream
Attn: Shane Weitzel
5929 College Ave.
Oakland, CA 94618

Dreyer's Grand Ice Cream
c/o Cook, Perkiss & Lew
Attn: David Cook
PO Box 270
San Francisco, CA 94104-0270
Phone: 415-989-4730
Fax: 415-989-0491

Iurillo & Associates, PC
Attn: Sabrina Beavens
Sterling Square

600 First Ave. North, Ste 308
St. Petersburg, FL 33701
Phone: 727-895-8050
Fax: 727-895-8057
sbeavens@iurillolaw.com

Marks Gray, P.A.
Attn: Nicholas V. Pulignano, Jr.
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207
Phone: 904-398-0900
Fax: 904-399-8440
npulignano@marksgray.com

Mowrey & Biggins, P.A.
Attn: Ronald A. Mowrey
515 North Adams St.
Tallahassee, FL 32301-1111
Phone: 850-222-9482
Fax: 850-561-6867

Epstein Becker & Green, PC
Attn: Annette Kerlin McBrayer
945 East Paces Ferry Rd., Ste 2700
Atlanta, GA 30326
Phone: 404-923-9045
Fax: 404-923-9099
amcbrayer@ebglaw.com