In re:  WINN-DIXIE STORES, INC.                                          Case No.:  05-11063 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule: MSP AND SRP PARTICIPANTS** | | | | | | |
| 1,042 PARTICIPANTS<br>MANAGEMENT SECURITY PLAN (MSP)<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254<br>Creditor: 399303 - 71 | PRESENT VALUE OF VESTED PORTION AS OF 02/22/05 | X | | | | $88,768,532.00 |
| 436 PARTICIPANTS<br>SUPPLEMENTAL RETIREMENT PLAN (SRP)<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254<br>Creditor: 399302 - 71 | 02/22/05 | X | | | | $15,883,998.28 |
| **TOTAL SUB SCHEDULE: MSP AND SRP PARTICIPANTS** | | | | | | **$104,652,530.28** |
| **TOTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS:** | | | | | | **$104,652,530.28** |

EXHIBIT A
Blumberg No. 5208

PAGE TOTAL:                        $104,652,530.28