Label Matrix for USBC
Middle District of Florida
Case 3:05-bk-03817-JAF
Tue May  3 13:41:22 EDT 2005

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Buffalo Rock Co.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Citrus World, Inc., d/b/a Florida's Natu
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Liberty Mutual Insurance Company
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street
Suite 1600, Jacksonville, FL 32202 32202

Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Maples Gas Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Meridian Coca-Cola Bottling Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Mosby's Packing Company, Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Northeast MS Coca-Cola Bottling Co., Inc
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

Rachel E. Adams, Esq.
200 S. Orange Avenue
Suite 1220
Orlando, Florida 32801

Southeast Milk, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Southeast-Atlantic Beverage Corporation
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor (29201)
PO Box 11070
Columbia, SC  29211,  29211

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207