UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE

**Stutsman & Thames, P.A.** gives notice of its appearance as additional counsel of record for **Ernst Properties, Inc. ("Ernst Properties"),** and requests, that all notices, pleadings or other documents to be served on Ernst Properties be served on it in care of the undersigned counsel.

STUTSMAN & THAMES, P.A.

/s/ Nina M. LaFleur
By_____
    Nina M. LaFleur
    Richard R. Thames

Florida Bar Number 0107451
Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
nlafleur@stutsman-thames.com
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Ernst Properties, Inc.

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005;; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 3rd day of May, 2005.

/s/ Nina M. LaFleur
_____
Attorney

55786