IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 3:05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## REQUEST FOR NOTICE

Comes now Doane Pet Care Company, by and through its counsel, and hereby requests that the following address be added to the mailing matrix for the above case and that all notices required to be mailed to a requesting party be sent as follows:

    Austin L. McMullen
    Boult, Cummings, Conners & Berry, PLC
    1600 Division Street, Suite 700
    P. O. Box 340025
    Nashville, Tennessee 37203
    Phone: (615) 252-2307
    Fax: (615) 252-6307
    E-mail: amcmullen@bccb.com

    Respectfully submitted,

    /s/ Austin L. McMullen
    Austin L. McMullen
    BOULT, CUMMINGS, CONNERS & BERRY, PLC
    1600 Division Street, Suite 700
    P. O. Box 340025
    Nashville, Tennessee 37203
    Phone: (615) 252-2307
    Fax: (615) 252-6307

    *Attorneys for Doane Pet Care Company*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was forwarded electronically or by first class mail postage prepaid to:

| | |
|---|---|
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Office of the U.S. Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801<br><br>*U.S. Trustee* |

-and-

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

*Counsel for Debtors*

on this the 3rd day of May, 2005.

                                                /s/ Austin L. McMullen
                                                Austin L. McMullen