**UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al., | ) *Chapter 11* |
| Debtors. | ) Jointly Administered |

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtor corporations listed below were filed on February 21, 2005. The cases were transferred to the above-captioned Court on April 13, 2005. The cases are being jointly administered for procedural purposes under Case No. 05-03817-3F1. You may be a creditor of one of the debtors. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. **This notice lists important deadlines and provides important information concerning the cases.** You may want to consult an attorney to protect your rights. All pleadings (other than proofs of claim) filed in these cases may be reviewed in electronic form at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For general information, please call 1-800-224-7654 or e-mail winninfo@loganandco.com.

**Debtors (Other Names Used by the Debtors in the Last 6 Years, Including Trade Names) and Addresses:**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court, Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama 36104 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

### Co-Attorneys for Debtors (name and address):

D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida  32202

### Meeting of Creditors:

Date:  May 25, 2005

Time: 10:00 a.m. Eastern Time

Location:  Prime F. Osborn, III Convention Center
1000 Water Street
Jacksonville, Florida

### Deadline to File a Proof of Claim:

**Proofs of Claim Must be Filed by:**
August 1, 2005, at 5:00 p.m. Eastern Time

**Address for Filing Proofs of Claim:**
Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043

**PLEASE DO NOT FILE PROOFS OF CLAIM WITH THE BANKRUPTCY COURT**

**Address of the Bankruptcy Clerk's Office:**

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

Hours Open:  Monday through Friday, 8:30 a.m. to 4:00 p.m.

**For the Court:**

Clerk of the Court
David K. Oliveria

Date:  May 2, 2005

| EXPLANATIONS |
|---|

## Filing of Chapter 11 Bankruptcy Case

A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed by each of the debtors listed on the preceding pages, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is appointed, the debtors will remain in possession of the debtors' property and may continue to operate any business.

## Creditors May Not Take Certain Actions

Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures.

## Meeting of Creditors

A meeting of creditors is scheduled for the date, time and location listed on the preceding page. *The debtors' representative must be present at the meeting to be questioned under oath by the U.S.Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

## Claims

**Filing of Proofs of Claim:** The debtors have filed schedules of liabilities pursuant to Bankruptcy Rule 1007. You may review the schedules of liabilities at www.loganandco.com. Any creditor holding a scheduled claim that is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a Proof of Claim in this case. A Proof of Claim is a signed statement describing a creditor's claim. Creditors whose claims are not scheduled or whose claims are listed in the schedules as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their Proofs of Claim. The deadline for filing Proofs of Claim is August 1, 2005, at 5:00 p.m. Eastern Time. If you elect to file a Proof of Claim and have not received a Proof of Claim form, you may utilize a Proof of Claim form that substantially conforms to Official Form 10. Proof of Claim forms are available in the clerk's office of any bankruptcy court or you may obtain a form at www.loganandco.com. The place to file a proof of claim is: Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043.

**Information Concerning Offers to Purchase Claims:** Certain entities are in the business of purchasing claims held by creditors against a debtor for an amount that is less than the face amount of the claims. One or more of these entities may contact you and offer to purchase your claim against one of the debtors. Some of the written communications from these entities may be easily confused with official court documentation or communications from the debtors. These entities do not represent the Court or the debtors. Therefore, you have no obligation to sell your claim to these entities. In the event you do decide to sell your claim, any transfer of such claim is subject to Bankruptcy Rule 3001(e), any applicable provisions of the Bankruptcy Code and any applicable orders of the Court.

## Discharge of Debts

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

## Bankruptcy Clerk's Office

Any paper that you file in this bankruptcy case, except a Proof of Claim form and a ballot on confirmation of a chapter 11 plan, should be filed at the bankruptcy clerk's office at the address listed on the preceding page. **Electronic filing is mandatory for all attorneys.** You may review all pleadings (other than proofs of claim), including the debtors' schedules, in electronic form at the bankruptcy clerk's office. Separate instructions have been issued as to when and where to file a proof of claim and separate instructions will be later issued as to when and where to file a ballot.

Voice Case Info. System (VCIS): For use with a touch-tone phone only; using the dial pad VCIS will provide the caller with basic case information. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1-866-879-1286.

Please review the Court's website at www.flmb.uscourts.gov at "Winn-Dixie Stores Chapter 11 Proceedings," for additional information regarding these cases.

## Legal Advice

The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights.