**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF APPEARANCE**

**Stutsman & Thames, P.A.** gives notice of its appearance as additional counsel of record for **Selma Highway 80 Venture II Joint Venture**, an Alabama General Partnership, ("Selma Highway 80"), and requests, that all notices, pleadings or other documents to be served on Selma Highway 80 be served on it in care of the undersigned counsel.

        **STUTSMAN & THAMES, P.A.**

            */s/ Nina M. LaFleur*
        By_____
            Nina M. LaFleur
            Richard R. Thames

        Florida Bar Number 0107451
        Florida Bar Number 0718459
        121 W. Forsyth Street, Suite 600
        Jacksonville, Florida  32202
        nlafleur@stutsman-thames.com
        (904) 358-4000
        (904) 358-4001 (Facsimile)

        Attorneys for Selma Highway 80

## **Certificate of Service**

I certify that a copy of the foregoing has been furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005;; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 3rd day of May, 2005.

/s/ Nina M. LaFleur
Attorney

55789