**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE**

**Stutsman & Thames, P.A.** gives notice of its appearance as additional counsel of record for **Valleydale Associates, Ltd.**, an Alabama Limited Partnership ("Valleydale Associates"), and requests, that all notices, pleadings or other documents to be served on Valleydale Associates, Ltd. be served on it in care of the undersigned counsel.

**STUTSMAN & THAMES, P.A.**

By /s/ Nina M. LaFleur
_____
Nina M. LaFleur
Richard R. Thames

Florida Bar Number 0107451
Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida  32202
nlafleur@stutsman-thames.com
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Valleydale Associates, Ltd.

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005;; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 3rd day of May, 2005.

/s/ Nina M. LaFleur
_____
Attorney

55790