**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**<u>JACKSONVILLE DIVISION</u>**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| _____ | ) | |

**<u>OBJECTION OF NORTH MADISON ASSOCIATES, LTD. TO DEBTOR'S
MOTION FOR EXTENSION OF TIME TO ASSUME, OR REJECT LEASES</u>**

Comes now North Madison Associates, Ltd., lessor and creditor in the above-styled bankruptcy case (hereinafter "North Madison"), and objects to the Debtor's Motion for Extension of Time to Assume, or Reject Leases and as grounds therefor, avers as follows:

1. North Madison leases to Winn Dixie Atlanta, Inc., certain property located at the northeastern corner of the intersection of U.S. 72 E. and Wal-Triana Highway in the City of Madison, County of Madison, State of Alabama. North Madison Associates is informed and believes that Winn Dixie Atlanta, Inc., has become Winn Dixie Montgomery, Inc. (the Debtor is collectively referred to as "Debtor", or "Winn Dixie").

2. The lease is from February 16, 1995, and it is for an initial term of twenty years. A true and correct copy of the lease is attached as Exhibit A.

3. Winn Dixie is in default for failing to pay amounts owed by it pre-petition in total sum of $32,968.34. The Debtor is required to pay this amount pursuant to the lease.

4. North Madison is attempting to market the subject property. Winn Dixie's attempts to extend the time for assuming, or rejecting the lease between Winn Dixie and North Madison creates a level of uncertainty and destroys North Madison's ability to market the property during the best time of the year for marketing same. Therefore, if Winn Dixie chooses to reject the lease at a later date, then it would have deprived North Madison of opportunities to sell the subject property and realize on its investment, resulting in additional damage to North Madison. Therefore, the time for assuming or rejecting the lease between the Debtor and North Madison should not be extended.

Submitted this the 3rd day of May, 2005.

Walter F. McArdle
**SPAIN & GILLON, LLC**
ALA Bar No. 2446-R69W
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203-3753
Telephone: (205) 328-4100
Facsimile: (205) 324-8866
wfm@spain-gillon.com

-and-

**STUTSMAN & THAMES, P.A.**

By /s/ Nina M. LaFleur
_____
Nina M. LaFleur

Florida Bar No. 0107451
121 West Forsyth St., Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
nlafleur@stutsman-thames.com

Attorneys for North Madison Associates, Ltd.

2

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 3rd day of May, 2005.

/s/ Nina M. LaFleur
_____
Attorney

55784