UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.* | ) | CASE NO. 05-03817-3F1 |
| | ) | CHAPTER 11 |
| DEBTOR. | ) | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

I, Michael Leppert, a member in good standing of the bar in the State of Texas and the bar of the United States District Court in the Southern District of Texas, request admission, *pro hac vice*, before this honorable Court to represent Chevron Phillips Chemical Company, L.P., a creditor and party in interest in the above-referenced Chapter 11 cases.

My address is McClain, Leppert & Maney, P.C., South Tower Pennzoil Place, 711 Louisiana Street, Suite 3100, Houston, Texas 77002. My email address is Leppert@Mcclainleppert.com. My telephone number is (713) 654-8001. I agree to pay the $25 fee upon approval by the Court admitting me to practice *pro hac vice*.

Respectfully submitted this 3rd day of May, 2005.

McCLAIN, LEPPERT & MANEY, P.C.

By: _____
Michael Leppert
Texas State Bar Number 13386020
711 Louisiana Street, Suite 3100
South Tower Pennzoil Place
Houston, Texas 77002
Telephone: (713) 654-8001
Telecopy: (713) 654-8818

ATTORNEYS FOR CHEVRON PHILLPS CHEMICAL
COMPANY, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Motion for Admission to Practice Pro Hac Vice were served, by first class mail, postage prepaid as reflected on the parties as listed on the attached Service List on this 3rd day of May, 2005.

_____
J. Casey Roy

## SERVICE LIST

Debtors
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Debtors' Counsel
Adam Ravin
D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

United States Trustee
United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Counsel for Creditors' Committee
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

F:\WP\Client-Matters\Chevron Phillips \Pleadings\Leppert Motion for Admission to Practice Pro Hac Vice.doc