UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                    )
                                                          )
WINN-DIXIE STORES, INC., *et al.*                         )        CASE NO. 05-03817-3F1
                                                          )        CHAPTER 11
        DEBTOR.                                           )        Jointly Administered

**ORDER APPROVING**
**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

        Upon consideration of the Motion for Admission to Practice, *Pro Hac Vice* (the

"Motion"), filed by Michael Leppert, counsel for Chevron Phillips Chemical Company

("Chevron"), the Court finds after due deliberation and sufficient cause appearing therefore, it is

hereby

        ORDERED that:

        1.      The Motion is approved.

        2.      Michael Leppert is admitted to practice *pro hac vice* in the above-referenced

Chapter 11 cases in the United States Bankruptcy Court, Middle District of Florida,

Jacksonville Division, subject to payment of the filing fee.

        Dated this ___ day of May 2005

                                        _____
                                        United States Bankruptcy Judge