**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| _____ | ) | |

**OBJECTION OF LANDLORDS TO DEBTOR'S MOTION FOR EXTENSION OF TIME TO ASSUME, OR REJECT LEASES**

Comes now **Selma Highway 80 Venture II Joint Venture**, an Alabama General Partnership, (hereinafter "Selma Highway 80"), and **Valleydale Associates, Ltd.**, an Alabama Limited Partnership (hereinafter "Valleydale Associates") (hereinafter collectively referred to as "Landlords") and object to the Debtor's Motion for Extension of Time to Assume, or Reject Leases and as grounds therefor, aver as follows:

1. Pending before the Court is the Debtor's Motion for Extension of Time to Assume, or Reject Leases.

2. Winn Dixie Montgomery, Inc., has entered into leases with Selma Highway 80 and Valleydale Associates. True and correct copies of those leases are attached hereto and incorporated herein as Exhibits A and B.

3. It is the Landlords' understanding that the Debtor seeks to extend the time for assuming or rejecting these leases for a period up and including September 19, 2005. This is approximately ninety days after the exclusive period in this case will have expired pursuant to 11 U.S.C. §1121(b) absent an extension of that time.

4.       Landlords submit that the Debtor has had more than sufficient time to determine which leases to assume or reject.  Landlords would agree to an extension for an additional thirty days, but otherwise object to an extension beyond that time.

Submitted this the 3rd day of May, 2005.

>Walter F. McArdle
>**SPAIN & GILLON, LLC**
>ALA Bar No. 2446-R69W
>The Zinszer Building
>2117 Second Avenue North
>Birmingham, AL 35203-3753
>Telephone: (205) 328-4100
>Facsimile: (205) 324-8866
>wfm@spain-gillon.com
>
>-and-
>
>**STUTSMAN & THAMES, P.A.**
>
>          /s/ Nina M. LaFleur
>By_____
>         Nina M. LaFleur
>
>Florida Bar No. 0107451
>121 West Forsyth St., Suite 600
>Jacksonville, Florida 32202
>(904) 358-4000
>(904) 358-4001 (Facsimile)
>nlafleur@stutsman-thames.com
>
>Attorneys for Selma Highway 80 Venture II
>Joint Venture and Valleydale Associates, Ltd.

**Certificate of Service**

I certify that a copy of the foregoing has been furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 3rd day of May, 2005.

/s/ Nina M. LaFleur

Attorney

55791