UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.* | ) | CASE NO. 05-03817-3F1 |
| | ) | CHAPTER 11 |
| DEBTOR. | ) | Jointly Administered |

**ORDER APPROVING**
**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

Upon consideration of the Motion for Admission to Practice, *Pro Hac Vice* (the "Motion"), filed by J. Casey Roy, counsel for Chevron Phillips Chemical Company ("Chevron"), the Court finds after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that:

1. The Motion is approved.

2. J. Casey Roy is admitted to practice *pro hac vice* in the above-referenced Chapter 11 cases in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, subject to payment of the filing fee.

Dated this ___ day of May 2005

_____
United States Bankruptcy Judge