UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                      )
                                            )
WINN-DIXIE STORES, INC., *et al.*           )      CASE NO. 05-03817-3F1
                                            )      CHAPTER 11
        DEBTOR.                             )      Jointly Administered

## UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

McClain, Leppert & Maney, P.C. ("MLM"), counsel for Chevron Phillips Chemical Company, L.P. ("CPCC"), a creditor and party in interest in the above-captioned bankruptcy case, files this Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, MLM respectfully states as follows:

1.   On February 21, 2005, Winn-Dixie Stores, Inc., *et al.* (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2.   Pursuant to Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Bankruptcy Local Rule 2090-1(c) provides that the Court may waive such designation for good cause shown.

3. The matters pertaining to CPCC at issue in these jointly-administered Chapter 11 cases are limited and retention of local counsel would impose an additional financial burden on CPCC. MLM anticipates that it will represent CPCC in connection with CPCC's reclamation and other claims against the Debtors.

4. Further, MLM's offices are located in Houston, Texas, approximately two hours away from the Court by plane.

5. The undersigned has conferred with counsel for the Debtors regarding the relief sought by this Motion. Counsel for the Debtors has stated that the Debtors are unopposed to the entry of an Order granting the relief sought herein.

6. Based on the foregoing, MLM requests that the Court grant the firm leave to represent CPCC without the necessity of designating local counsel.

WHEREFORE, MLM respectfully requests that the Court enter an Order authorizing MLM to represent Chevron Phillips Chemical Company, L.P. without designating local counsel and granting MLM such other and further relief to which it may be entitled.

Respectfully submitted this 3rd day of May, 2005.

McCLAIN, LEPPERT & MANEY, P.C.

By:_____

Michael Leppert
Texas State Bar Number 13386020
J. Casey Roy
Texas State Bar Number 00791578
Federal I.D. Number 18110
711 Louisiana Street, Suite 3100
South Tower Pennzoil Place
Houston, Texas 77002
Telephone: (713) 654-8001
Telecopy:   (713) 654-8818

ATTORNEYS FOR CHEVRON PHILLPS
CHEMICAL COMPANY, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Unopposed Motion for Waiver of Requirement to Designate Local Counsel were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties as listed on the attached Service List on this 3rd day of May, 2005.

_____
J. Casey Roy

## SERVICE LIST

Debtors
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Debtors' Counsel
Adam Ravin
D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

United States Trustee
United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Counsel for Creditors' Committee
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

F:\WP\Client-Matters\Chevron Phillips \Pleadings\Motion for Waiver of Designation of Local Counsel.doc