UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.* | ) | CASE NO. 05-03817-3F1 |
| | ) | CHAPTER 11 |
| DEBTOR. | ) | Jointly Administered |

**ORDER APPROVING UNOPPOSED MOTION FOR**
**WAIVER OF DESIGNATION OF LOCAL COUNSEL**

Upon consideration of the Unopposed Motion for Waiver of Designation of Local Counsel (the "Motion"), filed by McClain, Leppert & Maney ("MLM") counsel for Chevron Phillips Chemical Company ("Chevron"), the Court finds after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that:

1. The Motion is approved.

2. MLM is authorized to represent Chevron in the above-referenced Chapter 11 proceedings without designating local counsel.

Dated this ___ day of May 2005

_____
United States Bankruptcy Judge