# EXHIBIT "A" TO AFFIDAVIT OF JOHN B. MACDONALD

| Party in Interest | Relationship with Akerman (on matters unrelated to these cases) |
|---|---|
| AIG Aviation, Inc. | Current client |
| American Casualty Company of Reading PA | Affiliate of current client |
| American Guarantee Liability (Zurich) | Affiliate of current client |
| AmSouth Bank | Current client |
| Arch Insurance Co. | Affiliate of current client |
| Axis US | Current client |
| Bank One | Current client |
| CNA Insurance | Current client |
| Colonial Intermarket Income Trust | Affiliate of current client |
| Columbia Management Advisors | Current client |
| Commonwealth Insurance Company | Affiliate of current client |
| Credit Suisse Asset Management, Ltd. | Current client |
| Del Monte Foods USA | Affiliate of current client |
| DLJ Investment Management Corp. | Affiliate of current client |
| Employers Insurance Company of Wausau | Current client |
| Federal Insurance Company | Current client |
| Fortis Benefits Insurance Company | Current client |
| Fortis Group | Affiliate of current client |
| Fringe Benefit Life Insurance Company | Affiliate of current client |
| General Electric Capital Corporation | Current client |
| General Mills, Inc. | Affiliate of former client |
| Georgia Pacific Corp. | Current client |
| GMAC Commercial Finance, LLC | Affiliate of current client |
| Glenn R. Carlson | Current client |
| Great American Assurance Company | Current client |
| Illinois National Insurance Company | Affiliate of current client |
| Israel Discount Bank | Current client |
| John Alden Life Insurance Company | Former client |
| Johnson & Johnson | Current client |
| Kellogg Sales Company | Affiliate of current client |
| KPMG | Current client |
| Lexington Insurance Company | Current client |
| Liberty Mutual | Current client |
| Lloyd's of London | Current client |
| Lutheran Brotherhood | Current client |
| Merrill Lynch | Current client |
| Nabisco | Current client |
| National Union Fire Insurance Co. | Affiliate of current client |
| PNC Business Credit | Affiliate of current client |
| Proctor & Gamble | Former client |

{JA233816;2}

| | |
|---|---|
| Reliance Standard Life Insurance Co. | Current client |
| Riverdale Farms | Current client |
| RLI Insurance Company | Former client |
| Robert B. Davis | Current client |
| St. Paul Mercury Insurance Company | Current client |
| Sara Lee Corporation | Former client |
| Starr Excess Liability Ins. Int'l Ltd. (Bermuda) | Affiliate of current client |
| SunTrust Bank | Current client |
| Travelers Indemnity Company of Illinois | Current client |
| Twin City Fire Insurance Company | Affiliate of current client |
| UBS AG, Stamford Branch | Affiliate of former client |
| Unilever | Affiliate of current client |
| US Bank | Current client |
| Wachovia Bank, NA | Current client |
| Wells Fargo Foothill, LLC | Affiliate of current client |
| Wilmington Trust Company | Former client |
| XL Specialty Insurance Company | Affiliate of current client |
| Zurich American Insurance | Current client |

| Members of the Committee | Relationship with Akerman (on matters unrelated to these cases) |
|---|---|
| Capital Research & Management Company | None |
| Deutsche Bank Trust Company Americas | Affiliates adverse to current client(s) |
| Kraft Foods Global, Inc. | Affiliates adverse to current client(s) |
| New Plan Excel Realty Trust, Inc. | Adverse to former client |
| OCM Opportunities Fund V, L.P. | Affiliate adverse to former client |
| Pepsico & Subsidiaries | Current client |
| R2 Investments, LDC | None |

{JA233816;2}