# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DISTRICT

| | | |
|---|---|---|
| **In re:** | : | |
| WINN-DIXIE, INC. | : | Chapter 11 |
| | : | |
| | : | Case No. 05-03817-3F1 |
| **Debtors.** | : | |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION

SIMON PROPERTY GROUP, L.P., as Landlord (collectively known as, "SIMON" in its' objection), by its attorney, Ronald M. Tucker: (i) files this notice of withdrawal of SIMON's Limited Objection to Debtor's Motion for Extension of Time to Assume or Reject its Executory Leases of Non-Residential Real Property Leases, Effective as of the Petition Date (Docket No. 639).

Dated: April 29, 2005

Respectfully Submitted,

By: /s/ Ronald M. Tucker
Ronald M. Tucker, Esq.
Indiana Bar No. 11428-49
115 West Washington Street
Indianapolis, IN 46204
(317) 263-2346
(317) 263-7901 FAX
rtucker@simon.com