**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 3-05-bk-3817 |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

## DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Walter F. McArdle, of the law firm of Spain & Gillon, LLC, hereby designate as local attorney for creditors, North Madison Associates, Ltd., Valleydale Associates, Ltd, and Selma Highway 80 Venture II Joint Venture in the above-styled case:

> Nina M. LaFleur, Florida Bar No.: 0107451
> Stutsman & Thames, P.A.
> 121 W. Forsyth Street, Suite 600
> Jacksonville, Florida 32202
> Telephone (904) 358-4000
> Facsimile (904) 358-4001

This 3d day of May, 2005.

By: _____
Walter F. McArdle
Spain & Gillon, LLC
2117 Second Avenue North
Birmingham, Alabama 35203
(205) 518-6295 Telephone
(205) 324-8866 Facsimile

## CONSENT TO ACT

I, Nina M. LaFleur, hereby consent to act as local counsel of record for creditors, North Madison Associates, Ltd., Valleydale Associates, Ltd, and Selma Highway 80 Venture II Joint Venture in this cause pursuant to Rule 2090-1, L.B.R.

Dated this 3rd day of May, 2005.

Stutsman & Thames, P.A.

_/s/ Nina M. LaFleur_
Nina M. LaFleur, Florida Bar No.: 0107451
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
Telephone (904) 358-4000
Facsimile (904) 358-4001

Counsel for North Madison Associates, Ltd.,
Valleydale Associates, Ltd, and Selma
Highway 80 Venture II Joint Venture