UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                Case No.: 03:05-bk-03817-JAF

       Debtors.                                Chapter 11
_____/                 Jointly Administered

## NOTICE OF HEARING

A hearing will be held before the Honorable Jerry A. Funk in Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202, to consider and act upon:

**MOTION BY RICHARD EHSTER AND OTHER NON-QUALIFIED PLAN PARTICIPANTS FOR ORDER DIRECTING APPOINTMENT OF ADDITIONAL COMMITTEE OF CREDITORS (Doc. No. 993)**

1.    Date/Time of Hearing. **June 2, 2005 at 1:00 p.m.**

2.    Objection Deadline   Only objections filed and served so as to be received by **May 26, 2005**, will be considered by the Bankruptcy Court at the hearing. **If no objection is timely filed, then the relief requested in the motion may be granted without a hearing**. Counsel for movant, David McFarlin, may be served at dmcfarlin@whmh.com, Wolff, Hill, McFarlin & Herron, P.A., 1851 W. Colonial Drive, Orlando, FL 32804

3.    Exhibits. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

4.    Cellular Phones/Computers. Local Rule 5073-1 cellular phones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.

5.    Photo ID. Photo identification is required for entry into the Courthouse.

Dated at Orlando, Florida, on May 4, 2005.

                                            /s/ David R. McFarlin
                                            David R. McFarlin

CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was provided on May 4, 2005, by U.S. mail, first class, or electronic transmission to the parties listed on the attached Master Service List.

/s/ David R. McFarlin
David R. McFarlin
Florida Bar no.: 328855
Kenneth D. Herron, Jr.
Florida Bar No.: 699403
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681

Attorneys for selected Plan Participants