THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

F I L E D
JACKSONVILLE, FLORIDA
MAY - 4 2005
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re: ) Chapter 11
)
WINN-DIXIE STORES, INC., et al ) Case No. 05-03817-3F1
)
) Jointly Administered
Debtors, )
)

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned enters his Notice of Appearance on behalf of **The Coca-Cola Company**, under Section 1109(b) of the Bankruptcy Code and FRBP 2002 and 9010(b), and requests notice of all matters of which notice is given to creditors, any creditors' committee, or any other party in interest herein; and further requests that such notices be sent to the following address and that the following be added to the court's master mailing list:

John Lewis
Litigation Counsel
The Coca-Cola Company
P.O. Box 1734
Atlanta, Georgia 30301

DATED this _____ day of May, 2005

_____
John Lewis, Esq.
Attorney for The Coca-Cola Company
Telephone: (404) 676-4016
Telefax: (404) 676-7636