## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

---

### SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING (I) RETROACTIVE REJECTION OF CERTAIN REAL PROPERTY LEASES AND (II) ABANDONMENT OF  RELATED PERSONAL PROPERTY

I, Adam S. Ravin, certify that, on April 29, 2005 I caused to be served the Debtors' Motion for

Order Authorizing (I) Retroactive Rejection of Certain Real Property Leases and (II) Abandonment of

Related Personal Property, Notice of Hearing and proposed form of Order by having true and correct

copies thereof sent via FedEx or Express Mail to the parties listed in Exhibit A.

Dated:  May 4, 2005

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/  Adam S. Ravin
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

## EXHIBIT A

ZSF/WD Bartow, LLC
c/o Euclid Warehouses, Inc
One Chase Manhattan Plaza
New York, NY 10005

Casselsquare, LLC
c/o Southern Management and Development
P. O. Box 11229
Knoxville, TN 37939

Hazel Park Associates
c/o I. Reiss & Son
200 E. 61st, Suite 29F
New York, NY 10021

CCP Employee Profit Sharing Plan & Trust
c/o Cardinal Capital Partners, Inc.
8214 Westchester Drive, 9th Floor
Dallas, TX 75225

Florence Marketplace Investors, LLC
Seaboard Asset Management Company
720 South Coit Street
Florence, SC 29501

SAM Development Assoc., LLC
c/o Bryant Asset Management
2900 Westchester Avenue,
Purchase, NY 10577

Tappan Properties Limited Partnership,
1150 W. 8th Street, Suite 255
Cincinnati, OH 45203

Civic Center Station Ltd
c/o Phillips Edison & Company
4440 Lake Forest Drive, Suite 110,
Cincinnati, OH 45242

Wiedemann Square, LLC, Attn: Dwight W.
Broeman, Victoria Square Apartments
Fifth & Central Streets
Newport, KY 41071

Mason Shopping Center Partnership
7452 Jager Court
Cincinnati, OH 45230

W-D Rocky Mount, VA Partners, LLC
c/o I. Reiss & Son
200 East 61st Street, Suite 29F
New York, NY 10021

Sheffield Estates, Inc.
P. O. Box 952
Martinsville, VA 24114

George D. Zamias
300 Market Street
Johnstown, PA 15901

WD of Virginia, Inc.
P. O. Box 578
Jacksonville, NC 28541

Mr. James T. Schofield
Carolina Supply House, Inc.
P. O. Box 13559
Florence, SC 29504-1559

The Deerfield Company, Inc.
P. O. Box 7066
Louisville, KY 40257-0066

The Wilton Companies, LLC
P. O. Box 6895
Richmond, VA 23230-6895

Excel Realty Trust - NC
1120 Avenue of the Americas, 12th Floor
New York, NY 10036

Heritage Crossing Associates Ltd. Partnership
324 Compton Road
Raleigh, NC 27609

Downtown Two, LLC
P. O. Box 2277
Raleigh, NC 27675-9000

August Urbanek Investments
4800 North Federal Highway, Suite 209A
Boca Raton, FL 33231
Phone: (561) 362-8800

SunWest N.C. III Partners Limited Partnership
17776 Preston Road
Dallas, TX 75252