UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )
                                             )
WINN-DIXIE STORES, INC., et al.,             )    Case No. 05-03817-3F1
                                             )    *Chapter 11*
        Debtors.                             )    Jointly Administered

## NOTICE OF WITHDRAWAL OF RESPONSE

Creditor, General Electric Capital Corporation ("GE"), files this notice of withdrawal of GE's Response (Docket No. 675) to the Debtors' Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 472).

Dated: May 4, 2005

MORRITT HOCK HAMROFF &
HOROWITZ LLP

By: _____
Leslie Berkoff (LB-4584)

400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
(516) 873-2010

Counsel for General Electric
Capital Corporation

413900-Wilmington Server 1A - MSW