**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re                                              )

WINN-DIXIE STORES, INC., et al.,                   )     Case No. 05-03817-3F1
                                                         *Chapter 11*
       Debtors.                                  )     Jointly Administered

### NOTICE OF WITHDRAWAL OF OBJECTION

Creditor, Westland Plaza Associates, L.P. ("Westland"), files this notice of withdrawal of Westland's Objection (Docket No. 611) to the Debtors' Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 472).

Dated: May 4, 2005

                                   SESSIONS, FISHMAN & NATHAN, L.L.P.

                                   By: /s/ J. David Forsyth
                                        J. David Forsyth

                                   201 St. Charles Avenue, 35th Floor
                                   New Orleans, LA 70170
                                   (504) 582-1500

                                   Attorney for Westland Plaza Associates, L.P.

00494164.DOC

-MSW