**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### NOTICE OF FILING

Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates as debtors and debtors in possession, give notice of filing the attached Notice of Withdrawal of Joinder of Boggy Creek Marketplace, Inc., Sun Lake Plaza, Inc., and Shoppes at Lake Avenue, Inc. (Docket No. 741) in the Objection of Westland Plaza Associates, L.P. (Docket No. 611) to Debtors' Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 472).

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   s/ D. J. Baker | By   s/ Cynthia C. Jackson |
|      D. J. Baker |      Stephen D. Busey |
|      Sally McDonald Henry |      James H. Post |
|      Rosalie Walker Gray |      Cynthia C. Jackson |
| Four Times Square | Florida Bar Number 498882 |
| New York, New York 10036 | 225 Water Street, Suite 1800 |
| (212) 735-3000 | Jacksonville, Florida 32202 |
| (212) 735-2000 (facsimile) | (904) 359-7700 |
| | (904) 359-7708 (facsimile) |

Attorneys for Debtors

00494857