UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF JOINDER IN OBJECTION

Creditors, Boggy Creek Marketplace, Inc., Sun Lake Plaza, Inc., and Shoppes at Lake Avenue, Inc. (collectively, the "Creditors"), file this notice of withdrawal of Creditors' Joinder (Docket No. 741) in the Objection of Westland Plaza Associates, L.P. (Docket No. 611) to the Debtors' Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 472).

Dated: May 4, 2005

Gray Robinson, P.A.

By_____
Donald A. Nohrr

P.O. Box 1870
Melbourne, FL 32902
(321) 727-8100

Attorney for Boggy Creek Marketplace, Inc., Sun Lake Plaza, Inc., and Shoppes at Lake Avenue, Inc.

00494164.DOC