UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

# AGENDA
# FOR OMNIBUS HEARING TO BE HELD ON MAY 6, 2005

Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with respect to the matters to be heard at the hearing on May 6, 2005 at 10:00 a.m. (ET):

A.  Motions Continued from Omnibus Hearing Held April 12, 2005

   1.  Motion for Authority (A) to Maintain Existing Bank Accounts and Cash Management System (B) to Continue Use of Existing Checks, and (C) to Continue Use of Current Investment Policy (Docket No. 13)

       This Motion was granted on an interim basis by Order of Judge Drain dated February 22, 2005 (Docket No. 42). The Motion remains subject to final approval.

       Objection Deadline:   May 3, 2005 at 4:00 p.m.

       Objections:   No objection has been filed. The United States Trustee has asked the Debtors for additional information and the Official Committee of Unsecured Creditors (the "Committee") has raised an issue regarding the treatment of intercompany debt. The Debtors are providing the requested information to the United States Trustee and are attempting to resolve the issue raised by the Committee.

       Status:   If the Debtors are able to resolve the issues raised by the United States Trustee and the Committee, the Debtors will submit an agreed order. If not, the Debtors will reschedule the motion for the next

       omnibus hearing on May 19, 2005.

2. Motion for Order (A) Deeming Utilities Adequately Assured of Payment (B) Prohibiting Utilities from Altering, Refusing or Discontinuing Services and (C) Establishing Procedures for Resolving Requests for Additional Assurances (Docket No. 23)

  This Motion was granted with respect to all non-objecting utilities by Order of Judge Drain dated March 10, 2005 (Docket No. 360). The Motion remains pending only with respect to the objecting utilities, as identified below.

  Objections:
   (a) Alabama Power (Docket No. 180)
   (b) JEA (Docket No. 229)
   (c) BellSouth Telecommunications (Docket No. 232)
   (d) Florida Power & Light (Docket No. 235)
   (e) American Electrical Power; Duke Power Company, Florida Power Company; Carolina Power & Light, Orlando Utilities Commission and Tampa Electric Company (Docket No. 260)
   (f) City of Ocala (Docket No. 931)

  Status: The objection of BellSouth has been continued indefinitely.

  The Debtors and the other objecting utilities have agreed to continue the Motion as to those objections to the next omnibus hearing on May 19, 2005.

3. Debtors' Motion for Order Under 365(d)(4) Extending Time Within Which to Assume or Reject Leases (Docket No. 472)

  A Bridge Order was entered by Judge Drain on April 12, 2005 (Docket No. 700), extending the time to assume or reject until an Order is entered pursuant to the Motion.

  Objection Deadline: May 3, 2005 at 4:00 p.m.

  Objections:
   (a) Westland Plaza Associates, L.P. (Docket No. 611).
   (b) KB Properties I Limited Partnership (Docket No. 625).
   (c) Gardens Park Plaza's Objection (Docket No. 641).
   (d) Simon Property Group L.P.'s (Docket No.

|   |   |   |
|---|---|---|
|   |   | 642). |
|   | (e) | GECC's Objection (Docket No. 675) |
|   | (f) | Boggy Creek Marketplace, Sun Lake Plaza, and Shoppes at Lake Avenue's Objection (Docket No. 741) |
|   | (g) | BT Marietta's Objection (Docket No. 904) |
|   | (h) | Selma Highway 80 and Valleydale Associates, Venture II Joint Venture, Ltd.'s Objection. (Docket No. 1009) |
|   | (i) | North Madison Associates, Ltd.'s Objection (Docket No. 1007) |

Status: The objections of Westland Plaza, Simon Properties, Boggy Creek Marketplace, Selma Highway 80 and GECC have been withdrawn. The objection of BT Marietta has been resolved.

Pursuant to the terms of a Stipulation dated April 19, 2005, providing for withdrawal of the objection of KB Properties, KB Properties agreed to withdraw its objection within five days of the date upon which a Motion seeking approval of such Stipulation (Docket No. 775) is granted by the Court. Such Motion was served on "negative notice" on April 20, 2005 and advised parties that any objections to such Motion must be received within 15 days. To date, no objections to such Motion have been received.

The Debtors will continue the Motion as to the objections of Gardens Park Plaza and North Madison Associates to the next omnibus hearing on May 19, 2005.

The Debtors will proceed with the Motion to obtain an Order effective as to all leases except those subject to the two continued objections.

4. Motion for Authority to Pay Prepetition Automobile Liability Claims (Docket No. 510)

Objection Deadline: May 3, 2005 at 4:00 p.m.

Objections: None

Status: The Debtors will proceed with the Motion.

5. Application of Official Committee of Unsecured Creditors for Order Authorizing Employment and Retention of Houlihan Lokey Hand & Zuker Capital on an interim basis (Docket No. 562)

   Objection Deadline:   May 3, 2005 at 4:00 p.m.

   Objections:   None

   Status:   The Committee will continue the hearing on the Application to the next omnibus hearing on May 19, 2005.

6. Application of Official Committee of Unsecured Creditors to Retain Alvarez & Marshal on an interim basis (Docket No. 564)

   Objection Deadline:   May 3, 2005 at 4:00 p.m.

   Objections:   None

   Status:   The Committee will continue the hearing on the Application to the next omnibus hearing on May 19, 2005.

B. Motions Filed After Transfer of Venue

1. Motion for an Order Under 11 U.S.C. §§ 105(A), 363, 365, and 1146(C) and Fed. R. Bankr. P. 6004 and 6006 (A) Authorizing and Approving Asset Purchase Agreement with Food Lion, LLC for the Sale of Certain Leasehold Interests, Equipment and Inventory Relating to Three Stores, (B) Authorizing Such Sale Free and Clear of Liens, Claims, Interests and Encumbrances, (C) Determining that Such Sale is Exempt from any Stamp, Transfer, Recording or Similar Tax, (D) Authorizing Debtors to Assume and Assign Leases in Connection with the Sale, (E) Fixing Cure Amounts and (F) Granting Related Relief (Docket No. 780)

   Objection Deadline:   May 3, 2005 at 4:00 p.m.

   Objections:   No objection has been filed. The Committee has informed the Debtors that it has a concern regarding the breadth of the indemnification provision provided in the purchase and sale agreement. The Debtors and the Committee are trying to resolve the concern prior to the hearing. The Debtor will proceed with the Motion.

.

2.  Motion for an Order Under 11 U.S.C. Sections 105(a) and 363 and Fed. R. Bankr. P. 6004 (A) Authorizing the Sale of Certain Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims, Interest and Encumbrances and (B) Granting Related Relief (Docket No. 782)

    Objection Deadline:   May 3, 2005 at 4:00 p.m.

    Objections:   No objections have been filed

    Status:   The Debtors will proceed with the Motion.

Dated: May 5, 2005

SKADDEN, ARPS, SLATE, MEAGHER            SMITH HULSEY & BUSEY
& FLOM LLP


By    s/ D. J. Baker                     By    s/ Cynthia C. Jackson
      D. J. Baker                              Stephen D. Busey
      Sally McDonald Henry                     James H. Post
      Rosalie Walker Gray                      Cynthia C. Jackson,
                                               Florida Bar Number 498882

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida 32202
(212) 735-3000                           (904) 359-7700
(212) 735-2000 (facsimile)               (904) 359-7708 (facsimile)
Co-Attorneys for Debtors                 Co-Attorneys for Debtors

00493149