UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              CASE NO: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,

_____ Debtor(s)

## ORDER DENYING MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the Motion for Admission to Practice Pro Hac Vice filed by Tammy M. Nick on behalf of Dorothy Stevens-Frickey and Marilyn Sevin on April 27, 2005, For good cause shown, it is

**ORDERED:**

The motion is denied.

DATED May 3, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Tammy M. Nick, 676 East I-10 Service Rd., Slidell, LA 70461
Cynthia Jackson, Co-Counsel for Debtor
D.J. Baker, Co-Counsel for Debtor
United States Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: May 03, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 4

The following entities were served by first class mail on May 05, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Tammy M. Nick,   676 East I-10 Service Road,   Slidell, LA 70461-5500

The following entities were served by electronic transmission on May 04, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov May 04 2005 02:37:27     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2005**                    **Signature:** _Joseph Speetjens_