UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## **DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT**

I, Stephen B. Kuhn, of the law firm of Akin Gump Strauss Hauer & Feld LLP, hereby

designate as local attorney for interested party, Food Lion, LLC, in the above-styled case:

> John T. Rogerson, III
> Fla. Bar No.:  832839
> Volpe, Bajalia, Wickes,
> Rogerson, Galloway & Wachs, P.A.
> 1301 Riverplace Boulevard, Suite 1700
> Jacksonville, FL 32207
> (904) 355-1700 (telephone)
> (904) 355-1797 (facsimile)

This _5th_ day of May, 2005

By: _Stephen B. Kuhn_
Stephen B. Kuhn
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022
(212) 872-1008 (direct)
(212) 407-3208 (direct facsimile - 15 pages or less)
(212) 872-1002 (general facsimile)

## CONSENT TO ACT

I, John T. Rogerson, III, hereby consent to act as local counsel of record for interested party, Food Lion, LLC, in this cause pursuant to Rule 2090-1, L.B.R.

Dated this 5<u>th</u> day of May, 2005.

<div style="margin-left: 40%">

**VOLPE, BAJALIA, WICKES,
ROGERSON, GALLOWAY & WACHS, P.A.**

By: /s/ John T. Rogerson, III
    John T. Rogerson, III
    Fla. Bar No.: 832839
    1301 Riverplace Blvd., Suite 1700
    Jacksonville, Florida 32207
    (904) 355-1700 (telephone)
    (904) 355-1797 (facsimile)

**Counsel for Food Lion, LLC**

</div>