

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Friday
May 06, 2005

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1   HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY/C. JACKSON
Trustee: ELENA ESCAMILLA

HEARING:

1. MOTION FOR AUTHORITY (A) TO MAINTAIN EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM, (B) TO CONTINUE USE OF EXISTING CHECKS, AND (C) TO CONTINUE USE OF CURRENT INVESTMENT POLICY FILED BY DEBTOR (13)

APPEARANCES:

CO-COUNSEL:  CYNTHIA C. JACKSON
             D. J. BAKER

US TRUSTEE:  Elena Escamilla

UNSEC. CRED: JOHN D. MACDONALD
             JACOB A. BROWN
             DENNIS DUNNE
             MATTHEW S. BARR

RULING: Cont to MAY 19

prompt2