UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:                                                                                    CHAPTER 11

WINN-DIXIE STORES, INC.                                   CASE NO.    3-05-bk-03817

REQUEST FOR NOTICE FOR
CenturyTel, Inc.
d/b/a CenturyTel

**PLEASE TAKE NOTICE** that the above creditor requests notice of all matters noticed and copies of all pleadings in this case pursuant to the provisions of Bankruptcy Rules 2002, 3017, 3020, 6007, 9010 and 9027

Notice shall be given to:

Rex D. Rainach
A Professional Law Corporation
3622 Government Street
Baton Rouge, LA 70806-5720
Facsimile: 225-343-0646
Email: Rainach@msn.com

RESPECTFULLY SUBMITTED:

REX D. RAINACH
A PROFESSIONAL LAW CORPORATION
3622 Government Street
Baton Rouge, LA 70806-5720
Telephone: (225) 343-0643

*/s/ Rex D. Rainach*

REX D. RAINACH    La. Bar Roll No. 11074

C:/CTel/