

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Friday
May 06, 2005

HONORABLE JERRY A. FUNK

JACKSONVILLE

CASE NUMBER: 05-03817-3F1

HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY/C. JACKSON
Trustee: ELENA ESCAMILLA

HEARING:

2. MOTION FOR ORDER (A) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT, (B) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE FILED BY DEBTOR (23)

- Objection to Motion filed by Alabama Power
- Objection to Motion filed by JEA and City of Ocala
- Objection to Motion filed by BellSouth
- Objection to Motion filed by FL Power & Light
- Objection to Motion filed by American Electrical Power, Duke Power Co., Florida Power Co., Carolina Power & Light, Orlando Utilities Commission and Tampa Electric Co.

APPEARANCES:

CO-COUNSEL:   CYNTHIA C. JACKSON
                          D. J. BAKER

US TRUSTEE:   Elena Escamilla

UNSEC. CRED:  JOHN D. MACDONALD
              JACOB A. BROWN
              DENNIS DUNNE
              MATTHEW S. BARR

ALA POWER: ERIC T. RAY
JEA & CITY/OCALA: NINA M. LAFLEUR
BELLSOUTH: REGINALD A. GREENE
FL POWER/LIGHT: RACHEL BUDKE
AMER. ELEC;
DUKE POWER;
CAROLINA POWER;
ORLANDO UTIL;
TAMPA ELEC: RUSSELL R. JOHNSON, III

RULING:   Cont to May 19-

prompt2