

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Friday
May 06, 2005

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1    HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY / C. JACKSON
Trustee: Elena Escamilla

HEARING:

3. MOTION FOR ORDER EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY FILED BY DEBTOR (472)

- Objection to Motion by KB Properties I Ltd. Partnership
- Objection to Motion by Garden Park Plaza
- Objection to Motion by Simon Property Group L.P.
- Objection to Motion by BT Marietta
- ~~Objection to Motion by Selma Hwy 80 and Valleydale Associates, Venture II Joint Venture, Ltd;~~ W/DRAWN 5/5
- Objection to Motion by North Madison Associates, Ltd.

APPEARANCES:

CO-COUNSEL: CYNTHIA C. JACKSON
            D. J. BAKER

US TRUSTEE: Elena Escamilla

UNSEC. CRED: JOHN D. MACDONALD
             JACOB A. BROWN
             DENNIS DUNNE
             MATTHEW S. BARR

OBJECTIONS:

~~WESTLAND PLAZA:   J. DAVID FORSYTH~~ — Withdrawn 5/4/05
KB PROP I: DAVID A. BLANSKY
GARDENS PARK: MICHAEL R. BAKST
SIMON PROP: RONALD M. TUCKER
~~GEEC.   MARK L. HAMROFF~~ — Withdrawn 5/4/05
~~BOGGY CREEK.  DONALD H. NOHRR~~ — Withdrawn 5/5/05
BT MARIETTA: CAROLYN H. DICKER
SELMA HWY 80; NINA LAFLEUR
~~VALLEYDALE ASSOC; NINA LAFLEUR~~ Withdrawn 5/5/05
~~VENTURE II JT. VENTURE; NINA LAFLEUR~~
NO. MADISON ASSOC: NINA M. LAFLEUR

RULING: Order Signed

prorpt2