

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Friday
May 06, 2005

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1                HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY / C. JACKSON
Trustee: ELENA ESCAMILLA

HEARING:

4. MOTION FOR AUTHORITY TO PAY PREPETITION AUTOMOBILE LIABILITY CLAIMS FILED BY DEBTOR (510)


APPEARANCES:

COUNSEL:     CYNTHIA C. JACKSON
             D. J. BAKER
US TRUSTEE:  ELENA ESCAMILLA

UNSEC. CRED: JOHN D. MACDONALD
             JACOB A. BROWN
             DENNIS DUNNE
             MATTHEW S. BARR


RULING: