UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING DEBTORS AUTHORITY TO
PAY PREPETITION AUTOMOBILE LIABILITY CLAIMS**

These cases came before the Court on May 6, 2005, upon the Motion of Winn-Dixie Stores, Inc. and its debtors affiliates (collectively, the "Debtors") for an order authorizing the Debtors to pay pre-petition automobile liability claims, as more fully set forth in the Motion (Docket No. 510). The Court having considered the Motion and finding sufficient cause, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized, but not required, to pay prepetition automobile liability claims.

3. The Debtors are authorized, but not required, to pay other prepetition claims that are necessary to maintain the Debtors' self-insured automobile liability programs.

4. Nothing in this Order shall affect the Debtors' right to contest the amount or validity of any prepetition automobile liability claim in whole or in part.

5. Notwithstanding the relief granted or any actions taken, nothing contained in this Order shall create any rights in favor of, or enhance the status of any claim held by, any party asserting a prepetition automobile liability claim.

6. Notwithstanding Federal Rule of Bankruptcy Procedure 6004(g), this Order shall be effective immediately upon it entry.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 6 day of May, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson
United States Trustee