

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Friday
May 06, 2005

HONORABLE JERRY A. FUNK                                           JACKSONVILLE

CASE NUMBER: 05-03817-3F1                                  HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY / C. JACKSON
Trustee: ELENA ESCAMILLA

HEARING:

5. APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF HOULIHAN LOKEY HAND & ZUKER CAPITAL ON AN INTERIM BASIS (562)

APPEARANCES:

CO-COUNSEL:   CYNTHIA C. JACKSON
                          D. J. BAKER
US TRUSTEE:   Elena Escamilla

UNSEC. CRED:  JOHN D. MACDONALD
              JACOB A. BROWN
              DENNIS DUNNE
              MATTHEW S. BARR

RULING:  Cont to May 19 @ 1:00
         AOCNFN

prorpt2