

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Friday
May 06, 2005

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1    HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY /C. JACKSON
Trustee: ELENA ESCAMILLA

HEARING:

6. APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN ALVAREZ & MARSHAL ON AN INTERIM BASIS (564)

APPEARANCES:

CO-COUNSEL:   CYNTHIA C. JACKSON
              D. J. BAKER
US TRUSTEE:   ELENA ESCAMILLA

UNSEC. CRED:  JOHN D. MACDONALD
              JACOB A. BROWN
              DENNIS DUNNE
              MATTHEW S. BARR

RULING: cont. My 19 @ 1:00 AOCNFN