

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Friday
May 06, 2005

**HONORABLE JERRY A. FUNK**                                        JACKSONVILLE

CASE NUMBER: 05-03817-3F1                                HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY /C. JACKSON
Trustee: ELENA ESCAMILLA

HEARING:

7. MOTION FOR ORDER (A) AUTHORIZING AND APPROVING ASSET PURCHASE AGREEMENT WITH FOOD LION, LLC FOR THE SALE OF CERTAIN LEASEHOLD INTERESTS, EQUIPMENT AND INVENTORY RELATING TO THREE STORES, (B) AUTHORIZING SUCH SALE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (C) DETERMING THAT SUCH SALE IS EXEMPT FROM ANY STAMP, TRANSFER, RECORDING OR SIMILAR TAX, (D) AUTHORIZING DEBTORS TO ASSUME AND ASSIGN LEASES IN CONNECTION WITH THE SALE, (E) FIXING CURE AMOUNTS AND (F) GRANTING RELATED RELIEF (780)

APPEARANCES:

CO-COUNSEL:   CYNTHIA C. JACKSON
              D. J. BAKER
US TRUSTEE:   ELENA ESCAMILLA

UNSEC. CRED:  JOHN D. MACDONALD
              JACOB A. BROWN
              DENNIS DUNNE
              MATTHEW S. BARR

RULING:   Granted -
          Order on way

prorpt2