Case 3:05-bk-03817-JAF   Doc 1069   Filed 05/06/05   Page 1 of 1



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Friday
May 06, 2005

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1    HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY / C. JACKSON
Trustee: ELENA ESCAMILLA

HEARING:

8. MOTION FOR ORDER (A) AUTHORIZING THE SALE OF CERTAIN PHARMACEUTICAL PRESCRIPTIONS AND INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES AND (B) GRANTING RELATED RELIEF FILED BY DEBTOR (782)

APPEARANCES:

CO-COUNSEL: CYNTHIA C. JACKSON
            D. J. BAKER
US TRUSTEE: ELENA ESCAMILLA

UNSEC. CRED: JOHN D. MACDONALD
             JACOB A. BROWN
             DENNIS DUNNE
             MATTHEW S. BARR

RULING: Granted - Order in due course

prorpt2