UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------- x
In re:                                                  :     Chapter 11
                                                        :     Case No.3-05-bk-03817-JAF
    Winn-Dixie Procurement, Inc., *et al.,*        :     (Jointly Administered)
                                                        :     **Claim Amount:$201,824.00**
               Debtor.                :
                                                        :
                                                        :
------------------------------------------------------- x

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)

:      **TRANSFEROR:**    Purity Wholesale Grocers Inc.
                                  5400 Broken Sound Blvd.
                                  NW Ste. 100
                                  Boca Raton, FL 33487

**PLEASE TAKE NOTICE** of the transfer of all right, title and interest in **$201,824.00**, held by Purity Wholesale Grocers Inc.(transferor) against Winn-Dixie Procurement, Inc., and its affiliates as evidenced by the attached Exhibit A (the Evidence of Transfer of Claim) to:

      **TRANSFEREE:**      M.D. Sass Re/Enterprise Portfolio Company L.P.
                                  10 New King Street
                                  White Plains, NY 10604

No action is required if you do not object to the transfer of the Transferred Interest as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED INTEREST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- -    **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
        United States Bankruptcy Court
        Middle District of Florida
        300 North Hogan Street
        Ste 3-350
        Jacksonville, FL 32202
        ATTN: Winn-Dixie
        **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
- -    Refer to **INTERNAL CONTROL NO.** _____ in your objection.
    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                             Clerk of the Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____, Copy (check):  Claims Agent: _____ Transferee: _____
              Debtor's Attorney: _____  Deputy Clerk _____

KL2:2388962.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Middle District of Florida

AND TO: M.D. Sass Re/Enterprise Portfolio Company L.P.

Purity Wholesale Grocers Inc., a Illinois corporation, located at 5400 Broken Sound Blvd, NW Ste. 100, Boca Raton, FL 33487 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to M.D. Sass Re/Enterprise Portfolio Company L.P., its successors and assigns, with offices at 10 New King Street, White Plains, New York 10604 ("Buyer"), all right, title and interest in and to the claim of Seller against Winn-Dixie Procurement, Inc. and its affiliates in the amount of $201,824.00 (collectively the "Claim") in the United States Bankruptcy Court, Middle District of Florida, Case No. 3-05-bk-03817 (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15 day of April, 2005.

PURITY WHOLESALE GROCERS INC.

By: /s/
Name: Bruce Keichmar
Title: VP of Accounting

M.D. Sass Re/Enterprise Portfolio Company L.P

By: /s/
Name: Marc Kirschner
Title: General Counsel

- 7 -

KL2:2272610.1