**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**NOTICE OF HEARING SCHEDULE**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Court has scheduled omnibus hearings in these cases on the following dates:

1. Thursday, May 19, 2005 @ 1:00 p.m. and,

    if necessary, Friday, May 20, 2005 @ 10:30 a.m.;

2. Thursday, June 2, 2005 @ 1:00 p.m. and,

    if necessary, Friday, June 3, 2005 @ 1:00 p.m.;

3. Thursday, June 16, 2005 @ 1:00 p.m. and,

    if necessary, Friday, June 17, 2005 @ 9:00 a.m.;

4. Thursday, June 30, 2005 @ 1:00 p.m. and,

    if necessary, Friday, July 1, 2005 @ 10:30 a.m.;

5. Thursday, July 14, 2005 @ 1:00 p.m. and,

    if necessary, Friday, July 15, 2005 @ 10:30 a.m.;

6. Thursday, August 4, 2005 @ 1:00 p.m. and,

    if necessary, Friday, August 5, 2005 @ 1:00 p.m.;

7. Thursday, August 18, 2005 @ 1:00 p.m. and,

   if necessary, Friday, August 19, 2005 @ 10:30 p.m.;

8. Thursday, September 1, 2005 @ 1:00 p.m. and,

   if necessary, Friday, September 2, 2005 @ 10:30 a.m.; and

9. Thursday, September 22, 2005 @ 1:00 p.m. and,

   if necessary, Friday, September 23, 2005 @ 10:30 a.m.

These omnibus hearing dates supersede the hearing dates provided by the Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings (Docket No. 254) (the "Procedural Order"). Any interested party who wants a motion heard by the Court at one of these hearings must comply with the Procedural Order as well as this Court's Amended Initial Order upon Transfer of Venue (Docket No. 762).

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By   *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile) | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) |

Attorneys for Debtors

00494336.1.1