**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**ORDER CONDITIONALLY AUTHORIZING EMPLOYMENT OF**
**KPMG LLP AS AUDITORS, ACCOUNTANTS,**
**AND TAX ADVISORS NUNC PRO TUNC**

This cause having been considered upon the application of Winn-Dixie Stores, Inc., and its affiliated debtors (collectively, the "Debtors"), pursuant to 11 U.S.C. § 327(a), for an order authorizing the employment of KPMG LLP as auditors, accountants, and tax advisors to the Debtors nunc pro tunc to February 21, 2005, (the "Application"), and the Court having considered the Application and being otherwise advised in the premises and sufficient cause appearing, it is

ORDERED:

1.    The Application is conditionally granted.

2.    KPMG LLP is conditionally approved under 11 U.S.C. § 327(a) as auditors, accountants, and tax advisors to the Debtors in these jointly administered Chapter 11 cases nunc pro tunc to February 21, 2005.

3.    The compensation of KPMG LLP for professional services rendered and reimbursement for costs advanced shall be fixed by the Court upon application and notice as may be directed by this Court in accordance with 11 U.S.C. §§ 330 and 331.

4.    The Debtors shall provide electronic notice of this Order to all parties in interest on the Master Service List.  Such parties in interest shall have fifteen (15) days from the date of service in which to object to such relief.  Any such objection shall be in writing and shall state with specificity the grounds for objection.  In addition, any such objection (a) shall be filed with the Clerk of the Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street,  Suite 3-350, Jacksonville, Florida 32202, and (b) shall be served on (i) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com.  Any timely objections shall be heard by this Court at the omnibus hearing scheduled for May 19, 2005, at 1:00 p.m.  In the absence of timely objections, the relief provided shall be deemed to have been finally granted without need for further order of this Court.

Dated this  6  day of  May  , 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson
United States Trustee
Order re. employment of KPMB (WD) (00494719).DOC