# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **CASE NO. 3-05-bk-03817-JAF** |
| **WINN-DIXIE STORES, INC.,** *et al.*, | **CHAPTER 11** |
| **Debtors.** | **Jointly Administered** |

## *AMENDED* VERIFIED STATEMENT, PURSUANT TO FRBP 2019, OF REPRESENTATION OF MORE THAN ONE CREDITOR BY GRONEK & LATHAM, LLP

**GRONEK & LATHAM, LLP** ("G&L"), files this Verified Statement of representation of more than one creditor ("Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1. The Debtors filed their voluntary petitions under Chapter 11 of the Bankruptcy Code on February 21, 2005 in the United States Bankruptcy Court, Southern District of New York.

2. By amended order of the Court entered on April 14, 2005 (Doc No. 739), the Debtors' jointly-administered cases were transferred to the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division.

3. G&L represents the following creditors in this case: (i) Buffalo Rock Company ("Buffalo Rock"); (ii) Citrus World, Inc., d/b/a Florida's Natural ("CWI"); (iii) Southeast Milk, Inc. ("SE Milk"); (iv) Gustafson's, LLC ("Gustafsons"); and (v) Inland Retail Real Estate Trust, Inc. ("Inland").

4. Buffalo Rock is an unsecured creditor of the Debtors in the approximate amount of $2,900,000; Buffalo Rock's claim relates to product delivered to Debtors' stores.

5.  CWI is an unsecured creditor of the Debtors in the approximate amount of $97,253.12; CWI's claim relates to product delivered to Debtors' stores.

6.  SE Milk is an unsecured creditor of the Debtor in the approximate amount of $918,141.14; SE Milk's claim relates to product delivered to Debtors' stores.

7.  Gustafsons is an unsecured creditor of the Debtor in the approximate amount of $214,695.36; Gustafson's claim relates to product delivered to Debtors' stores.

8.  Inland is an unsecured creditor of the Debtor by virtue of four (4) leases and two (2) guaranties on two (2) leases between Debtor and the following Inland affiliated entities: Inland Southeast Bridgewater, LLC; Inland Southeast Countryside Limited Partnership; Inland Southeast Lake Olympia Limited Partnership; and Inland Southeast St. Cloud Limited Partnership. The amount of the claim is unknown at this time.

## DECLARATION UNDER PENALTY OF PERJURY

I, R. Scott Shuker, on behalf of Gronek & Latham, LLP, do hereby declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

**DATED** this 6th day of May 2005.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**GRONEK & LATHAM, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Buffalo Rock, CWI, SE Milk
Gustafsons and Inland

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                  CASE NO. 3-05-bk-03817-JAF

**WINN-DIXIE STORES, INC.,** *et al.*,                                  CHAPTER 11

       Debtors.                      Jointly Administered
_____/

**Certificate of Service**

    **I HEREBY CERTIFY** that a true and correct copy of the AMENDED VERIFIED STATEMENT, PURSUANT TO FRBP 2019, OF REPRESENTATION OF MORE THAN ONE CREDITOR BY GRONEK & LATHAM, LLP has been furnished by U.S. First Class mail to: Cynthia C. Jackson, Smith Hulsey & Busey, a/f Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; D. J. Baker, Skadden, Arps, Slate, et al, a/f Debtors, Four Times Square, New York, New York 10036; Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy LLP, a/f OCUC, 1 Chase Manhattan Plaza, New York, New York 10005; Kenneth C. Meeker, Asst. U.S. Trustee, Office of the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801; Robert B. Rubin, Burr & Forman, LLP, a/f Buffalo Rock, 420 N 20th Street, Suite 3100, Birmingham, Alabama 35203-5206; Faye Harris, Citrus World, Inc., P. O. Box 1111, Lake Wales, Florida 33859-1111; Albert Antoine, Southeast Milk, Inc., P. O. Box 3790, Belleview, Florida 34421; James L. Cooper, Gustafson's, LLC, P. O. Box 338, Green Cove Springs, Florida 32043; Bert K. Bittourna, The Inland Real Estate Group, Inc., 2901 Butterfield Road, Oak Brook, IL 60523; and to all creditors and parties-in-interest as listed on the matrix attached to the original of this Statement filed with the Court this 6th day of May 2005.

