UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING DEBTORS AUTHORITY TO
PAY PREPETITION AUTOMOBILE LIABILITY CLAIMS**

These cases came before the Court on May 6, 2005, upon the Motion of Winn-Dixie Stores, Inc. and its debtors affiliates (collectively, the "Debtors") for an order authorizing the Debtors to pay pre-petition automobile liability claims, as more fully set forth in the Motion (Docket No. 510). The Court having considered the Motion and finding sufficient cause, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized, but not required, to pay prepetition automobile liability claims.

3. The Debtors are authorized, but not required, to pay other prepetition claims that are necessary to maintain the Debtors' self-insured automobile liability programs.

4. Nothing in this Order shall affect the Debtors' right to contest the amount or validity of any prepetition automobile liability claim in whole or in part.

5. Notwithstanding the relief granted or any actions taken, nothing contained in this Order shall create any rights in favor of, or enhance the status of any claim held by, any party asserting a prepetition automobile liability claim.

6. Notwithstanding Federal Rule of Bankruptcy Procedure 6004(g), this Order shall be effective immediately upon it entry.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 6 day of May, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson
United States Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes            Page 1 of 1              Date Rcvd: May 06, 2005
Case: 05-03817                Form ID: pdfdoc         Total Served: 2


The following entities were served by first class mail on May 08, 2005.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494

The following entities were served by electronic transmission on May 07, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov May 07 2005 01:47:08     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2005**                                     **Signature:**   _Joseph Speetjens_