UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>*Chapter 11* |
| Debtors. | ) | Jointly Administered |

**ORDER CONDITIONALLY AUTHORIZING EMPLOYMENT OF
KPMG LLP AS AUDITORS, ACCOUNTANTS,
AND TAX ADVISORS NUNC PRO TUNC**

This cause having been considered upon the application of Winn-Dixie Stores, Inc., and its affiliated debtors (collectively, the "Debtors"), pursuant to 11 U.S.C. § 327(a), for an order authorizing the employment of KPMG LLP as auditors, accountants, and tax advisors to the Debtors nunc pro tunc to February 21, 2005, (the "Application"), and the Court having considered the Application and being otherwise advised in the premises and sufficient cause appearing, it is

ORDERED:

1. The Application is conditionally granted.

2. KPMG LLP is conditionally approved under 11 U.S.C. § 327(a) as auditors, accountants, and tax advisors to the Debtors in these jointly administered Chapter 11 cases nunc pro tunc to February 21, 2005.

3. The compensation of KPMG LLP for professional services rendered and reimbursement for costs advanced shall be fixed by the Court upon application and notice as may be directed by this Court in accordance with 11 U.S.C. §§ 330 and 331.

4. The Debtors shall provide electronic notice of this Order to all parties in interest on the Master Service List. Such parties in interest shall have fifteen (15) days from the date of service in which to object to such relief. Any such objection shall be in writing and shall state with specificity the grounds for objection. In addition, any such objection (a) shall be filed with the Clerk of the Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) shall be served on (i) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com and (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com. Any timely objections shall be heard by this Court at the omnibus hearing scheduled for May 19, 2005, at 1:00 p.m. In the absence of timely objections, the relief provided shall be deemed to have been finally granted without need for further order of this Court.

Dated this 6 day of May, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson
United States Trustee
Order re. employment of KPMB (WD) (00494719).DOC

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1              Date Rcvd: May 06, 2005
Case: 05-03817              Form ID: pdfdoc         Total Served: 2
```

The following entities were served by first class mail on May 08, 2005.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494

The following entities were served by electronic transmission on May 07, 2005 and receipt of the transmission was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov May 07 2005 01:47:11     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                         TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2005**                    **Signature:**    *Joseph Speetjens*