UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**THIRD SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR
APPROVAL OF RETENTION AND COMPENSATION OF
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors-in-possession, supplement, for the third time, Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, as permitted by the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business dated March 4, 2005, to include the following ordinary course professionals:

| | |
|---|---|
| Ray Quinney & Nebeker, PC<br>Attn: M. John Ashton, Esq.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111 | Utah real estate/mortgage counsel |
| | |
| Hanaway Ross, S.C.<br>Attn: Bruce R. Bachhuber, Esq.<br>345 S. Jefferson Street<br>Green Bay, Wisconsin 54301 | Litigation counsel |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Dated:  May 9, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*           D. J. Baker       Sally McDonald Henry       Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*           Stephen D. Busey       James H. Post       Cynthia C. Jackson,       Florida Bar Number 498882 |
| Four Times Square  New York, New York 10036  (212) 735-3000  (212) 735-2000 (facsimile) | 225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile) |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**CERTIFICATE OF SERVICE OF THIRD SUPPLEMENT TO EXHIBIT A OF THE
MOTION FOR APPROVAL OF RETENTION AND COMPENSATION
OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

This is to certify that on May 9, 2005, I caused to be served a copy of this Third Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business on the United States Trustee, counsel to the Committee, and counsel to the DIP Lender by sending the same via electronic mail to the persons identified below:

> Kenneth C. Meeker
> Assitant U.S. Trustee
> Office of the United States Trustee
> 135 West Central Boulevard, Room 620
> Orlando, Florida  32801
> Phone:  407-648-6301
> Fax:  407-648-6323
> ken.meeker@usdoj.gov
>
> Elena L. Escamilla
> 135 Central Blvd. Suite 620
> Orlando FL 32801
> Phone: 407-648-6465
> Fax: 407-648-6323
> Elena.L.Escamilla@usdoj.gov
>
> Otterbourg, Steindler, Houston & Rosen, P.C.
> Attn: Jonathan N. Helfat
> 230 Park Avenue, 29th Floor
> New York, NY  10169
> Phone: 212-661-9100
> Fax: 212-682-6104
> Jhelfat@oshr.com

        Milbank, Tweed, Hadley & McCloy LLP
        Attn: Dennis Dunne
        1 Chase Manhattan Plaza
        New York, NY 10005
        Phone: 212-530-5000
        Fax: 212-530-5219
        Ddunne@milbank.com

Dated: May 9, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ Rosalie Walker Gray*<br>    Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |