UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

)
In re:                                                    )
                                                          )          Jointly Administered Under
WINN-DIXIE STORES, INC., et al.                           )          Case No., 05-03817-3F1
                                                          )          Chapter 11
        Debtor.                                           )
_____ )

## MOTION OF SCOTT A. ZUBER, ESQ. TO APPEAR PRO HAC VICE

SCOTT A. ZUBER, a member of the law firm of Pitney Hardin LLP, requests of this Court pursuant to LBR 2090-1(c), permission to appear, *pro hac vice*, as counsel for Cardinal Health[1] ("Cardinal"), and as grounds states as follows:

1.      I am eligible for admission *pro hac vice* to this Court.

2.      I am a member of the law firm of Pitney Hardin LLP, which firm maintains an office located at 200 Campus Drive, Florham Park, New Jersey 07932.

3.      Pitney Hardin LLP has been retained to serve as counsel for Cardinal in connection with the above-captioned Chapter 11 cases. I have represented, and currently represent, Cardinal in various matters and am familiar with its business practices and, specifically, its relationship with the debtor, Winn-Dixie Stores, Inc. in the instant case.

4.      I am an attorney licensed to practice in the State of New Jersey, and am admitted to practice in the United States District Court for the District of New Jersey. (Attached as Exhibit A is a Certificate of Good Standing issued by the Clerk of the Court for the United States

---

[1]      The Term "Cardinal Health" means the following pharmaceutical distribution companies: Cardinal Health 106, Inc. (formerly known as James W. Daly, Inc.), a Massachusetts corporation (Peabody, Massachusetts); Cardinal Health 103, Inc (formerly known as Cardinal Southeast, Inc.), a Mississippi corporation (Madison, Mississippi), Cardinal Health 110, Inc. (formerly known as Whitmire Distribution Corporation), a Delaware corporation (Folsom, California) and any other subsidiary of Cardinal Health, Inc., an Ohio Corporation ("CHI"), as may be designated by CHI.

District Court, for the District of New Jersey.) There are no disciplinary proceedings or criminal proceedings pending against me and there have been no disclosures of any pending formal grievances against me

5.      I have access to a copy of the Local Rules of this Court, am generally familiar with such Rules, and with comply with same.

6.      Wherefore, I respectfully request I be granted permission to practice before this Court in the above-styled case

I certify under penalty of perjury that the foregoing is true and correct.


Dated this 5th day of May, 2005.


_____
SCOTT A ZUBER

THIS IS TO CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail, postage prepaid, to the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801; to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254; and to counsel for the Debtor, Adam Ravin, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 and Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Official Committee of Unsecured Creditors, c/o Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 this 9th day of May, 2005.

Attorney

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**DISTRICT OF NEW JERSEY**

I, **WILLIAM T. WALSH**, *Clerk of the United States District Court for the District of New Jersey,*

**DO HEREBY CERTIFY** *that Scott A. Zuber was duly admitted to practice in said Court on December 18, 1987 and is in good standing as a member of the Bar of said Court.*

Dated at Newark, New Jersey
on: April 28, 2005

WILLIAM T. WALSH, CLERK

By _____

Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee. Contact Board of Bar Examiners, New Jersey State Supreme Court.