**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )            Case No. 05-03817-3F1
                                                          )            *Chapter 11*
                        Debtors.                    )            Jointly Administered

_____

**CERTIFICATE OF SERVICE**

    I certify that a copy of Third Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business (Docket No. 1084), was furnished by mail and/or electronically on May 9, 2005 to those parties on the attached Master Service List.

                        SMITH HULSEY & BUSEY

                        By    *s/ Cynthia C. Jackson*
                              Stephen D. Busey
                              James H. Post
                              Cynthia C. Jackson
                        Florida Bar Number 498882
                        225 Water Street, Suite 1800
                        Jacksonville, Florida 32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)

                              -and-

                        SKADDEN, ARPS, SLATE,
                      MEAGHER & FLOM LLP
                      D. J. Baker
                      Sally McDonald Henry
                      Rosalie Walker Gray
                      Four Times Square
                      New York, New York 10036
                      (212) 735-3000
                      (212) 735-2000 (facsimile)

                      Attorneys for the Debtors