United States Bankruptcy Court
For the Middle District of Florida

| | |
|---|---|
| WINN DIXIE STORES, INC., et al. | } Chapter 11 |
| | } Claim No. 444 |
| | } Case No.05-03817 |
| Debtor | } Amount $ 975.30 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
To: Transferor:

**ACE EXPEDITERS**
**PO BOX 2513**
**ORLANDO, FL 32802**

The transfer of your claim as shown above in the amount of $ 975.30 has been transferred to:

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

By:/s/ Robert Minkoff
Revenue Management
(201) 968-0001

641186

## CONSENT AND WAIVER

Upon Assignor's delivery to Assignee of its executed signature page to this Assignment of Claim Agreement, Assignor hereby authorizes Assignee to file a notice of transfer pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedure ("FRBP"), with respect to the Claim, while Assignee performs its due diligence on the Claim. Assignee, at its sole option, may subsequently transfer the claim back to the Assignor if due diligence is not satisfactory, in Assignees sole and absolute discretion pursuant Rule 3001 (e) of FRBP transferring the Claim back to Assignor or withdrawing the transfer, at such time both Assignor and Assignee release each other of all and any obligation or liability regarding this Assignment. Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Claim Agreement and hereby waives (i) its right to raise any objection hereto, and (ii) its right to receive notice pursuant to Rule 3001 (e) of the FRBP.

IN WITNESS WHEREOF, the undersigned Assignor hereto sets his hand this ___ day of April May, 2005

**ACE EXPEDITERS**

By: _____          _____
   Signature                          Print Name/Title  President

407-234-223x2257
Telephone #

IN WITNESS WHEREOF, the undersigned Assignee hereto sets his hand this ___ day of _____, 2005

_____
Robert Minkoff
Liquidity Solutions, Inc.
201-968-0001 ext. 115

TOTAL P.03