UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

_____/

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned law firm hereby gives notice that it represents The Coca-Cola Company with respect to all matters herein. All pleadings filed pursuant to Federal Rule of Bankruptcy Procedure 2002, papers, and Orders to which The Coca-Cola Company is entitled should be served care of the undersigned.

Dated this _____ day of May, 2005.

HOLLAND & KNIGHT LLP

By: _____
Alan M. Weiss, Esquire
Florida Bar. No. 340219
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Phone: 904- 353-2000
Fax: 904-358-1872
*Attorneys for Coca-Cola Company*

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*Attorneys for Debtors*

D. J. Baker
Skadden, Arps, Slate, et al.
Four Times Square
New York, NY 10036
*Attorneys for Debtors*

Bert K. Bittourna
The Inland Real Estate Group, Inc.
2901 Butterfield Road
Oakbrook, IL 60523.

Dennis F. Dunne
Milbank, Tweed, Hadley
  & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for OCUC*

Kenneth C. Meeker
Office of U.S. Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

via U.S. Mail this 9th of May, 2005.

_____
Attorney

# 2832275_v1