IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al. | ) | Case No. 3:05-bk-03817-JAF |
| | ) | Judge Funk |
| Debtor. | ) | |

**APPEARANCE OF COUNSEL AND
REQUEST FOR COPIES OF ALL NOTICES,
DOCUMENTS AND PLEADINGS**

Please take notice that the Law Firm of Wiles & Wiles, counsel for North Hixon Marketplace, LLC hereby enters its appearance of counsel and requests that all notices given or required to be given in this case, and all papers, pleadings and documents filed or served or required to be filed in this case, be given to and served upon the following person as attorney for North Hixon Marketplace, LLC:

> John J. Wiles, Esq.
> Wiles & Wiles
> 800 Kennesaw Avenue, Suite 400
> Marietta, Georgia 30060-7946
> bankruptcy@evict.net

This request for notice encompasses, but is not limited to, all notices, copies, documents and pleadings referred to, <u>inter alia</u>, in Rules 2002, 3017, or 9007 of the Bankruptcy Rules and without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other document brought

before this Court in any case, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

This __9th__ day of _____May_____, 2005.

Respectfully submitted,

/s/   John J. Wiles
John J. Wiles, Esq.
Florida Bar No. 477427

Of Counsel:

Wiles & Wiles
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
N40.2appear.req.doc

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the within and foregoing APPEARANCE OF COUNSEL REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS AND PLEADINGS by depositing a copy of same in the United States mail with sufficient postage affixed thereon to insure delivery, addressed to:

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | Adam Ravin<br>Skaddin Arps Slate Meager & Flom, LLP<br>Four Times Square<br>New York, New York 10036 |
| United States Trustee-JAX<br>135 W. Central Boulevard<br>Suite 620<br>Orlando, Florida 32801 | Official Committee of Unsecured Creditors<br>of Winn-Dixie Stores, Inc.<br>c/o Milbank, Tweed, Hadley & McCloy, LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005 |

This the   9th   day of                May               , 2005.

/s/     John J. Wiles
John J. Wiles, Esq.
Florida Bar No. 477427

Wiles & Wiles
800 Kennesaw Avenue, Suite 400
Marietta, Georgia  30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
N40.2appear.req.doc