# MONTGOMERY McGRAW COLLINS & RAND, PLLC
## ATTORNEYS-AT-LAW

3350 NORTH LIBERTY ST., SUITE A  
POST OFFICE BOX 1039  
CANTON, MISSISSIPPI 39046

601-859-3616 :CANTON  
601-948-0972 :JACKSON  
601-859-3622 :TELECOPY

May 5, 2005

COPY

D. J. Baker  
Sally McDonald Henry  
Rosalie W. Gray  
Skadden, Arps, Slate, Meagher & Flom, LLP  
Four Times Square  
New York, NY 10036-6522

RECEIVED  
CLERK, U.S. BANKRUPTCY COURT  
MAY - 9 2005  
MIDDLE DISTRICT OF FLORIDA  
JACKSONVILLE DIVISION

Stephen D. Busey  
James H. Post  
Cynthia C. Jackson  
Smith Hulsey & Busey  
225 Walter Street, Suite 1800  
Jacksonville, FL 32202

    Re:  Winn-Dixie Stores, Inc.  
           United States Bankruptcy Court  
           Middle District of Florida, Jacksonville Division  
           Case No. 05-03817-3F1

Ladies & Gentlemen:

    Maureen Simpson, the Executive Director of the Canton Redevelopment Authority, recently found a Notice of Chapter 11 Bankruptcy Case in connection with the above styled and numbered cause wedged in the door of the Authority's office. Mrs. Simpson is not aware of any debt owed by any of the debtors listed in the Notice to the Authority. I note that the Notice is directed to the City of Canton. If that is, in fact, the debtor, I suggest that you direct the Notice to Valerie Smith, the City Clerk for the City of Canton, Post Office Box 1605, Canton, Mississippi 39046, together with an explanation as to the nature of the claim you think the City might have against any of the debtors.

May 5, 2005
Page 2

      If, upon receipt and review hereof, you should have any questions regarding this matter, please contact me.

Very truly yours,

MONTGOMERY McGRAW
COLLINS & RAND, PLLC

*William R. Collins*

William R. Collins

WRC/sr

cc:    United States Bankruptcy Court
       Winn-Dixie Claims Docketing Center
       Valerie Smith, City Clerk

I:\WRCC\2005\MAY\BUSEY05.WPD
228/200