UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
MAY - 9 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

WINN-DIXIE STORES, INC.          Case No.: 3-05OBK-3817
                                 Chapter 11
    Debtor.
_____/

## NOTICE OF CHANGE OF ADDRESS

**COMES NOW ARMANDO A. PEREZ, ESQ.,** and gives notice of his change of address to the following new location, **effective May 1, 2005:**

> LAW OFFICES OF ARMANDO A. PEREZ
> INTERAMERICAN PLAZA
> 701 S.W. 27th Avenue
> Suite 1205
> Miami, FL 33135
> Telephone (305) 644-3009
> Fax (305) 642-0500

It is requested that all future correspondence related to the above styled cause be forwarded to the new address.

> LAW OFFICES OF ARMANDO A. PEREZ
> Attorney for **CHRISTIAN VALDIVIA/CREDITOR**
> INTERAMERICAN PLAZA
> 701 S.W. 27th Avenue
> Suite 1205
> Miami, FL 33135
> Telephone (305) 644-3009
> Fax (305) 642-0500

By: _____
ARMANDO A. PEREZ, ESQ.
FLORIDA BAR NO.: 373192