UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

F I L E D
JACKSONVILLE, FLORIDA

MAY − 9 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re WINN-DIXIE STORES, INC. et al.,                    Chapter 11

                                    Debtor.         Case No. 05-3817-JAF
                                                    Jointly Administered

## NOTICE OF APPEARANCE AND
## REQUEST TO RECEIVE ALL NOTICES

PLEASE TAKE NOTICE that Michael D. Jankowski, Joshua A. Blakely

and Reinhart Boerner Van Deuren s.c. have been retained by and appear on behalf

of Sargento Foods, Inc. in the above-captioned case, and hereby request, pursuant

to section 342 of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the

Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings in

the case be served upon:

> Sargento Foods, Inc.
> c/o Joshua A. Blakely
> Reinhart Boerner Van Deuren s.c.
> 1000 North Water Street, Suite 2100
> P.O. Box 2965
> Milwaukee, WI 53201-2965

The undersigned further requests that he be added to the mailing matrix on file

with the Clerk in this matter as well as any primary service list or shortened

service list maintained by the debtor or the Clerk, all pursuant to Rules 2002(g)

and 9007 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to the above-cited Rules, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, motion, order, petition, pleading, complaint, demand or request, whether formal or informal, whether written or oral and transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above-referenced case and proceedings.

Dated at Milwaukee, Wisconsin, this 3rd day of May, 2005.

Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202-3186
414-298-1000 (phone)
414-298-8097 (fax)
mjankows@reinhartlaw.com
jblakely@reinhartlaw.com

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965

Michael D. Jankowski
WI State Bar ID No. 1012353
Joshua A. Blakely
WI State Bar ID No. 1025690

BY _____
Attorneys for Sargento Foods, Inc.