UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

MAY - 9 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re: Case No.                                  )   Case No. 05-3817
                                               )
WINN-DIXIE STORES INC., et al.                 )   Chapter 11
                                               )
                    Debtors.                   )   Jointly Administered

Please correct the creditor's name and address on this case show shown below for all checks and notices.

Creditor/Landlord:     Civic Center Station Ltd.
Store No. 1764         Cincinnati, Ohio
Address:               c/o Phillips Edison & Company, Ltd., it's Management Agent
                       11690 Grooms Road
                       Cincinnati, Ohio 45242

PHILLIPS EDISON & COMPANY, LTD.,
Management Agent for Creditor

/s/ Barbara Hood
Barbara Hood, Director, Lease Administration

Dated: May 3, 2005