UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
MAY - 9 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re: Case No.                              )   Case No. 05-3817
                                          )
WINN-DIXIE STORES INC., et al.            )   Chapter 11
                                          )
                    Debtors.              )   Jointly Administered

Please correct the creditor's name and address on this case show shown below for all checks and notices.

Creditor/Landlord:   OLD 97, INC.
Store #970           Danville, VA
Address:             c/o Phillips Edison & Company, Ltd., it's Management Agent
                     11690 Grooms Road
                     Cincinnati, Ohio 45242

PHILLIPS EDISON & COMPANY, LTD.,
Management Agent for Creditor

/s/ Barbara Hood
Barbara Hood, Director, Lease Administration

Dated: May 3, 2005