UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
MAY - 9 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Re: Case No. | ) | Case No. 05-3817 |
| | ) | |
| WINN-DIXIE STORES INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

Please correct the creditor's name and address on this case show shown below for all checks and notices.

Creditor/Landlord: Milford Station, Ltd.
Store #1763        Milford, Ohio
Address:           c/o Phillips Edison & Company, Ltd., it's Management Agent
                   11690 Grooms Road
                   Cincinnati, Ohio 45242

PHILLIPS EDISON & COMPANY, LTD.,
Management Agent for Creditor

/s/ Barbara Hood
Barbara Hood, Director, Lease Administration

Dated: May 3, 2005