UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
MAY - 9 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Re: Case No. ) | Case No. 05-3817 |
| ) | |
| WINN-DIXIE STORES INC., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

Please correct the creditor's name and address on this case show shown below for all checks and notices.

Creditor/Landlord:    Timberlake Station Limited Liability Corporation
Store #969            Lynchburg, VA
Address:              c/o Phillips Edison & Company, Ltd., it's Management Agent
                      11690 Grooms Road
                      Cincinnati, Ohio 45242

PHILLIPS EDISON & COMPANY, LTD.,
Management Agent for Creditor

_____
Barbara Hood, Director, Lease Administration

Dated: May 3, 2005