

**TRANSPORTATION**

Sherry S. Millard
Contract Specialist

500 Water Street  J180
Jacksonville, FL  32202
(904) 359-1167
FAX (904) 359-3665

May 4, 2005
RE: Case No. 05-11063

RECE'D
JACKSONVILLE, FLORIDA

MAY - 9 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**ORIGINAL LETTER SENT CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
**(Photocopy sent Via Regular U.S. Mail to same Address)**

Mr. Jeff Friederich
Winn Dixie Inc.
7595 Centurion Parkway
Jacksonville, FL 32256

Dear Mr. Friederich:

This refers to all License and Land Agreements, as supplemented and assigned, listed on Exhibit A, between CSX Transportation, Inc., and Winn Dixie Inc.

In view of the filing of a voluntary petition for Reorganization under Chapter 11, please advise if the Debtor in Possession intends to affirm the lease under Sections 362-366 of the U.S. Bankruptcy Act, and if so, provide assurances thereon.

A reply from you is necessary within sixty (60) days from receipt of this letter.

If you fail to respond on or before that time, we will deem your inaction a rejection, and begin process of seeking removal and filing an adversary petition to terminate or obtain necessary cost of removal and litigation.

Sincerely,

Sherry S. Millard

√cc: Clerk of Bankruptcy Court
United States Bankruptcy Court
Middle District of Florida
P.O. Box 559
Jacksonville, FL 32201-0559

Ruth Salter, CSX Credit and Collection Specialist, J220

Attachments:

# Exhibit A

All Contracts with Winn Dixie

| | Contract # | Contract Date | Company | Location City | State | Contract For: |
|---|---|---|---|---|---|---|
| 1 | CSX 003346 | 8/27/70 | WINN DIXIE | MONTGOMERY | AL | Sidetrack |
| 2 | CSX 003347 | 4/4/58 | WINN DIXIE | MONTGOMERY | AL | Land |
| 3 | CSX 003348 | 10/11/72 | WINN DIXIE | MONTGOMERY | AL | Water Pipeline |
| 4 | CSX 003349 | 9/8/77 | WINN DIXIE | MONTGOMERY | AL | Water Pipeline |
| 5 | CSX 004593 | 12/8/87 | WINN DIXIE | MONTGOMERY | AL | Sewer Pipeline |
| 6 | CSX 006491 | 7/18/88 | WINN DIXIE | JACKSONVILLE | FL | Land |
| 7 | CSX 013572 | 2/15/91 | WINN DIXIE | MONTGOMERY | AL | Land |
| 8 | CSX 032975 | 7/7/98 | WINN DIXIE | BALDWIN | FL | Sidetrack |
| 9 | SAL 053904 | 2/27/58 | WINN DIXIE | HIALEAH | FL | Sidetrack |
| 10 | SAL 057228 | 8/18/60 | WINN DIXIE | PARKER | FL | Sidetrack |
| 11 | SCL 003207 | 7/25/69 | WINN DIXIE | FULCO | GA | Road Xing |
| 12 | SCL 015383 | 1/8/74 | WINN DIXIE | POMPANO BEACH | FL | Sidetrack |
| 13 | SCL 022856 | 9/4/75 | WINN DIXIE | JACKSONVILLE | FL | Water Pipeline |
| 14 | SCL 035123 | 11/23/81 | WINN DIXIE | JACKSONVILLE | FL | Sidetrack |