UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

STEVEN J. REISMAN, of the firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, (the "Movant"), pursuant to Local Rule 2090-1(c), hereby moves for special admission to appear, in the above-style bankruptcy case as counsel to Wilmington Trust Company, as Successor Indenture Trustee for the eight and seven-eighths percent ($8^7/_8$%) Senior Notes due 2008 under an Indenture, dated as of December 26, 2000, by and between Winn-Dixie Stores, Inc., a Florida corporation, and First Union National Bank, a national banking association, as supplemented by the First Supplemental Indenture dates as of March 29, 2001, and the Second Supplemental Indenture, dated as of January 10, 2002 ("Wilmington"), and states as follows:

1. Steven J. Reisman is an attorney licensed to practice in the State of New York and has been a member in good standing of this Bar since 1991.

2. Steven J. Reisman is also admitted to practice before the United States District Court for the District of New Jersey, the Southern and Eastern Districts of New York, the District of Connecticut and the Eastern District of Michigan, the Court of Appeals for the Second Circuit, and the United States Supreme Court. A certificate verifying that Steven J. Reisman is admitted to practice in the United States District Court for the Southern District of New York is attached hereto as Exhibit "A."

284976-1

3. The Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of New York or any other state or federal court. An affidavit of Steven J. Reisman is attached hereto as Exhibit "B."

4. The Movant certifies further that he is familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

5. The Movant requests that this court order that he and other regular members and associates of the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP may file pleadings and appear and be heard at hearings in these Chapter 11 cases. Movant shows that any other regular members and associates of Curtis, Mallet-Prevost, Colt & Mosle LLP who appear herein will be qualified for admission *pro hac vice*.

WHEREFORE, the Movant respectfully requests entry of the attached proposed order authorizing special admission to practice in these Chapter 11 cases.

> CURTIS, MALLET-PREVOST, COLT
> & MOSLE LLP
> Attorneys for Wilmington Trust Company
> 101 Park Avenue
> New York, NY 10178-0061
> Telephone: 212-696-6000
> Facsimile: 212-697-1559
>
> By: _____
> Steven J. Reisman
> New York Bar No. SR-4906
> sreisman@cm-p.com

284976-1