# United States District Court
## Southern District of New York

# Certificate of
# Good Standing

I, _____ J. Michael McMahon _____ , Clerk of this Court, certify that

_____ STEVEN   J.   REISMAN _____ , Bar # _____ SR4906 _____

was duly admitted to practice in this Court on

_____ OCTOBER   1st,   2001 _____ , and is in good standing

as a member of the Bar of this Court.

Dated at _____ 500 Pearl Street
New York, New York _____ on _____ MAY   6th,   2005 _____

**J. MICHAEL McMAHON**

_____
Clerk

by: _____
Deputy Clerk

**EXHIBIT**

A