UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF STEVEN J. REISMAN IN CONNECTION
<u>WITH MOTION TO APPEAR PRO HAC VICE</u>**

STATE OF NEW YORK

COUNTY OF NEW YORK

I, STEVEN J. REISMAN, pursuant to 28 U.S.C § 1746, do state:

1. I am an attorney with the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178-0061, telephone number 212 696-6000.

2. I am of the full age of majority and not laboring under any disabilities. I declare under penalty of perjury that the foregoing is true and correct.

3. I am a member of good standing of the Bar of the State of New York.

4. I am admitted to practice before the United States District Court for the District of New Jersey, the Southern and Eastern Districts of New York, the District of Connecticut and the Eastern District of Michigan, the Court of Appeals of the Second Circuit, and the United States Supreme Court.

5. No disciplinary proceedings or criminal charges have been instituted against me.

284976-1


EXHIBIT B

6. I consent to adhere to the Local Rules of this Court

Executed on May 9, 2005.

_____
STEVEN J. REISMAN

STATE OF NEW YORK

COUNTY OF NEW YORK

The foregoing instrument was acknowledged before me on the 9th day of May 2005, by Steven J. Reisman, who is personally known to me or who has produced a Driver's License as identification, and who did/did not take an oath.

_____
Notary Public, State of New York

My Commission Expires:

JAMES V. DREW
Notary Public, State of New York
No. 02DR6079092
Qualified in Kings County
Commission Expires Aug. 12, 2006

284976-1