UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE OF MOTION TO APPEAR *PRO HAC VICE*

I HEREBY CERTIFY that a true and correct copy of the *Motion to Appear Pro Hac Vice*
filed by Steven J. Reisman, of the firm of Curtis, Mallet-Provost, Colt & Mosle LLP was served
by first class, U.S. Mail on this 10th day of May 2005 to all parties listed on the attached service
list.

BERGER SINGERMAN, P.A.
Local Counsel for Wilmington Trust Company
350 E. Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

By: /s/ Arthur J. Spector
Arthur J. Spector
Florida Bar No. 620777
E-mail: aspector@bergersingerman.com

SERVICE LIST
WINN DIXIE STORES, INC.
Case No. 05-03817-3F1
*(Parties not receiving notice electronically)*

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699

Michael R. Bakst
Elk, Bankier, Christu & Bakst, LLP
222 Lakeview Avenue
Suite 1330
West Palm Beach, FL 33401

Brendan G. Best
400 Renaissance Center
Detroit, MI 48243-1668

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Emily Chou
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Mary E. Gardner
Keaton & Associates
Suite 903
1278 West Northwest Highway
Palatine, IL 60067

William F. Harmeyer
7322 Southwest Freeway
Suite 475
Houston, TX 77074

Edwin W. Held
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Laurel M. Isicoff
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

Stephen B. Kuhn
590 Madison Avenue
New York, NY

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

John Lewis
a/f The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301

Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Liberty Mutual Insurance Company
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202

285186-1

Christopher C. Miller
10250 Constellation Boulevard
Los Angeles, CA 90067

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Omar Nelson
P.O. Box 1178
Jackson, MS 39215

Tammy M. Nick
676 East I-10 Service Road
Slidell, LA 70461

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Brad J. Patten
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA 30503

Armando Perez
2631 S.W. 27th Street
Miami, FL 33133

Rex D. Rainach
3622 Government Street
Baton Rouge, LA 70806-5720

Craig V. Rasile
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Jeffrey N. Rich
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022-6030

Teresa Sadutto
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

Marvin S. Schulman
2800 Weston Road, Suite 201
Weston, FL 33331

Rick A. Steinberg
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022