UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## ORDER ADMITTING STEVEN J. REISMAN, ESQ. *PRO HAC VICE*

THIS MATTER having come before the Court without hearing on the *Motion to Appear Pro Hac Vice* (the "Motion") filed by Steven J. Reisman of the law firm of Curtis, Mallet-Provost, Colt & Mosle LLP, pursuant to Local Rule 2090-1(c). The Court having reviewed the Motion and good cause appearing, it is

ORDERED that Steven J. Reisman of the law firm of Curtis, Mallet-Provost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178-0061, may appear before the Court as counsel for Wilmington Trust Company, as Successor Indenture Trustee for the eight and seven-eighths percent ($8^7/_8\%$) Senior Notes due 2008 under an Indenture, dated as of December 26, 2000, by and between Winn-Dixie Stores, Inc., a Florida corporation, and First Union National Bank, a national banking association, as supplemented by the First Supplemental Indenture dated as of March 29, 2001, and the Second Supplemental Indenture, dated as of January 10, 2002 ("Wilmington Trust Company") in this case subject to the local rules of this Court. Additional regular members and associates of Curtis, Mallet-Provost, Colt & Mosle LLP, who qualify for

285093-1

admission *pro hac vice*, may also communicate, file pleadings and appear to be heard at hearings on behalf of Wilmington Trust Company.

ORDERED in the Middle District of Florida on _____.

JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Arthur J. Spector, Esq.
Berger Singerman, P.A.
Local Counsel for Wilmington Trust Company
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301

*(Attorney Spector is directed to serve a conformed copy of this Order upon all interested parties immediately upon receipt.)*

258923-1
285093-1