UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

---------------------------------------------------------------x

In re                                                    In Proceedings For A
                                                         Reorganization Under
**WINN-DIXIE STORES, INC., ET AL**                       Chapter 11
Winn-Dixie Logistics, Inc.                               Case No.: 3:05-03817-JAF

Debtors.
---------------------------------------------------------------x

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$8,514.08** from:

    Continental Fragrances Ltd. (Transferor)
    750 Standard Parkway
    Auburn Hills, MI 48326
    Attention: Ms. Deborah Petchul

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                       Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                       Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

**CONTINENTAL FRAGRANCES LTD**, a(n) <u>MICHIGAN</u> (insert state of incorporation) **Corporation**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC**, a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$8,514.08** (defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Middle District of Florida, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case No.05-03817** (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the __13__ day of __APRIL__, 2005.

CONTINENTAL FRAGRANCES
(Company Name)

WITNESS _Stacy M. Kusiak_
(Signature)

_(Signature of Corporate Officer)_

STACY KUSIAK, OFFICE MANAGER
(Print Name and Title of Witness)

DEBORAH J. PETCHUL, CONTROLLER
(Print Name and Title of Corporate Officer)

**EXHIBIT "A"**