UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

-----------------------------------------------------------X

In re

**WINN-DIXIE STORES, INC., ET AL**
Winn-Dixie Logistics, Inc.

Debtors.

-----------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 3:05-03817-JAF

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, New York 10022
Attention: David S. Leinwand, Esq.

A transfer in the amount of **$7,800.00** from:

Royal Greenland (Transferor)
103 W. Naches Ave. Ste 200
Selah, WA 98942
Attention: Ms. Jill Cunningham

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

**ROYAL GREENLAND**, a(n) **Washington Corporation**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC,** a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$7,800.00** (proof of claim amount, defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, Middle District of Florida or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case No.05-03817**(defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the 19th day of April, 2005.

Royal Greenland U.S. Inc.
(Company Name)

WITNESS _____
(Signature)

Elva Ruiz
(Print Name and Title of Witness)

Jill Cunningham
(Signature of Corporate Officer)

Jill Cunningham  Sec/Treas
(Print Name and Title of Corporate Officer)

**EXHIBIT "A"**