IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE FLORIDA

MAY 1 0 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: *
*
WINN-DIXIE STORES, INC., et al., * BANKRUPTCY CASE NO: 05-03817-3F1
* CHAPTER 11
Debtor * JOINTLY ADMINISTERED
*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned, Simpson Law Offices, LLP, hereby enters this Notice of Appearance as attorneys of record for The Great Fish Company, LLC (a Delaware Limited Liability Company) and Colorado Boxed Beef Company (a Delaware Corporation), creditor in the above-referenced case. This Notice of Appearance is being filed in accordance with Bankruptcy Rule 9010.

The Great Fish Company, LLC (a Delaware Limited Liability Company) and Colorado Boxed Beef Company (a Delaware Corporation) hereby requests that all notices given or required to be given in this case be served upon Simpson Law Offices, LLP, attorney for Colorado Custom Distribution, at Post Office Box 550105, Atlanta, Georgia, 30355-2505. The Clerk of the Court is requested to place the undersigned counsel on the master mailing matrix in this case.

Debtor's counsel and the U.S. Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers.

Respectfully submitted this ___4th___ day of May, 2005.

_____
JAMES W. MARTIN
Attorney for The Great Fish Company, LLC and
Colorado Boxed Beef Company
State Bar No: 473314

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the counsel for the opposing party in the foregoing matter with a copy of this NOTICE OF APPEARANCE AND REQUEST FOR NOTICES, as follows:

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Adam Ravin, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036-6522 | |
| U. S. Trustee - Jax<br>135 West Central Boulevard, Ste. 20<br>Orlando, FL 32801 | Dennis F. Dunn, Esq.<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Clerk<br>Mid. Dist. Of Fla.<br>Jacksonville Div.<br>300 North Hogan St.,<br>Ste 3-350<br>Jacksonville, FL 32202 |

by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This ___4th___ day of May, 2005.

_____
JAMES W. MARTIN
Attorney for The Great Fish Company, LLC and
Colorado Boxed Beef Company
State Bar No: 473314

SIMPSON LAW OFFICES, L.L.P.
One Securities Centre, Suite 300
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 266-2421

JWM/tpw