

**Alan L. LeBovidge**
Commissioner

Thomas K. Condon
Bureau Chief

# The Commonwealth of Massachusetts
## Department of Revenue
### Litigation Bureau - Bankruptcy Unit
<u>Offices</u>: 100 Cambridge Street, 7th Floor
Boston, Massachusetts 02114
<u>All</u> <u>Mail</u> <u>To</u>: Box 9564, Boston, MA 02114-9564
MAIN #617 626-3875 - FAX #617 626-3796

MAY 5, 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
311 W. MONROE STREET
JACKSONVILLE, FL 32202

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
MAY - 9 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEAR CLERK:

PLEASE **WITHDRAW** THE FOLLOWING CLAIM(S) IN THE MATTER OF:

DEBTOR : **WINN DIXIE SUPERMARKETS, INC.**

F. I. D. # :  596-078-837

DOCKET # :  05-03840 JAF

| TYPE OF CLAIM | AMOUNT | FILED ON |
|---|---|---|
| SECURED | $ | |
| UNSECURED PRIORITY | $1,420.30 | 04/25/2005 |
| UNSECURED GENERAL | $ 164.16 | 04/25/2005 |
| ADMINISTRATIVE | $ | |

**PLEASE DATE-STAMP AND RETURN THE ATTACHED COPY IN THE ENCLOSED SELF-ADDRESSED ENVELOPE.**

THANK YOU FOR YOUR COOPERATION.

SINCERELY,

_____
WILLIAM F. CONNOR
TAX SUPERVISOR
BANKRUPTCY UNIT

ANNE CHAN
TAX EXAMINER
TEL: (617) 626-3869

ENCLOSURE: CLAIM(S)

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
P.O. BOX 9564, BOSTON, MA 02114-9564
TEL #: (617) 626-3875   FAX #: (617) 626-3796

PRIORITY PROOF-OF-CLAIM FOR MASSACHUSETTS TAXES

DOCKET #: 05-03840 JAF
PETITION DATE: 02/21/05   CHAPTER 11
I.D.#: 596-078-837

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF FLORIDA - MIDDLE

IN THE MATTER OF: WINN DIXIE SUPERMARKETS, INC.

☒ IN PROCEEDINGS FOR AN ARRANGEMENT UNDER CHAPTER 11.

☐ AMENDED PROOF-OF-CLAIM IN ADDITION TO CLAIM(S) FILED _____.

☐ AMENDED PROOF-OF-CLAIM TO SUPERSEDE CLAIM(S) FILED _____.

1. THE UNDERSIGNED, A DULY AUTHORIZED AGENT OF THE COMMISSIONER OF REVENUE FOR THE COMMONWEALTH OF MASSACHUSETTS, FILES THIS PROOF-OF-CLAIM FOR UNPAID MASSACHUSETTS TAXES INCLUDING INTEREST AND PENALTIES CALCULATED TO THE PETITION DATE.

2. TAX PERIODS ARE MARKED BY AN ASTERISK (*) IF THE COMMISSIONER'S RECORDS INDICATE THAT NO TAX RETURN HAS BEEN FILED FOR THAT PERIOD. THE AMOUNTS SHOWN FOR THOSE PERIODS ARE EITHER ESTIMATES OR "UNKNOWN" AS INDICATED.

3. THE AMOUNT(S) LISTED ON THIS PAGE ARE A SUMMARY OF THE AMOUNT(S) DUE FOR EACH CLASS OF CLAIM AS IDENTIFIED IN ITEMS A, B, AND C BELOW.

4. TO THE EXTENT THAT POST-PETITION INTEREST AND PENALTIES ARE NON-DISCHARGEABLE AND REMAIN UNPAID, THEY MAY BE COLLECTIBLE FROM THE DEBTOR OR FROM ANY OTHER LIABLE ENTITY.

A. **SECURED CLAIMS** (NOTICE OF MASSACHUSETTS TAX LIEN HAVING BEEN FILED PURSUANT TO GL CHAPTER 62C SECTION 50):

$

POST-PETITION INTEREST MAY BE PAYABLE (SEE 11 U.S.C. SECTION 506(b); IN THE EVENT THAT ADEQUATE PROTECTION IS ALLOWED, CLAIMS WILL BE ADJUSTED ACCORDINGLY;).

B. **UNSECURED PRIORITY CLAIMS** UNDER 507 (a) (8) OF THE BANKRUPTCY CODE:

$1,420.30

C. **UNSECURED GENERAL CLAIMS**:

$164.16

TOTAL: $1,584.46

AUTHORIZED SIGNATURE: *[signature: William Connor]*   DATE: April 20, 2005
ANNE CHAN, TAX EXAMINER, BANKRUPTCY UNIT, MDOR
TEL #: (617) 626-3869

COPY

WILLIAM F. CONNOR, SUPERVISOR, BANKRUPTCY UNIT, MDOR
TEL #: (617) 626-3238