IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                          *

WINN-DIXIE STORES, INC., et al.,            * BANKRUPTCY CASE NO: 05-03817-3F1
                                                         * CHAPTER 11
        Debtor                                    * JOINTLY ADMINISTERED
_____ *

**F I L E D**
JACKSONVILLE, FLORIDA
MAY 1 0 2005
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## RECLAMATION DEMAND OF THE GREAT FISH COMPANY, LLC

**COMES NOW,** The Great Fish Company, LLC, a Delaware Limited Liability Company, through

its undersigned counsel, and pursuant to O.C.G.A. § 11-2-702, and submits its Demand for Reclamation in

the amount of $53,620.00.    The invoices establishing the reclamation amounts, along with the timely

demand for reclamation are attached hereto respectively as Exhibit "1."

Respectfully submitted this 4th day of May, 2005.

_____
JAMES W. MARTIN
Attorney for Colorado Boxed Beef Company
State Bar No: 473314

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the counsel for the opposing party in the foregoing matter with

a copy of this NOTICE OF APPEARANCE AND REQUEST FOR NOTICES, as follows:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

U. S. Trustee - Jax
135 West Central Boulevard, Ste. 20
Orlando, FL 32801

Dennis F. Dunn, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Clerk
Mid. Dist. Of Fla.
Jacksonville Div.
300 North Hogan St.,
Ste 3-350
Jacksonville, FL 32202

by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage
thereon.

This 4th day of May, 2005.

_____
JAMES W. MARTIN
Attorney for Colorado Boxed Beef Company
State Bar No: 473314
Atlanta, Georgia 30305

SIMPSON LAW OFFICES, L.L.P.
One Securities Centre, Suite 300
3490 Piedmont Road, N.E.
(404) 266-2421

JWM/tpw

# SIMPSON LAW OFFICES, L.L.P.
### ONE SECURITIES CENTRE, SUITE 300
3490 PIEDMONT ROAD, NE
ATLANTA, GEORGIA 30305
TELEPHONE (404) 266-2421
FACSIMILE (404) 266-9405

<u>ATTORNEYS</u>
J. CHRISTOPHER SIMPSON
JAMES W. MARTIN
SHAWN M. WINTERICH
THOMAS V. KEOUGH

<u>PARALEGALS</u>
DAVID N. LOCKHART
KENNETH P. BOOTH

March 1, 2005

Adam Ravin, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM, LLP
Four Times Square
New York, NY 10036

      Re:    Reclamation Demand - Winn-Dixie -Louisiana
            Amount Value of Goods for which demand is made:  $7,875.00

Dear Mr. Ravin:

      By way of introduction, I am counsel for The Great Fish Company, LLC, a Delaware limited liability company.   Please accept this correspondence as our client's demand for reclamation of goods pursuant to UCC §2-702. According to our client's records, goods were shipped to the Winn-Dixie - Louisiana under P. O. #617915, and delivered on February 8, 2005.

      It is clear that debtor was insolvent at the time of the sale of these goods, that the sale was in the ordinary course of The Great Fish Company, LLC's business, that debtor has not paid for the goods, that these goods are identifiable as those being sold to the debtor, and the goods, or the proceeds therefrom, are within debtor's control as of the date of this demand for reclamation.

      If your client will consent to treatment of the reclamation amount as an administrative priority claim in the pending Chapter 11 case, I will be pleased to prepare a consent order to that effect.   Should your client choose to return the goods subject to this reclamation demand, please have the appropriate representative contact me directly.

      I appreciate your assistance with this matter.

      Very truly yours,

      James W. Martin

JWM/tpw
c: Winn-Dixie - Louisiana

# EXHIBIT ___

THE PARALEGALS IN THIS OFFICE DO NOT GIVE LEGAL ADVICE, NOR EXERCISE INDEPENDENT LEGAL JUDGMENT;
ANY QUESTIONS PERTAINING TO LEGAL OPINIONS...

# SIMPSON LAW OFFICES, L.L.P.

ONE SECURITIES CENTRE, SUITE 300
3490 PIEDMONT ROAD, NE
ATLANTA, GEORGIA 30305
TELEPHONE (404) 266-2421
FACSIMILE (404) 266-9405

ATTORNEYS

J. CHRISTOPHER SIMPSON
JAMES W. MARTIN
SHAWN M. WINTERICH
THOMAS V. KEOUGH

PARALEGALS

DAVID N. LOCKHART
KENNETH P. BOOTH

March 1, 2005

Adam Ravin, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM, LLP
Four Times Square
New York, NY 10036

Re:    Reclamation Demand - Winn-Dixie -Atlanta, Georgia
        Amount Value of Goods for which demand is made:  $19,537.00

Dear Mr. Ravin:

By way of introduction, I am counsel for The Great Fish Company, LLC, a Delaware limited liability company.  Please accept this correspondence as our client's demand for reclamation of goods pursuant to UCC §2-702.  According to our client's records, goods were shipped to the Winn-Dixie - Atlanta under P. O. #604388, and delivered on February 3, 2005.

It is clear that debtor was insolvent at the time of the sale of these goods, that the sale was in the ordinary course of The Great Fish Company, LLC's business, that debtor has not paid for the goods, that these goods are identifiable as those being sold to the debtor, and the goods, or the proceeds therefrom, are within debtor's control as of the date of this demand for reclamation.

If your client will consent to treatment of the reclamation amount as an administrative priority claim in the pending Chapter 11 case, I will be pleased to prepare a consent order to that effect.  Should your client choose to return the goods subject to this reclamation demand, please have the appropriate representative contact me directly.

I appreciate your assistance with this matter.

