IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,

Debtor

BANKRUPTCY CASE NO: 05-03817-3F1
CHAPTER 11
JOINTLY ADMINISTERED

FILED
JACKSONVILLE, FLORIDA
MAY 1 0 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## RECLAMATION DEMAND OF COLORADO BOXED BEEF COMPANY

**COMES NOW,** Colorado Boxed Beef Company, a Delaware Limited Liability Company, through its undersigned counsel, and pursuant to O.C.G.A. § 11-2-702, and submits its Demand for Reclamation in the amount of $29,609.30. The invoices establishing the reclamation amounts, along with the timely demand for reclamation are attached hereto respectively as Exhibit "1."

Respectfully submitted this 4th day of May, 2005.

_____
JAMES W. MARTIN
Attorney for Colorado Boxed Beef Company
State Bar No: 473314

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the counsel for the opposing party in the foregoing matter with a copy of this NOTICE OF APPEARANCE AND REQUEST FOR NOTICES, as follows:

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Adam Ravin, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036-6522 | |
| U. S. Trustee - Jax<br>135 West Central Boulevard, Ste. 20<br>Orlando, FL 32801 | Dennis F. Dunn, Esq.<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Clerk<br>Mid. Dist. Of Fla.<br>Jacksonville Div.<br>300 North Hogan St.,<br>Ste 3-350<br>Jacksonville, FL 32202 |

by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 4th day of May, 2005.

_____
JAMES W. MARTIN
Attorney for Colorado Boxed Beef Company
State Bar No: 473314
Atlanta, Georgia 30305

SIMPSON LAW OFFICES, L.L.P.
One Securities Centre, Suite 300
3490 Piedmont Road, N.E.
(404) 266-2421

JWM/tpw

# SIMPSON LAW OFFICES, L.L.P.
ONE SECURITIES CENTRE, SUITE 300
3490 PIEDMONT ROAD, NE
ATLANTA, GEORGIA 30305
TELEPHONE (404) 266-2421
FACSIMILE (404) 266-9405

**ATTORNEYS**
J. CHRISTOPHER SIMPSON
JAMES W. MARTIN
SHAWN M. WINTERICH
THOMAS V. KEOUGH

**PARALEGALS**
DAVID N. LOCKHART
KENNETH P. BOOTH

March 1, 2005

Adam Ravin, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM, LLP
Four Times Square
New York, NY 10036

Re:  Reclamation Demand - Winn-Dixie -Pompano
     Amount Value of Goods for which demand is made:  $27,609.30

Dear Mr. Ravin:

By way of introduction, I am counsel for Colorado Boxed Beef Company, a Delaware limited liability company. Please accept this correspondence as our client's demand for reclamation of goods pursuant to UCC §2-702. According to our client's records, goods were shipped to the Winn-Dixie - Pompano under P. O. #620014, and delivered on February 8, 2005.

It is clear that debtor was insolvent at the time of the sale of these goods, that the sale was in the ordinary course of Colorado Boxed Beef Company's business, that debtor has not paid for the goods, that these goods are identifiable as those being sold to the debtor, and the goods, or the proceeds therefrom, are within debtor's control as of the date of this demand for reclamation.

If your client will consent to treatment of the reclamation amount as an administrative priority claim in the pending Chapter 11 case, I will be pleased to prepare a consent order to that effect. Should your client choose to return the goods subject to this reclamation demand, please have the appropriate representative contact me directly.

I appreciate your assistance with this matter.

Very truly yours,

James W. Martin

JWM/tpw
c: Winn-Dixie - Pompano

**EXHIBIT 1**

THE PARALEGALS IN THIS OFFICE DO NOT GIVE LEGAL ADVICE, NOR EXERCISE INDEPENDENT LEGAL JUDGMENT; ANY QUESTIONS PERTAINING TO LEGAL OPINIONS SHOULD BE DIRECTED TO ONE OF OUR ATTORNEYS.




# COLORADO BOXED BEEF COMPANY
P.O. BOX 899 WINTER HAVEN, FLORIDA 33882-0899 (863) 967-0636


COLORADO Supreme

| | | REMIT TO: |
|---|---|---|
| INVOICE NO. | : 1878311 | |
| DATE | : 2/08/05 | ***************************** |
| P.O. NO. | : 620014 | ***** MANIFEST COPY ***** |
| S.O. NO. | : 1812202 | ***************************** |
| TERMS/COMMENTS: | NET 7 DAYS | |
| SALES PERSON | : JEFF TYLER | |
| BILL TO: | 7917 | SHIP TO: 436 |

WINN-DIXIE-MIAMI DIVISION            WINN DIXIE STORES-POMPANO
P.O. BOX 40026                       1141 S.W. 12TH AVENUE
JACKSONVILLE    FL  32203-0026       POMPANO BEACH    FL  33060

