UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | | |
|---|---|---|
| IN RE: | § § | |
| WINN-DIXIE STORES, INC. et al, | § § § | CASE NO. 05-03817-3F1<br>Jointly Administered |
| Debtors. | § | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES, PLEASE TAKE NOTICE:

Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, CERTIFIED FOODS CORPORATION, by and through counsel, Randall A. Rios, hereby appears in the above-captioned case and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon:

Randall A. Rios
Munsch Hardt Kopf & Harr, PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002
Telephone (713) 222-1470
Facsimile (713) 222-1475
E-mail: rrios@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices of papers referred to in the Bankruptcy Rules and additionally includes without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

DATED this _10_ day of May, 2005.

        Respectfully submitted,

        MUNSCH HARDT KOPF & HARR, PC


        By: _____
        Randall A. Rios
        Bank of America Center
        700 Louisiana, 46th Floor
        Houston, Texas 77002
        Telephone (713) 222-1470
        Facsimile (713) 222-1475
        E-mail rrios@munsch.com

        ATTORNEY FOR CERTIFIED FOODS
        CORPORATION


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded via U. S. First Class mail, postage prepaid, on the _10_ day of May, 2005 to the parties listed on the attached Service List.

        _____
        Randall A. Rios

2

HOUSTON 991843_1 707246.2

## SERVICE LIST

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Adam Ravin
DJ Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

United States Trustee
135 West Central Boulevard, Suite 620
Orlando, Florida 32801

Dennis F. Dunne
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005