UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

_____
                                          )
IN RE:                                      )        Chapter 11
                                            )        Case No. 3-05-bk-3817
WINN DIXIE STORES, INC., et al,    )
        DEBTORS                         )
                                            )
_____)

**NOTICE OF APPEARANCE**
**AND**
**DEMAND FOR SERVICE OF PAPERS**

Please enter my appearance as counsel for D.P.J. Company and pursuant to Bankruptcy Rules 9010 and 2002 and Section 1109(b) of the Bankruptcy Code, hereby request that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

                                    Respectfully submitted
                                    D.P.J. Company
                                    By its counsel,


                                    s/s Herbert Weinberg_____
                                    Herbert Weinberg (BBO #550415)
                                    Rosenberg & Weinberg
                                    805 Turnpike Street
                                    North Andover, MA 01845
                                    (978) 683-2479