F I L E D
JACKSONVILLE, FLORIDA

MAY − 9 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

David Timmons
    Plaintiff

       Vs.

Winn Dixie Store, Inc.
    Defendant
_____/

Case No. 3:05-bk-03817-JAF
District Court: 05-1163
Lower Court: 04-19601CACE(12)

<u>Motion for Relief from Stay</u>

Come Now, the Plaintiff David Timmons, Pro Se, Pursuant to Bankruptcy Rule

4001, Move this Honorable Court to relief this Cause from stay; In Support

THEREOF The Plaintiff would state the following:

(1) Plaintiff files a Personal Injury Complaint against the Defendant on November

    17, 2004

(2) On or about February 21, 2005, The Defendant filed Bankruptcy in this Court

    Causing an automatic stay

(3) As a result of the defendant negligent, there is serious bodily harm, loss of wage,

    Deprivation of livelihood, and undue hardship

(4) Plaintiff seeks a disparate need to pursue his claim and regain some livelihood

(5) Plaintiff has no equity in the defendant disputed property

(6) Plaintiff is only seeking judgment from the insurance proceed and not from the

    Defendant directly

(7) The insurance proceeds would not be available for distribution to other creditors in

    The process

(8) Plaintiff would assure the Court that if the stay is lifted, there would be no harm to

The Bankruptcy Estate or its Creditor's.

WHEREFORE, the Plaintiff Pray that this Honorable Court would consider the Plaintiff

Position in this Cause and issuer an order to lift the stay so liberty and justice may be

served.

Respectfully Submitted

*David Timmons*

David Timmons Pro se
#500413239/6A3
Main Bureau
P.O. Box 9356
Fort Lauderdale, Florida 33301

## OATH

Pursuant to 28 U.S.C. sec. 1746, I declare under penalty of perjury that the Foregoing

Motion for relief from stay is true and correct.

*David Timmons*
David Timmons/Pro se

## Certificate of Service

I David Timmons, the Plaintiff do HEREBY Certify that a true and correct copy of the

Foregoing Motion has been serve to Jason K. Gunter and Gregory A. Victor attorney's for

The defendant, at the Law Office of Adorno and Yoss, LLP, 888 S.E. 3rd Avenue Suite

500 Fort Lauderdale, Florida 33316-1159, Clerk of Court, 17th Judicial Circuit Broward

County 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, and the United States

Bankruptcy Court for the Southern district of New York, Foley Square 40 Centre Street, *Florida, 300 N. Hogan St. Suite 3-350*

New York, N.Y. 1007, by U.S. Mail on this _05TH_ day of May 2005.
*Jacksonville, Florida, 32202-4267*

CASE NO. 3:05-bk-03817-JAF

DATE : MAY 5, 05

FROM : David Timmons

TO : CLERK OF COURT
SOUTHER DISTRICT OF FLORIDA

**RECEIVED**
CLERK, U.S. BANKRUPTCY COURT

MAY - 9 2005

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEAR CLERK,

I AM SUBMITTING THIS TYPE VERSON OF MY MOTION FOR RELIEF FROM STAY. THIS IS NOT AN AMENDED MOTION. IT IS FOREWARD TO GIVE THE COURT A MORE LEGIBLE DOCUMENT TO REVIEW. THE ORIGINAL WAS HANDWRITTEN.

I HAVE SUBMITTED ALL OTHER REQUESTED DOCUMENTS TO PROCEED.

THANK YOU!

RESPECFULLY SUBMITTED
David Timmons