MANIER & HEROD
Counsel for Ohio Casualty Insurance Company
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494
(615) 244-0030
J. Michael Franks, Esq.
Thomas T. Pennington, Esq.
Michael E. Collins, Esq.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
(Jacksonville Division)

------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Ohio Casualty Insurance Company ("Ohio Casualty"), by its counsel, Manier & Herod, appears in the above-captioned bankruptcy cases pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all notices given to creditors, or required to be given to creditors in these cases, and all papers served on creditors, or required to be served on creditors in these cases, be given to and served upon the following at the offices, telephone and facsimile number as follows:

        Manier & Herod
        150 Fourth Avenue North, Suite 2200
        Nashville, TN 37219-2494
        Attn: J. Michael Franks
           Thomas T. Pennington
           Michael E. Collins
        Telephone: (615) 244-0030
        Facsimile:  (615) 242-4203
        E-mail:  mfranks@manierherod.com
             tpennington@manierherod.com
             mcollins@manierherod.com

345408

PLEASE TAKE FURTHER NOTICE, that pursuant to Bankruptcy Code Section 1109(b), the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed, which may effect or seek to effect any rights or interests of creditors with respect to the above captioned debtor or any property or proceeds in which such debtor may claim an interest.  <u>Please add the foregoing to such mailing matrix as may be used for all purposes in these cases.</u>

PLEASE TAKE FURTHER NOTICE, that the filing of this Notice of Appearance and Request for Service of Papers is not: (a) a waiver or release of Ohio Casualty's rights against any person, entity or property; (b) a waiver or release of Ohio Casualty's right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (c) a consent by Ohio Casualty to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice of Appearance and Request for Service of Papers, and Ohio Casualty does not waive, and specifically preserves, all of its procedural and substantive defenses to any claim that may be asserted against Ohio Casualty by the Debtors, including any defense based on lack of jurisdiction of the Bankruptcy Court to entertain such claim and Ohio Casualty's entitlement under Amendment VII of the Constitution of the United States to trial by jury; (d) an election of remedy; (e) a waiver or release of Ohio Casualty's right to a jury trial in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related thereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b), and whether such jury trial right is pursuant to statute or the United States Constitution; or (f) a waiver of the right to move

339395

to withdraw the reference, or to object thereto, or any other proceedings, if any, which may be commenced in these cases against or otherwise involving Ohio Casualty.

Dated: May 10, 2005

                              Respectfully submitted,

                              MANIER & HEROD
                              Attorneys for Ohio Casualty Insurance Company

                              /s/ Michael E. Collins
By: _____
                              J. Michael Franks
                              Thomas T. Pennington
                              Michael E. Collins
                              Suite 2200
                              150 Fourth Avenue North
                              Nashville, TN 37219-2494
                              Telephone: (615) 244-0030
                              Facsimile: (615) 242-4203
                              mcollins@manierherod.com

339395