UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtor.

_____/

Chapter 11

Case No. 3:05-bk-03817-JAF
*Jointly Administered*

## MOTION OF ERIC T. RAY TO APPEAR *PRO HAC VICE*

Pursuant to Local District Court Rule 2.02 (M.D. Fla. Loc. R. 2.02), made applicable in bankruptcy cases by Local Bankruptcy Rule 2091-1 (M.D. Fla. LBR 2091-1), Eric T. Ray respectfully requests permission from the Court to appear *pro hac vice* in this case as counsel of record for ALABAMA POWER COMPANY ("APCO"), and states:

1. Winn-Dixie Stores, Inc., along with its debtor subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on February 21, 2005.

2. The Debtors continue to operate their businesses and to possess their properties as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. The undersigned is not presently a member of the bar of this Court.

4. The undersigned certifies to the Court that he has read and has knowledge of the local rules of this Court and is not a resident of this district.

5. The undersigned is a member in good standing of The Alabama Bar and a member in good standing of the bars of the United States District Courts for the Northern, Middle, and Southern Districts of Alabama. A certificate of good standing from the United States District Court for the Northern District of Alabama is attached to this Motion as Exhibit "A," and the required appearance fee accompanies this Motion.

WHEREFORE, Eric T. Ray respectfully requests that the Court grant him permission to appear *pro hac vice* on behalf of APCO, in this case.

Respectfully submitted,

/s/ Eric T. Ray
Eric T. Ray
Alabama Bar No. ASB-3776-Y77E
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
(205) 226-3457 – Phone
(205) 488-5845 – Fax
eray@balch.com
ATTORNEYS FOR ALABAMA POWER
COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION OF ERIC T. RAY, TO APPEAR *PRO HAC VICE, together with Exhibit "A"* has been furnished by the Court's CM/ECF System or by U.S. MAIL to:

    Office of the United States Trustee
    135 West Central Boulevard, Room 620
    Orlando, Florida  32801

    Cynthia C. Jackson, Esquire
    Smith Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, Florida  32201

    Adam Ravin, Esquire
    Skadden Arps Slate Meager & Flom, LLP
    Four Times Square
    New York, New York  10036

this 10th day of May 2005.

                                       /s/ Elena P. Ketchum
                                       Elena P. Ketchum (FBN 0129267)
                                       Stichter, Riedel, Blain & Prosser, P.A.
                                       110 East Madison Street, Suite 200
                                       Tampa, Florida  33602
                                       (813) 229-0144 – Phone
                                       (813) 229-1811 – Fax
                                       eketchum@srbp.com
                                       Attorneys for Alabama Power Company

H:\User\EJP\APCO\Appear Pro Hac Vice - Mot Eric Ray.doc

# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **ERIC T. RAY** was duly admitted to practice in said Court on **June 2, 1999**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 10, 2005.

PERRY D. MATHIS, CLERK

By: _Sharon Arnold_
Deputy Clerk