UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                     Case No.: 3-05-bk-03817-JAF
                                                     Chapter 11

                    Debtors.                        Jointly Administered
_____/

**OBJECTION BY UNITED STATES TRUSTEE TO APPLICATION BY THE DEBTORS PURSUANT TO SECTIONS 327(A) OF THE BANKRUPTCY CODE AND RULE 2014(A) AUTHORIZING THE EMPLOYMENT OF TOGUT, SEGAL & SEGAL LLP AS CONFLICTS COUNSEL FOR THE DEBTORS IN POSSESSION**

COMES NOW, Felicia S. Turner, United States Trustee, Region 21, by and through her undersigned counsel, and objects to the employment of Togut, Segal & Segal LLP as Conflicts Counsel pursuant to 11 U.S.C. §327(a) for the Debtors in Possession and states the following in support of this Objection:

1. On March 14, 2005, the Debtors filed an Application to Employ Pursuant to Sections 327(a) of the Bankruptcy Code and Rule 2014(a) Authorizing the Employment of Togut, Segal & Segal LLP ("TS&S") as Conflicts Counsel For the Debtors in Possession. ("Application") (Docket No.: 411) along with an Affidavit ("Affidavit") pursuant to Federal Rule of Bankruptcy Procedure 2014.

2. On March 31, 2005, the Bankruptcy Court for the Southern District of New York entered an Interim Order Pursuant to 11 U.S.C. §327(a) and Rule 2014 of the Federal Rules of Bankrcupty Procedure Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel for the Debtors and Debtors in Possession. (Docket No.: 606).

3. A hearing is currently scheduled for May 19, 2005 regarding this Application.

4. The United States Trustee objects to the employment of three separate Firms serving as general counsel for the Debtors pursuant to 11 U.S.C. §327(a).  Currently the Debtors have hired two attorney under 11 U.S.C. §327(a), Skadden Arps, Slate, Meager & Flom ("Skadden") and Smith Hulsey & Busey ("SHB").  The United States Trustee has filed a Motion for Reconsideration of Order Authorizing Employment of Smith Hulsey & Busey ("Motion for Reconsideration") (Docket No.: 969).  A hearing on the Motion for Reconsideration has not yet been set for hearing.

5. Both Skadden and SHB have a conflict that precludes them from diligently representing the Debtors in regards to Wachovia.  The United States Trustee believes that if the Motion for Reconsideration is granted, and the employment of SHB is not approved,  the Debtors will be able to find a firm that can adequately represent their interests with regards to Wachovia without the need for hiring a third counsel.   The hiring of additional counsel to perform services normally provided by main counsel results in unnecessary costs to the Debtors.  Additionally, the cost of counsel traveling from New York to Jacksonville would cause additional fees.

6. The Application does not specify the services that Togut will provide except for conflicts counsel.  If they are being hired for specific purposes they should be retained under 11 U.S.C. §327(e).

7. The Affidavit in paragraph 6 states that TS&S  "pursuant to 11 U.S.C. § 327(c) is not disqualified from acting as the Debtors' counsel merely because it represents creditors, equity security holders, and/or other parties in interest in matters unrelated to these Chapter 11 cases." This infers that TS&S may represent creditors, equity security holders, and/or other parties in interest.   Clarification regarding whether or not TS&S represents creditors, equity security holders, and/or other parties in interest in matters unrelated to these Chapter 11 cases is

necessary.

8. The Application seeks retention of TS&S under 11 U.S.C. §327(a) and also appears to request approval of rates pursuant to 11 U.S.C. §328(a). If the Application is approved, the United States Trustee requests that all fees be reviewable pursuant to 11 U.S.C. §330.

9. Wherefore, the United States Trustee objects to the employment of TS&S and requests that the application be denied.

Dated: May 10, 2005.

FELICIA S. TURNER
United States Trustee
Region 21


/s/ Elena L. Escamilla
Elena L. Escamilla, Trial Attorney
135 W. Central Blvd., Suite 620
Orlando, FL 32801
Telephone No.: (407) 648-6465
Facsimile No.: (407) 648-6323
Florida Bar No.: 898414
Elena.L.Escamilla@usdoj.gov