## EXHIBIT B

*In Re Winn-Dixie Stores, Inc., et al.*
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC. AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:**

> Brian C. Walsh
> King & Spalding LLP
> 191 Peachtree Street
> Atlanta, Georgia 30303-1763

If more space is needed, please complete on a separate page and attached.

I, EDWARD H. TRENT, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

**AKERMAN SENTERFITT**

| | |
|---|---|
| 50 N. Laura Street, Suite 2500<br>Jacksonville, Florida 32202-3646 | 255 South Orange Avenue<br>Orlando, Florida 32802-0231 |
| 106 East College Avenue, Suite 1200<br>Tallahassee, Florida 32301 | One Southeast Third Avenue, 28th Floor<br>Miami, Florida 33131-1714 |
| Esperante Building, 4th Floor<br>222 Lakeview Avenue, Suite 400<br>West Palm Beach, Florida 33401-6183 | Wachovia Center, Suite 1500<br>100 South Ashley Drive<br>Tampa, Florida 33602-5311 |
| Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301-28711 | 801 Pennsylvania Avenue, N.W.<br>Suite 750<br>Washington, D.C. 20004 |
| 131 West Main Street<br>Tavares, Florida 32778-3881 | |

"Exhibit A"

2. Date of retention:

   The relationship for labor and employment matters began May 10, 2001.

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Defense of claim of employment discrimination or violation of any federal, state, or local law, rule, or ordinance governing employer-employee relations, including compensation; Medicaid audits and other matters related to Winn-Dixie's pharmacies. In the past, Akerman has provided services related to documentary stamp taxes, plus penalties and interest, on leases that contained an unconditional promise to pay; and negotiating with governmental agencies, e.g., with the Department of Financial Services on an $11 million reduction in the amount the Department was demanding for a bond on Winn-Dixie's self-insured workers compensation program.

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   | James Bruce Culpepper | $185.00/hr. |
   | Martin R. Dix | $275.00/hr. |
   | Katherine E. Giddings | $305.00/hr. |
   | Debra M. Lubkin | $240.00/hr. |
   | Roseanne Norwood | $100.00/hr. |
   | Edward H. Trent | $185.00/hr. |

7. Pre-petition claims against any of the Debtors held by the firm:

   Pre-Petition Accounts Receivable

   The following amounts remain outstanding on the following Winn-Dixie matters:

   | Matter Name | Bill No. | Bill Date | Outstanding Balance |
   |---|---|---|---|
   | *General* | 7971024 | 02/24/05 | $ 5,075.86 |
   |  | 7980257 | 03/28/05 | 618.75 |
   | **Matter Total:** |  |  | $ 5,694.61 |

| Matter Name | Bill No. | Bill Date | Outstanding Balance |
|---|---|---|---|
| *Winn-Dixie Stores, Inc.* | 7794944 | 02/19/03 | $    936.20 |
| *v. Reddick & Stokes* | 7815829 | 05/16/03 | 102.27 |
| | 7825447 | 06/24/03 | 311.50 |
| | 7828168 | 07/10/03 | 8.00 |
| | 7836054 | 08/12/03 | 4,372.58 |
| | 7852947 | 10/11/03 | 20.00 |
| | 7858168 | 11/12/03 | 7.00 |
| | 7869778 | 01/09/04 | 825.00 |
| | 7889252 | 03/26/04 | 6,571.88 |
| | 7896990 | 04/30/04 | 4,542.23 |
| | 7925523 | 08/19/04 | 61.00 |
| | 7944107 | 10/20/04 | 44.90 |
| | 7954747 | 12/15/04 | 181.33 |
| | 7970119 | 02/21/05 | 9,443.38 |
| | 7979226 | 03/22/05 | 6,140.76 |
| Matter Total: | | | $33,568.03 |
| | | | |
| *Darlene Smith* | 7869774 | 01/09/04 | $    927.30 |
| *v. Winn-Dixie Stores, Inc.* | | | |
| | | | |
| *Delores Hall* | 7910902 | 06/21/04 | $     87.00 |
| *v. Winn-Dixie Stores, Inc.* | 7924045 | 08/12/04 | 4,784.00 |
| | 7929400 | 09/08/04 | 1,479.50 |
| | 0144153 | to be billed | 529.00 |
| Matter Total: | | | $ 6,879.50 |
| | | | |
| *Milagros Cruz* | 7902474 | 05/19/04 | $ 1,030.00 |
| *v. Winn-Dixie Stores, Inc.* | 7925489 | 08/19/04 | 744.00 |
| | 0147325 | to be billed | 168.00 |
| Matter Total: | | | $ 1,942.00 |
| | | | |
| *Blanc & Thompson* | 7944423 | 10/22/04 | $       1.60 |
| *v. Winn-Dixie Stores, Inc.* | 7944437 | 10/22/04 | 3,037.20 |
| Matter Total: | | | $ 3,038.80 |
| | | | |
| *Victoria Milton* | 7970121 | 02/21/05 | $ 1,668.00 |
| *v. Winn-Dixie Stores, Inc.* | 7979229 | 03/22/05 | 1,136.50 |
| Matter Total: | | | $ 2,804.50 |
| | | | |
| *Boise Cascade* | 7825448 | 06/24/05 | $    112.50 |
| *v. Winn-Dixie Stores, Inc.* | | | |
| | | | |
| *Winn-Dixie Stores, Inc.* | 7969474 | 02/17/05 | $ 2,537.10 |
| *v. Dept. of Financial* | 7976163 | 03/10/05 | 6,980.74 |
| *Services* | | | |
| Matter Total: | | | $ 9,517.84 |

| Matter Name | Bill No. | Bill Date | Outstanding Balance |
|---|---|---|---|
| *Winn-Dixie Stores, Inc. - Medicaid Audit* | 7962299 | 01/21/05 | $ 1,490.00 |
|  | 7971791 | 02/28/05 | 1,475.00 |
|  | 7979042 | 03/21/05 | 215.00 |
| Matter Total: |  |  | $ 3,180.00 |

**OUTSTANDING BALANCE:**                                                                 $67,665.08

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   **None**

9. Stock of any of the Debtors currently held by the firm:

   **None**

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: While a survey of all members, associates, and professional employees of the firm has not been completed, the following information is provided. Should additional information come to light that is required to be disclosed, a supplemental affidavit will be filed.

    **Edward B. David**
    Shareholder
    Common Stock
    2,019 Shares

    **Joseph W. Hatchett**
    Shareholder
    Common Stock
    200 Shares

    **Allison E. Turnbull**
    Associate
    Common Stock
    200 Shares

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    Although the firm has been approached (should the bankruptcy case be transferred to Jacksonville, Florida) by numerous current and potential clients with claims adverse to the bankruptcy estate, the firm has yet to accept any such representation.

04-APR-2005 04:58PM   FROM-AKERMAN SENTERFITT   904-798-3730   T-105  P.006/006  F-032

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 4, 2005

Edward H. Trent, Esq.
Shareholder
AKERMAN SENTERFITT
50 N. Laura Street, Suite 2500
Jacksonville, Florida 32202
Telephone:   (904) 798-3700
Facsimile:    (904) 788-3730