Wachovia Corporation
Legal Division
NC0630
One Wachovia Center
301 South College Street
Charlotte, NC 28288

tel 704 374-6611



**Joel Brighton**
Vice President and
Assistant General Counsel
Email: joel.brighton@wachovia.com

WACHOVIA

April 19, 2005

**Via Telecopy (904-798-3700)**
**And Regular Mail**

John B. Macdonald, Esquire
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

    Re:    *Request for Waiver of Conflict of Interest*

Dear John:

    You have advised us that Akerman Senterfitt (the "Firm") has been requested to serve as local counsel to the Official Committee of Unsecured Creditors (the "Committee") of Winn-Dixie Stores, Inc. and its various affiliates (collectively, "Winn-Dixie") that filed for bankruptcy protection under Chapter 11. The Firm requests that Wachovia Bank, National Association ("Wachovia") waive an actual or prospective conflict of interest with regard to its representation of Winn-Dixie in this matter.

    The purpose of this letter is to memorialize Wachovia's limited waiver of the conflict and permit the Firm to undertake representation of the Committee, subject to the following terms and conditions:

- The Firm shall provide Wachovia a copy of the conflict disclosure statement filed in the Winn-Dixie bankruptcy case;

- In the course of the representation, the Firm shall adhere to all ethical standards, including refraining from communication with current or former officers or employees of Wachovia with respect to the subject matter of the representation. All such communications should occur through Wachovia's retained counsel;

- The Firm shall not disclose any confidential or proprietary information the Firm has as a result of its past or present representation of Wachovia. The Firm shall create a "Chinese Wall" with respect to this representation, meaning that no person who works on or has worked on matters on behalf of Wachovia within the last five (5) years will work on matters on behalf of the Committee and that no person who works on matters on behalf of the Committee will have access to any Wachovia files or documents or information contained in those files or documents;

John B. Macdonald, Esquire
Akerman Senterfitt
April 19, 2005
Page 2

- The Firm may analyze and investigate the amount, validity, priority or extent of liens or claims asserted or held by Wachovia. However, other than providing a report regarding such analysis or investigation, the Firm will not provide advise or otherwise participate on behalf of the Committee in any challenge to the amount, validity, priority or extent of liens or claims asserted or held by Wachovia;

- The Firm shall not commence nor render any legal advice respecting any litigation or proposed litigation against Wachovia; and

- The Firm shall notify us of any future matters that may create a conflict or change in circumstances.

This letter represents the exclusive terms and conditions upon which Wachovia will consent to the proposed representation. Any change to or modification of the terms contained in this letter shall not be effective unless reduced to writing and signed by a representative of Wachovia's Legal Division.

Should you have any question respecting any aspect of this letter, please contact me immediately.

Sincerely,

Joel T. Brighton,
Vice President and
Assistant General Counsel

cc: Conflict Waiver File