Legal Division
NC0630
One Wachovia Center
301 South College Street
Charlotte, NC 28288

Tel 704 374-6611

Douglas Mundell
Senior Vice President and
Assistant General Counsel
Email: douglas.mundell@wachovia.com

**WACHOVIA**

March 21, 2005

Gregory A. Bray, Esquire
Milbank, Tweed, Hadley, McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

Re: **Request for Waiver of Conflict of Interest**
Winn-Dixie, Stores, Inc.

Dear Greg:

You have advised us that Milbank, Tweed, Hadley, McCloy, LLP (the "Firm") was selected to represent the Official Committee of Unsecured Creditors (the "Official Committee") of Winn-Dixie Stores, Inc. and its various affiliates (collectively, "Winn-Dixie") that filed for bankruptcy protection under Chapter 11. One of the tasks of the Official Committee will be to investigate the acts, conduct, assets, liabilities and financial condition of Winn-Dixie. We understand that bankruptcy cases are a collective proceeding where various contested matters and adversary proceedings can have broad, direct or indirect, legal or business implications on other parties, whether or not the parties are or appear to be adverse. Moreover, because Wachovia Bank, National Association (together with its affiliates, "Wachovia") is the administrative and collateral agent under Winn-Dixie's prepetition credit agreement, as well as the agent under its postpetition credit agreement, and is Special Servicer under the terms of that certain Amended and Restated Pass-Through Trust Agreement Winn-Dixie Pass-Through Certificates, Series 1999-1, we recognize that the Official Committee and Wachovia may have or take positions that are differing or otherwise adverse in connection with the Winn-Dixie bankruptcy cases. The purpose of this letter is to memorialize Wachovia's limited waiver of the conflict, subject to the following terms and conditions:

- The Firm shall provide Wachovia a copy of the conflict disclosure statement filed in Winn-Dixie's Chapter 11 case;

- The Firm shall create a "Chinese Wall" with respect to this representation, meaning that no person who works or has worked on matters on behalf of Wachovia will work on matters on behalf of the creditors' committee, and that no person who works on matters on behalf of the creditors' committee will have access to any Wachovia files or documents or information contained in those files or documents;

- In the course of the representation, the Firm shall adhere to all ethical standards, including refraining from communication with current or former officers or employees of Wachovia with respect to the subject matter of the

Gregory A. Bray, Esquire
Milbank, Tweed, Hadley, McCloy, LLP
March 21, 2005
Page 2

representation. All such communications should occur through Wachovia's retained counsel, or in the absence of retained counsel, through the appropriate lawyer in Wachovia's Legal Division;

- The Firm may analyze and investigate the amount, validity, priority or extent of liens or claims asserted or held by Wachovia. However, other than providing a report regarding such analysis or investigation, the Firm will not provide advice or otherwise participate on behalf of the Official Committee in any challenge to the amount, validity, priority or extent of liens or claims asserted or held by Wachovia.

This letter represents the exclusive terms and conditions upon which Wachovia will consent to the proposed representation. Any change to or modification of the terms contained in this letter shall not be effective unless reduced to a writing and signed by a representative of Wachovia's Legal Division. The Firm may use a copy of this letter and its attachments as required by the rules of a court of competent jurisdiction to evidence Wachovia's waiver of the conflict of interest. Should you have any question respecting any aspect of this letter, please contact me immediately. Best wishes.

Sincerely,

Douglas Mundell
Senior Vice President and
Assistant General Counsel