UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              CASE NUMBER:  05-03817-3F1
                                                    CHAPTER 11
WINN-DIXIE STORES, INC., et al.,                    Jointly Administered

         Debtor.
-----------------------------------------------/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Andrew M. Brumby, Esquire, of the firm of Shutts & Bowen LLP, 300 South Orange Avenue, Suite 1000, Post Office Box 4956,  Orlando, Florida 32802-4956, files this Notice of Appearance as counsel of record in this proceeding for Hussman Corporation and Hussman Services Corporation.

Pursuant to 2002(a), (b), (c), and (i) and 3017(a), F.R.B.P., the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever.  The undersigned further requests that the Clerk add him to the matrix in this case.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of Hussman Corporation and Hussman Services Corporation, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court, (ii) an

acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any non-core adversary proceeding or contested matter; and (iv) or a waiver of any right to jury trial which may exist in favor of Hussman Corporation and Hussman Services Corporation in any proceeding that has been or will be instituted during the course of the case.

Dated this 11th day of May, 2005.

<div style="margin-left: 3em;">

SHUTTS & BOWEN LLP
300 S. Orange Avenue
Suite 1000
Orlando, Florida 32801
**Mailing Address:**     Post Office Box 4956
Orlando, Florida 32802-4956
Telephone No.: (407) 423-3200
Facsimile  No.: (407) 425-8316
Attorneys for Hussman Corporation and
Hussman Services Corporation


By:            /s/ Andrew M. Brumby
Andrew M. Brumby
Florida Bar No.:  0650080

</div>

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing Notice of Appearance and Demand for Service of Papers this 10th day of May, 2005 to:

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Adam S. Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL  32801

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699

_____
       /s/ Andrew M. Brumby
            OF COUNSEL