**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 3:05-03817-JAF |
| | ) | |
| WINN DIXIE STORES, INC., *ET AL*., | ) | CHAPTER 11 |
| | ) | |
| DEBTOR. | ) | JUDGE JERRY A. FUNK |

**MOTION OF ATTORNEY CATHERINE A. HARRISON
FOR ADMISSION *PRO HAC VICE***

I, CATHERINE A. HARRISON, an attorney in the law firm of MILLER & MARTIN PLLC, 1170 PEACHTREE STREET NE, SUITE 800, ATLANTA, GEORGIA 30309, hereby request admission to appear, *pro hac vice,* on behalf of the FLETCHER BRIGHT COMPANY, a creditor in the above referenced bankruptcy matter.

My office telephone number is (404) 962-6100. My office facsimile number is (404) 962-6300. My email address is charrison@millermatin.com.

I have been admitted to practice before the STATE COURTS OF TENNESSEE AND GEORGIA AND THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN DISTRICT OF GEORGIA AND THE EASTERN DISTRICT OF TENNESSEE.

I am a member in good standing of each of the aforementioned bars and am not currently suspended or disbarred in any court.

I am familiar with the local bankruptcy rules of this Court.

[SIGNATURE APPEARS ON NEXT PAGE]

2105662_1.DOC

Respectfully submitted this 11th day of May 2005.

                        MILLER & MARTIN PLLC

                        /s/ Catherine A. Harrison
                        Catherine A. Harrison, Esq.
                        Georgia Bar No. 331752
                        Suite 800
                        1170 Peachtree Street NE
                        Atlanta, Georgia 30309-7649
                        (404) 962-6100
                        (404) 962-6300 (Facsimile)
                        charrison@millermartin.com

                        *Attorneys for the Fletcher Bright Company*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 11th day of May 2005, I caused a copy of the foregoing **MOTION OF ATTORNEY CATHERINE A. HARRISON FOR ADMISSION *PRO HAC VICE*** to be served on the parties below by depositing said pleading in the United States Mail with sufficient postage affixed thereto, addressed as follows:

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville FL 32254-3699

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville FL 32201

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville FL 32202

/s/ Catherine A. Harrison
Catherine A. Harrison

2105662_1.DOC

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 3:05-03817-JAF |
| | ) | |
| WINN DIXIE STORES, INC., *ET AL*., | ) | CHAPTER 11 |
| | ) | |
| DEBTOR. | ) | JUDGE JERRY A. FUNK |

## ORDER APPROVING MOTION OF ATTORNEY CATHERINE A. HARRISON FOR ADMISSION *PRO HAC VICE*

This matter having been brought to the Court for an order admitting CATHERINE A. HARRISON, ESQ. of the law firm of MILLER & MARTIN PLLC, *pro hac vice* in the matters herein, and the Court having considered the matter and good cause having been shown, it is

ORDERED that CATHERINE A. HARRISON, ESQ., is admitted *pro hac vice* to appear in this matter on behalf of the FLETCHER BRIGHT COMPANY.

This ____ day of _____ 2005.

_____
HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

2105662_1.DOC