**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 3:05-03817-JAF |
| | ) | |
| WINN DIXIE STORES, INC., *ET AL.*, | ) | CHAPTER 11 |
| | ) | |
| DEBTOR. | ) | JUDGE JERRY A. FUNK |

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR ALL NOTICES**

Pursuant to Bankruptcy Rule 9010(b), the undersigned firm of MILLER & MARTIN PLLC hereby enters its appearance of counsel in the above case on behalf of the FLETCHER BRIGHT COMPANY ("FBC") and further requests service of all papers pursuant to Bankruptcy Rule 2002, at the following address, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to the Bankruptcy Code or to their authorized agents, and that the undersigned be added to the master mailing list in this case:

CATHERINE A. HARRISON, ESQ.
MILLER & MARTIN PLLC
Suite 800
1170 Peachtree Street NE
Atlanta, Georgia 30309-7649
charrison@millermartin.com

All parties in interest are hereby put on notice that the aforementioned creditor is represented by the undersigned and it is hereby requested that the undersigned be provided with copies of all notices, pleadings and other fillings made in the above-styled case, including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted by mail, telephone or otherwise.

2105083_1.DOC

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) FBC's rights to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) FBC's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iii) any other rights, claims, actions, defenses, setoffs or recoupment to which FBC is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupment are expressly reserved.

Respectfully submitted this 11th day of May 2005.

MILLER & MARTIN PLLC

/s/ Catherine A. Harrison
Catherine A. Harrison
Georgia Bar No. 331752
Suite 800
1170 Peachtree Street NE
Atlanta, Georgia 30309-7649
(404) 962-6100
(404) 962-6300 (Facsimile)
charrison@millermartin.com

*Attorneys for Fletcher Bright Company*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 11th day of May 2005, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR ALL NOTICES** to be served on the parties below by depositing said pleading in the United States Mail with sufficient postage affixed thereto, addressed as follows:

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville FL 32254-3699

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville FL 32201

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville FL 32202

/s/ Catherine A. Harrison
Catherine A. Harrison

2105083_1.DOC