UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

WINN-DIXIE STORES, INC., et al.

    Debtors.

_____/

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## NOTICE OF APPEARANCE

Don M. Stichter, of Stichter, Riedel, Blain & Prosser, P.A. ("SRBP"), hereby gives notice that the firm is appearing on behalf of Marjon Specialty Foods, Inc., a PACA claimant ("Creditor") in this matter. Creditor requests that copies of all documents and pleadings with regard to payment of PACA claims be furnished to the undersigned.

/s/ Don M.Stichter
Don M. Stichter
Florida Bar No. 078280
Stichter Riedel Blain & Prosser, P.A.
110 East Madison St., Ste. 200
Tampa, FL  33602
813-229-0144
813-229-1811 (facsimile)
dstichter@srbp.com
Attorneys for Creditor:
Marjon Specialty Foods, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was furnished by first class U.S. Mail, postage prepaid, to:

Office of the U.S. Trustee
  For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY   10004

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEACHER
  & FLOM LLP
Four Times Square
New York, NY   10036

Sarah Robinson Borders
Brian C. Walsh
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA   30303

on this 11th day of May, 2005

                                         /s/ Don M. Stichter
                                         Don M. Stichter
                                         Florida Bar No. 078280