F I L E D
JACKSONVILLE, FLORIDA

MAY 1 1 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WIN-DIXIE STORES, INC. ET AL

CASE NO. 05-03817-3F1

## MOTION TO LIFT AUTOMATIC STAY

COMES NOW Ina Kessler, through counsel, and files this her Motion to Lift Automatic Stay showing unto the Court, as follows:

1. That on March 11, 2003, Ina Kessler was a guest invitee at the Sac-N-Save Store belonging to Debtors located in Warren County, Mississippi, and at that time received severe permanent physical injury to her person.

2. That Win-Dixie Stores, Inc. are insured regarding the said claim by a policy of liability insurance.

3. That granting relief from the automatic stay herein so as to allow Ina Kessler to proceed against the aforesaid liability insurance policy would not any way harm or prejudice Debtors or the Debtor's estate herein.

WHEREFORE PREMISES CONSIDERED, Ina Kessler moves for entry of this Court's Order Lifting the Automatic Stay herein so as to allow the aforesaid proceed with the provision that any recovery therein shall be satisfied solely from the aforesaid liability insurance policy.

Respectfully Submitted:

INA KESLLER

By: _____
DAVID M. SESSUMS, MSB # 6714

OF COUNSEL:

VARNER, PARKER & SESSUMS, P.A.
1110 Jackson Street
Post Office Box 1237
Vicksburg, Mississippi 39181-1237
Telephone: 601-638-8741
Facsimile: 601-638-8666

## CERTIFICATE OF SERVICE

I, David M. Sessums, Attorney for Plaintiff, do hereby certify that I have this day mailed, postage prepaid by United States Mail, a true and correct copy of the above and foregoing Motion to Lift Automatic Stay to D. J. Baker, Esquire, Four Times Square, New York, NY 10036-6522 and Stephen D. Busey, Esquire, 225 Waters Street, Suite 1800, Jacksonville, FL 32202.

This the 9th day of May, 2005.

DAVID M. SESSUMS