UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtor.
_____/

Chapter 11

Case No. 3:05-bk-03817-JAF
*Jointly Administered*

### MOTION OF EDWARD J. PETERSON, III TO APPEAR *PRO HAC VICE*

Pursuant to Local District Court Rule 2.02 (M.D. Fla. Loc R. 2.02), made applicable in bankruptcy cases by Local Bankruptcy Rule 2091-1 (M.D. Fla. LBR 2091-1), Edward J. Peterson, III respectfully requests permission from the Court to appear *pro hac vice* in this case as counsel of record for ALABAMA POWER COMPANY ("APCO"), and states:

1. Winn-Dixie Stores, Inc., along with its debtor subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on February 21, 2005.

2. The Debtors continue to operate their businesses and to possess their properties as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. The undersigned is not presently a member of the bar of this Court.

4. The undersigned certifies to the Court that he has read and has knowledge of the local rules of this Court.

5. The undersigned is a member in good standing of The Alabama Bar and a member in good standing of the bars of the United States District Court for the Northern District of Florida and the United States District Courts for the Northern, Middle, and Southern Districts of Alabama. A certificate of good standing from the United States District Court for the Northern District of Florida is attached to this Motion as Exhibit "A," and the required appearance fee accompanies this Motion.

6. The undersigned moved from Birmingham, Alabama to Tampa, Florida approximately six weeks ago and is signed up to take the Florida Bar Exam in July 2005. The undersigned is currently employed by the law firm of Stichter, Riedel, Blain & Prosser, P.A., in Tampa, Florida.

WHEREFORE, Edward J. Peterson, III respectfully requests that the Court grant him permission to appear *pro hac vice* on behalf of APCO, in this case.

Respectfully submitted,

/s/ Edward J. Peterson, III
Edward J. Peterson, III
Alabama Bar No. ASB-1848-E68E
Elena P. Ketchum
Florida Bar No. 0129267
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144 – Phone
(813) 229-1811 – Fax
ATTORNEYS FOR ALABAMA POWER COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION OF EDWARD J. PETERSON, III, TO APPEAR *PRO HAC VICE, together with Exhibit "A"* has been furnished by the Court's CM/ECF System or by U.S. MAIL to:

    Office of the United States Trustee
    135 West Central Boulevard, Room 620
    Orlando, Florida  32801

    Cynthia C. Jackson, Esquire
    Smith Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, Florida  32201

    Adam Ravin, Esquire
    Skadden Arps Slate Meager & Flom, LLP
    Four Times Square
    New York, New York  10036

this 11th day of May 2005.

                                           /s/ Edward J. Peterson, III
                                           Attorney

H:\User\EJP\APCO\Appear Pro Hac Vice - Mot.doc



William M. McCool, Clerk of Court
One North Palafox Street
Pensacola, Florida 32502-5658
(850) 435-8440

# CERTIFICATE OF GOOD STANDING

I, WILLIAM M. McCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT

**EDWARD JAMES PETERSON III**, Florida Bar Number ASB1848, was duly admitted to practice in said Court on **08/23/2004**, and is in good standing as a member of the bar of said Court.

WILLIAM M. McCOOL , CLERK OF COURT

March 18, 2005
DATE:

/s/ *C. Justice*
Deputy Clerk: C. Justice

EXHIBIT "A"
PAGE 1 OF 1 PAGES

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Tallahassee Division (850) 521-3501 • Gainesville Division (352) 380-2400 • Panama City Division (850) 769-4556