UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

      Debtor.

_____/

Chapter 11

Case No. 3:05-bk-03817-JAF
*Jointly Administered*

**NOTICE OF APPEARANCE, REQUEST TO RECEIVE
DOCUMENTS, AND REQUEST TO BE ADDED TO MAILING MATRIX**

    The undersigned, Edward J. Peterson, III of Stichter, Riedel, Blain & Prosser, P.A., gives notice that such firm is appearing in this case as counsel on behalf of creditor ALABAMA POWER COMPANY and requests that copies of all pleadings, correspondence, and all other documents and papers filed in this case be furnished to the undersigned at the address shown below; and further requests to be added to the Clerk's mailing matrix in this case.

    /s/ Edward J. Peterson, III
Edward J. Peterson, III (ASB-1848-E68-E)
Elena P. Ketchum (FBN 0129267)
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
(813) 229-0144 – Phone
(813) 229-1811 – Fax
eketchum@srbp.com
epeterson@srbp.com
Attorneys for Alabama Power Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Appearance have been furnished by U.S. Mail or the Court's CM/ECF System to:

Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32201

Adam Ravin, Esquire
Skadden Arps Slate Meager & Flom, LLP
Four Times Square
New York, New York  10036

this 11th day of May 2005.

                                              /s/ Edward J. Peterson, III
                                              Attorney

H:\User\EJP\APCO\Notice of Appearance - EJP.doc