UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC. et. al.,            Case No.: 3:05-bk-03817-JAF
                                                             Chapter 11
      Debtor.
_____/

**CERTIFICATE OF SERVICE WITH RESPECT TO (1) MOTION FOR RECONSIDERATION OF ORDER AUTHORIZING EMPLOYMENT OF SMITH HULSEY & BUSEY; (2) UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY ALVAREZ & MARSAL, LLC AS ITS OPERATIONS AND REAL ESTATE ADVISOR AS OF MARCH 4, 2005; (3) UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL AS ITS FINANCIAL ADVISOR AS OF MARCH 3, 2005; (4) OBJECTION BY UNITED STATES TRUSTEE TO APPLICATION BY THE DEBTORS PURSUANT TO SECTIONS 327(A) OF THE BANKRUPTCY CODE AND RULE 2014(A) AUTHORIZING THE EMPLOYMENT OF TOGUT, SEGAL & SEGAL LLP AS CONFLICTS COUNSEL FOR THE DEBTORS IN POSSESSION; (5) OBJECTION BY UNITED STATES TRUSTEE TO APPLICATION BY THE DEBTORS PURSUANT TO SECTION 327(E) OF THE BANKRUPTCY CODE FOR AUTHORITY TO EMPLOY CARLTON FIELDS, P.A., AS SPECIAL REAL ESTATE LITIGATION COUNSEL TO THE DEBTORS; (6) OBJECTION BY UNITED STATES TRUSTEE TO APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WINN-DIXIE STORES, INC., ET AL., UNDER 11 U.S.C. §1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF AKERMAN SENTERFITT AS CO-COUNSEL, NUNC PRO TUNC TO APRIL 22, 2005; (7) UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' APPLICATION TO EMPLOY XROADS SOLUTIONS GROUP, LLC, AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS; (8) UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' APPLICATION TO EMPLOY BAIN & COMPANY, INC. TO PROVIDE FINANCE GROUP SUPPORT SERVICES; AND (9) UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' APPLICATION TO EMPLOY <u>BLACKSTONE GROUP, L.P. AS FINANCIAL ADVISORS</u>**

I hereby certify that on May 2, 2005, the **Motion for Reconsideration of Order Authorizing Employment of Smith Hulsey & Busey** (Docket No.: 969) was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic

filing to the following parties listed on the Exhibit A attached to the original hereof and that on May 10, 2005 the following pleadings were electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following parties listed on the Exhibit B attached to the original hereof:

- **United States Trustee's Objection to Application of Official Committee of Unsecured Creditors to Employ Alvarez & Marsal, LLC as its Operations and Real Estate Advisor as of March 4, 2005** (Docket No.: 1137)

- **United States Trustee's Objection to Application of Official Committee of Unsecured Creditors to Employ Houlihan Lokey Howard & Zukin Capital as its Financial Advisor as of March 3, 2005** (Docket No.: 1138)

- **Objection by United States Trustee to Application by the Debtors Pursuant to Sections 327(a) of the Bankruptcy Code and Rule 2014(a) Authorizing the Employment of Togut, Segal & Segal LLP as Conflicts Counsel for the Debtors in Possession** (Docket No.: 1142)

- **Objection by United States Trustee to Application by the Debtors Pursuant to Section 327(e) of the Bankruptcy Code for Authority to Employ Carlton Fields, P.A., as Special Real Estate Litigation Counsel to the Debtors** (Docket No.: 1143)

- **Objection by United States Trustee to Application of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., under 11 U.S.C. §1103 and Fed. R. Bankr. P. 2014 and 5002, for Order Authorizing Retention and Employment of Akerman Senterfitt as Co-counsel, Nunc Pro Tunc to April 22, 2005** (Docket No.: 1144)

- **United States Trustee's Objection to Debtors' Application to Employ Xroads Solutions Group, LLC, as Financial and Operations Restructuring Consultants** (Docket No.: 1145)

- **United States Trustee's Objection to Debtors' Application to Employ Bain & Company, Inc. to Provide Finance Group Support Services** (Docket No.: 1146)

- **United States Trustee's Objection to Debtors' Application to Employ Blackstone Group, L.P. as Financial Advisors** (Docket No.: 1147)

I further certify that on May 11, 2005, a copy of these pleadings were served by mail to

the parties listed on the Exhibit C attached to the original hereof.

    DATED:  May 11, 2005.

                               Felicia S. Turner
                               United States Trustee, Region 21

                               /s/   Elena L. Escamilla
                               ELENA L. ESCAMILLA, Trial Attorney
                               Florida Bar No. 898414
                               135 W. Central Blvd., Room 620
                               Orlando, FL 32801
                               Telephone No.: 407-648-6465
                               Facsimile No.:  407-648-6323