**Trustee action:**
3:05-bk-03817-JAF Winn-Dixie Stores, Inc

EXHIBIT A

## U.S. Bankruptcy Court

## Middle District of Florida

Notice of Electronic Filing

The following transaction was received from Escamilla, Elena L entered on 5/2/2005 at 6:44 PM EDT and filed on 5/2/2005
**Case Name:** Winn-Dixie Stores, Inc
**Case Number:** 3:05-bk-03817-JAF
**Document Number:** 969

**Docket Text:**
Motion for Reconsideration *of Order Granting Application to Employ Smith Hulsey & Busey* Filed by United States Trustee - JAX (related document(s)[787]). (Escamilla, Elena)

The following document(s) are associated with this transaction:

Main Document
**Original filename:** mtn for reconsideration.SHB.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=5/2/2005] [FileNumber=9480953-0]
[25e8724ebdbe421ec924593767a1ba8a98b7fdef209a1d2c45848055838e25498251
67a3080836a1ab9dca67f3781bae94f7bc8542c867a00c8c913a563d8bd1]]
**Document description:**

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

Rachel E Adams     radams@sctlaw.com,

D. J. Baker     djbaker@skadden.com,

Dale R. Baringer     dale@sb-lawfirm.com,

Matthew Scott Barr     mbarr@milbank.com,
lmandel@milbank.com;jmilton@milbank.com;mcomerford@milbank.com;Snaik@milbank.com;jclark2@milbank.com

Sabrina C Beavens     sbeavens@iurillolaw.com, Sabrina1017@verizon.net

Keith L. Bell     kbell@cphlaw.com,

Leslie A Berkoff     lberkoff@moritthock.com

James E. Bird     jbird@pswslaw.com,

David A. Blansky     dab@lhmlawfirm.com,

Jean Winborn Boyles     jboyles@jhvgmlaw.com,

Dustin Parker Branch     dustin.branch@kmzr.com,

John P. Brice     lexbankruptcy@wyattfirm.com,

Brian P Britt     cpizzotti@wbbwlaw.com, bbritt@wbbwlaw.com

Robert J. Brown    lexbankruptcy@wyattfirm.com,

W. Steven Bryant    hobankecf@lockeliddell.com,

Thomas R. Califano    thomas.califano@dlapiper.com,

James S. Carr    jcarr@kelleydrye.com

Linda J. Casey    caseyl@pepperlaw.com

Lee Champion    flc@psstf.com,

Conrad K. Chiu    cchiu@phks.com,

Neal D. Colton    NColton@Cozen.com,

David J Cook    cookdavidj@aol.com,

Betsy C Cox    bcox@rtlaw.com, aruff@rtlaw.com

David N Crapo    dcrapo@gibbonslaw.com,

Timothy J. Curtin    tjcurtin@varnumlaw.com,

Robert Dehney    rdehney@mnat.com,

Paul H. Deutch    paul.deutch@troutmansanders.com,

Gerard DiConza    gerard@bmclaw.com,

Carolyn Hochsta Dicker    CHDicker@Klehr.com,

Dennis F. Dunne    ddunne@milbank.com,

David W. Dykhouse    dwdykhouse@pbwt.com,

Andrew B. Eckstein    aeckstein@blankrome.com,

Henry A. Efroymson    henry.efroymson@icemiller.com,

Jason H Egan    jegan@mowreylaw.com,

Judith Elkin    judith.elkin@haynesboone.com,

Earle I Erman    eerman@ermanteicher.com

William J. Factor    wfactor@seyfarth.com,

Lara Roeske Fernandez    lrfernandez@trenam.com, klgerber@trenam.com

Richard L Ferrell    ferrell@taftlaw.com

Charles J. Filardi    cfilardi@pepehazard.com,

J David Forsyth    jdf@sessions-law.com,

Shawn Randall Fox    sfox@mcguirewoods.com,

Joseph D Frank    jfrank@fgllp.com

Mark J Friedman    mark.friedman@dlapiper.com,

Todd Mark Galante    tmg@stjohnlaw.com

J. Nathan Galbreath    ngalbreath@pattonboggs.com,

Gary Ginsburg    gginsburg@ngmpc.com,

James J. Glover    ,

Priscilla W. Grannis    priscilla@rjlaw.com,

Danielle K Greco    dgreco@bradleyarant.com, jesse.slaton@wakm.com;emarxjr@marxbrothersimc.com

