**Trustee action:**
3:05-bk-03817-JAF Winn-Dixie Stores, Inc

---

## EXHIBIT B

### U.S. Bankruptcy Court

### Middle District of Florida

Notice of Electronic Filing

The following transaction was received from Escamilla, Elena L entered on 5/10/2005 at 8:04 PM EDT and filed on 5/10/2005

**Case Name:**       Winn-Dixie Stores, Inc
**Case Number:**     3:05-bk-03817-JAF
**Document Number:** 1147

**Docket Text:**
Objection to *Debtors Application to Employ Blackstone Group, L.P.* Filed by United States Trustee - JAX (related document(s)[25], [258]). (Escamilla, Elena)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** objectiontoblackstone.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=5/10/2005] [FileNumber=9578905-0
] [4ed4487396ff67fd14a4f41feff5c187c1f8731b62d5b2b6fd44f7bc78cc9c8b209
3d01ba0d9995e61ed64f4e09f92b3833e5a5de3452de07114c7a3b0459662]]

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

Rachel E Adams     radams@sctlaw.com,

D. J. Baker     djbaker@skadden.com,

Dale R. Baringer     dale@sb-lawfirm.com,

Matthew Scott Barr     mbarr@milbank.com,
lmandel@milbank.com;jmilton@milbank.com;mcomerford@milbank.com;Snaik@milbank.com;jclark2@milbank.com

Sabrina C Beavens     sbeavens@iurillolaw.com, Sabrina1017@verizon.net

Keith L. Bell     kbell@cphlaw.com,

Leslie A Berkoff     lberkoff@moritthock.com

Brendan G. Best     bbest@dykema.com,

James E. Bird     jbird@pswslaw.com,

David A. Blansky     dab@lhmlawfirm.com,

Jean Winborn Boyles     jboyles@jhvgmlaw.com,

Dustin Parker Branch     dustin.branch@kmzr.com,

John P. Brice     lexbankruptcy@wyattfirm.com,

Brian P Britt     cpizzotti@wbbwlaw.com, bbritt@wbbwlaw.com

Robert J. Brown     lexbankruptcy@wyattfirm.com,

W. Steven Bryant    hobankecf@lockeliddell.com,

Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com

Thomas R. Califano    thomas.califano@dlapiper.com,

James S. Carr    jcarr@kelleydrye.com

Linda J. Casey    caseyl@pepperlaw.com

George B Cauthen    george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com

Lee Champion    flc@psstf.com,

Conrad K. Chiu    cchiu@phks.com,

Michael E Collins    mcollins@manierherod.com,
mfranks@manierherod.com;tpennington@manierherod.com;swilliams@manierherod.com

Neal D. Colton    NColton@Cozen.com

David J Cook    cookdavidj@aol.com,

Betsy C Cox    bcox@rtlaw.com, aruff@rtlaw.com

David N Crapo    dcrapo@gibbonslaw.com,

Timothy J. Curtin    tjcurtin@varnumlaw.com,

Robert Dehney    rdehney@mnat.com,

Paul H. Deutch    paul.deutch@troutmansanders.com,

Gerard DiConza    gerard@bmclaw.com,

Carolyn Hochsta Dicker    CHDicker@Klehr.com,

Dennis F. Dunne    ddunne@milbank.com,

David W. Dykhouse    dwdykhouse@pbwt.com,

Andrew B. Eckstein    aeckstein@blankrome.com,

Henry A. Efroymson    henry.efroymson@icemiller.com,

Jason H Egan    jegan@mowreylaw.com,

Judith Elkin    judith.elkin@haynesboone.com,

Earle I Erman    eerman@ermanteicher.com

William J. Factor    wfactor@seyfarth.com,

Lara Roeske Fernandez    lrfernandez@trenam.com, klgerber@trenam.com

Richard L Ferrell    ferrell@taftlaw.com

Charles J. Filardi    cfilardi@pepehazard.com,

J David Forsyth    jdf@sessions-law.com,

Shawn Randall Fox    sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank    jfrank@fgllp.com

