| | |
|---|---|
| Carlton Fields, P.A.<br>Attn: Alan M. Grunspan<br>4000 International Place<br>100 S. E. Second Street<br>Miami, FL 33131 | Smith Hulsey & Busey<br>Attn: Stephen D. Busey, Esq.<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202 |
| King & Spalding LLP<br>Attn: Brian C. Walsh, Esq.<br>191 Peachtree Street<br>Atlanta, GA 30303 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis F. Dunne, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| The Blackstone Group L.P.<br>345 Park Avenue<br>New York, NY 10154 | Bain & Company, Inc.<br>The Monarch Tower, Suite 1200<br>3424 Peachtree Road, NE<br>Atlanta, GA 30326 |
| Houlihan Lokey Howard & Zukin Capital<br>Attn: Saul E. Burian, Managing Director<br>245 Park Avenue<br>New York, NY 10167 | Xroads Solutions Group, LLC<br>400 Madison Avenue, Third Floor<br>New York, NY 10017 |
| John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202 | Alvarez & Marsal, LLC<br>Attn: Martha E.M. Kopacz<br>600 Lexington Avenue, 6th Floor<br>New York, NY 10022 |
| Carlton Fields, P.A.<br>Attn: Alan M. Grunspan, Esq.<br>4000 International Place<br>100 S.E. Second Street<br>Miami, FL 33131 | Togut, Segal & Segal LLP<br>Attn: Albert Togut, Esq.<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: D.J. Baker, Esq.<br>Four Times Square<br>New York, NY 10036 | |

and to the Creditors Committee:

| | | |
|---|---|---|
| R2 Investments, LDC<br>c/o Amalgamated Gadget, LP<br>301 Commerce Street, Suite 3200<br>Fort Worth, TX 76102 | Deutsche Bank Trust<br>Company Americas<br>60 Wall Street<br>New York, NY 10005-2858 | New Plan Excel Realty Trust, Inc.<br>420 Lexington Avenue<br>New York, NY 10170 |
| Kraft Foods Global, Inc.<br>Attn: Sandra Schirmang, Sr. Director of Credit<br>Three Lakes Drive<br>Northfield, IL 60093 | Pepisco & Subsidiaries<br>7701 Legacy Drive 38-109<br>Plano, TX 75024 | OCM Opportunities Fund V.L.P.<br>C/o Oaktree Capital Mgmt., LLC<br>Los Angeles, CA 90071 |
| Capital Research & Management Company<br>Attn: Ellen Carr, V.P.<br>333 South Hope Street<br>Los Angeles, CA 90071 | | |