**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of (i) Motion for Order Extending the Deadline to File Statement of Reclamation and Value Notices (Docket No. 1102) and (ii) Notice of Hearing thereon (Docket No. 1103), was furnished by mail and/or electronically on May 9, 2005 to those parties on the attached Master Service List.

SMITH HULSEY & BUSEY

By   *s/ Cynthia C. Jackson*
   Stephen D. Busey
   James H. Post
   Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors

00495589.DOC