**MORITT HOCK HAMROFF &**
**HOROWITZ LLP**
Counsel for GE Commercial Finance Business
Property Corporation f/k/a General Electric Capital Business
Asset Funding Corporation, General Electric Capital Corporation,
Great Oak LLC, Watch Omega Holdings, L.P. and GE Capital
Realty Group as servicing agent for Great Oak LLC and
Watch Omega Holdings, L.P. and Citicorp Vendor Finance, Inc.
as assignee of Miami Office Systems, Inc. d/b/a M.O.S. and
Gulf Coast Office Supplies
400 Garden City Plaza
Garden City, NY  11530
(516) 873-2000
Marc L. Hamroff (MH-9283)
Leslie A. Berkoff (LB-4584)
mhamroff@moritthock.com
lberkoff@moritthock.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

----------------------------------------------------------X
In re:                                                                         Chapter 11
                                                                                    Case No.  05-03817-JAF

**Winn-Dixie Stores, Inc., et al,**
                                                                                    (Jointly Administered)
                          Debtors.
----------------------------------------------------------X

## VERIFIED STATEMENT OF
## MORITT HOCK HAMROFF & HOROWITZ LLP
## PURSUANT TO BANKRUPTCY RULE 2019

      Moritt Hock Hamroff & Horowitz LLP, as counsel for GE Commercial Finance Business

Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation

("GEBAF"), General Electric Capital Corporation, ("GECC"), Great Oak LLC, Watch Omega

Holdings, L.P. and GE Capital Realty Group, as servicing agent for Great Oak LLC and Watch

Omega Holdings, L.P. (collectively, "GECRG"), and Citicorp Vendor Finance Inc. as assignee of

Miami Office Systems, Inc. d/b/a M.O.S., and Gulf Coast Office Supplies (collectively, "Citicorp"), who are creditors in the above-captioned Chapter 11 case, submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and represents as follows:

1. On February 21, 2005, Winn Dixie Stores, Inc. (collectively the "Debtors") filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court in the Southern District of New York.

2. Subsequent to the commencement of this case, Moritt Hock Hamroff & Horowitz LLP was retained to represent the following creditors:

> General Electric Capital Corporation
> (GE Commercial Finance)
> 44 Old Ridgebury Road
> Danbury, CT 06810
>
> GE Commercial Finance Business Property Corporation f/k/a
> General Electric Capital Business Asset Funding Corporation
> 10900 NE 4th St., Suite 500
> Bellevue, WA 98004
>
> General Electric Capital Corporation
> 10 Riverview Drive
> Danbury, CT 06810-6268
>
> Citicorp Vendor Finance, Inc.
> as assignee of Miami Office Systems, Inc.
> d/b/a M.O.S., and Gulf Coast Office Supplies
> 1800 Overcenter Drive
> Moberly, Missouri 65270
>
> Great Oak LLC, Watch Omega Holdings, L.P. and
> GE Capital Realty Group as servicing agent for
> Great Oak LLC and Watch Omega Holdings, L.P.
> 16479 Dallas Parkway, Suite 400
> Addison, TX 75001

GECC and Citicorp are pre-petition equipment lessors of the Debtors. Additionally GECRG and GEBAF have financed the acquisition and/or development of certain real properties where the Debtors maintain a leasehold interest. The approximate amount of such creditors' claims are as follows:

    GECC (Commercial Finance) - $5.6 million

    GECC – approximately $700,000.00

    GEBAF – approximately $24,000,000.00

    GECRG – approximately $5,500,000.00

    Citicorp - $55,000.00

3.    Moritt Hock Hamroff & Horowitz LLP does not hold any claim against, or own any interest in, the Debtors herein, nor has it at any time held any such claim or owned any such interest.

Dated: May 11, 2005
       Garden City, New York

**MORITT HOCK HAMROFF & HOROWITZ LLP**
Counsel for GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation, General Electric Capital Corporation, Great Oak LLC, Watch Omega Holdings, L.P. and GE Capital Realty Group as servicing agent for Great Oak LLC and Watch Omega Holdings, L.P. and Citicorp Vendor Finance, Inc. as assignee of Miami Office Systems, Inc. d/b/a M.O.S. and Gulf Coast Office Supplies

By: ___/s/ Leslie A. Berkoff_____
      Leslie A. Berkoff (LB-4584)
      400 Garden City Plaza
      Garden City, NY 11530
      lberkoff@moritthock.com
      (516) 873-2000
      (516) 873-2010

I, Leslie A. Berkoff, certify under penalty of perjury that the foregoing statements are true and correct.

Executed on May 11, 2005

                                                /s/ Leslie A. Berkoff
                                                Leslie A. Berkoff