**MORITT HOCK HAMROFF &**
**HOROWITZ LLP**
Counsel for GE Commercial Finance Business
Property Corporation f/k/a General Electric Capital Business
Asset Funding Corporation, General Electric Capital Corporation,
Great Oak LLC, Watch Omega Holdings, L.P. and GE Capital
Realty Group as servicing agent for Great Oak LLC and
Watch Omega Holdings, L.P. and Citicorp Vendor Finance, Inc.
as assignee of Miami Office Systems, Inc. d/b/a M.O.S. and
Gulf Coast Office Supplies
400 Garden City Plaza
Garden City, NY  11530
(516) 873-2000
Marc L. Hamroff (MH-9283)
Leslie A. Berkoff (LB-4584)
mhamroff@moritthock.com
lberkoff@moritthock.com


**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
---------------------------------------------------------X
In re:                                           Chapter 11
                                                 Case No.  05-03817-JAF

**Winn-Dixie Stores, Inc., et al,**
                                                 (Jointly Administered)
                  Debtors.
---------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NASSAU      )

    GABRIELLE OTLIN, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside at Massapequa, New York.

    On the 12th day of May 2005, I served a true copy of the within VERIFIED STATEMENT OF MORITT HOCK HAMROFF & HOROWITZ LLP PURSUANT TO BANKRUPTCY RULE 2019 via first class mail, in a sealed envelope, with postage prepaid

thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

                                                  /s/ Gabrielle Otlin

Sworn to before me this                        GABRIELLE OTLIN
12th day of May 2005

/s/ Elizabeth A. Augello
Elizabeth A. Augello
Notary Public
State of New York
No. 01AU6039945
Qualified in Nassau County
Commission Expires 4/10/06