# UNITED STATES BANKRUPTCY COURT

Middle District of Florida (Jacksonville)

In re: Winn-Dixie Stores, Inc..    Case No. 05-03817-JAF

Court ID (court use only) _____

**FILED**
JACKSONVILLE, FLORIDA
MAY 1 2 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CACTUS HOLDINGS GROUP, LLC**
Name of Transferee

Name and Address where notices and payments to transferee should be sent
CACTUS HOLDINGS GROUP, LLC
19487 ROBLE CT.
SARATOGA, CA 95070

Phone:
(408) 868-1507

**ZAK DESIGNS, INC.**
Name of Transferor

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct#: _____

Name and Current Address of Transferor
ZAK DESIGNS, INC.
P.O. BOX 19188
SPOKANE, WA 99219

Last Four Digits of Acct#: _____

Court Claim #(if known): 516
Claim Amount: $21,901.86
Date Claim Filed: 4/08/2005

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Vijay Krish                    Date: 05/10/2005
Vijay Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

---
**~~DEADLINE TO OBJECT TO TRANSFER ~~**
---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          **CLERK OF THE COURT**

ZAK DESIGNS, INC ("Assignor"), transfers and assigns unto Cactus Holdings Group, LLC with an address at 19487 Roble Ct, Saratoga, CA 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: WINN-DIXIE STORES, INC., et al., (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the ZAK DESIGNS, INC. Claims of Assignor in the aggregate amount of $21,901.86 representing all claims against Debtor in the United States Bankruptcy Court for the Middle District of Florida (Jacksonville),(Southern District of New York), administered as Case No. 3:05-03817.

IN WITNESS WHEREOF, Assignor has signed below as of the __10th__ day of __May__, 2005

(Assignor)
ZAK DESIGNS, INC.
Signature: _Amy R Higgins_
Name: _Amy R. Higgins_
Title: _Credit Manager_

(Assignee)
CACTUS HOLDINGS GROUP, LLC
Signature: _[signed]_
Name: _VIJAY KRISH_
Title: _VICE-PRESIDENT_

(Assignor)
WITNESS:
Signature: _Chris J Wilson_
Name: _Chris Wilson_
Title: _Collections Specialist_

Form B10 (Official Form 10) (12/03)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM HAS NOT YET BEEN SET |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim: **WINN-DIXIE STORES-INC.**
(See List of Names on Reverse Side)

Case Number: **05-11063**
(See List on Reverse Side)

DEBTOR- WINN - DIXIE STORES, INC
US BANKRUPTCY COURT S D N Y
CASE 05-11063 (RDD)
CHAPTER 11
**CLAIM NO.: 516**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

**ZAK DESIGNS INC.
P.O. BOX 19188
SPOKANE, WA 99219-9188**

**S.S 5159**

Telephone No. of Creditor: **509-244-8638**
Fax No. of Creditor: **509-244-0744**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

RECEIVED APR 8 2005 CLAIMS PROCESSING CENTER USBC, SDNY

B. Name and address of person to whom notices must be served, if different from above.
(Check box if): ☒ replaces address above  ☐ additional address

Name: **AMY HIGGINS, CREDIT MANAGER**
Company/Firm: **ZAK DESIGNS INC**
Address: **1603 S. GARFIELD RD.
AIRWAY HEIGHTS, WA 99001**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement providing details
☐ Check this box if you have never received any notices in this case

Schedules of Assets and Liabilities not yet filed

Account or Other Number by Which Creditor Identifies Debtor: **WIN0000-**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

1. Basis for Claim
   ☒ Goods sold to debtor(s)
   ☐ Services performed for debtor(s)
   ☐ Goods purchased from debtor(s)
   ☐ Money loaned
   ☐ Personal injury/property damage
   ☐ Other _____
   ☐ Taxes
   ☐ Severance agreement
   ☐ Refund
   ☐ Real property lease
   ☐ Personal property lease
   ☐ Other contract _____
   ☐ Retiree benefits as defined in 11 USC §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS# _____
     Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred: **9/27/04 through 2/4/05**
3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed:
   $ **21,901.86** (unsecured)   $ _____ (secured)   $ _____ (priority)   $ **21,901.86** ✓ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ **21,901.86**
   ☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 USC § 507 (a)(3)
   ☐ Contributions to an employee benefit plan – 11 USC § 507 (a)(4)
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 USC § 507 (a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 USC § 507 (a)(7)
   ☐ Taxes or penalties owed to governmental units – 11 USC § 507 (a)(8)
   ☐ Other – Specify applicable paragraph of 11 USC § 507 (a)( )
   *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-address return envelope and copy of this proof of claim

This Space Is For Court Use Only

Date: **4/5/05**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and receive notice:
Print: **Amy R. Higgins**   Title: **Credit Manager**
Signature: *Amy R. Higgins*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 and 3571