F[...]
J[...]

MAY 1 2 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:
WINN DIXIE SUPERMARKET, INC.             Case No: 3:05-bk-3817-3F1
Debtor.                                                    Chapter 11
_____/

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Margaret A. Benton, Esquire, hereby appears in the above entitled action on behalf of TRAMECIA ATKINS, a creditor herein, and requests that all notices and pleadings in this action be served at the office below designated pursuant to Bankruptcy Rule 2002.

DATED this 5th day of May 2005.

MARGARET A. BENTON, ESQUIRE
Florida Bar 122
800 Virginia Avenue, Suite 10
Fort Pierce, FL 34982
(772) 466-0995
(772) 466-0996 - Facsimile

Copies to:

Attorney for Debtor
Adam Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Unsecured Creditors Committee
Dennis Dunne, Representative
One Chase Manhattan Plaza
New York, NY 10005