FILED
JACKSONVILLE, FLORIDA
MAY 1 2 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:                                    Case No: 3:05-bk-3817-3F1
WINN DIXIE SUPERMARKET, INC.              CHAPTER 11
   Debtor.
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      **TRAMECIA ATKINS**, ("Movant"), pursuant to Section 362(d)(1) and (2) of the Bankruptcy Code, moves this Court for entry of an order modifying the automatic stay, and in support thereof, states as follows:

      1.    Movant holds an unsecured claim against Debtor, in the amount of $11,500.00. See attached Proof of Claim.

      2.    Said unsecured claim grew out of an incident which occurred in one of Debtor's supermarkets in St. Lucie County, Florida, while Movant was shopping.

      3.    Specifically, the Creditor's claim is for damages resulting from false accusations, false arrest, assault and battery, humiliation, mental and emotional distress upon a pregnant person.

      4.    Debtor was covered for this type of claim by its insurer, and represented by Sedgwick Claims Management Services, Inc.

      5.    Negotiations had begun in reference to potential settlement of this claim prior to the Debtor filing Chapter 11 Bankruptcy.

      6.    The Movant requests authorization to continue settlement negotiations with the Debtor and Debtor's Insurer, in order to resolve this matter.

      7.    The Creditor wishes to have the automatic stay lifted in order to proceed with

settlement negotiations and/or the prosecution of a lawsuit based upon the claim, if this matter is not resolved in settlement.

8. The funds available for payment of this claim are covered by the insurance and will not diminish any assets of the Debtor. The Debtor does not have an equity in such property.

9. Further, such property is not necessary to an effective reorganization by the debtor.

**WHEREFORE**, Movant requests that the Court enter an Order modifying or lifting the automatic stay, to allow Movant to proceed with settlement negotiations and/or a lawsuit in reference to the unsecured claim.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Middle District of Florida, and I am in compliance with the additional qualifications to practice in this court.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U. S. Mail to Adam Ravin, Esquire, Skadden, Arps, Slate, Meagher, & Flom LLP, Attorney for Debtor, Four Times Square, New York, NY 10036; United States Trustee - JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and Unsecured Committee Representative, Dennis Dunne, One Chase Manhattan Plaza, New York, NY 10005, this 5th day of May 2005.

MARGARET A. BENTON, ESQUIRE
Florida Bar 122
800 Virginia Avenue, Suite 10
Fort Pierce, FL 34982
(772) 466-0995-Telephone
(772) 466-0996-Facsimile