UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

                             Chapter 11

WINN-DIXIE STORES, INC., et al.,

                             Case No. 3:05-bk-03817-JAF

       Debtor.                    *Jointly Administered*

_____/

## DESIGNATION AND CONSENT TO ACT

COMES NOW Eric T. Ray, counsel to ALABAMA POWER COMPANY

("APCO"), pursuant to Local Rule of Bankruptcy Procedure 2090-1(c)(1) and hereby

designates Elena P. Ketchum to receive notices and papers in this case and to also serve

as local counsel for APCO in the Winn-Dixie Stores, Inc. bankruptcy cases.  Elena P.

Ketchum is an attorney with the law firm of Stichter, Riedel, Blain & Prosser, P.A. in

Tampa, Florida.  Elena P. Ketchum is a member in good standing of the bar of the Middle

District and a resident of the State of Florida.

                      /s/ Eric T. Ray
                      Eric T. Ray (ASB-3776-Y77E)
                      Balch & Bingham LLP
                      1901 Sixth Avenue North, Suite 2600
                      Birmingham, Alabama  35203
                      (205) 226-3457 – Phone
                      (205) 488-5845 – Fax
                      eray@balch.com
                           and
                      Elena P. Ketchum (FBN 0129267)
                      Stichter, Riedel, Blain & Prosser, P.A.
                      110 East Madison Street, Suite 200
                      Tampa, Florida   33602
                      (813) 229-0144 – Phone
                      (813) 229-1811 – Fax
                      eketchum@srbp.com
                      Attorneys For Alabama Power Company

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Designation

and Consent to Act have been furnished by the Court's CM/ECF System or by U.S. Mail

to:

Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32201

Adam Ravin, Esquire
Skadden Arps Slate Meager & Flom, LLP
Four Times Square
New York, New York  10036

this 12th day of May 2005.


                                        /s/ Elena P. Ketchum
                                        Attorney


H:\User\EJP\APCO\Designation and Consent to Act.doc