# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

---

## CERTIFICATE OF SERVICE WITH RESPECT TO
## MOTION FOR ORDER EXTENDING THE DEADLINE TO
## FILE STATEMENT OF RECLAMATION AND VALUE NOTICES

I, Dionisia Kaloudis, certify that, on May 9, 2005, I caused to be served the Motion for Order

Extending the Deadline to File Statement of Reclamation and Value Notices and corresponding Notice

of Hearing, by having true and correct copies thereof sent via (i) first-class mail, postage pre-paid to the

parties listed in Exhibit A, (ii) e-mail service to the parties listed in Exhibit B and (iii) facsimile to the

parties listed in Exhibit C.

Dated: May 12, 2005

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/  Dionisia Kaloudis
Dionisia Kaloudis
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and -

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

**<u>EXHIBIT A</u>**

Acadiana Bottling Co, Inc
Jim Angers, Jr
700 Kal Saloom
Lafayette, LA  70508

ACH Food Companies
Michael Hughes
7171 Goodleft Farms Parkway
Cordova, TN  38016

Acme McCrary Corporation
Gene Simpson
P.O. Box 1287
Asheboro, NC  27204

Admiralty Island Fisheries dba Aqua Star
Anna White
2025 First Avenue
Suite 200
Seattle, WA  98121

ADS Seafood, Inc. d/b/a Atlantic Fisheries
8195 NW 67th Street
Miami, FL  33166

AEP Industries, Inc
125 Phillips Ave
S Hackensack, NJ  7606

AGPro Tropicals, Inc
6405 N.W. 36st
Suite 202
Virginia Gardens , FL  33166

Alberto Culver USA, Inc
James W Varey
2525 Armitage Ave
Melrose Park, IL  60160-1163

Albertville Quality Foods, Inc
130 Quality Dr
PO Box 756
Albertville, AL  35950

Alcoa Consumer Products
William E Butler
6603 W Broad St
Richmond, VA  23230

Alcon Laboratories, Inc
KC Miller
6201 South Freeway
Fort Worth, TX  76134-2099

Allegro Mfg Inc
Gary Doshay
7250 E Oxford Way
Commerce, CA  90040

Allen Beverages, Inc dba Pepsi Cola Bottling Co of
Gulfport
H Grey Walker Jr
PO Box 2037
Gulfport, MI  39505

Altadis USA Inc
Joseph Clark
5900 N Andrews Ave
Fort Lauderdale, FL  33309-2369

American Foods Group
Daniel Urfer
544 Acme St
Green Bay, WI  54302

American Italian Pasta Company
Cara Vandel
4100 N Mulberry Dr
Suite 200
Kansas City, MO  64116

American Pride Seafoods
Robert Myatt
40 Herman Melville Boulevard
New Bedford, MA  2741

American Rice, Inc
C Bronson Schultz
PO Box 2587
Houston, TX  77252

American Safety Razor Company
Bernard A. McGough
One Razor Blade Lane
Verona, VA  24482

Amstar Foods, LLC
John A Lindsay
400 Augusta St
Greenville, SC  29601

Anderson News Company
Jennifer M Voss
6016 Brookvale Lane
Suite 151
Knoxville, TN  37919

Ansell Healthcare
James N. Albetta
200 Schultz Drive
Red Bank, NJ  7701

Apples & Eve
Jonathan Alpert
2 Seaview Blvd
Port Washington, NY  11050

Associated Brands
Becky L. Rath
P.O. Box 788
Medina, NY  14103

Atkins Nutritionals, Inc.
Rebecca A. Roof
6790 Century Avenue
Suite 301
Mississauga, Ontario  L5N2V8

Austin (James Austin Company)
Harry Austin
PO Box 827
115 Downieville Road
Mars, PA  16046-1942

Azalea Gumbo
W Alexander Gray, Jr
Silver, Voit & Thompson
4317-A Midmost Dr
Mobile, AL  36609-5589

Baker & Taylor
Roger Lee
2550 West Tyvola Rd
Charlotte, NC  28217

Jeffrey J Guidry
Powers, Willard & Hightower, LLP
7967 Office Park Blvd
PO Box 15948
Baton Rouge, LA 70895

Barber Ice Cream/Mayfield Ice Cream, A Dean's
Foods Company
Alex D. Madrazo
2515 McKenney Avenue
Suite 1200
Dallas, TX  75201

Barilla America, Inc
Jim Allen
1200 Lakeside Dr
Bannockburn, IL  60015-1243

Bar-S Foods Co
Mike Suriano
3838 N Central Ave
Suite 1900
Phoenix, AZ  85012-9049

Bayer Corporate & Business Services, LLC
Lisa Dolan
1884 Miles Avenue
Elkhart, IN  46514

Beaver Street Fisheries
Jim O'Brien
1741 West Beaver St
Jacksonville, FL  32203

Beiersdorf Inc
Pat Cerone
187 Danbury Rd
5232 East Provident Drive
Wilton, CT  6897

Bemis Company, Inc
James McDermott
Polyethylene Packing Divison
PO Box 905
Terre Haute, IN  47808

Ben-Arnold Sunbelt Beverage Company
Mike Sisk
101 Beverage Blvd
Ridgeway, SC  29130

Benson's Inc.
Dan Hartley
134 Elder Street
P.O. Box 429
Bogart, GA  30622

Bernie Little Distributing, Inc
Richard L McQuiston
1314 SW 17th St
Ocala, FL  34474-3531

Bernie Little Distributing, Inc
Richard L McQuiston
4105 Maine Ave
PO Box 1128
Eaton Park, FL  33840

Berry Plastics Corporation
Ronda Hale
101 Oakley Street
P.O. Box 959
Evansville, Indiana  47706

Beverage South, Inc dba Pepsi Cola Bottling of
Greenville, SC
James W Davis
PO Box 3567
Greenville, SC  29608

BIC USA Inc.
Paul Floridia
500 BIC Drive
Milford, CT  6460

Binney & Smith, Inc
Eugene A Fuscsick
1100 Church Lane
PO Box 431
Easton , PA  18044-0431

Birchwood Foods - Kenosha
Dennis Stienstra
Corporate Headquarters
Kenosha, WI  53141

Birds Eye Foods
Cheryl L. Ranalletta
P.O. Box 20670
Rochester, NY  14602

Bissell Homecare, Inc
James M Racinowski
2345 Walker - NW
Grand Rapids, MI  49544-2516

Blue Bell Creameries LP
Paul Kruse
PO Box 1807
Brenham, TX  77834

Blue Diamond Growers
Jennifer Sto. Bomingo
P.O. Box 1768
Sacramento, CA  95812

Bottling Group, LLC d/b/aThe Pepsi Bottling Group
Renee Cohen
1100 Reynolds Blvd
PO Box 10
Winston-Salem, NC  27102-0010

