UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 3:05-bk-03817-JAF

    Debtors.                                                          Chapter 11

                                                                            Jointly Administered

_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 12, 2005, the Objection of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., to Application of Debtors Pursuant to Section 327(a) of Bankruptcy Code and Rule 2014(a) of Federal Rules of Bankruptcy Procedure Authorizing Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel for Debtors and Debtors In Possession (Docket No. 1176) was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties listed on Exhibit "A" attached to the original hereof.  I further certify that on May 13, 2005, a true and correct copy of the Objection of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., to Application of Debtors Pursuant to Section 327(a) of Bankruptcy Code and Rule 2014(a) of Federal Rules of Bankruptcy Procedure Authorizing Employment and Retention of Togut, Segal & Segal LLP as Conflicts Counsel for Debtors and Debtors In Possession was served by United States Mail, postage prepaid and properly addressed, to those parties listed on Exhibit "B" attached to the original hereof.

{JA236367;1}

Dated: May 13, 2005        AKERMAN SENTERFITT

By: */s/ John B. Macdonald*
John B. Macdonald
Florida Bar No.: 230340
E-mail: john.macdonald@akerman.com
Patrick P. Patangan
Florida Bar No.: 348340
E-mail: patrick.patangan@akerman.com
50 N. Laura St., Suite 2500
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Proposed Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA236367;1}