EXHIBIT B

Carlton Fields, P.A.
Attn:  Alan M. Grunspan
4000 International Place
100 S. E. Second Street
Miami, FL  33131

Smith Hulsey & Busey
Attn:  Stephen D. Busey, Esq.
225 Water Street, Suite 1800
Jacksonville, FL  32202

King & Spalding LLP
Attn:  Brian C. Walsh, Esq.
191 Peachtree Street
Atlanta, GA  30303

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY  10005

The Blackstone Group L.P.
345 Park Avenue
New York, NY  10154

Bain & Company, Inc.
The Monarch Tower, Suite 1200
3424 Peachtree Road, NE
Atlanta, GA  30326

Houlihan Lokey Howard & Zukin Capital
Attn:  Saul E. Burian, Managing Director
245 Park Avenue
New York, NY  10167

Xroads Solutions Group, LLC
400 Madison Avenue, Third Floor
New York, NY  10017

Carlton Fields, P.A.
Attn:  Alan M. Grunspan, Esq.
4000 S.E. Second Street
100 S.E. Second Avenue
Miami, FL  33131

Alvarez & Marsal, LLC
Attn:  Martha E.M. Kopacz
600 Lexington Avenue, 6th Floor
New York, NY  10022

Skadden, Arps, Slate, Meagher & Flom
LLP
Attn:  D.J. Baker, Esq.
Four Times Square
New York, NY  10036

Togut, Segal & Segal, LLP
Attn:  Albert Togut, Esq.
One Penn Plaza, Suite 3335
New York, NY  10119

and to the Creditors Committee:

{JA236381;1}

R2 Investments, LDC
c/o Amalgamated Gadget, LP
301 Commerce Street, Suite 3200
Fort Worth, TX  76102

Deutsche Bank Trust
Company Americas
60 Wall Street
New York, NY  10005-2858

Kraft Foods Global, Inc.
Attn:  Sandra Schirmang, Sr.
Director of Credit
Three Lakes Drive
Northfield, IL  60093

Pepisco & Subsidiaries
7701 Legacy Drive 38-109
Plano, TX  75024

Capital Research & Management Company
Attn:  Ellen Carr, V.P.
333 South Hope Street
Los Angeles, CA  90071

OCM Opportunities Fund V.L.P.
c/o Oaktree Capital Mgmt., LLC
Los Angeles, CA  90071

New Plan Excel Realty Trust, Inc.
420 Lexington Avenue
New York, NY  10170

{JA236381;1}