UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                      CASE NO.: 3:05-bk-03817-JAF

                                            CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.                           Jointly Administered

---

**DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT**

I, Leslie A. Berkoff, of the law firm of Moritt Hock Hamroff & Horowitz LLP, hereby designate as local attorney for creditors, 1) General Electric Capital Corporation, Commercial Finance Division, 2) GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation, 3) General Electric Capital Corporation, 4) GE Capital Realty Group, as servicing agent for Great Oak LLC and Watch Omega Holdings, LP, and 5) Citicorp Vender Finance, Inc. as assignee of Miami Office Systems, Inc. d/b/a M.O.S., and

Gulf Coast Office Supplies, in the above-styled Cases:

>   Edwin W. Held, Jr., Esquire
>   Held & Israel
>   Florida Bar No.: 162574
>   1301 Riverplace Blvd., Suite 1916
>   Jacksonville, FL 32210
>   (904) 398-7038 Telephone
>   (904) 398-4283 Facsimile

This 10 day of May, 2005.

>   MORITT HOCK HAMROFF &
>   HOROWITZ LLP
>
>   Counsel for General Electric Capital
>   Corporation, Commercial Finance Division,
>   GE Commercial Finance Business Property
>   Corporation f/k/a General Electric
>   Capital Business Asset Funding Corporation,
>   General Electric Capital Corporation, GE
>   Capital Realty Group as servicing agent for
>   Great Oak LLC and Watch Omega Holdings, L.P.
>   and Citicorp Vendor Finance, Inc. as
>   assignee of Miami Office Systems, Inc. d/b/a
>   M.O.S. and Gulf Coast Office Supplies
>
>   By: /s/ Leslie A. Berkoff
>   Leslie A. Berkoff (LB-4584)
>   400 Garden City Plaza
>   Garden City, NY 11530
>   lberkoff@moritthock.com
>   (516) 873-2000
>   (516) 873-2010

**CONSENT TO ACT**

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditors, 1) General Electric Capital Corporation, Commercial Finance Division, 2) GE Commercial Finance Business Property Corporation f/k/h General Electric Capital Business Asset Funding Corporation, 3) General Electric Capital Corporation, 4) GE Capital Realty Group, as servicing agent for Great Oak LLC and Watch Omega Holdings, LP, and 5) Citicorp Vender Finance, Inc. as assignee of Miami Office Systems, Inc. d/b/a M.O.S., and Gulf Coast Office Supplies in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this 13 day of May, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Ste. 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
Attorney for 1) General Electric Capital Corporation, Commercial Finance Division, 2) GE Commercial Finance Business Property Corporation f/k/a General Electric Capital Business Asset Funding Corporation, 3) General Electric Capital Corporation, 4) GE Capital Realty Group, as servicing agent for Great Oak LLC and Watch Omega Holdings, LP, and 5) Citicorp Vender Finance, Inc. as assignee of Miami Office Systems, Inc. d/b/a M.O.S., and Gulf Coast Office Supplies, Plaintiffs

Rjp\winn Dixie\designation npg