Hearing Date: June 2, 2005, 1:00 p.m.
Objection Deadline: May 26, 2005, 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**DEBTORS' MOTION FOR ORDER AUTHORIZING**
**REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED**
**LEASES EFFECTIVE AS OF JUNE 2, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move for entry of an order under 11 U.S.C. § 365(a) authorizing the Debtors to reject the executory contracts and unexpired leases set forth on the attached Exhibit A (the "Motion"). In support of the Motion, the Debtors respectfully represent as follows:

**Background**

1.  On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By order dated April 13, 2005, the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

New York Court transferred venue of these cases to this Court. The Debtors' cases are being jointly administered for procedural purposes only.

2. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner. On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee") was appointed to serve in these cases pursuant to section 1103 of the Bankruptcy Code.

3. The Debtors are grocery and drug retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. According to published reports, the Debtors are the eighth-largest food retailer in the United States and one of the largest in the Southeast. The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion. The Debtors currently operate more than 900 stores in the United States with nearly 79,000 employees. Substantially all of the Debtors' store locations are leased rather than owned.

4. This Court has jurisdiction over the Motion under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5. The statutory predicate for the relief requested in the Motion is section 365(a) of the Bankruptcy Code.

**Relief Requested**

6. By this Motion, the Debtors seek an order of the Court, pursuant to section 365(a) of the Bankruptcy Code, approving and authorizing the rejection of each of the executory

contracts and unexpired leases identified on Exhibit A (collectively, the "Contracts") [2] as of June 2, 2005 (the "Effective Date").  The Contracts consist of a signage agreement, a telecommunications agreement and several equipment leases with respect to stores no longer operated by the Debtors.

7.      The Debtors have determined that it is in their best interests, as well as in the best interest of their estates and creditors, to reject the Contracts.  By rejecting the Contracts, the Debtors will avoid unnecessary expense and burdensome obligations that provide no tangible benefit to the Debtors' estates or creditors.  The Contracts are no longer necessary to the Debtors' businesses.

**Basis for Relief**

8.      Pursuant to Sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  A debtor-in-possession's right to reject executory contracts and unexpired leases is a fundamental component of the bankruptcy process, as it provides a debtor with a mechanism to eliminate financial burdens to the estate.  In re Wells, 227 B.R. 553, 564 (Bankr. M.D. Fla. 1998); In re Hardie, 100 B.R. 284 (Bankr. E.D.N.C. 1989); In re Gunter Hotel Assoc., 96 B.R. 696 (Bankr. W.D. Tex. 1988).

9.      The decision to reject an executory contract or unexpired lease is primarily administrative and should be given great deference by a court, subject only to review under the "business judgment" rule.  See In re Gardinier, Inc., 831 F.2d 974, 976 n.2 (11th Cir. 1987); In re Central Florida Fuels, Inc., 89 B.R. 242, 245 (Bankr. M.D. Fla. 1988); Sharon Steel Corp. v.

---

[2]     The Debtors believe that certain of the Contracts may, in fact be non-executory or expired, but have sought to reject them out of an abundance of caution.  The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts.

Nat'l Fuel Gas Distr. Corp., 872 F.2d 36, 40 (3d Cir. 1989); Sundial Asphalt Co. v. V.P.C. Investors Corp., 147 B.R. 72 (E.D.N.Y. 1992). The business judgment rule requires the debtor to establish that rejection of the agreement will likely benefit the estate. See Sharon Steel Corp., 872 F.2d at 39-40; In re Kong, 162 B.R. 86 (Bankr. E.D.N.Y. 1993); In re Central Florida Fuels, Inc., 89 B.R. at 245. Courts universally regard the business judgment rule as a low standard to meet, and therefore, absent a finding of bad faith, will not disturb the decision to reject an executory contract or unexpired lease by substituting their own judgment for that of the debtor. See In re III Enter., Inc. V, 163 B.R. 453, 469 (Bankr. E.D. Pa. 1994); In re Hardie, 100 B.R. at 287.

      10.    The Debtors have satisfied the "business judgment" standard for rejecting the Contracts in the present case. The Debtors' obligations under these agreements pose continuing monetary obligations and/or other risks to the Debtors' estates. Moreover, the agreements are unnecessary to the Debtors' ongoing operations, are not a source of potential value for the Debtors' estates and creditors and constitute an unnecessary drain on the Debtors' resources. Accordingly, the Debtors' determination that the Contracts should be rejected reflects their exercise of sound business judgment.

