|31634| [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No. 3:05–bk–03817–JAF
                                                          Chapter 11


Winn–Dixie Stores, Inc





_____Debtor(s)_____/

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of J. David Forsyth , a non–resident of Florida and counsel for Westland Plaza Associates, L.P. and Downtown Destin Associates , pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090–1 permits appearance without formal admission of a non–resident of Florida and the requirement for local counsel is waived.

Dated May 10, 2005 .

_____
Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
J. David Forsyth, 201 St. Charles Avenue, 35th Floor, New Orleans, LA 70170

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE  OF  SERVICE

```
District/off: 113A-3        User: cartes          Page 1 of 1          Date Rcvd: May 11, 2005
Case: 05-03817              Form ID: pdfdoc        Total Served: 4


The following entities were served by first class mail on May 13, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
aty        +J David Forsyth,   Sessions Fishman & Nathan LLP,   201 Saint Charles Avenue,   Suite 3500,
            New Orleans, LA 70170-3500

The following entities were served by electronic transmission on May 12, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov May 12 2005 01:03:56     United States Trustee - JAX,
            135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                              TOTAL: 1


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2005**                    **Signature:** ___Joseph Speetjens___