UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
MAY 1 3 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

**WINN DIXIE STORES, INC., et al.**
    Debtor.
_____/

Case No.: 3:05-bk-03817-JAF
(Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO:    Clerk of Court
        UNITED STATES BANKRUPTCY COURT
        Middle District of Florida
        Jacksonville Division
        300 North Hogan Street
        Suite 3-350
        Jacksonville, Florida 32202

**PLEASE TAKE NOTICE** that the law firm of:

        TABAS, FREEDMAN, SOLOFF & MILLER, P.A.
        25 Southeast Second Avenue, Suite 919
        Miami, Florida 33131

hereby enters its appearance in this case as counsel for Spring Hill Associates, Ltd. All parties are requested to take notice of said appearance and to serve copies of any and all motions, pleadings, orders, reports or documents of any kind or nature filed in these proceedings upon said counsel.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail this 11th day of May, 2005, to all parties on the attached service list.

                          Respectfully submitted,

                          _____
                          Joel L. Tabas
                          Florida Bar No. 516902
                          TABAS, FREEDMAN, SOLOFF & MILLER, P.A.
                          *Attorneys for Spring Hill Associates, Ltd.*
                          919 Ingraham Building
                          25 Southeast Second Avenue
                          Miami, Florida 33131-1538
                          Telephone: (305) 375-8171
                          Telefax: (305) 381-7708

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Cynthia C. Jackson, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201<br>cjackson@smithhulsey.com | Adam Ravin, Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>aravin@skadden.com |
| Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>ddunne@milbank.com | Kenneth C. Meeker, Esquire<br>Assistant United States Trustee<br>135 W. Central Blvd.<br>Suite 620<br>Orlando, Florida 32801 | $R^2$ Investments, LDC<br>c/o Amalgamated Gadget, LP<br>301 Commerce Street, Suite 3200<br>Fort Worth TX 76102<br>Attn: Dave Gillespie, CFO |
| Deutsche Bank Trust Company Americas<br>60 Wall Street<br>New York, NY 10005-2858<br>Attn: S. Berg | New Plan Excel Realty Trust, Inc.<br>420 Lexington Avenue<br>New York, NY 10170 | Kraft Foods Global, Inc.<br>Three Lakes Drive<br>Northfield, IL 60093<br>Attn: Sandra Schirmang, Senior Director of Credit |
| Pepisco & Subsidiaries<br>7701 Legacy Drive 38-109<br>Plano, TX 75024<br>Attn: Scott Johnson, Group Credit Manager | OCM Opportunities Fund V, L.P.<br>C/o Oaktree Capital Management, LLC<br>Los Angeles, CA 90071<br>Attn: Alan S. Adler, VP | Capital Research & Management Co.<br>333 South Hope Street<br>Los Angles, CA 90071<br>Attn: Ellen Carr, VP |
| John B. Macdonald, Esquire<br>Akerman Senterfit<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202-3646 | | |