UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Jacksonville)

In re:                              *

WINN-DIXIE STORES, INC., et al.,    *    Case No. 5-3817-JAF

    Debtor.                         *    (Chapter 11)

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Dear Clerk:

Please enter the appearance of Joyce A. Kuhns, Esquire and Saul Ewing LLP, as counsel for Commodore Realty, Inc. and Isram Realty & Management, Inc., creditors in the above-captioned case. Pursuant to Federal Rule of Bankruptcy Procedure 2002(g) and 9010(b), and applicable Local Rules, the undersigned also requests that her name and address be entered on the general matrix and limited matrix for the above case, and that all notices, pleadings, orders and all papers served or required to be served in this case be sent to her as follows:

> Joyce A. Kuhns, Esquire
> Saul Ewing LLP
> 100 South Charles Street 15th Flr.
> Baltimore, Maryland 21201

Dated: May 11, 2005

_____
Joyce A. Kuhns, MD Bar No. 03979
Saul Ewing LLP
100 South Charles Street 15th Flr.
Baltimore, Maryland 21201
Tel: (410) 332-8965
Fax: (410) 332-8964
E-Mail jkuhns@saul.com

Attorneys for Commodore Realty, Inc. and
Isram Realty & Management, Inc.

848565.1 5/11/05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, a copy of the foregoing Entry of Appearance and Request for Notices was mailed, first-class mail, postage prepaid, to the following parties:

Adam Ravin, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

U.S. Trustee – JAX
135 W. Central Blvd. Suite 620
Orlando, FL 32801

John B. Macdonald
Akerman Senterfitt
50 North Laura St.
Suite 2500
Jacksonville, FL 32202

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water St., Sutie 1800
Jacksonville, FL 32201

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 1005

Joyce A. Kuhns