UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE, DIVISION

FILED
JACKSONVILLE, FLORIDA
MAY 13 2005
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re | : |
| | : *Chapter 11* |
| WINN-DIXIE STORES, INC., et al, | : Case No. 05-03817-3F1 |
| | : |
| Debtors. | : *(Jointly Administered)* |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice the undersigned hereby enters an appearance and request for service as attorney of record for Southbrook Partners, L.L.C., Shades Creek Partners, Foley Partners, L.L.C., and Wolfchase Associates, LLC., in the above-styled bankruptcy case.

Please take further notice that the undersigned requests all notices and papers given or required to be given in this case, be given and served upon:

W. Howard Donovan, III
Ann Marie Daugherty
Johnston, Conwell, & Donovan, L.L.C.
813 Shades Creek Parkway, Suite 200
Birmingham, AL 35209
205-414-1200 (Telephone)
205-414-1205 (Facsimile)

W. Howard Donovan, III
Ann Marie Daugherty

**Of Counsel:**
Johnston, Conwell, & Donovan
813 Shades Creek Parkway, Suite 200
Birmingham, AL 35209
205-414-1200 (Telephone)
205-414-1205 (Facsimile)

## CERTIFICATE OF SERVICE

      I certify that I have this date served the foregoing Request for Service upon the following parties by placing the same in the U.S. Mail, first class postage prepaid and addressed, on this the 10TH day of May, 2005.

D. Jan Baker
Rosalie Walker Gray
**Skadden, Arps, Slate, Meagher & Flom, LLP**
Four Times Square
New York, NY 10036

Stephen D. Busey
James H. Post
Cynthia C. Jackson
**Smith Hulsey & Busey**
225 Water Street, Suite 1800
Jacksonville, FL 32202

Sarah Robinson Borders
**King & Spalding LLP**
191 Peachtree Street
Atlanta, GA 30303

_____
Of Counsel