UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

In re                                       :
                                            :          Chapter 11
                                            :
WINN-DIXIE STORES, INC., et al,             :          Case No. 05-11063
                                            :
            Debtors.                        :          (Jointly Administered)
                                            :
—————————————————————— x


### DOCUMENTS SUPPORTING THE
### PRE-PETITION CLAIM OF
### OLD DIXIE PRODUCE & PACKAGING, INC.,
### F/K/A DIXIE PRODUCE & PACKAGING, INC.
### ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT


DWYER & CAMBRE
3421 N. Causeway Boulevard, Suite 601
Metairie, Louisiana 70002
Telephone: (504) 838-9090
Facsimile: (504) 838-9187
*Attorneys for PACA Claimant Old Dixie Produce & Packaging, Inc.,*
*f/k/a Dixie Produce & Packaging, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In re                                  :
                                       :        **Chapter 11**
                                       :
WINN-DIXIE STORES, INC., et al,        :        **Case No. 05-11063**
                                       :
                    Debtors.           :        **(Jointly Administered)**
                                       :
_____x


## DECLARATION OF MARK G. DUNCAN

1.

I am an attorney with Dwyer & Cambre, Attorneys for PACA Claimant Old Dixie Produce & Packaging, Inc., formerly known as Dixie Produce & Packaging, Inc. ("Old Dixie"). I am admitted to practice before the courts of the State of Louisiana as well as the courts of the State of New York, including the Southern District of New York. I submit this Declaration in support of Old Dixie's claim arising under the Perishable Agricultural Commodities Act and consistent with the Final Order Granting the Debtors Authority to Pay Pre-petition Claims Arising under the Perishable Agricultural Commodities Act.

2.

The Debtors are indebted unto Old Dixie in the sum of $240,100.65, as evidenced by the following Exhibits annexed hereto:

Exhibit A:    Statement of Account and underlying Invoices for produce sold by Old Dixie to Winn-Dixie La., Inc. in the sum of $212,851.68;

Exhibit B:    Statement of Account and underlying Invoices for produce sold by Old Dixie to Winn-Dixie Montgomery, Inc. in the sum of $250.00;

Exhibit C:    Statement of Account and underlying Invoices for produce sold by Old Dixie to Winn-Dixie Stores, Inc. (Jacksonville) in the sum of $565.50;

Exhibit D:    Statement of Account and underlying Invoices for produce sold by Old Dixie to Winn-Dixie La.Drayage in the sum of $455.00;

Exhibit E:    Statement of Account and underlying Invoices for produce sold by Old Dixie to Winn-Dixie @ New Orleans in the sum of $950.00;

Exhibit F:    Statement of Account and underlying Invoices for produce sold by Old Dixie to Winn-ixie Stores, Inc. (Jacksonville) in the sum of $15,723.50;

Exhibit G:    Statement of Account and underlying Invoices for produce sold by Old Dixie to SaveRite No. 2622 in the sum of $2,142.35;

Exhibit H:    Statement of Account and underlying Invoices for produce sold by Old Dixie to SaveRite No. 2626 in the sum of $619.40;

Exhibit I:    Statement of Account and underlying Invoices for produce sold by Old Dixie to SaveRite No. 2621 in the sum of $1,426.42;

Exhibit J:    Statement of Account and underlying Invoices for produce sold by Old Dixie to SaveRite No. 2625 in the sum of $2,033.55;

Exhibit K:    Statement of Account and underlying Invoices for produce sold by Old Dixie to SaveRite No. 2620 in the sum of $1,956.35;

Exhibit L:    Statement of Account and underlying Invoices for produce sold by Old Dixie to SaveRite No. 2628 in the sum of $1,003.95; and

Exhibit M:    Statement of Account and underlying Invoices for produce sold by Old Dixie to SaveRite No. 2629 in the sum of $122.95.

I declare, under penalty of perjury, that the foregoing matters are true.


Dated: Metairie, Louisiana
      March 30, 2005


_____
      MARK G. DUNCAN

tracey 03/17 3:24P DIXIE PRODUCE AND PACKAGING, INC.
CUSTOMER DETAIL LISTING
03/17/2005

CUSTOMER CODE:  0085

WINN DIXIE LA,INC.                SORT KEY: WINNWARE
P.O. BOX 40045                    LOCATION:
JACKSONVILLE,FL 32203            PHONE NO: (904) 370-6222
PERISHABLE INV.ACCTING

---

| CUSTOMER AGING & SALES | | SALES | COST | G/PROFIT | % G/P |
|---|---|---|---|---|---|
| CURRENT | 84418.35 | M-T-D: 12472.35 | .00 | 12472.35 | 100.0% |
| 10 DAYS | 51423.50 | | | | |
| 20 DAYS | 24881.75 | Y-T-D: 904332.10 | .00 | 904332.10 | 100.0% |
| 30 DAYS | 40792.00 | | | | |
| 40 DAYS | 11336.08 | LAST YEAR: 1895505.55 | .00 | 1895505.55 | 100.0% |

