

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

12/10/04   03:22

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

**SHIP TO:**

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.**   343763

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/09/04 | HOUSE ACCOUNTS | AS | 563413 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/09/04 | DIXIE | 12/10/04 | 01:00P | | 793/191 | GEORGE JOLLA |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 9.50 | 190.00 |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 17.00 | 255.00 |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 80.00 |
| 50 | 50 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 475.00 |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 27.50 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 15 | 15 | 12/6 CHOPPED GREEN ONION SWAP PALLETS | BOX | 15.00 | 225.00 |
| | 130 | INVOICE TOTAL: | | | 1387.50 |

RYAN No.: N   Seal No.: N

"he perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Pershable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities til full payment is received."

5 4 WAY

| S IN | PALLETS OUT | Wt:   5,248.86 | PAYMENT DUE BY 01/24/05 |
|---|---|---|---|

PP-1

CHANDISE ACCEPTED FOR RETURN
T OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

DELIVERY COPY



# dixi   produce and packaging, inc.

ENUE G   •   P.O. BOX 23647   •   NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION   •   1-337-235-8080   •   1-877-235-8080
FAX: 1-337-237-9086

12/10/04   03:22

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                           SHIP TO:

0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401

**INVOICE No.    343763**

| VOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/09/04 | HOUSE ACCOUNTS | AS | 563413 | | PAGE: 1 |

| HIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/09/04 | DIXIE | 12/10/04 | 01:00P | | 793/191 | GEORGE JOLLA |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 50 | 50 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | | |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | | |
| 15 | 15 | 12/6 CHOPPED GREEN ONION SWAP PALLETS | BOX | | |

**RECEIVED**
DATE 12-10-04
SIGNATURE
WINN-DIXIE LOUISIANA INC

RYAN No.: N   Seal No.: N

e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
rishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities,
inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
il full payment is received."

6 4-WAY

Wt:   5,248.86    PAYMENT DUE BY 01/24/05

IN                   PALLETS OUT

P-1

RECEIVED IN
GOOD ORDER BY: _____

HANDISE ACCEPTED FOR RETURN
OUR AUTHORITY.

DELIVERY COPY

# dixie produ ? and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  EW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-750'  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISIOI    1-337-235-8080  •  1-877-235-8080
FA  37-237-9086

12/09/04  15:36    **PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

OLD TO:                          S`HIP TO:

```
0025                             WINN DIXIE HAMMOND
WINN DIXIE LA.INC.               WAREHOUSE
P.O. BOX 40045                   3925 HWY. 190 WEST
JACKSONVILLE,FL 32203            HAMMOND, LA 70401
PERISHABLE INV.ACCTING
```

-DUPLICATE- 2                    **INVOICE No.**    343844

| ICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| | | | | | |

| IP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY ERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 4 | 40 | 24 CT PREMIUM CELLO LETTUCE | BOX | 22.00 | 880.00 |
| 1 | 10 | 28 CT CLEMENTINE | BOX | 6.50 | 65.00 |
| | | 10/4 CT LARGE TOMATO | BOX | 21.50 | 107.50 |
| | | < LP > | | | |
| 3 | 33 | 11# CLUSTER HOT HOUSE TOMATO | BOX | 21.50 | 709.50 |
| | | < IN BOX > | | | |
| | | 24/2# CELLO CARROTS | BOX | 17.50 | 35.00 |
| | | 35# SPAGHETTI SQUASH | BOX | 33.00 | 66.00 |
| | | 22# BROCCOLI CROWN | BOX | 22.00 | 22.00 |
| | | 30# BOK CHOY | BOX | 21.50 | 43.00 |
| | | DELIVER ASAP | | | |
| | 13 | INVOICE TOTAL: | | | 2298.00 |

RYAN No.: N/A    Seal No.: N/A

e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the ishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities il full payment is received."

Z 4-WAY
ND.  5,100.0'    PAYMENT DUE BY 01/30/05

| IN | PALLETS OUT | |
|---|---|---|

P-1

CHANDISE ACCEPTED FOR RETURN    RECEIVED IN
 OUR AUTHORITY.                  GOOD ORDER BY: _____

**DELIVERY COPY**

# dixie produce and packaging, inc.



5801 AVENUE G • P.O. BOX 23647 • W ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                    SHIP TO: 12/09/04    15:36

