

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                          SHIP TO: 01/18/05   02:01

```
0085
WINN DIXIE LA,INC.            WINN DIXIE HAMMOND
P.O. BOX 40045               WAREHOUSE
JACKSONVILLE,FL 32203        3925 HWY. 190 WEST
PERISHABLE INV.ACCTING       HAMMOND, LA 70401
```

—DUPLICATE— 3                    **INVOICE No.**    349990

| INVOICE DATE | SOLD BY | SHIP | SOLD TO P.O. | | | PAGE |
|---|---|---|---|---|---|---|
| 01/17/05 | HOUSE ACCOUNTS | AS | 603940 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIVAL DATE | DEPART TIME | TIME | | |
|---|---|---|---|---|---|---|
| 01/17/05 | DIXIE | 01/18/05 | | | 856/748 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | | DESCRIPTION | | UNIT | | |
|---|---|---|---|---|---|---|---|
| 40 | 40 | | 25# JUMBO RED ONIONS | | SACK | | |
| | | | ( DOUBLE RUN ) | | | | |
| 100 | 100 | | 16/3# LG/MED YELLOW ONION | | BALE | | |
| 10 | 10 | | 6/14OZ FRESH SALSA | | LBS | | |
| | | | SWAP PALLETS | | | | |

(150)

RECEIVED

DATE  1-18-05

SIGNATURE _____

WINN-DIXIE LOUISIANA INC

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

| | | Wt: 6,186.24 | PAYMENT DUE BY 03/04/05 |
|---|---|---|---|
| TS IN | PALLETS OUT | | |

OPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

NET 45 DAYS

**DELIVERY COPY**

 # dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE  (504)  733-7500  •  ACCOUNTING  FAX  (504)  734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/20/05   01:18

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

| 0085 | |
|---|---|
| WINN DIXIE LA.INC. | WINN DIXIE HAMMOND |
| P.O. BOX 40045 | WAREHOUSE |
| JACKSONVILLE,FL 32203 | 3925 HWY. 190 WEST |
| PERISHABLE INV.ACCTING | HAMMOND, LA 70401 |

—DUPLICATE— 3

**INVOICE No.**          35030**5**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/19/05 | HOUSE ACCOUNTS | AS | 606066 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/19/05 | DIXIE | 01/20/05 | | | 856/144 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 25# JUMBO RED ONIONS ( DOUBLE RUN ) | SACK | 9.00 | 180.00 |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1425.00 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| | | SWAP PALLETS | | | |
| | 180 | INVOICE TOTAL: | | | 1695.00 |

RYAN No.: N  Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

7 A-WAY

| ...'S IN | | Wt: 8,228.67 | PAYMENT DUE BY 03/06/05 |
|---|---|---|---|
| | PALLETS OUT | | |

PP-1

...RCHANDISE ACCEPTED FOR RETURN
...UT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

CUSTOMER COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO: 01/20/05  01:18

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No.          350305

| INVOICE DATE | SOLD BY | | | | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 01/19/05 | HOUSE ACCOUNTS | AS | 606068 | | | |

| SHIP DATE | SHIP VIA | ARRIV DATE | | | | | |
|---|---|---|---|---|---|---|---|
| 01/19/05 | DIXIE | 01/20/05 | | | 856/144 | WILLIAM B | |

| QUANTITY ORDERED | SHIPPED | | | |
|---|---|---|---|---|
| 20 | 20 | 25# JUMBO RED ONIONS | SACK | |
| | | ( DOUBLE RUN ) | | |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | |
| | | SWAP PALLETS | | |

RECEIVED
DATE 1-20-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

7 4-WAY

| | Wt: 8,228.67 | PAYMENT DUE BY 03/06/05 |
|---|---|---|
| S IN   7 | PALLETS OUT | |

PP-1

CHANDISE ACCEPTED FOR RETURN
T OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

3: NET 10 DAYS          DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                              SHIP TO:

