

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

01/29/05  17:35        PLEASE REMIT PAYMENT TO:
SHIP TO:                    P. O. BOX 54073
                          NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.                WINN DIXIE HAMMOND
P.O. BOX 40045                   WAREHOUSE
JACKSONVILLE,FL 32203            3925 HWY. 190 WEST
PERISHABLE INV.ACCTING          HAMMOND, LA 70401

**INVOICE No.**        3 5 1 7 1 4

| VOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 01/28/05 | HOUSE ACCOUNTS | JJ | 613968 | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/29/05 | DIXIE | 01/30/05 | | | 977144 | A.W. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 25# JUMBO RED ONIONS | SACK | 11.50 | 230.00 |
| | | ( NEW CROP ) | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 95.00 |
| | | ( DOUBLE RUN ) | | | |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION | SACK | 16.50 | 330.00 |
| | | ( DOUBLE RUN ) | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 80.00 |
| | | ( DOUBLE RUN ) | | | |
| 30 | 30 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 277.50 |
| 80 | 80 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 760.00 |
| 2 | 2 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 11.00 |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | 9.00 | 270.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |

207

INVOICE TOTAL                    2128.50

RECEIVED

DATE 1-30-05

SIGNATURE

RYAN No.: 5545465  Seal

The perishable agricultural commodities listed on this
Perishable Agricultural Commodities Act, 1930
inventories of food or other products
full payment is received,

# dixie produce and packaging, inc.



5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**REPRINT**

INVOICE No.          **351716**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/28/05 | HOUSE ACCOUNTS | JJ | 613984 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/30/05 | DIXIE | 01/30/05 | 04:5 0 | 0351 | 191 | LARRY G. |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 20 | 20 | 25# JUMBO RED ONIONS<br>( NEW CROP ) | SACK | 11.50 | 230.00 |
| 15 | 15 | 50# SACKS JUMBO YELLOW ONION<br>( DOUBLE RUN ) | SACK | 9.50 | 142.50 |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION<br>( DOUBLE RUN ) | SACK | 16.50 | 247.50 |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION<br>( DOUBLE RUN ) | SACK | 8.00 | 120.00 |
| 20 | 20 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 185.00 |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 16.50 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| | | SWAP PALLETS<br>MUST HAVE CODE DATES FOR ALL<br>PRE CUT ITEMS ON DELIVERY<br>BILLS. | | | |
| | 103 | INVOICE TOTAL: | | | 1106.50 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PAYMENT DUE BY 02/09/2005

| PALLETS IN | PALLETS OUT |
|---|---|

RM DPP-1

D MERCHANDISE ACCEPTED FOR RETURN
ITHOUT OUR AUTHORITY.

RECEIVED IN,
GOOD ORDER BY: _____

ERMS: NET 10 DAYS

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23847 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

01/30/05   14:47

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

**SHIP TO:**

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**     35171

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 01/28/05 | HOUSE ACCOUNTS | 33 | 613984 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/30/05 | DIXIE | 01/31/05 | | | 191 | LARRY G. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | REFUSED 25# JUMBO RED ONIONS ( NEW CROP ) | SACK | | |
| 15 | 15 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | | |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 20 | 20 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | | |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | | |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |

(83)

**RECEIVED**
DATE 1-31-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

6 PALLETS

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

6-WAY
Wt: 4,227.16   PAYMENT DUE BY 03/17/05

| PALLETS IN | PALLETS OUT | |
|---|---|---|
| FORM DPP-1 | | |

NO MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

TERMS: NET 10 DAYS

**DELIVERY COPY**

# dixie produce and packaging, inc.



5801 AVENUE G   •   P.O. BOX 23C47   •   NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500   •   ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION   •   1-337-235-8080   •   1-877-235-8080
FAX: 1-337-237-9086

01/31/05   20:40

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

OLD TO:                                    SHIP TO:

0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING               HAMMOND, LA 70401

