# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

## REPRINT

**INVOICE No.    353285**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/09/05 | HOUSE ACCOUNTS | AS | 625777 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/25/05 | DIXIE | 02/28/05 | 04:5 0 | 0353 | 149 | TREMELL W |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 800 | 800 | 50# SKS LGE MED YELLOW ONION SACK<br>( DOUBLE RUN )<br>SWAP  PALLETS<br>MUST HAVE CODE DATES FOR ALL<br>PRE CUT ITEMS ON DELIVERY<br>BILLS. | | 8.00 | 6400.00 |
| 800 | | INVOICE TOTAL: | | | 6400.00 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**PAYMENT DUE BY 03/10/2005**

| LETS IN | PALLETS OUT |
|---|---|

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

02/25/05   20:18

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**     353285

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/09/05 | HOUSE ACCOUNTS | AS | 625777 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/25/05 | DIXIE | 02/26/05 | | | 149 | TREMELL W |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 800 | 800 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) SWAP PALLETS MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | SACK | | |

RECEIVED
DATE 2-26-05

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

20 4-WAY

| | | Wt:  42,416.20 | PAYMENT DUE BY 04/12/05 |
|---|---|---|---|
| ..ETS IN | PALLETS OUT | | |

..DPP-1

..MERCHANDISE ACCEPTED FOR RETURN
..IOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**

 # dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS,  (HARAHAN)  LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**REPRINT**

**INVOICE No.**      **353286**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/09/05 | HOUSE ACCOUNTS | AS | 625778 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/25/05 | DIXIE | 02/25/05 | 04:5 0 | 0353 | 191 | BUTCH |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 600 | 600 | 50# SKS LGE MED YELLOW ONION SACK | | 8.00 | 4800.00 |
| | | ( DOUBLE RUN ) | | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 600 | INVOICE TOTAL: | | | 4800.00 |

RYAN No.: N/A    Seal No.: N/A

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

**PAYMENT DUE BY 03/07/2005**

PALLETS IN | PALLETS OUT

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SHIP TO: 02/25/05  20:25

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**    353286

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/09/05 | HOUSE ACCOUNTS | AS | 625778 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/25/05 | DIXIE | 02/26/05 | | | 191 | BUTCH |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 600 | 600 | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | < DOUBLE RUN > | | | |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |

RECEIVED

DATE  2-26-05
SIGNATURE
WINN-DIXIE LA, INC.
RYANSINGA, INN/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

15 4-WAY

| | | Wt:  31,812.15 | PAYMENT DUE BY 04/12/05 |
|---|---|---|---|
| ETS IN | PALLETS OUT | | |

DPP-1

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**

AS: NET 10 DAYS



# dixie produce and packaging, inc.

5801 AVENUE Q  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

# REPRINT

**INVOICE No.    353411**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 02/10/05 | HOUSE ACCOUNTS | JJ | 626743 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/10/05 | DIXIE | 02/10/05 | 04:5 0 | 0353 951 | | W.B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | 9.50 | 190.00 |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | 16.50 | 330.00 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | 8.00 | 160.00 |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 285.00 |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 950.00 |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | 9.00 | 180.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 215 | INVOICE TOTAL: | | | 2170.00 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**PAYMENT DUE BY 02/20/2005**

| LETS IN | PALLETS OUT | |
|---|---|---|

M DPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

DELIVERY COPY

 # dixi    duce and packaging, inc.

8 • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
ELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/10/05   22:48

SOLD TO:

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SHIP TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.**        3 5 3 4 1 1

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 02/10/05 | HOUSE ACCOUNTS | JJ | 626743 | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/10/05 | DIXIE | 02/11/05 | | | 951 | W.B |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | | |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | | |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | | |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | | |

SWAP   PALLETS
MUST HAVE CODE DATES FOR ALL
PRE CUT ITEMS ON DELIVERY
BILLS.

RECEIVED
DATE 2110 5
SIGNATURE
WINN DIXIE LOUISIANA, INC.

