# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:   SHIP TO: 02/19/05  14:19

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No.  354535

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/18/05 | HOUSE ACCOUNTS | JJ | 635247 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/19/05 | DIXIE | 02/20/05 | | | 148 | AW |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 30 | 30 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 13.00 | 390.00 |
| 30 | 30 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.50 | 255.00 |
| 40 | 40 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 380.00 |
| 140 | 140 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1330.00 |
| 30 | 30 | 6/14OZ FRESH SALSA | LBS | 9.00 | 270.00 |
| 8 | 8 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 120.00 |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | | | |
| | 278 | INVOICE TOTAL: | | | 2745.00 |

RECEIVED
DATE 2-20-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC

RYAN No.: 54848  Seal No.: 52654

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

0 CHEP

| LETS IN | PALLETS OUT | Wt: 12,333.80 | PAYMENT DUE BY 04/06/05 |
|---|---|---|---|

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

RMS: NET 10 DAYS

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:
0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

SHIP TO:
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

REPRINT

INVOICE No. 354536

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/18/05 | HOUSE ACCOUNTS | JJ | 635389 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/20/05 | DIXIE | 02/20/05 | 04:50 | 035A | 751 | JOE B. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 13.00 | 130.00 |
| 5 | 5 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.50 | 42.50 |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 285.00 |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1425.00 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| 3 | 3 | 12/6 CHOPPED GREEN ONION SWAP PALLETS MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | BOX | 15.00 | 45.00 |
| | 208 | INVOICE TOTAL: | | | 2017.50 |

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PAYMENT DUE BY 03/02/2005

LETS IN      PALLETS OUT

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

RMS: NET 10 DAYS



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**SOLD TO:**

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

**SHIP TO:** 02/20/05  14:48

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**PLEASE REMIT PAYMENT TO:**
P.O. BOX 54073
NEW ORLEANS, LA 70154

**INVOICE No.** 354536

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: |
|---|---|---|---|---|---|
| 02/18/05 | HOUSE ACCOUNTS | JJ | 635389 | | 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/20/05 | DIXIE | 02/21/05 | | | 751 | JOE B. |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | | |
| 5 | 5 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | | |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | | |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | | | |

RECEIVED  DATE 2-21-05  SIGNATURE
WINN DIXIE LOUISIANA, INC

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

7  4-WAY
Wt: 10,085.47     PAYMENT DUE BY 04/07/05

PALLETS IN     PALLETS OUT
DPP-1

MERCHANDISE ACCEPTED FOR RETURN WITHOUT OUR AUTHORITY.

