tracey 03/16 4:19PDIXIE PRODUCE AND PACKAGING, INC.
CUSTOMER DETAIL LISTING
03/16/2005

CUSTOMER CODE: 0859

WINN DIXIE MONTGOMERYINC
MONTGOMERY DIVISION
P.O. BOX 40475
JAKSONVILE,FL 32203-0475

SORT KEY: WINNMONT
LOCATION:
PHONE NO: (205) 240-6200

CUSTOMER STATUS:
DATE ACCNT OPENED: 01/31/1985
DATE LAST SOLD: 08/25/2004
DATE LAST PAYMENT: 10/02/2000
TYPE CUST:
STATEMENTS (Y-N): Y

CREDIT CODE: 21 LIMIT: .00
SALESMAN: 00

TAX CODE: 08
TERMS CODE: 1

| CUSTOMER AGING & SALES | | | SALES | COST | G/PROFIT | % G/P |
|---|---|---|---|---|---|---|
| CURRENT | .00 | M-T-D: | .00 | .00 | .00 | |
| 10 DAYS | .00 | | | | | |
| 20 DAYS | .00 | Y-T-D: | 250.00 | 100.00 | 150.00 | 60.0% |
| 30 DAYS | .00 | | | | | |
| 40 DAYS | 250.00 | LAST YEAR: | .00 | .00 | .00 | |
| OPEN ORD BAL: | -21983.00 | M-T-D PMT: | .00 | | | |

| INVOICE | DATE | INV AMOUNT | PMT REF | PMT DATE | PT THIS MO | PT NEXT MO | BALANCE |
|---|---|---|---|---|---|---|---|
| 3017743 | 08/25/04 | 250.00 | | | | | 250.00 |
| | | TOTAL AMOUNT DUE: | | | | | 250.00 |

KEPHAN



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0859
WINN DIXIE MONTGOMERYINC
MONTGOMERY DIVISION
P.O. BOX 40475
JAKSONVILE,FL 32203-0475

SHIP TO:

0000091
WINN DIXIE
6080 HWY 31 S MOBILE HWY

MONTGOMERY, AL36102

**INVOICE No.** 3017743

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 08/25/04 | | MT | | 87122 | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/12/04 | 0000601 | 02/12/04 | 18:00 | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | From: | 0000071 WINN DIXIE<br>600 EDWARDS AVE<br>HARAHAN, LA70123 | | | |
| | | PRODUCE | F | 250.000 | 250.00 |
| | | Invoice Total: | | | 250.00 |

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

| 'ALLETS IN | PALLETS OUT | Payment Due By: 09/04/2004 |
|---|---|---|

ORM DPP-1

O MERCHANDISE ACCEPTED FOR RETURN
/ITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: ______________________

DELIVERY COPY

tracey 03/16 4:19PDIXIE PRODUCE AND PACKAGING, INC.
CUSTOMER DETAIL LISTING
03/16/2005

CUSTOMER CODE: 0851

WINN-DIXIE STORES, INC.
JACKSONVILLE DIVISION
P.O. BOX 40595
JKSONVILLE,FL 32203-0595

SORT KEY: WINNJACK
LOCATION:
PHONE NO: (904) 783-5000

---

CUSTOMER STATUS: CREDIT CODE: 21 LIMIT: .00

DATE ACCNT OPENED: 07/25/1984 SALESMAN: 00
DATE LAST SOLD: 10/15/2004
DATE LAST PAYMENT: 09/03/2004
TYPE CUST:
STATEMENTS (Y-N): Y

