```
tracey 03/16 4:19PDIXIE PRODUCE AND PACKAGING, INC.
                    CUSTOMER DETAIL LISTING
                         03/16/2005

      CUSTOMER CODE:   0357

                    WINN DIXIE @ NEW ORLEANS     SORT KEY: WINNDIXI
                    P.O. BOX 40045               LOCATION:
                    JKSONVILLE,FL32203-0045      PHONE NO: (904) 370-6222
-----------------------------------------------------------------------------
CUSTOMER STATUS:                      CREDIT CODE: 30    LIMIT:         .00
     DATE ACCNT OPENED: 04/07/1992       SALESMAN: 00
      DATE LAST SOLD: 02/13/2005
   DATE LAST PAYMENT: 12/31/2004
           TYPE CUST:
     STATEMENTS (Y-N): Y


              TAX CODE: 04
            TERMS CODE: 4
-----------------------------------------------------------------------------
CUSTOMER AGING & SALES                  SALES        COST   G/PROFIT   % G/P

   CURRENT              .00   M-T-D:      .00          .00        .00
   10 DAYS           950.00
   20 DAYS              .00   Y-T-D:   1025.00         .00    1025.00 100.0%
   30 DAYS              .00
   40 DAYS              .00   LAST YEAR: 11200.00      .00   11200.00 100.0%

   OPEN ORD BAL:    -712.50   M-T-D PMT:    .00
-----------------------------------------------------------------------------
INVOICE       DATE     INV AMOUNT PMT REF PMT DATE PT THIS MO PT NEXT MO   BALANCE
-----------------------------------------------------------------------------

 0353268    02/13/05     950.00                                             950.00

                       TOTAL AMOUNT DUE:                                    950.00
```

COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/13/05   14:21

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**
0357
WINN DIXIE @ NEW ORLEANS
P.O. BOX 40045
JKSONVILLE, FL 32203-0045

**SHIP TO:**
WINN DIXIE
3925 HWY. 190 WEST
HAMMOND, LA

—DUPLICATE— 2

**INVOICE No.** 353268

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 02/09/05 | HOUSE SALES WHSE | 1 JD | 624876 | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/13/05 | DIXIE | 02/14/05 | | | 749 | W. BRYER |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 100 | 100 | 20# B'S REDS | LBS | 9.50 | 950.00 |
| | 100 | INVOICE TOTAL: | | | 950.00 |

RYAN No.: N/A   Seal NO4GWNYA 2,131.62

PAYMENT DUE BY 03/16/05

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PALLETS IN                    PALLETS OUT
ORM DPP-1
                              RECEIVED IN
NO MERCHANDISE ACCEPTED FOR RETURN    GOOD ORDER BY: _____
WITHOUT OUR AUTHORITY.

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**SOLD TO:**

SHIP TO 02/13/05   14:21

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

0357
WINN DIXIE @ NEW ORLEANS
P.O. BOX 40045
JKSONVILLE, FL 32203-0045

WINN DIXIE
3925 HWY. 190 WEST
HAMMOND, LA

**INVOICE No.   353268**

| NVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 02/09/05 | HOUSE SALES WHSE 1 | JJ | 624876 | | PAGE: | 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/13/05 | DIXIE | 02/14/05 | | | 749 | W. BRYER |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 100 | 100 | 20# B'S REDS | LBS. | | |

DATE 2-14-05
SIGNATURE
WINN-DIXIE LOUISIANA

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

2  4-WAY

| ETS IN | PALLETS OUT | Wt: 2,131.62 | PAYMENT DUE BY 03/16/05 |

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY