tracey 03/17 12:28DIXIE PRODUCE AND PACKAGING, INC.
                        CUSTOMER DETAIL LISTING
                              03/17/2005

     CUSTOMER CODE:  0862

              WINN-DIXIE STORES, INC        SORT KEY: WINNPLAN
              ATTN PERISHABLE ACCTNG        LOCATION:
              P.O. BOX 40595                PHONE NO: (   )    -
              JACKSONVILLE, FL 32203

--------------------------------------------------------------------------
CUSTOMER AGING & SALES                      SALES      COST   G/PROFIT   % G/P

   CURRENT            .00      M-T-D:     -4375.00       .00   -4375.00  100.0%
   10 DAYS         680.00
   20 DAYS            .00      Y-T-D:    402712.25       .00  402712.25  100.0%
   30 DAYS       10902.50
   40 DAYS        4141.00   LAST YEAR:        .00        .00        .00

   OPEN ORD BAL:      .00   M-T-D PMT:        .00
--------------------------------------------------------------------------
INVOICE     DATE     INV AMOUNT PMT REF PMT DATE PT THIS MO *P/O NUM *   BALANCE
--------------------------------------------------------------------------

0334378   10/21/04    8516.00                              504524       8516.00
0343167   12/06/04    6575.00 CR      03/17/05    4375.00  558106       2200.00
0343168   12/09/04    2100.00                              557987       2100.00
0343375   12/09/04    2227.50                              560323       2227.50
0349920   01/17/05     680.00                              603273        680.00
0356463CM 03/17/05   -4375.00 CR      03/17/05   -4375.00  343167           .00

              TOTAL AMOUNT DUE:                                       15723.50

# dixie produce and packaging, inc.



5801 AVENUE G   •   P.O. BOX 23647   •   NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION   •   1-337-235-8080   •   1-877-235-8080
FAX: 1-337-237-9086

12/08/04   03:34

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO:

0862
WINN-DIXIE STORES, INC
ATTN PERISHABLE ACCTNG
P.O. BOX 40595
JACKSONVILLE, FL 32203

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY.190 WEST
HAMMOND, LA 70401

**INVOICE No.    343167**

| INVOICE DATE | | COMPANY | | | | | PAGE: 1 |
|---|---|---|---|---|---|---|---|
| 12/06/04 | HOUSE SALES WHSE | 1 AS | 558106 | | | | PAGE: 1 |

| SHIP DATE | | SHIP VIA | | | | | |
|---|---|---|---|---|---|---|---|
| 12/07/04 | DIXIE | 12/08/04 | 01:00P | | 856/149 | WILLIAM BRYER | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 125 | 125 | 25# 4X5 & LGR STICKER | | BOX | | | |
| | | < LP > | | | | | |
| 2 | 2 | 1 LAYER 5 X 6 TOMATO | | BOX | | | |
| | | < GREEN > | | | | | |
| 20 | 20 | 12 CT CLAM SHELL CHERRY TOMA | | BOX | | | |
| 50 | 50 | 10/4 PACK X-LG TOMATO | | BOX | | | |
| | | < LP > | | | | | |

*Refused* (125) CASES

**RECEIVED**
DATE 12-8-04
SIGNATURE *Russell Gay*
WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5-4-WAY

| PALLETS IN | PALLETS OUT | Wt:    4,527.95 | PAYMENT DUE BY 01/22/05 |
|---|---|---|---|

FORM DPP-1

NO MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

TERMS: NET 10 DAYS

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE  (504)  733-7500 •  ACCOUNTING FAX  (504)  734-6950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                              SHIP TO:

```
0862                                  WINN DIXIE HAMMOND
WINN-DIXIE STORES, INC                WAREHOUSE
ATTN PERISHABLE ACCTNG                3925 HWY.190 WEST
P.O. BOX 40595                        HAMMOND, LA 70401
JACKSONVILLE, FL 32203
```

