```
tracey 03/17 4:37PDIXIE PRODUCE AND PACKAGING, INC.
                     CUSTOMER DETAIL LISTING
                          03/17/2005

   CUSTOMER CODE:   6037

                SAV-RITE #2621(MERIDIAN)    SORT KEY: SAVRITE
                1700 NORTH FRONTAGE RD      LOCATION: MS
                MERIDIAN, MS 39301          PHONE NO: (601) 693-2744
---------------------------------------------------------------------------
 CUSTOMER AGING & SALES                SALES      COST   G/PROFIT    % G/P

   CURRENT              .00     M-T-D:      .00      .00        .00
   10 DAYS              .00
   20 DAYS              .00     Y-T-D: 14947.10      .00   14947.10 100.0%
   30 DAYS              .00
   40 DAYS          1426.42     LAST YEAR: 74962.29  .00   74962.29 100.0%

   OPEN ORD BAL:     33.50     M-T-D PMT:      .00
---------------------------------------------------------------------------
 INVOICE    DATE     INV AMOUNT PMT REF PMT DATE PT THIS MO PT NEXT MO   BALANCE
---------------------------------------------------------------------------

 0273912  11/19/03    1426.42                                           1426.42

                   TOTAL AMOUNT DUE:                                    1426.42
```



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950

SOLD TO:  SHIP TO: 11/20/03  02:53  PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

```
6037
SAV-RITE #2621(MERIDIAN)          SAV-RITE #2621
1700 NORTH FRONTAGE RD            1700 NORTH FRONTAGE RD
MERIDIAN, MS 39301                MERIDIAN, MS 39301
                                  601-693-2744
```

—DUPLICATE— 2                    INVOICE No.   273912

| INVOICE DATE | SOLD BY | W/S | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 11/19/03 | KENNETH REPPON | AL | | | PAGE: 2 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 11/19/03 | DIXIE | 11/20/03 | | | 89266 | ALA-MISS |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| | 168 | INVOICE TOTAL: | | | 1426.42 |

Seal No.: 8696

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5-4-WAY

| ETS IN | PALLETS OUT | Wt: 6,828.55 | PAYMENT DUE BY 12/11/03 |
|---|---|---|---|
| 1 DPP-1 | | | |

ERCHANDISE ACCEPTED FOR RETURN          RECEIVED IN
OUT OUR AUTHORITY.                      GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950

SOLD TO:   SHIP TO 11/20/03  02:53   PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

6037
SAV-RITE #2621(MERIDIAN)          SAV-RITE #2621
1700 NORTH FRONTAGE RD            1700 NORTH FRONTAGE RD
MERIDIAN, MS 39301                MERIDIAN, MS 39301
                                  601-693-2744

—DUPLICATE— 2                     INVOICE No.    273912

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 11/19/03 | KENNETH REPPON | AL | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 11/19/03 | DIXIE | 11/20/03 | | | 89266 | ALA-MISS |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 2 | 235 CT CHOICE LEMONS | BOX | 14.50 | 29.00 |
| 1 | 1 | 200 CT LIMES | BOX | 10.00 | 10.00 |
| 1 | 1 | 120CT PEARS | BOX | 19.95 | 19.95 |
| 6 | 6 | 50LB RUSSET POTATO 90CT | BOX | 10.50 | 63.00 |
| 2 | 2 | 50LB "B" RED POTATO | BOX | 11.50 | 23.00 |
| 60 | 60 | 5/10# #2 RUSSET POTATO | BOX | 5.75 | 345.00 |
| 22 | 22 | 10/4# CALIF ORANGE | BOX | 12.95 | 284.90 |
| 1 | 1 | 125CT FCY RED APPLES | BOX | 16.95 | 16.95 |
| 2 | 2 | 72CT XFCY GRANNY SMITH APPLE | BOX | 19.95 | 39.90 |
| 1 | 1 | 12/14 OZ SEASONING MIX | BOX | 16.75 | 16.75 |
| 4 | 4 | 1/5# W/P BABY CARROTS | BOX | 5.15 | 20.60 |
| 4 | 4 | 1/3# BROCCOLI FLORET | BOX | 6.74 | 26.96 |
| 4 | 4 | 1/3# CAULIFLOWER FLORET | BOX | 7.24 | 28.96 |
| 4 | 4 | 10/3# LA SATSUMA | BOX | 14.50 | 58.00 |
| 1 | 1 | 120 CT TANGERINES | BOX | 14.95 | 14.95 |
| 12 | 12 | 14 CT MANGOS | BOX | 3.75 | 45.00 |
| 1 | 1 | 50 CT COCONUT | BOX | 14.50 | 14.50 |
| 10 | 10 | 12/2# MEDIUM RED ONION | LBS | 8.40 | 84.00 |
| 0 | 0 | 12/1# FINE CHOP PECAN | BOX | .00 | .00 |
| 30 | 30 | 16/3# LG/MED YELLOW ONIONS | BALE | 9.50 | 285.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| ETS IN | PALLETS OUT | CONTINUED ON PAGE: 2 |
|---|---|---|

