```
tracey 03/17 4:37PDIXIE PRODUCE AND PACKAGING, INC.
                      CUSTOMER DETAIL LISTING
                           03/17/2005
```

CUSTOMER CODE:  6030

```
              SAV-RITE #2628 (LAUREL)     SORT KEY: SAVRITE
              170 BEACON STREET           LOCATION: MS
              LAUREL, MS 39440            PHONE NO: (601) 426-2161
              FAX 601-428-3894
```
-----------------------------------------------------------------------

| CUSTOMER AGING & SALES | | | SALES | COST | G/PROFIT | % G/P |
|---|---|---|---|---|---|---|
| CURRENT | 566.95 | M-T-D: | .00 | .00 | .00 | |
| 10 DAYS | 437.00 | | | | | |
| 20 DAYS | .00 | Y-T-D: | 5865.65 | .00 | 5865.65 | 100.0% |
| 30 DAYS | .00 | | | | | |
| 40 DAYS | .00 | LAST YEAR: | 45039.58 | .00 | 45039.58 | 100.0% |
| | | | | | | |
| OPEN ORD BAL: | -486.85 | M-T-D PMT: | .00 | | | |

-----------------------------------------------------------------------

| INVOICE | DATE | INV AMOUNT | PMT REF | PMT DATE | PT THIS MO | *P/O NUM * | BALANCE |
|---|---|---|---|---|---|---|---|
| 0353766 | 02/13/05 | 437.00 | | | | | 437.00 |
| 0354305 | 02/17/05 | 566.95 | | | | | 566.95 |

```
                    TOTAL AMOUNT DUE:                     1003.95
```



# Dixie Produce and Packaging, Inc.

5801 AVENUE G • P.O. BOX 23647 • NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION • 1-337-235-8080 • 1-877-235-8080
FAX: 1-337-237-9086

**PLEASE REMIT PAYMENT TO:**
P. O. BOX 54073
NEW ORLEANS, LA 70154

SHIP TO 02/13/05  11:23

SOLD TO:

6030
SAV-RITE #2628 (LAUREL)
170 BEACON STREET
LAUREL, MS 39440
FAX 601-428-3894

SAV-RITE #2628
170 BEACON STREET
LAUREL, MS 39440
PH 601-426-2161
6:00 - 2:00        9

**INVOICE No.**          353766

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/12/05 | KENNETH REPPON | LB | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/13/05 | DIXIE | 02/14/05 | | | 752 | WILLE C |

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 5 | 5 | 2 LAYER 4 X 5 TOMATO | BOX | 16.50 | 82.50 |
| 10 | 10 | 16/3# LG/MED YELLOW ONION | BALE | 10.95 | 109.50 |
| 10 | 10 | 10/5LB #1 RUSSET POTATO | BOX | 7.50 | 75.00 |
| 10 | 10 | 50# 70 CT RUSSET POTATO | BOX | 9.50 | 95.00 |
| 75 | 75 | 15# YUKON GOLD POTATO | BOX | 1.00 | 75.00 |
| | | < #2          > | | | |
| | | 1 BIN | | | |
| | 110 | INVOICE TOTAL: | | | 437.00 |

RYAN No.: N/S   Seal No.: N/S

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

2 4-WAY

| LETS IN | PALLETS OUT | Wt:  2,846.62 | PAYMENT DUE BY 03/07/05 |
|---|---|---|---|

M DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

RMS: NET 10 DAYS

**DELIVERY COPY**

```
)D411  V 2.15    LOCATION 2628   DSD INVOICE   DATE 02-14-2005   TIME 06:37   PG     1
                                 WINN-DIXIE. 2628
            FINAL                170 BEACON ST
     VENDOR COPY                 LAUREL    .MS                    MS 39440-0000
-------------------------------------------------------------------------------------
   INVOICE-   353766   VENDOR-35508-DIXIE PRODUCE & PKG.        WD-CONTROL-30110-1
-------------------------------------------------------------------------------------

** CHARGE ***

   CASE      TICKET/UPC                                       COST  CASE COST/
   QTY        NUMBER       DESCRIPTION      PACK    SIZE       CHG.  COST EXT.

   437      4-90000-04918 PRODUCE DOLLAR CO   1  1 EA    *          1.0000
                                                                  437.00
            4-90000-04920 PRODUCE PENNY COD   1  1 EA                .0100
                                                                     .00
                          **** FINAL TOTALS ****
   437                                                            437.00
```

LEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
OUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
T BE SHARED. EITHER IN WHOLE OR IN PART. WITH ANY THIRD PARTY WITHOUT OUR
XPRESS WRITTEN CONSENT.

