**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION**
**OF NORTH MADISON ASSOCIATES, LTD. TO DEBTOR'S**
**MOTION FOR EXTENSION OF TIME TO ASSUME, OR REJECT LEASES**

North Madison Associates, Ltd. hereby gives notice of its withdrawal of the objection to debtor's motion for extension of time to assume or reject leases filed on May 3, 2005.

Walter F. McArdle
**SPAIN & GILLON, LLC**
ALA Bar No. 2446-R69W
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203-3753
Telephone: (205) 328-4100
Facsimile: (205) 324-8866
wfm@spain-gillon.com

-and-

**STUTSMAN & THAMES, P.A.**

By /s/ Nina M. LaFleur
_____
Nina M. LaFleur

Florida Bar No. 0107451
121 West Forsyth St., Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
nlafleur@stutsman-thames.com

Attorneys for North Madison Associates, Ltd.

**Certificate of Service**

I certify that a copy of the foregoing has been furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 16th day of May, 2005.

/s/ Nina M. LaFleur

Attorney

55932