**IN THE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al,

Debtors.

Case No.: 3:05-bk-3817-JAF
*Chapter 11*
Jointly Administered

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Earl M. Barker, Jr., and Slott, Barker & Nussbaum hereby appear in the above-captioned Chapter 11 cases as attorneys for Victory Real Estate Investments, LLC, Victory Investments, Inc. and certain of their affiliates.

PLEASE TAKE FURTHER NOTICE that in accordance with sections 102(1), 342 and 1109(b) of title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases, should be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b) the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to the above-referenced cases and proceedings therein. Further, this request includes copies of any disclosure

statements to be submitted prior to approval and any and all plans of reorganization or liquidation.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with these cases is intended to waive (i) the right to have final orders in non-core matters entered only after de <u>novo</u> review by a district court judge, (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Jacksonville, Florida, May 16, 2005

    Slott, Barker & Nussbaum
    334 East Duval Street
    Jacksonville, Florida 32202
    (904) 353-0033 (Telephone)
    (904) 355-4148 (Telecopy)
    embarker@bellsouth.net (Email)

    /s/ Earl M. Barker, Jr.
    Earl M. Barker, Jr.
    Florida Bar No. 110140

    Attorneys for Victory Real Estate Investments, LLC, et al