[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

This case came on for consideration upon the Court's own motion. On May 9, 2005, John W. Harrison, Jr. filed Notice of Appearance and Request for Notice without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Appearance and Request for Notice is stricken from the record.

Dated May 16, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
John W. Harrison, 333 Guthrie Green, Suite 312, Louisville, KY 40202
Debtor
Attorney for Debtor
Trustee
Creditor's Committee