United States Bankruptcy Court
For the Middle District of Florida

| | |
|---|---|
| WINN DIXIE STORES, INC., et al. | } Chapter 11 }  }  } Case No. } 05-03817 } |
| Debtor | } Amount $ 180.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**ADVANCED COMMUNICATIONS TECHNOLOGIES**
**3079-C WETUMPKA HWY**
**MONTGOMERY, AL 36110**

The transfer of your claim as shown above in the amount of $ 180.00 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

    By:/s/ Robert Minkoff
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

641283

201-968-0001 ext. 115

------------------------------------------------(CUT HERE)------------------------------------------------

**TRANSFER NOTICE**

ADVANCED COMMUNICATIONS TECHNOLOGIES ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: **WINN DIXIE STORES, INC.**, et al. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claim of Assignor in the aggregate amount of $ 726.50 (your claim amount) representing all claims against: **WINN DIXIE STORES, INC.**, et al. in the United States Bankruptcy Court, Southern Distict of New York, administered as Case No. 05-11063, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 5 day of April, 2005

ADVANCED COMMUNICATIONS TECHNOLOGIES

_Jennifer M Moore_
(Signature)

_Jennifer Moore / Office Manager_
(Print Name and Title)

REVENUE MANAGEMENT

_[signature]_
(Signature)

_Robert Minkoff_
(Print Name of Witness)

WINN DIXIE STORES, INC., et al.
ADVANCED COMMUNICATIONS TECHNOLOGIES

641283