**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|   Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2005, the Response of Certain Trade Vendors in Support of Debtors' Motion for Order Extending the Deadline to file Statement of Reclamation and Value Notices was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties listed on Exhibit "A" attached to the original hereof.

Dated:   May 16, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By:/s/      Mark J. Friedman
Mark J. Friedman
Daniel Carrigan
Janice L. Duban
6225 Smith Avenue
Baltimore, MD 21209
Telephone:  (410) 580-4153
Facsimile:  (410) 580-3001

- and -

By: /s/    Philip V. Martino_____

       Philip V. Martino
    Florida Bar Number 079189
    101 East Kennedy Boulevard
    Suite 2000
    Tampa, FL 33602-5149
    Telephone:  (813) 229-2111
    Facsimile:  (813) 229-1447

Attorneys for: The Clorox Sales Co.; ConAgra Foods, Inc.; Conopco, Inc.; Frito-Lay, Inc.; General Mills Inc.; Kraft Foods Global, Inc.; Masterfoods USA, a division of Mars, Inc.; Nestle USA, Inc.; Pepsi Bottling Group; The Proctor & Gamble Distributing Co.; Quaker Sales & Distribution, Inc.; Sara Lee Corporation; and S. C. Johnson & Son, Inc.