Exhibit A

File an answer, response or objection to a motion:
3:05-bk-03817-JAF Winn-Dixie Stores, Inc

# U.S. Bankruptcy Court

## Middle District of Florida

Notice of Electronic Filing

The following transaction was received from Friedman, Mark J entered on 5/16/2005 at 3:37 PM EDT and filed on 5/16/2005
**Case Name:**      Winn-Dixie Stores, Inc
**Case Number:**    3:05-bk-03817-JAF
**Document Number:** 1208

**Docket Text:**
Response to *Debtors' Motion for Order Extending the Deadline to File Statement of Reclamation and Value Notices* (related to motions(s)[1102]) Filed by Mark J Friedman on behalf of Creditor Conopco, Inc.. (Friedman, Mark)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\sd13059\My Documents\Winn-Dixie\Response of Trade Vendors to Motion to Extend Ddl.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=5/16/2005] [FileNumber=9647660-0
] [ba8d5aabf631848eb115f1c977099226399ecd8fecbe1f3822db99d05cd68da6e93
1951ad52e322d4770b117516b8fc17a6f71006640ae7fa588671abd3b907c]]

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

Rachel E Adams    radams@sctlaw.com,

D. J. Baker    djbaker@skadden.com,

Dale R Baringer    dale@sb-lawfirm.com

Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net

Matthew Scott Barr    mbarr@milbank.com,
lmandel@milbank.com;jmilton@milbank.com;mcomerford@milbank.com;Snaik@milbank.com;jclark2

Sabrina C Beavens    sbeavens@iurillolaw.com, Sabrina1017@verizon.net

Keith L. Bell    kbell@cphlaw.com,

Leslie A Berkoff    lberkoff@moritthock.com

Brendan G. Best    bbest@dykema.com,

James E. Bird     jbird@pswslaw.com,

David A. Blansky     dab@lhmlawfirm.com,

Jean Winborn Boyles     jboyles@jhvgmlaw.com,

Dustin Parker Branch     dustin.branch@kmzr.com,

John P. Brice     lexbankruptcy@wyattfirm.com,

Brian P Britt     cpizzotti@wbbwlaw.com, bbritt@wbbwlaw.com

Robert J. Brown     lexbankruptcy@wyattfirm.com,

Andrew M Brumby     abrumby@shutts-law.com, rhicks@shutts-law.com

W. Steven Bryant     hobankecf@lockeliddell.com,

Jason B. Burnett     jburnett@gray-robinson.com, jconley@gray-robinson.com

Thomas R. Califano     thomas.califano@dlapiper.com,

James S. Carr     jcarr@kelleydrye.com

Linda J. Casey     caseyl@pepperlaw.com

George B Cauthen     george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com

Lee Champion     flc@psstf.com,

Conrad K. Chiu     cchiu@phks.com,

Michael E Collins     mcollins@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com;swilliams@manierherod.com

Neal D. Colton     NColton@Cozen.com

David J Cook     cookdavidj@aol.com,

Betsy C Cox     bcox@rtlaw.com, aruff@rtlaw.com

David N Crapo     dcrapo@gibbonslaw.com,

Timothy J. Curtin     tjcurtin@varnumlaw.com,

Robert Dehney     rdehney@mnat.com,

Paul H. Deutch     paul.deutch@troutmansanders.com,

Gerard DiConza     gerard@bmclaw.com,

Carolyn Hochsta Dicker     CHDicker@Klehr.com,

Dennis F. Dunne     ddunne@milbank.com,

David W. Dykhouse     dwdykhouse@pbwt.com,

Andrew B. Eckstein     aeckstein@blankrome.com,

Henry A. Efroymson     henry.efroymson@icemiller.com,

Jason H Egan     jegan@mowreylaw.com,

Judith Elkin     judith.elkin@haynesboone.com,

Earle I Erman     eerman@ermanteicher.com

William J. Factor     wfactor@seyfarth.com,

Lara Roeske Fernandez     lrfernandez@trenam.com, klgerber@trenam.com

Richard L Ferrell     ferrell@taftlaw.com

Charles J. Filardi     cfilardi@pepehazard.com,

J David Forsyth     jdf@sessions-law.com,

Shawn Randall Fox     sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank     jfrank@fgllp.com

