UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.:  3:05-bk-03817-JAF

                                                CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

            Debtors.                            Jointly Administered

---

### VERIFIED STATEMENT OF REPRESENTATION OF MORE THAN ONE CREDITOR BY HELD & ISRAEL

Comes now the law firm of Held & Israel, through one of its Members, pursuant to Federal Rule of Bankruptcy Procedure 2019(a), files this verified statement of representation of more than one creditor, and states as follows:

1. The Debtors filed voluntary petitions under Chapter 11 of Title 11, United States Code on February 21, 2005, in the United States Bankruptcy Court, Southern District of New York and such Case was assigned number 05-11063 (RDD).

2. The Debtors are Debtors-in-Possession.

3. On April 14, 2005, (Docket No. 739) the Honorable Robert D. Drain entered an Amended Order Transferring Venue of Debtor's Bankruptcy Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

4. Held & Israel was retained after commencement of these Cases to represent the following creditors:

Beaver Street Fisheries, Inc. ("Beaver Street")
1741 W. Beaver Street
Jacksonville, Florida 32203

Ja-Ru, Inc. ("Ja-Ru")
4030 Phillips Highway
Jacksonville, Florida 32207

Gehr Florida Development, LLC ("Gehr")
Plantation Marketplace
7139 W. Broward Blvd.
Plantation, Florida 33317

TA/Western, LLC ("TA/Western")
Pompano Marketplace
1199 South Federal Highway
Pompano Beach, Florida 33062

Concord-Fund IV Retail, L.P. ("Concord")
Concord Shopping Plaza
11241 S.W. 40th Street
Miami, Florida 33165

TA Cresthaven, LLC ("TA Cresthaven")
The Shoppes at Cresthaven
2675 S. Military Trail
West Palm Beach, Florida 33415

Flagler Retail Associates, Ltd. ("Flagler")
Parkhill Plaza
9565 West Flagler Street
Miami, Florida 33174

Elston/Leetsdale, LLC ("Elston")
Palm Johnson Plaza
701 NW 99th Avenue
Pembroke Pines, Florida 33024

Meridian Coca-Cola Bottling Company ("Meridian")
2016 Highway 45 North
Meridian, Mississippi 39302-5207

2

Conecuh Sausage Co., Inc. ("Conecuh")
P. O. Box 327
Evergreen, Alabama 36401

Long Wholesale, Inc. d/b/a CCC Beauty Supply
("Long Wholesale")
P.O. Box 70
Meridian, Mississippi 39302-0070

Mosby's Packing Company, Inc. ("Mosby's")
P.O. Box 4253
Meridian, Mississippi 39304

Maples Gas Company ("Maples")
202 Highway 19 North
Meridian, Mississippi  39307

Northeast MS Coca-Cola Bottling Co., Inc. ("Northeast")
P.O. Box 968
Starkville, Mississippi 39760

Hammerdale, Inc. NV ("Hammerdale")
One Independent Plaza
Red Bank, New Jersey  07701

General Electric Capital Corporation
Commercial Finance Division ("GECC-CF")
44 Old Ridgeberry Road
Danberry, Connecticut  06810

GE Commercial Finance Business Property Corporation,
f/k/a General Electric Capital Business Asset Funding
Corp. ("GEBAF")
10900 NE 4th Street, Suite 500
Bellevue, Washington  98004

General Electric Capital Corporation ("GECC")
10 Riverview Drive
Danberry, Connecticut  06810-6268

GE Capital Realty Corp. as servicing agent for
Great Oak, LLC and Omega Watch Holdings, LP ("GECRG")
16479 Dallas Parkway, Suite 400
Addison, Texas  75001

Citicorp Vendor Finance, Inc., as assignee of
Miami Office Systems, Inc., d/b/a M.O.S., and
Gulf Coast Office Supplies ("Citicorp")
1800 Overcenter Drive
Moberly, Missouri 65270

5. Beaver Street is a trade creditor and party in interest herein and it is owed an approximate amount of $201,000.00.

6. Ja-Ru is a trade creditor and party in interest herein and it is owed an approximate amount of $289,000.00.

7. Gehr is a creditor and party in interest herein as the owner and lessee of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

8. TA/Western is a creditor and party in interest herein as the owner and lessee of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

9. Concord is a creditor and party in interest herein as the owner and lessee of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

10. TA Cresthaven is a creditor and party in interest herein as the owner and lessee of non-residential real property

leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

11. Flagler is a creditor and party in interest herein as the owner and lessee of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

12. Elston is a creditor and party in interest herein as the owner and lessee of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

13. Meridian is a trade creditor and party in interest herein and it is owed an approximate amount of $137,000.00.

14. Conecuh is a trade creditor and party in interest herein and it is owed an approximate amount of $62,000.00.

15. Long Wholesale is a trade creditor and party in interest herein and it is owed an approximate amount of $9,000.00.

16. Mosby's is a trade creditor and party in interest herein and it is owed an approximate amount of $202,000.00.

17. Maples is a trade creditor and party in interest herein and it is owed an approximate amount of $16,000.00.

18. Northeast is a trade creditor and party in interest herein and it is owed an approximate amount of $23,000.00.

19. Hammerdale is a creditor and party in interest herein related to is status as the owner and lessee of non-residential real property leased to a jointly administered Debtor and one of the Debtors' checks payable to it for taxes having a stop payment placed thereon and it is owed an approximate amount of $37,000.00.

20. GECC-CF is a creditor and party in interest herein as a lessor of equipment to the Debtors and it is owed an approximate amount of $5,600,000.00.

21. GEBAF is a creditor and party in interest herein as it financed the acquisition and/or development of certain non-residential real property leased to the Debtors, and it is owed an approximate amount of $24,000,000.00.

22. GECC is a creditor and party in interest herein as a lessor of equipment to the Debtors, and it is owed an approximate amount of $700,000.00.

23. GECRG is a creditor and party in interest herein as it financed the acquisition and/or development of certain non-residential real property that is leased to the Debtors, and it is owed an approximate amount of $5,500,000.00.

24. Citicorp is a creditor and party in interest herein as the lessor of equipment to the Debtors, and it is owed an approximate amount of $55,000.00.

25. Held & Israel does not hold any claim against, or own any interest in, the Debtor's herein, nor has it at any time held any such claim or owned any such interest.

### DECLARATION UNDER PENALTY OF PERJURY

I, Edwin W. Held, Jr., on behalf of Held & Israel, do hereby declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

DATED this 13 day of May, 2005.

HELD & ISRAEL

By: *[signature]*
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Ste. 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

Rjp\winn Dixie-verified statement.npg