UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | : | In Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al. | : | |
| | : | |
| Debtors. | : | |
| | : | Case No. 3:05-03817 |
| | : | |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that NCR Corporation ("NCR"), by and through its counsel, Hangley Aronchick Segal & Pudlin, hereby appears in the above-captioned case, and pursuant to Bankruptcy Rule 2002, requests that its names be added to the mailing list maintained by the Clerk in the within case, and that all notices given or required to be given in this case and all papers served, or required to be served in this case be given to, and served upon NCR, c/o Ashely M. Chan, Esquire, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to these proceedings, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, all of which shall be sent to:

>Ashely M. Chan, Esquire
>Hangley Aronchick Segal & Pudlin
>One Logan Square, 27th Floor
>Philadelphia, PA 19103

**PLEASE TAKE FURTHER NOTICE** that NCR intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of NCR to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right of NCR to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right of NCR to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which NCR is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of NCR.

>_____
>Ashely M. Chan
>Hangley Aronchick Segal & Pudlin
>One Logan Square, 27th Floor
>Philadelphia, PA 19103
>(215) 568-6200; (215) 568-0300 (fax)

Dated: May 16, 2005

## CERTIFICATE OF SERVICE

I, Ashely M. Chan, counsel for NCR, do hereby certify that on May 16, 2005, I caused a true and correct copy of the foregoing Entry of Appearance and Request for Notice upon all parties shown on the parties listed on the Debtors' Rule 2002 Service List either electronically or via first-class U.S. Mail, postage prepaid.

_____
Ashely M. Chan, Esquire

Dated: May 16, 2005