UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al,          Case No.: 3:05-bk-03817-JAF
                                                                Chapter 11

      Debtor.
_____/       Jointly Administered

**NOTICE OF WITHDRAWAL OF OBJECTION BY
UNITED STATES TRUSTEE TO APPLICATION BY THE DEBTORS PURSUANT TO
SECTIONS 327(A) OF THE BANKRUPTCY CODE AND RULE 2014(A)
AUTHORIZING THE EMPLOYMENT OF TOGUT,
SEGAL & SEGAL LLP AS CONFLICTS COUNSEL
<u>FOR THE DEBTORS IN POSSESSION</u>**

      The United States Trustee hereby gives notice of the withdrawal of the of Objection by United States Trustee to Application by the Debtors Pursuant to Sections 327(a) of the Bankruptcy Code and Rule 2014(a) Authorizing the Employment of Togut, Segal & Segal LLP as Conflicts Counsel for the Debtors in Possession based on the employment terminating on April 13, 2005.

      DATED: May 17, 2005.

                                                                      FELICIA S. TURNER
                                                                     United States Trustee
                                                                     Region 21

                                                                     /s/   Elena L. Escamilla
                                                                     ELENA L. ESCAMILLA, Trial Attorney
                                                                     Florida Bar No. 898414
                                                                     135 W. Central Blvd., Room 620
                                                                     Orlando, FL 32801
                                                                     Telephone No.: 407-648-6465
                                                                     Facsimile No.: 407-648-6323
                                                                     Elena.L.Escamilla@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing, Notice of the Withdrawal of the Objection by United States Trustee to Application by the Debtors Pursuant to Section 327(e) of the Bankruptcy Code for Authority to Employ Carlton Fields, P.A. as Special Real Estate Litigation Counsel to the Debtors, has been furnished by U.S. Mail first class postage prepaid on May 17, 2005, to the following:

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Adam Ravin, Esq.<br>Skadden, Arps, Slate,<br>Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 |
| Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley &<br>McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 | Albert Togut, Esq.<br>Togut, Segal & Segal, LLP<br>One Penn Plaza, Suite 3335<br>New York, New York, 10119 |

and to the Creditors Committee:

| | | |
|---|---|---|
| R2 Investments, LDC<br>c/o Amalgamated Gadget, LP<br>301 Commerce Street, Suite 3200<br>Fort Worth, TX 76102 | Deutsche Bank Trust<br>Company Americas<br>60 Wall Street<br>New York, NY 10005-2858 | New Plan Excel Realty Trust, Inc.<br>420 Lexington Avenue<br>New York, NY 10170 |
| Kraft Foods Global, Inc.<br>Attn: Sandra Schirmang, Sr.<br>Director of Credit<br>Three Lakes Drive<br>Northfield, IL 60093 | Pepisco & Subsidiaries<br>7701 Legacy Drive 38-109<br>Plano, TX 75024 | OCM Opportunities Fund V.L.P.<br>C/o Oaktree Capital Mgmt., LLC<br>Los Angeles, CA 90071 |

Capital Research & Management
Company
Attn: Ellen Carr, V.P.
333 South Hope Street
Los Angeles, CA 90071

 

                                                      /s/   Elena L. Escamilla
                                                    ELENA L. ESCAMILLA, Trial Attorney