UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et. al,             Case No.: 3:05-bk-03817-JAF
                                                        Chapter 11

       Debtor.

_____/     Jointly Administered

**NOTICE OF WITHDRAWAL OF OBJECTION BY UNITED STATES TRUSTEE TO APPLICATION BY THE DEBTORS PURSUANT TO SECTION 327(E) OF THE BANKRUPTCY CODE FOR AUTHORITY TO EMPLOY CARLTON FIELDS, P.A. AS SPECIAL REAL ESTATE LITIGATION COUNSEL TO THE DEBTORS**

       The United States Trustee hereby gives notice of the withdrawal of the Objection by United States Trustee to Application by the Debtors Pursuant to Section 327(e) of the Bankruptcy Code for Authority to Employ Carlton Fields, P.A. as Special Real Estate Litigation Counsel to the Debtors. The Debtors have provided information substantiating the need for such employment.

       DATED: May 17, 2005.

                                                    FELICIA S. TURNER
                                                    United States Trustee
                                                    Region 21


                                                    /s/   Elena L. Escamilla
                                                    ELENA L. ESCAMILLA, Trial Attorney
                                                    Florida Bar No. 898414
                                                    135 W. Central Blvd., Room 620
                                                    Orlando, FL 32801
                                                    Telephone No.: 407-648-6465
                                                    Facsimile No.:  407-648-6323
                                                    Elena.L.Escamilla@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing, Notice of the Withdrawal of the Objection by United States Trustee to Application by the Debtors Pursuant to Section 327(e) of the Bankruptcy Code for Authority to Employ Carlton Fields, P.A. as Special Real Estate Litigation Counsel to the Debtors, has been furnished by U.S. Mail first class postage prepaid on May 17, 2005, to the following:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin, Esq.
Skadden, Arps, Slate,
Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley &
McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

Carlton Fields, P.A.
Attn: Alan M. Grunspan, Esq.
4000 International Place
100 S. E. Second Street
Miami, FL 33131

and to the Creditors Committee:

R2 Investments, LDC
c/o Amalgamated Gadget, LP
301 Commerce Street, Suite 3200
Fort Worth, TX 76102

Deutsche Bank Trust
Company Americas
60 Wall Street
New York, NY 10005-2858

New Plan Excel Realty Trust, Inc.
420 Lexington Avenue
New York, NY 10170

Kraft Foods Global, Inc.
Attn: Sandra Schirmang, Sr.
Director of Credit
Three Lakes Drive
Northfield, IL 60093

Pepisco & Subsidiaries
7701 Legacy Drive 38-109
Plano, TX 75024

OCM Opportunities Fund V.L.P.
C/o Oaktree Capital Mgmt., LLC
Los Angeles, CA 90071

Capital Research & Management
Company
Attn: Ellen Carr, V.P.
333 South Hope Street
Los Angeles, CA 90071

/s/   Elena L. Escamilla
ELENA L. ESCAMILLA, Trial Attorney

2