UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING RECLAMATION DEMAND OF COLORADO BOXED BEEF COMPANY

The Court finds that the Reclamation Demand of Colorado Boxed Beef Company filed by James W. Martin on May 10, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Reclamation Demand of Colorado Boxed Beef Company filed by James W. Martin on May 10, 2005 is stricken from the record.

**DATED May 16, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James W. Martin, One Securities Centre, Suite 300, 3490 Piedmont Rd., N.E., Atlanta, GA 30305
Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254
Adam Ravin, Four Times Square, New York, NY 10036-6522
US Trustee
Dennis F. Dunn, 1 Chase Manhattan Plaza, New York, NY 10005