## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

                Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about May 9, 2005, I caused copies of:

• **the Order Under 11 U.S.C. § 365(d)(4) Granting Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 1070]**

to be inserted in first class, postage pre-paid and pre-addressed envelopes and delivered to the U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: May 13, 2005

_____
Kathleen M. Logan

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 992-07<br>100 EXECUTIVE DRIVE LP<br>C/O PARAGON AFFILIATES INC.<br>ONE PARAGON DRIVE, SUITE 145<br>MONTVALE, NJ 07645 | CREDITOR ID: 993-07<br>11010 SEVENTH AVE INVESTMENTS<br>C/O 11010 LAND COMPANY LLC<br>PO BOX 601551<br>CHARLOTTE, NC 28260-1551 | CREDITOR ID: 2029-07<br>12TH STREET & WASHINGTON<br>8698 EAST SAN ALBERTO DRIVE<br>SCOTTSDALE AZ 85258 |
| CREDITOR ID: 994-07<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM NY 11582 | CREDITOR ID: 995-07<br>17161 NW 27TH AVENUE LLC DBA<br>DOLPHIN PLAZA<br>PO BOX 530446<br>ATLANTA, GA 30353-0446 | CREDITOR ID: 996-07<br>1954 UNIONPORT ASSOCIATES LLC<br>C/O ECKSTEIN PROPERTIES<br>60 BOARD STREET<br>NEW YORK, NY 10004 |
| CREDITOR ID: 241239-12<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERCIAL PROPERTY<br>ATTN LINDA GOLDSTEIN, MGR<br>3753-1 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 997-07<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERCIAL PROPERTY<br>3753 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 998-07<br>2525 EAST HILLSBOROUGH AVE LLC<br>PO BOX 530496<br>ATLANTA, GA 30353-0496 |
| CREDITOR ID: 2031-07<br>391 BELLAIRE BLVD<br>C/O CA NEW PLAN VENTURE FUND LA, LL<br>420 LEXINGTON AVE., 7TH FLR<br>NEW YORK NY 10170 | CREDITOR ID: 1002-07<br>4JS FAMILY LLC<br>4408 GILBERT AVENUE<br>COLUMBUS GA 31904 | CREDITOR ID: 1003-07<br>5 POINTS WEST SHOPPING CENTER<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0115 |
| CREDITOR ID: 2034-07<br>5 POINTS WEST SHOPPING CENTER<br>DOMIT INVESTMENT GROUP<br>201 VULCAN ROAD, SUITE 106<br>BIRMINGHAM AL 35209 | CREDITOR ID: 1004-07<br>51ST STREET & 8TH AVE CORP<br>ATTN: PATRICIA<br>655 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10021 | CREDITOR ID: 1007-07<br>98 PALMS LTD<br>C/O NEWTON OLD ACRE MCDONALD LLC<br>250 WASHINGTON STREET<br>PRATTVILLE, AL 36067 |
| CREDITOR ID: 1008-07<br>99 EGLIN LTD<br>PO BOX 1735<br>DESTIN FL 32540 | CREDITOR ID: 1014-07<br>ACORN ASSOC LTD<br>C/O GOREN BROTHERS<br>150 E 52ND ST., 29TH FLOOR<br>NEW YORK, NY 10022 | CREDITOR ID: 2038-07<br>ACORN ASSOCIATES<br>150 EAST 52ND STREET, 29TH FLOOR<br>NEW YORK NY 10022 |
| CREDITOR ID: 1015-07<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVENUE<br>SUITE 215<br>TULSA, OK 74119 | CREDITOR ID: 1016-07<br>ADAMS REALTY<br>ATTN: JAMES L ADAMS<br>220 W PUSHMALAHA STREET<br>BUTLER, AL 36904 | CREDITOR ID: 2039-07<br>ADFC, LLC<br>1040 CROWN POINTE PARKWAY, SUITE 2<br>ATLANTA GA 30338 |
| CREDITOR ID: 1017-07<br>AEGIS WATERFORD LLC<br>3849 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-3849 | CREDITOR ID: 2040-07<br>AEGIS WATERFORD, L.L.C.<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1019-07<br>AEGON USA REALTY ADVISORS INC<br>PO BOX 905128<br>CHARLOTTE NC 28290-5128 |
| CREDITOR ID: 2041-07<br>AEGON USA REALTY ADVISORS INC<br>PO BOX 905128<br>CHARLOTTE, NC 28290-5128 | CREDITOR ID: 1018-07<br>AEGON USA REALTY ADVISORS INC<br>C/O BANK OF AMERICA ILLINOIS<br>PO BOX 96273<br>CHICAGO, IL 60693-6273 | CREDITOR ID: 1020-07<br>AEI INCOME & GROWTH FUND XXI L<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL, MN 55101 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1021-07<br>AEI NET LEASE INCOME & GROWTH<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL MN 55101 | CREDITOR ID: 1023-07<br>AEM STIFTUNG LLC<br>C/O CRONUS INC.<br>PO BOX 31-0175<br>MIAMI, FL 33231 | CREDITOR ID: 1009-07<br>AFI MANAGEMENT<br>NEW IBERIA ASSOCIATES<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 2042-07<br>AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 1010-07<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST. LOUIS MO 63178 | CREDITOR ID: 1123-07<br>AGAPION, BILL<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 |
| CREDITOR ID: 2044-07<br>AIB DELTONA, LTD.<br>C/O THOMA & ASSOCIATES, PLLC<br>1980 POST OAK BOULEVARD, SUITE 7<br>HOUSTON TX 77056 | CREDITOR ID: 1025-07<br>AINTSAR REALTY CORP<br>PO BOX 215<br>MONSEY NY 10952 | CREDITOR ID: 1011-07<br>AJ&C GARFUNKEL<br>400 MALL BLVD, 2ND FLOOR, SUITE M<br>PO BOX 16087<br>SAVANNAH GA 31406 |
| CREDITOR ID: 1027-07<br>AL BELLOTTO INC.<br>ATTN: AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND FL 33803 | CREDITOR ID: 2046-07<br>ALABAMA 83 CENTER ASSOCIATES<br>235 MOORE STREET<br>HACKENSACK NJ 07061 | CREDITOR ID: 1028-07<br>ALABAMA '83 CENTER ASSOCIATES<br>C/O PARKWAY ASSET MGMT<br>235 MOORE STREET<br>HACKENSACK, NJ 07601 |
| CREDITOR ID: 1030-07<br>ALBION PACIFIC PROP RESOURCES<br>215 WEST SIXTH STREET, SUITE 1400<br>LOS ANGELES, CA 90014 | CREDITOR ID: 1031-07<br>ALFA MUTUAL FIRE INSURANCE COMPANY<br>ATTN ROSE JACKSON<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 | CREDITOR ID: 1032-07<br>ALLARD LLC<br>695 CENTRAL AVENUE, #207<br>ST. PETERSBURG, FL 33701 |
| CREDITOR ID: 2049-07<br>ALLIED CAPITAL CORPORATION<br>PO BOX 10387<br>DES MOINES IA 50392-0387 | CREDITOR ID: 2050-07<br>ALLIED CAPITAL CORPORATION<br>TURNEY DUNHAM PLAZA PARTNERS<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 1034-07<br>ALLIED CAPITAL CORPORATION<br>ACCT# 399810&751331<br>PO BOX 630796<br>BALTIMORE MD 21263-0796 |
| CREDITOR ID: 1059-07<br>ALLIED CAPITAL REIT INC<br>ATTN: JAMES SHEVLIN<br>PO BOX 630796<br>BALTIMORE, MD 21263-0796 | CREDITOR ID: 2051-07<br>ALLIED FINANCE COMP. LMT. PRT.<br>PO BOX 242<br>BROOMALL PA 19008-0242 | CREDITOR ID: 1012-07<br>ALS TELFAIR PLAZA<br>PO BOX 1097<br>CORDELE GA 31010 |
| CREDITOR ID: 1060-07<br>ALTAMONTE SSG INC.<br>27001 US HIGHWAY 19, N., STE. 2095<br>CLEARWATER FL 33761 | CREDITOR ID: 1061-07<br>ALVIN B CHAN FAMILY LP<br>3206 JACKSON STREET<br>SAN FRANCISCO CA 94118 | CREDITOR ID: 1062-07<br>ALVIN B CHAN INC.<br>C/O TYLER A. CHAN VP<br>5 BEACONSFIELD COURT<br>ORINDA CA 94563 |
| CREDITOR ID: 1064-07<br>AMELIA PLAZA SHOPPING CENTER<br>C/O EDENS & AVANT FIN II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1065-07<br>AMERICAN COMMERCIAL REALTY<br>4400 PGA BOULEVARD, SUITE 305<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1066-07<br>AMERICAN FEDERAL PROPERTIES<br>1 SLEIMAN PARKWAY, SUITE 250<br>JACKSONVILLE FL 32216 |

**SERVICE LIST**
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1067-07<br>AMERICAN MORTGAGE & REALTY COR<br>5643 COVENTRY LANE<br>FORT WAYNE IN 46804 | CREDITOR ID: 1069-07<br>AMERICAN PAPER BOX COMPANY INC<br>PO BOX 8135<br>DELRAY BEACH FL 33482 | CREDITOR ID: 1070-07<br>AMERICAN PLAZA LTD PARTNERSHIP<br>PO BOX 75579<br>BALTIMORE, MD 21275-5579 |
| CREDITOR ID: 1073-07<br>AMERICAN UNITED LIFE INSURANCE<br>5875 RELIABLE PARKWAY<br>LOAN# 2079201<br>CHICAGO IL 60686-5666 | CREDITOR ID: 1071-07<br>AMERICAN UNITED LIFE INSURANCE CO<br>C/O ISLOA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND, FL 32794-1483 | CREDITOR ID: 2058-07<br>AMERICAN UNITED LIFE INSURANCE CO.<br>ATTN: MORTGAGE LO<br>1 AMERICAN SQUARE<br>PO BOX 368<br>INDIANAPOLIS IN 46206 |
| CREDITOR ID: 1074-07<br>AMERICANA EAST INVESTMENTS INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 | CREDITOR ID: 2059-07<br>AMERICANA PLAZA, LP<br>1629 K STREET, NW, SUITE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1075-07<br>ANSEL PROPERTIES INC<br>C/O CUSHMAN & WAKEFIELD<br>PO BOX 02-5137<br>MIAMI, FL 33102-5137 |
| CREDITOR ID: 1076-07<br>APPLEWOOD SHOPPING CENTER<br>C/O COLLETT & ASSOCIATES INC.<br>PO BOX 36799<br>CHARLOTTE, NC 28236-6799 | CREDITOR ID: 1077-07<br>ARCADIA FL DIVERSEY WEST<br>C/O KENNEDY WILSON PROPERTIES LTD<br>100 PRINGLE AVENUE<br>WALNUT CREEK, CA 94596-0612 | CREDITOR ID: 1078-07<br>ARCO REALTY COMPANY<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 |
| CREDITOR ID: 1079-07<br>ARLINGTON PROPERTIES INC.<br>2117 SECOND AVENUE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 | CREDITOR ID: 1618-07<br>ARNOVITZ, E M & PLASKER, M<br>LAKESHORE VILLAGE<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA, GA 30360 | CREDITOR ID: 2063-07<br>ARROWHEAD NET LEASE, LP<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE, 9TH FLOOR<br>DALLAS TX 75225 |
| CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOC INC.<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230 | CREDITOR ID: 1081-07<br>ASBURY COMMONS LTD<br>C/O HALLMARK PARTNERS<br>95 CORPORATE CENTER<br>SUITE 100<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 1082-07<br>ASHY-BROWN GONZALES<br>C/O GMAC COMMERICAL MORTGAGE<br>PO BOX 740988<br>ATLANTA, GA 30374-0988 |
| CREDITOR ID: 1083-07<br>ATLANTIC CAROLINA RETAIL LLC<br>C/O BRUMLEY MEYER & KAPP<br>230 SEVEN FARMS DRIVE<br>SUITE 200<br>CHARLESTON, SC 29492 | CREDITOR ID: 2064-07<br>AUGUST URBANEK FAMILY 4TH AMENDED<br>& RESTRICTED REVOCABLE TRUST<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 | CREDITOR ID: 1084-07<br>AUGUST URBANEK INVESTMENTS<br>4800 NORTH FEDERAL HWY., STE. 209A<br>BOCA RATON, FL 33431 |
| CREDITOR ID: 2065-07<br>AUGUST URBANEK IVEST.<br>4800 NORTH FEDRAL HWY., SUITE 20<br>BOCA RATON FL 33431 | CREDITOR ID: 2066-07<br>AVON SQUARE,LTD<br>ANCHOR COMMERCIAL REALTY, INC.<br>ATTN: J.B. MILLER<br>PO BOX 5252<br>LAKELAND FL 33807-5252 | CREDITOR ID: 1087-07<br>AZALEA MANAGEMENT AND LEASING<br>PO BOX 9527<br>ASHEVILLE, NC 28815 |
| CREDITOR ID: 2067-07<br>AZALEA MANAGEMENT AND LEASING, INC.<br>1300 TUNNEL ROAD<br>PO BOX 9527<br>ASHEVILLE NC 28805 | CREDITOR ID: 1088-07<br>AZALEA SHOPPING CENTER<br>C/O SIZELER REAL ESTATE MGMT.<br>2542 WILLIAMS BLVD.<br>KENNER, LA 70062 | CREDITOR ID: 2068-07<br>B&T DEVELOPMENT INC.<br>ATTN: ANGELA C. PIGG<br>4362 ASBURY CHURCH ROAD<br>LINCOLNTON NC 28092 |

**SERVICE LIST**
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 2069-07
B.E.D. ALABAMA L.L.C.
CHASE FRANKLIN CORP/BYRAM E.D.
1200 CENTRAL AVENUE, SUITE 0306
WILMETTE IL 60091

CREDITOR ID: 1414-07
BAGWELL, HAROLD G.
PO BOX 1700
GARNER NC 27529

CREDITOR ID: 1090-07
BAINBRIDGE ASSOCIATES
PO BOX 983
BAINBRIDGE GA 39818-0993

CREDITOR ID: 1091-07
BAKER & BAKER
PO BOX 12397
COLUMBIA SC 29211-2397

CREDITOR ID: 1092-07
BAKERSMITH CORNERS LLC
PO BOX 12397
COLUMBIA SC 29211

CREDITOR ID: 1093-07
BANC ONE
1717 MAIN STREET, 12TH FLOOR
DALLAS TX 75201

CREDITOR ID: 1094-07
BANK MIDWEST
ATTN: JOHN BAXTER
1100 MAIN STREET
KANSAS CITY, MO 64105

CREDITOR ID: 1194-07
BANK OF CHARLESTON SQUARE INC
C/O PMG OCEAN ASSOCIATES
ATTN STEPHANIE WEYANDT
TRAMMEL CROW SERVICES INC
1801 N MILITARY TRAIL STE 150
BOCA RATON FL 33431

CREDITOR ID: 1096-07
BANK OF NEW YORK
101 BARCLAY STREET, FLOOR 21 W
NEW YORK NY 10286

CREDITOR ID: 1095-07
BANK OF NEW YORK
MATT LOUIS\ESCROW UNIT\ A\C 411
101 BARCLAY STREET, FLOOR 8W
NEW YORK NY 10286

CREDITOR ID: 2222-07
BARD, ERVIN
1100 ALTA LOMA ROAD, SUITE 16-B
LOS ANGELES CA 90069

CREDITOR ID: 1315-07
BARD, ERVIN & SUSANNE
1100 ALTA LOMA ROAD, SUITE 16-B
LOS ANGELES CA 90069

CREDITOR ID: 399344-15
BARD, ERVIN R & SUSANNE
C/O ISRAEL FRIEDBERG & KORBATOV LLP
ATTN JAMES A FRIEDBERG ESQ
11601 WILSHIRE BLVD SUITE 2200
LOS ANGELES CA 90025

CREDITOR ID: 399361-15
BARDSTOWN SC, LLC, SUCCESSOR TO
KHS DEVELOPMENT CO
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
201 EAST FIFTH ST, 2200 PNC CENTER
CINCINNATI OH 45202

CREDITOR ID: 1099-07
BARLIND ENTERPRISES
C/O SAM & DOROTHY GLANELL
42023 VILLAGE 42
CAMARILLO, CA 93010

CREDITOR ID: 1100-07
BARRETT CROSSING SHOPPING CENTER
85-A MILL STREET, SUITE 100
ROSWELL GA 30075

CREDITOR ID: 1101-07
BAUMGARDNER-HOGAN I LLC
PO BOX 7606
LOUISVILLE KY 40257-7606

CREDITOR ID: 1102-07
BAXLEY ZAMAGIAS LP
C/O ZAMAGIAS PROPERTIES
336 FOURTH AVENUE
PITTSBURGH, PA 15222

CREDITOR ID: 399732-15
BAY LANDING I, INC
ATTN PAUL J MARINELLI, PRESIDENT
2600 GOLDEN GATE PARKWAY
NAPLES FL 34105

CREDITOR ID: 1104-07
BAYVIEW LOAN SERVICING LLC
ATTN: PAYMENT PROCESSING DEPT.
PO BOX 331409
MIAMI, FL 33233-1409

CREDITOR ID: 1105-07
BEACHWALK CENTRE II LLC
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 1106-07
BEDFORD AVENUE REALTY INC
C/O DBR ASSETT MANAGEMENT LLC
1 FINANCIAL PLAZA
FORT LAUDERDALE, FL 33394

CREDITOR ID: 1108-07
BELCO ENTERPRISES
PO BOX 520
STARKE FL 32091-0520

CREDITOR ID: 1110-07
BELLEVIEW SQUARE CORPORATION
C/O T. COOPER JAMES & ASSOCIATES
PO BOX 10325
GREENSBORO, NC 27404

CREDITOR ID: 1111-07
BELMART INC.
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 1112-07
BENDERSON 85-1 TRUST & WAYNE RUBEN
PO BOX 21199
LEASE # 45235
BRADENTON, FL 34204-1199

CREDITOR ID: 1113-07
BENDERSON TRUST & WAYNE RUBEN
BRADEN RIVER POST OFFICE
PO BOX 21199
BRADENTON, FL 34204-1199

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:  05-03817-3F1**

CREDITOR ID: 2246-07
BENTLEY, FRED D. SR. / MONTICELLO
PO BOX 958
MARIETTA GA 30061-3214

CREDITOR ID: 1116-07
BEP II LIMITED PARTNERSHIP
777 41ST STREET, 4TH FLOOR
MIAMI, FL 33140

CREDITOR ID: 1117-07
BERGERON WD PALMETTO LLC
C/O BERGERON PROPERTIES
19612 SOUTHWEST 69TH PLACE
FORT LAUDERDALE, FL 33332

CREDITOR ID: 2079-07
BETTY HOLLAND U/A-NATIONSBANK N.A.
(SOUTH) AS AGENT C/O CNM ASSOC
950 EAST PACES FERRY ROAD
ATLANTA GA 30326

CREDITOR ID: 1118-07
BG HIGHLANDS LLC
DEPT# 5920W51407
PO BOX 931670
CLEVELAND, OH 44193

CREDITOR ID: 1119-07
BG TURFWAY LLC
DEPT 591625WO2522
PO BOX 931572
CLEVELAND, OH 44193

CREDITOR ID: 1120-07
BHBS INC.
1910 ROSS MILL ROAD
HENDERSON NC 27536

CREDITOR ID: 1121-07
BHR LLC
PO BOX 847663
DALLAS TX 75284-7663

CREDITOR ID: 1122-07
BIG PINE SHOPPING CENTER LLC
PO BOX 431944
BIG PINE KEY FL 33043

CREDITOR ID: 1124-07
BIRD SQUARE PLAZA MANAGEMENT I
12185 S. DIXIE HIGHWAY
MIAMI FL 33156

CREDITOR ID: 1125-07
BIRMINGHAM REALTY CO.
ATTN: ACCOUNTING DEPT.
27 INVERNESS CENTER PARKWAY
BIRMINGHAM AL 35242-4202

CREDITOR ID: 1126-07
BLAINE LAKE LLC
C/O LAMAR ASSET MGMT.
365 SOUTH STREET
MORRISTOWN, NJ 07960

CREDITOR ID: 2084-07
BLANCHARD & CALHOUN
699 BROAD STREET, SUITE 400
AUGUSTA GA 30901

CREDITOR ID: 1127-07
BLANCHARD AND CALHOUN REAL ESTATE
PO BOX 1808
AUGUSTA GA 30903-1808

CREDITOR ID: 2086-07
BLUE ANGEL CROSSING
C/O REDD REALTY
BUILDING 10, SUITE 101
4200 NORTHSIDE PARKWAY
ATLANTA GA 30327-3054

CREDITOR ID: 1128-07
BLUE ANGEL CROSSINGS
C/O REDD REALTY SERVICES
4200 NORTHSIDE PARKWAY
ATLANTA, GA 30327-3054

CREDITOR ID: 1129-07
BOB NEILL & ASSOCIATES
1433 EMERYWOOD DRIVE
CHARLOTTE, NC 28210

CREDITOR ID: 1130-07
BOGALUSA SHOPPING CENTER COMPANY
C/O JW PROPERTIES
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 1131-07
BONNERS POINT LLC
C/O RETAIL MANAGEMENT GROUP
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 1132-07
BORDEAUX CENTER INC
1740-A OWEN DRIVE
FAYETTEVILLE NC 28304

CREDITOR ID: 2242-07
BOREN, FRANK
9169 GREAT BLUE HERON LANE
BLAINE WA 98250

CREDITOR ID: 1351-07
BOREN, FRANK D. AND GAIL F. BOREN
9169 GREAT BLUE HERON LANE
BLAINE WA 98250

CREDITOR ID: 383216-15
BOSQUE RIVER ASSOCIATES
C/O ROBINSON BROG LEINWAND ET AL
ATTN FRED B RINGEL, ESQ
1345 AVENUE OF THE AMERICAS, FL 31
NEW YORK NY 10105-0143

CREDITOR ID: 2089-07
BOYNTON LAKES PLAZA
C/O REGENCY CENTERS LP
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 1135-07
BOYNTON LAKES PLAZA
C/O REGECNY CENTERS LP
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 2090-07
BRANCH PROPERTIES, LLC
400 COLONY SQUARE, SUITE 1630
ATLANTA GA 30361

CREDITOR ID: 1136-07
BRANDON CENTRE SOUTH
C/O PRESTON OIL COMPANY LP
PO BOX 7520
THE WOODLANDS, TX 77387

**SERVICE LIST**
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1137-07<br>BRANDYWINE PLAZA LTD<br>731 VASSAR STREET<br>ORLANDO FL 32804 | CREDITOR ID: 2092-07<br>BRANDYWINE REAL ESTATE MGMT SERV<br>5840 NORTH ORANGE BLOSSOM TRAIL<br>ORLANDO FL 32810 | CREDITOR ID: 1139-07<br>BRIERWOOD VILLAGE PLAZA<br>903 UNIVERSITY BLVD NORTH<br>JACKSONVILLE, FL 32211-5527 |
| CREDITOR ID: 1140-07<br>BRIGHT-MEYERS DUBLIN ASSOC.<br>C/O FLECHER BRIGHT COMPANY<br>537 MARKET STREET, SUITE 400<br>CHATTANOOGA TN 37402 | CREDITOR ID: 1141-07<br>BROAD STREET STATION SC, LLC<br>C/O COLLETT & ASSOCIATES, INC.<br>PO BOX 36799<br>CHARLOTTE, NC 28236-6799 | CREDITOR ID: 2095-07<br>BRONZE CENTER, L.P.<br>OAKWOOD VILLAGE ASSOCIATES<br>1853 E. PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066 |
| CREDITOR ID: 1143-07<br>BROOKHAVEN RETAIL LLC<br>111 EAST JERICHO TURNPIKE, STE. 200<br>MINEOLA, NY 11501 | CREDITOR ID: 1144-07<br>BROOKWOOD FLAMINGO PARTNERS LP<br>C/O PMAT FLAMINGO, LLC<br>4716 CARTHAGE ST<br>METAIRIE LA 70002 | CREDITOR ID: 1145-07<br>BROOKWOOD LLC<br>C/O STIRLING PROPERTIES<br>DEPT 1149<br>PO BOX 62600<br>NEW ORLEANS, LA 70162-2600 |
| CREDITOR ID: 2096-07<br>BROOKWOOD SHOPPING CENTER<br>C/O STIRLING PROPERTIES, INC.<br>109 NORTHPARK BLV., SUITE 300<br>COVINGTON LA 70433 | CREDITOR ID: 1146-07<br>BROWN INVESTMENT PROPERTIES<br>PO BOX 930<br>GREENSBORO NC 27402 | CREDITOR ID: 2098-07<br>BROWN NOLTEMEYER COMPANY<br>122 N. PETERSON AVENUE<br>LOUISVILLE, KY 40206-2335 |
| CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O BET INVESTMENTS MANAGING A<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY, PA 19006 | CREDITOR ID: 397706-99<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 SOUTH BROAD STREET<br>PHILADELPHIA PA 19102 | CREDITOR ID: 1149-07<br>BUNDY NEW ORLEANS CO LLC<br>C/O BENDERSON CAPITAL PARTNERS LLC<br>708 THIRD AVENUE<br>28TH FLOOR<br>NEW YORK, NY 10017 |
| CREDITOR ID: 1150-07<br>BUNKIE INVESTMENT CO LLC<br>3621 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739 | CREDITOR ID: 1151-07<br>BURLINGTON ASSOCIATES LP<br>C/O BRONZE HOLDINGS INC.<br>1853 EAST PIEDMONT ROAD<br>SUITE 300<br>MARIETTA, GA 30066 | CREDITOR ID: 1152-07<br>BW DIX INC<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH, FL 32960 |
| CREDITOR ID: 1153-07<br>BW TREASURE INC.<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH FL 32960 | CREDITOR ID: 1154-07<br>BYARS & CO INC<br>PO BOX 530310<br>BIRMINGHAM, AL 35253-0310 | CREDITOR ID: 2101-07<br>BY-PASS PARTNERSHIP<br>PO BOX 1075<br>HAMMOND LA 70404-1075 |
| CREDITOR ID: 2103-07<br>C&A LTD, LC<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1155-07<br>C&A LTD, LC<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 2104-07<br>C. BRANTLEY TILLMAN<br>C/O COMMERCIAL PROPERTIES,INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH NC 27609 |
| CREDITOR ID: 1157-07<br>CA NEW FIXED RATE PARTNERSHIP<br>PO BOX 848409<br>DALLAS, TX 75284-8409 | CREDITOR ID: 2105-07<br>CA NEW PLAN FIXED RATE PARTNERSHIP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 | CREDITOR ID: 1158-07<br>CA NEW PLAN VENTURE FUND LOUIS<br>PO BOX 404959<br>ATLANTA GA 30384-8407 |

