UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION FOR RELIEF FROM STAY

The Court finds that the Motion for Relief From Stay by Ina Kessler filed by David M. Sessums on May 11, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Motion for Relief From Stay by Ina Kessler filed on May 11, 2005 is stricken from the record.

**DATED May 16, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
David M. Sessums, Attorney for Movant, 1110 Jackson St., P.O. Box 1237, Vicksburg, MS 39181-1237
D.J. Baker, Co-Counsel for Debtor, Four Times Square, New York, NY 10036-6522
Stephen D. Busey, Co-Counsel for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202