UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
MAY 1 6 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this ____\\____ of May, 2005, I served a copy of the foregoing **AMENDED RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION** by mailing copies via First Class United States mail in envelopes with sufficient postage attached and addressed to each such party in interest or their counsel as follows:

Adam Ravin                                          ATTORNEY FOR THE DEBTOR
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036


Cynthia C. Jackson                                  ATTORNEY FOR THE DEBTOR
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32201


United States Trustee                               UNITED STATES TRUSTEE
135 W. Central Blvd
Suite 620
Orlando, FL 32801


Dennis F. Dunne                                     UNSECURED CREDITORS' COMMITTEE
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005


John B. Macdonald                                   UNSECURED CREDITORS' COMMITTEE
Ackerman Senterfitt
50 North Laura Street

Suite 2500
Jacksonville, FL 32202

Logan & Co., Inc.                      CLAIMS & NOTICING AGENT
546 Valley Road
Upper Montclair, NJ 07043

Amy Pritchard Williams
North Carolina State Bar Number 19233

5