UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC. *et al.*,

      Debtors.

_____/

CONSOLIDATED CASE
NO.: 3:05-bk-03817-JAF
Chapter 11

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9002 and 9010(b) of the Federal Rules of Bankruptcy Procedure of the appearance of the undersigned counsel as local counsel for creditor, The Ohio Casualty Insurance Company, in the above-styled case. All notices given or required to be given creditors in these cases and all papers served or required to be served on creditors in these cases should be sent to the undersigned.

This 17th day of May, 2005.

                **HEDRICK DEWBERRY REGAN & DURANT PA**

                /s/ Jeffrey C. Regan
                Jeffrey C. Regan, Florida Bar No. 436550
                Hedrick Dewberry Regan & Durant, P.A.
                50 North Laura Street, Suite 1600
                Jacksonville, Florida 32202
                (904) 356-1300 [telephone]
                (904) 356-8050 [facsimile]
                jregan@hdrd-law.com
                tbomhard@hdrd-law.com
                **Counsel for Creditor The Ohio Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve via email, the foregoing and a notice of electronic filing as per the Master Service List as of May 12, 2005, Docket #1181, or via U.S. Mail.

By: /s/ Jeffrey C. Regan
Attorney