UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC.,

      Debtor.

_____/

CONSOLIDATED CASE
3:05-bk-03817-JAF
Chapter 11

## DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Michael Franks, of the law firm of Manier & Herod, hereby designate as local attorney for creditor the Ohio Casualty Insurance Company in the above-styled case:

    Jeffrey C. Regan, Florida Bar No. 436550
    Hedrick Dewberry Regan & Durant, P.A.
    50 North Laura Street, Suite 1600
    Jacksonville, Florida 32202
    (904) 356-1300 [telephone]
    (904) 356-8050 [facsimile]

This 17 day of May, 2005.

                By: /s/ Michael Franks
                       Michael Franks
                       MANIER & HEROD
                       One Nashville Place, Suite 2200
                       150 Fourth Avenue, N.
                       Nashville, TN 37219
                       (615) 742-9308 [telephone]
                       (615) 242-4203 [facsimile]

## CONSENT TO ACT

I, Jeffrey C. Regan, hereby consent to act as local counsel of record for creditor the Ohio Casualty Insurance Company in this cause pursuant to Rule 2090-1, L.B.R.

Dated May 17, 2005.

By: /s/ Jeffrey C. Regan
Jeffrey C. Regan, Florida Bar No. 436550
HEDRICK DEWBERRY REGAN & DURANT, P.A.
50 North Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 356-1300 [telephone]
(904) 356-8050 [facsimile]
**Counsel for Creditor The Ohio Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve via email, the foregoing and a notice of electronic filing as per the Master Service List as of May 12, 2005, Docket #1181, or via U.S. Mail.

By: /s/ Jeffrey C. Regan
Attorney