UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
MAY 1 6 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                      )
                                            )   Jointly Administered Under
WINN-DIXIE STORES, INC., et al.             )   Case No. 05-03817-3F1
                                            )   Chapter 11
        Debtor.                             )
                                            )

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Hershey Foods Corporation in the above-captioned action.

Respectfully submitted,

KLEHR, HARRISON, HARVEY,
  BRANZBURG & ELLERS LLP

By: _____
Carolyn Hochstadter Dicker (NY #CD3987)
260 South Broad Street, 4th Floor
Philadelphia, PA 19102
Telephone: 215-568-6060

PHIL1 623841-1