                                                /s/ R. Scott Shuker
                                                R. Scott Shuker, Esquire

```
Label Matrix for USBC              Appraisers Associated Ltd.          Buffalo Rock Co.
Middle District of Florida         c/o Held & Israel                   c/o R. Scott Shuker
Case 3:05-bk-03817-JAF             1301 Riverplace Blvd. #1916         Gronek & Latham, LLP
Fri May  6 15:27:53 EDT 2005       Jacksonville, FL 32207              P.O. Box 3353
                                                                       Orlando, FL  32802-3353,  32802-3353


Citrus World, Inc., d/b/a Florida's Natu   Concord-Fund IV Retail, L.P.        Conecuh Sausage Co., Inc.
c/o R. Scott Shuker                        c/o Held & Israel                    c/o Held & Israel
Gronek & Latham, LLP                       1301 Riverplace Blvd. #1916          1301 Riverplace Blvd. #1916
P.O. Box 3353                              Jacksonville, FL 32207               Jacksonville, FL 32207
Orlando, FL  32802-3353,  32802-3353


Elston/Leetsdale, LLC              Flagler Retail Associates, Ltd.     Gehr Florida Development, LLC
c/o Held & Israel                  c/o Held & Israel                   c/o Held & Israel
1301 Riverplace Blvd. #1916        1301 Riverplace Blvd. #1916         1301 Riverplace Blvd. #1916
Jacksonville, FL 32207             Jacksonville, FL 32207              Jacksonville, FL 32207


Gustafson's, LLC                           Liberty Mutual Insurance Company     Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o R. Scott Shuker                        C/O Jeffrey C. Regan                 c/o Held & Israel
Gronek & Latham, LLP                       Hedrick Dewberry Regan & Durant, P.A. 1301 Riverplace Blvd. #1916
P.O. Box 3353                              50 N. Laura Street                   Jacksonville, FL 32207
Orlando, FL  32802-3353,  32802-3353       Suite 1600, Jacksonville, FL 32202 32202


Maples Gas Company                 Meridian Coca-Cola Bottling Company  Mosby's Packing Company, Inc.
c/o Held & Israel                  c/o Held & Israel                   c/o Held & Israel
1301 Riverplace Blvd. #1916        1301 Riverplace Blvd. #1916         1301 Riverplace Blvd. #1916
Jacksonville, FL 32207             Jacksonville, FL 32207              Jacksonville, FL 32207


Northeast MS Coca-Cola Bottling Co., Inc   Rachel E. Adams, Esq.                Southeast Milk, Inc.
c/o Held & Israel                          200 S. Orange Avenue                 c/o R. Scott Shuker
1301 Riverplace Blvd., #1916               Suite 1220                           Gronek & Latham, LLP
Jacksonville, FL 32207                     Orlando, Florida 32801               P.O. Box 3353
                                                                                Orlando, FL  32802-3353,  32802-3353


Southeast-Atlantic Beverage Corporation    TA Cresthaven, LLC                   TA/Western, LLC
Nelson Mullins Riley & Scarborough LLP     c/o Held & Israel                    c/o Held & Israel
1320 Main St., 17th Floor (29201)          1301 Riverplace Blvd #1916           1301 Riverplace Blvd #1916
PO Box 11070                               Jacksonville, FL 32207               Jacksonville, FL 32207
Columbia, SC  29211,  29211


United States Trustee - JAX        Winn-Dixie Stores, Inc
135 W. Central Blvd., Suite 620    5050 Edgewood Court
Orlando, FL 32801                  Jacksonville, FL 32254-3699
```