Very truly yours,

James W. Martin

JWM/tpw
c: Winn-Dixie - Atlanta

# EXHIBIT ___1___

THE PARALEGALS IN THIS OFFICE DO NOT GIVE LEGAL ADVICE, NOR EXERCISE INDEPENDENT LEGAL JUDGMENT;
ANY QUESTIONS PERTAINING TO LEGAL OPINIONS SHOULD BE DIRECTED TO ONE OF OUR ATTORNEYS

# SIMPSON LAW OFFICES, L.L.P.
ONE SECURITIES CENTRE, SUITE 300
3490 PIEDMONT ROAD, NE
ATLANTA, GEORGIA 30305
TELEPHONE (404) 266-2421
FACSIMILE (404) 266-9405

ATTORNEYS

J. CHRISTOPHER SIMPSON
JAMES W. MARTIN
SHAWN M. WINTERICH
THOMAS V. KEOUGH

PARALEGALS

DAVID N. LOCKHART
KENNETH P. BOOTH

March 1, 2005

Adam Ravin, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM, LLP
Four Times Square
New York, NY 10036

Re:    Reclamation Demand - Winn-Dixie -Charlotte
        Amount Value of Goods for which demand is made:  $3,677.00

Dear Mr. Ravin:

By way of introduction, I am counsel for The Great Fish Company, LLC, a Delaware limited liability company.   Please accept this correspondence as our client's demand for reclamation of goods pursuant to UCC §2-702.  According to our client's records, goods were shipped to the Winn-Dixie - Charlotte under P. O. #617109, and delivered on February 17, 2005.

It is clear that debtor was insolvent at the time of the sale of these goods, that the sale was in the ordinary course of The Great Fish Company, LLC's business, that debtor has not paid for the goods, that these goods are identifiable as those being sold to the debtor, and the goods, or the proceeds therefrom, are within debtor's control as of the date of this demand for reclamation.

If your client will consent to treatment of the reclamation amount as an administrative priority claim in the pending Chapter 11 case, I will be pleased to prepare a consent order to that effect.   Should your client choose to return the goods subject to this reclamation demand, please have the appropriate representative contact me directly.

I appreciate your assistance with this matter.

Very truly yours,

James W. Martin

JWM/tpw
c: Winn-Dixie - Charlotte

# EXHIBIT ___

THE PARALEGALS IN THIS OFFICE DO NOT GIVE LEGAL ADVICE, NOR EXERCISE INDEPENDENT LEGAL JUDGMENT;
ANY QUESTIONS PERTAINING TO LEGAL OPINIONS SHOULD BE DIRECTED TO ONE OF OUR ATTORNEYS.

# SIMPSON LAW OFFICES, L.L.P.

ONE SECURITIES CENTRE, SUITE 300
3490 PIEDMONT ROAD, NE
ATLANTA, GEORGIA 30305
TELEPHONE (404) 266-2421
FACSIMILE (404) 266-9405

ATTORNEYS
J. CHRISTOPHER SIMPSON
JAMES W. MARTIN
SHAWN M. WINTERICH
THOMAS V. KEOUGH

PARALEGALS
DAVID N. LOCKHART
KENNETH P. BOOTH

March 1, 2005

Adam Ravin, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
      & FLOM, LLP
Four Times Square
New York, NY 10036

Re:   Reclamation Demand - Winn-Dixie -Miami Division
      Amount Value of Goods for which demand is made:  $9,651.00

Dear Mr. Ravin:

By way of introduction, I am counsel for The Great Fish Company, LLC, a Delaware limited liability company.   Please accept this correspondence as our client's demand for reclamation of goods pursuant to UCC §2-702.  According to our client's records, goods were shipped to the Winn-Dixie - Miami Division under P. O. #617108, and delivered on February 15, 2005.

It is clear that debtor was insolvent at the time of the sale of these goods, that the sale was in the ordinary course of The Great Fish Company, LLC's business, that debtor has not paid for the goods, that these goods are identifiable as those being sold to the debtor, and the goods, or the proceeds therefrom, are within debtor's control as of the date of this demand for reclamation.

If your client will consent to treatment of the reclamation amount as an administrative priority claim in the pending Chapter 11 case, I will be pleased to prepare a consent order to that effect.   Should your client choose to return the goods subject to this reclamation demand, please have the appropriate representative contact me directly.

I appreciate your assistance with this matter.

Very truly yours,

James W. Martin

JWM/tpw
c: Winn-Dixie - Miami Division

EXHIBIT

# SIMPSON LAW OFFICES, L.L.P.
### ONE SECURITIES CENTRE, SUITE 300
### 3490 PIEDMONT ROAD, NE
### ATLANTA, GEORGIA 30305
### TELEPHONE (404) 266-2421
### FACSIMILE (404) 266-9405

<u>ATTORNEYS</u>
J. CHRISTOPHER SIMPSON
JAMES W. MARTIN
SHAWN M. WINTERICH
THOMAS V. KEOUGH

<u>PARALEGALS</u>
DAVID N. LOCKHART
KENNETH P. BOOTH

March 1, 2005

Adam Ravin, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM, LLP
Four Times Square
New York, NY 10036

Re:    Reclamation Demand - Winn-Dixie -Orlando, Florida
        Amount Value of Goods for which demand is made:  $8,131.00

Dear Mr. Ravin:

    By way of introduction, I am counsel for The Great Fish Company, LLC, a Delaware limited liability company.  Please accept this correspondence as our client's demand for reclamation of goods pursuant to UCC §2-702.  According to our client's records, goods were shipped to the Winn-Dixie - Orlando under P. O. #617116, and delivered on February 15, 2005.

    It is clear that debtor was insolvent at the time of the sale of these goods, that the sale was in the ordinary course of The Great Fish Company, LLC's business, that debtor has not paid for the goods, that these goods are identifiable as those being sold to the debtor, and the goods, or the proceeds therefrom, are within debtor's control as of the date of this demand for reclamation.