904 370-6223                          954 783-2700

ROUTE: 001015-009
PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SUBMITTED

| BOXES | ITEM CODE | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 50 | BCA116ANOC | CHUCK ROLL N/O CH | 3676.30 | | 21815 |
| 150 | GOP116ANOC | CHUCK ROLL N/O CH | 8928.40 | | |
| | | FUEL SURCHARGE | | | |

```
 70.50   76.50
BCA116ANOC    CHUCK ROLL N/O CH                         PALLET#-01 QTY-   2
 49.80   55.00   58.50   56.60   63.70   55.30   65.70   58.90   59.20
 56.10   58.20   79.60   56.60   50.40   61.70   49.50   49.20   49.20
 60.90   58.10   53.20   60.10   51.70   49.70   60.80   56.90   60.10
 66.90   69.60   67.50
GOP116ANOC    CHUCK ROLL N/O CH                         PALLET#-01 QTY-  30
                                                        PALLET#-01 TOT-  32
 59.80   61.20   62.60   72.90   59.20   53.40   66.00   66.70   59.70
 65.40   58.60
BCA116ANOC    CHUCK ROLL N/O CH                         PALLET#-02 QTY-  11
 57.80   54.80   52.00   56.10   73.50   72.50   55.30   56.10   69.50
 70.80   68.80   58.80   58.80   59.90   66.00   55.80   63.70
GOP116ANOC    CHUCK ROLL N/O CH                         PALLET#-02 QTY-  17
                                                        PALLET#-02 TOT-  28
 87.00   72.80   81.50   81.10   82.30
BCA116ANOC    CHUCK ROLL N/O CH                         PALLET#-03 QTY-   5
 58.20   52.30   57.30   54.60   56.00   55.50   64.50   57.90   57.50
 53.60   58.10   61.90   66.90   51.70   49.70   55.50   65.10   65.40
 55.10   58.80   61.10   63.30   69.80   67.70   74.90
GOP116ANOC    CHUCK ROLL N/O CH                         PALLET#-03 QTY-  25
                                                        PALLET#-03 TOT-  30
 73.70   82.10   72.60   82.00   74.70
BCA116ANOC    CHUCK ROLL N/O CH                         PALLET#-04 QTY-   5
 60.10   62.70   56.50   62.30   58.20   57.50   58.50   57.50   57.40
```

TERMS ARE NET 7 DAYS UNLESS OTHERWISE SPECIFIED.

| CUSTOMER SIGNATURE | DRIVER SIGNATURE | EXHIBIT |
|---|---|---|
| TOTAL BOXES | DELIVERED BY | TOTAL WEIGHT   CONTINUED   TOTAL AMOUNT |

We hereby certify that the above described meat and food products, which are offered for shipment in interstate or foreign commerce, have been U.S. inspected and passed by Department of Agriculture, are so marked, and at this date are sound, healthful, wholesome, and fit for human food. COLORADO BOXED BEEF CO.
NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (800) 955-0636. ALL RETURNS ARE SUBJECT TO INSPECTION. PRODUCT RETURNED AFTER 10 DAYS IS SUBJECT TO A 15% RESTOCKING CHARGE.
All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event Colorado Boxed Beef Company must initiate collection proceedings to recover any portion, or, all of this invoice, then the customer agrees to pay all costs of such collection, including a reasonable attorney's fees incurred by Colorado Boxed Beef Company.

DRIVER'S COPY





# COLORADO BOXED BEEF COMPANY

P.O. BOX 899 WINTER HAVEN, FLORIDA 33882-0899 (863) 967-0636

RETAIL DISTRIBUTOR OF CERTIFIED ANGUS BEEF

PAGE: 2

| | |
|---|---|
| INVOICE NO. : 1878311 | REMIT TO: |
| DATE       : 2/08/05 | ***** MANIFEST COPY ***** |
| P.O. NO.   : 620014 | |
| S.O. NO.   : 1812202 | |
| TERMS/COMMENTS: NET 7 DAYS | |
| SALES PERSON : JEFF TYLER | |
| BILL TO: 7917 | SHIP TO: 436 |
| WINN-DIXIE-MIAMI DIVISION | WINN DIXIE STORES-POMPANO |
| P.O. BOX 40026 | 1141 S.W. 12TH AVENUE |
| JACKSONVILLE   FL  32203-0026 | POMPANO BEACH   FL  33060 |
| 904 370-6223 | 954 783-2700 |
| 01 | ROUTE: 001015-009 |

PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SUBMITTED

| BOXES | ITEM CODE | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 70.10 | 60.80 | 60.20 | 53.50 | 77.80 | 74.30 | 56.80 | 50.80 | 59.90 |
| 61.90 | 62.40 | 63.70 | 57.50 | 61.10 | 59.60 | 56.50 | | |
| GOP116ANOC | CHUCK ROLL N/O CH | | PALLET#-04 QTY- 25 |
| | | | | PALLET#-04 TOT- 30 |
| 63.30 | 61.70 | 63.10 | 59.10 | 55.30 | 65.80 | 58.90 | 61.10 | 65.20 |
| 57.10 | 56.80 | 65.70 | 57.20 | 61.70 | 59.40 | 57.10 | 60.50 | 60.60 |
| 47.80 | 50.50 | 55.40 | 57.50 | 56.20 | 60.50 | 49.40 | | |
| GOP116ANOC | CHUCK ROLL N/O CH | | PALLET#-05 QTY- 25 |
| | | | | PALLET#-05 TOT- 25 |
| 50.30 | 53.60 | 56.30 | 66.90 | 69.30 | 62.40 | 57.60 | 53.10 | 58.00 |
| 62.90 | 64.70 | 51.90 | 52.30 | 47.70 | 57.10 | 70.10 | 65.30 | 49.90 |
| 52.30 | 59.80 | 51.90 | 50.80 | 59.70 | 58.20 | 64.80 | 68.30 | 63.40 |
| 74.00 | | | | | | | | |
| GOP116ANOC | CHUCK ROLL N/O CH | | PALLET#-06 QTY- 28 |
| | | | | PALLET#-06 TOT- 28 |
| 82.50 | 83.50 | 71.60 | 82.50 | 82.10 | 62.40 | 77.20 | 80.50 | 65.20 |
| 74.00 | 81.90 | 68.10 | 81.30 | 77.70 | 55.70 | 79.40 | 72.80 | 76.60 |
| 72.30 | 81.00 | 86.10 | 89.10 | 81.20 | 73.50 | 63.90 | 69.10 | 82.80 |
| CA116ANOC | CHUCK ROLL N/O CH | | PALLET#-07 QTY- 27 |
| | | | | PALLET#-07 TOT- 27 |

# EXHIBIT 1

PALLETS SHIPPED   7   PALLETS DELIVERED ____   PALLETS RETURNED ____

TERMS ARE NET 7 DAYS UNLESS OTHERWISE SPECIFIED.

| CUSTOMER SIGNATURE | DRIVER SIGNATURE | | |
|---|---|---|---|
| 10 | | 12604.70 | |
| TOTAL BOXES | DELIVERED BY | TOTAL WEIGHT | TOTAL AMOUNT |

We hereby certify that the above described meat and food products, which are offered for shipment in interstate or foreign commerce, have been U.S. inspected and passed by Department of Agriculture, are so marked, and at this date are sound, healthful, wholesome, and fit for human food. COLORADO BOXED BEEF CO.
NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (800) 955-0636. ALL RETURNS ARE SUBJECT TO INSPECTION. PRODUCT RETURNED AFTER 10 DAYS IS SUBJECT TO A 15% RESTOCKING CHARGE.
All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event Colorado Boxed Beef Company must initiate collection to recover any portion, or, all of this invoice, then the customer agrees to pay all costs of such collection, including a reasonable attorney's fees incurred by Colorado Boxed Beef Company.

DRIVER'S COPY





# COLORADO BOXED BEEF COMPANY
P.O. BOX 899 WINTER HAVEN, FLORIDA 33882-0899 (863) 967-0636

RETAIL DISTRIBUTOR OF CERTIFIED ANGUS BEEF

**REMIT TO:**

| | |
|---|---|
| INVOICE NO. | : 1878311 |
| DATE | : 2/08/05 |
| P.O. NO. | : 620014 |
| S.O. NO. | : 1812202 |
| TERMS/COMMENTS: | NET 7 DAYS |
| SALES PERSON | JEFF TYLER |
| BILL TO: | 7917 |

COLORADO BOXED BEEF CO.
P.O. BOX 932824
ATLANTA    GA    31193-2824

**SHIP TO:**    436

WINN-DIXIE-MIAMI DIVISION
P.O. BOX 40026
JACKSONVILLE    FL    32203-0026

WINN DIXIE STORES-POMPANO
1141 S.W. 12TH AVENUE
POMPANO BEACH    FL    33060

904 570-6223              954 783-2700
            01            ROUTE: 001015-009
PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SUBMITTED

| BOXES | ITEM CODE | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 50 | BCA116ANOC | CHUCK ROLL N/O CH | 3676.30 | 2.1900/LB | 8051.10 |
| 150 | GDP116ANOC | CHUCK ROLL N/O CH | 8928.40 | 2.1900/LB | 19553.20 |
| | | FUEL SURCHARGE | | | 5.00 |

# EXHIBIT J

PALLETS SHIPPED    2 PALLETS DELIVERED    PALLETS RETURNED
TERMS ARE NET 7 DAYS UNLESS OTHERWISE SPECIFIED.

| CUSTOMER SIGNATURE | DRIVER SIGNATURE | | |
|---|---|---|---|
| 200 | | 12604.70 | 27609.30 |
| TOTAL BOXES | DELIVERED BY | TOTAL WEIGHT | TOTAL AMOUNT |

We hereby certify that the above described meat and food products, which are offered for shipment in interstate or foreign commerce, have been U.S. inspected and passed by Department of Agriculture, are so marked, and at this date are sound, healthful, wholesome, and fit for human food. COLORADO BOXED BEEF CO.
**NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (800) 955-0636. ALL RETURNS ARE SUBJECT TO INSPECTION. PRODUCT RETURNED AFTER 10 DAYS IS SUBJECT TO A 15% RESTOCKING CHARGE.**
All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event Colorado Boxed Beef Company must initiate collection proceedings to recover any portion, or all of this invoice, then the customer agrees to pay all costs of such collection, including a reasonable attorney's fees incurred by Colorado Boxed Beef Company.

**DRIVER'S COPY**