Ira S. Greene    isgreene@hhlaw.com,

Reginald A. Greene    reginald.greene@bellsouth.com,

Janice Beth Grubin    jgrubin@wkgj.com,

Rudi R. Grueneberg    rrg@rglawgroup.com,

Marc L. Hamroff    mhamroff@moritthock.com,

Patrick L. Hayden    phayden@mcguirewoods.com,

Edwin W. Held    eheld@hilawfirm.com,

Larry D. Henin    lhenin@andersonkill.com,

Neil E Herman    Nherman@morganlewis.com,

Kenneth D. Herron    kherron@whmh.com , rgardieff@whmh.com

David E. Hicks    courtinfo@bcylaw.com

Terrance A Hiller    tah@kompc.com,

Robert L Holladay    robert.holladay@youngwilliams.com,

Brian D. Huben    brian.huben@kmzr.com,

Patrick L Huffstickler    plhuffst@coxsmith.com

Cynthia C. Jackson    cjackson@smithhulsey.com,

Solomon J. Jaskiel    soljas@aol.com,

Ronald Scott Kaniuk    rkaniuklaw@aol.com,

Andrew C. Kassner    kassneac@dbr.com,

Alan W. Kornberg    akornberg@paulweiss.com

John W. Kozyak    Jwkozyak@kttlaw.com,

Stuart A. Krause    skrause@zeklaw.com,

Jeffrey Kurtzman     JKurtzma@Klehr.com,

Nina M LaFleur     nlafleur@stutsman-thames.com, npt@stutsman-thames.com

Darryl S. Laddin     bkrfilings@agg.com ,

Elena Lazarou     elazarou@reedsmith.com,

Robert L LeHane     rlehane@kelleydrye.com

Thomas J. Leanse     thomas.leanse@kmzr.com,

David E. Lemke     david.lemke@wallerlaw.com,

Chris Lenhart     lenhart.chris@dorseylaw.com,

Sharon L. Levine     slevine@lowenstein.com,

Bruce Levinson     b.levinson@verizon.net,

Alan Jay Lipkin     maosbny@willkie.com,

Joseph Lubertazzi     JLubertazzi@McCarter.com,

Jeffrey S. Margolin     margolin@hugheshubbard.com,

Laurence May     lmay@angelfrankel.com,

Walter F. McArdle     wfm@spain-gillon.com,

Austin L. McMullen     amcmulle@bccb.com,

Marc T. McNamee     mmcnamme_br@nealharwell.com,

Derek F. Meek     dmeek@burr.com,

Richard M. Meth     rmmnybankruptcy@pitneyhardin.co

Todd C Meyers     tmeyers@kilpatrickstockton.com

Kathleen M. Miller     kmm@skfdelaware.com

Stephen M Miller     smiller@morrisjames.com,

Stephan William Milo     smilo@wawlaw.com,

Mark Minuti     mminuti@saul.com,

T. David Mitchell     tdavidmitchell@msn.com,

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com,

Brett S. Moore     bsmoore@pbnlaw.com,

Andrew L. Morrison     amorrison@reedsmith.com,

Larren M. Nashelsky     lnashelsky@mofo.com,

Albert F. Nasuti     anasuti@tokn.com,

Bruce S. Nathan    bnathan@lowenstein.com,

Carole Neville    cneville@sonnenschein.com,

James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com,

Merritt A. Pardini    merritt.pardini@kmzr.com,

Barbra R. Parlin    nyc-bkcyecf@hklaw.com

Aaron D. Patton    apatton@murrayfrank.com,

David L Pollack    pollack@ballardspahr.com,

Geraldin E. Ponto    gponto@gibbonslaw.com,

Gregg A. Rapoport    gar@garlaw.us,

Peter J Rathwell    prathwell@swlaw.com,

Adam Ravin    aravin@skadden.com, rgray@skadden.com,lbonache@skadden.com,;jmathew@skadden.com,jleamy@skadden.com

Eric T. Ray    eray@balch.com,

Diane G. Reed    dianegreed@sbcglobal.net,

Jo Christi Reed    jcreed@sonnenschein.com,

Jeffrey C. Regan    jregan@hdrd-law.com,

Steven J. Reisman    sreisman@cm-p.com , athau@cm-p.com

Larry B. Ricke    larry.ricke@leonard.com,

Craig Philip Rieders    crieders@gjb-law.com;gisabelle@ , gisabelle@gib-law.com

Fred B. Ringel    fringel@pobox.com,

Adam L. Rosen    mail@srsllp.com

Avrum J. Rosen    arosen@avrumrosenlaw.com,

Neal M. Rosenbloom    NRosenbloom@finkgold.com,

Fox Rothschild    mail@geronlaw.com,

David S Rubin    drubin@kswb.com,

Paul Rubin    prubin@herrick.com,

Robert B. Rubin    brubin@burr.com,

Rachel L Rubio    rrubio@mdrtlaw.com,

Shelly D. Rucker    srucker@millermartin.com,

Robert K. Scheinbaum    rscheinbaum@podveysachs.com

Robert K. Scheinbaum     rscheinbaum@podveysachs.com

Gregory J. Seketa     franklin.berg@4086.com,

Andrew Howard Sherman     asherman@sillscummis.com,

R Scott Shuker     bankruptcynotice@groneklatham.com,

Peter L. Slinn     plslinn@stoel.com,

Thomas R. Slome     mail@srsllp.com,

Anthony J. Smits     anthony.smits@bingham.com

Richard G. Smolev     rsmolev@kayescholer.com,

Eric J. Snyder     esnyder@sillerwilk.com,

Marc P. Solomon     msolomon@burr.com,

Arthur J Spector     aspector@bergersingerman.com

Mark D. Speed     mds@markdspeedlaw.com,

Alex Spizz     aspizz@tnsj-law.com,

Sabrina L. Streusand     streuss@hughesluce.com,

Debra Sudock     dsudock@kellydrye.com,

Stephen B. Sutton     ssutton@lathropgage.com,

Walter E. Swearingen     wswearingen@llf-law.com,

Gene B Tarr     gbt@btcmlaw.com

Diana M. Thimmig     dthimmig@ralaw.com,

Laura L. Torrado     ltorrado@bear.com,

Paul Traub     tbfesq@aol.com,

Ronald M Tucker     rtucker@simon.com, cmartin@simon.com;rwoodruff@simon.com;danasmith@simon.com;ncaldwell@simon.com

United States Trustee - JAX     USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik     rurbanik@munsch.com,

David H. Wander     dwander@wanderlaw.com,

Richard Whitney Ward     rwward@airmail.net,

Michael D. Warner     bankruptcy@warnerstevens.com,

David B. Wheeler     davidwheeler@mvalaw.com,

Stephen D Wheelis     steve@wheelis-rozanski.com,

William Douglas White    wdw@mccarthywhite.com,

Frank J. Wright    bankruptcy@hswgb.com,

Scott A. Zuber    szuber@pitneyhardin.com,

**3:05-bk-03817-JAF Notice will not be electronically mailed to:**