Mark J Friedman    mark.friedman@dlapiper.com,

Todd Mark Galante    tmg@stjohnlaw.com

J. Nathan Galbreath    ngalbreath@pattonboggs.com,

Gary Ginsburg    gginsburg@ngmpc.com,

James J. Glover    ,

Priscilla W. Grannis    priscilla@rjlaw.com,

Danielle K Greco    dgreco@bradleyarant.com, Jesse.Slaton@Wakm.com;emarxjr@marxbrothersimc.com

Ira S. Greene    isgreene@hhlaw.com,

Reginald A. Greene    reginald.greene@bellsouth.com,

Janice Beth Grubin    jgrubin@wkgj.com,

Rudi R. Grueneberg    rrg@rglawgroup.com,

Marc L. Hamroff    mhamroff@moritthock.com,

John W Harrison    kandklaw_jwh@msn.com,

Patrick L. Hayden    phayden@mcguirewoods.com

Edwin W. Held    eheld@hilawfirm.com,

Larry D. Henin    lhenin@andersonkill.com,

Neil E Herman    Nherman@morganlewis.com,

Kenneth D. Herron    kherron@whmh.com , rgardieff@whmh.com;poates@whmh.com

David E. Hicks    courtinfo@bcylaw.com

Terrance A Hiller    tah@kompc.com

Robert L Holladay    robert.holladay@youngwilliams.com,

Brian D. Huben    brian.huben@kmzr.com,

Patrick L Huffstickler    plhuffst@coxsmith.com

Cynthia C. Jackson    cjackson@smithhulsey.com,

Solomon J. Jaskiel    soljas@aol.com,

Ronald Scott Kaniuk    rkaniuklaw@aol.com,

Andrew C. Kassner    kassneac@dbr.com,

Elena P. Ketchum    eketchum.ecf@srbp.com

Alan W. Kornberg    akornberg@paulweiss.com,

John W. Kozyak    Jwkozyak@kttlaw.com,

Stuart A. Krause    skrause@zeklaw.com,

Jeffrey Kurtzman    JKurtzma@Klehr.com,

Nina M LaFleur    nlafleur@stutsman-thames.com, npt@stutsman-thames.com

Darryl S. Laddin    bkrfilings@agg.com ,

Elena Lazarou    elazarou@reedsmith.com,

Robert L LeHane    rlehane@kelleydrye.com

Thomas J. Leanse    thomas.leanse@kmzr.com,

David E. Lemke    david.lemke@wallerlaw.com,

Chris Lenhart    lenhart.chris@dorseylaw.com,

Sharon L. Levine    slevine@lowenstein.com,

Bruce Levinson    b.levinson@verizon.net,

Stephen Lewis    slewis@stolzusa.com,

Alan Jay Lipkin    maosbny@willkie.com,

Joseph Lubertazzi    JLubertazzi@McCarter.com,

John B. Macdonald    john.macdonald@akerman.com

Jeffrey S. Margolin    margolin@hugheshubbard.com,

Laurence May    lmay@angelfrankel.com,

Walter F. McArdle    wfm@spain-gillon.com,

David R McFarlin    dmcfarlin@whmh.com, caitboukil@whmh.com

Austin L. McMullen    amcmulle@bccb.com,

Marc T. McNamee    mmcnamee_br@nealharwell.com

Derek F Meek    dmeek@burr.com,

Richard M. Meth    rmmnybankruptcy@pitneyhardin.com

Todd C Meyers    tmeyers@kilpatrickstockton.com

Christopher C. Miller    cmiller@mgm.com,

Kathleen M. Miller    kmm@skfdelaware.com

Stephen M Miller    smiller@morrisjames.com,

Stephan William Milo    smilo@wawlaw.com,

Mark Minuti    mminuti@saul.com,

T. David Mitchell    tdavidmitchell@msn.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,

Brett S. Moore    bsmoore@pbnlaw.com,

Andrew L. Morrison    amorrison@reedsmith.com,

Larren M. Nashelsky    lnashelsky@mofo.com

Albert F. Nasuti    anasuti@tokn.com,

Bruce S. Nathan    bnathan@lowenstein.com,

Carole Neville    cneville@sonnenschein.com,

Tammy M. Nick    nicklaw@eatel.net,