Bristol Meyers Consumer Products
Andrew Cherry
2400 W Lloyd Expressway
Evansville, IN  47721-0001

Budweiser King of Beers
John Saputo
2150 47th Street
Sarasota, FL  34234

Bunge North America, Inc
Karen Roebuck
11720 Borman Dr
PO Box 28500
St Louis, MO  63146-1000

Burkhardt Sales and Service
Jorge Vega
3935 Inman Rd
St. Augustine, FL  32084

C.B. Fleet Company
Ray Venckus
PO Box 11349
Lynchburg, VA  24506

C.F. Sauer Co
Michelle Rader
2000 West Broad St
Richmond VA, VA  23220

Cal-Maine Foods, Inc
Dolph Baker
3320 Woodrow Wilson Dr
PO Box 2960
Jackson, MS  39207

Camerican International, Inc
Diane Lenahan
45 Eisenhower Dr
Paramus, NJ  7652

Campbell Soup Company
Maureen Hart
1 Campbell Place
Camden, NJ  8103

Cardinal Health
Michael Anderson
7000 Cardinal Place
Dublin, OH  43017

Cargill Inc.'s Salt
Jennifer Henderson
PO Box 5624
Minneapolis, MN  55440-5624

Carthage Cup
Susie Scadden
505 E. Cotton
Carthage, TX  75633

Cascades Tissue Group
Jean P Breault
1200 Forest St
Eau Claire, WI  54703

Catelli Brothers, Inc
50 Ferry Ave
Collingswood, NJ  8103

Chambers Bottling Company, LLC
Paul Forale
PO Box 2709
Huntsville, AL  35804-2709

Chambers Bottling Company, LLC
Bill Tatum
Lanier Ford Shaver & Payne PC
200 W Side Square,Suite 5000
Huntsville, AL 35801

Chattem, Inc
Rosa Elrod
1715 W 38th St
Chattanooga, TN  37409

Checkpoint Systems, Inc
Janine Trewin
101 Wolf Dr
PO Box 188
Thorofare, NJ  8086

Chevron Phillips Chemical Company, LP
Daryl A Vance
10001 Six Pines Dr
The Woodlands, TX  77380

Chiquita Brands International
Douglas R Lipski
250 East Fifth St
Cincinnati, OH  45202

Chloe Foods
Jeffrey Siegel
3301 Atlantic Ave
Brooklyn, NY  11208

Church & Dwight Co., Inc
Gerald J Stepien
469 N Harrison St
Princeton, NJ  08543-5297

CITGO Petroleum Corp
Stuart A Rains
McQueen Rains & Tresch, PLLC
6100 S Yale Avem Suite 618
Tulsa, OK 74136

Claxton Poultry Farms
Greg Tatum
PO Box 428
Claxton, GA  30417

Clorox Sales Company
Sybil Shaw
3655 Brookside Parkway
Suite 300
Alpharetta, GA  30022

CNS, Inc
George Singer
7615 Smetana Lane
Eden Prairie, MN  55344

Coastal Beverage, Ltd
Jane Kelly
4747 Progress Ave
Naples, FL  34104

Coca-Cola Bottling Company - Meridian
William R Williams
2016 Highway 45 North
PO Box 5207
Meridian, MS  39302-5207

Coca-Cola Bottling Company (Durham)
Ileana Correa
3214 Hillsborough Rd
PO Box 2627
Durham, NC  27705

Coca-cola Bottling Company Consolidated
Joyce L Roper
4115 Coca-Cola Plaza
Charlotte, NC  28211-3400

Coca-cola Bottling Company United Inc
Eric Steadman
4600 East Lake Blvd
PO Box 2006
Birmingham, AL  35201

Coca-cola Enterprises, Inc (Northeast Mississippi)
Robert Clark
PO Box 968
110 Miley Road
Starkville, MI  39760

Cole's Quality Foods, Inc
Timothy Curtin
1188 Lakeshore Drive
Muskegon, MI  49441

Colgate-Palmolive Co
Cynthia Smith
2233 Lake Park Drive
Suite 300
Smyrna, GA  30080

Combe Inc
Carol Pirone
1101 Westchester Avenue
White Plains, NY  10604

Community Coffee Company LLC
Annette Vaccaro
PO Box 791
Baton Rouge, LO  70821

Conair Corporation
Jatinder Deol
150 Milford Rd
East Windsor, NJ  8520

Conecuh Sausage Company
Thomas Webb
PO Box 327
Evergreen, AL  36401

Continental Mills, Inc
Mark Harris
18125 Andover Park West
illegible, WA  98188

Conwood Sales Company, LP
Edward J Foster
813 Ridge Lake Blvd
PO Box 217
Memphis, TN  38101-0217

Coty LLC
Pam Gunter
PO Box 1026
Sanford, NC  27330

Country Garden Silks
Wendell Finner
206A 15th Ave South
Jacksonville Beach, FL  32250-6324

Crowley Foods, LLC
James F Julian
95 Court St
PO Box 549
Binghamton, NY  13901

Crown Cork and Seal USA, Inc
Gary S Shearer
One Crown Way
Philadelphia, PA  19154-4599

Crown Holdings, Inc
Gary S Shearer
One Crown Way
Philadelphia, PA  19154-4599

Cumberland Swan Holdings, Inc
William Lowe
One Swan Drive
Smyrna, TN  37167

Dale's Sauces. Inc
Michael Levine
PO Box 130684
Birmingham, AL  35213

Dannon Company, Inc
Neal Bryce
100 Hillside Ave
White Plains, NY  10603-2863

Dart Container Corporation
Paul
500 Hogsback Rd
Mason, MI  48854

Dean Specialty Foods Group
Brad Crossman
PO Box 19057
Green Bay, WI  54307-9057

Deep South Products, Inc.
Rose Fletcher
P.O. Box 1448
Fitzgerald, GA  31750

Degussa Flavors & Fruit Systems, LLC
Kevin E. Mann
23700 Chagrin Boulevard
Beachwood, OH  44122-5554

Del Laboratories, Inc
Russell L Denton
178 EAB Plaza
PO Box 9357
Uniondale, NY  11553-9357

Del Monte Corporation
Marita Sebastian
1075 Progress St
Pittsburg, PA  15212

Del Pharmaceuticals, Inc
Russell L Denton
178 EAB Plaza
PO Box 9357
Uniondale, NY  11553-9357

Delizza, Inc
Brian K Hill
2985 Gordy Parkway
Suite 116
Marietta, GA  30066

Dial Corporation
Nancy Janasiak
15501 N Dial Blvd
Scottsdale, AZ  85260-1619

Diaz Wholesale & Mfg Co, Inc
M Eric Newberg
5501 Fulton Industrial
Atlanta, GA  30336