### Rejection Damages Deadline

      11.    To the extent that the parties to the Contracts assert rejection damages as a result of the rejections proposed by this Motion, the Debtors request that the Court order that the deadline for filing a proof of claim for such rejection is the later of (a) 30 days after the date of entry of the order entered pursuant to this Motion or (b) the August 1, 2005 bar date established by order of this Court in these cases.

**Notice**

12.     Notice of the Motion has been provided to (a) counsel to the Office of the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors' Committee, (d) the other parties in interest named on the Master Service List maintained in these cases, and (e) the parties to the Contracts. No other or further notice need be given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court enter an order (i) authorizing and approving the rejection of the Contracts, effective as of the Effective Date and (ii) granting such other and further relief as the Court deems just and proper.

Dated: May 13, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY[3] |
|---|---|
| By   */s/ D.J. Baker*<br>        D.J. Baker<br>        Sally McDonald Henry<br>        Rosalie Gray<br>        Jane M. Leamy<br>        Four Times Square<br>        New York, New York 10036<br>        (212) 735-3000<br>        (917) 777-2150 (facsimile) | By   */s/ Cynthia C. Jackson*<br>        Stephen D. Busey<br>        James H. Post<br>        Cynthia C. Jackson<br>        Florida Bar Number 498882<br>        225 Water Street, Suite 1800<br>        Jacksonville, Florida  32202<br>        (904) 359-7700<br>        (904) 359-7708 (facsimile) |

Attorneys for Debtors

---

[3]     Skadden, Arps, Slate, Meagher & Flom LLP currently represents or has represented the following contract parties, or affiliates of the following contract parties, in matters unrelated to the Debtors, their reorganization cases or such entities' claims against or interest in the Debtors. To avoid any appearance of impropriety, Smith Hulsey & Busey will prosecute the rejection of the Contracts involving the following contract parties: ADT Security Services, Inc., CIT Technology Financing Services, Inc. and Xerox Corporation.

# EXHIBIT A

# CONTRACTS FOR REJECTION

(The Debtors believe that certain of the Contracts may, in fact, be non-executory or expired, but have sought to reject them out of an abundance of caution. The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts. The rejections apply only to the leases identified in this Exhibit A and do not apply to any other equipment leased pursuant to separate schedules or any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed herein.)

| Non-Debtor Party | Debtor Party/Store Number | Contract/Lease Description |
|---|---|---|
| ADT Security Services, Inc. | Store No. 534 | Alarm System |
| Buccaneers Limited Partnership | Winn-Dixie Stores, Inc. | Signage Agreement, dated January 10, 2003 |
| Certified Alarms | Store No. 1473 | Alarm System |
| Certified Alarms | Store No. 1586 | Alarm System |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 803 | Sensormatic/CCTV System Equipment Schedule No. 060-0006235-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 807 | Sensormatic/CCTV System Equipment Schedule No. 060-0006234-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 827 | Sensormatic/CCTV System Equipment Schedule No. 060-0009025-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 847 | Sensormatic/CCTV System Equipment Schedule No. 060-0009026-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 888 | Sensormatic/CCTV System Equipment Schedule No. 060-0001701-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2160 | Sensormatic/CCTV System Equipment Schedule No. 060-0008452-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 945 | Sensormatic/CCTV System Equipment Schedule No. 060-0009454-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 947 | Sensormatic/CCTV System Equipment Schedule No. 060-0009453-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2196 | Sensormatic/CCTV System Equipment Schedule No. 060-0006404-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 977 | Sensormatic/CCTV System Equipment Schedule No. 060-0001690-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 809 | Sensormatic/CCTV System Equipment Schedule No. 060-0009023-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 918 | Sensormatic/CCTV System Equipment Schedule No. 060-0008807-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 983 | Sensormatic/CCTV System Equipment Schedule No. 060-0006403-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 962 | Sensormatic/CCTV System Equipment Schedule No. 060-0006427-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 963 | Sensormatic/CCTV System Equipment Schedule No. 060-0006428-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 969 | Sensormatic/CCTV System Equipment Schedule No. 060-0006812-000 |

| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1008 | Sensormatic/CCTV System Equipment Schedule No. 060-0008494-000 |
| --- | --- | --- |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1076 | Sensormatic/CCTV System Equipment Schedule No. 060-0001688-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1077 | Sensormatic/CCTV System Equipment Schedule No. 060-0008453-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1234 | Sensormatic/CCTV System Equipment Schedule No. 060-0001703-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1238 | Sensormatic/CCTV System Equipment Schedule No. 060-0006914-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1243 | Sensormatic/CCTV System Equipment Schedule No. 060-0007085-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1270 | Sensormatic/CCTV System Equipment Schedule No. 060-0008549-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1284 | Sensormatic/CCTV System Equipment Schedule No. 060-0007132-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1289 | Sensormatic/CCTV System Equipment Schedule No. 060-0007016-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2015 | Sensormatic/CCTV System Equipment Schedule No. 060-0008493-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2020 | Sensormatic/CCTV System Equipment Schedule No. 060-0009763-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2045 | Sensormatic/CCTV System Equipment Schedule No. 060-0009024-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2049 | Sensormatic/CCTV System Equipment Schedule No. 060-0009793-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2061 | Sensormatic/CCTV System Equipment Schedule No. 060-0007830-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2062 | Sensormatic/CCTV System Equipment Schedule No. 060-0008492-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2091 | Sensormatic/CCTV System Equipment Schedule No. 060-0001700-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2096 | Sensormatic/CCTV System Equipment Schedule No. 060-0008733-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2112 | Sensormatic/CCTV System Equipment Schedule No. 060-0007833-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2116 | Sensormatic/CCTV System Equipment Schedule No. 060-0008588-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2124 | Sensormatic/CCTV System Equipment Schedule No. 060-0007160-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2146 | Sensormatic/CCTV System Equipment Schedule No. 060-0007131-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2174 | Sensormatic/CCTV System Equipment Schedule No. 060-0008734-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2025 | Sensormatic/CCTV System Equipment Schedule No. 060-0008062-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2069 | Sensormatic/CCTV System Equipment Schedule No. 060-0006158-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 851 | Sensormatic/CCTV System Equipment Schedule No. 060-0006159-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 237 | Sensormatic/CCTV System Equipment Schedule No. 060-0006160-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2017 | Sensormatic/CCTV System Equipment Schedule No. 060-0006161-000 |

| | | |
|---|---|---|
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 883 | Sensormatic/CCTV System Equipment Schedule No. 060-0006162-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 886 | Sensormatic/CCTV System Equipment Schedule No. 060-0006167-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 809 | Sensormatic/CCTV System Equipment Schedule No. 060-0006172-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 875 | Sensormatic/CCTV System Equipment Schedule No. 060-0006173-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 942 | Sensormatic/CCTV System Equipment Schedule No. 060-0006174-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 2022 | Sensormatic/CCTV System Equipment Schedule No. 060-0006175-000 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1092 | Sensormatic/CCTV System Equipment Schedule No. 060-0005162 |
| CIT Technology Financing Services, Inc. | Winn-Dixie Raleigh, Inc. Store No. 1248 | Sensormatic/CCTV System Equipment Schedule No. 060-0007162 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1708 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-001 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1640 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-005 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1775 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-003 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1773 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-004 |
| Lease 1, Inc. | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. Store No. 1765 | Lease Agreement for Digital Video Recorder, Camera Equipment. Lease No. 1106993-006 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1942 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1944 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1860 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 439 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 478 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 438 | CCTV Equipment Lease Agreement dated July 11, 2003 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 482 | CCTV Equipment Lease Agreement dated July 11, 2003 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1933 | CCTV Equipment Lease Agreement dated July 8, 2003 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1935 | CCTV Equipment Lease Agreement dated July 8, 2003 |
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1938 | CCTV Equipment Lease Agreement dated February 24, 2004 |

4

| | | |
|---|---|---|
| Protection One | Winn-Dixie Montgomery, Inc. Store No. 1936 | CCTV Equipment Lease Agreement dated February 24, 2004 |
| Sprint Communications Company, L.P. | Winn-Dixie Stores, Inc. | Sprint Real Solutions Annual Plan Sales Agreement dated February 19, 2002 |
| Xerox Corporation | Winn-Dixie Stores, Inc. | Hardware Equipment Lease Doculink 5690 Serial No. G2T-100412 |
| Xerox Corporation | Winn-Dixie Stores, Inc. | Hardware Equipment Lease Doculink 5690 Serial No. G2T-102399 |