OPEN ORD BAL: -3920.70   M-T-D PMT:       .00

---

| INVOICE | DATE | INV AMOUNT | PMT REF | PMT DATE | PT THIS MO | *P/O NUM * | BALANCE |
|---|---|---|---|---|---|---|---|
| 0277175 | 12/13/03 | 5237.50 | 7111244 | 01/16/04 | 1171.42 | 75806 | 4066.08 |
| 0312106 | 06/29/04 | 1737.50 | | | | 80975 | 1737.50 |
| 0324983 | 09/02/04 | 4284.00 | | | | 82516 | 4284.00 |
| 0336685 | 11/02/04 | 474.00 | | | | 515139 | 474.00 |
| 0338016 | 11/08/04 | 1775.00 | | | | 522998 | 1775.00 |
| 0341802 | 11/29/04 | 755.00 | CR | 03/17/05 | 180.00 | 549257 | 575.00 |
| 0341969 | 11/29/04 | 1360.00 | CR | 03/17/05 | 170.00 | 551305 | 1190.00 |
| 0343409 | 12/06/04 | 1636.50 | CR | 03/17/05 | 360.00 | 560317 | 1276.50 |
| 0343486 | 12/06/04 | 3248.00 | CR | 03/17/05 | 98.00 | 561007 | 3150.00 |
| 0343607 | 12/09/04 | 2221.50 | | | | 561848 | 2221.50 |
| 0343634 | 12/09/04 | 2529.00 | | | | 562593 | 2529.00 |
| 0343763 | 12/09/04 | 1387.50 | | | | 563413 | 1387.50 |
| 0343844 | 12/09/04 | 2298.00 | | | | 563889 | 2298.00 |
| 0344028 | 12/10/04 | 4158.00 | | | | 565109 | 4158.00 |
| 0344039 | 12/11/04 | 3031.50 | | | | 564661 | 3031.50 |
| 0344043 | 12/12/04 | 2342.00 | | | | 564663 | 2342.00 |
| 0344413 | 12/13/04 | 2210.00 | | | | 566222 | 2210.00 |
| 0344569 | 12/14/04 | 1137.50 | | | | 568767 | 1137.50 |
| 0344746 | 12/15/04 | 4572.50 | | | | 570357 | 4572.50 |
| 0344908 | 12/16/04 | 7525.00 | | | | 571708 | 7525.00 |
| 0344960 | 12/16/04 | 380.00 | | | | 572488 | 380.00 |
| 0345139 | 12/18/04 | 7091.50 | | | | 573203 | 7091.50 |
| 0345140 | 12/19/04 | 6982.00 | | | | 573205 | 6982.00 |
| 0345508 | 12/20/04 | 3201.00 | | | | 566332 | 3201.00 |
| 0347539 | 01/03/05 | 2743.50 | CR | 03/17/05 | 18.00 | 588723 | 2725.50 |
| 0348822 | 01/10/05 | 2302.50 | CR | 01/31/05 | 462.50 | 595803 | 1840.00 |
| 0349609 | 01/15/05 | 1557.50 | | | | 601555 | 1557.50 |

tracey 03/17 3:24P DIXIE PRODUCE AND PACKAGING, INC.
CUSTOMER DETAIL LISTING
03/17/2005

CUSTOMER CODE:  0085

WINN DIXIE LA,INC.              SORT KEY: WINNWARE
P.O. BOX 40045                  LOCATION:
JACKSONVILLE,FL 32203           PHONE NO: (904) 370-6222
PERISHABLE INV.ACCTING

| INVOICE | DATE | INV AMOUNT | PMT REF | PMT DATE | PT THIS MO | *P/O NUM * | BALANCE |
|---------|------|-----------:|---------|----------|-----------:|-----------|--------:|
| 0349581 | 01/16/05 | 1496.25 | | | | 601567 | 1496.25 |
| 0349990 | 01/17/05 | 1400.00 | | | | 603940 | 1400.00 |
| 0350110 | 01/18/05 | 2930.00 | CR | 03/17/05 | 204.50 | 604624 | 2725.50 |
| 0350305 | 01/19/05 | 1695.00 | | | | 606066 | 1695.00 |
| 0350363 | 01/19/05 | 780.00 | | | | 606536 | 780.00 |
| 0350561 | 01/21/05 | 3619.00 | CR | 01/31/05 | 191.00 | 607024 | 3428.00 |
| 0350708 | 01/22/05 | 2216.00 | | | | 608173 | 2216.00 |
| 0350752 | 01/22/05 | 700.00 | | | | 608717 | 700.00 |
| 0350707 | 01/23/05 | 1909.75 | CR | 01/31/05 | 162.00 | 608182 | 1747.75 |
| 0351032 | 01/24/05 | 550.00 | CR | 01/31/05 | 104.50 | 609099 | 445.50 |
| 0351195 | 01/25/05 | 2608.00 | | | | 611140 | 2608.00 |
| 0351355 | 01/26/05 | 2338.00 | CR | 01/31/05 | 153.00 | 611816 | 2185.00 |
| 0351538 | 01/27/05 | 1143.00 | CR | 01/31/05 | 230.00 | 613034 | 913.00 |
| 0351714 | 01/29/05 | 2128.50 | | | | 613968 | 2128.50 |
| 0351716 | 01/30/05 | 1106.50 | CR | 01/31/05 | 230.00 | 613984 | 876.50 |
| 0334634PP | 01/31/05 | .00 | 7437834 | 01/31/05 | 48.75 | | -48.75 |
| 0334960PP | 01/31/05 | .00 | 7437834 | 01/31/05 | 39.00 | | -39.00 |
| 0335990PP | 01/31/05 | .00 | 7437834 | 01/31/05 | .75 | | -.75 |
| 0352054 | 01/31/05 | 2271.75 | | | | 615306 | 2271.75 |
| 0352055 | 01/31/05 | 3700.00 | | | | 616280 | 3700.00 |
| 0352618 | 01/31/05 | 200.00 | | | | 352055 | 200.00 |
| 0352182 | 02/01/05 | 1550.00 | | | | 617084 | 1550.00 |
| 0352358 | 02/02/05 | 1857.50 | | | | 618275 | 1857.50 |
| 0352518 | 02/04/05 | 2919.50 | | | | 619551 | 2919.50 |
| 0352705 | 02/05/05 | 2660.00 | | | | 620407 | 2660.00 |
| 0352830 | 02/05/05 | 2100.00 | | | | 621290 | 2100.00 |
| 0353103 | 02/08/05 | 1943.00 | | | | 622552 | 1943.00 |
| 0353276 | 02/09/05 | 90.00 | | | | 625186 | 90.00 |
| 0353411 | 02/10/05 | 2170.00 | | | | 626743 | 2170.00 |
| 0353588 | 02/11/05 | 3035.00 | | | | 628787 | 3035.00 |
| 0352670 | 02/12/05 | 7600.00 | | | | 620104 | 7600.00 |
| 0353590 | 02/12/05 | 1353.00 | | | | 628354 | 1353.00 |
| 0353591 | 02/13/05 | 826.00 | | | | 628361 | 826.00 |
| 0353620 | 02/19/05 | 931.00 | | | | 628877 | 931.00 |
| 0354536 | 02/20/05 | 2017.50 | | | | 635389 | 2017.50 |
| 0354844 | 02/21/05 | 2456.50 | | | | 636540 | 2456.50 |
| 0355047 | 02/22/05 | 1302.50 | | | | 637841 | 1302.50 |