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING               HAMMOND, LA 70401
```

**INVOICE No.**       **3 4 3 8 4 4**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/09/04 | HOUSE ACCOUNTS | JJ | 563889 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/09/04 | DIXIE | 12/09/04 | 04:30P | | 725 | WENDELL |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 40 | 40 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 40 | 40 | 24 CT PREMIUM CELLO LETTUCE | BOX | | |
| 10 | 10 | 28 CT CLEMENTINE | BOX | | |
| 5 | 5 | 10/4 CT LARGE TOMATO | BOX | | |
| | | < LP > | | | |
| 33 | 33 | 11# CLUSTER HOT HOUSE TOMATO | BOX | | |
| | | < IN BOX > | | | |
| 2 | 2 | 24/2# CELLO CARROTS | BOX | | |
| 2 | 2 | 35# SPAGHETTI SQUASH | BOX | | |
| 1 | 1 | 22# BROCCOLI CROWN | BOX | | |
| 2 | 2 | 30# BOK CHOY | BOX | | |
| | | DELIVER ASAP | | | |

RECEIVED
DATE 12-9-04
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

7 4-WAY

| | | Wt:    5,139.47 | PAYMENT DUE BY 01/23/05 |
|---|---|---|---|
| ETS IN | PALLETS OUT | | |

1 DPP-1

RECEIVED IN
GOOD ORDER BY: _____

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

**DELIVERY COPY**

22

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

12/10/04    15:41

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                    SHIP TO:

0085
WINN DIXIE LA,INC.                WINN DIXIE HAMMOND
P.O. BOX 40045                    WAREHOUSE
JACKSONVILLE,FL 32203            3925 HWY. 190 WEST
PERISHABLE INV.ACCTNG            HAMMOND, LA 70401

—DUPLICATE— 3

**INVOICE No.**        344328

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/10/04 | HOUSE ACCOUNTS | 30 | 588109 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/10/04 | DIXIE | 12/10/04 | 04:30P | | 080 | WINDELL |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | SWAP  PALLETS | | | |
| 100 | 100 | 10/4 CT LARGE TOMATO | BOX | 18.00 | 1800.00 |
| | | ( LP  ) | | | |
| 10 | 10 | 28 CT CLEMENTINE | BOX | 6.50 | 65.00 |
| 30 | 30 | 28 CT FLA. AVOCADO | BOX | 19.00 | 570.00 |
| 10 | 10 | 24 CT FANCY EGGPLANT | BOX | 17.00 | 170.00 |
| 10 | 10 | 48/1# CELLO CARROTS | BOX | 17.00 | 170.00 |
| 30 | 30 | 24/1# WHOLE PEELED BABY CARR | BOX | 22.60 | 678.00 |
| 30 | 30 | 19# RED GLOBE GRAPE | BOX | 23.50 | 705.00 |
| | | MUST LEAVE BEFORE 5:30PM | | | |
| | 220 | INVOICE TOTAL: | | | 4158.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

SAFEWAY

Wt: 6,580.00        PAYMENT DUE BY 01/24/05

PALLETS IN                    PALLETS OUT

1 DPP-1

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                              SHIP TO: 12/10/04  15:41

0085
WINN DIXIE LA,INC.                   WINN DIXIE HAMMOND
P.O. BOX 40045                       WAREHOUSE
JACKSONVILLE,FL 32203                3925 HWY. 190 WEST
PERISHABLE INV.ACCTING               HAMMOND, LA 70401

**INVOICE No.**        344028

| VOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/10/04 | HOUSE ACCOUNTS | JJ | 565109 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/10/04 | DIXIE | 12/10/04 | 04:30P | | 080 | WINDELL |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | SWAP  PALLETS | | | |
| 100 | 100 | 10/4 CT LARGE TOMATO | BOX | | |
| | | 〈 LP            〉 | | | |
| 10 | 10 | 28 CT CLEMENTINE | BOX | | |
| 30 | 30 | 28 CT FLA. AVOCADO | BOX | | |
| 10 | 10 | 24 CT FANCY EGGPLANT | BOX | | |
| 10 | 10 | 48/1# CELLO CARROTS | BOX | | |
| 30 | 30 | 24/1# WHOLE PEELED BABY CARR | BOX | | |
| 30 | 30 | 19# RED GLOBE GRAPE | BOX | | |
| | | MUST LEAVE BEFORE 3:30PM | | | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5 4-WAY

| | | Wt: | 5,380.05 | PAYMENT DUE BY 01/24/05 |
|---|---|---|---|---|
| 'S IN | PALLETS OUT | | | |

·PP-1

·RCHANDISE ACCEPTED FOR RETURN
JT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

 # dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 734-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO: 12/11/04    22:52

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.        344039**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/10/04 | HOUSE ACCOUNTS | JJ | 564661 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/11/04 | DIXIE | 12/12/04 | | | 751 | alfred narcisse |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 50 | 50 | 25# JUMBO RED ONIONS < DOUBLE RUN > | SACK | 9.00 | 450.00 |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | 9.50 | 95.00 |
| 25 | 25 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | 17.00 | 425.00 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | 8.00 | 160.00 |
| 40 | 40 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 370.00 |
| 120 | 120 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1140.00 |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 16.50 |
| 25 | 25 | 6/14OZ FRESH SALSA | LBS | 9.00 | 225.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| | | SWAP  PALLETS | | | |
| | 303 | INVOICE TOTAL: | | | 3031.50 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

9 4-WAY

| | | Wt: 12,667.09 | PAYMENT DUE BY 01/26/05 |
|---|---|---|---|
| ETS IN | PALLETS OUT | | |
| DPP-1 | | | |

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____



# dixie produce and packaging, inc.

**5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
**TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950**
**LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080**
**FAX: 1-337-237-9086**

12/11/04   22:52

PLEASE REMIT PAYMENT TO:
P.O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                          SHIP TO:

0085
WINN DIXIE LA,INC.                      WINN DIXIE HAMMOND
P.O. BOX 40045                          WAREHOUSE
JACKSONVILLE,FL 32203                   3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                  HAMMOND, LA 70401

## —DUPLICATE— 2

**INVOICE No.**   344039

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: |
|---|---|---|---|---|---|
| 12/10/04 | HOUSE ACCOUNTS | JJ | 564661 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/11/04 | DIXIE | 12/12/04 | | | 751 | alfred narcisse |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 50 | 50 | 25# JUMBO RED ONIONS  ( DOUBLE RUN ) | SACK | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION  ( DOUBLE RUN ) | SACK | | |
| 25 | 25 | 50# SACKS JUMBOS WHITE ONION  ( DOUBLE RUN ) | SACK | | |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION  ( DOUBLE RUN ) | SACK | | |
| 40 | 40 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 120 | 120 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | | |
| 25 | 25 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION  SWAP  PALLETS | BOX | | |

RECEIVED

DATE  12/12-0
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

9 4-WAY

| | | Wt: 12,667.09 | PAYMENT DUE BY 01/26/05 |
|---|---|---|---|
| PALLETS IN | PALLETS OUT | | |

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401

REPRINT                                  344043


12/10/04  HOUSE ACCOUNTS     JJ    564663                        PAGE: 1

                                           3ᶜ
12/12/04  DIXIE      12/12/04  04:5 0    0344   853/751     MELVIN J
```