0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401

## REPRINT                           INVOICE No.        350110

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/18/05 | HOUSE ACCOUNTS | AS | 604624 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER NO. | DRIVER |
|---|---|---|---|---|---|---|
| 01/18/05 | DIXIE | 01/18/05 | 04:5 0 | 0350 | 795/754 | WILLIE C |

| QUANTITY ORDERED | SHIPPED | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 20 | 20 | | 25# JUMBO RED ONIONS | SACK | 9.00 | 180.00 |
| | | | < DOUBLE RUN > | | | |
| 15 | 15 | | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 142.50 |
| | | | < DOUBLE RUN > | | | |
| 20 | 20 | | 50# SACKS JUMBOS WHITE ONION | SACK | 16.00 | 320.00 |
| | | | < DOUBLE RUN > | | | |
| 20 | 20 | | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 160.00 |
| | | | < DOUBLE RUN > | | | |
| 50 | 50 | | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 462.50 |
| 150 | 150 | | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1425.00 |
| 10 | 10 | | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| 10 | 10 | | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| | | | SWAP PALLETS | | | |
| | | | DRIVER PICK UP 78 PALLETS. | | | |
| | 295 | | INVOICE TOTAL: | | | 2930.00 |

- 204.50
2725.50

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PAYMENT DUE BY 01/28/2005

| ...TS IN | PALLETS OUT |
|---|---|

...DPP-1

...RCHANDISE ACCEPTED FOR RETURN          RECEIVED IN
...UT OUR AUTHORITY.                       GOOD ORDER BY: _____

...S: NET 10 DAYS

DELIVERY COPY

# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/19/05   03:04

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO: 0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

350110

**INVOICE No.**

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 15 | 18/14 /DAMAGE | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 50 | 50 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 9 1SHORT | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP  PALLETS | | | |
| | | DRIVER PICK UP 78 PALLETS. | | | |

273

**RECEIVED**
DATE 1-19-05
SIGNATURE _____
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Wt: 13,807.91    PAYMENT DUE BY 03/05/05

| ETS IN | PALLETS OUT | |
|---|---|---|
| DPP-1 | | |

RECEIVED IN
GOOD ORDER BY: _____

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

03/17/05   11:57

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                          SHIP TO:

0085
WINN DIXIE LA,INC.                    WINN-DIXIE LOUISIANA
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY 190 WEST
PERISHABLE INV.ACCTG                  HAMMOND, LA 70401

## —CREDIT MEMO—

INVOICE No.                                        356465

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 03/17/05 | HOUSE ACCOUNTS | TS | 350110 | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 03/17/05 | | | | | | |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 20 | 20 | 25# JUMBO RED ONIONS | SACK | 9.00— | 180.00— |
| 1 | 1 | 50LB LG/MED YELLOW ONIONS | SACK | 9.50— | 9.50— |
| 1 | 1 | 12/6 CHOPPED GREEN ONION | BOX | 15.00— | 15.00— |
| | | REF INV 350110 | | | |
| | | ITEMS REFUSED BY CUSTOMER | | | |
| | 22 | INVOICE TOTAL: | | | 204.50— |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

None

Wt:      587.60     PAYMENT DUE IN 45 DAYS

PALLETS IN                    PALLETS OUT

DPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

DELIVERY COPY

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401
```

REPRINT                             350363


01/19/05  HOUSE ACCOUNTS       AP    606536                        PAGE: 1


01/19/05  DIXIE        01/19/05  04:500    0350    725        JAMES


```
                        SWAP   PALLETS
   120     120          10/5LB #1 RUSSET POTATO      BOX      6.50      780.00
          ------                                                     ----------
           120                         INVOICE TOTAL:                   780.00
```


RYAN No.: N/A   Seal No.: N/A


PAYMENT DUE BY 01/29/2005



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-0000
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-8086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO: 01/19/05   14:38