—DUPLICATE— 2                        **INVOICE No.      352054**

| ICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 01/31/05 | HOUSE ACCOUNTS | AS | 615306 | | | |

| HIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/31/05 | DIXIE | 02/01/05 | | | 752 | TROY W. |

| QUANTITY ERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 15 | 15 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 9.50 | 142.50 |
| 15 | 15 | 50# JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 16.50 | 247.50 |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 120.00 |
| 5 | 5 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 46.25 |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1425.00 |
| 1 | 1 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 5.50 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| | | SWAP  PALLETS MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | | | |
| | 226 | INVOICE TOTAL: | | | 2271.75 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

8  4-WAY
Wt:  10,424.08     PAYMENT DUE BY 03/18

| TS IN | PALLETS OUT | |
|---|---|---|
| DPP-1 | | RECEIVED IN GOOD ORDER BY: _____ |

RCHANDISE ACCEPTED FOR RETURN
UT OUR AUTHORITY.

**DELIVERY COPY**

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 29647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

01/31/05   20:40

SHIP TO:

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

OLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.** 352054

| ICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|----------|---------|-----|------------------|------------------|--|--|
| 1/31/05 | HOUSE ACCOUNTS | AS | 615306 | | | PAGE: 1 |

| IP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---------|----------|-------------|------------|---------|----------------|--------|
| 1/31/05 | DIXIE | 02/01/05 | | | 752 | TROY W. |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|----------|---------|-------------|------|------------|----------------|
| ERED | SHIPPED | | | | |
| 15 | 15 | 50# SACKS JUMBO YELLOW ONION <br> ( DOUBLE RUN ) | SACK | | |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION <br> ( DOUBLE RUN ) | SACK | | |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION <br> ( DOUBLE RUN ) | SACK | | |
| 5 | 5 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 1 | 1 | 6/16OZ SHRED CABBAGE | LBS | | |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |

RECEIVED

DATE 2-1-05

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A    Seal No.: N/A

he perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the rishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities til full payment is received."

B 4-WAY

WT: 10,424.08    PAYMENT DUE BY 03/18/05

| S IN | PALLETS OUT | RECEIVED IN GOOD ORDER BY: |
|------|-------------|----------------------------|
| PP-1 | | |

CHANDISE ACCEPTED FOR RETURN
T OUR AUTHORITY.

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/31/05  16:03    PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**                         **SHIP TO:**

0085
WINN DIXIE LA,INC.              WINN DIXIE HAMMOND
P.O. BOX 40045                  WAREHOUSE
JACKSONVILLE,FL 32203           3925 HWY. 190 WEST
PERISHABLE INV.ACCTING          HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.**        35205

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 01/31/05 | HOUSE ACCOUNTS | AS | 616280 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/31/05 | DIXIE | 01/31/05 | 04:30P | | 443 | ALFRED N |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| 100 | 100 | 24/1# WHOLE PEELED BABY CARR BOX | | 21.00 | 2100.0 |
| 30 | 30 | 12 CT CANTALOUPES              BOX | | 20.00 | 1600.0 |
| | | DELIVER TODAY ASAP | | | 700.0 |
| | 130 | INVOICE TOTAL: | | | 3700.0 |

3700.0

RYAN No.: N/A   Seal No.: N/A

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

4 4-WAY
Wt:  5,183.24    PAYMENT DUE BY 03/17/05

PALLETS IN                    PALLETS OUT

RM DPP-1

O MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23847  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/31/05   16:03

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                    SHIP TO:

0085
WINN DIXIE LA,INC.                          WINN DIXIE HAMMOND
P.O. BOX 40045                              WAREHOUSE
JACKSONVILLE,FL 32203                       3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                      HAMMOND, LA 70401

INVOICE No.                    352055

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 01/31/05 | HOUSE ACCOUNTS | AS | 616280 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/31/05 | DIXIE | 01/31/05 | 04:30P | | 443 | ALFRED N |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| 100 | 100 | 24/1# WHOLE PEELED BABY CARR | BOX | | |
| 80 | 80 | 12 CT CANTALOUPES | BOX | | |
| 90 | 90 | DELIVER TODAY ASAP | | | |