RYAN NO: N/A  Seal No. N/A

"The perishable
Perishable Agri
all inventories of
until full payment is

| PALLETS IN | | PALLETS OUT | |
|---|---|---|---|
| | 8 | | |

FORM DPP-1

O MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**REPRINT**

INVOICE No.    **353588**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/11/05 | HOUSE ACCOUNTS | AP | 628787 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/11/05 | DIXIE | 02/11/05 | 04:5 0 | 0353 | 759 | ARTIE W. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 400 | 400 | 10/5LB #1 RUSSET POTATO ON CHEP | BOX | 7.25 | 2900.00 |
| 10 | 10 | 12/8 OZ CELLO MUSHROOM MAKE APPT PLEASE | BOX | 13.50 | 135.00 |
| | 410 | INVOICE TOTAL: | | | 3035.00 |

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PAYMENT DUE BY 02/21/2005

ETS IN                         PALLETS OUT

RECEIVED IN
GOOD ORDER BY: _____

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

DELIVERY COPY

DPP-1

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

02/11/05  14:21

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

    0085
    WINN DIXIE LA,INC.
    P.O. BOX 40045
    JACKSONVILLE,FL 32203
    PERISHABLE INV.ACCTING

SHIP TO:

    WINN DIXIE HAMMOND
    WAREHOUSE
    3925 HWY. 190 WEST
    HAMMOND, LA 70401

**INVOICE No.**        353588

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/11/05 | HOUSE ACCOUNTS | AP | 628787 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/11/05 | DIXIE | 02/11/05 | | | 759 | ARTIE W. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 400 | 400 | 10/5LB #1 RUSSET POTATO ON CHEP | BOX | | |
| 10 | 10 | 12/8 OZ CELLO MUSHROOM MAKE APPT PLEASE | BOX | | |

RECEIVED

DATE 2-16-05

SIGNATURE _____

WINN-DIXIE LOUISIANA, INC

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c)
Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commod-
all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these
until full payment is received."

11 4-WAY    Wt: 21,319.91    PAYMENT

| ETS IN | PALLETS OUT | RECEIVED IN GOOD ORDER BY |
|---|---|---|
| DPP-1 | | |

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

AS: NET 10 DAYS

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/12/05   15:55

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                          SHIP TO:

0085
WINN DIXIE LA,INC.                WINN DIXIE HAMMOND
P.O. BOX 40045                    WAREHOUSE
JACKSONVILLE,FL 32203             3925 HWY. 190 WEST
PERISHABLE INV.ACCTING            HAMMOND, LA 70401

—DUPLICATE— 2

INVOICE No.          353590

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/11/05 | HOUSE ACCOUNTS | JJ | 628354 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/12/05 | DIXIE | 02/13/05 | | | 755 | AN |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION<br>( DOUBLE RUN ) | SACK | 8.00 | 80.00 |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION<br>( DOUBLE RUN ) | SACK | 14.50 | 435.00 |
| 30 | 30 | 50# SKS LGE MED YELLOW ONION<br>( DOUBLE RUN ) | SACK | 8.00 | 240.00 |
| 20 | 20 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 190.00 |
| 12 | 12 | 6/14OZ FRESH SALSA | LBS | 9.00 | 108.00 |
| 20 | 20 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 300.00 |
| | | SWAP PALLETS<br>MUST HAVE CODE DATES FOR ALL<br>PRE CUT ITEMS ON DELIVERY<br>BILLS.<br><br>REPRINT FOR CORRECTION<br>SHORT 18 CASES SALSA | | | |
| | 122 | INVOICE TOTAL: | | | 1353.00 |

RYAN No.: 45454   Seal No.: 352116

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

7 CHEP

WT:   5,849.40   PAYMENT DUE BY 03/30/05

PALLETS IN                    PALLETS OUT

M DPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:                            SHIP TO 02/12/05   15:55