RECEIVED IN GOOD ORDER BY: _____

**DELIVERY COPY**

TERMS: NET 10 DAYS



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:  SHIP TO: 02/21/05  22:03   PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
0085
WINN DIXIE LA,INC.              WINN DIXIE HAMMOND
P.O. BOX 40045                  WAREHOUSE
JACKSONVILLE,FL 32203           3925 HWY. 190 WEST
PERISHABLE INV.ACCTING          HAMMOND, LA 70401
```

INVOICE No.   354844

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/21/05 | HOUSE ACCOUNTS | JJ | 636540 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/21/05 | DIXIE | 02/22/05 | | | 752 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 170 | 170 | 25# JUMBO RED ONIONS ( PERUVIAN ) | SACK | 9.50 | 1615.00 |
| 60 | 60 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 480.00 |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.50 | 85.00 |
| 10 | 10 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 95.00 |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 16.50 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| | | SWAP  PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | 268 | INVOICE TOTAL: | | | 2456.50 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

8  4-WAY

| | | Wt: 9,113.78 | PAYMENT DUE BY 04/08/05 |
|---|---|---|---|
| LETS IN | PALLETS OUT | | |

IM DPP-1

MERCHANDISE ACCEPTED FOR RETURN          RECEIVED IN
HOUT OUR AUTHORITY.                       GOOD ORDER BY: _____

**DELIVERY COPY**

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO: 02/21/05  22:03

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

INVOICE No. 354844

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 02/21/05 | HOUSE ACCOUNTS | JJ | 636540 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/21/05 | DIXIE | 02/22/05 | | | 752 | WILLIAM B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 170 | 170 | 25# JUMBO RED ONIONS ( PERUVIAN ) | SACK | | |
| 60 | 60 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 10 | 10 | 10/5# LG/MED YELLOW ONIONS | BALE | | |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | | |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | | |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | | |

SWAP   PALLETS
MUST HAVE CODE DATES FOR ALL
PRE CUT ITEMS ON DELIVERY
BILLS.

(268)

(4)

RECEIVED
DATE 2-22-05
SIGNATURE _____
WINN DIXIE LOUISIANA INC

RYAN No.: N/A   Seal No.: N/A

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

8 4-WAY
Wt:   9,113.78

PAYMENT DUE BY 04/08/05

TS IN                    PALLETS OUT

DPP-1

RCHANDISE ACCEPTED FOR RETURN
UT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:
0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

SHIP TO:
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

REPRINT

INVOICE No. 355047

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: |
|---|---|---|---|---|---|
| 02/22/05 | HOUSE ACCOUNTS | A$ | 637841 | | 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/22/05 | DIXIE | 02/22/05 | 04:50 | 0355 | 749 | JOE B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 13.00 | 195.00 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.50 | 170.00 |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 285.00 |
| 50 | 50 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 475.00 |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | 9.00 | 90.00 |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 45.00 |
| 5 | 5 | 50# YELLOW PRE-PKS | LBS | 8.50 | 42.50 |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | | | |
| 133 | | INVOICE TOTAL: | | | 1302.50 |

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PAYMENT DUE BY 03/04/2005

ETS IN    PALLETS OUT

DPP-1

RECEIVED IN
GOOD ORDER BY: _____

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

DELIVERY COPY

MS: NET 10 DAYS

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

SHIP TO: 02/22/05   21:13

SOLD TO:

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No. 355047