TAX CODE: 07
TERMS CODE: 1

---

| CUSTOMER AGING & SALES | | | SALES | COST | G/PROFIT | % G/P |
|---|---|---|---|---|---|---|
| CURRENT | .00 | M-T-D: | .00 | .00 | .00 | |
| 10 DAYS | .00 | | | | | |
| 20 DAYS | .00 | Y-T-D: | 1265.50 | 18.00 | 1247.50 | 98.6% |
| 30 DAYS | .00 | | | | | |
| 40 DAYS | 565.50 | LAST YEAR: | .00 | .00 | .00 | |
| OPEN ORD BAL: | .00 | M-T-D PMT: | .00 | | | |

| INVOICE | DATE | INV AMOUNT | PMT REF | PMT DATE | PT THIS MO | PT NEXT MO | BALANCE |
|---|---|---|---|---|---|---|---|
| 0333205 | 10/15/04 | 565.50 | | | | | 565.50 |

TOTAL AMOUNT DUE: 565.50

REPRINT



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0851
WINN-DIXIE STORES, INC.
JACKSONVILLE DIVISION
P.O. BOX 40595
JKSONVILLE,FL 32203-0595

SHIP TO:

WINN-DIXIE STORES, INC.
HAMMOND DIVISION

REPRINT

INVOICE No. 333205

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 10/14/04 | HOUSE SALES WHSE | 1 AP | 499500 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 10/14/04 | DIXIE | 10/15/04 | 01:0 0 | 0333 | 080 | TEMP |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 29 | 29 | 48 CT YELLOW CORN<br>SEND WITH TOMATOES ASAP | BOX | 19.50 | 565.50 |
| | 29 | INVOICE TOTAL: | | | 565.50 |
| | | RYAN No.: N/A Seal No.: N/A | | | |

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

| ...LLETS IN | PALLETS OUT | PAYMENT DUE BY 10/25/200 |
|---|---|---|

...RM DPP-1

...MERCHANDISE ACCEPTED FOR RETURN ...THOUT OUR AUTHORITY.

RECEIVED IN GOOD ORDER BY: ____________

DELIVERY COPY

tracey 03/16 4:19PDIXIE PRODUCE AND PACKAGING, INC.
CUSTOMER DETAIL LISTING
03/16/2005

CUSTOMER CODE: 0086

WINN-DIXIE LA DRAYAGE
P O BOX 51059
NEW ORLEANS LA 70150
ATTN: PATRICK

SORT KEY: WINNDRAY
LOCATION:
PHONE NO: (504) 733-6722

---

CUSTOMER STATUS:
DATE ACCNT OPENED: 10/30/1981
DATE LAST SOLD: 01/20/2005
DATE LAST PAYMENT: 09/16/1994
TYPE CUST:
STATEMENTS (Y-N): Y

CREDIT CODE: 21 LIMIT: .00
SALESMAN: 00

TAX CODE: 04
TERMS CODE: 1

---

| CUSTOMER AGING & SALES | | | SALES | COST | G/PROFIT | % G/P |
|---|---|---|---|---|---|---|
| CURRENT | .00 | M-T-D: | .00 | .00 | .00 | |
| 10 DAYS | 455.00 | | | | | |
| 20 DAYS | .00 | Y-T-D: | 455.00 | .00 | 455.00 | 100.0% |
| 30 DAYS | .00 | | | | | |
| 40 DAYS | .00 | LAST YEAR: | .00 | .00 | .00 | |
| OPEN ORD BAL: | .00 | M-T-D PMT: | .00 | | | |

| INVOICE | DATE | INV AMOUNT | PMT REF | PMT DATE | PT THIS MO | PT NEXT MO | BALANCE |
|---|---|---|---|---|---|---|---|
| 3023650 | 01/20/05 | 455.00 | | | | | 455.00 |
| | | TOTAL AMOUNT DUE: | | | | | 455.00 |

Copy



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0086
WINN-DIXIE LA DRAYAGE
P O BOX 51059
NEW ORLEANS LA 70150
ATTN: PATRICK

SHIP TO:

0000091
WINN DIXIE
6080 HWY 31 S MOBILE HWY

MONTGOMERY, AL36102

**INVOICE No.** 3023656

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/20/05 | | MT | | 600500 | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/13/05 | 0000000 | 01/14/05 | | | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | From: | 0000131 WINN DIXIE HWY 190 HAMMOND, LA | | | |
| | | PRODUCE | F | 455.000 | 455.00 |
| | | Invoice Total: | | | 455.00 |

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."*

| LLETS IN | PALLETS OUT | Payment Due By: 01/30/2005 |
|---|---|---|

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN GOOD ORDER BY: ____

DELIVERY COPY

danap 01/18 10:58A

Completed Delivery Notice
Dixie Produce & Packaging, Inc.