**REPRINT**                                    INVOICE No.      **343167**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 12/06/04 | HOUSE SALES WHSE | 1 AS | 558106 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | CARR. | TRAILER | DRIVER |
|---|---|---|---|---|---|---|
| 12/07/04 | DIXIE | 12/06/04 | 04:500 | 0343 | 856/149 | WILLIAM BRYER |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|
| 125 | 125 ⊘ | 25# 4X5 & LGR STICKER < LP > | BOX | 35.00 | 4375.00 |
| 2 | 2 | 1 LAYER 5 X 6 TOMATO < GREEN > | BOX | 15.00 | 30.00 |
| 20 | 20 | 12 CT CLAM SHELL CHERRY TOMA | BOX | 18.50 | 370.00 |
| 50 | 50 | 10/4 PACK X-LG TOMATO < LP > | BOX | 36.00 | 1800.00 |
| | 197 | | | INVOICE TOTAL: | 6575.00 |

-4375.00
2200.00

ⓐ

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

PALLETS IN                    PALLETS OUT                    **PAYMENT DUE BY 12/16/2004**

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN           RECEIVED IN
HOUT OUR AUTHORITY.                       GOOD ORDER BY: _____



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

03/17/05   11:43          PLEASE REMIT PAYMENT TO:
                                         P. O. BOX 54073
                                         NEW ORLEANS, LA 70154

SOLD TO:                          SHIP TO:

0862
WINN-DIXIE STORES, INC          WINN DIXIE — HAMMOND
ATTN PERISHABLE ACCTNG          3925 HWY 190 WEST
P.O. BOX 40595                  HAMMOND, LA 70401
JACKSONVILLE, FL 32203

## —CREDIT MEMO

INVOICE No.          356463

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 03/17/05 | HOUSE SALES WHSE | 1 TS | 343167 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV DATE | APPT. TIME | APPT. # | TRAILER (UC) # | DRIVER |
|---|---|---|---|---|---|---|
| 03/17/05 | | | | | | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 125 | 125 | 25# 4X5 & LGR STICKER | BOX | 35.00- | 4375.00- |
| | | REF INV 343167 | | | |
| | | ****REPRINT FOR CORRECTION | | | |
| | 125 | INVOICE TOTAL: | | | 4375.00- |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| | None | | |
|---|---|---|---|
| | | Wt:  3,312.50 | PAYMENT DUE IN 45 DAYS |
| LETS IN | PALLETS OUT | | |

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
-HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/17/05   13:23

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**                      **SHIP TO:**

0862
WINN—DIXIE STORES, INC          WINN DIXIE HAMMOND
ATTN PERISHABLE ACCTNG          WAREHOUSE
P.O. BOX 40595 .                3925 HWY.190 WEST
JACKSONVILLE, FL 32203          HAMMOND, LA 70401

—DUPLICATE— 2                   **INVOICE No.**        349926

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 01/17/05 | HOUSE SALES WHSE | 1 JJ  603273 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 01/17/05 | DIXIE | 01/17/05 | | | 878 | ALFRED N. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 40 | 40 | 10/4 PACK X-LG TOMATO < LP > | BOX | 8.50 | 340.00 |
| 10 | 10 | 11# CLUSTER HOT HOUSE TOMATO < IN BOX > | BOX | 17.00 | 170.00 |
| 10 | 10 | 15# 32 CT HOT HOUSE TOMATO < IN BOX > | BOX | 17.00 | 170.00 |
| | 50 | INVOICE TOTAL: | | | 680.00 |

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

2 4-WAY

Wt:   984.12    PAYMENT DUE BY 03/03/05

ALLETS IN            PALLETS OUT

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN       RECEIVED IN
HOUT OUR AUTHORITY.                   GOOD ORDER BY: _____



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**SHIP TO:** 01/17/05   13:23

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**

0862
WINN-DIXIE STORES, INC
ATTN PERISHABLE ACCTG
P.O. BOX 40595
JACKSONVILLE, FL 32203

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY.190 WEST
HAMMOND, LA 70401

**INVOICE No.**      349920

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| | | < LP        > | | | |
| 10 | 10 | 11# CLUSTER HOT HOUSE TOMATO | BOX | | |
| | | < IN BOX    > | | | |
| 10 | 10 | 15# 32 CT HOT HOUSE TOMATO | BOX | | |
| | | < IN BOX    > | | | |