DPP-1

MERCHANDISE ACCEPTED FOR RETURN   RECEIVED IN
OUT OUR AUTHORITY.                GOOD ORDER BY: _____

DELIVERY COPY

```
tracey 03/17 4:37PDIXIE PRODUCE AND PACKAGING, INC.
                      CUSTOMER DETAIL LISTING
                           03/17/2005

   CUSTOMER CODE:   6035

                 SAV-RITE #2625(GREEN)      SORT KEY: SAVE2625
                 800 HWY 1 SOUTH            LOCATION: MS
                 GREENVILLE, MS 38701       PHONE NO: (662) 335-1730
--------------------------------------------------------------------------
CUSTOMER AGING & SALES                SALES       COST    G/PROFIT    % G/P

   CURRENT                 .00     M-T-D:     .00         .00         .00
   10 DAYS                 .00
   20 DAYS                 .00     Y-T-D:  4033.60        .00     4033.60 100.0%
   30 DAYS                 .00
   40 DAYS             2033.55     LAST YEAR: 80759.27    .00    80759.27 100.0%

   OPEN ORD BAL:           .00     M-T-D PMT:     .00
--------------------------------------------------------------------------
INVOICE       DATE      INV AMOUNT PMT REF PMT DATE PT THIS MO *P/O NUM *    BALANCE
--------------------------------------------------------------------------

0294870    03/29/04       820.50                                              820.50
0316437    07/21/04      1213.05                                             1213.05

                     TOTAL AMOUNT DUE:                                       2033.55
```



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

03/26/04   23:05

**SOLD TO:**

6035
SAV-RITE #2625(GREEN)
800 HWY 1 SOUTH
GREENVILLE, MS 38701

**SHIP TO:**

SAVE RITE #2625
800 HWY 1 SOUTH
GREENVILLE, MS 38701
PH 662-335-1730
6:00 - 2:00     11    A

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

**INVOICE No.** 294870

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|
| 03/26/04 | KENNETH REPPON | AL | | | |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 03/26/04 | DIXIE | 03/27/04 | | | 796/756 | A W |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 80 | 80 | WATERMELON EACH<br>80 MELONS | EACH | 4.75 | 380.00 |
| 5 | 5 | 50# 80 SIZE AA COUNT RUSSETS | BOX | 8.00 | 40.00 |
| 1 | 1 | 30# BULK GARLIC | BOX | 32.50 | 32.50 |
| 5 | 5 | 70 CT GREEN SKIN AVOCADO | BOX | 14.95 | 74.75 |
| 5 | 5 | 1-1/9 BUSHEL LG GREEN BELL | BOX | 12.00 | 60.00 |
| 4 | 4 | 25# 5X6 GREEN TOMATO | BOX | 22.00 | 88.00 |
| 5 | 5 | 48CT GRAPEFRUIT | BOX | 9.25 | 46.25 |
| 10 | 10 | 5/10# #2 RUSSET POTATO | BOX | 6.00 | 60.00 |
| 20 | 20 | WATERMELON, YELLOW MEAT<br>20 MELONS ONLY | EACH | 1.95 | 39.00 |
| | 135 | INVOICE TOTAL: | | | 820.50 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

3 4-WAY

WT: 1,422.43      PAYMENT DUE BY 04/17/04

_ETS IN          PALLETS OUT

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
IOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: E Bailey   3/27/04

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

07/21/04   21:07      PLEASE REMIT PAYMENT TO:
                      P. O. BOX 54073
SOLD TO:        SHIP TO:        NEW ORLEANS, LA 70154