LOCATION MGR...

```
****************
*    FINAL     *
*  VENDOR COPY *
****************
```

VENDOR...................................

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500  •  ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

SOLD TO:

02/17/05   22:44

SHIP TO:

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

6030
SAV-RITE #2628 (LAUREL)
170 BEACON STREET
LAUREL, MS 39440
FAX 601-428-3894

SAV-RITE #2628
170 BEACON STREET
LAUREL, MS 39440
PH 601-426-2161
6:00 - 2:00        9

**INVOICE No.**        354305

| INVOICE DATE | SOLD BY | W/B | SOLD TO P.O. NO. | SHIP TO P.O. NO. | |
|---|---|---|---|---|---|
| 02/17/05 | KENNETH REPPON | GZ | | | PAGE: 1 |

| SHIP DATE | SHIP VIA | ARRIV. DATE | APPT. TIME | APPT. # | TRAILER LIC. # | DRIVER |
|---|---|---|---|---|---|---|
| 02/17/05 | DIXIE | 02/18/05 | | | 080 | C.HITE |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 1 | 25# MEDIUM RED BELL PEPPER | BOX | 17.95 | 17.95 |
| 20 | 20 | 16/3# LG/MED YELLOW ONION | BALE | 10.95 | 219.00 |
| 10 | 10 | 10/5LB #1 RUSSET POTATO | BOX | 7.50 | 75.00 |
| 15 | 15 | 5/10LB #1 RUSSET POTATO | BALE | 7.00 | 105.00 |
| 150 | 150 | 15# YUKON GOLD POTATO | BOX | 1.00 | 150.00 |
| | | ⟨ #2 YUKON ⟩ | | | |
| | | 2 BIN 75/15# #2 YUKON POTATO | | | |
| | ------ | | | | ---------- |
| | 196 | INVOICE TOTAL: | | | 566.95 |

RYAN No.: N/A    Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

5 4-WAY

| | | Wt:   4,760.55 | PAYMENT DUE BY 03/11/05 |
|---|---|---|---|
| ...ETS IN | PALLETS OUT | | |

...A DPP-1

...ERCHANDISE ACCEPTED FOR RETURN
...OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

DELIVERY COPY

```
)D411   V 2.15   .LOCATION 2628   DSD INVOICE   DATE 02-18-2005   TIME 06:14   PG    1
                                  WINN-DIXIE. 2628
               FINAL             170 BEACON ST
               VENDOR COPY       LAUREL   .MS                    MS 39440-0000
-------------------------------------------------------------------------------------
   INVOICE-    354305   VENDOR-35508-DIXIE PRODUCE & PKG.        WD-CONTROL-30161-4
-------------------------------------------------------------------------------------

** CHARGE ***

   CASE      TICKET/UPC                                       COST CASE COST/
   QTY        NUMBER      DESCRIPTION      PACK    SIZE        CHG. COST EXT.

   566      4-90000-04918 PRODUCE DOLLAR CO   1  1 EA              1.0000
                                                                 566.00
    95      4-90000-04920 PRODUCE PENNY COD   1  1 EA               .0100
                                                                    .95
                          **** FINAL TOTALS ****
   661                                                           566.95
```

LEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
OUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
T BE SHARED. EITHER IN WHOLE OR IN PART. WITH ANY THIRD PARTY WITHOUT OUR
XPRESS WRITTEN CONSENT.