Mark J Friedman     mark.friedman@dlapiper.com,

Todd Mark Galante     tmg@stjohnlaw.com

J. Nathan Galbreath     ngalbreath@pattonboggs.com,

Gary Ginsburg     gginsburg@ngmpc.com,

James J. Glover     ,

Priscilla W. Grannis     priscilla@rjlaw.com,

Danielle K Greco     dgreco@bradleyarant.com, Jesse.Slaton@Wakm.com;emarxjr@marxbrothersimc.com

Ira S. Greene     isgreene@hhlaw.com,

Reginald A. Greene     reginald.greene@bellsouth.com,

Janice Beth Grubin     jgrubin@wkgj.com,

Rudi R. Grueneberg     rrg@rglawgroup.com,

Marc L. Hamroff     mhamroff@moritthock.com,

Catherine A Harrison     charrison@millermartin.com, pjstarr@millermartin.com

John W Harrison    kandklaw_jwh@msn.com,

Patrick L. Hayden    phayden@mcguirewoods.com

Edwin W. Held    eheld@hilawfirm.com,

Larry D. Henin    lhenin@andersonkill.com,

Neil E Herman    Nherman@morganlewis.com,

Kenneth D. Herron    kherron@whmh.com , rgardieff@whmh.com;poates@whmh.com

David E. Hicks    courtinfo@bcylaw.com

Terrance A Hiller    tah@kompc.com

Robert L Holladay    robert.holladay@youngwilliams.com,

Brian D. Huben    brian.huben@kmzr.com,

Patrick L Huffstickler    plhuffst@coxsmith.com

Cynthia C. Jackson    cjackson@smithhulsey.com,

Solomon J. Jaskiel    soljas@aol.com,

Ronald Scott Kaniuk    rkaniuklaw@aol.com,

Andrew C. Kassner    kassneac@dbr.com,

Elena P. Ketchum    eketchum.ecf@srbp.com

Alan W Kornberg    akornberg@paulweiss.com, jgladstone@paulweiss.com,cweidler@paulweiss.com

John W. Kozyak    Jwkozyak@kttlaw.com,

Stuart A. Krause    skrause@zeklaw.com,

Jeffrey Kurtzman    JKurtzma@Klehr.com,

Nina M LaFleur    nlafleur@stutsman-thames.com, npt@stutsman-thames.com

Darryl S. Laddin    bkrfilings@agg.com ,

Elena Lazarou    elazarou@reedsmith.com,

Robert L LeHane    rlehane@kelleydrye.com

Thomas J. Leanse    thomas.leanse@kmzr.com,

David E. Lemke    david.lemke@wallerlaw.com,

Chris Lenhart    lenhart.chris@dorseylaw.com,

Sharon L. Levine     slevine@lowenstein.com,

Bruce Levinson     b.levinson@verizon.net,

Stephen Lewis     slewis@stoltzusa.com

Alan Jay Lipkin     maosbny@willkie.com,

Joseph Lubertazzi     JLubertazzi@McCarter.com,

John B. Macdonald     john.macdonald@akerman.com

Jeffrey S. Margolin     margolin@hugheshubbard.com,

Laurence May     lmay@angelfrankel.com,

Walter F. McArdle     wfm@spain-gillon.com,

David R McFarlin     dmcfarlin@whmh.com, caitboukil@whmh.com

Austin L. McMullen     amcmulle@bccb.com,

Marc T. McNamee     mmcnamee_br@nealharwell.com

Derek F Meek     dmeek@burr.com,

Richard M. Meth     rmmnybankruptcy@pitneyhardin.com

Todd C Meyers     tmeyers@kilpatrickstockton.com

Christopher C. Miller     cmiller@mgm.com,

Kathleen M. Miller     kmm@skfdelaware.com

Stephen M Miller     smiller@morrisjames.com,

Stephan William Milo     smilo@wawlaw.com

Mark Minuti     mminuti@saul.com,

T David Mitchell     tdavidmitchell@msn.com

Joseph Thomas Moldovan     jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