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2107-07<br>CA NEW PLAN VICTORIA, LP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 | CREDITOR ID: 1159-07<br>CADILLAC PARTNERSHIP<br>C/O AUGUST URBANEK PARTNER<br>SUITE 209 A<br>4800 N FEDERAL HIGHWAY<br>BOCA RATON, FL 33431 | CREDITOR ID: 2109-07<br>CAIRO SUN PROPERTIES, LTD.<br>PO BOX 178<br>COLUMBUS GA 31902 |
| CREDITOR ID: 1161-07<br>CALDWELL REALTY & INVESTMENT<br>C/O CAROL GRAGG<br>PO BOX 740<br>LENOIR, NC 28645 | CREDITOR ID: 2110-07<br>CALDWELL REALTY AND INVESTMENT CO<br>ATTN: CAROL GRAGG<br>PO BOX 740<br>LENOIR NC 28645 | CREDITOR ID: 1162-07<br>CALIFORNIA CLUB MALL<br>C/O RK ASSOCIATES<br>17100 COLLINS AVENUE, SUITE 225<br>SUNNY ISLE BEACH, FL 33160-0111 |
| CREDITOR ID: 1163-07<br>CALLAHAN PLAZA SHOPPING CENTER<br>C/O TALOR COMMERCIAL REAL ESTATE<br>1018 THOMASVILLE ROAD, SUITE 20<br>TALLAHASSEE, FL 32303-3027 | CREDITOR ID: 1164-07<br>CAMERON EDENTON CO<br>PO BOX 31827<br>RALEIGH NC 27622-1827 | CREDITOR ID: 1165-07<br>CAMERON SANFORD COMPANY LLC<br>PO BOX 31827<br>RALEIGH NC 27622-1827 |
| CREDITOR ID: 1166-07<br>CAMILLA MARKETPLACE ASSOCIATES<br>C/O ADVANTIS GVA<br>PO BOX 3941<br>NORFOLK, VA 23514-3941 | CREDITOR ID: 2113-07<br>CANTOMMENT PARTNERS, LTD<br>ATTN: SARAH JORDON<br>PO BOX 680176<br>PRATTVILLE AL 36068 | CREDITOR ID: 1169-07<br>CAPITAL ADVISORS INC<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 |
| CREDITOR ID: 1170-07<br>CAPITAL DEVELOPMENT COMPANY<br>PO BOX 3487<br>LACEY WA 98509-3487 | CREDITOR ID: 244473-12<br>CAPITAL PROPERTIES ASSOCIATES<br>ATTN CHARLES W WEST, MGR<br>PO BOX 2169<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 1171-07<br>CAPITAL PROPERTIES ASSOCIATES<br>PO BOX 2169<br>TUSCALOOSA AL 35403 |
| CREDITOR ID: 1174-07<br>CARDINAL ENTITIES COMPANY LLC<br>C/O MATTITUCK SHOPPING CT<br>PO BOX 77<br>MATTITUCK, NY 11952 | CREDITOR ID: 399295-15<br>CARNEGIE COMPANIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 | CREDITOR ID: 1176-07<br>CAROLINA ENTERPRISES INC<br>PO BOX 13559<br>FLORENCE SC 29504-3559 |
| CREDITOR ID: 2241-07<br>CARRINGTON, FRANCIS<br>PO BOX 1328<br>EUREKA CA 95502 | CREDITOR ID: 1247-07<br>CASE, DANIEL H. AND CAROL H. CASE<br>2040 AHUALANI PLACE<br>HONOLULU HI 96822 | CREDITOR ID: 2119-07<br>CASS REALTY GROUP, INC.<br>PO BOX 1260<br>RIDGELAND MS 39158 |
| CREDITOR ID: 1178-07<br>CASTO INVESTMENTS CO LTD<br>C/O VMC REALTY<br>PO BOX 24627<br>FORT LAUDERDALE, FL 33307 | CREDITOR ID: 2120-07<br>CATHI GALPIN, PROPERTY MANGER<br>EDENS & AVANT SOUTHEAST L.P<br>1400 E. SHOTWELL STEET<br>BAINBRIDGE GA 39819 | CREDITOR ID: 2122-07<br>CB RICHARD ELLIS<br>201 E. KENNEDY BLVD., SUITE 1121<br>TAMPA FL 33602-5172 |
| CREDITOR ID: 1156-07<br>CC ALTAMONTE JOINT VENTURE<br>7200 RELIABLE PARKWAY<br>CHICAGO IL 60686-0072 | CREDITOR ID: 1180-07<br>CC REALTY INTERMEDIATE FUND<br>THREE RIVERWAY<br>SUITE 670<br>HOUSTON, TX 77056 | CREDITOR ID: 244803-12<br>CC REALTY INTERMEDIATE FUND I, LTD<br>C/O CC MANAGEMENT LTD<br>ATTN GEORGE C DEREESE, CFO<br>THREE RIVERWAY, SUITE 670<br>HOUSTON, TX 77056 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1182-07<br>CEDAR CREEK CROSSING ASSOCIATE<br>C/O PERRIE WHEELER REAL ESTATE<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 1183-07<br>CEDAR MOUNTAIN VILLAGE<br>85-A MILL STREET<br>SUITE 100<br>ROSWELL, GA 30075-5487 | CREDITOR ID: 1184-07<br>CEDAR SPRINGS CTR ASSOCS<br>PO BOX 3524<br>SPARTANBURG SC 29304-3524 |
| CREDITOR ID: 1185-07<br>CENTRAL PROGRESSIVE BANK<br>ATTN: JAMES J. VENEZIA, EXEC VP<br>29092 KRENTEL ROAD<br>LACOMBE, LA 70445 | CREDITOR ID: 1187-07<br>CENTREX PROPERTIES INC<br>PO BOX 10369<br>GOLDSBORO NC 27532 | CREDITOR ID: 1188-07<br>CENTURY MANAGEMENT AND DEVELOPMENT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 1189-07<br>CFG LIMITED<br>8711 PERIMETER PARK BLVD, SUITE 11<br>JACKSONVILLE, FL 32216-6353 | CREDITOR ID: 2126-07<br>CFG LIMITED<br>8705 PERIMETER PARK BLVD.<br>JACKSONVILLE FL 32216 | CREDITOR ID: 1190-07<br>CHAMBERS SQUARE LLC<br>PO BOX 3040<br>DULUTH GA 30096 |
| CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029 | CREDITOR ID: 1192-07<br>CHAPIN DEVELOPMENT CO.<br>C/O EDENS & AVANT INC.<br>PO BOX 528<br>COLUMBIA SC 29202-0528 | CREDITOR ID: 2130-07<br>CHESTER DIX ALEXANDRA CORP.<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2131-07<br>CHESTER DIX CRAWFORDVILLE CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2132-07<br>CHESTER DIX CRESCENT CORP<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2133-07<br>CHESTER DIX FLORENCE CORP.<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2134-07<br>CHESTER DIX FORT CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORP.<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>PO BOX 40<br>WESTBURY, NY 11590 | CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORP.<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2244-07<br>CHIKOVSKY, FRED<br>C/O P.S. FRANKLIN, LTD.<br>1720 HARRISON STREET<br>HOLLYWOOD FL 33020 | CREDITOR ID: 1195-07<br>CHK & ASSOCIATES<br>C/O KBI PROPERTY MGMT.<br>5725 BUFORD HWY. #214<br>DORAVILLE, GA 30340 | CREDITOR ID: 1029-07<br>CIRIGNANO, ALBERT J SR<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 |
| CREDITOR ID: 381789-15<br>CITY OF RAYMOND WATER DEPT, MS<br>ATTN BRENDA A HUBBARD<br>PO BOX 10<br>RAYMOND MS 39154 | CREDITOR ID: 1196-07<br>CITYVIEW LLC<br>C/O MICHAEL E. CALANDRA<br>PO BOX 78725<br>CHARLOTTE, NC 28271-7040 | CREDITOR ID: 1197-07<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 |

SERVICE LIST
Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 2142-07
CIVIC CENTER STATION, LTD.
C/O PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 2143-07
CLARA BOLDOG, AMERICANA EAST INVES
C/O DEBOER INTERNATIONAL INC.
3705 TAMPA ROAD, UNIT 1-A
OLDSMAR FL 34677

CREDITOR ID: 1198-07
CLAYTON CROSSINGS LLC
C/O COMMERCIAL PROPERTIES INC
1648F NORTH MARKET DRIVE
RALEIGH, NC 27609

CREDITOR ID: 1199-07
CLEARLAKE SQUARE
C/O TRYCON INC
951 MARKET PROMENADE
LAKE MARY, FL 32746

CREDITOR ID: 1200-07
CLEVELAND MARKETPLACE LTD
C/O LAT PURSER & ASSOC
6320-7 ST AUGUSTINE ROAD
JACKSONVILLE, FL 32217

CREDITOR ID: 1201-07
CLIFFDALE CORNER INC
PO BOX 53646
FAYETTEVILLE, NC 28305

CREDITOR ID: 2144-07
CLIFFDALE CORNER,INC
C/O RIDDLE COMMERCIAL PROPERTIES
238 NORTH MCPHERSON CHURCH ROAD
FAYETTEVILLE NC 28303

CREDITOR ID: 1202-07
CLINTON HOUSE COMPANY
C/O RMC REALTY COMPANIES LTD
ATTN: ACCOUNTING DEPT.
1733 WEST FLETCHER AVENUE
TAMPA FL 33612

CREDITOR ID: 2145-07
CLINTON HOUSE COMPANY
C/O RMC REALY COMPANIES LTD
1733 W FLETCHER AVENUE
TAMPA, FL 33612

CREDITOR ID: 1203-07
CMC REAL ESTATE PROGRAM
1988 1 LTD 111
PO BOX 3506
ANN ARBOR, MI 48106-3506

CREDITOR ID: 2146-07
CMC REAL ESTATE PROGRAM 1988-1, LT
PO BOX 8649
ANN ARBOR MI 48106-8649

CREDITOR ID: 2147-07
COBB INVESTMENT CO.
PO BOX 131209
BIRMINGHAM AL 35213

CREDITOR ID: 2149-07
COLLETT MANAGEMENT,LLC
PO BOX 36799
CHARLOTTE NC 28236-6799

CREDITOR ID: 1205-07
COLLINS & AIKMAN
PO BOX 580
ALBEMARLE NC 28001

CREDITOR ID: 1206-07
COLLINS POINTE SHOPPING CENTER
C/O CNM ASSOC.
950 E. PACES ROAD
SUITE 900
ATLANTA, GA 30326

CREDITOR ID: 1207-07
COLONIAL DEVELOPMENT CO. LLC
PO BOX 9005
MORGANTON NC 28680-9005

CREDITOR ID: 2152-07
COLONIAL PROPERTIES RETAIL DIVISION
950 MARKET PROMENADE AVE, STE. 2200
LAKE MARY FL 32746

CREDITOR ID: 1209-07
COLONIAL PROPERTIES TRUST
PO BOX 55966 - DEPT. 301501
BIRMINGHAM, AL 35255-5966

CREDITOR ID: 1210-07
COLUMBIA MARKETPLACE LLC
C/O REGENCY PROPERTY SERVICES
330 CROSS POINTE BOULEVARD
EVANSVILLE, IN 47715

CREDITOR ID: 1212-07
COMKE INC.
C/O DACAR MGMT LLC
336 E. DANIA BEACH BLVD.
DANIA FL 33004

CREDITOR ID: 1213-07
COMMERCIAL LEASING ONE
C/O P. VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 2154-07
COMMERCIAL LEASING ONE
C/O PEARL VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 1214-07
COMMERCIAL LEASING TWO
C/O MIDLAND LOAN SERVICES INC
LOAN #3021
PNC LOCK BOX 771223
CHICAGO, IL 60677-1002

CREDITOR ID: 2155-07
COMMERCIAL LEASING TWO
C/O PEARL VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 2156-07
COMMERCIAL MANAGEMENT ASSOC.
SUITE 163
6220 S. ORANGE BLOSSOM TRAIL
ORLANDO FL 32809

CREDITOR ID: 1215-07
COMMERCIAL NET LEASE REALTY INC.
ATTN: HELEN COLLINS
PO BOX 992
ORLANDO FL 32802-0992

CREDITOR ID: 2157-07
COMMERCIAL NET LEASE REALTY, INC.
450 S. ORANGE AVENUE, SUITE 900
ORLANDO FL 32801

SERVICE LIST

Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1216-07<br>COMMODORE REALTY INC.<br>30 WEST MASHTA DRIVE, SUITE 400<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 1217-07<br>CONCIRE CENTERS INC.<br>411 COMMERCIAL COURT, STE. E<br>VENICE FL 34292 | CREDITOR ID: 1218-07<br>CONCORD ADVANTAGE II LP<br>C/O FIRST UNION NATL BANK<br>PO BOX 861035<br>ORLANDO, FL 32886 |
| CREDITOR ID: 1219-07<br>CONSECO MORTGAGE CAPITAL INC.<br>DEPT #164101  LN#01586010<br>PO BOX 67000<br>DETROIT MI 48267-1641 | CREDITOR ID: 1220-07<br>CONSTELLATION APARTMENTS<br>15 W. COLLEGE DRIVE<br>ARLINGTON HEIGHTS IL 60004 | CREDITOR ID: 1221-07<br>COOPER SMOLEN JOINT VENTURE<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE 100<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 1222-07<br>CORALWOOD SHOPPING CENTER<br>C/O WELSH COMPANIES SE INC.<br>12800 UNIVERSITY DRIVE, SUITE 250<br>FORT MYERS, FL 33907 | CREDITOR ID: 1223-07<br>CORDOVA COLLECTION LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 2161-07<br>CORDOVA COLLECTION, LTD<br>PO BOX 235000<br>MONTGOMERY AL 36123-5000 |
| CREDITOR ID: 2162-07<br>CORPORATE PROPERTIES 7<br>C/O W.P. CAREY & CO. INC.<br>50 ROCKEFELLER PLAZA, 2ND FLOOR<br>NEW YORK NY 10020 | CREDITOR ID: 2162-07<br>CORPORATE PROPERTIES 7<br>C/O WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROBIN SPIEGEL<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOC. 9<br>50 ROCKEFELLER PLAZA, 2ND FLOO<br>C/O W.P. CAREY & CO.<br>NEW YORK NY 10020 |
| CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOC. 9<br>C/O WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROBIN SPIEGEL<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | CREDITOR ID: 2164-07<br>CORPORATE PROPERTY ASSOCIATES 6, L<br>C/O WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROBIN SPIEGEL<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | CREDITOR ID: 2164-07<br>CORPORATE PROPERTY ASSOCIATES 6, L<br>C/O W.P. CAREY & CO.<br>50 ROCKEFELLER PLAZA, 2ND FLOOR<br>NEW YORK NY 10020 |
| CREDITOR ID: 1224-07<br>COUNTRY CLUB CENTRE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 2048-07<br>COURTELIS, ALEC & SMITH, DONALD JR<br>DBA BROWARD ASSOC<br>703 WATERFORD WAY STE 800<br>MIAMI FL 33126-4677 | CREDITOR ID: 1225-07<br>CPG FINANCE I LLC<br>PO BOX 414092<br>BOSTON, MA 02241-4092 |
| CREDITOR ID: 2165-07<br>CPG FINANCE I, LLC<br>% CGP PARTNERS, LP<br>103 EISENHOWER PARKWAY<br>ROSELAND NJ 07068 | CREDITOR ID: 1227-07<br>CRAWFORD NORWOOD REALTORS INC<br>PO BOX 10767<br>GOLDSBORO NC 27532-0767 | CREDITOR ID: 399723-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>ATTN DAVID KIRK<br>556-M ARBOR HILL ROAD<br>KERNERSVILLE NC 27284 |
| CREDITOR ID: 1229-07<br>CRESCENT INVESTMENT CORP.<br>C/O PIEDMONT LAND CO.<br>556-M ARBOR HILL ROAD<br>KERNERSVILLE NC 27284 | CREDITOR ID: 1230-07<br>CREST HAVEN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD, SUITE 600<br>MIAMI, FL 33140-2764 | CREDITOR ID: 1231-07<br>CRESTVIEW MARKETPLACE LLC<br>PO BOX 1260<br>RIDGELAND MS 39158 |
| CREDITOR ID: 1232-07<br>CROSS COUNTY ASSOCIATES LP<br>DEPT 2315<br>LOS ANGELES CA 90084-2315 | CREDITOR ID: 2170-07<br>CROSS CREEK PLAZA<br>C/O USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 1233-07<br>CROSSING OF ORLANDO LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY<br>MIAMI, FL 33126-4677 |

SERVICE LIST
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1234-07<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER<br>GENERAL PARTNER<br>3638 CAVALIER DRIVE<br>JACKSON, MS 39216-3501 | CREDITOR ID: 1235-07<br>CROWN LIQUORS BROWARD INC<br>ATTN RAY BROOKS<br>910 NW 10TH PLACE<br>FORT LAUDERDALE, FL 33311-6132 | CREDITOR ID: 1236-07<br>CRUMP INVESTMENTS LTD<br>1609 VALLEY ROAD<br>JASPER AL 35501 |
| CREDITOR ID: 1237-07<br>CRYSTAL BEACH ACQUISTION LP<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK, NY 10018 | CREDITOR ID: 1238-07<br>CRYSTAL LAKE AT ORLANDO<br>C/O REALVEST PARTNERS INC.<br>2200 LUCIEN WAY, SUITE 350<br>MAITLAND, FL 32751-7019 | CREDITOR ID: 1239-07<br>CURRY FORD LP<br>C/O HOLD THYSSEN INC.<br>147 W LYMAN AVENUE, SUITE 100<br>WINTER PARK, FL 32789-4367 |
| CREDITOR ID: 2172-07<br>CUSHMAN AND WAKEFIELD OF FLORIDA<br>800 N. MAGNOLIA, SUITE 450<br>ORLANDO FL 32803 | CREDITOR ID: 1240-07<br>CYPRESS RUN LLC<br>C/O GAME PROPERTIES CORP.<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES, FL 33134 | CREDITOR ID: 2173-07<br>DAHLEM ENTERPRISE INC<br>1000 BUILDING SUITE LL-2<br>6200 DUTCHMANS LANE<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 1243-07<br>DAIRY PLAZA ASSOCIATES LTD<br>C/O VANGUARD COMMERCIAL REALTY<br>PO BOX 4235<br>ORMOND BEACH, FL 32175-4235 | CREDITOR ID: 1244-07<br>DALRAIDA PROPERTIES INC<br>PO BOX 230758<br>MONTGOMERY, AL 36123 | CREDITOR ID: 1248-07<br>DAUKSCH FAMILY PARTNERSHIP<br>10732 TODT KARLE ROAD SE<br>OLYMPIA WA 98513 |
| CREDITOR ID: 1249-07<br>DAVIE PLAZA LIMITED PARTNERSHIP<br>7000 W. PALMETTO PARK ROAD, STE. 40<br>BOCA RATON FL 33433 | CREDITOR ID: 1250-07<br>DAVIS MILL STATION<br>C/O COLUMBIA PROPERTIES INC<br>1355 TERRELL MILL ROAD<br>MARIETTA, GA 30067 | CREDITOR ID: 1251-07<br>DAY PROPERTIES LLC<br>119 SANDWEDGE ROAD<br>WILKESBORO NC 28697 |
| CREDITOR ID: 1274-07<br>DAYAN, RALPH DR.<br>331 31ST AVENUE<br>SAN FRANCISCO CA 94121 | CREDITOR ID: 2181-07<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD OH 44122 | CREDITOR ID: 1254-07<br>DDR MDT CARILLON PLACE LLC<br>PO BOX 92472<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 1255-07<br>DEBARY COMMON SHOPPING CENTER<br>C/O STAFFORD PROPERTIES INC.<br>80 WEST WIEUCA ROAD, SUITE 302<br>ATLANTA, GA 30342 | CREDITOR ID: 2182-07<br>DEBARY-STAFFORD ASSOCIATES,LP<br>80 W. WIEUCA ROAD<br>ATLANTA GA 30342 | CREDITOR ID: 1257-07<br>DEERFIELD COMPANY INC<br>PO BOX 7066<br>LOUISVILLE KY 40257-0066 |
| CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRINGHAM, AL 35223 | CREDITOR ID: 1259-07<br>DEFUNIAK SQUARE PARTNERS LTD<br>C/O VALPARAISO REALTY CO<br>PO BOX 8<br>VALPARAISO, FL 32580-0008 | CREDITOR ID: 1261-07<br>DEL MAR SHOPPING CENTER<br>C/O STILES PROP MGMT.<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 |
| CREDITOR ID: 1262-07<br>DELNICE CORP N.V.<br>PO BOX 16727<br>MIAMI FL 33101-6727 | CREDITOR ID: 1265-07<br>DELTONA ASSOC LTD<br>BRUCE STRUMPF INC S-305<br>314 S. MISSOURI AVENUE<br>CLEARWATER FL 33756 | CREDITOR ID: 2187-07<br>DELTONA ASSOC LTD<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER FL 33756 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1266-07<br>DEM PARTNERSHIP<br>C/O KLEIN % HEUCHAN INC.<br>2040 NE COACHMAN ROAD<br>CLEARWATER FL 33765 | CREDITOR ID: 1267-07<br>DEPT OF FINANCE STATE OF ALABAMA<br>PO BOX 1390<br>MONTGOMERY AL 36104 | CREDITOR ID: 1268-07<br>DEVCON ENTERPRISES INC.<br>CORPORATE CENTER WEST<br>433 SOUTH MAIN STREET, SUITE 300<br>WEST  HARTFORD CT 06110 |
| CREDITOR ID: 2189-07<br>DEVELOPERS DIVERSIFIED REALTY CORP<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 2260-07<br>DEWELL, GEORGE<br>PO BOX 642<br>FORT WALTON BEACH FL 32549 | CREDITOR ID: 2423-07<br>DILORENZO, MARC<br>1530 PALISADE AVENUE<br>SUITE 15F<br>FORT  LEE NJ 07024-1335 |
| CREDITOR ID: 2196-07<br>DIXIE LAND SC LLC<br>235 MOORE STREET<br>HACKENSACK NJ 07601 | CREDITOR ID: 1270-07<br>DMI AGENT FOR IDR JR LLR JR<br>C/O DEVELOPMENT MANAGEMENT INC.<br>PO BOX 35349<br>CHARLOTTE, NC 28235-5349 | CREDITOR ID: 1272-07<br>DOWNTOWN TWO LLC<br>PO BOX 900002<br>RALEIGH, NC 27675 |
| CREDITOR ID: 2197-07<br>DOWNTOWN TWO LLC<br>C/O KAHN DEVELOPEMENT CO.<br>PO BOX 1608<br>COLUMBIA SC 29202 | CREDITOR ID: 1241-07<br>DR PLAZA LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427 | CREDITOR ID: 403425-15<br>DRAKE RENTAL<br>ATTN PHIL DRAKE, OWNER<br>235 EAST PALMER STREET<br>FRANKLIN NC 28734 |
| CREDITOR ID: 1275-07<br>DRAKE RENTAL ACCOUNT<br>C/O PHIL DRAKE<br>106 PALMER STREET<br>FRANKLIN, NC 28734 | CREDITOR ID: 1276-07<br>DRINKARD DEVELOPMENT<br>PO BOX 996<br>CULLMAN AL 35056-0996 | CREDITOR ID: 1277-07<br>DUCKWORTH MORRIS REALTY<br>AS AGENT FOR ESSEX SQUARE INVESTING<br>PO BOX 1999<br>TUSCALOOSA, AL 35403-1999 |
| CREDITOR ID: 1175-07<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY FL 32402 | CREDITOR ID: 1278-07<br>DURHAM PLAZA ASSOCIATES<br>C/O HARBOR GROUP MGMT. CO.<br>PO BOX 2680<br>NORFOLK, VA 23501 | CREDITOR ID: 381778-15<br>E&A ACQUISITION TWO LP DBA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 |
| CREDITOR ID: 381778-15<br>E&A ACQUISITION TWO LP DBA<br>OAKWOOD SQUARE<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, STE 900<br>ATLANTA GA 30305-1753 | CREDITOR ID: 1281-07<br>E&A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2201-07<br>E&A PORTFOLIO TRUST<br>C\O LEGAL DEPT.<br>PO BOX 528<br>COLUMBIA SC 29201 |
| CREDITOR ID: 1280-07<br>E&A SOUTHEAST LP<br>C/O PLANTATION POINT SHOPPING<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1279-07<br>E&A SOUTHEAST LP<br>C/O BALDWIN SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 2200-07<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>BLDG 11 PIEDMONT CENTER SUITE 900<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 1283-07<br>EASTDALE SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 |