    If your client will consent to treatment of the reclamation amount as an administrative priority claim in the pending Chapter 11 case, I will be pleased to prepare a consent order to that effect.  Should your client choose to return the goods subject to this reclamation demand, please have the appropriate representative contact me directly.

    I appreciate your assistance with this matter.

Very truly yours,

James W. Martin

JWM/tpw
c: Winn-Dixie - Orlando

# EXHIBIT __1__

THE PARALEGALS IN THIS OFFICE DO NOT GIVE LEGAL ADVICE, NOR EXERCISE INDEPENDENT LEGAL JUDGMENT; ANY QUESTIONS PERTAINING TO LEGAL OPINIONS SHOULD BE DIRECTED TO ONE OF OUR ATTORNEYS.

# SIMPSON LAW OFFICES, L.L.P.
### ONE SECURITIES CENTRE, SUITE 300
### 3490 PIEDMONT ROAD, NE
### ATLANTA, GEORGIA 30305
### TELEPHONE (404) 266-2421
### FACSIMILE (404) 266-9405

ATTORNEYS

J. CHRISTOPHER SIMPSON
JAMES W. MARTIN
SHAWN M. WINTERICH
THOMAS V. KEOUGH

PARALEGALS

DAVID N. LOCKHART
KENNETH P. BOOTH

March 1, 2005

Adam Ravin, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM, LLP
Four Times Square
New York, NY 10036

Re:    Reclamation Demand - Winn-Dixie -Jacksonville
        Amount Value of Goods for which demand is made:  $4,749.00

Dear Mr. Ravin:

By way of introduction, I am counsel for The Great Fish Company, LLC, a Delaware limited liability company. Please accept this correspondence as our client's demand for reclamation of goods pursuant to UCC §2-702. According to our client's records, goods were shipped to the Winn-Dixie - Jacksonville under P. O. #617105, and delivered on February 15, 2005.

It is clear that debtor was insolvent at the time of the sale of these goods, that the sale was in the ordinary course of The Great Fish Company, LLC's business, that debtor has not paid for the goods, that these goods are identifiable as those being sold to the debtor, and the goods, or the proceeds therefrom, are within debtor's control as of the date of this demand for reclamation.

If your client will consent to treatment of the reclamation amount as an administrative priority claim in the pending Chapter 11 case, I will be pleased to prepare a consent order to that effect. Should your client choose to return the goods subject to this reclamation demand, please have the appropriate representative contact me directly.

I appreciate your assistance with this matter.

Very truly yours,

James W. Martin

JWM/tpw
c: Winn-Dixie - Jacksonville

# EXHIBIT  1

THE PARALEGALS IN THIS OFFICE DO NOT GIVE LEGAL ADVICE, NOR EXERCISE INDEPENDENT LEGAL JUDGMENT;
ANY QUESTIONS PERTAINING TO LEGAL OPINIONS SHOULD BE DIRECTED TO ONE OF OUR ATTORNEYS.



**The Great Fish Company**
6030 Bethelview Road #402
Cumming, GA 30040
Ph: 678-455-8201   Fx: 678-455-8205

09000-0000

REMIT TO:

THE GREAT FISH COMPANY, LLC
P.O. BOX 918833
ORLANDO          FL   32891-8833

```
INV NO.    :    5908      ******
DATE       :    2/03/05
P.O. NO.   :    603293
S.O. NO.   :    6915
TERMS      :
SLS PERSON: WYN SAMUEL
  BILL TO:  40383
```

SHIP TO:  40189

WINN DIXIE-ORLANDO-SEAFOOD
FISHERMAN'S WHARF
P.O. BOX 40043
JACKSONVILLE      FL   32203

WINN DIXIE STORES, INC
FISHERMAN'S WHARF
4401 SEABOARD ROAD
ORLANDO          FL   32808

52

| Boxes | Item Code | Description | Weight | Price | Amount |
|-------|-----------|-------------|--------|-------|--------|
| 150 | GFCWH2F | WHITING FIL CHILE 15/2# | 4500.00 | 1.0500/LB | 4725.00 |
| 48 | GFCFLO2F | FLOUNDER FILLETS 15/2# | 1440.00 | 1.3900/LB | 2001.60 |
| 30 | GFCTRO2F | SEA TROUT FILLETS 15/2# | 900.00 | 1.3800/LB | 1242.00 |
| 55 | GFC4F | WHITING FILLETS 8/4# | 1760.00 | 1.0500/LB | 1848.00 |
| 504 | GFCTILCLF | FZ WHCL TIL 14/21OZ 40# | 20160.00 | .8300/LB | 16732.80 |



EXHIBIT

| TOTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|-------------|--------------------|--------------|--------------|
| 787 | | 28760.00 | 26549.60 |
| # BOX | | TOT WGT | TOT AMT |

**OM: NORDIC COLD STORAGE, LLC**

| CUST. ACCT. | DATE | | TICKET NUMBER |
|---|---|---|---|
| GRAFIS04 | 01.31.05 | | 0-001139 |

2200 Lithonia Industrial Blvd.
Lithonia, GA 30058

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

**SIGNEE**

WINN DIXIE ORLANDO/SEND
4401 SEABOARD ROAD
407-578-4077
Orlando, FL    32808

Subject to section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Shipper certifies that freight has been sorted or segregated according to size, brand, flavors or other distinguishing characteristics and so tendered to carrier.

| ER NO. | P.O. NO. | BROKER | |
|---|---|---|---|
| | | | **LTL** ☐ |

| ESTED SHIP DATE | REQUESTED DELY. DATE | ROUTE |
|---|---|---|
| 01.29.05 | 01.29.05 | |

AL INSTR.