James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com,

Merritt A. Pardini    merritt.pardini@kmzr.com,

Barbra R. Parlin    nyc-bkcyecf@hklaw.com

Aaron D. Patton    apatton@murrayfrank.com,

David L Pollack    pollack@ballardspahr.com,

Geraldin E. Ponto    gponto@gibbonslaw.com,

Nicholas V. Pulignano    ,

Nicholas V. Pulignano    npulignano@marksgray.com,

Rex D. Rainach    rainach@msn.com,

Gregg A. Rapoport    gar@garlaw.us,

Peter J Rathwell    prathwell@swlaw.com,

Adam Ravin    aravin@skadden.com, rgray@skadden.com,lbonache@skadden.com,;jmathew@skadden.com,jleamy@skadden.com

Eric T. Ray    eray@balch.com,

Diane G. Reed    dianegreed@sbcglobal.net,

Jo Christi Reed    jcreed@sonnenschein.com,

Jeffrey C. Regan    jregan@hdrd-law.com,

Steven J. Reisman    sreisman@cm-p.com , athau@cm-p.com

Larry B. Ricke    larry.ricke@leonard.com,

Craig P. Rieders    crieders@gjb-law.com, gisabelle@gjb-law.com

Fred B. Ringel    fringel@pobox.com,

Adam L. Rosen    mail@srsllp.com

Avrum J. Rosen    arosen@avrumrosenlaw.com,

Neal M. Rosenbloom    NRosenbloom@finkgold.com,

Fox Rothschild    mail@geronlaw.com,

J Casey Roy    roy@mcclainleppert.com,

David S Rubin    drubin@kswb.com,

Robert B. Rubin    brubin@burr.com,

Rachel L Rubio    rrubio@mdrtlaw.com,

Shelly D. Rucker    srucker@millermartin.com,

Teresa Sadutto    tsadutto@platzerlaw.com,

Robert K. Scheinbaum    rscheinbaum@podveysachs.com

Robert K. Scheinbaum    rscheinbaum@podveysachs.com

Marvin S. Schulman    mschulmanpa@aol.com,

Gregory J. Seketa    franklin.berg@4086.com,

Andrew Howard Sherman    asherman@sillscummis.com,

R Scott Shuker    bankruptcynotice@groneklatham.com,

Peter L. Slinn    plslinn@stoel.com,

Thomas R. Slome    mail@srsllp.com

Anthony J. Smits    anthony.smits@bingham.com

Richard G. Smolev    rsmolev@kayescholer.com,

Eric J. Snyder    esnyder@sillerwilk.com,

Marc P. Solomon    msolomon@burr.com,

Arthur J Spector    aspector@bergersingerman.com

Mark D. Speed    mds@markdspeedlaw.com,

Alex Spizz    aspizz@tnsj-law.com,

Sabrina L. Streusand    streuss@hughesluce.com,

Debra Sudock    dsudock@kelleydrye.com

Stephen B. Sutton    ssutton@lathropgage.com,

Walter E. Swearingen    wswearingen@llf-law.com,

Gene B Tarr    gbt@btcmlaw.com

Diana M. Thimmig    dthimmig@ralaw.com,

Laura L. Torrado    ltorrado@bear.com,

Paul Traub    tbfesq@aol.com,

Ronald M Tucker    rtucker@simon.com,
cmartin@simon.com;rwoodruff@simon.com;danasmith@simon.com;ncaldwell@simon.com

05/10/2005 8:04 PM

United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik    rurbanik@munsch.com,

David H. Wander    dwander@wanderlaw.com,

Richard Whitney Ward    rwward@airmail.net,

Michael D. Warner    bankruptcy@warnerstevens.com,

Alan M. Weiss    alan.weiss@hklaw.com,

David B. Wheeler    davidwheeler@mvalaw.com,

Stephen D Wheelis    steve@wheelis-rozanski.com,

William Douglas White    wdw@mccarthywhite.com,

Frank J. Wright    bankruptcy@hswgb.com,

Scott A. Zuber    szuber@pitneyhardin.com

**3:05-bk-03817-JAF Notice will not be electronically mailed to:**