Dolco Packaging
Gregory A Meyer
2110 Patterson St
PO Box 1005
Decatur, IN  46733-5005

Dole Packaged Foods Company
Craig Combs
One Dole Drive
Westlake Village, CA  91362

Domino Foods, Inc
John Kearney
1100 Key Highway East
Baltimore, MD  21230-5180

Double Eagle Distributing, Inc
Joseph D Horsfall
50 Lock Road
Deerfield Beach, FL  33442-1580

Dreyer's Grand Ice Cream Holdings Co
Robert Holloway
555 12th St
Suite 300
Oakland, CA  94607

DSC Sales, Inc
Rocky Lipsey
PO Box 2123
Oldsmar, FL  34677-7123

Duda & Sons, Inc
Henry L Clark
PO Box 620257
Oviedo, FL  32762-0257

East Penn Mfg Co, Inc
Robert A Bashore
PO Box 147
Lyon Station, PA  19536-0147

Eastman Kodak Company
Kathy Sedore
343 State St
Rochester, NY  14650

Empress International Ltd
10 Harbor Park Dr
Port Washington, NY  11050

Evercare
Thomas Mannion
3440 Preston Ridge Road
Suite 650
Alpharetta, GA  30005-3820

Excalibur Seasoning Co, Ltd
Tom Hornstein
1800 Riverway Dr
PO Box 1047
Pekin, IL  61554

ExxonMobil Chemical Company
Dennis H Moon
13501 Katy Ave
Houston, TX  77079-1398

ExxonMobil Lubricants & Petroleum Specialties
Julie S Valentine
4500 Dacoma St
Copr BH3-438
Houston, TX  77092

Fabri-Kal
Howard W. Lynch
Plastics Place
Kalamazoo, MI  49001

Falcon Farms
Jairo Rengifo
1401 N.W. 78th Avenue
Miami, FL  33152

Fastener For Retail, Inc
Amy L Bates
28900 Fountain Parkway
Cleveland, OH  44139

Ferrero USA, Inc
John Gifford
600 Cottontail Lane
Somerset, NJ  8873

Fieldale Farm Corporation
Susan Rushing
P.O. Box 558
Baldwin, GA  30511

Filippo Berio
Brian W. Duffy
255 Route 17 South
Hackensack, NJ  07601

First Quality Hygienic, Inc.
Phillis Clark
Clinton County Industrial Pkwy
P.O. Box 330
McElhattan, PA  17748

Fiskars Brands
Kyle Hodel
2537 Daniels Street
Madison, WI  53718

Florida Crystals Food Corp
Erik J. Blomqvist
One North Clematis Street
Suite 200
West Palm Beach, FL  33401

Flowers Foods Shared Services
Missy Wilson
160 Big Star Drive
Thomasville, GA  31757

Flowers, Inc. Balloons
Christian Waterfill
325 Cleveland Road
Bogart, GA  30622

Foster Poultry Farms
Suzanne Koch
PO Box 198
Livingston, CA  95334-0198

FPL Foods, LLC d/b/a Shapiro Packing Company,
Inc
Jerome F Sheehan
1301 New Savannah Rd
Augusta, GA  30901

Fresh Express Inc
Attn: Deesa Balasingam
PO Box 80599
Salinas, CA 93912-0599

Fresh Start Produce Sales Inc
5353 West Atlantic Ave, Executive Sq Ste 403-404
Delray Beach, Fl 33484-8166

Frieda's Inc
Tom Kieran
4465 Corporate Center Dr
Los Alamitos, CA  90720-2561

Friendship Dairies, Inc.
Joseph Murgolo
One Jericho Plaza
Jericho, NY  11753-1668

Frozen Specialties, Inc.
Kenneth C. Dippman
1465 Timberwold Drive
Holland, OH  43528

Future Foods, Ltd
Michael K Austin
1420 Valwood Pkwy
Suite 164
Carrolton, TX  75006

General Electric
Michael B. Bach
DeHaan & Bach
11256 Cornell Park Dr. Suite 500
Cincinnati, OH 45242

General Mills
Harry Ward
Number One General Mills Blvd
Minneapolis, MN  55426

George Weston Bakeries, Inc.
Chris Demetriou
930 North Riverview Drive
Suite 100
Totowa, NJ  07512

Georgia-Pacific Corp
Chris M Gilmartin
133 Peachtree NE
PO Box 105605
Atlanta, GA  30348-5605

Gerber Products Company
Jeffrey J. Kippe
445 State Street
Freemont, MI  49413-0001

GFA Brands, Inc.
Robert M. Harris
P.O. Box 397
Cresskill, NJ  07626-0397

Gillette Company
David M Brandt
Prudential Tower Building
Boston, MA  02199-8004

GlaxoSmithKline
Gregory AJ Creighan
PO Box 1467
Pittsburg, PA  15230

Gold Coast Eagle Distributing
John W. Saputo
2150 47th Street
Sarasota, FL  34234

Gold Kist, Inc.
Barbara M. Goetz
244 Perimeter Center Parkway, NE
Atlanta, GA  30346-2397

Golden Flake Snack Foods, Inc
Freeda Elliott
One Golden Flake Dr
Birmingham, AL  35205

Gonnella Frozen Products
Ronald Lucchesi
1117 E. Wiley Road
Schaumberg, IL  60173

Gorton's Inc
Diane J Amero
128 Rogers St
Glouchester, MA  1930

Goya Foods, Inc.
Tony Sanchez
100 Seaview Drive
Secaucus, NJ  07096-1592

Gwaltney of Smithfield, Ltd
Jean D Moody
501 N Church St
PO Box 447
Smithfield, VA  23431

Hallmark Cards
Doug Alderman
2501 McGee
Box 419580
Kansas City, MO  64141-6580

Hanover Foods Corporation
Steven E. Robertson
P.O. Box 334
Hanover, PA  17331

Hasbro, Inc.
Judith A. Smith
200 Narragansett Park Dr.
Pawtucket, RI  02862-0200

Heinz North America
Alex Kaleida
PO Box 57
Pittsburg, PA  15230-0057

Heluva Good LLC
John A Morrisey, Jr
6551 Pratt Rd
PO Box 410
Sodus, NY  14551

Henkel Consumer Adhesives
Dave Wiengandt
32150 Just Imagine Dr.
Avon, OH  44011

Heritage Mint, LTD
Jeff Wright
PO Box 13750
Scottsdale, AZ  85267

Hershey Foods
Michael P Knause
19 E Chocolate Ave
PO Box 819
Hershey, PA  17033-0819

Hico Helium and Balloons
Norman Thiem
PO Box 1665
3230 Hopeland Industrial Dr
Powder Springs, GA  30127