tracey 03/17 3:24PDIXIE PRODUCE AND PACKAGING, INC.
CUSTOMER DETAIL LISTING
03/17/2005

CUSTOMER CODE:   0085

WINN DIXIE LA,INC.            SORT KEY: WINNWARE
P.O. BOX 40045               LOCATION:
JACKSONVILLE,FL 32203        PHONE NO: (904) 370-6222
PERISHABLE INV.ACCTING

| INVOICE | DATE | INV AMOUNT | PMT REF | PMT DATE | PT THIS MO | *P/O NUM * | BALANCE |
|---------|------|-----------|---------|----------|-----------|-----------|---------|
| 0355124 | 02/23/05 | 2806.50 | | | | 638605 | 2806.50 |
| 0352561 | 02/24/05 | 5854.00 | | | | 619748 | 5854.00 |
| 0355323 | 02/24/05 | 3400.00 | | | | 640208 | 3400.00 |
| 0353284 | 02/25/05 | 6400.00 | | | | 625776 | 6400.00 |
| 0353286 | 02/25/05 | 4800.00 | | | | 625778 | 4800.00 |
| 0352671 | 02/26/05 | 7600.00 | CR | 03/17/05 | 7600.00 | 620105 | .00 |
| 0352672 | 02/26/05 | 1900.00 | | | | 620111 | 1900.00 |
| 0353622 | 02/26/05 | 2925.00 | | | | 628879 | 2925.00 |
| 0353886 | 02/26/05 | 2776.50 | | | | 629924 | 2776.50 |
| 0354028 | 02/26/05 | 590.00 | | | | 631416 | 590.00 |
| 0354296 | 02/26/05 | 1070.50 | | | | 633671 | 1070.50 |
| 0354535 | 02/26/05 | 2745.00 | | | | 635247 | 2745.00 |
| 0355446 | 02/27/05 | 2483.50 | | | | 662038 | 2483.50 |
| 0355448 | 02/27/05 | 5072.50 | | | | 642035 | 5072.50 |
| 0353285 | 02/28/05 | 6400.00 | | | | 625777 | 6400.00 |
| 0355778 | 02/28/05 | 597.50 | | | | 644842 | 597.50 |
| 0353551 | 03/01/05 | 6400.00 | | | | 627841 | 6400.00 |
| 0355901 | 03/01/05 | 2447.00 | | | | 646404 | 2447.00 |
| 0356133 | 03/03/05 | 1180.00 | | | | 649243 | 1180.00 |
| 0356268 | 03/04/05 | 2870.00 | | | | 650506 | 2870.00 |
| 0356278 | 03/04/05 | 7172.85 | CR | 03/17/05 | -783.00 | 651162 | 7955.85 |
| 0356325 | 03/07/05 | 220.00 | | | | 653033 | 220.00 |
| 0356459CM | 03/16/05 | -360.00 | CR | 03/17/05 | -360.00 | 343409 | .00 |
| 0356460CM | 03/16/05 | -170.00 | CR | 03/17/05 | -170.00 | 341969 | .00 |
| 0356461CM | 03/16/05 | -180.00 | CR | 03/17/05 | -180.00 | 341802 | .00 |
| 0356464CM | 03/17/05 | -7600.00 | CR | 03/17/05 | -7600.00 | 352671 | .00 |
| 0356465CM | 03/17/05 | -204.50 | CR | 03/17/05 | -204.50 | 350110 | .00 |
| 0356466 | 03/17/05 | 783.00 | CR | 03/17/05 | 783.00 | 356278 | .00 |
| 0356467 | 03/17/05 | 12.00 | CR | 03/17/05 | 12.00 | 347539 | .00 |
| 0356468CM | 03/17/05 | -98.00 | CR | 03/17/05 | -98.00 | 343486 | .00 |

TOTAL AMOUNT DUE:                                    212851.68

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

12/13/03  16:37

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

0085
WINN DIXIE LA.INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN-DIXIE LOUISIANA
WAREHOUSE
600 EDWARDS AVE.
HARAHAN, LA