| | | | | | |
|---|---|---|---|---|---|
| 40 | 40 | 25# JUMBO RED ONIONS | SACK | 9.00 | 360.00 |
| | | < DOUBLE RUN > | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 95.00 |
| | | < DOUBLE RUN > | | | |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION | SACK | 17.00 | 255.00 |
| | | < DOUBLE RUN > | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 80.00 |
| | | < DOUBLE RUN > | | | |
| 20 | 20 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 185.00 |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 950.00 |
| 4 | 4 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 22.00 |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | 9.00 | 180.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| 10 | 10 | 40# JUMBO YELLOW SWEET ONION | LBS | 14.00 | 140.00 |
| | | < DOUBLE RUN > | | | |
| | | SWAP  PALLETS | | | |

```
      ------                                              ----------
       234                     INVOICE TOTAL:               2342.00



              RYAN No.: N  Seal No.: N




                                           PAYMENT DUE BY 12/22/2004
```

# dixie produce and packaging, inc.



5801 AVENUE G  -  P.O. BOX 23347  -  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SHIP TO: 12/13/04   00:41

SOLD TO:

```
0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING
```

```
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401
```

**INVOICE No.**   344043

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/10/04 | HOUSE ACCOUNTS | JJ | 564663 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/12/04 | DIXIE | 12/13/04 | | | 853/751 | MELVIN J |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 40 | 40 | 25# JUMBO RED ONIONS < DOUBLE RUN > | SACK | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | | |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | | |
| 20 | 20 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 4 | 4 | 6/16OZ SHRED CABBAGE | LBS | | |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | | |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 10 | 10 | 40# JUMBO YELLOW SWEET ONION < DOUBLE RUN > | LBS | | |
| | | WAP PALLETS | | | |

RECEIVED

DATE 12-13-04

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

10 4-WAY

| | | Wt: 9,780.50 | PAYMENT DUE BY 01/27/05 |
|---|---|---|---|
| PALLETS IN | 10 | PALLETS OUT | 10 |

DPP-1

RECEIVED IN GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

DELIVERY COPY

```
0085
WINN DIXIE LA,INC.                      WINN DIXIE HAMMOND
P.O. BOX 40045                          WAREHOUSE
JACKSONVILLE,FL 32203                   3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                  HAMMOND, LA 70401

REPRINT                         344413


12/13/04  HOUSE ACCOUNTS      AS   566222                    PAGE: 1


12/13/04  DIXIE      12/13/04  04:500   0344   855/750    LARRY G


   10       10       50# SACKS JUMBOS WHITE ONION SACK    17.00      170.00
                        < DOUBLE RUN >
   10       10       50# SKS LGE MED YELLOW ONION SACK     8.00       80.00
                        < DOUBLE RUN >
   40       40       10/5# PRE-PACK YELLOW ONIONS BOX      9.25      370.00
  160      160       16/3# LG/MED YELLOW ONION    BALE     9.50     1520.00
    5        5       40# JUMBO YELLOW SWEET ONION LBS     14.00       70.00
                        < DOUBLE RUN >
                     SWAP  PALLETS
         ------                                            ----------
           225                  INVOICE TOTAL:                       2210.00
```


                    RYAN No.: N   Seal No.: N



                                              PAYMENT DUE BY 12/23/2004



# dixie produce and packaging, inc.

5801 AVENUE G   •   P.O. BOX 23647   •   NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500   •   ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION   •   1-337-235-8080   •   1-877-235-8080
FAX: 1-337-237-9086

12/14/04  02:46

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:
0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**   3 4 4 4 1 3

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| | | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 40 | 40 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 160 | 160 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 5 | 5 | 40# JUMBO YELLOW SWEET ONION | LBS | | |
| | | ( DOUBLE RUN ) | | | |
| | | SWAP  PALLETS | | | |

RECEIVED   *8 Pallets*

DATE 12-14-04

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

WT:  11,411.48   PAYMENT DUE BY 01/28/05

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

12/15/04  02:35

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.**                    344569

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 12/13/04 | HOUSE ACCOUNTS | JJ | 568767 | | |

| SHIP DATE | SHIP VIA | ARRIV DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/11/04 | DIXIE | 12/15/04 | | | 568776D | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5 | 5 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 47.50 |
| | | ( DOUBLE RUN ) | | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION | SACK | 17.00 | 170.00 |
| | | ( DOUBLE RUN ) | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 80.00 |
| | | ( DOUBLE RUN ) | | | |
| 60 | 60 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 570.00 |
| 5 | 5 | 6/14OZ FRESH SALSA | LBS | 9.00 | 45.00 |
| 6 | 6 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 90.00 |
| 5 | 5 | 40# JUMBO YELLOW SWEET ONION | LBS | 14.00 | 70.00 |
| | | ( DOUBLE RUN ) | | | |
| | | SWAP  PALLETS | | | |
| 10 | 10 | 28 CT CLEMENTINE | BOX | 6.50 | 65.00 |
| | 111 | INVOICE TOTAL: | | | 1137.50 |