```
0085
WINN DIXIE LA,INC.              WINN DIXIE HAMMOND
P.O. BOX 40045                  WAREHOUSE
JACKSONVILLE,FL 32203           3925 HWY. 190 WEST
PERISHABLE INV.ACCTING          HAMMOND, LA 70401
```

—DUPLICATE—  2

**INVOICE No.**     350363

| VOICE DATE | SOLD BY | | | | | | PAGE |
|---|---|---|---|---|---|---|---|
| 01/19/05 | HOUSE ACCOUNTS | | AP | 606536 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIVE DATE | | | | | |
|---|---|---|---|---|---|---|---|
| 01/19/05 | DIXIE | 01/19/05 | 03:30P | | 725 | JAMES | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | | |
|---|---|---|---|---|---|
| 120 | 120 | SWAP  PALLETS 10/5LB #1 RUSSET POTATO | | BOX | |

RECEIVED

DATE_____

SIGNATURE_____

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930-[7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| | 2 4-WAY | | | |
|---|---|---|---|---|
| S IN | PALLETS OUT | Wt: | 6,321.62 | PAYMENT DUE BY 03/05/05 |

PP-1

CHANDISE ACCEPTED FOR RETURN
T OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

3: NET 10 DAYS

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

OLD TO:

SHIP TO: 01/21/05   12-05

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTNG

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

*30237115*

INVOICE No.   350551

| ICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 1/20/05 | HOUSE ACCOUNTS | JJ | 60/024 | | | PAGE: 1 |

| IP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 1/21/05 | DIXIE | 01/21/05 | | | NA | A.N. |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ERED | SHIPPED | | | | |
| 40 | 40 | 25# JUMBO RED ONIONS ( DOUBLE RUN ) | SACK | 9.00 | 360.00 |
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 9.50 | 190.00 |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 16.00 | 320.00 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 160.00 |
| 30 | 30 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 277.50 |
| 20 | 319 | 16/3# LG/MED YELLOW ONION | BAG | | 205# |
| 10 | 10 | 6/16OZ SHRED CABBAGE | CS | 5.50 | |
| 5 | 5 | 6/14OZ FRESH SALSA | CS | 9.00 | |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | |
| 5 | 5 | 50# YELLOW PRE-PKS | CS | 8.00 | 40.00 |
| | | SWAP PALLETS | | | |

19 SHORT

354

INVOICE TOTAL

RECEIVED

DATE 1-21-05

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

3509

342P.

"perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the shable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, ventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities full payment is received."

| N | | PALLETS OUT | WE: 16,832.30 | PAYMENT DUE BY 03/07/05 |
|---|---|---|---|---|
| -1 | | | | |

ANDISE ACCEPTED FOR RETURN
OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

NET 10 DAYS

**DELIVERY COPY**

 # dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**REPRINT**

INVOICE No.    **350707**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/21/05 | HOUSE ACCOUNTS | KP | 608182 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/23/05 | DIXIE | 01/23/05 | 04:5 0 | 0350 | 144 | W.BRYER |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 18 | 18 | 25# JUMBO RED ONIONS | SACK | 9.00 | 162.00 |
| | | ( DOUBLE RUN ) | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 95.00 |
| | | ( DOUBLE RUN ) | | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION | SACK | 16.00 | 160.00 |
| | | ( DOUBLE RUN ) | | | |
| 5 | 5 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 40.00 |
| | | ( DOUBLE RUN ) | | | |
| 5 | 5 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 46.25 |
| 120 | 120 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1140.00 |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 16.50 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| 5 | 5 | 50# YELLOW PRE-PKS | LBS | 8.00 | 40.00 |
| | | SWAP PALLETS | | | |
| | 196 | INVOICE TOTAL: | | | 1909.75 |

− 162~

(1747.75

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PAYMENT DUE BY 02/02/2005

PALLETS IN                    PALLETS OUT

ORM DPP-1

O MERCHANDISE ACCEPTED FOR RETURN
ITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

FRMP NFT 10 RAVE

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:                    01/23/05   17:57

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**    350707