RECEIVED

DATE 1/31/05

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

Rec. 190 cs

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

4 4-WAY

Wt.   5,189.24     PAYMENT DUE BY 03/17/05

| ...TS IN | PALLETS OUT | RECEIVED IN GOOD ORDER BY: |
|---|---|---|
| DPP-1 | | |

...RCHANDISE ACCEPTED FOR RETURN
...UT OUR AUTHORITY.

...S: NET 10 DAYS

DELIVERY COPY



# dixie produce and packaging, inc.

**5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
**TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950**
**LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080**
**FAX: 1-337-237-9086**

02/03/05   16:49

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN-DIXIE LOUISIANA
WAREHOUSE
3925 HWY 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

INVOICE No.    352618

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 01/31/05 | HOUSE ACCOUNTS | TS | 352055 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/31/05 | | | | | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 12 CT CANTALOUPES | BOX | 20.00 | 200.00 |
| | | REF INV 352055 | | | |
| | | ONLY RECEIVED 80 | | | |
| | 10 | INVOICE TOTAL: | | | 200.00 |

"he perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
rishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities,
inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
il full payment is received."

None

Wt:    360.00    PAYMENT DUE IN 45 DAYS

| IN | PALLETS OUT |
|---|---|

P-1

CHANDISE ACCEPTED FOR RETURN
OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

NET 10 DAYS

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**SOLD TO:**

02/01/05   22:31

**SHIP TO:**

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**      352182

| VOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/01/05 | HOUSE ACCOUNTS | KP | 617084 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/01/05 | DIXIE | 02/02/05 | 01:00P | | 749 | W.COATS |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 15 | 15 | 50# SACKS JUMBO YELLOW ONION<br>( DOUBLE RUN ) | SACK | 9.50 | 142.50 |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION<br>( DOUBLE RUN ) | SACK | 16.50 | 247.50 |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION<br>( DOUBLE RUN ) | SACK | 8.00 | 120.00 |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 950.00 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | | DRIVER PICK UP 30 PALLETS. | | | |

(155)

**INVOICE TOTAL:**                    1550.00

RECEIVED

2-2-05

DATE _____

SIGNATURE _____

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

7 4-WAY

| | | Wt:    7,588.67 | PAYMENT DUE BY 03/19/05 |
|---|---|---|---|

| TS IN | PALLETS OUT | | |

PP-1

RCHANDISE ACCEPTED FOR RETURN
UT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

S: NET 10 DAYS

**DELIVERY COPY**

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/02/05   19:36

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                          SHIP TO:

0085
WINN DIXIE LA,INC.               WINN DIXIE HAMMOND
P.O. BOX 40045                   WAREHOUSE
JACKSONVILLE,FL 32203            3925 HWY. 190 WEST
PERISHABLE INV.ACCTING          HAMMOND, LA 70401

**INVOICE No.**   352358

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/02/05 | HOUSE ACCOUNTS | AS | 618275 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/02/05 | DIXIE | 02/03/05 | | | 749 | TREMELL W. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | 9.50 | 95.00 |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | 8.00 | 80.00 |
| 10 | 10 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 92.50 |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1425.00 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| | | SWAP PALLETS MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | | | |
| | 195 | INVOICE TOTAL: | | | 1857.50 |

RECEIVED
DATE 2-3-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

8 4-WAY
Wt:   9,307.48     PAYMENT DUE BY 03/20/05

| PALLETS IN | PALLETS OUT | | |
|---|---|---|---|
| | | RECEIVED IN GOOD ORDER BY: | |

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G   •   P.O. BOX 23647   •   NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION   •   1-337-235-8080   •   1-877-235-8080
FAX: 1-337-237-9086

02/04/05  00:48

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                    SHIP TO:

0085
WINN DIXIE LA,INC.                          WINN DIXIE HAMMOND
P.O. BOX 40045                              WAREHOUSE
JACKSONVILLE,FL 32203                       3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                      HAMMOND, LA 70401

—DUPLICATE— 2                    **INVOICE No.**      **352518**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/03/05 | HOUSE ACCOUNTS | AS | 619551 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/04/05 | DIXIE | 02/04/05 | | | 755 | T.WHEELER |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 25# JUMBO RED ONIONS ( NEW CROP ) | SACK | 11.50 | 230.00 |
| 30 | 30 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 9.50 | 285.00 |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 16.50 | 495.00 |
| 30 | 30 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 240.00 |
| 30 | 30 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.25 | 277.50 |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 950.00 |
| 4 | 4 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 22.00 |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | 9.00 | 270.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 284 | INVOICE TOTAL: | | | 2919.50 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

9 4-WAY

WT: 12,250.69    **PAYMENT DUE BY 03/21/05**

PALLETS IN                          PALLETS OUT

RM DPP-1                                         RECEIVED IN
                                                 GOOD ORDER BY
MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23547 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/04/05    00:48

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

**SHIP TO:**

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**    352518

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 02/03/05 | HOUSE ACCOUNTS | AS | 619551 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/04/05 | DIXIE | 02/04/05 | | | 755 | T.WHEELER |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 20 | 20 | 25# JUMBO RED ONIONS | SACK | | |
| | | < NEW CROP > | | | |
| 30 | 30 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 30 | 30 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| 30 | 30 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 4 | 4 | 6/16OZ SHRED CABBAGE | LBS | | |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |

(284)

9 PALLETS

RECEIVED
DATE 2-4-05
SIGNATURE _____
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

9 4-WAY

| | | WT: 12,250.69 | PAYMENT DUE BY 03/21/05 |
|---|---|---|---|

| PALLETS IN | PALLETS OUT | | |
|---|---|---|---|

RM DPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

DELIVERY COPY

 # dixie produce and packaging, inc.

**5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
**TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950**
**LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080**
**FAX: 1-337-237-9086**

02/06/05   14:16

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                           SHIP TO:

0085
WINN DIXIE LA,INC.                 WINN DIXIE HAMMOND
P.O. BOX 40045                     WAREHOUSE
JACKSONVILLE,FL 32203              3925 HWY. 190 WEST
PERISHABLE INV.ACCTING            HAMMOND, LA 70401

—DUPLICATE— 2
                                   **INVOICE No.        352561**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/03/05 | HOUSE ACCOUNTS | JJ | 619748 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/06/05 | DIXIE | 02/07/05 | | | 922 | W.BRYER |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 0 | 0 | 25# JUMBO RED ONIONS  < NEW CROP   > | SACK | 11.50 | .00 |
| 30 | 30 | 50# SACKS JUMBO YELLOW ONION  < DOUBLE RUN > | SACK | 9.50 | 285.00 |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION  < DOUBLE RUN > | SACK | 16.50 | 495.00 |
| 40 | 40 | 50# SKS LGE MED YELLOW ONION  < DOUBLE RUN > | SACK | 8.00 | 320.00 |
| 50 | 50 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.50 | 475.00 |
| 400 | 400 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 3800.00 |
| 2 | 2 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 11.00 |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | 9.00 | 270.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| 6 | 6 | 50# YELLOW PRE-PKS | LBS | 8.00 | 48.00 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | | NOTE CHANGING DELIVERY DAY. | | | |
| | | | | | |
| | | REPRINT FOR CORRECTION | | | |
| | | RET'D 50 CASES JUMBO RED ONI | | | |
| | 598 | INVOICE TOTAL: | | | 5854.00 |