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
0085
WINN DIXIE LA,INC.                 WINN DIXIE HAMMOND
P.O. BOX 40045                     WAREHOUSE
JACKSONVILLE,FL 32203              3925 HWY. 190 WEST
PERISHABLE INV.ACCTING             HAMMOND, LA 70401
```

**INVOICE No.**      353590

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/11/05 | HOUSE ACCOUNTS | JJ | 628354 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/12/05 | DIXIE | 02/13/05 | | | 755 | AN |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | 8.00 | 80.00 |
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | 14.50 | 435.00 |
| 30 | 30 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | 8.00 | 240.00 |
| 20 | 20 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 190.00 |
| 30 | 30 /2  18 SHORT | 6/14OZ FRESH SALSA | LBS | 9.00 | 270.00 |
| 20 | 20 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 300.00 |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |

100
(122)

INVOICE TOTAL:                          1515.00

RECEIVED

DATE  2-13-05

SIGNATURE

WINN-DIXIE LOUISIANA, INC

RYAN No.: 45454   Seal No.: 352116

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

1 CHEP    4 uray
1 CHEP

| ...ETS IN | PALLETS OUT | Wt:   5,962.80 | PAYMENT DUE BY 03/30/05 |
|---|---|---|---|

1 DPP-1

...ERCHANDISE ACCEPTED FOR RETURN
...OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

...MS: NET 10 DAYS

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

02/13/05    14:19

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                          SHIP TO:

0085
WINN DIXIE LA,INC.                WINN DIXIE HAMMOND
P.O. BOX 40045                    WAREHOUSE
JACKSONVILLE,FL 32203             3925 HWY. 190 WEST
PERISHABLE INV.ACCTING            HAMMOND, LA 70401

—DUPLICATE— 3

**INVOICE No.        353591**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/11/05 | HOUSE ACCOUNTS | JJ | 628361 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/13/05 | DIXIE | 02/14/05 | | | 749 | W.BRYER |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION | SACK | 8.00 | 160.00 |
| | | 〈 DOUBLE RUN 〉 | | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION | SACK | 14.50 | 145.00 |
| | | 〈 DOUBLE RUN 〉 | | | |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 160.00 |
| | | 〈 DOUBLE RUN 〉 | | | |
| 20 | 20 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 190.00 |
| 1 | 1 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 5.50 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| 2 | 2 | 50# YELLOW PRE-PKS | LBS | 7.75 | 15.50 |
| | | SWAP   PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 83 | INVOICE TOTAL: | | | 826.00 |

RYAN No.: N/A   Seal No.: NM/A

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*   5 4-WAY

WT:   4,031.15   PAYMENT DUE BY 03/31/05

LLETS IN                          PALLETS OUT

RM DPP-1

· MERCHANDISE ACCEPTED FOR RETURN          RECEIVED IN
THOUT OUR AUTHORITY.                       GOOD ORDER BY: _____

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                      SHIP TO  02/13/05   14:19

0085
WINN DIXIE LA,INC.                         WINN DIXIE HAMMOND
P.O. BOX 40045                             WAREHOUSE
JACKSONVILLE,FL 32203                      3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                    HAMMOND, LA 70401

**INVOICE No.**   353591

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|---|
| 02/11/05 | HOUSE ACCOUNTS | JJ | 628361 | | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/13/05 | DIXIE | 02/14/05 | | | 749 | W.BRYER |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | | |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | | |
| 20 | 20 | 10/5# LG/MED YELLOW ONIONS | BALE | | |
| 1 | 1 | 6/16OZ SHRED CABBAGE | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 2 | 2 | 50# YELLOW PRE-PKS | LBS | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS | | | |

RECEIVED
DATE 2-14-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: NM/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5 4 WAY
Wt:   4,031.15        PAYMENT DUE BY 03/31/05

PALLETS IN                  PALLETS OUT

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

02/14/05   21:45

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                    SHIP TO:

0085
WINN DIXIE LA,INC.                          WINN DIXIE HAMMOND
P.O. BOX 40045                              WAREHOUSE
JACKSONVILLE,FL 32203                       3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                      HAMMOND, LA 70401

—DUPLICATE— 2

INVOICE No.        353886

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 02/14/05 | HOUSE ACCOUNTS | AS | 629924 | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/14/05 | DIXIE | 02/15/05 | | | 144 | WILLIAM J |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 40 | 40 | 25# JUMBO RED ONIONS | SACK | 14.00 | 560.00 |
| | | 〈 PERUVIAN 〉 | | | |
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION | SACK | 8.00 | 80.00 |
| | | 〈 DOUBLE RUN 〉 | | | |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION | SACK | 14.50 | 145.00 |
| | | 〈 DOUBLE RUN 〉 | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 80.00 |
| | | 〈 DOUBLE RUN 〉 | | | |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 285.00 |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1425.00 |
| 1 | 1 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 5.50 |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | 9.00 | 180.00 |
| 2 | 2 | 50# YELLOW PRE-PKS | LBS | 8.00 | 16.00 |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | | DRIVER PICK UP 14 PALLETS. | | | |
| | 273 | INVOICE TOTAL: | | | 2776.50 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

10 4-WAY
Wt: 12,205.20    PAYMENT DUE BY

PALLETS IN                    PALLETS OUT

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                         SHIP TO: 02/14/05   21:45

0085
WINN DIXIE LA,INC.                              WINN DIXIE HAMMOND
P.O. BOX 40045                                  WAREHOUSE
JACKSONVILLE,FL 32203                           3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                          HAMMOND, LA 70401

**INVOICE No.**          3 5 3 8 8 6

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 02/14/05 | HOUSE ACCOUNTS | AS | 629924 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/14/05 | DIXIE | 02/15/05 | | | 144 | WILLIAM  ] |

| QUANTITY | | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | |
| 40 | 40 | | 25# JUMBO RED ONIONS | SACK | | |
| | | | ⟨ PERUVIAN    ⟩ | | | |
| 10 | 10 | | 50# SACKS JUMBO YELLOW ONION | SACK | | |
| | | | ⟨ DOUBLE RUN ⟩ | | | |
| 10 | 10 | | 50# SACKS JUMBOS WHITE ONION | SACK | | |
| | | | ⟨ DOUBLE RUN ⟩ | | | |
| 10 | 10 | | 50# SKS LGE MED YELLOW ONION | SACK | | |
| | | | ⟨ DOUBLE RUN ⟩ | | | |
| 30 | 30 | | 10/5# LG/MED YELLOW ONIONS | BALE | | |
| 150 | 150 | | 16/3# LG/MED YELLOW ONION | BALE | | |
| 1 | 1 | | 6/16OZ SHRED CABBAGE | LBS | | |
| 20 | 20 | | 6/14OZ FRESH SALSA | LBS | | |
| 2 | 2 | | 50# YELLOW PRE-PKS | LBS | | |
| | | | SWAP  PALLETS | | | |
| | | | MUST HAVE CODE DATES FOR ALL | | | |
| | | | PRE CUT ITEMS ON DELIVERY | | | |
| | | | BILLS. | | | |
| | | | DRIVER PICK UP 10 PALLETS. | | | |

RECEIVED

DATE  2-15-05

SIGNATURE _____

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

10  4-WAY

| LETS IN | 10 | PALLETS OUT | Wt:  12,205.20 | PAYMENT DUE BY 04/01/05 |
|---|---|---|---|---|

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

RMS: NET 10 DAYS

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                           SHIP TO: 02/19/05   14:16

0085
WINN DIXIE LA,INC.                      WINN DIXIE HAMMOND
P.O. BOX 40045                          WAREHOUSE
JACKSONVILLE,FL 32203                   3925 HWY. 190 WEST
PERISHABLE INV.ACCTING                  HAMMOND, LA 70401

—DUPLICATE— 2                           **INVOICE No.**      353620

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/11/05 | HOUSE ACCOUNTS | JJ | 628877 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/19/05 | DIXIE | 02/20/05 | | | 148 | AW |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 98 | 98 | 25# JUMBO RED ONIONS ( PRSWEET ) SWAP PALLETS END PRE CUT ITEMS ON DELIVERY BILLS. | SACK | 9.50 | 931.00 |
| | 98 | INVOICE TOTAL: | | | 931.00 |

RYAN No.: 498498   Seal No.: 498999

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

22 CHEP

| | | Wt: | 5,619.80 | PAYMENT DUE BY 04/06/05 |
|---|---|---|---|---|
| LLETS IN | PALLETS OUT | | | |

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN)  LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**SOLD TO:**

**SHIP TO** 02/19/05   14:16

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
0085
WINN DIXIE LA,INC.            WINN DIXIE HAMMOND
P.O. BOX 40045               WAREHOUSE
JACKSONVILLE,FL 32203        3925 HWY. 190 WEST
PERISHABLE INV.ACCTING       HAMMOND, LA 70401
```