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/22/05 | HOUSE ACCOUNTS | AS | 637841 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/22/05 | DIXIE | 02/23/05 | | | 749 | JOE B |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 15 | 15 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | | |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | | |
| 50 | 50 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 10 | 10 | 6/14OZ FRESH SALSA | LBS | | |
| 3 | 3 | 12/6 CHOPPED GREEN ONION | BOX | | |
| 5 | 5 | 50# YELLOW PRE-PKS SWAP PALLETS MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | LBS | | |

(133)

RECEIVED
DATE 2-23-05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

9 4-WAY

| ALLETS IN | PALLETS OUT | Wt: 6,567.09 | PAYMENT DUE BY 04/09/05 |
|---|---|---|---|
| 9 | | | |

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
ITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:       SHIP TO: 02/23/05  20:12       PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA, INC.              WINN DIXIE HAMMOND
P.O. BOX 40045                   WAREHOUSE
JACKSONVILLE, FL 32203           3925 HWY. 190 WEST
PERISHABLE INV. ACCTING          HAMMOND, LA 70401

—DUPLICATE— 2                    INVOICE No.    355124

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 02/23/05 | HOUSE ACCOUNTS | AS | 638605 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/23/05 | DIXIE | 02/24/05 | | | 751 | WB |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 30 | 30 | 25# JUMBO RED ONIONS ( PERUVIAN ) | SACK | 13.00 | 390.00 |
| 10 | 10 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 13.00 | 130.00 |
| 10 | 10 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.50 | 85.00 |
| 100 | 100 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 950.00 |
| 100 | 100 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 950.00 |
| 3 | 3 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 16.50 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 10 | 10 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 150.00 |
| 0 | 0 | 50# YELLOW PRE-PKS | LBS | 7.50 | .00 |

SWAP PALLETS
MUST HAVE CODE DATES FOR ALL
PRE CUT ITEMS ON DELIVERY
BILLS.

278                              INVOICE TOTAL:              2806.50

RECEIVED
DATE 2-24-05
SIGNATURE _____    6
WINN DIXIE LOUISIANA INC   Seal No.: 48749

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

12 CHEP
12 CHEP

| LETS IN | 12 | PALLETS OUT | Wt: 13,855.60 | PAYMENT DUE BY 04/10/05 |

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN           RECEIVED IN
HOUT OUR AUTHORITY.                       GOOD ORDER BY: _____

MS: NET 10 DAYS              DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

REPRINT

INVOICE No.  355323

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/24/05 | HOUSE ACCOUNTS | A$ | 640208 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/24/05 | DIXIE | 02/24/05 | 04:50 | 0355 | 751 | D. SIMS |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 60 | 60 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 480.00 |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 13.00 | 260.00 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.50 | 170.00 |
| 40 | 40 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 380.00 |
| 200 | 200 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1900.00 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL | | | |
| | | PRE CUT ITEMS ON DELIVERY | | | |
| | | BILLS. | | | |
| | | DRIVER PICK UP 8 PALLETS. | | | |
| 360 | | INVOICE TOTAL: | | | 3400.00 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PAYMENT DUE BY 03/06/2005

LLETS IN        PALLETS OUT

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
THOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**

RMS: NET 10 DAYS

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SHIP TO: 02/24/05  19:54

**SOLD TO:**
0085
WINN DIXIE LA,INC.
P.O. BOX 40045
JACKSONVILLE,FL 32203
PERISHABLE INV.ACCTING

**SHIP TO:**
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