Work Order Number: 3023650 Work Order Date: 01/13/2005

Bill To: 0086
WINN-DIXIE LA DRAYAGE
P O BOX 51059
NEW ORLEANS LA 70150
ATTN: PATRICK

Contact:
Phone: (504) 733-6722
FAX:

Carrier: 0000000
DIXIE PRODUCE & PACKAGING
P O BOX 23647

HARAHAN, LA 70183

Contact: MIKE
Phone: (504) 731-5801
FAX: (504) 731-5963

Pick Up: 01/13/2005 @

Shipper: 0000131
WINN DIXIE
HWY 190
HAMMOND, LA 00000

Contact:
Phone: (000) 000-0000
FAX: (000) 000-0000

Deliver: 01/14/2005 @

Consignee: 0000091
WINN DIXIE
6080 HWY 31 S MOBILE HWY
MONTGOMERY, AL 36102

Contact:
Phone: (334) 240-7365
FAX: (000) 000-0000

| Qty | Description / Message | Chge Type | Load Wt | Carrier Amount | Customer Amount |
|---|---|---|---|---|---|
| | PRODUCE | Flat | | .00 | 455.00 |
| | Work Order Total: | | | .00 | 455.00 |

Pick Up Number:
Reference Number:
Temperature: 38
Pallets Req'd:

P.O. Number: 600500
Driver:
Truck:
Trailer:

Dixie Produce & Packaging, Inc.
P. O. Box 23647
Harahan, LA 70183

Phone No: (504) 731-5801
FAX No: (504) 731-5963
Toll Free: (800) 291-2068

Carrier Load Confirmation

Printed: 01/13/2005

Work Order Number: 3023650

Work Order Date: 01/13/2005

arrier
DIXIE PRODUCE & PACKAGING
P O BOX 23647
HARAHAN, LA 70183

Phone: (504)731-5801
Fax: (504)731-5963

ick Up: 01/13/2005 @ FC:FS

Deliver: 01/14/2005 @ FC:FS

hipper:
WINN DIXIE
HWY 190
HAMMOND, LA 00000

Contact:
Phone: (000) 000-0000
FAX: (000) 000-0000

Consignee:
WINN DIXIE
6080 HWY 31 S MOBILE HWY
MONTGOMERY, AL 36102

Contact:
Phone: (334) 240-7365
FAX: (000) 000-0000

| Quantity | Load Description / Message | Chg Type | Load Wt. | Unit Amount | Extended Amount |
|---|---|---|---|---|---|
| | PRODUCE | Flat | | | |
| | Work Order Total: | | | | |

Pick Up Number:
eference Number:
Temperature: 38
Pallets Req'd: 0

P.O. Number: 600500
Driver:
Truck:
Trailer:

-Please refer to W/O Number 3023650 on all correspondence
Please sign acceptance of this Work Order :
and Fax this document to (504) 731-5963 :



S WINN DIXIE MONTGOMERY
T PERISHABLE WHS
TO 6080 HWY 31 S. (MOBILE HWY)
P MONTGOMERY AL 36105

M DIV TRANSFER FROM NOL OR
AT RETURN TO NOL INVENTORY
IO
L

TERMS N/10

B WINN-DIXIE STORES, INC
IT MONTGOMERY DIVISION
LO P.O. BOX 40475
L JACKSONVILLE FL 32203 0475

V DIV TRANSFER FROM NOL OR
N
D
R

PO NBR 600500
VENDOR 07 307398
ORDER DATE 01/13/05
DELIVERY DATE 01/14/05
PICK UP DATE
FRT PREPAID Y PREPAY+ADD N
BACKHAUL N FRT BILL N