*(INVOICE DATE, SOLD BY, W/B, SOLD TO P.O. NO., SHIP TO P.O. NO.)*
*(SHIP DATE, SHIP VIA, ARRIV. DATE, APPT. TIME, APPT. #, TRAILER LIC. #, DRIVER)*

**RECEIVED**

DATE  1-17-05
SIGNATURE

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N/A  Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

WT:   980.1   PAYMENT DUE BY 03/03/05

PALLETS IN                PALLETS OUT

1 DPP-1

ERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

MS: NET 10 DAYS

**DELIVERY COPY**



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

10/22/04  02:47

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0862
WINN-DIXIE STORES, INC
ATTN PERISHABLE ACCTNG
P.O. BOX 40595
JACKSONVILLE, FL 32203

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY.190 WEST
HAMMOND, LA 70401

—DUPLICATE— 2

INVOICE No.    334378

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 10/20/04 | HOUSE SALES WHSE | 1 AS | 504524 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 10/21/04 | DIXIE | 10/22/04 | | | 136/639 | CALVIN H |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 60 | 60 | 12 CT CLAM SHELL GRAPE TOMAT | BOX | 34.00 | 2040.00 |
| 65 | 65 | 10/4 PACK X-LG TOMATO | BOX | 27.00 | 1755.00 |
| | | 〈 LP 〉 | | | |
| 25 | 25 | 25# BULK ROMA TOMATO | BOX | 28.00 | 700.00 |
| 15 | 15 | 12 CT CLAM SHELL CHERRY TOMA | BOX | 28.00 | 420.00 |
| 3 | 3 | 1 LAYER 5 X 6 TOMATO | BOX | 12.00 | 36.00 |
| | | 〈 GREEN 〉 | | | |
| 115 | 115 | 25# 4X5 & LGR STICKER | BOX | 31.00 | 3565.00 |
| | | 〈 LP 〉 | | | |
| | 283 | INVOICE TOTAL: | | | 8516.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| | | 4 4-WAY Wt: |
|---|---|---|
| 'ALLETS IN | PALLETS OUT | |

ORM DPP-1

O MERCHANDISE ACCEPTED FOR RETURN
/ITHOUT OUR AUTHORITY.

FRMS: NET 10 DAYS

DELIVERY COPY



# dixie produce and packaging, inc.

5501 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE  (504)  733-7500  •  ACCOUNTING  FAX  (504)  734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:                                                SHIP TO:10/22/04    02:47

0862
WINN-DIXIE STORES, INC                    WINN DIXIE HAMMOND
ATTN PERISHABLE ACCTNG                    WAREHOUSE
P.O. BOX 40595                            3925 HWY.190 WEST
JACKSONVILLE, FL 32203                    HAMMOND, LA 70401

**INVOICE No.**          3 3 4 3 7

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 10/20/04 | HOUSE SALES WHSE | 1 AS | 504524 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 10/21/04 | DIXIE | 10/22/04 | | | 136/639 | CALVIN H |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 60 | 60 | 12 CT CLAM SHELL GRAPE TOMAT | BOX | | |
| 65 | 65 | 10/4 PACK X-LG TOMATO | BOX | | |
| | | 〈 LP           〉 | | | |
| 25 | 25 | 25# BULK ROMA TOMATO | BOX | | |
| 15 | 15 | 12 CT CLAM SHELL CHERRY TOMA | BOX | | |
| 3 | 3 | 1 LAYER 5 X 6 TOMATO | BOX | | |
| | | 〈 GREEN       〉 | | | |
| 115 | 115 | 25# 4X5 & LGR STICKER | BOX | | |
| | | 〈 LP           〉 | | | |