6035
SAV-RITE #2625(GREEN)             SAVE RITE #2625
800 HWY 1 SOUTH                   800 HWY 1 SOUTH
GREENVILLE, MS 38701              GREENVILLE, MS 38701
                                  PH 662-335-1730
                                  6:00 - 2:00      11   A

INVOICE No.    316437

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 07/21/04 | KENNETH REPPON | BB | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | | DRIVER |
|---|---|---|---|---|---|---|---|
| 07/21/04 | DIXIE | 07/22/04 | | | 796/253922 | A W | |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 25 | 25 | 16/3# LG/MED YELLOW ONION | BALE | 10.50 | 262.50 |
| 8 | 8 | 18# RED SEEDLESS GRAPES | BOX | 14.95 | 119.60 |
| 8 | 8 | 18# GREEN SEEDLESS GRAPES | BOX | 14.95 | 119.60 |
| 20 | 20 | 5/10# #2 RUSSET POTATO | BOX | 6.00 | 120.00 |
| 1 | 1 | 25# MEDIUM RED BELL PEPPER | BOX | 24.95 | 24.95 |
| 3 | 3 | 25# 5X6 GREEN TOMATO | BOX | 11.50 | 34.50 |
| 1 | 1 | 200 CT LIMES | BOX | 8.95 | 8.95 |
| 2 | 2 | 18# FANCY ZUCCHINI SQUASH | BOX | 11.50 | 23.00 |
| 5 | 5 | 10/5# #1 POLY RED POTATO | BOX | 10.50 | 52.50 |
| 1 | 1 | 12/1# SHRED LETTUCE | BOX | 10.00 | 10.00 |
| 10 | 10 | 25# BULK LARGE TOMATO < LP > | BOX | 11.50 | 115.00 |
| 2 | 2 | 48CT GRAPEFRUIT | BOX | 15.95 | 31.90 |
| 7 | 7 | 8/5# GRAPEFRUIT | BOX | 13.95 | 97.65 |
| 4 | 4 | 40# SELECT CUCUMBERS | BOX | 10.50 | 42.00 |
| 10 | 10 | 25# BULK EXTRA LARGE TOMATO < RIPES > | BOX | 8.00 | 80.00 |
| 2 | 2 | 25# BULK ROMA TOMATO | BOX | 10.50 | 21.00 |
| 2 | 2 | 56 CT CA CHOICE ORANGES | BOX | 14.95 | 29.90 |
| 2 | 2 | 50# SACKS JUMBO YELLOW ONION | SACK | 10.00 | 20.00 |
| | 113 | INVOICE TOTAL: | | | 1213.05 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

3 4-WAY
Wt:   4,441.33       PAYMENT DUE BY 08/12/04
LETS IN         PALLETS OUT

DPP-1                       RECEIVED IN
                            GOOD ORDER BY: _Fredric Rechard_
MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

DELIVERY COPY

RMS: NET 10 DAYS

```
tracey 03/17 4:37P DIXIE PRODUCE AND PACKAGING, INC.
                        CUSTOMER DETAIL LISTING
                              03/17/2005

   CUSTOMER CODE:  6046

                   SAV-RITE #2620 (JACK)      SORT KEY: SAV
                   1770 ELLIS AVE STE 100     LOCATION:
                   JACKSON, MS  39204         PHONE NO: (601) 373-6601
-----------------------------------------------------------------------------
CUSTOMER AGING & SALES                  SALES       COST   G/PROFIT    % G/P

  CURRENT                  .00   M-T-D:   .00         .00        .00
  10 DAYS              1956.35
  20 DAYS                  .00   Y-T-D: 31249.91      .00   31249.91 100.0%
  30 DAYS                  .00
  40 DAYS                  .00   LAST YEAR: 73712.81  .00   73712.81 100.0%

  OPEN ORD BAL:            .00   M-T-D PMT:   .00
-----------------------------------------------------------------------------
INVOICE     DATE      INV AMOUNT PMT REF PMT DATE PT THIS MO *P/O NUM *  BALANCE
-----------------------------------------------------------------------------

0353088   02/08/05     1956.35                                            1956.35

                    TOTAL AMOUNT DUE:                                     1956.35
```



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/08/05  00:52

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

SOLD TO:

6046
SAV-RITE #2620 (JACK)
1770 ELLIS AVE STE 100
JACKSON, MS  39204

SHIP TO:

SAV-RITE #2620
1770 ELLIS AVE STE 100
JACKSON, MS  39204
601-373-6601
6:00 - 2:00       15

—DUPLICATE— 2

INVOICE No.  353088

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/07/05 | KENNETH REPPON | MD | | | PAGE: 2 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/08/05 | DIXIE | 02/08/05 | 08:00A | | 756 | BB |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 1 | 50# B RED POTATO #1 | BOX | 15.95 | 15.95 |
| 2 | 2 | 16/3# RED CREAMER POTATO | BOX | 17.95 | 35.90 |
| 0 | 0 | 24/4.5 OZ LIME JUICE | BOX | 14.50 | .00 |
| 2 | 2 | 25# MEDIUM RED BELL PEPPER | BOX | 16.50 | 33.00 |
| 0 | 0 | 25# BULK LARGE TOMATO ( 6X6 ) | BOX | 11.50 | .00 |
| | | REPRINT FOR CORRECTION SHORT 1 CASE LIMES & 3 CASES BULK LARGE TOMATO | | | |
| 132 | | INVOICE TOTAL: | | | 1956.35 |

RYAN No.: 54456    Seal No.: 15156

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

22 CHEP

Wt:  7,745.80    PAYMENT DUE BY 03/01/05

PALLETS IN
PALLETS OUT

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
WITHOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: _____

DELIVERY COPY



# dixie produce and packaging, inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

02/08/05   00:52     PLEASE REMIT PAYMENT TO:
                      P. O. BOX 54073
SOLD TO:            SHIP TO:           NEW ORLEANS, LA 70154

6046
SAV-RITE #2620 (JACK)           SAV-RITE #2620
1770 ELLIS AVE STE 100          1770 ELLIS AVE STE 100
JACKSON, MS  39204              JACKSON, MS  39204
                                601-373-6601
                                6:00 - 2:00        15

—DUPLICATE—  2
                                INVOICE No.       353088

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/07/05 | KENNETH REPPON | MD | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/08/05 | DIXIE | 02/08/05 | 08:00A | | 756 | BB |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 2 | 56 CT CA CHOICE ORANGES | BOX | 15.95 | 31.90 |
| 2 | 2 | 12/3# TANGERINES | BOX | 25.95 | 51.90 |
| 2 | 2 | 48CT GRAPEFRUIT | BOX | 15.95 | 31.90 |
| 2 | 2 | 235 CT CHOICE LEMONS | BOX | 20.95 | 41.90 |
| 0 | 0 | 175 CT LIMES | BOX | 19.50 | .00 |
| 4 | 4 | 56/64 CT XFCY RED APPLE | BOX | 16.95 | 67.80 |
| 4 | 4 | 80/88 CT XFCY GOLDEN APPLES | BOX | 19.95 | 79.80 |
| 6 | 6 | 125 CT XFCY GOLDEN APPLES | BOX | 18.95 | 113.70 |
| 1 | 1 | 70-90 CT PEARS | BOX | 25.95 | 25.95 |
| 2 | 2 | 120 CT PEARS | BOX | 25.95 | 51.90 |
| 2 | 2 | 8 CT GOLD PINEAPPLES | BOX | 15.95 | 31.90 |
| 20 | 20 | 8/1# C/S LA STRAWBERRIES | BOX | 12.00 | 240.00 |
| 3 | 3 | 12/1# SHRED LETTUCE | BOX | 12.00 | 36.00 |
| 4 | 4 | 36 CT SLEEVED CELERY | BOX | 16.95 | 67.80 |
| 10 | 10 | 1-1/9 BUSHEL LG GREEN BELL | BOX | 11.95 | 119.50 |
| 2 | 2 | 11# YELLOW BELL PEPPERS | BOX | 23.95 | 47.90 |
| 2 | 2 | 48 CT PENCILS GREEN ONIONS | BOX | 12.95 | 25.90 |
| 1 | 1 | 30 CT CILANTRO | BOX | 14.50 | 14.50 |
| 25 | 25 | 16/3# LG/MED YELLOW ONION | BALE | 10.95 | 273.75 |
| 2 | 2 | 12/2# WHITE ONION | LBS | 12.00 | 24.00 |
| 3 | 3 | 25# JUMBO RED ONIONS | SACK | 12.00 | 36.00 |
| 10 | 10 | 10/5# #2 RUSSET POTATO | BOX | 7.50 | 75.00 |
| 10 | 10 | 50# 70 CT RUSSET POTATO | BOX | 10.50 | 105.00 |
| 3 | 3 | 15# YUKON GOLD POTATO ( 75CT BIN ) | BOX | 75.00 | 225.00 |
| 5 | 5 | 10/5# #1 POLY RED POTATO | BOX | 10.50 | 52.50 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