LOCATION MGR................................

```
        **************
        *    FINAL    *
        * VENDOR COPY *
        **************
```

VENDOR...................................

tracey 03/17 4:37P DIXIE PRODUCE AND PACKAGING, INC.
CUSTOMER DETAIL LISTING
03/17/2005

CUSTOMER CODE:   6031

```
              SAV-RITE #2629 (I-55)      SORT KEY: SAVRITE
              5320 I-55 NORTH            LOCATION: MS
              JACKSON, MS 39211          PHONE NO: (601) 956-6136
              FAX 601-957-7037
```

--------------------------------------------------------------------

| CUSTOMER AGING & SALES | | | SALES | COST | G/PROFIT | % G/P |
|---|---|---|---|---|---|---|
| CURRENT | .00 | M-T-D: | .00 | .00 | .00 | |
| 10 DAYS | 122.95 | | | | | |
| 20 DAYS | .00 | Y-T-D: | 8042.30 | .00 | 8042.30 | 100.0% |
| 30 DAYS | .00 | | | | | |
| 40 DAYS | .00 | LAST YEAR: | 44179.90 | .00 | 44179.90 | 100.0% |
| OPEN ORD BAL: | .00 | M-T-D PMT: | 234.25 | | | |

--------------------------------------------------------------------

| INVOICE | DATE | INV AMOUNT | PMT REF | PMT DATE | PT THIS MO | *P/O NUM * | BALANCE |
|---|---|---|---|---|---|---|---|
| 0340787 | 11/22/04 | 234.25 | 8002747 | 03/10/05 | 234.25 | | .00 |
| 0350908 | 01/23/05 | 122.95 | | | | | 122.95 |

```
                    TOTAL AMOUNT DUE:                      122.95
```

# dixie produce and packaging, inc.



5801 AVENUE G  •  P.O. BOX 23647  •  NEW ORLEANS, (HARAHAN) LOUISIANA 70183
TELEPHONE (504) 733-7500 • ACCOUNTING FAX (504) 734-8950
LAFAYETTE RETAIL DIVISION  •  1-337-235-8080  •  1-877-235-8080
FAX: 1-337-237-9086

01/23/05   16:50

**SOLD TO:**

6031
SAV-RITE #2629 (I-55)
5320 I-55 NORTH
JACKSON, MS 39211
FAX 601-957-7037

**SHIP TO:**

SAV-RITE #2620
1770 ELLIS AVE STE 100
JACKSON, MS 39204

6:00 - 2:00      15   A

PLEASE REMIT PAYMENT TO:
P. O. BOX 54073
NEW ORLEANS, LA 70154

**INVOICE No.**      350908

| INVOICE DATE 01/23/05 | SOLD BY KENNETH VEPPON | W/B 07 | SOLD TO P.O. NO. | SHIP TO P.O. NO. | PAGE: 1 |
|---|---|---|---|---|---|

| SHIP DATE 01/23/05 | SHIP VIA D | ARRIV DATE 01/23/05 | APPT. TIME | APPT. # | TRAILER LIC. # | ARTTF DRIVER |
|---|---|---|---|---|---|---|

| QUANTITY | | DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | |
| 1 | 1 | 235 CT CHOICE LEMONS | BOX | 22.50 | 22.50 |
| 1 | 1 | 19# RED GLOBE GRAPE | BOX | 22.95 | 22.95 |
| 5 | 5 | 12/16 OZ TOSS SALAD | BOX | 9.00 | 45.00 |
| 5 | 5 | 5/10# #2 RUSSET POTATO | BOX | 6.50 | 32.50 |
| | ------ | | | | ---------- |
| | 12 | INVOICE TOTAL: | | | 122.95 |

RYAN No.: N/A   Seal No.: N/A

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C.499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Wt:    377.30     PAYMENT DUE BY 02/14/05

| PALLETS IN | PALLETS OUT |
|---|---|

DPP-1

MERCHANDISE ACCEPTED FOR RETURN
OUT OUR AUTHORITY.

RECEIVED IN
GOOD ORDER BY:

DELIVERY COPY

# Mark G. Duncan

| | |
|---|---|
| **From:** | Ellen Gordon [Ellen@XROADSLLC.COM] |
| **Sent:** | Wednesday, April 27, 2005 12:43 PM |
| **To:** | Mark G. Duncan |
| **Cc:** | Thomas Matz; Sina Toussi; Aphay Liu |
| **Subject:** | Winn-Dixie: PACA Claim Filed by Dixie Produce & Packaging, Inc. |

Dear Mark,

I am writing to follow up on our phone conversation earlier today. I am a consultant with XRoads Solutions Group retained by Winn-Dixie to assist the company through the chapter 11 process. I have been working with Debtor's counsel to reconcile and resolve the PACA claims that have been filed in this case. Please see the attached analysis and reconciliation of your client's PACA claim.