Brett S. Moore     bsmoore@pbnlaw.com,

Andrew L. Morrison     amorrison@reedsmith.com,

Larren M. Nashelsky     lnashelsky@mofo.com

Albert F. Nasuti     anasuti@tokn.com,

Bruce S. Nathan     bnathan@lowenstein.com,

Carole Neville   cneville@sonnenschein.com,

Tammy M. Nick   nicklaw@eatel.net,

James J. Niemeier   jniemeier@mnmk.com,awoodard@mnmk.com,

Merritt A. Pardini   merritt.pardini@kmzr.com,

Barbra R. Parlin   nyc-bkcyecf@hklaw.com

Aaron D. Patton   apatton@murrayfrank.com,

Robert Perry   rperry@hilawfirm.com

David L Pollack   pollack@ballardspahr.com,

Geraldin E. Ponto   gponto@gibbonslaw.com,

Nicholas V. Pulignano   npulignano@marksgray.com

Rex D. Rainach   rainach@msn.com,

Gregg A. Rapoport   gar@garlaw.us,

Peter J Rathwell   prathwell@swlaw.com,

Adam Ravin   aravin@skadden.com, rgray@skadden.com,lbonache@skadden.com,;jmathew@skadden.com,jleamy@skadden.com,;dturetsk@

Eric T. Ray   eray@balch.com,

Diane G. Reed   dianegreed@sbcglobal.net,

Jo Christi Reed   jcreed@sonnenschein.com,

Jeffrey C. Regan   jregan@hdrd-law.com,

Steven J. Reisman   sreisman@cm-p.com , athau@cm-p.com

Larry B. Ricke   larry.ricke@leonard.com,

Craig P. Rieders   crieders@gjb-law.com, gisabelle@gjb-law.com

Fred B. Ringel   fringel@pobox.com,

Adam L. Rosen   mail@srsllp.com

Avrum J. Rosen   arosen@avrumrosenlaw.com,

Neal M. Rosenbloom   NRosenbloom@finkgold.com,

Fox Rothschild   mail@geronlaw.com,

J Casey Roy    roy@mcclainleppert.com,

David S Rubin    drubin@kswb.com,

Robert B. Rubin    brubin@burr.com,

Rachel L Rubio    rrubio@mdrtlaw.com,

Shelley D Rucker    srucker@millermartin.com

Teresa Sadutto    tsadutto@platzerlaw.com,

Robert K. Scheinbaum    rscheinbaum@podveysachs.com

Robert K. Scheinbaum    rscheinbaum@podveysachs.com

Marvin S. Schulman    mschulmanpa@aol.com,

Gregory J. Seketa    franklin.berg@4086.com,

Andrew Howard Sherman    asherman@sillscummis.com,

R Scott Shuker    bankruptcynotice@groneklatham.com,

Peter L. Slinn    plslinn@stoel.com,

Thomas R. Slome    mail@srsllp.com

Anthony J. Smits    anthony.smits@bingham.com

Richard G. Smolev    rsmolev@kayescholer.com,

Eric J. Snyder    esnyder@sillerwilk.com,

Marc P. Solomon    msolomon@burr.com,

Arthur J Spector    aspector@bergersingerman.com

Mark D. Speed    mds@markdspeedlaw.com,

Alex Spizz    aspizz@tnsj-law.com,

Don M Stichter    dstichter.ecf@srbp.com

Sabrina L. Streusand    streuss@hughesluce.com,

Debra Sudock    dsudock@kelleydrye.com

Stephen B. Sutton    ssutton@lathropgage.com,

Walter E. Swearingen    wswearingen@llf-law.com,

Gene B Tarr    gbt@btcmlaw.com

Case 3:05-bk-03817-JAF   Doc 1212-1   Filed 05/16/05   Page 9 of 9

Diana M. Thimmig    dthimmig@ralaw.com,

Laura L. Torrado    ltorrado@bear.com,

Paul Traub    tbfesq@aol.com,

Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;rwoodruff@simon.com;danasmith@simon.com;ncaldwell@simon.com

United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik    rurbanik@munsch.com,

David H. Wander    dwander@wanderlaw.com,

Richard Whitney Ward    rwward@airmail.net,

Michael D. Warner    bankruptcy@warnerstevens.com,

Alan M. Weiss    alan.weiss@hklaw.com,

David B. Wheeler    davidwheeler@mvalaw.com,

Stephen D Wheelis    steve@wheelis-rozanski.com,

William Douglas White    wdw@mccarthywhite.com

Frank J. Wright    bankruptcy@hswgb.com,

Scott A. Zuber    szuber@pitneyhardin.com

**3:05-bk-03817-JAF Notice will not be electronically mailed to:**