SERVICE LIST
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2203-07<br>EASTDALE SQUARE MANAGEMENT INC.<br>C/O ARONOV REALTY MANAGEMENT I<br>3500 EASTERN BLVD.<br>MONTGOMERY AL 36116-1781 | CREDITOR ID: 1284-07<br>EASTERN RETAIL HOLDINGS LP<br>PO BOX 862504<br>ORLANDO, FL 32886-2504 | CREDITOR ID: 2204-07<br>EASTERN RETAIL HOLDINGS LP<br>622 EAST WASHINGTON ST., SUITE 300<br>ORLANDO FL 32801 |
| CREDITOR ID: 1285-07<br>EASTGATE CENTER LLC<br>110 DEER RIDGE ROAD<br>BRANDON MS 39042 | CREDITOR ID: 1286-07<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1287-07<br>EBINPORT ASSOC<br>PO BOX 4452<br>ROCK  HILL SC 29732-6452 |
| CREDITOR ID: 1288-07<br>EBR PARTNERSHIP<br>7732 GOODWOOD BLVD., SUITE V<br>BATON ROUGE LA 70806 | CREDITOR ID: 1289-07<br>ECKSTEIN PROPERTIES LLC<br>ATTN SIMON ERKSTEIN<br>60 BROAD STREET, SUITE 3503<br>NEW YORK, NY 10004 | CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC.<br>PO BOX 468<br>NORTHPORT AL 35476 |
| CREDITOR ID: 1291-07<br>EDEN MEADOW GREENS ASSOCIATES<br>LENOX HILL STATION<br>PO BOX 334<br>NEW  YORK, NY 10021 | CREDITOR ID: 2209-07<br>EDENS & AVANT FINANCING II LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1292-07<br>EDENS & AVANT INC.<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202-0528 |
| CREDITOR ID: 1294-07<br>EDENS & AVANT PROPERTIES LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1293-07<br>EDENS & AVANT PROPERTIES LP<br>C/O MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1295-07<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>111 E. WAYNE STREET<br>SUITE 500<br>FORT WAYNE, IN 46804 |
| CREDITOR ID: 1297-07<br>ELFERS SQUARE CENTER INC.<br>10912 N. 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 1298-07<br>ELIOT PROPERTIES<br>C/O M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 2211-07<br>ELLIS, EDWARD C.<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 |
| CREDITOR ID: 1300-07<br>ELSTON/LEETSDALE LLC<br>C/O TERRANOVA CORP.<br>801 AUTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 2214-07<br>ENGEL REALTY INC.<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 | CREDITOR ID: 1301-07<br>ENGLEWOOD VILLAGE LLC<br>C/O JAMISON MONEY FARMER & CO.<br>PO BOX 2347<br>TUSCALOOSA, AL 35403 |
| CREDITOR ID: 1302-07<br>ENGLISH VILLAGE LLC<br>ATTN: MIKE PETERS  MANAGER MEMBER<br>2906 NORTH STATE STREET<br>JACKSON, MS 39216 | CREDITOR ID: 1303-07<br>EQUITY ASSOC.<br>PO BOX 4452<br>ROCK HILL SC 29732-6452 | CREDITOR ID: 2216-07<br>EQUITY INVESTMENT GROUP<br>ONE BUCKHEAD PLAZA SUITE 1560<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305-8842 |
| CREDITOR ID: 1304-07<br>EQUITY ONE (DELTA) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1305-07<br>EQUITY ONE (HUNTERS CREEK) INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2217-07<br>EQUITY ONE (HUNTER'S CREEK)INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1306-07<br>EQUITY ONE (LANTANA) INC.<br>PO BOX 01-9170<br>MIAMI BEACH FL 33179-9170 | CREDITOR ID: 2218-07<br>EQUITY ONE (LANTANA) INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI FL 33179 | CREDITOR ID: 1307-07<br>EQUITY ONE (POINTE ROYALE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 1308-07<br>EQUITY ONE (SUMMERLIN) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1309-07<br>EQUITY ONE (WEST LAKE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 1310-07<br>EQUITY ONE ALPHA INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 1311-07<br>EQUITY ONE COMMONWEALTH INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2219-07<br>EQUITY ONE DELTA INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 1312-07<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 1313-07<br>EQUITY ONE MONUMENT POINTE INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2694-07<br>EQUITY ONE MONUMENT POINTE INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH BEACH MIAMI FL 33179 | CREDITOR ID: 2220-07<br>EQUITY ONE REALTY & MANAGEMENT<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 2221-07<br>ERNST PROPERTIES, INC.<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW  ORLEANS LA 70130-6078 | CREDITOR ID: 2223-07<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ.<br>480 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 | CREDITOR ID: 2224-07<br>ESSEX SQUARE INVESTING, LLC<br>PO BOX 1999<br>TUSCALOOSA AL 35403-1999 |
| CREDITOR ID: 1317-07<br>EUTIS MORTGAGE CORPORATION<br>1100 POYDRAS STREET, SUITE 2525<br>NEW ORLEANS, LA 70163 | CREDITOR ID: 1318-07<br>EVANGELINE LIFE INSURANCE CO.<br>PO BOX 13098<br>NEW IBERIA LA 70562-3098 | CREDITOR ID: 2227-07<br>EXCEL REALTY PARTNERS LP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW  YORK NY 10036 |
| CREDITOR ID: 1319-07<br>EXCEL REALTY PARTNERS LP<br>ACCT# 887476<br>4536 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 1490-07<br>EYSTER, JOHN C. AND E. LEE BARRAN<br>PO BOX 1663<br>DECATUR AL 35602-1663 | CREDITOR ID: 2228-07<br>F&M DEVELOPMENTS, LTD<br>2600 E SOUTH BLVD, SUITE 230<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 1321-07<br>FAIRFIELD PARTNERS LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 1322-07<br>FAIRWAY FOOD STORES<br>PO BOX B<br>JACKSONVILLE, FL 32203-0297 | CREDITOR ID: 1477-07<br>FIORELLA, JACK  III<br>3800 CORPORATE WOODS DR., SUITE 100<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 1324-07<br>FIRST REPUBLIC CORP OF AMERICA<br>302 5TH AVENUE<br>NEW YORK NY 10001-3604 | CREDITOR ID: 1325-07<br>FIRST SECURITY BANK<br>ATTN MS MILDRED GRAY (LAND LESSOR)<br>9118 TINGLE CUT OFF ROAD<br>DORA AL 35062 | CREDITOR ID: 1326-07<br>FIRST SECURITY BANK NATIONAL<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE STE 360<br>STOCKTON CA 95219 |

SERVICE LIST
Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1327-07
FIRST SECURITY BANK NATL ASSOC.
TALLAHASSEE 99-FL LLC
C/O JAMARCO REALTY LLC
KLEIN & SOLOMAN LLP
275 MADISON AVE 11TH FLR
NEW YORK NY 10016

CREDITOR ID: 1331-07
FIRST UNION NATIONAL BANK
C/O STRUCTURED PRODUCTS SERVICING
PO BOX 601654
CHARLOTTE, NC 28260-1654

CREDITOR ID: 1330-07
FIRST UNION NATIONAL BANK
LOCKBOX SPS
FUND 52-0000091
PO BOX 60253
CHARLOTTE, NC 28260-0253

CREDITOR ID: 1332-07
FIRST UNION WHOLESALE LOCK BOX
LOAN #80-5114053
PO BOX 60253
CHARLOTTE NC 28260-0253

CREDITOR ID: 2230-07
FIRST WASHINGTON MANAGEMENT
4350 EAST-WEST HIGHWAY, SUITE 400
BETHESDA MD 20814

CREDITOR ID: 1337-07
FLAG BANK
3475 PIEDMONT ROAD NE
SUITE 550
ATLANTA, GA 30305

CREDITOR ID: 2233-07
FLAGLER RETAIL ASSOC., LTD
DBA PARKH
C/O TERRANOVA CORP.
801 ARTHUR GODFREY ROAD, SUITE 600
MIAMI BEACH FL 33140

CREDITOR ID: 1338-07
FLAGLER RETAIL ASSOCIATES LTD
D/B/A PARKHILL PLAZA
ACCT# 2000013823272
PO BOX 862792
ORLANDO, FL 32886-2792

CREDITOR ID: 1339-07
FLAMINGO EAST LTD
C/O SAGIO DEVELOPMENT CORP.
PO BOX 568368
ORLANDO, FL 32856-8368

CREDITOR ID: 1340-07
FLINT CROSSING LLC
C/O CHASE COMMERCIAL RL EST SV
PO BOX 18153
HUNTSVILLE, AL 35804

CREDITOR ID: 2234-07
FLORIDA DICKENS ASSOCIATES
C/O PALISADES CAPITAL LTD, INC,
16680 CUMBRE VERDE COURT
PACIFIC PALISADES CA 90272

CREDITOR ID: 1341-07
FLORIDA DICKENS ASSOCIATES LTD
PO BOX 863030
ORLANDO, FL 32886-3030

CREDITOR ID: 1342-07
FMV ASSOCIATES
C/O FRANK OEHLBAUM
300 N. SWALL DRIVE, NO 453
BEVERLY HILLS, CA 90211

CREDITOR ID: 1344-07
FOLMAR & ASSOCIATES
C/O PARK FOREST
PO BOX 16765
MOBILE, AL 36616

CREDITOR ID: 1343-07
FOLMAR & ASSOCIATES
C/O DELTA SQUARE
PO BOX 16765
MOBILE AL 36616

CREDITOR ID: 2235-07
FOOTHILLS PARTNERSHIP
PO BOX 3305
GREENVILLE SC 29602

CREDITOR ID: 1345-07
FOOTHILLS PARTNERSHIP
C/O W. R. MARTIN COMPANY
PO BOX 3305
GREENVILLE, SC 29602-3305

CREDITOR ID: 1346-07
FOUNTAIN COLUMBUS ASSOC LLC
C/O HARBOR GROUP MGMT.
121 EXECUTIVE CENTER DRIVE
SUITE 129
COLUMBIA, SC 29210

CREDITOR ID: 2236-07
FOUNTAIN COLUMBUS ASSOC, LLC
C/O HARBOR GROUP MANAGEMENT CO.
PO BOX 2680
NORFOLK VA 23501

CREDITOR ID: 2237-07
FOUR FLORIDA SHOPPING CENTER LTD
C/O KATHIE MCCALL
7661 LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 1347-07
FOUR FLORIDA SHOPPING CENTERS
C/O CHRISTINE TAYLOR
7753 LAKE WORTH RD
LAKE WORTH FL 33467

CREDITOR ID: 1320-07
FRO LLC VII
C/O JAMES M. HASTINS, CPA
305 PIPING ROCK DRIVE
SILVER SPRINGS, MD 20905

CREDITOR ID: 1353-07
FRO LLC VIII
C/O JAMES HASTINGS
305 PIPING ROCK DRIVE
SILVER SPRING, MD 20905

CREDITOR ID: 1354-07
FURY'S FERRY SHOPPES
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA, GA 30917

CREDITOR ID: 1355-07
FWI 16 LLC
314 S. MISSOURI AVENUE, SUITE 305
CLEARWATER, FL 33756

CREDITOR ID: 1356-07
FWI 20 LLC
C/O BRUCE STRUMPF INC.
314 S. MISSOURI AVENUE
CLEARWATER, FL 33756

CREDITOR ID: 1360-07
GAD & ASHER REALTY LTD
3637 B WEST WATERS AVENUE
TAMPA FL 33614

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 1361-07
GALILEO CMB T1 HL TX LP
PO BOX 74845
CLEVELAND OH 44194-4845

CREDITOR ID: 2250-07
GALILEO CMBS T1 HL LLC
C/O CBL & MGMT, INC., SUITE 500 C
2030 HAMILTON PLACE BOULEVARD
CHATTANOOGA TN 37421

CREDITOR ID: 381956-15
GALILEO CMBS T1 HL TX LP
C/O CBL & ASSOCIATES MANAGEMENT INC
ATTN GARY L RODDY
CBL CENTER, SUITE 500
2030 HAMILTON PLACE BLVD
CHATTANOOGA TN 37421-6000

CREDITOR ID: 1362-07
GALT OCEAN MARKETPLACE
C/O DANEBELT GROUP INC.
1 FINANCIAL PLAZA, SUITE 2001
FT LAUDERDALE, FL 33394

CREDITOR ID: 1363-07
GARDENS PARK PLAZA  219
505 S. FLAGLER DRIVE, SUITE 1010
WEST PALM BEACH FL 33401-5923

CREDITOR ID: 2252-07
GARY SOLOMON & COMPANY
C/O W DIXIE,LLC
3139 NORTH LINCOLN AVENUE
CHICAGO IL 60657

CREDITOR ID: 1364-07
GATES OF ST JOHNS LLC
C/O HAKIMIAN HOLDINGS INC
PO BOX 54332
JACKSONVILLE, FL 32245

CREDITOR ID: 1365-07
GATOR CARRIAGE PARTNERS LTD
1595 NE 163RD STREET
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 1366-07
GATOR JACARANDA LTD
ATTN: WILLIAM GOLDSMITH
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 1367-07
GATOR LINTON PARTNERS LTD
C/O GATOR INVESTMENTS
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 1368-07
GEHR DEVELOPMENT FLORIDA LLC
C/O SUNTRUST BANK
PO BOX 918983
ORLANDO, FL 32891-8983

CREDITOR ID: 375028-44
GEM NICKERSON, LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 278470-24
GEM WARWICK LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 1371-07
GENERAL ELECTRIC CAPITAL BUSINESS
LOAN# 95-00068 ACCT # 37566
PO BOX 402363
ATLANTA, GA 30384-2363

CREDITOR ID: 1372-07
GENOA ASSOCIATES LLC
PO BOX 919
GOLDSBORO NC 27533

CREDITOR ID: 1373-07
GENTILLY SQUARE
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA GA 30917-4227

CREDITOR ID: 1377-07
GEORGE CHEN FORMOSA DEVELOPERS
7836 W. ORLP BRONSON HIGHWAY
KISSIMMEE, FL 34747

CREDITOR ID: 2247-07
GHI OF WEST PALM BEACH LLC
3140 SW 118TH TERRACE
DAVIE, FL 33325

CREDITOR ID: 1359-07
GHI OF WEST PALM BEACH LLC
3140 SW 118TH TERRACE
DAVIE FL 33325

CREDITOR ID: 1380-07
GLA LLC
C/O RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA, GA 30067

CREDITOR ID: 1381-07
GLENWOOD MIDWAY CO. LLC
SUITE 306
16740 BIRKDALE COMMONS PARKWAY
HUNTERSVILLE NC 28078

CREDITOR ID: 2261-07
GLIMCHER DEVELOPMENT CORP.
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 2262-07
GLIMCHER PROPERTIES L.P
20 SOUTH THIRD STREET
COLUMBUS OH 43215

CREDITOR ID: 1382-07
GLIMCHER PROPERTIES LIMITED
C/O FIRSTSTAR BANK
PO BOX 641973
CINCINNATI, OH 45264-1973

CREDITOR ID: 2263-07
GLIMCHER PROPERTIES LIMITED PTNRSH
NEWBERRY SQUARE SHOPPING CENTER
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 1383-07
GLYNN ENTERPRISES LLC
C/O ZIFF PROPERTIES INC.
PO BOX 751554
CHARLOTTE, NC 28275-1554

CREDITOR ID: 1384-07
GOODINGS SUPERMARKETS INC.
PO BOX 691329
ORLANDO FL 32869-1329

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK, MGR<br>24 E COTA STREET<br>SANTA BARBARA, CA 93101 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>C/O ANDREW J CAVANAUGH LAW OFFICES<br>ATTN ANDREW J CAVANAUGH, ESQ<br>205 E ANAPAMU STREET<br>SANTA BARBARA CA 93101 | CREDITOR ID: 1387-07<br>GRAHAM AND COMPANY<br>2200 WOODCREST PLACE, SUITE 210<br>BIRMINGHAM AL 35209 |
| CREDITOR ID: 2267-07<br>GRANADA VILLAGE, LTD<br>ATTN: CRAIG PHELAN<br>PO BOX 698<br>KETCHUM ID 83340 | CREDITOR ID: 2268-07<br>GRAVLEE DEVELOPMENT<br>204 SOUTH TEMPLE AVE.<br>FAYETTE AL 35555-2714 | CREDITOR ID: 1388-07<br>GRAY - WHITE LLC<br>C/O THE LAFAYETTE LIFE INS. CO.<br>ATTN: MORTGAGE LOAN #8091<br>PO BOX 7007<br>LAFAYETTE, IN 47903 |
| CREDITOR ID: 1621-07<br>GRAY, MRS MILDRED V<br>4313 HAZELWOOD ROAD<br>ADAMSVILLE, AL 35005 | CREDITOR ID: 395546-15<br>GRAYSON, ILENE DBA<br>APARTMENT ARRANGEMENTS<br>2507-A STOCKBRIDGE DRIVE<br>CHARLOTTE NC 28210 | CREDITOR ID: 1389-07<br>GRE CORALWODD LP<br>C/O STILES PROPERTY MANAGEMENT<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 |
| CREDITOR ID: 1390-07<br>GRE PROPERTIES LLC<br>ATTN: NORMA JEANE G. RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT, AL 36527 | CREDITOR ID: 2269-07<br>GREAT HALL REALTY, LLC<br>1125 S. 103RD ST., SUITE 450<br>OMAHA NE 68124-6019 | CREDITOR ID: 1391-07<br>GREAT OAK LLC<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD W<br>JACKSONVILLE, FL 32217 |
| CREDITOR ID: 1392-07<br>GREAT SOUTH MGMT LLC<br>MSC# 410577<br>PO BOX 4105000<br>NASHVILLE TN 37241-5000 | CREDITOR ID: 2270-07<br>GREENGOLD CO LLC<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 | CREDITOR ID: 1393-07<br>GREENVILLE ASSOCIATES<br>C/O STEPHEN C LEVERTON<br>PO BOX 1263<br>BEAUFORT, SC 29901-1263 |
| CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>C/O TOLLISON LAW FIRM PA<br>ATTN: NINA STUBBLEFIELD TOLLISON, ESQ<br>100 COURTHOUSE SQUARE<br>PO BOX 1216<br>OXFORD MS 38655 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O J. P. METZ CO. INC.<br>1990 M STREET, NW, SUITE 650<br>WASHINGTON DC 20036 |
| CREDITOR ID: 1396-07<br>GREENWOOD COMMONS ASSOCIATION<br>C/O COMMERCIAL PROPERTIES INC<br>1648-F N MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 1397-07<br>GREER PLAZA INC.<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI FL 33161 | CREDITOR ID: 2272-07<br>GRUBB & ELLIS MGT SERVICES, INC.<br>3030 N. ROCKY POINT DRIVE, STE. 560<br>TAMPA FL 33607 |
| CREDITOR ID: 1398-07<br>GS II BROOK HIGHLAND LLC<br>DEPT 554000554001<br>PO BOX 73153<br>CLEVELAND, OH 44193 | CREDITOR ID: 1399-07<br>GS II JACKSONVILLE REGIONAL<br>PO BOX 73153<br>CLEVELAND, OH 44193 | CREDITOR ID: 1352-07<br>GUILFORD, FRANK W JR, TRUSTEE<br>TRUST UNDER VICTORIA FASCELL WILL<br>400 UNIVERSITY DRIVE STE 200<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 2243-07<br>GUILFORD, FRANK W. JR.<br>PENTHOUSE SUITE<br>2222 PONCE DE LEON BLVD.<br>CORAL GABLES FL 33134 | CREDITOR ID: 1400-07<br>GULF COAST PROPERTIES<br>PO BOX 24087<br>NEW ORLEANS LA 70184-4087 | CREDITOR ID: 2274-07<br>GULF VIEW PARTNERSHIP<br>777 ARTHUR GODFREY ROAD<br>MIAMI BEACH FL 33140 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1401-07
GULFPORT PLAZA CENTER INC
10341 BARRY DRIVE
LARGO FL 33774

CREDITOR ID: 2276-07
GUMBERG ASSET MGMT CORP.
REF: PROMENADE SHOPS
3200 N. FEDERAL HIGHWAY
FORT LAUDERDALE FL 33306-1064

CREDITOR ID: 1404-07
H R ORLANDO LLC
PO BOX 2771
PALM BEACH FL 33480

CREDITOR ID: 2279-07
H. GEORGE CARRISON TRUST A&C1 V/W
C/O J.C. BOCKEL & N.C. CARRISO
10563 JAMES WREN WAY
FAIRFAX VA 22030

CREDITOR ID: 2282-07
H.P.M. LTD PARTERSHIP
ATTN: JACK O'ROURKE
3618 MATTHEWS-MINT HILL ROAD
MATTHEWS NC 28105

CREDITOR ID: 1406-07
HADDCO PROPERTIES LTD PARTNERS
C/O ATLANTIC COMMERCIAL PROPER
8761 PERIMETER PARK BLVD.
JACKSONVILLE, FL 32216

CREDITOR ID: 1407-07
HALL PROPERTIES
2720 PARK STREET
SUITE 204
JACKSONVILLE, FL 32205-7645

CREDITOR ID: 2285-07
HALL PROPERTIES, INC.
4928 ARAPALDOE AVENUE
JACKSONVILLE FL 32210

CREDITOR ID: 2013-07
HALL, WILLIAM H
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 1409-07
HALPERN ENTERPRISES
5269 BUFORD HIGHWAY
ATLANTA GA 30340

CREDITOR ID: 2287-07
HAMILTON ROAD LTD. PARTNERSHIP
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 1411-07
HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

CREDITOR ID: 1412-07
HAMMERDALE INC.
C/O R. ALEX SMITH
PO DRAWER 3308
MERIDIAN MS 39303

CREDITOR ID: 2288-07
HAMMOND TARLETON PROPERTIES
PO BOX 6102
GREENVILLE SC 29606-6102

CREDITOR ID: 1413-07
HAMMONTON PARTNERS
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 2291-07
HARTWELL PARTNERSHIP
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 1416-07
HASCO PROPERTIES
PO BOX 681
MC COMB MS 39648-0681

CREDITOR ID: 2294-07
HAYDAY INC
PO BOX 350940
MIAMI, FL 33135-0940

CREDITOR ID: 1418-07
HAYDEL REALTY COMPANY INC.
PO BOX 26194
NEW ORLEANS LA 70186-6194

CREDITOR ID: 2296-07
HAZEL PARK ASSOCIATES
C/O I. REISS & SON
200 EAST 61 STREET, STE 29F
NEW YORK NY 10021

CREDITOR ID: 2297-07
HEALTH FACILITIES CREDIT CORP
5750 RUFE SNOW DR #130
RICHLAND HILLS TX 76180

CREDITOR ID: 1543-07
HEARD, LAWRENCE M
C/O ARIANA ASSOCIATES
3904 HALL OAK COURT
VALRICO, FL 33594

CREDITOR ID: 1419-07
HEATHROW SQUARE LLC
ATTN: LEIGH RUSHING
12121 WILSHIRE BLVD #512
LOS ANGELES, CA 90025

CREDITOR ID: 2298-07
HECHT PROPERTIES LTD
C/O SIDNEY LEFCOURT
2100 PONCE DE LEON BLVD., SUITE 8
CORAL GABLES FL 33134-5200

CREDITOR ID: 1420-07
HELENA MARKETPLACE LLC
III RIVERCHASE OFFICE PLAZA STE 102
BIRMINGHAM, AL 35244

CREDITOR ID: 1421-07
HENDERSON CORPORATION
PO BOX 150
WINTER PARK FL 32790

CREDITOR ID: 2338-07
HENLEY, JOHN T. ET AL
3736 SOUTH MAIN STREET
HOPE MILLS NC 28348

**SERVICE LIST**

Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 1423-07
HERITAGE COMMUNITY BANK
19540 VALDOSTA HIGHWAY
VALDOSTA, GA 31602

CREDITOR ID: 1424-07
HERITAGE CROSSING ASSOCIATES
PO BOX 18706
RALEIGH NC 27619-8706

CREDITOR ID: 1425-07
HERITAGE PROP INVESTMENT LTD P
GROUP #37 - #03721781
PO BOX 3165
BOSTON, MA 02241-3165

CREDITOR ID: 2301-07
HERITAGE PROP. INVEST. LIMITED PAR
C/O HERITAGE REALTY MANAGEMENT
131 DARTMOUTH STREET
BOSTON MA 02116-5134

CREDITOR ID: 1426-07
HERITAGE SPE LLC
GROUP #60
PO BOX 5-497
WOBURN, MA 01815

CREDITOR ID: 1428-07
HERMAN MAISEL & CO INC
PO BOX 7481
MOBILE, AL 36670

CREDITOR ID: 1429-07
HIALEAH FEE COMMONS LTD
1800 SUNSET HARBOUR DRIVE, STE. 2
MIAMI BEACH, FL 33139

CREDITOR ID: 1430-07
HIALEAH PROMENADE LIMITED PART
C/O STERLING CENTRE CORP MGT SERV
1 N. CLEMATIS STREET
WEST PALM BEACH, FL 33401

CREDITOR ID: 1431-07
HIGHLAND ASSOCIATES LP
ATTN:  T. J. O'NEIL
1900 THE EXCHANGE, SUITE 180
ATLANTA, GA 30339

CREDITOR ID: 2303-07
HIGHLAND COMMONS BOONE LLC
ASTON PROPERTIES INC.
6525 MORRISON BLVD., SUITE 300
CHARLOTTE NC 28211

CREDITOR ID: 1432-07
HIGHLAND COMMONS BOONE LLC
PO BOX 601084
CHARLOTTE, NC 28260-1084

CREDITOR ID: 1433-07
HIGHLAND LAKES ASSOCIATES
PO BOX 643342
PITTSBURGH, PA 15264-3342

CREDITOR ID: 1434-07
HIGHLAND SQ SHOP CENTER
C/O THE SEMBLER COMPANY
PO BOX 409824
ATLANTA, GA 30384-9824

CREDITOR ID: 1435-07
HILDEBRAN ASSOCIATES
C/O RICHARD G HOEFLING
7421 CARMEL EXECUTIVE PARK
SUITE 2
CHARLOTTE, NC 28226

CREDITOR ID: 1436-07
HILLCREST SHOPPING CENTER
C/O CURSOR PROPERTIES RENT ACC
PO BOX 26785
NEW  YORK, NY 10087-6785

CREDITOR ID: 2304-07
HILLCREST SHOPPING CENTRE INC.
130 BLOOR STREET W., SUITE 1200
TORONTO ON M5S1N5
CANADA

CREDITOR ID: 1437-07
HILLSBORO-LYONS INVESTORS LTD
C/O MENIN DEVELOPMENT CO. INC.
3501 PGA BLVD.
PALM BEACH, FL 33410

CREDITOR ID: 1438-07
HILYARD MANOR ASSOCIATES LLP
C/O AARON J. EDELSTEIN
36 ISLAND AVENUE
SUITE #56
MIAMI BEACH, FL 33139