POOL NO.   ←

WHERE A POOL NO. SHOWN, SUBMIT FREIGHT CHARGES TO NORDIC COLD STORAGE, LLC

| ATION | LOT NUMBER | QUANTITY | PRODUCT CODE | COMMODITY DESCRIPTION | WT. SUBJ. TO CORR. | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | Order Remarks : | SEAL 6597146 | | | | |
| | | TR 111 | | | | |
| | L455258 | 55 CS | GFC4F | 8/4# WHITING FIL WIL CGT | 1760LBS | |
| | 12500 | 48 CS | GFCFLU2F | 15/2# A/T FLOUND FIL-WIL | 1440LBS | |
| | | | | 12508 | | |
| | 12553 | 30 CS | GFCTRU2F | 15/2# SEA TROUT FILWILDOG | 900LBS | |
| | | | | A2127A1905 | | |
| | 10578 | 150 CS | GFCWH2F | 15/2# WHITING FIL WILD C | 4500LBS | |
| | | | | 040706 | | |
| | Pallet Exchange | | | | | |
| | Pallets in : | | | | | |
| | Pallets Out : 8 | | | | | |
| | | | | Total Cube: 308 | | |
| | Total CS : 283 | | | Total Gross Weight: 8600LBS | | |
| | SET THERMOSTAT AT -20 DEGREES | | | | | |

DEGREES IN TRANSIT _____ ASSEMBLED _____ CHECKER _____ CONFIRMED _____

ubject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except s and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood contract as meaning any person or corporation in possession of the property under the contract agrees to carry to its usual place of delivery at said destination, therwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any oute to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to ing terms and conditions in the governing classification on the date of shipment. r certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby shipper and accepted for himself and his assigns.

FREIGHT CHARGES:
FREIGHT PREPAID EXCEPT WHEN BOX BELOW IS CHECKED

☐ CHECK BOX IF CHARGES ARE TO BE COLLECT.

MANENT ADDRESS OF SHIPPER

FIS04
t Fish Company

| CARRIER | |
|---|---|
| DRIVER'S SIGNATURE | |
| DRIVER'S LICENSE NO. | |

**EXHIBIT**

ent must detach and retain this Shipping der and must sign the Original Bill of Lading

**SHIPPING ORDER**

# ATLAS
## COLD STORAGE

FROM:    Atlas Cold Storage
             290 Greenwood Rd
             McDonough GA 30253

| ACCOUNT NO. | DATE | TICKET NO |
|---|---|---|
| 24663 | 31-Jan-05 | D67726 |

the property described below, in apparent good order, except as noted (contents and condition of contents of contents of package unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| P.O. NUMBER | SHIPPERS ORDER NO. | ROUTING & DELIVERING CARRIER | CAR INITIAL & NUMBER | SEAL NO'S |
|---|---|---|---|---|
| 1804800 | 1804800 | TBD — COLORADO | 1804800 | 032948 |

DELIVER TO:                           Rt# C736-1
COLORADO CUSTOM DISTRIBUTION
5155 WELCOME ALL ROAD
ATLANTA, GA  30349

31-Jan-05              T/A:

SPECIAL INSTRUCTIONS:

SHIPPER:
COLORADO CUSTOMER DISTRIBUTION
5155 WELCOME ALL ROAD
COLLEGE PARK GA  30349

FREIGHT CHARGES:  PREPAID
Maintain   0 Degrees Fahrenheit

| LOT NO. | QUAN. | KIND OF PKG, DESC. OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | PRODUCT CODE | WEIGHT (SUBJ. TO CORR) | TOTAL CUBE |
|---|---|---|---|---|---|
| D67458 | 504 | CLEAN TALAPIA 40# 350/550 | 940TALAPIA | 0:20160.0 | 781 |
| | MS | D:15OCT2004 | | | |
| | | | | | |
| | | | | | |
| 504 | TOTALS | | NET: 20160.00 | | 781 |
| | | | GRS: 20160.00 | | |

EXHIBIT 1

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKERS CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION

"SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

†IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS CARRIERS OR SHIPPERS WEIGHT.
NOTE: WHERE THE RATE IS DEPENDENT ON VALUE OF SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $_____ per _____

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILLS OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_____ Signature of Consignor

DP EA (REV. 5/97)

Shipper per ATLAS COLD STORAGE          Shipper or Agent must detach and retain this Shipping Order, and must sign the Original Bill of Lading

AN EQUAL OPPORTUNITY EMPLOYER —MINORITY/FEMALE/HANDICAPPED/VETERAN

2



00000-0000

**The Great Fish Company**
6030 Bethelview Road #402
Cumming, GA 30040
Ph: 678-455-8201   Fx: 678-455-8205

REMIT TO:

NV NO.   :   5930   ******
ATE   :   2/03/05
.O. NO.   :   605157
.O. NO.   :   6958
ERMS   :
LS PERSON: WYN SAMUEL
 BILL TO: 42029

THE GREAT FISH COMPANY,LLC
P.O. BOX 918833
ORLANDO        FL   32891-8833

SHIP TO:  42030

WINN DIXIE -MIAMI DIVISION
P.O. BOX 40026
JACKSONVILLE    FL  32203

WINN DIXIE -MIAMI DIVISION
MIAMI WAREHOUSE
3300 N.W. 123 STREET
MIAMI          FL   33167

77

| Boxes | Item Code | Description | Weight | Price | Amount |
|---|---|---|---|---|---|
| 110 | GFCWH2F | WHITING FIL CHILE 15/2# | 3300.00 | 1.0500/LB | 3465.00 |
| 85 | GFCFLO2F | FLOUNDER FILLETS 15/2# | 2550.00 | 1.3900/LB | 3544.50 |
| 20 | GFCTRO2F | SEA TROUT FILLETS 15/2# | 600.00 | 1.3800/LB | 328.00 |
| 35 | GFC4F | WHITING FILLETS 8/4# | 1120.00 | 1.0500/LB | 1176.00 |