Hobart Corporation
Cathy L Bice
701 S Ridge Ave
Troy, OH  45374-0001

Horizon Organic Dairy, Inc
Susanne Willey
PO Box 17577
Boulder, CO  80308-7577

Horizon Organic Dairy, Inc
Susanne Willey
6311 Horizon Lane
Longmont, CO  80503

Hormel Foods Corporation
Ford Symonds
1 Hormel Place
Austin, MN  55912-3680

HP Hood LLC
David E Howes
1250 East Street South
Suffield, CT  6078

Huhtamaki Americas, Inc.
Jonathan Beals
9201 Packaging Drive
DeSoto, KS  66018

Iberia World Foods Corp
Lydia Greenstein
12300 NW 32nd Ave
Miami, FL  22167

Insight Pharmaceuticals/Heritage Brands
Irene T Morris
550 Township Line Road
Suite 300
Blue Bell, PA  19422-2726

Inteplast Group, Ltd
Mitchell A Fried
9 Peach Tree Hill Rd
Livingston, NJ  7039

Interstate Brands Corporation
Attn: Todd W. Ruskamp
c/o Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108-2613

Jennie-O Turkey Store
Ford Symonds
1 Hormel Place
Austin, MN  55912-3680

JJ Keller & Assocuates, Inc
Scott C Burmeister
3003 W Breezewood Lane
PO Box 368
Neenah, WI  54957-0368

JM Smucker Company
Bruce Jones
Strawberry Lane
Orrville, OH  44667-0280

John B. Stanfilippo & Son, Inc.
Puni Nagpal
2299 Busse Road
Elk Grove Village, IL  60007

John Middleton Inc
Dan Ziegler
418 W Church Rd
King of Prussia, PA  19406-3150

Johnson & Johnson Sales and Logistics Co
Toni-Marie McLean
199 Grandview Road
Skillman, NJ  08558-9418

Johnsonville Sausage LLC
Joy Krugel
PO Box 786
Sheboygan, WI  53082-0786

Jones Dairy Farm
Attn: Matthew J. Stickel
C/o Kohner Mann & Kailas
Bamabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059

Just Born
Susan Szilagyi
1300 Stefko Blvd.
Bethlehem, PA  18017-6672

Kao Brands Company
Ronald P Lynch
2535 Spring Grove Avenue
Cincinnati, OH  45214

Kemps LLC
Steve Carlson
2929 University Ave SE
PO Box 9481
Minneapolis, MN  55440-9481

Kennesaw Fruit & Juice
Lisa
1300 SW First Court
Pampano Beach, FL  33069

Kenosha Beef International d/b/a Birchwood Foods -
Kenosha
Dennis Stienstra
Corporate Headquarters
Kenosha, WI  53141

KIK International
Joanne Martiradonna
2921 Corder Street
Houston, TX  77054

Kimberly-Clark Corp
Ted C Banker
520 W Summitt Hill Dr
Knoxville, TN  37902

King's Food Products
Donald M Samson
Law Offices of Donald M Samson
226 W Main St        Suite 102
Belleville        IL        62220

Knouse Foods, Inc
Kellie Raub
800 Peach Glen - Idaville Rd
Peach Glen, PA  17375-0001

Kozy Shack Enterprises, Inc
Suzanne Cruse
83 Ludy St
PO Box 9011
Hicksville, NY  11802-9011

Kraft Foods
John Jasensky
Three Lakes Drive
Northfield, IL  60093-2753

Krispy Kreme Doughnut Corp
John Burdette
PO Box 83
Winston-Salem, NC  27102

Land O'Lakes, Inc
Simon Sanchez
PO Box 64101
St Paul, MN  55164-0101

Land-O-Sun Dairies, LLC, A Dean's Foods Company
Alex D. Madrazo
2515 McKenney Avenue
Suite 1200
Dallas, TX  75201

Lane Limited
RE Jones
2280 Mountain Industrial Blvd
Tucker, GA  30084

Lea & Perrins, Inc
Denise Schradin
15-01 Pollitt Dr
Fair Lawn, NJ  07410-2795

Libbey
Jayson A Zielinski
PO Box 10060
300 Madison Ave
Toledo, OH  43699-0060

Long Wholesale, Inc
Thomas L Webb
Law Office of Thomas L Webb
613 22nd Ave
Meridian, MS 39301

L'Oreal Paris
Patrick Ackerman
575 5th Avenue
New York, NY 10017

Lorillard Tobacco Company
Kenneth Cherry
714 Green Valley Rd
Greensboro, NC 27408

Luigino's Inc
Thomas W Knuesel
525 Lake Avenue South
PO Box 16630
Duluth, MN 55816

LuVel
Charles R. Terry
P.O. Box 1229
Kosciusko, MS 39090

M Jacobs & Sons
30375 Northwestern Hwy
Farmington Hills, MI 48334-3233

Madix Store Fixtures
David Payne
500 Airport Rd
Terrell, TX 75160

Malt-O-Meal Company
Nancy M Johnson
2700 IDS Tower
80 South 8th St
Minneapolis, MN 55402-2297

Maplehurst Bakeries, Inc
Janice Conn
50 Maplehurst Dr
Brownsburg, IN 46112

Marcal Paper Mills, Inc
Barbara A Mahoney
1 Market St
Elmwood Park, NJ 07407-1451

Masterfoods USA, a division of Mars, Inc
Althea A Georges
800 High St
Hackettstown, NJ  7840

Maxell Corp of America
Joseph De Feo
22-08 Route 208
Fair Lawn, NJ  7410

Maybelline-Garnier
Octavia Fuller
PO Box 8805
Little Rock, AR  72231

McCormick & Company, Inc
Austin Nooney
211 Schilling Circle
Hunt Valley, MD  21031-1100

McKee Foods Corp
Valerie Phillips
PO Box 2118
Collegedale, TN  37315-2118

Mead Johnson & Company
Andrew Cherry
2400 W Lloyd Expressway
Evansville, IN  47721-0001

Menu Foods, Inc
Mark A Wiens
9130 Griffith Morgan Lane
Pennsauken, NJ  8110

Mercam, Inc
Peter G Smith
34 Sterling Place
Fletcher, NC  28732

Metro Wholesale Grocers of New York
Noel W Hauser
Noel W Hauser and Associates
415 Madison Ave, 22nd Floor
New York       NY      10017

Metro-Goldwyn-Mayer Home Entertainment LLC
John Roussey
2450 Broadway St
Santa Monica, CA  90404-3036

Michael Foods, Inc
Mike Wolcott
301 Carlson Parkway
Suite 400
Minnetonka, MN  55305