—DUPLICATE— 2

INVOICE No.    277175

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/11/03 | HOUSE SALES WHSE 1 | JJ | 75806 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/13/03 | DIXIE | 12/14/03 | | | Y-DOG/187 | A.WILLIAMS |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 425 | 425 | 16/3# MESH YELLOW ONIONS | BALE | 11.00 | 4675.00 |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | 9.50 | 95.00 |
| 20 | 20 | 25# JUMBO RED ONIONS | SACK | 11.50 | 230.00 |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 27.50 |
| 8 | 8 | 12/6oz CHOPPED GREEN ONION | BOX | 15.00 | 120.00 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| | | CHEP PALLETS ONLY. | | | |
| | 478 | INVOICE TOTAL: | | | 5237.50 |

*ck #711244    PP    1171.42*

*ooe→ 4066.04*

*June,*

*This invoice was short pd on ck# 7111244 by $4066.08. See attached no markings on receipt copy, & they signed for everything.*

RYAN No.: N/A  Seal No.: 7386

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

14 CHEP

| | Wt: 22,939.80 | PAYMENT DUE BY 01/23/04 |
|---|---|---|

LETS IN

PALLETS OUT

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
~HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

~0 DAYS

# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

12/13/03   16:37

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:          SHIP TO:

```
0085
WINN DIXIE LA,INC.              WINN-DIXIE LOUISIANA
P.O. BOX 40045                  WAREHOUSE
JACKSONVILLE,FL 32203           600 EDWARDS AVE.
PERISHABLE INV.ACCTING          HARAHAN, LA
```

**INVOICE No.    277175**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/11/03 | HOUSE SALES WHSE 1 | JJ | 75806 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/13/03 | DIXIE | 12/14/03 | | | Y-DOG/187 | A.WILLIAMS |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 425 | 425 | 16/3# MESH YELLOW ONIONS | BALE | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| 20 | 20 | 25# JUMBO RED ONIONS | SACK | | |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | | |
| 8 | 8 | 12/6oz CHOPPED GREEN ONION | BOX | | |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | | |
| | | CHEP PALLETS ONLY. | | | |

RECEIVED

DATE 12-14-03

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: 7386

"Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

14 CHEP

| | PALLETS OUT | Wt:   22,939.80 | PAYMENT DUE BY 01/23/04 |
|---|---|---|---|

MERCHANDISE ACCEPTED FOR RETURN
WITH AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                       SHIP TO:

0085
WINN DIXIE LA,INC.                             WINN DIXIE HAMMOND
P.O. BOX 40045                                 WAREHOUSE
JACKSONVILLE,FL 32203                          3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                         HAMMOND, LA 70401

REPRINT                                        INVOICE No.      312106

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 06/29/04 | HOUSE ACCOUNTS | AS | 80975 | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 06/30/04 | DIXIE | 06/29/04 | 04:5 0 | 0312 | 853/793 | L A |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION | SACK | 14.00 | 140.00 |
| 0 | 0 | 10/5# PRE-PACK YELLOW ONIONS | BOX | .00 | .00 |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 10.50 | 1050.00 |
| 30 | 30 | 25# JUMBO RED ONIONS | SACK | 11.00 | 330.00 |
| 5 | 5 | 50# SACKS JUMBOS YELLOW ONIO | SACK | 11.00 | 55.00 |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 27.50 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| | | SWAP  PALLETS | | | |
| | 165 | | | INVOICE TOTAL: | 1737.50 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PAYMENT DUE BY 07/09/2004

| ETS IN | PALLETS OUT | RECEIVED IN GOOD ORDER BY: _____ |
|---|---|---|

1 DPP-1

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

MO. NET 10 DAYS

DELIVERY COPY

# dixie produce and packaging, inc.



**5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
**TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950**
**LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080**
**FAX: 1-337-237-9086**

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**REPRINT**                                    INVOICE No.    **32498:**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 09/02/04 | HOUSE ACCOUNTS | JJ | 82516 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 09/02/04 | DIXIE | 09/02/04 | 04:5 0 | 0324 | 80/237237 | D S |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION | SACK | 13.50 | 270.00 |
| 200 | 200 | 16/3# LG/MED YELLOW ONION | BALE | 11.50 | 2300.00 |
| 40 | 40 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 11.50 | 460.00 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION | SACK | 10.00 | 200.00 |
| 25 | 25 | 25# JUMBO RED ONIONS | SACK | 10.00 | 250.00 |
| 20 | 20 | 50# SACKS JUMBOS YELLOW ONIO | SACK | 9.50 | 190.00 |
| 8 | 8 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 44.00 |
| 20 | 20 | 12/6oz CHOPPED GREEN ONION | BOX | 15.00 | 300.00 |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | 9.00 | 270.00 |
| | | SWAP  PALLETS | | | |
| | | PICK UP 36 PALLETS BOARDS | | | |
| | 383 | INVOICE TOTAL: | | | 4284.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PALLETS IN | PALLETS OUT | PAYMENT DUE BY 09/12/20( |
|---|---|---|

FORM DPP-1

NO MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-9950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO:    11/02/04    02:37