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5 4-WAY

WT.: 4,714.15    PAYMENT DUE BY 01/29/05

ETS IN                    PALLETS OUT

DPP-1

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

# dixie produce and packaging, inc.

5801 AVENUE G   •   P.O. BOX 23647   •   NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE  (504)  733-7500  •  ACCOUNTING  FAX  (504)  734-8950
LAFAYETTE RETAIL DIVISION   •   1-337-235-8080   •   1-877-235-8080
FAX: 1-337-237-9086
12/15/04    02:35

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:
0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**    344569

| INVOICE DATE | HOUSE SOLD BY ACCOUNTS | W/H | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE 1 |
|---|---|---|---|---|---|
| 12/15/04 | HOUSE ACCOUNTS | 11 | 589787 | | PAGE 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER / CAR | WT | TA DRIVER |
|---|---|---|---|---|---|---|---|
| 12/15/04 | | 12/15/04 | | | | | |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 5 | 5 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 60 | 60 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 5 | 5 | 6/14OZ FRESH SALSA | LBS | | |
| 6 | 6 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 5 | 5 | 40# JUMBO YELLOW SWEET ONION | LBS | | |
| | | < DOUBLE RUN > | | | |
| | | SWAP  PALLETS | | | |
| 10 | 10 | 28 CT CLEMENTINE | BOX | | |

5 5    Jumbo Yellow Onions Sags

Rec 111

RECEIVED

DATE ___ 12/15/04

SIGNATURE ___

WINN DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5 4-WAY

Wt.  4,714.15    PAYMENT DUE BY 01/29/05

| PALLETS IN | PALLETS OUT | | RECEIVED IN GOOD ORDER BY: _____ |
|---|---|---|---|

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

12/16/04  01:05

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

**SHIP TO:**

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.**    **344746**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 12/15/04 | HOUSE ACCOUNTS | JJ | 570357 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/15/04 | DIXIE | 12/16/04 | 11:00A | | 856/896 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 60 | 60 | 25# JUMBO RED ONIONS < DOUBLE RUN > | SACK | 9.00 | 540.00 |
| 15 | 15 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | 9.50 | 142.50 |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | 17.00 | 255.00 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | 8.00 | 160.00 |
| 80 | 80 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 740.00 |
| 200 | 200 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1900.00 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| 30 | 30 | 40# JUMBO YELLOW SWEET ONION < DOUBLE RUN > | LBS | 14.00 | 420.00 |
| | | SWAP  PALLETS | | | |
| 20 | 20 | 28 CT CLEMENTINE | BOX | 6.50 | 130.00 |
| | 465 | INVOICE TOTAL: | | | 4572.50 |

RYAN No.: N  Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

12 4-WAY

| ETS IN | PALLETS OUT | Wt: 19,860.22 | PAYMENT DUE BY 01/30/05 |
|---|---|---|---|

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____



# dixie produ    and packaging, inc.

5801 AVENUE G  •  P.O. BO   3647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504)  /33-7500 • ACCOUNTING  FAX  (504)  734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-8088

SOLD TO: 850

SHIP TO: 12/16/04    01:05

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

730-896

**INVOICE No.**      344746

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/15/04 | HOUSE ACCOUNTS | JJ | 570357 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/15/04 | DIXIE | 12/16/04 | 11:00A | | 856/896 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 60 | 60 | 25# JUMBO RED ONIONS | SACK | | |
| | | < DOUBLE RUN > | | | |
| 15 | 15 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 80 | 80 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 200 | 200 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 30 | 30 | 40# JUMBO YELLOW SWEET ONION | LBS | | |
| | | < DOUBLE RUN > | | | |
| | | SWAP  PALLETS | | | |
| 20 | 20 | 28 CT CLEMENTINE | BOX | | |

RYAN No.: N   Seal No.: N

RECEIVED
DATE 12-16-04
SIGNATURE Russel ~
WINN DIXIE LOUISIANA, INC.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