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 01/21/05 | HOUSE ACCOUNTS | KP | 608182 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/23/05 | DIXIE | 01/24/05 | | | 144 | W.BRYER |

| ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 18 | 180 REFUSED | 25# JUMBO RED ONIONS | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 5 | 5 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 5 | 5 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 120 | 120 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | | |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | | |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 5 | 5 | 50# YELLOW PRE-PKS | LBS | | |
| | | SWAP PALLETS | | | |

(178)

RECEIVED
DATE 1-24-05
SIGNATURE
WINN-DIXIE LOUISIANA INC

RYAN No.: N/A   Seal No.: N/A

'The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

8 4-WAY     Wt:   8,637.28     PAYMENT DUE BY 03/10/05

ETS IN     8
DPP-1     PALLETS OUT
RCHANDISE ACCEPTED FOR RETURN     RECEIVED IN
OUT OUR AUTHORITY.     GOOD ORDER BY:

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO: 01/22/05   14:22

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No.   350708

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | | PAGE: |
|---|---|---|---|---|---|---|---|
| 01/21/05 | HOUSE ACCOUNTS | KP | 608173 | | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/22/05 | DIXIE | 01/23/05 | | | 977144 | C.T. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 30 | 30 | 25# JUMBO RED ONIONS<br>( DOUBLE RUN ) | SACK | 9.00 | 270.00 |
| 15 | 15 | 50# SACKS JUMBO YELLOW ONION<br>( DOUBLE RUN ) | SACK | 9.50 | 142.50 |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION<br>( DOUBLE RUN ) | SACK | 8.00 | 120.00 |
| 30 | 30 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 277.50 |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 950.00 |
| 2 | 2 | 6/160Z SHRED CABBAGE | LBS | 5.50 | 11.00 |
| 15 | 15 | 6/140Z FRESH SALSA | LBS | 9.00 | 135.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| 20 | 20 | 50# YELLOW PRE-PKS | LBS | 8.00 | 160.00 |
| | | SWAP  PALLETS | | | |
| | | DRIVER PICK UP 34 PALLETS | | | |
| | 237 | | | INVOICE TOTAL: | 2216.00 |

RECEIVED
DATE 1-23-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: 47497   Seal No.: 472465

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PALLETS IN | PALLETS OUT | WGT: 10,877.70 | PAYMENT DUE BY 03/09/05 |
|---|---|---|---|

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

RMS: NET 10 DAYS

DELIVERY COPY

# dixie produce and packaging, inc.



**5201 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
**TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950**
**LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080**
**FAX: 1-337-237-9086**

**PLEASE REMIT PAYMENT TO:**
**P. O. BOX 54073**
**NEW ORLEANS, LA 70154**

SOLD TO:

SHIP TO: 01/22/05    14:3?

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.    350752**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| ?/2?/0? | HOUSE ACCOUNTS | AF | 608717 | | PAGE: ? |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| ?/22/0? | DIXIE | 01/23/05 | | | 977144 | R.Y. |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 40 | 40 | SWAP PALLET? | BOX | 17.50 | 700.00 |
| | | 56 CT CA CHOICE ORANGES | | | |
| | | PLEASE MAKE APPT | | | |
| | 40 | INVOICE TOTAL: | | | 700.00 |

**RECEIVED**
DATE 1-23-05
SIGNATURE [signature]
WINN-DIXIE LOUISIANA, INC.

RYAN No.: 65495    Seal No.: 146549

"e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the ?shable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, ?nventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities ? full payment is received."

| ?IN | | PALLETS OUT | WT: 7,558.00 | PAYMENT DUE BY 03/09/05 |
|---|---|---|---|---|

?-1

RECEIVED IN
GOOD ORDER BY: _____

?HANDISE ACCEPTED FOR RETURN
?OUR AUTHORITY.

NET 10 DAYS

**DELIVERY COPY**

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9085

SOLD TO:

SHIP TO:

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
0085
WINN DIXIE LA,INC.            WINN DIXIE HAMMOND
P.O. BOX 40045               WAREHOUSE
JACKSONVILLE,FL 32203        3925 HWY. 190 WEST
PERISHABLE INV.ACCTING       HAMMOND, LA 70401
```