RYAN No.: N/A  Seal No.: N/A

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

15 4-WAY

| | | Wt:  28,483.35 | PAYMENT DUE BY 03/24/05 |
|---|---|---|---|
| ..LETS IN | PALLETS OUT | | |

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN)  LOUISIANA 70183
TELEPHONE  (504)  733-7500  •  ACCOUNTING  FAX  (504)  734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:  02/06/05  14:16

```
0085
WINN DIXIE LA,INC.                    WINN DIXIE HAMMOND
P.O. BOX 40045                        WAREHOUSE
JACKSONVILLE,FL 32203                 3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                HAMMOND, LA 70401
```

**INVOICE No.**    352561

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/03/05 | HOUSE ACCOUNTS | JJ | 619748 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/06/05 | DIXIE | 02/07/05 | | | 922 | W.BRYER |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 50 | 50 | *Refused* 25# JUMBO RED ONIONS | SACK | | |
| | | ( NEW CROP ) | | | |
| 30 | 30 | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 40 | 40 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 50 | 50 | 10/5# PRE-PACK YELLOW ONIONS | BOX | | |
| 400 | 400 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 2 | 2 | 6/16OZ SHRED CABBAGE | LBS | | |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 6 | 6 | 50# YELLOW PRE-PKS | LBS | | |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | | NOTE CHANGING DELIVERY DAY. | | | |

(598)

(7)

REC
DATE _____
SIGNATURE _____
WINN-DIXIE LOUISIANA

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

15 4-WAY

| | Wt: 29,808.35 | PAYMENT DUE BY 03/24/05 |
|---|---|---|
| ..LETS IN    /5 | PALLETS OUT | |

IM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
..HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**

RMS: NET 10 DAYS

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                              SHIP TO: 02/12/05   15:49

```
        0085
        WINN DIXIE LA,INC.              WINN DIXIE HAMMOND
        P.O. BOX 40045                 WAREHOUSE
        JACKSONVILLE,FL 32203          3925 HWY. 190 WEST
        PERISHABLE INV.ACCTING         HAMMOND, LA 70401
```

INVOICE No.        352670

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 02/03/05 | HOUSE ACCOUNTS | JJ | 620104 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/12/05 | DIXIE | 02/13/05 | | | 755 | AN |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 800 | 800 | 16/3# LG/MED YELLOW ONION SWAP  PALLETS MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | BALE | 9.50 | 7600.00 |
| | 800 | INVOICE TOTAL: | | | 7600.00 |

RECEIVED
DATE 2-13-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: 54854   Seal No.: 115546

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

20 CHEP
20 CHEP

| ...LETS IN | PALLETS OUT | Wt:  41,948.00 | PAYMENT DUE BY 03/30/05 |
|---|---|---|---|

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
...HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

RMS: NET 10 DAYS

DELIVERY COPY

# dixie produce and packaging, inc.



**5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO: 02/19/05   14:17

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTG

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.    352672**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/03/05 | HOUSE ACCOUNTS | JJ | 620111 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/19/05 | DIXIE | 02/20/05 | | | 148 | AW |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 200 | 200 | 16/3# LG/MED YELLOW ONION SWAP PALLETS MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | BALE | 9.50 | 1900.00 |
| | 200 | INVOICE TOTAL: | | | 1900.00 |

**RECEIVED**

DATE 2-20-05

SIGNATURE

WINN-DIXIE LOUISIANA, INC

RYAN No.: 54984   Seal No.: 649549

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

@ CHEP

| LLETS IN | PALLETS OUT | Wt:   9,800.00 | PAYMENT DUE BY 04/06/05 |
|---|---|---|---|

RM DPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

DELIVERY COPY

 # dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

02/05/05   13:47

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                          SHIP TO:

0085
WINN DIXIE LA,INC.                WINN DIXIE HAMMOND
P.O. BOX 40045                    WAREHOUSE
JACKSONVILLE,FL 32203             3925 HWY. 190 WEST
PERISHABLE INV.ACCTING            HAMMOND, LA 70401