**INVOICE No.**    353620

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 02/11/05 | HOUSE ACCOUNTS | JJ | 628877 | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/19/05 | DIXIE | 02/20/05 | | | 148 | AW |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 200 | 200 | 25# JUMBO RED ONIONS | SACK | 9.50 | 1900.00 |
| | 98 | 〈 PRSWEET 〉 | | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 200 | | | | |
| | 98 | INVOICE TOTAL: | | | 1900.00 |

SHort (102) CASES

X Artie Dur

**RECEIVED**
DATE 2-20-05
SIGNATURE Rose my
WINN-DIXIE LOUISIANA, INC.

RYAN No.: 498498    Seal No.: 498999

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

22 CHEP
22 CHEP

| | | Wt: 8,322.80 | PAYMENT DUE BY 04/06/05 |
|---|---|---|---|
| ETS IN | PALLETS OUT | | |

DPP-1

RECEIVED IN
GOOD ORDER BY: _____

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

**DELIVERY COPY**

RMS: NET 10 DAYS

# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23847  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SHIP TO 02/19/05    14:17

**SOLD TO:**

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.    353622**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/11/05 | HOUSE ACCOUNTS | JJ | 628879 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/19/05 | DIXIE | 02/20/05 | | | 148 | AW |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 300 | 300 | 50# SACKS JUMBO YELLOW ONION<br>( DOUBLE RUN )<br>SWAP PALLETS<br>MUST HAVE CODE DATES FOR ALL<br>PRE CUT ITEMS ON DELIVERY<br>BILLS. | SACK | 9.75 | 2925.00 |
| | 300 | INVOICE TOTAL: | | | 2925.00 |