**INVOICE No.** 355323

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/24/05 | HOUSE ACCOUNTS | AS | 640208 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/24/05 | DIXIE | 02/25/05 | | | 751 | D.SIMS |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 60 | 60 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | | |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | | |
| 40 | 40 | 10/5# LG/MED YELLOW ONIONS | BALE | | |
| 200 | 200 | 16/3# LG/MED YELLOW ONION | BALE | | |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | | |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | | |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | | | |
| | | DRIVER PICK UP 8 PALLETS. | | | |

RYAN No.: N/A   Seal No.: N/A

DATE 2-25-05
SIGNATURE
WINN-DIXIE

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

11 4-WAY
Wt: 17,691.41    PAYMENT DUE BY 04/11/05

ALLETS IN  11    PALLETS OUT  11

RM DPP-1
 MERCHANDISE ACCEPTED FOR RETURN
ITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO: 02/27/05   14:44

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No.   355446

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/25/05 | HOUSE ACCOUNTS | AS | 642038 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/27/05 | DIXIE | 02/28/05 | | | 191 | JB |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 80.00 |
| 20 | 20 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 13.00 | 260.00 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.50 | 170.00 |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 285.00 |
| 150 | 150 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 1425.00 |
| 2 | 2 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 11.00 |
| 15 | 15 | 6/14OZ FRESH SALSA | LBS | 9.00 | 135.00 |
| 5 | 5 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 75.00 |
| 5 | 5 | 50# YELLOW PRE-PKS | LBS | 8.50 | 42.50 |

SWAP PALLETS
MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS.

257

RECEIVED
DATE 2-28-05
SIGNATURE

TOTAL:   2483.50

RYAN No.: 0   WINN-DIXIE LOUISIANA INC
Seal No.:

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

8 4-WAY
8 4-WAY

| LETS IN | PALLETS OUT | Wt: 12,589.66 | PAYMENT DUE BY 04/14/05 |

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

**DELIVERY COPY**

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/26/05  19:09

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No. 355448

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 02/25/05 | HOUSE ACCOUNTS | JJ | 642035 | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/26/05 | DIXIE | 02/27/05 | | | 747 | AW |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 20 | 20 | 50# SACKS JUMBO YELLOW ONION ( DOUBLE RUN ) | SACK | 8.00 | 160.00 |
| 50 | 50 | 50# SACKS JUMBOS WHITE ONION ( DOUBLE RUN ) | SACK | 13.00 | 650.00 |
| 20 | 20 | 50# SKS LGE MED YELLOW ONION ( DOUBLE RUN ) | SACK | 8.50 | 170.00 |
| 30 | 30 | 10/5# LG/MED YELLOW ONIONS | BALE | 9.50 | 285.00 |
| 300 | 300 | 16/3# LG/MED YELLOW ONION | BALE | 9.50 | 2850.00 |
| 5 | 5 | 6/16OZ SHRED CABBAGE | LBS | 5.50 | 27.50 |
| 50 | 50 | 6/14OZ FRESH SALSA | LBS | 9.00 | 450.00 |
| 15 | 15 | 12/6 CHOPPED GREEN ONION | BOX | 15.00 | 225.00 |
| 30 | 30 | 50# YELLOW PRE-PKS | LBS | 8.50 | 255.00 |
| | | SWAP PALLETS | | | |
| | | MUST HAVE CODE DATES FOR ALL PRE CUT ITEMS ON DELIVERY BILLS. | | | |
| (520) | | INVOICE TOTAL: | | | 5072.50 |

RECEIVED
DATE 2-27-05
SIGNATURE [signature]
WINN-DIXIE LOUISIANA, INC.

RYAN No.: 26596   Seal No.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

18 4-WAY
WC: 24,433.66   PAYMENT DUE BY 04/13/05

LETS IN   PALLETS OUT

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8060 • 1-877-235-8080
FAX: 1-337-237-9086

03/04/05   16:50

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:
0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

SHIP TO:
WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

—DUPLICATE— 3

INVOICE No. 356278

| | | | | | |
|---|---|---|---|---|---|
| 5 | 5 | 40# SUPER SELECT CUCUMBERS | BOX | 13.05 | 65.25 |
| 6 | 6 | 88 CT EX FCY GALA APPLE | BOX | 12.95 | 77.70 |