SHIPMENT OF THIS ORDER IS ACCEPTANCE OF THE NET COST ****** SHIP AS ORDERED ******
NOTIFY BUYERS IF UNABLE TO MAKE SHIPMENT OR IF QUANTITIES CHANGE 904-783-5000
SHOW THE ABOVE P.O. NO. ON YOUR BILL OF LADING AND INVOICE
PAYMENT OBLIGATION WILL BEGIN UPON RECEIPT OF PRODUCT AT SHIP-TO POINT ABOVE
DELIVERY BY APPOINTMENT ONLY. APPOINTMENTS MUST BE MADE NO LATER THAN 24 HOURS AFTER
PURCHASE ORDER IS RECEIVED ** RECEIVING PHONE NUMBER LISTED IN THE LOWER LEFT CORNER

| UPC | ITEM | RATIO\PACK\SIZE | DESCRIPTION | CASES | LIST COST | ADJUSTMENTS | COST EACH | EXT. COST |
|---|---|---|---|---|---|---|---|---|
| 14022 | 330396 | 16\18LB-6X12 | GRAPES WHITE SEEDLESS | 630 | 22.3500 | | 22.3500 | 14080.5000 |

455[00]

PURCHASE ORDER TOTALS 630 CASES 12,600 LBS. 8.75 PALLETS 14,080.50 COST 14,080.50 NET
BUYER 57 J A GLASER PAGE 1

CALL 334 240 7365 FOR APPOINTMENT

PAGE 1

PO # 600500
RA #

# WINN-DIXIE LOGISTICS

AT HAMMOND LA.
NEW ORLEANS DIV.

Date 1-13-05

The property described below, in apparent good order, except as noted(contents and condition of contents of packages unknown) marked,consigned,and destined as indicated below,which said company(the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract)agrees to carry to it's usual place of delivery at said destination,if on its own road or its own water line,otherwise to deliver to another carrier on the route to said destination.It is mutually agreed,as to each carrier of all or any of said property over all or any portion of said route to destination,and as to each party at any time interested in all or any of said property,that every service to be performed hereunder shall be subject to all the conditions not prohibited by law,whether printed or written herein contained,including the conditions on back hereof,which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to Winn Dixie

Street City Montgomery State

Carrier Dixie Produce Truck No. 852

Drivers Signature Terry Robinson TRAILER# 753

| Cases | Description | Weight | | Check Column |
|---|---|---|---|---|
| 630 | WHITE GRAPES | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | 1-14-05 | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | Bobby Clark | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | FREIGHT COLLECT | | | |
| | chep pallets | 0.00 | | |
| | peco pallets | 0.00 | | |
| | billed pallets ($5. Per pallet) | 0.00 | | |
| | pallets exchange | 0.00 | | |
| | 4X4 WHITEWOOD PALLETS | 0.00 | | |
| 0 | | 0.00 | | |

Subject to section 7 of conditions,if this shipment is to be delivered to the consignee without recourse on the co-signer, the consigner shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consigner)

If charges are to be prepaid: write or stamp here,"To be Prepaid".

If the shipment moves between two ports by a carrier by water, the law requires that the ill of lading shall state whether it is "carrier's or shippers weight".
NOTE:Where the rate is dependant on value,shippers are required to state specifically in riting the agreed or declared value of property.
The agreed or declared value of the property is hereby specifically stated by the shipper to e not exceeding.

Per SEAL# 987196

WINN-DIXIE HAMMOND,INC. Shipper Agent must detach and retrain this Shipping Order and must sign Original Bill Of Lading.

Per Bryan Brown Driver 1-14-5

rmanent post-office address of shipper 3925 HWY.190 W HAMMOND LA 70401