RECEIVED
DATE 10-22-04
SIGNATURE
WINN-DIXIE LOUISIANA, INC.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

4 4-WAY

| PALLETS IN 21 Return C.H. | PALLETS OUT | Wt:   5,731.34 | PAYMENT DUE BY 12/06/04 |
|---|---|---|---|

FORM DPP-1

NO MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**DELIVERY COPY**

 # dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

12/09/04   03:25          PLEASE REMIT PAYMENT TO:
                              P. O. BOX 54073
SHIP TO:                     NEW ORLEANS, LA 70154

0862
WINN-DIXIE STORES, INC          WINN DIXIE HAMMOND
ATTN PERISHABLE ACCTNG          WAREHOUSE
P.O. BOX 40595                  3925 HWY.190 WEST
JACKSONVILLE, FL 32203          HAMMOND, LA 70401

—DUPLICATE—  2              INVOICE No.    343375

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | PAGE: 1 |
|---|---|---|---|---|---|---|
| 12/07/04 | HOUSE SALES WHSE | 1 JJ | 560323 | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVEN |
|---|---|---|---|---|---|---|
| 12/08/04 | DIXIE | 12/09/04 | 01:00P | | 796/750 | ANGEL NARCESE |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 100 | 100 | 25# 4X5 & LGR STICKER | BOX | 20.00 | 2000.00 |
| | | 〈 LP 〉 | | | |
| 1 | 1 | 1 LAYER 5 X 6 TOMATO | BOX | 10.00 | 10.00 |
| | | 〈 GREEN 〉 | | | |
| 15 | 15 | 12 CT CLAM SHELL CHERRY TOMA | BOX | 14.50 | 217.50 |
| | 116 | INVOICE TOTAL: | | | 2227.50 |

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

3 4-WAY

| PALLETS IN | PALLETS OUT | Wt:  2,951.63 | PAYMENT DUE BY 01/23/05 |
|---|---|---|---|

FORM DPP-1

NO MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

12/09/04   03:25

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**SOLD TO:**

0862
WINN-DIXIE STORES, INC
ATTN PERISHABLE ACCTNG
P.O. BOX 40595
JACKSONVILLE, FL 32203

**SHIP TO:**

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY.190 WEST
HAMMOND, LA 70401

**INVOICE No.**      343375

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 12/07/04 | HOUSE SALES WHSE | 1 JJ | 560323 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/08/04 | DIXIE | 12/09/04 | 01:00P | | 796/750 | ANGEL NARCESE |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 100 | 100 | 25# 4X5 & LGR STICKER<br>〈 LP      〉 | BOX | | |
| 1 | 1 | 1 LAYER 5 X 6 TOMATO<br>〈 GREEN    〉 | BOX | | |
| 15 | 15 | 12 CT CLAM SHELL CHERRY TOMA | BOX | | |

RECEIVED

DATE _12-9-04_

SIGNATURE _____

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

3 4-WAY

| PALLETS IN | PALLETS OUT | Wt: 2,951.63 | PAYMENT DUE BY 01/23/05 |
|---|---|---|---|

FORM DPP-1

NO MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080 •  1-877-235-8080
FAX: 1-337-237-9088

12/09/04   03:25

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

0862
WINN-DIXIE STORES, INC
ATTN PERISHABLE ACCTNG
P.O. BOX 40595
JACKSONVILLE, FL 32203

SHIP TO:

WINN DIXIE HAMMOND
WAREHOUSE
3925 HWY.190 WEST
HAMMOND, LA 70401

**INVOICE No.**   343168

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 12/06/04 | HOUSE SALES WHSE | 1 AS | 557987 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 12/08/04 | DIXIE | 12/09/04 | 01:00P | | 796/750 | ANGEL NARCESE |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 120 | 120 | 12 CT CLAM SHELL GRAPE TOMAT | BOX | | |

RECEIVED

DATE 12-9-04

SIGNATURE _____

WINN-DIXIE LOUISIANA, INC.

RYAN No.: N   Seal No.: N

"The perishable agricultural commodities listed on this inv...
Perishable Agricultural Commodities Act, 1930 [7 U.S.C. ...
all inventories of food or other products derived fro...
until full payment is received."

 # dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

|  | | 12/09/04   03:25 | PLEASE REMIT PAYMENT TO:<br>P. O. BOX 54073<br>NEW ORLEANS, LA 70154 |
|---|---|---|---|
| SOLD TO: | | SHIP TO: | |

```
     0862                              WINN DIXIE HAMMOND
     WINN-DIXIE STORES, INC            WAREHOUSE
     ATTN PERISHABLE ACCTNG            3925 HWY.190 WEST
     P.O. BOX 40595                    HAMMOND, LA 70401
     JACKSONVILLE, FL 32203
```

-DUPLICATE- 2                          **INVOICE No.**      343168

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 2/06/04 | HOUSE SALES WHSE | 1 AS | 557987 | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 2/08/04 | DIXIE | 12/09/04 | 01:00P | | 796/750 | ANGEL NARCESE |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 120 | 120 | 12 CT CLAM SHELL GRAPE TOMAT | BOX | 17.50 | 2100.00 |
| | 120 | INVOICE TOTAL: | | | 2100.00 |

RYAN No.: N  Seal No.: N

"e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
rishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities,
inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
il full payment is received."

2 4-WAY

| | | Wt:  1,305.62 | PAYMENT DUE BY 01/23/05 |
|---|---|---|---|
| IN | PALLETS OUT | | |

P-1

CHANDISE ACCEPTED FOR RETURN                RECEIVED IN
OUR AUTHORITY.                              GOOD ORDER BY: _____

tracey 03/17 4:37P DIXIE PRODUCE AND PACKAGING, INC.
CUSTOMER DETAIL LISTING
03/17/2005

CUSTOMER CODE:  6041

SAV-RITE #2622 (BROOK)       SORT KEY: SAV-RITE
364 MONTICELLO ST            LOCATION: MS
BROOKHAVEN, MS 39601         PHONE NO: (601) 833-5331

--------------------------------------------------------------

| CUSTOMER AGING & SALES | | | SALES | COST | G/PROFIT | % G/P |
|---|---|---|---|---|---|---|
| CURRENT | .00 | M-T-D: | .00 | .00 | .00 | |
| 10 DAYS | 2142.35 | | | | | |
| 20 DAYS | .00 | Y-T-D: | 12943.05 | .00 | 12943.05 | 100.0% |
| 30 DAYS | .00 | | | | | |
| 40 DAYS | .00 | LAST YEAR: | 62614.09 | .00 | 62614.09 | 100.0% |

OPEN ORD BAL:      .00   M-T-D PMT:      .00

--------------------------------------------------------------

| INVOICE | DATE | INV AMOUNT | PMT REF | PMT DATE | PT | THIS MO | *P/O NUM * | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 0353259 | 02/06/05 | 1548.90 | | | | | | 1548.90 |
| 0354176 | 02/06/05 | 593.45 | | | | | | 593.45 |

TOTAL AMOUNT DUE:                               2142.35

# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

SHIP TO: 02/16/05   16:17

6041
SAV-RITE #7622 (BROOK)
364 MONTICELLO ST
BROOKHAVEN, MS 39601

SAV-RITE # 2622 BROOK
364 MONTICELLO ST
BROOKHAVEN, MS 39601
601-833-5331
6:00 - 2:00        10

INVOICE No.        354176

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. No. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/16/05 | KENNETH REPPON | 16 | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/16/05 | DIXIE | 02/17/05 | | | 146 | ARTIE W |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5 | 5 | 50# CTN GREEN CABBAGE | BOX | 8.50 | 42.50 |
| 1 | 1 | 6/14 OZ FRESH SALSA | BOX | 11.50 | 11.50 |
| 1 | 1 | 12 CT CLAM SHELL GRAPE TOMAT | BOX | 13.95 | 13.95 |
| 1 | 1 | 3# BIN LG/MED YEL LOOSE ONIO | LBS | 164.25 | 164.25 |
| 1 | 1 | 12/2# WHITE ONION | LBS | 10.95 | 10.95 |
| 225 | 225 | 15# YUKON GOLD POTATO | BOX | 1.00 | 225.00 |
| | | X #2 | | | |
| | | 3 BINS | | | |
| 5 | 5 | 50# 50 CT RUSSET POTATO | BOX | 9.50 | 47.50 |
| 1 | 1 | 16/3# RED CREAMER POTATO | BOX | 17.95 | 17.95 |
| 3 | 3 | 19# RED GLOBE GRAPE | BOX | 19.95 | 59.85 |
| | 243 | INVOICE TOTAL: | | | 593.45 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PALLETS IN | PALLETS OUT | WC: 4,262.05 | PAYMENT DUE BY 03/10/05 |
|---|---|---|---|