CONTINUED ON PAGE: 2

ETS IN         PALLETS OUT

DPP-1

                                RECEIVED IN
ERCHANDISE ACCEPTED FOR RETURN  GOOD ORDER BY: _____
OUT OUR AUTHORITY.

DELIVERY COPY

# dixie produce and packaging, inc.



5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX 1-337-237-8986    00:52

SOLD TO: 6046
SAV-RITE #2620 (JACK)
1770 ELLIS AVE STE 100
JACKSON, MS  39204

SHIP TO:
SAV-RITE #2620
1770 ELLIS AVE STE 100
JACKSON, MS  39204
601-373-6601
6:00 - 2:00         15

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

353088

INVOICE No.       PAGE: 1

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/07/05 | KENNETH REPPON | MD | | | |
| 02/08/05 | DIXIE | 02/08/05 | 08:00A | 756 | BB |
| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 2 | 56 CT CA CHOICE ORANGES | BOX | 15.95 | 31.90 |
| 2 | 2 | 12/3# TANGERINES | BOX | 25.95 | 51.90 |
| 2 | 2 | 48CT GRAPEFRUIT | BOX | 15.95 | 31.90 |
| 2 | 2 | 235 CT CHOICE LEMONS | BOX | 20.95 | 41.90 |
| 1 | 1 -short | 175 CT LIMES | BOX | 19.50 | 19.50 |
| 4 | 4 | 56/64 CT XFCY RED APPLE | BOX | 16.95 | 67.80 |
| 4 | 4 | 80/88 CT XFCY GOLDEN APPLES | BOX | 19.95 | 79.80 |
| 6 | 6 | 125 CT XFCY GOLDEN APPLES | BOX | 18.95 | 113.70 |
| 1 | 1 | 70-90 CT PEARS | BOX | 25.95 | 25.95 |
| 2 | 2 | 120 CT PEARS | BOX | 25.95 | 51.90 |
| 2 | 2 | 8 CT GOLD PINEAPPLES | BOX | 15.95 | 31.90 |
| 20 | 20 | 8/1# C/S LA STRAWBERRIES | BOX | 12.00 | 240.00 |
| 3 | 3 | 12/1# SHRED LETTUCE | BOX | 12.00 | 36.00 |
| 4 | 4 | 36 CT SLEEVED CELERY | BOX | 16.95 | 67.80 |
| 10 | 10 | 1-1/9 BUSHEL LG GREEN BELL | BOX | 11.95 | 119.50 |
| 2 | 2 | 11# YELLOW BELL PEPPERS | BOX | 23.95 | 47.90 |
| 2 | 2 | 48 CT PENCILS GREEN ONIONS | BOX | 12.95 | 25.90 |
| 1 | 1 | 30 CT CILANTRO | BOX | 14.50 | 14.50 |
| 25 | 25 | 16/3# LG/MED YELLOW ONION | BALE | 10.95 | 273.75 |
| 2 | 2 | 12/2# WHITE ONION | LBS | 12.00 | 24.00 |
| 3 | 3 | 25# JUMBO RED ONIONS | SACK | 12.00 | 36.00 |
| 10 | 10 | 10/5# #2 RUSSET POTATO | BOX | 7.50 | 75.00 |
| 10 | 10 | 50# 70 CT RUSSET POTATO | BOX | 10.50 | 105.00 |
| 3 | 3 | 15# YUKON GOLD POTATO < 75CT BIN > | BOX | 75.00 | 225.00 |
| 5 | 5 | 10/5# #1 POLY RED POTATO | BOX | 10.50 | 52.50 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

CONTINUED ON NEXT PAGE

LETS IN         PALLETS OUT

RM DPP-1

MERCHANDISE ACCEPTED FOR RETURN
HOUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY: Ed. Chambers

RMS: NET 10 DAYS              DELIVERY COPY