As I mentioned to you briefly, most of your client's invoices provide for 45 day payment terms, with very few exceptions. Any agreement by the parties, whether orally or in writing, extending the payment terms beyond 30 days extinguishes the vendor's PACA trust right. If you look through the invoices submitted, you will see that your client has generally extended 45 day terms.

Your client's claim totals $240,100.65. Of this amount, $14,162.47 qualifies as a valid PACA claim, which we are prepared to pay immediately. Another $53,921.85 appears to be post-petition, and should be paid in the normal course of business. We found shortages totaling $460.00, and two invoices totaling $6,021.50 that were no longer shown as outstanding invoices in Winn-Dixie's accounting system, and the documents you sent did not include a proof of delivery. If your client can provide proof of delivery, I will be able to research Winn-Dixie's records and see why it is not in the system. The remaining balance of $165,534.83 all appears undisputed although it does not qualify for treatment under the PACA Trust. This portion of your client's claim will be treated as a general unsecured claim.

I know this will be very disappointing news to your client. I will request a check for $14,162.47 to be issued this week, and we will report our findings to the Court. If your client does not begin receiving payments on the post-petition portion by the due date, please let me know and I will follow up with the accounts payable department at Winn-Dixie. If you would like to reach me, my contact information is shown below.

Ellen

Ellen Knight Gordon
Managing Director
XRoads Solutions Group
9 Executive Circle, Suite 190
Irvine, CA 92614
Office: (949) 567-1625
Fax: (949) 567-1725
Cell: (949) 466-4033
egordon@xroadsllc.com

This email message and any attached documents may contain information that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. Any review, reliance, use or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient of this transmission, please notify the sender immediately and delete all copies of this transmission.