CREDITOR ID: 1439-07
HOBE SOUND S C COMPANY LTD
C/O SOUTHERN MGMT & DEV LTD
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 1440-07
HOLBROOK HERITAGE HILLS LP
PO BOX 663
MABLETON GA 30126-0663

CREDITOR ID: 1441-07
HOMESTEAD PLAZA
4725 SW 8TH STREET
MIAMI FL 33134

CREDITOR ID: 1442-07
HOMEWOOD ASSOCIATES INC
2595 ATLANTA HIGHWAY
ATHENS, GA 30606-1232

CREDITOR ID: 1443-07
HOMOSASSA ASSOCIATION
6700 NW BROKEN SOUND PKWY, STE. 201
BOCA RATON, FL 33487

CREDITOR ID: 2308-07
HORTON PROPERTIES LLC
19 W. HARGETT STREET #512
RALEIGH NC 27601

CREDITOR ID: 2309-07
HOUSTON CENTRE, LLC
C/O SCOTT MARCUM
PO BOX 1382
DOTHAN AL 36302

CREDITOR ID: 1445-07
HOWELL MILL VILLAGE SHOPPING CENTER
C/O MCW - RC GA HOWELL MILL VILLAGE
PO BOX 534247
ATLANTA, GA 30353-4247

CREDITOR ID: 1446-07
HPC WADE GREEN LLC
3838 OAK LAWN
SUITE 810
DALLAS, TX 75219

SERVICE LIST
Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 2278-07
HR ORLANDO LLC
PO BOX 2771
PALM BEACH, FL 33480

CREDITOR ID: 1447-07
HUDSON SQUARE CENTER INC.
10912 N. 56TH STREET
TEMPLE TERRACE FL 33617-3004

CREDITOR ID: 1448-07
HURTAK FAMILY PARTNERSHIP LTD
525 NE 58 STREET
MIAMI FL 33137

CREDITOR ID: 1405-07
HV MCCOY & COMPANY INC
R/F HIGH POINT MALL INC
PO BOX 20847
GREENSBORO, NC 27420-0847

CREDITOR ID: 1134-07
HYDER, BOYD L.
314 HYDER STREET
HENDERSONVILLE NC 28792-2732

CREDITOR ID: 1452-07
ICOS LLC
ELIO OR ALEX MADDALOZZO
740 HARBOR DRIVE
KEY BISCAYNE, FL 33149

CREDITOR ID: 1453-07
III T WEST LLC MARCO ISLAND MA
C/O DBR ASSET MANAGEMENT LLC
1 FINANCIAL PLAZA
FORT LAUDERDALE, FL 33394

CREDITOR ID: 1454-07
IMPERIAL CHRISTINA SHOPPING CENTER
C/O BRUCE STRUMPF INC.
314 S. MISSOURI AVENUE, STE. 305
CLEARWATER, FL 33756

CREDITOR ID: 1455-07
INDEPENDENCE SQUARE
ALBA CONSULTING CORP.
1420 COURT STREET
CLEARWATER, FL 33756

CREDITOR ID: 1456-07
INDIAN CREEK CROSSING E&A LLC
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1457-07
INDIAN VILLAGE GROUP INC.
ATTN: DAVID SHIN
PO BOX 921686
NORCROSS GA 30092

CREDITOR ID: 1461-07
INDRIO CROSSINGS INC
806 EAST 25TH STREET
SANFORD FL 32771

CREDITOR ID: 2317-07
INLAND SOUTHEAST PROP MGMT CORP
5502 LAKE HOWELL ROAD
WINTER PARK FL 32792

CREDITOR ID: 1462-07
INLAND SOUTHEAST PROPERTY MGMT
PO BOX 31005
TAMPA, FL 33631-3005

CREDITOR ID: 1464-07
INTERCHANGE ASSOCIATES INC
190 SOUTH SYKES CREEK PKWY., STE. 4
MERRITT ISLAND, FL 32952

CREDITOR ID: 1465-07
INTERWEST CAPITAL CORPORATION
ATTN: SHILOH HALL, ASST. V.P.
8910 UNIVERSITY CENTER LANE
SAN DIEGO CA 92122

CREDITOR ID: 1466-07
INTRACOASTAL MALL LLC
C/O RAM REALTY SERVICES
3399 PGA BLVD., SUITE 450
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1468-07
IPF HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT CORP
PACES WEST BUILDING ONE
2727 PACES FERRY RD SUITE 1-1650
ATLANTA, GA 30339

CREDITOR ID: 1469-07
IPF/CAPITAL LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT. CORP.
2727 PACES FERRY ROAD
SUITE 1
ATLANTA, GA 30339

CREDITOR ID: 1470-07
IRT PARTNERS LP
PO BOX 101384
ATLANTA GA 30392-1384

CREDITOR ID: 2319-07
IRT PARTNERS LP
C/O IRT PROPERTY COMPANY
1696 N. E. MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 1471-07
IRT PARTNERS LP EQUITY ONE REA
PO BOX 01-9170
MIAMI , FL 33101-9170

CREDITOR ID: 2321-07
IRT PARTNERS, LP
EQUITY ONE REALTY, & MGMT. FL.
1696 NE MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 2322-07
IRT PROPERTY COMPANY
1051 MILLERVILLE ROAD
BATON ROUGE LA 70816

CREDITOR ID: 1472-07
IRT PROPERTY COMPANY
PO BOX 945793
ATLANTA, GA 30394-5793

CREDITOR ID: 1473-07
ISLAND PLAZA LLC
1000 VENETIAN WAY, SUITE 810
MIAMI, FL 33139

CREDITOR ID: 2324-07
ISRAM REALTY & MANAGEMENT, INC.
ATTN: MS. SIONA HAYOUN
506 SOUTH DIXIE HIGHWAY
HALLANDALE FL 33009

SERVICE LIST
Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>PO BOX 211<br>SPARTANBURG SC 29304 | CREDITOR ID: 1476-07<br>J B LEVERT LAND CO INC<br>PO BOX 518<br>METAIRE LA 70004-0518 | CREDITOR ID: 1478-07<br>JAMERSON INVESTMENTS<br>2517-B EAST COLONIAL DRIVE<br>ORLANDO FL 32803-3359 |
| CREDITOR ID: 2326-07<br>JB LEVERT LAND CO INC<br>PO BOX 518<br>METAIRE, LA 70004-0518 | CREDITOR ID: 2333-07<br>JEFFERSON-PILOT LIFE INS. CO.<br>ATTN: MIKE SOLOMON<br>PO BOX 20407<br>GREENSBORO NC 27420 | CREDITOR ID: 1484-07<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN: DEE CURTIS<br>PO BOX 20407<br>GREENSBORO, NC 27420 |
| CREDITOR ID: 1485-07<br>JEM INVESTMENTS LTD<br>600 MADISON AVENUE<br>TAMPA, FL 33602-4039 | CREDITOR ID: 1487-07<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 | CREDITOR ID: 1488-07<br>JNB COMPANY OF VIRGINIA LLC<br>C/O ATLANTIC DEVELOPMENT & ACQUIS<br>6912 THREE CHOPT ROAD<br>RICHMOND, VA 23226 |
| CREDITOR ID: 1494-07<br>JUPITER PALM ASSOC.<br>7000 W. PALMETTO PARK RD., STE. 203<br>BOCA RATON FL 33433 | CREDITOR ID: 1495-07<br>JWV (LA) LLC<br>DBA SUNSHINE SQUARE<br>C/O JW PROPERTIES INC.<br>PO BOX 16146<br>MOBILE AL 36616-0146 | CREDITOR ID: 1496-07<br>K B PROPERTIES INC.<br>PO BOX 4899<br>PINEHURST NC 28374 |
| CREDITOR ID: 2342-07<br>K G B ASSOCIATES #2<br>C/O BEVERLY CARMEL RETIREMENT<br>8757 BURTON WAY<br>LOS ANGELES CA 90048 | CREDITOR ID: 2343-07<br>KAMIN REALTY, LLC<br>400 WEST STREET 2ND FLR<br>FORT LEE NJ 07024 | CREDITOR ID: 2176-07<br>KAMIN, DANIEL G.<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 2174-07<br>KAMIN, DANIEL G.<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 | CREDITOR ID: 1246-07<br>KAMIN, DANIEL G.<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 | CREDITOR ID: 1245-07<br>KAMIN, DANIEL G.<br>SHADYSIDE STATION<br>PO BOX 10234<br>PITTSBURGH PA 15232-0234 |
| CREDITOR ID: 2341-07<br>KB PROPERTIES INC<br>PO BOX 4899<br>PINEHURST, NC 28374 | CREDITOR ID: 2240-07<br>KEMPNER, FRANCINE TRAGER<br>4158 ALHAMBRA DRIVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2345-07<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA, GA 30325 |
| CREDITOR ID: 1499-07<br>KENNETH CITY PARTNERS<br>ATTN ROBERT S ISON<br>PO BOX 20406<br>ATLANTA GA 30325 | CREDITOR ID: 1500-07<br>KERBBY PARTNERSHIP<br>C/O HOBBY PROPERTIES<br>4312 LEAD MINE RD<br>RALEIGH, NC 27612 | CREDITOR ID: 2346-07<br>KHSC LTD<br>C/O BEER WELLS REAL ESTATE SER<br>11311 N. CENTRAL EXPRESSWAY ST<br>DALLAS TX 75243 |
| CREDITOR ID: 2347-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE, AL 35631 | CREDITOR ID: 1501-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE AL 35631 | CREDITOR ID: 1502-07<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>NEW HYDE PARK, NY 11042-0020 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2348-07<br>KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK RD. STE 100<br>P.O. BOX 5020<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 1503-07<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 1505-07<br>KIR AUGUSTA 1 044 LLC<br>PO BOX 5020<br>3333 NEW HYDE PARK RD<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 383217-15<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 1507-07<br>KIRK MERAUX WINN-DIXIE LLC<br>24E COTA STREET, SUITE 100<br>SANTA  BARBARA, CA 93101 | CREDITOR ID: 2350-07<br>KITE COMPANIES<br>MR. DAVE LEE, DIR. OF ASSET MG<br>30 S MERIDIAN ST.<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 1508-07<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO, FL 32886-3312 | CREDITOR ID: 1509-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH FL 32176 | CREDITOR ID: 2351-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH, FL 32176 |
| CREDITOR ID: 2352-07<br>KMART<br>REAL ESTATE DEPARTMENT<br>3100 WEST BIG BEAVER RD<br>TROY MI 48184 | CREDITOR ID: 1510-07<br>KMART CORPORTION<br>12664 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-7019 | CREDITOR ID: 1511-07<br>KNIGHTDALE CROSSING LLC<br>C/O MARK PROPERTIES INC MGMT<br>26 PARK PLACE WEST<br>MORRISTOWN, NJ 07960 |
| CREDITOR ID: 2353-07<br>KONOVER PROPERTY TRUST, INC.<br>%KIMCO REALTY CORPORATION<br>PO BOX 5020 3333 NEW HYDE PARK<br>NEW  HYDE  PARK NY 11042-0020 | CREDITOR ID: 1385-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 | CREDITOR ID: 2265-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 |
| CREDITOR ID: 383218-15<br>KPT COMMUNITIES, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 2356-07<br>KRAVITZ FAMILY TRUST<br>2796 CASIANO ROAD<br>LOS  ANGELES CA 90077-1524 | CREDITOR ID: 1516-07<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 2357-07<br>KRG WATERFORD LAKES, LLCIV, LP<br>ATTN:DIRECTOR OF ASSET MANAGEM<br>30 S MERIDIAN, STE 1100<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 1521-07<br>L W SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA SC 29223 | CREDITOR ID: 2360-07<br>L.R.S. COMPANY<br>903 UNIVERSITY BLVD., N.<br>JACKSONVILLE FL 32211-5527 |
| CREDITOR ID: 2336-07<br>LA GATTA, JOHN H.O.<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 | CREDITOR ID: 2361-07<br>LA GRANGE MARKETPLACE<br>% REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1522-07<br>LA PETITE ROCHE CENTER GENERAL<br>C/O DOYLE ROGERS COMPANY<br>PO DRAWER A<br>BATESVILLE, AR 72503 |
| CREDITOR ID: 2362-07<br>LA PETITE ROCHE GEN PTNRSHP<br>111 CENTER STREET SUITE 1510<br>LITTLE  ROCK AR 72201 | CREDITOR ID: 1523-07<br>LAFAYETTE LIFE INSURANCE CO<br>PO BOX 7007<br>MORTGAGE LOAN 8124<br>LAFAYETTE, IN 47903 | CREDITOR ID: 2337-07<br>LAGATTA, JOHN<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 |

SERVICE LIST
Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1524-07<br>LAGRANGE MARKETPLACE LLC<br>CO RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 2363-07<br>LAKE JACKSON TRADING POST<br>151 SAWGRASS CORNERS DRIVE, SUITE 2<br>PONTE VEDRA BEACH, FL 32082-1929 | CREDITOR ID: 1525-07<br>LAKE JACKSON TRADNG POST<br>151 SAWGRASS CORNERS DR  STE 2<br>PONTE  VEDRA  BEACH FL 32082-1929 |
| CREDITOR ID: 1526-07<br>LAKE MARY LIMITED PARTNERSHIP<br>C/O EQUITY INVESTMENT GROUP<br>111 EAST WAYNE STREET<br>SUITE 500<br>FORT  WAYNE, IN 46802 | CREDITOR ID: 1527-07<br>LAKE SUN PROPERTIES LTD<br>55 E MONROE, STE 1890<br>CHICAGO, IL 60603-2390 | CREDITOR ID: 2364-07<br>LAKELAND ASSOCIATES, L.P.<br>314 S MISSOURI AVE  STE 305<br>CLEARWATER FL 33756 |
| CREDITOR ID: 1528-07<br>LAKELAND PARTNERS<br>C/O BRANDYWINE GROUP INC<br>PO BOX 999<br>CHADDS FORD, PA 19317-0999 | CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 | CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O COURTELIS COMPANY<br>ATTN VICTOR STOSIK<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677 |
| CREDITOR ID: 1531-07<br>LAND DADE INC<br>4 MARINA ISLES BLVD<br>STE 302<br>INDIAN HARBOUR BCH, FL 32937 | CREDITOR ID: 1532-07<br>LANDING STATION<br>C/O E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1533-07<br>LANDSOUTH PARTNERS<br>5001 N KINGS HIGHWAY<br>SUITE 203<br>MYRTLE  BEACH, SC 29577 |
| CREDITOR ID: 1534-07<br>LANGDALE TIRE CO<br>ATTN LOUIS CASSOTA<br>PO BOX 1088<br>VALDOSTA, GA 31603-1361 | CREDITOR ID: 2366-07<br>LANGDALE TIRE CO<br>LONGLEAF PROPERTY MANAGEMENT<br>P.O. BOX 1088<br>VALDOSTA GA 31603 | CREDITOR ID: 2367-07<br>LANGSTON PLACE<br>C/O LANGSTON REAL ESTATE<br>P.O. BOX 'A'<br>HONEA  PATH SC 29654 |
| CREDITOR ID: 1535-07<br>LANGSTON PLACE<br>C/O LANGSTON REAL ESTATE<br>PO BOX 125<br>HONEA  PATH, SC 29654-0125 | CREDITOR ID: 1536-07<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE LA 70003 | CREDITOR ID: 2368-07<br>LAPALCO VILLAGE SHOPPING CENTER<br>7809 AIRLINE HWY SU 309<br>METAIRIE, LA 70003 |
| CREDITOR ID: 1537-07<br>LARAMIE RIVER BAY LP<br>RIVER BAY PLAZA<br>PO BOX 6006<br>HICKSVILLE, NY 11802-6006 | CREDITOR ID: 403442-15<br>LARISSA LAKE JUNE, LTD, A TEXAS LP<br>C/O LOOPER REED & MCGRAW<br>ATTN THOMAS H KEEN ESQ<br>4100 THANKSGIVING TOWER<br>1601 ELM STREET<br>DALLAS TX 75201 | CREDITOR ID: 1539-07<br>LASALA PINEBROOK ASSOCIATES LP<br>C/O AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 |
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES<br>SUITE 300<br>3000 CORPORATE CENTER DRIVE<br>MORROW GA 30260 | CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>1267 N W 40TH AVE<br>LAUDERHILL FL 33313 | CREDITOR ID: 2372-07<br>LAUDERHILL MALL<br>1267 NW 40TH AVE<br>LAUDERHILL, FL 33313 |
| CREDITOR ID: 1544-07<br>LEATHERMAN ASSOC<br>706 B JAKE BLVD WEST<br>SALISBURY NC 28147 | CREDITOR ID: 2373-07<br>LEATHERMAN ASSOC<br>706 B JAKE BLVD WEST<br>SALISBURY, NC 28147 | CREDITOR ID: 1545-07<br>LEESBURG BANSAL LLC<br>C/O RAM REALTY SERVICES INC<br>ATT DAVID GOLDSTEIN<br>7650 COURTNEY CAMPBELL CAUSEWAY<br>SUITE 920<br>TAMPA, FL 33607 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 1845-07
LEFCOURT, SIDNEY
2100 PONCE DE LEON BLVD, STE 800
CORAL  GABLES, FL 33134-5200

CREDITOR ID: 1546-07
LEHMBERG CROSSING LLC
C/O MIDLAND LOAN SVC INC
1223 SOLUTIONS CENTER LB 77122
CHICAGO, IL 60677-1002

CREDITOR ID: 2374-07
LEONARD A. SELBER
HOLLAND & KNIGHT
50 N. LAURA STREET:  #3900
JACKSONVILLE FL 32202

CREDITOR ID: 2375-07
LEONARD R. SETZER
C/O L.R.S. CO.
903 UNIVERSITY BLVD. N.
JACKSONVILLE FL 32211

CREDITOR ID: 1549-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE CO
1349 W PEACHTREE STREET SUITE
ATLANTA, GA 30309

CREDITOR ID: 1548-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE & CO
1349 WEST PEACHTREE STREET
ATLANTA, GA 30309-2956

CREDITOR ID: 1550-07
LIBBY CROSS STATION ENTERPRISE
ATTN: RUSS CANNANE
803 COMMONWEALTH DRIVE
WARRENDALE, PA 15086

CREDITOR ID: 1552-07
LIFE INSURANCE CO OF GEORGE
C/O COLLIERS CAUBLE
ATTN: JEAN
1349 W PEACHTREE STREET NE
ATLANTA, GA 30309-2956

CREDITOR ID: 2376-07
LIFE INSURANCE COMPANY OF GEORGIA
5780 POWERS FERRY RD NW
ATLANTA GA 30327

CREDITOR ID: 2378-07
LIFTER REALTY
17760 NW 2ND AVE., STE 200
MIAMI FL 33169

CREDITOR ID: 2377-07
LIFTER REALTY
17760 NW 2ND AVE, STE 200
C/O BENNETT M. LIFTER
MIAMI FL 33169

CREDITOR ID: 2078-07
LIFTER, BENNET M.
LIFTER ENTERPRISES
17760 NW SECOND AVE., SUITE 200
MIAMI FL 33169

CREDITOR ID: 1553-07
LINCOLN SQUARE PARTNERS LP
3212 BROOKWOOD DR
HATTIESBURG MS 39401

CREDITOR ID: 2379-07
LINCOLN SQUARE PARTNERS LP
3212 BROOKWOOD DR
HATTIESBURG, MS 39401

CREDITOR ID: 1554-07
LINCOLN TRUST COMPANY
6312 SOUTH FIDDLERS GREEN CIRC
SUITE 400 E  ACCT# 65080211 TE
ENGLEWOOD CO 80111

CREDITOR ID: 2380-07
LINCOLN TRUST COMPANY, CUSTODIAN
FBO JOHN C. STROUGO
6312 S. FIDDLERS GREEN CIRCLE
ENGLEWOOD, CO 80111

CREDITOR ID: 1555-07
LINPRO INVESTMENTS INC
C/O PRECISE PROPERTY
6761 WEST INDIAN TOWN ROAD
JUPITER, FL 33458

CREDITOR ID: 1556-07
LISETTE STANISH AS TRUSTEE
1405 SW 107TH AVE SUITE 301-B
MIAMI FL 33174

CREDITOR ID: 2358-07
LJ MELODY & COMPANY
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 1518-07
LJ MELODY & COMPANY
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 1517-07
LJ MELODY & COMPANY
C/O BANK ONE
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 2382-07
LOCKWOOD ASSOC OF GA LP
80 W WIEUCA RD STE 302
ATLANTA, GA 30342

CREDITOR ID: 1559-07
LOCKWOOD ASSOC OF GA LTD PTR
80 WEST WIEUCA RD SUITE 302
ATLANTA GA 30342

CREDITOR ID: 1520-07
LOL LLC
6915 RED ROAD
SUITE 205
CORAL  GABLES, FL 33143

CREDITOR ID: 1560-07
LONDON ASSOCIATES LTD
C/O AMERA REALTY SERVICES INC
2900 UNIVERSITY DRIVE
CORAL SPRINGS, FL 33065

CREDITOR ID: 2383-07
LOUIS PERLIS
P.O. BOX 1097
CORDELE GA 31010

CREDITOR ID: 2384-07
LPI CALHOUN, INC
3000 CORPORATE CENTER DR
SUITE 300
MORROW GA 30260

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2385-07<br>LPI COLUMBUS, INC.<br>3000 CORPORATE CENTER DRIVE<br>SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 1561-07<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HIGHWAY<br>SUITE 702 B<br>MIAMI, FL 33133-1900 | CREDITOR ID: 2386-07<br>LPI MILLEDGEVILLE, INC<br>SUITE 300<br>3000 CORPORATE CENTER DRIVE<br>MORROW GA 30260 |
| CREDITOR ID: 2387-07<br>LPI/KEY WEST ASSOCIATES, LTD.<br>8925 S.W. 148TH STREET<br>SUITE 218<br>MIAMI FL 33176 | CREDITOR ID: 1562-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE AR 72503 | CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503 |
| CREDITOR ID: 1563-07<br>LUCY COMPANY OF SOUTH CAROLINA<br>C/O GRUBB & ELLIS WILSON/KIBLER<br>PO BOX 11312<br>COLUMBIA, SC 29211 | CREDITOR ID: 1564-07<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 2359-07<br>LW SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA, SC 29223 |
| CREDITOR ID: 2389-07<br>M&P INVESTMENT COMPANY<br>1230 GRANT BUILDING<br>ATTN: BETH HOFFMAN<br>PITTSBURGH PA 15219 | CREDITOR ID: 1565-07<br>M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL RD<br>LAKE SHORE VILLAGE<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 2538-07<br>MACKEY, SANDRA<br>3590 CLOUDLAND DRIVE NW<br>ATLANTA, GA 30327 |
| CREDITOR ID: 1568-07<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211 | CREDITOR ID: 255262-12<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211 | CREDITOR ID: 255262-12<br>MADISON STATION PROPERTIES LLC<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 |
| CREDITOR ID: 2392-07<br>MALCOLM ROSENBERG<br>840 UNION STREET<br>SALEM VA 24153-5121 | CREDITOR ID: 267919-14<br>MANATEE COUNTY TAX COLLECTOR<br>ATTN: KEN BURTON JR<br>819 301 BLVD W<br>BRADENTON FL 34205-7906 | CREDITOR ID: 1571-07<br>MANATEE VILLAGE INVESTMENTS IN<br>C/O IN-REL MANAGEMENT INC<br>2328 TENTH AVENUE NORTH<br>LAKE WORTH, FL 33461 |
| CREDITOR ID: 1572-07<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE, FL 32235-0688 | CREDITOR ID: 2393-07<br>MANDARINLORETTO DEVELOPMENT,LTD<br>P.O BOX 350688<br>JACKSONVILLE FL 32235-0688 | CREDITOR ID: 1573-07<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>MIAMI, FL 33126 |
| CREDITOR ID: 1574-07<br>MARIONS HOPE LLC<br>C/O WACHOVIA SECURITIES<br>555 CALIFORNIA STREET<br>SUITE 23<br>SAN  FRANCISCO, CA 94104 | CREDITOR AT 1929-07<br>MARKET AT BYRAM LLC, THE<br>112 SHEFFIELD LOOP, SUITE D<br>HATTIESBURG, MS 39402 | CREDITOR ID: 1575-07<br>MARKET PLACE PARTNERS<br>MARKET PLACE MGMT INC<br>449 SOUTH WRENN STREET<br>HIGH  POINT, NC 27260 |
| CREDITOR ID: 1576-07<br>MARKET SQUARE INC<br>% MERCHANTS PROPERTY GROUP INC<br>PO BOX 3040<br>DULUTH GA 30096 | CREDITOR ID: 1577-07<br>MARKETOWN INVESTORS INC<br>PO BOX 2130<br>BAY  ST LOUIS MS 39521-2130 | CREDITOR ID: 2394-07<br>MARKETOWN INVESTORS INC<br>PO BOX 2130<br>BAY SAINT LOUIS, MS 39521 |

SERVICE LIST
Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 1930-07
MARKETPLACE LLC, THE
C/O REGENCY PROPERTY SERVICES
330 CROSS POINTE BLVD
EVANSVILLE, IN 47715