EXHIBIT  /

| TOTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|
| 50 BOX | | 7570.00 TOT WGT | 9013.50 TOT AMT |


GREFISH
DATE ORDERED


IARW

501 North Kresson Street
Baltimore, MD    21224


BO-1053
DELIVERY

01.27.05

02.01.0

STORED FOR:


MTC

DELIVER TO:

The Great Fish Company
6030 Bethelveiw Road #402
Cumming, GA    30040

Winn Dixie Stores
3300 NW 123 Street
Miami, FL    33015

| CUSTOMER ORDER NO. | PURCHASE ORDER NO. | CARRIER | BROKER NAME |
|---|---|---|---|
| 7303 | 605157 | MLogistics | |

SHIPPING MEMO:

1051

| LOT NUMBER | QUANTITY | PRODUCT CODE | DESCRIPTION / ROTATION CODE |
|---|---|---|---|
| rder Remarks : | | NOSE | |
| | | Please put ticket number 208142 in middle of Truck | |
| 29506 | 100 CTN | GFCWH2F | 15/2# Whiting Fil Wild CGT Pro |
| 30146 | 85 CTN | GFCFLO2F | 15/2#A/T Flounder Fil Wild CGT |
| 28746 | 20 CTN | GFCTRO2F | 15/2# Sea TroutFil Wild CGT Pr |
| 28041 | 35 CTN | GFC4F | 0/4# Whiting Fil Wild Cgt Prod |
| 27460 | 10 CTN | GFCWH2F | 15/2# Whiting Fil Wild CGT Pro |

- ADD on -

ZERO DE
ERATURE
MAINTAI
FROZEN

2/4/05          25° Rec

EXHIBIT

| TOTAL CASES | | | TOTAL WEIGHT |
|---|---|---|---|
| 250 | | PER MERCHANTS TERMINAL CORPORATION, AGENT AGENT NOT RESPONSIBLE FOR TRANSPORTATION CHARGES | 8697.50 |

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL
RECEIVED, SUBJECT TO THE CLASSIFICATIONS
EFFECT ON THE DATE OF ISSUE OF THIS
FROM MERCHANTS TERMINAL CORPORATION

BY _____ PER _____ AGENT

age    1 of    1



. . .     00000-0000

**The Great Fish Company**
6030 Bethelview Road #402
Cumming, GA 30040
Ph: 678-455-8201   Fx: 678-455-8205

REMIT TO:

NV NO.  :   5924     *****
ATE     :  2/03/05
.O. NO. :  605158
.O. NO. :   6925
ERMS    :
LS PERSON: WYN SAMUEL
 BILL TO:  40268

THE GREAT FISH COMPANY,LLC
P.O. BOX 918833
ORLANDO          FL  32891-8833

WINN DIXIE-CHARLOTTE-SFDOO
ATTN: PERISHABLE ACCTNG
P.O. BOX 40535
JACKSONVILLE    FL  32203-0535

SHIP TO:  40267

FISHERMAN'S WHARF
WINN DIXIE-CHARLOTTE
12520 GENERAL DRIVE
CHARLOTTE          NC  32203

77

| Boxes | Item Code | Description | Weight | Price | Amount |
|-------|-----------|-------------|--------|-------|--------|
| 105 | GFCWH2F | WHITING FIL CHILE 15/2# | 3150.00 | 1.0500/LB | 3307.50 |
| 45 | GFCFLO2F | FLOUNDER FILLETS 15/2# | 1350.00 | 1.3900/LB | 1876.50 |
| 25 | GFCTRO2F | SEA TROUT FILLETS 15/2# | 750.00 | 1.3800/LB | 1035.00 |
| 60 | GFC4F | WHITING FILLETS 8/4# | 1920.00 | 1.0500/LB | 2016.00 |



EXHIBIT /

| TOTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|-------------|--------------------|--------------|--------------|
| 35<br>BOX | | 7170.00<br>TOT WGT | 8235.00<br>TOT AMT |

GREFIS
DATE ORDERED



501 North Kresson Street
Baltimore, MD    21224   12⁰



BO-1053
DELIVERY

01.26.05

02.01.0

STORED FOR:

MTC

DELIVER TO:

The Great Fish Company
6030 Bethelveiw Road #402
Cumming, GA    30040

Winn Dixie - Charolette
11700 General Drive
Charlotte, NC    2827

| CUSTOMER ORDER NO. | PURCHASE ORDER NO. | CARRIER | BROKER NAME |
|---|---|---|---|
| 7387 | 605158 | MLogistics | |

SHIPPING MEMO:

| LOT NUMBER | QUANTITY | PRODUCT CODE | DESCRIPTION / ROTATION CODE | |
|---|---|---|---|---|
| rder Remarks : | 1st TAIL | | | THE SHIPMENT APPARENT GOOD NOTED CONTENTS CONTENTS OF P MARKED, CONSIGN INDICATED BELOW |
| 29296 | 105 CTN | GFCWH2F | 15/2# Whiting Fil Wild CGT Pro | |
| 29997 | 45 CTN | GFCFL02F | 15/2#A/T Flounder Fil Wild CGT | |
| 28746 | 25 CTN | GFCTRO2F | 15/2# Sea TroutFil Wild CGT Pr | |
| 28041 | 60 CTN | GFC4F | 0/4# Whiting Fil Wild Cgt Prod | |