Mid-Gulf Bakery LLC
Chris Demetriou
850 Mid Florida
Orlando, FL  32824

Milk Products, LP (dba Borden)
Wayne Tucker
PO Box 60333
Lafayette, LA  70596

Morningstar, A Dean's Foods Company
Alex D. Madrazo
2515 McKenney Avenue
Suite 1200
Dallas, TX  75201

Morton Salt
RS Dexheimer
123 N Wacker Dr
Chicago, IL  60606-1743

Mrs Stratton's Salads, Inc
Kelly O Parrish
380 Industrial Lane
PO Box 190187
Birmingham, AL  35219-0187

Mt Olive Pickle Company, Inc
Richard D Bowens
PO Box 609
Mt Olive, NC  28365

Multifoods
Jody D Anderson
111 Cheshire Lane
Suite 100
Minnetonka, MN  55305

National Tobacco
Edward L Hickerson
3029 Mulhammad Ali Blvd
PO Box 32980
Louisville, KY  40232-2980

Naturally Fresh, Inc
Robert C Dotson
1000 Naturally Fresh Blvd
Atlanta, GA  30349

Nature's Cure
Gene Baker
5560 Golden Gate Ave
Oakland, CA  94618

NCR Corp
Edward W Mayer
1700 S Patterson Blvd
SDC-3
Dayton, OH  45479

Nebraska Beef
Frank M. Schepers
Lamson, Dugan & Murray, LLP
10306 Regency Parkway Dr.
Omaha          NE      68214-3743

Nestle Purina PetCare Company
Peter B Knox
800 North Brand Blvd
Glendale, CA 91203

Nestle USA
Peter B Knox
800 North Brand Blvd
Glendale, CA  91203

Nestle USA - Prepared Foods Division, Inc. -
Hand-held Food Group
Peter B Knox
800 North Brand Blvd
Glendale, CA  91203

Nestle Waters North America, Inc
Brent Stull
1322 Crestside Dr
Suite 100
Coppell, TX  75019

New Era Canning Company
Rick Ray
4856 First St
New Era, MI  49446

New Orleans Cuisine Enterprises, Inc
Donald Barkemeyer
14854 Hayne Blvd
New Orleans, LA  70128

New World Pasta Company
Deborah A Callahan
85 Shannon Road
Harrisburg, PA  17112

Newell Rubbermaid Inc - Rubbbermaid Home Products
Gary Popp
29 E Stephenson St
Freeport, IL  61032

Newell Rubbermaid Inc - Sanford LP
Gary Popp
29 E Stephenson St
Freeport, IL  61032

North American Perfumes, Inc
Glenn R Lemay
DiCecco, Fant & Burman
1900 West Loop South, Suite 1100
Houston          TX        77027

Northpoint Trading, Inc
Jack J Ezon
347 Fifth Avenue
Suite 201
New York, NY  10016

Novartis Consumer Health, Inc
Jeffrey J. Kippe
445 State Street
Freemont, MI  49413-0001

Odom's Tennessee Pride Sausage, Inc
Ronnie Reeves
1201 Neel's Bend Road
PO Box 1187
Madison, TN  37116-1187

On-Cor Frozen Foods, LLC
Howard Friend
627 Landwehr Rd
Northbrook, IL  60062

Otis Spunkmeyer Inc
Ted Comito
14490 Catalina St
San Leandro, CA  94577

Pacific Coast Producers
Stewart Easton
631 N Cluff Ave
Lodi, CA  95240

Pactiv Corporation
Stan Galinger
1900 W Field Court
Lake Forest, IL  60045

Paramount Farms, Inc
Barbara Velasco
11444 W Olympic Blvd
Suite 250
Los Angeles, CA  90064

Paul Mueller Company
Brad Reynolds
PO Box 828
Springfield, MO  65801

Peace River Citrus Products, Inc
4104 NW US Hwy. 72
Arcadia, FL 34266

Peace River Distributing, Inc
Jeanette Deptula
9400 Piper Road
Punta Gorda, FL  33982

Pennington Seed, Inc
Joe Jefferson
PO Box 290
Madison, GA  30650

Pepperidge Farm
Maureen Hart
595 Westport Ave
Norwalk, CT  06851-4482

PepsiAmericas, Inc
Steven M Zanin
3501 Algonquin Rd
Rolling Meadows, IL  60008-3103

Pepsi-Cola Bottling Company of Charlotte, Inc
Darrell M Kiggans
PO Box 241167
Charlotte, NC  28224-1167

Pepsi-Cola Bottling Company of Hickory, NC
Michael Wingler
2401 14th Ave Circle NW
Hickory, NC  28601

Perfetti Van Melle USA Inc
Christine Turner
3645 Turfway Rd
Erlanger, KY  41018

Perrigo
Dan Cullinan
515 Eastern Ave
Allegan, MI  49010

Personal Optics
Rachel Sanchez
1331 S State College Blvd
Fullerton, CA  92831

Peter Pan Seafoods, Inc
Mark R Adams
2200 Sixth Avenue
Seattle, WA  98121-1820

Pfizer Consumer Group
Karen Sandt
400 W Lincoln Ave
Lititz, PA  17543

Pfizer Inc (dba GOJO Industries Inc)
George Herriott
235 E 42nd St
Bldg 150/36/1
New York, NY  10017

Pharmacare Health Services, Inc
Hurley Partin Whitaker
500 N Harbor City Blvd
Suite D
Melbourne, FL  32935

Pilgrim's Pride Corp
Kim Lawrence
PO Box 93
Dept 24
Pittsburg, TX  75686-0093

Pinnacle Foods Corp
Christopher W Staub
Six Executive Campus
Cherry Hill, NJ  8002

Pioneer Paper & Plastics, Inc
Phyllis Faye Phalen
PO Drawer 37248
Jacksonville, FL  32236

Playtex
Jaime G Palanca
50 N DuPont Hwy
PO Box 7016
Dover, DE  19903-1516

Pom Wonderful LLC
Barbara Velasco
11444 W Olympic Blvd
Los Angeles, CA  90064

Premier Beverage
Jorge I Grau
9801 Premier Parkway
Miramar, FL  33025

Prestige Brands Holdings, Inc - Medtech Products
Harris T Semegram
90 North Broadway
Irvington, NY  10533

Prestige Brands Holdings, Inc - The Spic and Span
Company
Harris T Semegram
90 North Broadway
Irvington, NY  10533

Processor's Choice Inc
PO Box 100153
105 South 25th Street
Irondale, AL  35210

Procter & Gamble
Jay Jones
6500 Governor's Hill Dr
Cincinnati, OH  45249

Promotions Unlimited Corporation
Lowell Hanson
7601 Durand Ave
Racine, WI  53408-7601