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

## —DUPLICATE— 2

**INVOICE No.       336685**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 11/01/04 | HOUSE ACCOUNTS | AS | 515139 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT # | TRAILER LIC.# | DRIVER |
|---|---|---|---|---|---|---|
| 11/01/04 | DIXIE | 11/02/04 | | | 796/749 | R T |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.50 | 95.00 |
| 20 | 20 | 25# JUMBO RED ONIONS | SACK | 9.00 | 180.00 |
| 2 | 2 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 11.00 |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | 9.00 | 180.00 |
| 1 | 1 | 50# YELLOW PRE-PKS | LBS | 8.00 | 8.00 |
| | | SWAP  PALLETS | | | |
| | 53 | INVOICE TOTAL: | | | 474.00 |

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PALLETS IN | PALLETS OUT | 2 4=WAY Wt:  1,303.82 | PAYMENT DUE BY 12/17/04 |
|---|---|---|---|

FORM DPP-1

NO MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8960
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

11/09/04   04:12

SOLD TO:                             SHIP TO:

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.                   WINN DIXIE HAMMOND
P.O. BOX 40045                       WAREHOUSE
JACKSONVILLE,FL 32203                3925 HWY. 190 WEST
PERISHABLE INV.ACCTNG                HAMMOND, LA 70401

—DUPLICATE— 2                        INVOICE No.        338016

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 11/08/04 | HOUSE ACCOUNTS | AS | 522998 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | DELIVER DATE | APPT TIME | APPT # | TRAILER LIC. # | | TAX | DRIVER |
|---|---|---|---|---|---|---|---|---|
| 11/08/04 | DIXIE | 11/09/04 | | | 851749 | T W | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 25 | 25 | 50# SACKS JUMBOS WHITE ONION | SACK | 17.00 | 425.00 |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 120.00 |
| 35 | 35 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.00 | 315.00 |
| 40 | 40 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 380.00 |
| 15 | 15 | 25# JUMBO RED ONIONS | SACK | 9.00 | 135.00 |
| 25 | 25 | 50# SACKS JUMBOS YELLOW ONIO | SACK | 9.50 | 237.50 |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 27.50 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| | | SWAP  PALLETS | | | |
| | 175 | INVOICE TOTAL: | | | 1775.00 |

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

6 4-WAY

|  | Wt:    7,862.36 | PAYMENT DUE BY 12/24/04 |
|---|---|---|
| LETS IN | | |
| M DPP-1 | PALLETS OUT | |

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

RMS: NET 10 DAYS

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVIS''  !  •  1-337-235-8080  •  1-877-235-8080
 :#.: 1-337-237-9086

11/30/04   09:48      PLEASE REMIT PAYMENT TO:
                                      P. O. BOX 54073
                                      NEW ORLEANS, LA 70154

SOLD TO:                         SHIP TO:

0085
WINN DIXIE LA,INC.               WINN DIXIE HAMMOND
P.O. BOX 40045                   WAREHOUSE
JACKSONVILLE,FL 32203            3925 HWY. 190 WEST
PERISHABLE INV.ACCTING           HAMMOND, LA 70401

—DUPLICATE— 3                    INVOICE No.      341802

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 11/29/04 | HOUSE ACCOUNTS | AS | 549257 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 11/30/04 | DIXIE | 11/30/04 | 01:00P | | 754 | ANGEL  C. |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 20 | 20 0 | 25# JUMBO RED ONIONS | SACK | 9.00 | 180.00 |
| | | 〈 DOUBLE RUN 〉 | | | |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | 9.00 | 180.00 |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 45.00 |
| 25 | 25 | 40# JUMBO YELLOW SWEET ONION | LBS | 14.00 | 350.00 |
| | | 〈 DOUBLE RUN 〉 | | | |
| | | SWAP  PALLETS | | | |
| | | WAITING FOR SWET ONIONS | | | |
| | | DUE FIRST THING AM  MAKE APP | | | |
| | | FOR PM | | | |
| | 68 | INVOICE TOTAL: | | | 755.00 |

~180.00
525.00

RYAN No.: N/A   Seal No.: N/A

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

3 4—WAY

| TS IN | PALLETS OUT | Wt: 1,820.23 | PAYMENT DUE BY 01/14/05 |
|---|---|---|---|

DPP-1

RCHANDISE ACCEPTED FOR RETURN          RECEIVED IN
UT OUR AUTHORITY.                      GOOD ORDER BY: _____

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

03/16/05   17:19     PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                    SHIP TO:

0085
WINN DIXIE LA,INC.                          WINN-DIXIE LOUISIANA
P.O. BOX 40045                              WAREHOUSE
JACKSONVILLE,FL 32203                       3925 HWY 190 WEST
PERISHABLE INV.ACCTING                      HAMMOND, LA 70401

## —CREDIT MEMO—

INVOICE No.      356461

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 03/16/05 | HOUSE ACCOUNTS | TS | 341802 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 03/16/05 | | | | | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 25# JUMBO RED ONIONS<br>REF INV 341802<br>CUSTOMER REFUSED ONIONS | SACK | 9.00- | 180.00 |
| | 20 | INVOICE TOTAL: | | | 180.00- |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

None
Wt:     530.00     PAYMENT DUE IN 45 DAYS

ETS IN                          PALLETS OUT

DPP-1

ERCHANDISE ACCEPTED FOR RETURN         RECEIVED IN
OUT OUR AUTHORITY.                     GOOD ORDER BY: _____

MS: NET 10 DAYS                 DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                    SHIP TO:11/30/04   09:48

0085
WINN DIXIE LA,INC.                         WINN DIXIE HAMMOND
P.O. BOX 40045                             WAREHOUSE
JACKSONVILLE,FL 32203                      3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                     HAMMOND, LA 70401