12 4-WAY

| | Wt: 19,860.22 | PAYMENT DUE BY 01/30/05 |
|---|---|---|
| PALLETS IN  12 | | |
| PALLETS OUT | | |

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401
```

REPRINT                          344908


12/16/04  HOUSE ACCOUNTS     JJ    571708          344908      PAGE: 1


12/16/04  DIXIE      12/16/04  04:5 0    0344    794/951     BRYAN BOWERS


| | | | | | |
|---|---|---|---|---|---|
| 50 | 50 | 25# JUMBO RED ONIONS | SACK | 9.00 | 450.00 |
| | | < DOUBLE RUN > | | | |
| 45 | 45 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 427.50 |
| | | < DOUBLE RUN > | | | |
| 50 | 50 | 50# SACKS JUMBOS WHITE ONION | SACK | 17.00 | 850.00 |
| | | < DOUBLE RUN > | | | |
| 50 | 50 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 400.00 |
| | | < DOUBLE RUN > | | | |
| 80 | 80 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 740.00 |
| 400 | 400 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 3800.00 |
| 10 | 10 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 55.00 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| 30 | 30 | 40# JUMBO YELLOW SWEET ONION | LBS | 14.00 | 420.00 |
| | | < DOUBLE RUN > | | | |
| | | SWAP  PALLETS | | | |
| 45 | 45 | 28 CT CLEMENTINE | BOX | 6.50 | 292.50 |
| | ------ | | | | ---------- |
| | 770 | INVOICE TOTAL: | | | 7525.00 |



               RYAN No.: N   Seal No.: N



                                PAYMENT DUE BY 12/26/2004

# dixie produce and packaging, inc.



**5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
**TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950**
**LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080**
**FAX: 1-337-237-9086**

12/17/04   04:30        PLEASE REMIT PAYMENT TO:
                        P. O. BOX 54073
SOLD TO:        SHIP TO:        NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.              WINN DIXIE HAMMOND
P.O. BOX 40045                  WAREHOUSE
JACKSONVILLE,FL 32203           3925 HWY. 190 WEST
PERISHABLE INV.ACCTING          HAMMOND, LA 70401

**INVOICE No.**        **344908**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/16/04 | HOUSE ACCOUNTS | JJ | 571708 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/16/04 | DIXIE | 12/17/04 | | | 794/951 | BRYAN BOWERS |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 50 | 50 | 25# JUMBO RED ONIONS | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 45 | 45 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 50 | 50 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 50 | 50 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 80 | 80 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 400 | 400 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 10 | 10 | 6/16OZ SHRED CABBAGE | LBS | | |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | | |
| 30 | 30 | 40# JUMBO YELLOW SWEET ONION | LBS | | |
| | | ( DOUBLE RUN ) | | | |
| | | SWAP  PALLETS | | | |
| 45 | 45 | 28 CT CLEMENTINE | BOX | | |

RECEIVED
DATE 12/17/04
SIGNATURE
**WINN-DIXIE LOUISIANA, INC.**

RYAN No.: N   Seal No.: N

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

17 4-WAY

| | | Wt: 34,522.77 | PAYMENT DUE BY 01/31/05 |
|---|---|---|---|
| ETS IN | PALLETS OUT | | |

1 DPP-1

ERCHANDISE ACCEPTED FOR RETURN        RECEIVED IN
OUT OUR AUTHORITY.        GOOD ORDER BY: _____

**DELIVERY COPY**

 # dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504)  733-7500 • ACCOUNTING FAX (504)  734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

12/16/04   13:43

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                          SHIP TO:

0085
WINN DIXIE LA,INC.               WINN DIXIE HAMMOND
P.O. BOX 40045                   WAREHOUSE
JACKSONVILLE,FL 32203            3925 HWY. 190 WEST
PERISHABLE INV.ACCTING          HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.**        344960

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/16/04 | HOUSE ACCOUNTS | JJ | 572488 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/16/04 | DIXIE | 12/16/04 | | ASAP | 729 | WENDELL |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 40 | 40 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 380.00 |
| | | SWAP PALLETS | | | |
| | 40 | INVOICE TOTAL: | | | 380.00 |

RYAN No.: N/ZA   Seal No.: N/A

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*   1 4-WAY

| | | Wt: 2,000.81 | PAYMENT DUE BY 01/30/05 |
|---|---|---|---|
| ..ETS IN | PALLETS OUT | | |
| ..DPP-1 | | | |

..ERCHANDISE ACCEPTED FOR RETURN          RECEIVED IN
..OUT OUR AUTHORITY.                      GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23547  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO: 12/16/04   13:43

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No.    344960

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 12/16/04 | HOUSE ACCOUNTS | JJ | 572488 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC.# | DRIVER |
|---|---|---|---|---|---|---|
| 12/16/04 | DIXIE | 12/16/04 | | ASAP | 729 | WENDELL |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 40 | 40 | 16/3# LG/MED YELLOW ONION SWAP PALLETS | BALE | | |

RECEIVED
DATE 12-16-04
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/ZA   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

None

WT:  1,960.00    PAYMENT DUE BY 01/30/05

PALLETS IN

DPP-1

PALLETS OUT

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7960 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

12/18/04    22:20

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.**    345139

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 12/17/04 | HOUSE ACCOUNTS | JJ | 573203 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/18/04 | DIXIE | 12/19/04 | 08:00A | Y | 145 | ARTIE W. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 60 | 60 | 25# JUMBO RED ONIONS | SACK | 9.00 | 540.00 |
| | | < DOUBLE RUN > | | | |
| 40 | 40 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 380.00 |
| | | < DOUBLE RUN > | | | |
| 35 | 35 | 50# SACKS JUMBOS WHITE ONION | SACK | 17.00 | 595.00 |
| | | < DOUBLE RUN > | | | |
| 50 | 50 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 400.00 |
| | | < DOUBLE RUN > | | | |
| 40 | 40 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 370.00 |
| 400 | 400 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 3800.00 |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 16.50 |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | 9.00 | 180.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| 40 | 40 | 40# JUMBO YELLOW SWEET ONION | LBS | 14.00 | 560.00 |
| | | < DOUBLE RUN > | | | |
| | | SWAP PALLETS | | | |
| 20 | 20 | 28 CT CLEMENTINE | BOX | 5.00 | 100.00 |
| | 718 | INVOICE TOTAL: | | | 7091.50 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

19 CHEP

| ...ETS IN | PALLETS OUT | Wt: 32,838.60 | PAYMENT DUE BY 02/02/05 |
|---|---|---|---|

1 DPP-1

...ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX  (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

12/18/04   22:20

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                           SHIP TO:

0085
WINN DIXIE LA.INC.                 WINN DIXIE HAMMOND
P.O. BOX 40045                     WAREHOUSE
JACKSONVILLE,FL 32203              3925 HWY. 190 WEST
PERISHABLE INV.ACCTING             HAMMOND, LA 70401

**INVOICE No.**          3 4 5 1 3 9

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/17/04 | HOUSE ACCOUNTS | JJ | 573203 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/18/04 | DIXIE | 12/19/04 | 08:00A | Y | 145 | ARTIE W. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 60 | 60 | 25# JUMBO RED ONIONS < DOUBLE RUN > | SACK | | |
| 40 | 40 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | | |
| 35 | 35 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | | |
| 50 | 50 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | | |
| 40 | 40 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 400 | 400 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | | |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 40 | 40 | 40# JUMBO YELLOW SWEET ONION < DOUBLE RUN > | LBS | | |
| | | SWAP PALLETS | | | |
| 20 | 20 | 28 CT CLEMENTINE | BOX | | |

**RECEIVED**
DATE _12-19-04_
SIGNATURE _____
WINN-DIXIE LOUISIANA, INC.

(718)

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

19 CHEP

WT: 32,838.60      PAYMENT DUE BY 02/02/05

ETS IN _09_   PALLETS OUT _____

DPP-1

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**

# dixie produce and packaging, inc.



5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

12/20/04   03:17

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.**   345140

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/17/04 | HOUSE ACCOUNTS | JJ | 573205 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/19/04 | DIXIE | 12/20/04 | 01:00P | | 795/149 | WILLIEC |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 50 | 50 | 25# JUMBO RED ONIONS< DOUBLE RUN > | SACK | 9.00 | 450.00 |
| 30 | 30 | 50# SACKS JUMBO YELLOW ONION< DOUBLE RUN > | SACK | 9.50 | 285.00 |
| 40 | 40 | 50# SACKS JUMBOS WHITE ONION< DOUBLE RUN > | SACK | 17.00 | 680.00 |
| 50 | 50 | 50# SKS LGE MED YELLOW ONION< DOUBLE RUN > | SACK | 8.00 | 400.00 |
| 60 | 60 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 555.00 |
| 400 | 400 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 3800.00 |
| 4 | 4 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 22.00 |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | 9.00 | 180.00 |
| 15 | 15 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 225.00 |
| 30 | 30 | 40# JUMBO YELLOW SWEET ONION< DOUBLE RUN >SWAP  PALLETS | LBS | 9.50 | 285.00 |
| 20 | 20 | 28 CT CLEMENTINE | BOX | 5.00 | 100.00 |
| | 719 | INVOICE TOTAL: | | | 6982.00 |

RYAN No.: N   Seal No.: N

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

18 4—WAY

| | | Wt: 32,367.98 | PAYMENT DUE BY 02/03/05 |
|---|---|---|---|
| TS IN | PALLETS OUT | | |

OPP-1

RCHANDISE ACCEPTED FOR RETURN
UT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

S: NET 10 DAYS

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO:  12/20/04  03:17

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
0085
WINN DIXIE LA,INC.              WINN DIXIE HAMMOND
P.O. BOX 40045                  WAREHOUSE
JACKSONVILLE,FL 32203           3925 HWY. 190 WEST
PERISHABLE INV.ACCTING          HAMMOND, LA 70401
```