## REPRINT

INVOICE No.      351032

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/24/05 | HOUSE ACCOUNTS | JJ | 609099 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/24/05 | DIXIE | 01/24/05 | 04:50 | 0351 | 754 | LARRY G. |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 11 | 11 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | 9.50 | 104.50 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | 8.00 | 160.00 |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 27.50 |
| 12 | 12 | 6/14OZ FRESH SALSA | LBS | 9.00 | 108.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION SWAP  PALLETS | BOX | 15.00 | 150.00 |
| | 58 | INVOICE TOTAL: | | | 550.00 |

- 104.5~
445.5~

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PAYMENT DUE BY 02/03/2005

| LETS IN | PALLETS OUT |
|---|---|

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

RMS: NET 10 DAYS

**DELIVERY COPY**

# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN)  LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/24/05   21:43

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA.INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**            351032

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 01/24/05 | HOUSE ACCOUNTS | J3 | 609099 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/24/05 | DIXIE | 01/25/05 | | | 754 | LARRY G. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 11 *Decay* | 1 | 50# SACKS JUMBO YELLOW ONION SACK ( DOUBLE RUN ) | | | |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION SACK ( DOUBLE RUN ) | | | |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | | |
| 12 | 12 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP   PALLETS | | | |

*RECEIVED
DATE 1-25-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.*

*(58)*

*3 PALLETS*

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Wt:  1,901.53    PAYMENT DUE BY 03/11/05

| PALLETS IN | PALLETS OUT | |
|---|---|---|

PP-1

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

TERMS: NET 10 DAYS

**DELIVERY COPY**

# dixie produce and packaging, inc.



5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

01/25/05  23:04

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.**       351195

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 01/25/05 | HOUSE ACCOUNTS | JJ | 611140 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/25/05 | DIXIE | 01/26/05 | | | 856/752 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 24 | 24 | 50# SACKS JUMBO YELLOW ONION ⟨ DOUBLE RUN ⟩ | SACK | 9.50 | 228.00 |
| 28 | 28 | 50# SACKS JUMBOS WHITE ONION ⟨ DOUBLE RUN ⟩ | SACK | 16.00 | 448.00 |
| 17 | 17 | 50# SKS LGE MED YELLOW ONION ⟨ DOUBLE RUN ⟩ | SACK | 8.00 | 136.00 |
| 42 | 42 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 388.50 |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 950.00 |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 16.50 |
| 34 | 34 | 6/14OZ FRESH SALSA | LBS | 9.00 | 306.00 |
| 9 | 9 | 12/6 CHOPPED GREEN ONION SWAP  PALLETS | BOX | 15.00 | 135.00 |
| | 257 | INVOICE TOTAL: | | | 2608.00 |

RYAN No.: N   Seal No.: N

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

8 4-WAY

Wt: 11,200.38       PAYMENT DUE BY 03/12/05

TS IN                PALLETS OUT

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

01/25/05   23:04

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**    351195

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/25/05 | HOUSE ACCOUNTS | JJ | 611140 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/25/05 | DIXIE | 01/26/05 | | | 856/752 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 24 | 24 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | | |
| 28 | 28 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | | |
| 17 | 17 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | | |
| 42 | 42 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | | |
| 34 | 34 | 6/14OZ FRESH SALSA | LBS | | |
| 9 | 9 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |

RYAN No.: N   Seal No.: N

RECEIVED

DATE _1/26/05_

SIGNATURE _D Patterson_

WINN DIXIE LOUISIANA INC

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

B  4-WAY

| ETS IN | | PALLETS OUT | Wt: 11,200.38 | PAYMENT DUE BY 03/12/05 |
|---|---|---|---|---|

1 DPP-1

RECEIVED IN
GOOD ORDER BY: _____

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

MC NET 40 DAYS

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                    SHIP TO:

0085                                        WINN DIXIE HAMMOND
WINN DIXIE LA,INC.                          WAREHOUSE
P.O. BOX 40045                              3925 HWY. 190 WEST
JACKSONVILLE,FL 32203                       HAMMOND, LA 70401
PERISHABLE INV.ACCTING