—DUPLICATE— 2

INVOICE No.          352705

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 02/04/05 | HOUSE ACCOUNTS | AS | 620407 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/05/05 | DIXIE | 02/06/05 | | | 554237 | T.W. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 0 | 0 | 25# JUMBO RED ONIONS | SACK | 11.50 | .00 |
| | | ( NEW CROP   ) | | | |
| 30 | 30 | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 285.00 |
| | | ( DOUBLE RUN ) | | | |
| 0 | 0 | 50# SACKS JUMBOS WHITE ONION | SACK | 16.50 | .00 |
| | | ( DOUBLE RUN ) | | | |
| 30 | 30 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 240.00 |
| | | ( DOUBLE RUN ) | | | |
| 40 | 40 | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.50 | 380.00 |
| 130 | 130 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1235.00 |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | 5.00 | 25.00 |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | 9.00 | 270.00 |
| 15 | 15 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 225.00 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | | DRIVER PICK UP 4 PALLETS | | | |
| | | ***REPRINT FOR CORRECTIONS** | | | |
| | | REFUSED 40 JUMBO RED ONION & | | | |
| | | 30 JUMBO WHITE ONION — DUE T | | | |
| | | QUALITY | | | |
| | 280 | INVOICE TOTAL: | | | |

RYAN No.: 4848   Seal No.: 4521

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust
Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a tru
all inventories of food or other products derived from these commodities and any receivables or proceeds
until full payment is received."

10 4-WAY
Wt:  12,614.70

ETS IN                    PALLETS OUT

: DPP-1

ERCHANDISE ACCEPTED FOR RETURN        RECEIVED IN
OUT OUR AUTHORITY.                    GOOD ORDER BY:

MS: NET 10 DAYS                DELIVERY COPY

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/05/05   13:47

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No.          352705

| INVOICE DATE | HOUSE ACCOUNTS | WAS | SOLD P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|

| SHIP DATE | SHIP VIA | APPT. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | T.W. | DRIVER |
|---|---|---|---|---|---|---|---|

| QUANTITY ORDERED | SHIPPED | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | 10 | Dry Stems | 25# JUMBO RED ONIONS | SACK | 11.50 | 460.00 |
| | | | ⟨ NEW CROP ⟩ | | | |
| 30 | 30 | | 50# SACKS JUMBO YELLOW ONION | SACK | 9.50 | 285.00 |
| | | | ⟨ DOUBLE RUN ⟩ | | | |
| 30 | 30 Undersized | | 50# SACKS JUMBOS WHITE ONION | SACK | 16.50 | 495.00 |
| | | | ⟨ DOUBLE RUN ⟩ | | | |
| 30 | 30 | | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 240.00 |
| | | | ⟨ DOUBLE RUN ⟩ | | | |
| 40 | 40 | | 10/5# PRE-PACK YELLOW ONIONS | BOX | 9.50 | 380.00 |
| 130 | 130 | | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1235.00 |
| 5 | 5 | | 6/16OZ SHRED CABBAGE | LBS | 5.00 | 25.00 |
| 30 | 30 | | 6/14OZ FRESH SALSA | LBS | 9.00 | 270.00 |
| 15 | 15 | | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 225.00 |

SWAP   PALLETS
MUST HAVE CODE DATES FOR ALL
PRE CUT ITEMS ON DELIVERY
BILLS.
DRIVER PICK UP 4 PALLETS

INVOICE TOTAL:          3615.00

RECEIVED

DATE 2/6 05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

350
280

RYAN No.: 4848   Seal No.: 4521

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Wt: 15,234.70          PAYMENT DUE BY 03/23/05

| PALLETS IN | PALLETS OUT |
|---|---|

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

MS: NET 10 DAYS

DELIVERY COPY

 # dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE  (504)  733-7500 • ACCOUNTING FAX  (504)  734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

02/05/05   13:49

SOLD TO:

SHIP TO:

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA.INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