RECEIVED

DATE 2-20-05

SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: 585498   Seal No.: 4881262

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

0 CHEP

| | Wt: 15,600.00 | PAYMENT DUE BY 04/06/05 |
|---|---|---|
| PALLETS IN | PALLETS OUT | |

ORM DPP-1

O MERCHANDISE ACCEPTED FOR RETURN
ITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

02/15/05   23:06

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

INVOICE No.       354028

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/15/05 | HOUSE ACCOUNTS | AS | 631416 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/15/05 | DIXIE | 02/16/05 | | | 149 | D.SIMS |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 10 | 10 | 25# JUMBO RED ONIONS | SACK | 14.00 | 140.00 |
| | | 〈 PERUVIAN  〉 | | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION | SACK | 8.00 | 80.00 |
| | | 〈 DOUBLE RUN 〉 | | | |
| 20 | 20 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 190.00 |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | 9.00 | 180.00 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 60 | INVOICE TOTAL: | | | 590.00 |



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                           SHIP TO: 02/15/05    23:06

0085
WINN DIXIE LA,INC.                 WINN DIXIE HAMMOND
P.O. BOX 40045                     WAREHOUSE
JACKSONVILLE,FL 32203              3925 HWY. 190 WEST
PERISHABLE INV.ACCTING            HAMMOND, LA 70401

**INVOICE No.**   354028

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/15/05 | HOUSE ACCOUNTS | AS | 631416 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/15/05 | DIXIE | 02/16/05 | | | 149 | D.SIMS |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 25# JUMBO RED ONIONS<br>< PERUVIAN    > | SACK | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION<br>< DOUBLE RUN > | SACK | | |
| 20 | 20 | 10/5# LG/MED YELLOW ONIONS | BALE | | |
| 20 | 20 | 6/14OZ FRESH SALSA<br>SWAP  PALLETS<br>MUST HAVE CODE DATES FOR ALL<br>PRE CUT ITEMS ON DELIVERY<br>BILLS. | LBS | | |

RECEIVED

DATE 2-16-05

SIGNATURE

WINN-DIXIE LOUISIANA, INC

RYAN No.: N/A  Seal No.: NA/

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| 4-WAY | | Wt:  2,134.24 | PAYMENT DUE BY 04/02/05 |
|---|---|---|---|
| PALLETS IN  4 | PALLETS OUT  4 | | |

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

TERMS: NET 10 DAYS

DELIVERY COPY

# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

02/17/05   22:14

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

**INVOICE No.   35429€**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/16/05 | HOUSE ACCOUNTS | JJ | 633671 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/17/05 | DIXIE | 02/18/05 | | | 749 | W.BRYER |

| ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION < DOUBLE RUN > | SACK | 8.00 | 80.00 |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION < DOUBLE RUN > | SACK | 14.50 | 290.00 |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION < DOUBLE RUN > | SACK | 8.00 | 80.00 |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 285.00 |
| 1 | 1 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 5.50 |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | 9.00 | 180.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | | DRIVER PICK UP 15 PALLETS. | | | |
| | 101 | INVOICE TOTAL: | | | 1070.50 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5 4-WAY
WT:  4,063.15      PAYMENT DUE BY 04/04/05

PALLETS IN      PALLETS OUT

FORM DPP-1

NO MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/17/05   22:14

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                         SHIP TO:

0085
WINN DIXIE LA,INC.                WINN DIXIE HAMMOND
P.O. BOX 40045                    WAREHOUSE
JACKSONVILLE,FL 32203             3925 HWY. 190 WEST
PERISHABLE INV.ACCTING            HAMMOND, LA 70401

**INVOICE No.**   354296

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/16/05 | HOUSE ACCOUNTS | JJ | 633671 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/17/05 | DIXIE | 02/18/05 | | | 749 | W.BRYER |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | | |
| 1 | 1 | 6/16OZ SHRED CABBAGE | LBS | | |
| 20 | 20 | 6/14OZ FRESH SALSA | LBS | | |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | | DRIVER PICK UP 15 PALLETS. | | | |

RECEIVED
DATE 2-18-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5 4-WAY
Wt:   4,063.15   PAYMENT DUE BY 04/04/05

| LETS IN | PALLETS OUT | |
|---|---|---|

lM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

RMS: NET 10 DAYS

DELIVERY COPY