| 60 | 60 | 14 CT BROCCOLI | BOX | 9.95 | 597.00 |
| 138 | 138 | 15 CT CANTALOUPES | BOX | 12.75 | 1759.50 |
| 400 | 400 | 50LB LG/MED YELLOW ONIONS | SACK | 8.00 | 3200.00 |
| | | ****REPRINT FOR CORRECTION | | | |
| 715 | | INVOICE TOTAL: | | | 7172.85 |

+ 753.00
7855.85

RYAN No.: 0   Seal No.: 0

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

None
Wt: 28,567.60   PAYMENT DUE BY 04/18/05

ETS IN   PALLETS OUT

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY

MS: NET 10 DAYS

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23847 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9088

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

03/04/05  16:50

0085
WINN DIXIE LA, INC.
P.O. BOX 40045
JACKSONVILLE, FL 32203
PERISHABLE INV. ACCTING

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY. 190 WEST
HAMMOND, LA 70401

INVOICE No.

| | | | | | |
|---|---|---|---|---|---|
| 246 | 246 | 8/1# C/S STRAWBERRIES | BOX | 13.90 | 3419.40 |
| 66 | 66 | 40# SUPER SELECT CUCUMBERS | BOX | 13.05 | 861.30 |
| 7 | 7 | 88 CT EX FCY GALA APPLE | BOX | 12.95 | 90.65 |
| 61 | 61 | 14 CT BROCCOLI | BOX | 9.95 | 606.95 |
| 138 | 138 | 15 CT CANTALOUPES | BOX | 12.75 | 1759.50 |
| 400 | 400 | 50LB LG/MED YELLOW ONIONS | SACK | 8.00 | 3200.00 |
| 918 | | INVOICE TOTAL: | | | 9937.80 |

RECEIVED
DATE 3/4/05
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PALLETS OUT   None
Wt: 32,455.40   PAYMENT DUE BY 04/18/05
RECEIVED IN
GOOD ORDER BY:

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

03/17/05   12:03    PLEASE REMIT PAYMENT TO:
                    P. O. BOX 54073
SOLD TO:            SHIP TO:            NEW ORLEANS, LA 70154

0085
WINN DIXIE LA, INC.              WINN-DIXIE LOUISIANA
P.O. BOX 40045                   WAREHOUSE
JACKSONVILLE, FL 32203           3925 HWY 190 WEST
PERISHABLE INV. ACCTING          HAMMOND, LA 70401

INVOICE No.   356466

| INVOICE DATE | LD BY | PW | SOLD TO PO NO | | SHIP TO | | PAGE |
|---|---|---|---|---|---|---|---|
| 03/17/05 | HOUSE ACCOUNTS | TS | 356278 | | | | 1 |

| SHIP DATE | SHIP VIA | ARRIVAL DATE | APPT TIME | ARR TIME | TRAILER NO | | |
|---|---|---|---|---|---|---|---|
| 03/17/05 | | | | | | | |

| ORDERED | SHIPPED | | | | UNIT | | |
|---|---|---|---|---|---|---|---|
| 60 | 60 | 40# SELECT CUCUMBERS | | | BOX | 13.05 | 783.00 |
| | | REF INV 356278 | | | | | |
| | | CUCUMBERS NOT ADDED | | | | | |
| | | TO INVOICE | | | | | |
| | 60 | | | INVOICE TOTAL: | | | 783.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

None
WT:   2,508.00   PAYMENT DUE IN 45 DAYS

LETS IN           PALLETS OUT

DPP-1

MERCHANDISE ACCEPTED FOR RETURN          RECEIVED IN
OUT OUR AUTHORITY.                        GOOD ORDER BY: _____

**CUSTOMER COPY**

MS: NET 10 DAYS

WMW-1372 Rev. 5/04

# GROCERY DC TRAILER CONTROL RECORD

## ARRIVAL INFORMATION

| Field | Value |
|---|---|
| APPT# / DROP#: | 0545 |
| DATE/TIME: | MAR 5 2:45 |
| CARRIER: | Dixie Produce |
| TRAILER#: | 977149 |
| SEAL#: | NA |
| DRIVER (PRINT LAST NAME): | Hitt |

Dixie Produce

## RECEIVING

| Field | Value |
|---|---|
| DOOR#: | 306 |
| ASSIGNED BY: | JR |
| UNLOADER: | WmJ Luther Dickerson 3-5-05 |
| DOOR CLOSED BY: | TH96bill | FINISH TIME: 4:00 |
| TRAILER EMPTY: | YES ☒ NO ☐ (IF NO, EXPLAIN BELOW) |
| RETURN CONTENTS: #EMPTY PALLETS: | #BULKHEADS: | #LOAD LOCKS: MAR 5 3:21 |
| CIRCLE ONE: TCO  DMG  NOF  RTV  OTHER: |
| DESCRIPTION OF RETURNED FREIGHT: #PALLETS: | TYPE OF FREIGHT: PF NJ |
| COMMENTS: 197071 196931 |

## RE-ENTRY

| Field | Value |
|---|---|
| APPROVED BY: | DRIVER CONTACTED: YES NO  CONTACTED BY: |
| DOOR#: | TIME IN: | TCR ON DOOR: YES NO |
| UNLOADER/LOADER: | TIME OUT: |

## SEAL INFORMATION

| SEAL#: | SEALED BY: |

## RECEIVING OFFICE

| TRAILER RELEASED BY: | TIME OUT: |

## OUTBOUND INFORMATION

| LP ASSOCIATE: | DATE/TIME: (CLOCK STAMP) |
| REEFER TEMPS: ZONE 1: ZONE 2: ZONE 3: | OUTBOUND SEAL#: |
| DRIVER SIGNATURE: Carlos Hitt |
| COMMENTS: | 5 5:25 |

**COPIES:**   WHITE – RECEIVING OFFICE     YELLOW – DRIVER     PINK – TRUCK GATE

Retention = 12 Months