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

RMS: NET 10 DAYS

CUSTOMER COPY

```
DD411  V 2.15   LOCATION 2622  DSD INVOICE  DATE 02-17-2005  TIME 11:36  PG    1
                                WINN-DIXIE, 2622
            FINAL               364 MONTICELLO ST
       VENDOR COPY              BROOKHAVEN .MS                  MS 39601-0000
---------------------------------------------------------------------------------
  INVOICE-   354176  VENDOR-35508-DIXIE PRODUCE & PKG.        WD-CONTROL-33098-E
---------------------------------------------------------------------------------
```

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ COST EXT. |
|---|---|---|---|---|---|---|---|
| 593 | 4-90000-04918 | PRODUCE DOLLAR CO | 1 1 | EA | | 1.0000 | |
| | | | | | | | 593.00 |
| 45 | 4-90000-04920 | PRODUCE PENNY COD | 1 1 | EA | | .0100 | |
| | | | | | | | .45 |

```
                        **** FINAL TOTALS ****
   638                                                          593.45
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
OUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.


                                 LOCATION MGR.....*P. W. Wallace*............

```
      ***************
      *   FINAL     *
      * VENDOR COPY *
      ***************
```
                                 VENDOR..................................


                                 NO. 2622
                              SACK AND SAVE
                              364 Monticello St.
                              Brookhaven, MS 39601



# dixie produce and packaging, inc.

5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-8086

**SOLD TO:**

**SHIP TO:**
02/05/05   23:58

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

6041
SAV-RITE #2622 (BROOK)
364 MONTICELLO ST
BROOKHAVEN, MS 39601

SAV-RITE # 2622 BROOK
364 MONTICELLO ST
BROOKHAVEN, MS 39601
601-833-5351
8:00 - 2:00   **INVOICE No.**

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | 53325 |
|---|---|---|---|---|---|---|
| 02/03/05 | KENNETH PERRON | | | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/08/05 | DIXIE | 02/10/05 | | | 775168 | NC |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 24 CT PREMIUM CELLO LETTUCE | BOX | 12.50 | 125.00 |
| 7 | 7 | 40# SUPER SELECT CUCUMBERS | BOX | 14.95 | 104.65 |
| 5 | 5 | 25# MEDIUM RED BELL PEPPER | BOX | 17.95 | 89.75 |
| 1 | 1 | 48 CT PENCILS GREEN ONIONS | BOX | 10.95 | 54.75 |
| 1 | 1 | 32# BROCCOLI CROWN | BOX | 10.95 | 10.95 |
| 12 | 12 | 50# CTN GREEN CABBAGE | BOX | 8.50 | 102.00 |
| 8 | 8 | 11# CLUSTER HOT HOUSE TOMATO | BOX | 20.94 | 167.50 |
| | | ( VINE RIPE ) | | | |
| 14 | 14 | 12/4 CT MED TOMATO | BOX | 11.95 | 167.30 |
| 2 | 2 | 3# BIN LG/MED YEL LOOSE ONIO | LBS | 164.25 | 328.50 |
| 2 | 2 | 1/5# WHOLE PEELED GARLIC | BOX | 7.95 | 15.90 |
| 15 | 15 | 50# 50 CT RUSSET POTATO | BOX | 10.50 | 157.50 |
| 225 | 225 | 15# YUKON GOLD POTATO | BOX | 1.00 | 225.00 |
| | | ( #2 ) | | | |
| | | (3 BINS ) | | | |
| | 306 | INVOICE TOTAL | | | 3568.90 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities,
inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received."

| | PALLETS OUT | 8 CHEP | | |
|---|---|---|---|---|
| BIN P-1 | | NC 7,382.10 | PAYMENT DUE BY 02/01/05 | |

HANDISE ACCEPTED FOR RETURN
OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

**CUSTOMER COPY**

NET 10 DAYS

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL. UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

P.H. Wallace

NO. 2622
SACK AND SAVE
364 Monticello St.
Brookhaven, MS 39601

tracey 03/17 4:37PDIXIE PRODUCE AND PACKAGING, INC.
CUSTOMER DETAIL LISTING
03/17/2005

CUSTOMER CODE:    6042

SAV-RITE #2626 (HATTIES)      SORT KEY: SAVRITE
4400 HARDY ST                 LOCATION: MS
HATTIESBURG, MS 39401         PHONE NO: (601) 268-2929

---

CUSTOMER AGING & SALES                    SALES       COST   G/PROFIT    % G/P

CURRENT              .00      M-T-D:         .00       .00        .00
10 DAYS              .00
20 DAYS              .00      Y-T-D:     7713.45       .00    7713.45  100.0%
30 DAYS              .00
40 DAYS           619.40      LAST YEAR: 72672.01      .00   72672.01  100.0%

OPEN ORD BAL:        .00      M-T-D PMT:      .00

---

INVOICE    DATE    INV AMOUNT PMT REF PMT DATE PT THIS MO *P/O NUM *   BALANCE

---

0305192  05/21/04    619.40                                            619.40

                 TOTAL AMOUNT DUE:                                     619.40

# dixie produce and packaging, inc.



5801 AVENUE G   •   P.O. BOX 23647   •   NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

SHIP TO: 05/22/04   00:49

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
6042
SAV-RITE #2626 (HATTIES)           SAV-RITE #2626 HATTIES.
4400 HARDY ST                      400 HARRY ST
HATTIESBURG, MS 39401              HATTIESBURG, MS 39401
                                   601-268-2929
                                   6:00 - 2:00     9   A
```