5/10/2005

## Dixie Produce & Packaging, Inc - PACA Claim Reconciliation
### Pre-petition only

Terms - Varies
Invoices with PACA notices

| Invoice # | PO Numbers | Claim Amt | Rec Date | Due Date | Terms | Date Qualify | Debtor Amt | Difference | Princ Claim Disputed | Interest Expense | Shortage Deduction | Discount Pricing | Misc Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 277175 | 75806 | 4,066.08 | 12/14/04 | 1/23/04 | 40 | N | 0.00 | 4,066.08 | 4,066.08 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 312106 | 80975 | 1,737.50 | 7/1/04 | 7/90/04 | 7 | N | 0.00 | 1,737.50 | 1,737.50 | 0.00 | 0.00 | 0.00 | No proof of delivery supplied |
| 324983 | 82516 | 4,284.00 | 9/3/04 | 9/12/04 | 9 | Y | 0.00 | 4,284.00 | 4,284.00 | 0.00 | 0.00 | 0.00 | No proof of delivery supplied |
| 336685 | 515139 | 474.00 | 11/2/04 | 12/17/04 | 45 | N | 0.00 | 474.00 | 474.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 338016 | 522398 | 1,775.00 | 11/9/04 | 12/24/04 | 45 | N | 0.00 | 1,775.00 | 1,775.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 341852 | 519257 | 575.00 | 11/20/04 | 1/14/05 | 45 | N | 0.00 | 575.00 | 575.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 341982 | 531545 | 1,190.00 | 12/1/04 | 1/15/05 | 45 | N | 0.00 | 1,190.00 | 1,190.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 343409 | 560317 | 1,276.50 | 12/9/04 | 1/14/05 | 36 | N | 0.00 | 1,276.50 | 1,276.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 343486 | 561007 | 3,150.00 | 12/7/04 | 1/21/05 | 45 | N | 0.00 | 3,150.00 | 3,150.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 343607 | 561848 | 2,221.50 | 12/9/04 | 1/23/05 | 45 | N | 0.00 | 2,221.50 | 2,221.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 343834 | 562593 | 2,529.00 | 12/9/04 | 1/23/05 | 45 | N | 0.00 | 2,529.00 | 2,529.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 343786 | 563413 | 1,387.50 | 12/10/04 | 1/24/05 | 45 | N | 0.00 | 1,387.50 | 1,387.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 343844 | 563889 | 2,298.00 | 12/10/04 | 1/22/05 | 43 | N | 0.00 | 2,298.00 | 2,298.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 344028 | 365109 | 4,158.00 | 12/11/04 | 1/24/05 | 44 | N | 0.00 | 4,158.00 | 4,158.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 344039 | 564661 | 3,031.50 | 12/12/04 | 1/24/05 | 43 | N | 0.00 | 3,031.50 | 3,031.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 344043 | 564663 | 2,342.00 | 12/14/04 | 1/27/05 | 44 | N | 0.00 | 2,342.00 | 2,342.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 344413 | 566222 | 2,210.00 | 12/15/04 | 1/27/05 | 43 | N | 0.00 | 2,210.00 | 2,210.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 344569 | 568767 | 1,137.50 | 12/15/04 | 1/28/05 | 44 | N | 0.00 | 1,137.50 | 1,137.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 344746 | 570357 | 4,572.50 | 12/16/04 | 1/30/05 | 45 | N | 0.00 | 4,572.50 | 4,572.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 344908 | 571708 | 7,525.00 | 12/18/04 | 1/31/05 | 44 | N | 0.00 | 7,525.00 | 7,525.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 344950 | 572488 | 380.00 | 12/17/04 | 1/30/05 | 44 | N | 0.00 | 380.00 | 380.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 345139 | 573203 | 7,091.50 | 12/19/04 | 2/2/05 | 45 | N | 0.00 | 7,091.50 | 7,091.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 345140 | 573225 | 5,982.00 | 12/20/04 | 2/3/05 | 45 | N | 0.00 | 5,982.00 | 5,982.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 345508 | 568332 | 3,201.00 | 12/21/04 | 2/3/05 | 44 | N | 0.00 | 3,201.00 | 3,201.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 347539 | 588723 | 2,725.50 | 1/3/05 | 2/17/05 | 45 | N | 0.00 | 2,725.50 | 2,725.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 348822 | 595803 | 1,840.00 | 1/11/05 | 2/15/05 | 35 | N | 0.00 | 1,840.00 | 1,840.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 349609 | 601555 | 1,557.50 | 1/16/05 | 3/2/05 | 45 | N | 0.00 | 1,557.50 | 1,557.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 349581 | 601567 | 1,496.25 | 1/17/05 | 3/3/05 | 45 | N | 0.00 | 1,496.25 | 1,496.25 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 349990 | 603940 | 1,400.00 | 1/18/05 | 3/4/05 | 45 | N | 0.00 | 1,400.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 350110 | 604624 | 2,725.50 | 1/20/05 | 1/28/05 | 8 | Y | 2,725.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 350305 | 606066 | 1,695.00 | 1/20/05 | 3/5/05 | 44 | N | 0.00 | 1,695.00 | 1,695.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 350363 | 606536 | 780.00 | 1/20/05 | 3/5/05 | 45 | N | 0.00 | 780.00 | 780.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 350561 | 607024 | 3,428.00 | 1/21/05 | 3/7/05 | 45 | N | 0.00 | 3,428.00 | 3,428.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 350708 | 608173 | 2,216.00 | 1/23/05 | 3/9/05 | 45 | N | 0.00 | 2,216.00 | 2,216.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 350752 | 608717 | 700.00 | 1/24/05 | 3/9/05 | 44 | N | 0.00 | 700.00 | 700.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 350707 | 608182 | 1,747.75 | 1/24/05 | 3/10/05 | 45 | N | 0.00 | 1,747.75 | 1,747.75 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 351032 | 606099 | 445.50 | 1/25/05 | 3/11/05 | 45 | N | 0.00 | 445.50 | 445.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 351140 | 611740 | 2,608.00 | 1/25/05 | 3/12/05 | 45 | N | 0.00 | 2,608.00 | 2,608.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 351355 | 611916 | 2,185.00 | 1/27/05 | 3/13/05 | 45 | N | 0.00 | 2,185.00 | 2,185.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 351594 | 613304 | 913.00 | 1/28/05 | 3/14/05 | 45 | N | 0.00 | 913.00 | 913.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 351598 | 613384 | 2,128.50 | 1/30/05 | 3/16/05 | 45 | N | 0.00 | 2,128.50 | 2,128.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 351716 | 613984 | 876.50 | 1/31/05 | 3/17/05 | 45 | N | 0.00 | 876.50 | 876.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |

# Dixie Produce & Packaging, Inc - PACA Claim Reconciliation

Pre-petition only

Terms - Varies

Invoices with PACA notices

| Invoice # | PO Numbers | Claim Amt | Rec Date | Due Date | Terms | Date Qualify | Debtor Amt | Difference | Princ Claim Disputed | Interest Expense | Shortage Deduction | Discount Pricing | Misc Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0354586RPP | | 36.00 | | | | Y | -36.00 | 36.00 | 36.00 | 0.00 | 0.00 | 0.00 | PACA Overpayment |
| 0365990-CPP | | -0.75 | | | | | -0.75 | -0.75 | -0.75 | 0.00 | 0.00 | 0.00 | Duplicate Payment |
| 352054 | 615306 | 2,271.75 | 2/1/05 | 3/17/05 | 44 | N | 0.00 | 2,271.75 | 2,271.75 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 352055 | 616280 | 3,700.00 | 2/1/05 | 3/17/05 | 44 | N | 0.00 | 3,700.00 | 3,700.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 352618 | 352055 | 200.00 | 1/31/05 | 3/17/05 | 45 | N | 0.00 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 352192 | 619304 | 1,580.00 | 2/4/05 | 3/19/05 | 44 | N | 0.00 | 1,580.00 | 1,580.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 352358 | 618274 | 1,857.50 | 2/3/05 | 3/20/05 | 45 | N | 0.00 | 1,857.50 | 1,857.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 355518 | 619551 | 2,919.50 | 2/5/05 | 3/21/05 | 44 | N | 0.00 | 2,919.50 | 2,919.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 352705 | 620407 | 2,660.00 | 2/6/05 | 3/23/05 | 45 | N | 0.00 | 2,660.00 | 2,660.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 352830 | 621290 | 2,100.00 | 2/6/05 | 3/23/05 | 45 | N | 0.00 | 2,100.00 | 2,100.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 353103 | 622552 | 1,943.00 | 2/9/05 | 3/26/05 | 45 | N | 0.00 | 1,943.00 | 1,943.00 | 0.00 | 60.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 353276 | 625186 | 90.00 | 2/10/05 | 3/27/05 | 45 | N | 0.00 | 90.00 | 90.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 353411 | 626743 | 2,170.00 | 2/11/05 | 3/28/05 | 45 | N | 0.00 | 2,170.00 | 2,170.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 353588 | 628787 | 3,035.00 | 2/12/05 | 3/29/05 | 45 | N | 0.00 | 3,035.00 | 3,035.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 352670 | 620104 | 7,600.00 | 2/13/05 | 3/30/05 | 45 | N | 0.00 | 7,600.00 | 7,600.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 353590 | 628354 | 1,353.00 | 2/13/05 | 3/30/05 | 45 | N | 0.00 | 1,353.00 | 1,353.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 353591 | 628361 | 826.00 | 2/14/05 | 3/31/05 | 45 | N | 0.00 | 826.00 | 826.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 353620 | 628877 | 931.00 | 2/20/05 | 4/6/05 | 45 | N | 0.00 | 931.00 | 931.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 354536 | 635389 | 2,017.50 | 2/21/05 | 4/7/05 | 45 | N | 0.00 | 2,017.50 | 2,017.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 354844 | 638540 | 2,456.50 | 2/22/05 | 4/8/05 | 45 | N | 0.00 | 2,456.50 | 2,456.