CREDITOR ID: 1578-07
MARKETPLACE OF AMERICUS LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 1579-07
MARKETPLACE OF DELRAY LTD
C/O RAM REALTY SERVICES
3399 PGA BLVD
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1580-07
MARKETPLACE SHOPPING CENTER
C/O EDENS & AVANT
FINANCING II LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 2395-07
MARRERO LAND & IMPROVEMENT ASSOC.
WESTWOOD SHOPPING CENTER
5201 WESTBANK EXPRESSWAY
MARRERO LA 70072

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNERSHIP
7452 JAGER COURT
CINCINNATI, OH 45230

CREDITOR ID: 1581-07
MASON SHOPPING CENTER PARTNSHP
7452 JAGER COURT
CINCINNATI OH 45230

CREDITOR ID: 2397-07
MAST DRUG COMPANY
ROUTE 4 BOX 425
HENDERSON NC 27536

CREDITOR ID: 2398-07
MATTIE EQUITY, LLC
5850 FAYETTEVILLE ROAD, STE 20
DURHAM NC 27713

CREDITOR ID: 2399-07
MB VENTURE LTD
C/O IRWIN H MILLER
PO BOX 46468
ST PETERSBURG FL 33741

CREDITOR ID: 399722-15
MCADAMS-NORMAN PROPERTIES II, LLC
ATTN THOMAS E NORMAN
PO BOX 32068
CHARLOTTE NC 28232

CREDITOR ID: 1582-07
MCCOMB ASSOCIATES
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA, GA 30339

CREDITOR ID: 1583-07
MCDONOUGH MARKETPLACE PARTNERS
BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 2400-07
MCDONOUGH MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 1584-07
MCDUFFIE SQUARE L P
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA GA 30917-4227

CREDITOR ID: 2401-07
MCDUFFIE SQUARE L P
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 2225-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1316-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1586-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON AL 36202

CREDITOR ID: 2402-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON, AL 36202

CREDITOR ID: 399287-15
MCW DEVELOPMENT, INC
C/O SIROTE & PERMUTT, PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 397351-15
MCW-RC GA-PEACHTREE PKWY PLAZA LLC
ATTN ANGELA RETTERBUSH
121 WEST FORSYTH STREET, SUITE 200
JACKSONVILLE FL 32202

CREDITOR ID: 1588-07
MDC SOUTH WIND LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1589-07
MDC WESTGATE LTD
MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1590-07
MELBOURNE BEACH LLC
C/O WESTCO DEVELOPMENT
3125 SOUTHWEST MAPP ROAD
PALM CITY, FL 34990

CREDITOR ID: 1591-07
MELLON TRUST OF CALIFORNIA
SAMUAL OSCHIN TRUSTEE
10375 WILSHIRE BLVD #8C
LOS ANGELES CA 90024

CREDITOR ID: 1592-07
MERCHANTS SQUARE INVESTMENTS
ATTN: JENNA NGUYEN
4852 JIMMY CARTER BLVD, STE A
NORCROSS, GA 30093

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1593-07
MERIDIAN SUPERMARKET LLC
24E COTA STREET
SUITE 100
SANTA  BARBARA, CA 93101

CREDITOR ID: 2403-07
METRO INTERNATIONAL PROP FUN IV LP
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C2A8
CANADA

CREDITOR ID: 1594-07
METRO INTERNATIONAL PROPERTY
% NAVONA INVESTORS
2 EVA RD STE 221
ETOBICOKE ON
CANADA

CREDITOR ID: 2404-07
METRO INTERNATIONAL PROPERTY FUND
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C 2A8
CANADA

CREDITOR ID: 1595-07
MIAMI GARDENS ACQUISITION LLC
C/O WHARTON REALTY GROUP INC
8 INDUSTRIAL WAY EAST
EATONTOWN, NJ 07724

CREDITOR ID: 1596-07
MID AMERICAN MANAGEMENT CORP
ATTN: ACCOUNTS RECEIVABLE DEPT
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523

CREDITOR ID: 1597-07
MID SOUTH YAZOO LP
ATTN: SCOT LUTHER
4502 HOLLY ST
BELLAIRE, TX 77401

CREDITOR ID: 2407-07
MIKE KENNELLY
4015 SANTA BARBARA BLVD
NAPLES FL 34104

CREDITOR ID: 2408-07
MILESTONE PROPERTIES
C/O MILESTONE PROPERTIES
200 CONGRESS PARK DR. #103
DELRAY  BEACH FL 33445

CREDITOR ID: 1602-07
MILFORD STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 2409-07
MILFORD STATION LTD
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 1603-07
MILLER GROUP PROPERTIES CORP
PO BOX 2097
5147 ISLEWORTH COUNTRY CLUB DR
WINDERMERE, FL 34786

CREDITOR ID: 1604-07
MIRAMAR PARKWAY PLAZA LLC
2899 WEST 2ND AVENUE
HIALEAH FL 33010

CREDITOR ID: 2410-07
MIRAMAR PARKWAY PLAZA LLC
2899 WEST 2ND AVENUE
HIALEAH, FL 33010

CREDITOR ID: 1605-07
MITCHELL CO
ATTN: CONTROL RENT CLERK
PO BOX 160306
MOBILE, AL 36616-1306

CREDITOR ID: 1607-07
MODERN WOODMAN OF AMERICA
C/O THE INTERLACHEN CO
PO BOX 1916
WINTER  PARK, FL 32790

CREDITOR ID: 1609-07
MODERN WOODMEN OF AMERICA
C/O INTERLACHEN COMPANY
PO BOX 1916
WINTER  PARK, FL 32790

CREDITOR ID: 1608-07
MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK  ISLAND IL 61201

CREDITOR ID: 2411-07
MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND, IL 61201

CREDITOR ID: 1610-07
MOHATRA INC
6500 W 4TH AVE OFC 39
HIALEAH FL 33012-6670

CREDITOR ID: 2412-07
MOHATRA INC
6500 W 4TH AVE OFC 39
HIALEAH, FL 33012-6670

CREDITOR ID: 1611-07
MONROEVILLE CENTER PARTNERS LTD
PO BOX 230
POINT  CLEAR, AL 36564

CREDITOR ID: 1612-07
MOORINGS OF MANATEE INC
430 INTERSTATE COURT
SARASOTA FL 34240

CREDITOR ID: 2413-07
MOORINGS OF MANATEE INC
430 INTERSTATE COURT
SARASOTA, FL 34240

CREDITOR ID: 399353-15
MORGRAN COMPANY, THE
C/O GINNIE VAN KESTEREN ESQ
111 SECOND AVENUE NE SUITE 706
ST PETERSBURG FL 33701

CREDITOR ID: 1614-07
MORRIS TRACK CORP &
WILLISTON HIGHLANDS
DEVELOPMENT CORP PTNRSHP/NP
2601 BISCAYNE BLVD
MIAMI, FL 33137

CREDITOR ID: 1615-07
MORRO PALMS SHOPPING CENTER
WELLS FARGO BANK CLNT SERV CNT
420 MONTGOMERY STREET, 7TH FLOOR
SAN  FRANCISCO, CA 94104-7700

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 2414-07
MORRO PALMS SHOPPING CENTER PART
C/O MRS. MONA GELLER, TRUSTEE
2938 DIVISADERO STREET
SAN FRANSICO CA 94123

CREDITOR ID: 1617-07
MOUNT CASTLE PROPERTIES
PO BOX 4034
JOHNSON  CITY TN 37602-4034

CREDITOR ID: 2417-07
MOUNT CASTLE PROPERTIES
PO BOX 4034
JOHNSON  CITY, TN 37602-4034

CREDITOR ID: 1620-07
MR MALCOLM ROSENBERG
C/O ALLSTORE
2734 COLONIAL AVENUE
ROANOKE, VA 24015

CREDITOR ID: 2418-07
MR ROBERT S SMALL
P O BOX 10287
GREENVILLE SC 29603

CREDITOR ID: 2419-07
MR SAMUEL OSCHIN
OSCHIN ASSOCIATES
10375 WILSHIRE BLVD. #8C
LOS  ANGELES CA 90024

CREDITOR ID: 2420-07
MR. FRED D. BENTLEY, SR.
241 WASHINGTON AVENUE
PO BOX 968
MARIETTA GA 30060

CREDITOR ID: 2421-07
MR. LOUIS FEIL
C/O THE FEIL ORGANIZATION
370 SEVENTH AVE STE 618
NEW  YORK NY 10001

CREDITOR ID: 2424-07
MR. MARC DILORENZO
1530 PALWARE AVENUE SUITE 15F
FORT  LEE NJ 07024-1335

CREDITOR ID: 2422-07
MR. MARC DILORENZO
1530 PALISADE AVENUE
SUITE 15-F
FORT  LEE NJ 07024-1335

CREDITOR ID: 2425-07
MR. SAM GENIRBERG
1707 ARLINGTON BLVD
EL  CERRITO CA 94530

CREDITOR ID: 1622-07
MT DORA MARKETPLACE LTD
C/O HHH MANAGEMENT INC
PO BOX 273760
BOCA  RATON, FL 33427-3760

CREDITOR ID: 2426-07
MT DORA MARKETPLACE LTD
6353 W. ROGERS CIRCLE
SUITE 1
BOCA  RATON FL 33487-2757

CREDITOR ID: 1623-07
MUSEUM ASSOCIATES
PO BOX 4452
ROCK  HILL SC 29732-4452

CREDITOR ID: 2427-07
MUSEUM ASSOCIATES
PO BOX 4452
ROCK HILL, SC 29732-4452

CREDITOR ID: 2428-07
MYSTIC L.L.C.
P.O. BOX 100
PLATTENVILLE LA 70393

CREDITOR ID: 1626-07
NALLEY CONSTRUCTION CO INC
C/O PICKENS PARTNERSHIP
PO BOX 1929
EASLEY, SC 29641-1929

CREDITOR ID: 2257-07
NALLEY, GEORGE B. JR.
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1375-07
NALLEY, GEORGE B. JR.
C/O LAURENS SHOPPING CENTER
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1374-07
NALLEY, GEORGE B. JR.
C/O GBN PROPERTIES #1
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1627-07
NAPLES SOUTH REALTY ASSOCIATES
C/O AMERICAN COMMERCIAL REALTY
4400 PGA BLVD, SUITE 305
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1628-07
NARANJA LAKES JOINT VENTURES
C/O FIRC MANGEMENT INC
2299 S W 37TH AVE
MIAMI, FL 33145

CREDITOR ID: 2331-07
NASSAR, JAMIL G.  MD TRUSTEE
27030 PACIFIC TERRANCE DRIVE
MISSION VIEJO CA 92692

CREDITOR ID: 1629-07
NATIONAL WESTERN INSURANCE COMPANY
ATTN: MORTAGE LOAN DEPT
850 EAST ANDERSON LANE
AUSTIN, TX 78752-1602

CREDITOR ID: 1630-07
NATIONAL WESTERN LIFE INSURANCE
ATTN MTG LOAN DEPT FOR STORE #
850 EAST ANDERSON LANE
AUSTIN, TX 78752-1602

CREDITOR ID: 1631-07
NAVARRE SQUARE
C/O RUTLAND VAN CAMP ASSOC
PO BOX 230758
MONTGOMERY, AL 36123

CREDITOR ID: 1632-07
NB/85 ASSOCIATES WAYNE M RUBEN
C/O BENDERSON DEVE CO
BRADEN RIVER PO LEASE # 49705
PO BOX 21199
BRADENTON, FL 34204-1199

**SERVICE LIST**

Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 1633-07
NDC ASSET MANAGEMENT
C/O TOWER CENTER ASSOCIATES
4415 FIFTH AVENUE
PITTSBURGH, PA 15213

CREDITOR ID: 1635-07
NEW ENGLAND REALTY RESOURCES
C/O JOSEPH NORRIS
10 WINTHROP SQUARE
BOSTON, MA 02110

CREDITOR ID: 2432-07
NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS GA 31904

CREDITOR ID: 1641-07
NEW PLAN EXCEL REALTY TRUST
ACCOUNT #852487
4536 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-1334

CREDITOR ID: 1640-07
NEW PLAN EXCEL REALTY TRUST
ACCOUNT #193007
4536 COLLECTIONS CENTER DR
CHICAGO IL 60693

CREDITOR ID: 1636-07
NEW PLAN EXCEL REALTY TRUST
4536 COLLECTIONS CENTER DR
ACCT # 194012
CHICAGO IL 60693

CREDITOR ID: 2433-07
NEW PLAN EXCEL REALTY TRUST
1120 AVE OF THE AMERICAS,
12TH FLOOR
NEW  YORK NY 10036

CREDITOR ID: 1644-07
NEW PLAN EXCEL REALTY TRUST INC
PO BOX 402938
ATLANTA, GA 30384-2938

CREDITOR ID: 2436-07
NEW PLAN EXCEL REALTY TRUST INC
ACCT 186002
1120 AVE OF AMERICAS, 12TH FL
NEW  YORK NY 10036

CREDITOR ID: 2435-07
NEW PLAN EXCEL REALTY TRUST INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW  YORK NY 10036

CREDITOR ID: 2437-07
NEW PLAN EXCEL REALTY TRUST, INC.
1120 AVENUE OF THE AMERICAS
NEW  YORK NY 10036

CREDITOR ID: 2441-07
NEW PLAN EXCHANGE PROPERTY OWNER I
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW  YORK NY 10036

CREDITOR ID: 2442-07
NEW PLAN NORMANDY SQUARE,LLC
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW  YORK NY 10036

CREDITOR ID: 2443-07
NEW PLAN REALTY OF ALABAMA INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW  YORK NY 10036

CREDITOR ID: 1645-07
NEW PLAN REALTY TRUST
4536 COLLECTIONS CENTER DRIVE
ACCT# 219006
CHICAGO, IL 60693

CREDITOR ID: 1646-07
NEWBERRY SQUARE SHOPPING CENTER
L-1342
COLUMBUS, OH 43260

CREDITOR ID: 1647-07
NEWTON ASSOCIATES
C/O RICHARD G HOEFLING
7421 CARMEL EXECUTIVE PARK, SUITE 2
CHARLOTTE, NC 28226

CREDITOR ID: 2444-07
NEWTON DEVELOPMENT, INC
250 WASHINGTON STREET
PRATTVILLE AL 36067

CREDITOR ID: 2445-07
NEWTON OLDACRE MCDONALD
P.O. BOX 680176
ATTN: LEASE DEPT.
PRATTVILLE AL 36068

CREDITOR ID: 1624-07
NKC PROPERTIES
P O BOX 4479
DALTON GA 30719

CREDITOR ID: 2429-07
NKC PROPERTIES
PO BOX 4479
DALTON, GA 30719

CREDITOR ID: 1648-07
NMB PARTNERS L P
ATTN: ELTING L CHAPMAN III
PO BOX 2384
MURRELLS  INLET, SC 29576

CREDITOR ID: 2449-07
NOBLE MANAGEMENT
5821 LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1649-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT  LAUDERDALE FL 33310-0849

CREDITOR ID: 2450-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT  LAUDERDALE, FL 33310-0849

CREDITOR ID: 2451-07
NOBLE PROPERTIES
5821-C LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1625-07
NOM PROPERTIES INC
1689 PAYSPHERE CIRCLE
CHICAGO, IL 60674-1689

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 2430-07
NOM PROPERTIES INC
P O BOX 680176
PRATTVILLE AL 36068

CREDITOR ID: 1650-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE FL 32216

CREDITOR ID: 2452-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE, FL 32216

CREDITOR ID: 1651-07
NORTH & SOUTH STATION
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
1 FINANCIAL PLAZA
FT LAUDERDALE, FL 33394

CREDITOR ID: 1652-07
NORTH COLUMBUS CROSSING SHOPPING CT
ATTN: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS, GA 31904

CREDITOR ID: 1653-07
NORTH HIXSON MARKETPLACE LLC
6111 PEACHTREE DUNWOODY ROAD
BUILDING F  SUITE 203
ATLANTA, GA 30328

CREDITOR ID: 1654-07
NORTH MADISON ASSOCIATES LTD
PO BOX 12767
2117 SECOND AVENUE NORTH
BIRMINGHAM, AL 35202-2767

CREDITOR ID: 1655-07
NORTH PORT VILLAGE SHOPPING
CENTER ASSOCIATES LTD
C/O ISRAM REALTY & MANGMT INC
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 2453-07
NORTH SHORE CROSSINGS, LLC
GREAT SOUTH MANAGEMENT, LLC
217 JAMESTOWN PARK RD. SUITE #
BRENTWOOD TN 37027

CREDITOR ID: 1656-07
NORTHCROSS LAND & DEVELOPMENT
PO BOX 403155
ATLANTA, GA 30384

CREDITOR ID: 2454-07
NORTHCROSS LAND & DEVELOPMENT, LP
3800 ARCO CORPORATE DR, SUITE
CHARLOTTE NC 28273

CREDITOR ID: 1657-07
NORTHEAST PLAZA ASSOCIATES
1345 MAIN STREET, SUITE C 2
SARASOTA, FL 34236-5019

CREDITOR ID: 1659-07
NORTHSIDE ASSOCIATES LLC
C/O GABRIEL JEIDEL
16 EAST 34TH ST., 16TH FLOOR
NEW YORK, NY 10016-4328

CREDITOR ID: 1660-07
NORTHSIDE DEVELOPMENT GROUP
C/O BLANCHARD & CALHOUN COMMER
2743 PERIMETER PARKWAY
AUGUSTA, GA 30909-1808

CREDITOR ID: 1661-07
NORTHSIDE SHOPPING CENTER
C/O TALCOR COMMERCIAL REAL EST
1018 THOMASVILLE RD SUITE 200A
TALLAHASSEE, FL 32303

CREDITOR ID: 1662-07
NORTHWAY INVESTMENTS LLC
C/O DBR ASSET MGMT LLC
1 FINANCIAL PLACE SUITE 2001
FORT LAUDERDALE, FL 33394

CREDITOR ID: 1663-07
NORTHWEST JUNCTION PARTNERS
C/O NANCY M LANE CCIM
1855 LAKELAND DRIVE
JACKSON, MS 39216-5763

CREDITOR ID: 1664-07
NORTHWOOD OAKS LLC PROVIDENCE
PO BOX 60608
CHARLOTTE, NC 28260-0608

CREDITOR ID: 1665-07
NORTHWOOD PLAZA LLC
8302 LAUREL FAIR CIRCLE, STE 100
TAMPA, FL 33610-0637

CREDITOR ID: 2456-07
OAKDALE INVESTORS LP
PO BOX 1095
GREENWOOD, SC 29648-1095

CREDITOR ID: 1667-07
OAKDALE INVESTORS LP
PO BOX 1095
GREENWOOD SC 29648-1095

CREDITOR ID: 2457-07
OAKS SHOPPING CENTER INC
806 E 25TH ST
SANFORD, FL 32771-4548

CREDITOR ID: 1668-07
OAKS SHOPPING CENTER INC
806 E 25TH ST
SANFORD FL 32771-4548

CREDITOR ID: 1669-07
OAKWOOD VILLAGE ASSOCIATES
C/O BRONZE CENTERS
1853 E PIEDMONT ROAD
SUITE 300
MARIETTA, GA 30066

CREDITOR ID: 1666-07
O'BRIEN KIERNAN INVESTMENT COMPANY
1255 POST STREET, SUITE 950
SAN FRANCISCO, CA 94109

CREDITOR ID: 2458-07
OCALA NORTH SHOPPING CENTER
% CHARLES WAYNE PROPERTIES, IN
444 SEABREEZE BLVD, STE 1000
DAYTONA BEACH FL 32118

CREDITOR ID: 1670-07
OCEANWAY PLAZA ASSOC LTD
C/O FLETCHER BRIGHT COMPANY
1827 POWERS FERRY ROAD
ATLANTA, GA 30339

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOCIATION<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 | CREDITOR ID: 2073-07<br>O'NEILL, BARRY F.<br>1355 TERRELL MILL ROAD<br>BUILDING 1478<br>MARIETTA GA 30067 | CREDITOR ID: 1673-07<br>ORANGE GROVE SHOPPING CENTER<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>MEMPHIS, TN 38119-3661 |
| CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 1675-07<br>ORIX REAL ESTATE CAPITAL MARKET<br>1717 MAIN ST 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 2459-07<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE SUITE 360<br>STOCKTON CA 95219 |
| CREDITOR ID: 1809-07<br>OSCHIN, SAMUEL, TRUSTEE<br>M OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>400 SOUTH HOPE STREET<br>SUITE 400<br>LOS ANGELES, CA 90071-2806 | CREDITOR ID: 1808-07<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>10375 WILSHIRE BLVD #8C<br>LOS ANGELES, CA 90024 | CREDITOR ID: 1677-07<br>PAJ<br>893 FOX CREEK LANE<br>CINCINNATI OH 45233 |
| CREDITOR ID: 1678-07<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1679-07<br>PALM AIRE MARKETPLACE<br>3333 NEW HYDE PARK RD<br>PO BOX 5020<br>NEW  HYDE  PARK, NY 11042-0020 | CREDITOR ID: 1680-07<br>PALM BAY WEST<br>C/O EDENS & AVANT<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1681-07<br>PALM BEACH 2000 INC<br>C/O DACAR MANAGEMENT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004-0992 | CREDITOR ID: 1682-07<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>525 PHARR ROAD<br>ATLANTA, GA 30305 | CREDITOR ID: 2462-07<br>PALM TRAILS PLAZA<br>C/O REGENCY CENTERS L P<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 1683-07<br>PALM TRAILS PLAZA<br>C/O REGENCY CENTERS LP<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 2463-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA PATH, SC 29654 |
| CREDITOR ID: 1684-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA  PATH SC 29654 | CREDITOR ID: 1685-07<br>PARADISE ISLE LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 1686-07<br>PARK PLAZA LLC<br>C/O REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON, SC 29072 |
| CREDITOR ID: 1687-07<br>PARK PLAZA SHOPPING CENTER LLC<br>PO BOX 24087<br>NEW ORLEANS, LA 70184 | CREDITOR ID: 2464-07<br>PARK PLAZA SHOPPING CTR LLC<br>1151 ROBERT E LEE BLVD<br>NEW  ORLEANS LA 70124-0005 | CREDITOR ID: 2465-07<br>PARK SLOPE DEVELOPMENT CORPORATION<br>ATTN: LENARD THYLAN, PRES.<br>369 LEXINGTON AVENUE<br>NEW  YORK NY 10017 |
| CREDITOR ID: 2466-07<br>PARKLAND PARTNERSHIP LP<br>PO BOX 8509<br>COLUMBIA, SC 29202 | CREDITOR ID: 1688-07<br>PARKLAND PARTNERSHIP LP<br>POST OFFICE BOX 8509<br>COLUMBIA SC 29202 | CREDITOR ID: 1690-07<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O CASTO<br>191 W NATIONWIDE BLVD STE 200<br>COLUMBUS, OH 43215-2568 |

SERVICE LIST
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2467-07<br>PASS CHRISTIAN VILLAGE<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 1692-07<br>PASS CHRISTIAN VILLAGE<br>P O BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 1694-07<br>PATTON PLAZA LLC<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY AL 36117 | CREDITOR ID: 1695-07<br>PAW CREEK CROSSING<br>C/O LAT PURSER & ASSOCIATES<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 | CREDITOR ID: 1698-07<br>PEARL BRITTAIN INC<br>ATTN: CYNTHIA FLETCHER<br>1422 BURTONWOOD DRIVE<br>GASTONIA, NC 28054 |
| CREDITOR ID: 2469-07<br>PEARL BRITTAIN, INC.<br>ATTN: MR. JOSEPH PEARSON<br>710 SOUTH MARIETTA STREET<br>GASTONIA NC 28052 | CREDITOR ID: 1486-07<br>PEARLMAN, JEROME H AND FAITH  TR<br>C/O JEROME H AND FAITH PERLMAN<br>828 WOODACRES ROAD<br>SANTA MONICA CA 90402 | CREDITOR ID: 2470-07<br>PELICAN ASSOCIATES<br>C/O INGBER & KLAPPER LLP<br>575 LEXINGTON AVENUE, 31ST FLO<br>NEW  YORK NY 10022 |
| CREDITOR ID: 1699-07<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>340 PEMBERWICK ROAD<br>1ST FLOOR<br>GREENWICH CT 06831 | CREDITOR ID: 1700-07<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 2471-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 |
| CREDITOR ID: 1701-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE FL 32205-7645 | CREDITOR ID: 1702-07<br>PENMAN PLAZA ASSOCIATES LTD<br>3715 NORTHSIDE PKWY NW<br>300 NORTHCREEK STE 105<br>ATLANTA, GA 30327 | CREDITOR ID: 381937-15<br>PENMAN PLAZA ASSOCIATES, LTD<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 1703-07<br>PEREGINE PROPERTIES LP<br>C/O PRINCIPLE MUTUAL LIFE<br>ASSURANCE #399570<br>PO BOX 10387<br>DES  MOINES, IA 50306-0387 | CREDITOR ID: 2473-07<br>PEREGRINE PROPERTIES L P<br>711 HIGH STREET REF NO 750421<br>DES  MOINES IA 50392 | CREDITOR ID: 2472-07<br>PEREGRINE PROPERTIES L P<br>711 HIGH STREET<br>DES  MOINES IA 50392 |
| CREDITOR ID: 2474-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS, GA 31533-0269 | CREDITOR ID: 1704-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 1705-07<br>PERIPETY GROUP INC  C/O COMM P<br>3605 SANDY PLAINS RD, SUITE 240-178<br>MARIETTA, GA 30066 |
| CREDITOR ID: 2475-07<br>PHIL & SHARON DRAKE<br>106 PALMER STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 2476-07<br>PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>PO BOX 3211<br>CLEARWATER, FL 33767 |
| CREDITOR ID: 1706-07<br>PHOENIX JR INC<br>P O BOX 3211<br>CLEARWATER FL 33767 | CREDITOR ID: 2478-07<br>PICKENS PARTNERSHIP<br>P.O BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 1707-07<br>PINAR ASSOC SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939-1229 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1708-07<br>PINE ISLAND SHOPPING CENTER<br>C/O THE BIRCH CO<br>PO BOX 61156<br>FT MYERS, FL 33906 | CREDITOR ID: 1709-07<br>PINE PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>925 SOUTH FEDERAL HIGHWAY<br>BOCA RATON, FL 33432 | CREDITOR ID: 1711-07<br>PINEROOTS LLC<br>C/O GORDON P SUMMERS JR MGR<br>PO BOX 1565<br>LAKE CITY, FL 32056 |
| CREDITOR ID: 1712-07<br>PINES/CARTER<br>C/O PINES GROUP INC<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 1713-07<br>PINETREE PARTNERS LTD<br>113 BASCOM COURT, SUITE A<br>COLUMBUS, GA 31909-8562 | CREDITOR ID: 1714-07<br>PINEWOOD PLAZA ASSOCIATES<br>C/O RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PARK<br>CHARLOTTE, NC 28226 |
| CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 399437-15<br>PLANK ROAD PARTNERSHIP<br>ATTN JAMES H SCHULTZ<br>3111 FAIRWAY DRIVE<br>BATON ROUGE LA 70809 | CREDITOR ID: 1716-07<br>PLAZA WEST 15190117351<br>1ST UNION NATL BK MAIL DEPT<br>PO BOX 522817<br>MIAMI, FL 33152-2817 |
| CREDITOR ID: 2277-07<br>PLUNKETT, H.C.<br>PO BOX 5306<br>JACKSON MS 39296-5306 | CREDITOR ID: 1403-07<br>PLUNKETT, H.C.<br>PO BOX 5306<br>JACKSON MS 39296-5306 | CREDITOR ID: 1402-07<br>PLUNKETT, H.C.<br>C/O BATESVILLE SECURITY BANK<br>TMAS 7300228<br>PO BOX 690<br>BATESVILLE MS 38606 |
| CREDITOR ID: 1717-07<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>5200 PARK ROAD<br>SUITE 120<br>CHARLOTTE, NC 28209 | CREDITOR ID: 1918-07<br>POMPANO MARKETPLACE T/A WESTERN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 1719-07<br>PONCE REALTY COMPANY<br>C/O SOUTHERN MGMT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 1720-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE NC 28305 | CREDITOR ID: 2479-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE, NC 28305 | CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>ANDERS, BOYETT & BRADY, P.C.<br>ATTN DAVID A. BOYETT, III<br>3800 AIRPORT BLVD., SUITE 203<br>MOBILE AL 36608 |
| CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 1721-07<br>POPPS FERRY MS DEV<br>P O BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL, GA 30076-3239 |
| CREDITOR ID: 1781-07<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 1723-07<br>PRB INVESTMENTS LLC<br>ATTN: PHILLIP BULLIARD<br>2424 EDENBORN AVENUE<br>SUITE 600<br>METAIRIE, LA 70001 | CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, L.P.<br>1717 WOODSTEAD COURT<br>THE WOODLANDS TX 77380-0077 |
| CREDITOR ID: 1726-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE NC 28204-2857 | CREDITOR ID: 2483-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE, NC 28204-2857 | CREDITOR ID: 1727-07<br>PRIME SHOPPES PARTNERS<br>C/O BRANDY ONE REAL ESTATE MGMT<br>2 PONDS EDGE DR<br>CHADDS FORD, PA 19317 |