EXHIBIT 1

235 Rec.
Mak Buts
2-2-05
Seal# 09717

| TOTAL CASES | | SHIPPER IF OTHER THAN ABOVE | | TOTAL WEIGHT | |
|---|---|---|---|---|---|
| | 235 | PERMANENT POSTOFFICE ADDRESS OF SHIPPER'S AGENT | PER MERCHANTS TERMINAL CORPORATION, AGENT   AGENT NOT RESPONSIBLE FOR TRANSPORTATION CHARGES | 8259.00 | 3 |

BY _____ PER _____ AGENT

age   1 of   1

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL
RECEIVED, SUBJECT TO THE CLASSIFICATIONS
EFFECT ON THE DATE OF ISSUE OF THIS
FROM MERCHANTS TERMINAL CORPORATIO



**The Great Fish Company**
6030 Bethelview Road #402
Cumming, GA 30040
Ph: 678-455-8201    Fx: 678-455-8205

00000-0000

REMIT TO:

NV NO.    :    5952    * * * * * *
ATE    :    2/07/05
.O. NO.  : 610808
.O. NO.  :    6982
ERMS     :
LS PERSON: WYN SAMUEL
 BILL TO:  40268

THE GREAT FISH COMPANY,LLC
P.O. BOX 918833
ORLANDO          FL   32891-8833

SHIP TO:  40267

  WINN DIXIE-CHARLOTTE-SFDOO
  ATTN: PERISHABLE ACCTNG
  P.O. BOX 40535
  JACKSONVILLE     FL   32203-0535

FISHERMAN'S WHARF
WINN DIXIE-CHARLOTTE
12520 GENERAL DRIVE
CHARLOTTE          NC  32203

77

| Boxes | Item Code | Description | Weight | Price | Amount |
|-------|-----------|-------------|--------|-------|--------|
| 40 | GFCWH2F | WHITING FIL CHILE 15/2# | 1200.00 | 1.0500/LB | 1260.00 |
| 65 | GFCFLO2F | FLOUNDER FILLETS 15/2# | 1950.00 | 1.3900/LB | 2710.50 |
| 30 | GFC4F | WHITING FILLETS 8/4# | 960.00 | 1.0500/LB | 1008.00 |



| TOTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|-------------|--------------------|--------------|--------------|
| 135 | | 4110.00 | 4978.5 |
| T BOX | | TOT WGT | TOT AM |

**NOTICE OF DELIVERY**
**MERCHANTS TERMINAL CORPORATION**



| | |
|---|---|
| **ACCOUNT NUMBER** | **DELIVERY TICKET NO.** |
| GREFIS | EO-105634 |
| **DATE ORDERED** | **DELIVERY DATE** |

501 North Kresson Street
Baltimore, MD    21224

02.02.05                                           02.03.05

**STORED FOR:**                MTC                **DELIVER TO:**

The Great Fish Company              Winn Dixie - Charolette N
6030 Bethelveiw Road #402           11700 General Drive
Cumming, GA    30040                Charlotte, NC    28273

*RL 79906*

| CUSTOMER ORDER NO. | PURCHASE ORDER NO. | CARRIER | BROKER NAME |
|---|---|---|---|
| 7326 | 610808 | MLogistics | F0661 |

**SHIPPING MEMO:**

| LOT NUMBER | QUANTITY | PRODUCT CODE | DESCRIPTION / ROTATION CODE |
|---|---|---|---|
| 9967 | 40 CTN | GFCWH2F | 15/2# Whiting Fil Wild CGT Pro |
| 8606 | 65 CTN | GFCFLO2F | 15/2#A/T Flounder Fil Wild CGT |
| 8041 | 30 CTN | GFC4F | 0/4# Whiting Fil Wild Cgt Prod |

I64
W6

3
65/40/30=135
2-5-05

1165441

**Time In** _____ **Time Out** _____

**Recd By** _____

**PALLET EXCHANGE REQUIRED**

EXHIBIT

| TOTAL CASES | | | | TOTAL WEIGHT | TOTAL |
|---|---|---|---|---|---|
| 135 | SHIPPER (IF OTHER THAN ABOVE) | 68250 | | 4733.50 | 18.. |

PER MERCHANTS TERMINAL CORPORATION AGENT
AGENT NOT RESPONSIBLE FOR TRANSPORTATION CHARGES

BY _____ 02-05-05 AGENT



00000-0000

**The Great Fish Company**
6030 Bethelview Road #402
Cumming, GA 30040
Ph: 678-455-8201  Fx: 678-455-8205

REMIT TO:

NV NO.  :  5933  ******
ATE  :  2/03/05
.O. NO.  : 604388
.O. NO.  :  5922
3RMS  :
.S PERSON: WYN SAMUEL
BILL TO:  40308

THE GREAT FISH COMPANY,LLC
P.O. BOX 918833
ORLANDO        FL  32891-8833

SHIP TO:  40261

WINN DIXIE/ATLANTA/SEAFOOD
ATTN: PERISHABLE ACCT PAY
P.O. BOX 2320
JACKSONVILLE    FL  32203

904 783-5215
52

FISHERMAN'S WHARF-ATLANTA
-WINN DIXIE ATLANTA-
5400 FULTON INDUSTRIAL BLV
ATLANTA        GA  30336

404 346-2472

| Boxes | Item Code | Description | Weight | Price | Amount |
|---|---|---|---|---|---|
| 40 | GFCTIL3WH | WHOLE TILAPIA 8/3# | 960.00 | .9600/LB | 921.60 |
| 50 | GFCWH2F | WHITING FIL CHILE 15/2# | 4500.00 | 1.0500/LB | 4725.00 |
| 00 | GFCFLO2F | FLOUNDER FILLETS 15/2# | 3000.00 | 1.3900/LB | 4170.00 |
| 29 | GFCPOL2F | POLLOCK FILLETS 15/2# | 870.00 | 1.1800/LB | 1026.60 |
| 30 | GFCTRO2F | SEA TROUT FILLETS 15/2# | 900.00 | 1.3800/LB | 1242.00 |
| 60 | GFC4F | WHITING FILLETS 8/4# | 5120.00 | 1.0500/LB | 5376.00 |
| 20 | GFCPER2F | PERCH MINI FILLETS 15/2# | 600.00 | 1.7000/LB | 1020.00 |
| 20 | GFCPER2F | PERCH MINI FILLETS 15/2# | 600.00 | 1.7000/LB | 1020.00 |
| 1 | GFCPOL2F | POLLOCK FILLETS 15/2# | 30.00 | 1.1800/LB | 35.40 |