Pro's Choice Beauty Care, Inc
Joseph Gewolb
2060 Ninth Avenue
Ronkonkoma, NY  11779

Provini Veal Corp
Amy Daanen
W2103 Country Rd VV
Seymour, WI  54165

Purcell International, Inc
William E Purcell
2499 N Main St
PO Box 5043
Walnut, CA  94596-1097

Purity Dairies, Inc, A Dean's Foods Company
Alex D. Madrazo
2515 McKenney Avenue
Suite 1200
Dallas, TX  75201

Purity Wholesale Grocers, Inc
Bruce Krichmar
5400 Broken Sound Blvd NW
Suite 100
Boca Raton, FL  33487

Quaker Sales & Distribution
David E Pilat
555 W Monroe St
Chicago, IL  60661-3716

Quality King Distributors Inc
Vincent Rotolo
2060 Ninth Avenue
Ronkonkoma, NY  11779

R.L. Zeigler Co, Inc
3201 Kauloosa Ave
Tuscaloosa, AL  35403

Ralcorp Holdings, Inc
Glenda F Grimes
PO Box 618
St Louis, MO  63188-0618

Ranir Corporation
Carol L Nesbitt
4701 East Paris Avenue SE
Grand Rapids, MI  49512

RC2 Brands, Inc
Kristin Goedken
Highways 136 & 20
PO Box 500
Dyersville, IA  52040-0500

Reckitt Benkiser, Inc
Heidi Besold
399 Interpace Parkway
PO Box 225
Parsippany, NJ  07054-0225

Red Gold, LLC
John Paffen
PO Box 83
Elwood, NJ  46036

Reddy Ice Corporation
Steve Janusek
8750 N Central Expressway
Dallas, TX  75231

Refreshment Services, Inc
Michelle Kimbo
3400 Solar Ave
Springfield, IL  62707

Refron, Inc
Henry Swergold
Platzer, Swergold, Karlin, Levine, Goldberg, &
Jaslow, LLP
1065 Avenue of the Stars
New York, NY 10018

Reily Foods Company
Lee Albright
640 Magazine St
New Orleans, LA  70130

Republic Plastics, LTD
James V Hoeffner
Thompson, Coe, Cousins, & Irons, LLP
701 Brazos     Suite 1500, Austin Centre
Austin, TX      78701

Republic Tobacco LP
Carole Field
2301 Ravine Way
Glenview, IL  60025

Reser's Fine Foods. Inc
Chimene Gowen-Houtsager
15570 SW Jenkins Rd
Beaverton, OR  97006

Revlon
Sherrie C Holtzman
1501 Williamsboro St
Oxford, NC  27565

Rexam Beverage Can Company
Bruce M Bialy
8770 W Bryn Mawr Ave
Suite 175
Chicago, IL  60631-3655

Rich Products Corporation
David J Carere
1150 Niagara St
Buffalo , NY  14213

Rich-Seapak Corp
Tom McBride
127 McKinnon Airport Rd
PO Box 20670
St Simons Island, GA  31522

River City Traders, Inc
Scott Olson
10665-B Suite 1 Ridgeway Industrial Dr
Olive Branch, MS  38654

RL Ziegler
J Russell Gibson, III
Phelps, Jenkins, Gibson & Fowler, LLP
1201 Greensboro Avenue
Tuscaloosa       AL       35401

Rockline Industries
Jenny Welsch
1113 Maryland Ave
Sheboygan, WI  53081

Royal Oak Sales, Inc
Steven W Dailey
1 Royal Oak Ave
Roswell, GA  30076

Russell McCall's, Inc. d/b/a Atlanta Foods
International's
255 Spring Street, SW
Atlanta, GA  30303

Safe Harbor Seafood
Gerald Pack
4371 Ocean Street
Mayport, FL  32233

Saf-T-Gard International
Sherry Carlin
205 Huehl Rd
Northbrook, IL  60062

Sanderson Farms
Neil Morgan
Sales Department
225 North 13th Avenue
Laurel, MS  39440

Sara Lee Corporation
Curtis Marshall
10151 Carver Road
Cincinnati, OH  45242

Sargento Foods, Inc
Stu Sturzl
One Persnickety Place
Plymouth, WI 53073

Sargento Foods, Inc.
Stu Sturzl
One Persnickey Place
Plymouth , Wisconsin 53073

SC Johnson & Sons, Inc
Gerry Baccash
1525 Howe St
Racine, WI 53403-2236

Schering-Plough HealthCare Products
Bob Harmon
3030 Jackson Ave
PO Box 377
Memphis, TN 38151

Schichk Wilkinson Sword, division of Energizer
Kevin R Carter
533 Maryville University Dr
St Louis, MO 63141

Schreiber Foods, Inc
C/O Kirkpatrick & Lockhart Et Al
Attn Timothy C Bennett, Esq
599 Lexington Avenue
New York, NY 10022

Schreiber Foods, Inc
Attn Kris Skupas
425 Pine Street
PO Box 19010
Green Bay, WI 54307-9010

Schuster Marketing Corp
Heidi Schuster
6223 W Forest Home Ave
Milwaukee, WI 53220

Schwan's Bakery, Inc
Jean Cosbey
2855 Rolling Pin Lane
Suwanee, GA 30024

Schwan's Consumer Brands, North America, Inc.
Jill E. Haan
8500 Normandale Lake Boulevard, Suite 200
Bloomington, MN 55437

Schwarzkopf & Henkel
Rachel Lisk
1063 McGaw Ave
Suite 100
Irvine, CA  92614

Seneca Foods Corp
Jane E Sloan
3736 S Main St
Marion, NY  14505

Sergeant's Pet Care Products
Edwina
2637 S 158th Plaza, Suite 100
Omaha, Nebraska  68130

Signature Brands, LLC
Robert E Munn
PO Box 279
Ocala, FL  34478

Silver Eagle Distributors, Ltd
Ramon F Oyarzun
2600 N Roosevelt Blvd
Key West, FL 33040

Simmons Allied Pet Foods, Inc
Terri Dill Chadick
Conner & Winters
100 West Center Street, Suite 200
Fayetteville, AK 72701

Smithfield Packing Company, Inc
Jean D Moody
501 N Church St
PO Box 447
Smithfield, VA  23430

Sorrento Lactalis, Inc
Ann Amico
2376 South Park Ave
Buffalo , NY  14220

Southern Eagle Distributing
Jerry Curran
5300 Glades Cutoff Road
Fort Pierce, FL  34981

Southern Foods Group, LP (d/b/a Brown's Dairy), A
Dean's Foods Company
Alex D. Madrazo
2515 McKenney Avenue
Suite 1200
Dallas, TX  75201