**INVOICE No.**          341802

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 11/29/04 | HOUSE ACCOUNTS | AS | 549257 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 11/30/04 | DIXIE | 11/30/04 | 01:00P | | 754 | ANGEL  C. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 25# JUMBO RED ONIONS | SACK | | |
| | | < DOUBLE RUN > | | | |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | | |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 25 | 25 | 40# JUMBO YELLOW SWEET ONION | LBS | | |
| | | < DOUBLE RUN > | | | |
| | | SWAP  PALLETS | | | |
| | | WAITING FOR SWET ONIONS | | | |
| | | DUE FIRST THING AM  MAKE APP | | | |
| | | FOR PM | | | |

11-30-04

RYAN No.: N/A  Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

3-4-WAY

| PALLETS IN | PALLETS OUT | Wt:  1,820.23 | PAYMENT DUE BY 01/14/05 |
|---|---|---|---|

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

```
0085
WINN DIXIE LA, INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                         WAREHOUSE
JACKSONVILLE, FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV. ACCTING                HAMMOND, LA 70401
```

REPRINT                        341969


11/30/04  HOUSE ACCOUNTS      AS    551305                      PAGE: 1


11/30/04  DIXIE      11/29/04  04:500    0341    856/756    WILLIAM B
                          12(1

| | | | | | |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION SACK | | 17.00 | 170.00 |
| | | < DOUBLE RUN > | | | |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| 70 | 70 | 40# JUMBO YELLOW SWEET ONION | LBS | 14.00 | 980.00 |
| | | < DOUBLE RUN > | | | |
| | | SWAP  PALLETS | | | |

```
      ------                                        ----------
        100              INVOICE TOTAL:                1360.00
                                                     - 170.00
                                                     ----------
                                                      1190.00
```


             RYAN No.: N   Seal No.: N


                                          PAYMENT DUE BY 12/09/2004

# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

03/16/05   17:18

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN-DIXIE LOUISIANA
WAREHOUSE
3925 HWY 190 WEST
HAMMOND, LA 70401

## —CREDIT MEMO—

INVOICE No.    356466

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 03/16/05 | HOUSE ACCOUNTS | TS | 341969 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 03/16/05 | | | | | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# JUMBO WHITE ONIONS<br>REF INV 341969<br>CUTOMER REFUSED ONIONEND | BOX | 17.00- | 170.00 |
| | 10 | INVOICE TOTAL: | | | 170.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

None

| | | Wt: | 520.00 | PAYMENT DUE IN 45 DAYS |
|---|---|---|---|---|
| LLETS IN | PALLETS OUT | | | |

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

RMS: NET 10 DAYS

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA  70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9080

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO: *T 961856*

SHIP TO: 12/01/04   02:38

```
0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING
```

```
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401
```

—DUPLICATE— 3

**INVOICE No.**   341969

| VOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 11/30/04 | HOUSE ACCOUNTS | AS | 551305 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 11/30/04 | DIXIE | 12/01/04 | 06:00A | | 856/756 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 100 *REFUSED* | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | | |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | | |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 70 | 70 | 40# JUMBO YELLOW SWEET ONION < DOUBLE RUN > | LBS | | |
| | | SWAP PALLETS | | | |

(90)

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

3 4-WAY

| | Wt: 3,634.93 | PAYMENT DUE BY 01/15/05 |
|---|---|---|
| PALLETS IN | | |
| PPP-1 | PALLETS OUT | |

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401

REPRINT                           343409
```

| 12/07/04 | HOUSE ACCOUNTS | AS | 560317 | | | PAGE: 1 |

| 12/07/04 | DIXIE | 12/06/04 | 04:500 | 0343 | 856/149 | WILLIAM BRYER |

| 40 | 80 | 25# JUMBO RED ONIONS | SACK | 9.00 | 360.00 |
| | | < DOUBLE RUN > | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 95.00 |
| | | < DOUBLE RUN > | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 80.00 |
| | | < DOUBLE RUN > | | | |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 950.00 |
| | | < DOUBLE RUN > | | | |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 16.50 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 45.00 |
| | | SWAP PALLETS | | | |