**INVOICE No.**     345140

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/17/04 | HOUSE ACCOUNTS | JJ | 573205 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/19/04 | DIXIE | 12/20/04 | 01:00P | | 795/149 | WILLIEC |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 50 | 50 | 25# JUMBO RED ONIONS | SACK | | |
| | | < DOUBLE RUN > | | | |
| 30 | 30 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 40 | 40 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 50 | 50 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 60 | 60 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 400 | 400 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 4 | 4 | 6/16OZ SHRED CABBAGE | LBS | | |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | | |
| 15 | 15 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 30 | 30 | 40# JUMBO YELLOW SWEET ONION | LBS | | |
| | | < DOUBLE RUN > | | | |
| | | SWAP PALLETS | | | |
| 20 | 20 | 28 CT CLEMENTINE | BOX | | |

719

RECEIVED
DATE 12-20-04
SIGNATURE _____
WINN-DIXIE LOUISIANA, INC

RYAN No.: N   Seal No.: N

'The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

18 4-WAY

Wt: 32,367.98    PAYMENT DUE BY 02/03/05

| PALLETS IN | 18 | PALLETS OUT | 18 |
|---|---|---|---|

DPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO: 12/20/04   13:38

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

| | |
|---|---|
| 0085 | |
| WINN DIXIE LA,INC. | WINN DIXIE HAMMOND |
| P.O. BOX 40045 | WAREHOUSE |
| JACKSONVILLE,FL 32203 | 3925 HWY. 190 WEST |
| PERISHABLE INV.ACCTING | HAMMOND, LA 70401 |

—DUPLICATE— 2                        **INVOICE No.**        345508

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/20/04 | HOUSE ACCOUNTS | JJ | 566332 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/20/04 | DIXIE | 12/20/04 | 03:00P | | 176 | CHARLES T. |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| | | SWAP PALLETS | | | |
| 97 | 97 | 8/1# C/S STRAWBERRIES | BOX | 33.00 | 3201.00 |
| | 97 | INVOICE TOTAL: | | | 3201.00 |

RYAN No.: N/A   Seal No.: N/A

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

1 4-WAY

| | | | |
|---|---|---|---|
| | Wt: | 923.51 | PAYMENT DUE BY 02/03/05 |
| TS IN | PALLETS OUT | | |

OPP-1

RCHANDISE ACCEPTED FOR RETURN
UT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                    SHIP TO: 12/20/04   13:38