**REPRINT**

**INVOICE No.**    35135

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 01/26/05 | HOUSE ACCOUNTS | AS | 611816 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/26/05 | DIXIE | 01/26/05 | 04:50 | 0351 | 855/749 | LARRY G |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 50 | 50 | 25# JUMBO RED ONIONS | SACK | 9.00 | 450.0 |
| | | ( DOUBLE RUN ) | | | |
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 190.0 |
| | | ( DOUBLE RUN ) | | | |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 120.0 |
| | | ( DOUBLE RUN ) | | | |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1425.0 |
| 12 | 12 | 6/14OZ FRESH SALSA | LBS | 9.00 | 108.0 |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 45.0 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 250 | INVOICE TOTAL: | | | 2338.0 |

- 153 0
2185.0

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**PAYMENT DUE BY 02/05/200**

| LLETS IN | PALLETS OUT | |
|---|---|---|

IM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/26/05   22:41

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**     351355

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 01/26/05 | HOUSE ACCOUNTS | AS | 611816 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/26/05 | DIXIE | 01/27/05 | | | 855/749 | LARRY G |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 50 | 50 | 25# JUMBO RED ONIONS | SACK | | |
| | | 〈 DOUBLE RUN 〉 | | | |
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | 〈 DOUBLE RUN 〉 | | | |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | 〈 DOUBLE RUN 〉 | | | |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 12 | 012   026 | 6/14OZ FRESH SALSA | LBS | | |
| 3 | 0 3  (SHORT) | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |

250
235

RECEIVED

DATE_____1-27-05
SIGNATURE_____

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities.
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

0 4-WAY

| | | Wt:  10,587.40 | PAYMENT DUE BY 03/13/05 |
|---|---|---|---|
| ETS IN | PALLETS OUT | | |

DPP-1

RECEIVED IN
GOOD ORDER BY: _____

RCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

DELIVERY COPY

MS: NET 10 DAYS

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/27/05   20:07      PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

OLD TO:                                    SHIP TO:

0085
WINN DIXIE LA,INC.                 WINN DIXIE HAMMOND
P.O. BOX 40045                     WAREHOUSE
JACKSONVILLE,FL 32203              3925 HWY. 190 WEST
PERISHABLE INV.ACCTING             HAMMOND, LA 70401

—DUPLICATE— 2                      INVOICE No.      351538

| ICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 1/27/05 | HOUSE ACCOUNTS | JJ | 613034 | | | PAGE: 1 |

| P DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 1/27/05 | DIXIE | 01/28/05 | | | 795/80 | WILLIE C |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| RED | SHIPPED | | | | |
| 20 | 20 | 25# JUMBO RED ONIONS | SACK | 11.50 | 230.00 |
| | | ‹ NEW CROP › | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 95.00 |
| | | ‹ DOUBLE RUN › | | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION | SACK | 16.00 | 160.00 |
| | | ‹ NEW CROP › | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 80.00 |
| | | ‹ DOUBLE RUN › | | | |
| 40 | 40 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 380.00 |
| 17 | 17 | 6/14OZ FRESH SALSA | LBS | 9.00 | 153.00 |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 45.00 |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 110 | INVOICE TOTAL: | | | 1143.00 |

- 230.⁰⁰
913.⁰⁰

RYAN No.: N   Seal No.: N

perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
shable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities,
ventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
full payment is received."                      @ 4-WAY

| | | Wt: 4,173.90 | PAYMENT DUE BY 03/14/05 |
|---|---|---|---|
| IN | PALLETS OUT | | |

-1

RECEIVED IN
ANDISE ACCEPTED FOR RETURN          GOOD ORDER BY: _____
OUR AUTHORITY.

NET 10 DAYS                    DELIVERY COPY

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SHIP TO: 01/27/05  20:07

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**    351538

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/27/05 | HOUSE ACCOUNTS | JJ | 613034 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/27/05 | DIXIE | 01/28/05 | | | 795/80 | WILLIE C |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| *Refused discolored* | | 25# JUMBO RED ONIONS | SACK | | |
| | | < NEW CROP > | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | < NEW CROP > | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 40 | 40 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 17 | 17 | 6/14OZ FRESH SALSA | LBS | | |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |

RECEIVED

DATE 1-28-05

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

@ 4-WAY

Wt:   4,173.90    PAYMENT DUE BY 03/14/05

ETS IN    PALLETS OUT

1 DPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

DELIVERY COPY