INVOICE No.    352836

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 02/04/05 | HOUSE ACCOUNTS | JJ | 621290 | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/05/05 | DIXIE | 02/06/05 | | | 554237 | T.W. |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| | | SWAP  PALLETS | | | |
| 30 | 30 | 12/3# XFCY RED APPLES | BOX | 19.00 | 570.00 |
| 60 | 60 | 19# RED SEEDLESS GRAPES | BOX | 25.50 | 1530.00 |
| 0 | 0 | 18# GREEN SEEDLESS GRAPES | BOX | 24.00 | .00 |
| | | REPRINT FOR CORRECTION | | | |
| | | SHORT 60 CASES GREEN GRAPES | | | |
| | 90 | INVOICE TOTAL: | | | 2100.00 |

RYAN No.: 5748798   Seal No.: 11545

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received."

3  4-WAY

| | | Wt= 2,593.86 | PAYMENT DUE BY 03/23/05 |
|---|---|---|---|
| ETS IN | PALLETS OUT | | |

1 DPP-1

RECEIVED IN
GOOD ORDER BY: _____

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/05/05  13:49

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                          SHIP TO:

0085
WINN DIXIE LA,INC.                WINN DIXIE HAMMOND
P.O. BOX 40045                    WAREHOUSE
JACKSONVILLE,FL 32203             3925 HWY. 190 WEST
PERISHABLE INV.ACCTING            HAMMOND, LA 70401

**INVOICE No.**                                    352830

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE |
|---|---|---|---|---|---|
| 02/04/05 | HOUSE ACCOUNTS | | 621290 | | 1 |

| SHIP DATE | SHIP VIA | ARRIV DATE | APPT. TIME | APPT. # | TRAILER LIC # | | DRIVER |
|---|---|---|---|---|---|---|---|
| 02/04/05 | | 02/04/05 | | | | T W | |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | SWAP PALLETS | | | |
| 30 | 30 | 12/3# XFCY RED APPLES | BOX | 19.00 | 570.00 |
| 60 | 60 | 19# RED SEEDLESS GRAPES | BOX | 25.50 | 1530.00 |
| 60 | 60 Number | 18# GREEN SEEDLESS GRAPES | BOX | 24.00 | 1440.00 |
| | 150 | INVOICE TOTAL: | | | 3540.00 |

**RECEIVED**

DATE 2-6-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: 5748798   Seal No.: 11545

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Wt:  3,751.86    PAYMENT DUE BY 03/23/05

LETS IN                    PALLETS OUT

M DPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

DELIVERY COPY



# dixie produce and packaging, inc.

**5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
**TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950**
**LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080**
**FAX: 1-337-237-9086**

02/08/05   13:54

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                   SHIP TO:

0085
WINN DIXIE LA,INC.                         WINN DIXIE HAMMOND
P.O. BOX 40045                             WAREHOUSE
JACKSONVILLE,FL 32203                      3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                     HAMMOND, LA 70401

## —DUPLICATE— 2

INVOICE No.    353103

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/07/05 | HOUSE ACCOUNTS | JJ | 622552 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/08/05 | DIXIE | 02/09/05 | | | 759 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 0 | 0 | 25# JUMBO RED ONIONS | SACK | 11.50 | .00 |
| | | < DOUBLE RUN > | | | |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION | SACK | 16.50 | 247.50 |
| | | < DOUBLE RUN > | | | |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 120.00 |
| | | < DOUBLE RUN > | | | |
| 130 | 130 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1235.00 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 2 | 2 | 50# YELLOW PRE-PKS | LBS | 7.75 | 15.50 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| 20 | 20 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 190.00 |
| | | | | | |
| | | REPRINT FOR CORRECTION | | | |
| | | RETURNED 30 CASES JUMBO RED | | | |
| | | ONIONS | | | |
| | 197 | INVOICE TOTAL: | | | 1943.00 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

9 4-WAY

Wt:   9,555.79    PAYMENT DUE BY 03/2?