INVOICE No.     305192

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | | |
|---|---|---|---|---|---|---|
| 05/21/04 | KENNETH REPPON | BB | | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 05/21/04 | DIXIE | 05/22/04 | | | 894/911 | C J |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | 5/10# #2 POLY RED POTATO | BOX | 6.00 | 60.00 |
| 12 | 12 | 50# 40 SIZE AA COUNT RUSSETS | BOX | 13.50 | 162.00 |
| 6 | 6 | 18# GREEN SEEDLESS GRAPES | BOX | 35.95 | 215.70 |
| 5 | 5 | 16/3# LG/MED YELLOW ONION | BALE | 11.95 | 59.75 |
| 0 | 0 | 25# MEDIUM RED BELL PEPPER | BOX | .00 | .00 |
| 0 | 0 | 25# MEDIUM YELLOW BELL PEPPE | BOX | .00 | .00 |
| 1 | 1 | 12/1# SHRED LETTUCE | LBS | 12.00 | 12.00 |
| 1 | 1 | 12/8 OZ CELLO MUSHROOM | BOX | 12.00 | 12.00 |
| 1 | 1 | 12/8 OZ SLICED MUSHROOM | BOX | 13.50 | 13.50 |
| 1 | 1 | 6/14 OZ FRESH SALSA | BOX | 10.50 | 10.50 |
| 1 | 1 | 30# BULK GARLIC | BOX | 35.95 | 35.95 |
| 2 | 2 | 25# BULK LARGE TOMATO | BOX | 19.00 | 38.00 |
| | | 〈 LP        〉 | | | |
| 0 | 0 | 50# PLANTAIN BANANAS | BOX | .00 | .00 |
| | 40 | INVOICE TOTAL: | | | 619.40 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

2 4-WAY

| | Wt: 1,705.62 | PAYMENT DUE BY 06/12/04 |
|---|---|---|
| ..ETS IN | PALLETS OUT | |

..\DPP-1

..ERCHANDISE ACCEPTED FOR RETURN
..IOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: Doug Anderson

DELIVERY COPY