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 355407 | 637841 | 1,302.50 | 2/23/05 | 4/9/05 | 45 | N | 0.00 | 1,302.50 | 1,302.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 355124 | 638605 | 2,806.50 | 2/23/05 | 4/9/05 | 45 | N | 0.00 | 2,806.50 | 2,806.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 355261 | 641908 | 5,854.00 | 2/24/05 | 4/10/05 | 45 | N | 0.00 | 5,854.00 | 5,854.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 355323 | 640208 | 3,400.00 | 2/25/05 | 4/11/05 | 45 | N | 0.00 | 3,400.00 | 3,400.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 353284 | 625776 | 6,400.00 | 2/26/05 | 4/12/05 | 45 | N | 0.00 | 6,400.00 | 6,400.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 353286 | 625778 | 4,800.00 | 2/26/05 | 4/12/05 | 45 | N | 0.00 | 4,800.00 | 4,800.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 352872 | 620111 | 1,900.00 | 2/2/05 | 4/6/05 | 45 | N | 0.00 | 1,900.00 | 1,900.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 352822 | 628879 | 2,925.00 | 2/20/05 | 4/6/05 | 45 | N | 0.00 | 2,925.00 | 2,925.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 353886 | 629924 | 2,776.50 | 2/15/05 | 4/1/05 | 45 | N | 0.00 | 2,776.50 | 2,776.50 | 0.00 | 0.00 | 0.00 | Post petition |
| 354028 | 631416 | 590.00 | 2/18/05 | 4/2/05 | 45 | N | 0.00 | 590.00 | 590.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 354296 | 633671 | 1,070.50 | 2/18/05 | 4/4/05 | 45 | N | 0.00 | 1,070.50 | 1,070.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 354535 | 635247 | 2,745.00 | 2/20/05 | 4/6/05 | 45 | N | 0.00 | 2,745.00 | 2,745.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 355446 | 642038 | 2,483.50 | 2/28/05 | 4/14/05 | 45 | N | 0.00 | 2,483.50 | 2,483.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 355448 | 642035 | 5,072.50 | 2/27/05 | 4/13/05 | 45 | N | 0.00 | 5,072.50 | 5,072.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 353285 | 625777 | 6,400.00 | 2/26/05 | 4/13/05 | 45 | N | 0.00 | 6,400.00 | 6,400.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 355778 | 644842 | 597.50 | 3/4/05 | 4/18/05 | 45 | N | 0.00 | 597.50 | 597.50 | 0.00 | 0.00 | 0.00 | Post petition |
| 355551 | 627841 | 6,400.00 | 3/1/05 | | | N | 0.00 | 6,400.00 | 6,400.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 356133 | 646404 | 2,447.00 | 3/2/05 | | | N | 0.00 | 2,447.00 | 2,447.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 356258 | 646243 | 1,180.00 | 3/6/05 | | | N | 0.00 | 1,180.00 | 1,180.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 356278 | 651162 | 7,955.85 | 3/4/05 | | | N | 0.00 | 7,955.85 | 7,955.85 | 0.00 | 400.00 | 0.00 | Shortage deduction; Post petition |
| 356325 | 653033 | 220.00 | 3/8/05 | | | N | 0.00 | 220.00 | 220.00 | 0.00 | 0.00 | 0.00 | Post petition |
| 3023550 | 600500 | 455.00 | 1/14/05 | 1/30/05 | 16 | Y | 455.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

# Dixie Produce & Packaging, Inc - PACA Claim Reconciliation

### Pre-petition only

Terms – Varies

Invoices with PACA notices

| Invoice # | PO Numbers | Claim Amt | Rec Date | Due Date | Terms | Date Qualify | Debtor Amt | Difference | Princ Claim Disputed | Interest Expense | Shortage Deduction | Discount Pricing | Misc Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 353268 | 624876 | 950.00 | 2/14/05 | 3/16/05 | 30 | Y | 950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Dropped from AP, re-instated expense |
| 333205 | 499500 | 585.50 | 10/14/04 | 10/25/04 | 11 | Y | 585.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Dropped from AP, re-instated expense |
| 3017743 | 87122 | 250.00 | 8/25/04 | 9/4/04 | 10 | Y | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | POD provided by claimant |
| 334378 | 504524 | 8,516.00 | 10/22/04 | 12/6/04 | 45 | N | 0.00 | 8,516.00 | 8,516.00 | 0.00 | 0.00 | 0.00 | Statement provided but no invoice showing due date |
| 343167 | 558106 | 2,200.00 | 12/9/04 | 1/22/05 | 44 | N | 0.00 | 2,200.00 | 2,200.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 343168 | 557387 | 2,100.00 | 12/9/04 | 1/23/05 | 45 | N | 0.00 | 2,100.00 | 2,100.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 343375 | 560223 | 2,227.50 | 12/9/04 | 1/23/05 | 45 | N | 0.00 | 2,227.50 | 2,227.50 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 349920 | 603273 | 680.00 | 1/18/05 | 3/3/05 | 44 | N | 0.00 | 680.00 | 680.00 | 0.00 | 0.00 | 0.00 | Pmt terms more than 30 days - Not PACA qualified |
| 353766 | | 437.00 | 2/14/05 | 3/7/05 | 21 | Y | 437.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 354305 | | 566.95 | 2/18/05 | 3/11/05 | 21 | Y | 566.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 350908 | | 122.95 | 1/24/05 | 2/14/05 | 21 | Y | 122.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 294870 | | 820.50 | 3/27/04 | 4/17/04 | 21 | Y | 820.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 316437 | | 1,213.05 | 7/22/04 | 8/12/04 | 21 | Y | 1,213.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 273912 | | 1,426.42 | 11/20/03 | 12/11/03 | 21 | Y | 1,426.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 353259 | | 1,548.90 | 2/10/05 | 3/3/05 | 21 | Y | 1,548.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 354176 | | 593.45 | 2/17/2005 | 3/10/05 | 21 | Y | 593.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 305192 | | 619.40 | 5/22/04 | 6/12/04 | 21 | Y | 593.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 353088 | | 1,956.35 | 2/8/05 | 3/1/05 | 21 | Y | 1,956.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | 240,100.65 | | | | | 14,162.47 | 226,938.18 | 226,478.18 | 0.00 | 460.00 | 0.00 | 0.00 |

3 of 3

# DWYER & CAMBRE

### A PROFESSIONAL LAW CORPORATION

3421 N. CAUSEWAY BLVD.
SUITE 601
METAIRIE, LOUISIANA 70002
TEL: (504) 838-9090
FAX: (504) 838-9187
e-mail: mduncan@dwyercambre.com

MARK G. DUNCAN

MANDEVILLE OFFICE:
1524 WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471
TEL: (985) 624-3307
FAX: (985) 624-3327

April 29, 2005

**Via Facsimile and Regular Mail**
Ms. Ellen Knight Gordon
Managing Director
XRoads Solutions Group
9 Executive Circle, Suite 190
Irvine, California 92614

Re:    Old Dixie Produce & Packaging, Inc.
       In Re:  Winn Dixie Stores, Inc., et al,
       S.D.N.Y. Case #05-11063; Our File No. 7286

Dear Ms. Gordon:

As you know, this office represents Old Dixie Produce & Packaging, Inc., formerly known as Dixie Produce & Packaging, Inc. ("Old Dixie"), a PACA claimant in the above bankruptcy action. We received your email of April 27, 2005 in which you assert that only $14,162.47 of the $240,100.65 claimed by Old Dixie qualifies as a valid PACA claim because the invoices provide for 45 day payment terms. The objection is unacceptable and unsupported by law. In order for the time period set forth in Old Dixie's invoices to override those established by the federal regulations (10 days), there must be a written agreement between the parties setting forth different terms and filed in the records of each party to the transaction, and the terms of payment must be disclosed on the invoices, accountings, and other documents relating to the transaction. 7 U.S.C. § 499e(c)(3). *See also*, 7 CFR 46.2(aa)(11). Our client's search of its records does not reveal any such agreement, and Old Dixie properly preserved its PACA trust rights by setting forth the statutory language of 7 U.S.C. § 499e(c)(4) on its invoices to the Debtors.

If you have an agreement executed by Old Dixie by which the parties expressly agree to a payment time period different from that established by the federal regulations, please provide it to us. Otherwise, we trust that you will promptly deliver a check to our office for the full amount of the claim. Thank you for your anticipated cooperation.

Sincerely yours,

Mark G. Duncan

cc:    Thomas Matz
       Sina Toussi