**SERVICE LIST**

Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1728-07<br>PRIMO JUSTICE PROPERTIES LLC<br>ATTN:  TERESA SCIAPPA<br>PO BOX 1493<br>STEUBENVILLE, OH 43952 | CREDITOR ID: 1729-07<br>PRINCIPAL CAPITAL MANAGEMENT<br>LOAN #751639<br>PO BOX 8245<br>DES MOINES, IA 50301-8245 | CREDITOR ID: 1730-07<br>PRINCIPAL LIFE INSURANCE CO<br>C/O PRINCIPAL CAPITAL MGMT LN#75<br>ATTN:  CONNIE COLE<br>801 GRAND AVE<br>DES MOINES, IA 50392 |
| CREDITOR ID: 2484-07<br>PRINCIPAL LIFE INSURANCE CO.<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 | CREDITOR ID: 1734-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>PO BOX 10387<br>LOAN 399600<br>DES MOINES IA 50306 | CREDITOR ID: 2485-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 |
| CREDITOR ID: 1742-07<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 8245<br>LOAN D 750962<br>DES MOINES, IA 50306-8245 | CREDITOR ID: 1743-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE FL 33063-4246 | CREDITOR ID: 2486-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33063-4246 |
| CREDITOR ID: 1744-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1023<br>GREENVILLE SC 29602-1806 | CREDITOR ID: 1745-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1235<br>GREENVILLE, SC 29602-1806 | CREDITOR ID: 1747-07<br>PROM VENTURE LIMITED PARTNERSHIP<br>C/O GUMBERG ASSET MGMT CORP<br>PO BOX 951559<br>CLEVELAND, OH 44193-0124 |
| CREDITOR ID: 2487-07<br>PROMENADES MALL (E & A), LLC<br>900 NATIONS BNK PLZ, 1901 MAIN<br>ATTN: JODIE MCLEAN<br>COLUMBIA SC 29202 | CREDITOR ID: 1746-07<br>PROMENADES MALL, LLC<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2488-07<br>PROPERTY CONCEPTS INC<br>545 WATERGATE CT<br>ROSWELL GA 30076-3239 |
| CREDITOR ID: 2489-07<br>PROPERTY ONE, INC.<br>2014 WEST PINHOOK ROAD<br>SUITE 705<br>LAFAYETTE LA 70508-8505 | CREDITOR ID: 1749-07<br>PSMA LTD AP FLA FP FLA TIC<br>C/O PHILIPS INTL HOLDING CORP<br>295 MADISON AVE 2ND FLOOR<br>NEW YORK, NY 10017-5820 | CREDITOR ID: 1750-07<br>QUAIL ROOST ASSOC. PARTNERSHIP<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES, FL 33146 |
| CREDITOR ID: 1751-07<br>QUAIL RUN VILLAGE<br>FRANCIS CARRINGTON<br>PO BOX 1328<br>EUREKA, CA 95502 | CREDITOR ID: 2491-07<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 1752-07<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS  FORD PA 19317 |
| CREDITOR ID: 399733-15<br>R&G ASSOCIATES DBA<br>MARKETPLACE PARTNERS LTD<br>ATTN GEORGE ALLEN, MGR<br>8235 DOUGLAS AVENUE, STE 815, LB-49<br>DALLAS TX 75225 | CREDITOR ID: 2492-07<br>R.V. MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE, N E<br>BAINBRIDGE  ISLAND WA 98110-1482 | CREDITOR ID: 1755-07<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST  PETERSBURG  BEACH FL 33741-6345 |
| CREDITOR ID: 2493-07<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST PETERSBURG BEACH, FL 33741-6345 | CREDITOR ID: 1756-07<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN AL 35902 | CREDITOR ID: 2494-07<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN, AL 35902 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1757-07<br>RAINBOW SPRINGS VENTURES LC<br>C/O CHASE ETERPRISES<br>ONE COMMERCIAL PLAZA<br>HARTFORD, CT 06103 | CREDITOR ID: 2495-07<br>RAINSAN PROPERTIES,LLC<br>C/O KIN PROPERTIES, INC<br>185 NW SPANISH RIVER BLVD, STE<br>BOCA RATON FL 33431-4230 | CREDITOR ID: 1758-07<br>RALPH MEITIN FAMILY PARTNERSHIP LTD<br>PO BOX 162732<br>ALTAMONTE SPRINGS, FL 32716-2732 |
| CREDITOR ID: 1759-07<br>RAMCO USA DEVELOPMENT INC<br>PO BOX 2291<br>174 WEST COMSTOCK AVE, SUITE 100<br>WINTER PARK, FL 32790 | CREDITOR ID: 1760-07<br>RANDALL BENDERSON 1993-1 TRUST<br>BRADEN RIVER PO<br>LEASE# S3641<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 1761-07<br>RANDY ROARK<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 |
| CREDITOR ID: 1762-07<br>RAPPAPORT MANAGEMENT CO<br>8405 GREENSBORO DRIVE<br>SUITE 830<br>MCLEAN, VA 22102-5118 | CREDITOR ID: 259302-12<br>RAYNE PLAZA SHOPPING CENTER<br>C/O BESLIN & CUNNINGHAM, LLC<br>ATTN DENALD A BESLIN, ESQ<br>800 NORTH POLK STRRET<br>PO BOX 258<br>RAYNE, LA 70578-0258 | CREDITOR ID: 1763-07<br>RAYNE PLAZA SHOPPING CENTER<br>P.O. BOX 258<br>RAYNE LA 70578-0258 |
| CREDITOR ID: 2497-07<br>RAYNE PLAZA SHOPPING CENTER<br>PO BOX 258<br>RAYNE, LA 70578-0258 | CREDITOR ID: 2498-07<br>REAL EQUITIES LMTD. PARTNERSHIP II<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 | CREDITOR ID: 2499-07<br>REALTY MANAGEMENT CONSULTANTS INC.<br>PO BOX 137<br>GREENDALE WI 53129-0137 |
| CREDITOR ID: 1764-07<br>RED OAK SHOPPING CENTER LLC<br>5871 GLENRIDGE DRIVE<br>SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 2500-07<br>REDD REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>BUILDING 10 SUITE 101<br>ATLANTA GA 30327-3052 | CREDITOR ID: 1765-07<br>REEF ASSOCIATES LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY SUITE 800<br>MIAMI, FL 33126-4677 |
| CREDITOR ID: 1766-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 1767-07<br>REGENCY CENTERS INC<br>MARINERS VILLAGE<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 | CREDITOR ID: 2501-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 2502-07<br>REGENCY CENTERS, LP<br>121 W FORSYTH STREET, STE. 200<br>JACKSONVILLE FL 32202 | CREDITOR ID: 2503-07<br>REGENCY REALTY GROUP, INC.<br>PO BOX 2718<br>JACKSONVILLE FL 32232 | CREDITOR ID: 1768-07<br>REGENCY SAVING BANK FSB<br>LOAN SERVICING DEPT<br>11 WEST MADISON<br>OAK PARK, IL 60302 |
| CREDITOR ID: 1769-07<br>REGENCY SAVINGS BANK FSB<br>ATTN: COMMERCIAL LOAN SAVINGS<br>11 WEST MADISON<br>OAK  PARK, IL 60302 | CREDITOR ID: 1770-07<br>REGENT INVESTMENT CORPORATION<br>222 THIRD STREET SE<br>SUITE 230<br>CEDAR  RAPIDS, IA 52401 | CREDITOR ID: 2504-07<br>RETAIL ASSET MANAGEMENT<br>P O BOX 5666<br>CLEARWATER FL 33758-5666 |
| CREDITOR ID: 1771-07<br>RETAIL CENTER HAMPTON LLC<br>C/O T&F PROPERTIES<br>153 GREENVILLE STREET S W<br>AIKEN, SC 29801 | CREDITOR ID: 2505-07<br>RETAIL CENTER HAMPTON LLC<br>378 KNOLLWOOD DRIVE<br>CHARLESTON WV 25302 | CREDITOR ID: 1772-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 |

**SERVICE LIST**
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2506-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 8860<br>MOBILE AL 36689 | CREDITOR ID: 1773-07<br>RETREAT VILLAGE MANAGEMENT CO<br>PO BOX 5046<br>MACON, GA 31208 | CREDITOR ID: 2507-07<br>RETREAT VILLAGE MANAGEMENT CO,LLC<br>PO BOX 5046<br>MACON GA 31208 |
| CREDITOR ID: 1774-07<br>RIAL CORPORATION<br>C/O WILLIAM C STILLWAGON<br>319 SOUTH MAPLE AVE<br>GREENSBURG, PA 15601-3218 | CREDITOR ID: 2508-07<br>RICHARD A NEWMAN<br>ARENT FOX KINTNER PLOTKIN & KA<br>1050 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-5339 | CREDITOR ID: 1775-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL  WELLS TX 76067 |
| CREDITOR ID: 2509-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL  WELLS, TX 76067 | CREDITOR ID: 2510-07<br>RICHARD J. LINDNER<br>111 GILES AVENUE<br>JERSEY  CITY NJ 07306 | CREDITOR ID: 1777-07<br>RILEY PLACE LLC<br>PO BOX 1260<br>RIDGELAND, MS 39158 |
| CREDITOR ID: 1778-07<br>RIVER OAKS<br>C/O HUGHES REAL ESTATE INC<br>PO BOX 2567<br>GREENSVILLE, SC 29602 | CREDITOR ID: 1779-07<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA, GA 30384-9436 | CREDITOR ID: 2516-07<br>RIZIKA, ROBERT N<br>107 WINDWARD DR<br>PALM BEACH GARDENS, FL 33418-4012 |
| CREDITOR ID: 1780-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM MA 02027-0111 | CREDITOR ID: 2512-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM, MA 02027-0111 | CREDITOR ID: 2513-07<br>ROANOKE LANDING, LTD<br>C/O NEW PLAN EXCEL REALTY TRUS<br>1120 AVENUE OF THE AMERICAS 12<br>NEW  YORK NY 10036 |
| CREDITOR ID: 2496-07<br>ROARK, RANDY<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 1782-07<br>ROBERT G  HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 | CREDITOR ID: 2514-07<br>ROBERT G  HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 |
| CREDITOR ID: 1783-07<br>ROBERT H PALMER JR<br>PO BOX 3140<br>JOHNSON  CITY TN 37602 | CREDITOR ID: 1784-07<br>ROBERT N RIZIKA<br>107 WINDWARD DR<br>PALM  BEACH  GARDENS FL 33418-4012 | CREDITOR ID: 1785-07<br>ROBERTSDALE DEV LLC<br>P O BOX 81322<br>MOBILE AL 36689 |
| CREDITOR ID: 2517-07<br>ROBERTSDALE DEV LLC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1787-07<br>ROEBUCK VENTURES LTD<br>C/O JP PROPERTIES INC<br>135 PARKSIDE CLOSE<br>ALPHARETTA GA 30022 |
| CREDITOR ID: 2518-07<br>RONALD BENDERSON<br>8441 COOPER CREEK BLVD<br>UNIVERSITY  PARK FL 34201 | CREDITOR ID: 1789-07<br>RONALD BENDERSON 1995 TRUST<br>LEASE #54962 A/B4786<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 1788-07<br>RONALD BENDERSON 1995 TRUST<br>BRADENTON RIVER POST OFFICE<br>PO BOX 21199<br>BRADENTON FL 34204-1199 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2533-07<br>ROPER, SAMUEL C<br>1209 CHICHESTER ST<br>ORLANDO, FL 32803 | CREDITOR ID: 2520-07<br>RORELORY-LAPLACE, LLC<br>ATTN: ROBERT D. HESS<br>1916 BUTTERNUT AVENUE<br>METAIRIE LA 70001 | CREDITOR ID: 2521-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON, NC 27536-0108 |
| CREDITOR ID: 1790-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON NC 27536-0108 | CREDITOR ID: 1792-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH  BAY FL 33493 | CREDITOR ID: 2523-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 |
| CREDITOR ID: 1793-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH  BAY FL 33493 | CREDITOR ID: 2524-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | CREDITOR ID: 1794-07<br>ROYAL HOMES INC<br>PO BOX 12767<br>BIRMINGHAM, AL 35203-2767 |
| CREDITOR ID: 1795-07<br>ROYAL OAKS BRANDON PARTNERS<br>PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST. PETERSBURG, FL 33743 | CREDITOR ID: 1796-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE FL 33154-6612 | CREDITOR ID: 2525-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE, FL 33154-6612 |
| CREDITOR ID: 1797-07<br>ROYALS O K LUNCH INC<br>324 SW 16TH ST<br>BELLE  GLADE FL 33430-2824 | CREDITOR ID: 2526-07<br>ROYALS OK LUNCH INC<br>324 SW 16TH ST<br>BELLE GLADE, FL 33430-2824 | CREDITOR ID: 1754-07<br>RP BARREN RIVER LLC<br>PO BOX 643003<br>CINCINNATI, OH 45264-3003 |
| CREDITOR ID: 2527-07<br>RP BARREN RIVER, LLC<br>%USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 1798-07<br>RSSC LLC<br>31500 NORTHWESTERN HWY, STE 300<br>FARMINGTON HILLS, MI 48334-3113 | CREDITOR ID: 2661-07<br>RUBEN, WAYNE<br>570 DELAWARE AVENUE<br>BUFFALO, NY 14202 |
| CREDITOR ID: 1799-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE  PARK NJ 07662 | CREDITOR ID: 2528-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE  PARK, NJ 07662 | CREDITOR ID: 2529-07<br>RUSHMORE FRIENDSHIP L.L.C.<br>C/O RUSHMORE PROPERTIES, L.P.<br>414 NORTH ORLEANS SUITE 210<br>CHICAGO IL 60610 |
| CREDITOR ID: 1800-07<br>RUSHMORE FRIENDSHIP LLC<br>C/O SOUTHERN MGMT & DEVELOPMENT<br>PO BOX 11229<br>KNOXVILLE, TN 37919 | CREDITOR ID: 1801-07<br>RUTH GUEST HOUSE INC<br>BOULDER VENTURE SOUTH LLC<br>2226 SR 580<br>CLEARWATER, FL 33763 | CREDITOR ID: 1802-07<br>RUTH S SMITH SNODGRASS AIRES<br>308 RUNNING WINDS LANE<br>MAITLAND, FL 32751 |
| CREDITOR ID: 2329-07<br>RUTLAND, JAMES W. III<br>PO BOX 230758<br>MONTGOMERY AL 36123 | CREDITOR ID: 2330-07<br>RUTLAND, JAMES W. JR.<br>DALRAIDA PROPERTIES, INC.<br>PO BOX 230758<br>MONTGOMERY AL 36123-0758 | CREDITOR ID: 2530-07<br>S&C PROPERTIES<br>1100 SPRING STREET NW<br>BUILDING 550<br>ATLANTA, GA 30309 |

SERVICE LIST
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1803-07<br>S&C PROPERTIES<br>1100 SPRING ST NW, BLDG 550<br>ATLANTA GA 30309 | CREDITOR ID: 1804-07<br>SALEM CROSSING SHOPPING CENTER<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE<br>ATLANTA, GA 30328 | CREDITOR ID: 1805-07<br>SALEMO VILLAGE SHOPPING CENTER<br>C/O EQUITY ONE REALTY MGMT INC<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 |
| CREDITOR ID: 2531-07<br>SAM DEVELOPMENT ASSOC, LLC<br>% BRYANT ASSET MANAGEMENT<br>104 SMITH AVD<br>MOUNT KISCO NY 10549-2816 | CREDITOR ID: 1806-07<br>SAM DEVELOPMENT ASSOCIATES LLC<br>PO BOX 826107<br>PHILADELPHIA, PA 19182-6107 | CREDITOR ID: 1807-07<br>SAMUEL C ROPER<br>1209 CHICHESTER ST<br>ORLANDO FL 32803 |
| CREDITOR ID: 2534-07<br>SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS  ANGELES CA 90024 | CREDITOR ID: 2535-07<br>SAN ANGELO TX WD LP<br>C/O I. REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 | CREDITOR ID: 1810-07<br>SANDEFUR INVESTMENTS INC<br>806 EAST 25TH STREET<br>SANDFORD FL 32771 |
| CREDITOR ID: 2536-07<br>SANDEFUR INVESTMENTS INC<br>806 EAST 25TH STREET<br>SANDFORD, FL 32771 | CREDITOR ID: 1811-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE FL 32203 | CREDITOR ID: 2537-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 1812-07<br>SANDRA MACKEY<br>3590 CLOUDLAND DRIVE N W<br>ATLANTA GA 30327 | CREDITOR ID: 1813-07<br>SARRIA ENTERPRISES INC<br>ATTN:  FRANCISCO SARRIA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1814-07<br>SARRIA HOLDINGS II INC<br>4725 SOUTHWEST 8TH STREET<br>MIAMI FL 33134 |
| CREDITOR ID: 2539-07<br>SARRIA HOLDINGS II INC<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1815-07<br>SARRIA HOLDINGS INC<br>C/O FRANCISCO SARRIA<br>4725 SW 8TH ST<br>MIAMI, FL 33134 | CREDITOR ID: 1817-07<br>SAUFLEY FIELD PARTNERS LTD<br>C/O NEWTON OLDACRE MACDONALD<br>PO BOX 680176<br>PRATTVILLE, AL 36068 |
| CREDITOR ID: 1818-07<br>SAVITAR A/M/A SRA/AMERICAN LLC<br>SAVITAR AS AGENT FOR<br>SUITE 5A<br>2301 W SAMPLE RD BLDG 3<br>POMPANO  BEACH, FL 33073 | CREDITOR ID: 1819-07<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE OH 43537 | CREDITOR ID: 2540-07<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE, OH 43537 |
| CREDITOR ID: 1821-07<br>SCHILLECI MILLBROOK SC LLC<br>2233 HALCYON BLVD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 2541-07<br>SCHILLECI MILLBROOK SC,LLC<br>1700 EMORY FOLMAR BLVD.<br>MONTGOMERY AL 36110 | CREDITOR ID: 1822-07<br>SCHOOL ST CROSSING LP<br>C/O  THE MALTIACE COMPANY<br>PO BOX 13809<br>JACKSON, MS 39236-3809 |
| CREDITOR ID: 2621-07<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 1823-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES CA 90036 | CREDITOR ID: 2542-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES, CA 90036 |

SERVICE LIST
Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 1825-07
SCP WINTER GARDEN FL LLC
1300 POST OAK BLVD., STE 2000
HOUSTON, TX 77056

CREDITOR ID: 2544-07
SCRIBE RIVIERA JOINT VENTURE
6761 W INDIANTOWN RD, STE 29
JUPITER, FL 33458

CREDITOR ID: 1826-07
SCRIBE RIVIERA JV
6761 W INDIANTOWN RD STE 29
JUPITER FL 33458

CREDITOR ID: 1828-07
SEBRING SQUARE LTD
PO BOX 2162
PALM BEACH, FL 33480

CREDITOR ID: 2546-07
SEBRING SQUARE LTD.
P.O. BOX 2707
PALM  BEACH FL 33480

CREDITOR ID: 1829-07
SELIG ENTERPRISES INC
ATTN: ROBERT C RIDDLE
1100 SPRING STREET
SUITE 550
ATLANTA, GA 30309

CREDITOR ID: 2328-07
SELL, JAMES AND CAROLYN
449 FAIRRIDGE ROAD
JOHNSON CITY TN 37604

CREDITOR ID: 1479-07
SELL, JAMES AND CAROLYN
449 FAIRRIDGE ROAD
JOHNSON CITY TN 37604

CREDITOR ID: 252605-12
SELL, JAMES W & CAROLYN
449 FAIRRIDGE ROAD
JOHNSON CITY, TN 37604

CREDITOR ID: 2547-07
SELMA HWY 80 VENTURE 11
PO BOX 12767
BIRMINGHAM AL 35203-2767

CREDITOR ID: 2548-07
SELMA-DIX PROPERTIES CORP.
C/O JD PRICE
1172 PARK AVE
NEW  YORK NY 10128

CREDITOR ID: 2622-07
SEMBLER COMPANY, THE
PO BOX 41847
ST. PETERSBURG, FL 33743-1847

CREDITOR ID: 1830-07
SENDERO COMMERCIAL INVESTMENTS
C/O HUTCH HARPER
PO BOX 91228
SAN ANTONIO, TX 78209

CREDITOR ID: 2549-07
SES GROUP MIAMI SPRINGS, LTD
C/O ROBERT JONES, GENERAL PART
PO BOX 2474
NAPLES FL 34106

CREDITOR ID: 1114-07
SETZER, BENJAMIN ADAM AS TRUSTEE
OF THE FAYE ASHLEY SETZER TST
C/O LEONARD SETZER
903 UNIVERSITY BLVD N
JACKSONVILLE, FL 32211

CREDITOR ID: 1547-07
SETZER, LEONARD R
903 UNIVERSITY BLVD
JACKSONVILLE, FL 32211

CREDITOR ID: 383210-15
SEVEN SPRINGS PLAZA, LLC
C/O HARPER KYNES GELLER & BUFORD PA
ATTN CHARLES A BUFORD, ESQ
2560 GULF TO BAY BLVD, SUITE 300
CLEARWATER FL 33765

CREDITOR ID: 2550-07
SG PARTNERSHIP
PO BOX 704
MARKSVILLE LA 71351

CREDITOR ID: 1832-07
SHADES CREEK PARTNERS
C/O ENGEL REALTY
PO BOX 187
BIRMINGHAM, AL 35201-0187

CREDITOR ID: 1833-07
SHADRALL ASSOCIATES
AUBURNDALE PROPERTIES LLC
50 TICE BLVD
WOODCLIFF  LAKE NJ 07675

CREDITOR ID: 2697-07
SHADRALL ASSOCIATES
AUBURNDALE PROPERTIES LLC
50 TICE BLVD.
WOODCLIFF LAKE, NJ 07675

CREDITOR ID: 1834-07
SHANNON VILLAGE SHOPPING CENTER
PO BOX 676
LOUISBURG, NC 27549

CREDITOR ID: 2551-07
SHANNON VILLAGE SHOPPING CNTR, INC
%JOHN D. ROCK
114 CAROL CIRCLE PO BOX 676
LOUISBURG NC 27549

CREDITOR ID: 1836-07
SHERFFIELD ESTATES INC
PO BOX 952
MARTINSVILLE VA 24114-0952

CREDITOR ID: 2552-07
SHERFFIELD ESTATES INC
PO BOX 952
MARTINSVILLE, VA 24114-0952

CREDITOR ID: 1837-07
SHERI TRAGER WEISS
13853 THOMASVILLE CT
JACKSONVILLE FL 32223

CREDITOR ID: 1838-07
SHIELDS PLAZA
E&A SOUTHEAST LIMITED PARTNERSHIP
PO BOX 528
COLUMBIA, SC 29202

**SERVICE LIST**
Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1840-07<br>SHOPPES @ 104<br>PO BOX 534101<br>ATLANTA, GA 30353-4101 | CREDITOR ID: 2554-07<br>SHOPPES @ 104<br>C/O REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1841-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT  LAUDERDALE FL 33334 |
| CREDITOR ID: 2555-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT. LAUDERDALE, FL 33334 | CREDITOR ID: 1842-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 | CREDITOR ID: 2556-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 |
| CREDITOR ID: 1843-07<br>SHOPPES OF LIBERTY CIT LLC<br>C/O PLATINUM PROPERTY MGMT INC<br>1175 NE 125TH STREET SUITE 103<br>NORTH MIAMI, FL 33161 | CREDITOR ID: 2623-07<br>SHOPPING CENTER GROUP, THE<br>3101 TOWERCREEK PKWY, SUITE 20<br>ATLANTA GA 30339 | CREDITOR ID: 2557-07<br>SHOWPLACE COMMERCIAL PROPERTIES IN<br>% EF HUTTON REALTY CORP.<br>2000 S DIXIE HWY SUITE 100<br>MIAMI FL 33133 |
| CREDITOR ID: 1844-07<br>SIDNEY KOHL COMPANY<br>340 ROYAL POINIANNA WAY  #305<br>PALM  BEACH FL 33480 | CREDITOR ID: 2558-07<br>SIDNEY KOHL COMPANY<br>340 ROYAL POINIANNA WAY  #305<br>PALM BEACH, FL 33480 | CREDITOR ID: 2560-07<br>SIMON PROPERTY GROUP<br>ATTN:INDIANAPOLIS COMMUNITY CE<br>PO BOX 7033<br>INDIANAPOLIS IN 46207 |
| CREDITOR ID: 2128-07<br>SIMON, CHARLES<br>1800 NE 114TH STREET PH3<br>MIAMI FL 33181 | CREDITOR ID: 1193-07<br>SIMON, CHARLES, TRUSTEE<br>20801 BISCAYNE BLVD., SUITE 202<br>AVENTURA, FL 33180-1869 | CREDITOR ID: 1849-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN# 3086039<br>DALLAS, TX 75320-1341 |
| CREDITOR ID: 1848-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN #3086036<br>DALLAS TX 75320-1341 | CREDITOR ID: 1847-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>DALLAS TX 75320-1341 | CREDITOR ID: 1850-07<br>SIZELER COMPANIES<br>PO BOX 62073<br>NEW ORLEANS, LA 70162 |
| CREDITOR ID: 2561-07<br>SIZELER REAL ESTATE<br>2542 WILLIAMS BLVD.<br>KENNER LA 70062-5596 | CREDITOR ID: 2562-07<br>SIZLER COMPANIES<br>2542 WILLIAMS ROAD<br>KENNER LA 70062 | CREDITOR ID: 1851-07<br>SJS-WOODLAKE PLAZA LP<br>C/O BANK ATLANTIC<br>PO BOX 5512<br>FT. LAUDERDALE, FL 33319 |
| CREDITOR ID: 1852-07<br>SKINNERS OF JACKSONVILLE INC<br>2970 HARTLEY ROAD, SUITE 320<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 1853-07<br>SKS PROPERTIES LC<br>240 S PINEAPPLE AVE., STE 702<br>SARASOTA, FL 34236 | CREDITOR ID: 1854-07<br>SMALL PROPERTIES<br>PO BOX 10287<br>GREENVILLE, SC 29603-0287 |
| CREDITOR ID: 1855-07<br>SMITH BARNEY FBO WEINACKER'S<br>SHOPPING CTR LLC<br>#1211701<br>PO BOX 2926<br>MOBILE, AL 36652-9987 | CREDITOR ID: 1856-07<br>SNELLVILLE PLAZA LTD<br>C/O MESSRS ELIOT M ARNOVITZ<br>AND MICHAEL PLASKER<br>5025 WINTERS CHAPEL STE M<br>ATLANTA GA 30360 | CREDITOR ID: 2563-07<br>SNELLVILLE PLAZA LTD<br>5025 WINTERS CHAPEL,STE M<br>ATLANTA, GA 30360 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1857-07<br>SORMI INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004 | CREDITOR ID: 1858-07<br>SOUTH BROADWAY CORP<br>248 WELLS DR<br>FOREST CITY NC 28043 | CREDITOR ID: 2564-07<br>SOUTH BROADWAY CORPORATION<br>248 WELLS DR<br>FOREST CITY, NC 28043 |
| CREDITOR ID: 2565-07<br>SOUTH CONGAREE W-D PARTNERSHIP<br>P.O DRAWER 10287<br>C/O AVTEX COMMERCIAL PROPERTIE<br>GREENVILLE SC 29603 | CREDITOR ID: 2566-07<br>SOUTH MONROE COMMONS<br>1629 K STREET<br>NW SUITE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1859-07<br>SOUTH MONROE COMMONS LLC<br>PO BOX 75426<br>BALTIMORE, MD 21275-5426 |
| CREDITOR ID: 1860-07<br>SOUTH PLAZA  ASSOCIATES LLC<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 2567-07<br>SOUTH PLAZA ASSOCIATES, LLC<br>% PERRINE & WHEELER REAL ESTAT<br>PO BOX 3247<br>APOLLO  BEACH FL 33572 | CREDITOR ID: 1861-07<br>SOUTH ROCKDALE SHOPPING CENTER<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PARKWAY BLDG<br>SUITE 101<br>ATLANTA, GA 30327-3052 |
| CREDITOR ID: 1862-07<br>SOUTH SQUARE MARKETPLACE<br>C/O EDENS AND AVANT FINANCING II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>2743 PERIMETER PARKWAY<br>BUILDING 100 SUITE 370<br>AUGUSTA, GA 30909 | CREDITOR ID: 1864-07<br>SOUTHBROOK PARTNERS LLC<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 |
| CREDITOR ID: 1865-07<br>SOUTHCHASE INVESTORS LLC<br>C/O TRAMMELL CROW COMPANY<br>PO BOX 933025<br>ATLANTA, GA 31193-3025 | CREDITOR ID: 2568-07<br>SOUTHEAST PARTNERS<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 1866-07<br>SOUTHEAST US RETAIL FUND LP<br>C/O HURRICANE CREEK<br>PO BOX 7520<br>THE  WOODLANDS, TX 77387 |
| CREDITOR ID: 2569-07<br>SOUTHECHASE INVESTERS,LLC<br>C/O BERWIND PROPERTY GROUP, LT<br>770 TOWNSHIP LINE ROAD, SUITE<br>YARDLEY PA 19067 | CREDITOR ID: 1867-07<br>SOUTHERN BOULEVARD CORP<br>PO BOX 11000<br>MONTGOMERY AL 36191-0001 | CREDITOR ID: 2570-07<br>SOUTHERN BOULEVARD CORPORATION<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 |
| CREDITOR ID: 1868-07<br>SOUTHERN FARM BUREAU<br>P O BOX 78<br>JACKSON MS 39205 | CREDITOR ID: 2571-07<br>SOUTHERN FARM BUREAU<br>PO BOX 78<br>JACKSON, MS 39205 | CREDITOR ID: 1869-07<br>SOUTHERN FARM BUREAU LIFE INSURANCE<br>ATTN CASHIERS (SFB#122)<br>PO BOX 78<br>JACKSON, MS 39205 |
| CREDITOR ID: 1870-07<br>SOUTHERN PARTNERS<br>PO BOX 500<br>BRAYNDWINE ONE BUILDING<br>CHADDS  FORD PA 19317 | CREDITOR ID: 2572-07<br>SOUTHERN PARTNERS<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 1871-07<br>SOUTHERN STORES II LLC<br>BANK OF AMERICA<br>ATTN: PAMELA N<br>1004TH STREET SUITE 200<br>SAN RAFAEL, CA 94901 |
| CREDITOR ID: 2573-07<br>SOUTHERN STORES II LLC<br>C/O CHERYL STONE<br>PO BOX 953<br>BOLINAS CA 94924 | CREDITOR ID: 1873-07<br>SOUTHGATE PLAZA 93 LTD<br>PO BOX 712219<br>CINCINNATI, OH 45271-2219 | CREDITOR ID: 2574-07<br>SOUTHGATE PLAZA 93 LTD<br>C/O J. HERZOG & SONS INC.<br>1720 S. BELLAIRE ST. STE 1209<br>DENVER CO 80222 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 2575-07
SOUTHGATE PLAZA ASSOCIATES
26 PARK PLACE WEST - 2ND FLOOR
MORRISTOWN NJ 07960

CREDITOR ID: 1874-07
SOUTHGATE PLAZA ASSOCIATES LLC
26 PARK PLACE W
2ND FLOOR
MORRISTOWN, NJ 07960

CREDITOR ID: 2576-07
SOUTHGATEREALTY,LLC
112 SHEFFIELD LOOP
SUITE D
HATTIESBURG MS 39402

CREDITOR ID: 2580-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO IL 60606

CREDITOR ID: 2579-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE 60
CHICAGO IL 60606

CREDITOR ID: 2578-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, 7TH FL
CHICAGO IL 60606

CREDITOR ID: 2577-07
SOUTHLAND INVESTORS L.P.
2 N.RIVERSIDE PLAZA, 7TH FL
CHICAGO IL 60606

CREDITOR ID: 1875-07
SOUTHMARK PROPERTIES LLC
C/O HELMS ROARK INC
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 2581-07
SOUTHMARK PROPERTIES, LLC
ATTN JAMES A. BRUNO
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

CREDITOR ID: 1876-07
SOUTHTRUST BANK
COMMERCIAL REAL ESTATE DEPT
PO BOX 2554
BIRMINGHAM, AL 35290-2554

CREDITOR ID: 1877-07
SOUTHVIEW SQUARE LLC
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 2582-07
SOUTHWAY INVESTORS
718 E. FREDERICK STREET
GAFFNEY SC 29340

CREDITOR ID: 1878-07
SPCP GROUP LLC
C/O LAUREATE CAPITAL LLC
PO BOX 890862
CHARLOTTE, NC 28289-0862

CREDITOR ID: 2584-07
SPECTRUM/WALKER CHAPEL
P O BOX 11045
MONTGOMERY AL 36111-0045

CREDITOR ID: 1881-07
SPILLER INVESTMENT INC
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 1882-07
SPISHORES LLC
ATTN SIZELER PROPERTIES DEPOSI
PO BOX 62799
NEW ORLEANS, LA 70162

CREDITOR ID: 2585-07
SPISHORES,LLC
C/O SIZELER REAL ESTATE MANG.
2542 WILLIAMS BLVD.
KENNER LA 70062-5596

CREDITOR ID: 2586-07
SPIWACHEE, INC.
WEEKI WACHEE VILLAGE
2542 WILLIMS BLVD.
KENNER LA 70062-5596

CREDITOR ID: 1884-07
SPRING PLAZA LP
C/O SIZELER REAL ESTATE MNG CO
2542 WILLIAMS BLVD
KENNER, LA 70062-1919

CREDITOR ID: 1886-07
SPRINGFIELD CROSSING LLC
C/O PAPPAS RETAIL LEASING & MGMT
PO BOX 48547
ST PETERSBURG, FL 33743-8547

CREDITOR ID: 1887-07
SPRINGHILL ASSOCIATES LLC
1 POSTON ROAD
SUITE 230
CHARLESTON, SC 29407

CREDITOR ID: 1888-07
SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER SC 29721

CREDITOR ID: 2587-07
SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER, SC 29721

CREDITOR ID: 2588-07
SPRINGS CORNER LLC
C/O BARRY WHISNANT
375 10TH AVENUE DR.
HICKORY NC 28601

CREDITOR ID: 1889-07
SPRINGS CORNERS LLC
926 2ND STREET NORTHEAST
HICKORY, NC 28601

CREDITOR ID: 1890-07
SR JLB JAB LLC
LOCKBOX# 065-004
PO BOX 028568
MIAMI, FL 33102-8568

CREDITOR ID: 1891-07
SR TCS LLC
LOCKBOX# 065-004
PO BOX 028568
MIAMI, FL 33102-8568

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1892-07<br>SRT ACQUISTION CORPORATION<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW YORK, NY 10018 | CREDITOR ID: 1894-07<br>ST CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 2592-07<br>ST JOHNS COMMONS OWNER CORP<br>HALLMARK PARTNERS, INC<br>8917 WESTERN WAY, SUITE 6<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 1895-07<br>ST JOHNS COMMONS OWNER CORP<br>LASALLE BANK NA<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO, IL 60603 | CREDITOR ID: 2591-07<br>ST JOHN'S INVESTORS LMTD PRTNRSHP<br>C/O ZIFF PROPERTIES INC<br>701 EAST BAY STREET<br>CHARLESTON SC 29403 | CREDITOR ID: 2590-07<br>ST. CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE, LA 71351 |
| CREDITOR ID: 1896-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT CLEAR AL 36564-0230 | CREDITOR ID: 2593-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT CLEAR, AL 36564-0230 | CREDITOR ID: 2381-07<br>STANISH, LISETTE AS TRUSTEE<br>1405 SW 107TH AVENUE, SUITE 301-B<br>MIAMI, FL 33174 |
| CREDITOR ID: 381439-47<br>STAR TOWING & RECOVERY LLC<br>ATTN JIMMY L QUINN, OWNER<br>PO BOX 550237<br>GASTONIA, NC 28055 | CREDITOR ID: 2594-07<br>STATE INSURANCE FUND<br>STATE OF ALABAMA P.O. BOX 1390<br>777 SOUTH LAWRENCE STREET<br>MONTGOMERY AL 36102-1390 | CREDITOR ID: 2332-07<br>STEIN, JAY D.<br>C/O SANDOR DEVELOPMENT CO.<br>2220 N. MERIDIAN ST.<br>INDIANAPOLIS IN 46208-5728 |
| CREDITOR ID: 2595-07<br>STERLING CAMDEN LIMITED PARTNERSHI<br>%STERLING CENTRECORP MGMT SERV<br>ONE NORTH CLEMATIS STREET, STE<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 2596-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT. LAUDERDALE, FL 33301 | CREDITOR ID: 1898-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT LAUDERDALE FL 33301 |
| CREDITOR ID: 1899-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD SC 29649 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD, SC 29649 | CREDITOR ID: 2129-07<br>STONE, CHERYL PRESIDENT<br>MARION'S HOPE,LLC<br>C/O 150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 |
| CREDITOR ID: 1900-07<br>STONEBRIDGE VILLAGE<br>C/O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ATLANTA, GA 30305 | CREDITOR ID: 2339-07<br>STREET, JUDY<br>301 IVANHOE DRIVE<br>JOHNSON CITY TN 37601 | CREDITOR ID: 2598-07<br>STRING ENTERPRISE, INC.<br>5353 SOUTEL DRIVE<br>JACKSONVILLE FL 32231-4110 |
| CREDITOR ID: 1901-07<br>STRUCTURED PRODUCT SERVICING<br>FIRST UNION WHOLESALE<br>LB ACCT13-00002<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1902-07<br>STW HOLDINGS LLC<br>1140 NE 163RD STREET, STE 28<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 1903-07<br>SUGARLAND SHOPPING CENTER<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DRIVE<br>SUITE 301<br>DEERFIELD BEACH, FL 33441 |
| CREDITOR ID: 399403-15<br>SULPHUR SPRINGS MARKETPLACE, LLC<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | CREDITOR ID: 2599-07<br>SULPHUR SPRINGS PROPERTIES LLC<br>C/O BARON CAPITAL PARTNERS,LLC<br>19227 SKYRIDGE CIRCLE<br>BOCA RATON FL 33498 | CREDITOR ID: 1905-07<br>SUMTER CROSSING PROPERTIES INC<br>C/O CONCIRE CENTERS INC<br>411 COMMERCIAL COURT SUITE E<br>VENICE, FL 34292 |

SERVICE LIST
**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 1906-07
SUN LAKE PLAZA INC
PO BOX 320219
COCOA  BEACH, FL 32932-0219

CREDITOR ID: 2600-07
SUN LAKE PLAZA, INC.
ATTN: ROBERT KODSI
PO BOX 320219
COCOA  BEACH FL 32932-0219

CREDITOR ID: 2601-07
SUN LIFE ASSURANCE CO. OF CANADA
% CHILDRESS KLEIN PROPERTIES
301 S COLLEGE ST. SUITE 2800
CHARLOTTE NC 28202

CREDITOR ID: 1907-07
SUN WEST NC III PTN LIM
PTNSHPS ACCT A  ACCT# 18234155
C/O BANK ONE TEXAS NA
PO BOX 971281
DALLAS, TX 75397-1281

CREDITOR ID: 2602-07
SUN WEST NC III PTN LIM
ATTN: PROPERTY MANAGEMENT
17776 PRESTON ROAD, SUITE 100
DALLAS TX 75252

CREDITOR ID: 1908-07
SUNBURST PROPERTIES CORP
3191 PADARO LN
CARPINTERIA CA 93013

CREDITOR ID: 2603-07
SUNBURST PROPERTIES CORPORATION
3191 PADARO LANE
CARPINTERIA, CA 93013

CREDITOR ID: 2604-07
SUNCOAST PLAZA
C/O RMC PROPERTY GROUP
1733 W. FLETCHER AVENUE
TAMPA FL 33612

CREDITOR ID: 1909-07
SUNSET CENTRES LTD
C/O GULFSTREAM REALTY CORP
PO BOX 75260
BALTIMORE, MD 21275-5260

CREDITOR ID: 2605-07
SUNSET CENTRES LTD
%GULFSTREAM REALTY CORP
1629 K ST NW STE 501
WASHINGTON DC 20006

CREDITOR ID: 1910-07
SUNSET CENTRES LTD PARTNERSHIP
PO BOX 75377
BALTIMORE, MD 21275-5377

CREDITOR ID: 2606-07
SUNSET CENTRES LTD PARTNERSHIP
%GULFSTREAM REALTY CORP
1629 K ST NW STE 501
WASHINGTON DC 20006

CREDITOR ID: 1911-07
SUNSET STATION PARTNERS LLC
506 S DIXIE HWY
HALLANDALE FL 33009

CREDITOR ID: 2607-07
SUNSET STATION PARTNERS LLC
506 S DIXIE HWY
HALLANDALE, FL 33009

CREDITOR ID: 1912-07
SUNSET WEST SHOPPING PLAZA
INVESTMENT MANAGEMENT ASSOC
1575 SAN IGNACIO AVE STE 100
CORAL GABLES, FL 33146

CREDITOR ID: 1913-07
SUNWEST NC III PARTNERSHIPS
C/O BANK ONE TEXAS N A
ACCT# 1823415581
PO BOX 971281
DALLAS, TX 75397-1281

CREDITOR ID: 2608-07
SUSAN D. WILSON
MARKETPLACE OF DELRAY, LTD
3399 PGA BLVD. SUITE 450
PALM  BEACH  GARDENS FL 33410

CREDITOR ID: 2609-07
SUWANNEE LAWN & GARDEN, INC.
15290 US HIGHWAY 129
MC  ALPIN FL 32062

CREDITOR ID: 2610-07
SWANEE COUNTY MALL
PO BOX 2628
WILMINGTON NC 28402

CREDITOR ID: 1919-07
TALLADEGA COMMUNITY BUILDERS
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 2612-07
TALLAPOOSA HOLDINGS, LLC
ROBERT WOLF
4706 18TH AVENUE
BROOKLYN NY 11204

CREDITOR ID: 1920-07
TAPPEN PROPERTIES LP
1150 W 8TH STREET
SUITE 255
CINCINNATI, OH 45203

CREDITOR ID: 1619-07
TARBUTTON, HUGH M
KAOLIN PLAZA MGMT ACCT
PO BOX 269
SANDERSVILLE, GA 31082

CREDITOR ID: 1922-07
TATONE PROPERTIES FLA INC
C/O NEVIN THOMAS
C M L CORP
100 WALLACE AVE SUITE 111
SARASOTA FL 34237

CREDITOR ID: 1921-07
TATONE PROPERTIES FLA INC
C/O HERITAGE MGT CORP
PO BOX 2495
OCALA, FL 34478-2495

CREDITOR ID: 2613-07
TATONE PROPERTIES FLA INC
100 WALLACE AVE., SUITE 111
SARASOTA, FL 34237

CREDITOR ID: 1923-07
TAVARES ASSOC LTD
6700 NW BROKEN SOUND PKWY, STE 201
BOCA RATON, FL 33487

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1924-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES FL 34120 | CREDITOR ID: 2614-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES, FL 34120 | CREDITOR ID: 2611-07<br>T-B PARTNERSHIP<br>C/O O'BRIEN-KIERNAN INVESTMENT<br>1255 POST STREET  SUITE 950<br>SAN  FRANSICO CA 94109 |
| CREDITOR ID: 1925-07<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>LOUISVILLE, KY 40202 | CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY STE 217<br>STUART FL 34994 | CREDITOR ID: 2615-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY., STE 217<br>STUART, FL 34994 |
| CREDITOR ID: 1927-07<br>TERRA NOVA REALTY ASSOC FUND<br>PO BOX 862456<br>#2000002810953<br>ORLANDO , FL 32886-2489 | CREDITOR ID: 2210-07<br>TERRY, EDMUND<br>211 W ALEXANDER PALM ROAD<br>BOCA RATON FL 33432 | CREDITOR ID: 1928-07<br>THC LLC<br>C/O F&M REALTY<br>PO BOX 11148<br>MONTGOMERY, AL 36111 |
| CREDITOR ID: 2616-07<br>THE BENSON CAPITAL COMPANY<br>708 THIRD AVENUE 28TH FLOOR<br>NEW  YORK NY 10017 | CREDITOR ID: 2617-07<br>THE DOUGLAS GROUP<br>% JOHN A. PETRIE<br>3914 MIAMI RD., SUITE 312<br>CINCINNATI OH 45227 | CREDITOR ID: 2618-07<br>THE GROSSMAN COMPANIES, INC.<br>1266 FURNACE BROOK PARKWAY<br>QUINCY MA 02269-0110 |
| CREDITOR ID: 2619-07<br>THE MITCHELL CO<br>PO BOX 160306<br>MOBILE AL 36616-1306 | CREDITOR ID: 2620-07<br>THE REALTY ASSOC. FUND IV LP<br>C/O TERRANOVE CORP<br>801 ARTHUR GODFREY ROAD STE 600<br>MIAMI FL 33140 | CREDITOR ID: 1931-07<br>THE SCHREIBER CO BELLEVIEW ASS<br>235 ALPHA DRIVE<br>PITTSBURGH PA 15238 |
| CREDITOR ID: 1932-07<br>THE SEMBLER COMPANY<br>P O BOX 41847<br>ST  PETERSBURG FL 33743-1847 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 1933-07<br>TIFTON MALL INC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DR STE 400<br>ATLANTA, GA 30328 |
| CREDITOR ID: 2625-07<br>TIGER CROSSING W.D.<br>4200 NORTHSIDE PKWY,BLDG 10 ST<br>C/0 REDD REALTY SERVICES<br>ATLANTA GA 30327 | CREDITOR ID: 1916-07<br>TK HARRIS COMM RE SERVICE<br>3930 FULTON DR NW, STE 206<br>CANTON, OH 44718-3040 | CREDITOR ID: 1935-07<br>TL NGUYEN LLC<br>PO BOX 28758<br>BIRMINGHAM, AL 35228 |
| CREDITOR ID: 2627-07<br>TMW REAL ESTATE MGMT, INC.<br>TWO RAVINIA DRIVE, SUITE 400<br>ATLANTA GA 30346-2104 | CREDITOR ID: 1936-07<br>TOULOUSE VILLAGE ASSOCIATES<br>C/O THE TROTMAN COMPANY INC<br>ATTN GREG HUGHS<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 1937-07<br>TOWER ASSOCIATES LTD<br>537 MARKET STREET<br>SUITE 400<br>CHATTANOOGA, TN 37402 |
| CREDITOR ID: 2628-07<br>TOWER CENTER ASSOCIATES LTD<br>4415 FIFTH AVENUE<br>PITTSBURG PA 15213 | CREDITOR ID: 1938-07<br>TOWN & COUNTRY SHOPPING CENTER<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY<br>PO BOX 1929<br>EASLEY SC 29641-1929 |

SERVICE LIST
Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 1939-07
TOWN SQUARE DEVELOPMENT
29 PELZER AVE
WILLIAMSTON SC 29697-1023

CREDITOR ID: 2630-07
TOWN SQUARE DEVELOPMENT
29 PELZER AVE
WILLIAMSTON, SC 29697-1023

CREDITOR ID: 1940-07
TOWN'N COUNTRY REALTY
OF EASLEY - STORE 1223
PO BOX 1929
EASLEY, SC 29641-1929

CREDITOR ID: 2093-07
TRAGER, BRENT LANCE
12370 CACHET COURT
JACKSONVILLE FL 32223

CREDITOR ID: 1138-07
TRAGER, BRENT LANCE
12370 CACHET COURT
JACKSONVILLE FL 32223

CREDITOR ID: 1941-07
TRAIL PLAZA
C/O URBAN RETAIL PROPERTIES CO
706 KIRKWOOD MALL
BISMARK, ND 58504

CREDITOR ID: 2631-07
TRAMMELL CROW COMPANY
ATTN: LYNN-ANN BURR
1801 N MILITARY TRAIL STE. 150
BOCA  RATON FL 33431

CREDITOR ID: 1943-07
TRIANGLE IV LLLP
MARK PROPERTIES INC
26 PARK PLACE WEST 2ND FLOOR
MORRISTOWN, NJ 07960

CREDITOR ID: 1944-07
TRL PROPERTIES LLC
1608 CURRITUCK AVENUE
DUNN NC 28334

CREDITOR ID: 2632-07
TRL PROPERTIES LLC
1608 CURRITUCK AVENUE
DUNN, NC 28334

CREDITOR ID: 1945-07
TROY MARKETPLACE LLC
C/O SAMCO PROPERTIES INC
455 FAIRWAY DRIVE
SUITE 101
DEERFIELD  BEACH, FL 33441

CREDITOR ID: 1946-07
TRUSTEE OF TRUST B
C/O JANE C BOCKEL
10563 JAMES WREN WAY
FAIRFAX  VA 22030

CREDITOR ID: 1947-07
TRUSTEES OF TRUST A/C -1
C/O GRACE WILLIAMSON FLO115
FIRST UNION NATIONAL BANK
JACKSONVILLE, FL 32202

CREDITOR ID: 1948-07
TRUSTMARK NATIONAL BANK
JAMIL G NASSARA TRUSTEE
ACCT# 1004868947
PO BOX 291
JACKSON, MS 39205-0291

CREDITOR ID: 1917-07
TS MARGATE CO LTD
C/O SOUTHERN MGMT & DEV LTD
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 1949-07
TS PIERCE SC CO LTD
C/O KIMCO MANAGEMENT & DEV
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 2633-07
TS PIERCE SC CO. LTD
C/O SOUTHER MANAGEMENT & DEVEL
21301 OWERLINE ROAD, SUITE 312
BOCA  RATON FL 33433

CREDITOR ID: 2635-07
TSNY REALTY CORP. PORTFOLIO
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK RD. STE 100
NEW  HYDE  PARK NY 11042

CREDITOR ID: 2634-07
TSNY REALTY CORP. PORTFOLIO
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE
NEW  HYDE  PARK NY 11042

CREDITOR ID: 1950-07
TSO VOLUSIA LLC
C/O THE SIMPSON ORGANIZATION INC
1401 PEACHTREE ST NE   STE 40
ATLANTA GA 30309

CREDITOR ID: 2636-07
TSO VOLUSIA LLC
C/O THE SIMPSON ORGANIZATION INC
1401 PEACHTREE ST NE, SUITE 400
ATLANTA, GA 30309

CREDITOR ID: 1951-07
TUNICA VILLAGE PARTNERSHIP
C/O BARBARA KIZER
ACADIAN MANAGEMENT
PO BOX 1268
MADISONVILLE, LA 70447

CREDITOR ID: 2637-07
TURNEY-DURHAM PLAZA PARTNERSHIP
5277 STATE ROAD
PARMA OH 44134

CREDITOR ID: 1952-07
TWELTH STREET & WASHINGTON
ASSOCIATES LTD PARTNERSHIP
ATTN EVA SPERBER PORTER
8698 E SAN ALBERTO DR
SCOTTSDALE, AZ 85258-4306

CREDITOR ID: 1953-07
TYRONE GARDENS LLC
C/O ROFIN INDUSTRIES INC
100 RING ROAD WEST
GARDEN  CITY NY 11530

CREDITOR ID: 1954-07
U P SC LTD
C/O SOUTHERN MANAGEMENT & DEV
ATTN BILL NOVICK
401 CENTERPOINTE CIRCLE #1537
ALTAMONTE SPRINGS FL 32701

CREDITOR ID: 1955-07
ULLMANN COMPANY
ATTN:  STANLEY P CYPHERS
PO BOX 419410
KANSAS  CITY, MO 64141

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1956-07
UNITED COMMERCIAL MORTGAGE CORP.
C/O LAWRENCE KADISH
135 JERICHO TURNPIKE
OLD WESTBURY, NY 11568

CREDITOR ID: 1957-07
UNITED INVESTORS REALTY
TRUST SKIPPER PALMS
PO BOX 01-9170
MIAMI, FL 33101-9170

CREDITOR ID: 2638-07
UNITED INVESTORS REALTY TRUST
C/O EQUITY ONE (MGMT CO)
ATTN VICKY MORRIS
10213-C LAKE CARROLL WAY
TAMPA FL 33618

CREDITOR ID: 1958-07
UNIVERSITY CROSSING
C/O REED REALTY SERVICES
4200 NORTHSIDE PARKWAY
BLDG 10 STE 101
ATLANTA GA 30327

CREDITOR ID: 2639-07
UNIVERSITY CROSSING
C/O REED REALTY SERVICES
4200 NORTHSIDE PARKWAY
BUILDING 10 ST 101
ATLANTA, GA 30327

CREDITOR ID: 1959-07
UNIVERSITY TENANCY IN COMMON
C/O SAMUEL BUTTERS
2005 W CYPRESS CREEK RD, SUITE 202
FORT  LAUDERDALE, FL 33309

CREDITOR ID: 2640-07
URBAN AMERICA, L.P.
9500 KOGER BLVD., SUITE 222
ST  PETERSBURG FL 33702

CREDITOR ID: 2641-07
URBAN PROPERTIES I
C/O AUGUST URBANEK INVESTMENTS
4800 N FEDERAL HWY, STE 209A
BOCA  RATON FL 33431

CREDITOR ID: 2642-07
URBANAMERICA, L.P.
149 WEST PLAZA
STE 234
MIAMI FL 33147

CREDITOR ID: 2643-07
URBANEK INVESTMENTS
PO BOX 75986
ACCT #611032927
50 S LASALLE ST
CHICAGO IL 60675-5986

CREDITOR ID: 1960-07
US BANK TRUST NA CORP TRUST
REF DUVAL 94600200
PO BOX 70870
ST  PAUL, MN 55170-9705

CREDITOR ID: 1961-07
USPG PORTFOLIO TWO LLC
PO BOX 71-3260
COLUMBUS OH 43271-3260

CREDITOR ID: 1963-07
USRP I LLC SHOPPES OF KILDAIRE
5853 COLLECTION CENTER DRIVE
LOCKBOX# 5853 LEASE# 2010-001
CHICAGO, IL 60693

CREDITOR ID: 1964-07
VACHLIA INC
111 SECOND AVENUE NE, STE 702
ST PETERSBURG, FL 33701

CREDITOR ID: 2644-07
VALLEYDALE ASSOCIATES, LTD.
2117 SECOND AVE P O BOX 12767
BIRMINGHAM AL 35202-2767

CREDITOR ID: 1965-07
VALRICO SQUARE
C/O RETAIL ASSET MANAGEMENT
PO BOX 5666
CLEARWATER, FL 33758-5666

CREDITOR ID: 1967-07
VENTURES LLC
PO BOX 4452
ROCK  HILL SC 29732

CREDITOR ID: 2645-07
VENTURES LLC
PO BOX 4452
ROCK  HILL, SC 29732

CREDITOR ID: 2646-07
VERO PALM ESTATES, LTD.
D/B/A NORTHWOOD PLAZA
8302 LAUREL FAIR CIRCLE STE 100
TAMPA FL 33610

CREDITOR ID: 1968-07
VICTORIA SQUARE PARTNERS LLC
C/O ISRAM REALITY & MGMT INC
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 1969-07
VICTORY BERRYLAND LLC
VICTORY COMM REAL ESTATE INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 1970-07
VICTORY INVESTMENTS INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 2647-07
VICTORY INVESTMENTS INC
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

CREDITOR ID: 2649-07
VICTORY INVESTMENTS INC.
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 2648-07
VICTORY INVESTMENTS INC.
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

CREDITOR ID: 1971-07
VICTORY KENNER LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 1972-07
VIGOUROUX DEVELOPMENT LLC
C/O FOSHEE REALTY COMPANY, INC
51 TACON STREET STE B
MOBILE, AL 36607

**SERVICE LIST**

Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1973-07
VILLA RICA RETAIL PORPERTIES L
PO BOX 324
VILLA  RICA GA 30180

CREDITOR ID: 2650-07
VILLA RICA RETAIL PROPERTIES LP
PO BOX 324
VILLA  RICA, GA 30180

CREDITOR ID: 1974-07
VILLAGE MARKETPLACE OF
HAW RIVER INC
614 N MAIN ST
SALISBURY, NC 28144-1507

CREDITOR ID: 1975-07
VILLAGE PLAZA INC
C/O PO BOX 408
FITZGERALD GA 31750-0408

CREDITOR ID: 2651-07
VILLAGE PLAZA INC
PO BOX 408
FITZGERALD, GA 31750-0408

CREDITOR ID: 1976-07
VILLAGE ROYALE PROPERTIES LLC
C/O CB RICHARD ELLIS
6700 NORTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33309

CREDITOR ID: 2652-07
VIRGIL D. GREEN FAMILY TRUST
GREEN LAND TRUST
6296 OLD WATER OAK ROAD
TALLAHASSEE FL 32312

CREDITOR ID: 1977-07
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CENTRE PARKWAY
FINANCIAL PARK PLACE STE 300
LITTLE  ROCK AR 72211

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CTR PKWY,
LITTLE  ROCK, AR 72211

CREDITOR ID: 2654-07
W. D. OF VIRGINIA, INC.
P.O. BOX 578
JACKSONVILLE NC 28541-0578

CREDITOR ID: 2655-07
W. HALL DBA HIGH SPRINGS PLAZA INC
C/O CHARLES WAYNE PROPERTIES I
444 SEABREEZE BLVD STE 1000
DAYTONA  BEACH FL 32118

CREDITOR ID: 2690-07
WID SELMA RIC LLC
235 MOORE STREET
3RD FLOOR
HACKENSACK NJ 07601

CREDITOR ID: 1981-07
WACHOVIA SECURITIES
LOAN # 815114283
PO BOX 60253
CHARLOTTE, NC 28260-0253

CREDITOR ID: 1982-07
WALKER LA COMMERCIAL
PROPERTIES DEVELOPMENT CO LLC
5630 BANKERS AVENUE
BATON ROUGE, LA 70808-1693

CREDITOR ID: 2656-07
WALKER LA COMMERCIAL
PO BOX 1693
BATON  ROUGE LA 70821-1693

CREDITOR ID: 399300-15
WALKER, GEORGE C JR & WILLIAM M
3211 OLD FOREST ROAD
LYNCHBURG VA 24501

CREDITOR ID: 1983-07
WATCH OMEGA HOLDINGS LP
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD WEST
JACKSONVILLE, FL 32217

CREDITOR ID: 2657-07
WATCH OMEGA HOLDINGS, L.P.
C/O GMH CAPITAL PARTNERS
3733 UNIVERSITY BD,WEST STE 20
JACKSONVILLE FL 32217

CREDITOR ID: 1984-07
WATERS & ARMENIA PLAZA
ARTZIBUSHEV & CO
1525 W HILLSBOROUGH AVE
TAMPA, FL 33603-1200

CREDITOR ID: 1985-07
WATERS INC S C MGMT TRUST ACCT
PO BOX 34127
CHARLOTTE NC 28234

CREDITOR ID: 2658-07
WATERS INC S C MGMT TRUST ACCT
PO BOX 34127
CHARLOTTE, NC 28234

CREDITOR ID: 1986-07
WATKINS INVESTMENT
ULTRA ASSET ACCT #299-077470
PO BOX 14576
ST  LOUIS, MO 63178

CREDITOR ID: 2659-07
WATKINS INVESTMENTS
751 CHAMPAGNE ROAD
INCLAN  VILLAGE NV 89451

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, L.P.
751 CHAMPAGNE ROAD
INCLINE  VILLAGE NV 89451

CREDITOR ID: 1987-07
WAYNE RUBEN
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 1988-07
WAYNESVILLE SHOPPING
C/O RONALD L HOOKER
PO BOX 744
BLOOMINTON, IN 47402

CREDITOR ID: 2662-07
WAYNESVILLE SHOPPING CNTER, LLC
C/O RONALD L. HOOKER
435 OVERLOOK DR
MAGGIE  VALLEY NC 28751

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting
Extension of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1989-07<br>WBFV INC<br>C/O NEARI & ASSOCIATES<br>PO BOX 20983<br>WINSTON  SALEM, NC 27120-0983 | CREDITOR ID: 1990-07<br>WCL FIVE LLC<br>P O BOX 601698<br>CHARLOTTE NC 28260-1698 | CREDITOR ID: 2663-07<br>WCL FIVE LLC<br>PO BOX 601698<br>CHARLOTTE, NC 28260-1698 |
| CREDITOR ID: 1991-07<br>WD DEVELOPMENT LLC<br>C/O BARNETT PROPERTIES LLC<br>1775 GRAHAM AVENUE, SUITE 201<br>HENDERSON, NC 27536 | CREDITOR ID: 2664-07<br>WD GREEN COVE TRUST<br>ONE PARAGON DRIVE SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 2665-07<br>WD JACKSONVILLE TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 |
| CREDITOR ID: 1993-07<br>WD MARIANNA PORTFOLIO LP<br>C/O H& R ESTATE INVESTMENT TRU<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 1994-07<br>WD MILTON PORTFOLIO L P<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 2666-07<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I. REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 |
| CREDITOR ID: 1980-07<br>W-D SHELBY PARTNERSHIP<br>C/O WEISS<br>469 7TH AVENUE<br>SUITE 1300<br>NEW  YORK, NY 10018-7603 | CREDITOR ID: 2667-07<br>WD TAMPA TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 2668-07<br>WD WESTMINSTER SC LLC<br>C/O I REISS & SON<br>200 EAST 61ST STREET-STE 29F<br>NEW  YORK NY 10021 |
| CREDITOR ID: 2669-07<br>WD-EUNICE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8905 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 2670-07<br>WD-OAKDALE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8905 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 1995-07<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST  PALM  BEACH FL 33405-7388 |
| CREDITOR ID: 2671-07<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST PALM BEACH, FL 33405-7388 | CREDITOR ID: 1996-07<br>WEBB/LEXINGTON VENTURES #108<br>C/O THE WEBB COMPANIES<br>LEXINGTON FINANCIAL CENTER<br>SUITE 3000<br>LEXINGTON, KY 40507 | CREDITOR ID: 2672-07<br>WEBB/LEXINGTON VENTURES 108<br>300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507 |
| CREDITOR ID: 1997-07<br>WEBBER COMMERCIAL PROPERTIES L<br>C/O PROFESSIONAL REALTY CONSUL<br>2503 DEL PRADO BOULEVARD<br>CAPE CORAL, FL 33904 | CREDITOR ID: 2673-07<br>WEDDINGTON ASSOCIATES<br>C/O COLLETT & ASSOCIATES<br>P.O. BOX 36799<br>CHARLOTTE NC 28236-6799 | CREDITOR ID: 1998-07<br>WEEKI WACHEE VILLAGE SHOP CENTER<br>C/O SIZELER PROPERTY INVESTORS<br>DEPOSITORY ACCOUNT<br>PO BOX 62799<br>NEW ORLEANS, LA 70162 |
| CREDITOR ID: 1693-07<br>WEIGEL, PATRICIA OR MARSHALL<br>C/O ZEISLER & ZEISLER LLP<br>1100 THIRD ST<br>SAN RAFAEL, CA 94901-3019 | CREDITOR ID: 2674-07<br>WEINACKER SHOPPING CENTER LLC<br>SHOPPING CENTER LLC<br>PO BOX 2926<br>MOBILE AL 36652-9987 | CREDITOR ID: 1999-07<br>WEINGARTEN REALTY INVESTORS<br>ATTN: JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 |
| CREDITOR ID: 2675-07<br>WEINGARTEN REALTY INVESTORS<br>P.O. BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 2676-07<br>WEINGARTEN REALTY MANAGEMENT CO<br>PO BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 2553-07<br>WEISS, SHERI TRAGER<br>13853 THOMASVILLE CT<br>JACKSONVILLE, FL 32223 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 2000-07
WESLEY CHAPEL SC CO LTD
ATTN ACCOUNTING DEPT
1733 WEST FLETCHER AVENUE
TAMPA, FL 33612

CREDITOR ID: 2002-07
WEST NAPOLEON JOINT VENTURE
C/O MELTZER PROPERTIES LTD
4621 WEST NAPOLEON AVENUE
SUITE 210
METAIRIE, LA 70001

CREDITOR ID: 2003-07
WESTFORK PLAZA
C/O TERRANOVA CORPORATION
801 ARTHUR GODFREY ROAD
MIAMI BEACH, FL 33140

CREDITOR ID: 2004-07
WESTGATE LLC
ATTN: JAMES A CAIN
PO BOX 3242
TUSCALOOSA, AL 35403

CREDITOR ID: 2005-07
WESTLAND SHOPPING CENTER LP
C/O STIRLING PROPERTIES
PO BOX 11407
BIRMINGHAM, AL 35246-0787

CREDITOR ID: 2006-07
WESTON ROAD SHOPPING CENTER
470 BILTMORE WAY
CORAL GABLES, FL 33134

CREDITOR ID: 2677-07
WESTON ROAD SHOPPING CENTER, LLC
C/O GAME PROPERTIES
470 BILTMORE WAY STE 100
CORAL GABLES FL 33134

CREDITOR ID: 2007-07
WESTSIDE CITY INC
PO BOX 2567
GREENVILLE SC 29602-2567

CREDITOR ID: 2678-07
WESTSIDE CITY INC
PO BOX 2567
GREENVILLE, SC 29602-2567

CREDITOR ID: 2008-07
WESTWOOD SHOPPING CENTER
C/O MARRERO LAND
5201 WESTBANK EXPRESSWAY
MARRERO, LA 70072

CREDITOR ID: 2009-07
WIAB PROPERTIES LLC OPERATING
C/O FOSHEE REALTY COMPANY INC
51 TACON STREET SUITE B
MOBILE, AL 36607

CREDITOR ID: 2012-07
WIGGS REALTY CO
11012 AURORA HUDSON RD
STREETSBORO OH 44241-1629

CREDITOR ID: 2682-07
WIGGS REALTY CO
11012 AURORA HUDSON RD
STREETSBORO, OH 44241-1629

CREDITOR ID: 2683-07
WILLIAM H HALL
4928 ARAPAHOE AVE
JACKSONVILLE FL 32210

CREDITOR ID: 2014-07
WILLOWOOD PARTNERS LTD
1750 PEACHTREE RD N W
ATLANTA GA 30309-2335

CREDITOR ID: 2685-07
WILLOWOOD PARTNERS LTD
1750 PEACHTREE RD NW
ATLANTA, GA 30309-2335

CREDITOR ID: 2015-07
WINBROOK MANAGEMENT INC
MANAGING AGENT FOR FESTIVAL CE
370 SEVENTH AVENUE
NEW YORK, NY 10001

CREDITOR ID: 2016-07
WINDSOR PLACE
PO BOX 125
HONEA PATH SC 29654-0125

CREDITOR ID: 2686-07
WINDSOR PLACE
PO BOX 125
HONEA PATH, SC 29654-0125

CREDITOR ID: 2017-07
WINDSOR STATION LC
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 2018-07
WINDWARD PARTNERS IV LP
C/O COLDWELL BANKER CAINE REAL
PO BOX 2287
GREENVILLE, SC 29602

CREDITOR ID: 2020-07
WIREGRASS PLAZA LLC
C/O ARONOV REALTY MGMT INC
PO BOX 235021
MONTGOMERY, AL 36105-5021

CREDITOR ID: 2687-07
WIREGRASS PLAZA, LLC
P O BOX 235000
MONTGOMERY AL 36123-5000

CREDITOR ID: 2021-07
WOLFCHASE ASSOC LLC NORTH PALM
C/O STRATEGIC REALTY SERVICES
901 NORTHPOINT PARKWAY SUITE 2
WEST PALM BEACH, FL 33407

CREDITOR ID: 2688-07
WOLVERINE EQUITIES 2001C BN-I LP
ATTN: GREG L. ENGLAND
15601 DALLAS PARKWAY, SUITE 40
ADDISON TX 75001

CREDITOR ID: 2022-07
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

CREDITOR ID: 2689-07
WOODLAND HARTFORD ASSOCIATES, LLC
341 EAST 149TH STREET
BRONX NY 10451

**SERVICE LIST**
**Order Under 11 U.S.C. 365(d)(4) Granting**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property [D.I. 1070]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399630-15<br>WOODLAND VILLAGE PARTNERSHIP<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN STANLEY H MCGUFFIN, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211-1889 | CREDITOR ID: 2024-07<br>WRI/TEXLA LLC<br>ATTN: PROPERTY MGMT<br>PO BOX 924133<br>HOUSTON, TX 77292-4133 | CREDITOR ID: 265053-24<br>WRI/TEXLA LLC<br>ATTN: JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77002 |
| CREDITOR ID: 1979-07<br>WTH II LLC<br>C/O SPECTRUM REALTY ADVISORS<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 2025-07<br>XARLA REALTY LLC<br>C/O ALLEN RILEY CO INC<br>200 PARK AVE., SUITE 200<br>NEW YORK, NY 10166 | CREDITOR ID: 2026-07<br>YDB THREE LAKES LC<br>C/O ELYSEE INVESTMENT CO<br>601 W 182ND ST 1ST FL<br>NEW YORK, NY 10033 |
| CREDITOR ID: 1115-07<br>YORK, BENNETT V.<br>% YORK DEVELOPMENTS<br>112 SHEFFIELD LOOP, SUITE D<br>HATTIESBURG MS 39402 | CREDITOR ID: 1378-07<br>ZAMIAS, GEORGE D.<br>REF THE CROSSING CENTER<br>C/O PITTSBURGH NATIONAL BANK<br>PO BOX 641740<br>PITTSBURGH PA 15264-1740 | CREDITOR ID: 2259-07<br>ZAMIAS, GEORGE D.<br>C/O GDZ MANAGEMENT<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 |
| CREDITOR ID: 2691-07<br>ZIMMER DEVELOPMENT CO. OF S.C.L.P<br>C/O HERBERT J. ZIMMER<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 | CREDITOR ID: 2027-07<br>ZUPPARDO PROPERTIES LLC<br>C/O JOSEPH ZUPPARDO<br>3801 RIDGEWAY DRIVE<br>METAIRIE, LA 70002 | CREDITOR ID: 2028-07<br>ZUPPARDO REAL ESTATE CO<br>3801 RIDGEWAY DRIVE<br>METAIRIE LA 70002 |
| CREDITOR ID: 2692-07<br>ZUPPARDO REAL ESTATE CO<br>3801 RIDGEWAY DRIVE<br>METAIRIE, LA 70002 | CREDITOR ID: 2693-07<br>ZYDCCO INVESTMENT,LLC<br>159 PIERCE STREET<br>BIRMINGHAM MI 48009 | |

**Total:   1,364**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | )  Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | )  *Chapter 11* |
| | ) |
| Debtors. | )  Jointly Administered |

**ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING**
**EXTENSION OF TIME TO ASSUME OR REJECT**
**UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

These cases came before the Court for hearing on May 6, 2005, upon the

motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1] for

entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors an extension of the

time period to assume or reject unexpired nonresidential real property leases (the

"Unexpired Leases") (the "Motion"). The Court has reviewed the Motion, considered the

evidence and heard the argument of counsel. After due deliberation and finding proper

notice has been given, the Court determines that good cause exists to grant the relief and

that granting the relief is in the best interest of these estates and creditors. Accordingly, it

is

ORDERED AND ADJUDGED THAT:

1.   The Motion is GRANTED.

2.   The period within which the Debtors must move to assume or

reject the Unexpired Leases is extended through and including September 19, 2005.

---

[1]   All capitalized terms not otherwise defined shall have the meaning ascribed to
them in the Motion.

3.    To the extent the Debtors intend to reject an Unexpired Lease, the Debtors shall provide the lessor under such lease with at least ten days notice of such intent.

4.    The Debtors will comply with the mandates of section 365 of the Bankruptcy Code as such Code section is interpreted by this Court, including the honoring of postpetition rental obligations arising under the Unexpired Leases (the "Postpetition Rental Obligations").  To the extent that the Debtors fail to honor a Postpetition Rental Obligation under an Unexpired Lease, the lessor under such lease shall provide (a) the Debtors (through Debtors' counsel via facsimile and overnight mail delivery at the following address: Adam S. Ravin, Esq. Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036; facsimile: 917-777-3389) and (b) the Creditors' Committee (through the Creditors' Committee's counsel via facsimile and overnight mail delivery at the following address: Dennis F. Dunne, Esq. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005; facsimile: 212-530-5219) with a written notice setting forth the specific Postpetition Rental Obligation(s) that the Debtors have allegedly failed to honor.  If, within five (5) business days of the Debtors' receipt of such notice, the Debtors and the lessor fail to resolve the issues raised by the lessor in the notice, the Debtors agree that the lessor shall be permitted to file a motion seeking to compel the Debtors to honor such Postpetition Rental Obligations.  The Debtors have agreed that they shall not oppose a lessor's request that the Bankruptcy Court hear such a motion on an expedited basis, provided that (a) the procedures outlined in this Paragraph are followed, and (b) the proposed shortened notice period is not less than fifteen (15) days.

5.      The entry of this Order is without prejudice to the right of any lessor under an Unexpired Lease to request from this Court, upon reasonable notice to the Debtors and all other necessary parties-in-interest, an order compelling the Debtors to assume or reject any Unexpired Lease by an earlier date, or the Debtors' right to oppose any such request.

6.      This Court's hearing of (a) the Objection to the Motion filed by Gardens Park Plaza (Docket No. 641) and (b) the Objection to the Motion filed by North Madison Associates, Ltd. (Docket No. 1007) is continued until the omnibus hearing scheduled for May 19, 2005 at 1:00 p.m., at which time the Court shall consider the issues raised in such Objections; provided however, that the consideration of such Objections and any relief granted to Gardens Park Plaza Ltd. and/or North Madison Associates, Ltd., shall be limited to such parties and shall in no way be deemed to alter the relief granted pursuant to this Order.  The time within which the Debtors must move to assume or reject the unexpired leases of nonresidential real property that are the subject of these two Objections is extended until and through such time as an order adjudicating the respective Objections is entered by the Bankruptcy Court or such Objections are withdrawn or otherwise resolved.

3

7.      The entry of this Order is without prejudice to the Debtors' right to

seek additional extensions of the period within which to assume or reject the Unexpired

Leases, and no Unexpired Lease shall be deemed rejected under 11 U.S.C. § 365(d)(4) if

the Debtors file a motion seeking a further extension of the time to assume or reject the

Unexpired Leases on or before September 19, 2005.


Dated this ___ day of May, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge


Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

4