EXHIBIT /

| TOTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|
| 0 | | 16580.00 | 19535.60 |
| BOX | | TOT WGT | TOT AMT |



EXHIBIT



00000-0000

**The Great Fish Company**
6030 Bethelview Road #402
Cumming, GA 30040
Ph: 678-455-8201   Fx: 678-455-8205

REMIT TO:

WV NO.     :     5954      *****
ATE        :     2/07/05
O. NO.     :    617915
O. NO.     :      7003
RMS        :
S PERSON: WYN SAMUEL
BILL TO: 40258

THE GREAT FISH COMPANY,LLC
P.O. BOX 918833
ORLANDO            FL  32891-8833

SHIP TO: 40445

WINN DIXIE-NEW ORLEANS
P.O. BOX 40045
JACKSONVILLE      FL  32203

WINN DIXIE HAMMOND WHSE
WINN DIXIE LOUISIANA
3925 HIGHWAY 190 WEST
HAMMOND            LA  70401

52

| Boxes | Item Code | Description | Weight | Price | Amount |
|-------|-----------|-------------|--------|-------|--------|
| 50 | GFCWH2F | WHITING FIL CHILE 15/2# | 7500.00 | 1.0500/LB | 7875.00 |



EXHIBIT ___/

| OTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|------------|---------------------|--------------|--------------|
| }<br>30X | | 7500.00<br>TOT WGT | 7875.00<br>TOT AMT |

02/28/2005 12:11 FAX                                                                    ☒002

THIS SHIPPING ORDER

FROM: NORDIC COLD STORAGE, LLC

2200 Lithonia Industrial Blvd.
Lithonia, GA 30058

CONSIGNEE
WINN DIXIE - HAMMOND
3925 HWY 190 WEST
985-549-8810    VENDOR
Hammond, LA  70401

| CUST. ACCT. | DATE | TICKET NUMBER |
|---|---|---|
| GREF1504 | 02.03.06 | 0-001185 |

NOTE - When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

| ORDER NO. | P.O. NO. 617915 | BROKER |
|---|---|---|
| REQUESTED SHIP DATE 02.03.06 | REQUESTED DELV. DATE 02.04.06 | ROUTE |
| SPECIAL INST | | POOL NO. |

LTL ☐

WHERE A POOL NO. SHOWN, SUBMIT FREIGHT CHARGES TO NORDIC COLD STORAGE, LLC

| LOCATION | LOT NUMBER | QUANTITY | PRODUCT CODE | COMMODITY DESCRIPTION | WT. SUBJ. TO CORR. | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | Order Remarks | SEAL 6697362 TK 1226 | | | | |
| | 10578 | 250 CS | GFCW52Y 040706 | 15/2# WHITING FIL WILD C | 7500LBS | |

Pallet Exchange
Pallets In :
Pallets Out :

2-9-06
rec 250

Total CS : 250
Set Thermostat at -20 Degrees

Total Cube :  250
Total Gross Weight :  7500LBS

MAINTAIN _____ DEGREES IN TRANSIT    ASSEMBLED _____ CHECKER _____ CONFIRMED _____

FREIGHT CHARGES:
☐ FREIGHT PREPAID
EXCEPT WHEN BOX BELOW IS CHECKED
☐ CHECK BOX IF CHARGES ARE TO BE COLLECT

PERMANENT ADDRESS OF SHIPPER
GREF1504
Great Fish Company

CARRIER _____
DRIVERS SIGNATURE _____
DRIVERS LICENSE NO. _____

SHIPPING ORDER

EXHIBIT 1



**The Great Fish Company**
6030 Bethelview Road #402
Cumming, GA  30040
Ph: 678-455-8201   Fx: 678-455-8205

00000-0000

REMIT TO:

NV NO.  :   5974    * * * * *
ATE    :   2/16/05
.O. NO.  :   617105
.O. NO.  :   7000
ERMS   :

THE GREAT FISH COMPANY,LLC
P.O. BOX 918833
ORLANDO          FL  32891-8833

LS PERSON: WYN SAMUEL
  BILL TO:  40465

SHIP TO:  40466

WINN DIXIE-JXNVILLE-SEAFOO
P.O. BOX 40595
JACKSONVILLE    FL  32203-0595

WINN DIXIE - JAX-SEAFOOD
15500 W. BEAVER ST.
PERISHABLE BUILDING C
JACKSONVILLE    FL  32224

52

| Boxes | Item Code | Description | Weight | Price | Amount |
|-------|-----------|-------------|--------|-------|--------|
| 70 | GFCWH2F | WHITING FIL CHILE 15/2# | 2100.00 | 1.0500/LB | 2205.00 |
| 30 | GFCFLO2F | FLOUNDER FILLETS 15/2# | 900.00 | 1.3900/LB | 1251.00 |
| 15 | GFCTRO2F | SEA TROUT FILLETS 15/2# | 450.00 | 1.3800/LB | 621.00 |
| 20 | GFC4F | WHITING FILLETS 8/4# | 640.00 | 1.0500/LB | 672.00 |



EXHIBIT ___/

| TOTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|-------------|--------------------|--------------|--------------|
| 35 BOX | | 4090.00 TOT WGT | 4749.00 TOT AMT |

THIS SHIPPING ORDER

FROM: NOBLING CORPORATION



The Great Fish Company
6030 Bethelview Road #402
Cumming, GA  30040
Ph: 678-455-8201    Fx: 678-455-8205

00000-0000

REMIT TO:

THE GREAT FISH COMPANY,LLC
P.O. BOX 918833
ORLANDO          FL   32891-8833

INV NO.    :    5975      ******
DATE       :  2/16/05
P.O. NO.   :  617116
S.O. NO.   :    6997
TERMS      :
SLS PERSON: WYN SAMUEL
   BILL TO:  40383                    SHIP TO:  40189

   WINN DIXIE-ORLANDO-SEAFOOD        WINN DIXIE STORES, INC
   FISHERMAN'S WHARF                 FISHERMAN'S WHARF
   P.O. BOX 40043                    4401 SEABOARD ROAD
   JACKSONVILLE     FL   32203       ORLANDO          FL   32808

                52

| Boxes | Item Code | Description | Weight | Price | Amount |
|---|---|---|---|---|---|
| 40  | GFCWH2F   | WHITING FIL CHILE 15/2# | 1200.00 | 1.0500/LB | 1260.00 |
| 102 | GFCFLO2F  | FLOUNDER FILLETS 15/2#  | 3060.00 | 1.3900/LB | 4253.40 |
| 42  | GFCTRO2F  | SEA TROUT FILLETS 15/2# | 1260.00 | 1.3800/LB | 1738.00 |
| 20  | GFC4F     | WHITING FILLETS 8/4#    | 640.00  | 1.0500/LB | 672.00  |
| 5   | GFCTRO2F  | SEA TROUT FILLETS 15/2# | 150.00  | 1.3800/LB | 207.00  |

EXHIBIT  1



| TOTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|
| 209 | | 6310.00 | 8131.21 |
| T BOX | | TOT WGT | TOT AMT |

THIS SHIPPING ORDER

FROM: NORDIC COLD STORAGE, LLC

CONSIGNEE:

WINN DIXIE ORLANDO(5180)

LTL

EXHIBIT



EXHIBIT



**The Great Fish Company**
6030 Bethelview Road #402
Cumming, GA 30040
Ph: 678-455-8201  Fx: 678-455-8205

00000-0000

REMIT TO:

INV NO.    :    5976    ******
DATE       :    2/16/05
P.O. NO.   :    617108
S.O. NO.   :    6999
TERMS      :
SLS PERSON: WYN SAMUEL
  BILL TO:  42029

THE GREAT FISH COMPANY,LLC
P.O. BOX 918833
ORLANDO          FL  32891-8833

SHIP TO:  42030

WINN DIXIE -MIAMI DIVISION
P.O. BOX 40026
JACKSONVILLE     FL  32203

WINN DIXIE -MIAMI DIVISION
MIAMI WAREHOUSE
3300 N.W. 123 STREET
MIAMI           FL  33167

52

| Boxes | Item Code | Description | Weight | Price | Amount |
|---|---|---|---|---|---|
| 60 | GFCWH2F | WHITING FIL CHILE 15/2# | 1800.00 | 1.0500/LB | 1890.00 |
| 79 | GFCFLO2F | FLOUNDER FILLETS 15/2# | 2370.00 | 1.3900/LB | 3294.30 |
| 40 | GFCTRO2F | SEA TROUT FILLETS 15/2# | 1200.00 | 1.3800/LB | 1656.00 |
| 70 | GFC4F | WHITING FILLETS 8/4# | 2240.00 | 1.0500/LB | 2352.00 |
| 11 | GFCFLO2F | FLOUNDER FILLETS 15/2# | 330.00 | 1.3900/LB | 458.70 |



EXHIBIT ___/

| TOTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|
| 260 | | 7940.00 | 9651.00 |
| T BOX | | TOT WGT | TOT AMT |







00000-0000

**The Great Fish Company**
6030 Bethelview Road #402
Cumming, GA  30040
Ph: 678-455-8201    Fx: 678-455-8205

REMIT TO:

INV NO.   :    5978    ******

DATE     :   2/16/05
P.O. NO.  :  617109
S.O. NO.  :    7057
TERMS    :
SLS PERSON: WYN SAMUEL
   BILL TO:   40268

THE GREAT FISH COMPANY,LLC
P.O. BOX 918833
ORLANDO                FL   32891-8833

SHIP TO:   40267

   WINN DIXIE-CHARLOTTE-SFDOO
   ATTN: PERISHABLE ACCTNG
   P.O. BOX 40535
   JACKSONVILLE      FL   32203-0535

FISHERMAN'S WHARF
WINN DIXIE-CHARLOTTE
12520 GENERAL DRIVE
CHARLOTTE          NC   32203

52

| Boxes | Item Code | Description | Weight | Price | Amount |
|---|---|---|---|---|---|
| 45 | GFCWH2F | WHITING FIL CHILE 15/2# | 1350.00 | 1.0500/LB | 1417.50 |
| 30 | GFCFLO2F | FLOUNDER FILLETS 15/2# | 900.00 | 1.3900/LB | 1251.00 |
| 30 | GFC4F | WHITING FILLETS 8/4# | 960.00 | 1.0500/LB | 1008.00 |



EXHIBIT /

| TOTAL BOXES | SIGNATURE/COMMENTS | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|
| 105 | | 3210.00 | 3676.50 |
| T BOX | | TOT WGT | TOT AMT |