Specialty Brands LP
Bobbie Shier
Dept 450
PO Box 4343
Houston, TX  77210

St Johns Beverage Company, Inc
Robin H Conner
1221 SE Veitch St
Gainesville, FL  32601

Sunbeam
David Brown
2381 Executive Center Dr
Boca Raton, FL  33431

Sun-Maid Growers of California
Richard Emde
13525 S Bethel Ave
Kingsburg, CA  93631-9232

Sunsweet Growers, Inc.
Karen B. Miller
901 N. Walton Avenue
Yuba City, CA  95993

Supreme Distributors Company
Bruce Krichmar
5400 Broken Sound Blvd NW
Suite 100
Boca Raton, FL

SW (Red) Smith, Inc
Carl A Spatz
Gelb & Spatz
3400 Southwest Third Ave
Miami FL      33145

Swedish Match North America, Inc.
Jennifer M. McLemore
Christian Barton, LLP
909 East Main Street, Suite 1200
Richmond      VA      23219

Swift & Company
Michael Hajost
1770 Promontory Circle
Greeley, CO  80634

Sylvania Lighting Services
Mike O'Connor
100 Endicott St
Danvers, MA  1923

T Marzetti Company
Douglas A Fell
1105 Schrock Road
PO Box 29163
Columbus, OH  43229-0163

T Marzetti Company - New York Frozen Foods
Douglas A Fell
1105 Schrock Road
PO Box 29163
Columbus, OH  43229-0163

T.W. Garner Food Co
Harold Garner
PO Box 4329
Winston-Salem , NC  27115

Tate & Lyle Sucralose, Inc
Mike Hopkins
2200 East Eldorado St
Decatur, IL  62525

Temple-Inland
Elizabeth Louw
1300 MoPac Expressway
Austin, TX  78746

TG Lee Foods, Inc, A Dean's Foods Company
Alex D. Madrazo
2515 McKenney Avenue
Suite 1200
Dallas, TX  75201

The Father's Table Company
Barry J Voodre
2100 Country Club Rd
Sanford, FL  32771

The Hartz Mountain Corporation
Carolina Calderon
400 Plaza Drive
Secaucus, NJ  07094-3688

The Jel Sert Company
Ronald L. Motsinger
P.O. Box 261
West Chicago, IL  60186-0261

The Mentholatum Co, Inc
Bryan J Donohue
707 Sterling Dr
Orchard Park, NY  14127

The Meow Mix Company
Stephen Macchiaverna
400 Plaza Dr
Secaucus, NJ  07094-3688

The Minute Maid Company
Ruby Watts
PO Box 2079
Houston, TX  77252

The Scotts Company & Subsidiaries
Jeff Marsh
14111 Scottlawn Rd
Marysville, OH  43041

The WE Bassett Company, Inc
Beverly Kamaitis
100 Trap Falls Road Extension
Shelton, CT  6484

Tree of Life Inc (Gourmet Awards)
Sheila Sagaer
405 Golfway West Dr
St. Augustine, FL  32095

Trident Seafoods Corp
Patty Singer
5303 Shilshole Ave NW
Seattle, WA  98107-4000

Tri-Eagle Sales
Michael Smernoff
3420 W Tharpe St
Tallahassee, FL  32303

Trinidad Benham Corp
Ronald Weiner
2650 S Yosemite
Suite 300
Denvar , CO  80237

Turtle Wax, Inc
Chris Kish
5655 West 73rd St
Chicago, IL  60638

Tyson Foods, Inc
Nathan Hodne
Legal Department
2210 West Oaklawn Dr
Springdale , AR  72762

U.S. Smokeless Tobacco Brands, Inc
Tracy Riccio
100 West Putnam Ave
Greenwich, CT  6830

Unico Holdings, Inc
Carl Tsang
1830 Second Ave North
Lake Worth, FL  33461

Unilever Bestfoods
Richard Bellis
2200 Cabot Drive Suite 200
Lisle, IL  60532

Unilever Home & Personal Care
Suzanne S
75 Merritt Blvd
Trumbull , CT  6611

Univar USA Inc
John P Canini
6100 Carillon Point
Kirkland, WA  98033-7357

Upper Crust, Ltd
William Franklin Warren, III, Esq
Warren & Martzin LLC
150 Milestone Way    Suite A
Greenville, SC 29615

US Foodservice
Christine Underwood
PO Box 117
Montgomery, AL  36101-0117

Vanguard Plastics, Inc
William C Seanor
4555 Langland Rd
Farmer Branch, TX  75244

Vertis, Inc
Luke Brandonisio
250 W Pratt St
Suite 1800
Baltimore, MD  21202

Vestcom New Century LLC
Rodney E Stuteville
301 Gardner Dr
New Century, KS  66031-1119

Victory Wholesale Grocers
James Office
400 Victory Dr
PO Box 216
Springboro, OH  45066-0216

Warren Oil Company
Larry Sanderson
PO Box 1507
Dunn, NC  28335

Wayne, a division of Dresser, Inc
David C Kilpatrick
15455 Dallas Parkway
Suite 1100
Addison, TX  75001

Welch Foods, Inc
Gerard LeBlanc
575 Virginia Road
PO Box 9101
Concord, MA  01742-9101

Wenner Bread Products, Inc
Richard R Wenner
33 Rajon Rd
Bayport, NY  11705

Whink Products Company
Clark Lawler
1901 15th Avenue
Box 230
Eldora, IA  50627

White Wave, Inc
John Rogers
1990 N 57th Court
Boulder, CO  80301

Willert Home Products, Inc
Jeanne Sumner
4044 Park Ave
St Louis, MO  63110

Worlds Kitchen
Ann Marie Brigido
1200 South Antrim Way
Greencastle, PA  17225

Worldwide Merchandise Resources Corp
Robert Kowal
55 E Grassy Sprain Rd
Suite 200
Yonkers, NY  10710

WOW Dinnerware
Mary Grant
PO Box 13750
Scottsdale, AZ  85267-3750

Wyeth Consumer Healthcare
Charlotte Fox
PO Box 26609
Richmond, VA  23261-6609

Wyeth Consumer Healthcare
Charlotte Fox
PO Box 26609
Richmond, VA  23261-6609

Zatarain's Partnership, LP
Regina Templet
82 First St
PO Box 347
Gretna, LA  70053

**EXHIBIT B**

Joel S Paschke
Wildman, Harrold, Allen & Dixon LLP
225 W Wacker Dr
Chicago       IL       60606-1229
paschke@wildmanharrold.com

Eduardo F. Morrell, Esq
Morrell & Watson
187 Lake Morton Drive, P.O. Box 2786
Lakeland       FL       33806
emorrell@morrellpa.com

Eric J Snyder
Siller Wilk LLP
675 Third Avenue
New York       NY       10017-5704
esnyder@sillerwilk.com

Thomas J Molony
Robinson, Bradshaw & Hinson, PA
101 N Tyron St       Suite 1900
Charlotte       NC       28246
tmolony@rbh.com

Hal L Baume
Fox Rothschild
PO Box 5231
Princeton       NJ       08543-5231
hbaume@foxrothschild.com

Steven W Wallace
Blackwell Sanders Peper Martin LLP
720 Olive St    Suite 2400
St Louis       MO       63101
swallace@blackwellsanders.com

Fred S Kantrow
Law Offices of Avrum J Rosen
38 New Street
Huntington       NY       11743
fkantrow@avrumrosenlaw.com

Andrew C Kassner
Drinker Biddle & Reath LLP
140 Broadway       39th Floor
New York       NY       10005-1116
andrew.kassner@dbr.com

Mark Dorval
Stradley Ronon Stevens & Young LLP
2600 One Commerce Square
Philadelphia       PA       19103
mdorval@stradley.com

Randall A Rios
Munsch Hardt Kopf & Harr PC
700 Louisiana St       Suite 4600
Houston       TX       77002-2732
rrios@munsch.com

George Singer
Lindquist & Vennum PLLP
4200 IDS Center
80 South 8th Street
Minneapolis   MN     55402
gsinger@lindquist.com

Robert J Brown
Wyatt, Tarrant & Combs, LLP
250 W Main St       Suite 1600
Lexington       KY    40507-1746
rbrown@wyattfirm.com

Kenneth C Baker
Eastman & Smith Ltd
One Seagate, 24th Floor
PO Box 10032
Toledo       OH     43699-0032
kcbaker@eastsmith.com

James McCullough
Brunini, Grantham, Grover and Hewes PLLC
1400 Trustmark Building
248 East Capitol Street
Jackson       MI     39201
jmccullo@brunini.com

Louis F McBryan
Macey, Wilensky, Cohen, Wittner & Kessler, LLP
Suite 600, Marquis Two Tower
285 Peachtree Center Ave, NE
Atlanta        GA     30303-1229
lmcbryan@maceywilensky.com

Wendy D Brewer
Barnes & Thornburg LLP
11 South Meridian St
Indianapolis   IN     46204-3535
wendy.brewer@btlaw.com

Jimmy Parrish
Gronek & Latham LLP
390 North Orange Ave        Suite 600
Orlando       FL     32801
jparrish@groneklatham.com

Wendy Kinsella
Harris Beach, LLP
One Park Place, 4th Floor
300 S. State Street
Syracuse       NY     13202
wkinsella@harrisbeach.com

Robert A Miller
Prager & Miller, PC
14911 Quorum Dr     Suite 320
Dallas TX     75254
rmiller@prager-miller.com

Sarah L Schultz
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Ave      Suite 4100
Dallas TX     75201-4675
sschultz@akingump.com

Stephen E Glazek
Barris , Sott, Denn & Driker, PLLC
211 West Fort St          15th Floor
Detroit          MI          48226-3281
sglazek@bsdd.com

Konstantinos Armiros
Arnstein & Lehr LLP
120 S Riverside Plaza          Suite 1200
Chicago          IL          60606-3910
karmiros@arnstein.com

Ben Caughey  Ice Miller
P.O. Box 82001
Indianapolis    IN          46282-0200
ben.caughey@icemiller.com

Stephen L Yonaty
Hodgson Russ LLP
One M&T Plaza          Suite 2000
Buffalo          NY          14203-2391
syonaty@hodgsonruss.com

Thomas R Walker
Troutman Sanders LLP
600 Peachtree St, NE  Suite 5200
Atlanta          GA          30308-2216
thomas.walker@troutmansanders.com

John J Sabourin, Jr
Reed Smith LLP
3110 Fairview Park Dr
Suite 1400          Falls Church  VA        22042-4503
jsabourin@reedsmith.com

Kimberly W Tucker
Wright, Lindsey & Jennings LLP
200 W Capitol Ave    Suite 2300
Little Rock          AR          72201-3699
ktucker@wlj.com

Dennis J Connolly
Alston & Bird LLP
One Atlantic Center
1201 W Peachtree St
Atlanta          GA          30309-3424
dconnolly@alston.com

Mark G Claypool
Knox McLaughlin Gornall & Sennett, PC
120 W Tenth St
Erie    PA      16501-1461
mclaypool@kmgslaw.com

Lawrence T Burick
Thompson Hine LLP
2000 Courthouse Plaza, NE
PO Box 8801
Dayton          OH          45401-8801
Larry.Burick@ThompsonHine.com

Michael R Enright
Robinson & Cole LLP
280 Trumbull St
Hartford        CT        06103-3597
menright@rc.com

Harris B Winsberg
Troutman Sanders LLP
Bank of America Plaza, 600 Peachtree Street NE,
Suite 5200
Atlanta        GA        30308
harris.winsberg@troutmansanders.com

Charles N Parnell
Parnell & Crum PA
641 S Lawrence St
Montgomery    AL    36104
cnparnell@parnellcrum.com

Susan L Dawson
Marks, Marks and Kaplan, Ltd
55 W Monroe St        Suite 3300
Chicago        IL        60603-5080
sld@mmk-ltd.com

Joseph T Moldovan
Morrison Cohen LLP
909 Third Ave
New York        NY        10022
jmoldovan@morrisoncohen.com

Drew M Dillworth
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, PA
Museum Tower, Suite 2200
150 W Flagler St
Miami FL        33130
ddillworth@swmwas.com

James B Anderson
Ryan Smith & Carbine, Ltd
98 Merchants Row
PO Box 310
Rutland        VT        05702-0310
jba@rsclaw.com

Carrie Baris
Buss Ross Gardner Warren & Rudy PA
220 South Franklin St
Tampa        FL        33602
cbaris@bushross.com

Louis W Diess, III
McCarron & Diess
4900 Massachusetts Ave, NW Suite 310
Washington    DC    20016
ldiess@mccarronlaw.com

David C Neu
Preston Gates Ellis LLP
925 Fourth Ave, Suite 2900
Seattle WA    98104-1158
dneu@prestongates.com

Clinton Hansen
FagelHaber LLc
55 East Monroe Street          , 40th Floor
Chicago          IL      60603
chansen@fagelhaber.com

Richard D Sparkman
Richard D Sparkman & Associates, PA
PO Box 1687
Angier          NC      27501
rds@sparkmanlaw.com

**<u>EXHIBIT C</u>**

Brach's Confections
John A Vogel
Fax: (423) 510-7146

Castleberry's Food Company
Richard J Sosnoski
Fax: (706) 733-5079

Good Humor - Breyers Ice Cream
Craig S Stargardt
Fax: (920) 497-6583