```
   ------                                          ----------
     176                     INVOICE TOTAL:            1636.50
                                                     - 360.00
                                                      1276.50
```

RYAN No.: N  Seal No.: N

PAYMENT DUE BY 12/16/2004



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

03/16/05   17:17

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                   SHIP TO:

0085
WINN DIXIE LA,INC.                        WINN-DIXIE LOUISIANA
P.O. BOX 40045                            WAREHOUSE
JACKSONVILLE,FL 32203                     3925 HWY 190 WEST
PERISHABLE INV.ACCTING                    HAMMOND, LA 70401

## —CREDIT MEMO—

INVOICE No.   356459

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 03/16/05 | HOUSE ACCOUNTS | TS | 343409 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 03/16/05 | | | | | | |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 40 | 40 | 25# JUMBO RED ONIONS | SACK | 9.00- | 360.00 |
| | | REF INV 343409 | | | |
| | | CUSTOMER REFUSED ONIONS | | | |
| | 40 | INVOICE TOTAL: | | | 360.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

None

Wt:  1,060.00     PAYMENT DUE IN 45 DAYS

LETS IN                          PALLETS OUT

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

RMS: NET 10 DAYS

**DELIVERY COPY**

# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

977/49

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO: 96'855          SHIP TO: 12/08/04   03:34

0085
WINN DIXIE LA, INC.               WINN DIXIE HAMMOND
P.O. BOX 40045                    WAREHOUSE
JACKSONVILLE, FL 32203           3925 HWY. 190 WEST
PERISHABLE INV. ACCTING          HAMMOND, LA 70401

**INVOICE No.          343409**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 12/07/04 | HOUSE ACCOUNTS | AS | 560317 | | PAGE: 1 | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/07/04 | DIXIE | 12/08/04 | 01:00P | | 856/149 | WILLIAM BRYER |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 40 | 40 | 25# JUMBO RED ONIONS ( DOUBLE RUN ) | SACK | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 100 | 100 | 16/3# LG/MED YELLOW ONION ( DOUBLE RUN ) | BALE | | |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | | |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | | |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |

ReFused
40 Case 3

RECEIVED
DATE 12-8-04
SIGNATURE
WINN-DIXIE LOUISIANA, INC

RYAN No.: N   Seal No.: N

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

7-4 WAY

| PALLETS IN | 7 | PALLETS OUT | Wt: 7,386.77 | PAYMENT DUE BY 01/22/05 |
|---|---|---|---|---|

DPP-1

MERCHANDISE ACCEPTED FOR RETURN          RECEIVED IN
WITHOUT OUR AUTHORITY.                    GOOD ORDER BY: _____

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENU G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

12/07/04   15:13

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

**SHIP TO:**

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 3

**INVOICE No.**   343486

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| | | | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 50 | 50 | 11# CLUSTER HOT HOUSE TOMATO | BOX | 21.00 | 1050.00 |
| | 5 | 12 CT CLAM SHELL CHERRY TOMA | BOX | 18.50 | 92.50 |
| | 2 | 1 LAYER 5 X 6 TOMATO | BOX | 15.00 | 30.00 |
| | | ( GREEN      ) | | | |
| 15 | 15 | 24 CT TURNIP GREEN | BOX | 12.50 | 187.50 |
| 13 | 13 | 28 CT CLEMENTINE | BOX | 6.50 | 84.50 |
| 20 | 20 | 24 CT FANCY EGGPLANT | BOX | 18.00 | 360.00 |
| 20 | 20 | 18# FANCY ZUCCHINI SQUASH | BOX | 15.00 | 300.00 |
| 1 | 1 | 60 CT CURLY PARSLEY | BOX | 17.00 | 187.00 |
| | | 30CT ARTICHOKE | BOX | 49.00 | 98.00 |
| 3 | 3 | 30/6 OZ CELLO RADISHES | BOX | 12.50 | 37.50 |
| | | 10# SERRANO PEPPERS | BOX | 21.00 | 21.00 |
| 40 | 40 | 120 CT LA SATSUMA | BOX | 20.00 | 800.00 |
| | | DEL ASAP | | | |
| | 181 | INVOICE TOTAL: | | | 3248.00 |

RYAN No.: N/A   Seal No.: N6/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5-4-WAY

WT: 4,145.45   PAYMENT DUE BY 01/21/05

ETS IN                 PALLETS OUT

DPP-1

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23847 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

12/07/04   15:13

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**   343486

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 12/07/04 | HOUSE ACCOUNTS | AP | 581007 | | |

| SHIP DATE | SHIP VIA | ARRIV DATE | APPT. TIME | APPT # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/07/04 | DTRUCK | 12/07/04 | 04:00P | ASAP | 725 | ALFRED N |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | SWAP PALLETS | | | |
| 50 | 50 | 11# CLUSTER HOT HOUSE TOMATO | BOX | | |
| 5 | 5 | 12 CT CLAM SHELL CHERRY TOMA | BOX | | |
| 2 | 2 | 1 LAYER 5 X 6 TOMATO | BOX | | |
| | | ( GREEN ) | | | |
| 15 | 15 | 24 CT TURNIP GREEN | BOX | | |
| 13 | 13 | 28 CT CLEMENTINE | BOX | | |
| 20 | 20 | 24 CT FANCY EGGPLANT | BOX | | |
| 20 | 20 | 18# FANCY ZUCCHINI SQUASH | BOX | | |
| 11 | 11 | 60 CT CURLY PARSLEY | BOX | | |
| 2 | 72 Refused | 30CT ARTICHOKE | BOX | | |
| 3 | 3 | 30/6 OZ CELLO RADISHES | BOX | | |
| 1 | 1 | 10# SERRANO PEPPERS | BOX | | |
| 40 | 40 | 120 CT LA SATSUMA | BOX | | |
| | | DEL ASAP | | | |

**RECEIVED**

DATE 12-7-04

SIGNATURE _____

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: NB/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Wt.: 4,145.45   PAYMENT DUE BY 01/21/05

| | PALLETS OUT | |
|---|---|---|

NO MER
WITHO   ISE ACCEPTED FOR RETURN
         AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

TERMS:
         DAYS

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-8086

SOLD TO:

SHIP TO:    03/17/05   15:20

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
0085
WINN DIXIE LA,INC.                    WINN-DIXIE LOUISIANA
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401
```

## —CREDIT MEMO—   INVOICE No.    356468

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 03/17/05 | HOUSE ACCOUNTS | TS | 343486 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 03/17/05 | | | | | | |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 2 | 2 | 30CT ARTICHOKE<br>REF INV 343486 | BOX | 49.00- | 98.00 |
| | 2 | INVOICE TOTAL: | | | 98.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| LETS IN | PALLETS OUT | Wt:   None .00 | PAYMENT DUE IN 45 DAYS |
|---|---|---|---|

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
IOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

IMS: NET 10 DAYS

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

12/09/04   03:24

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                          SHIP TO:

0085
WINN DIXIE LA,INC.                WINN DIXIE HAMMOND
P.O. BOX 40045                    WAREHOUSE
JACKSONVILLE,FL 32203             3925 HWY. 190 WEST
PERISHABLE INV.ACCTING            HAMMOND, LA 70401

—DUPLICATE— 2                     INVOICE No.      343607

| VOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/08/04 | HOUSE ACCOUNTS | AS | 561848 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/08/04 | DIXIE | 12/09/04 | 00:01P | | 796/750 | ANGEL NARCESE |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 9.50 | 95.00 |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 17.00 | 340.00 |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 120.00 |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1425.00 |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 16.50 |
| 15 | 15 | 12/6 CHOPPED GREEN ONION SWAP PALLETS | BOX | 15.00 | 225.00 |
| | 213 | INVOICE TOTAL: | | | 2221.50 |

RYAN No.: N  Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

B 4-WAY

PALLETS IN
PALLETS OUT           Wt:  10,121.78      PAYMENT DUE BY 01/23/05

PP-1

RCHANDISE ACCEPTED FOR RETURN
IT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

12/09/04   03:24

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

0085
WINN DIXIE LA.INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No.   343607

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/08/04 | HOUSE ACCOUNTS | AS | 561848 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/08/04 | DIXIE | 12/09/04 | 00:01P | | 796/750 | ANGEL NARCESE |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | | |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | | |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | | |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | | |
| 15 | 15 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |

RECEIVED

DATE _12-9-04_

SIGNATURE _____

WINN DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

R 4-WAY

| | | Wt: 10,121.78 | PAYMENT DUE BY 01/23/05 |
|---|---|---|---|
| 'S IN | PALLETS OUT | | |

PP-1

RECEIVED IN
GOOD ORDER BY: _____

CHANDISE ACCEPTED FOR RETURN
T OUR AUTHORITY.

DELIVERY COPY



# dixie prod    e and packaging, inc.

5801 AVENUE G   •    )X 23647   •   NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHC         ) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE       ai DIVISION   •   1-337-235-8080   •   1-877-235-8080
FAX: 1-337-237-9086

|  |  |  |
|---|---|---|
| SOLD TO: | SHIP TO: | PLEASE REMIT PAYMENT TO:<br>P. O. BOX 54073<br>NEW ORLEANS, LA 70154 |

12/00/04   15.17

```
9005
WINN DIXIE LA,INC.             WINN DIXIE HAMMOND
P.O. BOX 40045                 WAREHOUSE
JACKSONVILLE,FL 32203          9925 HWY. 190 WEST
PERISHABLE INV.ACCTING         HAMMOND, LA 70401
```

—DUPLICATE— 2                          **INVOICE No.**      34363?

| VOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| | | | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 30.00 |
| | | SWAP  PALLETS | | | |
| 14 | 14 | 20 CT CLEMENTINE | BOX | 6.50 | 104.00 |
| 15 | 15 | 175 CT LIMES | BOX | 22.50 | 337.50 |
| | | 24 CT BOSTON LETTUCE | EACH | 10.50 | 41.00 |
| 15 | 15 | 50# PLANTAIN BANANAS | BOX | 22.50 | 337.50 |
| | | 10/3# LA SATSUMA | BOX | 18.00 | 144.00 |
| | | 1 LAYER 5 X 6 TOMATO | BOX | 15.00 | 15.00 |
| | | ( GREEN ) | | | |
| | | DELIVER ASAP | | | |
| | 215 | INVOICE TOTAL: | | | 2520.00 |

RYAN No.: N/A   Seal No.: N/A

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the erishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, 'l inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities ntil full payment is received."

6 4-WAY

| TS IN | PALLETS OUT | WT.   8,020.00 | PAYMENT DUE BY 01/30/00 |
|---|---|---|---|

OPP-1

RCHANDISE ACCEPTED FOR RETURN
UT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G    P.O. BOX 23647    NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX  (504) 734-8950
LAFAYETTE RETAIL DIVISION •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                          SHIP TO: 12/08/04   15:47

0085
WINN DIXIE LA,INC.                        WINN DIXIE HAMMOND
P.O. BOX 40045                            WAREHOUSE
JACKSONVILLE,FL 32203                     3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                    HAMMOND, LA 70401

**INVOICE No.    3 4 3 6 3 4**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/08/04 | HOUSE ACCOUNTS | JJ | 562593 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/08/04 | DIXIE | 12/08/04 | 04:30P | | 725 | ALFRED N. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 160 | 160 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 2 | 2 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP  PALLETS | | | |
| 16 | 16 | 28 CT CLEMENTINE | BOX | | |
| 15 | 15 | 175 CT LIMES | BOX | | |
| 2 | 2 | 24 CT BOSTON LETTUCE | EACH | | |
| 15 | 15 | 50# PLANTAIN BANANAS | BOX | | |
| 8 | 8 | 10/3# LA SATSUMA | BOX | | |
| 1 | 1 | 1 LAYER 5 X 6 TOMATO | BOX | | |
| | | < GREEN       > | | | |
| | | DELIVER ASAP | | | |

RECEIVED
DATE 12.8-04
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, these inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

6 4-WAY

| | PALLETS OUT | Wt:   9,632.86 | PAYMENT DUE BY 01/22/05 |
|---|---|---|---|

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
OUR AUTHORITY.

NET 10 DAYS

**DELIVERY COPY**