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401
```

**INVOICE No.**      345508

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/20/04 | HOUSE ACCOUNTS | JJ | 566332 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/20/04 | DIXIE | 12/20/04 | 03:00P | | 176 | CHARLES T. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 97 | 97 | SWAP   PALLETS 8/1# C/S STRAWBERRIES | BOX | | |

RECEIVED

DATE 12-20-04

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

1  4-WAY

Wt:      923.51      PAYMENT DUE BY 02/03/05

PALLETS IN                    PALLETS OUT

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7800  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/03/05   14:41

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

## —DUPLICATE— 2

INVOICE No.     347539

| INVOICE DATE | HOUSE ACCOUNTS | JJ | 588723 | | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 01/03/05 | HOUSE ACCOUNTS | JJ | 588723 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIVE DATE | ARRIVE TIME | | | |
|---|---|---|---|---|---|---|
| 01/03/05 | DIXIE | 01/03/05 | 03:30P | 725 | ALFRED | N. |

| QUANTITY ORDERED | SHIPPED | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 5.50 |
| 2 | 2 | 12/6 CHOPPED GREEN ONION SWAP PALLETS | BOX | 9.00 | 18.00 |
| 40 | 40 | 30# CROOK FANCY YELLOW SQUAS | BOX | 26.50 | 1060.00 |
| 30 | 30 | 24 CT MUSTARD GREENS | BOX | 13.50 | 405.00 |
| 40 | 40 | 24 CT COLLARD GREENS | EACH | 13.50 | 540.00 |
| 30 | 30 | 24 CT TURNIP GREEN | BOX | 13.50 | 405.00 |
| 5 | 5 | 10# ELEPHANT GARLIC | BOX | 37.00 | 185.00 |
| 5 | 5 | 35# SPAGHETTI SQUASH ASAP DELIVERY | BOX | 25.00 | 125.00 |
| | 153 | INVOICE TOTAL: | | | 2743.50 |

RYAN No.: N/A   Seal No.: N/A

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

5 4-WAY

Wt:   4,375.35      **PAYMENT DUE BY 02/17/05**

ETS IN                      PALLETS OUT

DPP-1

RECEIVED IN
GOOD ORDER BY: _____

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

MS: NET 10 DAYS

**DELIVERY COPY**

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23858  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO: 01/03/05   14:41

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401
```

**INVOICE No.**

**347539**

| 01/03/05 | HOUSE ACCOUNTS | JJ 588723 | | PAGE: 1 |

| 01/03/05 | DIXIE | 01/03/05  03:30P | 7.25 | ALFRED  N. |

| | | | | |
|---|---|---|---|---|
| 1 | 1 | | 5/50# SHRED CABBAGE | LBS |
| 2 | 2 | Refused | 12/6 CHOPPED GREEN ONION | BOX |
| | | | SWAP PALLETS | |
| 40 | 40 | | 30# CROOK FANCY YELLOW SQUAS | BOX |
| 30 | 30 | | 24 CT MUSTARD GREENS | BOX |
| 40 | 40 | | 24 CT COLLARD GREENS | EACH |
| 30 | 30 | | 24 CT TURNIP GREEN | BOX |
| 5 | 5 | | 10# ELEPHANT GARLIC | BOX |
| 5 | 5 | | 35# SPAGHETTI SQUASH | BOX |
| | | | ASAP DELIVERY | |

RYAN No.: N/A    Seal No.: N/A

RECEIVED
DATE 1-3-05
SIGNATURE D. Patterson

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5-4-WAY

| PALLETS IN | PALLETS OUT | Wt:  4,375.35 | PAYMENT DUE BY 02/17/05 |

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

TERMS: NET 10 DAYS

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

01/11/05   03:39

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

**SHIP TO:**

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.**   348822

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/10/05 | HOUSE ACCOUNTS | AS | 595803 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/10/05 | DIXIE | 01/11/05 | | | 856/747 | WILLIAM B |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 40 | 40 | 25# JUMBO RED ONIONS ( DOUBLE RUN ) | SACK | 9.00 | 360.00 |
| 30 | 30 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 9.50 | 285.00 |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 16.00 | 480.00 |
| 30 | 30 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 240.00 |
| 50 | 50 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 462.50 |
| 10 | 10 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 55.00 |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | 9.00 | 270.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION SWAP PALLETS | BOX | 15.00 | 150.00 |
| | 230 | INVOICE TOTAL: | | | 2302.50 |

-462.50
1840.00

RYAN No.: N  Seal No.: N

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| | 4 4-WAY | | |
|---|---|---|---|
| TS IN | | Wt: 8,719.24 | PAYMENT DUE BY 02/25/05 |
| DPP-1 | PALLETS OUT | | |

RCHANDISE ACCEPTED FOR RETURN
UT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE  (504) 733-7500  •  ACCOUNTING FAX  (504)  734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**SOLD TO:**

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SHIP TO: 01/11/05    03:39

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTG

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**    348822

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/10/05 | HOUSE ACCOUNTS | AS | 595803 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/10/05 | DIXIE | 01/11/05 | | | 856/747 | WILLIAM B |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 40 | 40 | 25# JUMBO RED ONIONS<br>〈 DOUBLE RUN 〉 | SACK | | |
| 30 | 30 | 50# SACKS JUMBO YELLOW ONION<br>〈 DOUBLE RUN 〉 | SACK | | |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION<br>〈 DOUBLE RUN 〉 | SACK | | |
| 30 | 30 | 50# SKS LGE MED YELLOW ONION<br>〈 DOUBLE RUN 〉 | SACK | | |
| 50 | 50 D | 10/5# PRE-PACK YELLOW ONIONS | BOX | REFUSED | |
| 10 | 10 | 6/16OZ SHRED CABBAGE | LBS | | |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP  PALLETS | | | |

180

**RECEIVED**

DATE  1-11-05

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N    Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

4  4-WAY

| ETS IN | | PALLETS OUT | Wt:    8,719.24 | PAYMENT DUE BY 02/25/05 |
|---|---|---|---|---|

1 DPP-1

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

MS. NET 45 DAYS

DELIVERY COPY

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401

REPRINT                         349581


01/14/05  HOUSE ACCOUNTS      JJ   601567                    PAGE: 1


01/16/05  DIXIE      01/16/05  04:5 0    0349    856/752    WILLIAM B
```

| | | | | | |
|---|---|---|---|---|---|
| 20 | 20 | 25# JUMBO RED ONIONS <br> < DOUBLE RUN > | SACK | 9.00 | 180.00 |
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION <br> < DOUBLE RUN > | SACK | 9.50 | 190.00 |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION <br> < DOUBLE RUN > | SACK | 16.00 | 480.00 |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION <br> < DOUBLE RUN > | SACK | 8.00 | 120.00 |
| 15 | 15 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 138.75 |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 27.50 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 15 | 15 | 12/6 CHOPPED GREEN ONION <br> SWAP  PALLETS | BOX | 15.00 | 225.00 |

```
      ------                                          ----------
       135                   INVOICE TOTAL:              1496.25
```

RYAN No.: N  Seal No.: N


PAYMENT DUE BY 01/26/2005



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE  (504)  733-7500  •  ACCOUNTING  FAX  (504)  734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/17/05   03:44

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:
0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

349581

**INVOICE No.**

| ORDERED | SHIPPED | DESCRIPTION | | |
|---|---|---|---|---|
| | | < DOUBLE RUN > | | |
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION | SACK | |
| | | < DOUBLE RUN > | | |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION | SACK | |
| | | < DOUBLE RUN > | | |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION | SACK | |
| | | < DOUBLE RUN > | | |
| 15 | 15 | 10/5# PRE-PACK YELLOW ONIONS | BOX | |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | |
| 15 | 15 | 12/6 CHOPPED GREEN ONION | BOX | |
| | | SWAP PALLETS | | |

RECEIVED

DATE____1/17/05____

SIGNATURE_____

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

he perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Wt:   5,037.24   PAYMENT DUE BY 03/03/05

S IN   10   PALLETS OUT

PP-1

CHANDISE ACCEPTED FOR RETURN
T OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

: NET 10 DAYS

**DELIVERY COPY**

 # dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO: 01/15/05    20:44

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401
```

**INVOICE No.**    349609

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/14/05 | HOUSE ACCOUNTS | JJ | 601555 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/15/05 | DIXIE | 01/16/05 | | | 756 | ARTIEWILLIAMS |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 40 | 40 | 25# JUMBO RED ONIONS<br>( DOUBLE RUN ) | SACK | 9.00 | 360.00 |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION<br>( DOUBLE RUN ) | SACK | 9.50 | 95.00 |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION<br>( DOUBLE RUN ) | SACK | 16.00 | 320.00 |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION<br>( DOUBLE RUN ) | SACK | 8.00 | 80.00 |
| 50 | 50 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 462.50 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION<br>SWAP  PALLETS | BOX | 15.00 | 150.00 |
| | 150 | INVOICE TOTAL: | | | 1557.50 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

J L-WAY

WT.   8,044.67      PAYMENT DUE BY 02/02/05

| TS IN | PALLETS OUT |
|---|---|

OPP-1

RCHANDISE ACCEPTED FOR RETURN
UT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

S: NET 10 DAYS

**CUSTOMER COPY**

# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN), LOUISIANA 70183
TELEPHONE (504) 733-7600 • ACCOUNTING FAX (504) 734-8960
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

TO:

SHIP TO: 01/15/05   20:44

```
0085                              WINN DIXIE HAMMOND
WINN DIXIE LA,INC.                WAREHOUSE
P.O. BOX 40045                    3925 HWY. 190 WEST
JACKSONVILLE,FL 32203            HAMMOND, LA 70401
PERISHABLE INV.ACCTING
```

—DUPLICATE— 2                    **INVOICE No.**        349609

| 01/14/05 | HOUSE ACCOUNTS | JJ | 601555 | | | PAGE: 1 |
|---|---|---|---|---|---|---|

| 01/15/05 | DIXIE | 01/16/05 | | | 756 | ARTIEWILLIAMS |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 40 | 40 | 25# JUMBO RED ONIONS | | SACK | |
| | | < DOUBLE RUN > | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 50 | 50 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 10 | 10 | 6/14OZ FRESH SALSA | | LBS | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | | BOX | |
| | | SWAP  PALLETS | | | |

(150)

RECEIVED

DATE 1-16-05

SIGNATURE _____

WINN-DIXIE LOUISIANA, INC.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(e) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

7 4-WAY

| | Wt: 6,044.67 | PAYMENT DUE BY 03/02/05 |
|---|---|---|
| ...ETS IN | PALLETS OUT | |

DPP-1

RECEIVED IN
GOOD ORDER BY: _____

...ERCHANDISE ACCEPTED FOR RETURN
...OUT OUR AUTHORITY.

DELIVERY COPY

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401
```

REPRINT                                349990


01/17/05  HOUSE ACCOUNTS       AS    603940                        PAGE: 1


01/17/05  DIXIE      01/17/05  04:5 0    0349   856/748    WILLIAM B


| | | | | | |
|---|---|---|---|---|---|
| 40 | 40 | 25# JUMBO RED ONIONS | SACK | 9.00 | 360.00 |
| | | < DOUBLE RUN > | | | |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 950.00 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| | | SWAP  PALLETS | | | |
| | ------ | | | | ---------- |
| | 150 | INVOICE TOTAL: | | | 1400.00 |


RYAN No.: N  Seal No.: N


PAYMENT DUE BY 01/27/2005