PALLETS IN                    PALLETS OUT

ORM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

ERMS: NET 10 DAYS

DELIVERY COPY



# dixie produce and packaging, inc.

**5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
**TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950**
**LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080**
**FAX: 1-337-237-9086**

SOLD TO:                          SHIP TO: 02/08/05  13:54

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA,INC.                WINN DIXIE HAMMOND
P.O. BOX 40045                    WAREHOUSE
JACKSONVILLE,FL 32203             3925 HWY. 190 WEST
PERISHABLE INV.ACCTING            HAMMOND, LA 70401

**INVOICE No.    353103**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/07/05 | HOUSE ACCOUNTS | JJ | 622552 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/08/05 | DIXIE | 02/09/05 | | | 759 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 30 | 30 REFUSED | 25# JUMBO RED ONIONS | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 15 | 15 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | ( DOUBLE RUN ) | | | |
| 130 | 130 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 15 | 15 | 6/140Z FRESH SALSA | LBS | | |
| 2 | 2 | 50# YELLOW PRE-PKS | LBS | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| 20 | 20 | 10/5# LG/MED YELLOW ONIONS | BALE | | |

RECEIVED

DATE 2-9-05

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

9 4-WAY

| | | WT: 10,350.79 | PAYMENT DUE BY 03/28/05 |
|---|---|---|---|
| PALLETS IN | 9 | PALLETS OUT | |

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

RMS: NET 10 DAYS                    DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:
02/09/05   20:32

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**

263276

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/09/05 | HOUSE ACCOUNTS | AS | 625186 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/09/05 | DIXIE | 02/10/05 | | | 775759 | WB |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 10 | INVOICE TOTAL: | | | 90.00 |

**RECEIVED**

DATE 2-10-05

SIGNATURE _____

WINN-DIXIE LOUISIANA, INC

RYAN No.: 5155  Seal No.: G52

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PALLETS IN | 1 | PALLETS OUT | 1 CHEP |
|---|---|---|---|
| | | | 0 CHEP |

RM DPP-1

WT: 200.40   PAYMENT DUE BY 03/27/05

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                    SHIP TO:

0085                                        WINN DIXIE HAMMOND
WINN DIXIE LA.INC.                          WAREHOUSE
P.O. BOX 40045                              3925 HWY. 190 WEST
JACKSONVILLE,FL 32203                       HAMMOND, LA 70401
PERISHABLE INV.ACCTING

**R E P R I N T**                           **INVOICE No.**        **353284**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/09/05 | HOUSE ACCOUNTS | A$ | 625776 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/25/05 | DIXIE | 02/25/05 | 04:5 0 | 0353 | 080 | W.COBBINS |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 800 | 800 | 50# SKS LGE MED YELLOW ONION SACK ( DOUBLE RUN ) SWAP PALLETS MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | | 8.00 | 6400.00 |
| | 800 | INVOICE TOTAL: | | | 6400.00 |

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**PAYMENT DUE BY 03/07/2005**

LLETS IN                        PALLETS OUT

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN          RECEIVED IN
HOUT OUR AUTHORITY.                       GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

**5801 AVENUE G** • **P.O. BOX 23647** • **NEW ORLEANS, (HARAHAN) LOUISIANA 70183**
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO:          02/25/05   18:18

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
0085
WINN DIXIE LA,INC.              WINN DIXIE HAMMOND
P.O. BOX 40045                  WAREHOUSE
JACKSONVILLE,FL 32203           3925 HWY. 190 WEST
PERISHABLE INV.ACCTING          HAMMOND, LA 70401
```

**INVOICE No.**   353284

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/09/05 | HOUSE ACCOUNTS | AS | 625776 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/25/05 | DIXIE | 02/26/05 | | | 080 | W.COBBINS |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 800 | 800 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) SWAP PALLETS MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | SACK | | |

RECEIVED
DATE 2-26-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: N/A

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

20 4-WAY

WT= 42,416.20     PAYMENT DUE BY 04/12/05

PALLETS IN          PALLETS OUT

RM DPP-1

O MERCHANDISE ACCEPTED FOR RETURN
ITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY