# EXHIBIT A
# SERVICE LIST

## (J through R)

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| CREDITOR ID: 293634-39 | CREDITOR ID: 293635-39 | CREDITOR ID: 293636-39 |
|---|---|---|
| JAMES E BOYD | JAMES E BRADY | JAMES E BRANNAN |
| 97 KRISTY LN | 3302 N FLORIDA AVENUE APT 213 | 210 DUKE |
| BOAZ AL 35956 | TAMPA FL 33603 | FRESNO CA 93726 |
| | | |
| CREDITOR ID: 293637-39 | CREDITOR ID: 293638-39 | CREDITOR ID: 293639-39 |
| JAMES E BROWN JR & ESTHER E | JAMES E BUCKHOLZ | JAMES E BURKE & CAROL D |
| BROWN JT TEN | 2135 OLD RINGGOLD ROAD | BURKE JT TEN |
| 115 RAMONA CIR | CHATTANOOGA TN 37404 | 1502 WATER OAK WAY S |
| PALM  HARBOR FL 34683 | | BRADENTON FL 34209 |
| | | |
| CREDITOR ID: 293640-39 | CREDITOR ID: 293641-39 | CREDITOR ID: 293642-39 |
| JAMES E BURKETT JR | JAMES E BUSBY | JAMES E CAMPBELL |
| 309 E NORTH 5TH ST | 412 PONCE DE LEON DR | 196 CEDAR SHOALS CHURCH RD |
| SENECA SC 29678 | ANDERSON SC 29621 | ENOREE SC 29335 |
| | | |
| CREDITOR ID: 293643-39 | CREDITOR ID: 293644-39 | CREDITOR ID: 293646-39 |
| JAMES E CLEMENT & GAYLE LEE | JAMES E COBB & VIRGINIA W | JAMES E COBB CUST FOR |
| CLEMENT JT TEN | COBB JT TEN | LAURENCE W COBB |
| PO BOX 405 | 4165 ROMA BLVD | U/T/FL/G/T/M/A |
| SORRENTO FL 32776 | JACKSONVILLE FL 32210 | 4632 MONUMENT POINT DR |
| | | JACKSONVILLE FL 32225 |
| | | |
| CREDITOR ID: 293645-39 | CREDITOR ID: 293647-39 | CREDITOR ID: 293648-39 |
| JAMES E COBB CUST FOR | JAMES E COBB CUST FOR LINDA | JAMES E CRAVEN JR |
| JEFFREY W COBB | GAYLE COBB U/T/FL/G/T/M/A | 2207 BIRCH DR |
| U/T/FL/G/T/M/A | 4192 CHURCHWELL RD | CLARKSVILLE IN 47129 |
| 4165 ROMA BLVD | JACKSONVILLE FL 32210 | |
| JACKSONVILLE FL 32210 | | |
| | | |
| CREDITOR ID: 293649-39 | CREDITOR ID: 293650-39 | CREDITOR ID: 293651-39 |
| JAMES E CRAVEN JR & MARCIA A | JAMES E CROWE | JAMES E CVIK |
| CRAVEN JT TEN | 948 HONEYSUCKLE RD | 100 HAILSHAM PL |
| 2207 BIRCH DR | MARYVILLE TN 37801 | YORKTOWN VA 23692 |
| CLARKSVILLE IN 47129 | | |
| | | |
| CREDITOR ID: 293652-39 | CREDITOR ID: 293653-39 | CREDITOR ID: 293654-39 |
| JAMES E DEATON JR | JAMES E FAISON & THERESA C | JAMES E FLETCHER |
| 203 FIELDCREST DR | FAISON JT TEN | 10 TARTAN RIDGE RD |
| ANDERSON SC 29625 | 1107 N JOHN ST | BURR  RIDGE IL 60527 |
| | GOLDSBORO NC 27530 | |
| | | |
| CREDITOR ID: 293655-39 | CREDITOR ID: 293656-39 | CREDITOR ID: 293657-39 |
| JAMES E FRANKS | JAMES E FRAWLEY | JAMES E GARRETSON |
| 1051 CHEROKEE RD | 7041 SW 15TH ST | 926 COOLSPRING RD |
| SAINT  LANDRY LA 71367 | PEMBROKE  PNES FL 33023-2021 | SANFORD NC 27330 |
| | | |
| CREDITOR ID: 293658-39 | CREDITOR ID: 293659-39 | CREDITOR ID: 293660-39 |
| JAMES E GERACE CUST JENNIFER | JAMES E GERICH | JAMES E HALE & SARAH R HALE |
| E GERACE UNIF TRANS MIN ACT | 7462 GARY RD | JT TEN |
| LA | FORT  MYERS FL 33912 | 4501 6TH AVE WYLAM |
| 1004 OAKLAND DR | | BIRMINGHAM AL 35224 |
| PEARL  RIVER LA 70452 | | |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 293661-39<br>JAMES E HARDEE JR<br>2092 NE CHERRY LAKE CIRCLE<br>MADISON FL 32340 | CREDITOR ID: 293662-39<br>JAMES E HARRIS<br>28853 TRIGG RD<br>HILLIARD FL 32046 | CREDITOR ID: 293663-39<br>JAMES E HARTFIELD JR<br>802 E MARKET ST<br>NEW ALBANY IN 47150 |
| CREDITOR ID: 293664-39<br>JAMES E HENDRY<br>71224 HENDRY AVE<br>COVINGTON LA 70433 | CREDITOR ID: 293665-39<br>JAMES E HESS<br>3604 ELINBURG CT<br>BUFORD GA 30519 | CREDITOR ID: 293666-39<br>JAMES E HORNE<br>911 KENDALLWOOD CHURCH RD<br>MOULTRIE GA 31768 |
| CREDITOR ID: 293667-39<br>JAMES E HUGHES<br>484 CENTER POINT RD<br>SYLACAUGA AL 35151 | CREDITOR ID: 293668-39<br>JAMES E HUTCHINS<br>PO BOX 71<br>BETHEL ME 04217 | CREDITOR ID: 293669-39<br>JAMES E IVEY<br>600 AVONDALE RD<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 293670-39<br>JAMES E JACOBS JR<br>262 MISSOURI AVE<br>FRANKFORT KY 40601 | CREDITOR ID: 293671-39<br>JAMES E JONES<br>1300 NORTH QUINTANA ST<br>ARLINGTON VA 22205 | CREDITOR ID: 293672-39<br>JAMES E KING<br>2318 ELM ST<br>BILLINGS MT 59101 |
| CREDITOR ID: 293673-39<br>JAMES E KRAMER<br>36-38 219TH STREET<br>BAYSIDE NY 11361 | CREDITOR ID: 293674-39<br>JAMES E LEAK<br>1507 KENNON RD<br>GARNER NC 27529 | CREDITOR ID: 293675-39<br>JAMES E MAIGE JR<br>8350 TRAM RD<br>TALLAHASSEE FL 32311 |
| CREDITOR ID: 293676-39<br>JAMES E MALONEY & CAROLYN F<br>MALONEY JT TEN<br>2326 MANGO TREE DR<br>EDGEWATER FL 32141 | CREDITOR ID: 293677-39<br>JAMES E MARCHAND JR<br>220 PATRICIA AVE<br>COTTONPORT LA 71327 | CREDITOR ID: 293678-39<br>JAMES E MASTERS<br>100 HUNTINGTON DR<br>GAFFNEY SC 29340 |
| CREDITOR ID: 293679-39<br>JAMES E MASTERS & PEARLIE L<br>MASTERS JT TEN<br>2903 CLINTON AVE<br>FORT WORTH TX 76106 | CREDITOR ID: 293680-39<br>JAMES E MC CRORY & VELMA P<br>MC CRORY TRUSTEES U-A DTD<br>01-11-99 JAMES E MC CRORY &<br>VELMA P MC CRORY REVOCABLE LIV TR<br>508 N HIGHLAND ST<br>MEMPHIS TN 38122 | CREDITOR ID: 293681-39<br>JAMES E MCCAULEY<br>138 VILLAGE OAK DR<br>SALSBURY MD 21804 |
| CREDITOR ID: 293682-39<br>JAMES E MITCHELL<br>7860 GROVE CT W APT 104<br>GERMANTOWN TN 38138 | CREDITOR ID: 293683-39<br>JAMES E RESTIVO<br>5016 LANTANA ROAD #1209<br>LAKE WORTH FL 33463 | CREDITOR ID: 293684-39<br>JAMES E RUFFNER & ELIZABETH<br>M RUFFNER TEN ENT<br>BOX 263<br>MADERA PA 16661 |
| CREDITOR ID: 293685-39<br>JAMES E SELLS & BARBARA G<br>SELLS JT TEN<br>1424 BOUGAINVILLEA AVE<br>TAMPA FL 33610 | CREDITOR ID: 293687-39<br>JAMES E SMITH<br>785 BEREA CHURCH RD<br>FOUR OAKS NC 27524 | CREDITOR ID: 293686-39<br>JAMES E SMITH<br>711 SURREY LN<br>PIEDMONT SC 29673 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                      CASE:  05-03817-3F1

CREDITOR ID: 293688-39
JAMES E STAMPS JR
3382 MARIA AVE
CALLAHAN FL 32011

CREDITOR ID: 293689-39
JAMES E STAMPS JR & HARRIET
A STAMPS JT TEN
3382 MARIA AVE
CALLAHAN FL 32011

CREDITOR ID: 293690-39
JAMES E THOMAS
7150 MADISON ST
MERRIVILLE IN 46410

CREDITOR ID: 293691-39
JAMES E THOMASON
18 ENDEL ST
GREENVILLE SC 29611

CREDITOR ID: 293694-39
JAMES E WADE
BOX 891
BELLE  GLADE FL 33430

CREDITOR ID: 293695-39
JAMES E WATSON
1047 TERESA DR
LAKE  PARK GA 31636

CREDITOR ID: 293696-39
JAMES E WELLS JR
13622 MEADOW VISTA CT
LOUISVILLE KY 40299

CREDITOR ID: 293697-39
JAMES E WESTBAY
4516 DEEPWOOD DR
LOUISVILLE KY 40241

CREDITOR ID: 293698-39
JAMES E WESTBROOK
ONE E BROADWAY 6M
LONG  BEACH NY 11561

CREDITOR ID: 293699-39
JAMES E WHITE JR CUST FOR
KRISTIN BLAIR WHITE UND UNIF
GIFT MIN ACT NC
19083 NORWOOD ST
OCEAN  ISLE  BEACH NC 28468

CREDITOR ID: 293700-39
JAMES E WIECJOREK
122 FONTAINE DR
TAVERNIER FL 33070

CREDITOR ID: 293701-39
JAMES E WILLIAMS
1410 S HUDSON ST
MADISON FL 32340

CREDITOR ID: 293702-39
JAMES E WILSON
3017 MISSOURI AVENUE
LAS  CRUCES NM 88011

CREDITOR ID: 293703-39
JAMES E WORKMAN JR
PO BOX 1701
BYRO GA 31008

CREDITOR ID: 293704-39
JAMES EARL MASTERS
2903 CLINTON AVE
FORT  WORTH TX 76106

CREDITOR ID: 293706-39
JAMES EDWARD ALLEN
63 BYRDTOWN RD
BENSON NC 27504

CREDITOR ID: 293707-39
JAMES EDWARD BROWN
210 IDLE HOUR DR
LEXINGTON KY 40502

CREDITOR ID: 293708-39
JAMES EDWARD NEWSOME
4805 SOUTH FONTANELLE ST
SEATTLE WA 98118

CREDITOR ID: 293709-39
JAMES EDWARD NEWSOME & BUIRL
NEWSOME JT TEN
4805 SOUTH FONTANELLE ST
SEATTLE WA 98118

CREDITOR ID: 293710-39
JAMES EDWARD PAYNE
115 WALKER AVE
HUEYTOWN AL 35023

CREDITOR ID: 293711-39
JAMES EDWARD RAINEY
P O BOX 591
FOUNTAIN  INN SC 29644

CREDITOR ID: 293713-39
JAMES EDWARD STEPHENS
649 LOVVORY FARM RD
CARROLLTON GA 30117

CREDITOR ID: 293714-39
JAMES EDWARD SWINEHART JR
PERSONAL REPRESENTATIVE OF
THE ESTATE OF JAMES E
SWINEHART SR
700 MEASE PLAZA 220
DUNEDIN FL 34698

CREDITOR ID: 293715-39
JAMES EDWIN RICHEY & MARVIS
L RICHEY JT TEN
2050 STATE ST
GREENSBORO AL 36744

CREDITOR ID: 293716-39
JAMES ELI ELLIS
2051 OLD ALBANY RD
MOULTRIE GA 31768

CREDITOR ID: 293717-39
JAMES ERNEST SMITH & ROBERTA
R SMITH JT TEN
4341 FLAX COURT
PALM  BEACH  GARDENS FL 33410

CREDITOR ID: 293718-39
JAMES F ANDERSON
2768 PARKSIDE DR
DONALSONVILLE GA 31745

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 293719-39
JAMES F BEASLEY TTEE U-A DTD
08-09-96|JAMES FENNELL
BEASLEY REVOCABLE TRUST
208 ORANGE DR
ELON  COLLEGE NC 27244

CREDITOR ID: 293720-39
JAMES F BLACKBURN
PO BOX 928
ZEPHYRHILLS FL 33539

CREDITOR ID: 293721-39
JAMES F BOURGEOIS
PO BOX 1516
HOUMA LA 70361

CREDITOR ID: 293722-39
JAMES F BRISSON
10733 WHITTERSHAM DR
CHARLOTTE NC 28262

CREDITOR ID: 293723-39
JAMES F BROCK & MARY H BROCK
JT TEN
RT 29 BX 2593
LAKE  CITY FL 32024

CREDITOR ID: 293724-39
JAMES F CAMPBELL & FRANCES G
CAMPBELL JT TEN
203 PEACHTREE ST
ANDERSON SC 29621

CREDITOR ID: 293725-39
JAMES F CHRISTMAS JR
1306 HIDDEN CREEK CT
WINTER  HAVEN FL 33880

CREDITOR ID: 293726-39
JAMES F CLONTZ JR & ILA A
CLONTZ JT TEN
2814 MIDSUMMER DRIVE
WINDERMERE FL 34786

CREDITOR ID: 293727-39
JAMES F CURTIS JR
7 BARON DR
JEWETT  CITY CT 06351

CREDITOR ID: 293728-39
JAMES F GAUSE
2480 MOUNT ZION RD
LITTLE  RIVER SC 29566

CREDITOR ID: 293729-39
JAMES F GILL & COLLEEN W
GILL JT TEN
5805 WALLACE AVE
CHARLOTTE NC 28212

CREDITOR ID: 293730-39
JAMES F GILLIS
PO BOX 654
SHADY  GROVE FL 32357

CREDITOR ID: 293731-39
JAMES F HEATH JR
3661 WEAVER RD
WILSON NC 27893

CREDITOR ID: 293732-39
JAMES F HOWARD JR
2811 AUGUSTA RD
GREENVILLE SC 29605

CREDITOR ID: 293733-39
JAMES F HUNGER & SHED H
HUNGER JR JT TEN
PO BOX 326
WINONA MS 38967

CREDITOR ID: 293734-39
JAMES F J TODESCO & PAMELA
ANN TODESCO TEN COM
3008 KANSAS AVE
KENNER LA 70065

CREDITOR ID: 293735-39
JAMES F MARTEN & MARIE L
MARTEN JT TEN
8411 BLAKISTON LN
ALEXANDRIA VA 22308

CREDITOR ID: 293736-39
JAMES F MCDONALD & TRUDY E
MCDONALD JT TEN
6332 SHADOWLAKE CT
MOBILE AL 36693

CREDITOR ID: 293737-39
JAMES F MCNAIR & BARBARA G
KURTH & WANDA JOHNS &
THERESA PALMER JT TEN
2108 OLD NEW YORK AVENUE
DELAND FL 32720

CREDITOR ID: 293738-39
JAMES F PATTERSON JR
PO BOX 14471
RALEIGH NC 27620

CREDITOR ID: 293739-39
JAMES F PATTERSON JR & WANDA
E PATTERSON JT TEN
1400 SAVANNAH DR
RALEIGH NC 27610

CREDITOR ID: 293740-39
JAMES F PIERCE
3312 QUAKER SPRING CT
AUGUSTA GA 30907

CREDITOR ID: 293741-39
JAMES F SCHURMAN
150 KEY PALM RD
BOCA  RATON FL 33432

CREDITOR ID: 293742-39
JAMES F SCHURMAN CUST JAMES
F SCHURMAN JR U/T/F/U/T/M/A
1580 SW 9TH ST
DEERFIELD FL 33441

CREDITOR ID: 293743-39
JAMES F WITTFELDT
2213 SALEM DR
COCOA FL 32926

CREDITOR ID: 293744-39
JAMES FITZGERALD
2211 WAMSETTA DR
ARLINGTON TX 76018

CREDITOR ID: 293745-39
JAMES FLEMING
12407 N 50TH ST APT 724
TAMPA FL 33617

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 293746-39<br>JAMES FORD RISLEY<br>848 BAYBERRY DR<br>STATE  COLLEGE PA 16801 | CREDITOR ID: 293747-39<br>JAMES FRANIUK<br>2970 NW 68TH AVE<br>MARGATE FL 33063 | CREDITOR ID: 293748-39<br>JAMES FRANKLIN WIKE<br>208 GURLEY ST<br>KANNAPOLIS NC 28081 |
| CREDITOR ID: 293749-39<br>JAMES FRED HOVATER<br>1810 6TH STREET S APT 10<br>BIRMINGHAM AL 35205 | CREDITOR ID: 293750-39<br>JAMES FUGETTE & LETHA<br>FUGETTE JT TEN<br>202 HABERSHAM CT<br>LEXINGTON KY 40517 | CREDITOR ID: 293751-39<br>JAMES G ACHTERHOF & GRACE O<br>ACHTERHOF JT TEN<br>2859 PARKSIDE DRIVE<br>JENISON MI 49428 |
| CREDITOR ID: 293752-39<br>JAMES G BALDWIN<br>4354 MCGIRTS BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 293753-39<br>JAMES G BEDINGFIELD & MARY F<br>BEDINGFIELD JT TEN<br>256 FLAMINGO ST<br>LAKE  PLACID FL 33852 | CREDITOR ID: 293754-39<br>JAMES G BENDER & BARBARA<br>BENDER JT TEN<br>7625 SPENCER RD<br>MEDINA OH 44256 |
| CREDITOR ID: 293755-39<br>JAMES G CENTORE<br>1260 MARSHALL CT<br>MERRITT  IS FL 32953 | CREDITOR ID: 293756-39<br>JAMES G CHARBONEAU<br>PSC 557 BOX 65<br>FPO AP 96379 | CREDITOR ID: 293758-39<br>JAMES G COUCHMAN<br>10319 LYNNHAVEN RD<br>SPRING  HILL FL 34608 |
| CREDITOR ID: 293760-39<br>JAMES G FLAVELL<br>148 EAST POPLAR ST<br>PRATTVILLE AL 36066 | CREDITOR ID: 293761-39<br>JAMES G HALDES & KAY HALDES<br>JT TEN<br>2959 N MERRIMAC AVE<br>CHICAGO IL 60634 | CREDITOR ID: 293764-39<br>JAMES G KING<br>20 PARIS VIEW DRIVE<br>TAYLORS SC 29687 |
| CREDITOR ID: 293765-39<br>JAMES G SHERRARD<br>8566 PLAINFIELD ROAD<br>CINCINNATI OH 45236 | CREDITOR ID: 293766-39<br>JAMES G STEPHENSON<br>1004 ASKHAM DRIVE<br>CARY NC 27511 | CREDITOR ID: 293767-39<br>JAMES G WELLS & LINDA SUE<br>WELLS JT TEN<br>PO BOX 42<br>JEFFERSON  CITY MO 65102 |
| CREDITOR ID: 293768-39<br>JAMES G WELLS & MISS<br>PATRICIA L WELLS JT TEN<br>PO BOX 42<br>JEFFERSON  CITY MO 65102 | CREDITOR ID: 293769-39<br>JAMES GABRIEL RHODES<br>1041 HOBSON STREET<br>LONGWOOD FL 32750 | CREDITOR ID: 293770-39<br>JAMES GALATIS & KATHRYN<br>GALATIS JT TEN<br>521 S E 13TH CT<br>POMPANO  BEACH FL 33060 |
| CREDITOR ID: 293771-39<br>JAMES GARRISON & KIM<br>GARRISON JT TEN<br>2 PEBBLE CREEK WAY<br>TAYLORS SC 29687 | CREDITOR ID: 293772-39<br>JAMES GARY HOLLIS<br>409 NORMAN CT<br>HAMPTON GA 30228 | CREDITOR ID: 293773-39<br>JAMES GILBERT ROCK<br>7849 N SUNNYMEADE DR<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 293774-39<br>JAMES GLOVER & BERNICE G<br>GLOVER JT TEN<br>4058 CLOVIS DR<br>MONTGOMERY AL 36105 | CREDITOR ID: 293775-39<br>JAMES GORDON LEE<br>618 E BIANCA CIR<br>SAINT  AUGUSTINE FL 32086 | CREDITOR ID: 293776-39<br>JAMES GOSS<br>145 W FALL RIVER WY<br>SIMPSONVILLE SC 29680 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 293777-39<br>JAMES GRAY III<br>660 SWEETBRIAR AVE<br>OLDSMAR FL 34677 | CREDITOR ID: 293778-39<br>JAMES GREGORY MILLER<br>3446 AMICK RD<br>LENOIR NC 28645 | CREDITOR ID: 293779-39<br>JAMES GREGORY OSBORNE<br>4429 BALRAJ LN<br>KNOXVILLE TN 37921 |
| CREDITOR ID: 293780-39<br>JAMES GREGORY OSBORNE & LORI<br>E OSBORNE JT TEN<br>4429 BALRAJ LANE<br>KNOXVILLE TN 37921 | CREDITOR ID: 293781-39<br>JAMES H ALLEN<br>355 TOP TON RD<br>LONDON KY 40744 | CREDITOR ID: 293782-39<br>JAMES H ANDERSON JR<br>4990 FIAHERTY RD<br>VINE  GROVE KY 40175 |
| CREDITOR ID: 293783-39<br>JAMES H BAILEY<br>1145 EAGLE VIEW DR<br>KODAK TN 37764 | CREDITOR ID: 293784-39<br>JAMES H BAKER<br>5032 NICHOLS DR<br>FLOWERY  BR GA 30542 | CREDITOR ID: 293785-39<br>JAMES H BEHRENS<br>221 NEWTON RD<br>SENECA SC 29678 |
| CREDITOR ID: 293786-39<br>JAMES H BENTON III<br>173 TIMBER RIDGE DRIVE<br>BRUNSWICK GA 31525 | CREDITOR ID: 293787-39<br>JAMES H BLEAKLEY JR & BILLIE<br>SUE BLEAKLEY JT TEN<br>2908 W NORTH ST<br>TAMPA FL 33614 | CREDITOR ID: 293788-39<br>JAMES H BOLES JR<br>308 ROSS RD<br>WETUMPKA AL 36092 |
| CREDITOR ID: 293789-39<br>JAMES H BOWEN<br>408 KELSEY PARK DR<br>PALM  BEACH  GARDENS FL 33410 | CREDITOR ID: 293790-39<br>JAMES H BROWN<br>812 RIDGE HAVEN DR<br>BRANDON FL 33511 | CREDITOR ID: 293791-39<br>JAMES H BURKE II<br>1629 RICE AVE<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 293792-39<br>JAMES H CARROLL CUST STEVEN<br>W CARROLL UND UNIF GIFT MIN<br>ACT MISS<br>1985 OLD ELMDALE RD<br>ABILENE TX 79602 | CREDITOR ID: 293794-39<br>JAMES H DIAL & CHERI S DIAL<br>JT TEN<br>306 HILLCREST DR<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 293795-39<br>JAMES H FIELD<br>316 OLIVER ST<br>MARION SC 29571 |
| CREDITOR ID: 293796-39<br>JAMES H GLISSON & ERNELL S<br>GLISSON JT TEN<br>1301 N OAKRDIGE DR<br>PO BOX 25<br>LORIDA FL 33857 | CREDITOR ID: 293797-39<br>JAMES H JONES<br>203 STILLWATER DR<br>BRUNSWICK GA 31525 | CREDITOR ID: 293798-39<br>JAMES H KNIGHT JR<br>4260 SANDY FLAT RD<br>TAYLORS SC 29687 |
| CREDITOR ID: 293799-39<br>JAMES H MOORE<br>1002 CLIFTON DR<br>VALDOSTA GA 31601 | CREDITOR ID: 293800-39<br>JAMES H MOORE & VERMATENE<br>MOORE JT TEN<br>1002 CLIFTON DR<br>VALDOSTA GA 31601 | CREDITOR ID: 293802-39<br>JAMES H PACE<br>263 SPRING FOREST AVE<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 293803-39<br>JAMES H PARKER<br>PO BOX 310868<br>ATLANTA GA 30331 | CREDITOR ID: 293804-39<br>JAMES H PRICE & INA R PRICE<br>JT TEN<br>2112 GREY FARM RD<br>JAMESVILLE NC 27846 | CREDITOR ID: 293805-39<br>JAMES H RILEY & EDDIE MAE<br>RILEY JT TEN<br>16240 NW 17TH PL<br>OPA  LOCKA FL 33054 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 293806-39
JAMES H ROACH
325 NORTON DR
DALLAS GA 30157

CREDITOR ID: 293807-39
JAMES H ROGERS III TRUSTEE
U-A DTD 02-04-99 THE JAMES H
ROGERS III REVOCABLE LIVING
TRUST
2801 EVERHOLLY LN
JACKSONVILLE FL 32223

CREDITOR ID: 293808-39
JAMES H SOUTH
5130 JAY CREEK RD
OAKWOOD GA 30566

CREDITOR ID: 293809-39
JAMES H STONE
283 PILOT SCHOOL RD
THOMASVILLE NC 27360

CREDITOR ID: 293810-39
JAMES H SUMMEY
P O BOX 322
PICKENS SC 29671

CREDITOR ID: 293811-39
JAMES H THOMASON
122 PANORAMA DR
BOILING  SPRINGS SC 29316

CREDITOR ID: 293812-39
JAMES H WARE
705 VERMONT STREET
BROOKLYN NY 11207

CREDITOR ID: 293814-39
JAMES H YOCUM
920 CENTRE AVE
READING PA 19601-2106

CREDITOR ID: 293815-39
JAMES HAMPTON COOPER
1267 PACIFIC AVE #4
SAN  FRANCISCO CA 94109

CREDITOR ID: 293816-39
JAMES HARRY BRYANT
280 BRYLOW DR
DALTON GA 30721

CREDITOR ID: 293817-39
JAMES HARTMAN & SYLVIA
HARTMAN TTEES U A DTD
3-30-93 HARMAN REV LIV TRUST
4094 HARDY DR
JACKSONVILLE FL 32257

CREDITOR ID: 293818-39
JAMES HELMERS
5579 ANTONINUS DR
CINCINNATI OH 45238

CREDITOR ID: 293819-39
JAMES HENRY GLASSCOCK JR
145 FERGUSON DR
SOUTH  HILL VA 23970

CREDITOR ID: 293820-39
JAMES HENRY PRATT JR & LINDA
L PRATT JT TEN
8500 56TH WAY
PINELLAS  PARK FL 34665

CREDITOR ID: 293821-39
JAMES HENRY SINNOTT III &
BENITA JO SINNOTT JT TEN
2938 RIO RITA AVE
LOUISVILLE KY 40220

CREDITOR ID: 293822-39
JAMES HOPKINS CUST ERICA
ALEXIS CASSANDRA DRYDEN
UNDER TX UNIFORM TRANSFERS
TO MINORS ACT
1124 EIGHTH ST
ROSENBERG TX 77471

CREDITOR ID: 293825-39
JAMES HOPKINS TTEE U A DTD
11-20-92 INEZ G BRAGG
IRREVOC TR F-B-O THADDEUS
ALEXANDR CURTIS DRYDEN
PO BOX 1420
ROSENBERG TX 77471

CREDITOR ID: 293823-39
JAMES HOPKINS TTEE U A DTD
11-20-92 INEZ G BRAGG
IRREVOC TR F-B-O ERICA
ALEXIS CASSANDRA DRYDEN
PO BOX 1420
ROSENBERG TX 77471

CREDITOR ID: 293824-39
JAMES HOPKINS TTEE U A DTD
11-20-92 INEZ G BRAGG
IRREVOC TR F-B-O SHAUN
AUSTIN CASWELL DRYDEN
PO BOX 1420
ROSENBERG TX 77471

CREDITOR ID: 293826-39
JAMES HOUSTON BUSH
1127 PELICAN PLACE
SAFETY  HARBOR FL 34695

CREDITOR ID: 293827-39
JAMES HOWARD RANSON
2007 SHERWOOD DR
KANNAPOLIS NC 28081

CREDITOR ID: 293828-39
JAMES HOWARD REED & LOIE F
REED JT TEN
705 JANE AVE
NEW  SMYRNA  BEACH FL 32168

CREDITOR ID: 293829-39
JAMES HOYT SHIRLEY JR
342 BERNARD ST
P O BOX 3614
LEESVILLE SC 29070

CREDITOR ID: 293830-39
JAMES HUGHES
257 AQUARIUS CON COURSE
ORANGE  PARK FL 32073

CREDITOR ID: 293831-39
JAMES HUMPHREY & HENRIETTA
BALDWIN HUMPHREY JT TEN
4451 WIMBLEDON RD
MONTGOMERY AL 36116

CREDITOR ID: 293832-39
JAMES INNES SUBERS
8316 W 98TH ST
OVERLAND  PARK KS 66212

CREDITOR ID: 293833-39
JAMES J ADAMS
402 MUSKET RIDGE RD
HULL GA 30646

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 293834-39<br>JAMES J ARROYO &<br>DAVID G ARROYO JT TEN<br>1116 RURAL ST<br>RIVER  RIDGE LA 70123-2746 | CREDITOR ID: 293835-39<br>JAMES J BARBER<br>420 MARSHALL ST<br>ROCK  HILL SC 29730 | CREDITOR ID: 293836-39<br>JAMES J BRADLEY III<br>2081 NE 68TH ST<br>FT  LAUDERDALE FL 33308 |
| CREDITOR ID: 293837-39<br>JAMES J CADDELL & DENISE J<br>CADDELL JT TEN<br>313 KILLOUGH DR<br>BIRMINGHAM AL 35215 | CREDITOR ID: 293838-39<br>JAMES J DEVITT<br>290 W PALMETTO PARK RD APT 512<br>BOCA  RATON FL 33432 | CREDITOR ID: 293839-39<br>JAMES J DOLAN<br>896 S W NICHOLS TERR<br>PORT  ST  LUCIE FL 34953 |
| CREDITOR ID: 293840-39<br>JAMES J JAMES & PATRICK J<br>JAMES JT TEN<br>7921 6TH AVE<br>BROOKLYN NY 11209 | CREDITOR ID: 293841-39<br>JAMES J JARRELL<br>1033 MELSON AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 293842-39<br>JAMES J LESLEY<br>118 OAK GROVE PARK RD<br>DALLAS NC 28034 |
| CREDITOR ID: 293843-39<br>JAMES J LICARI & JOSEPHINE A<br>LICARI JT TEN<br>7579 PINNACLE POINT<br>MONTGOMERY AL 36117 | CREDITOR ID: 293844-39<br>JAMES J MANGANELLO<br>1820 SAN FRANCISCO RD<br>LA  PLACE LA 70068 | CREDITOR ID: 293845-39<br>JAMES J MELTON<br>105 HARVARD ST<br>ALEXANDRIA VA 22314 |
| CREDITOR ID: 293846-39<br>JAMES J MIRE<br>P O BOX 1223<br>GRAY LA 70359 | CREDITOR ID: 293847-39<br>JAMES J MUELLER & KAREN<br>MUELLER JT TEN<br>6504 SHERMAN AVE<br>CINCINNATI OH 45230 | CREDITOR ID: 293848-39<br>JAMES J PETRUCCI<br>240 CENTER ST<br>KENNETT  SQUARE PA 19348 |
| CREDITOR ID: 293849-39<br>JAMES J TUZZI JR & SUSAN B<br>TUZZI JT TEN<br>P O BOX 363<br>BERWICK PA 18603 | CREDITOR ID: 293850-39<br>JAMES J WELLWOOD & LUCINDA K<br>WELLWOOD JT TEN<br>421 N LOMBARD AVE<br>LOMBARD IL 60148 | CREDITOR ID: 293852-39<br>JAMES JARVIS MCCOY<br>1749 NW 80TH AVE BLDG 36F<br>MARGATE FL 33063 |
| CREDITOR ID: 293853-39<br>JAMES JOHNSTON SR & DEBRA H<br>JOHNSTON JT TEN<br>1023 GOLDA WAY<br>HENDERSON NV 89015 | CREDITOR ID: 293854-39<br>JAMES JORDAN PLASTER SR<br>255 CO RD 45 S<br>AUTAUGAVILLE AL 36003 | CREDITOR ID: 293855-39<br>JAMES JORGENSEN<br>1455 QUINCE AVE<br>MERRITT  ISLAND FL 32952 |
| CREDITOR ID: 293856-39<br>JAMES JOSEPH LANHAM<br>207 HARBOR POINTE DR<br>BRUNSWICK GA 31523 | CREDITOR ID: 293857-39<br>JAMES K BEARDEN & LYNN C<br>BEARDEN JT TEN<br>4488 WARNER RD<br>TALLAHASSEE FL 32308 | CREDITOR ID: 293858-39<br>JAMES K BRABSTON<br>1410 DALE CI SE<br>HUNTSVILLE AL 35801 |
| CREDITOR ID: 293859-39<br>JAMES K CHUN<br>2114B S BERETANIA ST<br>HONOLULU HI 96826 | CREDITOR ID: 293860-39<br>JAMES K COKER<br>61478 CHAPPEPEELA RIDGE RD<br>AMITE LA 70422 | CREDITOR ID: 293861-39<br>JAMES K COWARD JR<br>705 W MAIN ST<br>SYLVA NC 28779 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 293862-39<br><br>JAMES K EXLEY<br>5380 POPPY DR<br>JACKSONVILLE FL 32205 | CREDITOR ID: 293863-39<br><br>JAMES K FULLER & JOYCE T<br>FULLER JT TEN<br>7634 HWY 63 SOUTH<br>ALEXANDER  CITY AL 35010 | CREDITOR ID: 293864-39<br><br>JAMES K HARRIS<br>553 WOODLAWN AVE<br>CINCINNATI OH 45205 |
| CREDITOR ID: 293865-39<br><br>JAMES K HENDRIX & EILEEN<br>HENDRIX JT TEN<br>954 MILLARD CT E<br>JACKSONVILLE FL 32225 | CREDITOR ID: 293866-39<br><br>JAMES K JESSE & JEANETTE M<br>JESSE JT TEN<br>3611 LITTLE GLENDORA RD<br>BUCHANAN MI 49107 | CREDITOR ID: 293867-39<br><br>JAMES K JOHNSON<br>2237 CYPRESS LANDING DR<br>ATLANTIC  BCH FL 32233 |
| CREDITOR ID: 293868-39<br><br>JAMES K LEJEUNE<br>505 RUE DE BELIER<br>LAFAYETTE LA 70506 | CREDITOR ID: 293869-39<br><br>JAMES K MABREY<br>14107 SUNGLOW RD<br>ALBUQUERQUE NM 87123 | CREDITOR ID: 293870-39<br><br>JAMES K MILES & KAREN LYNN<br>MILES JT TEN<br>2360 STRINGTOWN RD<br>LORETTO KY 40037 |
| CREDITOR ID: 293871-39<br><br>JAMES K SMITH<br>1905 NANTICOKE CIR<br>TALLAHASSEE FL 32303 | CREDITOR ID: 293872-39<br><br>JAMES K WALDRON<br>3111 PINON DR<br>HOLIDAY FL 34691 | CREDITOR ID: 293873-39<br><br>JAMES K WALKER<br>2744 KENNEDY DR<br>TALLAHASSEE FL 32310 |
| CREDITOR ID: 293874-39<br><br>JAMES K WESTBURY & VIOLET G<br>WESTBURY JT TEN<br>209 RUCKER DR<br>SAINT  MATTHEWS SC 29135 | CREDITOR ID: 293875-39<br><br>JAMES K WRIGHT<br>R 2 BOX 229L<br>PIKEVILLE TN 37367 | CREDITOR ID: 293876-39<br><br>JAMES KEITH BOURNE<br>6436 SUGAR CREEK RD<br>LANCASTER KY 40444 |
| CREDITOR ID: 293877-39<br><br>JAMES KEITH BOURNE & TERESA<br>L BOURNE JT TEN<br>6436 SUGAR CREEK RD<br>LANCASTER KY 40444 | CREDITOR ID: 293878-39<br><br>JAMES KENNEDY BURDINE JR<br>1224 THOMASINA DR<br>PORT  ORANGE FL 32119 | CREDITOR ID: 293879-39<br><br>JAMES KENNETH FULLER<br>7634 HWY 63 SOUTH<br>ALEXANDER  CITY AL 35010 |
| CREDITOR ID: 293880-39<br><br>JAMES KENYON TURBERG<br>713 LITTLE WEKIVARD<br>ATLAMONTE  SPRINGS FL 32714 | CREDITOR ID: 293882-39<br><br>JAMES KEVIN MILLER<br>397 EAST TARPON BLVD<br>PORT  CHARLOTTE FL 33952 | CREDITOR ID: 293883-39<br><br>JAMES KIRKLAND<br>1045 NW 60TH ST<br>MIAMI FL 33127 |
| CREDITOR ID: 293884-39<br><br>JAMES KIRKLAND & MABLE L<br>KIRKLAND JT TEN<br>1045 NW 60TH ST<br>MIAMI FL 33127 | CREDITOR ID: 293885-39<br><br>JAMES KOTTMANN & PAULA<br>KOTTMANN JT TEN<br>6021 CRESTVIEW AVE<br>FAIRFIELD OH 45014 | CREDITOR ID: 293886-39<br><br>JAMES L ADAMS & SANDRA L<br>ADAMS JT TEN<br>1766 S FAIRLAWN AVE<br>EVANSVILLE IN 47714 |
| CREDITOR ID: 293887-39<br><br>JAMES L ADDISON & LINDA R<br>ADDISON JT TEN<br>806 LITTLE TOWN RD<br>PORT  ORANGE FL 32127 | CREDITOR ID: 293888-39<br><br>JAMES L AKI & CAROLE A AKI<br>JT TEN<br>4643 JILL PL<br>LAKE  WORTH FL 33463 | CREDITOR ID: 293889-39<br><br>JAMES L ALBRIGHT<br>1474 MIRACERROS LOOP N<br>SANTA  FE NM 87505 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 293890-39<br>JAMES L AWERMAN<br>1070 YALE AVENUE SE<br>PALM  BAY FL 32909 | CREDITOR ID: 293891-39<br>JAMES L BRADSHAW<br>642 BEACH BOTTOM RD<br>WATERTOWN TN 37184 | CREDITOR ID: 293892-39<br>JAMES L BRADY<br>3820 161 RD<br>LIVE  OAK FL 32060 |
| CREDITOR ID: 293893-39<br>JAMES L BURLS<br>3504 FERN STREET<br>JACKSONVILLE FL 32254 | CREDITOR ID: 293897-39<br>JAMES L DECLOUETTE<br>129 CAMERON DR<br>GRETNA LA 70056 | CREDITOR ID: 293898-39<br>JAMES L DENMARK<br>BOX 529<br>FROGMORE SC 29920 |
| CREDITOR ID: 293899-39<br>JAMES L GAULT<br>301 THOMAS WILSON RD<br>ROOPVILLE GA 30170 | CREDITOR ID: 293900-39<br>JAMES L GILBERT & TONI L<br>GILBERT JT TEN<br>304 REGAL DR<br>LAWRENCEVILLE GA 30245 | CREDITOR ID: 293902-39<br>JAMES L GRAY<br>805 SUNSET DR<br>QUITMAN GA 31643 |
| CREDITOR ID: 293901-39<br>JAMES L GRAY<br>6521 SHADY OAK DRIVE<br>JACKSONVILLE FL 32277 | CREDITOR ID: 293903-39<br>JAMES L GRIFFIN & BARBARA C<br>GRIFFIN JT TEN<br>2351 LA MESA DR<br>JACKSONVILLE FL 32217 | CREDITOR ID: 293904-39<br>JAMES L GROOVER<br>P O BOX 211<br>MADISON FL 32340 |
| CREDITOR ID: 293905-39<br>JAMES L HARALSON<br>215 QUAIL RIDGE RD<br>SMYRNA TN 37167 | CREDITOR ID: 293906-39<br>JAMES L HARRELL<br>203 WALLACE DRIVE<br>QUINCY FL 32351 | CREDITOR ID: 293907-39<br>JAMES L HAYNES<br>2524 TOWN SQUARE DR<br>JACKSON FL 32216 |
| CREDITOR ID: 293908-39<br>JAMES L HINDMAN<br>1461 NW 47 AVENUE<br>COCONUT  CREEK FL 33063 | CREDITOR ID: 293909-39<br>JAMES L HORTON III & GALE E<br>HORTON JT TEN<br>3380 DREW CT<br>MIDDLEBURG FL 32068 | CREDITOR ID: 293910-39<br>JAMES L JACKSON JR<br>1944 YORKTOWN DR<br>LA  PLACE LA 70068 |
| CREDITOR ID: 293911-39<br>JAMES L JOHNSON<br>834 MONTEGO RD E<br>JACKSONVILLE FL 32216 | CREDITOR ID: 293912-39<br>JAMES L LAMPING & TERESA A<br>LAMPING JT TEN<br>23787 GABBARD DR<br>LAWRENCEVILLE IN 47025 | CREDITOR ID: 293913-39<br>JAMES L LEE & G DIANE LEE<br>JT TEN<br>3476 RIVERCHASE DR<br>DECATUR GA 30034 |
| CREDITOR ID: 293914-39<br>JAMES L MAHER<br>820 COPPERFIELD TER<br>CASSELBERRY FL 32707 | CREDITOR ID: 293917-39<br>JAMES L MORRIS & DOROTHY M<br>MORRIS JT TEN<br>345 E THELMA ST<br>LAKE  ALFRED FL 33850 | CREDITOR ID: 293918-39<br>JAMES L OWENS<br>1017 SKYLARK DR<br>MORROW GA 30260 |
| CREDITOR ID: 293919-39<br>JAMES L PARCELL JR<br>205 SUE LANE<br>AUBURN GA 30203 | CREDITOR ID: 293920-39<br>JAMES L PROCTOR & ELAINE N<br>PROCTOR JT TEN<br>PO BOX 181<br>LAKE  PLACID FL 33852 | CREDITOR ID: 293921-39<br>JAMES L REED<br>810 TIMBERLAND ROAD<br>CLAYTON GA 30525 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 293922-39<br>JAMES L ROSE<br>301 BURNS RD<br>CARROLLTON GA 30117 | CREDITOR ID: 293923-39<br>JAMES L SHIVER<br>PO BOX 685<br>EAST  PALATKA FL 32131 | CREDITOR ID: 293924-39<br>JAMES L SMITH<br>3009 HOUSTON ST N<br>FORT  WORTH TX 76106 |
| CREDITOR ID: 293925-39<br>JAMES L SMITH & FRANKIE M<br>SMITH JT TEN<br>3009 HOUSTON ST N<br>FORT  WORTH TX 76106 | CREDITOR ID: 293926-39<br>JAMES L SUBER JR<br>12846 WANDA LN<br>JACKSONVILLE FL 32258 | CREDITOR ID: 293927-39<br>JAMES L TUTTLE<br>ATTN J TUTTLE INC<br>7900 E GREEN LAKE DR N STE 109<br>SEATTLE WA 98103 |
| CREDITOR ID: 293928-39<br>JAMES L WATKINS JR<br>1868 SMALLWOOD ST<br>JACKSON MS 39212 | CREDITOR ID: 293929-39<br>JAMES L WATSON<br>208 FOX CROSSING RD<br>WEST  COLUMBIA SC 29170 | CREDITOR ID: 293930-39<br>JAMES L WILLIAMS<br>19110 NW 23RD ST<br>PEMBROKE  PINES FL 33029 |
| CREDITOR ID: 293931-39<br>JAMES L WOOD<br>8373 OAKHURST ROAD<br>SEMINOLE FL 34646 | CREDITOR ID: 293932-39<br>JAMES LANNING<br>600 W NORTH AVE<br>APT 510<br>PITTSBURGH PA 15212-4538 | CREDITOR ID: 293933-39<br>JAMES LARRY MANNING<br>7503 N LOIS AVE<br>TAMPA FL 33614 |
| CREDITOR ID: 293934-39<br>JAMES LARRY MIZE<br>701 N MAIN ST<br>GRAHAM NC 27253 | CREDITOR ID: 293935-39<br>JAMES LEE ESSICK<br>4704 COLONIAL CIR<br>TRINITY NC 27370 | CREDITOR ID: 293936-39<br>JAMES LEE JR<br>299 ASHLEY CREEK DR<br>ELGIN SC 29045 |
| CREDITOR ID: 293937-39<br>JAMES LEE MISENHEIMER<br>24742 AUSTIN RD<br>ALBEMARLE NC 28001 | CREDITOR ID: 293938-39<br>JAMES LEROY WELLS JR<br>150 MASON ST NW<br>ORANGEBURG SC 29118 | CREDITOR ID: 293939-39<br>JAMES LEX BYARS<br>1622 BYRNEDALE CT<br>PALM  HARBOR FL 34684 |
| CREDITOR ID: 293940-39<br>JAMES LIGON WILLIAMS IV<br>1924 ADIRONDACK AVE<br>PENSACOLA FL 32514 | CREDITOR ID: 293941-39<br>JAMES LLEWELLYN & HELEN<br>LLEWELLYN JT TEN<br>234 E 18TH ST<br>HIALEAH FL 33010 | CREDITOR ID: 293943-39<br>JAMES LOUIS CONARD<br>338 BIG COVE RD<br>WAYNESVILLE NC 28786 |
| CREDITOR ID: 293944-39<br>JAMES LOVE<br>3012 E SHADOWLAWN ST<br>TAMPA FL 33610 | CREDITOR ID: 293945-39<br>JAMES LOVE & MARGRET LOVE<br>JT TEN<br>3012 E SHADOWLAWN ST<br>TAMPA FL 33610 | CREDITOR ID: 293946-39<br>JAMES M BARRONTON<br>3125 LANSDELL DR<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 293947-39<br>JAMES M BICE<br>10219 FOX SPARROW AVE<br>WEEKI  WACHEE FL 34613 | CREDITOR ID: 293948-39<br>JAMES M BLANKENSHIP<br>527 OLD PEACOCK ROAD<br>PARIS KY 40361 | CREDITOR ID: 293949-39<br>JAMES M BREECE<br>1530 EDGEWOOD RD<br>YARDLEY PA 19067 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 293950-39<br>JAMES M BROOKER JR & LISA G<br>BROOKER JT TEN<br>13011 HAZELNUT LANE<br>ASTATULA FL 34705 | CREDITOR ID: 293951-39<br>JAMES M BUDZINSKI<br>5936 TRIPHAMMER RD<br>LAKE  WORTH FL 33463 | CREDITOR ID: 293952-39<br>JAMES M CAGLE & BARBARA TATE<br>CAGLE JT TEN<br>2273 BRETTON DRIVE<br>CINCINNATI OH 45244 |
| CREDITOR ID: 293954-39<br>JAMES M CORMIER<br>910 HAWTHORNE LN<br>NORTHBROOK IL 60062 | CREDITOR ID: 293956-39<br>JAMES M COX<br>PO BOX 810<br>RICHMOND KY 40476 | CREDITOR ID: 293955-39<br>JAMES M COX<br>1450 CHEDDAR RD<br>BELTON SC 29627 |
| CREDITOR ID: 293957-39<br>JAMES M COYLE CUST TIMOTHY M<br>COYLE UNIF TRANS MIN ACT AL<br>2618 ABERDEEN RD<br>BIRMINGHAM AL 35223 | CREDITOR ID: 293958-39<br>JAMES M COYLE JR CUST<br>TIMOTHY MARK COYLE UNIF TRAN<br>MIN ACT AL<br>2618 ABERDEEN RD<br>BIRMINGHAM AL 35223 | CREDITOR ID: 293959-39<br>JAMES M CRAVEY SR<br>202 SKYWAY DR<br>MAGGIE  VALLEY NC 28751 |
| CREDITOR ID: 293960-39<br>JAMES M CUDSE<br>572 HEATHER BRITE CIR<br>APOPKA FL 32712 | CREDITOR ID: 293961-39<br>JAMES M DE SALVO<br>#614<br>3525 CASS CT<br>OAK  BROOK IL 60523 | CREDITOR ID: 293962-39<br>JAMES M DENNEN & ANNA MARIA<br>DENNEN JT TEN<br>204 WAYNE DRIVE<br>CINNAMINSON NJ 08077 |
| CREDITOR ID: 293963-39<br>JAMES M DUPRE<br>1032 SWEENY RD<br>SAINT  LANDRY LA 71367 | CREDITOR ID: 293964-39<br>JAMES M EVANS SR & BETTY A<br>EVANS JT TEN<br>4914 12TH ST<br>LUBBOCK TX 79416 | CREDITOR ID: 293965-39<br>JAMES M FEREBEE<br>8530 CHARLESGATE CIR E<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 293967-39<br>JAMES M GUIBERTEAU<br>187 NORTHRIDGE DR.<br>COVINGTON LA 70435 | CREDITOR ID: 293968-39<br>JAMES M HOLLIS<br>124 CHAPLEWHITE<br>IRMO SC 29063 | CREDITOR ID: 293969-39<br>JAMES M JACKSON JR<br>606 NORTH WILSON ST<br>CHADBOURN NC 28431 |
| CREDITOR ID: 293970-39<br>JAMES M JONES<br>9011 BLIZZARD RD<br>MERIDIAN MS 39305 | CREDITOR ID: 293971-39<br>JAMES M KIRK<br>501 WISLON HALE RD<br>MORRISTOWN TN 37813 | CREDITOR ID: 293972-39<br>JAMES M LYDA<br>302 FURMAN ST<br>LAURENS SC 29360 |
| CREDITOR ID: 293973-39<br>JAMES M MILLER & MARY ALICE<br>MILLER JT TEN<br>43820 JOHNSON RD<br>PAISLEY FL 32767 | CREDITOR ID: 293974-39<br>JAMES M MONK<br>2939 MICHAEL DR<br>CHIPLEY FL 32428 | CREDITOR ID: 293975-39<br>JAMES M MOORE SR<br>3798 BYRD RD<br>VALDOSTA GA 31606 |
| CREDITOR ID: 293977-39<br>JAMES M O'BRIEN<br>5476 RIVER TRAID RD S<br>JACKSONVILLE FL 32277 | CREDITOR ID: 293978-39<br>JAMES M PACHECO & JANE ANN<br>PACHECO JT TEN<br>PO BOX 983<br>VALRICO FL 33594 | CREDITOR ID: 293979-39<br>JAMES M ROUSH<br>1940 PROVIDENCE RD<br>BRANDON FL 33511 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 293980-39<br>JAMES M SCHULTZ & CHARLOTTE<br>SCHULTZ JT TEN<br>PO BOX 2404<br>UMATILLA FL 32784 | CREDITOR ID: 293981-39<br>JAMES M SHINE & MARY T SHINE<br>JT TEN<br>1984 EVENTIDE RD SWITZERLAND<br>JACKSONVILLE FL 32259 | CREDITOR ID: 293982-39<br>JAMES M SIMMONS JR &<br>MADELEINE V SIMMONS JT TEN<br>235 ARCADIA DR<br>TOCCOA GA 30577 |
| CREDITOR ID: 293983-39<br>JAMES M SLAUGHTER III &<br>DONNA M CAMERON SLAUGHTER JT<br>TEN<br>1035 DAMSEL CAROLINE<br>LEWISVILLE TX 75056 | CREDITOR ID: 293984-39<br>JAMES M SPRINGMANN &<br>VICTORIA M SPRINGMAN JT TEN<br>850 SANDGATE ST<br>MERRITT  IS FL 32953 | CREDITOR ID: 293985-39<br>JAMES M TROTTER<br>PO BOX 942<br>COLUMBUS MS 39703 |
| CREDITOR ID: 293986-39<br>JAMES M VASSAR & LORALEE A<br>VASSAR JT TEN<br>1090 RIDGEWOOD DRIVE<br>WEST  CHICAGO IL 60185 | CREDITOR ID: 293987-39<br>JAMES M WALKER & JULIANA B<br>WALKER JT TEN<br>5570 HIGHLANDS VISTA CIRCLE<br>LAKELAND FL 33813 | CREDITOR ID: 293988-39<br>JAMES M WEEKS<br>18 S WARD ST<br>QUINCY FL 32351 |
| CREDITOR ID: 293989-39<br>JAMES M WIDNER<br>4469 WHITMELL SCH RD<br>DRY  FORK VA 24549 | CREDITOR ID: 293990-39<br>JAMES M WILLIAMS & MARGARET<br>WILLIAMS JT TEN<br>304 22ND ST<br>BUTNER NC 27509 | CREDITOR ID: 293991-39<br>JAMES M WILSON<br>3444 16TH ST  RD<br>HUNTINGTON WV 25701 |
| CREDITOR ID: 293992-39<br>JAMES M YOUNGBLOOD &<br>STEPHANIE M YOUNGBLOOD JT TEN<br>339 SPROLES SMITH ROAD<br>DALLAS NC 28034 | CREDITOR ID: 293993-39<br>JAMES MALONEY<br>2850 SW 13TH ST<br>FORT  LAUDERDALE FL 33312 | CREDITOR ID: 293994-39<br>JAMES MARION SELF<br>4217 JOY LEE ST<br>FORT  WORTH TX 76117 |
| CREDITOR ID: 293995-39<br>JAMES MARSHALL BURGESS<br>239 MC ENTIRE  RD<br>RUTHERFORDTON NC 28139 | CREDITOR ID: 293996-39<br>JAMES MARSHALL MCGRADY<br>18539 AL HWY 21<br>TALLADEGA AL 35160 | CREDITOR ID: 293997-39<br>JAMES MARTINEZ JR<br>3107 KINGSWOOD DR<br>TAMPA FL 33619 |
| CREDITOR ID: 293998-39<br>JAMES MATTHEW MCMILLAN<br>12826 129TH RD<br>LIVE  OAK FL 32060 | CREDITOR ID: 293999-39<br>JAMES MAX FLETCHER<br>1271 WINKLERS CREEK ROAD<br>BOONE NC 28607 | CREDITOR ID: 294000-39<br>JAMES MCARTHUR LOMAX<br>12 PERSHING ST<br>THOMASVILLE NC 27360 |
| CREDITOR ID: 294001-39<br>JAMES MCCLINTOCK & FAYE<br>MCCLINTOCK JT TEN<br>2305 ST ANDREWS CIR<br>MELBOURNE FL 32901 | CREDITOR ID: 294002-39<br>JAMES MCLEMORE III<br>204 FAIR AVE<br>WINNSBORO LA 71295 | CREDITOR ID: 294003-39<br>JAMES MERRICK SMITH<br>1541 BRICKELL AVE # C1506<br>MIAMI FL 33129 |
| CREDITOR ID: 294004-39<br>JAMES MERRITT LANCE<br>3333 FLOWERTREE RD<br>BELLE  ISLE FL 32812 | CREDITOR ID: 294008-39<br>JAMES MICHAEL BOONE<br>410 S SPENCER AVE<br>SPENCER NC 28159 | CREDITOR ID: 294009-39<br>JAMES MICHAEL DAVIS<br>319 CINNBAR ST<br>SHELBY NC 28152 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294010-39<br>JAMES MICHAEL FRYE<br>4404 LONG MEADOW CROSSING<br>GLEN ALLEN VA 23059 | CREDITOR ID: 294011-39<br>JAMES MICHAEL GALLAGHER<br>1062 SUMMIT DR<br>GREENVILLE SC 29609 | CREDITOR ID: 294012-39<br>JAMES MICHAEL HAYES<br>APT 1011<br>2708 ROSS DR<br>MOODY AL 35004 |
| CREDITOR ID: 294013-39<br>JAMES MICHAEL HUNN<br>13713 NW 11 CT<br>PEMBROKE PINES FL 33028 | CREDITOR ID: 294014-39<br>JAMES MICHAEL ROBINSON<br>8044 GLEASON DR APT D1<br>KNOXVILLE TN 37919 | CREDITOR ID: 294015-39<br>JAMES MICHAEL WHITE<br>4318 GREEN OAKS DR<br>GRANBURY TX 76048 |
| CREDITOR ID: 294016-39<br>JAMES MIHACY<br>1706 SE 20TH LN<br>CAPE CORAL FL 33990 | CREDITOR ID: 294017-39<br>JAMES MITCHELL SANNES<br>133 DORCHESTER RD<br>BUFFALO NY 14213 | CREDITOR ID: 294018-39<br>JAMES N BURLEY<br>321 SE 12TH ST<br>POMPANO BEACH FL 33060 |
| CREDITOR ID: 294019-39<br>JAMES N BURLEY & CAROL J<br>BURLEY JT TEN<br>321 SE 12TH ST<br>POMPANO BEACH FL 33060 | CREDITOR ID: 294020-39<br>JAMES N CARTER<br>3991 NW 109TH AV<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 294021-39<br>JAMES N FISHER & BETTIE L<br>FISHER JT TEN<br>7073 KENNEDY RD<br>TRINITY NC 27370 |
| CREDITOR ID: 294022-39<br>JAMES N FREEMAN JR<br>447 HAWTHORNE ROAD<br>ELKIN NC 28621 | CREDITOR ID: 294023-39<br>JAMES N JORDAN & KAREN<br>JORDAN JT TEN<br>15821 PROFIT AVE<br>BATON ROUGE LA 70817 | CREDITOR ID: 294024-39<br>JAMES N ODOM<br>PO BOX 652<br>APOPKA FL 32704 |
| CREDITOR ID: 294025-39<br>JAMES N TRUETT<br>1265 HAUSER RD<br>LEWISVILLE NC 27023 | CREDITOR ID: 294026-39<br>JAMES N WALKER JR<br>353 WOODHAVEN DR<br>SLIDELL LA 70461 | CREDITOR ID: 294027-39<br>JAMES NATHANIEL SIMS<br>181 65 NW 22ND AVE<br>OPA LOCKA FL 33056 |
| CREDITOR ID: 294028-39<br>JAMES NIXON BUTT IV<br>609 SCOTTS WAY<br>AUGUSTA GA 30909 | CREDITOR ID: 294029-39<br>JAMES NORTHERN<br>1023 MATTHEW AVE<br>LADY LAKE FL 32159 | CREDITOR ID: 294030-39<br>JAMES O ATKINS<br>2317 WINTERGREEN ST<br>DURHAM NC 27707 |
| CREDITOR ID: 294031-39<br>JAMES O BARNES<br>5608 MACNEILL DR<br>HALTOM CITY TX 76148 | CREDITOR ID: 294032-39<br>JAMES O CLEMONS & LINDA D<br>CLEMONS JT TEN<br>RTE 1 BOX 488P<br>BRYCEVILLE FL 32009 | CREDITOR ID: 294033-39<br>JAMES O LORE III & JANICE C<br>LORE JT TEN<br>1200 SHETTER AVE 101<br>JAXVILLE BCH FL 32250 |
| CREDITOR ID: 294034-39<br>JAMES O POLLY<br>7036 ROTHMORE ST<br>CHARLOTTE NC 28215 | CREDITOR ID: 294035-39<br>JAMES O ROBINSON & BERNICE<br>ROBINSON JT TEN<br>1246 JEANETTE CIR<br>MADISON FL 32340 | CREDITOR ID: 294036-39<br>JAMES O SHELTON JR<br>1601 PECAN RD<br>REIDSVILLE NC 27320 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 294037-39
JAMES P BEXLEY
PO BOX 9247
TAMPA FL 33674

CREDITOR ID: 294038-39
JAMES P BROCK JR
1095 N SHILOH RD
YORK SC 29745

CREDITOR ID: 294040-39
JAMES P CAREW & ANNA CAREW
JT TEN
3150 ORCHARD DR
N  FT  MYERS FL 33917

CREDITOR ID: 294041-39
JAMES P CASSIDY JR
700 PEYTON CIR
MARKS MS 38646

CREDITOR ID: 294042-39
JAMES P COSTIGAN
7 MARINE TERR
LAKE  HOPATCONG NJ 07849

CREDITOR ID: 294043-39
JAMES P FINNEY JR
415 42ND SE
PARIS TX 75462

CREDITOR ID: 294044-39
JAMES P GALLE
27 11TH AVE
WARWICK RI 02886

CREDITOR ID: 294045-39
JAMES P HUGHES & NANCY L
HUGHES TTEES U A 06-01-93
HUGHES REV LIVING TRUST
1608 SE 24TH RD
OCOLA FL 34471

CREDITOR ID: 294046-39
JAMES P HUMPHREY
5356 CONSITUTION RD
CRESTVIEW FL 32539

CREDITOR ID: 294047-39
JAMES P KELLETT & DOLORES R
KELLETT JT TEN
4211 AQUA RIDGE DR
SAINT  LOUIS MO 63129

CREDITOR ID: 294048-39
JAMES P MALINE
406 SOUTH PROSPECT ST
CRESCENT  CITY FL 32112

CREDITOR ID: 294049-39
JAMES P MC KELLAR
1775 NATALIE AVE
BARTOW FL 33830

CREDITOR ID: 294050-39
JAMES P ROHAL
8440 NW 12TH ST
PEMBROKE  PINES FL 33024

CREDITOR ID: 294051-39
JAMES P ROLLINS
497 GAILLARDIA WAY NW
ACWORTH GA 30102

CREDITOR ID: 294052-39
JAMES P WAINWRIGHT
126 E POPLAR ST
PRATTVILLE AL 36066

CREDITOR ID: 294053-39
JAMES P WALTZ & MARY JANE
WALTZ JT TEN
1729 CREEK RD
LIVERMORE CA 94550

CREDITOR ID: 294054-39
JAMES PATRICK MURPHY
8660 MOSSHAVEN DR
JACKSONVILLE FL 32221

CREDITOR ID: 294056-39
JAMES PATRICK SHIRLEY CUST
PATRICK HURSTON SHIRLEY UNIF
TRANS MIN ACT AL
1842 SEASONS DR
PRATTVILLE AL 36067

CREDITOR ID: 294055-39
JAMES PATRICK SHIRLEY CUST
HANNAH DANIELLE SHIRLEY UNIF
TRAN MIN ACT AL
1842 SEASONS DR
PRATTVILLE AL 36006

CREDITOR ID: 294057-39
JAMES PAUL LEGER
1168 ST JOSEPH
SLIDELL LA 70460

CREDITOR ID: 294058-39
JAMES PAUL WELBORN
12282 THEA RD
COLLINSVILLE MS 39325

CREDITOR ID: 294059-39
JAMES PEEPLES
3545 NW 195TH TER
CAROL  CITY FL 33056

CREDITOR ID: 294060-39
JAMES PEEPLES & EULA P
PEEPLES JT TEN
3545 NW 195TH TER
CAROL  CITY FL 33056

CREDITOR ID: 294061-39
JAMES PELLERIN
106 CANDLE GLOW DR
NEW  IBERIA LA 70560

CREDITOR ID: 294062-39
JAMES PERRY THORNTON & MARY
E THORNTON JT TEN
530 PEACH RD
MORVEN GA 31638

CREDITOR ID: 294063-39
JAMES POLJANEC
BROWN & ROOT
APO AE 09366

CREDITOR ID: 294064-39
JAMES QUITMAN CORLEY
25771 MC CALL BLVD
SUN  CITY CA 92586

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

CREDITOR ID: 294065-39
JAMES R BENSON
4951 KIRBY AVE
CINCINNATI OH 45223

CREDITOR ID: 294066-39
JAMES R BROGAN
304 NORTH ELVERTON PLACE
JACKSONVILLE FL 32259

CREDITOR ID: 294067-39
JAMES R BROGDON & MARTHA S
BROGDON JT TEN
109 MARVIN LN
KING NC 27021

CREDITOR ID: 294068-39
JAMES R BROWN & JUDITH H
BROWN JT TEN
520 KENTUCKY ST
BEAVER  DAM KY 42320

CREDITOR ID: 294069-39
JAMES R BURT
7350 WILLDER OAKS CT E
MOBILE AL 36619

CREDITOR ID: 294070-39
JAMES R BURT & TOMI F BURT
JT TEN
7350 WILLDER OAKS CT E
MOBILE AL 36619

CREDITOR ID: 294071-39
JAMES R CALVERT
2621 MEADOW DR
LOUISVILLE KY 40220

CREDITOR ID: 294072-39
JAMES R CARTER
2817 SPRUCE PARK
FT  WORTH TX 76118

CREDITOR ID: 294073-39
JAMES R CHRISTY
708 ARROWHEAD TRL
LOVELAND OH 45140

CREDITOR ID: 294074-39
JAMES R CLEMONS & WILMA JEAN
CLEMONS JT TEN
136 THISTLE LANE
FITZGERALD GA 31750

CREDITOR ID: 294075-39
JAMES R CRAWFORD & JUANITA M
CRAWFORD JT TEN
2501 LITTLEPAGE ST
FORT  WORTH TX 76107

CREDITOR ID: 294076-39
JAMES R DAVIS
PO BOX 347
ALLIANCE NC 28509

CREDITOR ID: 294077-39
JAMES R DAVIS & KATHERINE E
DAVIS JT TEN
5180 CO RD 68
DOTHAN AL 36305

CREDITOR ID: 294078-39
JAMES R DECKARD
18295 NW 21ST STREET
PEMBROKE  PINES FL 33029

CREDITOR ID: 294079-39
JAMES R DOSS
2154 RIVERVILLE RD
GLADSTONE VA 24553

CREDITOR ID: 294080-39
JAMES R DOUGLAS
905 NE 18TH AV 12
FORT  LAUDERDALE FL 33304

CREDITOR ID: 294081-39
JAMES R DYAL
1736 COUNTRY CLUB DR
TAMPA FL 33612

CREDITOR ID: 294082-39
JAMES R EDMONDSON
200 OAK ST
QUITMAN GA 31643

CREDITOR ID: 294083-39
JAMES R EWING
619 VALLEY FORGE RD E
NEPTUNE  BEACH FL 32233

CREDITOR ID: 294084-39
JAMES R FISCHER & JUDY K
FISCHER JT TEN
807 CHARLES CT
OREGON WI 53575

CREDITOR ID: 294085-39
JAMES R FOGLE
402 SUNNINGDALE WAY
ELIZABETHTOWN KY 42701

CREDITOR ID: 294086-39
JAMES R GAUSE & RUTH C GAUSE
JT TEN
23401 WESTCHESTER BLVD
PORT  CHARLOTTE FL 33980

CREDITOR ID: 294087-39
JAMES R GILLESPIE III &
NANCY LAVERNE GILLESPIE JT TEN
110 SE 1ST TER
DANIA FL 33004

CREDITOR ID: 294088-39
JAMES R GIORDANO & DEBRA L
GIORDANO JT TEN
26401 BAIRD AVE
SORRENTO FL 32776

CREDITOR ID: 294089-39
JAMES R GOLDEN
4850 CONNECTICUT AVE NW APT
913
WASHINGTON DC 20008

CREDITOR ID: 294090-39
JAMES R GUNTER
PO BOX 596
CLEARWATER SC 29822

CREDITOR ID: 294091-39
JAMES R HAMILTON CUST
VINCENT J HAMILTON UNDER THE
NJ UNIF TRAN MIN ACT
P O BOX 2374
FARMINGDALE NJ 07727

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294092-39<br>JAMES R HAMILTON JR CUST<br>JAMES CLAY HAMILTON UND UNIF<br>GIFT MIN ACT NJ HMLA 169<br>FLIGHT LINE<br>P O BOX 2374<br>FARMINGDALE NJ 07727 | CREDITOR ID: 294093-39<br>JAMES R HARRIS<br>RT 2 BOX 108<br>JOE DUGGER LN<br>BUTLER TN 37640 | CREDITOR ID: 294094-39<br>JAMES R HAUGEN<br>PO BOX 11136<br>SAINT PAUL MN 55111-0136 |
| CREDITOR ID: 294095-39<br>JAMES R JAYCOX<br>1226 RUSSELL DRIVE<br>OCOEE FL 34761 | CREDITOR ID: 294096-39<br>JAMES R JOHNSON<br>6850 N COCOA BLVD APT 5308<br>PORT ST JOHN FL 32927 | CREDITOR ID: 294097-39<br>JAMES R JONES<br>1032 BLUE LAKE DRIVE<br>FT WORTH TX 76103 |
| CREDITOR ID: 294098-39<br>JAMES R KLEPZIG<br>7129 HOLMFIELD RD<br>FAYETTEVILLE NC 28306 | CREDITOR ID: 294099-39<br>JAMES R KOPPLE<br>8306 AUTUMNWOOD WAY<br>LOUISVILLE KY 40291 | CREDITOR ID: 294100-39<br>JAMES R MARTIN<br>PO BOX 595<br>SOUTH BOSTON VA 24592 |
| CREDITOR ID: 294101-39<br>JAMES R MATTOX III<br>5790 HELEN WAY<br>SARASOTA FL 34243 | CREDITOR ID: 294102-39<br>JAMES R MENDELL & PATRICIA<br>MENDELL JT TEN<br>1540 CUYLER<br>BERWYN IL 60402 | CREDITOR ID: 294103-39<br>JAMES R OBERT<br>74 RIDGEWAY RD<br>CINCINNATI OH 45216 |
| CREDITOR ID: 294104-39<br>JAMES R OGLESBY<br>2500 WRIGHT CIRCLE<br>BIRMINGHAM AL 35235 | CREDITOR ID: 294107-39<br>JAMES R PARTRIDGE<br>11511 W BIRCH ST<br>WICHITA KS 67212 | CREDITOR ID: 294108-39<br>JAMES R PATTERSON<br>146 UNION LN # 772<br>EL DORADO AR 71730 |
| CREDITOR ID: 294109-39<br>JAMES R PERRIGAN & SHEILA B<br>PERRIGAN JT TEN<br>1646 EBINPORT RD<br>ROCK HILL SC 29732 | CREDITOR ID: 294110-39<br>JAMES R PHILLIPS<br>1463 JESSIE RICHARD RD<br>CHURCH POINT LA 70525 | CREDITOR ID: 294111-39<br>JAMES R POPPELL<br>508 MARSH VILLAS<br>ST SIMONS IS GA 31522 |
| CREDITOR ID: 294112-39<br>JAMES R POWELL<br>3417 FRANKLIN STREET<br>HIGHLAND IN 46322 | CREDITOR ID: 294114-39<br>JAMES R POWNALL CUST GARRETT<br>VANCE POWNALL UNIF TRANS MIN<br>ACT GA<br>281 OAK HAMMOCK DR<br>KENNESAW GA 30144 | CREDITOR ID: 294115-39<br>JAMES R POWNALL CUST JAMES<br>BRADLEY POWNALL UNIF TRANS<br>MIN ACT GA<br>281 OAK HAMMOCK DR<br>KENNESSAW GA 30144 |
| CREDITOR ID: 294116-39<br>JAMES R POWNALL CUST JEREMY<br>TODD POWNALL UNIF TRANS MIN<br>ACT GA<br>281 OAK HAMMOCK DRIVE<br>KENNESAW GA 30144 | CREDITOR ID: 294117-39<br>JAMES R POWNALL CUST NATHAN<br>POWNALL UNIF TRANS MIN ACT<br>GA<br>281 OAK HAMMOCK DRIVE<br>KENNESAW GA 30144 | CREDITOR ID: 294118-39<br>JAMES R POWNALL CUST REESE<br>RUSSELL POWNALL UNDER GA<br>UNIF TRANSFERS TO MINORS ACT<br>281 OAK HAMMOCK DR<br>KENNESAW GA 30152 |
| CREDITOR ID: 294119-39<br>JAMES R RAMSEY<br>9009 PEGASUS AVE<br>PORT RICHEY FL 34668 | CREDITOR ID: 294120-39<br>JAMES R ROBINSON<br>540 TUCKER LANE<br>COCOA FL 32926 | CREDITOR ID: 294121-39<br>JAMES R RUE<br>60 FAITH LN<br>KINGSLAND GA 31548 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                CASE:  05-03817-3F1

CREDITOR ID: 294122-39
JAMES R RYE
9481 SW COUNTY RD 143
JASPER FL 32052

CREDITOR ID: 294123-39
JAMES R RYE & PRICILLA M RYE
JT TEN
9481 SW COUNTY RD 143
JASPER FL 32052

CREDITOR ID: 294124-39
JAMES R SABOFF
P O BOX 941145
MAITLAND FL 32794

CREDITOR ID: 294125-39
JAMES R SEARS
22550 LAURELDALE DR
LUTZ FL 33549

CREDITOR ID: 294126-39
JAMES R SPRINKLE
TOD TREVOR JAMES SPRINKLE
SUBJECT TO STA TOD RULES
280 S E 80TH ST
OCALA FL 34480

CREDITOR ID: 294127-39
JAMES R THORNBERRY
10120 ASTER AVE
TAMPA FL 33612

CREDITOR ID: 294128-39
JAMES R TOWNLEY
4428 BERLINE DR
LITHONIA GA 30058

CREDITOR ID: 294129-39
JAMES R VOGLER
251 COUNTY RD 275
SELMA AL 36701

CREDITOR ID: 294130-39
JAMES R WATSON
10693 MILITARY TRAIL UNIT 6
PALM  BEACH  GARDENS FL 33410

CREDITOR ID: 294131-39
JAMES R WEST
6601 COUSEWAY STREET
HOPE  MILLS NC 28348

CREDITOR ID: 294133-39
JAMES RANDALL TOWNLEY
4428 BERLINE DR
LITHONIA GA 30058

CREDITOR ID: 294134-39
JAMES RAY BICE
PO BOX 411
GUNTERSVILLE AL 35976

CREDITOR ID: 294136-39
JAMES RAY BROWN
3415 PINEHILL RD
ROCK  HILL SC 29732

CREDITOR ID: 294135-39
JAMES RAY BROWN
16150 RED BASS DR
JACKSONVILLE FL 32226

CREDITOR ID: 294137-39
JAMES RAY SHELTON
2764 CLIFFWOOD CI
HICKORY NC 28601

CREDITOR ID: 294138-39
JAMES REED PHILLIPS
9400 LOMBARDY LANE
LAKEWOOD CO 80215

CREDITOR ID: 294139-39
JAMES RHINEBERGER & IRENE
RHINEBERGER JT TEN
1230 HAYNES AVE
OWENSBORO KY 42303

CREDITOR ID: 294140-39
JAMES RICHARD AMMERAAL
15735 MORGAN ST
CLEARWATER FL 34620

CREDITOR ID: 294141-39
JAMES RICHARD DIK
6 KAYWOOD CT
JOHNSON  CITY TN 37601

CREDITOR ID: 294142-39
JAMES RICHARD SKIDMORE
PO BOX 100638
PALM  BAY FL 32910

CREDITOR ID: 294143-39
JAMES RICHARD WATTS
12064 HONEYSUCKLE RD
FORT  MYERS FL 33912

CREDITOR ID: 294144-39
JAMES RICHARD WATTS & MARTHA
NELL WATTS JT TEN
12064 HONEYSUCKLE RD
FORT  MYERS FL 33912

CREDITOR ID: 294145-39
JAMES ROBERT ALEXANDER
6668 6TH ST
ALEXANDRIA LA 71303

CREDITOR ID: 294146-39
JAMES ROBERT BRADLEY
6690 RICHARD DR
SPRING  HILL FL 34607

CREDITOR ID: 294147-39
JAMES ROBERT CHAMBERS &
JOYCE L CHAMBERS JT TEN
187 COULWOOD DR
CHARLOTTE NC 28214

CREDITOR ID: 294148-39
JAMES ROBERT SMITH
3 BILTMORE DR
GREENVILLE SC 29601

CREDITOR ID: 294149-39
JAMES ROBERT THORNE JR
43 SHADOW CREEK WAY
ORMOND  BEACH FL 32174

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294150-39<br>JAMES ROBERT YEAGER<br>P O BOX 592<br>SHELLMAN GA 39886 | CREDITOR ID: 294151-39<br>JAMES ROBERTS & SUSAN<br>ROBERTS JT TEN<br>4466 FOREST HAVEN DR S<br>JACKSONVILLE FL 32257 | CREDITOR ID: 294152-39<br>JAMES ROGER BENDIXEN<br>6206 DEWITT DR<br>LOUISVILLE KY 40258 |
| CREDITOR ID: 294153-39<br>JAMES RONALD BRASWELL<br>35 HAWKS NEST CT<br>SHARPSBURG GA 30277 | CREDITOR ID: 294154-39<br>JAMES ROSS RICKETTS<br>RR 4 BOX 384<br>WADESBORO NC 28170 | CREDITOR ID: 294155-39<br>JAMES ROSS RICKETTS &<br>EUGENIA J RICKETTS JT TEN<br>RR 4 BOX 384<br>WADESBORO NC 28170 |
| CREDITOR ID: 294156-39<br>JAMES ROY COURTNEY<br>2010 E DOWNING ST<br>MESA AZ 85213 | CREDITOR ID: 294157-39<br>JAMES RUSSELL HAMM<br>12321 MARLOWE PL<br>OCEAN SPRINGS MS 39564 | CREDITOR ID: 294158-39<br>JAMES S BROWN & LOLA J BROWN<br>JT TEN<br>7241 ORTEGA HILLS DR<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 294159-39<br>JAMES S CAMBENSY<br>1873 HAVERHILL RD N<br>WEST PALM BCH FL 33417 | CREDITOR ID: 294160-39<br>JAMES S DAMPMAN SR &<br>FLORENCE DAMPMAN JT TEN<br>6192 RUPE ROAD<br>BROOKSVILLE FL 34602 | CREDITOR ID: 294161-39<br>JAMES S KAYSER & LILLIAN V<br>KAYSER JT TEN<br>77 N CAMINO SECO APT 172<br>TUCSON AZ 85710 |
| CREDITOR ID: 294162-39<br>JAMES S WILSON & PATRICIA I<br>WILSON JT TEN<br>1848 ALPINE LANE<br>DEATSVILLE AL 36022 | CREDITOR ID: 294164-39<br>JAMES SAUNDERS<br>780 DUMONT AVE<br>BROOKLYN NY 11207 | CREDITOR ID: 294165-39<br>JAMES SCHARFF<br>1521 CLASSIC DR # A<br>MONROE NC 28112 |
| CREDITOR ID: 294166-39<br>JAMES SCHICKLEY<br>8252 LITTLE BETH DRIVE EAST<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 294167-39<br>JAMES SCHWARTZ & RAMONA<br>SCHWARTZ JT TEN<br>2608 BON AIR DR<br>ORLANDO FL 32818 | CREDITOR ID: 294168-39<br>JAMES SCOTT THOMPSON<br>5849 CROSSING KING DR<br>CHARLOTTE NC 28212 |
| CREDITOR ID: 294169-39<br>JAMES SLEDGE & FAYE SLEDGE<br>JT TEN<br>149 PRIMROSE DRIVE<br>PRATTVILLE AL 36067 | CREDITOR ID: 294170-39<br>JAMES SOUBASIS & MARY<br>SOUBASIS JT TEN<br>261 SE ASHLEY OAKS WAY<br>STUART FL 34997 | CREDITOR ID: 294171-39<br>JAMES STANFORD COPELAN<br>828 PEACHTREE DR<br>COLUMBUS GA 31906 |
| CREDITOR ID: 294172-39<br>JAMES SULLIVAN LEPPEAT<br>6007 HOWARD ROAD<br>RICHMOND VA 23226 | CREDITOR ID: 294173-39<br>JAMES T BLAND<br>607 E SEMINOLE AVE<br>MADISON FL 32340 | CREDITOR ID: 294174-39<br>JAMES T BOWMAN JR<br>205 DONNA AVE<br>GASTONIA NC 28052 |
| CREDITOR ID: 294175-39<br>JAMES T BURNS<br>C/O 3904 BRAMBLE ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 294176-39<br>JAMES T CASON CUST JAMES P<br>CASON UND UNIF GIFT MIN ACT<br>SC<br>902 LOG SHOALS RD<br>GREENVILLE SC 29607 | CREDITOR ID: 294177-39<br>JAMES T CASTILLE<br>P O BOX 23<br>DERIDDER LA 70634 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 294178-39<br>JAMES T DANCY<br>5001 HIDDENBROOK CT<br>MCLEANSVILLE NC 27301 | CREDITOR ID: 294179-39<br>JAMES T DEES & TAMMY L DEES<br>JT TEN<br>217 CARVER ST W<br>SAINT AUGUSTINE FL 32080 | CREDITOR ID: 294180-39<br>JAMES T DELAROSA<br>906 COLONIAL AVE SE<br>PALM BAY FL 32909 |
| CREDITOR ID: 294181-39<br>JAMES T DOYLE<br>14261 82ND AV<br>SEMINOLE FL 33776 | CREDITOR ID: 294182-39<br>JAMES T HANKINS JR<br>1510 SHOAL CREEK DR SW<br>CONYERS GA 30207 | CREDITOR ID: 294183-39<br>JAMES T HAYDEN<br>1011 HAYDEN LANE<br>TALLADEGA AL 35160 |
| CREDITOR ID: 294184-39<br>JAMES T KENNEDY II<br>717 MONTEBELLO CIR<br>CHESAPEAKE VA 23320 | CREDITOR ID: 294185-39<br>JAMES T KIRKSEY<br>RR 1 BOX 203A<br>BUTLER GA 31006 | CREDITOR ID: 294188-39<br>JAMES T MERRITT & SANDRA<br>MERRITT JT TEN<br>1226 S FRUIT COVE DR<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 294189-39<br>JAMES T MORRIS<br>PO BOX 3457<br>WEST COLUMBIA SC 29171 | CREDITOR ID: 294190-39<br>JAMES T PASEUR<br>212 COOK RD<br>ARDMORE AL 35739 | CREDITOR ID: 294191-39<br>JAMES T RANEY JR<br>5104 ORCHARD RD<br>CHARLESTOWN IN 47111 |
| CREDITOR ID: 294192-39<br>JAMES T SMITH<br>520 HARRISON ST<br>SW PALM BAY FL 32908 | CREDITOR ID: 294193-39<br>JAMES T TAYLOR & CONSTANCE L<br>TAYLOR JT TEN<br>1037 DAWES RD<br>FROSTPROOF FL 33843 | CREDITOR ID: 294194-39<br>JAMES T TURNER<br>2841 E ORLANDO RD<br>PANAMA CITY FL 32405 |
| CREDITOR ID: 294195-39<br>JAMES T VERFURTH<br>2801 BLUEWOOD TRL<br>FLOWER MOUND TX 75022 | CREDITOR ID: 294196-39<br>JAMES T WILLIAMS<br>513 FORREST ROAD<br>WARSAW NC 28398 | CREDITOR ID: 294197-39<br>JAMES TAMANAHA<br>1559 SONOMA AVE<br>ALBANY CA 94706 |
| CREDITOR ID: 294198-39<br>JAMES TATRO & LYNN TATRO<br>JT TEN<br>4497 KIME FARM RD EXT<br>CLIMAX NC 27233 | CREDITOR ID: 294199-39<br>JAMES THOMAS CORBETT<br>142 MERRITT DR<br>NORTH SC 29112 | CREDITOR ID: 294200-39<br>JAMES THOMAS WOOD<br>3199 MARCH TERR<br>CINCINNATI OH 45239 |
| CREDITOR ID: 294202-39<br>JAMES THORNTON SR & LILLIAN<br>L THORNTON JT TEN<br>2344 LEXINGTON AVE<br>SPRINGFIELD OH 45505 | CREDITOR ID: 294204-39<br>JAMES TRANSUE<br>6712 36TH AVE S<br>TAMPA FL 33619 | CREDITOR ID: 294205-39<br>JAMES V APARO & LOUISE M<br>APARO JT TEN<br>4484 HIDDEN VILLAGE DR<br>PORT ORANGE FL 32127 |
| CREDITOR ID: 294206-39<br>JAMES V BOUCHILLON<br>P O BOX 957374<br>DULUTH GA 30136 | CREDITOR ID: 294207-39<br>JAMES V CINO<br>7674 159TH CT N<br>PALM BEACH GARDENS FL 33418 | CREDITOR ID: 294209-39<br>JAMES V SCHRAMM SR & SARA L<br>SCHRAMM JT TEN<br>1072 LINTHICUM ST<br>TARRANT AL 35217 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 294210-39
JAMES V SEAGLE TR U-W GAIL
HARRILL SCHRUM F-B-O
BRITTANY GAYLE SCHRUM
127 CHESTNUT ST
LINCOLNTON NC 28092

CREDITOR ID: 294211-39
JAMES V SEAGLE TR U-W GAIL
HARRILL SCHRUM F-B-O AMANDA
LEIGH SCHRUM
127 CHESTNUT ST
LINCOLNTON NC 28092

CREDITOR ID: 294212-39
JAMES V SMITH & JOLIENE A
SMITH JT TEN
2457 TAYLOR RD
NEW SMYRNA BEACH FL 32168

CREDITOR ID: 294213-39
JAMES W ATKINSON & CAROLE M
ATKINSON JT TEN
1621 TILESTON RD
SAINT CLOUD FL 34771

CREDITOR ID: 294214-39
JAMES W BALDREE
904 N SCHOPKE RD
APOPKA FL 32712

CREDITOR ID: 294215-39
JAMES W BANE
3317 S 3040 E
SALT LAKE CITY UT 84109

CREDITOR ID: 294216-39
JAMES W BLANTON
101 SAINT JOHNS WAY W
APOLLO BEACH FL 33572

CREDITOR ID: 294217-39
JAMES W BUSH
RR 3 BOX 109
GREENVILLE FL 32331

CREDITOR ID: 294218-39
JAMES W CLARK JR
4413 PINE VILLA CR
PACE, FL 32571

CREDITOR ID: 294219-39
JAMES W CLOW
3484 MEMBERS CLUB BLVD SE
SOUTHPORT NC 28461

CREDITOR ID: 294220-39
JAMES W CULPEPPER
5233 SEASPRAY AVE
JACKSONVILLE FL 32244

CREDITOR ID: 294221-39
JAMES W ELLENBERGER
1120 GROVE ST
POTTSTOWN PA 19464

CREDITOR ID: 294222-39
JAMES W FLINN & LINDA FLINN
JT TEN
ATTN LINDA NEWMAN
2523 OHIO DR
PLANO TX 75093

CREDITOR ID: 294223-39
JAMES W FORREST & PHYLLIS K
FORREST JT TEN
510 SWEETLEAF DR
BRANDON FL 33511

CREDITOR ID: 294224-39
JAMES W GARNER
800 EAST 11TH ST
ROANOKE RAPIDS NC 27870

CREDITOR ID: 294225-39
JAMES W GATES
3016 COUNTY RD 743
PRINCETON TX 75407

CREDITOR ID: 294226-39
JAMES W GOODWIN
245 HENSEN HILL RD
CHERAW SC 29520

CREDITOR ID: 294227-39
JAMES W GRINSTEAD & DOLORES
GRINSTEAD JT TEN
2900 GRIFFIN DRIVE
DOTHAN AL 36303

CREDITOR ID: 294228-39
JAMES W HUNNELL
7842 CHERRY TREE LN
NEW PORT RICHEY FL 34653

CREDITOR ID: 294229-39
JAMES W KECK
3511 LEXINGTON RD APT 3
LOUISVILLE KY 40207

CREDITOR ID: 294230-39
JAMES W M ATKINSON III &
CAROLE M ATKINSON JT TEN
1621 TILESTON RD
SAINT CLOUD FL 34771

CREDITOR ID: 294231-39
JAMES W MARCUS
700 ORCHID DRIVE
MAPLES FL 34102

CREDITOR ID: 294232-39
JAMES W MARTIN
27051 CAREFREE DR
BROOKSVILLE FL 34602

CREDITOR ID: 294233-39
JAMES W MAYHEW
31598 DETROIT RD
WESTLAKE OH 44145-1755

CREDITOR ID: 294234-39
JAMES W MCCURDY
PO BOX 261
CARRIERE MS 39426

CREDITOR ID: 294235-39
JAMES W MILES & KATHERINE
MILES JT TEN
P O BOX 1725
INDIAN TRAIL NC 28079

CREDITOR ID: 294236-39
JAMES W MONTGOMERY & SANDRA K
MONTGOMERY JT TEN
119 BELFALLS
GEORGETOWN TX 78628

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294237-39<br>JAMES W MURPHREE<br>3444 BILTMORE AVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 294238-39<br>JAMES W NICKLES II<br>PO BOX 865<br>GLEN  ST  MARY FL 32040 | CREDITOR ID: 294239-39<br>JAMES W PARKER<br>913 HAWK CREEK RD<br>LONDON KY 40741 |
| CREDITOR ID: 294240-39<br>JAMES W PENDLETON<br>4767 JACKLIN DR NE<br>ROANOKE VA 24019 | CREDITOR ID: 294241-39<br>JAMES W POLLARD CUST JARED<br>JAMES POLLARD UNIF TRANS MIN<br>ACT PA<br>PO BOX 1035<br>CONYNGHAM PA 18219 | CREDITOR ID: 294242-39<br>JAMES W RAY<br>661 RAVEN LN<br>COPPELL TX 75019 |
| CREDITOR ID: 294243-39<br>JAMES W SCHWARTZ & ROMONA L<br>SCHWARTZ JT TEN<br>2608 BON AIR DR<br>ORLANDO FL 32818 | CREDITOR ID: 294244-39<br>JAMES W SCOTT<br>700 ST MARYS AVE<br>112 B<br>FRANKFURT IN 46041 | CREDITOR ID: 294245-39<br>JAMES W SHADDRIX & TERESA S<br>SHADDRIX JT TEN<br>544 CHAMBERS CREEK DR S<br>EVERMAN TX 76140 |
| CREDITOR ID: 294246-39<br>JAMES W SHEFFIELD JR<br>2331 HERSCHEL ST<br>JACKSONVILLE FL 32204 | CREDITOR ID: 294247-39<br>JAMES W SMITH<br>6991 BEELER ST<br>PENSACOLA FL 32503 | CREDITOR ID: 294248-39<br>JAMES W STILLS & JANCIE J<br>STILLS JT TEN<br>63 SE 5TH AVE<br>DEERFIELD  BEACH FL 33441 |
| CREDITOR ID: 294249-39<br>JAMES W TAYLOR<br>400 WHIPPOORWILL CI<br>RUSSELLVILLE AL 35654 | CREDITOR ID: 294250-39<br>JAMES W THUMM JR<br>510 4TH ST SE<br>NAPLES FL 34117 | CREDITOR ID: 294251-39<br>JAMES W TURPIN & ELIZABETH T<br>TURPIN JT TEN<br>249 LAKESHORE DRIVE<br>AMERICUS GA 31709 |
| CREDITOR ID: 294252-39<br>JAMES W WEIS & SYLVIA WEIS<br>TRUSTEES U-A DTD<br>01-31-01 WEIS FAMILY TRUST<br>105 LOST RIVER LN<br>BOWLING  GREEN KY 42104 | CREDITOR ID: 294253-39<br>JAMES W WHITLOW<br>1205 ALDER DR APT 1805<br>ARLINGTON TX 76012 | CREDITOR ID: 294254-39<br>JAMES W WOOD<br>8011 QUAIL MEADOW TER APT 1<br>LOUISVILLE KY 40222 |
| CREDITOR ID: 294255-39<br>JAMES W WOODWARD<br>2610 NW 64TH AVE<br>MARGATE FL 33063 | CREDITOR ID: 294256-39<br>JAMES WALLACE<br>620 REDWOOD COURT<br>KISSIMME FL 34743 | CREDITOR ID: 294257-39<br>JAMES WALWORTH SAWYER<br>11011 SW 156TH ST<br>MIAMI FL 33157 |
| CREDITOR ID: 294258-39<br>JAMES WARREN BROWN<br>1146 MULBERRY RD<br>OPELOUSAS LA 70570 | CREDITOR ID: 294259-39<br>JAMES WARREN VEAL<br>627 BAYSHORE DR<br>PENSACOLA FL 32507 | CREDITOR ID: 294260-39<br>JAMES WEIS & SYLVIA WEIS<br>JT TEN<br>105 LOST RIVER LN<br>BOWLING  GREEN KY 42104 |
| CREDITOR ID: 294261-39<br>JAMES WESLEY GILMORE<br>3318 DAVE HEAFNER RD<br>CROUSE NC 28033 | CREDITOR ID: 294262-39<br>JAMES WHITE CATO & JOSEPH W<br>CATO JT TEN<br>226 WEST ST<br>MCCOMB MS 39648 | CREDITOR ID: 294263-39<br>JAMES WILEY PRICE<br>2508 BEAVER BEACH LANE<br>GREENVILLE NC 27834 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:    05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 294264-39<br>JAMES WILKINS<br>78210 CHURCH ROAD<br>FOLSOM LA 70437 | CREDITOR ID: 294265-39<br>JAMES WILLARD CHANCEY III<br>C/O DEBORAH A COLLINS<br>1040 DETROIT ST<br>JACKSONVILLE FL 32254 | CREDITOR ID: 294266-39<br>JAMES WILLIAM BLACKBURN<br>1922 S SMITHVILLE RD # 234<br>KETTERING OH 45420 |
| CREDITOR ID: 294267-39<br>JAMES WILLIAM CULLIFER<br>5447 MALTESE DR<br>COLUMBUS GA 31904 | CREDITOR ID: 294268-39<br>JAMES WILLIAM E O'KEEFE<br>111 ALEXANDRA WOODS DR<br>DEBARY FL 32713 | CREDITOR ID: 294269-39<br>JAMES WILLIAM HAMRICK<br>1120 GUN CLUB RD<br>HENDERSON NC 27536 |
| CREDITOR ID: 294270-39<br>JAMES WILLIAM HOEHN III<br>987 OLD AUTHON RD<br>WEATHERFORD TX 76088 | CREDITOR ID: 294271-39<br>JAMES WILLIAM JOHNSON<br>4305 HICKS RD<br>GARNER NC 27529 | CREDITOR ID: 294272-39<br>JAMES WILLIAM POLLARD TTEE<br>U-A DTD 5-10-94<br>JESSE I POLLARD TRUST<br>PO BOX 1035<br>CONYNGHAM PA 18219 |
| CREDITOR ID: 294273-39<br>JAMES WILLIAM WEBB & BETTY L<br>WEBB JT TEN<br>PO BOX 428<br>NORMAN  PARK GA 31771 | CREDITOR ID: 294274-39<br>JAMES WILLIAMS<br>7741 SHALIMAR ST<br>MIRAMAR FL 33023 | CREDITOR ID: 294275-39<br>JAMES WILLIAMS & FRANCES<br>WILLIAMS JT TEN<br>1502 PAWNEE ST<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 294276-39<br>JAMES WILLIAMSON III CUST<br>DANIEL SCOTT BENTON UNDER<br>THE NC UNIF TRAN MIN ACT<br>2317 AMESBURY AVE<br>CHARLOTTE NC 28205 | CREDITOR ID: 294277-39<br>JAMES WILSON GOODWIN<br>245 HENSEN HILL RD<br>CHERAW SC 29520 | CREDITOR ID: 294278-39<br>JAMES WOOD<br>639 FRANKLYN AVENUE<br>INDIALANTIC FL 32903 |
| CREDITOR ID: 294279-39<br>JAMES Y LITTLEJOHN<br>1618 NORTHGLEN CIR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 294280-39<br>JAMES YOUNG JR & GLORIA L<br>YOUNG JT TEN<br>11516 H ARTS RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 294281-39<br>JAMIE ANN WEISS<br>27130 VALLEY VISTA DR<br>WEST  HARRISON IN 47060 |
| CREDITOR ID: 294282-39<br>JAMIE ARLT<br>161 SW SOUTH WAKEFIELD CIR<br>PORT  ST  LUCIE FL 34953 | CREDITOR ID: 294283-39<br>JAMIE B LUTZ<br>2988 JACK WHITENER ROAD<br>NEWTON NC 28658 | CREDITOR ID: 294284-39<br>JAMIE DANIELLE BONCK<br>320 E PEARL DR<br>SLIDELL LA 70461 |
| CREDITOR ID: 294285-39<br>JAMIE ERIC CASWELL<br>1305 WIDE ANTLER COVE<br>CEDAR  PARK TX 78613 | CREDITOR ID: 294286-39<br>JAMIE H DAVIS<br>APT 604<br>8424 CHICAGO AVE<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 294287-39<br>JAMIE HUBBARD<br>319 LONG HOLLOW RD<br>ELIZABETHTON TN 37643 |
| CREDITOR ID: 294288-39<br>JAMIE J WILLIS<br>22 IMOGENE ST<br>WAGGAMAN LA 70094 | CREDITOR ID: 294289-39<br>JAMIE JOYCE HYATT<br>7828 GREEN COVE CT<br>DENVER NC 28037 | CREDITOR ID: 294290-39<br>JAMIE JOYCE HYATT & EUGENE B<br>COLLINS JT TEN<br>7828 GREEN COVE CT<br>DENVER NC 28037 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294291-39<br>JAMIE L BROWN<br>185 BAYVIEW AVE<br>FORT MYERS BEACH FL 33931 | CREDITOR ID: 294292-39<br>JAMIE L GILLESPIE<br>105 ELIZA LANE<br>SUMMERVILLE SC 29485 | CREDITOR ID: 294293-39<br>JAMIE L HADDEN<br>P O BOX 5454<br>SYLVESTER GA 31791 |
| CREDITOR ID: 294294-39<br>JAMIE L LOWRY<br>C/O JAMIE LOWRY AMBURN<br>2617 LAFAYETTE AVE<br>RICHMOND VA 23228 | CREDITOR ID: 294295-39<br>JAMIE L ROGERS<br>65 HALEY CT<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 294296-39<br>JAMIE L WILLIAMS<br>341 JACKSONS ST<br>PONCHATOULA LA 70454 |
| CREDITOR ID: 294297-39<br>JAMIE LEHANE<br>1682 FOXWOOD TRAIL<br>LOVELAND OH 45140 | CREDITOR ID: 294298-39<br>JAMIE LEIGH WILLIAMS<br>703 ENSENADA DR<br>ORLANDO FL 32825 | CREDITOR ID: 294299-39<br>JAMIE LYN HATCHER<br>515 NORTHMEADOW DR<br>ARLINGTON TX 76011 |
| CREDITOR ID: 294300-39<br>JAMIE LYNN BOUDREAUX<br>153 JOHNSON RIDGE LN<br>THIBODAUX LA 70301 | CREDITOR ID: 294301-39<br>JAMIE LYNN DEAN<br>APT C<br>6800 N KINGS HWY<br>MYRTLE BEACH SC 29572 | CREDITOR ID: 294302-39<br>JAMIE M JACKSON<br>421 E 5TH ST<br>CHULUATA FL 32766 |
| CREDITOR ID: 294303-39<br>JAMIE MARGARET JOHNSON<br>6055 DEARBORN AVENUE<br>COLUMBUS GA 31909 | CREDITOR ID: 294304-39<br>JAMIE P AMEDEE<br>427 IDLEWILD DR<br>HOUMA LA 70364 | CREDITOR ID: 294305-39<br>JAMIE R HOFFER<br>PO BOX 2426<br>HINESVILLE GA 31310 |
| CREDITOR ID: 294306-39<br>JAMIE ROSEBERRY<br>7735 ARLIGHT DR<br>NEW PRT RCHY FL 34655 | CREDITOR ID: 294307-39<br>JAMIE S PHILLIPS<br>417 CARVELL DRIVE<br>WINTER PARK FL 32792 | CREDITOR ID: 294308-39<br>JAMIE SHANNON LEE<br>317 ROCHESTER HWY<br>SENECA SC 29672 |
| CREDITOR ID: 294309-39<br>JAMIE T HUTSON<br>990 DEERE CREEK RD<br>ATMORE AL 36502 | CREDITOR ID: 294310-39<br>JAMIE WESALENA WARNER<br>3470 WOODBURN AVE<br>CINCINNATI OH 45207 | CREDITOR ID: 294311-39<br>JAMISON W CLOWER<br>5915 ORTEGA RIVER CIRCLE<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 294312-39<br>JAMMIE L THOMAS<br>7635 PINE NEST CT<br>ORLANDO FL 32822 | CREDITOR ID: 294313-39<br>JAMMIE STALVEY<br>5723 HAMBRICK RD<br>HAHIRA GA 31632 | CREDITOR ID: 294314-39<br>JAN AARON UPCHURCH<br>950 JOHN COLLIER RD<br>ATHENS GA 30607 |
| CREDITOR ID: 294315-39<br>JAN C HUNTER<br>1409 SW 25TH ST<br>BLUE SPRINGS MO 64015 | CREDITOR ID: 294316-39<br>JAN G FLYNN<br>P O BOX 18033<br>PANAMA CITY BEACH FL 32417 | CREDITOR ID: 294317-39<br>JAN JANICKI JR<br>115 DELIESSELINE RD<br>CAYCE SC 29033 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294318-39<br>JAN K OSBORNE CUST SAMUEL<br>OSBORNE UNIF TRANS MIN ACT FL<br>PO BOX 2333<br>LAKE  CITY FL 32056 | CREDITOR ID: 294319-39<br>JAN M BOATRIGHT<br>4919 ROOSEVELT CIRCLE<br>SUGAR  HILL GA 30518 | CREDITOR ID: 294320-39<br>JAN M PLUMLEY<br>2808 PIONEER RD APT 3<br>ORLANDO FL 32808 |
| CREDITOR ID: 294321-39<br>JAN MARIE DOSKEY<br>846 JEFFERSON HEIGHTS AVE<br>JEFFERSON LA 70121 | CREDITOR ID: 294323-39<br>JAN RAY COMARDELLE<br>202 MARK DR<br>DES  ALLEMANDS LA 70030 | CREDITOR ID: 294324-39<br>JANA APPERSON<br>1417 AZALEA RD 1C<br>MOBILE AL 36693 |
| CREDITOR ID: 294325-39<br>JANA L SAUCEDO<br>120 WILLOW LN<br>STEPHENVILLE TX 76401 | CREDITOR ID: 294326-39<br>JANARA A RODIBAUGH<br>8020 SAYBROOK DRIVE<br>PORT  RICHEY FL 34668 | CREDITOR ID: 294327-39<br>JANE A AULENBACK<br>1669 EUSTRIDGE AVE<br>SEWARD NE 68434 |
| CREDITOR ID: 294328-39<br>JANE A CARTER<br>4201 SW 33RD DR<br>HOLLYWOOD FL 33023 | CREDITOR ID: 294329-39<br>JANE A CARTER & HOWARD<br>CARTER JT TEN<br>4201 SW 33RD DRIVE<br>HOLLYWOOD FL 33023 | CREDITOR ID: 294330-39<br>JANE A ROSCOE<br>1477 BLUEJAY DR<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 294331-39<br>JANE ADAMS HOWLE<br>2320 MICA MINE LN<br>WAKE  FOREST NC 27587 | CREDITOR ID: 294332-39<br>JANE ANN CARTER & HOWARD<br>CARTER JT TEN<br>4201 SW 33RD DRIVE<br>HOLLYWOOD FL 33023 | CREDITOR ID: 294333-39<br>JANE ANNETTE RUSHER & DAVID<br>ALLAN RUSHER TRUSTEES U-A DTD<br>01-06-03 DAVID ALLAN RUSHER &<br>JANE ANNETTE RUSHER REVOCABLE TRUST<br>877 PINE BAUGH STREET<br>ROCKLEDGE FL 32955 |
| CREDITOR ID: 294334-39<br>JANE B GONSALVES CUST<br>MEAGHAN KELLY GONSALVES UND<br>UNIF GIFT MIN ACT FL<br>9910 SW 23RD ST<br>FORT  LAUDERDALE FL 33324 | CREDITOR ID: 294335-39<br>JANE B GONSALVES CUST ERIK<br>BAKER GONSALVES UND UNIF<br>GIFT MIN ACT FL<br>9910 SW 23RD ST<br>FORT  LAUDERDALE FL 33324 | CREDITOR ID: 294336-39<br>JANE B SALA TTEE U A DTD<br>10-22-93 JANE B SALA<br>REVOCABLE TRUST<br>3022 MCINTOSH RD<br>DOVER FL 33527 |
| CREDITOR ID: 294337-39<br>JANE BENTON DAVIS<br>2209 HAMPSTEAD NEWS<br>MONTGOMERY AL 36117 | CREDITOR ID: 294338-39<br>JANE BENTON DAVIS & JULES L<br>DAVIS JT TEN<br>2209 HAMPSTEAD MEWS<br>MONTGOMERY AL 36117 | CREDITOR ID: 294339-39<br>JANE BLOCH MILLER<br>17480 KAITLYN DR<br>BATON  ROUGE LA 70817 |
| CREDITOR ID: 294340-39<br>JANE BRUGUIERE NORTON<br>PEASES POINT WAY<br>EDGARTOWN MA 02539 | CREDITOR ID: 294341-39<br>JANE BULL MORRIS<br>4990 VANDIVEER RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 294342-39<br>JANE C JETER<br>310 BELLECHASE DR<br>NICHOLASVILLE KY 40356 |
| CREDITOR ID: 294343-39<br>JANE C SAZERA<br>7284 WEST RIVERWOOD DRIVE<br>FOLEY AL 36535 | CREDITOR ID: 294344-39<br>JANE CRECIA BAKER<br>8320 MULVEHILL RD<br>MORRIS AL 35116 | CREDITOR ID: 294345-39<br>JANE D HANNON & JAMES R<br>HANNON JT TEN<br>117 QUAIL VALLEY DR<br>LYMAN SC 29365 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

CREDITOR ID: 294346-39
JANE D INGRAM
117 PINE OAK DR
PALATKA FL 32177

CREDITOR ID: 294347-39
JANE DEMA
109 MOONRAKER DR
SLIDELL LA 70458

CREDITOR ID: 294348-39
JANE E CALHOUN
PO BOX 1731
HEPHZIBAH GA 30815

CREDITOR ID: 294349-39
JANE E CLARK
1841 SW MILLIKIN AVE
PORT  SAINT  LUCIE FL 34953

CREDITOR ID: 294350-39
JANE E DEWITTE
12350 PATTY DR
JACKSONVILLE FL 32220

CREDITOR ID: 294351-39
JANE E FLANAGAN
3812 HARWOOD AVENUE SW
HUNTSVILLE AL 35805

CREDITOR ID: 294352-39
JANE E HENRY
985 WREN CT
MONROE OH 45050

CREDITOR ID: 294353-39
JANE E HERTZOG &
JOHN M HERTZOG JT TEN
3013 PINE AVE
JACKSONVILLE FL 32218

CREDITOR ID: 294354-39
JANE E HUBBARD
40 ALLEN OAKS WAY
COVINGTON GA 30209

CREDITOR ID: 294355-39
JANE ELLEN MASTERSON
12801 STATE HWY 94
GRADY AL 36036

CREDITOR ID: 294356-39
JANE ELLEN MASTERSON CUST
FOR WILLIAM MICHAEL GRIGGS
UNDER THE FL UNIFORM
TRANSFERS TO MINORS ACT
12801 STATE HWY 94
GRADY AL 36036

CREDITOR ID: 294357-39
JANE F BRADY
1900 ELLERSLIE AVENUE
LA  PLACE LA 70068

CREDITOR ID: 294358-39
JANE F DILLON CUST DONALD
HENRY DILLON
3257 MIDDLEBURRY LANE
CHARLESTON SC 29414

CREDITOR ID: 294359-39
JANE F MANCO
212 PUNTA ALTA CT
LEHIGH  ACRES FL 33936

CREDITOR ID: 294360-39
JANE F WOLFE
671 N DIXIE AVE LOT 1-A
TITUSVILLE FL 32796

CREDITOR ID: 294361-39
JANE FAULK DUHON & ALDEN
PAUL DUHON JT TEN
PO BOX 72 102 6TH ST
MERMENTAU LA 70556

CREDITOR ID: 294362-39
JANE FUSSELL
203  LAUREL  LANE
MT  AIRY NC 27030

CREDITOR ID: 294363-39
JANE G ROBERTS & DONALD
ROBERTS JT TEN
333 ZION HILL
MIDWAY KY 40347

CREDITOR ID: 294364-39
JANE GIBSON ALBRIGHT
1275 COUNTRY WALK CIR
WICHITA KS 67206-4103

CREDITOR ID: 294365-39
JANE GOWER BROWN
430 MARLOWE RD
RALEIGH NC 27609

CREDITOR ID: 294366-39
JANE GRACE PARKER
6253 BISCAYNE CIRCLE
MOBILE AL 36609

CREDITOR ID: 294367-39
JANE H DIXON
3708 FULTON ST NW
WASHINGTON DC 20007

CREDITOR ID: 294368-39
JANE H KELLEY
103 MASHBURN PL
CANTON GA 30114

CREDITOR ID: 294369-39
JANE H NEVINSMITH TRUSTEE U-A
DTD 10-15-02 JANE H
NEVINSMITH LIVING TRUST
21 WEST ST
HADLEY MA 01035

CREDITOR ID: 294370-39
JANE HOLMES DIXON
3708 FULTON ST NW
WASHINGTON DC 20007

CREDITOR ID: 294371-39
JANE J JENKINS
2891 CENTERVILLE ROSEBUD RD
SNELLVILLE GA 30278

CREDITOR ID: 294372-39
JANE KOMARA
420 HIBISCUS AVE
STUART FL 34996

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294373-39<br>JANE L RUTLEDGE & WILLIAM D<br>RUTLEDGE JT TEN<br>2210 HWY 19S<br>MERIDIAN MS 39301 | CREDITOR ID: 294374-39<br>JANE L WINKEL & GEORGE<br>WINKEL JT TEN<br>131 23RD AVE<br>VERO  BEACH FL 32962 | CREDITOR ID: 294375-39<br>JANE M CAMPBELL<br>4000 MACHUPE DR<br>LOUISVILLE KY 40241 |
| CREDITOR ID: 294376-39<br>JANE M FELDMAN<br>#8<br>543 DAVIS RD<br>CINCINNATI OH 45255 | CREDITOR ID: 294377-39<br>JANE M IRMSCHER<br>2024 FLORIDA DR<br>FORT  WAYNE IN 46805 | CREDITOR ID: 294378-39<br>JANE M PANUTHOS & PETER G<br>PANUTHOS JT TEN<br>1302 PEABODY DR E<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 294379-39<br>JANE M SADLER & ELDON SADLER<br>JT TEN<br>5525 BEAU-CHANCE LN<br>PERRY FL 32348 | CREDITOR ID: 294380-39<br>JANE M SHANNON TR U-A<br>08-27-96 JANE M SHANNON REV<br>LIVING TRUST<br>4108 SPRING GLEN RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 294381-39<br>JANE MARIE BERTHELOT<br>204 MODERN FARMS RD<br>WESTWEGO LA 70094 |
| CREDITOR ID: 294382-39<br>JANE MARIE BROESLER<br>3742 E JOHNSON PL<br>INVERNESS FL 34453 | CREDITOR ID: 294383-39<br>JANE MARIE KEHOE LYON<br>510 23RD ST N BEACH<br>ST  AUGUSTINE FL 32084 | CREDITOR ID: 294384-39<br>JANE MCGINTY ALFORD<br>4 COLTON CT<br>DURHAM NC 27713 |
| CREDITOR ID: 294385-39<br>JANE MCMURRAY<br>1408 CENTRAL ST<br>KINGSPORT TN 37664 | CREDITOR ID: 294386-39<br>JANE P LOPEZ & JOHN R LOPEZ<br>JT TEN<br>2470 TWIN KNOLLS CIR DRIVE<br>REISTERSTOWN MD 21136 | CREDITOR ID: 294387-39<br>JANE P WRIGHT<br>2509 MILLER WOOD CT<br>VALRICO FL 33594 |
| CREDITOR ID: 294388-39<br>JANE PAUL ANGELHART<br>2946 SOUTH MOLINE PLACE<br>AURORA CO 80014 | CREDITOR ID: 294389-39<br>JANE PAULA BACHMANN<br>27234 CARR STREET<br>ZIMMERMAN MN 55398 | CREDITOR ID: 294390-39<br>JANE PERRY MCCUTCHEN<br>6 HEATHWOOD CIR<br>COLUMBIA SC 29205 |
| CREDITOR ID: 294391-39<br>JANE PERRY STERNER<br>310 ELECTRA DR<br>CARY NC 27513 | CREDITOR ID: 294392-39<br>JANE POWELL FISHER & JESSE C<br>FISHER JR TENANTS IN COM<br>106 POWELL BLDG<br>WHITEVILLE NC 28472 | CREDITOR ID: 294393-39<br>JANE R JOHNSON & DANNY E<br>JOHNSON JT TEN<br>107 BROOKBEND RD<br>MAULDIN SC 29662 |
| CREDITOR ID: 294394-39<br>JANE R JONES<br>209 LAKEWOOD DR<br>ANDERSON SC 29621 | CREDITOR ID: 294395-39<br>JANE R SCARPA<br>PO BOX 5145<br>NAVARRE FL 32566 | CREDITOR ID: 294396-39<br>JANE S GLOVER<br>120 CANTEBERRY DR<br>SALISBURY NC 28144 |
| CREDITOR ID: 294397-39<br>JANE S HAGEE<br>1104 HERETICK AVE<br>HOPEWELL VA 23860 | CREDITOR ID: 294398-39<br>JANE S SCHLEGEL<br>120 WALNUT ST<br>NORTH  EAST MD 21901 | CREDITOR ID: 294399-39<br>JANE S TILLEY<br>2873 TREESTEAD CIRCLE<br>GREENSBORO NC 27410 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

CREDITOR ID: 294400-39
JANE SHIRLEY RHODES
11111 106TH ST
LARGO FL 34643

CREDITOR ID: 294401-39
JANE SMITH
P O BOX 381
MORTONS  GAP KY 42440

CREDITOR ID: 294402-39
JANE V KIMMEL
5369 MAKEMIE LANE
COLFAX NC 27235

CREDITOR ID: 294403-39
JANE W PARSONS
325 COW TRAIL
GRAY  COURT SC 29645

CREDITOR ID: 294404-39
JANE W THOMAS & DANNY THOMAS
JT TEN
PO BOX 151
CLERMONT GA 30527

CREDITOR ID: 294405-39
JANE WATSON MAJOR
210 MANOR DR
FAYETTEVILLE GA 30215

CREDITOR ID: 294406-39
JANE WOERNER
4918 BLUEBIRD AVE
LOUISVILLE KY 40213

CREDITOR ID: 294407-39
JANE Y KUFFNER
614 DUPREE ST
CHESTER SC 29706

CREDITOR ID: 294408-39
JANEEN DRAKE
POJ BOX 404
ASTOR FL 32102

CREDITOR ID: 294409-39
JANEEN M RAYMOND
13089 86TH RD N
WEST  PALM  BEACH FL 33412

CREDITOR ID: 294410-39
JANELL D GRAFT
2315 KANSAS AVE
KENNER LA 70062

CREDITOR ID: 294411-39
JANELL LATHAM
995 COUNTY RD 420
QUITMAN MS 39355

CREDITOR ID: 294412-39
JANELLE R LUNDY & PAUL L
LUNDY JT TEN
PO BOX 1794
CHIEFLAND FL 32626

CREDITOR ID: 294413-39
JANELLE ZIOBER
3209 LAKE DESIARD DR
MONROE LA 71201

CREDITOR ID: 294414-39
JANELLE ZIOBER TTEE U A DTD
3-15-90 F-B-O ZIOBER FAMILY
TRUST
3209 LAKE DESIARD DR
MONROE LA 71201

CREDITOR ID: 294415-39
JANET A COGNATA & DAVID J
COGNATA JT TEN
309 OAKLAND AVE
EGG  HARBOR  TWNSHP NJ 08234

CREDITOR ID: 294416-39
JANET ABELL
214 SHORELINE DR
SHELBYVILLE KY 40065

CREDITOR ID: 294417-39
JANET ANN HAUFF
793 KNOLLVIEW BLVD
ORMOND  BEACH FL 32174

CREDITOR ID: 294418-39
JANET ANN HISSONG
102 STRAWBERRY LN
YORKVILLE IL 60560

CREDITOR ID: 294419-39
JANET B BOUDREAUX
14079 BAYOU GRAND N
GONZALES LA 70737

CREDITOR ID: 294420-39
JANET B FARRELL
234 BEACH RD
LOT 23
CLEVELAND NY 13042

CREDITOR ID: 294421-39
JANET B FLORA
1322 INDIANOLA
BOWLING  GREEN KY 42101

CREDITOR ID: 294422-39
JANET B SPARKS
3642 VERNIER DRIVE
CINCINNATI OH 45251

CREDITOR ID: 294423-39
JANET C BENNER
333 WILLOWBROOK LANE
CINCINATTI OH 45215

CREDITOR ID: 294424-39
JANET C ROLLINS
1241 EAST 8 TH AVE
MOUNT  DORA FL 32757

CREDITOR ID: 294425-39
JANET D BOYCE
215 PLANTATION GLEN CT
ALPHARETTA GA 30202

CREDITOR ID: 294426-39
JANET D FREDERICK
8105 SE PALM ST
HOBE  SOUND FL 33455

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294427-39<br>JANET D LIVELY CUST BRETT M<br>LIVELY POLEY UNDER THE<br>FLORIDA GIFTS TO MINORS ACT<br>ATTN HELEN WOODHAM<br>1976 KAROLINA AVE<br>WINTER  PARK FL 32789 | CREDITOR ID: 294428-39<br>JANET D LIVELY CUST BRIANA M<br>LIVELY POLEY UND UNIF GIFT<br>MIN ACT FLORIDA<br>ATTN HELEN WOODHAM<br>1976 KAROLINA AVE<br>WINTER  PARK FL 32789 | CREDITOR ID: 294429-39<br>JANET D LIVELY CUST BROOKE M<br>LIVELY U/T/M/A/FL<br>ATTN HELEN M WOODHAM<br>1976 KAROLINA AVE<br>WINTER  PARK FL 32789 |
| CREDITOR ID: 294430-39<br>JANET D SINGLETARY & DONALD<br>W SINGLETARY JT TEN<br>6349 WALDO'S BEACH RD<br>FAYETTEVILLE NC 28306 | CREDITOR ID: 294432-39<br>JANET DENISE HICKS CUST<br>THOMAS HICKS JR UND UNIF<br>GIFT MIN ACT NY<br>6179 HOWELL AVE<br>NEWFANE NY 14108 | CREDITOR ID: 294431-39<br>JANET DENISE HICKS CUST<br>MELISSA J HICKS UND UNIF<br>GIFT MIN ACT NY<br>6179 HOWELL AVE<br>NEWFANE NY 14108 |
| CREDITOR ID: 294433-39<br>JANET DIANE WOODHAM<br>1976 KAROLINA AVE<br>WINTER  PARK FL 32789 | CREDITOR ID: 294434-39<br>JANET DIAZ<br>571 RAVEN AVE<br>MIAMI  SPRINGS FL 33166 | CREDITOR ID: 294435-39<br>JANET DOSS SINGLETARY<br>6349 WALDO'S BEACH RD<br>FAYETTEVILLE NC 28306 |
| CREDITOR ID: 294436-39<br>JANET E GREENE<br>ATTN JANET GREENE WYATT<br>55 KENNEL WY<br>WAYNESVILLE NC 28786 | CREDITOR ID: 294437-39<br>JANET E HARRIS & BROWN C<br>HARRIS JT TEN<br>3515 CANTERBURY DRIVE<br>JEFFERSONTOWN KY 40299 | CREDITOR ID: 294438-39<br>JANET E ONOFRIO<br>102 FAWNVIEW CT<br>NEWPORT NC 28570 |
| CREDITOR ID: 294439-39<br>JANET F ROBERSON<br>3914 ROBIN HOOD DR<br>HOPEWELL VA 23860 | CREDITOR ID: 294440-39<br>JANET F STACY & KIRBY N<br>STACY JT TEN<br>412 S WESTMORELAND ST<br>STARKE FL 32091 | CREDITOR ID: 294441-39<br>JANET F STEWART<br>3350 SHUPING MILL RD<br>ROCKWELL NC 28130 |
| CREDITOR ID: 294442-39<br>JANET FERGUSON<br>836 RIDER RD<br>DAWSONVILLE GA 30534 | CREDITOR ID: 294443-39<br>JANET GALLUZZO & RICHARD<br>GALLUZZO JT TEN<br>15 CAMBRIDGE DR<br>LONG  VALLEY NJ 07853 | CREDITOR ID: 294444-39<br>JANET GERWIG<br>2331 VINCENT RD<br>ORLANDO FL 32817 |
| CREDITOR ID: 294445-39<br>JANET GROCE MELTON<br>431 GREENWICH CIR<br>DANVILLE VA 24540 | CREDITOR ID: 294446-39<br>JANET H DALTON<br>5495 14TH AVENUE N<br>ST  PETERSBURG FL 33710 | CREDITOR ID: 294447-39<br>JANET H GARDNER<br>4311 HAVERSTRAW AVE<br>ORLANDO FL 32812 |
| CREDITOR ID: 294448-39<br>JANET H HARRIS<br>227 E PITTSFIELD ST<br>PENNSVILLE NJ 08070 | CREDITOR ID: 294449-39<br>JANET HAMER HOLCOMBE<br>409 FARMINGTON WOODS<br>CARY NC 27511 | CREDITOR ID: 294450-39<br>JANET J LONG & JOSEPH J<br>JOHNSON JT TEN<br>3520 WOODS LN<br>CALLAHAN FL 32011 |
| CREDITOR ID: 294451-39<br>JANET J MCNAB<br>3914 STONE BROOKE CIRCLE<br>AMES IA 50010 | CREDITOR ID: 294452-39<br>JANET JOHNSON<br>3476 MONTEREY CIR<br>BRUNSWICK OH 44212 | CREDITOR ID: 294453-39<br>JANET KAY BRAYTON<br>9576 MCCAULY RD<br>CINCINNATI OH 45241 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294454-39<br>JANET KAY REED<br>6466 8TH ST<br>VERO  BEACH FL 32968 | CREDITOR ID: 294455-39<br>JANET L ELLENA<br>9411 BRIGHTWAY CT<br>RICHMOND VA 23294 | CREDITOR ID: 294456-39<br>JANET L ESTELLE-GRAISY<br>3206 PINE RD A-8<br>BREMERTON WA 98310 |
| CREDITOR ID: 294458-39<br>JANET L FAHRNBACH<br>109 EAST MAIN ST<br>MASON OH 45040 | CREDITOR ID: 294457-39<br>JANET L FAHRNBACH<br>109 E MAIN ST<br>MASON OH 45040 | CREDITOR ID: 294459-39<br>JANET L HENRICH<br>12550 LAKE AVE APT 301<br>LAKEWOOD OH 44107 |
| CREDITOR ID: 294460-39<br>JANET L MORRELL<br>992 SW JANETTE AVE<br>PORT  SAINT  LUCIE FL 34953 | CREDITOR ID: 294461-39<br>JANET L SANDERS<br>12 47TH ST GULF<br>MARATHON FL 33050 | CREDITOR ID: 294462-39<br>JANET L SMITH<br>4868 W PONKAN RD<br>APOPKA FL 32712 |
| CREDITOR ID: 294463-39<br>JANET LEE WALLER<br>6 LEXINGTON DR<br>BLUFFTON SC 29910 | CREDITOR ID: 294464-39<br>JANET M BAILEY<br>13873 SMOKEY HOLLOW ROAD<br>NORTHPORT AL 35475 | CREDITOR ID: 294465-39<br>JANET M DOWNEY & ROY G<br>DOWNEY JT TEN<br>1349 CO RD 434<br>MOULTON AL 35650 |
| CREDITOR ID: 294466-39<br>JANET M HEISEL<br>P O BOX 178<br>TILLMAN SC 29943 | CREDITOR ID: 294467-39<br>JANET M HOLLAND & PAUL M<br>HOLLAND JT TEN<br>1021 GREEN WILLOW TR<br>ANDERSON SC 29621 | CREDITOR ID: 294468-39<br>JANET M LOGAN<br>7290 E 229 ST<br>QUENEMO KS 66528 |
| CREDITOR ID: 294469-39<br>JANET M LOUIS & MARK R LOUIS<br>JT TEN<br>1954 TIMBERIDGE DRIVE<br>LOVELAND OH 45140 | CREDITOR ID: 294470-39<br>JANET M SCOTT & LEE D SCOTT<br>JT TEN<br>PO BOX 141<br>HOLLAND IA 50642 | CREDITOR ID: 294471-39<br>JANET M SHEPPARD<br>RR 1 BOX 160<br>LILESVILLE NC 28091 |
| CREDITOR ID: 294472-39<br>JANET M WHISLER<br>808 MARYE ST<br>FREDERICKSBURG VA 22401 | CREDITOR ID: 294473-39<br>JANET M ZITZMANN<br>4202 S CORDIA CT<br>APACHE  JCT AZ 85218 | CREDITOR ID: 294474-39<br>JANET MARIE WOODRING<br>PO BOX 7874<br>LOUISVILLE KY 40257 |
| CREDITOR ID: 294475-39<br>JANET MARTIN CUST DAVID C<br>MARTIN UND UNIF GIFT MIN ACT<br>GA<br>395 RED FOX RUN<br>ATHENS GA 30605 | CREDITOR ID: 294476-39<br>JANET MOTT<br>3709 GOODVIEW AVE<br>ROANOKE VA 24018 | CREDITOR ID: 294477-39<br>JANET N CARTER<br>6330 IROQUOIS AVE<br>STARKE FL 32091 |
| CREDITOR ID: 294478-39<br>JANET P LITTLE<br>4950 GLAZE DR<br>ATLANTA GA 30360 | CREDITOR ID: 294479-39<br>JANET P RINKE & ROBERT H<br>RINKE JT TEN<br>626 BELMONT AVE<br>TEMPLE  TERRACE FL 33617 | CREDITOR ID: 294480-39<br>JANET PARDUE<br>607 MONROE HIGHWAY<br>LANCASTER SC 29720 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 294481-39
JANET R CLARK
599 FAWN LANE
LOGANVILLE GA 30249

CREDITOR ID: 294482-39
JANET R DIESTRO
2322 COLTON DR
ORLANDO FL 32822

CREDITOR ID: 294483-39
JANET R KING
PO BOX 2188
CONWAY SC 29526

CREDITOR ID: 294484-39
JANET RANEY
165 SHIRLEEN DR
PONCHATOULA LA 70454

CREDITOR ID: 294485-39
JANET S DILLION
529 HUNTINGTON TRL
CASCADE VA 24069

CREDITOR ID: 294486-39
JANET S HARRIS & STEVE D
HARRIS JT TEN
529 HUNTINGTON TRL
CASCADE VA 24069

CREDITOR ID: 294487-39
JANET S INFINGER
126 E 18TH ST
LYNN  HAVEN FL 32444

CREDITOR ID: 294488-39
JANET S MCGUINNESS
5665 HARMONY BEND
BRASELTON GA 30517

CREDITOR ID: 294489-39
JANET SNYDER
C/O JANET HOWARD
30542 SEAFORTH DR
MT  PLYMOUTH FL 32776

CREDITOR ID: 294490-39
JANET STRANGE & STEHPEN
STRANGE JT TEN
60 W COBBLESTONE CT
FLORENCE KY 41042

CREDITOR ID: 294491-39
JANET T SOHN
8410 HAMPTON
GROSSE  ILE MI 48138

CREDITOR ID: 294492-39
JANET T SOHN TR U-A 05-27-98
JANET T SOHN TRUST
8410 HAMPTON
GROSSE  ILE MI 48138

CREDITOR ID: 294493-39
JANET TAGIUAM
18 DAIRY FARM DR
BROOKFIELD CT 06804

CREDITOR ID: 294494-39
JANET W BISHOP & PERRY W
BISHOP JT TEN
PO BOX 907
OKEECHOBEE FL 34973

CREDITOR ID: 294495-39
JANET W LIVELY TRUSTEE U-A
DTD 04-02-97 WOODHAM SPECIAL
NEEDS TRUST
ATTN  HELEN M WOODHAM
1976 KAROLINA AVENUE
WINTER  PARK FL 32789

CREDITOR ID: 294496-39
JANET WHITE
PO BOX 12863
1627 WESTWAY DRIVE
CHARLESTON SC 29422

CREDITOR ID: 294497-39
JANET WORTHINGTON
102 LISA AVE
KENNER LA 70065

CREDITOR ID: 294498-39
JANET WRIGHT
719 S ST AUGUSTINE RD
VALDOSTA GA 31601

CREDITOR ID: 294499-39
JANETH W EARNHARDT
1560 SAMONTEE RD
JACKSONVILLE FL 32211

CREDITOR ID: 294500-39
JANETTE D ALLEN
5618 16TH LN NE
SAINT  PETERSBURG FL 33703

CREDITOR ID: 294501-39
JANETTE FIELD SCHWARK
14110 209TH AVE NE
WOODINVILLE WA 98072

CREDITOR ID: 294502-39
JANETTE HERNANDEZ
3380 N W 14 ST
MIAMI FL 33125

CREDITOR ID: 294503-39
JANETTE HOWARD MCFARLAND
4250 W LINDA DR
DOUGLASVILLE GA 30134

CREDITOR ID: 294504-39
JANETTE M HUTCHINSON
610 MC CREADY AVE
LOUISVILLE KY 40206

CREDITOR ID: 294506-39
JANETTE T SILVERS
107 ELIZABETH LN
TRAVELERS  REST SC 29690

CREDITOR ID: 294507-39
JANEY WATSON RUBY
1647 SW SPRINGFIELD CT
PALM  CITY FL 34990

CREDITOR ID: 294508-39
JANICE A BROWN
4993 CHAIRES CROSS RD
TALLAHASSEE FL 32317

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294509-39<br>JANICE A CUFF<br>52 13 LAKEWOOD CT<br>TUCKERTON NJ 08087 | CREDITOR ID: 294510-39<br>JANICE A DAUGHERTY & GEORGE<br>DAUGHERTY JT TEN<br>4300 IVANHOE AVE<br>NORWOOD OH 45212 | CREDITOR ID: 294511-39<br>JANICE A FRANDSEN<br>1739 PICKWICK PLACE<br>ORANGE  PARK FL 32003 |
| CREDITOR ID: 294512-39<br>JANICE A WOODLIEF<br>925 APPLE CREEK RD<br>WAYNESVILLE NC 28786 | CREDITOR ID: 294513-39<br>JANICE A YOUNG<br>181 OLD DOUGLAS MILL RD<br>ABBEVILLE SC 29620 | CREDITOR ID: 294514-39<br>JANICE ANDREA FOLLOW<br>4012 ALFRED MILL AVE<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 294515-39<br>JANICE ANN MURPHY<br>246 HORSETAIL AVE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 294516-39<br>JANICE B HALL<br>1447 OVERLOOK TER<br>TITUSVILLE FL 32780 | CREDITOR ID: 294517-39<br>JANICE BROWN & GART ALLEN<br>BROWN JT TEN<br>4 GENTRY DRIVE<br>PHOENIX AZ 85002 |
| CREDITOR ID: 294518-39<br>JANICE C BRANKAMP<br>10824 CROSBY ROAD<br>HARRISON OH 45030 | CREDITOR ID: 294519-39<br>JANICE C EDGAR<br>8519 BOCA RIO DR<br>BOCA  RATON FL 33433 | CREDITOR ID: 294520-39<br>JANICE C RUTLEDGE<br>522 NORTH PATRICK STREET<br>DUBLIN TX 76446 |
| CREDITOR ID: 294521-39<br>JANICE CAMPBELL & HUGH<br>CAMPBELL JT TEN<br>6152 SILVER FOX TRAIL<br>MORRISTOWN TN 37814 | CREDITOR ID: 294522-39<br>JANICE CRUMLEY<br>PO BOX 177<br>OMEGA GA 31775 | CREDITOR ID: 294523-39<br>JANICE D HODNETT & RANDY J<br>HODNETT JT TEN<br>550 SHEPHERD RD<br>TITUS AL 36080 |
| CREDITOR ID: 294524-39<br>JANICE D THOMAS<br>1217 W MAGNOLIA ST<br>VALDOSTA GA 31601 | CREDITOR ID: 294525-39<br>JANICE D THOMPSON<br>35 DEBRA ST<br>JEMISON AL 35085 | CREDITOR ID: 294526-39<br>JANICE D THOMPSON & WILLIAM<br>R THOMPSON JT TEN<br>35 DEBRA ST<br>JEMISON AL 35085 |
| CREDITOR ID: 294527-39<br>JANICE DELORES PARRISH<br>2660 OLD BAINBRIDGE RD 1103<br>TALLAHASSEE FL 32303 | CREDITOR ID: 294528-39<br>JANICE E CHILDS<br>3835 MARHAM PARK CIR<br>LOGANVILLE GA 30249 | CREDITOR ID: 294529-39<br>JANICE E NEWMAN<br>RR 6 BOX 240<br>HENDERSONVILLE NC 28792 |
| CREDITOR ID: 294530-39<br>JANICE E RADFORD<br>100 OLDHAM CIR<br>PELHAM AL 35124 | CREDITOR ID: 294531-39<br>JANICE E SANCHEZ & JOSEPH D<br>SANCHEZ JT TEN<br>10013 ALAFIA ST<br>GIBSONTON FL 33534 | CREDITOR ID: 294532-39<br>JANICE ELAINE PETERSON<br>2404 LEE ROAD 252<br>SALEM AL 36874 |
| CREDITOR ID: 294533-39<br>JANICE ERFORT<br>10612 WALKER VISTA DRIVE<br>RIVERVIEW FL 33569 | CREDITOR ID: 294534-39<br>JANICE F WHITE<br>PO BOX 1312<br>VALDOSTA GA 31603 | CREDITOR ID: 294535-39<br>JANICE FAYE HENDERSON<br>22 EDGEGREEN COURT<br>TAYLORSVILLE NC 28681 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 294536-39
JANICE FAYE LORD
#127
8343 HOGAN RD
JACKSONVILLE FL 32216

CREDITOR ID: 294537-39
JANICE G COSPER
585 MT VIEW LAKE RD
SYLACAUGA AL 35150

CREDITOR ID: 294538-39
JANICE HENSLEY
RT 1 BOX 1100
KINTA OK 74552

CREDITOR ID: 294539-39
JANICE HODGE
2109 NW 82ND ST
MIAMI FL 33147

CREDITOR ID: 294540-39
JANICE HOUSER
965 BELLEFLOWER DR
PORT ORANGE FL 32127

CREDITOR ID: 294541-39
JANICE J CAIRNS
416 VIA VENETO
VENICE FL 34292

CREDITOR ID: 294542-39
JANICE J MITCHELL & THOMAS
LARRY MITCHELL JT TEN
130 BETHAVEN DR
SALISBURY NC 28144

CREDITOR ID: 294543-39
JANICE J SCAIFE CUST SHELTON
C SCAIFE JR UNIF TRANS MIN
ACT FL
49 PATCHOGUE LANE
PALM COAST FL 32164

CREDITOR ID: 294544-39
JANICE JASMIN
1005 AMES BLVD
MARRERO LA 70072

CREDITOR ID: 294545-39
JANICE K BEASLEY
P O BOX 286
WALHALLA SC 29691

CREDITOR ID: 294546-39
JANICE K MUSE
221 RUTLEDGE PL
COLUMBIA SC 29212

CREDITOR ID: 294547-39
JANICE K WATERS
103 RHODEHAVEN DR
ANDERSON SC 29625

CREDITOR ID: 294548-39
JANICE KAY L ROSIER
2406 PINECREST DR
LUTZ FL 33549

CREDITOR ID: 294549-39
JANICE L BASS
3311 TOM MATHEWS RD
LAKELAND FL 33810

CREDITOR ID: 294550-39
JANICE L CLAPP
1819 US HWY 41 N
INVERNESS FL 34450

CREDITOR ID: 294551-39
JANICE L EISERT
10515 LEVEN BLVD
LOUISVILLE KY 40229

CREDITOR ID: 294552-39
JANICE L GELLHAUS
3988 KENESAW DR
LEXINGTON KY 40515

CREDITOR ID: 294553-39
JANICE L GRUNEWALD
3674 ASH STREET
ZACHARY LA 70791

CREDITOR ID: 294554-39
JANICE L HOOKENSON
1598 ORLANDO BLVD
PORT CHARLOTTE FL 33952

CREDITOR ID: 294555-39
JANICE L PODUBYNSKY
540 N LAKEVEIW RD
LAKE PLACID FL 33852

CREDITOR ID: 294556-39
JANICE L REEVES & SHERDELL C
REEVES JT TEN
111 LAKEVIEW DR
AUBURNDALE FL 33823

CREDITOR ID: 294557-39
JANICE L ROBERTSON
2224 WROCKLAGE AVE
LOUISVILLE KY 40205

CREDITOR ID: 294558-39
JANICE L SAUER
1421 FIRETOWER RD
HALLSVILLE TX 75650

CREDITOR ID: 294559-39
JANICE M BYRD
212 AZALEA DR
EDGEWATER FL 32141

CREDITOR ID: 294560-39
JANICE M COOK
6216 STONEVIEW AVENUE
BAKER LA 70714

CREDITOR ID: 294561-39
JANICE M COPE
PO BOX 366
SYLVA NC 28779

CREDITOR ID: 294562-39
JANICE M JAMES
49 PATCHOGUE LANE
PALM COAST FL 32164

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294563-39<br>JANICE M KERNS<br>60 SNAKE RD<br>MOSHEIM TN 37818 | CREDITOR ID: 294564-39<br>JANICE M KING<br>1298 BEAVERTON TRAIL<br>WINSTON SALEM NC 27104 | CREDITOR ID: 294565-39<br>JANICE M LAVENDER<br>1020 CUMBERLAND RD<br>WATKINSVILLE GA 30677 |
| CREDITOR ID: 294566-39<br>JANICE M LOWMAN<br>274 GIRVIN RD<br>JACKSONVILLE FL 32225 | CREDITOR ID: 294567-39<br>JANICE M NALL<br>4290 67TH ST N<br>ST PETERSBURG FL 33709 | CREDITOR ID: 294568-39<br>JANICE M PORTER<br>ATTN JANICE M BLUCKER<br>1205 WISHING WELL LN<br>BEDFORD VA 24523 |
| CREDITOR ID: 294569-39<br>JANICE M WHISNANT<br>4012 BATH EDIE RD<br>BLYTHE GA 30805 | CREDITOR ID: 294570-39<br>JANICE MCGILL<br>4107 SALLY LN<br>LAKE WORTH FL 33461 | CREDITOR ID: 294571-39<br>JANICE MILLER & HOY MILLER<br>JR JT TEN<br>1160 PARKSIDE DRIVE<br>ALEXANDRIA KY 41001 |
| CREDITOR ID: 294572-39<br>JANICE MITCHELL<br>3030 GARNET WAY<br>COLLEGE PARK GA 30349 | CREDITOR ID: 294573-39<br>JANICE MORREALE<br>1850 VOUNTEER DR<br>SURFSIDE BCH SC 29575 | CREDITOR ID: 294574-39<br>JANICE N POWELL<br>2987 LUVAN BLVD<br>GEORGETOWN SC 29440 |
| CREDITOR ID: 294575-39<br>JANICE P KISER<br>313 W 2ND STREET<br>CHERRYVILLE NC 28021 | CREDITOR ID: 294576-39<br>JANICE P LEWIS<br>6210 GREEN ACRES<br>COVINGTON GA 30209 | CREDITOR ID: 294577-39<br>JANICE P PURCELL<br>PO BOX 1227<br>CEDARTOWN GA 30125 |
| CREDITOR ID: 294578-39<br>JANICE P TELEGDY<br>15 EDITH LN<br>PALM COAST FL 32164 | CREDITOR ID: 294579-39<br>JANICE Q SUMMEY<br>605 EBENEZER RD<br>WEST UNION SC 29696 | CREDITOR ID: 294580-39<br>JANICE R CRADDOCK<br>5316 GRAFTON DRIVE<br>ATTN STEPHANIE CHRISMON<br>CHARLOTTE NC 28215 |
| CREDITOR ID: 294581-39<br>JANICE R NEWMAN & CHARLES R<br>NEWMAN JT TEN<br>2025 W GROVE DR<br>GIBSONIA PA 15044 | CREDITOR ID: 294582-39<br>JANICE S FARMER<br>1001 STARKEY RD<br>LOT 290<br>LARGO FL 33771 | CREDITOR ID: 294583-39<br>JANICE S SERGENT<br>5209 DIPPER DR<br>KNIGHTDALE NC 27545 |
| CREDITOR ID: 294584-39<br>JANICE SARTAIN THOMAS<br>PO BOX 605<br>KANNAPOLIS NC 28082 | CREDITOR ID: 294585-39<br>JANICE SHIELDS & SALVADORE<br>SHIELDS JT TEN<br>789 FORTH RD NW<br>PALM BAY FL 32907 | CREDITOR ID: 294586-39<br>JANICE STARR PHILLIPS &<br>MARJORIE F LERITZ JT TEN<br>2450 BLUE BONNET BLVD<br>BRENHAM TX 77833 |
| CREDITOR ID: 294587-39<br>JANICE SUBER MCNAIR<br>1807 RIVER OAKS BLVD<br>HOUSTON TX 77019 | CREDITOR ID: 294588-39<br>JANICE SUSAN KOCH<br>5262 COLEMAN ST<br>SPRINGFIELD IL 62703 | CREDITOR ID: 294589-39<br>JANICE T RIVET<br>ATTN JANICE T FAUCHEAUX<br>108 PLUM ST<br>WESTWEGO LA 70094 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294590-39<br>JANICE T VONHOFFBURG<br>4430 HATCHER AVE  APT 138<br>BATON  ROUGE LA 70806 | CREDITOR ID: 294591-39<br>JANICE W BERNARD<br>42117 GREENFIELD CROSSING<br>PRAIRIEVILLE LA 70769 | CREDITOR ID: 294592-39<br>JANICE W HAMMOND<br>15 GLENWOOD DR<br>SUMTER SC 29150 |
| CREDITOR ID: 294593-39<br>JANICE W TYLER<br>107 YOUNG STREET<br>GREENWOOD SC 29646 | CREDITOR ID: 294594-39<br>JANIE B WATSON<br>1509 COLEMAN AVE<br>MADISON FL 32340 | CREDITOR ID: 294595-39<br>JANIE C DILLON<br>7 OAKCREST DR<br>ASHEVILLE NC 28806 |
| CREDITOR ID: 294596-39<br>JANIE C DILLON & BARRY C<br>DILLON JT TEN<br>7 OAKCREST DR<br>ASHEVILLE NC 28806 | CREDITOR ID: 294597-39<br>JANIE J BRUENING & GERALD L<br>BRUENING JT TEN<br>21397 BURKHART DR<br>PORT  CHARLOTTE FL 33952 | CREDITOR ID: 294598-39<br>JANIE J TYRE<br>6130 HACKLEBARNEY RD<br>BLACKSHEAR GA 31516 |
| CREDITOR ID: 294599-39<br>JANIE L MIKELS<br>343 SW RIDGECREST DR<br>PORT  ST  LUCIE FL 34953 | CREDITOR ID: 294600-39<br>JANIE R MITCHUM<br>2704 NORTHWOOD CT<br>AUGUSTA GA 30909 | CREDITOR ID: 294601-39<br>JANIE RUTH CANDLER<br>HIGHWAY 14 BOX 1610<br>SIMPSONVILLE SC 29681 |
| CREDITOR ID: 294602-39<br>JANIE S FROEBE & CHRIS W<br>FROEBE JT TEN<br>366 NE 51ST RD<br>WARRENSBURG MO 64093 | CREDITOR ID: 294603-39<br>JANINE L NEWBERRY<br>15530 ORCHID DRIVE<br>PUNTA  GORDA FL 33955 | CREDITOR ID: 294604-39<br>JANINE M PATTERSON<br>PO BOX 953424<br>LAKE  MARY FL 32795 |
| CREDITOR ID: 294605-39<br>JANIS ANDERSON<br>323 N MONRORE ST<br>QUINCY FL 32351 | CREDITOR ID: 294606-39<br>JANIS ELKINS<br>P O BOX 312<br>MOUNDVILLE AL 35474 | CREDITOR ID: 294607-39<br>JANIS K PEACOCK<br>2372 GRANT AVE<br>ST  ALBANS WV 25177 |
| CREDITOR ID: 294608-39<br>JANIS KENNEDY LOUDERMILK<br>509 83RD ST<br>HOLMES  BEACH FL 34217 | CREDITOR ID: 294609-39<br>JANIS L CLIFFORD<br>6013 11TH AVE<br>NEW  PT  RICHEY FL 34653 | CREDITOR ID: 294610-39<br>JANIS M BRYSON<br>948 SLIPPERY LOG RD<br>WHITEVILLE NC 28472 |
| CREDITOR ID: 294611-39<br>JANIS M BRYSON & REID BRYSON<br>JT TEN<br>948 SLIPPERY LOG RD<br>WHITEVILLE NC 28472 | CREDITOR ID: 294612-39<br>JANIS PEACOCK<br>BOX 1551<br>CHARLESTON WV 25326 | CREDITOR ID: 294613-39<br>JANIS S ARNOLD<br>1204 FERNWOOD CT<br>AIKEN SC 29803 |
| CREDITOR ID: 294614-39<br>JANISSA PARKER<br>55 WILTON DR<br>LUMBERTON NC 28358 | CREDITOR ID: 294615-39<br>JANNIE A FISHER & STEVE A<br>FISHER JT TEN<br>128 PRAIRIEVIEW CT<br>WESTWEGO LA 70094 | CREDITOR ID: 294616-39<br>JANNIE F MOORE<br>326 BUCKHORN RD<br>MUNFORD AL 36268 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 294617-39<br>JANUARY A NOYES<br>801 SEAFARER CIR APT 203<br>JUPITER FL 33477 | CREDITOR ID: 294618-39<br>JAQUELINE C FLEETON-LOCK<br>13149 WARESFERRY RD<br>MONTGOMERY AL 36117 | CREDITOR ID: 294619-39<br>JARED A EASON<br>RR 1 BOX 53<br>SUNBURY NC 27979 |
| CREDITOR ID: 294620-39<br>JARED W OGLE<br>6326 SKYLIGHT DR<br>BARTLETT TN 38135 | CREDITOR ID: 294621-39<br>JARILYN M SIMS<br>469 HEMLOCK AVE<br>ROCK  HILL SC 29730 | CREDITOR ID: 294622-39<br>JARON R PROULX<br>152 BUCKSKIN WAY<br>WINTER  SPRINGS FL 32708 |
| CREDITOR ID: 294623-39<br>JARRED L KING<br>17428 ASHTON AVE<br>GREENWELL  SPRINGS LA 70739 | CREDITOR ID: 294624-39<br>JARRELL D CLARK & BILLYE U<br>CLARK TEN COM<br>59 PURSER ST<br>PINEVILLE LA 71360 | CREDITOR ID: 294625-39<br>JARROD J PERRY<br>1483 SUNSHADOW DR APT. 105<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 294626-39<br>JARVIS ABRON<br>1343 CLOVER ST<br>MANDEVILLE LA 70448 | CREDITOR ID: 294627-39<br>JARVIS W GWALTNEY<br>450 FRANK ST<br>GOLDSBORO NC 27530 | CREDITOR ID: 294628-39<br>JARVIS WALTON<br>902 E HARGETT ST<br>RALEIGH NC 27601 |
| CREDITOR ID: 294629-39<br>JASMINE T FERGUSON<br>500 LONG ISLAND AVE<br>FORT  LAUDERDALE FL 33312 | CREDITOR ID: 294630-39<br>JASON A HOLTON<br>PO BOX 14<br>JACKSON AL 36545 | CREDITOR ID: 294631-39<br>JASON AARON MEYNIER<br>2012 CAMBRIDGE DR<br>LA  PLACE LA 70068 |
| CREDITOR ID: 294632-39<br>JASON ADDINGTON<br>APT D<br>101 BEECH ST<br>BIRMINGHAM AL 35213 | CREDITOR ID: 294633-39<br>JASON ALBERT<br>3305 PATOUTVILLE RD<br>JEANERETTE LA 70544 | CREDITOR ID: 294634-39<br>JASON ALLEN OVERCASH<br>1001 ORANGEWOOD STREET<br>KANN NC 28081 |
| CREDITOR ID: 294635-39<br>JASON ANSLEY<br>598 DOYLE RD<br>BAXLEY GA 31513 | CREDITOR ID: 294636-39<br>JASON B HULSEY<br>6162 DAHLONEGA HIGHWAY<br>CLERMONT GA 30527 | CREDITOR ID: 294637-39<br>JASON B WELLS<br>2901 BRIERCLIFF DR<br>DENTON TX 76210 |
| CREDITOR ID: 294638-39<br>JASON BRETT<br>4027 HUSTON AVE<br>NORWOOD OH 45212 | CREDITOR ID: 294639-39<br>JASON C FULTS<br>PO BOX 31909<br>PHILADELPHIA PA 19104-0609 | CREDITOR ID: 294640-39<br>JASON C MONTZ<br>408 WINDRUSH DR 2<br>HAMMOND LA 70403 |
| CREDITOR ID: 294641-39<br>JASON C PAFFORD<br>7341 PINEVILLE DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 294642-39<br>JASON CHAD TIDWELL<br>106 WALL RD<br>HIRAM GA 30141 | CREDITOR ID: 294643-39<br>JASON CONE SHIRLEY<br>PO BOX 3614<br>LEESVILLE SC 29070 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 294644-39<br>JASON CORBIN<br>1144 S SEAGATE DR<br>DELTONA FL 32725 | CREDITOR ID: 294645-39<br>JASON D LANKFORD<br>4607 FRANCIS CT<br>GRANBURY TX 76049 | CREDITOR ID: 294646-39<br>JASON DAVID MYERS<br>659 BROOKS PLACE<br>WAUSAU WI 54401 |
| CREDITOR ID: 294647-39<br>JASON DENNIS HOLLOWAY<br>4158 ROOSTER CT<br>SANFORD FL 32773 | CREDITOR ID: 294648-39<br>JASON C CANTWELL<br>25423 SEVEN RIVERS CIR<br>LAND O LAKES FL 34639 | CREDITOR ID: 294649-39<br>JASON E HEIST<br>5507 THOMAS ST<br>BOKEELIA FL 33922 |
| CREDITOR ID: 294650-39<br>JASON E HELMS<br>2978 DOGWOOD ST<br>MARIANNA FL 32446 | CREDITOR ID: 294651-39<br>JASON E TORRENCE<br>1830 MALCOLM DR<br>COLUMBIA SC 29204 | CREDITOR ID: 294652-39<br>JASON EDDINGER<br>222 PENWOOD ROAD<br>WILLOW SPRING NC 27592 |
| CREDITOR ID: 294653-39<br>JASON FAUL<br>135 BRINA LN<br>CARENCRO LA 70520 | CREDITOR ID: 294654-39<br>JASON FLANAGAN<br>3812 HARWOOD AVE SW<br>HUNTSVILLE AL 35805 | CREDITOR ID: 294655-39<br>JASON HUFFMAN<br>6301 MEMPHIS AVENUE<br>PENSACOLA FL 32526 |
| CREDITOR ID: 294656-39<br>JASON J SERVICE<br>4426 TARKINGTON DR<br>LAND O LAKES FL 34639 | CREDITOR ID: 294657-39<br>JASON JACKSON<br>1011 VALIENT LN<br>MARTINSVILLE VA 24055 | CREDITOR ID: 294658-39<br>JASON JARMAN<br>5676 HIGH MEADOW DR<br>NORCROSS GA 30092 |
| CREDITOR ID: 294659-39<br>JASON JEREMY MUIR<br>USS DECATUR (BDG 73)<br>FPO AP 96663 | CREDITOR ID: 294660-39<br>JASON K ABRAMS<br>13453 S TRACE<br>WALKER LA 70785 | CREDITOR ID: 294661-39<br>JASON K JACOBS & SHARON<br>JACOBS JT TEN<br>305 PARK LN<br>JACKSONVILLE TX 75766 |
| CREDITOR ID: 294662-39<br>JASON L CRISP<br>510 FREEWOOD RD #4<br>LEXINGTON NC 27295 | CREDITOR ID: 294663-39<br>JASON M RAUSHER<br>350 CLUB CIR APT 206<br>BOCA RATON FL 33487 | CREDITOR ID: 294664-39<br>JASON MANNING EDENS<br>150 HAMPTON CREST TRL<br>COLUMBIA SC 29209 |
| CREDITOR ID: 294665-39<br>JASON MICHAEL TOSH<br>1400 WEXFORD DR S<br>PALM HARBOR FL 34683 | CREDITOR ID: 294666-39<br>JASON NATHANIEL HEDRICK<br>499 SHERMAN DR<br>LEXINGTON NC 27292 | CREDITOR ID: 294667-39<br>JASON NEAL WERLE<br>232 CENTRAL ST<br>AMERY WI 54001 |
| CREDITOR ID: 294668-39<br>JASON P CATHELL<br>329 SAND CASTLE WAY<br>NEPTUNE BEACH FL 32266 | CREDITOR ID: 294669-39<br>JASON P OVERMIER<br>17300 EAST BELL ROAD<br>AMITE LA 70422 | CREDITOR ID: 294670-39<br>JASON P WEISS<br>5442 BAILEY DR<br>MILFORD OH 45150 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294671-39<br>JASON POQUADECK<br>7433 GRAND AVE<br>WINTER  PARK FL 32792 | CREDITOR ID: 294672-39<br>JASON R CORBIN<br>84 WEBSTER LN<br>PALM  COAST FL 32164 | CREDITOR ID: 294673-39<br>JASON R HAIRL<br>336 S MARTIN PL<br>MALAKOFF TX 75148 |
| CREDITOR ID: 294674-39<br>JASON R HELTON<br>5879 CROOKED CREEK DR<br>OOLTEWAH TN 37363 | CREDITOR ID: 294675-39<br>JASON RIVAS<br>1704 BEHRENS RD<br>FORT  PIERCE FL 34945 | CREDITOR ID: 294676-39<br>JASON S OWEN<br>4856 MONTEVISTA DR<br>SARASOTA FL 34231 |
| CREDITOR ID: 294677-39<br>JASON SCOT DOREY<br>3411 HARROW LN<br>OVIEDO FL 32765 | CREDITOR ID: 294678-39<br>JASON SCOTT SHAW<br>200 BILL LEWIS ROAD<br>ELIZABETHTON TN 37643 | CREDITOR ID: 294679-39<br>JASON SOUTHERLAND<br>2832 WEST 5975 SOUTH<br>ROY UT 84067 |
| CREDITOR ID: 294680-39<br>JASON T AKI<br>4643 JILL PL<br>LAKE  WORTH FL 33463 | CREDITOR ID: 294681-39<br>JASON T KUDULIS<br>4779 SOLLIE RD<br>MOBILE AL 36619 | CREDITOR ID: 294682-39<br>JASON WALLACE<br>14535 BRUCE B DOWNS BLVD<br>APT 836<br>TAMPA FL 33613 |
| CREDITOR ID: 294683-39<br>JASON WAYNE FIELDS<br>693 HERMITAGE RD<br>CAMDEN SC 29020 | CREDITOR ID: 294684-39<br>JASON WHIDDON<br>3498 SKYLINE DR<br>GREENWOOD FL 32443 | CREDITOR ID: 294685-39<br>JASON WILLARD HOWELL<br>4870 CHERRY DR<br>MULBERRY FL 33860 |
| CREDITOR ID: 294686-39<br>JASON WILLIAMSON<br>14532 ORANGE AVE<br>FORT  PIERCE FL 34945 | CREDITOR ID: 294687-39<br>JASPER D JACOBUS JR<br>230 NE 42ND COURT<br>POMPANO  BEACH FL 33064 | CREDITOR ID: 294688-39<br>JASPER D PULLEY & CYTNIA<br>FAYE PULLEY JT TEN<br>301 SOUTH LAKE LODGE RD<br>HENDERSON NC 27537 |
| CREDITOR ID: 294689-39<br>JASPER J GILBERT<br>8049 TOWER ST<br>BROOKSVILLE FL 34613 | CREDITOR ID: 294690-39<br>JASPER M CLAYTON<br>390 RECTOR RD<br>INMAN SC 29349 | CREDITOR ID: 294691-39<br>JAURAN A JACKSON<br>2504 OSAGE STREET<br>MOBILE AL 36617 |
| CREDITOR ID: 294692-39<br>JAVED HAFEEZ & NASEEM J<br>HAFEEZ JT TEN<br>6103 MARBELLA BLVD<br>APOLLO  BCH FL 33572 | CREDITOR ID: 294693-39<br>JAVIER D CARIOS<br>8611 TWIN FARMS PLACE<br>TAMPA FL 33635 | CREDITOR ID: 294694-39<br>JAVIER I CAMPUZANO<br>3817 E LOYOLA DR<br>KENNER LA 70065 |
| CREDITOR ID: 294695-39<br>JAVIER J RIVAS<br>2361 SW 14TH ST<br>MIAMI FL 33145 | CREDITOR ID: 294696-39<br>JAVIER OLMO<br>2968 RIBBON CT.<br>FORT  MYERS FL 33905 | CREDITOR ID: 294697-39<br>JAVIER VEGA & ROCIO VEGA<br>JT TEN<br>15720 SW 101ST AVE<br>MIAMI FL 33157 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294698-39<br>JAY A BOUTWELL<br>834 W 79TH PL<br>HIALEAH FL 33014 | CREDITOR ID: 294699-39<br>JAY A SUBERS<br>1633 CHADWICK RIDGE DRIVE<br>LAWRENCEVILLE GA 30243 | CREDITOR ID: 294701-39<br>JAY ALLEN ANDERSON<br>115 PRINCETON DR<br>CHILDERSBURG AL 35044 |
| CREDITOR ID: 294702-39<br>JAY AUSTIN TODD<br>8416 HURSTBOURNE WOODS PLACE<br>LOUISVILLE KY 40299 | CREDITOR ID: 294703-39<br>JAY B DOMINEY<br>184 PARK BROOK CIR<br>TALLAHASSEE FL 32301 | CREDITOR ID: 294706-39<br>JAY C BRAZZEL<br>20405 NW 25 CT<br>MIAMI FL 33056 |
| CREDITOR ID: 294707-39<br>JAY C DAILEY<br>PO BOX 186<br>GONZALEZ FL 32560 | CREDITOR ID: 294708-39<br>JAY C FEINGLASS<br>1 OAK HOLLOW CT<br>BALTIMORE MD 21208 | CREDITOR ID: 294709-39<br>JAY DEE HIGGINS<br>1007 2ND AVE NW<br>LARGO FL 34640 |
| CREDITOR ID: 294710-39<br>JAY DIXON POST<br>1098 E GEORGE ST<br>BARTOW FL 33830 | CREDITOR ID: 294711-39<br>JAY DUNCAN HARVIEL & ROBIN<br>SUE HARVIEL JT TEN<br>3438 E RIVER NEST LN<br>BOISE ID 83706 | CREDITOR ID: 294712-39<br>JAY E CARLISLE<br>5625 PLANTATION RIDGE RD<br>CHARLOTTE NC 28214 |
| CREDITOR ID: 294713-39<br>JAY EDWARD MCGARITY<br>RR 4 BOX 229B<br>WINTERVILLE GA 30683 | CREDITOR ID: 294714-39<br>JAY F CASTLE<br>329 NORTH SEA LAKE LANE<br>PONTE  VEDRA  BEACH FL 32082 | CREDITOR ID: 294715-39<br>JAY F LEHMANN<br>2856 EVERHOLLY LN<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 294716-39<br>JAY HARRIS SATTERFIELD<br>3956 THOMPSON MILL RD<br>BUFORD GA 30515 | CREDITOR ID: 294717-39<br>JAY JOPLIN<br>135 OLD FURNACE RD<br>ROCKY  MOUNT VA 24151 | CREDITOR ID: 294718-39<br>JAY KRAFTCHICK<br>360 BENTLEY ST<br>OVIEDO FL 32765 |
| CREDITOR ID: 294719-39<br>JAY M MOTSINGER JR<br>109 FULLER ST<br>GREENWOOD SC 29649 | CREDITOR ID: 294720-39<br>JAY P DUMKE<br>44 MUSTANG LN<br>CARROLLTON GA 30117 | CREDITOR ID: 294721-39<br>JAY P HUGHES<br>1452 FORESTER DR<br>CINCINNATI OH 45240 |
| CREDITOR ID: 294722-39<br>JAY R RUTLEDGE & SHIRLEY F<br>RUTLEDGE JT TEN<br>934 GIPSON ST<br>PRATTVILLE AL 36066 | CREDITOR ID: 294723-39<br>JAY R TROWBRIDGE & PAMELA C<br>TROWBRIDGE JT TEN<br>2573 EAGLES LAKE RD<br>VIRGINIA  BEACH VA 23456 | CREDITOR ID: 294724-39<br>JAY T PEAVY<br>6465 AXSON RD<br>DOUGLAS GA 31533 |
| CREDITOR ID: 294725-39<br>JAY W WATERS CUST BRIAN W<br>WATERS UNDER THE FL UNIF<br>TRAN MIN ACT<br>8219 OPAL LN<br>ZEPHYRHILLS FL 33540 | CREDITOR ID: 294726-39<br>JAYCEE WAHLERS JOHNSON<br>1298 MCKINNEY COVE ROAD<br>BAKERSVILLE NC 28705 | CREDITOR ID: 294727-39<br>JAYE BOOTH & TIMMY BOOTH<br>JT TEN<br>105 BEMONT TRAIL<br>COVINGTON GA 30209 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294728-39<br>JAYME E SLAUGHTER & ROBERT D<br>SLAUGHTER JT TEN<br>8031 DEMOCRACY CT<br>SPRING TX 77379 | CREDITOR ID: 294729-39<br>JAYME SCHNEIDER<br>105 BISCOE DR<br>CINCINNATI OH 45215 | CREDITOR ID: 294730-39<br>JAIMIE L GRANT<br>417 KELLOGG DR<br>LULING LA 70070 |
| CREDITOR ID: 294731-39<br>JAYNE L BOLAND<br>12273 BUCKS HARBOR DR S<br>JACKSONVILLE FL 32225 | CREDITOR ID: 294732-39<br>JAYNE O PARKER<br>1504 WESTMONT DRIVE<br>ASHEBORO NC 27203 | CREDITOR ID: 280114-39<br>JAYNES, ALVAN E<br>207 COVINGTON RD<br>GREENVILLE SC 29609 |
| CREDITOR ID: 294735-39<br>JEAN A KOVACS<br>1621 SW 61ST AVENUE<br>POMPANO  BEACH FL 33068 | CREDITOR ID: 294736-39<br>JEAN A PROCTOR & RUSSELL M<br>PROCTOR JT TEN<br>1716 MAYVIEW RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 294737-39<br>JEAN A RATLEY<br>263 J CROSS RD<br>TONEY AL 35773 |
| CREDITOR ID: 294738-39<br>JEAN A SHUSTER & HOWARD B<br>SHUSTER JT TEN<br>27 HICKORY HEAD HAMMOCK<br>LADY  LAKE FL 32159 | CREDITOR ID: 294739-39<br>JEAN ADAM JEAN-PIERRE<br>APT 11D<br>20330 NE 2 AVE<br>NORTH  MIAMI  BEACH FL 33179 | CREDITOR ID: 294740-39<br>JEAN B BAKER<br>1802 CLINIC DRIVE<br>IVYDALE WV 25113 |
| CREDITOR ID: 294741-39<br>JEAN B CAMPBELL<br>15 HEATHER WAY<br>MILL  VALLEY CA 94941 | CREDITOR ID: 294742-39<br>JEAN B GOSSELIN<br>9280 SW 165TH ST<br>MIAMI FL 33157 | CREDITOR ID: 294743-39<br>JEAN B STEPLER & HAROLD E<br>STEPLER JT TEN<br>PO BOX 79<br>PENNEY  FARMS FL 32079 |
| CREDITOR ID: 294744-39<br>JEAN B VAUGHN & THERON E<br>VAUGHN JT TEN<br>4 COURTNEY CIR<br>GREENVILLE SC 29609 | CREDITOR ID: 294746-39<br>JEAN BARRETT BECHAUD TR U-A<br>10-10-85 JEAN BARRETT<br>BECHAUD TRUST 1<br>5728 MELALEUCA DR<br>HOLIDAY FL 34690 | CREDITOR ID: 294745-39<br>JEAN BARRETT BECHAUD TR U-A<br>10-10-85 F-B-O JEAN BARRETT<br>BECHAUD TRUST<br>5728 MELALEUCA DR<br>HOLIDAY FL 34690 |
| CREDITOR ID: 294747-39<br>JEAN BROWN<br>3020 CONDEL DR<br>ORLANDO FL 32812 | CREDITOR ID: 294748-39<br>JEAN BUCKNER<br>233 DIANE CT<br>JACKSONVILLE NC 28540 | CREDITOR ID: 294749-39<br>JEAN BUSHBY NOLEN<br>1617  DOC  THOMAS  RIDGE   RD<br>BLAIRVILLE GA 30512 |
| CREDITOR ID: 294750-39<br>JEAN C MARCHANT<br>306 OLD COUNTRY RD<br>WENHAM MA 01984 | CREDITOR ID: 294751-39<br>JEAN C SNOW<br>6333 BAMBOO DR<br>ORLANDO FL 32807 | CREDITOR ID: 294752-39<br>JEAN CLARE<br>421 NE 25TH TERRACE<br>BOCA  RATON FL 33431 |
| CREDITOR ID: 294753-39<br>JEAN CLAUDE SAINTJUSCAT<br>545 NW 117TH ST<br>MIAMI FL 33168 | CREDITOR ID: 294754-39<br>JEAN COSTELLO & BILL<br>COSTELLO JT TEN<br>1576 SILVERGLADE CT<br>CINCINATTI OH 45240 | CREDITOR ID: 294755-39<br>JEAN D GOODMAN<br>1158 EVELYN DR<br>RADCLIFF KY 40160 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 294756-39<br>JEAN D LUGO<br>563 HICKORY AVE<br>HARAHAN LA 70123 | CREDITOR ID: 294757-39<br>JEAN D MAXEY & PAMELA R<br>MONROE JT TEN<br>2824 SW 34TH AVE<br>OCALA FL 34474 | CREDITOR ID: 294758-39<br>JEAN D POORE & WILLIAM R<br>POORE SR JT TEN<br>6454 N ROME PT<br>DUNNELLON FL 34433 |
| CREDITOR ID: 294759-39<br>JEAN E KILLE<br>1012 N 18TH CT<br>HOLLYWOOD FL 33020 | CREDITOR ID: 294760-39<br>JEAN E ROEPER<br>4709 NORWALK PL<br>ORLANDO FL 32808 | CREDITOR ID: 294761-39<br>JEAN E ST VIL<br>1624 44TH ST<br>WEST  PALM  BEACH FL 33407 |
| CREDITOR ID: 294762-39<br>JEAN EDWARD FLOYD<br>3924 DEEST ST<br>FAYETTEVILLE NC 28306 | CREDITOR ID: 294763-39<br>JEAN F LANE<br>#21<br>2469 FRANCISCAN DR<br>CLEARWATER FL 33763 | CREDITOR ID: 294764-39<br>JEAN FAITH NICHOLS<br>230 RAMANO AVENUE<br>DELEON  SPRINGS FL 32130 |
| CREDITOR ID: 294765-39<br>JEAN FARR HOLMES<br>6150 BENT CREEK DR<br>MONTGOMERY AL 36117 | CREDITOR ID: 294766-39<br>JEAN FRASER BOGGS<br>133 HUMMINGBIRD RDG<br>GREENVILLE SC 29605 | CREDITOR ID: 294767-39<br>JEAN G BOUCHILLON<br>27 FAIRWAY DR<br>PIEDMONT SC 29673 |
| CREDITOR ID: 294768-39<br>JEAN GERARD FONTUS & MARIE Y<br>FONTUS JT TEN<br>6608 FICUS DR<br>MIRAMAR FL 33023 | CREDITOR ID: 294769-39<br>JEAN GREENE<br>1609 DUNCAN ST<br>KEY  WEST FL 33040 | CREDITOR ID: 294770-39<br>JEAN H BALLARD<br>119 DUPONT DR<br>GREENVILLE SC 29607 |
| CREDITOR ID: 294771-39<br>JEAN H COBB<br>10 MERRYWOOD DR<br>TAYLORS SC 29687 | CREDITOR ID: 294772-39<br>JEAN HAIR & BETTY ETHERIDGE<br>JT TEN<br>10928 MYRTICE DR<br>DALLAS TX 75228 | CREDITOR ID: 294773-39<br>JEAN J MELZAR & O BRADLEY<br>LATHAM TR U-W FREDERIC P<br>MELZAR<br>74 KILLAM HILL RD<br>BOXFORD MA 01921 |
| CREDITOR ID: 294774-39<br>JEAN K CASTELLANO<br>3724 N ST LUCIE DR<br>WINTER  SPRINGS FL 32708 | CREDITOR ID: 294776-39<br>JEAN KELLEY DANGELO<br>1059 GREENWOOD AVENUE<br>ORANGE  CITY FL 32763 | CREDITOR ID: 294775-39<br>JEAN KELLEY DANGELO<br>1059 GREENWOOD AVE<br>ORANGE  CITY FL 32763 |
| CREDITOR ID: 294777-39<br>JEAN KERNER TTEE U-A DTD<br>06-29-90|JEAN KERNER|TRUST<br>4725 LUCERNE LAKES BLVD<br>APT 313<br>LAKE  WORTH FL 33467 | CREDITOR ID: 294778-39<br>JEAN KESTLER<br>4969E 650N<br>GREENFIELD IN 46140 | CREDITOR ID: 294779-39<br>JEAN L CIRIACKS<br>12448 MORROW AVE NE<br>ALBUQUERQUE NM 87112 |
| CREDITOR ID: 294780-39<br>JEAN L COBB &<br>HENRY C COBB IV JT TEN<br>1367 HAMPTON DR<br>AUBURN AL 36830 | CREDITOR ID: 294781-39<br>JEAN L EVANS<br>114 DENNETT RD<br>NORTH  BERWICK ME 03906 | CREDITOR ID: 294782-39<br>JEAN L RIMOVSKY<br>11245 S SAINT LAWRENCE AVE<br>CHICAGO IL 60628 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                           CASE:   05-03817-3F1

CREDITOR ID: 294783-39
JEAN L SPINNER
227 NE 23RD AVE
POMPANO  BEACH FL 33062

CREDITOR ID: 294784-39
JEAN L WEBB & JOHN R WEBB
JT TEN
9102 FORT JEFFERSON BLVD
ORLANDO FL 32822

CREDITOR ID: 294785-39
JEAN LILLIS PURDY & ARTHUR L
PURDY JT TEN
P O BOX 8192
PORT  SAINT  LUCIE FL 34985

CREDITOR ID: 294786-39
JEAN LOUIS COZIC & BARBARA A
COZIC TEN COM
2801 SELLS ST
METAIRIE LA 70003

CREDITOR ID: 294787-39
JEAN M BEVIS
3807 MCKINLEY ST
HOLLYWOOD FL 33021

CREDITOR ID: 294788-39
JEAN M BRANDON
1500 SUNNYSIDE AVE
HOPEWELL VA 23860

CREDITOR ID: 294789-39
JEAN M BUBB
2004 DARTMOUTH DR
HOLIDAY FL 34691

CREDITOR ID: 294790-39
JEAN M CUEVAS
5155 FAY BLVD
COCOA FL 32927

CREDITOR ID: 294791-39
JEAN M ELM
7 LAKE EDEN DRIVE
BOYNTON BEACH FL 33435

CREDITOR ID: 294792-39
JEAN M HARVEY
625 LAKE FOREST LANE
APT A-8
MUSKEGON MI 49441

CREDITOR ID: 294793-39
JEAN M KING
301 SOUTH OXFORD DRIVE
ENGLEWOOD FL 34223

CREDITOR ID: 294794-39
JEAN M LATUCCI
301 MONTLIEU AVE
HIGH  POINT NC 27262

CREDITOR ID: 294795-39
JEAN M SANICKY
4450 LORDS AVE
SARASOTA FL 34231

CREDITOR ID: 294796-39
JEAN M SPENCER DAVIS
2801 CHERRY STREET
NEW  ORLEANS LA 70118

CREDITOR ID: 294797-39
JEAN M WALLACE
518 N JAMES AVE
PANAMA  CITY FL 32401

CREDITOR ID: 294798-39
JEAN M WILLSON & JOHN K
WILLSON JT TEN
1035 NAVAJO TRAIL
FRANKFORT KY 40601

CREDITOR ID: 294799-39
JEAN M WILSON
107 TAMASSEE DR
CLEMSON SC 29631

CREDITOR ID: 294800-39
JEAN MARIE ALLEN
ATTN JEAN MARIE CONLEY
17791 LARKIN CT E
TALLAHASSEE FL 32310

CREDITOR ID: 294801-39
JEAN MERKEL MILLER
7200 DOE CREST CT
PROSPECT KY 40059

CREDITOR ID: 294802-39
JEAN MOLINE
11090 NE 12TH AVE
MIAMI FL 33161

CREDITOR ID: 294803-39
JEAN P BARRINEAU
304 LOCKSLEY DR
GREENWOOD SC 29649

CREDITOR ID: 294804-39
JEAN P KOONTZ
2436 FRANCIS MARION
FLORENCE SC 29506

CREDITOR ID: 294805-39
JEAN P REMY
401 NE 161 STREET
MIAMI FL 33162

CREDITOR ID: 294806-39
JEAN P SHARP
207 HAIG ST
HARTSELLE AL 35640

CREDITOR ID: 294807-39
JEAN P SIMPSON
1725 MIDBROOK
ROCK  HILL SC 29732

CREDITOR ID: 294808-39
JEAN PERRY AMOS
111 BROOKE LANE
MIDDLESEX NC 27557

CREDITOR ID: 294809-39
JEAN POOLE
2124 BEAVER DAM RD
CASSATT SC 29032

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294810-39<br>JEAN R LORIMAIRE<br>221 NE 25 TH  COURT<br>POMPANO  BEACH FL 33064 | CREDITOR ID: 294811-39<br>JEAN R OLDMAN<br>490 NW 130TH ST<br>MIAMI FL 33168 | CREDITOR ID: 294812-39<br>JEAN RAMOS<br>6765 HWY 205<br>WOODSTOCK GA 30188 |
| CREDITOR ID: 294813-39<br>JEAN S HOUGH<br>932 5TH AVE<br>ELIZABETH PA 15037 | CREDITOR ID: 294814-39<br>JEAN S JULME<br>834 SW 13RD STREET<br>FORT  LAUDERDALE FL 33315 | CREDITOR ID: 294815-39<br>JEAN S WEASNER<br>2393 PENNINGTON RD<br>PENNINGTON NJ 08534 |
| CREDITOR ID: 294816-39<br>JEAN SNIDER RODDY<br>6200 BOONE ST NW<br>HUNTSVILLE AL 35810 | CREDITOR ID: 294817-39<br>JEAN T BANKESTER<br>3800 HIDDEN OAKS DR<br>PENSACOLA FL 32504-8413 | CREDITOR ID: 294818-39<br>JEAN THOMPSON<br>6202 SMYRNA PL<br>LOUISVILLE KY 40228 |
| CREDITOR ID: 294819-39<br>JEAN W CLAY<br>1100 8TH ST<br>ALTAVISTA VA 24517 | CREDITOR ID: 294820-39<br>JEAN WOOD MARTIN<br>555 PINE HILL DRIVE NE<br>ALICEVILLE AL 35442 | CREDITOR ID: 294821-39<br>JEAN WOODS<br>117 E SEMINARY ST<br>MERCERSBURG PA 17236 |
| CREDITOR ID: 294822-39<br>JEAN Y GRABOWSKI<br>ATTN JEAN G WYSOCKI<br>#32 N<br>322 W 57TH ST<br>NEW  YORK NY 10019 | CREDITOR ID: 294824-39<br>JEANA BARFIELD<br>8915 W KNIGHTS GRIFFIN RD<br>PLANT  CITY FL 33565 | CREDITOR ID: 294823-39<br>JEAN-ANN B PERRY<br>4709 NW 4TH TER<br>POMPANO  BEACH FL 33064 |
| CREDITOR ID: 294825-39<br>JEANET V HEINICH<br>21887 RAINBERRY PARK CIR<br>BOCA  RATON FL 33428 | CREDITOR ID: 294826-39<br>JEANETTE A CALHOUN<br>PO BOX 358<br>CLIO SC 29525 | CREDITOR ID: 294827-39<br>JEANETTE A GAUTREAUX<br>104 FENCELINE AVENUE<br>IRON  RIDGE WI 53035 |
| CREDITOR ID: 294828-39<br>JEANETTE A LEACH<br>1370 MACKERAL AVE<br>MERRITT  IS FL 32952 | CREDITOR ID: 294829-39<br>JEANETTE A PRENTICE<br>3394 FRONTIER AVE<br>LAKE  WORTH FL 33467 | CREDITOR ID: 294830-39<br>JEANETTE B AYSEN & HOWARD J<br>AYSEN TEN COM<br>2579 HIGHWAY 1<br>THIBODAUX LA 70301 |
| CREDITOR ID: 294831-39<br>JEANETTE BALZARANO<br>781 14TH ST SE<br>NAPLES FL 34117 | CREDITOR ID: 294832-39<br>JEANETTE BECK<br>1105 HAMPSHIRE<br>WAXAHACHIE TX 75165 | CREDITOR ID: 294833-39<br>JEANETTE BECK & ROBERT<br>HERMAN BECK JT TEN<br>1105 HAMPSHIRE<br>WAXAHACHIE TX 75165 |
| CREDITOR ID: 294834-39<br>JEANETTE D ARMSTRONG<br>#205<br>1174 S LANE AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 294835-39<br>JEANETTE D DYER<br>6929 KENINNER RD<br>CLERMONT GA 30527 | CREDITOR ID: 294836-39<br>JEANETTE D MOUNEY<br>8309 HUNTLY LN<br>HARAHAN LA 70123 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294837-39<br>JEANETTE DENMARK<br>18713 NW 10TH RD<br>MIAMI FL 33169 | CREDITOR ID: 294838-39<br>JEANETTE DRIGGERS<br>22751 BOWERS RD<br>ANDALUSIA AL 36420 | CREDITOR ID: 294839-39<br>JEANETTE ELIZABETH MILANO<br>34880 LA 441 HWY<br>HOLDEN LA 70744 |
| CREDITOR ID: 294840-39<br>JEANETTE F HENRIQUES<br>P O BOX 1444<br>PIGEON  FORGE TN 37868 | CREDITOR ID: 294841-39<br>JEANETTE F WILLIAMS<br>656 LOOMFIXER LAKE RD<br>DANVILLE VA 24541 | CREDITOR ID: 294842-39<br>JEANETTE G WURST<br>104 FENCELINE AV<br>IRON  RIDGE WI 53035 |
| CREDITOR ID: 294843-39<br>JEANETTE H HULL<br>773 LOWERY ST<br>SHELBY NC 28150 | CREDITOR ID: 294844-39<br>JEANETTE HARRILL KING<br>3317 NEW SALEM RD<br>MONROE NC 28110 | CREDITOR ID: 294845-39<br>JEANETTE HODGSON WALLACE<br>PO BOX 3182<br>BOONE NC 28607 |
| CREDITOR ID: 294846-39<br>JEANETTE HODNETT DENNIS<br>807 W TALLASSEE ST<br>WETUMPKA AL 36092 | CREDITOR ID: 294847-39<br>JEANETTE J OLSCHWANGER<br>1626 WISHWOOD CT 2<br>CHESTERFIELD MO 63017 | CREDITOR ID: 294848-39<br>JEANETTE L HELMS<br>371 PROVIDENCE WAY<br>CINCINNATI OH 45241 |
| CREDITOR ID: 294849-39<br>JEANETTE M TONEY & SAMUEL W<br>TONEY JT TEN<br>PO BOX 1037<br>VALLIANT OK 74764 | CREDITOR ID: 294850-39<br>JEANETTE MARTIN<br>402 AVONDALE DR 102<br>POMPANO  BEACH FL 33060 | CREDITOR ID: 294851-39<br>JEANETTE N ADAMS<br>2275 BOWERS RD<br>ANDALUSIA AL 36420 |
| CREDITOR ID: 294852-39<br>JEANETTE SMITH<br>4214 FLORIDA AVE<br>CINCINNATI OH 45223 | CREDITOR ID: 294853-39<br>JEANETTE T COPELAND<br>1517 NW 7TH LANE<br>POMPANO  BEACH FL 33060 | CREDITOR ID: 294854-39<br>JEANETTE T ESTAY<br>109 RUTH ST<br>BOUTTE LA 70039 |
| CREDITOR ID: 294855-39<br>JEANETTE TONEY<br>PO BOX 1325<br>SPRING  HOPE NC 27882 | CREDITOR ID: 294856-39<br>JEANETTE TYNER<br>1006 SW 6TH AVE<br>OKEECHOBEE FL 34974 | CREDITOR ID: 294857-39<br>JEANETTE W COPPOCK<br>250 RIVER HILLS DR<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 294858-39<br>JEANEY S GRIST<br>PO BOX 174<br>DILLARD GA 30537 | CREDITOR ID: 294859-39<br>JEANIE CORNELIA BAILEY<br>413 W 2ND AVE<br>GASTONIA NC 28052 | CREDITOR ID: 294860-39<br>JEANIE S EDDY CUST EDWARD<br>JOHN EDDY JR UNIF TRANS MIN<br>ACT IL<br>106 W WAPELLA ST<br>P O BOX 948<br>MINOOKA IL 60447 |
| CREDITOR ID: 294862-39<br>JEANIE S EDDY CUST KYLE<br>EDWARD EDDY UNIF TRANS MIN<br>ACT IL<br>106 W WAPELLA ST<br>P O BOX 948<br>MINOOKA IL 60447 | CREDITOR ID: 294861-39<br>JEANIE S EDDY CUST KYLE<br>EDWARD EDDY UNDER THE IL<br>UNIF TRAN MIN ACT<br>106 W WAPELLA ST<br>MINOOKA IL 60447 | CREDITOR ID: 294863-39<br>JEANINE L TURBEVILLE<br>1802 WINDSOR DR<br>ARLINGTON TX 76012 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 294864-39
JEANINE L TURBEVILLE &
FRANCIS L TURBEVILLE JT TEN
1802 WINDSOR DR
ARLINGTON TX 76012

CREDITOR ID: 294865-39
JEANINE R WATSON
ATTN JEANINE W ELGIN
13443 ANNE CLEVES AVE
BATON  ROUGE LA 70816

CREDITOR ID: 294866-39
JEANINE W ELGIN
13443 ANNE CLEVES AVE
BATON  ROUGE LA 70816

CREDITOR ID: 294867-39
JEANNA GRAY
324 RED PINE DR
SEBRING FL 33872

CREDITOR ID: 294868-39
JEANNA R CLARKSON & BILL E
CLARKSON JT TEN
PO BOX 426
BALDWIN FL 32234

CREDITOR ID: 294869-39
JEANNE ANN VOLLMAN
6314 BUTTERNUT DR
LAKELAND FL 33813

CREDITOR ID: 294870-39
JEANNE C KNIGHT
1238 13TH ST W
LITTLE  FIELD TX 79339

CREDITOR ID: 294871-39
JEANNE F ISAACS
3137 WOODCLIFF CIR
BIRMINGHAM AL 35243

CREDITOR ID: 294872-39
JEANNE F ISAACS CUST FOR
MARY ANNA ISAACS
U/T/FL/G/T/M/A
838 BRENT STREET
WINSTON  SALEM NC 27103

CREDITOR ID: 294873-39
JEANNE F ISAACS CUST GEORGE
C ISAACS UND UNIF GIFT MIN
ACT FLA
2426 QUEEN ST
WINSTON  SALEM NC 27103

CREDITOR ID: 294874-39
JEANNE K RALSTON & MICHAEL
RALSTON JT TEN
1468 RAMBLING HILLS DR
CINCINNATI OH 45230

CREDITOR ID: 294875-39
JEANNE L CLARK
1888 SE 85TH STREET RD
OCALA FL 34480

CREDITOR ID: 294876-39
JEANNE L KELLY
7500 BLACKHAWK TR
SPRING  HILL FL 34606

CREDITOR ID: 294877-39
JEANNE L STAYLOR
1 ROSLYN DR
CHARLESTON SC 29414

CREDITOR ID: 294878-39
JEANNE LEHMANN
3957 IRONWOOD DR
EL  DORADO  HILLS CA 95762

CREDITOR ID: 294879-39
JEANNE M CLAYPOOL & BRIAN C
CLAYPOOL JT TEN
3025 LINCOLN TRL
CRESTWOOD KY 40014

CREDITOR ID: 294880-39
JEANNE M HENNIGAN
8475 BEECH AVE APT 1
CINCINNATI OH 45236

CREDITOR ID: 294881-39
JEANNE M WATSON
12110 188TH TERR SW
MIAMI FL 33177

CREDITOR ID: 294882-39
JEANNE M ZERINGUE
213 BROWNING DR
LULING LA 70070

CREDITOR ID: 294883-39
JEANNE MARIE BARRILLEAUX
3807 ALFRED PL
JEFFERSON LA 70121

CREDITOR ID: 294884-39
JEANNE P MONAGHAN
324 SHELL RD
SOUTH  VENICE FL 34293

CREDITOR ID: 294885-39
JEANNE T BREAUX
3118 ROMERO RD
YOUNGSVILLE LA 70592

CREDITOR ID: 294886-39
JEANNE T WEIL & E JOHN WEIL
JT TEN
BOX 1617
ORMOND  BEACH FL 32175

CREDITOR ID: 294888-39
JEANNE THERESE SWEENEY
TRUSTEE U-A DTD 09-12-97 THE
SWEENEY FAMILY TRUST
3645 PRINCETON PL
WESTLAKE OH 44145

CREDITOR ID: 294887-39
JEANNE THERESE SWEENEY
TRUSTEE U-A DTD 09-12-97
SWEENEY FAMILY TRUST
3645 PRINCETON PLACE
WESTLAKE OH 44145

CREDITOR ID: 294889-39
JEANNETTE A SAMPSON
1116 SOMERSET ST
PT  CHARLOTTE FL 33952

CREDITOR ID: 294890-39
JEANNETTE MCCLUSKEY TRUSTEE
U-A DTD 10-15-91 JEANNETTE
MCCLUSKEY REVOCABLE TRUST
16860 SE 94TH SUNNYBROOK CIR
THE  VILLAGES FL 32162

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294891-39<br>JEANNETTE R BROOKS<br>APT 911<br>115 112TH AVE NE<br>ST PETERSBURG FL 33716 | CREDITOR ID: 294892-39<br>JEANNETTE R PATTERSON<br>1000 ROCKY BRANCH RD<br>VILLA RICA GA 30180 | CREDITOR ID: 294893-39<br>JEANNETTE ROYAL<br>8805 WILLIAM PENN WAY<br>LOUISVILLE KY 40228 |
| CREDITOR ID: 294894-39<br>JEANNETTE S MATLOCK<br>6717 TREE HILL RD<br>MATTHEWS NC 28105 | CREDITOR ID: 294895-39<br>JEANNETTE SMITH MORRIS<br>1266 GRAMAC DRIVE<br>NORTH FORT MYERS FL 33917 | CREDITOR ID: 294896-39<br>JEANNETTE STRICKLING &<br>JENNIFER S GRANKO JT TEN<br>4836 FERNWOOD COURT<br>FAIRFIELD CA 94534 |
| CREDITOR ID: 294897-39<br>JEANNIE A SAMPEY<br>5052 ELCLARO CIRCLE<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 294898-39<br>JEANNIE BENEDICT BURGESS<br>120 POWELL ST<br>GURLEY AL 35748 | CREDITOR ID: 294899-39<br>JEANNIE H BLAYLOCK CUST<br>CARSON MICHAEL BLAYLOCK UNIF<br>TRAN MIN ACT FL<br>2217 LAUREL RD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 294900-39<br>JEANNIE H BLAYLOCK CUST ANNA<br>KATHERINE BLAYLOCK UNIF TRAN<br>MIN ACT FL<br>2217 LAUREL RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 294901-39<br>JEANNIE K FAHEY & JOHN J<br>FAHEY JT TEN<br>P O BOX 906<br>JACKSONVILLE NC 28541 | CREDITOR ID: 294902-39<br>JEANNIE M WESLEY & MICHAEL H<br>WESLEY JT TEN<br>2365 ST RT 28<br>GOSHEN OH 45122 |
| CREDITOR ID: 294904-39<br>JEANNIE SOWELL & LEWIS DIXON<br>SOWELL JT TEN<br>1246 LAUREL AV<br>LANCASTER SC 29720 | CREDITOR ID: 294905-39<br>JEANNIE W OLIPHANT & JAMES F<br>OLIPHANT JT TEN<br>165 VIRGINIA RD<br>W MELBOURNE FL 32904 | CREDITOR ID: 294906-39<br>JEANNINE E DYKE<br>374 IVY GLEN CIR<br>AVONDALE EST GA 30002 |
| CREDITOR ID: 294907-39<br>JEANNINE H WATERMAN<br>5414 APPLEDORE LN<br>TALLAHASSEE FL 32309 | CREDITOR ID: 294908-39<br>JEANNY R JARVIS<br>P5C2 P O BOX 3213R<br>APO MIAMI FL 34002 | CREDITOR ID: 294909-39<br>JEARRIE B JOHNSON<br>41 HIDDEN CIR<br>NORTH AUGUSTA SC 29841 |
| CREDITOR ID: 294910-39<br>JEFF A MARSTON<br>219 BURKE RD<br>LEXINGTON KY 40511 | CREDITOR ID: 294911-39<br>JEFF A SCERCY<br>813 EAST RYDER ST<br>LANDIO NC 28088 | CREDITOR ID: 294912-39<br>JEFF A STEINER<br>1015 WEST RIVIERA BLVD<br>OVIEDO FL 32765 |
| CREDITOR ID: 294914-39<br>JEFF BEHME & TYLER E BEHME JT<br>TEN<br>19674 STANDARD CITY ROAD<br>CARLINVILLE IL 62626 | CREDITOR ID: 294915-39<br>JEFF BRODNAX<br>1401 PINE CIR<br>STONE MOUNTAIN GA 30087 | CREDITOR ID: 294916-39<br>JEFF CLARE<br>1210 PALMER TERR<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 294917-39<br>JEFF CLAY<br>470 KNIGHT RD<br>ROCKMART GA 30153 | CREDITOR ID: 294918-39<br>JEFF COLLINS<br>7125 FAIRWAY DR<br>MONTGOMERY AL 36116 | CREDITOR ID: 294919-39<br>JEFF ELWELL<br>125 KATELYN CT<br>MIDDLESEX NC 27557 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294920-39<br>JEFF F PHILLIPS<br>8109 CLOVERGLEN LN<br>FORT  WORTH TX 76123 | CREDITOR ID: 294921-39<br>JEFF G ALLEN<br>18682 S 108TH ST<br>DUNNELLON FL 34432 | CREDITOR ID: 294922-39<br>JEFF HALTER & KIM HALTER<br>JT TEN<br>1009 WRENWOOD DR<br>BOWLING  GREEN KY 42103 |
| CREDITOR ID: 294923-39<br>JEFF HOOKER & SARA ELIZABETH<br>HOOKER JT TEN<br>111 JASPER DR<br>GURLEY AL 35748 | CREDITOR ID: 294924-39<br>JEFF J LONGSPAUGH<br>2911 NW 24TH ST<br>FORT  WORTH TX 76106 | CREDITOR ID: 294925-39<br>JEFF L CHANDLER<br>8915 WARING ROAD<br>PENSACOLA FL 32534 |
| CREDITOR ID: 294926-39<br>JEFF L HARTZ<br>6718 EDGEWATER DR<br>ORLANDO FL 32810 | CREDITOR ID: 294927-39<br>JEFF L WHATLEY<br>9402 BOYKIN RD<br>TALLAHASSEE FL 32311 | CREDITOR ID: 294928-39<br>JEFF L WILSON<br>2901 LEE RD APT 44<br>OPELIKA AL 36801 |
| CREDITOR ID: 294929-39<br>JEFF M PAYE<br>PO BOX 381182<br>MURDOCK FL 33938 | CREDITOR ID: 294930-39<br>JEFF M SASADA<br>4413 IRISH HILL DR APT #2D<br>SOUTH  BEND IN 46614 | CREDITOR ID: 294931-39<br>JEFF MCMILLAN<br>1606 GLYNN OAKS<br>ARLINGTON TX 76010 |
| CREDITOR ID: 294932-39<br>JEFF P BOEHNEL<br>17170 KILN ACRES RD<br>KILN MS 39556 | CREDITOR ID: 294933-39<br>JEFF R CARTER<br>7560 HAVENRIDGE LN<br>KAUFMAN TX 75142 | CREDITOR ID: 294934-39<br>JEFF RAIOLA<br>9669 105TH TERR N<br>SEMINOLE FL 34643 |
| CREDITOR ID: 294935-39<br>JEFF REED LANGLEY<br>4195 PILGRIM POINT RD<br>CUMMING GA 30041 | CREDITOR ID: 294936-39<br>JEFF RICHARDSON & KATHLEEN<br>RICHARDSON JT TEN<br>16241 SW 282ND ST<br>HOMESTEAD FL 33031 | CREDITOR ID: 294937-39<br>JEFF ROMINE & KELLY ROMINE<br>JT TEN<br>P O BOX 206<br>WASHINGTON OH 43160 |
| CREDITOR ID: 294938-39<br>JEFF S FARMER<br>137 S BEACH DR<br>ST  AUGUSTINE FL 32084 | CREDITOR ID: 294939-39<br>JEFF S JACOBS<br>1093 OLD COVENTRY CT<br>OVIEDO FL 32765 | CREDITOR ID: 294940-39<br>JEFF S LAWRENCE<br>5035 HAVENWOOD OAKS TERR<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 294941-39<br>JEFF SHEPARD<br>5554 JARRAND WAY<br>LAKEWORTH FL 33463 | CREDITOR ID: 294942-39<br>JEFF TAYLOR<br>3014 SINGLETARY CH RD<br>LUMBERTON NC 28358 | CREDITOR ID: 294943-39<br>JEFF W BRYANT<br>RR 1 BOX 3533<br>ALAPAHA GA 31622 |
| CREDITOR ID: 294944-39<br>JEFF WECKBACH & BRENDA<br>WECKBACH JT TEN<br>4843 OLD STATE RD 4<br>ALEXANDRIA KY 41001 | CREDITOR ID: 294945-39<br>JEFF WEST<br>4096 YEAGER RD<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 294946-39<br>JEFF YORGOVAN<br>4011 PALOS STREET<br>CINCINNATI OH 45205 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 294947-39<br>JEFFERSON NEAL CRUSE<br>P O BOX 85<br>PINE LEVEL AL 36065 | CREDITOR ID: 294948-39<br>JEFFERSON R REECE<br>3372 FLAT RUN DRIVE<br>BETHLEHEM GA 30620 | CREDITOR ID: 294949-39<br>JEFFERSON YOUNG ALFORD<br>11715 PEACHWOOD LAKE DR<br>SUGAR LAND TX 77478 |
| CREDITOR ID: 294950-39<br>JEFFERY A OUZTS & SHONDA D<br>OUZTS JT TEN<br>4 WAYNE DRIVE<br>TAYLORS SC 29687 | CREDITOR ID: 294951-39<br>JEFFERY B DEGRAFFERIEN<br>1518 WASHINGTON STREET<br>CHATTANOOGA TN 37408 | CREDITOR ID: 294952-39<br>JEFFERY BARKET MEIDE<br>2150 STADIUM DR<br>APT C4<br>PHENIX CITY AL 36867 |
| CREDITOR ID: 294953-39<br>JEFFERY BARR<br>2490 NW 89 TERR<br>MIAMI FL 33147 | CREDITOR ID: 294954-39<br>JEFFERY CLAY LASITER<br>110 ROMALLEN DR<br>PALESTINE TX 75801 | CREDITOR ID: 294955-39<br>JEFFERY DALE LANEY<br>3918 BUD LANEY PL<br>GRANITE FALLS NC 28630 |
| CREDITOR ID: 294956-39<br>JEFFERY DAVID BATTLE<br>284 SEDGEFIELD CIR<br>WILKESBORO NC 28697 | CREDITOR ID: 294957-39<br>JEFFERY DEYTON<br>220 FLORIDA BLVD APT A<br>NEPTUNE FL 32266 | CREDITOR ID: 294958-39<br>JEFFERY E LEDBETTER<br>300 E OLD MILL DR<br>HENDERSONVILLE NC 28792 |
| CREDITOR ID: 294959-39<br>JEFFERY E RITCHIE<br>14 TRIBBEY CAMP RD<br>BULAN KY 41722 | CREDITOR ID: 294960-39<br>JEFFERY H LEDER<br>480 REED CANAL RD APT 8<br>SOUTH DAYTONA FL 32119 | CREDITOR ID: 294961-39<br>JEFFERY HEARD<br>APT F-6<br>800 E BOBIER DR<br>VISTA CA 92084 |
| CREDITOR ID: 294962-39<br>JEFFERY J BOUDOIN<br>114 ORMOND MEADOWS DR<br>DESTREHAN LA 70047 | CREDITOR ID: 294963-39<br>JEFFERY JOHN HELTON<br>PO BOX 1213<br>FOLSOM LA 70437 | CREDITOR ID: 294964-39<br>JEFFERY JOHNSON<br>7177 US HWY 29 SO<br>TUSKEGEE AL 36083 |
| CREDITOR ID: 294965-39<br>JEFFERY M GILIO<br>10214 OANA ST<br>NEW PT RICHEY FL 33654 | CREDITOR ID: 294966-39<br>JEFFERY M HARDEN<br>9721 LOUANN AVE<br>RIVERVIEW FL 33569 | CREDITOR ID: 294967-39<br>JEFFERY N ROBERTS<br>280 PINNACLE CT<br>FRANKFORT KY 40601 |
| CREDITOR ID: 294968-39<br>JEFFERY P HANNETT<br>6454 STONEHURST CIR<br>LAKE WORTH FL 33467 | CREDITOR ID: 294969-39<br>JEFFERY RAINS<br>410 ANGELINA ST<br>JACKSONVILLE TX 75766 | CREDITOR ID: 294972-39<br>JEFFERY S KNOELL<br>9946 PRATT CT<br>SANTEE CA 92071 |
| CREDITOR ID: 294973-39<br>JEFFERY S MOSES CUST FOR<br>HILLARY NICOLE MOSES UNDER AL<br>UNIF TRANSFERS TO MINORS ACT<br>240 MITCHELL RD<br>TALLADEGA AL 35160 | CREDITOR ID: 294974-39<br>JEFFERY SCOTT BROWN<br>1780 CORINTH RD<br>NEWNAN GA 30263 | CREDITOR ID: 294975-39<br>JEFFERY SCOTT DESANTIS<br>P O BOX 1576<br>LADY LAKE FL 32158 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 294976-39
JEFFERY SHELTON STRICKLAND
417 BRENTWOOD DR
TAMPA FL 33617

CREDITOR ID: 294977-39
JEFFERY STRICKLAND & MARY
STRICKLAND JT TEN
417 BRENTWOOD DR
TEMPLE  TERRACE FL 33617

CREDITOR ID: 294978-39
JEFFERY W FRAZIER
490 SUNNY MEADOWS DR
LOCUST  FORK AL 35097

CREDITOR ID: 294979-39
JEFFERY W GULLATT
109 HOLCOMB LN
STATE  RD NC 28676

CREDITOR ID: 294980-39
JEFFERY WILLIAMS & KIM
WILLIAMS JT TEN
104 NW JILL ANN DR
BURLESON TX 76028

CREDITOR ID: 294981-39
JEFFREY A DUNKERSON
2751 ENGLENOOK RD
MILLBROOK AL 36054

CREDITOR ID: 294982-39
JEFFREY A GIRELLO & ADEL M
GIRELLO JT TEN
10333 SW 50 STREET
COOPER  CITY FL 33328

CREDITOR ID: 294983-39
JEFFREY A HALL
1513 N E LIVINGSTON RD
ARCADIA FL 33821

CREDITOR ID: 294986-39
JEFFREY A MCLEOD
2427 NW 119TH AVENUE
GAINESVILLE FL 32609

CREDITOR ID: 294987-39
JEFFREY A SCOTT
305 WOODLEIGH DRIVE
TAYLORS SC 29687

CREDITOR ID: 294988-39
JEFFREY A SMITH
517 SW 14 ST
LAKE  BUTLER FL 32054

CREDITOR ID: 294989-39
JEFFREY A SWINNEY
540 ST JOHN'S CIR
MARTINSVILLE VA 24112

CREDITOR ID: 294990-39
JEFFREY A TEAGUE
1507 NAPOLEON AVE APT 4
NEW  ORLEANS LA 70115

CREDITOR ID: 294991-39
JEFFREY A WAREHIME
CONFIDENTIAL
C-O HANOVER FOODS
BOX 334
HANOVER PA 17331

CREDITOR ID: 294992-39
JEFFREY A WEBER
2324 FAIRWAY DR
WEST  PALM  BEACH FL 33409

CREDITOR ID: 294993-39
JEFFREY ALAN HOOD
550 SUNNY MEADOWS DR
LOCUST FORK AL 35097

CREDITOR ID: 294994-39
JEFFREY ALAN PEELER & NORMA
H PEELER JT TEN
2712 NW BLVD
NEWTON NC 28658

CREDITOR ID: 294995-39
JEFFREY ALEN SAKS
64 PAULDING DRIVE
CHAPPAQUA NY 10514

CREDITOR ID: 294996-39
JEFFREY ALLEN BELL
1100 SYCAMORE LN APT 202
WOODSTOCK GA 30188

CREDITOR ID: 294997-39
JEFFREY ALLEN MILLER
6038 BURGUNDY TER
DAYTONA  BEACH FL 32127

CREDITOR ID: 294998-39
JEFFREY ALLEN MILLER & MARIA
LANE MILLER JT TEN
6038 BURGUNDY TERR
PORT  ORANGE FL 32127

CREDITOR ID: 294999-39
JEFFREY ARNOLD SIMON
1121 VIRGINIA DARE DRIVE
ROCK  HILL SC 29730

CREDITOR ID: 295000-39
JEFFREY B DEAL
2522 WESTOVER DR
STATESBORO GA 30458

CREDITOR ID: 295001-39
JEFFREY B ELLIS
3660 PAUL SAMUEL RD
KENNESAW GA 30152

CREDITOR ID: 295003-39
JEFFREY B KILLIAN
506 SOUTH SHILOH ROAD
YORK SC 29745

CREDITOR ID: 295004-39
JEFFREY BIRINGER
13700 KENTUCKY DERBY CT
MIDLOTHIAN VA 23112

CREDITOR ID: 295005-39
JEFFREY C DAVIS
7625 QUITINA DR
JACKSONVILLE FL 32277

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 295006-39
JEFFREY C MARSH
59499 AMBER ST
SLIDELL LA 70461

CREDITOR ID: 295007-39
JEFFREY D BEAVER
4301 BECK ROAD
MORGANTON NC 28655

CREDITOR ID: 295008-39
JEFFREY D CLEMENTS
719 S LEWIS ST
PICKENS SC 29671

CREDITOR ID: 295009-39
JEFFREY D DECAMP
9809 LENA BOWER RD
MARYSVILLE IN 47141

CREDITOR ID: 295010-39
JEFFREY D LEWIS
5553 HOGARTH ROAD
GREEN  COVE  SPRINGS FL 32043

CREDITOR ID: 295011-39
JEFFREY D MCCOY
2817 28TH ST E
TUSCALOOSA AL 35401

CREDITOR ID: 295012-39
JEFFREY D MYERS
3802 GREENBROOK DR
NORTHPORT AL 35475

CREDITOR ID: 295013-39
JEFFREY D SLOCUM
ATTN ABBOTT & ABBOTT
1008 PAM RD
SIOUX  FALLS SD 57105

CREDITOR ID: 295014-39
JEFFREY D STONE
168 DAVID CT
HIRAM GA 30141

CREDITOR ID: 295015-39
JEFFREY D YOCUM
125 HUNTINGDON CT
TYRONE GA 30290

CREDITOR ID: 295016-39
JEFFREY DAVID GREEN
RD 2 BOX 136A
TRIADELPHIA WV 26059

CREDITOR ID: 295017-39
JEFFREY DUNN
2201 COUNTRY HOLLOW LN
GARLAND TX 75040

CREDITOR ID: 295018-39
JEFFREY E CHOATE & ASHLEY S
CHOATE JT TEN
7248 WHEATLAND MEADOW CT
WESTCHESTER OH 45069

CREDITOR ID: 295019-39
JEFFREY E COOK
2110 W 5TH AVE
GASTONIA NC 28052

CREDITOR ID: 295020-39
JEFFREY E JOHNSON
P O BOX 2104
ABINGDON VA 24212

CREDITOR ID: 295021-39
JEFFREY EUGENE CURRIE
905 N ENOCHVILLE AVE
CHINA  GROVE NC 28023

CREDITOR ID: 295022-39
JEFFREY F DISCIPIO
252 OXFORD
CLARENDON  HILLS IL 60514

CREDITOR ID: 295023-39
JEFFREY F GONZALEZ
PO BOX 113598
METAIRIE LA 70011

CREDITOR ID: 295024-39
JEFFREY F JACKSON
5001 KIMBER LN
DURANT OK 74701

CREDITOR ID: 295025-39
JEFFREY GRANT GRANBERRY
1007 FOREST GLEN DR
ALBANY GA 31707

CREDITOR ID: 295026-39
JEFFREY H COWEN
RR 3 BOX 92 D
BROWNWOOD TX 76801

CREDITOR ID: 295027-39
JEFFREY H DANIEL
3554 COUNTRY LANE
OXFORD NC 27565

CREDITOR ID: 295028-39
JEFFREY HARNSBERGER
5618 PRESCOTT COURT
CHARLOTTE NC 28269

CREDITOR ID: 295029-39
JEFFREY HOWARD HARRIS
9167 SE STAR ISLAND WY
HOBE  SOUND FL 33455

CREDITOR ID: 295030-39
JEFFREY J BRODEUR
6351 HAMPTON DR N
ST  PETERSBURG FL 33710

CREDITOR ID: 295031-39
JEFFREY J JENSEN & ELIZABETH
A JENSEN JT TEN
2942 PACE RD
CLARKSVILLE TN 37043

CREDITOR ID: 295032-39
JEFFREY J JERNIGAN
5625 JONAMAC PLACE
#1G
ROANOKE VA 24019

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295033-39<br>JEFFREY J LOUIS<br>5220 OSTENHILL<br>CINCINNATI OH 45238 | CREDITOR ID: 295034-39<br>JEFFREY J MALL<br>111 RIVERSIDE AVE SUITE 210<br>JACKSONVILLE FL 32202 | CREDITOR ID: 295035-39<br>JEFFREY J MOTTO<br>217 ADA AVE #51<br>MOUNTAIN  VIEW CA 94043 |
| CREDITOR ID: 295036-39<br>JEFFREY K DILLON<br>2212 SE 1ST TERR<br>CAPE  CORAL FL 33990 | CREDITOR ID: 295037-39<br>JEFFREY KEITH POTEAT<br>112 JUDGES CT<br>JAMESTOWN NC 27282 | CREDITOR ID: 295038-39<br>JEFFREY KENT BALDWIN JR<br>3802 SEMINOLE AVE<br>FORT  MYERS FL 33916 |
| CREDITOR ID: 295039-39<br>JEFFREY KENT STOKER<br>800 LAKESIDE CIR APT 122<br>LEWISVILLE TX 75057 | CREDITOR ID: 295040-39<br>JEFFREY KEVIN RICKERSON &<br>MARLENE C RICKERSON JT TEN<br>213 E CASA CALVO ST<br>CHALMETTE LA 70043 | CREDITOR ID: 295041-39<br>JEFFREY L & TAMARA D CREECH<br>JT TEN<br>16823 EIGHTH STREET<br>MONTRERDE FL 34756 |
| CREDITOR ID: 295042-39<br>JEFFREY L BARNES & ANNA<br>BARNES JT TEN<br>BOX 485<br>CORTEZ FL 34215 | CREDITOR ID: 295043-39<br>JEFFREY L BERLINGHOFF<br>6810 SAN SOUCI RD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 295044-39<br>JEFFREY L DYKES<br>37141 FORESTDEL DRIVE<br>EUSTIS FL 32736 |
| CREDITOR ID: 295045-39<br>JEFFREY L DYKES & BEVERLY L<br>DYKES JT TEN<br>37141 FORESTDEL DRIVE<br>EUSTIS FL 32736 | CREDITOR ID: 295046-39<br>JEFFREY L GODFREY<br>509 AND LN M<br>CAMERON NC 28326 | CREDITOR ID: 295048-39<br>JEFFREY L HOOKER<br>111 JASPEN DR<br>GURLEY AL 35748 |
| CREDITOR ID: 295049-39<br>JEFFREY L MOTE & ALMA B MOTE<br>JT TEN<br>3330 NANCY ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 295050-39<br>JEFFREY L MYERS<br>122 JUDSON DR<br>PERRY FL 32347 | CREDITOR ID: 295051-39<br>JEFFREY L SANCHEZ<br>513 W BIRD ST<br>TAMPA FL 33604 |
| CREDITOR ID: 295052-39<br>JEFFREY L WENZEL<br>3921 CYPRESS LAKE DR<br>LAKE  WORTH FL 33467 | CREDITOR ID: 295053-39<br>JEFFREY L WILLETTS<br>220 COVINGTON AVE APT 93<br>THOMASVILLE GA 31792 | CREDITOR ID: 295055-39<br>JEFFREY LEE SCOTT BLAIR<br>5008 MARGUERITE RD<br>KNOXVILLE TN 37912 |
| CREDITOR ID: 295056-39<br>JEFFREY LEON DAUGHTRY<br>130 CELERY NORTH AV<br>JACKSONVILLE FL 32220 | CREDITOR ID: 295057-39<br>JEFFREY M CRAMER & LORI A<br>CRAMER JT TEN<br>3363 PALMHILL LANE<br>CINCINNATI OH 45239 | CREDITOR ID: 295058-39<br>JEFFREY MARK SMITH<br>7435 SEALAWN DR<br>SPRING  HILL FL 34606 |
| CREDITOR ID: 295059-39<br>JEFFREY MICHAEL SHREVE<br>PO BOX 557<br>GREENWEL  SPGS LA 70739 | CREDITOR ID: 295060-39<br>JEFFREY MICHAEL SIMMS<br>1755 NORTH TONTI ST<br>NEW  ORLEANS LA 70119 | CREDITOR ID: 295061-39<br>JEFFREY NEIL JOHNSON<br>1675 GREENBROOK DR<br>HUDSON NC 28638 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 295062-39<br>JEFFREY O MORAN<br>PO BOX 702<br>KILN MS 39556 | CREDITOR ID: 295063-39<br>JEFFREY ONEAL WILLIAMS &<br>LARISSA WILLIAMS JT TEN<br>100 SILVER ROCK DR<br>TROPHY CLUB TX 76262 | CREDITOR ID: 295064-39<br>JEFFREY P BORGSTEDE<br>135 PITRE ST<br>SAINT ROSE LA 70087 |
| CREDITOR ID: 295065-39<br>JEFFREY P MAGNUS<br>4979 HICKORY CT<br>ELKHORN WI 53121 | CREDITOR ID: 295066-39<br>JEFFREY P MARTIN<br>2142 PIEDMONT SCHOOL ROAD<br>DENTON NC 27239 | CREDITOR ID: 295067-39<br>JEFFREY P PELTIER<br>3019 CONSTANCE ST<br>NEW ORLEANS LA 70115 |
| CREDITOR ID: 295068-39<br>JEFFREY P STINSON & LINDA S<br>STINSON JT TEN<br>425 LAKE PARK DR<br>MYRTLE BEACH SC 29575 | CREDITOR ID: 295069-39<br>JEFFREY PAUL FORNEY<br>4014 CRESCENT CREEK DR<br>COCONUT CREEK FL 33073 | CREDITOR ID: 295071-39<br>JEFFREY POWELL HOLLAR<br>125 HYDER'S LN<br>TAYLORSVILLE NC 28681 |
| CREDITOR ID: 295072-39<br>JEFFREY PRICE MCCOY &<br>WHITNEY KRIS MCCOY JT TEN<br>397 INGRAM RD<br>CICINNATI OH 45218 | CREDITOR ID: 295073-39<br>JEFFREY R FRASHER & JAN<br>FRASHER JT TEN<br>8540 HUNTINGDON RIDGE LN<br>MONTGOMERY AL 36117 | CREDITOR ID: 295074-39<br>JEFFREY R HUBBARD<br>3926 DOUGLAS AVE<br>NEW ALBANY IN 47150 |
| CREDITOR ID: 295075-39<br>JEFFREY R WILSON<br>656 GLADE PARK DR<br>MONTGOMERY AL 36109 | CREDITOR ID: 295076-39<br>JEFFREY ROGERS<br>721 PERRIWINKLE DRIVE<br>SEBASTIAN FL 32958 | CREDITOR ID: 295077-39<br>JEFFREY S CROFTON<br>6860 BROOK HOLLOW RD<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 295078-39<br>JEFFREY S GIBBONS<br>406 FULTON STREET<br>LONGVIEW TX 75604 | CREDITOR ID: 295079-39<br>JEFFREY S JACOBS & MARGARET<br>V CHAN-JACOBS JT TEN<br>1093 OLD COVENTRY COURT<br>OVIEDO FL 32765 | CREDITOR ID: 295080-39<br>JEFFREY S LAWSON<br>6441 MICHELL WAY<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 295081-39<br>JEFFREY S LOTT<br>12521 AUTUM BROOK TR EAST<br>JACKSONVILLE FL 32258 | CREDITOR ID: 295083-39<br>JEFFREY S PACE<br>2405 GRAYSWOOD CT<br>WILMINGTON NC 28411 | CREDITOR ID: 295084-39<br>JEFFREY SCOTT HALEY<br>1502 ASBURY PARK RD<br>ANDERSON SC 29625 |
| CREDITOR ID: 295085-39<br>JEFFREY SCOTT LITTLE<br>5144 MADISON ST<br>NEW PORT RICHEY FL 34668 | CREDITOR ID: 295086-39<br>JEFFREY SCOTT STROUD<br>P O BOX 818<br>WILLIAMSTON SC 29697 | CREDITOR ID: 295087-39<br>JEFFREY SMITH<br>7913 SWAN PARK DR<br>DENTON TX 76210 |
| CREDITOR ID: 295088-39<br>JEFFREY STALLINGS<br>113 WEST HARRINGTON AVE<br>BROADWAY NC 27505 | CREDITOR ID: 295089-39<br>JEFFREY T DEES & CHRISTA H<br>DEES JT TEN<br>585 RIDGE AVE<br>LAKE ALFRED FL 33850 | CREDITOR ID: 295090-39<br>JEFFREY T HOYLE<br>975 CEDAR GROVE CH RD<br>VALE NC 28168 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 295091-39<br>JEFFREY T JERNIGAN<br>7 NE 42 ST<br>MIAMI FL 33137 | CREDITOR ID: 295092-39<br>JEFFREY T STOUT<br>801 SPRINGDALE CIR<br>PALM  SPRINGS FL 33461 | CREDITOR ID: 295093-39<br>JEFFREY W ALLEN<br>89 WOLCOTT ROAD<br>CHEST  NUT  HILL MA 02467 |
| CREDITOR ID: 295094-39<br>JEFFREY W BASS<br>820 PERRY CURTIS RD<br>ZEBULON NC 27597 | CREDITOR ID: 295095-39<br>JEFFREY W BURTON<br>3<br>6517 HAMILTON AVE<br>CINCINNATI OH 45224 | CREDITOR ID: 295096-39<br>JEFFREY W HOLLYFIELD<br>1166 EAGLE VIEW DR<br>KODAK TN 37764 |
| CREDITOR ID: 295097-39<br>JEFFREY W LOWRANCE<br>230 MALLARD RD<br>MADISON NC 27025 | CREDITOR ID: 295098-39<br>JEFFREY W SPENDLOVE<br>560 PEACEFUL VALLEY RD<br>EASTABOGA AL 36260 | CREDITOR ID: 295099-39<br>JEFFREY WATSON<br>8301 73RD CT<br>PINELLAS  PARK FL 33781 |
| CREDITOR ID: 295100-39<br>JEFFREY WAYNE COLEMAN<br>2112 FOX TRAIL DR<br>LA  GRANGE KY 40031 | CREDITOR ID: 295101-39<br>JEFFREY WAYNE HAMMOND<br>112 DICKERT DR<br>LEXINGTON SC 29170 | CREDITOR ID: 295102-39<br>JEFFREY WILLIAM ALLEN<br>89 WOLCOTT ROAD<br>CHEST  NUT  HILL MA 02467 |
| CREDITOR ID: 295103-39<br>JEFFREY WILSON<br>1698 BESS CHAPEL CHURCH RD<br>CHERRYVILLE NC 28021 | CREDITOR ID: 295104-39<br>JEFFRY M GILBERTI<br>1608 HICKORY AVE APT C<br>NEW  ORLEANS LA 70123 | CREDITOR ID: 295105-39<br>JEFFRY MILTON NETTER<br>1290 MILLSTONE RUN<br>BOGART GA 30622 |
| CREDITOR ID: 295106-39<br>JENA K TAYLOR<br>18712 YOCAM AVE<br>LUTZ FL 33549 | CREDITOR ID: 295107-39<br>JENELLE D PLEDGER<br>702 ILLINOIS AVE<br>LYNN  HAVEN FL 32444 | CREDITOR ID: 295108-39<br>JENICE A POWELL<br>760 SE FULTON<br>GRAND  RAPIDS MI 49506 |
| CREDITOR ID: 280146-39<br>JENKINS, ALYCE KATRINE<br>880 COBLE BLVD #31<br>HENDERSON NC 27536 | CREDITOR ID: 282152-39<br>JENKINS, BEVERLY & MARTIN JT TEN<br>2660 N ORANGE BLOSSOM TR, LOT 17<br>KISSIMMEE FL 34744 | CREDITOR ID: 295109-39<br>JENNA SOUTHALL & GLENN<br>SOUTHALL JT TEN<br>RT 5 BOX 6755<br>MADISON FL 32340 |
| CREDITOR ID: 295110-39<br>JENNI C LEVE & SIDNEY J LEVE<br>JT TEN<br>6503 N OCEAN DR<br>DANIA FL 33004 | CREDITOR ID: 295111-39<br>JENNIE BOUNDS CALDERWOOD<br>CUST SHELBY LYNN H<br>CALDERWOOD UNDER FL UNIF<br>TRANSFERS TO MINORS ACT<br>12555 AGATITE RD<br>JACKSONVILLE FL 32258 | CREDITOR ID: 295112-39<br>JENNIE BOUNDS CALDERWOOD<br>CUST SONYA BOUNDS<br>CALDERWOOD UNDER FL UNIF<br>TRANSFERS TO MINORS ACT<br>12555 AGATITE RD<br>JACKSONVILLE FL 32258 |
| CREDITOR ID: 295113-39<br>JENNIE E LACKEY<br>PO BOX 683<br>HILDEBRAN NC 28637 | CREDITOR ID: 295114-39<br>JENNIE L CALDERWOOD &<br>CHARLES E CALDERWOOD JT TEN<br>12555 AGATITE RD<br>JACKSONVILLE FL 32258 | CREDITOR ID: 295115-39<br>JENNIE L FRIEND & ROBERT B<br>FRIEND JT TEN<br>205 WOODFIELD DR<br>TAYLORSVILLE NC 28681 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

CREDITOR ID: 295116-39
JENNIE L KILLIAN
PO BOX 404
TUNKHANNOCK PA 18657

CREDITOR ID: 295117-39
JENNIE M HAWKINS
20 SAPPLING DR
WATERLOO SC 29384

CREDITOR ID: 295118-39
JENNIE M WHITE & RICHARD D
WHITE JT TEN
2773 RIVER OAK DR
ORANGE  PARK FL 32073

CREDITOR ID: 295119-39
JENNIE PAGAN & MIGUEL PAGAN
JT TEN
1816 MONTEBURG DRIVE
ORLANDO FL 32825

CREDITOR ID: 295120-39
JENNIE R LINEBERGER
P O BOX 6546
BRADENTON FL 34281

CREDITOR ID: 295121-39
JENNIE R LUNEBERGER
PO BOX 6546
BRADENTON FL 34281

CREDITOR ID: 295122-39
JENNIE RACHUL
4831 WAKEFIELD COURT
NEW  PORT  RICHEY FL 34655

CREDITOR ID: 295123-39
JENNIE T GOLDEN & JAY T
GOLDEN JT TEN
2520 BEACH BLVD
BILOXI MS 39531

CREDITOR ID: 295124-39
JENNIE Y CARDER
753 LONGWOOD DR NW
ATLANTA GA 30305

CREDITOR ID: 295125-39
JENNIFER A HURLEY
95 MATHEWS DR SUITE E7
HILTON  HEAD  ISLAND SC 29926

CREDITOR ID: 295126-39
JENNIFER A THOMAS
1410 MEREDITH HEIGHTS
APT 103
COLORADO  SPRINGS CO 80919

CREDITOR ID: 295127-39
JENNIFER ALLEN & STEVE ALLEN
JT TEN
1261 FAIRWAY DR
LAWRENCEBURG KY 40342

CREDITOR ID: 295128-39
JENNIFER ANN SAMPSELL
1530 W PARKWAY
DELAND FL 32724

CREDITOR ID: 295129-39
JENNIFER ANN SINGLETON
3901 NORTHAMPTON DR
LEXINGTON KY 40517

CREDITOR ID: 295130-39
JENNIFER ARMER
8283 HICKORY HAMMOCK RD
MILTON FL 32583

CREDITOR ID: 295131-39
JENNIFER B FINLEN
288 RINGWOOD DRIVE
WINTER  SPRINGS FL 32708

CREDITOR ID: 295132-39
JENNIFER B LEWIS
117 WILHOWIE DR
LEXINGTON SC 29073

CREDITOR ID: 295133-39
JENNIFER B PRICE
805 N A1A APT 2
FLAGLER  BEACH FL 32136

CREDITOR ID: 295134-39
JENNIFER BROWN
5765 COUNTY RD 5
FLORENCE AL 35633

CREDITOR ID: 295135-39
JENNIFER BUTTACAVOLI
8021 MOONLIGHT LANE
NEW  PORT  RICHEY FL 34654

CREDITOR ID: 295136-39
JENNIFER C FALCON
2519 CHURCH POINT HWY
RAYNE LA 70578

CREDITOR ID: 295137-39
JENNIFER C GARCIA
3422 OSCEOLA AVE
NAPLES FL 34112

CREDITOR ID: 295138-39
JENNIFER C LAMBARD
PO BOX 121
WAGARVILLE AL 36585

CREDITOR ID: 295139-39
JENNIFER C W BEXLEY
PO BOX 9247
TAMPA FL 33674

CREDITOR ID: 295140-39
JENNIFER CORBIN
2036 URBANA AVE
DELTONA FL 32725

CREDITOR ID: 295141-39
JENNIFER COSTELLO
3757 FERDINAND PL # 1
CINCINNATI OH 45209

CREDITOR ID: 295142-39
JENNIFER CRAGER
238 W 10TH AVE
HUNTNGTON WV 25701

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295143-39<br>JENNIFER D BOWERS<br>1808 SCOUTS WALK<br>DACULA GA 30019 | CREDITOR ID: 295144-39<br>JENNIFER D DOSS<br>117 DARK PINES LN<br>AMHERST VA 24521 | CREDITOR ID: 295145-39<br>JENNIFER D EZELLE<br>671 DOSTER RD<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 295146-39<br>JENNIFER D SMITH<br>5343 WALKER HORSE DRIVE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 295147-39<br>JENNIFER D THEUS<br>5709 LOIS ST<br>PANAMA  CITY FL 32404 | CREDITOR ID: 295148-39<br>JENNIFER D VANECK<br>2530 CONE LAKE DR<br>NEW  SMYRNA  BEACH FL 32168 |
| CREDITOR ID: 295149-39<br>JENNIFER DENISE DENNIS<br>PO BOX 5073<br>THOMASTON GA 30286 | CREDITOR ID: 295150-39<br>JENNIFER DICKERSON<br>2520 POINSETTA AVE<br>SANFORD FL 32773 | CREDITOR ID: 295151-39<br>JENNIFER E FARRIS<br>20440 CR 127<br>GLEN  ST  MARY FL 32040 |
| CREDITOR ID: 295152-39<br>JENNIFER E FARRIS & ALBERT H<br>FARRIS JT TEN<br>20440 CR 127<br>GLEN  ST  MARY FL 32040 | CREDITOR ID: 295153-39<br>JENNIFER E FULLER<br>198 PATRICIA DR<br>SMITHSFIELD NC 27577 | CREDITOR ID: 295154-39<br>JENNIFER E GIBSON<br>3783 RIDGEMERE DR<br>VALDOSTA GA 31605 |
| CREDITOR ID: 295155-39<br>JENNIFER E SPROTT<br>10 BRANTFORD DR<br>STAFFORD VA 22554 | CREDITOR ID: 295156-39<br>JENNIFER EIFFERT<br>314 W PIUTE AVE<br>PHOENIX AZ 85027 | CREDITOR ID: 295157-39<br>JENNIFER ELIZABETH VICKERS<br>4090 HODGES BLVD APT 3408<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 295158-39<br>JENNIFER G COFFEY<br>116 RED LYONS LN<br>BOONE NC 28607 | CREDITOR ID: 295159-39<br>JENNIFER GOLD AREY<br>704 KINGSBURY STREET<br>SHELBY NC 28150 | CREDITOR ID: 295160-39<br>JENNIFER GRANT DUPUY<br>1900 MCDERMOTT DR<br>MORGAN  CITY LA 70380 |
| CREDITOR ID: 295161-39<br>JENNIFER HAITHCOAT & RICKY E<br>HAITHCOAT JT TEN<br>115 CO RD 276<br>FLORENCE AL 35633 | CREDITOR ID: 295162-39<br>JENNIFER HARPE<br>199 POB 199<br>RAY  CITY GA 31645 | CREDITOR ID: 295163-39<br>JENNIFER HARRIET WRIGHT<br>1331 CROWN POINTE BLVD<br>TUSCALOOSA AL 35406 |
| CREDITOR ID: 295164-39<br>JENNIFER HOUSTON<br>226 HILLANDALE DR<br>BOONE NC 28607 | CREDITOR ID: 295165-39<br>JENNIFER HUBBELL<br>381 10TH ST NE<br>NAPLES FL 34120 | CREDITOR ID: 295167-39<br>JENNIFER HUSTON CUSTODIAN<br>FOR RAYMOND LEE HUSTON JR<br>UNDER FL UNIF TRANSFERS TO<br>MINORS ACT<br>8774 DUNBLANE CT<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 295166-39<br>JENNIFER HUSTON CUSTODIAN<br>FOR KALEY ELIZABETH HUSTON<br>UNDER FL UNIF TRANSFERS TO<br>MINORS ACT<br>8774 DUNBLANE CT<br>TALLAHASSEE FL 32312 | CREDITOR ID: 295168-39<br>JENNIFER J FLAGG<br>302 MARIANA WAY<br>POINCIANA FL 34758 | CREDITOR ID: 295169-39<br>JENNIFER J HARRISON<br>141 CAREY CT<br>BARDSTOWN KY 40004 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 295170-39
JENNIFER J HARVIEL &
ELIZABETH D HARVIEL JT TEN
1741 MALONE RD APT B
BURLINGTON NC 27215

CREDITOR ID: 295171-39
JENNIFER J RYAN
268 W DREW ST
BALDWIN FL 32234

CREDITOR ID: 295172-39
JENNIFER JO SHIELDS
8615 SARDIS WAY
LOUISVILLE KY 40228

CREDITOR ID: 295173-39
JENNIFER JOHNSON KELLY
118 WISTERIA WA
PENDLETON SC 29670

CREDITOR ID: 295174-39
JENNIFER JOHNSON KELLY &
DAVID E KELLY JT TEN
118 WISTERIA WA
PENDLETON SC 29670

CREDITOR ID: 295175-39
JENNIFER K LUPO
2013 KNOB HILL DR
PLANO TX 75023

CREDITOR ID: 295176-39
JENNIFER K REMPALA-KURUCZ &
GARY A KURUCZ JT TEN
5823 E 1200 S
LAFAYETTE IN 47909

CREDITOR ID: 295177-39
JENNIFER K WOOD & BILLY WOOD
JT TEN
215 KNOLLWOOD RD
BRANDENBURG KY 40108

CREDITOR ID: 295178-39
JENNIFER KING-CASCONE & JOHN
JOSEPH CASCONE JT TEN
116 S 4TH ST
FERNANDINA  BEACH FL 32034

CREDITOR ID: 295179-39
JENNIFER L BOSSEN
1177 SANGER AV
SPRING  HILL FL 34608

CREDITOR ID: 295180-39
JENNIFER L BROOKS
78 MELANIE LANE
MIDDLEBURG FL 32068

CREDITOR ID: 295181-39
JENNIFER L CHASE
2598 NW 59 AVE
MARGATE FL 33063

CREDITOR ID: 295182-39
JENNIFER L CRONE
2617 PETWORTH CT
READING OH 45236

CREDITOR ID: 295183-39
JENNIFER L DARBY
5765 COUNTY RD 5
FLORENCE AL 35633

CREDITOR ID: 295184-39
JENNIFER L HEAVENER
248 E 24TH ST
WEST  PALM  BEACH FL 33404

CREDITOR ID: 295185-39
JENNIFER L HOUGH
1402 WILLIAMS RD
PLANT  CITY FL 33565

CREDITOR ID: 295186-39
JENNIFER L JOHNSON
119 DORSEY DRIVE APT B
CENTRAL SC 29630

CREDITOR ID: 295187-39
JENNIFER L LAIOSA
2111 SHADYPOINT LN
BRANDON FL 33510

CREDITOR ID: 295188-39
JENNIFER L MCCOLLUM
2400 SPRING CREEK HWY
CRAWFORDVILLE FL 32327

CREDITOR ID: 295189-39
JENNIFER L MCFARLAND
C/O JENNIFER L HOUGH
1402 WILLIAMS RD
PLANT  CITY FL 33565

CREDITOR ID: 295190-39
JENNIFER L MINNICK
763 FALCON DR
PORT  ORANGE FL 32127

CREDITOR ID: 295191-39
JENNIFER L MOORE
380 DUNWOODIE RD
ORANGE  PARK FL 32073

CREDITOR ID: 295192-39
JENNIFER L SAYLOR
2617 PETWORTH CT
READING OH 45236

CREDITOR ID: 295193-39
JENNIFER L SMITH
2607 COLIN AVE
LOUISVILLE KY 40217

CREDITOR ID: 295194-39
JENNIFER L TALAVAGE EXEC
EST SARAH J HUCKS
510 MAIN ST
LAFAYETTE IN 47901-1447

CREDITOR ID: 295195-39
JENNIFER LAMBERT
5852 WINCHESTER DR
MILFORD OH 45150

CREDITOR ID: 295196-39
JENNIFER LAWRENCE HITCH
LAUGHTER
3309 CHILDERS ST
RALEIGH NC 27612

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295197-39<br>JENNIFER LEE BUNNELLS<br>212 BROOKS AVE<br>RED SPRINGS NC 28377 | CREDITOR ID: 295198-39<br>JENNIFER LEE RIOLO & ROBERT<br>J RIOLO JT TEN<br>3355 SE 2ND CT<br>OCALA FL 34471 | CREDITOR ID: 295199-39<br>JENNIFER LEIGH JAMES<br>4489 COBBLEFIELD CIRCLE EAST<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 295200-39<br>JENNIFER LYNN GADDIS<br>PO BOX 65019<br>TALLAHASSEE FL 32313 | CREDITOR ID: 295201-39<br>JENNIFER LYNN HOGGE<br>1526 ILA PERDUE LN<br>KNOXVILLE TN 37931 | CREDITOR ID: 295202-39<br>JENNIFER LYNN MELREIT<br>1117 MARQUETTE AVE #812<br>MINNEAPOLIS MN 55403 |
| CREDITOR ID: 295203-39<br>JENNIFER M BECKER<br>300 MORRIS AVE<br>PROVIDENCE RI 02906 | CREDITOR ID: 295204-39<br>JENNIFER M BROGAN<br>2827 KIOWA AVE<br>ORANGE PARK FL 32065 | CREDITOR ID: 295205-39<br>JENNIFER M COX<br>389 GATE ROAD<br>THOMASVILLE NC 27360 |
| CREDITOR ID: 295206-39<br>JENNIFER M GILES<br>110 STONEVIEW CIRCLE<br>COVINGTON GA 30209 | CREDITOR ID: 295207-39<br>JENNIFER M HOOD<br>142 HIDDEN CIR<br>RAINBOW CITY AL 35906 | CREDITOR ID: 295208-39<br>JENNIFER M RODTS<br>40 ST BOTOLPH STREET, APT 45<br>BOSOTN MA 02116 |
| CREDITOR ID: 295209-39<br>JENNIFER M SMITH<br>1320 LT HARDEE RD LT<br>GREENVILLE NC 27858 | CREDITOR ID: 295210-39<br>JENNIFER M SMITH CUST<br>ADRIANE M SMITH UNDER THE AL<br>UNIF TRAN MIN ACT<br>17584 RED OAK WAY<br>ATHENS AL 35611 | CREDITOR ID: 295211-39<br>JENNIFER M SMITH CUST<br>ADRIANE SMITH UNDER THE AL<br>UNIF TRAN MIN ACT<br>17584 RED OAK WAY<br>ATHENS AL 35611 |
| CREDITOR ID: 295212-39<br>JENNIFER M STORY & MARTIN R<br>STORY JT TEN<br>6122 E RUSH ST<br>INVERNESS FL 34452 | CREDITOR ID: 295213-39<br>JENNIFER MACKEY<br>1274 COUNTY RD 2051<br>NACOGDOCHES TX 75965 | CREDITOR ID: 295215-39<br>JENNIFER MCELROY<br>P O BOX 162<br>LA CROSSE VA 23950 |
| CREDITOR ID: 295216-39<br>JENNIFER MOFFITT<br>2630 NW 83RD AV<br>FORT LAUDERDALE FL 33322 | CREDITOR ID: 295217-39<br>JENNIFER MONIQUE JOHNSON<br>722 S HAMPTON ST<br>WESTMINSTER SC 29693 | CREDITOR ID: 295218-39<br>JENNIFER MOSES<br>1934 JUNIPER LANE<br>MIDLOTHIAN TX 76065 |
| CREDITOR ID: 295219-39<br>JENNIFER NICHOLE WATKINS<br>273 JARRETT RD<br>DALLAS NC 28034 | CREDITOR ID: 295220-39<br>JENNIFER ORINGDERFF<br>#1<br>1853 SOL ROSS<br>HOUSTON TX 77098 | CREDITOR ID: 295221-39<br>JENNIFER P STEINBRECHER<br>26 FOREST FERN COURT<br>COLUMBIA SC 29212 |
| CREDITOR ID: 295222-39<br>JENNIFER PATKE MCELVEEN<br>48131 TC BRUMFIELD RD<br>FRANKLINTON LA 70438 | CREDITOR ID: 295223-39<br>JENNIFER PRITT<br>7031 MAGGIE DR<br>BARTOW FL 33830 | CREDITOR ID: 295224-39<br>JENNIFER QUICK<br>2911 HIGHWAY 246 S<br>NINETY SIX SC 29666 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 295225-39
JENNIFER R TAYLOR
4411 SW 22ND CT
FT LAUDERDALE FL 33317

CREDITOR ID: 295226-39
JENNIFER RAE ROBINSON
293 MILL LANE
COOKEVILLE TN 38501

CREDITOR ID: 295227-39
JENNIFER RENAE ANDREWS
303 13TH PLACE
PLEASANT GROVE AL 35127

CREDITOR ID: 295228-39
JENNIFER RENE BENOIT
1216 JAGNEAUXVILLE RD
CHURCH POINT LA 70525

CREDITOR ID: 295229-39
JENNIFER RICKS
534 BURLIEGH AVE
HOLLY HILL FL 32117

CREDITOR ID: 295230-39
JENNIFER RODRIGUEZ
1792 BOWIE ST
SANGER TX 76266

CREDITOR ID: 295231-39
JENNIFER S MAYNARD
77 WHITE OAK RIDGE RD
QUINCY FL 32352

CREDITOR ID: 295232-39
JENNIFER SALMELA
5534 STATEN RD
HAHIRA GA 31632

CREDITOR ID: 295233-39
JENNIFER SCHEER
15752 CORAL VINE LN
FORT MYERS FL 33905

CREDITOR ID: 295234-39
JENNIFER SCHEMENAUER & MARK
DAVID SCHEMENAUER JT TEN
329 RIUNITE CIRCLE
WINTER SPRINGS FL 32708

CREDITOR ID: 295235-39
JENNIFER SLOAN & RAYMOND
SLOAN JT TEN
5904 BIRCH DR
FT PIERCE FL 34982

CREDITOR ID: 295236-39
JENNIFER STRICKLAND
110 NW 51 COURT
FT LAUDERDALE FL 33309

CREDITOR ID: 295237-39
JENNIFER SUE STALLARD
610 JULIE LN
BRANDON FL 33511

CREDITOR ID: 295238-39
JENNIFER TOLLEY
142 HOWARD LIPFORD DR
ELIZABETHTON TN 37643

CREDITOR ID: 295239-39
JENNIFER VICKERS GILLUM &
DONALD R GILLUM JT TEN
4090 HODGES BLVD APT 3408
JACKSONVILLE FL 32224

CREDITOR ID: 295240-39
JENNIFER WOLF
2200 CUMBERLAND DR
SMYRNA GA 30080

CREDITOR ID: 295241-39
JENNIFER Y SWEENEY
8433 SOUTHSIDE BLVD APT 1113
JACKSONVILLE FL 32256

CREDITOR ID: 295242-39
JENNINE P DUMONT
120 MAGNOLIA STREET
RACELAND LA 70394

CREDITOR ID: 295243-39
JENNINGS L PADGETT
430 W E PADGETT RD
BOSTIC NC 28018

CREDITOR ID: 295244-39
JENNY A SPEARS
1887 HARRISON BROOKVILLE
HARRISON OH 45030

CREDITOR ID: 295245-39
JENNY C BARKET
340 NINTH ST
ATLANTIC BCH FL 32233

CREDITOR ID: 295246-39
JENNY G DUNNE
708 MADISON ST
GRETNA LA 70053

CREDITOR ID: 295247-39
JENNY L MOORE
ATTN JENNY BRUNER
4876 HAWK TRAIL
MARIETTA GA 30066

CREDITOR ID: 295248-39
JENNY L UHLER
C/O JENNIFER LEE MARKHAM
213 CRICKET HOLLOW RUN
CLAYTON NC 27520

CREDITOR ID: 295249-39
JENNY LYNN BRUNER
4876 HAWK TRAIL
MARIETTA GA 30060

CREDITOR ID: 295250-39
JENNY RATH & SCOTT RATH
JT TEN
2159 MEMORIAL PKWY
FORT THOMAS KY 41075

CREDITOR ID: 295251-39
JENNY SANDERS
417 YELLOWHAMMER DR
ROANOKE AL 36274

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295252-39<br>JENSON L WILLIAMS JR & NANCY<br>A WILLIAMS JT TEN<br>6154 TOYOTA DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 295253-39<br>JEONG SIK CHO & KUNG CHA CHO<br>JT TEN<br>2308 CLEARSPRING DR S<br>IRVING TX 75063 | CREDITOR ID: 295254-39<br>JEPSY W BARKER<br>4704 DUPRO DR<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 295255-39<br>JEPSY W BARKER & BLENDA N<br>BARKER JT TEN<br>4704 DUPRO DR<br>JACKSONVILLE FL 32207 | CREDITOR ID: 295256-39<br>JERALD ANDREW VONDERAHE<br>5659 TREEVIEW DR<br>CINCINNATI OH 45238 | CREDITOR ID: 295257-39<br>JERALD D HAYNES & SHIRLEY<br>HAYNES JT TEN<br>RR 4 BOX 4914<br>MADISON FL 32340 |
| CREDITOR ID: 295258-39<br>JERALD P CLARE<br>516 CUNNINGHAM HOLLOW WAY<br>JACKSONVILLE FL 32259 | CREDITOR ID: 295259-39<br>JERALD SCHNAEDELBACH<br>1140 TAL LEWIS RD<br>WHITE  PLAINS GA 30678 | CREDITOR ID: 295260-39<br>JERALD W MORGAN<br>109 CASTLE DR<br>GAINESVILLE FL 32607 |
| CREDITOR ID: 295261-39<br>JERALEIGH LESZZAK<br>4717 PALMETTO POINT DRIVE<br>PALMETTO FL 34221 | CREDITOR ID: 295262-39<br>JEREMIAH NUNNALLY<br>618 N RALPH ST<br>CLAXTON GA 30417 | CREDITOR ID: 295263-39<br>JEREMIAH T MCKNIGHT<br>812 TWIN BRIDGE RD<br>TIMMONSVILLE SC 29161 |
| CREDITOR ID: 295264-39<br>JEREMY BLAKE EARLE<br>921 SEVILLA CIR<br>WESTON FL 33326 | CREDITOR ID: 295265-39<br>JEREMY D LUSK<br>2619 E CYPRESS AVE<br>FORT  MYERS FL 33905 | CREDITOR ID: 295266-39<br>JEREMY DAVID WELBANKE<br>12775 KINGSWAY RD<br>WELLINGTON FL 33414 |
| CREDITOR ID: 295267-39<br>JEREMY L CAMP & GINA R CAMP<br>JT TEN<br>39397 ALABAMA HWY 21<br>MUNFORD AL 36268 | CREDITOR ID: 295268-39<br>JEREMY L WALLACE & KAY H<br>WALLACE JT TEN<br>698 COUNTY ROAD 229<br>MOULTON AL 35650 | CREDITOR ID: 295269-39<br>JEREMY P CHAMPAGNE<br>1114 ST RITA HWY<br>ST  MARTINVILLE LA 70582 |
| CREDITOR ID: 295270-39<br>JEREMY R WILLIS<br>STE 231<br>624 W UNIVERSITY<br>DENTON TX 76201 | CREDITOR ID: 295271-39<br>JEREMY W ALRED<br>959 CO RD 230<br>HILLSBORO AL 35643 | CREDITOR ID: 295272-39<br>JERI DEON VRLICH<br>9560 SHADOW OAK LANE<br>N  FT  MYERS FL 33917 |
| CREDITOR ID: 295273-39<br>JERI L APPERSON & DARRELL R<br>APPERSON JT TEN<br>464 HAWKS NEST DR<br>BOONE NC 28607 | CREDITOR ID: 295274-39<br>JERI L BROWN<br>5401 NW 50TH AVE<br>TAMARAC FL 33319 | CREDITOR ID: 295275-39<br>JERI L MCDANIEL<br>1632 WILD FOX DR<br>CASTLEBERRY FL 32707 |
| CREDITOR ID: 295276-39<br>JERI L WILFONG<br>1632 WILD FOX DR<br>CASTLEBERRY FL 32707 | CREDITOR ID: 295277-39<br>JERI STERLING<br>12521 STATE ROAD 674<br>LITHIA FL 33547 | CREDITOR ID: 295278-39<br>JERILYNN C JACKSON<br>3603 BAYWOOD LANE<br>GREENVILLE NC 27834 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295279-39<br>JERLDEAN CANTRELL<br>111 OLD SETTLEMENT RD<br>TRAVELERS  REST SC 29690 | CREDITOR ID: 295280-39<br>JERMAINE WOLTER<br>60 CIRCLEWOOD<br>TUSCALOOSA AL 35405 | CREDITOR ID: 295281-39<br>JERNIAH TERRY<br>79 PINE DRIVE<br>TAYLORS SC 29687 |
| CREDITOR ID: 295282-39<br>JEROLD THOMAS REYNOLDS<br>4901 MILLPOINT RD<br>GREENSBORO NC 27406 | CREDITOR ID: 295283-39<br>JEROME A OWENS & PAMELA R<br>OWENS JT TEN<br>1433 PERRY ST UNIT 507<br>DES  PLAINES IL 60016 | CREDITOR ID: 295284-39<br>JEROME B MCMENAMY<br>11533 STARBOARD DR<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 295285-39<br>JEROME C MARVIL & BETTY<br>MUNDEE MARVIL JT TEN<br>8109 OAK ALLEY<br>MONTGOMERY AL 36117 | CREDITOR ID: 295286-39<br>JEROME D RUMKER<br>4071 COLEMAN RD N<br>VALDOSTA GA 31602 | CREDITOR ID: 295287-39<br>JEROME DAKOFF CUST ROBERT<br>NEAL DAKOFF UND UNIF GIFT<br>MIN ACT ILL<br>8630 WAUKEGAN RD 418<br>MORTON  GROVE IL 60053 |
| CREDITOR ID: 295288-39<br>JEROME DAVIS & CARLA Y DAVIS<br>JT TEN<br>2009 DUNDEE RD<br>WINTER  HAVEN FL 33884 | CREDITOR ID: 295289-39<br>JEROME F EISENMANN JR<br>2663 MCKINLEY AVE<br>CINCINNATI OH 45211 | CREDITOR ID: 295290-39<br>JEROME FLOWERS<br>10534 NW SCHMARJE<br>BRISTOL FL 32321 |
| CREDITOR ID: 295291-39<br>JEROME GLOVER<br>12415 OLD NO SIX HWY<br>EUTAWVILLE SC 29048 | CREDITOR ID: 295292-39<br>JEROME J HAHN<br>3345 STATHEM AVENUE APT 3<br>CINCINNATI OH 45211 | CREDITOR ID: 295293-39<br>JEROME KEY & BARBARA W KEY<br>JT TEN<br>467 TURNBERRY LN<br>SHELBYVILLE KY 40065 |
| CREDITOR ID: 295294-39<br>JEROME M RODRIGUEZ<br>321 CLIFT ST<br>JEFFERSON LA 70121 | CREDITOR ID: 295295-39<br>JEROME S PERRY & MARIE G<br>PERRY JT TEN<br>79 PIN OAK CIRCLE<br>GRAND  ISLAND NY 14072 | CREDITOR ID: 295296-39<br>JEROME T BELL<br>2909 SQUIRREL HUNTING RD<br>MORGANTON GA 30560 |
| CREDITOR ID: 295297-39<br>JEROME T BONSER & STEPHANIE<br>A BONSER JT TEN<br>140-39 34TH AVE APT 6-L<br>FLUSHING NY 11354 | CREDITOR ID: 295298-39<br>JEROME W POWELL<br>1461 NW 173RD TER<br>MIAMI FL 33169 | CREDITOR ID: 295299-39<br>JEROME WILLIAMS<br>114-14 197TH ST<br>SAINT  ALBANS NY 11412 |
| CREDITOR ID: 295300-39<br>JEROMY LEE LATHROP<br>1615 E ROAD<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 295301-39<br>JERONA C WARD JR<br>3840 NW 173TH TERRACE<br>MIAMI FL 33055 | CREDITOR ID: 295302-39<br>JERREL W COBB JR<br>4917 RIDGESTON PLACE<br>HOLLY  SPRINGS NC 27540 |
| CREDITOR ID: 295303-39<br>JERRELL D WILDMON JR<br>230 ST NICHOLAS ST<br>LULING LA 70070 | CREDITOR ID: 295304-39<br>JERRELL W MOBLEY<br>PO BOX 696<br>GLEN  ST  MARY FL 32040 | CREDITOR ID: 295305-39<br>JERRI I SYDNOR<br>P O BOX 1591<br>KILL  DEVIL  HILLS NC 27948 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295306-39<br>JERRI LYN BANNISTER<br>210 RAVENWORTH ROAD<br>TAYLORS SC 29687 | CREDITOR ID: 295307-39<br>JERRIEL D WOOTEN<br>940 CHURCH ST<br>WEST COLUMBIA SC 29172 | CREDITOR ID: 295310-39<br>JERRON THAD WHITE JR CUST<br>JOHN COLE WHITE UNIF TRAN<br>MIN ACT FL<br>440 CALHOUN ST N<br>QUINCY FL 32351 |
| CREDITOR ID: 295309-39<br>JERRON THAD WHITE JR CUST<br>JERRON THAD WHITE III UNIF<br>TRAN MIN ACT FL<br>440 N CALHOUN ST<br>QUINCY FL 32351 | CREDITOR ID: 295308-39<br>JERRON THAD WHITE JR CUST<br>GARRETT CLAY WHITE UNIF TRAN<br>MIN ACT FL<br>440 N CALHOUN ST<br>QUINCY FL 32351 | CREDITOR ID: 295311-39<br>JERRY A GARDNER<br>5152 BETHUNE RD<br>KERSHAW SC 29067 |
| CREDITOR ID: 295312-39<br>JERRY A LOWE JR<br>7B JANE ST<br>SPRINGFIELD MA 01109 | CREDITOR ID: 295313-39<br>JERRY A LUKANE & NANCY K<br>LUKANE JT TEN<br>2635 DELAWARE ST<br>WICKLIFFE OH 44092 | CREDITOR ID: 295314-39<br>JERRY A MAXWELL & SANDRA G<br>MAXWELL JT TEN<br>5067 SHADY REST RD<br>HAVANA FL 32333 |
| CREDITOR ID: 295315-39<br>JERRY A MERRILL SR<br>153 OAKDALE DR<br>MORGANTON NC 28655 | CREDITOR ID: 295316-39<br>JERRY A MOORE & JANICE J<br>MOORE JT TEN<br>267 DAVIDSON HEIGHTS DR<br>WINSTON SALEM NC 27107 | CREDITOR ID: 295317-39<br>JERRY A RAGAS<br>PO BOX 657<br>PRAIRIEVILLE LA 70769 |
| CREDITOR ID: 295318-39<br>JERRY ALAN WILLIAMS<br>3115 AMERICAN JUCNT RD<br>PARRISH AL 35580 | CREDITOR ID: 295319-39<br>JERRY ALLEN WELLS<br>400 SEWELL RD<br>BREMEN GA 30110 | CREDITOR ID: 295320-39<br>JERRY ALLEN WILLIAMS<br>23730 SW 122ND AVE<br>HOMESTEAD FL 33032 |
| CREDITOR ID: 295321-39<br>JERRY ALLEN WILLIAMS &<br>CAROLYN L WILLIAMS JT TEN<br>23730 SW 122ND AVE<br>HOMESTEAD FL 33032 | CREDITOR ID: 295322-39<br>JERRY ALTON DICKEY JR<br>1412 E SALUDA LAKE RD<br>GREENVILLE SC 29611 | CREDITOR ID: 295324-39<br>JERRY ANN FORNEA<br>64094 FORNEA RD<br>ANGIE LA 70426 |
| CREDITOR ID: 295325-39<br>JERRY ANN FORNEA & CEDRIC L<br>FORNEA TEN COM<br>64094 FORNEA RD<br>ANGIE LA 70426 | CREDITOR ID: 295326-39<br>JERRY ARNOLD JOLLY<br>PO BOX 36<br>TABOR CITY NC 28463 | CREDITOR ID: 295327-39<br>JERRY B HAWKINS & JEANNETTE<br>C HAWKINS JT TEN<br>2138 ANTIOCH CHURCH RD<br>TIMBERLAKE NC 27583 |
| CREDITOR ID: 295328-39<br>JERRY B KELLY & MAXINE V<br>KELLY JT TEN<br>7601 133RD ROAD<br>LIVE OAK FL 32060 | CREDITOR ID: 295329-39<br>JERRY B MOSLEY<br>PO BOX 6681<br>MOBILE AL 36660 | CREDITOR ID: 295330-39<br>JERRY B PORTNOY<br>9550 KUHN RD<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 295331-39<br>JERRY BILANCIONE<br>2642 B SAN FRANSICO BLVD<br>ORANGE PARK FL 32065 | CREDITOR ID: 295332-39<br>JERRY BRIAN POWERS<br>600 ANTLER AVE<br>OSTEEN FL 32764 | CREDITOR ID: 295333-39<br>JERRY BRIDGERS<br>1299 EXETER DR<br>FAYETTEVILLE NC 28314 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 295334-39
JERRY C LAWHON
2437 CHATFIELD RD
SHELBY NC 28150

CREDITOR ID: 295335-39
JERRY CAMPBELL
RT 1 BOX 805
FORKLAND AL 36740

CREDITOR ID: 295336-39
JERRY CHARLES BARRON
5967 MCEVER RD
FLOWERY  BRANCH GA 30542

CREDITOR ID: 295339-39
JERRY D FOWLER
6589 COUNTY RD 310
CRANE  HILL AL 35053

CREDITOR ID: 295340-39
JERRY D FOWLER & DARLENE A
FOWLER JT TEN
4411 LINWOOD ST
SARASOTA FL 34232

CREDITOR ID: 295341-39
JERRY D JOHNSON & BETTY M
JOHNSON JT TEN
9808 LANCEWOOD RD
LOUISVILLE KY 40229

CREDITOR ID: 295343-39
JERRY D MCCOY
2130 RIVERMEADE DR
HIGH  POINT NC 27265

CREDITOR ID: 295344-39
JERRY D WHITESIDE JR
225 PERENNIAL WAY
MADISON AL 35757

CREDITOR ID: 295345-39
JERRY DON NICHOLS
3003 FARMVIEW ST
LONGVIEW TX 75602

CREDITOR ID: 295346-39
JERRY EVANS CUST BLAKE J
EVANS UNDER THE UNIF TRAN
MIN ACT FL
PO BOX 668
DEFUNIAK  SPRINGS FL 32435

CREDITOR ID: 295347-39
JERRY F GOODWIN
P O BOX 109
FULTONDALE AL 35068

CREDITOR ID: 295348-39
JERRY F SLIWA & CORA JEAN
SLIWA JT TEN
1111 FLORENTINE WAY
BOYNTON  BEACH FL 33426

CREDITOR ID: 295349-39
JERRY FISK
P O BOX 178
MINNEOLA FL 34755

CREDITOR ID: 295350-39
JERRY G DODD & NORMA D DODD
JT TEN
335 SLAUGHTER AVE
DANVILLE VA 24540

CREDITOR ID: 295351-39
JERRY G HODGES
103 PINE ST
DUNN NC 28334

CREDITOR ID: 295352-39
JERRY G HODGES & VELMA C
HODGES JT TEN
103 PINE ST
DUNN NC 28334

CREDITOR ID: 295353-39
JERRY G SMITH
423 SHAQ BARK TRAIL
LEXINGTON SC 29073

CREDITOR ID: 295354-39
JERRY H CROXTON & CATHERINE
CROXTON JT TEN
58 W BROAD ST
RICHLAND GA 31825

CREDITOR ID: 295355-39
JERRY H GOLDEN
96 COUNTY RD 1480
CULLMAN AL 35058

CREDITOR ID: 295356-39
JERRY HUDSON
1627 ROGERS CIR
GAINSVILLE GA 30507

CREDITOR ID: 295357-39
JERRY HYLTON JR
P O BOX 1271
RIDGEWAY VA 24148

CREDITOR ID: 295358-39
JERRY J ADAMS & JOYCE B
ADAMS JT TEN
1556 HARRINGTON PARK DR
JACKSONVILLE FL 32225

CREDITOR ID: 295359-39
JERRY J BORDERS & SHERRY R
BORDERS JT TEN
203 BORDERS RD
BLACKSBURG SC 29702

CREDITOR ID: 295360-39
JERRY J BURGESS & CHARLOTTE
A BURGESS JT TEN
453 NW 17TH STREET
HOMESTEAD FL 33030

CREDITOR ID: 295361-39
JERRY J CASTLEBERRY
2740 SNOW ROGERS RD
GARDENDALE AL 35071

CREDITOR ID: 295362-39
JERRY J KOLLROS
701 OAKNOLL DR
IOWA  CITY IA 52246

CREDITOR ID: 295363-39
JERRY J NORRIS
2214 WOODLAND WAY
BRUNSWICK GA 31520

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295364-39<br>JERRY J PYLE<br>3958 EVERSHOLT STREET<br>CLERMONT FL 34711 | CREDITOR ID: 295365-39<br>JERRY J WALKER & APRIL A<br>WALKER TEN COM<br>108 DAVIS DR<br>LULING LA 70070 | CREDITOR ID: 295366-39<br>JERRY K BANNISTER<br>1200 DANNE BANNISTER RD<br>BELTON SC 29627 |
| CREDITOR ID: 295367-39<br>JERRY K BROWN<br>1518 PAWNEE ST<br>ORANGE  PARK FL 32065 | CREDITOR ID: 295368-39<br>JERRY KNIGHT<br>101 CORDOVA REINA CT<br>PONTE  VEDRA FL 32082 | CREDITOR ID: 295369-39<br>JERRY L ARRINGTON<br>846 WHITE HOUSE ROAD<br>NELSON VA 24580 |
| CREDITOR ID: 295370-39<br>JERRY L CORBETT<br>1036 MELROSE ROAD<br>LAKE  PARK GA 31636 | CREDITOR ID: 295371-39<br>JERRY L FAUBION<br>RR 4 BOX 684B<br>LAMPASAS TX 76550 | CREDITOR ID: 295372-39<br>JERRY L FAUST JR<br>1109 CLIFFWOOD DR<br>GOSHEN KY 40026 |
| CREDITOR ID: 295373-39<br>JERRY L FRANKLIN & SUSAN H<br>FRANKLIN JT TEN<br>815 PARKWAY BLVD<br>ELIZABETHTON TN 37643 | CREDITOR ID: 295374-39<br>JERRY L FULFORD<br>PO BOX 1148<br>CROSS  CITY FL 32628 | CREDITOR ID: 295375-39<br>JERRY L GUIN<br>1433 GUFFEY DR<br>RALEIGH NC 27603 |
| CREDITOR ID: 295376-39<br>JERRY L HALLMON<br>2930 NW 51 TERR<br>MIAMI FL 33142 | CREDITOR ID: 295377-39<br>JERRY L HANCOCK<br>199 WEATHERSTONE PKY<br>MARIETTA GA 30068 | CREDITOR ID: 295378-39<br>JERRY L LASTER & SHARON K<br>LASTER JT TEN<br>3801 CHING DAIRY RD<br>MOBILE AL 36618 |
| CREDITOR ID: 295379-39<br>JERRY L LEYNES & SHARON V<br>LEYNES JT TEN<br>1580 LASOTA AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 295380-39<br>JERRY L MELSON<br>P O BOX 1475<br>AUBURNDALE FL 33823 | CREDITOR ID: 295381-39<br>JERRY L OGLE<br>1645 HUDGENS ST<br>FYFFE AL 35971 |
| CREDITOR ID: 295382-39<br>JERRY L PARNELL<br>20 WHITE OAK DR<br>SMITHFIELD NC 27577 | CREDITOR ID: 295383-39<br>JERRY L REYNOLDS & STEPHANIE<br>L REYNOLDS JT TEN<br>390 BARLEY CIRCLE<br>CRITTENDEN KY 41030 | CREDITOR ID: 295384-39<br>JERRY L RIGDON<br>5520 RIVERTON RD<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 295385-39<br>JERRY L ROBINETT<br>15704 CHEF MENTEUR HWY<br>NEW  ORLEANS LA 70129 | CREDITOR ID: 295386-39<br>JERRY L SMITH<br>441 PINE ST<br>MONROE GA 30655 | CREDITOR ID: 295387-39<br>JERRY L SURFACE<br>11246 ROLAND ST<br>SPRING  HILL FL 34609 |
| CREDITOR ID: 295388-39<br>JERRY L USELMAN<br>P O BOX 3324<br>JACKSONVILLE FL 32206 | CREDITOR ID: 295389-39<br>JERRY LEE BOWERS<br>105 RIVERBANK COURT<br>MOORE SC 29369 | CREDITOR ID: 295390-39<br>JERRY LEE BROADRICK<br>101 CARRIAGE TERR<br>PALATKA FL 32177 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295391-39<br>JERRY LEE GODWIN<br>2738 HIGHWAY 38 N<br>BENNETTSVILLE SC 29512 | CREDITOR ID: 295392-39<br>JERRY LEE GREER<br>6121 COLLINS RD LOT 255<br>JACKSONVILLE FL 32244 | CREDITOR ID: 295393-39<br>JERRY LEE HALL<br>8712 HYW 49 S<br>DADEVILLE AL 36853 |
| CREDITOR ID: 295394-39<br>JERRY LEE ROARK<br>2843 HANNA PL<br>LEXINGTON KY 40509 | CREDITOR ID: 295395-39<br>JERRY LEE SHUMATE & GLORIA R<br>SHUMATE JT TEN<br>261 NE 41ST ST<br>POMPANO  BEACH FL 33064 | CREDITOR ID: 295396-39<br>JERRY LEWIN<br>562 S SUNDANCE DRIVE<br>LAKE  MARY FL 32746 |
| CREDITOR ID: 295397-39<br>JERRY LOUIS BOWER & NANCY H<br>BOWER JT TEN<br>210 BOONE RD<br>SCOTT LA 70583 | CREDITOR ID: 295398-39<br>JERRY LYNN FRANKLIN<br>815 PARKWAY BLVD<br>ELIZABETHTON TN 37643 | CREDITOR ID: 295399-39<br>JERRY LYNN NEWMAN<br>4430 MANNER DALE DR<br>LOUISVILLE KY 40220 |
| CREDITOR ID: 295401-39<br>JERRY M DARNELL JR CUST<br>NICOLE E DARNELL UNIF TRAN<br>MIN ACT NC<br>9600 CHAPEL HILL DR<br>BURKE VA 22015 | CREDITOR ID: 295400-39<br>JERRY M DARNELL JR CUST<br>JERRY M DARNELL III UNIF<br>TRAN MIN ACT NC<br>9600 CHAPEL HILL DR<br>BURKE VA 22015 | CREDITOR ID: 295402-39<br>JERRY M GILBERT<br>8471 SALEM RD<br>PAVO GA 31778 |
| CREDITOR ID: 295403-39<br>JERRY M HIERS<br>7032 ADAMS RD<br>PANAMA  CITY FL 32404 | CREDITOR ID: 295404-39<br>JERRY M JOHNSON<br>533 AMHERST CIRCLE W<br>SATELLITE  BEACH FL 32937 | CREDITOR ID: 295405-39<br>JERRY M LACEY<br>380 WILLOW CV<br>VALDOSTA GA 31602 |
| CREDITOR ID: 295407-39<br>JERRY M SUTTON<br>851 MCNAIR ST<br>ROCK  HILL SC 29730 | CREDITOR ID: 295408-39<br>JERRY M TODESCO & ERICA A M<br>TODESCO JT TEN<br>2533 MICHIGAN AVE<br>METAIRIE LA 70003 | CREDITOR ID: 295409-39<br>JERRY MCDONALD & JANET<br>MCDONALD JT TEN<br>BOX 99<br>TURKEY CREEK<br>ALACHUA FL 32615 |
| CREDITOR ID: 295410-39<br>JERRY MCQUAY<br>2606 CHAR ST<br>ORLANDO FL 32839 | CREDITOR ID: 295411-39<br>JERRY MICHAEL ADAIR<br>2311 VALLEY LN<br>SYLACAUGA AL 35150 | CREDITOR ID: 295412-39<br>JERRY MICHAEL HOWELL II<br>238 CLARK STREET<br>HERTFORD NC 27944 |
| CREDITOR ID: 295413-39<br>JERRY MILTON JOYNER<br>2644 QUANTUM LAKES DR<br>BOYNTON  BEACH FL 33426 | CREDITOR ID: 295414-39<br>JERRY MINDAK<br>1037 MCKINNON AVE<br>OVIEDO FL 32765 | CREDITOR ID: 295415-39<br>JERRY MUNDEN & JANET MUNDEN<br>JT TEN<br>21051 HWY 455<br>CLERMONT FL 34711 |
| CREDITOR ID: 295416-39<br>JERRY N ASHWORTH JR<br>17751 SE 91ST FREEDOM CT<br>LADY  LAKE FL 32162 | CREDITOR ID: 295417-39<br>JERRY P DENIGRIS CUST<br>MICHAEL N DENIGRIS UNIF TRAN<br>MIN ACT NJ<br>324 N UNION AVE<br>CRANFORD NJ 07016 | CREDITOR ID: 295418-39<br>JERRY PALMER<br>1040 NW 26TH AVE<br>FORT  LAUDERDALE FL 33311 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 295420-39<br>JERRY R ETHRIDGE<br>RT 5 BOX 6255<br>MADISON FL 32340 | CREDITOR ID: 295421-39<br>JERRY R GUFFEY<br>21 PARK RIDGE DR<br>FRANKLIN NC 28934 | CREDITOR ID: 295422-39<br>JERRY R MCGOUGH<br>1143 DANIELVILLE ROAD<br>HONORAVILLE AL 36042 |
| CREDITOR ID: 295423-39<br>JERRY R WILLIS<br>3890 PAULOWNIA DR<br>SNELLVILLE GA 30278 | CREDITOR ID: 295425-39<br>JERRY SISSON<br>1224 MYSTIC DR<br>LOGANVILLE GA 30052 | CREDITOR ID: 295426-39<br>JERRY STEPHEN SUDDETH<br>9009 DENISE DR<br>LOUISVILLE KY 40219 |
| CREDITOR ID: 295427-39<br>JERRY T WAINRIGHT<br>RR 2 BOX 67E<br>NAHUNTA GA 31553 | CREDITOR ID: 295428-39<br>JERRY W CLARK II<br>4916 HOPKINS RD<br>ROCKY  MOUNT VA 24151 | CREDITOR ID: 295429-39<br>JERRY W DAVIS<br>7165 WOODSIDE ROAD<br>PENSACOLA FL 32526 |
| CREDITOR ID: 295430-39<br>JERRY W GUNN<br>1320 BUENA VISTA BLVD<br>LOT 29<br>PANAMA  CITY FL 32401 | CREDITOR ID: 295431-39<br>JERRY W HOPKINS<br>PO BOX 77093<br>ATLANTA GA 30309 | CREDITOR ID: 295434-39<br>JERRY W SORRELLS<br>489 COUNTY RD 16<br>SELMA AL 36701 |
| CREDITOR ID: 295435-39<br>JERRY W TAUNTON<br>26158 GALADAS RD<br>LORANGER LA 70446 | CREDITOR ID: 295436-39<br>JERRY W THOMASON<br>210 W 14TH ST<br>SANFORD FL 32771 | CREDITOR ID: 295437-39<br>JERRY W WALKER SR<br>26342 WHIPPERWILL ST<br>BROOKSVILLE FL 34601 |
| CREDITOR ID: 295438-39<br>JERRY WALKER JR<br>108 DAVIS DR<br>LULING LA 70070 | CREDITOR ID: 295439-39<br>JERRY WAYNE MORRISON<br>650 SW FAIRVIEW AV<br>PORT  SAINT  LUCIE FL 34983 | CREDITOR ID: 295440-39<br>JERRY WILLIAM MCKEE JR<br>800 RAVINS WAY<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 295441-39<br>JERRY WILLIAMS<br>3301 MEADOWS LANE<br>MONTGOMERY AL 36116 | CREDITOR ID: 295442-39<br>JERRY WINDALL HENDRIX<br>RTE 1 BOX 209<br>BRYCEVILLE FL 32009 | CREDITOR ID: 295443-39<br>JERRY YAKUBCHIK<br>570 GEORGIA AVE<br>LONGWOOD FL 32750 |
| CREDITOR ID: 295444-39<br>JERZY BRODALA<br>P O BOX 7873<br>NORTH  PORT FL 34287 | CREDITOR ID: 295445-39<br>JESSE A JOHNSON JR<br>305 WINDROW DR<br>BROUSSARD LA 70518 | CREDITOR ID: 295446-39<br>JESSE B LEE<br>266 PALMETTO CT<br>JUPITER FL 33458 |
| CREDITOR ID: 295447-39<br>JESSE C MOSBEY<br>439 WHITNEY AVE<br>NEW  ORLEANS LA 70114 | CREDITOR ID: 295448-39<br>JESSE D LOWN<br>1986 BRIGHTON BAY TRL<br>JACKSONVILLE FL 32246 | CREDITOR ID: 295449-39<br>JESSE D MCARTHUR<br>5073 ROLAND RD<br>PACE FL 32571 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295450-39<br>JESSE D PACHECO<br>507 N CAMP<br>TISHOMINGO OK 73460 | CREDITOR ID: 295452-39<br>JESSE D SMITH JR<br>BOX 4<br>PLEASANT  GRV AL 35127-0004 | CREDITOR ID: 295453-39<br>JESSE E MCENTYRE<br>RR 3 BOX 268<br>JONESVILLE LA 71343 |
| CREDITOR ID: 295454-39<br>JESSE ELBERT MCENTYRE &<br>NANCY C MCENTYRE JT TEN<br>RR 3 BOX 268<br>JONESVILLE LA 71343 | CREDITOR ID: 295455-39<br>JESSE H LAFFERTY JR<br>PO BOX 726<br>LAND  O LAKES FL 34639 | CREDITOR ID: 295456-39<br>JESSE J BURKHALTER<br>7280 BUNION DRIVE<br>JACKSONVILLE FL 32222 |
| CREDITOR ID: 295457-39<br>JESSE J CRUMMIE<br>504 PERRIN ST<br>GREENVILLE SC 29611 | CREDITOR ID: 295458-39<br>JESSE L MOORE<br>905C WILSON MILLS RD<br>SMITHFIELD NC 27577 | CREDITOR ID: 295459-39<br>JESSE LEE CANN<br>PO BOX 1172<br>ANGIER NC 27501 |
| CREDITOR ID: 295460-39<br>JESSE LEE WILBURN JR<br>10450 SKYCREST DR<br>JACKSONVILLE FL 32246 | CREDITOR ID: 295461-39<br>JESSE M HOWARD III<br>3340 CEMENT VALLEY<br>MIDLOTHIAN TX 76065 | CREDITOR ID: 295462-39<br>JESSE M HOWARD III & IVY A<br>HOWARD JT TEN<br>3340 CEMENT VALLEY<br>MIDLOTHIAN TX 76065 |
| CREDITOR ID: 295463-39<br>JESSE M KAY<br>4 RANIER ST<br>TAYLORS SC 29687 | CREDITOR ID: 295464-39<br>JESSE NORMAN WEBSTER<br>109 PUTNAM LAKE RD<br>KINGS  MOUNTAIN NC 28086 | CREDITOR ID: 295465-39<br>JESSE O WOODARD<br>2505 GRANTLINE RD<br>NEW  ALBANY IN 47150 |
| CREDITOR ID: 295466-39<br>JESSE R BILLINGSLEY<br>1300 W HILL AVE<br>VALDOSTA GA 31601 | CREDITOR ID: 295467-39<br>JESSE R MORRIS<br>155 BARBER RD<br>ROCKMART GA 30153 | CREDITOR ID: 295468-39<br>JESSE R WENTWORTH<br>12609 CONDOR DR<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 295469-39<br>JESSE RAY PRICE<br>1507 LEWIE RD<br>GILBERT SC 29054 | CREDITOR ID: 295471-39<br>JESSE RITZ & FRAN RITZ<br>JT TEN<br>508 SW 9TH ST<br>CAPE  CORAL FL 33991 | CREDITOR ID: 295472-39<br>JESSE ROBINSON<br>1061 BARBER ST<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 295474-39<br>JESSE W ARMSTRONG<br>16201 SW 284 ST<br>HOMESTEAD FL 33033 | CREDITOR ID: 295475-39<br>JESSE W C SMITH III & SHELIA<br>W SMITH JT TEN<br>3855 SPRING LEAF CT<br>STONE  MOUNTAIN GA 30083 | CREDITOR ID: 295476-39<br>JESSE W SIMS JR<br>416 SALENIST ST<br>WASHINGTON GA 30673 |
| CREDITOR ID: 295477-39<br>JESSE W WILLIAMSON<br>180 HUDSON RD<br>FITZGERALD GA 31750 | CREDITOR ID: 295478-39<br>JESSICA A CREDEUR<br>103 PLAZA VILLAGE DR<br>LAFAYETTE LA 70506 | CREDITOR ID: 295479-39<br>JESSICA A MARKHAM<br>1617 SANTA ANITA DR<br>LYNN  HAVEN FL 32444 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295480-39<br><br>JESSICA BOUDREAUX<br>180 MODERN FARMS RD<br>WAGGAMAN LA 70094 | CREDITOR ID: 295481-39<br><br>JESSICA DAVIS<br>4281 CASPER COURT<br>HOLLYWOOD FL 33021 | CREDITOR ID: 295482-39<br><br>JESSICA E JOHNSON & MATTHEW T<br>JOHNSON JT TEN<br>55377  DEER RUN RD<br>CALLAHAN FL 32011 |
| CREDITOR ID: 295483-39<br><br>JESSICA F JONES<br>1809 CANTERBURY RD<br>ROANOKE VA 24016 | CREDITOR ID: 295484-39<br><br>JESSICA GREGORY<br>118 PARTRIDGE DR<br>UNION SC 29379 | CREDITOR ID: 295485-39<br><br>JESSICA H FARLEY<br>6608 N CHURCH AVE<br>TAMPA FL 33614 |
| CREDITOR ID: 295486-39<br><br>JESSICA JACKOWSKI<br>1496 SEASPRAY LANE<br>DUNEDIN FL 34698 | CREDITOR ID: 295487-39<br><br>JESSICA L MASON<br>635 NANCY ST<br>MANDEVILLE LA 70448 | CREDITOR ID: 295488-39<br><br>JESSICA L MIKESELL<br>1402 NEW HAVEN DR<br>MANSFIELD TX 76063 |
| CREDITOR ID: 295489-39<br><br>JESSICA LEIGH RUSS<br>500 SLABTOWN RD<br>ZIONVILLE NC 28698 | CREDITOR ID: 295490-39<br><br>JESSICA M COWGILL & RITA K<br>COWGILL JT TEN<br>117 DOWNING ST<br>PANAMA  CITY FL 32413 | CREDITOR ID: 295491-39<br><br>JESSICA S DUNAHOE<br>2805 OAK STREET<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 295492-39<br><br>JESSICA SCHREIER<br>692 GORDONIA RD<br>NAPLES FL 33963 | CREDITOR ID: 295493-39<br><br>JESSIE B DOWNS<br>209 BLOSSOM DR<br>GREENVILLE SC 29605 | CREDITOR ID: 295494-39<br><br>JESSIE C PRICE & CHARLES T<br>PRICE JT TEN<br>PO BOX 207<br>SEVILLE FL 32190 |
| CREDITOR ID: 295495-39<br><br>JESSIE C PRICE & TEDDY PRICE<br>JT TEN<br>PO BOX 207<br>SEVILLE FL 32190 | CREDITOR ID: 295496-39<br><br>JESSIE F BENEFIELD & DONNA M<br>BENEFIELD JT TEN<br>114 DOE ST<br>VALDOSTA GA 31602 | CREDITOR ID: 295497-39<br><br>JESSIE F M CLEARWATER<br>117 W BELVEDERE RD<br>GREENVILLE SC 29605 |
| CREDITOR ID: 295498-39<br><br>JESSIE K IVEY<br>505 JAMESON DRIVE<br>PIEDMONT SC 29673 | CREDITOR ID: 295499-39<br><br>JESSIE L RICHARDSON & JERRY<br>D RICHARDSON JT TEN<br>911 W CALHOUN ST<br>DILLON SC 29536 | CREDITOR ID: 295500-39<br><br>JESSIE LEE ALLEN<br>4129 MARTIN ST<br>FORT  WORTH TX 76119 |
| CREDITOR ID: 295501-39<br><br>JESSIE LEE HOLDER<br>18 VICKI   LANE<br>PICAYUNE MS 39466 | CREDITOR ID: 295502-39<br><br>JESSIE M HAKKENBERG<br>4000 20TH ST W<br>APT 17R-100<br>BRADENTON FL 34205 | CREDITOR ID: 295503-39<br><br>JESSIE M HALES JR<br>1030 LAKESIDE DR<br>SURFSIDE  BEACH SC 29575 |
| CREDITOR ID: 295504-39<br><br>JESSIE M MALONEY<br>185 ELIZABETH AVE<br>FOREST  CITY NC 28043 | CREDITOR ID: 295505-39<br><br>JESSIE M MONROE<br>437 NEW HENDERSON RD<br>CLINTON TN 37716 | CREDITOR ID: 295506-39<br><br>JESSIE M ROBBINS<br>12949 YELLOW BLUFF RD<br>JACKSONVILLE FL 32226 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295507-39<br>JESSIE M STONE<br>3429 IRA LN<br>JAY FL 32565 | CREDITOR ID: 295508-39<br>JESSIE M WILLIAMS<br>5550 BELAFONTE DR<br>JACKSONVILLE FL 32209 | CREDITOR ID: 295509-39<br>JESSIE M WILLIAMS & MATTHEW<br>WILLIAMS JT TEN<br>5550 BELAFONTE DR<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 295510-39<br>JESSIE MAE NEELY<br>4315 KILDARE DR<br>GREENSBORO NC 27405 | CREDITOR ID: 295511-39<br>JESSIE MAE NORRIS<br>605 VERNER DR<br>WESTMINSTER SC 29693 | CREDITOR ID: 295512-39<br>JESSIE O TOWNS<br>1602 E 59TH ST<br>SAVANNAH GA 31404 |
| CREDITOR ID: 295513-39<br>JESSIE RUSHING & BRUCE<br>DONATO JT TEN<br>11290 63RD LN N<br>WEST PALM BEACH FL 33412 | CREDITOR ID: 295514-39<br>JESSIE T BROOKS SR<br>6710 SHIRLEY AVE<br>PROSPECT KY 40059 | CREDITOR ID: 295515-39<br>JESSIE THOMAS & NAOMI THOMAS<br>JT TEN<br>3114 ROSEN AVE<br>FORT WORTH TX 76106 |
| CREDITOR ID: 295516-39<br>JESSIE W LOWMAN & JANICE A<br>LOWMAN JT TEN<br>PO BOX 163<br>COFFEE SPRINGS AL 36318 | CREDITOR ID: 295517-39<br>JESSIE WINFRED ROGERS &<br>PATRICIA ANN ROGERS JT TEN<br>P O BOX 1112<br>LITTLE ELM TX 75068 | CREDITOR ID: 295518-39<br>JESUS A CARDENAS & ANNE M<br>CARDENAS JT TEN<br>1175 YALE AVE<br>WALLINGFORD CT 06492 |
| CREDITOR ID: 295520-39<br>JESUS ATO GUAB<br>2317 SCHWALD RD<br>KILLEEN TX 76543 | CREDITOR ID: 295521-39<br>JESUS F MEDRANO<br>526 SWAIN BL<br>GREENACRES FL 33463 | CREDITOR ID: 295522-39<br>JESUS PESINA<br>35794 SW 185 CT<br>HOMESTEAD FL 33034 |
| CREDITOR ID: 295523-39<br>JESUS SOUZA<br>4041 N 66TH AVE<br>HOLLYWOOD FL 33024 | CREDITOR ID: 295524-39<br>JETER P NEWCOMB JR<br>2623 PEWTER PLACE<br>GREENSBORO NC 27455 | CREDITOR ID: 295525-39<br>JEWEL B SULLIVAN<br>207 NORTHWOOD DR<br>MORGANTON NC 28655 |
| CREDITOR ID: 295526-39<br>JEWEL DUNN<br>5118 PINETREE RD<br>PANAMA CITY FL 32404 | CREDITOR ID: 295527-39<br>JEWEL E BOND III<br>1803 CAROLYN AVE<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 295528-39<br>JEWEL I LOVE<br>820 SWYGERT RD<br>BLYTHEWOOD SC 29016 |
| CREDITOR ID: 295529-39<br>JEWEL L CARMICHAEL<br>8733 OKATIBBEE DAM RD<br>COLLINSVILLE MS 39325 | CREDITOR ID: 295530-39<br>JEWEL M VISEL<br>1425 SUGAR CREEK PLACE<br>MOBILE AL 36695 | CREDITOR ID: 295531-39<br>JEWEL MARTIN HOWLE<br>1180 WILSON HALL RD<br>APT 704<br>SUMTER SC 29150 |
| CREDITOR ID: 295532-39<br>JEWELL DUNN<br>5118 PINETREE RD<br>PANAMA CITY FL 32404 | CREDITOR ID: 295533-39<br>JEWELL ERCELLE GARRIS<br>4149 NC 43 N<br>GREENVILLE NC 27834 | CREDITOR ID: 295534-39<br>JEWELL GARRISON<br>1825 NORMAL DRIVE<br>BOWLING GREEN KY 42101 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295535-39<br>JEWELL L SHEFFIELD<br>6515 LEDBURY DR S<br>JACKSONVILLE FL 32210 | CREDITOR ID: 295536-39<br>JEWELL W HOUSE<br>403 HAVENHURST DR<br>TAYLORS SC 29687 | CREDITOR ID: 295537-39<br>JIANN-WEN KUNG<br>TAIPEI PO BOX 87-329<br>TAIWAN |
| CREDITOR ID: 295538-39<br>JIGNASA DESAI & TUSHARKUMAR<br>K DESAI JT TEN<br>11464 VILLAGE BROOK DR APT525<br>CINCINATTI OH 45249 | CREDITOR ID: 295539-39<br>JILL A DAVIS<br>PENTHOUSE #1<br>232 LAKE MARINA DR<br>NEW ORLEANS LA 70124 | CREDITOR ID: 295540-39<br>JILL A MCKEON<br>2105 N 14 AVE<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 295541-39<br>JILL BREGER<br>5602 LANDCROSS DR<br>LOUISVILLE KY 40216 | CREDITOR ID: 295542-39<br>JILL CONRAD<br>612 SW 4TH TERRACE<br>CAPE CORAL FL 33991 | CREDITOR ID: 295543-39<br>JILL DRURY & EDWARD E DRURY<br>JT TEN<br>BOX 6455<br>BROOKINGS OR 97415 |
| CREDITOR ID: 295544-39<br>JILL E KINCAID<br>112 MEADOWVIEW PLACE<br>LENOIR NC 28645 | CREDITOR ID: 295545-39<br>JILL E MARTIN<br>504 8TH AVE SW<br>CONOVER NC 28613 | CREDITOR ID: 295546-39<br>JILL E REDLINGER<br>14226 228TH ST SE<br>SNOHOMISH WA 98296 |
| CREDITOR ID: 295547-39<br>JILL E SAMPLE<br>112 E FLEMING FARM DR<br>YOUNGSVILLE NC 27596 | CREDITOR ID: 295548-39<br>JILL F RIGGEAL<br>102 WALDEMAR CT<br>WINTER HAVEN FL 33884 | CREDITOR ID: 295549-39<br>JILL H SMOOT<br>681 POOR BOY RNCH<br>WRIGHT CITY MO 63390 |
| CREDITOR ID: 295551-39<br>JILL M BOONE<br>3779 WOODSONG DR<br>CINCINNATI OH 45251 | CREDITOR ID: 295552-39<br>JILL M GUINN<br>ATTN JILL M BARKER<br>3826 CHATHAM RD<br>LOUISVILLE KY 40218 | CREDITOR ID: 295553-39<br>JILL M HARWOOD<br>3318 COLONY DRIVE<br>JAMESTOWN NC 27282 |
| CREDITOR ID: 295554-39<br>JILL M MEARS<br>C/O JILL M. PAVKA<br>1569 HUDSON RD<br>HILLSDALE MI 49242 | CREDITOR ID: 295555-39<br>JILL M POST CUST JEFFREY<br>MARTIN POST U/G/M/A/NJ<br>PO BOX 514<br>KILLINGTON VT 05751 | CREDITOR ID: 295556-39<br>JILL M POST CUST PENNY LYN<br>POST U/G/T/M/A/NJ<br>PO BOX 514<br>KILLINGTON VT 05751 |
| CREDITOR ID: 295557-39<br>JILL M SHORTT<br>621 SHORE DR<br>KISSIMMEE FL 34744 | CREDITOR ID: 295558-39<br>JILL MASSINGILL<br>12110 NW 13TH CT<br>PMBK PINES FL 33026 | CREDITOR ID: 295559-39<br>JILL MONTGOMERY<br>6340 FIRESTONE DR<br>FAIRFIELD OH 45014 |
| CREDITOR ID: 295560-39<br>JILL RITA STRUB<br>8774 HOLLYHOCK DR<br>CINCINNATI OH 45231 | CREDITOR ID: 295561-39<br>JILL ROWAN<br>7000 SPICEWOOD LN<br>TALLAHASSEE FL 32312 | CREDITOR ID: 295562-39<br>JILL S BACH<br>5223 FREDRICK CT<br>APT #F<br>GURNEE IL 60031 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295563-39<br>JILL S FIELDS<br>102 WALDEMAR CT<br>WINTER  HAVEN FL 33884 | CREDITOR ID: 295564-39<br>JILL SUSAN FINKELSTEIN &<br>LIBBY FINKELSTEIN JT TEN<br>203 WOODCLIFF RD<br>NEWTON  HIGHLANDS MA 02161 | CREDITOR ID: 295565-39<br>JILL W BEATTY & WINIFRED W<br>RESNIKOFF JT TEN<br>PO BOX 1874<br>PANAMA  CITY FL 32402 |
| CREDITOR ID: 295566-39<br>JIM A OATES & JOYCE OATES<br>JT TEN<br>4525 CRESCENT AV SW<br>LABELLE FL 33935 | CREDITOR ID: 295567-39<br>JIM BILKASLEY<br>134 S GROVE<br>WYOMING OH 45215 | CREDITOR ID: 295568-39<br>JIM BONDEGARD<br>PO BOX 34<br>LODGEPOLE NE 69149 |
| CREDITOR ID: 295569-39<br>JIM BOWEN<br>8101NW 67TH AVE<br>TAMARAC FL 33321 | CREDITOR ID: 295570-39<br>JIM COOPER<br>PO BOX 1357<br>HINESVILLE GA 31310 | CREDITOR ID: 295571-39<br>JIM FRANCES JACOBS<br>115 BESSEMER CIR<br>BRANDON FL 33511 |
| CREDITOR ID: 295572-39<br>JIM H MILLER<br>3905 NW GREENTREE ST<br>ARCADIA FL 34266 | CREDITOR ID: 295573-39<br>JIM HELLYER & TERESA HELLYER<br>JT TEN<br>2506 EASTWOOD CIR<br>CRESTWOOD KY 40014 | CREDITOR ID: 295574-39<br>JIM J BON<br>131 EDERINGTON DR<br>BROOKSVILLE FL 34601 |
| CREDITOR ID: 295575-39<br>JIM JACOBS & FRANCES JACOBS<br>JT TEN<br>115 BESSEMER CIR<br>BRANDON FL 33511 | CREDITOR ID: 295576-39<br>JIM O VANN<br>12743 SW OVERSTREET AVE<br>LAMONT FL 32336 | CREDITOR ID: 295577-39<br>JIM OCONNOR<br>320 S 20TH ST<br>MURPHYS  BORO IL 62966 |
| CREDITOR ID: 295578-39<br>JIM P LUNSFORD<br>3923 GLEN OAKS DR<br>MARYVILLE TN 37801 | CREDITOR ID: 295579-39<br>JIM REDMOND JR<br>2304 W 11TH ST<br>PANAMA  CITY FL 32401 | CREDITOR ID: 295580-39<br>JIM RUE JR<br>710 E MOURNING DOVE CT<br>MONTICELLO GA 31064 |
| CREDITOR ID: 295581-39<br>JIM SHOLLENBERGER<br>11297 E 1000TH ST<br>CAMBRIDGE IL 61238 | CREDITOR ID: 295582-39<br>JIM SHOLLENBERGER CUST JOSH<br>J SHOLLENBERGER UNDER THE IL<br>UNIF TRAN MIN ACT<br>11297 E 1000 ST<br>CAMBRIDGE IL 61238 | CREDITOR ID: 295583-39<br>JIM SMITH<br>6829 RIVER RD<br>NEW  PORT  RICHEY FL 34652 |
| CREDITOR ID: 295584-39<br>JIM SMITH & KELLI SMITH<br>JT TEN<br>6829 RIVER RD<br>NEW  PORT  RICHEY FL 34652 | CREDITOR ID: 295585-39<br>JIM T NIPPER<br>9358 ORME RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 295586-39<br>JIM T NIPPER & WANDA L<br>NIPPER JT TEN<br>9358 ORME RD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 295587-39<br>JIM V COX<br>RR 1 BOX 235<br>SANDERSON FL 32087 | CREDITOR ID: 295588-39<br>JIM WESTBROOK<br>ONE E BROADWAY 6M<br>LONG  BEACH NY 11561 | CREDITOR ID: 295589-39<br>JIMA C DUNSTON<br>105 SEEDLEAF CT<br>SIMPSONVILLE SC 29681 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295590-39<br>JIMMIE A WYNN<br>4086 LENORA CHURCH RD<br>SNELLVILLE GA 30278 | CREDITOR ID: 295591-39<br>JIMMIE C MCMAHON<br>105 SMOLTZ COURT<br>JACKSON GA 30233 | CREDITOR ID: 295592-39<br>JIMMIE C WOOD<br>1101 PARK CIRCLE APT 2<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 295593-39<br>JIMMIE CAROL COX<br>383 KINDER LANE<br>SHEPHERDSVILLE KY 40165 | CREDITOR ID: 295594-39<br>JIMMIE D HARRIS<br>51 1ST AV<br>CLOVERDALE VA 24077 | CREDITOR ID: 295595-39<br>JIMMIE D SMITH<br>RT 8 BOX 423<br>MANCHESTER KY 40962 |
| CREDITOR ID: 295596-39<br>JIMMIE DARRELL HART SR<br>6837 LANA LN<br>JACKSONVILLE FL 32244 | CREDITOR ID: 295597-39<br>JIMMIE DAVIS<br>1442 SOUTH MILLARD AVENUE<br>CHICAGO IL 60623 | CREDITOR ID: 295598-39<br>JIMMIE E SWEET & AIDA E<br>SWEET JT TEN<br>15805 SHILLINGTON DR<br>TAMPA FL 33624 |
| CREDITOR ID: 295599-39<br>JIMMIE GREEN<br>1707 NW 14 AV<br>FORT  LAUDERDALE FL 33311 | CREDITOR ID: 295600-39<br>JIMMIE HALL DYAR<br>P O BOX 11488<br>CHICKASAW AL 36671 | CREDITOR ID: 295601-39<br>JIMMIE HOWELL CORBETT<br>RR 3 BOX 401<br>AIKEN SC 29801 |
| CREDITOR ID: 295602-39<br>JIMMIE L COX<br>P O BOX 261<br>NEW  SMYRNA  BEACH FL 32170 | CREDITOR ID: 295603-39<br>JIMMIE L FORREST<br>1342 BELHAVEN DRIVE<br>MT  PLEASANT SC 29464 | CREDITOR ID: 295604-39<br>JIMMIE L GOLDEN & SHERRY A<br>GOLDEN JT TEN<br>71 COUNTY RD 1490<br>CULLMAN AL 35058 |
| CREDITOR ID: 295605-39<br>JIMMIE L HOWELL<br>1263 RHODES WALK<br>CONYERS GA 30094 | CREDITOR ID: 295606-39<br>JIMMIE L MITCHELL<br>4021 NW 8TH TERR<br>FORT  LAUDERDALE FL 33309 | CREDITOR ID: 295607-39<br>JIMMIE L MITCHELL & NETTIE B<br>MITCHELL JT TEN<br>4021 NW 8TH TERR<br>FORT  LAUDERDALE FL 33309 |
| CREDITOR ID: 295608-39<br>JIMMIE L SCHULTZ<br>4264 JOSHUA WAY<br>KENNESAW GA 30144 | CREDITOR ID: 295609-39<br>JIMMIE L STALLARD & REBECCA<br>C STALLARD JT TEN<br>610 JULIE LN<br>BRANDON FL 33511 | CREDITOR ID: 295610-39<br>JIMMIE L THOMASON<br>3436 SECRET COVE PLACE<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 295611-39<br>JIMMIE L YOUNG & HOMER YOUNG<br>JR JT TEN<br>B-9<br>100 OAK HILL DR<br>EUFAULA AL 36027 | CREDITOR ID: 295613-39<br>JIMMIE LOUISE SANDEL<br>88373 DIAMONDHEAD DR E<br>BAY  SAINT  LOUIS MS 39520 | CREDITOR ID: 295614-39<br>JIMMIE M HOLLAND<br>160 TALLOKAS CIR<br>MOULTRIE GA 31768 |
| CREDITOR ID: 295615-39<br>JIMMIE MARION<br>208 WEST DORCHESTER BLVD<br>GREENVILLE SC 29605 | CREDITOR ID: 295616-39<br>JIMMIE N GRAHAM<br>PO BOX 51<br>BROOKSIDE AL 35036 | CREDITOR ID: 295617-39<br>JIMMIE N GRAHAM & CHARLES D<br>GRAHAM JT TEN<br>424 MIMOSA ST PO BOX 51<br>BROOKSIDE AL 35036 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 295618-39<br>JIMMIE N WORK<br>PO BOX 431<br>NEW  SUMMERFIELD TX 75780 | CREDITOR ID: 295619-39<br>JIMMIE R DUPUY<br>4721 DUNDEE RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 295620-39<br>JIMMIE R HICKS<br>2479 PEACHTREE RD NE APT 1603<br>ATLANTA GA 30305 |
| CREDITOR ID: 295621-39<br>JIMMIE W HALLMAN JR<br>1706 FURMAN DR<br>FLORENCE SC 29501 | CREDITOR ID: 295623-39<br>JIMMIE ZEIGLER<br>412 CASTLEBROOK DR<br>MONTGOMERY AL 36110 | CREDITOR ID: 295624-39<br>JIMMY A HART SR<br>139 WASSON WAY LOT 13<br>SIMPSONVILLE SC 29680 |
| CREDITOR ID: 295625-39<br>JIMMY A TURLINGTON<br>136 LEE AVE<br>RAINSVILLE AL 35986 | CREDITOR ID: 295626-39<br>JIMMY A WOODWARD<br>RT 15 BOX 58C<br>PATRICK RD<br>BALDWIN FL 32234 | CREDITOR ID: 295627-39<br>JIMMY ALAN WOODWARD<br>1508 PATRICK RD<br>BALDWIN FL 32234 |
| CREDITOR ID: 295628-39<br>JIMMY ALTON GREENE<br>1400 PINE ST<br>TARBORO NC 27886 | CREDITOR ID: 295629-39<br>JIMMY ALTON GREENE JR<br>1505 W HILLS DR<br>TARBORO NC 27886 | CREDITOR ID: 295630-39<br>JIMMY BEARDEN<br>53 KATIE LN<br>CARROLLTON GA 30117 |
| CREDITOR ID: 295631-39<br>JIMMY BYRD<br>8523 BROGDEN RD<br>SMITHFIELD NC 27577 | CREDITOR ID: 295632-39<br>JIMMY C HOBBY<br>113 DIANNE DRIVE<br>FITZGERALD GA 31750 | CREDITOR ID: 295633-39<br>JIMMY C OWENS<br>80 ISLAND LAKE LN<br>RIVERSIDE AL 35135 |
| CREDITOR ID: 295634-39<br>JIMMY CLARK RENFROE JR<br>2032 HIRAM SUDIE RD<br>HIRAM GA 30141 | CREDITOR ID: 295635-39<br>JIMMY CLAUDE SPIVEY II &<br>JIMMY C SPIVEY JT TEN<br>230 BANKLODGE DR<br>DOUGLAS GA 31533 | CREDITOR ID: 295636-39<br>JIMMY D GARNER<br>850 LAZY BEND RD<br>MILLSAP TX 76066 |
| CREDITOR ID: 295637-39<br>JIMMY D HENDERSON<br>210 W BELVUE RD<br>GREENVILLE SC 29609 | CREDITOR ID: 295638-39<br>JIMMY D SHOCKLEY & JACQUELYN<br>L SHOCKLEY JT TEN<br>111 E ROSEWOOD DR<br>CLARKSVILLE IN 47129 | CREDITOR ID: 295639-39<br>JIMMY D WALKER<br>PO BOX 39<br>SHEPHERDSVILLE KY 40165 |
| CREDITOR ID: 295640-39<br>JIMMY DALE GRANT<br>511 PLOMA DR<br>SENECA SC 29678 | CREDITOR ID: 295641-39<br>JIMMY DIAL<br>1920 RABBIT RUN RD<br>VINE  GROVE KY 40175 | CREDITOR ID: 295642-39<br>JIMMY DON HUBBARD<br>200 AUGUSTA DR<br>GEORGETOWN KY 40962 |
| CREDITOR ID: 295643-39<br>JIMMY DRIGGERS<br>5431 SW 35TH AV<br>JASPER FL 32052 | CREDITOR ID: 295644-39<br>JIMMY E ANDERSON<br>11903 ELBERT ST<br>CLERMONT FL 34711 | CREDITOR ID: 295645-39<br>JIMMY E PADGETT<br>930 HUNTINGTON AVE<br>COLUMBIA SC 29205 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295646-39<br>JIMMY E PADGETT II & KAREN F<br>PADGETT II JT TEN<br>100 LOMBARLEY RD<br>GRAY  COURT SC 29645 | CREDITOR ID: 295647-39<br>JIMMY EUGENE WHITE<br>36734 EMERALDA ISLAND ROAD<br>LEESBURG FL 34788 | CREDITOR ID: 295648-39<br>JIMMY F HEDRICK<br>154 BRIARFIELD DR<br>MOOREVILLE NC 28115 |
| CREDITOR ID: 295649-39<br>JIMMY F HENRY<br>53 FLORIDA ST<br>CLARKSVILLE VA 23927 | CREDITOR ID: 295650-39<br>JIMMY FRANKLIN CHESHIRE<br>4169 LIMERICK DR<br>LAKE  WALES FL 33859 | CREDITOR ID: 295651-39<br>JIMMY G HUGHES<br>5490 SE 170 CT<br>OCKAWAHA FL 32179 |
| CREDITOR ID: 295652-39<br>JIMMY H HUSTON<br>86 CREEKWOOD ROAD<br>WINDER GA 30680 | CREDITOR ID: 295653-39<br>JIMMY H LAWSON<br>P O BOX 967<br>HAYNEVILLE AL 36040 | CREDITOR ID: 295654-39<br>JIMMY HEMBY<br>420 LAKEBRIDGE PLAZA DR, APT 316<br>ORMOND  BEACH FL 32174 |
| CREDITOR ID: 295656-39<br>JIMMY L BANKS<br>2602 WINDING RD<br>FORT  WORTH TX 76133 | CREDITOR ID: 295657-39<br>JIMMY L MORRIS<br>P O BOX 7541<br>TIFTON GA 31793 | CREDITOR ID: 295658-39<br>JIMMY L PAYNE & BARBARA J<br>PAYNE JT TEN<br>1295 15TH ST NW<br>CAIRO GA 31728 |
| CREDITOR ID: 295659-39<br>JIMMY L POPPELL<br>RR 28  451<br>LAKE  CITY FL 32025 | CREDITOR ID: 295660-39<br>JIMMY L SHELTON<br>6306 FACTORY SHOALS RD<br>MABLETON GA 30126 | CREDITOR ID: 295661-39<br>JIMMY M MYERS<br>2104 MONTEAU DR<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 295662-39<br>JIMMY MARLEY<br>810 LEE ROAD 8 LOT J<br>AUBURN AL 36832 | CREDITOR ID: 295663-39<br>JIMMY MCSWAIN POWELL<br>7109 STONEY RIDGE RD<br>MATTHEWS NC 28105 | CREDITOR ID: 295664-39<br>JIMMY N BEAUCHAMP & LINDA K<br>BEAUCHAMP JT TEN<br>849 CREST DR E<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 295665-39<br>JIMMY N CARROLL<br>4639 GRANDE DR NW<br>ALBUQUERQUE NM 87107 | CREDITOR ID: 295666-39<br>JIMMY ORAIN REDMOND & CAROLA<br>LOUISE REDMOND JT TEN<br>2135 DERRINGER CIR E<br>JACKSONVILLE FL 32225 | CREDITOR ID: 295667-39<br>JIMMY P GARREN<br>424 N BEARWALLOW RD<br>FLETCHER NC 28732 |
| CREDITOR ID: 295668-39<br>JIMMY PUGH<br>5149 FARMERBRIDGE RD<br>HEPHZIBAH GA 30815 | CREDITOR ID: 295669-39<br>JIMMY R COOK & ELIZABETH A<br>COOK JT TEN<br>104 BRYAN ST W<br>BREMEN GA 30110 | CREDITOR ID: 295670-39<br>JIMMY R DAVIS & TERESA J<br>DAVIS JT TEN<br>3110 OLD AMY ROAD<br>LAUREL MS 39443 |
| CREDITOR ID: 295671-39<br>JIMMY R JUDD<br>3620 GREYWOOD DR<br>RALEIGH NC 27604 | CREDITOR ID: 295672-39<br>JIMMY R NELSON<br>5700 SW 7TH ST<br>PLANTATION FL 33317 | CREDITOR ID: 295673-39<br>JIMMY R NELSON & BARBARA F<br>NELSON JT TEN<br>5700 SW 7TH ST<br>PLANTATION FL 33317 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295674-39<br>JIMMY R SUMMEY<br>92 CHESTNUT LN<br>HENDERSONVILLE NC 28792 | CREDITOR ID: 295675-39<br>JIMMY R TILLEY<br>165 RAINBOW DR<br>STANLEY NC 28164 | CREDITOR ID: 295676-39<br>JIMMY R TILLEY & PHYLLIS D<br>TILLEY JT TEN<br>165 RAINBOW DR<br>STANLEY NC 28164 |
| CREDITOR ID: 295677-39<br>JIMMY RAY LEE<br>612 WILTON MEADOW DR<br>GARNER NC 27529 | CREDITOR ID: 295678-39<br>JIMMY RAY SMITH<br>908 W SOUTH BROAD ST<br>WALHALLA SC 29691 | CREDITOR ID: 295679-39<br>JIMMY S GORDON<br>32 PINECREST ST<br>SMITHFIELD NC 27577 |
| CREDITOR ID: 295680-39<br>JIMMY S GORDON & LOUISE N<br>GORDON JT TEN<br>32 PINECREST ST<br>SMITHFIELD NC 27577 | CREDITOR ID: 295681-39<br>JIMMY SAFFOLD & NANCY<br>SAFFOLD JT TEN<br>12534 MACAW DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 295683-39<br>JIMMY T PACETTI<br>203 BAYARD ST<br>GREEN  COVE  SPRINGS FL 32043 |
| CREDITOR ID: 295684-39<br>JIMMY T ROBINSON<br>P O BOX 582<br>ROANOKE AL 36274 | CREDITOR ID: 295685-39<br>JIMMY T TAPLEY<br>10047 CR 137<br>WELLBORN FL 32094 | CREDITOR ID: 295686-39<br>JIMMY TROY NORTON<br>204 W TATUM AVE<br>MC  COLL SC 29570 |
| CREDITOR ID: 295687-39<br>JIMMY VAUGHAN HUNT<br>7044 BEA WAY<br>LOUISVILLE KY 40219 | CREDITOR ID: 295688-39<br>JIMMY W COX TOD MARILYN N COX<br>SUBJECT TO STA TOD RULES<br>2515 SOUTHERN OAKS DR<br>CANTONMENT FL 32533 | CREDITOR ID: 295689-39<br>JIMMY W HENDERSON<br>5629 MIKE HILL RD<br>WALLACE SC 29596 |
| CREDITOR ID: 295690-39<br>JIMMY W LANGFORD<br>8050 N 9TH AVE APT 163<br>PENSACOLA FL 32514 | CREDITOR ID: 295691-39<br>JIMMY W ODOM<br>1404 WHITE STREET<br>RUSTON LA 71270 | CREDITOR ID: 295692-39<br>JIMMY W THOMAS & HELEN S<br>THOMAS JT TEN<br>PO BOX 207<br>CHILDERSBURG AL 35044 |
| CREDITOR ID: 295693-39<br>JIMMY WEASE & GENEVA WEASE<br>JT TEN<br>1903 LILY POND RD<br>ALBANY GA 31707 | CREDITOR ID: 295694-39<br>JIMMY WRIGHT<br>1908 HEMLOCK PLACE<br>CLAYTON NC 27520 | CREDITOR ID: 295696-39<br>JINNETTE MARIE PARROTTA<br>3612 SOUTHERN PINES DRIVE<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 295695-39<br>JINNETTE MARIE PARROTTA<br>3612 SOUTHERN PINES DR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 295697-39<br>JIRI L STEELE<br>4901 SW 199 AVE<br>SW  RANCHES FL 33332 | CREDITOR ID: 293162-39<br>J'NELL F CARR<br>617 MARTHA PLACE<br>HIGH  POINT NC 27263 |
| CREDITOR ID: 295698-39<br>JO A BAUTISTA<br>18608 N LAKESHORE DR<br>LUTZ FL 33549 | CREDITOR ID: 295699-39<br>JO A HERNANDEZ<br>357 BRAHMAN RD<br>FITZGERALD GA 31750 | CREDITOR ID: 295700-39<br>JO ANN B SCAGGS & NEAL WYATT<br>SCAGGS JR JT TEN<br>302 CENTRAL AVE<br>LOGAN WV 25601 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 295701-39<br>JO ANN BROUSSARD<br>C/O JO ANN N MATURIN<br>526 WASHINGTON ST<br>SAINT  MARTINVILLE LA 70582 | CREDITOR ID: 295702-39<br>JO ANN BROWN<br>299 ELM ST<br>LA  PLACE LA 70068 | CREDITOR ID: 295703-39<br>JO ANN E CREWS<br>428 PETER STREET<br>CLAXTON GA 30417 |
| CREDITOR ID: 295704-39<br>JO ANN ENGLER<br>962 OLD FREDERICKTOWN ROAD<br>FARMINGTON MO 63640 | CREDITOR ID: 295705-39<br>JO ANN H SMITH<br>PO BOX 5299<br>POMPANO  BEACH FL 33074 | CREDITOR ID: 295706-39<br>JO ANN HUNTER<br>4276 JOHNSON RD S<br>VALDOSTA GA 31601 |
| CREDITOR ID: 295707-39<br>JO ANN K KENNEDY<br>132 N OAK ST<br>BATESBURG SC 29006 | CREDITOR ID: 295708-39<br>JO ANN LANE<br>5224 JASMINE CIR N<br>ST  PETERSBURG FL 33714 | CREDITOR ID: 295709-39<br>JO ANN LAY<br>10031 FLORA<br>HARRISON OH 45030 |
| CREDITOR ID: 295710-39<br>JO ANN LOU BUSH & GEORGE T<br>BUSH JT TEN<br>3812 SE 16TH PL SE<br>CAPE  CORAL FL 33904 | CREDITOR ID: 295711-39<br>JO ANN M PRICE<br>PO BOX 226<br>AUTAUGAVILLE AL 36003 | CREDITOR ID: 295712-39<br>JO ANN MARKS<br>6301 ECHO TRL<br>LOUISVILLE KY 40299 |
| CREDITOR ID: 295713-39<br>JO ANN MELANCON<br>1398 BEATRICE RD<br>CHURCH  POINT LA 70525 | CREDITOR ID: 295714-39<br>JO ANN MERCHANT<br>3018 RANCHETTE SQ<br>GULF  BREEZE FL 32561 | CREDITOR ID: 295715-39<br>JO ANN N MATURIN<br>526 WASHINGTON ST<br>SAINT  MARTINVILLE LA 70582 |
| CREDITOR ID: 295716-39<br>JO ANN PHILPOTT & FRITZ<br>PHILPOTT JT TEN<br>3200 ROCK BROOK COURT<br>LOUISVILLE KY 40220 | CREDITOR ID: 295717-39<br>JO ANN POWELL BOST<br>106 N PARKER ST<br>CEMENT  CITY MI 49233 | CREDITOR ID: 295718-39<br>JO ANN ROBEY<br>3237 SE 6TH ST<br>OCALA FL 34471 |
| CREDITOR ID: 295719-39<br>JO ANN RUSH<br>16002 2ND ST E<br>REDINGTON  BCH FL 33708 | CREDITOR ID: 295720-39<br>JO ANN WIERZBANOWSKI<br>4169 KIVEY DR<br>LAKE  WORTH FL 33461 | CREDITOR ID: 295721-39<br>JO ANN WILLIAMS<br>517 SOUTHLAWN DR<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 295722-39<br>JO ANN YEARGIN<br>1408 E LEE RD<br>TAYLORS SC 29687 | CREDITOR ID: 295723-39<br>JO ANNE STOKES<br>214 GRADUATE COURT<br>DURHAM NC 27713 | CREDITOR ID: 295724-39<br>JO BEST MATTHEWS<br>2617 GONEAWAY RD<br>CHARLOTTE NC 28210 |
| CREDITOR ID: 295725-39<br>JO E AMINSHARIFI<br>5830 SE NORMANDY AVE<br>STUART FL 34997 | CREDITOR ID: 295726-39<br>JO ELLEN LAWSON<br>439 DOGWOOD STREET<br>MOUNT  CARMEL TN 37645 | CREDITOR ID: 295727-39<br>JO GOLDEN JONES<br>234 WEATHERSTANE PKY<br>MARIETTA GA 30068 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 295728-39
JO GOLDEN JONES & N ALBERT
JONES JT TEN
234 WEATHERSTANE PKY
MARIETTA GA 30068

CREDITOR ID: 295729-39
JO S PADGETT & KIRBY O
PADGETT JR JT TEN
4460 OLD GOVERNMENT RD
LAKELAND FL 33811

CREDITOR ID: 295730-39
JO TEE DRAKE
26151 PONDVIEW LN #5
WINDSOR VA 23487

CREDITOR ID: 295731-39
JO THAXTON
302 JEFFREY TER
ANNISTON AL 36201

CREDITOR ID: 295732-39
JOAL C STROUD JR & STACY
STROUD JT TEN
403 DAMSEL CT
CHESAPEAKE VA 23322

CREDITOR ID: 295733-39
JOAN A ADAMS & LOWELL T
ADAMS JT TEN
1018 S KIMBREL AVE
PANAMA  CITY FL 32404

CREDITOR ID: 295734-39
JOAN A BOWEN TR U-A 07-25-02
THE JOAN A BOWEN REVOCABLE
LIVING TRUST
1111 E UNIVERSITY AVE
DELAND FL 32724

CREDITOR ID: 295735-39
JOAN A GOLDEN & THOMAS
GOLDEN JT TEN
1203 TARPON LA
LADY  LAKE FL 32159

CREDITOR ID: 295736-39
JOAN A GRONECK
7 HARRISON AVENUE
BELLEVUE KY 41073

CREDITOR ID: 295737-39
JOAN A KORSAK
71 MAITLAND AVE
PATERSON NJ 07502

CREDITOR ID: 295738-39
JOAN A SHERMAN
PO BOX 149
7319 HOLLY ST
ZELLWOOD FL 32798

CREDITOR ID: 295739-39
JOAN B BARBER & NEAL L
BARBER JT TEN
8662 US HWY 82
MAPLESVILLE AL 36750

CREDITOR ID: 295740-39
JOAN B BARRETT TRUSTEE U-A
DTD 06-11-96 THE|JOAN B
BARRETT REVOCABLE TRUST
3361 CROSS CREEK DR
SARASOTA FL 34231

CREDITOR ID: 295741-39
JOAN B CHILDS
220 LAUREL MEADOWS DR
WEST  COLUMBIA SC 29169

CREDITOR ID: 295742-39
JOAN B CLAYTON
1190 N PARK AVE
WINTER  PARK FL 32789

CREDITOR ID: 295743-39
JOAN B HELMS
2525 ARNOLD DR
MONROE NC 28110

CREDITOR ID: 295744-39
JOAN B RAMSEY
3159 FRALEY CHURCH RD
GASTONIA NC 28054

CREDITOR ID: 295745-39
JOAN B VAWTER & LYNETTE
PERATINO JT TEN
1502 S LAKESIDE DR #206
LAKE  WORTH FL 33460

CREDITOR ID: 295746-39
JOAN BRADY
2520 LEGENE DR
LOUISVILLE KY 40216

CREDITOR ID: 295747-39
JOAN C CUMBUS
PO BOX 2296
ORANGE  PARK FL 32067

CREDITOR ID: 295748-39
JOAN C MCLEROY
14750 BEACH BLVD
JACKSONVILLE  BEACH FL 32250

CREDITOR ID: 295749-39
JOAN C MEYERS
1108 CLYDE BANK CV
PFLUGERVILLE TX 78660

CREDITOR ID: 295750-39
JOAN C RUSSELL TRUSTEE U-A
DTD 01-19-2000 THE|JOAN C
RUSSELL TRUST
629 JENNIFER DRIVE
LADY  LAKE FL 32159

CREDITOR ID: 295751-39
JOAN C SIMCOX & DARYL W
SIMCOX JT TEN
5125 SW 122ND TER
FORT  LAUDERDALE FL 33330

CREDITOR ID: 295753-39
JOAN C YANIGA
4215 NE CARROLL CT
JENSEN  BEACH FL 34957

CREDITOR ID: 295754-39
JOAN CAROL SZEMPRUCH
3101 54TH LANE SW
NAPLES FL 34116

CREDITOR ID: 295755-39
JOAN D EDERR
11730 SHIPWATCH DR #703
LARGO FL 33774

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295756-39<br>JOAN DAVIS<br>4500 SW 99TH CT<br>MIAMI FL 33165 | CREDITOR ID: 295757-39<br>JOAN DELLINGER BALLARD<br>4774 EAST HWY 150<br>LINCOLNTON NC 28092 | CREDITOR ID: 295758-39<br>JOAN DOBIAS<br>217 FLAGSTONE DR<br>BURLESON TX 76028 |
| CREDITOR ID: 295759-39<br>JOAN E BREWSTER<br>P O BOX 6046<br>HUDSON FL 34674 | CREDITOR ID: 295760-39<br>JOAN E CARLUS & THEODORE<br>CARLUS & MARK K CARLUS &<br>MARY E CARLUS JT TEN<br>710 SUNRISE RD<br>LIBERTYVILLE IL 60048 | CREDITOR ID: 295761-39<br>JOAN E FOSS & WILLIAM J FOSS<br>JT TEN<br>2773 MESQUITE AVE<br>ORANGE  PARK FL 32065 |
| CREDITOR ID: 295762-39<br>JOAN E H THORNTON<br>1073 ASHLEY WAY<br>LAWRENCEBURG KY 40342 | CREDITOR ID: 295763-39<br>JOAN E JACKSON & HENRY C<br>JACKSON JT TEN<br>1119 E VETERANS DR<br>FLORENCE AL 35630 | CREDITOR ID: 295764-39<br>JOAN E ODELL<br>RT 2 BOX 899<br>HARPERS  FERRY WV 25425 |
| CREDITOR ID: 295765-39<br>JOAN FENTON & FREDERICK<br>FENTON JT TEN<br>4371 GUARD ST<br>CHARLOTTE  HARBOR FL 33980 | CREDITOR ID: 295766-39<br>JOAN FORD<br>1331 NW 122ND AVE<br>PEMBROKE  PINES FL 33026 | CREDITOR ID: 295767-39<br>JOAN H HEIMEL<br>509 PARK AVE<br>COUDERSPORT PA 16915 |
| CREDITOR ID: 295768-39<br>JOAN H SULLIVAN<br>17 TURKEY HOLLOW RD<br>KENNETT  SQUARE PA 19348 | CREDITOR ID: 295769-39<br>JOAN HENRY & GARY L HENRY<br>JT TEN<br>215 COMMODORE DR<br>FORT  LAUDERDALE FL 33325 | CREDITOR ID: 295770-39<br>JOAN IRVIN<br>ATTN JOAN IRVIN SCHAFFER<br>ROUTE 2  BOX 430-28<br>LAKE  BUTLER FL 32054 |
| CREDITOR ID: 295771-39<br>JOAN J TURNER<br>60 VANYA DR<br>SMYRNA GA 30082 | CREDITOR ID: 295772-39<br>JOAN K BAIRD<br>311 ASHLAND CT SE<br>CEDAR  RAPIDS IA 52403 | CREDITOR ID: 295773-39<br>JOAN L EDDIE<br>P O BOX # 39<br>VENICE FL 34284 |
| CREDITOR ID: 295774-39<br>JOAN L MORRIS TRUSTEE U-A DTD<br>03-11-03 JOAN L MORRIS<br>REVOCABLE TRUST<br>2015 EAST RANDOLPH CIR<br>TALLAHASSEE FL 32308 | CREDITOR ID: 295775-39<br>JOAN L MOSLEY<br>PO BOX 277<br>HAGAN GA 30429 | CREDITOR ID: 295776-39<br>JOAN M BUDEK<br>461 SPRINGDALE CIR<br>PALM  SPRINGS FL 33461 |
| CREDITOR ID: 295777-39<br>JOAN M CLOUSE<br>13447 3RD ST<br>FORT  MYERS FL 33905 | CREDITOR ID: 295778-39<br>JOAN M CUNNINGHAM<br>479 CRAMERTON RD<br>GASTONIA NC 28056 | CREDITOR ID: 295779-39<br>JOAN M PASSIONE<br>5061 PATTERSON LANE<br>PACE FL 32571 |
| CREDITOR ID: 295781-39<br>JOAN M PRZESTRZELSKI<br>6209 SW 20TH CT<br>MIRAMAR FL 33023 | CREDITOR ID: 295782-39<br>JOAN M WHITFORD & KATHLEEN<br>WHITFORD JT TEN<br>88 ROOSEVELT BLVD<br>OAKLAND NJ 07436 | CREDITOR ID: 295783-39<br>JOAN M WOODRICK<br>1317 GREENVISTA LN<br>GULF  BREEZE FL 32563 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295784-39<br>JOAN MARGUERITE POTEET<br>PARRISH<br>3568 BOONE PARK AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 295785-39<br>JOAN OROURKE & FRANCIS<br>OROURKE JT TEN<br>2720 SW 22ND AVE APT 1510<br>DELRAY BCH FL 33445 | CREDITOR ID: 295786-39<br>JOAN P MULLEN<br>425 MOUNTAIN VIEW DR<br>HURST TX 76054 |
| CREDITOR ID: 295787-39<br>JOAN P SHAVER TOD DONNA J<br>SINCLAIR SUBJECT TO STA TOD<br>RULES<br>19300 SW 117TH CT<br>MIAMI FL 33177 | CREDITOR ID: 295788-39<br>JOAN R CROCHET<br>3376 OAKLAND ROAD<br>LAKELAND LA 70752 | CREDITOR ID: 295790-39<br>JOAN ROE & GEROGE ROE JT TEN<br>961 OLD CUTTLER RD<br>LAKE WHALES FL 33898 |
| CREDITOR ID: 295791-39<br>JOAN T DRISCOLL<br>472 DOLPHIN CIR<br>BAREFOOT BAY FL 32976 | CREDITOR ID: 295792-39<br>JOAN T THOMAS & DOUGLAS R<br>THOMAS JT TEN<br>18560 VALLEY BROOK LANE<br>CLINTON TWP MI 48038 | CREDITOR ID: 295793-39<br>JOAN TEDESCO<br>16280 71ST LN N<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 295794-39<br>JOAN V PARRIS CUST SCHON<br>ROBERTS PARRIS U/G/M/A/VA<br>11212 EASTBOROUGH CT<br>RICHMOND VA 23233 | CREDITOR ID: 295795-39<br>JOAN W SAFFRON<br>3280 E 145TH ST<br>CLEVELAND OH 44120 | CREDITOR ID: 295796-39<br>JOAN WEBSTER<br>1051 FORREST NELSON BLVD #103<br>PORT CHARLOTTE FL 33952 |
| CREDITOR ID: 295797-39<br>JOANEL A POPPE<br>504 SOPHIA ST<br>NEW ORLEANS LA 70123 | CREDITOR ID: 295798-39<br>JOANIE KING<br>525 NEPTUNE AVE #20D<br>BROOKLYN NY 11224 | CREDITOR ID: 295799-39<br>JOANN B JONES<br>1707 CREOLE ST<br>LA PLACE LA 70068 |
| CREDITOR ID: 295800-39<br>JOANN BELL<br>5117 CAROLDEAN RD<br>FORT WORTH TX 76117 | CREDITOR ID: 295801-39<br>JOANN BRYANT<br>104 OCEANWAY AVE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 295802-39<br>JOANN BUSH<br>3812 SE 16TH PL SE<br>CAPE CORAL FL 33904 |
| CREDITOR ID: 295803-39<br>JOANN C LAWRENCE & ROY A<br>LAWRENCE JT TEN<br>2328 FLO DR W<br>JACKSONVILLE FL 32216 | CREDITOR ID: 295804-39<br>JOANN C MASTROGIOVANNI<br>2218 51ST STREET SW<br>NAPLES FL 34116 | CREDITOR ID: 295805-39<br>JOANN DEPAULA BOURGEOIS<br>301 OAK LANE DR APT 7<br>HAMMOND LA 70403 |
| CREDITOR ID: 295806-39<br>JOANN DUNN<br>2314 COPPER ASH<br>SAN ANTONIO TX 78232 | CREDITOR ID: 295807-39<br>JOANN E BARNETT TRUSTEE U-A<br>DTD 01-30-01 BARNETT FAMILY<br>TRUST<br>2067 STARBOARD DR<br>GENEVA FL 32732 | CREDITOR ID: 295808-39<br>JOANN E CREWS<br>428 S PETERS STREET<br>CLAXTON GA 30417 |
| CREDITOR ID: 295809-39<br>JOANN E MCCOY<br>1110 HOUSTON STREET<br>GASTONIA NC 28052 | CREDITOR ID: 295810-39<br>JOANN F SHORE<br>10 CHOWNING DR # 4<br>MALVERN PA 19355 | CREDITOR ID: 295811-39<br>JOANN FAIRCLOTH<br>8083 GULFSTREAM BLVD<br>MARATHON FL 33050 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295812-39<br>JOANN FRAMO<br>961 WOODSON HAMMOCK CIR<br>WINTER  GARDEN FL 34787 | CREDITOR ID: 295813-39<br>JOANN G VANWITZENBERG<br>4660 OLYMPIC DR<br>COCOA FL 32927 | CREDITOR ID: 295814-39<br>JOANN GARCIA & ISRAEL GARCIA<br>JT TEN<br>6033 LOCKARD AVE<br>CINCINNATI OH 45230 |
| CREDITOR ID: 295815-39<br>JOANN GILL<br>3008 WILLENA AVE<br>MONTGOMERY AL 36110 | CREDITOR ID: 295816-39<br>JOANN H BRYAN<br>212 HILLCREST DR<br>OXFORD NC 27565 | CREDITOR ID: 295817-39<br>JOANN HUNDLEY DUNN & GILBERT<br>T DUNN JT TEN<br>2314 COPPER ASH<br>SAN  ANTONIO TX 78232 |
| CREDITOR ID: 295818-39<br>JOANN IANNONE<br>611 LAMAR MITCHELL RD<br>BELTON SC 29627 | CREDITOR ID: 295819-39<br>JOANN L LOGAN<br>8140 CURRAN BLVD<br>NEW  ORLEANS LA 70126 | CREDITOR ID: 295820-39<br>JOANN M MAYO<br>140 W CHERRY DR<br>AZLE TX 76020 |
| CREDITOR ID: 295821-39<br>JOANN M PRINCE<br>810 LEBRUN DR<br>JACKSONVILLE FL 32205 | CREDITOR ID: 295822-39<br>JOANN M ZITO & SAMUEL ZITO<br>JR JT TEN<br>4436 KENT AVE<br>METAIRIE LA 70006 | CREDITOR ID: 295823-39<br>JOANN MAYO & JAMES MAYO<br>JT TEN<br>140 W CHERRY DR<br>AZLE TX 76020 |
| CREDITOR ID: 295824-39<br>JOANN MCAMIS<br>14760 PALMETTO COURT<br>SHELBY  TOWNSHIP MI 48315 | CREDITOR ID: 295825-39<br>JOANN MORREALE & JULIE POFF &<br>KRISTIN POFF & AMIE POFF JT<br>TEN<br>1931 NE 2ND ST<br>CAPE  CORAL FL 33909 | CREDITOR ID: 295826-39<br>JOANN N BOLDEN<br>1238 W BROWARD ST<br>LANTANA FL 33462 |
| CREDITOR ID: 295827-39<br>JOANN N BOLDEN & MICHAEL A<br>BOLDEN JT TEN<br>1238 W BROWARD ST<br>LANTANA FL 33462 | CREDITOR ID: 295828-39<br>JOANN P JENNINGS<br>110 WEST RD<br>GREER SC 29650 | CREDITOR ID: 295829-39<br>JOANN SCOTT CRAFT & RICHARD<br>CRAFT JT TEN<br>1232 THROCK MORTON DR<br>WESLEY  CHAPEL FL 33543 |
| CREDITOR ID: 295830-39<br>JOANN SIMELDA<br>11125 NE 38TH PL<br>SUNRISE FL 33351 | CREDITOR ID: 295831-39<br>JOANN STEADLEY<br>575 TAMMY RD<br>CLEWISTON FL 33440 | CREDITOR ID: 295832-39<br>JOANN STOWERS<br>4232 HARBOR CIRCLE SOUTH<br>LARGO FL 34640 |
| CREDITOR ID: 295833-39<br>JOANN T JOHNSON & DOUGLAS W<br>JOHNSON JT TEN<br>918 TURNBURY DR<br>PRINCETON KY 42445 | CREDITOR ID: 295834-39<br>JOANN T PEARSON<br>1332 MARSH HEN DR<br>JACKSONVILLE FL 32218 | CREDITOR ID: 295835-39<br>JOANN V COREY<br>138 TRAVEL PARK DR<br>SPRING  HILL FL 34607 |
| CREDITOR ID: 295836-39<br>JOANN W JONES & E J JONES<br>JT TEN<br>18 NARROW LN<br>WETUMPKA AL 36092 | CREDITOR ID: 295837-39<br>JOANN WILLIS HODGES<br>3770 NW 60TH AV<br>JENNINGS FL 32053 | CREDITOR ID: 295838-39<br>JOANN WRIGHT<br>2434 COLLEGE DR<br>BATON  ROUGE LA 70808 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295839-39<br>JOANNA CRITES<br>3409 TINDLE RD<br>PLANT CITY FL 33565 | CREDITOR ID: 295840-39<br>JOANNA FOX<br>1473 SE PLUM DR<br>ARCADIA FL 34266 | CREDITOR ID: 295841-39<br>JOANNA J ODOM<br>145 W LAUREL ST<br>MULLINS SC 29574 |
| CREDITOR ID: 295842-39<br>JOANNA M BROWN<br>139 WATERS DR<br>SOUTHERN PINES NC 28387 | CREDITOR ID: 295843-39<br>JOANNA PRINCE<br>4090 CURTIS BLVD<br>COCOA FL 32927 | CREDITOR ID: 295844-39<br>JOANNA SWATA & CHARLES K<br>SWATA JT TEN<br>1518 W CROSSBEAM CIR<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 295845-39<br>JOANNE ANDERSON<br>1206 KINGS HWY<br>SAUGERTIES NY 12477 | CREDITOR ID: 295846-39<br>JOANNE B GALVIN<br>2501 MICHAELSON WAY<br>JACKSONVILLE FL 32223 | CREDITOR ID: 295847-39<br>JOANNE BEAIRD<br>11 KNIGHTS BRIDGE RD<br>NAPLES FL 33962 |
| CREDITOR ID: 295848-39<br>JOANNE D ECKERT<br>4727 SOUTH TROPICAL TRAIL<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 295849-39<br>JOANNE D LENT<br>6225 W AMELIA ST<br>ORLANDO FL 32835 | CREDITOR ID: 295850-39<br>JOANNE DONNELLY<br>2556 RUNNING OAK COURT<br>SPRING HILL FL 34608 |
| CREDITOR ID: 295851-39<br>JOANNE DUNN SMITH<br>8025 W IMNAHA AVE<br>KENNEWICK WA 99336 | CREDITOR ID: 295852-39<br>JOANNE E BRINKER<br>2501 MICHAELSON WAY<br>JACKSONVILLE FL 32223 | CREDITOR ID: 295853-39<br>JOANNE E FARRELL & GEORGE P<br>FARRELL JT TEN<br>191 23RD ST SW<br>NAPLES FL 34117 |
| CREDITOR ID: 295854-39<br>JOANNE E SYKES<br>PO BOX 156<br>POINT BREEZE DR<br>BETHANY WV 26032 | CREDITOR ID: 295855-39<br>JOANNE E WITTY & GEORGE J<br>WITTY JR JT TEN<br>9318 TREETOP LN<br>HUDSON FL 34669 | CREDITOR ID: 295856-39<br>JOANNE FRIEDMAN<br>8914 S BURNT MILL CREEK RD<br>SOUTHPORT FL 32409 |
| CREDITOR ID: 295857-39<br>JOANNE G OGRADY<br>7523 118TH ST<br>JACKSONVILLE FL 32244 | CREDITOR ID: 295858-39<br>JOANNE J JACKSON<br>1212 E 17TH ST<br>RICHMOND VA 23224 | CREDITOR ID: 295859-39<br>JOANNE L MASSIE<br>5774 US 1 NORTH<br>SAINT AUGUSTINE FL 32084 |
| CREDITOR ID: 295860-39<br>JOANNE L SHIELDS & NORMAN W<br>SHIELDS JT TEN<br>109 CHATHAM DRIVE<br>GREENWOOD SC 29649 | CREDITOR ID: 295861-39<br>JOANNE M KOHLHAGEN & JAY W<br>KOHLHAGEN JT TEN<br>2696 LINWOOD AVE<br>NAPLES FL 33962 | CREDITOR ID: 295862-39<br>JOANNE M MILLER<br>10255 NUGGET PLACE RD<br>STANFIELD NC 28163 |
| CREDITOR ID: 295863-39<br>JOANNE M PINO<br>3415 CHARMWOOD AVE<br>SPRING HILL FL 34609 | CREDITOR ID: 295864-39<br>JOANNE M TUSTIN & JAMES W<br>TUSTIN JT TEN<br>209 ST THOMAS CIRCLE N<br>APOLLO BEACH FL 33572 | CREDITOR ID: 295865-39<br>JOANNE MC CLELLAN EGNOR<br>316 MADEIRA DR<br>ORANGE PARK FL 32073 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 295866-39
JOANNE MCMCLELLAN EGNOR
316 MADIERA DRIVE
ORANGE  PARK FL 32073

CREDITOR ID: 295867-39
JOANNE MOORE
7940 SHARK DR
MARATHON FL 33050

CREDITOR ID: 295868-39
JOANNE NETTLES
5729 LAKE GROVE DR
LAKELAND FL 33809

CREDITOR ID: 295869-39
JOANNE OGRADY
7523 118TH ST
JACKSONVILLE FL 32244

CREDITOR ID: 295870-39
JOANNE R FOX
2300 SUMMER HILL CT
WASCO CA 93280

CREDITOR ID: 295872-39
JOANNE R SMITH & EDWARD
JACKSON SMITH JT TEN
197 LA PASADA CIRCLE E
PONTE  VEDRA  BEACH FL 32082

CREDITOR ID: 295873-39
JOANNE S BROWNLY & RICHARD C
BROWNLY JT TEN
4065 8TH CT LANTANA
LANTANA FL 33462

CREDITOR ID: 295874-39
JOANNE T DAVIS
167 QUEENS RD
FLORENCE SC 29501

CREDITOR ID: 295875-39
JOANNE WAGNER
4220 WINCHESTER LN
WEST PALM  BEACH FL 33406

CREDITOR ID: 295876-39
JOANNE WARE CUST FOR WILLIAM
H WARE U/T/FL/G/T/M/A
3537 MCCAIN RD
JACKSON MI 49203

CREDITOR ID: 295877-39
JOANNE WILSON & RODNEY L
WILSON JT TEN
8637 BLUEBELL LN
JACKSONVILLE FL 32244

CREDITOR ID: 295878-39
JOCIE CHAMBERS & ERNIE L
CHAMBERS JT TEN
3370 SUNBEAM RD
LEITCHFIELD KY 42754

CREDITOR ID: 295879-39
JODI L BELL
9173 VOLTAIRE DR
DENHAM  SPRINGS LA 70706

CREDITOR ID: 295880-39
JODI L BROWN
1719 COLLINSDALE
CINCINNATI OH 45230

CREDITOR ID: 295881-39
JODI ORGERON
133 FAMILY ST
DES  ALLMENDS LA 70030

CREDITOR ID: 295882-39
JODI SCHENKEL
9400 N WEST 81ST COURT
TAMARACK FL 33321

CREDITOR ID: 295883-39
JODIANNE S MCDERMOTT
11073 111TH ST
LARGO FL 34648

CREDITOR ID: 295884-39
JODIE A BANAS
15720 ARABIAN WAY
MONTVERDE FL 34756

CREDITOR ID: 295885-39
JODIE C DOBBINS
6636 PLEASANT RIDGE DR
FORT  WORTH TX 76180

CREDITOR ID: 295886-39
JODIE C ZUBER
2018 FM 2256
MINERAL  WELLS TX 76067

CREDITOR ID: 295887-39
JODIE E BANKS
243 OAKVIEW RD
HAZEL  GREEN AL 35750

CREDITOR ID: 295888-39
JODY A YRLE
5801 RUTH ST
METAIRIE LA 70003

CREDITOR ID: 295889-39
JODY ANN WOOD
200 HETTIE DR
LEXINGTON NC 27295

CREDITOR ID: 295890-39
JODY EARL STARNES
3860 PINE CONE RD
MELBOURNE FL 32934

CREDITOR ID: 295891-39
JODY EDGE
7153 OLD MONTICELLO ST SE
COVINGTON GA 30014

CREDITOR ID: 295892-39
JODY F SPANN & PATTI D SPANN
JT TEN
RR 1 BOX 93BA
GENEVA AL 36340

CREDITOR ID: 295893-39
JODY J JANNEY
180 HARRY ROAD
STONEVILLE NC 27048

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.** **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295894-39<br>JODY L CALVERT & LAWERENCE P<br>CALVERT III JT TEN<br>3940 EVERETT CT<br>LAKE  WORTH FL 33461 | CREDITOR ID: 295895-39<br>JODY L KRNOTCH<br>2809 THORNHILL RD<br>WINTER  HAVEN FL 33880 | CREDITOR ID: 295896-39<br>JODY L PALMER & STUART A<br>PALMER JT TEN<br>214 LANE RIDGE DR<br>GOLDSBORO NC 27530 |
| CREDITOR ID: 295897-39<br>JODY LANE PORTER<br>12905 SHADOW RUN BLVD<br>RIVERVIEW FL 33569 | CREDITOR ID: 295898-39<br>JODY MARIE VAUGHT CUST LISA<br>MARIE VAUGHT U/T/M/A/SC<br>213 ELLEN DR<br>GOOSE  CREEK SC 29445 | CREDITOR ID: 295899-39<br>JODY P BARILLEAUX<br>625 KELLER AVE<br>WESTWEGO LA 70094 |
| CREDITOR ID: 295900-39<br>JODY VIATOR CUST FOR KIRA O<br>VIATOR UNIF TRAN MIN ACT LA<br>316 N AVE L<br>CROWLEY LA 70526 | CREDITOR ID: 295903-39<br>JOE A COMPAGNO<br>1305 N TURNBULL DR<br>METAIRIE LA 70001 | CREDITOR ID: 295904-39<br>JOE A DICKSON<br>501 HUNTERS LANE<br>ANDERSON SC 29625 |
| CREDITOR ID: 295905-39<br>JOE A POWELL & SHARON D<br>POWELL JT TEN<br>1573 SWINT RD<br>HARLEM GA 30814 | CREDITOR ID: 295907-39<br>JOE ALAN LEDGER<br>2508 GLENWOOD AVE<br>NEW  SMYRNA FL 32168 | CREDITOR ID: 295908-39<br>JOE ALEXANDER SR<br>213 MARY J JACKSON RD<br>HAYNEVILLE AL 36040 |
| CREDITOR ID: 295909-39<br>JOE B OAKLEY & JUDY K OAKLEY<br>JT TEN<br>1512 SAVOY ST<br>DALLAS TX 75224 | CREDITOR ID: 295910-39<br>JOE BILLY HOLLAND JR<br>905 KATHERINE AVE<br>KINGS  MOUNTAIN NC 28086 | CREDITOR ID: 295911-39<br>JOE BROWN WILLIAMS<br>628 NE 17TH ST<br>GAINESVILLE FL 32601 |
| CREDITOR ID: 295912-39<br>JOE C GRAY<br>13179 TRIPLE B ROAD<br>GREENWELL  SPRINGS LA 70739 | CREDITOR ID: 295913-39<br>JOE C HAGWOOD<br>6816 CAUSEYVILLE RD<br>MERIDIAN MS 39301 | CREDITOR ID: 295914-39<br>JOE CARTER & CAROL CARTER<br>JT TEN<br>1240 WOLFE AVE<br>LOUISVILLE KY 40213 |
| CREDITOR ID: 295915-39<br>JOE CIPOLLA III<br>80 UTAH PL<br>PALM  COAST FL 32164 | CREDITOR ID: 295916-39<br>JOE CLINTON FOLDS<br>38527 LANSING AVE # 128<br>ZEPHYRHILLS FL 33542 | CREDITOR ID: 295917-39<br>JOE D AGNER JR<br>2784 NE CLOVER AV<br>LEE FL 32059 |
| CREDITOR ID: 295918-39<br>JOE D BALDWIN<br>6075 AUTUMN HILLS DR<br>FORT  WORTH TX 76140 | CREDITOR ID: 295919-39<br>JOE D HAMMETT<br>PO BOX 1185<br>GENEVA FL 32732 | CREDITOR ID: 295920-39<br>JOE D MATHIS<br>199 CLEARVIEW RD RT 5<br>TRAVELERS  REST SC 29690 |
| CREDITOR ID: 295921-39<br>JOE E HOLLAND JR<br>314 OLD HIGHLANDS RD<br>FRANKLIN NC 28734 | CREDITOR ID: 295922-39<br>JOE E HOLLAND SR<br>5665 HIGHLANDS RD<br>FRANKLIN NC 28734 | CREDITOR ID: 295923-39<br>JOE E LOVELESS<br>245 GREGORY AVE<br>GREENEVILLE TN 37743 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 295924-39<br>JOE E MOSLEY<br>1181 GLENN SPRINGS RD<br>PACOLET SC 29372 | CREDITOR ID: 295925-39<br>JOE E STANFORD & BARBARA A<br>STANFORD JT TEN<br>709 PHILADELPHIA DR<br>JASPER GA 30143 | CREDITOR ID: 295926-39<br>JOE E TYNER<br>P O BOX 8635<br>MONTEREY CA 93943 |
| CREDITOR ID: 295927-39<br>JOE E WILKERSON<br>2865  COUNTY ROAD 51<br>GREENSBORO AL 36744 | CREDITOR ID: 295928-39<br>JOE F BRITO JR<br>4919 72ND STREET EAST<br>BRADENTON FL 34203 | CREDITOR ID: 295929-39<br>JOE F MCMILLAN<br>2494 RILEY ST NE<br>ORANGEBURG SC 29118 |
| CREDITOR ID: 295930-39<br>JOE F MCMILLAN & ANNE T<br>MCMILLAN JT TEN<br>2494 RILEY ST NE<br>ORANGEBURG SC 29115 | CREDITOR ID: 295931-39<br>JOE FALKNER & JANE FALKNER<br>JT TEN<br>100 SHAWNEE TRL<br>HALLSVILLE TX 75650 | CREDITOR ID: 295932-39<br>JOE FRANK COLEMAN<br>237 LEE RD<br>MELBOURNE FL 32904 |
| CREDITOR ID: 295933-39<br>JOE FRANK COLEMAN & DIANE<br>HELEN COLEMAN JT TEN<br>237 LEE ROAD<br>W  MELBOURNE FL 32904 | CREDITOR ID: 295934-39<br>JOE G HUFFMAN & CHARLOTTE J<br>HUFFMAN JT TEN<br>7605 CLEARVIEW CT S<br>CRESSON TX 76035 | CREDITOR ID: 295935-39<br>JOE GRAHAM JR<br>PO BOX 618<br>MADISON FL 32340 |
| CREDITOR ID: 295936-39<br>JOE H HOLDEN & LANA H HOLDEN<br>JT TEN<br>1868 WESTMINSTER HWY<br>WALHALLA SC 29691 | CREDITOR ID: 295938-39<br>JOE H MILNE<br>4595 LEXINGTON AVE SUITE 100<br>JACKSONVILLE FL 32210 | CREDITOR ID: 295939-39<br>JOE H MILNE & STEPHANIE R<br>MILNE JT TEN<br>4638 LANCELOT LN<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 295940-39<br>JOE H OTTIS & PHYLLIS LOUISE<br>B OTTIS JT TEN<br>2457 SUNDERLAND RD<br>MAITLAND FL 32751 | CREDITOR ID: 295941-39<br>JOE H TERRY<br>6725 RHEA RIDGE<br>FORT  WORTH TX 76135 | CREDITOR ID: 295942-39<br>JOE H TRULY<br>3770 WAYSIDE AVE<br>FORT  WORTH TX 76110 |
| CREDITOR ID: 295944-39<br>JOE I HENDERSON<br>301 LAKEWOOD CIR<br>GREER SC 29651 | CREDITOR ID: 295945-39<br>JOE KAISER ALNASERY<br>2447 N SEABURY PLACE<br>JACKSONVILLE FL 32240 | CREDITOR ID: 295946-39<br>JOE KEITH ROLLINS<br>623 MAHLON ST<br>DARLINGTON SC 29532 |
| CREDITOR ID: 295947-39<br>JOE L HARRISON III<br>1300 WOODLAND LAKE DR<br>SNELLVILLE GA 30078 | CREDITOR ID: 295948-39<br>JOE L NEAL<br>144 WEBBS MILL DR<br>FORT  MILL SC 29715 | CREDITOR ID: 295949-39<br>JOE L SASSER<br>11641 GRAND BAY BLVD<br>CLERMONT FL 34711 |
| CREDITOR ID: 295950-39<br>JOE LANTZ<br>639 MONTE CARLO RD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 295951-39<br>JOE LEE FULLER JR<br>1039 WILLIS DR<br>JACKSONVILLE FL 32205 | CREDITOR ID: 295952-39<br>JOE M BARLOW<br>30 BELMONT PARK LN<br>ELLENWOOD GA 30049 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 295953-39<br>JOE M RODGERS & ADLINE S<br>RODGERS JT TEN<br>162 CONLEY CIR<br>MONTGOMERY AL 36110 | CREDITOR ID: 295954-39<br>JOE MARCO SANTANA JR<br>17749-B STARFISH CT<br>LUTZ FL 33558 | CREDITOR ID: 295955-39<br>JOE N WATFORD<br>PO BOX 466<br>LAKE  HAMILTON FL 33851 |
| CREDITOR ID: 295956-39<br>JOE N WATFORD & PATRICIA<br>DRAKE WATFORD JT TEN<br>PO BOX 466<br>LAKE  HAMILTON FL 33851 | CREDITOR ID: 295957-39<br>JOE P CAMPOS<br>2069 HEPHZIBAH MCBEAN RD<br>HEPHZIBAH GA 30815 | CREDITOR ID: 295959-39<br>JOE P WOODBERY & KAY D<br>WOODBERY JT TEN<br>PO BOX 857<br>QUINCY FL 32353 |
| CREDITOR ID: 295960-39<br>JOE RICKLES<br>5625 LAFAYETTE ST<br>WEST PALM BEACH FL 33417 | CREDITOR ID: 295961-39<br>JOE ROBERTS II<br>2717 TAMARIND DRIVE<br>EDGEWATER FL 32141 | CREDITOR ID: 295962-39<br>JOE ROSE PORCHE<br>903 NEW ROADS ST<br>NEW ROADS LA 70760 |
| CREDITOR ID: 295963-39<br>JOE RUDD<br>528 ARROW ST<br>PANAMA  CITY FL 32404 | CREDITOR ID: 295964-39<br>JOE S SODOMA & BILLIE JO M<br>SODOMA JT TEN<br>PO BOX 181<br>MERIDIAN MS 39301 | CREDITOR ID: 295965-39<br>JOE STEVENS<br>601 29TH ST<br>KENNER LA 70062 |
| CREDITOR ID: 295966-39<br>JOE T GASLIN JR CUST SARA<br>ANN GASLIN UNDER THE FLORIDA<br>GIFTS TO MINORS ACT<br>937 GOLDRIDGE COURT<br>ORANGE  PARK FL 32065 | CREDITOR ID: 295967-39<br>JOE W CASEY & CORA S CASEY<br>JT TEN<br>PO BOX 237<br>DOYLE TN 38559 | CREDITOR ID: 295968-39<br>JOE W CLECKLER<br>364 DOLLAR MILL CT SW<br>ATLANTA GA 30331 |
| CREDITOR ID: 295969-39<br>JOE W TUCKER<br>421 RUTH LN<br>ORLANDO FL 32801 | CREDITOR ID: 295970-39<br>JOE WATSON<br>521 MARION AVE<br>FORT  WORTH TX 76104 | CREDITOR ID: 295971-39<br>JOEANN J LOCKHART<br>1544 5TH ST<br>LAKE  PLACID FL 33852 |
| CREDITOR ID: 295973-39<br>JOEL BARRETT THOMPSON<br>1901 VIERA PLZ<br>DALLAS TX 75211 | CREDITOR ID: 295974-39<br>JOEL D BUFFORD<br>PO BOX 82<br>CARNESVILLE GA 30521 | CREDITOR ID: 295975-39<br>JOEL D GANAS & DEBRA E GANAS<br>JT TEN<br>RR 1 BOX 3140<br>RAY  CITY GA 31645 |
| CREDITOR ID: 295976-39<br>JOEL E DYKES JR & VONCILE D<br>DYKES JT TEN<br>717 FOREST HILLS DRIVE<br>BRANDON FL 33510 | CREDITOR ID: 295977-39<br>JOEL E PARDUE<br>3015 BENT OAK RD<br>PENSACOLA FL 32526 | CREDITOR ID: 295978-39<br>JOEL F WILLIAMS & REBECCA W<br>WILLIAMS JT TEN<br>118 COASTAL OAK CIRCLE<br>PONTE  VEDRA  BCH FL 32082 |
| CREDITOR ID: 295979-39<br>JOEL FLEET & MARGARET F<br>FLEET JT TEN<br>825 WATERMAN RD S<br>JACKSONVILLE FL 32207 | CREDITOR ID: 295980-39<br>JOEL G PIERCE<br>157 COAL SHUTE RD<br>ELIZABETHTON TN 37643 | CREDITOR ID: 295981-39<br>JOEL G SMITH<br>RR 2 BOX 193-B<br>MAGNOLIA MS 39652 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 295982-39
JOEL HARDY
6614 GRANVILLE PL
JACKSONVILLE FL 32205

CREDITOR ID: 295983-39
JOEL HENNING
8994 SE COLONY ST
HOBE SOUND FL 33455

CREDITOR ID: 295984-39
JOEL KENNETH AUTRY & LISA H
AUTRY JT TEN
3094 HERITAGE RD NE
MILLEDGEVILLE GA 31061

CREDITOR ID: 295985-39
JOEL L BRADLEY
936 HAWTHORNE LN EXT
ROCK HILL SC 29730

CREDITOR ID: 295986-39
JOEL L TREMAINE
653 S COLLEGE ST
AUBURN AL 36830

CREDITOR ID: 295987-39
JOEL M PERKINS
134 MT VISTA AVE
GREENVILLE SC 29605

CREDITOR ID: 295988-39
JOEL R PETERS III
2213 NORTHWOOD CIR
VALDOSTA GA 31602

CREDITOR ID: 295989-39
JOEL R PETERS JR & AUDREY J
PETERS JT TEN
3542 SKIPPER BRIDGE ROAD
VALDOSTA GA 31602

CREDITOR ID: 295990-39
JOEL S CLARK
166 BEVERLY CIRCLE
LIBERTY SC 29657

CREDITOR ID: 295993-39
JOEL SCHILTZ
APT 9-S
4731 SHERWOOD STREET
VALDOSTA GA 31601

CREDITOR ID: 295994-39
JOEL T HORTON
224 HILLSIDE DR
ARAB AL 35016

CREDITOR ID: 295995-39
JOEL WHITE
1522 CHEROKEE RD E
CROSSVILLE TN 38572

CREDITOR ID: 295996-39
JOEY C PIAZZA & ALFRED A
PIAZZA JT TEN
416 PETERS RD
GLENSHAW PA 15116

CREDITOR ID: 295997-39
JOEY D JEFFEAUX
2760 DONNER AVE
CHARLESTON SC 29406

CREDITOR ID: 295998-39
JOEY DALE DIXON
94 HYATT S FORK ROAD
SCIENCE HILL KY 42553

CREDITOR ID: 295999-39
JOEY GANN
P O BOX 138
MERIDIAN TX 76665

CREDITOR ID: 296000-39
JOEY L PIERCE
4716 MORNING GLORY WAY
ROCKY MOUNT NC 27804

CREDITOR ID: 296001-39
JOEY N SISTARE
2919 HUMMINGBIRD CT
AUGUSTA GA 30906

CREDITOR ID: 296002-39
JOEY P GUIDRY
821 DELMAR AVE
MORGAN CITY LA 70380

CREDITOR ID: 296004-39
JOEY PADGETT CUST KRYSTINA C
PADGETT UND UNIF GIFT MIN
ACT FL
402 PRINGLE RD
MAXVILLE FL 32234

CREDITOR ID: 296005-39
JOEY PETERSON
2754 JEANNIE ST
VALDOSTA GA 31601

CREDITOR ID: 296006-39
JOEY SUCAMELE
3949 FM 2331
GODLEY TX 76044

CREDITOR ID: 296007-39
JOEY W BOONE & TAMMY BOONE
JT TEN
115 RIDGE POINT
GREENWOOD SC 29649

CREDITOR ID: 296008-39
JOHANN MUELLER & ROSMARIE
MUELLER JT TEN
7877 CLOVERFIELD CIR
BOCA RATON FL 33433

CREDITOR ID: 296009-39
JOHANNA A ROBINSON
1066 FM 2127
CHICO TX 76431

CREDITOR ID: 296010-39
JOHANNA L PRESSNELL
707 W LEXINGTON AVE # 12
WINCHESTER KY 40391

CREDITOR ID: 296011-39
JOHANNA W SMITH
11317 CONCH CT
JACKSONVILLE FL 32223

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                          **CASE:** 05-03817-3F1

CREDITOR ID: 296012-39
JOHHANA V GEORGO
1433 COVINGTON CT CROWN POINT
LAKE WALES FL 33853

CREDITOR ID: 296013-39
JOHN A ANTONAITIS & ANN C
ANTONAITIS JT TEN
228 RIDGEFIELD RD
ENDICOTT NY 13760

CREDITOR ID: 296014-39
JOHN A BACON
PO BOX 3746
SAINT AUGUSTINE FL 32085

CREDITOR ID: 296015-39
JOHN A BRENNAN CUST ROBERT
ANTHONY BRENNAN UNIF TRANS
MIN ACT FL
2336 SWANSON AVE
MIAMI FL 33133

CREDITOR ID: 296016-39
JOHN A BRENNAN CUST TALIA
ARIEL BRENNAN UNIF TRANS MIN
ACT FL
2336 SWANSON AVE
MIAMI FL 33133

CREDITOR ID: 296017-39
JOHN A BROWN JR
3606 VANGUARD DR
LOUISVILLE KY 40229

CREDITOR ID: 296018-39
JOHN A COPPOCK
20 W FRAY ST
ENGLEWOOD FL 34223

CREDITOR ID: 296019-39
JOHN A CULBRETH
4505 CHARINGWOOD CT
MONTGOMERY AL 36109

CREDITOR ID: 296020-39
JOHN A DATTOMA
14090 SW 32 TERR RD
OCALA FL 34473

CREDITOR ID: 296021-39
JOHN A DEJOHN
3548 BROOKFIELD RD
BIRMINGHAM AL 35226

CREDITOR ID: 296022-39
JOHN A EVERTSEN
5034 DORIAN AVE
ORLANDO FL 32812

CREDITOR ID: 296023-39
JOHN A FENN
8451 N BURKE DR
TUCSON AZ 85742

CREDITOR ID: 296024-39
JOHN A FLAATEN & KAREN E
FLAATEN JT TEN
314 MORRIS ST
GREENVILLE SC 29609

CREDITOR ID: 296026-39
JOHN A GARDNER CUST BRANDON
J GARDNER UNIF TRAN MIN ACT
SC
595 CAP CONNOLLY RD
YORK SC 29745

CREDITOR ID: 296027-39
JOHN A GUISINGER II
11 GLENWOOD DR
SHELBY OH 44875

CREDITOR ID: 296028-39
JOHN A JONES
1211 S MCELHANEY RD
GREER SC 29651

CREDITOR ID: 296029-39
JOHN A KITCHENS
1004 CHARCOAL RIDGE COURT
MATTHEWS NC 28105

CREDITOR ID: 296030-39
JOHN A LANDRY
2682 DOYLE MELANCON RD
BREAUX BRIDGE LA 70517

CREDITOR ID: 296031-39
JOHN A MCCULLERS & TERRI I
MCCULLERS JT TEN
3901 TITUS RD
TITUS AL 36080

CREDITOR ID: 296032-39
JOHN A MENUEL
2638 KNOX ST
ATLANTA GA 30317

CREDITOR ID: 296033-39
JOHN A MOLLENDORF
256 BRUNSWICK ST
ROCHESTER NY 14607

CREDITOR ID: 296034-39
JOHN A MONK JR
3521 CLINTWOOD RD
MIDLOTHIAN VA 23112

CREDITOR ID: 296035-39
JOHN A MOSS & KAREN A MOSS
JT TEN
25903 EXMOOR DR
MT PLYMOUTH FL 32776

CREDITOR ID: 296036-39
JOHN A PANKEY
2812 WHITE RAIL RD
FUQUAY VARINA NC 27526

CREDITOR ID: 296037-39
JOHN A ROBBINS & LILLIAN C
ROBBINS JT TEN
6744 SNOWWHITE DRIVE
JACKSONVILLE FL 32234

CREDITOR ID: 296038-39
JOHN A ROLFS
28888 JOSEPHINE DR
ELBERTA AL 36530

CREDITOR ID: 296039-39
JOHN A SABOL
10740 SW 123RD ST
MIAMI FL 33176

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 296040-39<br>JOHN A SECREST<br>1514 DEMOSTHENES STREET<br>METAIRIE LA 70005 | CREDITOR ID: 296041-39<br>JOHN A STOVALL<br>835 OTIS FAULK DR<br>HONORAVILLE AL 36042 | CREDITOR ID: 296042-39<br>JOHN A TODESCO & JANICE<br>TODESCO TEN COM<br>P O BOX 1093<br>KENNER LA 70063 |
| CREDITOR ID: 296043-39<br>JOHN A TODESCO & JANICE M B<br>TODESCO JT TEN<br>P O BOX 1093<br>KENNER LA 70063 | CREDITOR ID: 296044-39<br>JOHN A TROCHESSET & KATHLEEN<br>TROCHESSET JT TEN<br>12200 OLD HIGHWAY 67 LOT 60<br>BILOXI MS 39532 | CREDITOR ID: 296045-39<br>JOHN A VANCE<br>1660 SE 160TH TER<br>OCKLAWAHA FL 32179 |
| CREDITOR ID: 296046-39<br>JOHN A VEACH<br>200 DEFENSE AVE<br>SANDSTON VA 23150 | CREDITOR ID: 296047-39<br>JOHN A VIDRINE<br>1152 PRUDENCE HWY<br>CHURCH  POINT LA 70525 | CREDITOR ID: 296048-39<br>JOHN A WARD<br>BOX 159<br>MONTICELLO FL 32344 |
| CREDITOR ID: 296049-39<br>JOHN A WATKINS<br>11390 ASTON HALL DR S<br>JACKSONVILLE FL 32246 | CREDITOR ID: 296050-39<br>JOHN A WILHELM & NELLIE M<br>WILHELM JT TEN<br>15543 OLD DIXIE HIGHWAY<br>HUDSON FL 34667 | CREDITOR ID: 296051-39<br>JOHN A WILLCOCKSON<br>211 NATURES TRAIL COURT<br>FORT  WALTON  BEACH FL 32548 |
| CREDITOR ID: 296052-39<br>JOHN ADAM SMITH & ESTELLA<br>RAY SMITH JT TEN<br>5415 DALLAS RD 960<br>ORRVILLE AL 36767 | CREDITOR ID: 296053-39<br>JOHN ALAN HUGGINS<br>2311 19TH AVE NE<br>HICKORY NC 28601 | CREDITOR ID: 296054-39<br>JOHN ALAN LEIFERT<br>150 GLENWOOD AVE<br>STATEN  ISLAND NY 10301 |
| CREDITOR ID: 296055-39<br>JOHN ALAN LEITENBERGER<br>865 21ST AVE N<br>SAINT  PETERSBURG FL 33704 | CREDITOR ID: 296056-39<br>JOHN ALAN LITTLE<br>405 ROLANDA LN<br>KENNEDALE TX 76140 | CREDITOR ID: 296057-39<br>JOHN ALFRED HOLLAND & JUDY<br>EILEEN HOLLAND JT TEN<br>60 REDWINE RD<br>CROSSVILLE TN 38555 |
| CREDITOR ID: 296058-39<br>JOHN ALLEN BURGESS<br>27422 SW 164TH AVE<br>HOMESTEAD FL 33031 | CREDITOR ID: 296059-39<br>JOHN ALLEN GUIDRY<br>1000 RENAUD DR LOT 66<br>SCOTT LA 70583 | CREDITOR ID: 296060-39<br>JOHN ALLEN WEATHERLY<br>1586 BARRIER RD<br>MARIETTA GA 30066 |
| CREDITOR ID: 296061-39<br>JOHN ANDREW DUBOSE<br>2284 EDMONTON CT<br>CLERMONT FL 34711 | CREDITOR ID: 296062-39<br>JOHN ASBERRY TRACY JR<br>332 8TH ST<br>PLEASANT  GROVE AL 35127 | CREDITOR ID: 296063-39<br>JOHN ASBERRY TRACY JR &<br>LENNORA W TRACY JT TEN<br>332 8TH ST<br>PLEASANT  GROVE AL 35127 |
| CREDITOR ID: 296064-39<br>JOHN ASHLEY WOOD<br>RR 4 BOX 4023<br>MONTICELLO FL 32344 | CREDITOR ID: 296065-39<br>JOHN AURELI<br>3956 TOWN CENTER<br>ORLAND FL 32837 | CREDITOR ID: 296066-39<br>JOHN AUSTIN CROCKER<br>1876 GRAHAM CT<br>KESWICK VA 22947 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 296069-39
JOHN AUSTIN CROCKER CUST
HOLMES AUSTIN CROCKER UNIF
TRAN MIN ACT FL
C/O ELIZABETH CROCKER
1876 GRAHAM COURT
KESWICK VA 22947

CREDITOR ID: 296068-39
JOHN AUSTIN CROCKER CUST
ELIZABETH KATHRYN CROCKER
UNIF TRAN MIN ACT FL
C/O ELIZABETH CROCKER
1876 GRAHAM COURT
KESWICK VA 22947

CREDITOR ID: 296067-39
JOHN AUSTIN CROCKER CUST
ASHLEIGH ROSE CROCKER UNIF
TRAN MIN ACT FL
C/O ELIZABETH CROCKER
1876 GRAHAM COURT
KESWICK VA 22947

CREDITOR ID: 296070-39
JOHN B ARNSPIGER
6104 RED BARK COURT
FORT WORTH TX 76135

CREDITOR ID: 296071-39
JOHN B ATKINSON & SUSAN L
ATKINSON JT TEN
1505 ALABAMA AVE
LYNN HAVEN FL 32444

CREDITOR ID: 296072-39
JOHN B CHAVEZ
4300 EAST 53RD STREET
APT 727
ODESSA TX 79762

CREDITOR ID: 296073-39
JOHN B DEE JR & MARIAN L DEE
TRUSTEE U-A DTD 3-3-97 THE
JOHN B DEE & MARIAN L DEE
LIVING TRUST
703 RIDGEWOOD ROAD
CANON CITY CO 81212

CREDITOR ID: 296074-39
JOHN B DOMINICK
BOX 137
PROSPERITY SC 29127

CREDITOR ID: 296075-39
JOHN B FRANKENBERG
46 WYNNWOOD ST
WOODSTOWN NJ 08098

CREDITOR ID: 296076-39
JOHN B HARRIS &
ABIGAIL L HARRIS JT TEN
1125 HIGHLAND AVE
HENDERSONVILLE NC 28792

CREDITOR ID: 296077-39
JOHN B MURAS
6705 FM 609
LA GRANGE TX 78945

CREDITOR ID: 296078-39
JOHN B SAPP
P O BOX 795
GASTON NC 27832

CREDITOR ID: 296079-39
JOHN B TERRANOVA
557 GREYSTONE TRCE
MARIETTA GA 30068

CREDITOR ID: 296080-39
JOHN B THOMAS
PO BOX 188
WEST UNION SC 29696

CREDITOR ID: 296081-39
JOHN B WARREN
11 SCHOOL ST
RUSSELLTON PA 15076

CREDITOR ID: 296082-39
JOHN B WATERHOUSE
5875 SW 74TH TER #N-2
S MIAMI FL 33143

CREDITOR ID: 296084-39
JOHN BARROMETTI
3370 BOOMER RD
CINCINNATI OH 45247

CREDITOR ID: 296085-39
JOHN BARRON
110 SANTIAGO DR
JUPITER FL 33458

CREDITOR ID: 296086-39
JOHN BEN SWINDLE & DORIS M
SWINDLE JT TEN
PO BOX 70326
MONTGOMERY AL 36107

CREDITOR ID: 296087-39
JOHN BENFORD HARRIS JR
RR 3 BOX 91-A
WADESBORO NC 28170

CREDITOR ID: 296088-39
JOHN BENUZZI
7003 W HAYES ST
CHIGACO IL 60631

CREDITOR ID: 296089-39
JOHN BEST
1192 ANDES DR
WINTER SPRINGS FL 32708

CREDITOR ID: 296091-39
JOHN BLAIN ST CLAIR
PO BOX 98
HITCHCOCK SD 57348

CREDITOR ID: 296092-39
JOHN BLAKELY HUGHES JR
P O BOX 4041
CHERRY RD STATION
ROCK HILL SC 29730

CREDITOR ID: 296093-39
JOHN BODDIE CRUDUP JR
1002 WEST NASH STREET
WILSON NC 27893

CREDITOR ID: 296094-39
JOHN BOONE MILLEDGE & TAMMIE
H MILLEDGE JT TEN
821 BARNARD TERRACE
BIRMINGHAM AL 35206

CREDITOR ID: 296095-39
JOHN BORDELEAU JR & ELIZBETH
G BORDELEAU JT TEN
2024 STEPHENS CT
GOLDSBORO NC 27530

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296096-39<br>JOHN BRADLEY REESE<br>5102 WILLOWBROOK LN<br>LAKELAND FL 33811 | CREDITOR ID: 296097-39<br>JOHN BRAND<br>115 N KINGS CT<br>SLIDELL LA 70458 | CREDITOR ID: 296098-39<br>JOHN BRENNAN CUST DANIEL<br>ANTHONY BRENNAN U/G/M/A/FL<br>2336 SWANSON AVE<br>MIAMI FL 33133 |
| CREDITOR ID: 296099-39<br>JOHN BRENNAN CUST LOUIS<br>WILLIAM BRENNAN U/G/M/A/FL<br>2336 SWANSON AVE<br>MIAMI FL 33133 | CREDITOR ID: 296100-39<br>JOHN BREWSTER<br>4001 MEYERS LANE APT 5B<br>WACO TX 76705 | CREDITOR ID: 296101-39<br>JOHN BRIAN GRAY<br>3027 REDWOOD AVE<br>LAKELAND FL 33803 |
| CREDITOR ID: 296102-39<br>JOHN BRIGUGLIO & ROSE<br>BRIGUGLIO JT TEN<br>23344 CAROLWOOD LN<br>BOCA  RATON FL 33428 | CREDITOR ID: 296103-39<br>JOHN C BARNHILL III<br>1706 ESIC DR<br>EDWARDSVILLE IL 62025 | CREDITOR ID: 296104-39<br>JOHN C BASTIAN<br>8194 BARRACUDA RD<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 296105-39<br>JOHN C BLANKE<br>10529 CARTHAGE ST<br>RIVER  RIDGE LA 70123 | CREDITOR ID: 296106-39<br>JOHN C BRADY<br>817 GARLINGTON RD<br>GREENVILLE SC 29615 | CREDITOR ID: 296108-39<br>JOHN C BUCHANAN IV<br>6108 YORKSHIRE DR<br>COLUMBIA SC 29209 |
| CREDITOR ID: 296109-39<br>JOHN C CHILDERS & JUDITH H<br>CHILDERS JT TEN<br>PO BOX 252<br>CARROLLTON OH 44615 | CREDITOR ID: 296111-39<br>JOHN C DAVIS<br>RT 1 BOX 2424<br>MT  PLEASANT TX 75455 | CREDITOR ID: 296110-39<br>JOHN C DAVIS<br>623 BEARD ST<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 296112-39<br>JOHN C DAVIS & RITA C DAVIS<br>JT TEN<br>4930 MORVEN ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 296113-39<br>JOHN C DILLMAN<br>5616 ARLENE ST<br>METAIRIE LA 70003 | CREDITOR ID: 296114-39<br>JOHN C DOWNING & DELORIS A<br>DOWNING JT TEN<br>5790 SW 103RD STREET RD<br>OCALA FL 34476 |
| CREDITOR ID: 296115-39<br>JOHN C DUNN &<br>JOAN E DUNN JT TEN<br>135 RIVERSIDE DR<br>PIEDMONT SC 29673-8238 | CREDITOR ID: 296116-39<br>JOHN C FLOYD & ELLEN W FLOYD<br>JT TEN<br>8646 ROADO DR<br>LAKEWORTH FL 33467 | CREDITOR ID: 296117-39<br>JOHN C GRIFFIS<br>1610 S MCDUFF AVE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 296118-39<br>JOHN C GRUNWALD<br>304 ELIZABETH RD<br>LAKE  WORTH FL 33461 | CREDITOR ID: 296119-39<br>JOHN C GUNGER & LINDA K<br>GUNGER JT TEN<br>1780 HEATHER ST<br>MOUNT  DORA FL 32757 | CREDITOR ID: 296120-39<br>JOHN C GUSS<br>6375 34TH AVE NO<br>ST  PETERSBURG FL 33710 |
| CREDITOR ID: 296121-39<br>JOHN C GUSS & CORINNE K GUSS<br>JT TEN<br>6375 34TH AVE NO<br>ST  PETERSBURG FL 33710 | CREDITOR ID: 296122-39<br>JOHN C HACKEL CUST AMANDA<br>MARIE HACKEL UNIF TRANS ACT KY<br>2307 RUNNING BROOK TRAIL<br>FISHERVILLE KY 40023 | CREDITOR ID: 296123-39<br>JOHN C HACKEL III CUST<br>JESSICA LEE HACKEL UNDER THE<br>KY UNIF TRAN MIN ACT<br>2307 RUNNING BROOK TRAIL<br>FISHERVILLE KY 40023 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 296124-39<br>JOHN C HACKETT JR<br>4948 CARRAWAY ST<br>MIDDLEBURG FL 32068 | CREDITOR ID: 296125-39<br>JOHN C HERSOME<br>4901 JOSHUA CT<br>WINSTON  SALEM NC 27127 | CREDITOR ID: 296126-39<br>JOHN C HOEFLING<br>4932 WINCHESTER DR<br>SARASOTA FL 34234 |
| CREDITOR ID: 296127-39<br>JOHN C JOHNSON<br>116 ELLIS ST<br>CLINTON NC 28328 | CREDITOR ID: 296128-39<br>JOHN C KING III<br>4816 CHERWELL LN<br>JACKSONVILLE FL 32217 | CREDITOR ID: 296129-39<br>JOHN C LEHMANN TR U-W MARTHA<br>M LEHMANN<br>6235 WIGTON DR<br>HOUSTON TX 77096 |
| CREDITOR ID: 296130-39<br>JOHN C LINKER<br>728 DARLENE AVE<br>METAIRIE LA 70003 | CREDITOR ID: 296131-39<br>JOHN C MARSHALL JR<br>606 N LAKEVIEW RD<br>LAKE  PLACID FL 33852 | CREDITOR ID: 296132-39<br>JOHN C MORGAN<br>520 PRATERS CREEK RD<br>PICKENS SC 29671 |
| CREDITOR ID: 296133-39<br>JOHN C MOSELEY JR & MARY L<br>MOSELEY JT TEN<br>40 BRITTANY CT<br>WETUMPKA AL 36093 | CREDITOR ID: 296134-39<br>JOHN C PANKEY<br>2006 MANGO CIR<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 296135-39<br>JOHN C STACK & TAMMY W STACK<br>JT TEN<br>4602 GAINES RD<br>TAMPA FL 33611 |
| CREDITOR ID: 296136-39<br>JOHN C STAMPER<br>156 MULBERRY PARK RD<br>N  WILKESBORO NC 28659 | CREDITOR ID: 296137-39<br>JOHN C STRANEY<br>650 DELILAH WAY<br>BRANDENBURG KY 40108 | CREDITOR ID: 296138-39<br>JOHN C SUTTON & KRISTY L<br>SUTTON JT TEN<br>8988 HIALEAH DR<br>WEST  CHESTER OH 45069 |
| CREDITOR ID: 296139-39<br>JOHN C SWINNEA<br>3425 FAIRMEADOWS LANE<br>FORTH  WORTH TX 76123 | CREDITOR ID: 296140-39<br>JOHN CAMPBELL<br>33 W LOURANDO DR<br>MOBILE AL 36606 | CREDITOR ID: 296141-39<br>JOHN CAMPBELL TR U A<br>11/15/91 JOHN CAMPBELL<br>REVOCABLE INTERVIOS TRUST<br>33 W LOURANDO<br>MOBILE AL 36606 |
| CREDITOR ID: 296142-39<br>JOHN CARL FUNDERBURK IV<br>2014 DEVON DRIVE<br>ALBANY GA 31707 | CREDITOR ID: 296143-39<br>JOHN CARNELL BROOKS III<br>3756 MIL- LAKE CT<br>LAKE  WORTH FL 33463 | CREDITOR ID: 296144-39<br>JOHN CARSON EDDINGS<br>137 OCEAN WALK DR S<br>ATLANTIC  BEACH FL 32233 |
| CREDITOR ID: 296145-39<br>JOHN CHRISTOPHER HOYT &<br>DEANNA S HOYT JT TEN<br>8527 BASUTO DRIVE<br>NEW  PORT  RICHEY FL 34655 | CREDITOR ID: 296146-39<br>JOHN CLARDY KAY & REBECCA<br>HAMILTON KAY JT TEN<br>585 RIDGE DRIVE<br>MYRTLE  BEACH SC 29588 | CREDITOR ID: 296147-39<br>JOHN CLARENCE HALL JR<br>PO BOX 9661<br>DAYTONA  BEACH FL 32120 |
| CREDITOR ID: 296148-39<br>JOHN CLYDE DEVILLE & BRENDA<br>ANN DEVILLE JT TEN<br>1336 PZ RD<br>VILLE  PLATTE LA 70586 | CREDITOR ID: 296149-39<br>JOHN COLONEL<br>#1003<br>3760 UNI BLVD S<br>JACKSONVILLE FL 32216 | CREDITOR ID: 296150-39<br>JOHN COMA GARRETT<br>1000 DUGAN AVE RM #63<br>BIRMINGHAM AL 35214 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296151-39<br>JOHN COREY LEAL<br>6014 HAZEL ROAD<br>SEBRING FL 33875 | CREDITOR ID: 296152-39<br>JOHN D ACKERLY<br>59 HOWARD ST<br>TARRYTOWN NY 10591 | CREDITOR ID: 296153-39<br>JOHN D ALBORIA CUST AMY<br>MARIE D ALBORIA UND UNIF<br>GIFT MIN ACT FLA<br>APT 302<br>3601 DATA DR<br>TAMPA FL 33613 |
| CREDITOR ID: 296154-39<br>JOHN D CAMPBELL<br>33 W LOURANDO DR<br>MOBILE AL 36606 | CREDITOR ID: 296155-39<br>JOHN D CAMPBELL TTEE U-A DTD<br>11-15-91 BY JOHN D CAMPBELL<br>33 W LOUARANDO DR<br>MOBILE AL 36606 | CREDITOR ID: 296156-39<br>JOHN D CAPPELMANN JR<br>PO BOX 761<br>CHARLESTON SC 29402 |
| CREDITOR ID: 296157-39<br>JOHN D CLARK<br>230 COUGAR WAY<br>ROTONDA  WEST FL 33947 | CREDITOR ID: 296158-39<br>JOHN D DENNIS & ROBERTA R<br>DENNIS JT TEN<br>400 E 200 SOUTH<br>COLUMBIA  CITY IN 46725 | CREDITOR ID: 296159-39<br>JOHN D FISH & SUSAN S FISH<br>JT TEN<br>1855 ELIZABETH PL<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 296160-39<br>JOHN D FRAZIER & PONG H<br>FRAZIER JT TEN<br>35 MAGNOLIA AVE<br>SHALIMAR FL 32579 | CREDITOR ID: 296162-39<br>JOHN D GANDY & ANNE GANDY<br>JT TEN<br>4918 ANDREA AVE<br>ANNANDALE VA 22003 | CREDITOR ID: 296163-39<br>JOHN D HAMILTON<br>65 GOLDEN LANE<br>DOUGLAS GA 31535 |
| CREDITOR ID: 296164-39<br>JOHN D HEWETT & LAYNE HEWETT<br>JT TEN<br>1100 N BRECKENRIGE<br>ADEL GA 31620 | CREDITOR ID: 296165-39<br>JOHN D JOHNSON & SUSAN<br>LECOMPTE JOHNSON TEN COM<br>901 HINTON ST<br>MINDEN LA 71055 | CREDITOR ID: 296166-39<br>JOHN D JORDAN JR<br>911 SPRING GLEN DR<br>SIMPSONVILLE SC 29680 |
| CREDITOR ID: 296167-39<br>JOHN D LEE JR<br>709 SWEETRIDGE RD<br>PRATTVILLE AL 36066 | CREDITOR ID: 296168-39<br>JOHN D MC CRANIE<br>708 VALLOTTON ST<br>VALDOSTA GA 31601 | CREDITOR ID: 296169-39<br>JOHN D MCCLESKEY<br>402 122ND STREET GULF<br>MARATHON FL 33050 |
| CREDITOR ID: 296170-39<br>JOHN D MILLER<br>1517 N JACKSON ST<br>PALESTINE TX 75803 | CREDITOR ID: 296171-39<br>JOHN D MYER<br>3275 AVALON RD<br>SHAKER  HEIGHTS OH 44120 | CREDITOR ID: 296172-39<br>JOHN D MYERS<br>P O BOX 774506<br>STEAMBOAT  SPRINGS CO 80477 |
| CREDITOR ID: 296173-39<br>JOHN D NODINE & YOLANDA R<br>NODINE JT TEN<br>7508 PARK MILL ROAD<br>DERWOOD MD 20855 | CREDITOR ID: 296174-39<br>JOHN D OBRIEN<br>444 CENTRAL PARK WEST<br>APT 15F<br>NEW  YORK NY 10025 | CREDITOR ID: 296175-39<br>JOHN D PARSONS & KATIE M<br>PARSONS JT TEN<br>1319 HAMILTON ST<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 296176-39<br>JOHN D PATSY<br>5261 NE 14 TER<br>POMPANO  BEACH FL 33064 | CREDITOR ID: 296177-39<br>JOHN D PERRINE<br>3547 MILFORD RD<br>PENSACOLA FL 32526 | CREDITOR ID: 296178-39<br>JOHN D PHILLIPS<br>6302 96TH ST E<br>BRADENTON FL 34202 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296179-39<br>JOHN D RUSSELL<br>118 OLD COLLEY RD<br>ECLECTIC AL 36024 | CREDITOR ID: 296180-39<br>JOHN D SHELTON<br>4050 OAK HILL CT<br>MOBILE AL 36609 | CREDITOR ID: 296181-39<br>JOHN D STEPHENS<br>503 APPLE LANE<br>SANFORD NC 27330 |
| CREDITOR ID: 296182-39<br>JOHN D TONKERY<br>6179 FOSTER ST<br>WEST PALM BEACH FL 33418 | CREDITOR ID: 296184-39<br>JOHN DALE WILLIAMSON<br>1154 DEAS ST<br>ROCK HILL SC 29732 | CREDITOR ID: 296185-39<br>JOHN DARREN DILLARD<br>101 SARA CIRCLE RD<br>ENIGMA GA 31794 |
| CREDITOR ID: 296188-39<br>JOHN DARRYL STEIN<br>6047 FRIENDSHIP LANE<br>SURFSIDE BEACH SC 29575 | CREDITOR ID: 296189-39<br>JOHN DAVID BERLING<br>3840 CARRIE AVE<br>CINCINNATI OH 45211 | CREDITOR ID: 296190-39<br>JOHN DAVID BROGDON<br>13545 PACHUCO CT<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 296191-39<br>JOHN DAVID HALL & JANICE G<br>HALL JT TEN<br>7908 BRUSH LANE<br>LOUISVILLE KY 40291 | CREDITOR ID: 296192-39<br>JOHN DAVID SCOTT<br>501 SHENANDOAH CIR<br>MCCORMICK SC 29835 | CREDITOR ID: 296193-39<br>JOHN DAVID STANALAND<br>PO BOX 4367<br>SPARTANBURG SC 29305 |
| CREDITOR ID: 296194-39<br>JOHN DAVIS<br>1517 ROCKWOOD DR<br>KELLER TX 76248 | CREDITOR ID: 296195-39<br>JOHN DEMAREE &<br>JULIA DEMAREE JT TEN<br>2701 COUNTY RD 43<br>BAILEY CO 80421-1101 | CREDITOR ID: 296196-39<br>JOHN DICKMAN &<br>MONTESSA HOLT JT TEN<br>3638 UNIVERSITY AVE 212<br>RIVERSIDE CA 92501 |
| CREDITOR ID: 296197-39<br>JOHN DOUGLAS ARMISTEAD<br>1926 ROTHBURY DR<br>JACKSONVILLE FL 32221 | CREDITOR ID: 296198-39<br>JOHN DOUGLAS LYNN<br>607 E ROOSEVELT ST<br>DILLON SC 29536 | CREDITOR ID: 296199-39<br>JOHN DUNSTON<br>6836 ASHBERRY DR<br>PINSON AL 35126 |
| CREDITOR ID: 296200-39<br>JOHN E ADKINS & BETTY C<br>ADKINS JT TEN<br>3660 WALKER AVE<br>FULTONDALE AL 35068 | CREDITOR ID: 296201-39<br>JOHN E ANDERSON<br>2732 BEAUCLERC RD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 296202-39<br>JOHN E BENSON & ELAINE C<br>BENSON JT TEN<br>361 FRANCIS PARKER BV<br>GEORGETOWN SC 29440 |
| CREDITOR ID: 296203-39<br>JOHN E BOGGS<br>1610 BLUE RIDGE BLVD<br>SENECA SC 29672 | CREDITOR ID: 296204-39<br>JOHN E BOSLEY<br>3320 SW THIRD ST<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 296205-39<br>JOHN E BROWARD<br>1820 MONTWARD RD<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 296206-39<br>JOHN E BROWN SR<br>P O BOX 103<br>MOSSY HEAD FL 32434 | CREDITOR ID: 296207-39<br>JOHN E DAVIDSON<br>128 CORNELL RD<br>VENICE FL 34293 | CREDITOR ID: 296208-39<br>JOHN E DAVIS<br>605 SELIG DR SOUTH WEST<br>ATLANTA GA 30336 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296209-39<br>JOHN E DAVIS CUST ASHLEY<br>LYNNE DAVIS UND UNIF GIFT<br>MIN ACT FL<br>1574 JERNIGAN BLUFF<br>LAWRENCEVILLE GA 30045 | CREDITOR ID: 296210-39<br>JOHN E DOANE JR & BONITA W<br>DOANE JT TEN<br>4473 MISTY DAWN CT S<br>JACKSONVILLE FL 32277 | CREDITOR ID: 296211-39<br>JOHN E DOKER<br>307 LONG FOREST CIRCLE<br>ANDERSON SC 29625 |
| CREDITOR ID: 296212-39<br>JOHN E EMEH<br>11515 LEISURE DR 2224<br>DALLAS TX 75243 | CREDITOR ID: 296214-39<br>JOHN E FLOWERS<br>177 CARPENTER RD<br>WILLIAMSTOWN VT 05679 | CREDITOR ID: 296215-39<br>JOHN E GETZAN<br>935 GROVE PARK BLVD<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 296216-39<br>JOHN E GIBSON<br>204 ROAT ST<br>LEHIGH ACRES FL 33936 | CREDITOR ID: 296217-39<br>JOHN E GOOLSBY<br>1395 HEATHERTON RD<br>DACULA GA 30019 | CREDITOR ID: 296218-39<br>JOHN E GREER<br>229 RAY KREBBS AVE<br>WYLIE TX 75098 |
| CREDITOR ID: 296219-39<br>JOHN E GRIFFIN<br>8081 SHADWELL CT<br>JACKSONVILLE FL 32244 | CREDITOR ID: 296220-39<br>JOHN E HAMBURN & AUDREY E<br>HAMBURN TRUSTEES U-A DTD<br>09-03-96 AUDREY HAMBURN TRUST<br>1801 BAYOU DRIVE<br>SHREVEPORT LA 71105 | CREDITOR ID: 296221-39<br>JOHN E HIGGINBOTHAM & KATHY<br>HIGGINBOTHAM JT TEN<br>3367 BONITO LN<br>MARGATE FL 33063 |
| CREDITOR ID: 296222-39<br>JOHN E HUGGINS & MYRTLE E<br>HUGGINS JT TEN<br>3720 SW 108TH CT<br>MIAMI FL 33165 | CREDITOR ID: 296223-39<br>JOHN E LANDRUM<br>6561 OASIS DR<br>LOVELAND OH 45140 | CREDITOR ID: 296224-39<br>JOHN E LOVELAND<br>2544 WOODGATE BLVD APT 201<br>ORLANDO FL 32822 |
| CREDITOR ID: 296225-39<br>JOHN E MASSIE<br>1206 N NANCY TE<br>PLANT CITY FL 33566 | CREDITOR ID: 296226-39<br>JOHN E MAUNTEL<br>6600 GOLFWAY<br>CINCINNATI OH 45239 | CREDITOR ID: 296227-39<br>JOHN E MCGINNIS & MARGARET C<br>MCGINNIS JT TEN<br>RR 1 BOX 73A<br>WORTHINGTON PA 16262 |
| CREDITOR ID: 296228-39<br>JOHN E MURPHY<br>1904 SPRINGVIEW CT<br>FALLSTON MD 21047-1731 | CREDITOR ID: 296229-39<br>JOHN E NELSON<br>8331 WEYBRIDGE DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 296230-39<br>JOHN E O'BRIEN III & ANTHONY<br>K MELFA JT TEN<br>945 SAUTEE WOODS TRAIL<br>SAUTEE GA 30571 |
| CREDITOR ID: 296231-39<br>JOHN E OSBORNE & PAMELA L<br>OSBORNE JT TEN<br>703 ROCKWOOD RD<br>COLUMBIA SC 29209 | CREDITOR ID: 296232-39<br>JOHN E PEARSON III<br>1416 FOREST AVE<br>NEPTUNE BCH FL 32266 | CREDITOR ID: 296233-39<br>JOHN E ROGERS & DIANA L<br>ROGERS JT TEN<br>929 N LAKE CLAIRE CIR<br>OVIEDO FL 32765 |
| CREDITOR ID: 296234-39<br>JOHN E ROSS & LINDA G ROSS JT<br>TEN<br>PO BOX 493<br>WASCO CA 93280 | CREDITOR ID: 296235-39<br>JOHN E SMITH<br>31 HENDERSON DR<br>NAPLES FL 34114 | CREDITOR ID: 296237-39<br>JOHN E STILLWELL<br>P O BOX 89041<br>TAMPA FL 33689 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296238-39<br>JOHN E TAUB<br>108 HEATHERWOOD DRIVE<br>ROYAL  PALM  BCH FL 33411 | CREDITOR ID: 296239-39<br>JOHN E TOMPKINS JR<br>STE B340<br>2160 CALIFORNIA AVE<br>SAND  CITY CA 93955 | CREDITOR ID: 296240-39<br>JOHN E VOLL JR<br>2503 CONCORD DR<br>LOUISVILLE KY 40217 |
| CREDITOR ID: 296241-39<br>JOHN E WILLIAMS<br>3143 LOUISE DR<br>BRUSLY LA 70719 | CREDITOR ID: 296242-39<br>JOHN EARNEST ADKINS<br>3660 WALKER AVE<br>FULTONDALE AL 35068 | CREDITOR ID: 296243-39<br>JOHN EDDY & GLORIA EDDY<br>TRUSTEES U-A DTD 08-15-95 THE<br>JOHN & GLORIA EDDY REVOCABLE<br>LIVING TRUST<br>5459 E COSTILLA DRIVE<br>LITTLETON CO 80122 |
| CREDITOR ID: 296245-39<br>JOHN EDWARD FRALEIGH SR CUST<br>JOHN EDWARD FRALEIGH JR UND<br>UNIF GIFT MIN ACT FL<br>5127 PIRATES COVE RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 296244-39<br>JOHN EDWARD FRALEIGH SR CUST<br>CAMERON BROOKS FRALEIGH UND<br>UNIF GIFT MIN ACT FL<br>5127 PIRATES COVE RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 296246-39<br>JOHN EDWARD HARPER<br>2406 BLOSSOM ST<br>COLUMBIA SC 29205 |
| CREDITOR ID: 296247-39<br>JOHN EDWARD OAKES<br>201 W CHURCH ST APT 1<br>HAMMOND LA 70401 | CREDITOR ID: 296248-39<br>JOHN EDWARD STEWART<br>631 FARRS BRIDGE RD<br>PICKENS SC 29671 | CREDITOR ID: 296249-39<br>JOHN EDWIN CHAPMAN HILL<br>1117 BARRINGTON ST<br>WADESBORO NC 28170 |
| CREDITOR ID: 296250-39<br>JOHN ELORRIAGA<br>61 PIERREPONT ST<br>BROOKLYN NY 11201 | CREDITOR ID: 296251-39<br>JOHN ERNEST CHRIST CUST<br>NICHOLAS JOHN CHRIST UND<br>UNIF GIFT MIN ACT TX<br>#4201<br>4000 ESSEX<br>HOUSTON TX 77027 | CREDITOR ID: 296252-39<br>JOHN ERRANTE & KIM ERRANTE<br>JT TEN<br>1115 SE 15TH ST<br>DEERFIELD  BEACH FL 33441 |
| CREDITOR ID: 296253-39<br>JOHN EUGENE STAUFFER<br>6 PECKSLAND RD<br>GREENWICH CT 06831 | CREDITOR ID: 296254-39<br>JOHN F BARTHLOW<br>527 NE 40TH TERRACE<br>OCALA FL 34470 | CREDITOR ID: 296255-39<br>JOHN F BERRYHILL<br>180 S BATES RD<br>TAYLORS SC 29687 |
| CREDITOR ID: 296256-39<br>JOHN F BOGAERT<br>1501 SE 8TH DR<br>OKEECHOBEE FL 34974 | CREDITOR ID: 296257-39<br>JOHN F BRUZEWSKI<br>214 LIGON DR APT A<br>SHELBYVILLE TN 37160 | CREDITOR ID: 296258-39<br>JOHN F BRYSON JR<br>8950 MORNINGTON DRIVE<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 296259-39<br>JOHN F CLIFTON II & BRENDA B<br>CLIFTON JT TEN<br>1918 KINGSWOOD RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 296260-39<br>JOHN F COLON<br>51 MARR AVE<br>OAKLAND CA 94611 | CREDITOR ID: 296261-39<br>JOHN F COX & JUDITH M COX<br>JT TEN<br>6308 N 24TH ST<br>ARLINGTON VA 22207 |
| CREDITOR ID: 296262-39<br>JOHN F CRUM<br>P O BOX 312<br>INEZ KY 41224 | CREDITOR ID: 296263-39<br>JOHN F DAVIS JR<br>109 PARK AVE<br>HONEA  PATH SC 29654 | CREDITOR ID: 296264-39<br>JOHN F DENSON & MELODY R<br>DENSON JT TEN<br>8014 COUNTY LINE RD<br>SELLERSBURG IN 47172 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:    05-03817-3F1

CREDITOR ID: 296265-39
JOHN F DRAGO
1916 RIDGEFIELD DR
LA  PLACE LA 70068

CREDITOR ID: 296266-39
JOHN F EGAN
1102 SAEGER AVE
PORT  PIERCE FL 34902

CREDITOR ID: 296267-39
JOHN F EVERETT
182 S PARK DR
WOODBRIDGE NJ 07095

CREDITOR ID: 296270-39
JOHN F FOSTER
7240 SW 7TH ST
PLANTATION FL 33317

CREDITOR ID: 296271-39
JOHN F GOODWIN
9718 FRANKLIN DR
FOUNTAIN FL 32438

CREDITOR ID: 296273-39
JOHN F HOBBS JR
136 CAUSEWAY COVE
SEVEN  POINTS TX 75143

CREDITOR ID: 296274-39
JOHN F LAMB
4133 COLT LN
WEST  PALM  BCH FL 33406

CREDITOR ID: 296275-39
JOHN F LEATON
PO BOX 362
OROFINO ID 83544

CREDITOR ID: 296276-39
JOHN F LEMLY JR
204 FAIRWAY DR
LEXINGTON NC 27292

CREDITOR ID: 296277-39
JOHN F MERRITT III
1065 SW 33RD PL
OCALA FL 34474

CREDITOR ID: 296278-39
JOHN F MEYER
25 DIAMOND HILL RD
HAMPTON VA 23666

CREDITOR ID: 296279-39
JOHN F MITCHELL
2351 ELSMEADE DR
MONTGOMERY AL 36116

CREDITOR ID: 296280-39
JOHN F RAMISER & CARLA J
RAMSIER JT TEN
3123 WILKIE RD
LOUISVILLE KY 40216

CREDITOR ID: 296281-39
JOHN F RAY
422 S ORANGE GROVE BLVD
PASADENA CA 91105

CREDITOR ID: 296284-39
JOHN F SEARS
PO BOX 1156
PINELLAS  PARK FL 33780

CREDITOR ID: 296285-39
JOHN F SELVAGE & RITA J
SELVAGE JT TEN
1626 ALABAM HWY 79
SCOTTSBORO AL 35769

CREDITOR ID: 296286-39
JOHN F SUBER
517 HIGHLAND AVE
QUINCY FL 32351

CREDITOR ID: 296287-39
JOHN F SUBER & KAREN F SUBER
JT TEN
517 HIGHLAND AVE
QUINCY FL 32351

CREDITOR ID: 296288-39
JOHN F SUBER SR CUST
JOHN F SUBER JR
FL UNIF TRAN MIN ACT
517 HIGHLAND AVE
QUINCY FL 32351

CREDITOR ID: 296289-39
JOHN F WILHITE & NORMA
WILHITE JT TEN
5717 WHEATON DR
FORT  WORTH TX 76133

CREDITOR ID: 296290-39
JOHN F WYSASKI
6604 PHEASANT RUN RD
PLANO TX 75023

CREDITOR ID: 296291-39
JOHN FRANCIS FEW JR
111 NE 49TH AVE
OCALA FL 34470

CREDITOR ID: 296292-39
JOHN FRANCIS FEW JR & MARSHA
D FEW JT TEN
111 NE 49TH AVE
OCALA FL 34470

CREDITOR ID: 296293-39
JOHN FRANCIS SEARS
PO BOX 1156
PINELLAS  PARK FL 33780

CREDITOR ID: 296295-39
JOHN FRANK MIRTI JR
8193 SANDLEWOOD CT
BOCA  RATON FL 33433

CREDITOR ID: 296296-39
JOHN FRANKLIN HAMBY
1907 CEDAR RIDGE LOOP
PRATTVILLE AL 36067

CREDITOR ID: 296298-39
JOHN FRANKLIN HENDRICKS &
JOSIE CHASON HENDRICKS JT TEN
11006 TRACI LYNN DR
JACKSONVILLE FL 32216

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296299-39<br>JOHN G BELEMJIAN & CAROL H<br>BELEMJIAN JT TEN<br>11551 SW 89TH AVE<br>OCALA FL 34481 | CREDITOR ID: 296300-39<br>JOHN G BROWN<br>36 DAVIS LN<br>WETUMPKA AL 36093 | CREDITOR ID: 296301-39<br>JOHN G BROWN & RUBY M BROWN<br>JT TEN<br>239 ROSEMARY LN<br>PRATTVILLE AL 36066 |
| CREDITOR ID: 296302-39<br>JOHN G EVANS<br>1566 SANDY SPRINGS DR<br>ORANGE  PARK FL 32003 | CREDITOR ID: 296303-39<br>JOHN G MARXSEN<br>3401 E MARSHALL, APT 107<br>LONGVIEW TX 75601 | CREDITOR ID: 296304-39<br>JOHN G PUSATERI<br>4838 E BEVERLY MAE<br>SAN  ANTONIO TX 78229 |
| CREDITOR ID: 296305-39<br>JOHN G SHARP<br>PO BOX 1033<br>CRAWFORDVILLE FL 32326 | CREDITOR ID: 296306-39<br>JOHN GALINIS & CAROLYN<br>GALINIS JT TEN<br>500 SW 64TH AVE<br>MARGATE FL 33068 | CREDITOR ID: 296307-39<br>JOHN GEORGE FLOWER<br>43 RINGWELL AVE<br>HEAVITREE EXETER<br>DEVONSHIRE EXI 3EF<br>ENGLAND |
| CREDITOR ID: 296308-39<br>JOHN GEORGE MURRAY<br>4904 PIER DRIVE<br>GREEN  ACRES FL 33463 | CREDITOR ID: 296309-39<br>JOHN GILBERT FELKER<br>2256 SAVANNAH LANE<br>LEXINGTON KY 40513 | CREDITOR ID: 296310-39<br>JOHN GLEN GARRISON<br>415 SPRING HILL CT<br>BURLESON TX 76028 |
| CREDITOR ID: 296311-39<br>JOHN GORDON ASHLEY JR<br>PO BOX 801<br>MADISON FL 32340 | CREDITOR ID: 296312-39<br>JOHN GREGORY GOBER<br>105 W PLEASANT GROVE RD<br>MONTGOMERY AL 36105 | CREDITOR ID: 296313-39<br>JOHN GRETH<br>4851-A LAST FRONTIER CIR<br>EIELSON  AFB AK 99702 |
| CREDITOR ID: 296314-39<br>JOHN H ATKINSON<br>234 W PHILLIPS CT<br>GRAND  PRAIRIE TX 75051 | CREDITOR ID: 296315-39<br>JOHN H BICKERSTAFF<br>2612 CORAL STONE CT<br>WINDIRMERE FL 34786 | CREDITOR ID: 296316-39<br>JOHN H BREWER & PEGGY O<br>BREWER JT TEN<br>913 TYLER AVE<br>MUSCLE  SHOALS AL 35661 |
| CREDITOR ID: 296317-39<br>JOHN H COLSON<br>2810 OLD HWY 70<br>SWEETWATER TX 79556 | CREDITOR ID: 296318-39<br>JOHN H COPE & BETTY M COPE<br>JT TEN<br>109 FERN CIRCLE<br>CLEMSON SC 29631 | CREDITOR ID: 296319-39<br>JOHN H DASBURG<br>CO STEVE DEMAR<br>KAUFMAN & ROSSIN INC<br>2699 S BAYSHORE DR SWT 400<br>MIAMI FL 33133 |
| CREDITOR ID: 296320-39<br>JOHN H FRISON JR<br>14101 ARBOR RIDGE DR<br>CHARLOTTE NC 28273 | CREDITOR ID: 296321-39<br>JOHN H GLOSTER<br>2004 FALLINGLEAF LANE<br>VALDOSTA GA 31602 | CREDITOR ID: 296322-39<br>JOHN H HAGER<br>4600 SULGRAVE RD<br>RICHMOND VA 23221 |
| CREDITOR ID: 296323-39<br>JOHN H HARRISON & DIANNE M<br>HARRISON JT TEN<br>493 BISTINEAU LAKE RD<br>RINGGOLD LA 71068 | CREDITOR ID: 296324-39<br>JOHN H HENDERSON &<br>JACQUELINE D HENDERSON JT TEN<br>4648 SE SALVATORI RD<br>STUART FL 34997 | CREDITOR ID: 296325-39<br>JOHN H HICKS<br>17145 SE 158TH AVE<br>WEIRSDALE FL 32195 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 296326-39<br>JOHN H MCBRYDE<br>501 W 10TH ST STE 401<br>FORT WORTH TX 76102 | CREDITOR ID: 296327-39<br>JOHN H MCCORVEY<br>P O BOX 440633<br>JACKSONVILLE FL 32222 | CREDITOR ID: 296328-39<br>JOHN H NELSON CUST JOHN<br>SCOTT NELSON U/G/M/A/MN<br>PO BOX 419<br>REDWOOD FALLS MN 56283 |
| CREDITOR ID: 296329-39<br>JOHN H OVERHOLT<br>3864 MANDARIN WDS DR N<br>JACKSONVILLE FL 32223 | CREDITOR ID: 296330-39<br>JOHN H PEMBERTON<br>701 FERN ST<br>LULING LA 70070 | CREDITOR ID: 296332-39<br>JOHN H PEMBERTON & DOROTHY B<br>PEMBERTON TEN COM<br>701 FERN<br>LULING LA 70070 |
| CREDITOR ID: 296331-39<br>JOHN H PEMBERTON & DOROTHY B<br>PEMBERTON COMMUNITY<br>PROPERTY<br>701 FERN ST<br>LULING LA 70070 | CREDITOR ID: 296333-39<br>JOHN H RAVESIES & LOUISE E<br>RAVESIES JT TEN<br>6356 SW 103RD ST ROAD<br>OCALA FL 34476 | CREDITOR ID: 296334-39<br>JOHN H RAVESIES & LOUISE E<br>RAVESIES TRUSTEES U-A DTD<br>06-19-98 RAVESIES TRUST<br>6356 SW 103RD ST RD<br>OCALA FL 34476 |
| CREDITOR ID: 296335-39<br>JOHN H ROLWING<br>751 JONES CRK<br>EVANS GA 30809 | CREDITOR ID: 296336-39<br>JOHN H SCHULTZ<br>8483 108TH ST N<br>SENINOLE FL 34642 | CREDITOR ID: 296337-39<br>JOHN H SIEMS & PAMELA G<br>SIEMS JT TEN<br>246 CORNELSON DR<br>GREER SC 29651 |
| CREDITOR ID: 296338-39<br>JOHN H SIMMONS<br>6606 MANHATTAN DR<br>JACKSONVILLE FL 32219 | CREDITOR ID: 296339-39<br>JOHN H THOMPSON<br>1886 CHARLESTON HWY<br>CAYCE SC 29033 | CREDITOR ID: 296340-39<br>JOHN H WALKER<br>5349 CR 352<br>KEYSTONE HEIGHTS FL 32656 |
| CREDITOR ID: 296341-39<br>JOHN H WEAVER JR<br>5059 COUNTY RD 144<br>WILDWOOD FL 34785 | CREDITOR ID: 296342-39<br>JOHN H WHITE & CHARLOTTE<br>WHITE JT TEN<br>8802 COQUINA AVE<br>FORT PIERCE FL 34951 | CREDITOR ID: 296343-39<br>JOHN H WILES JR<br>920 NW 110TH AVE<br>PLANTATION FL 33324 |
| CREDITOR ID: 296344-39<br>JOHN HALL<br>27896 NICK DAVIS RD<br>ATHENS AL 35611 | CREDITOR ID: 296345-39<br>JOHN HAMILTON<br>P O BOX 2429<br>HARKER HEIGHTS TX 76548 | CREDITOR ID: 296346-39<br>JOHN HARVEY<br>5408 N GATE RD<br>GRANBURY TX 76049 |
| CREDITOR ID: 296347-39<br>JOHN HELMERS<br>5543 EULA AVE<br>CINCINNATI OH 45248 | CREDITOR ID: 296348-39<br>JOHN HENDERSON<br>612 BERKLEY POINTE DR<br>AUBURNDALE FL 33823 | CREDITOR ID: 296349-39<br>JOHN HENRY BETTS JR<br>2154 BETTER ST<br>MOBILE AL 36617 |
| CREDITOR ID: 296350-39<br>JOHN HENRY CARSON<br>23 ENOREE HTS<br>TAYLORS SC 29687 | CREDITOR ID: 296351-39<br>JOHN HENRY DUX JR<br>1331 SOMERVILLE RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 296352-39<br>JOHN HENRY HENSON<br>202 ROAD 1559<br>NETTLETON MS 38858 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, _Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 296353-39<br>JOHN HENRY MCNEELY JR<br>1694 GOSHEN RD<br>AUGUSTA GA 30906 | CREDITOR ID: 296354-39<br>JOHN HENRY ROGERSON<br>1101 LEMMOND DR<br>SANFORD NC 27330 | CREDITOR ID: 296355-39<br>JOHN HERBERT COBLE<br>4431 NORTH NC 49<br>BURLINGTON NC 27217 |
| CREDITOR ID: 296356-39<br>JOHN HIGGINS<br>3755 CRISTA JEAN AVE SE<br>PALM  BAY FL 32909 | CREDITOR ID: 296357-39<br>JOHN HIGGS<br>3773 FOUNTAINBLEAU RD<br>KEITHVILLE LA 71047 | CREDITOR ID: 296358-39<br>JOHN HOWARD MCGEE<br>606 GREENBRIAR RD<br>STATESVILLE NC 28677 |
| CREDITOR ID: 296359-39<br>JOHN HUEY THIBODEAUX<br>209 NORMAN DR<br>LAFAYETTE LA 70501 | CREDITOR ID: 296360-39<br>JOHN HURST & GLORIA HURST<br>JT TEN<br>801 MANDALAY ROAD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 296361-39<br>JOHN I ARGO JR<br>897 FARM LOOP<br>ALEXANDER  CITY AL 35010 |
| CREDITOR ID: 296362-39<br>JOHN I HERBERT<br>808 EDMONDSON PIKE<br>BRENTWOOD TN 37027 | CREDITOR ID: 296363-39<br>JOHN I NEWTON & JANICE L<br>NEWTON JT TEN<br>3611 PINELAND DR<br>LOUISVILLE KY 40219 | CREDITOR ID: 296364-39<br>JOHN INGRAM MOORE JR<br>3804 PRICE SHORTCUT RD<br>MONROE NC 28110 |
| CREDITOR ID: 296365-39<br>JOHN IRVEN SIDES<br>485 JOHN MORGAN RD<br>GOLDHILL NC 28071 | CREDITOR ID: 296367-39<br>JOHN J BLIDY<br>P O BOX 6891<br>TAMPA FL 33608 | CREDITOR ID: 296368-39<br>JOHN J BONACUM & DOROTHY A<br>BONACUM JT TEN<br>9 SUTTON PL<br>ISLIP NY 11751 |
| CREDITOR ID: 296369-39<br>JOHN J BOWE<br>249 MOUNTAIN AVE<br>RIDGEWOOD NJ 07450 | CREDITOR ID: 296370-39<br>JOHN J BRADY<br>2208 LAMPTER AVE<br>LOUISVILLE KY 40216 | CREDITOR ID: 296371-39<br>JOHN J BRENGLE JR<br>2935 164TH AVE N<br>CLEARWATER FL 34620 |
| CREDITOR ID: 296372-39<br>JOHN J BROWN & DALE V BROWN<br>JT TEN<br>P O BOX 383<br>HOLT FL 32564 | CREDITOR ID: 296373-39<br>JOHN J CAMERON<br>P O BOX 108<br>RR 4<br>FLESHERTON  ON N0C1E0<br>CANADA | CREDITOR ID: 296374-39<br>JOHN J CLIFFORD<br>461 BRYCE AVE<br>LOS  ALAMOS NM 87544 |
| CREDITOR ID: 296375-39<br>JOHN J CORKUM<br>770 FORREST DRIVE<br>BARTOW FL 33830 | CREDITOR ID: 296376-39<br>JOHN J COSTANZA<br>43232 S RANGE ROAD<br>HAMMOND LA 70401 | CREDITOR ID: 296377-39<br>JOHN J DONNELLY<br>610 GOLDPOINT TRACE<br>WOODSTOCK GA 30189 |
| CREDITOR ID: 296378-39<br>JOHN J FLYNN JR<br>1248 PINE SAGE CIR<br>WEST  PALM  BEACH FL 33409 | CREDITOR ID: 296379-39<br>JOHN J FULLER<br>2914 SMU BLVD<br>ORLANDO FL 32817 | CREDITOR ID: 296380-39<br>JOHN J GOUBLER<br>2320 BLUEBIRD ST<br>SLIDELL LA 70458 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296381-39<br>JOHN J GUENTHER<br>11 HIGH RIDGE DRIVE<br>LOVELAND OH 45140 | CREDITOR ID: 296383-39<br>JOHN J HARDEE SR<br>2481 PLEASANT GROVE RD<br>LORIS SC 29569 | CREDITOR ID: 296385-39<br>JOHN J HOLT<br>167 7TH AVE<br>TROY NY 12180 |
| CREDITOR ID: 296387-39<br>JOHN J KITTREDGE<br>72 MORNINGSIDE RD<br>WORCESTER MA 01602 | CREDITOR ID: 296388-39<br>JOHN J KORFIAS<br>11250 CINNAMON BLVD<br>N  ROYALTON OH 44133 | CREDITOR ID: 296389-39<br>JOHN J LEWIS & SHELBY LEWIS<br>JT TEN<br>114 COUNTRY PL<br>TEMPLE GA 30179 |
| CREDITOR ID: 296390-39<br>JOHN J LOFTUS<br>4104 N JOHNSON RD<br>MIDDLEVILLE MI 49333 | CREDITOR ID: 296391-39<br>JOHN J MARTIN<br>431 SOUTH M STREET APT 4<br>LAKE  WORTH FL 33460 | CREDITOR ID: 296392-39<br>JOHN J MISKELL JR<br>24 FAIRWAY DRIVE<br>AUBURN NY 13021 |
| CREDITOR ID: 296393-39<br>JOHN J PERUKA<br>PO BOX 423<br>SCRANTON PA 18501 | CREDITOR ID: 296394-39<br>JOHN J PIMENTEL<br>10125 OLD KINGS ROAD<br>JACKSONVILLE FL 32219 | CREDITOR ID: 296395-39<br>JOHN J PIMENTEL JR & JANICE<br>M PIMENTEL JT TEN<br>10125 OLD KINGS ROAD<br>JACKSONVILLE FL 32219 |
| CREDITOR ID: 296396-39<br>JOHN J PLUNKETT & CYNTHIA E<br>PLUNKETT TRUSTEES U-A DTD<br>06-20-96 THE PLUNKETT LIVING<br>TRUST<br>305 WINDWARD COVE WEST<br>NICEVILLE FL 32578 | CREDITOR ID: 296397-39<br>JOHN J PURCELL & PAMELA L<br>PURCELL JT TEN<br>8700 BECKYS RIDGE DR<br>CINCINNATI OH 45251 | CREDITOR ID: 296398-39<br>JOHN J RABALAIS<br>906 S NEW HAMPSHIRE ST<br>COVINGTON LA 70433 |
| CREDITOR ID: 296399-39<br>JOHN J RAEUBER<br>102 FEATHERFILLED CT<br>ANDERSON SC 29625 | CREDITOR ID: 296400-39<br>JOHN J STONE & KATHRYN BAKER<br>STONE JT TEN<br>103 LAKECREST DRIVE<br>LAGRANGE GA 30240 | CREDITOR ID: 296401-39<br>JOHN J STRONG<br>4358 14TH RD S<br>WEST  PALM  BEACH FL 33406 |
| CREDITOR ID: 296402-39<br>JOHN J VARCA & MARY VARCA<br>JT TEN<br>1226 E 23RD ST<br>BROOKLYN NY 11210 | CREDITOR ID: 296403-39<br>JOHN J WOJCIK CUST BRYAN D<br>PAUGH UNIF TRAN MIN ACT MD<br>114 OLEN DR<br>GLEN  BURNIE MD 21061 | CREDITOR ID: 296404-39<br>JOHN JACKSON<br>31282 PASEO MONTEVEDEO<br>SAN  JUAN  CAPRISTRANO CA 92675 |
| CREDITOR ID: 296405-39<br>JOHN JAMES LAVIN JR<br>202 MYRTLE DR<br>GOLDSBORO NC 27534 | CREDITOR ID: 296406-39<br>JOHN JAMES MILLER IV<br>212 DOGWOOD LANE<br>BELMONT NC 28012 | CREDITOR ID: 296407-39<br>JOHN JAMES TULL IV<br>4938 IRONWOOD TRL<br>BARTOW FL 33830 |
| CREDITOR ID: 296408-39<br>JOHN JEFFREY NEVINS<br>1279 EAGLE BEND CT<br>JACKSONVILLE FL 32226 | CREDITOR ID: 296409-39<br>JOHN JOSEPH BURNS<br>#7<br>3210 NANDALE DR<br>CINCINNATI OH 45239 | CREDITOR ID: 296410-39<br>JOHN K ABRAHAM<br>736 ELLSWORTH PLACE<br>PALO  ALTO CA 94306 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296411-39<br>JOHN K BENNETT JR<br>1104 N W RIVERWOOD RD<br>ARCADIA FL 34266 | CREDITOR ID: 296412-39<br>JOHN K CROUCH<br>102 BROOK LAUREL LN<br>TAYLORS SC 29687 | CREDITOR ID: 296413-39<br>JOHN K GRANT<br>2375 N REYNOLDS AVE<br>CRYSTAL RIVER FL 34428 |
| CREDITOR ID: 296414-39<br>JOHN K JETT<br>4999 CO RD 108<br>TOWN CREEK AL 35672 | CREDITOR ID: 296415-39<br>JOHN K NORRIS<br>9524 WEST TAMPA DR<br>BATON ROUGE LA 70815 | CREDITOR ID: 296416-39<br>JOHN K PASTOREK<br>9335 W DAMUTH DR<br>BATON ROUGE LA 70815 |
| CREDITOR ID: 296417-39<br>JOHN K RAGSDALE JR<br>2015 CERMACK STREET<br>COLUMBIA SC 29223 | CREDITOR ID: 296418-39<br>JOHN K WILLSON & JEAN M<br>WILLSON JT TEN<br>1035 NAVAJO TRAIL<br>FRANKFORT KY 40601 | CREDITOR ID: 296419-39<br>JOHN KARNES<br>18200 NW 78TH AVE<br>HIALEAH FL 33015 |
| CREDITOR ID: 296420-39<br>JOHN KASAK<br>3099 DIAMONDHEAD DR E<br>CLEARWATER FL 34621 | CREDITOR ID: 296421-39<br>JOHN KEITH NEWTON<br>118 CREWS DR<br>LOUISVILLE KY 40218 | CREDITOR ID: 296422-39<br>JOHN KENNETH STEVENS<br>113 FRANCES ST<br>GREENWOOD SC 29646 |
| CREDITOR ID: 296423-39<br>JOHN KERBER<br>4797 HABITS GLEN CT<br>CINCINNATI OH 45244 | CREDITOR ID: 296424-39<br>JOHN KERRY HENDERSON &<br>NELTIA W HENDERSON JT TEN<br>114 W GAP CREEK RD<br>GREER SC 29651 | CREDITOR ID: 296425-39<br>JOHN KEVIN RICHARDSON<br>5446 PAGEFORD DR<br>DURHAM NC 27703 |
| CREDITOR ID: 296426-39<br>JOHN KEYE<br>2244 COURTNEY DRIVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 296427-39<br>JOHN KEYSE & PHYLLIS KEYSE<br>JT TEN<br>2256 WHITE SULPHUR RD<br>GAINESVILLE GA 30501 | CREDITOR ID: 296428-39<br>JOHN KNOX RAGSDALE<br>2015 CERMACK ST<br>COLUMBIA SC 29223 |
| CREDITOR ID: 296429-39<br>JOHN L BERG<br>PO BOX 110<br>WHITE SULPHUR SPRINGS MT 59645 | CREDITOR ID: 296430-39<br>JOHN L BOST<br>AATTN JOYCE K THORP<br>1228 N CAROL LANE<br>OKLAHOMA CITY OK 73127 | CREDITOR ID: 296431-39<br>JOHN L BOYER<br>5678 BROOKSTONE WALK NW<br>ACWORTH GA 30101 |
| CREDITOR ID: 296432-39<br>JOHN L BROWN & MARGERY JANE<br>BROWN TEN ENT<br>533 GUARDLOCK DRIVE<br>LOCK HAVEN PA 17745 | CREDITOR ID: 296433-39<br>JOHN L CARTER<br>10 VELMA DR<br>TAYLORS SC 29687 | CREDITOR ID: 296434-39<br>JOHN L COFFEY<br>2145 ABBINGTON TERRACE<br>SNELLVILLE GA 30078 |
| CREDITOR ID: 296435-39<br>JOHN L COMEAUX & GENEVA T<br>COMEAUX JT TEN<br>421 W ROOSEVELT ST<br>CHURCH POINT LA 70525 | CREDITOR ID: 296436-39<br>JOHN L DAMERON<br>5491 WALNUT GROVE RD<br>MEMPHIS TN 38120 | CREDITOR ID: 296437-39<br>JOHN L DAY & SANDRA J DAY &<br>JOHN T DAY JT TEN<br>PO BOX 303<br>GREENVILLE FL 32331 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296438-39<br>JOHN L DODGEN & ZOELLA DANOS<br>DODGEN JT TEN<br>732 1ST AVE<br>HARVEY LA 70058 | CREDITOR ID: 296439-39<br>JOHN L FINK & LINDA SUE FINK<br>JT TEN<br>117 BROOKHAVEN DR<br>MOORE SC 29369 | CREDITOR ID: 296440-39<br>JOHN L FOSTER<br>1534 SE MINORCA AVE<br>PORT ST LUCIE FL 34952 |
| CREDITOR ID: 296441-39<br>JOHN L GROSS &<br>DENNY A GROSS JT TEN<br>4005 WENTWORTH<br>TROY MI 48098 | CREDITOR ID: 296443-39<br>JOHN L HERRING & SHARON D<br>HERRING JT TEN<br>1837 SLALOM DRIVE<br>VIRGINIA BEACH VA 23456 | CREDITOR ID: 296445-39<br>JOHN L JOHNSON<br>2217 TIMBERLINE DR<br>FORT WORTH TX 76119 |
| CREDITOR ID: 296444-39<br>JOHN L JOHNSON<br>1304 32ND ST W<br>BRADENTON FL 34205 | CREDITOR ID: 296446-39<br>JOHN L JOHNSON & SHIRLEY A<br>JOHNSON JT TEN<br>2217 TIMBERLINE DR<br>FORT WORTH TX 76119 | CREDITOR ID: 296447-39<br>JOHN L LEACH JR<br>4629 E DAUGHTRY BLVD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 296448-39<br>JOHN L MALE<br>27 NORTH KLINE AVE<br>AMELIA OH 45102 | CREDITOR ID: 296449-39<br>JOHN L MANDEVILLE & MARIE S<br>MANDEVILLE JT TEN<br>205 N EL CENTRO BLVD<br>PANAMA CITY FL 32413 | CREDITOR ID: 296450-39<br>JOHN L MANLEY<br>1114 APALACHE ST<br>GREER SC 29651 |
| CREDITOR ID: 296451-39<br>JOHN L MCCANTS<br>1411 WESTMINSTER DR<br>COLUMBIA SC 29204 | CREDITOR ID: 296452-39<br>JOHN L MEENA<br>448 POB 448<br>GROVER BEACH CA 93483 | CREDITOR ID: 296453-39<br>JOHN L MEENA & SONIA A MEENA<br>TRUSTEES U-A DTD<br>03-05-01 MEENA FAMILY TRUST<br>P O BOX 448<br>GROVER BEACH CA 93483 |
| CREDITOR ID: 296454-39<br>JOHN L MURRAY<br>466 STUDIO CIRCLE APT 1<br>SAN MATEO CA 94401 | CREDITOR ID: 296455-39<br>JOHN L PICHEO JR<br>6084 FOUR STAR FARM RD<br>MOLINO FL 32577 | CREDITOR ID: 296456-39<br>JOHN L PRIESCHL<br>1281 BELMORE TER<br>WELLINGTON FL 33414 |
| CREDITOR ID: 296457-39<br>JOHN L R WALLER<br>1230 DOGWOOD LN<br>SALISBURY NC 28146 | CREDITOR ID: 296458-39<br>JOHN L RAUTIO & MARILYN R<br>RAUTIO JT TEN<br>3903 BARKIS AVE<br>BOYNTON BEACH FL 33436 | CREDITOR ID: 296459-39<br>JOHN L ROCKWELL & FRANCES L<br>ROCKWELL JT TEN<br>216 23RD TERR NW<br>BIRMINGHAM AL 35215 |
| CREDITOR ID: 296460-39<br>JOHN L RUMSFIELD<br>224 DEVON AVE<br>PARK RIDGE IL 60068 | CREDITOR ID: 296461-39<br>JOHN L SCHAFER & SARAH E<br>SCHAFER JT TEN<br>24214 WATSON R 7<br>DEFIANCE OH 43512 | CREDITOR ID: 296462-39<br>JOHN L SINGER<br>540 SHROYER RD<br>DAYTON OH 45419 |
| CREDITOR ID: 296463-39<br>JOHN L SISK<br>3617 BRYAN AVE<br>FORT WORTH TX 76110 | CREDITOR ID: 296464-39<br>JOHN L SOPCHAK<br>P O BOX 11590<br>NEW BRUNSWICK NJ 08906 | CREDITOR ID: 296465-39<br>JOHN L TORMEY<br>16220 SW 109TH AVE<br>MIAMI FL 33157 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296466-39<br>JOHN L WALSH & BEVERLY K<br>WALSH TTEES U A DTD 12-15-94<br>WALSH LIVING TRUST<br>803-216TH PL NE<br>SAMMAMISH WA 98074 | CREDITOR ID: 296467-39<br>JOHN LASLEY DAMERON<br>5491 WALNUT GROVE RD<br>MEMPHIS TN 38120 | CREDITOR ID: 296468-39<br>JOHN LAWRENCE WILSON<br>P O BOX 120147<br>WEST MELBOURNE FL 32912 |
| CREDITOR ID: 296469-39<br>JOHN LEE ETHRIDGE<br>2961 W 45TH ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 296470-39<br>JOHN LESTER<br>4709 BISON ST<br>BOCA RATON FL 33428 | CREDITOR ID: 296471-39<br>JOHN LINKOLN DIXON<br>125 RIVERSIDE CT<br>SHARPSBURG GA 30277 |
| CREDITOR ID: 296472-39<br>JOHN LINTON JOHNS III<br>4020 SPALDING DRIVE<br>DUNWOODY GA 30350 | CREDITOR ID: 296473-39<br>JOHN LOUIS STRITZINGER IV<br>2204 ETIENNE DR<br>MERAUX LA 70075 | CREDITOR ID: 296474-39<br>JOHN LUMPKIN &<br>ADRIENNE LUMPKIN JT TEN<br>1518 COUNTY RD 949<br>ORVILLE AL 36767 |
| CREDITOR ID: 296475-39<br>JOHN LYLE BRINKERHOFF II &<br>ANNE MARIE BRINKERHOFF JT TEN<br>4325 RIMER RD<br>CONCORD NC 28025 | CREDITOR ID: 296476-39<br>JOHN M ABBOTT III<br>10201 SPRINGSIDE PL<br>LOUISVILLE KY 40223 | CREDITOR ID: 296477-39<br>JOHN M ALEXANDER CUST<br>CATHERINE MCKNITT ALEXANDER<br>UND UNIF GIFT MIN ACT NC<br>PO BOX 26837<br>RALEIGH NC 27611 |
| CREDITOR ID: 296478-39<br>JOHN M ALEXANDER CUST MARY<br>CAROL ALEXANDER UND UNIF<br>GIFT MIN ACT NC<br>PO BOX 26837<br>RALEIGH NC 27611 | CREDITOR ID: 296480-39<br>JOHN M BAKER<br>761 WAITMAN RD<br>LEXINGTON NC 27292 | CREDITOR ID: 296479-39<br>JOHN M BAKER<br>1925 E HAMILTON AVE<br>TAMPA FL 33610 |
| CREDITOR ID: 296481-39<br>JOHN M BAUM & SEVENA G BAUM<br>JT TEN<br>1306 BIG TREE RD<br>NEPTUNE BEACH FL 32233 | CREDITOR ID: 296482-39<br>JOHN M BELINSKI & TEENA M<br>BELINSKI JT TEN<br>7277 N CR 53<br>MAYO FL 32066 | CREDITOR ID: 296483-39<br>JOHN M CHANDLER JR<br>138 MCELROY RD<br>FAYETTEVILLE GA 30214 |
| CREDITOR ID: 296484-39<br>JOHN M COFFRIN<br>10243 TEDS COURT<br>JACKSONVILLE FL 32220 | CREDITOR ID: 296485-39<br>JOHN M CORDELL & KATHLEEN<br>CORDELL JT TEN<br>380 BIO CHURCH ROAD<br>DEWY ROSE GA 30634 | CREDITOR ID: 296486-39<br>JOHN M DAVIS<br>316 S MAIN ST APT 5<br>FARMSVILLE VA 23901 |
| CREDITOR ID: 296487-39<br>JOHN M DORTON<br>PO BOX 4623<br>ARCHDALE NC 27263 | CREDITOR ID: 296488-39<br>JOHN M DUTY<br>17234 NW 7TH ST<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 296489-39<br>JOHN M ELIAN<br>2529 DAUPHINE CT W<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 296490-39<br>JOHN M FERGUSON<br>2817 LOWELL AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 296491-39<br>JOHN M GRIMES<br>364 BRIGHTVIEW DR<br>LAKE MARY FL 32746 | CREDITOR ID: 296492-39<br>JOHN M GUYER<br>1710 27TH ST WEST<br>BRADENTON FL 34205 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296493-39<br>JOHN M HARRELL<br>PO BOX 248<br>ROSY TX 79543 | CREDITOR ID: 296494-39<br>JOHN M HEFFNER<br>968 MILL BEND DR<br>LAWRENCEVILLE GA 30044 | CREDITOR ID: 296495-39<br>JOHN M HEMBREE<br>2390 FAIRBURN RD LOT 208<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 296496-39<br>JOHN M IVES & MARJORIE<br>TURNER IVES JT TEN<br>1918 NW 32ND PL<br>GAINESVILLE FL 32605 | CREDITOR ID: 296497-39<br>JOHN M JAMES<br>3382 SAPPHIRE ROAD<br>LANTANA FL 33462 | CREDITOR ID: 296498-39<br>JOHN M KARST<br>72 PAYNE RD<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 296499-39<br>JOHN M KEYSE<br>2256 WHITE SULPHUR RD<br>GAINESVILLE GA 30501 | CREDITOR ID: 296500-39<br>JOHN M LACHANCE & BEVERLY A<br>LACHANCE JT TEN<br>71 STONEMOUNT CT<br>SHARPSBURG GA 30277 | CREDITOR ID: 296501-39<br>JOHN M LEE & DOROTHY LEE<br>JT TEN<br>98 OAK ST<br>CLEMENTON NJ 08021 |
| CREDITOR ID: 296502-39<br>JOHN M LIPTAK & MARYANN C<br>LIPTAK & MICHAEL LIPTAK JT<br>TEN<br>5562 JENKINS LOOP DR<br>KEYSTONE  HEIGHTS FL 32656 | CREDITOR ID: 296503-39<br>JOHN M LIPTAK & MARYANN C<br>LIPTAK JT TEN<br>5562 JENKINS LOOP DR<br>KEYSTONE  HEIGHTS FL 32656 | CREDITOR ID: 296504-39<br>JOHN M LOOKINGBILL<br>2006 IDYLWOOD<br>KILGORE TX 75662 |
| CREDITOR ID: 296505-39<br>JOHN M MORAN<br>7231 ORCHID LAKE ROAD<br>NEW  PORT  RICHEY FL 34653 | CREDITOR ID: 296506-39<br>JOHN M MORAN & MARY P MORAN<br>JT TEN<br>7231 ORCHID LAKE ROAD<br>NEW  PORT  RICHEY FL 34653 | CREDITOR ID: 296507-39<br>JOHN M PARHAM<br>627 N RICHARDSON ST<br>LATTA SC 29565 |
| CREDITOR ID: 296508-39<br>JOHN M RANDALL & ELIZABETH<br>ANN RANDALL JT TEN<br>290 RIVER OAKS CIRCLE<br>CROPWELL AL 35054 | CREDITOR ID: 296509-39<br>JOHN M REGISTER<br>200 GLYNDALE CIR<br>BRUNSWICK GA 31520 | CREDITOR ID: 296510-39<br>JOHN M ROSE<br>236 CITY VIEW DR<br>FT  LAUDERDALE FL 33311 |
| CREDITOR ID: 296511-39<br>JOHN M ROSS<br>1429 HONEY CREEK RD<br>ANDERSON SC 29621 | CREDITOR ID: 296512-39<br>JOHN M SAWN III<br>7730 W RIVER BEND RD<br>DUNNELLON FL 34433 | CREDITOR ID: 296513-39<br>JOHN M SCHULTZ & PAM S<br>SCHULTZ JT TEN<br>15400 SE 292ND AVE<br>ALTOONA FL 32702 |
| CREDITOR ID: 296514-39<br>JOHN M SCHWARTZ<br>2099 SE BENEDICTINE ST<br>PORT  ST  LUCIE FL 34983 | CREDITOR ID: 296515-39<br>JOHN M SCHWARTZ & LINDA<br>SCHWARTZ JT TEN<br>2099 SE BENEDICTINE ST<br>PORT  SAINT  LUCIE FL 34983 | CREDITOR ID: 296516-39<br>JOHN M SIZEMORE<br>14909 BIRCHMAN RD<br>LOUISVILLE KY 40245 |
| CREDITOR ID: 296517-39<br>JOHN M SNELL<br>406 WOODVALLEY CT<br>GREENVILLE AL 36037 | CREDITOR ID: 296518-39<br>JOHN M TERRY & DENISE T<br>TERRY JT TEN<br>168 SAN LEONARDO WAY NE<br>HUNTSVILLE AL 35811 | CREDITOR ID: 296519-39<br>JOHN M THOMPSON & PATTI L<br>THOMPSON JT TEN<br>100 E ROSEWOOD DR<br>CLARKSVL IN 47129 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296520-39<br>JOHN M TURNER<br>3027 MAPLE AVE M-1<br>BURLINGTON NC 27215 | CREDITOR ID: 296521-39<br>JOHN M WINSTEAD<br>RT 1 BOX 76BB<br>PINE  TOPS NC 27864 | CREDITOR ID: 296522-39<br>JOHN MARK BRIDGES<br>5740 JULIAN BAUGH RD<br>LULA GA 30554 |
| CREDITOR ID: 296523-39<br>JOHN MARK GORDON<br>PO BOX 484<br>BLAIRSVILLE GA 30512 | CREDITOR ID: 296524-39<br>JOHN MARK HILL<br>3055 MOCKINGBIRD LN<br>KANNAPOLIS NC 28083 | CREDITOR ID: 296525-39<br>JOHN MARK LOWIE<br>911 WEST PINE GROVE RD<br>SENECA SC 29678 |
| CREDITOR ID: 296526-39<br>JOHN MARSHALL CORDELL &<br>KATHLEEN M CORDELL JT TEN<br>252 LAKE SHORE DR<br>MERRITT  IS FL 32953 | CREDITOR ID: 296527-39<br>JOHN MARSHALL ELLENBURG III<br>UNIT 25<br>8200 AIA SOUTH<br>CRESCENT  BEACH FL 32080 | CREDITOR ID: 296528-39<br>JOHN MARSHALL JR<br>1135 JEFFERSON<br>ATLANTA GA 30318 |
| CREDITOR ID: 296529-39<br>JOHN MARTIN DEBORD<br>P O BOX 702163<br>SAINT  CLOUD FL 34770 | CREDITOR ID: 296530-39<br>JOHN MARTIN EDENS<br>1463 THE XING<br>ROCK  HILL SC 29732 | CREDITOR ID: 296531-39<br>JOHN MCGHEE III<br>1564 POB 1564<br>LA  GRANGE GA 30240 |
| CREDITOR ID: 296532-39<br>JOHN MCNEIL & JANET MCNEIL<br>JT TEN<br>6945 WOODLEY DR<br>PENSACOLA FL 32504 | CREDITOR ID: 296533-39<br>JOHN MICHAEL BUTLER<br>2968 BOOGER HILL RD<br>DANIELSVILLE GA 30633 | CREDITOR ID: 296534-39<br>JOHN MICHAEL KRAUSS<br>2315 SHAMROCK DR<br>DECATUR GA 30032 |
| CREDITOR ID: 296535-39<br>JOHN MICHAEL SINEATH &<br>PAMELA E SINEATH JT TEN<br>2150 TAPPAN ZEE LN NE<br>PALM  BAY FL 32905 | CREDITOR ID: 296536-39<br>JOHN MITCHELL CHANDLER<br>BOX 835<br>FAIRFIELD FL 32634 | CREDITOR ID: 296537-39<br>JOHN MITCHELL COFFRIN &<br>CARLA SALENE COFFRIN JT TEN<br>10243 TEDS COURT<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 296538-39<br>JOHN N DILLARD<br>2435 37TH AVE N<br>ST  PETERSBURG FL 33713 | CREDITOR ID: 296539-39<br>JOHN N GARNER<br>1493 SCARLETT WAY<br>GREEN  COVE  SPRINGS FL 32043 | CREDITOR ID: 296540-39<br>JOHN N TRIVETTE<br>940 VALLEY DR<br>NEWTON NC 28658 |
| CREDITOR ID: 296541-39<br>JOHN O EICHHOLD<br>1055 HICKS BLVD<br>FAIRFIELD OH 45014 | CREDITOR ID: 296542-39<br>JOHN O FERRELL<br>195 S OAK DR APT A<br>SATELLITE  BCH FL 32937 | CREDITOR ID: 296543-39<br>JOHN O WILKINS & LINDA S<br>WILKINS JT TEN<br>4710 DRY CREEK RD<br>DURHAM NC 27707 |
| CREDITOR ID: 296544-39<br>JOHN OSCAR RANDALL III &<br>MARCIA G RANDALL TTEES THE<br>RANDALL JOINT TRUST DTD<br>10-10-95<br>5640 WILSON BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 296545-39<br>JOHN OWENS & ERLETTE OWENS<br>JT TEN<br>11640 COLLINS CREEK DR<br>JACKSONVILLE FL 32258 | CREDITOR ID: 296546-39<br>JOHN OXLEY<br>356 BEAUMONT<br>VISTA CA 92084 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 296547-39<br><br>JOHN P ALLWEIN III<br>1801 LAKE SALVADOR DR<br>HARVEY LA 70058 | CREDITOR ID: 296548-39<br><br>JOHN P ARGOE<br>1405 SW 9TH ST<br>FT  LAUDERDALE FL 33312 | CREDITOR ID: 296549-39<br><br>JOHN P ARNO & LYNDA L ARNO<br>JT TEN<br>00990 SNYDER RD<br>BOYNE  CITY MI 49712 |
| CREDITOR ID: 296550-39<br><br>JOHN P BARKENQUAST & ANNE<br>M BARKENQUAST TRUSTEES U-A DTD<br>09-26-2000 THE BARKENQUAST<br>REVOCABLE LIVING TRUST<br>3655 ALBIN AVENUE<br>NORTH  PORT FL 34286 | CREDITOR ID: 296551-39<br><br>JOHN P BASSANT<br>3612 ROCKAWAY DR<br>HOLIDAY FL 34691 | CREDITOR ID: 296552-39<br><br>JOHN P BATTS<br>4 CHARLCOTE CIR<br>VALDOSTA GA 31602 |
| CREDITOR ID: 296553-39<br><br>JOHN P CALDWELL JR<br>123 ERIC LN APT 5<br>BOONE NC 28607 | CREDITOR ID: 296554-39<br><br>JOHN P CHILTON<br>APT 61<br>2323 CHARLESTOWN PIKE<br>JEFFERSONVILLE IN 47130 | CREDITOR ID: 296555-39<br><br>JOHN P COX<br>172 WOODTRAIL LN<br>GASTON SC 29053 |
| CREDITOR ID: 296556-39<br><br>JOHN P DEEREY JR<br>1806 SCHNELL DR<br>ARABI LA 70032 | CREDITOR ID: 296557-39<br><br>JOHN P DUCKWALL<br>1462 S 1ST ST<br>LOUISVILLE KY 40208 | CREDITOR ID: 296559-39<br><br>JOHN P DUCKWALL TTEE U-W<br>MARGARET N STEPHENS F-B-O<br>ERIC TRAVIS DUCKWALL<br>1462 S 1ST STREET<br>LOUISVILLE KY 40208 |
| CREDITOR ID: 296558-39<br><br>JOHN P DUCKWALL TTEE U-W<br>MARGARET N STEPHENS F-B-O<br>BRANDI MICHELLE DUCKWALL<br>1462 S 1ST STREET<br>LOUISVILLE KY 40208 | CREDITOR ID: 296560-39<br><br>JOHN P DURBIN<br>815 ASH ST<br>WINNETKA IL 60093 | CREDITOR ID: 296561-39<br><br>JOHN P EDELKAMP<br>2511 5TH AVE<br>FORT  WORTH TX 76110 |
| CREDITOR ID: 296562-39<br><br>JOHN P FREY & KATHRYN M FREY<br>JT TEN<br>2703 22ND AVE<br>MONROE WI 53566 | CREDITOR ID: 296563-39<br><br>JOHN P GILMORE<br>7540 MERLYN CIR<br>LOUISVILLE KY 40217 | CREDITOR ID: 296564-39<br><br>JOHN P HINES<br>PO BOX 10<br>CORDELE GA 31015 |
| CREDITOR ID: 296565-39<br><br>JOHN P JANCZE<br>435 RABBIT RUN RD<br>MCDONOUGH GA 30252 | CREDITOR ID: 296566-39<br><br>JOHN P KENNEDY & CLARITA S<br>KENNEDY TR U-A 06-04-87<br>KENNEDY TRUST<br>32096 VIA BUENA<br>SAN  JUAN  CAPISTRANO CA 92675 | CREDITOR ID: 296567-39<br><br>JOHN P MCMAHON<br>2521 COLONY DRIVE<br>DUNEDIN FL 34698 |
| CREDITOR ID: 296568-39<br><br>JOHN P MORGAN<br>124 CALLE MENENDEZ<br>ST  AUGUSTINE FL 32086 | CREDITOR ID: 296569-39<br><br>JOHN P MORGAN JR<br>PO BOX 278<br>MONCKS  CORNER SC 29461 | CREDITOR ID: 296570-39<br><br>JOHN P MURPHY<br>3516 RED OAK CIR E<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 296571-39<br><br>JOHN P MURPHY & MAXINE L<br>MURPHY JT TEN<br>3516 RED OAK CIR E<br>ORANGE  PARK FL 32073 | CREDITOR ID: 296572-39<br><br>JOHN P OVERCASH<br>PO BOX 3961<br>GASTONIA NC 28054 | CREDITOR ID: 296573-39<br><br>JOHN P OVERCASH & PATSY W B<br>OVERCASH JT TEN<br>601 N NEW HOPE RD<br>GASTONIA NC 28054 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296574-39<br>JOHN P PETTY<br>4931 WOODLAND AVE<br>CLALAHAN FL 32011 | CREDITOR ID: 296575-39<br>JOHN P PETTY & HENRIETTA<br>PETTY JT TEN<br>4931 WOODLAND AVE<br>CLALAHAN FL 32011 | CREDITOR ID: 296576-39<br>JOHN P QUIRK<br>1710 PATRICIA LANE<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 296577-39<br>JOHN P RICH<br>195 DYER RD<br>WEST  PALM  BEACH FL 33405 | CREDITOR ID: 296578-39<br>JOHN P TOMASSO & ROSEMARIE M<br>TOMASSO JT TEN<br>85 STAMFORD AVE<br>PROVIDENCE RI 02907 | CREDITOR ID: 296579-39<br>JOHN P TRZCINKA & INENE M<br>TRZCINKA JT TEN<br>73 ALLWORTHY ST<br>PORT  CHARLOTTE FL 33954 |
| CREDITOR ID: 296580-39<br>JOHN P VASILOPOULOS & MARY J<br>VASILOPOULOS JT TEN<br>9566 NORTHCLIFFE BLVD<br>SPRING  HILL FL 34608 | CREDITOR ID: 296581-39<br>JOHN P WOOD<br>5175 S SPLIT STUMP ROAD<br>LEXINGTON IN 47138 | CREDITOR ID: 296582-39<br>JOHN P WOOD & JANET S WOOD<br>JT TEN<br>5175 S SPLIT STUMP RD<br>LEXINGTON IN 47138 |
| CREDITOR ID: 296583-39<br>JOHN P WOODS JR<br>808 REYNOLDS ST<br>RAYNE LA 70578 | CREDITOR ID: 296584-39<br>JOHN PARMALEE<br>23506 KINGS FOREST RD<br>HOCKLEY TX 77447 | CREDITOR ID: 296585-39<br>JOHN PATRICK FOLEY<br>7734 PLANTATION CIR<br>BRADENTON FL 34201 |
| CREDITOR ID: 296586-39<br>JOHN PAUL ARNO<br>00990 SNYDER RD<br>BOYNE  CITY MI 49712 | CREDITOR ID: 296587-39<br>JOHN PAUL BERRYMAN<br>PO BOX 1091<br>ELBERTON GA 30635 | CREDITOR ID: 296588-39<br>JOHN PAUL DAVIS<br>305 GREEN FOREST DR 15<br>ANDERSON SC 29625 |
| CREDITOR ID: 296589-39<br>JOHN PAUL DUCKWALL<br>204 CHOCTAW RD<br>LOUISVILLE KY 40207 | CREDITOR ID: 296590-39<br>JOHN PAUL JACOBS<br>4761 MACEDONIA CHURCH RD<br>PROSPERITY SC 29127 | CREDITOR ID: 296591-39<br>JOHN PICCIRILLO<br>1141 DAVENPORT DR<br>PORT  CHARLOTTE FL 33953 |
| CREDITOR ID: 296592-39<br>JOHN PIRRELLO CUST NICOLE<br>SARIF U/G/M/A/NJ<br>10992 SUNSET LAKE RD<br>STANFIELD NC 28163 | CREDITOR ID: 296593-39<br>JOHN PRESTON & KELLIE S<br>PRESTON JT TEN<br>617 G NE<br>ARDMORE OK 73401 | CREDITOR ID: 296595-39<br>JOHN QUINCY PIRIE<br>690 CECINA WAY APT A<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 296596-39<br>JOHN R ADCOCK<br>422 ELM ST<br>EMINENCE KY 40019 | CREDITOR ID: 296597-39<br>JOHN R ANDREWS SR<br>5236 WIGGINS LAKE RD<br>WALNUT  HILL FL 32568 | CREDITOR ID: 296598-39<br>JOHN R BAXTER & JEAN A BAXTER<br>JT TEN<br>P O BOX 2193<br>NAPA CA 94558 |
| CREDITOR ID: 296599-39<br>JOHN R BOWEN CUST FOR<br>KENNETH R BOWEN UNDER THE FL<br>GIFTS TO MINORS ACT<br>1031 HUMBOLDT ST<br>ENGLEWOOD FL 34224 | CREDITOR ID: 296600-39<br>JOHN R CAIN<br>3323 SEVEN SPRINGS DR<br>SANDY UT 84092 | CREDITOR ID: 296601-39<br>JOHN R CARMICHAEL<br>452 HARLEY PERRY RD<br>ZIONVILLE NC 28698 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 296602-39
JOHN R CARSON
230 CEDAR DR
PEACHTREE  CITY GA 30269

CREDITOR ID: 296603-39
JOHN R CAUBLE & MARTHA T
CAUBLE CO-TRUSTEES U-A DTD
05-16-96 CAUBLE FAMILY TRUST
3823 BEVERLY GLEN BLVD
SHERMAN  OAKS CA 91423

CREDITOR ID: 296605-39
JOHN R COBB CUST TAYLOR F
COBB UNIF TRANS MIN ACT FL
1841 RIVER RD
JACKSONVILLE FL 32207

CREDITOR ID: 296606-39
JOHN R CRAFT & KIMBERLY A
CRAFT JT TEN
562 SAN PABLO RD N
JACKSONVILLE FL 32225

CREDITOR ID: 296607-39
JOHN R CROWE
22 CODDINGTON AVE
STATEN  ISLAND NY 10306

CREDITOR ID: 296608-39
JOHN R CROWLEY
5079 CHANTILLY DR
CINCINNATI OH 45238

CREDITOR ID: 296609-39
JOHN R DOVERSPIKE & BERTIE A
DOVERSPIKE JT TEN
4419 SYLVAN DR
COLUMBIA SC 29206

CREDITOR ID: 296610-39
JOHN R EALUM JR
2439 COUNTY ROAD 85
DEATSVILLE AL 36022

CREDITOR ID: 296611-39
JOHN R FAIRCLOTH
11835 LEONARDO LA EAST
JACKSONVILLE FL 32218

CREDITOR ID: 296613-39
JOHN R FRYMIRE
174 AERO DRIVE
DEFUNIAK  SPRINGS FL 32433

CREDITOR ID: 296614-39
JOHN R GOGNAT
4803 BLUEBIRD AVE
LOUISVILLE KY 40213

CREDITOR ID: 296615-39
JOHN R HALL
6100 W ROBINSON ST
ORLANDO FL 32811

CREDITOR ID: 296616-39
JOHN R HARPOLE & SANDRA K
HARPOLE JT TEN
6740 RYAN CREST
FLORISSANT MO 63033

CREDITOR ID: 296617-39
JOHN R HAWES III
161 NW 2ND ST
OAK  ISLAND NC 28465

CREDITOR ID: 296618-39
JOHN R HENESEN & MARTHA A
HENESEN JT TEN
17 BERCKMAN LANE
ROME GA 30165

CREDITOR ID: 296619-39
JOHN R HOLMAN
536 LARKWOOD DR
MONTGOMERY AL 36109

CREDITOR ID: 296620-39
JOHN R HOLMAN & DEBRA D
HOLMAN JT TEN
536 LARKWOOD DR
MONTGOMERY AL 36109

CREDITOR ID: 296621-39
JOHN R JAMES
22410 OLD SCENIC HWY
ZACHARY LA 70791

CREDITOR ID: 296624-39
JOHN R LOCKE
1912 LANE AVE
JACKSONVILLE FL 32210

CREDITOR ID: 296625-39
JOHN R MERRICK & ALZIE J
MERRICK JT TEN
PO BOX 236
OAK  HILL FL 32759

CREDITOR ID: 296626-39
JOHN R MURPHY
805 PLUME ST
SPARTANBURG SC 29302

CREDITOR ID: 296627-39
JOHN R PARCELL
5157 ALBRECHT LAN
WARRENTON VA 22186

CREDITOR ID: 296628-39
JOHN R PEOPLES
5603 PERRY ST
JACKSONVILLE FL 32208

CREDITOR ID: 296629-39
JOHN R PERRILL
108 FORT MARION ST
BEAUFORT SC 29902

CREDITOR ID: 296630-39
JOHN R PHILLIPS
741 DETROIT ST
JACKSONVILLE FL 32254

CREDITOR ID: 296631-39
JOHN R PONZIANO & MILDRED J
PONZIANO JT TEN
3415 S SCHULTZ DR
LANSING IL 60438

CREDITOR ID: 296632-39
JOHN R PRINGLE
1003 S 4TH ST
GRANDVIEW TX 76050

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 296633-39
JOHN R RICKEL
2726 53RD AVE N
ST PETERSBURG FL 33714

CREDITOR ID: 296634-39
JOHN R RODENBARGER & FRANCIS
D RODENBARGER JT TEN
27214 W 12TH AVE
HILLIARD FL 32046

CREDITOR ID: 296637-39
JOHN R SEIVERT
2301 HOLLY OAKS RIVER DR
JACKSONVILLE FL 32225

CREDITOR ID: 296638-39
JOHN R SEIVERT & KATHLEEN W
SEIVERT JT TEN
2301 HOLLY OAKS RIVER DR
JACKSONVILLE FL 32225

CREDITOR ID: 296640-39
JOHN R STEVENS
929 PAPAYA ST
AUGUSTA GA 30904

CREDITOR ID: 296641-39
JOHN R STEWART JR CUST LAURA
AURORE STEWART UND UNIF GIFT
MIN ACT VA
265 WYNGATE CIR
FAYETTEVILLE GA 30215

CREDITOR ID: 296642-39
JOHN R STEWART JR CUST MEGAN
REBECCA STEWART A MIN UNDER
LAWS OF GEORGIA
265 WYNGATE CIR
FAYETTEVILLE GA 30215

CREDITOR ID: 296643-39
JOHN R STOVER
29 HUNTRESS AVE
BELFAST ME 04915

CREDITOR ID: 296644-39
JOHN R SUBERS
17 SANCTUARY BLVD
MANDEVILLE LA 70471

CREDITOR ID: 296645-39
JOHN R WHETSTINE & MARGARET
L WHETSTINE JT TEN
509 S PHELPS AVE
ARLINGTON HEIGHTS IL 60004

CREDITOR ID: 296646-39
JOHN R WHITE & PATRICIA C
WHITE JT TEN
4128 STONEFIELD DR
ORLANDO FL 32826

CREDITOR ID: 296647-39
JOHN R WILLIAMS & JANET E
WILLIAMS JT TEN
8947 SNELLGROVE AVE E
JACKSONVILLE FL 32220

CREDITOR ID: 296648-39
JOHN R WILLIAMS CUST ROBERT
HARDEE KELLY JR UNIF TRANS
MIN ACT FL
8947 SNELLGROVE AVE E
JACKSONVILLE FL 32220

CREDITOR ID: 296649-39
JOHN R WILLIAMS JR
4401 STATE ROAD 21
GREEN CV SPGS FL 32043

CREDITOR ID: 296650-39
JOHN R WILSON III
676 DRYRIDGE ROAD
ELIZABETH CITY NC 27909

CREDITOR ID: 296651-39
JOHN R WISEMAN
6060 COLD HARBOR RD
MECHANICSVILLE VA 23111

CREDITOR ID: 296652-39
JOHN RANDALL
2064 KAMLA DRIVE
LEWISVILLE TX 75067

CREDITOR ID: 296653-39
JOHN RANDALL ADKINS
10303 MONACO DR
JACKSONVILLE FL 32218

CREDITOR ID: 296654-39
JOHN RANDALL SCOTT
PO BOX 171
HELENA GA 31037

CREDITOR ID: 296655-39
JOHN RANDY COX & PEGGY S COX
JT TEN
1953 HONEY SUCKLE LN
WAYCROSS GA 31503

CREDITOR ID: 296656-39
JOHN RAYMOND JACKSON
2994 GOLF COURSE RD
PERRY FL 32348

CREDITOR ID: 296657-39
JOHN RENWICK COLLINS
2032 WESTWIND DR
KINGSPORT TN 37660

CREDITOR ID: 296658-39
JOHN RICHARD DESBOEUFS
150 AVONDALE DR
AUGUSTA GA 30907

CREDITOR ID: 296659-39
JOHN RICHARD DIAL
7903 PORTAL DR
HOUSTON TX 77071

CREDITOR ID: 296660-39
JOHN RICHARDSON & WILLIE M
RICHARDSON JT TEN
539 ROMFORD RD
COLUMBIA SC 29203

CREDITOR ID: 296661-39
JOHN RIVERA
3951 RIDGEWOOD DR
TIUSVILLE FL 32796

CREDITOR ID: 296662-39
JOHN ROBERT GOGNAT SR
4803 BLUEBIRD AVE
LOUISVILLE KY 40213

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296663-39<br>JOHN ROBERT HAWLEY CUST<br>MADELYN ELAINE HAWLEY UNDER<br>GA UNIFORM TRANSFERS TO<br>MINORS ACT<br>108 PLEASANT BREEZE WAY<br>KINGSLAND GA 31548 | CREDITOR ID: 296664-39<br>JOHN ROBERT KEIFER<br>RFD 1<br>GUIDE  ROCK NE 68942 | CREDITOR ID: 296665-39<br>JOHN RUSSELL CAUBLE JR<br>1338 S CARMELINA AVE APT 8<br>LOS  ANGELES CA 90025 |
| CREDITOR ID: 296666-39<br>JOHN S BACON<br>5951 US 19 S<br>THOMASVILLE GA 31792 | CREDITOR ID: 296667-39<br>JOHN S BALBASTRO<br>3404 W SHENANDOAH DR<br>ORANGE  PARK FL 32065 | CREDITOR ID: 296668-39<br>JOHN S BILE &<br>RUTH BILE JT TEN<br>215 BEVERLEY RD<br>BROOKLYN NY 11218 |
| CREDITOR ID: 296669-39<br>JOHN S BLACKMAN<br>108 CEDAR CREEK CIRCLE<br>CENTRAL SC 29630 | CREDITOR ID: 296670-39<br>JOHN S DE LA FLEUR<br>PO BOX 405<br>JOHNNSTOWN NY 12095 | CREDITOR ID: 296671-39<br>JOHN S DECKER<br>1604 ARCADIA DR APT 206<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 296672-39<br>JOHN S DETLEFSEN<br>20031 NE 20TH LANE<br>LAWTEY FL 32058 | CREDITOR ID: 296673-39<br>JOHN S EDISON<br>161 OTTAWA NW 511<br>GRAND  RAPIDS MI 49503 | CREDITOR ID: 296674-39<br>JOHN S GROSSENBACHER<br>31800 ORANGE ST<br>SORRENTO FL 32776 |
| CREDITOR ID: 296675-39<br>JOHN S HIOTT<br>3642 BROOKWOOD RD<br>MOUNTAIN  BRK AL 35223 | CREDITOR ID: 296676-39<br>JOHN S HUGHES<br>19086 HWY 16 E<br>AMITE LA 70422 | CREDITOR ID: 296677-39<br>JOHN S HUNSINGER<br>1627 PEACHTREE ST NE<br>ATLANTA GA 30309 |
| CREDITOR ID: 296678-39<br>JOHN S L SWARTS<br>13795 SE 88TH AVE<br>SUMMERFIELD FL 34491 | CREDITOR ID: 296679-39<br>JOHN S RECTENWALD & NICHOLE<br>J RECTENWALD JT TEN<br>114 GLENORA DR<br>MARTINEZ GA 30907 | CREDITOR ID: 296680-39<br>JOHN S ROSS<br>7156 COLONY CLUB DRIVE<br>LAKE  WORTH FL 33463 |
| CREDITOR ID: 296681-39<br>JOHN S RYLANDER<br>4180 RIVERWOOD DR<br>LOVES  PARK IL 61111 | CREDITOR ID: 296682-39<br>JOHN S SIMCOX<br>517 GREEN FOREST DRIVE<br>SEVERNA  PARK MD 21146 | CREDITOR ID: 296683-39<br>JOHN S SMITH<br>884 E OLD LIMESTONE RD<br>YORK SC 29745 |
| CREDITOR ID: 296684-39<br>JOHN S STEVENS & KIMBERLY E<br>STEVENS JT TEN<br>740 NW 72ND WAY<br>HOLLYWOOD FL 33024 | CREDITOR ID: 296685-39<br>JOHN S ZWIRZ<br>1324 GREENLAND TRACE<br>DELAND FL 32720 | CREDITOR ID: 296686-39<br>JOHN SASSANO & ELIZABETH<br>SASSANO JT TEN<br>762 SHEOAH BLVD<br>WINTER  SPRINGS FL 32708 |
| CREDITOR ID: 296687-39<br>JOHN SCOTT LEWIS<br>931 EAST 7TH DR<br>MEZA AR 85204 | CREDITOR ID: 296688-39<br>JOHN SCOTT WHITT<br>14573 HAREWOOD CT<br>JACKSONVILLE FL 32258 | CREDITOR ID: 296689-39<br>JOHN SHARP<br>6325 QUAIL RIDGE DR<br>TAMPA FL 33625 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296690-39<br>JOHN STEBERL & CHARLOTTE<br>STEBERL JT TEN<br>3700 STATE ROUTE 56<br>MECHANICSBURG OH 43044 | CREDITOR ID: 296691-39<br>JOHN STEELY<br>14975 GARFIELD DRIVE<br>HOMESTEAD FL 33033 | CREDITOR ID: 296692-39<br>JOHN STEPHEN LAWTON<br>1478 16TH STREET<br>SARASOTA FL 34236 |
| CREDITOR ID: 296693-39<br>JOHN STEVEN HERRON<br>1253 WHITE PINE DR<br>WELLINGTON FL 33414 | CREDITOR ID: 296694-39<br>JOHN SWIDEN TTEE U-A DTD<br>08-15-88 JOHN & FLORENCE<br>SWIDEN LIVING TRUST<br>3144 PLUM ISLAND DR<br>NORTHBROOK IL 60062 | CREDITOR ID: 296695-39<br>JOHN SWINDLEHURST & MARY<br>SWINDLEHURST JT TEN<br>3181 SHRIVER DR<br>SAN JOSE CA 95132 |
| CREDITOR ID: 296696-39<br>JOHN SZYMANSKI<br>12308 VILLAGE LN<br>OKLAHOMA CITY OK 73170 | CREDITOR ID: 296697-39<br>JOHN T ANIPEN<br>1650 E FOREST AVENUE<br>YPSILANTI MI 48198 | CREDITOR ID: 296698-39<br>JOHN T BOUMA<br>32 SWISS TERRACE<br>WAYNE NJ 07470 |
| CREDITOR ID: 296699-39<br>JOHN T CHISSOM<br>251 VETERANS AVE<br>BOWLING GREEN KY 42104 | CREDITOR ID: 296700-39<br>JOHN T DANIEL & SUSAN B<br>DANIEL JT TEN<br>4328 BELKNAP RD<br>CHARLOTTE NC 28211 | CREDITOR ID: 296701-39<br>JOHN T DOWNS<br>2909 LAKEWOOD DR<br>VIOLET LA 70092 |
| CREDITOR ID: 296702-39<br>JOHN T FAY<br>1858 WOODLAND DR N<br>FAYETTEVILLE OH 45118 | CREDITOR ID: 296703-39<br>JOHN T GARFIELD<br>74 COUNTY STREET<br>NORWALK CT 06851 | CREDITOR ID: 296704-39<br>JOHN T KELLIHER<br>16007 MARSHFIELD DRIVE<br>TAMPA FL 33624 |
| CREDITOR ID: 296705-39<br>JOHN T KENNEDY<br>3465 MARVIN HILL PL<br>TRINITY NC 27370 | CREDITOR ID: 296706-39<br>JOHN T LUNZ & BARBARA S LUNZ<br>JT TEN<br>2040 MATTHEW AVE<br>ROSAMOND CA 93560 | CREDITOR ID: 296707-39<br>JOHN T MANLEY<br>326 WEST CRAGMONT DR<br>INDIANAPOLIS IN 46217 |
| CREDITOR ID: 296708-39<br>JOHN T PAXTON<br>227 MCCARSON RD<br>MARIETTA SC 29661 | CREDITOR ID: 296709-39<br>JOHN T PEELER CUST JOHN<br>JAMES HOLDEN PEELER UNDER<br>THE NC UNIF TRAN MIN ACT<br>6096 NC HWY 801 S<br>MOCKSVILLE NC 27028 | CREDITOR ID: 296710-39<br>JOHN T PRESCOTT JR<br>230 GROVE ST<br>BREVARD NC 28712 |
| CREDITOR ID: 296711-39<br>JOHN T REEVES<br>4175 SW MALLARD CREEK TRL<br>PALM CITY FL 34990 | CREDITOR ID: 296712-39<br>JOHN T RHODES<br>12358 HARTFORD AVENUE<br>OROFINO ID 83544-9312 | CREDITOR ID: 296713-39<br>JOHN T RIERA JR<br>125 LANDIS ST<br>NEW SMYRNA BEACH FL 32168 |
| CREDITOR ID: 296714-39<br>JOHN T ROSS<br>4235 BUCK HILL RD S<br>TRUMANSBURG NY 14886 | CREDITOR ID: 296715-39<br>JOHN T RYAN<br>3382 GLENSHANE WAY<br>ORMOND BEACH FL 32174 | CREDITOR ID: 296716-39<br>JOHN T RYAN & MARY J RYAN JT<br>TEN<br>3382 GLENSHANE WAY<br>ORMOND BEACH FL 32174 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 296717-39<br>JOHN T SMITH<br>8108 RED CEDAR WAY<br>LOUISVILLE KY 40219 | CREDITOR ID: 296718-39<br>JOHN T STEPHENS<br>4515 LONG ST<br>POWDER  SPRINGS GA 30073 | CREDITOR ID: 296719-39<br>JOHN T WARD<br>200 EDGEWOOD CIR<br>MONROEVILLE AL 36460 |
| CREDITOR ID: 296720-39<br>JOHN T WEST<br>10269 128 TERRACE<br>LARGO FL 33773 | CREDITOR ID: 296721-39<br>JOHN TABLER JR<br>9205 ASH SPRING RD APT#3<br>LOUIVILLE KY 40291 | CREDITOR ID: 296722-39<br>JOHN TEMPLE<br>5087 CR 114<br>WILLDWOOD FL 34785 |
| CREDITOR ID: 296723-39<br>JOHN TESTA<br>PO BOX 577<br>HOLLIS NH 03049 | CREDITOR ID: 296724-39<br>JOHN THEODORE DIESTEL<br>13 MACARTHUR TER<br>BRUNSWICK GA 31520 | CREDITOR ID: 296725-39<br>JOHN THOMAS BAILEY & JANICE<br>BAILEY JT TEN<br>1107 MOORE TER<br>ARLINGTON TX 76010 |
| CREDITOR ID: 296726-39<br>JOHN THOMAS STEELE<br>235 CRANE SWAMP RD<br>CHURCH  HILL MD 21623 | CREDITOR ID: 296728-39<br>JOHN TJENALOOI<br>4180 NW 113 AVENUE<br>SUNRISE FL 33323 | CREDITOR ID: 296729-39<br>JOHN TOMPKINS<br>STE B340<br>2160 CALIFORNIA AVE<br>SAND  CITY CA 93955 |
| CREDITOR ID: 296730-39<br>JOHN TOMPKINS & RISE<br>TOMPKINS JT TEN<br>2160 CALIFORNIA AVE #B340<br>SAND  CITY CA 93955 | CREDITOR ID: 296731-39<br>JOHN V BATES<br>2465 JAMAICA ST<br>PORT  CHARLOTTE FL 33980 | CREDITOR ID: 296732-39<br>JOHN V DIEHL & SHIRLEY ANN<br>DIEHL JT TEN<br>8500 JENNY LIND DR<br>LOUISVILLE KY 40219 |
| CREDITOR ID: 296733-39<br>JOHN V SCIANNA JR<br>884 LINWOOD WAY<br>MELBOURNE FL 32940 | CREDITOR ID: 296734-39<br>JOHN V SMITH JR<br>BOX 330517<br>ATLANTIC  BEACH FL 32233 | CREDITOR ID: 296735-39<br>JOHN V STIVERS JR<br>1152 MONTEAGLE CIR<br>APOPKA FL 32712 |
| CREDITOR ID: 296736-39<br>JOHN VIAFARA<br>3109 NW 133RD ST<br>OPA  LOCKA FL 33054 | CREDITOR ID: 296737-39<br>JOHN VICTOR SMITH<br>1419 E CENTER ST<br>LEXINGTON NC 27292 | CREDITOR ID: 296738-39<br>JOHN VILCHES JR<br>6219 N 45TH ST<br>TAMPA FL 33610 |
| CREDITOR ID: 296739-39<br>JOHN VITO MEGLINO<br>1246 ATTICUS CT<br>WESLEY  CHAPEL FL 33543 | CREDITOR ID: 296740-39<br>JOHN W A WOODY JR<br>10651 WESCH RD<br>PO BOX 666<br>BROOKLYN MI 49230 | CREDITOR ID: 296741-39<br>JOHN W ANDERSON<br>4181 SILVER DOME RD 115<br>DENTON TX 76208 |
| CREDITOR ID: 296742-39<br>JOHN W BANKS<br>2403 87TH ST NW<br>MIAMI FL 33147 | CREDITOR ID: 296743-39<br>JOHN W BERRY<br>3305 WUTHERING HEIGHTS<br>RICHMOND VA 23234 | CREDITOR ID: 296744-39<br>JOHN W BLANCHARD<br>306 GRAVOUIA DRIVE<br>BREAUX  BRIDGE LA 70517 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296745-39<br>JOHN W BLOMGREN & KAREN L<br>BLOMGREN JT TEN<br>635 IRBY CIR<br>UNION  GROVE AL 35175 | CREDITOR ID: 296746-39<br>JOHN W BRYAN SR & DORRY<br>BRYAN JT TEN<br>9503 TRIGGERS PASS RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 296747-39<br>JOHN W CALDWELL<br>266 COLLEGE AVE<br>NEW  HOPE AL 35760 |
| CREDITOR ID: 296748-39<br>JOHN W COLLINS &<br>VIRGINIA H COLLINS JT TEN<br>442 S HUDSON STREET<br>ORLANDO FL 32835 | CREDITOR ID: 296749-39<br>JOHN W CONNOLLY III<br>23 HERON OAKS CT<br>AMELIA  CITY FL 32034 | CREDITOR ID: 296750-39<br>JOHN W CORE & CAROLYN W CORE<br>JT TEN<br>393 WOOD RD<br>DUNN NC 28334 |
| CREDITOR ID: 296751-39<br>JOHN W CROSS III<br>4913 MIDDLETON CIR<br>THE  COLONY TX 75056 | CREDITOR ID: 296752-39<br>JOHN W DARROCH<br>1085 TEMPLE RD<br>BUNNLEVEL NC 28323 | CREDITOR ID: 296753-39<br>JOHN W ELLIS<br>1009 BLUE SPRUCE DR<br>OCOEE FL 34761 |
| CREDITOR ID: 296754-39<br>JOHN W GILLEY & PAULINE A<br>GILLEY TEN ENT<br>PO BOX 503<br>CHARLESTOWN MD 21914 | CREDITOR ID: 296755-39<br>JOHN W GULA<br>300 SMOKEY ROCK LANE<br>BUDA TX 78610 | CREDITOR ID: 296756-39<br>JOHN W HAGER<br>2861 OAK ST<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 296757-39<br>JOHN W HARRISON JR<br>2546 SARATOGA DRIVE<br>LOUISVILLE KY 40205 | CREDITOR ID: 296760-39<br>JOHN W HORNE JR<br>2445 ST STEPHENS CHURCH RD<br>MOUNT  PLEASANT NC 28124 | CREDITOR ID: 296761-39<br>JOHN W JEFFCOAT & MARIE<br>JEFFCOAT JT TEN<br>8312 PADDOCK AVE<br>TAMPA FL 33614 |
| CREDITOR ID: 296762-39<br>JOHN W JONES<br>1620 DORIS ANN CT<br>OCOEE FL 34761 | CREDITOR ID: 296763-39<br>JOHN W LANDRUM<br>1902 SE MANTH LN<br>PORT  SAINT  LUCIE FL 34983 | CREDITOR ID: 296764-39<br>JOHN W LEE JR<br>4600 OLD FORT BAYOU RD<br>OCEAN  SPRINGS MS 39564 |
| CREDITOR ID: 296765-39<br>JOHN W MCASSEY<br>121 MAIN ST<br>BOISE ID 83702 | CREDITOR ID: 296766-39<br>JOHN W MCNAIR III<br>24 TABOR CROSSING<br>APT 248<br>LONGMEADOW MA 01106 | CREDITOR ID: 296767-39<br>JOHN W MEYERS<br>719 N HALIFAX AVE<br>DAYTONA  BCH FL 32118 |
| CREDITOR ID: 296768-39<br>JOHN W MONTGOMERY<br>4438 WATER OAK LN<br>JACKSONVILLE FL 32210 | CREDITOR ID: 296769-39<br>JOHN W MONTGOMERY & KARA LEE<br>MONTGOMERY JT TEN<br>4438 WATER OAK LN<br>JACKSONVILLE FL 32210 | CREDITOR ID: 296770-39<br>JOHN W OWENS<br>15307 N W 32ND AVE<br>NEWBERRY FL 32669 |
| CREDITOR ID: 296771-39<br>JOHN W PFEFFER TTEE OF THE JOHN W<br>PFEFFER GST TRUST CREATED UNDER THE<br>JOHN C PFEFFER FAMILY TRUST<br>DTD MAY 23 1985<br>PARK PLAZA<br>BOULDER  CITY NV 89005 | CREDITOR ID: 296772-39<br>JOHN W POINTEK<br>954 SAMAR RD<br>COCOA  BEACH FL 32931 | CREDITOR ID: 296773-39<br>JOHN W POLLARD & BETTY G<br>POLLARD JT TEN<br>2119 FIGARO LN<br>JACKSONVILLE FL 32210 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296774-39<br>JOHN W POTEAT<br>2318 25TH STREET DR NE<br>HICKORY NC 28601 | CREDITOR ID: 296775-39<br>JOHN W POUNDS<br>3114 WOODLAND PARK<br>DURHAM NC 27704 | CREDITOR ID: 296776-39<br>JOHN W SCHRADER JR<br>4266 REGINA LANE<br>LOUISVILLE KY 40213 |
| CREDITOR ID: 296777-39<br>JOHN W SCOTT & BARBARA<br>SCOTT TTEES U-A DTD<br>04-11-94 SCOTT FAMILY TRUST<br>5777 BOUNTY ST<br>SAN  DIEGO CA 92120 | CREDITOR ID: 296778-39<br>JOHN W SHARPE<br>RT 4 BOX 337<br>CLAXTON GA 30417 | CREDITOR ID: 296779-39<br>JOHN W SHARPE & JOANNE D<br>SHARPE JT TEN<br>RR 4 BOX 337<br>CLAXTON GA 30417 |
| CREDITOR ID: 296780-39<br>JOHN W SIMMONS & CLAUDETTE<br>SIMMONS JT TEN<br>1008 STANLEY AVE<br>LOUISVILLE KY 40215 | CREDITOR ID: 296781-39<br>JOHN W STOREY<br>717 FAIRFIELD ST<br>BURLINGTON NC 27215 | CREDITOR ID: 296782-39<br>JOHN W TATUM<br>504 SCHNAPPS LANE<br>HOLLY  SPRINGS NC 27540 |
| CREDITOR ID: 296783-39<br>JOHN W THOMASON<br>1240 COUNTY RD 85<br>PRATTVILLE AL 36067 | CREDITOR ID: 296784-39<br>JOHN W WARREN<br>PO BOX 250<br>THOMASTON GA 30286 | CREDITOR ID: 296785-39<br>JOHN W YANDOW<br>510 ALLEN ST<br>WINTER  PARK FL 32789 |
| CREDITOR ID: 296786-39<br>JOHN WALLACE HOFFMANN<br>APT 102<br>845 FIRST COLONIAL RD<br>VIRGINIA  BEACH VA 23451 | CREDITOR ID: 296787-39<br>JOHN WALLACE JACKSON<br>903 RIVER ROCK BLVD<br>MURFREESBORO TN 37127 | CREDITOR ID: 296788-39<br>JOHN WAYLON PORTER<br>2889 SP HILL CH RD<br>LILLINGTON NC 27546 |
| CREDITOR ID: 296789-39<br>JOHN WAYNE HUDSON<br>4190 S GOODALL DR<br>MACON GA 31206 | CREDITOR ID: 296791-39<br>JOHN WAYNE WILLIAMS SR &<br>JOHNNIE AMANDA DAVIS &<br>JUSTIN PARKER WILLIAMS JT<br>TEN<br>1545 CHAFFEE RD<br>JACKSONVILLE FL 32221 | CREDITOR ID: 296790-39<br>JOHN WAYNE WILLIAMS SR &<br>JOHN WAYNE WILLIAMS JR &<br>WENDY LEE PERKINS JT TEN<br>1545 CHAFFEE RD<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 296792-39<br>JOHN WESLEY BRUMMER<br>1344 JEFFRIES CROSS RD<br>BURLINGTON NC 27217 | CREDITOR ID: 296793-39<br>JOHN WEXTED & NORMA WEXTED<br>JT TEN<br>19 WILSHIRE RD<br>EDISON NJ 08817 | CREDITOR ID: 296794-39<br>JOHN WHEELER POWELL<br>250 STONE LAKE DR<br>GREENVILLE SC 29609 |
| CREDITOR ID: 296795-39<br>JOHN WILL<br>7290 MT TABOR RD<br>CUMMING GA 30131 | CREDITOR ID: 296796-39<br>JOHN WILLIAM KLANDER<br>320 HOLLOW TREE DR<br>SEFFNER FL 33584 | CREDITOR ID: 296797-39<br>JOHN WOOD<br>968 SUMTER RD EAST<br>WEST  PALM  BEACH FL 33415 |
| CREDITOR ID: 296798-39<br>JOHN Y GILBERT EX U-W<br>LILLIAN F GILBERT<br>9571 HOUSTON HILL RD<br>FORT  WORTH TX 76179 | CREDITOR ID: 296799-39<br>JOHNA OTTERSBACH & MARK<br>OTTERSBACH JT TEN<br>9515 JANNA DRIVE<br>LOUISVILLE KY 40272 | CREDITOR ID: 296800-39<br>JOHNA R OTTERSBACH<br>9515 JANNA DRIVE<br>LOUISVILLE KY 40272 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296801-39<br>JOHNATHAN T WILLIAMS<br>7623 JANA LN S<br>JACKSONVILLE FL 32210 | CREDITOR ID: 296802-39<br>JOHNEL D BROWN<br>116 PEBBLE CREEK DR<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 296803-39<br>JOHNELL NESBITT<br>PO BOX 590071<br>ORLANDO FL 32859 |
| CREDITOR ID: 296804-39<br>JOHNIE C HAMRICK<br>PO BOX 116<br>RINEYVILLE KY 40162 | CREDITOR ID: 296805-39<br>JOHNIE WENDELL DAVIS<br>21969 148TH ST<br>LIVE OAK FL 32060 | CREDITOR ID: 296806-39<br>JOHNISA GARREN & CAROL B<br>GARREN JT TEN<br>218 SUSONG LN<br>GREENEVILLE TN 37743 |
| CREDITOR ID: 296807-39<br>JOHNNA L OLSON<br>1009 PINE DR 6<br>POMPANO BEACH FL 33060 | CREDITOR ID: 296808-39<br>JOHNNETTA MAE DAVIDSON<br>1822 W MADISON ST<br>LOUISVILLE KY 40203 | CREDITOR ID: 296809-39<br>JOHNNIE A BARBOUR JR & BETTY<br>W BARBOUR JT TEN<br>2325 SHEFFIELD RD<br>RALEIGH NC 27610 |
| CREDITOR ID: 296810-39<br>JOHNNIE A HENDERSON & HELEN<br>HENDERSON JT TEN<br>218 S PARK AVE<br>DOTHAN AL 36301 | CREDITOR ID: 296811-39<br>JOHNNIE B JONES JR & CASSIE<br>MAE JONES JT TEN<br>1746 W SAINT LOUIS ST<br>TAMPA FL 33607 | CREDITOR ID: 296812-39<br>JOHNNIE B MOON<br>2114 10TH ST<br>ORLANDO FL 32820 |
| CREDITOR ID: 296813-39<br>JOHNNIE C WRIGHT CUST FOR<br>SHARLIE MARIE WRIGHT UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>10290 CLET HARVEY RD<br>GLEN SAINT MARY FL 32040 | CREDITOR ID: 296814-39<br>JOHNNIE C WRIGHT CUSTODIAN<br>CLEVELAND ANDERSON MANN<br>UNDER THE FL UNIFORM<br>TRANSFERS TO MINORS ACT<br>RURAL ROUTE 1 BOX 2388<br>GLEN SAINT MARY FL 32040 | CREDITOR ID: 296816-39<br>JOHNNIE D ALFONSO<br>1604 NASHVILLE AVE<br>HAMMOND LA 70401 |
| CREDITOR ID: 296817-39<br>JOHNNIE DARWIN WALKER<br>RR 1 BOX 9<br>ENIGMA GA 31749 | CREDITOR ID: 296818-39<br>JOHNNIE E SWEATT & PATRICIA<br>H SWEATT JT TEN<br>102 DIANE DR<br>CHERAW SC 29520 | CREDITOR ID: 296819-39<br>JOHNNIE G JETER<br>4701 IRVINGTON AVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 296820-39<br>JOHNNIE LOCKETT<br>1<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 296821-39<br>JOHNNIE M HINES<br>390 NORTH SPRING CREEK ROAD<br>COBB GA 31735 | CREDITOR ID: 296822-39<br>JOHNNIE M NESMITH & LAURIE W<br>NESMITH JT TEN<br>501 WEST CENTENNIAL RD<br>PAPILLION NE 68046 |
| CREDITOR ID: 296823-39<br>JOHNNIE MCCRAY<br>4837 MISSISSIPPI CT<br>JACKSONVILLE FL 32209 | CREDITOR ID: 296824-39<br>JOHNNIE R BAILEY<br>7900 ARROWHEAD FOREST CT<br>MONTGOMERY AL 36117 | CREDITOR ID: 296825-39<br>JOHNNIE T GROVES & PATSY A<br>GROVES JT TEN<br>20164 LAWTON CONNER RD<br>SANDERSON FL 32087 |
| CREDITOR ID: 296826-39<br>JOHNNIE W HINNANT<br>1017 LAUREL BRANCH RD<br>HAYESVILLE NC 28904 | CREDITOR ID: 296827-39<br>JOHNNIE W PARAMORE<br>6131 GLADSTONE DRIVE<br>MONTGOMERY AL 36117 | CREDITOR ID: 296828-39<br>JOHNNIEMAE SAPP<br>P O BOX 1704<br>MIDDLEBURG FL 32050 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296829-39<br>JOHNNY A COX & SHIRLEY J COX<br>JT TEN<br>3123 LINDENWOOD DR<br>SAN ANGELO TX 76904 | CREDITOR ID: 296830-39<br>JOHNNY A EDWARDS<br>1159 HARRISON PIKE APT 802<br>CLEVELAND TN 37311 | CREDITOR ID: 296831-39<br>JOHNNY A TILLERY SR<br>1155 CONNELL RD<br>TROY AL 36081 |
| CREDITOR ID: 296832-39<br>JOHNNY B PRITCHETT &<br>PATRICIA PRITCHETT JT TEN<br>RT1 BOX 145 A-15<br>QUITMAN GA 31643 | CREDITOR ID: 296833-39<br>JOHNNY B SMITH<br>2993 GRAVEL SP RD HWY 324<br>BUFORD GA 30519 | CREDITOR ID: 296834-39<br>JOHNNY B SMITH<br>2993 HWY 324<br>BUFORD GA 30518 |
| CREDITOR ID: 296835-39<br>JOHNNY C COX<br>5322 SADDLE RIDGE TRAIL<br>SAN ANGELO TX 76904 | CREDITOR ID: 296836-39<br>JOHNNY C COX CUST TONYA<br>CHRISTINE COX UND UNIF GIFT<br>MIN ACT TX<br>220 N CHADBOURNE<br>SAN ANGELO TX 76903 | CREDITOR ID: 296837-39<br>JOHNNY CRAWFORD WILLIS<br>1873 NOLAN RD<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 296838-39<br>JOHNNY D JONES<br>4550 AVE D<br>ZACHARY LA 70791 | CREDITOR ID: 296839-39<br>JOHNNY E HARPER<br>404 CANNON ST<br>THOMASVILLE NC 27360 | CREDITOR ID: 296840-39<br>JOHNNY E OGLESBY SR<br>101 HICKORY KNOLL DRIVE<br>WAYNESBORO GA 30830 |
| CREDITOR ID: 296841-39<br>JOHNNY E TURNER<br>908 E OCMULGEE ST<br>FITZGERALD GA 31750 | CREDITOR ID: 296842-39<br>JOHNNY E WHEELER<br>1020 CHEROKEE STREET<br>VALDOSTA GA 31602 | CREDITOR ID: 296843-39<br>JOHNNY ELDRIDGE & ALICIA<br>ELDRIDGE JT TEN<br>ATTN DIXIE BELL CREDIT UNION<br>4212 RIDGECREST<br>LAKE WORTH TX 76135 |
| CREDITOR ID: 296844-39<br>JOHNNY FRANK WILKINSON<br>2323 N EIFFEL CT<br>DECATUR GA 30032 | CREDITOR ID: 296845-39<br>JOHNNY GIBBS<br>108 BARKLEY DR<br>ATMORE AL 36502 | CREDITOR ID: 296846-39<br>JOHNNY GILLIKIN<br>226 SHANNON DR BOX 40<br>BEAUFORT NC 28516 |
| CREDITOR ID: 296847-39<br>JOHNNY GODWIN<br>2001 ELIJAH LUDD RD<br>FLORENCE SC 29501 | CREDITOR ID: 296848-39<br>JOHNNY H FREEMAN<br>3637 CATHERINE DR<br>CALLAHAN FL 32011 | CREDITOR ID: 296849-39<br>JOHNNY H WEBSTER<br>202 OXFORD PLACE DR<br>FORT MILL SC 29715 |
| CREDITOR ID: 296850-39<br>JOHNNY HANUSCH<br>49 CINNAMON LN<br>SAN ANGELO TX 76901 | CREDITOR ID: 296851-39<br>JOHNNY J BRYANT & VERA<br>BRYANT JT TEN<br>1315 EAST ST<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 296852-39<br>JOHNNY J COOPER & MARY<br>ELIZABETH A COOPER JT TEN<br>314 TALLADEGA CREEK DR<br>TALLADEGA AL 35160 |
| CREDITOR ID: 296853-39<br>JOHNNY J WRIGHT & DEBORAH<br>WRIGHT JT TEN<br>332 41ST AVE NE<br>BIRMINGHAM AL 35215 | CREDITOR ID: 296854-39<br>JOHNNY JAMES BRYANT<br>1315 EAST ST<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 296855-39<br>JOHNNY L BANIK<br>619 N VICHA RD<br>AXTELL TX 76624 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 296856-39
JOHNNY L HAYNES
5575 GLENVIEW DR
COLUMBUS GA 31907

CREDITOR ID: 296857-39
JOHNNY L MONCRIEF SR
7671 BALM ROAD
WETUMPKA AL 36092

CREDITOR ID: 296858-39
JOHNNY L SMITH
2960 SW 2CT
FT LAUDERDALE FL 33312

CREDITOR ID: 296859-39
JOHNNY L STRIBBLE
1505 EDWARDS RD
WOODRUFF SC 29388

CREDITOR ID: 296860-39
JOHNNY LAMAR PALMER
7329 SHELBY LANE
PENSACOLA FL 32526

CREDITOR ID: 296862-39
JOHNNY LEE GOODWIN
1617 ALAMO AVE SE
ALBUQUERQUE NM 87106

CREDITOR ID: 296863-39
JOHNNY LOOKNANAN
6751 NW 8TH CT
MARGATE FL 33063

CREDITOR ID: 296864-39
JOHNNY M CRUTCHFIELD &
JONNIE R CRUTCHFIELD JT TEN
501 LILY ST
HARTFORD AL 36344-2215

CREDITOR ID: 296865-39
JOHNNY MEADOWS
501 ROSEMARY DR
NEWPORT NC 28570

CREDITOR ID: 296866-39
JOHNNY O BENNETT
1828 LEGRANDE CR
SELMA AL 36701

CREDITOR ID: 296867-39
JOHNNY R ACTON
906 JOHNSON RD
LOUISVILLE KY 40245

CREDITOR ID: 296868-39
JOHNNY R AUTRY
29642 HIGHWAY 154
COFFEEVILLE AL 36524

CREDITOR ID: 296869-39
JOHNNY R BAGLEY & LINDA D
BAGLEY JT TEN
5583 HIDDEN HARBOR TRL
GAINESVILLE GA 30504

CREDITOR ID: 296870-39
JOHNNY R CARLYLE
1164 TORCHWOOD RD
CARTHAGE NC 28327

CREDITOR ID: 296871-39
JOHNNY R ODOM
7795 OREN STEPHENS RD
HICKORY NC 28602

CREDITOR ID: 296872-39
JOHNNY R ODOM & WANDA C ODOM
JT TEN
112 WYANDOT ST
DARLINGTON SC 29532

CREDITOR ID: 296873-39
JOHNNY RAY CARLYLE
1164 TORCHWOOD RD
CARTHAGE NC 28327

CREDITOR ID: 296874-39
JOHNNY RAY COPELAND & TERESA
T COPELAND JT TEN
725 SANDY RIDGE ROAD
TYNER NC 27980

CREDITOR ID: 296875-39
JOHNNY RAY JOUPPI & ANGELA
SMOAK JOUPPI JT TEN
2379 PEACH ST SUN ACRES
AUBURNDALE FL 33823

CREDITOR ID: 296876-39
JOHNNY RAY WILLIAMS
170 15TH ST
HOLLY HILL FL 32117

CREDITOR ID: 296877-39
JOHNNY RICHARD EDWARDS
700 SW 12TH ST
BELLE GLADE FL 33430

CREDITOR ID: 296878-39
JOHNNY RUEBEN OLLIFF
PO BOX 2302
STATESBORO GA 30458

CREDITOR ID: 296879-39
JOHNNY S BROWN
1175 HOWELL RD
VALDOSTA GA 31601

CREDITOR ID: 296880-39
JOHNNY S BROWN & DEBORAH J
BROWN JT TEN
1175 HOWELL ROAD
VALDOSTA GA 31601

CREDITOR ID: 296881-39
JOHNNY SOLIS & JUAN ROLANDO
SOLIS JT TEN
304 LORENE ST
SONORA TX 76950

CREDITOR ID: 296882-39
JOHNNY STILES
3349 SANDY DR
ZEPHYRHILLS FL 33541

CREDITOR ID: 296883-39
JOHNNY W ANDREWS
405 WESTVIEW DR
UNION CITY TN 38261

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, _Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                         CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 296885-39<br>JOHNNY W DUNCAN<br>1768 HUNTERS TR<br>ROCK HILL SC 29732 | CREDITOR ID: 296886-39<br>JOHNNY W GRAGG<br>2793 FAIRVIEW RD<br>MARION NC 28752 | CREDITOR ID: 296887-39<br>JOHNNY W HONEYCUTT<br>4631 HAMORY DR<br>CHARLOTTE NC 28212 |
| CREDITOR ID: 296888-39<br>JOHNNY W LOVETT<br>135 HAMILTON LANE<br>SYLACAUGA AL 35150 | CREDITOR ID: 296889-39<br>JOHNNY WALTER HEAD<br>168 BOWDEN RD<br>MOUNT OLIVE NC 28365 | CREDITOR ID: 296890-39<br>JOHNNY WASHINGTON<br>3237 WOODMAN CIR<br>VALDOSTA GA 31602 |
| CREDITOR ID: 296891-39<br>JOHNNY WAYNE FUTCH<br>120 EUNICE DR<br>CLAYTON NC 27520 | CREDITOR ID: 296892-39<br>JOHNNY WILLIAMS<br>1285 WESTSIDE WAY<br>ROYAL PALM BEACH FL 33411 | CREDITOR ID: 296893-39<br>JOIE M CUTLIFF<br>2220 19TH AVE S<br>ST PETERSBURG FL 33712 |
| CREDITOR ID: 296894-39<br>JOLEA SPRAKER<br>6420 E EVERGREEN BLVD<br>VANCOUVER WA 98661 | CREDITOR ID: 296895-39<br>JOLEE TOMS<br>3101 SUGGS ST<br>BELMONT NC 28012 | CREDITOR ID: 296896-39<br>JOLIE ANN CARPENTER<br>PO BOX 793<br>LAKE ALFRED FL 33850 |
| CREDITOR ID: 296897-39<br>JOLIE C RIPP<br>2152 GIBSON ST<br>TERRYTOWN LA 70056 | CREDITOR ID: 296898-39<br>JOLINE D MCILWAIN<br>1620 MCRAE RD<br>CAMDEN SC 29020 | CREDITOR ID: 296899-39<br>JOLITTE COWDEN<br>4081 PINE LOG DR<br>MARIETTA GA 30064 |
| CREDITOR ID: 296900-39<br>JON B KLIEBERT<br>19305 HWY 643<br>VACHERIE LA 70090 | CREDITOR ID: 296901-39<br>JON C RAABE<br>2515 JAMESTOWN LN<br>DENTON TX 76209 | CREDITOR ID: 296902-39<br>JON CHRISTIAN PFEIFFER<br>3616 FRIAR TUCK CT<br>LOUISVILLE KY 40219 |
| CREDITOR ID: 296903-39<br>JON CLOUSE<br>2008 SOUTH HUDSON AVE<br>TULSA OK 74112 | CREDITOR ID: 296904-39<br>JON D LUTHER<br>PO BOX 3351<br>ASHEBORO NC 27204 | CREDITOR ID: 296905-39<br>JON DAVID RUSSELL<br>PO BOX 2008<br>CONCORD NC 28026 |
| CREDITOR ID: 296906-39<br>JON E MORLEY & SHERALYN<br>MORLEY JT TEN<br>7601 MAPLEWOOD DRIVE NW<br>ALBUQUERQUE NM 87120 | CREDITOR ID: 296907-39<br>JON F SWEENEY<br>210 SW LARCHMONT LN<br>FORT ST. LUCIE FL 34984 | CREDITOR ID: 296909-39<br>JON JACOB BIRNKRANT CUST<br>MICHAEL SETH BIRNKRANT UNDER<br>THE MI UNIF GIFT MIN ACT<br>3560 WARDS PT<br>ORCHARD LAKE MI 48324 |
| CREDITOR ID: 296908-39<br>JON JACOB BIRNKRANT CUST<br>JACLYN ELYSE BIRNKRANT UNDER<br>THE MI UNIF GIFT MIN ACT<br>3560 WARDS PT<br>ORCHARD LAKE MI 48324 | CREDITOR ID: 296910-39<br>JON K JACOBY<br>3462 VAN NUYS LOOP<br>NEW PORT RICHEY FL 34655 | CREDITOR ID: 296911-39<br>JON KARL GUILBEAU<br>115 E SALTILLA ST<br>NEW IBERIA LA 70563 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296912-39<br>JON MICHAEL J DEBONA<br>5915 WORTHINGTON CT<br>CUMMING GA 30040 | CREDITOR ID: 296914-39<br>JON P DEMING<br>1165 HUEY RD<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 296917-39<br>JONAH W HARTSOE<br>P BOX 605<br>DENTON NC 27239 |
| CREDITOR ID: 296918-39<br>JONAS N GRISSOM JR<br>4816 OLD GUERNSEY RD<br>PACE FL 32571 | CREDITOR ID: 296919-39<br>JONATHAN A PAUL<br>4000 PIEDMONT DR<br>NEW ORLEANS LA 70122 | CREDITOR ID: 296920-39<br>JONATHAN ADAMS<br>9 PARLANGE DR<br>DESTREHAN LA 70047 |
| CREDITOR ID: 296921-39<br>JONATHAN B POWELL<br>3551 S 39TH ST<br>LAKE WORTH FL 33461 | CREDITOR ID: 296923-39<br>JONATHAN D HAYWOOD<br>2821 VALERIE AVE<br>APOPKA FL 32712 | CREDITOR ID: 296924-39<br>JONATHAN D PARKER<br>421 LOBLOLLY CIR<br>CLAYTON NC 27520 |
| CREDITOR ID: 296925-39<br>JONATHAN DODDRIDGE<br>601 ABERDEEN WAY<br>SOUTHLAKE TX 76092 | CREDITOR ID: 296926-39<br>JONATHAN E SIROTA TTEE U-A<br>DTD 12/31/92 BEVERLY S<br>SIROTA GRAT<br>7 HIGHLAND PL BOX 217<br>MAPLEWOOD NJ 07040 | CREDITOR ID: 296927-39<br>JONATHAN GUENTHER KERRICK<br>2606 TWIN LAKES DR<br>BAINBRIDGE GA 31717 |
| CREDITOR ID: 296928-39<br>JONATHAN HUNTER SHIVER<br>2708 CHERRYWOOD RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 296929-39<br>JONATHAN J GUIDRY<br>3413 FRENCHMEN ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 296930-39<br>JONATHAN L BAGGERLY<br>8340 CABIN HILL ROAD<br>TALLAHASSEE FL 32311 |
| CREDITOR ID: 296931-39<br>JONATHAN L BEACH<br>5324 BANNER DR<br>FORT WORTH TX 76137 | CREDITOR ID: 296932-39<br>JONATHAN L KUDULIS<br>4779 SOLLIE RD<br>MOBILE AL 36619 | CREDITOR ID: 296933-39<br>JONATHAN LEE GUNTER<br>114 SPINE ST<br>BATESBURG SC 29006 |
| CREDITOR ID: 296934-39<br>JONATHAN M CARPENTER<br>2398 REEPSVILLE RD<br>LINCOLNTON NC 28092 | CREDITOR ID: 296935-39<br>JONATHAN M GEIGER<br>P O BOX 1000<br>EDGEWATER FL 32132 | CREDITOR ID: 296936-39<br>JONATHAN M SULLIVAN<br>650 YOUNGSTOWN PK 219<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 296937-39<br>JONATHAN M WARRINGTON<br>110 PADDOCK PL<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 296938-39<br>JONATHAN MCLEOD JOHN<br>2639 WASHINGTON ST<br>HOLLYWOOD FL 33020 | CREDITOR ID: 296939-39<br>JONATHAN P MARTIN<br>502 S FREMONT AVE APT 1044<br>TAMPA FL 33606 |
| CREDITOR ID: 296940-39<br>JONATHAN S MIXER<br>1064 POB 1064<br>MADISON FL 32341 | CREDITOR ID: 296941-39<br>JONATHAN TRENT MCTYRE<br>2689 HIGHLAND DR W<br>GRETNA LA 70056 | CREDITOR ID: 296942-39<br>JONATHAN W ANDERSON<br>8450 NE 150TH AVE<br>WILLISTON FL 32696 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296943-39<br>JONATHAN W STUART<br>5855 GEORGIA RD<br>WETUMPKA AL 36092 | CREDITOR ID: 296945-39<br>JONATHON HEARN<br>8417 CASTLEKEEP RD<br>CHARLOTTE NC 28226 | CREDITOR ID: 296946-39<br>JONATHON S MCCLENDON<br>136 ALEXANDER DR<br>MCDONOUGH GA 30252 |
| CREDITOR ID: 296947-39<br>JONER DESHOMMES<br>900 S W 30TH AVENUE<br>FORT  LAUDERDALE FL 33312 | CREDITOR ID: 296948-39<br>JONES AUTRY HART<br>3673 CEDAR CROSSING ROAD<br>VIDALIA GA 30474 | CREDITOR ID: 296949-39<br>JONES LOCKHART<br>PO BOX 387<br>TIMMONSVILLE SC 29161 |
| CREDITOR ID: 279743-39<br>JONES, ALBERT E.,  JR,<br>5525 POPLAR SPGS DR<br>MERIDIAN MS 39305 | CREDITOR ID: 288603-39<br>JONES, EARL L<br>8470 52ND WAY<br>PINELLAS PARK FL 33781 | CREDITOR ID: 289953-39<br>JONES, EVELYN T TRUSTEE<br>EVELYN T JONES FAMILY TRUST<br>U A 05-03-93<br>23 MAGNOLIA LANE<br>WILDWOOD FL 34785 |
| CREDITOR ID: 305416-39<br>JONES, PAMELA<br>1425 SE PEAR DR<br>ARCADIA FL 34266 | CREDITOR ID: 296950-39<br>JONEY A KEARSE<br>11246 FT CAROLINE RD<br>JACKSONVILLE FL 32225 | CREDITOR ID: 296951-39<br>JONI C TURNER<br>1318 ELIZABETH AVE<br>COCOA FL 32922 |
| CREDITOR ID: 296952-39<br>JONI TILMON<br>1046 ROBERT LN<br>BREAUX  BRIDGE LA 70517 | CREDITOR ID: 296953-39<br>JONICA LABELLE<br>PO BOX 2544<br>HOMOSASSA  SPGS FL 34447 | CREDITOR ID: 296954-39<br>JONNIE R GOODWIN<br>4240 WAYLON DR<br>MARTINEZ GA 30907 |
| CREDITOR ID: 296955-39<br>JONNY EUGENE DOTSON<br>6<br>8355 COUNTY RD<br>FLORENCE AL 35630 | CREDITOR ID: 296956-39<br>JORDAN FUNDERBURK<br>2014 DEVON DRIVE<br>ALBANY GA 31707 | CREDITOR ID: 296958-39<br>JORDAN M CLARK<br>PO BOX 353<br>LORANGER LA 70446 |
| CREDITOR ID: 296959-39<br>JORDAN M MABRY<br>RR 3 BOX 71<br>NORWOOD NC 28128 | CREDITOR ID: 296960-39<br>JORETTA R WINGROVE<br>PO BOX 327<br>FT  WHITE FL 32038 | CREDITOR ID: 296961-39<br>JORETTA REYNOLDS<br>PO BOX 387<br>TIMMONSVILLE SC 29161 |
| CREDITOR ID: 296962-39<br>JORGE A ALTAMIRANO<br>11652 NW 91 ST AVE<br>HIALEAH FL 33016 | CREDITOR ID: 296963-39<br>JORGE A FERNANDEZ<br>16478 SW 103RD LN<br>MIAMI FL 33196 | CREDITOR ID: 296965-39<br>JORGE A LOZANO<br>4126 MULLIGAN RD<br>VALDOSTA GA 31605 |
| CREDITOR ID: 296966-39<br>JORGE A VEGA<br>2500 SPRINGDALE BLVD APT G-214<br>PALM  SPRINGS FL 33461 | CREDITOR ID: 296967-39<br>JORGE BARRIAL<br>2010 HAMLIN AVENUE<br>MERRITT  ISLAND FL 32953 | CREDITOR ID: 296969-39<br>JORGE E GAITAN<br>11750 SW 18TH ST 507<br>MIAMI FL 33175 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296970-39<br>JORGE F PAZ<br>220 NW 87TH AVE APT K221<br>MIAMI FL 33172 | CREDITOR ID: 296971-39<br>JORGE H SIGUENAS<br>9126 NW 119TH TE 188<br>HIALEAH  GARDENS FL 33018 | CREDITOR ID: 296972-39<br>JORGE L ALVAREZ<br>10155 SW 103RD AVE<br>MIAMI FL 33176 |
| CREDITOR ID: 296973-39<br>JORGE L AVILES<br>19602 NW 32ND PL<br>MIAMI FL 33055 | CREDITOR ID: 296974-39<br>JORGE L MESA<br>APT F104<br>9635 SW 24 ST<br>MIAMI FL 33165 | CREDITOR ID: 296975-39<br>JORGE L RODRIGUEZ<br>2500 NW 28TH ST APT 702<br>MIAMI FL 33142 |
| CREDITOR ID: 296976-39<br>JORGE MULET & ADIS MULET<br>JT TEN<br>14061 SW 38TH TERRACE<br>MIAMI FL 33175 | CREDITOR ID: 296977-39<br>JORGE NAVAL<br>1065 JASON WAY<br>WEST  PALM BCH FL 33406 | CREDITOR ID: 296978-39<br>JORGE NAVAL & PATTI A NAVAL<br>JT TEN<br>1065 JASON WAY<br>WEST  PALM BCH FL 33406 |
| CREDITOR ID: 296979-39<br>JORGE SALCEDO<br>920 SW 29 ST APT B<br>FORT  LAUDERDALE FL 33315 | CREDITOR ID: 296980-39<br>JORGE T DIAZ<br>11340 SW 49TH STREET<br>MIAMI FL 33165 | CREDITOR ID: 296981-39<br>JORGE V PACHECO<br>1270 W 83RD ST<br>HIALEAH FL 33014 |
| CREDITOR ID: 296982-39<br>JORIE GOULD<br>1438 MAPLE RIDGE COURT<br>CAROL  STREAM IL 60188 | CREDITOR ID: 296983-39<br>JOSE A ACUNA<br>2413 52ND PL W<br>HIALEAH FL 33016 | CREDITOR ID: 296984-39<br>JOSE A GARCIA<br>19999 SW 3RD PL<br>PEMBROKE  PNES FL 33029 |
| CREDITOR ID: 296985-39<br>JOSE A GARCIA JR<br>1601 SAN ENRIQUE<br>LAREDO TX 78040 | CREDITOR ID: 296986-39<br>JOSE A MENDEZ<br>160 E 55TH ST<br>HIALEAH FL 33013 | CREDITOR ID: 296987-39<br>JOSE A RIVERA<br>6435 SW 82ND ST<br>MIAMI FL 33143 |
| CREDITOR ID: 296988-39<br>JOSE A RODRIGUEZ<br>3211 NW 15ST<br>MIAMI FL 33125 | CREDITOR ID: 296989-39<br>JOSE A ROSA III<br>25 KELLY CT<br>HAMILTON NJ 08690 | CREDITOR ID: 296990-39<br>JOSE A SALAS<br>707 COLONIAL RD<br>WEST  PALM BEACH FL 33405 |
| CREDITOR ID: 296991-39<br>JOSE A SUA<br>724 NW 4TH STREET<br>BOCO RATON FL | CREDITOR ID: 296992-39<br>JOSE BELTRAN JR<br>3325 AIRPORT PULLING RD N 7<br>NAPLES FL 34105 | CREDITOR ID: 296993-39<br>JOSE C LUGO & HILDA LUGO<br>JT TEN<br>3820 SW 128TH AVE<br>MIAMI FL 33175 |
| CREDITOR ID: 296994-39<br>JOSE CAMILO CENTENO<br>950 NW 45 AVE APT #86<br>MIAMI FL 33126 | CREDITOR ID: 296995-39<br>JOSE D ORTIZ<br>170 0'KEEFE ST SE<br>PALM  BAY FL 32909 | CREDITOR ID: 296996-39<br>JOSE D RAMOS & MARIA A RAMOS<br>JT TEN<br>3245 NW 34TH ST<br>MIAMI FL 33142 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 296997-39<br>JOSE E MEDINA<br>4626 TEALGATE DR<br>SPRING TX 77373 | CREDITOR ID: 296998-39<br>JOSE ELIN DELGADO & HILDA M<br>DELGADO JT TEN<br>210 172ND ST 335<br>MIAMI FL 33160 | CREDITOR ID: 296999-39<br>JOSE FERNANDEZ<br>1601 CORAL GATE DR<br>MIAMI FL 33145 |
| CREDITOR ID: 297000-39<br>JOSE GONZALES & ANNA<br>GONZALES JT TEN<br>134 W 32ND ST<br>HIALEAH FL 33012 | CREDITOR ID: 297001-39<br>JOSE J TORRES<br>2630 HOLLYWOOD BLVD<br>HOLLYWOOD FL 33020 | CREDITOR ID: 297002-39<br>JOSE L FONSECA<br>LOT-D12<br>9702 N CENTRAL AVE<br>TAMPA FL 33612 |
| CREDITOR ID: 297003-39<br>JOSE L GARCIA<br>13799 SW 147TH CIRCLE LN APT 3<br>MIAMI FL 33186 | CREDITOR ID: 297004-39<br>JOSE L LLANES<br>8917 NW 112 ST<br>HIALEAH  GARDEN FL 33016 | CREDITOR ID: 297005-39<br>JOSE LOPEZ & OLGA LOPEZ<br>JT TEN<br>7128 WIND CHIME DRIVE<br>FORT  WORTH TX 76133 |
| CREDITOR ID: 297006-39<br>JOSE LUIS RIVERA JR<br>2121 PERIO ST<br>TAMPA FL 33612 | CREDITOR ID: 297007-39<br>JOSE LUIS SANTOS<br>2616 59 ST CT W<br>BRADENTON FL 34205 | CREDITOR ID: 297008-39<br>JOSE M ALMENDARES<br>219 SW 16 AVE<br>MIAMI FL 33135 |
| CREDITOR ID: 297009-39<br>JOSE M CALUB & CONCHITA R<br>ELLORENCO JT TEN<br>1830 OAKLAND AVE<br>COLUMBUS GA 31903 | CREDITOR ID: 297010-39<br>JOSE M CAMPOS<br>2659 W 68TH PL<br>HIALEAH FL 33016 | CREDITOR ID: 297011-39<br>JOSE M CARDENAS & NORMA I<br>CANDENAS JT TEN<br>3241 NW 107 DRIVE<br>SUNRISE FL 33351 |
| CREDITOR ID: 297012-39<br>JOSE M LEAL<br>224 S 57TH TERRACE<br>HOLLYWOOD FL 33023 | CREDITOR ID: 297013-39<br>JOSE M MOLINA-VELEZ<br>1044 CATFISH CREEK CT<br>OVIEDO FL 32765 | CREDITOR ID: 297014-39<br>JOSE M PELAEZ<br>16288 SW 65TH LN<br>MIAMI FL 33193 |
| CREDITOR ID: 297015-39<br>JOSE M PELAEZ & LOURDES<br>PELAEZ JT TEN<br>3090 NW 5TH ST<br>MIAMI FL 33125 | CREDITOR ID: 297016-39<br>JOSE MERCEDES & ANNIE M<br>MERCEDES JT TEN<br>PO BOX 421145<br>MIAMI FL 33242 | CREDITOR ID: 297017-39<br>JOSE MIGUEL NARVAEZ<br>18933 NW 46TH AVE<br>MIAMI FL 33055 |
| CREDITOR ID: 297018-39<br>JOSE OSVALDO ROSARIO<br>19340 118TH AVE SW<br>MIAMI FL 33177 | CREDITOR ID: 297019-39<br>JOSE R BATISTA<br>2000 E 3 AVE<br>HIALEAH FL 33010 | CREDITOR ID: 297020-39<br>JOSE R GARCIA<br>5221 MALLORY DR<br>HALTOM  CITY TX 76117 |
| CREDITOR ID: 297021-39<br>JOSE R MERA & LUCIA MERA<br>JT TEN<br>2121 MAPLE LEAF DR E<br>JACKSONVILLE FL 32211 | CREDITOR ID: 297022-39<br>JOSE R MERCED<br>35304 RANCHETTE BLVD<br>WEBESTER FL 33597 | CREDITOR ID: 297023-39<br>JOSE RAMON CRUZ<br>1560 NW 166TH AVE<br>PEMBROKE  PINES FL 33028 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297024-39<br>JOSE RAMON TOLEDO & DONNA<br>RAE TOLEDO JT TEN<br>15635 NW 82ND CT<br>MIAMI FL 33016 | CREDITOR ID: 297025-39<br>JOSE RAMON VALLE<br>PO BOX 681648<br>MIAMI FL 33168 | CREDITOR ID: 297026-39<br>JOSE T GONZALEZ<br>4124 SW 97 AVE<br>MIAMI FL 33165 |
| CREDITOR ID: 297027-39<br>JOSE TRUEBA & LUCILA TRUEBA<br>JT TEN<br>651 NE 23 CT<br>POMPANO  BEACH FL 33064 | CREDITOR ID: 297028-39<br>JOSEFA CARAMATTI<br>2913 NW 14TH ST<br>MIAMI FL 33125 | CREDITOR ID: 297029-39<br>JOSEFA GUERRA<br>560 E 57TH ST<br>HIALEAH FL 33013 |
| CREDITOR ID: 297030-39<br>JOSEPH A BALINTEY SR<br>1704 SW 19TH DR<br>BOYNTON  BEACH FL 33426 | CREDITOR ID: 297031-39<br>JOSEPH A BEALE<br>825 HENRY LANDRY AVE<br>METAIRIE LA 70003 | CREDITOR ID: 297032-39<br>JOSEPH A BIVONA<br>1405 JEFFREY STREET<br>LAKEWOOD NJ 08701 |
| CREDITOR ID: 297033-39<br>JOSEPH A BOOZER<br>111 SHANNON LN<br>AIKEN SC 29803 | CREDITOR ID: 297034-39<br>JOSEPH A BORINI & CAROL<br>BORINI JT TEN<br>10730 ELAND ST<br>BOCA  RATON FL 33428 | CREDITOR ID: 297035-39<br>JOSEPH A BORRELLI<br>936 MURRAY HILL ROAD<br>VESTAL NY 13850 |
| CREDITOR ID: 297036-39<br>JOSEPH A CASCIO<br>PO BOX 300494<br>FERN  PARK FL 32730-0494 | CREDITOR ID: 297037-39<br>JOSEPH A CODISPOTI<br>118 ROYAL OAK RD<br>GREENVILLE SC 29607 | CREDITOR ID: 297038-39<br>JOSEPH A CUFFARI JR & EILEEN<br>CUFFARI JT TEN<br>22624 BLUE FIN TR<br>BOCA  RATON FL 33428 |
| CREDITOR ID: 297039-39<br>JOSEPH A CUOMO<br>2228 BURGOYNE DRIVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 297040-39<br>JOSEPH A DEAL & KIMBERLY S<br>DEAL JT TEN<br>186 ERIN DRIVE<br>MADISON  HEIGHTS VA 24572 | CREDITOR ID: 297041-39<br>JOSEPH A DONNELLY<br>2274 MALAGA AVE<br>SPRING  HILL FL 34609 |
| CREDITOR ID: 297042-39<br>JOSEPH A DORRILL<br>13256 HOBBIE RD<br>RAMER AL 36069 | CREDITOR ID: 297043-39<br>JOSEPH A DUPEPE SR<br>218 W 1ST STREET<br>RESERVE LA 70084 | CREDITOR ID: 297044-39<br>JOSEPH A EICHHOLD<br>1511 COLONY TER<br>HAMILTON OH 45013 |
| CREDITOR ID: 297045-39<br>JOSEPH A GREENWELL<br>1118 BREEZY WAY<br>BARDSTOWN KY 40004 | CREDITOR ID: 297046-39<br>JOSEPH A GREZAFFI III TRUSTEE<br>U-A DTD 01-15-03 JOSEPH A<br>GREZAFFI III TRUST<br>1065 JOHN RODES BLVD S<br>MELBOURNE FL 32904 | CREDITOR ID: 297047-39<br>JOSEPH A GUNCKEL III<br>2318 KENTUCKY AVE<br>KENNER LA 70062 |
| CREDITOR ID: 297048-39<br>JOSEPH A HEMBREE JR<br>1042 OAKVIEW DR<br>HIGH  POINT NC 27265 | CREDITOR ID: 297049-39<br>JOSEPH A JOHNSON JR<br>21330 CROSSWINDS DRIVE<br>ABINGDON VA 24211 | CREDITOR ID: 297050-39<br>JOSEPH A JONES<br>45468 PINEBROOK DRIVE<br>HAMMOND LA 70401 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297051-39<br>JOSEPH A KOHLBECK<br>1801 W GRANT ST<br>APPLETON WI 54914 | CREDITOR ID: 297052-39<br>JOSEPH A MAURER & CHRISTINE<br>M MAURER JT TEN<br>28 WAYS LANE<br>KENNETT  SQUARE PA 19348 | CREDITOR ID: 297053-39<br>JOSEPH A MCKAIN<br>158 FULLER PKY<br>BEAUFORT SC 29902 |
| CREDITOR ID: 297054-39<br>JOSEPH A MEADOWS III<br>5115 JEFFERSON PARK RD<br>PRINCE  GEORGE VA 23875 | CREDITOR ID: 297055-39<br>JOSEPH A PAGE<br>RT 1 BOX 211<br>MCRAE GA 31055 | CREDITOR ID: 297056-39<br>JOSEPH A PIERRE LOUIS<br>6403 BLVD OF CHAMPIONS<br>N  LAUDERALE FL 33068 |
| CREDITOR ID: 297058-39<br>JOSEPH A RODRIGUE<br>38920 HIGHWAY 75<br>PLAQUEMINE LA 70764 | CREDITOR ID: 297059-39<br>JOSEPH A SUAIN<br>2799 WINCHESTER AVE<br>ORANGE  PARK FL 32065 | CREDITOR ID: 297060-39<br>JOSEPH A WESTENDICK<br>1403 GRAPE ST<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 297061-39<br>JOSEPH ALAN LINKER<br>5524 BRUCE AVE<br>LOUISVILLE KY 40214 | CREDITOR ID: 297062-39<br>JOSEPH ALBERT FIGURA JR<br>31642 NORTH CORBIN RD<br>WALKER LA 70785 | CREDITOR ID: 297063-39<br>JOSEPH ALEXANDER MRAZIK &<br>JOSEPHINE R MRAZIK JT TEN<br>6 GODFREY DR<br>WHITEHORSE NJ 08610 |
| CREDITOR ID: 297064-39<br>JOSEPH ALLAN PETTICREW<br>2790 PLANET AVE SE<br>PALM  BAY FL 32909 | CREDITOR ID: 297065-39<br>JOSEPH ALLEN MILLER<br>355 LEE SOUTH RD<br>BOONE NC 28607 | CREDITOR ID: 297066-39<br>JOSEPH ANTHONY BOWLING &<br>DEBORAH L BOWLING JT TEN<br>1414 DELLWOOD DRIVE<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 297067-39<br>JOSEPH ANTHONY JACKSON<br>1085 16TH AV S<br>SAINT  PETERSBURG FL 33705 | CREDITOR ID: 297068-39<br>JOSEPH B BICKFORD<br>3906 SCURLOCK LN<br>PANAMA  CITY FL 32409 | CREDITOR ID: 297069-39<br>JOSEPH B DAVIES & ELSA F<br>DAVIES JT TEN<br>14 SANDY POINT<br>WILMINGTON NC 28405 |
| CREDITOR ID: 297070-39<br>JOSEPH B DERICKSON & DOROTHY<br>J DERICKSON JT TEN<br>8361 CANDLEWOOD RD<br>LARGO FL 33777 | CREDITOR ID: 297071-39<br>JOSEPH B DUCKWORTH<br>6804 BESSEMER AVE<br>BALTIMORE MD 21222 | CREDITOR ID: 297072-39<br>JOSEPH B GORDON<br>4 E PA<br>ALBANY GA 31705 |
| CREDITOR ID: 297073-39<br>JOSEPH B HOLCOMB SR<br>9003 BENTWOOD LN<br>RIVERDALE GA 30274 | CREDITOR ID: 297074-39<br>JOSEPH B HOLMES<br>19629 LOMOND BLVD<br>SHAKER  HEIGHTS OH 44122 | CREDITOR ID: 297075-39<br>JOSEPH B JOHNSON JR<br>533 ECTON RD<br>WINCHESTER KY 40391 |
| CREDITOR ID: 297076-39<br>JOSEPH B PETTIS & TAMMY S<br>PETTIS JT TEN<br>105 SIXTH AVE<br>GROVE  HILL AL 36451 | CREDITOR ID: 297077-39<br>JOSEPH B SMITH<br>114 MACKAY DRIVE<br>BRUNSWICK GA 31525 | CREDITOR ID: 297078-39<br>JOSEPH BALTZ CUST BRIAN<br>BALTZ UNDER THE IL UNIF TRAN<br>MIN ACT<br>705 RAVINIA<br>SHOREWOOD IL 60431 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297079-39<br>JOSEPH BALTZ CUST MARCIE<br>BALTZ UNDER THE IL UNIF TRAN<br>MIN ACT<br>705 RAVINIA<br>SHOREWOOD IL 60431 | CREDITOR ID: 297080-39<br>JOSEPH BALTZ CUST MEGAN<br>BALTZ UNDER THE IL UNIF TRAN<br>MIN ACT<br>705 RAVINIA<br>SHOREWOOD IL 60431 | CREDITOR ID: 297081-39<br>JOSEPH BIANCULLI<br>7525 NW 61 TERRACE UNIT#2102<br>PARKLAND FL 33067 |
| CREDITOR ID: 297082-39<br>JOSEPH BLAINE LAFLEUR<br>1648 ADEUSE<br>VILLE PLATTE LA 70586 | CREDITOR ID: 297083-39<br>JOSEPH BLAKE WARREN<br>3684 DUNBARTON RD<br>ROCKY MOUNT NC 27803 | CREDITOR ID: 297084-39<br>JOSEPH BRENT POOLE<br>100 CAMP ST<br>SPARTANBURG SC 29303 |
| CREDITOR ID: 297085-39<br>JOSEPH C ADAMS<br>14292 HWY 1075<br>BOGALUSA LA 70427 | CREDITOR ID: 297086-39<br>JOSEPH C ARMSTRONG III<br>2113 METAIRIE CT<br>METAIRIE LA 70001 | CREDITOR ID: 297087-39<br>JOSEPH C BURR<br>418 LANSFORD DR<br>WADESBORO NC 28170 |
| CREDITOR ID: 297088-39<br>JOSEPH C COBB & HELEN C COBB<br>JT TEN<br>5116 CLAIRMONT AVE S<br>BIRMINGHAM AL 35222 | CREDITOR ID: 297089-39<br>JOSEPH C COBB CUST CARLTON<br>PARKER COBB UND UNIF GIFT<br>MIN ACT FLA<br>5116 CLAIRMONT AVE<br>BIRMINGHAM AL 35222 | CREDITOR ID: 297090-39<br>JOSEPH C DABROSCA JR<br>5514 GARRISON AVE<br>NORTH PORT FL 34286 |
| CREDITOR ID: 297091-39<br>JOSEPH C EDDY<br>7577 RIVER RD<br>CALLAHAN FL 32011 | CREDITOR ID: 297092-39<br>JOSEPH C FEDUCCIA<br>PO BOX 273<br>SIMMESPORT LA 71369 | CREDITOR ID: 297093-39<br>JOSEPH C MONTGOMERY JR &<br>LINDA M MONTGOMERY JT TEN<br>8208 SEAMAN RD<br>OCEAN SPRINGS MS 39565 |
| CREDITOR ID: 297094-39<br>JOSEPH C PEARCE JR<br>RT 1 BOX 47<br>SURRENCY GA 31563 | CREDITOR ID: 297095-39<br>JOSEPH C RANDAZZO<br>2781 56TH WAY N<br>ST PETERSBURG FL 33710 | CREDITOR ID: 297096-39<br>JOSEPH C RESTIVO JR &<br>ELIZABETH RESTIVO JT TEN<br>219 MELWOOD LN<br>RICHMOND VA 23229 |
| CREDITOR ID: 297097-39<br>JOSEPH CEDEYCO &<br>TRANSYLVANIA UNIV TEN COM<br>300 N BROADWAY ST<br>LEXINGTON KY 40508 | CREDITOR ID: 297098-39<br>JOSEPH CEDEYCO &<br>TRANSYLVANIA UNIVERSITY JT TEN<br>300 N BROADWAY ST<br>LEXINGTON KY 40508 | CREDITOR ID: 297099-39<br>JOSEPH CHARLES BRISCOE<br>301 GRANT RD<br>CLEMMONS NC 27012 |
| CREDITOR ID: 297100-39<br>JOSEPH CHARLES IRWIN<br>5340 LAKE LIZZIE DR<br>ST CLOUD FL 34771 | CREDITOR ID: 297101-39<br>JOSEPH CHARLES ROTHWEILER<br>6142 BISCHOFF HILL RD<br>WEST HARRISON IN 47060 | CREDITOR ID: 297102-39<br>JOSEPH CHECCA<br>120 GALERIE DR<br>EASLEY SC 29642 |
| CREDITOR ID: 297103-39<br>JOSEPH CLAIR LONG<br>4 WINDFIELD RD<br>GREENVILLE SC 29607 | CREDITOR ID: 297104-39<br>JOSEPH CLEMENS<br>PO BOX 134<br>SILVER SPRINGS FL 32688 | CREDITOR ID: 297105-39<br>JOSEPH CONSTANTIN<br>1441 MANOTAK AVE APT 701<br>JACKSONVILLE FL 32210 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors,  Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297106-39<br>JOSEPH CREO<br>481 SW 113TH WA<br>PEMBROKE  PINES FL 33025 | CREDITOR ID: 297107-39<br>JOSEPH CURATOLO<br>15636 VIENNA DR<br>ORLANDO FL 32828 | CREDITOR ID: 297108-39<br>JOSEPH D ABRAHAM<br>2013 DIVISION ST<br>METAIRIE LA 70001 |
| CREDITOR ID: 297109-39<br>JOSEPH D BARTLETT<br>1662 CARROLL DR NW<br>ATLANTA GA 30318 | CREDITOR ID: 297110-39<br>JOSEPH D BATZEL<br>2001 RIDGEMONT CT<br>ARLINGTON TX 76012 | CREDITOR ID: 297111-39<br>JOSEPH D BUTLER<br>2487 STONEBRIDGE DR<br>ORANGE  PARK FL 32065 |
| CREDITOR ID: 297112-39<br>JOSEPH D CUSHMAN<br>P O BOX 128<br>SEWANEE TN 37375 | CREDITOR ID: 297113-39<br>JOSEPH D CUSHMAN & MARY L<br>CUSHMAN JT TEN<br>PO BOX 128<br>SEWANEE TN 37375 | CREDITOR ID: 297114-39<br>JOSEPH D DEANGELO<br>4219 RIVER RD<br>FAIRFIELD OH 45014 |
| CREDITOR ID: 297115-39<br>JOSEPH D DESHOTEL<br>128 DAYNA DR<br>CARENCRO LA 70520 | CREDITOR ID: 297117-39<br>JOSEPH D DISMUKE CUST<br>NATHANIEL JOSEPH DISMUKE<br>UNIF TRAN MIN ACT FL<br>275 MULBERRY CIR<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 297118-39<br>JOSEPH D DISMUKE JR CUST<br>JOSHUA COLE DISMUKE UNIF<br>TRANS MIN ACT FL<br>275 MULBERRY CIR<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 297119-39<br>JOSEPH D DISMUKE JR CUST FOR<br>JACOB SAMUEL DISMUKE UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>275 MULBERRY CIRCLE<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 297120-39<br>JOSEPH D DIXON<br>150 NE 23 CT<br>POMPANO  BCH FL 33060 | CREDITOR ID: 297121-39<br>JOSEPH D FONTANA JR<br>204 WALNUT ST<br>COVINGTON LA 70433 |
| CREDITOR ID: 297122-39<br>JOSEPH D GARRETT<br>2554 S MINER DR<br>COTTONWOOD AZ 86326 | CREDITOR ID: 297123-39<br>JOSEPH D HARRIS<br>1914 PIERCE WAY<br>BUFORD GA 30519 | CREDITOR ID: 297124-39<br>JOSEPH D HINDSLEY SR TTEE<br>JOSEPH D HINDSLEY LIVING<br>TRUST DTD 05-06-94<br>5801 DANVILLE DR<br>FAYETTEVILLE NC 28311 |
| CREDITOR ID: 297125-39<br>JOSEPH D KELLEY JR<br>111 STONE MEADOW WAY<br>EASLEY SC 29642 | CREDITOR ID: 297126-39<br>JOSEPH D KROL TR U-A<br>10/31/86 F-B-O JOSEPH D KROL<br>TRUST<br>1032 BEL AIRE DR<br>DAYTONA  BCH FL 32118 | CREDITOR ID: 297128-39<br>JOSEPH D ROBBINS<br>331 LUCKADOO RD<br>BOSTIC NC 28018 |
| CREDITOR ID: 297129-39<br>JOSEPH D ROSS TRUSTEE U-A<br>DTD 10-06-97JOSEPH D ROSS<br>REVOCABLE TRUST<br>1142 WYOMING AVE<br>FT  LAUDERDALE FL 33312 | CREDITOR ID: 297130-39<br>JOSEPH D TYSON<br>5764 HURDIA RD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 297131-39<br>JOSEPH D WALKER<br>3014 DILLMAN DR<br>SAINT  CLOUD FL 34769 |
| CREDITOR ID: 297132-39<br>JOSEPH DALE PERRON & SANDRA<br>K PERRON JT TEN<br>2370 DOLPHIN AVE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 297133-39<br>JOSEPH DAMONE & PASQUALINA<br>DAMONE JT TEN<br>145 GOLFCLUB DR<br>LONGWOOD FL 32779 | CREDITOR ID: 297134-39<br>JOSEPH DANIEL DUSH<br>PO BOX 1344<br>JASPER AL 35502 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297135-39<br>JOSEPH DANIELS<br>6630 NW 29TH AVE<br>MIAMI FL 33147 | CREDITOR ID: 297136-39<br>JOSEPH DANIELS & THELMA<br>MANELL DANIELS JT TEN<br>6630 NW 29TH AVE<br>MIAMI FL 33147 | CREDITOR ID: 297137-39<br>JOSEPH DIGREGORIO<br>606 TOMAHAWK TRAIL<br>BRANDON FL 33511 |
| CREDITOR ID: 297138-39<br>JOSEPH E CUSACK<br>197 FOREST LANE<br>DEBARY FL 32713 | CREDITOR ID: 297139-39<br>JOSEPH E DILLEHAY & SANDRA D<br>DILLEHAY JT TEN<br>556 FRED WILDER RD<br>FRANKLINTON NC 27525 | CREDITOR ID: 297140-39<br>JOSEPH E DREIFUS & DOLORES K<br>DREIFUS JT TEN<br>18960 24TH ST<br>LIVE  OAK FL 32060 |
| CREDITOR ID: 297141-39<br>JOSEPH E GEITHMANN & ROXANNE<br>D GEITHMANN JT TEN<br>1410 28TH AVE N<br>NAPLES FL 33940 | CREDITOR ID: 297142-39<br>JOSEPH E GILLETTE<br>4710 THE OAKS DR<br>MARIANNA FL 32446 | CREDITOR ID: 297143-39<br>JOSEPH E KELLY & TRACY P<br>KELLY JT TEN<br>HC 86 BOX 7D<br>LONNEYVILLE WV 25259 |
| CREDITOR ID: 297144-39<br>JOSEPH E KNIGHT & DORTHA A<br>KNIGHT JT TEN<br>1865 PIONEER TRAIL<br>NEW  SMYRNA  BEACH FL 32168 | CREDITOR ID: 297145-39<br>JOSEPH E LEWIS JR & AMY O<br>LEWIS JT TEN<br>1140 RIVER BIRCH RD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 297146-39<br>JOSEPH E LOCASCIO<br>2854 WISTERIA DR<br>HOOVER AL 35216-4612 |
| CREDITOR ID: 297147-39<br>JOSEPH E LOCASCIO & MARIE C<br>LOCASCIO JT TEN<br>2854 WISTERIA DR<br>BIRMINGHAM AL 35216 | CREDITOR ID: 297148-39<br>JOSEPH E NUTTER JR<br>5304 FOUNTAIN GATE RD<br>KNOXVILLE TN 37918 | CREDITOR ID: 297149-39<br>JOSEPH E OUZTS & MARJORY L<br>OUZTS JT TEN<br>2212 HOLLAND ST<br>WEST  COLUMBIA SC 29169 |
| CREDITOR ID: 297151-39<br>JOSEPH E STELLMACH<br>2065 N HIGHLAND AVE # J265<br>CLEARWATER FL 33755 | CREDITOR ID: 297152-39<br>JOSEPH E THOMPSON CUST<br>KRISTA N THOMPSON UNDER THE<br>FL UNIF TRAN MIN ACT<br>356 CHARDON RD<br>ORMOND  BEACH FL 32174 | CREDITOR ID: 297153-39<br>JOSEPH E THOMPSON CUST CORA<br>L THOMPSON UNDER THE FL UNIF<br>TRAN MIN ACT<br>356 CHARDON RD<br>ORMOND  BEACH FL 32174 |
| CREDITOR ID: 297154-39<br>JOSEPH E WARREN<br>1653 DOGWOOD DR<br>HARVEY LA 70058 | CREDITOR ID: 297155-39<br>JOSEPH E WOODRUFF<br>2306 SIXTH AVE<br>ALFORD FL 32420 | CREDITOR ID: 297156-39<br>JOSEPH EARL POU JR<br>102 MAIN ST BOX 196<br>JACKSON SC 29831 |
| CREDITOR ID: 297157-39<br>JOSEPH EARL RAY<br>906 MOUNTAINBROOK RD<br>ANNISTON AL 36203 | CREDITOR ID: 297158-39<br>JOSEPH EDGAR MILLIGAN<br>706 ARGYLL RD<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 297159-39<br>JOSEPH EDWARD DAVIDSON<br>18720 LONE DOVE LN<br>CLERMONT FL 34711 |
| CREDITOR ID: 297161-39<br>JOSEPH EDWARD RUPPERT<br>13 GROSBEAK LN<br>NAPLES FL 33961 | CREDITOR ID: 297162-39<br>JOSEPH EMANUEL CROWDER<br>1002 CALHOUN ST<br>MONROE NC 28112 | CREDITOR ID: 297163-39<br>JOSEPH EVERETT BOOTH<br>33107 MULBERRY RD<br>DADE  CITY FL 33525 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297164-39<br>JOSEPH F ANDRIETSCH<br>362 SUGARBUSH LN<br>ELKHART  LAKE WI 53020 | CREDITOR ID: 297165-39<br>JOSEPH F CARROLL & LYDIA<br>CARROLL JT TEN<br>2841 N OCEAN BLVD APT 906<br>FT  LAUDERDALE FL 33308 | CREDITOR ID: 297166-39<br>JOSEPH F JANIS<br>3600 LAKE BAYSHORE DR # 16-223<br>BRADENTON FL 34205 |
| CREDITOR ID: 297167-39<br>JOSEPH F LAROSA<br>117 PHILIP COURT<br>CHALMETTE LA 70043 | CREDITOR ID: 297168-39<br>JOSEPH F MARKS<br>PO BOX 947<br>PEWEE  VALLEY KY 40056 | CREDITOR ID: 297169-39<br>JOSEPH F MARKS & CONNIE S<br>MARKS JT TEN<br>623 W MAIN ST<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 297170-39<br>JOSEPH F MATHIS<br>5431 PETTUS RD<br>LETOHATCHEE AL 36047 | CREDITOR ID: 297171-39<br>JOSEPH F MCNEILL<br>1484 SAINT CHRISTOPHER ST<br>SLIDELL LA 70460 | CREDITOR ID: 297172-39<br>JOSEPH F MERILAN<br>12442 SW 193 ST R<br>MIAMI FL 33177 |
| CREDITOR ID: 297173-39<br>JOSEPH F SWIETNICKI<br>16215 CHISWELL LN<br>BEAVERDAM VA 23015 | CREDITOR ID: 297174-39<br>JOSEPH FEDERICI & LOUISE<br>FEDERICI TTEES DTD 02-23-94<br>FEDERICI REVOCABLE TRUST<br>2025 BONISLE CI<br>PALM  BCH  GDNS FL 33418 | CREDITOR ID: 297175-39<br>JOSEPH FERRANTI<br>2724 GOLF LAKE CIRCLE APT 621<br>MELBOURNE FL 32935 |
| CREDITOR ID: 297176-39<br>JOSEPH FIGUEIRA & LOIS<br>FIGUEIRA TTEE U A DTD 7/5/88<br>JOSEPH & LOIS FIGUEIRA 1988<br>TRUST<br>12262 GAYLE LN<br>NEVADA  CITY CA 95959 | CREDITOR ID: 297177-39<br>JOSEPH FONTENOT<br>110 SPECIAL LN<br>OPELOUSAS LA 70570 | CREDITOR ID: 297178-39<br>JOSEPH FORLINI<br>2824 MONTICELL PLACE<br>DECATUR GA 30030 |
| CREDITOR ID: 297179-39<br>JOSEPH FRANCIS GAUDETTE<br>21508 SEYBURN TERR<br>PORT  CHARLOTTE FL 33954 | CREDITOR ID: 297180-39<br>JOSEPH G BARRETT<br>2931 CURRAN ROAD<br>LOUISVILLE KY 40205 | CREDITOR ID: 297181-39<br>JOSEPH G DAVISON JR<br>6717 FILDS LN<br>PENSACOLA FL 32505 |
| CREDITOR ID: 297182-39<br>JOSEPH G DYBA<br>8126 CHATUGA CT<br>LAKE  WORTH FL 33467 | CREDITOR ID: 297183-39<br>JOSEPH G JIRAN<br>2641 GATELY DR W UNIT 806<br>WEST  PALM  BEACH FL 33415 | CREDITOR ID: 297185-39<br>JOSEPH GAROFOLO & LAUREL<br>GAROFOLO JT TEN<br>112 MATTHEWS ROAD<br>OAKDALE NY 11769 |
| CREDITOR ID: 297186-39<br>JOSEPH GERSON<br>308 WEST 20TH STREET<br>NEW  YORK NY 10011 | CREDITOR ID: 297187-39<br>JOSEPH GERVIN JR<br>422 CHRISTIAN LOOP<br>HAVANA FL 32333 | CREDITOR ID: 297188-39<br>JOSEPH GLASS & RACHELLE<br>GLASS JT TEN<br>201 MONROE AVE APT 22C<br>MAITLAND FL 32751 |
| CREDITOR ID: 297189-39<br>JOSEPH GLENN SR<br>4904 VERMONT RD<br>JACKSONVILLE FL 32209 | CREDITOR ID: 297190-39<br>JOSEPH GOLDBERG TRUSTEE U-A<br>DTD 09-14-95|JOSEPH GOLDBERG<br>REVOCABLE TRUST<br>10217 NW 24TH PL #401<br>SUNRISE FL 33322 | CREDITOR ID: 297191-39<br>JOSEPH GOLDSMITH<br>RT 2 BOX 169<br>HOPEHULL AL 36043 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors,  Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297192-39<br>JOSEPH GRASSO & ROSEMARY<br>GRASSO CO-TTEES U-A DTD<br>05-08-91 FBO JOSEPH &<br>ROSEMARY GRASSO TRUST<br>3034 28TH AVE N<br>ST  PETERSBURG FL 33713 | CREDITOR ID: 297193-39<br>JOSEPH GRAY MIZE JR<br>1416 RUFFIN STREET<br>DURHAM NC 27701 | CREDITOR ID: 297195-39<br>JOSEPH H ANDERSON<br>716 N DILTON ST<br>METAIRIE LA 70003 |
| CREDITOR ID: 297194-39<br>JOSEPH H ANDERSON<br>693 HARTFORD DR<br>PORT  CHARLOTTE FL 33952 | CREDITOR ID: 297196-39<br>JOSEPH H BARBARO<br>841 CAREW AVE<br>ORLANDO FL 32804 | CREDITOR ID: 297197-39<br>JOSEPH H CIULLA<br>8541 SQUADRON DR<br>CHALMETTE LA 70043 |
| CREDITOR ID: 297198-39<br>JOSEPH H DICUS<br>2710 DONALD AVE<br>PINEVILLE LA 71360 | CREDITOR ID: 297199-39<br>JOSEPH H GILBERT<br>121 MARLETTE DR<br>CUSSETA GA 31805 | CREDITOR ID: 297200-39<br>JOSEPH H GOBLE<br>R2431 SUMAC DRIVE<br>AUGUSTA GA 30906 |
| CREDITOR ID: 297201-39<br>JOSEPH H HUBBERT & RAE A<br>HUBBERT TRUSTEES U-A DTD<br>05-29-01 JOSEPH H HUBBERT &<br>RAE A HUBBERT TRUST<br>4694 S 115TH RD<br>BOLIVAR MO 65613 | CREDITOR ID: 297202-39<br>JOSEPH H HUDSON<br>541 PALMER ROAD<br>ROCKWELL NC 28138 | CREDITOR ID: 297203-39<br>JOSEPH H LYLES SR<br>PO BOX 23<br>MIDWAY GA 31320 |
| CREDITOR ID: 297204-39<br>JOSEPH H MCKELLAR II<br>PO BOX 1022<br>TIFTON GA 31793 | CREDITOR ID: 297205-39<br>JOSEPH H MCKELLAR II & JUNE<br>T MCKELLAR JT TEN<br>PO BOX 1022<br>TIFTON GA 31793 | CREDITOR ID: 297206-39<br>JOSEPH H PETROVIT<br>3903 PARWAY RD<br>ZELLWOOD FL 32798 |
| CREDITOR ID: 297207-39<br>JOSEPH H WEST & DEBRA S WEST<br>JT TEN<br>5012 CINDY DR<br>RALEIGH NC 27603 | CREDITOR ID: 297208-39<br>JOSEPH HODGE<br>920 BRENNAN PLACE<br>LONGWOOD FL 32750 | CREDITOR ID: 297209-39<br>JOSEPH J DOMZALSKI<br>236 SPRING FOREST COURT<br>FORT  WAYNE IN 46804 |
| CREDITOR ID: 297210-39<br>JOSEPH J LOCKE & DORIS A<br>LOCKE JT TEN<br>7164 DUNSON RD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 297211-39<br>JOSEPH J MORRISON<br>150 LYNN JUSTICE RD<br>BAINBRIDGE GA 31717 | CREDITOR ID: 297212-39<br>JOSEPH J PIRCZHALSKI<br>330 S CLINTON ST<br>BALTIMORE MD 21224 |
| CREDITOR ID: 297213-39<br>JOSEPH J PONCER & MARY S<br>PONCER JT TEN<br>11737 ROSEMARY LANE<br>ALSIP IL 60803 | CREDITOR ID: 297214-39<br>JOSEPH J STUPARITZ<br>13006 S OAK PARK AVE<br>PALOS  HEIGHTS IL 60463 | CREDITOR ID: 297215-39<br>JOSEPH J THRUSTON JR<br>208 ROPER MOUNTAIN RD EXIT<br>GREENVILLE SC 29615 |
| CREDITOR ID: 297216-39<br>JOSEPH J THURMAN<br>8039 CHASE RD<br>LAKELAND FL 33809 | CREDITOR ID: 297217-39<br>JOSEPH J TIMPA<br>19517 CHANTICLEER COURT<br>BATON  ROUGE LA 70809 | CREDITOR ID: 297218-39<br>JOSEPH JASON LAVERGNE<br>2346 WILDER ROAD<br>CROWLEY LA 70526 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297219-39<br>JOSEPH JIMICK<br>116 HOOKON AVE<br>POUGHKEEPSIE NY 12601 | CREDITOR ID: 297220-39<br>JOSEPH JUREK TOD GLENN JUREK<br>SUBJECT TO STA RULES<br>5303 MULFORD ST<br>SKOKIE IL 60077 | CREDITOR ID: 297221-39<br>JOSEPH K BENTLEY<br>314 MEADOWVIEW DR APT 502<br>BOONE NC 28607 |
| CREDITOR ID: 297222-39<br>JOSEPH K BRYAN JR<br>PO BOX 963<br>OXFORD NC 27565-0963 | CREDITOR ID: 297223-39<br>JOSEPH K ORR IV<br>2252 CUMBERLAND PL<br>SMYRNA GA 30080 | CREDITOR ID: 297224-39<br>JOSEPH K SOKOL<br>795 RIDGE RD<br>HARTWELL GA 30643 |
| CREDITOR ID: 297225-39<br>JOSEPH KEVIN FITZPATRICK<br>4 SYNNOTT ROW<br>DUBLIN 7<br>IRELAND | CREDITOR ID: 297226-39<br>JOSEPH KEVIN LEDFORD<br>705 POWERS FERRY RD #202<br>MARIETTA GA 30067 | CREDITOR ID: 297227-39<br>JOSEPH KLEIN III<br>GENERAL DELIVERY<br>STEVENSON MD 21153 |
| CREDITOR ID: 297228-39<br>JOSEPH KUSMIERCZYK<br>6706 KAZIMIER AVE<br>CLEVELAND OH 44105 | CREDITOR ID: 297229-39<br>JOSEPH L ANDREPONT<br>1621 W MAGNOLIA AVE<br>EUNICE LA 70535 | CREDITOR ID: 297230-39<br>JOSEPH L BLUME<br>444 WINNWAY ST<br>APOPKA FL 32712 |
| CREDITOR ID: 297231-39<br>JOSEPH L GIRA<br>9414 ALVERNON DR<br>NEW PORT RICHEY FL 34655 | CREDITOR ID: 297232-39<br>JOSEPH L GRIGGS III<br>72 RIDGEWAY DR<br>VILLA RICA GA 30180 | CREDITOR ID: 297234-39<br>JOSEPH L NEW & META Z NEW<br>JT TEN<br>8412 NORBERT AVE<br>NORTH PORT FL 34287 |
| CREDITOR ID: 297235-39<br>JOSEPH L TALTON<br>3719 BARTLETT COURT<br>LOUISVILLE KY 40218 | CREDITOR ID: 297236-39<br>JOSEPH L WRIGHT JR<br>PO BOX 30655<br>CHARLESTON SC 29417 | CREDITOR ID: 297237-39<br>JOSEPH L WRIGHT JR CUST<br>PATRICK C WRIGHT UND UNIF<br>GIFT MIN ACT SC<br>PO BOX 30655<br>CHARLESTON SC 29417 |
| CREDITOR ID: 297238-39<br>JOSEPH LAMAR FAULKNER<br>115 SWANSON RD<br>FAYETTEVILLE GA 30214 | CREDITOR ID: 297239-39<br>JOSEPH LAMAR TIMMS<br>3624 OLD LAURENS RD<br>GREENWOOD SC 29649 | CREDITOR ID: 297240-39<br>JOSEPH LANZA<br>645 E WILLIAM DAVID PKY<br>METAIRIE LA 70005 |
| CREDITOR ID: 297241-39<br>JOSEPH LAWRENCE REIS<br>2503 MCGEE DR<br>LOUISVILLE KY 40216 | CREDITOR ID: 297242-39<br>JOSEPH LIONEL BERTRAND<br>158 OLD SPRINGS LN<br>IOTA LA 70543 | CREDITOR ID: 297243-39<br>JOSEPH LOCKE CONRAD III<br>5603 TAYLOR RD<br>GRIFTON NC 28530 |
| CREDITOR ID: 297244-39<br>JOSEPH LOUIS PARNIN<br>15816 N W 120 PLACE<br>ALACHUA FL 32615 | CREDITOR ID: 297245-39<br>JOSEPH LULU SR & CAROL A<br>LULU JT TEN<br>471 CENTRAL TURNPIKE<br>SUTTON MA 01590 | CREDITOR ID: 297246-39<br>JOSEPH M BAILEY<br>150 ST LOUIS DR<br>OWENSVILLE OH 45160 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297248-39<br>JOSEPH M CASWELL<br>8964 WEST WHITE DOGWOOD DRIVE<br>HOMOSASSA FL 34448 | CREDITOR ID: 297249-39<br>JOSEPH M CIEKOT & DOROTHY E<br>CIEKOT TTEES U-A DTD 9/1/92<br>JOSEPH M CIEKOT TRUST<br>2902 OVERLAKE AVE<br>ORLANDO FL 32806 | CREDITOR ID: 297250-39<br>JOSEPH M CRISAFULLI & BONNIE<br>K CRISAFULLI JT TEN<br>4365 70TH AVE N<br>PINELLAS  PARK FL 34665 |
| CREDITOR ID: 297251-39<br>JOSEPH M CROOM<br>P O BOX 1246<br>NOKOMIS FL 34274 | CREDITOR ID: 297253-39<br>JOSEPH M FOSTER<br>4762 E HOLLY GROVE RD<br>THOMASVILLE NC 27360 | CREDITOR ID: 297252-39<br>JOSEPH M FOSTER<br>406 N K ST<br>LAKE  WORTH FL 33460 |
| CREDITOR ID: 297254-39<br>JOSEPH M GODMAN & EVELYN<br>GODMAN JT TEN<br>136 E 36TH ST<br>NEW  YORK NY 10016 | CREDITOR ID: 297255-39<br>JOSEPH M GODWIN<br>ANGELS ROOST<br>241 CARTHAGE RD NW<br>FLOYD VA 24091 | CREDITOR ID: 297256-39<br>JOSEPH M GURNOW<br>13 AUTUM WOOD TRAIL<br>DELAND FL 32724 |
| CREDITOR ID: 297257-39<br>JOSEPH M JAMES<br>274 DONDANVILLE RD<br>ST  AUGUSTINE FL 32084 | CREDITOR ID: 297258-39<br>JOSEPH M JAMES & DIANIA L<br>JAMES JT TEN<br>274 DONDANVILLE RD<br>ST  AUGUSTINE FL 32084 | CREDITOR ID: 297259-39<br>JOSEPH M JOYE<br>2000 WINSTON RD<br>CLAYTON NC 27520 |
| CREDITOR ID: 297260-39<br>JOSEPH M KIRK<br>2160 PLYMOUTH LN<br>CUYAHOGA  FALLS OH 44221 | CREDITOR ID: 297261-39<br>JOSEPH M MAAS<br>462 W PARKWOOD RD<br>DECATUR GA 30030 | CREDITOR ID: 297262-39<br>JOSEPH M MCMANUS JR<br>5315 PARIS AVE<br>NEW  ORLEANS LA 70122 |
| CREDITOR ID: 297263-39<br>JOSEPH M MILLER<br>8801 RAINTREE DR<br>LOUISVILLE KY 40220 | CREDITOR ID: 297264-39<br>JOSEPH M PAOLUCCI<br>6871 SW 2ND ST<br>PEMBROKE  PINES FL 33023 | CREDITOR ID: 297265-39<br>JOSEPH M PELLETIER<br>163 DOW LN<br>FORT  MYERS FL 33917 |
| CREDITOR ID: 297266-39<br>JOSEPH M PELLETIER &<br>KATHLEEN G PELLETIER JT TEN<br>163 DOW LN<br>FORT  MYERS FL 33917 | CREDITOR ID: 297267-39<br>JOSEPH M WATSON SR<br>3318 TREVILLE AVE<br>BRUNSWICK GA 31520 | CREDITOR ID: 297268-39<br>JOSEPH MANN<br>1619 KEELING DR<br>DELTONA FL 32738 |
| CREDITOR ID: 297269-39<br>JOSEPH MANUEL SIRGO JR &<br>MARY DUFRENE SIRGO JT TEN<br>4 CHATEAU TRAINON DR<br>KENNER LA 70065 | CREDITOR ID: 297271-39<br>JOSEPH MARTORANO &<br>ANTOINETTE MARTORANO JT TEN<br>5 WARREN DR<br>OLD  BRIDGE NJ 08857 | CREDITOR ID: 297273-39<br>JOSEPH MICHAEL HARMON<br>353 ELLIS RD<br>BLOUNTVILLE TN 37617 |
| CREDITOR ID: 297274-39<br>JOSEPH MILTON PARKER<br>P O BOX 165<br>LEXINGTON NC 27293 | CREDITOR ID: 297275-39<br>JOSEPH MISERENDINO & JOANN<br>MISERENDINO JT TEN<br>234 SW 12TH AVE<br>BOYNTON  BEACH FL 33435 | CREDITOR ID: 297276-39<br>JOSEPH MITCHELL DUREN<br>540 MOULTRIE WELLS RD<br>SAINT  AUGUSTINE FL 32086 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:**    WINN-DIXIE STORES, INC., ET AL.                                    **CASE:   05-03817-3F1**

CREDITOR ID: 297277-39
JOSEPH MOSKOWITZ
PO BOX 261
MALABAR FL 32950

CREDITOR ID: 297278-39
JOSEPH N CUNNINGHAM
118 AVENUE B  SE
WINTER  HAVEN FL 33880

CREDITOR ID: 297279-39
JOSEPH N JACOBS
11443 NELLIE OAKS BND
CLERMONT FL 34711

CREDITOR ID: 297280-39
JOSEPH N SMITH
1608 GREEN CRICKET CT
APOPKA FL 32712

CREDITOR ID: 297281-39
JOSEPH NEAL THOMAS
8943 OLD KINGS RD
JACKSONVILLE FL 32219

CREDITOR ID: 297282-39
JOSEPH NICOLA & GERRY NICOLA
JT TEN
PO BOX 750
BONITA  SPRINGS FL 33959

CREDITOR ID: 297283-39
JOSEPH OLSON
33 COWAN DRIVE SW
CARTERSVILLE GA 30120

CREDITOR ID: 297284-39
JOSEPH OTTAVIANO & ANGELINA
OTTAVIANO JT TEN
7 HEATHERSWAY CT
LAKEWOOD NJ 08701

CREDITOR ID: 297285-39
JOSEPH P CORNELIUS
2411 MT ZION RD
EAST  BERNSTADT KY 40729

CREDITOR ID: 297287-39
JOSEPH P GILBERTI
106 ACADIA LN
DESTREHAN LA 70047

CREDITOR ID: 297292-39
JOSEPH P WABOL
8500 LISA LN
HICKORY  HILLS IL 60457

CREDITOR ID: 297294-39
JOSEPH P WILKINSON
908 ARMENA RD
LEESBURG GA 31763

CREDITOR ID: 297295-39
JOSEPH P WORRELL & ANNIE V
WORRELL JT TEN
P O BOX 125
WEBSTER FL 33597

CREDITOR ID: 297296-39
JOSEPH PAULL MURRAY
665 SAPLIN BRANCH RD
TIMBERLAKE NC 27583

CREDITOR ID: 297297-39
JOSEPH PERRY THIBODEAUX
165 DEROUEN AVE
EUNICE LA 70535

CREDITOR ID: 297298-39
JOSEPH PIZZA
3326 NW 69 CT
FT  LAUDERDALE FL 33309

CREDITOR ID: 297299-39
JOSEPH PIZZA & LINDA J PIZZA
JT TEN
3326 NW 69 CT
FT  LAUDERDALE FL 33309

CREDITOR ID: 297300-39
JOSEPH PONCZKOWSKI & DOROTHY
PONCZKOWSKI JT TEN
500 SHADOW LAKES BLVD
ORMOND  BEACH FL 32174

CREDITOR ID: 297303-39
JOSEPH R CHAMY
1561 SE 24 AVENUE
POMPANO  BEACH FL 33062

CREDITOR ID: 297304-39
JOSEPH R ESPOSITO
2926 W 5TH ST
JACKSONVILLE FL 32254

CREDITOR ID: 297305-39
JOSEPH R FOGLE & MARY H
FOGLE JT TEN
875 FOBLE ROAD
LORETTO KY 40037

CREDITOR ID: 297306-39
JOSEPH R MCDANIEL
5696 LINTON ROAD
ELDERSBURG MD 21784

CREDITOR ID: 297307-39
JOSEPH R PEREZ & OLIVA PEREZ
JT TEN
8720 MEADOWVIEW CIRCLE SOUTH
TAMPA FL 33625

CREDITOR ID: 297308-39
JOSEPH R RICHARDS
4601 W CATBRIER CT
JACKSONVILLE FL 32259

CREDITOR ID: 297309-39
JOSEPH R STRAUGHN
44312 348TH LN
AITKIN MN 56431

CREDITOR ID: 297310-39
JOSEPH R WESSON
9581 COUNTY RD 49
VERBENA AL 36091

CREDITOR ID: 297311-39
JOSEPH RAYMOND BOURASSA JR
11448 LUMBERJACK CIR E
JACKSONVILLE FL 32223

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 297312-39
JOSEPH RAYMOND LUCKEY
2453 BRENT AVE SW NO C
WINTER  HAVEN FL 33880

CREDITOR ID: 297313-39
JOSEPH RAYMOND MURA III
P O BOX 22
HUXFORD AL 36543

CREDITOR ID: 297314-39
JOSEPH ROBERTS
475 PRINGLE ST
SUMTER SC 29150

CREDITOR ID: 297315-39
JOSEPH S BARRANCO
50 DORRIS ROAD
ALPHARETTA GA 30004

CREDITOR ID: 297316-39
JOSEPH S CIEZ & VIRGINIA D
CIEZ JT TEN
1581 FAR HILLS DR
BARTLETT IL 60103

CREDITOR ID: 297317-39
JOSEPH S DARBON
7110 READ BLVD
NEW  ORLEANS LA 70127

CREDITOR ID: 297318-39
JOSEPH S DARBON & MILLER
DEAN DARBON JT TEN
7110 READ BLVD
NEW  ORLEANS LA 70127

CREDITOR ID: 297319-39
JOSEPH S DESPER
9009 HUNTERS GREENE DR
ZEBULON NC 27597

CREDITOR ID: 297320-39
JOSEPH S FERACI JR
337 MOONRAKER DRIVE
SLIDELL LA 70458

CREDITOR ID: 297321-39
JOSEPH S LUNSFORD
PO BOX 248
BROOKNEAL VA 24528-0248

CREDITOR ID: 297322-39
JOSEPH S MILLER
6797 OLD US HWY 421
ZIONVILLE NC 28698

CREDITOR ID: 297323-39
JOSEPH S MILLER & ROXANNA G
MILLER JT TEN
6797 OLD US HWY 421
ZIONVILLE NC 28698

CREDITOR ID: 297324-39
JOSEPH S PALERMO
3121 SHERRY DR
ORLANDO FL 32810

CREDITOR ID: 297325-39
JOSEPH SCOTT BETTS
620 MCGEE RD
BENSON NC 27504

CREDITOR ID: 297326-39
JOSEPH SCOTT QUEEN
814 IKE LYNCH RD
DALLAS NC 28034

CREDITOR ID: 297329-39
JOSEPH SHEPARD BRYAN III
CUST JOSEPH SHEPARD BRYAN IV
UNDER AZ UNIFORM TRANSFERS
TO MINORS ACT
5412 E MORRISON LN
PARADISE  VALLEY AZ 85253

CREDITOR ID: 297327-39
JOSEPH SHEPARD BRYAN III
CUST FOR ERIC ALEXANDER
BRYAN UNDER AZ UNIF
TRANSFERS TO MINORS ACT
5412 E MORNSON LN
PARADISE  VALLEY AZ 85253

CREDITOR ID: 297328-39
JOSEPH SHEPARD BRYAN III
CUST JAIME LYNN BRYAN UNDER
AZ UNIFORM TRANSFERS TO
MINORS ACT
5412 E MORRISON LN
PARADISE  VALLEY AZ 85253

CREDITOR ID: 297330-39
JOSEPH SINCERBOX & ROGER
SINCERBOX JT TEN
PO BOX 455
HAMMONDSPORT NY 14840

CREDITOR ID: 297331-39
JOSEPH STERLING GRANT
1218 WEST HILL DRIVE
BEDFORD VA 24523

CREDITOR ID: 297332-39
JOSEPH T CONWELL
PO BOX 463
HUNTSVILLE AL 35804

CREDITOR ID: 297333-39
JOSEPH T HENRY
P O BOX 1296
GIBSONTON FL 33534

CREDITOR ID: 297334-39
JOSEPH T KERRIGAN
3486 DOVER ST
SARASOTA FL 34235

CREDITOR ID: 297335-39
JOSEPH T LADD JR
6000 OLD FLOYDSBURG RD
CRESTWOOD KY 40014

CREDITOR ID: 297336-39
JOSEPH T SAMPLE
BOX 388
GARNER NC 27529

CREDITOR ID: 297337-39
JOSEPH T STANLEY
9775 BOX RD
SEMMES AL 36575

CREDITOR ID: 297338-39
JOSEPH TERRY VIDRINE
3291 GRAND PRAIRIE HWY
WASHINGTON LA 70589

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 297339-39
JOSEPH TORO & THERESA TORO
JT TEN
644 ERROLL ST
PORT  CHARLOTTE FL 33952

CREDITOR ID: 297340-39
JOSEPH V BASS & PEGGY A BASS
JT TEN
207 BAGGETT AVE
RALEIGH NC 27604

CREDITOR ID: 297341-39
JOSEPH V FERRANTI
PO BOX 501113
MALABAR FL 32950

CREDITOR ID: 297342-39
JOSEPH V REZZA
142 EFFIE DR
PIEDMONT SC 29673

CREDITOR ID: 297343-39
JOSEPH VERNON BASS & PEGGY
ANNETTE BASS JT TEN
207 BAGGETT AVE
RALEIGH NC 27604

CREDITOR ID: 297344-39
JOSEPH VINCENT SULLIVAN
TRUSTEE U-A DTD
05-09-86 JOSEPH VINCENT
SULLIVAN REVOCABLE TRUST
1112 WEST BEACON RD 124
LAKEND FL 33803

CREDITOR ID: 297346-39
JOSEPH W BENNETT
8016 LA FON AVE
LOUISVILLE KY 40228

CREDITOR ID: 297347-39
JOSEPH W BLANKENSHIP
3232 LAKE PINE WAY E D1
TARPON  SPRINGS FL 34688

CREDITOR ID: 297348-39
JOSEPH W BURNETT & MINNIE
JANE B BURNETT JT TEN
PO BOX 1597
GREER SC 29652

CREDITOR ID: 297349-39
JOSEPH W CASTLEN JR
1810 CECILIA COURT
OWENSBORO KY 42301

CREDITOR ID: 297350-39
JOSEPH W COPPEDGE & ANNETTE
B COPPEDGE JT TEN
2526 S OLD FRANKLIN RD
NASHVILLE NC 27856

CREDITOR ID: 297351-39
JOSEPH W DENEAULT & LENA A
DENEAULT JT TEN
80 REDLANDS RD
EAST  FALMOUTH MA 02536

CREDITOR ID: 297353-39
JOSEPH W DOUCET
122 O'NEAL LANE
BRANCH LA 70516

CREDITOR ID: 297354-39
JOSEPH W GILLAM
4945 CR 208
ST  AUGUSTINE FL 32092

CREDITOR ID: 297355-39
JOSEPH W JAYE
UNION COUNTY
1307 BROOKFALL AVE
UNION NJ 07083

CREDITOR ID: 297356-39
JOSEPH W JOHNSON
106 CHIPPEWA TRL
CRESTVIEW FL 32536

CREDITOR ID: 297357-39
JOSEPH W LANFER
2917 MATTERHORN DR
BEDFORD TX 76021

CREDITOR ID: 297358-39
JOSEPH W LYONS
147 WHITEWOOD RD
WESTWOOD MA 02090

CREDITOR ID: 297359-39
JOSEPH W ODOM JR &
JACQUELINE C ODOM JT TEN
4471 LUCERNE PL SW
LILBURN GA 30247

CREDITOR ID: 297360-39
JOSEPH W ROMANO
731 CAMELLIA DR
WEST  PALM  BEACH FL 33411

CREDITOR ID: 297361-39
JOSEPH W STEINBRECHER
239 WOODALL MT RD
PICKENS SC 29671

CREDITOR ID: 297362-39
JOSEPH W WILLIAMS & LUCINDA
R WILLIAMS TEN COM
3528 LAKE ARROWHEAD DR
HARVEY LA 70058

CREDITOR ID: 297363-39
JOSEPH W YEARGIN
3027 MACLAND RD
DALLAS GA 30157

CREDITOR ID: 297364-39
JOSEPH WALSH JR
PO BOX 477
YORKVILLE IL 60560

CREDITOR ID: 297365-39
JOSEPH WARREN
444 S HULL ST
MONTGOMERY AL 36104

CREDITOR ID: 297366-39
JOSEPH WAYNE DOUCET &
MARGARET S DOUCET JT TEN
122 O'NEAL LANE
BRANCH LA 70516

CREDITOR ID: 297367-39
JOSEPH WESTON SAYRE
1741 KEMPER AV
CINCINNATI OH 45231

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297368-39<br>JOSEPH YARGO III & TINA L<br>YARGO TEN COM<br>51227 HWY 16<br>BOGALUSA LA 70427 | CREDITOR ID: 297369-39<br>JOSEPHINA M GALLINAR<br>14336 SW 90 TERRACE<br>MIAMI FL 33186 | CREDITOR ID: 297370-39<br>JOSEPHINE A RONSICK TTEE U-A<br>04-20-94 JOSEPHINE A RONSICK<br>TRUST<br>11408 PLATTNER DR<br>MOKENA IL 60448 |
| CREDITOR ID: 297371-39<br>JOSEPHINE A VIGNOLA<br>19631 BRASSIE PL<br>GAITHERSBURG MD 20879 | CREDITOR ID: 297372-39<br>JOSEPHINE BEDNARCZYK<br>11011 SW 16TH MANOR<br>DAVIE FL 33324 | CREDITOR ID: 297373-39<br>JOSEPHINE BURNS<br>950 AARON DRIVE<br>BURLESON TX 76028 |
| CREDITOR ID: 297374-39<br>JOSEPHINE C DOSKEY<br>846 JEFFERSON HEIGHTS AVE<br>JEFFERSON LA 70121 | CREDITOR ID: 297375-39<br>JOSEPHINE C UNDERKOFLER &<br>ROBERT J UNDERKOFLER JT TEN<br>1156 MONTEVIDEO ROAD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 297376-39<br>JOSEPHINE COMODO TTEE U-A<br>DTD 09-12-85<br>JOSEPHINE COMODO TRUST<br>4125 STRATFIELD DR<br>NEW  PORT  RICHEY FL 34652 |
| CREDITOR ID: 297377-39<br>JOSEPHINE D FRANK<br>2636 MIDDEN DR<br>MARRERO LA 70072 | CREDITOR ID: 297378-39<br>JOSEPHINE E BROWN<br>8530 KING FISHER WAY<br>PENSACOLA FL 32534 | CREDITOR ID: 297379-39<br>JOSEPHINE FUSCO<br>925 NE 199TH ST<br>MIAMI FL 33179 |
| CREDITOR ID: 297380-39<br>JOSEPHINE HALL<br>517 HIGHTOWER ST<br>VALDOSTA GA 31601 | CREDITOR ID: 297381-39<br>JOSEPHINE L GONZALEZ TTEE<br>UA 07/19/99<br>JOSEPHINE L GONZAELZ REV TRUST<br>3123 W MORRISON AVE<br>TAMPA FL 33629-5228 | CREDITOR ID: 297382-39<br>JOSEPHINE L STRICKLAND &<br>JAMES E STRICKLAND JT TEN<br>3512 SHORTCAKE LANE<br>VALRICO FL 33594 |
| CREDITOR ID: 297383-39<br>JOSEPHINE LITTLE SETZER<br>3120 N LOOKOUT ST<br>P O BOX 145<br>CLAREMONT NC 28610 | CREDITOR ID: 297384-39<br>JOSEPHINE M SMITH<br>1008 KNOLLWOOD DR<br>APEX NC 27502 | CREDITOR ID: 297385-39<br>JOSEPHINE R FUSCO & JAMES J<br>FUSCO JT TEN<br>925 NE 199TH ST<br>MIAMI FL 33179 |
| CREDITOR ID: 297386-39<br>JOSEPHINE ROSS<br>4065 FT ADAMS AVE<br>LA  BELLE FL 33935 | CREDITOR ID: 297387-39<br>JOSEPHINE S LUMPKIN<br>710 ELIZABETH AVE<br>COLUMBIA SC 29205 | CREDITOR ID: 297388-39<br>JOSEPHINE WHITE<br>1014 DELRIDGE AVE<br>ORLANDO FL 32804 |
| CREDITOR ID: 297389-39<br>JOSEPHINE ZIAYA<br>1512 MAPLE AVE<br>WILMETTE IL 60091 | CREDITOR ID: 297390-39<br>JOSETTE M PERKINS<br>635 S HARTLEY CIR<br>DELTONA FL 32725 | CREDITOR ID: 297391-39<br>JOSH FRYMARK<br>6516 SUNRISE DR<br>N  RICHLND  HLS TX 76180 |
| CREDITOR ID: 297392-39<br>JOSHUA A HILL JR<br>271 HIGHLAND LAKE TRACE<br>ATLANTA GA 30349 | CREDITOR ID: 297393-39<br>JOSHUA A WHITEHEAD<br>3129 BRIGHT DR<br>HOLIDAY FL 34691 | CREDITOR ID: 297394-39<br>JOSHUA CLARKE STANTON<br>2825 LIONEL RD<br>MIMS FL 32754 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                  **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 297395-39<br>JOSHUA DEWELT MILLS<br>5711 NC 770<br>STONEVILLE NC 27048 | CREDITOR ID: 297396-39<br>JOSHUA EVERY<br>5294 ASHLEY PKWY<br>SARASOTA FL 34241 | CREDITOR ID: 297397-39<br>JOSHUA J ALLEMOND<br>P O BOX 782<br>PORT BARRE LA 70577 |
| CREDITOR ID: 297398-39<br>JOSHUA JOHN PIATEK<br>251 ORANGE GROVE DR APT 7<br>ORMOND BEACH FL 32174 | CREDITOR ID: 297399-39<br>JOSHUA M SCHORR<br>25 LAKE BLVD W<br>MORRISTOWN NJ 07960 | CREDITOR ID: 297400-39<br>JOSHUA R DAMPMAN<br>4160 S SUNCOAST BL<br>HOMOSASSA FL 34446 |
| CREDITOR ID: 297401-39<br>JOSHUA REUBEN LANE<br>1543 NEWTON AVE SE<br>ATLANTA GA 30316 | CREDITOR ID: 297402-39<br>JOSHUA RICHARD MANDEL<br>18036 BENCHMARK DR<br>DALLAS TX 75252 | CREDITOR ID: 297403-39<br>JOSIAH A STANLEY JR & MARY D<br>STANLEY JT TEN<br>8910 RIVER RD<br>RICHMOND VA 23229 |
| CREDITOR ID: 297404-39<br>JOSIE ARVE<br>1037 COFFEE RD<br>WALHALLA SC 29691-4812 | CREDITOR ID: 297405-39<br>JOSIE M SOELL<br>41249 CROWN DRIVE EXT<br>PONCH LA 70454 | CREDITOR ID: 297406-39<br>JOURLEEN R PATE & M O PATE JT<br>TEN<br>P O BOX 131<br>LANCASTER SC 29721 |
| CREDITOR ID: 297407-39<br>JOVENCIA L RIDDLE<br>7570 JOHNSON ST<br>HOLLYWOOD FL 33024 | CREDITOR ID: 297408-39<br>JOVENCIA L RIDDLE & RONALD L<br>RIDDLE JT TEN<br>7570 JOHNSON ST<br>HOLLYWOOD FL 33024 | CREDITOR ID: 297409-39<br>JOY B BAKER<br>71 FOUNTANA LANE<br>GROSSE PONTE SHORES MI 48236 |
| CREDITOR ID: 297410-39<br>JOY C BALLARD & R M BALLARD<br>JT TEN<br>5744 SALERNO RD W<br>JACKSONVILLE FL 32244 | CREDITOR ID: 297411-39<br>JOY C PANTER CEDOR<br>532 HONORE DR<br>JEFFERSON LA 70121 | CREDITOR ID: 297412-39<br>JOY D COLE<br>5996 BRADFORD RD<br>LAKE PARK GA 31636 |
| CREDITOR ID: 297413-39<br>JOY INFINGER & JEFF INFINGER<br>JT TEN<br>165 MASON AVE<br>SANTA ROSA BEACH FL 32459 | CREDITOR ID: 297414-39<br>JOY L FASHAUER<br>68 VANDERFORD RD E<br>ORANGE PARK FL 32073 | CREDITOR ID: 297415-39<br>JOY L FASHAUER & JAMES<br>FASHAUER JT TEN<br>68 VANDERFORD RD E<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 297416-39<br>JOY M ALBERS<br>1808 MINNESOTA AVE CT<br>BEMIDJI MN 56601 | CREDITOR ID: 297417-39<br>JOY M DANIELS & HARI M<br>DANIELS JT TEN<br>8733 MONSANTO DR<br>CINCINNATI OH 45231 | CREDITOR ID: 297418-39<br>JOY S MILLER<br>1500 ALBERRY AVE<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 297419-39<br>JOY S MILLER & JAMES M<br>MILLER JT TEN<br>1500 ALBERRY AVE<br>LINCOLNTON NC 28092 | CREDITOR ID: 297420-39<br>JOY S MURPHY & DANIEL E<br>MURPHY JT TEN<br>PO BOX 6830<br>OCALA FL 34478 | CREDITOR ID: 297421-39<br>JOY T DICKERSON<br>2931 HIGHWAY 35 SOUTH<br>FOXWORTH MS 39483 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297422-39<br>JOY T DICKERSON & RUSSELL E<br>DICKERSON JT TEN<br>2931 HWY 35 S<br>FOXWORTH MS 39643 | CREDITOR ID: 297423-39<br>JOY ZURAWSKI<br>3582 NE MELBA DR<br>JENSEN BEACH FL 34957 | CREDITOR ID: 297424-39<br>JOYANN PREAL<br>18803 NW 32 AVE<br>OPA LOCKA FL 33056 |
| CREDITOR ID: 297425-39<br>JOYCE A ALLEN<br>1730 N DOVETAIL DR<br>FORT PIERCE FL 34982 | CREDITOR ID: 297426-39<br>JOYCE A BAILEY & TOMMY<br>BAILEY JT TEN<br>4817 SPRING BROOK DR<br>HAHIRA GA 31632 | CREDITOR ID: 297427-39<br>JOYCE A CARN<br>18842 GREEN PARK RD<br>HUDSON FL 34667 |
| CREDITOR ID: 297428-39<br>JOYCE A GARRETT<br>6990 PEARIDGE RD<br>GAINESVILLE GA 30506 | CREDITOR ID: 297429-39<br>JOYCE A GEISS<br>205 HEMBREE CIRCLE DRIVE<br>ROSWELL GA 30076 | CREDITOR ID: 297430-39<br>JOYCE A HEILBRONNER<br>163 HEATHERSTONE LANE<br>ROCHESTER NY 14618 |
| CREDITOR ID: 297431-39<br>JOYCE A JOHNSON<br>1208 OAK STREET<br>JESUP GA 31545 | CREDITOR ID: 297432-39<br>JOYCE A KELSEY<br>4320 NORBOURNE BLVD<br>LOUISVILLE KY 40207 | CREDITOR ID: 297433-39<br>JOYCE A LARKE<br>427 STYLES RD<br>TAYLORS SC 29687 |
| CREDITOR ID: 297434-39<br>JOYCE A MOORE<br>112 TRENTON PLACE<br>YORK SC 29745 | CREDITOR ID: 297435-39<br>JOYCE A PIERCE<br>6500 LAMPE DR<br>FORT WORTH TX 76148 | CREDITOR ID: 297436-39<br>JOYCE A ROSE<br>720 STONEWALL AVE<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 297437-39<br>JOYCE A SANDERS<br>8107 CEDAR BROOK DR<br>LOUISVILLE KY 40219 | CREDITOR ID: 297439-39<br>JOYCE A THOMPSON<br>840 CENTER AVE APT 76<br>DAYTONA BEACH FL 32117 | CREDITOR ID: 297438-39<br>JOYCE A THOMPSON<br>312 N SUNSET AVE<br>PO BOX 124<br>MASCOTTE FL 34753 |
| CREDITOR ID: 297440-39<br>JOYCE A VANSCOY<br>1143 WATERVIEW PT<br>LAKELAND FL 33801 | CREDITOR ID: 297441-39<br>JOYCE A WILLIAMS<br>22800 CO RD 102<br>WOODLAND CA 95776 | CREDITOR ID: 297442-39<br>JOYCE A WILLIS<br>PO BOX 498<br>BROWNSVILLE KY 42210 |
| CREDITOR ID: 297443-39<br>JOYCE ADELHOCK<br>1500 MITCHELL CT<br>OPELIKA AL 36801 | CREDITOR ID: 297444-39<br>JOYCE ANN MONTGOMERY<br>1912 LAWN AVE<br>CINCINNATI OH 45237 | CREDITOR ID: 297445-39<br>JOYCE ANN TRIMBLE<br>1335 MAIN ST<br>CENTER POINT IA 52213 |
| CREDITOR ID: 297446-39<br>JOYCE AVERY<br>2517 RICE ST<br>COLUMBUS GA 31903 | CREDITOR ID: 297447-39<br>JOYCE B FENNELL<br>287 TORREY RD<br>BOWLING GREEN FL 33834 | CREDITOR ID: 297448-39<br>JOYCE B HOYLE<br>2922 MAC DRIVE<br>HUDSON NC 28638 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 297449-39<br>JOYCE B KEESEE<br>2883 CAMPUS CI<br>MELBOURNE FL 32935 | CREDITOR ID: 297450-39<br>JOYCE B STARBUCK & RONNIE<br>STARBUCK JT TEN<br>223 OWENS RD<br>LEXINGTON NC 27292 | CREDITOR ID: 297451-39<br>JOYCE BAKER<br>8850 KINGS DR<br>BOYNTON BEACH FL 33436 |
| CREDITOR ID: 297452-39<br>JOYCE BELL<br>853 ARBOR HILLS CIRCLE<br>CLERMONT FL 34711 | CREDITOR ID: 297453-39<br>JOYCE BRANTLEY<br>5249 SADDLEBAGS RD<br>LAKE PARK GA 31636 | CREDITOR ID: 297454-39<br>JOYCE BURNETTE<br>406 S SECOND ST<br>SMITHFIELD NC 27577 |
| CREDITOR ID: 297455-39<br>JOYCE C HUGHES<br>409 GAP HILL RD<br>SIX MILE SC 29682 | CREDITOR ID: 297456-39<br>JOYCE C MCCLAIN<br>916 OLD WINSTON RD<br>HIGH POINT NC 27265 | CREDITOR ID: 297457-39<br>JOYCE C SHAW<br>15354 SE 83RD TR<br>WHITE SPRINGS FL 32096 |
| CREDITOR ID: 297458-39<br>JOYCE CREAMER<br>103 WREN WAY<br>ANDERSON SC 29625 | CREDITOR ID: 297459-39<br>JOYCE E ALLEN & W FRANKIE<br>ALLEN JT TEN<br>125 RIDDLE RD<br>TALLADEGA AL 35160 | CREDITOR ID: 297460-39<br>JOYCE E BUTALA<br>1206 SW CENTURY AVE<br>PT ST LUCIE FL 34953 |
| CREDITOR ID: 297461-39<br>JOYCE E CROWSON & HERALD H<br>CROWSON JT TEN<br>1544 SANDERS RD<br>WILLOW SPRING NC 27592 | CREDITOR ID: 297462-39<br>JOYCE E DIERSCHOW & RICHARD<br>O DIERSCHOW JT TEN<br>362 N E BRASHER CT<br>PORT SAINT LUCY FL 34983 | CREDITOR ID: 297463-39<br>JOYCE E PISELLI<br>523 ADVENT STREET<br>WESTBURY NY 11590 |
| CREDITOR ID: 297464-39<br>JOYCE E RICE & ROBERT H RICE<br>TEN COM<br>1947 CHURCH RD<br>JONESVILLE LA 71343 | CREDITOR ID: 297465-39<br>JOYCE ELIZABETH SMITH &<br>RONNIE LEE SMITH JT TEN<br>12450 FM 2325<br>WIMBERLEY TX 78676 | CREDITOR ID: 297466-39<br>JOYCE FAYE PYLANT<br>7570 DECATUR DR<br>FAYETTEVILLE NC 28303 |
| CREDITOR ID: 297467-39<br>JOYCE G DUCKWALL<br>TROPIC ISLE<br>249 ALOHA DR<br>PALMETTO FL 34221 | CREDITOR ID: 297468-39<br>JOYCE H CLOUSE<br>6454 POTTSBURG DR<br>JACKSONVILLE FL 32211 | CREDITOR ID: 297469-39<br>JOYCE H CONNORS CUST FOR<br>JENNIFER K CONNORS<br>U/FL/G/T/M/A<br>4795 WANDERING PINES TRL S<br>JACKSONVILLE FL 32258 |
| CREDITOR ID: 297470-39<br>JOYCE H MAYEAUX<br>2451 PATTERSON RD<br>OSCAR LA 70762-4203 | CREDITOR ID: 297471-39<br>JOYCE H RIPPLE & RONALD H<br>RIPPLE SR JT TEN<br>7771 W GROVE ST<br>HOMOSASSA FL 34446 | CREDITOR ID: 297472-39<br>JOYCE HALESWORTH<br>PO BOX 151834<br>CAPE CORAL FL 33915 |
| CREDITOR ID: 297473-39<br>JOYCE HALL & WINSTON HALL JT<br>TEN<br>RTE 3 BOX 119<br>S PORTSMOUTH KY 41174 | CREDITOR ID: 297474-39<br>JOYCE ISLEY HOLTZMAN<br>1305 ELWELL AVE<br>GREENSBORO NC 27405 | CREDITOR ID: 297475-39<br>JOYCE J BAIRD & CHARLES M<br>BAIRD JT TEN<br>1900 CLINTON ST<br>LONGVIEW TX 75604 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 297476-39
JOYCE J MCRAE
PO BOX 327
LATTA SC 29565

CREDITOR ID: 297477-39
JOYCE JANELLE MURRAY
PO BOX 3031  3031
PALESTINE TX 75801

CREDITOR ID: 297478-39
JOYCE KIM SHEFFIELD
252 CROWN RD
SPRINGTOWN TX 76082

CREDITOR ID: 297479-39
JOYCE L BROWN
2050 N W 27TH LANE
FORT  LAUDERDALE FL 33311

CREDITOR ID: 297480-39
JOYCE L CARLTON CUST FOR
MARSHALL W CARLTON JR
U/T/FL/G/T/M/A
7030 KING ARTHUR RD
JACKSONVILLE FL 32211

CREDITOR ID: 297481-39
JOYCE L DESPRES
4836 SOUTHLAND DR
JACKSONVILLE FL 32207

CREDITOR ID: 297482-39
JOYCE L HALASZ
11710 TAYLOR RD
PO BOX 172
THONOTOSASSA FL 33592

CREDITOR ID: 297483-39
JOYCE L HEFNER & LOUIE P
HEFNER JR JT TEN
RR 5 BOX 295
COLCORD OK 74338

CREDITOR ID: 297485-39
JOYCE L KELLAHAN
QUAIL CREEK ESTATES
4601 POND APPLE DR SOUTH
NAPLES FL 34119

CREDITOR ID: 297484-39
JOYCE L KELLAHAN
4601 POND APPLE DR S
NAPLES FL 34119

CREDITOR ID: 297486-39
JOYCE L MATAL & JOSEPH H
MATAL JT TEN
BOX 117
HUDSON CO 80642

CREDITOR ID: 297487-39
JOYCE LEE MCLEOD & CHARLES W
MCLEOD JT TEN
PO BOX 815
BUSHNELL FL 33513

CREDITOR ID: 297488-39
JOYCE LYNNE GILBERT
311 MINERAL SPRINGS RD
MADISON NC 27025

CREDITOR ID: 297489-39
JOYCE M BECKHAM
694 CAIN DR
MT  PLEASANT SC 29464

CREDITOR ID: 297490-39
JOYCE M BRADFORD
94 HAPHAZARD LOOP
PINEVILLE LA 71360

CREDITOR ID: 297491-39
JOYCE M BROUSSARD & NELSON P
BROUSSARD JT TEN
1313 N AVENUE I
CROWLEY LA 70526

CREDITOR ID: 297492-39
JOYCE M CONNORS
8228 PARROT RUN RD NE
ALBUQUERQUE NM 87109

CREDITOR ID: 297493-39
JOYCE M DALEY
251 NW 53RD CT
POMPANO  BEACH FL 33064

CREDITOR ID: 297494-39
JOYCE M GREY
PO BOX 524
ABITA  SPRINGS LA 70420

CREDITOR ID: 297495-39
JOYCE M HAYNIE & IRA W
HAYNIE JT TEN
4263 DELMAR DR
MONTGOMERY AL 36109

CREDITOR ID: 297496-39
JOYCE M KRAMER
201 CHARLOTTE DR
ALEXANDRIA KY 41001

CREDITOR ID: 297497-39
JOYCE M LUTE
355 MAIN BLVD
BOYNTON  BEACH FL 33435

CREDITOR ID: 297498-39
JOYCE M MARSH & WILSON T
MARSH JR JT TEN
125 WOODVINE ST
JACKSBORO TN 37757

CREDITOR ID: 297499-39
JOYCE M MURPHY
P O BOX 5844
SAVANNAH GA 31404

CREDITOR ID: 297500-39
JOYCE M SMITH
101 HALIFAX RD
EASLEY SC 29642

CREDITOR ID: 297501-39
JOYCE M STEELE & DONALD CARL
STEELE SR JT TEN
7274  ELEANOR CIRCLE  UNIT 103
SARASOTA FL 34243

CREDITOR ID: 297502-39
JOYCE M THOMAS & FRANKLIN D
THOMAS TEN COM
48405 STAFFORD RD
TICKFAW LA 70466

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297503-39<br>JOYCE M TUCHOLSKY<br>#201<br>8740 NW 40 ST<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 297504-39<br>JOYCE M WILLIAMS<br>4135 HONEYSUCKLE CIR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 297505-39<br>JOYCE MARIE PARKER<br>PO BOX 344<br>NEWPORT NC 28570 |
| CREDITOR ID: 297506-39<br>JOYCE MARIE THOMAS<br>48405 STAFFORD RD<br>TICKFAW LA 70466 | CREDITOR ID: 297507-39<br>JOYCE MARY STEAD<br>ATTN JOYCE MARY LUTE<br>355 MAIN BLVD<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 297508-39<br>JOYCE OSCAR<br>181-04 145TH AVENUE<br>SPRINGFIELD GARDENS NY 11413 |
| CREDITOR ID: 297509-39<br>JOYCE P HUGHES<br>1649 SW DIAMOND ST<br>PORT ST LUCIE FL 34953 | CREDITOR ID: 297511-39<br>JOYCE PAGE WILSON<br>229-1 CLEVELAND AVE<br>COCOA BEACH FL 32931 | CREDITOR ID: 297512-39<br>JOYCE PATCH BARBER<br>118 DOGWOOD CIR<br>MOULTRIE GA 31768 |
| CREDITOR ID: 297513-39<br>JOYCE PORCHE<br>415 COLEMAN PLACE<br>KENNER LA 70062 | CREDITOR ID: 297514-39<br>JOYCE RENEE HUNT<br>ATTN RENEE H RAMP<br>112 MACEDONIA RD<br>NORTH AUGUSTA SC 29841 | CREDITOR ID: 297515-39<br>JOYCE S ANDRUS<br>4085 WIEUCA RD NE<br>ATLANTA GA 30342 |
| CREDITOR ID: 297516-39<br>JOYCE S CLEMENTS<br>308 KEVIN CT<br>NEWPORT NC 28570 | CREDITOR ID: 297517-39<br>JOYCE S DUCKWALL<br>204 CHOCTAW RD<br>LOUISVILLE KY 40207 | CREDITOR ID: 297518-39<br>JOYCE S HOPKINS<br>513 HOLLYWOOD BLVD<br>HAUELOCK NC 28532 |
| CREDITOR ID: 297519-39<br>JOYCE S LOOMIS & ARNOLD F<br>LOOMIS JT TEN<br>19 PARK AVENUE<br>DELEON SPRINGS FL 32130 | CREDITOR ID: 297520-39<br>JOYCE S MCCORMICK & GEORGE E<br>MCCORMICK JT TEN<br>615 MIDVALE ST<br>LYNCHBURG VA 24502 | CREDITOR ID: 297521-39<br>JOYCE SCARBOROUGH JOHNSON<br>205 S OLD WIRE RD<br>WILDWOOD FL 34785 |
| CREDITOR ID: 297522-39<br>JOYCE STOVER<br>3840 EDWARDS ROAD<br>CINCNNATI OH 45209 | CREDITOR ID: 297523-39<br>JOYCE T BOLEK<br>13880 57TH PL N<br>ROYAL PALM BEACH FL 33411 | CREDITOR ID: 297524-39<br>JOYCE T NEMITZ<br>1603 LYNNE AVE<br>HENDERSON NC 27536 |
| CREDITOR ID: 297525-39<br>JOYCE TOMPKINS & EARL J<br>TOMPKINS JT TEN<br>6501 SHAFFER LN<br>FERN CREEK KY 40291 | CREDITOR ID: 297526-39<br>JOYCE V TESNEY<br>2201 ROCKEYBROOK RD<br>OPELIKA AL 36801 | CREDITOR ID: 297527-39<br>JOYCE W BELL<br>1447 LONG BAY ROAD<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 297528-39<br>JOYCE W MASSEY<br>963 MIKE HORNE RD<br>DOERUN GA 31744 | CREDITOR ID: 297529-39<br>JOYCELYN J ROBERTSON<br>808 CLAIBORNE DR<br>JEFFERSON LA 70121 | CREDITOR ID: 297530-39<br>JOYCELYN LANDRY BELLIS<br>619 N SEVERIN<br>ERATH LA 70533 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                      CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 297531-39<br>JOYE PACKER<br>1017 AMBLE LN<br>CLEARWATER FL 34615 | CREDITOR ID: 297532-39<br>JOYE PATRICIA STROUD<br>4114 SPENCER ST<br>MARTINEZ GA 30907 | CREDITOR ID: 297533-39<br>JOYLEE M BRILLHART<br>1013 SE COUNTY RD 252<br>LAKE CITY FL 32025 |
| CREDITOR ID: 297534-39<br>JOYLYN W CROSDALE<br>3408 HIBISCUS PL<br>MIRAMAR FL 33023 | CREDITOR ID: 297535-39<br>JOYNETTA GRAHAM MALOY<br>2485 CEDAR CROSSING RD<br>VIDALIA GA 30474 | CREDITOR ID: 297536-39<br>JOYRITA KING<br>P O BOX 14<br>CENTERVILLE LA 70522 |
| CREDITOR ID: 297537-39<br>JUAN A SOLIS<br>437 PARK CENTER BLVD<br>SAGINAW TX 76179 | CREDITOR ID: 297538-39<br>JUAN ALFREDO AGUERO<br>2103 FLAGLER AVE<br>KEY WEST FL 33040 | CREDITOR ID: 297539-39<br>JUAN C CARRILLO<br>43 NW 66 AVENUE<br>MIAMI FL 33126 |
| CREDITOR ID: 297540-39<br>JUAN C PERNAS & ROSA M<br>PERNAS JT TEN<br>15604 SW 78TH PL<br>MIAMI FL 33157 | CREDITOR ID: 297541-39<br>JUAN C PLATA<br>PO BOX 2586<br>WAUCHULA FL 33873 | CREDITOR ID: 297542-39<br>JUAN C REYES<br>5031 SW 144 CT<br>MIAMI FL 33175 |
| CREDITOR ID: 297543-39<br>JUAN C VAZQUEZ<br>9254 KEATING DRIVE<br>PALM BCH GARDENS FL 33410 | CREDITOR ID: 297544-39<br>JUAN CARLOS LOPEZ<br>3042 SW 16 TERRACE<br>MIAMI FL 33145 | CREDITOR ID: 297545-39<br>JUAN EMILIO RODRIGUEZ<br>3421 SW 6 ST<br>MIAMI FL 33135 |
| CREDITOR ID: 297546-39<br>JUAN ENCHINTON & AMPARO S<br>ENCHINTON JT TEN<br>4023 LA LUZ AVE<br>EL PASO TX 79903 | CREDITOR ID: 297547-39<br>JUAN ENRIQUE AVEROFF<br>1120 NE 184 ST<br>MIAMI FL 33179 | CREDITOR ID: 297548-39<br>JUAN KELLOG<br>1364 GASPARILLA DR<br>FT MYERS FL 33901 |
| CREDITOR ID: 297549-39<br>JUAN M CHOW<br>APT 604<br>9686 FONTAINEBLEAU BLVD<br>MIAMI FL 33172 | CREDITOR ID: 297550-39<br>JUAN M DIEPPA<br>350 N W 119TH ST<br>MIAMI FL 33168 | CREDITOR ID: 297551-39<br>JUAN O RAMOS<br>1203 SAWMILL CT<br>WINTER PARK FL 32792 |
| CREDITOR ID: 297553-39<br>JUAN R CACEROS<br>3019 SW 25TH ST<br>MIAMI FL 33133 | CREDITOR ID: 297554-39<br>JUAN R FABIAN<br>1312 ABBEYVILLE RD<br>ORLANDO FL 32808 | CREDITOR ID: 297555-39<br>JUAN ROLANDO SOLIS<br>304 LORENE ST<br>SONORA TX 76950 |
| CREDITOR ID: 297556-39<br>JUANA A GARZA<br>216 N WAVE D<br>BELLE GLADE FL 33430 | CREDITOR ID: 297557-39<br>JUANA GRISEL CAPDEVILA<br>1936 S OCEAN DR APT 15C<br>HALNDLE BCH FL 33009 | CREDITOR ID: 297558-39<br>JUANITA A RUPPERT<br>222 NITA DR<br>SEFFNER FL 33584 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297559-39<br>JUANITA ADAMS<br>6135 MOUNTAIN RIDGE RD<br>TRUSSVILLE AL 35173 | CREDITOR ID: 297560-39<br>JUANITA B NICHOLS<br>PO BOX 1063<br>MAGNOLIA RD<br>HAWTHORNE FL 32640 | CREDITOR ID: 297561-39<br>JUANITA C MATHIS & GLENN G<br>MATHIS JT TEN<br>4020 BARMER DR<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 297562-39<br>JUANITA CONE<br>PO BOX 23<br>GREENVILLE FL 32331 | CREDITOR ID: 297563-39<br>JUANITA E HUNTER & ELL A<br>HUNTER JR JT TEN<br>5364 COUNTY RD 209S<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 297564-39<br>JUANITA E WILLIAMS<br>1472 E SEMORAN BLVD<br>APOPKA FL 32703 |
| CREDITOR ID: 297565-39<br>JUANITA F KERRICK<br>700 SPORTSMAN DR<br>LAS VEGAS NV 89128 | CREDITOR ID: 297566-39<br>JUANITA F ROBINSON<br>11741 FOREST HILLS DR<br>TAMPA FL 33612 | CREDITOR ID: 297567-39<br>JUANITA H CARVER<br>149 GRAYSON DR<br>RUTHERFORDTON NC 28139 |
| CREDITOR ID: 297568-39<br>JUANITA K JAMROZY<br>318 N BREVARD AVE<br>COCOA BEACH FL 32931 | CREDITOR ID: 297569-39<br>JUANITA L KELLEY & EDWARD J<br>KELLEY JT TEN<br>411 WARREN CIR<br>CLARKSVILLE TN 37040 | CREDITOR ID: 297570-39<br>JUANITA L STEWART<br>6551 SW 7TH COURT<br>NORTH LAUDERDALE FL 33068 |
| CREDITOR ID: 297571-39<br>JUANITA M CHAMBERS<br>10432 ANDERSON RD<br>EASLEY SC 29642 | CREDITOR ID: 297572-39<br>JUANITA M KINDRICK<br>620 OLD GREENVILLE RD<br>SPARTANBURG SC 29301 | CREDITOR ID: 297573-39<br>JUANITA M MELINIE<br>3625 TULANE DR<br>KENNER LA 70065 |
| CREDITOR ID: 297574-39<br>JUANITA R MINCHER<br>2506 VIRGINIA BLVD NW<br>HUNTSVILLE AL 35811 | CREDITOR ID: 297575-39<br>JUANITA SIMMS RICE<br>900 PLAZA DR #145<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 297576-39<br>JUANITA SUMMERVILLE<br>P O BOX 8025<br>FORT WORTH TX 76124 |
| CREDITOR ID: 297577-39<br>JUANITA TERRY & PHILLIP R<br>TERRY JT TEN<br>9119 MEADOWGLEN DR<br>CINCINNATI OH 45231 | CREDITOR ID: 297578-39<br>JUANITA W BURNSIDE<br>PO BOX 314<br>KANSAS IL 61933 | CREDITOR ID: 297579-39<br>JUANITA WARNER & RICHARD<br>WARNER JT TEN<br>RR 1 BOX 35 K<br>COWARD SC 29530 |
| CREDITOR ID: 297580-39<br>JUANITA WOOTEN<br>121 OLD RIVER RD<br>BLOOMINGDALE GA 31302 | CREDITOR ID: 297581-39<br>JUANITA Y AARON<br>1042 LARK ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 297582-39<br>JUANITA Y HOOD<br>6529 DERBY LN<br>CONCORD NC 28027 |
| CREDITOR ID: 297583-39<br>JUANITO R ACEDO<br>22 WESTRIDGE DRIVE<br>DURHAM NC 27713 | CREDITOR ID: 297584-39<br>JUDE L CHANEY & DONALD L<br>CHANEY JT TEN<br>789 RIVERVIEW DR<br>BATON ROUGE LA 70816 | CREDITOR ID: 297585-39<br>JUDE T DUPLANTIS<br>8325 PARK AVE<br>HOUMA LA 70363 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297586-39<br>JUDENA M POPE<br>PO BOX 1416<br>FOLSOM LA 70437 | CREDITOR ID: 297587-39<br>JUDGE N FARMER II<br>3268 ROY PARKS RD<br>GAINESVILLE GA 30507 | CREDITOR ID: 297588-39<br>JUDI RAE SVENNINGSEN<br>50 WOODCLIFF CT<br>NEWNAN GA 30265 |
| CREDITOR ID: 297589-39<br>JUDIE M BURGESS<br>PO BOX 27<br>SUMMERVILLE GA 30747 | CREDITOR ID: 297590-39<br>JUDITH A BIRMINGAM & MIKE<br>BIRMINGHAM JT TEN<br>18 LAKE POINT DR<br>GORDON TX 76453 | CREDITOR ID: 297591-39<br>JUDITH A BOCKMULLER<br>2824 TIFTON ST S<br>SAINT PETERSBURG FL 33711 |
| CREDITOR ID: 297592-39<br>JUDITH A BROWN<br>14806 SW 178TH TERRACE<br>MIAMI FL 33187 | CREDITOR ID: 297593-39<br>JUDITH A DALBY CUST AMY K<br>SUMMERLIN UNDER THE AL UNIF<br>TRAN MIN ACT<br>250 NAFTEL RAMER ROAD<br>RAMER AL 36069 | CREDITOR ID: 297594-39<br>JUDITH A DALBY CUST ASHLEY L<br>SUMERLIN UNDER THE AL UNIF<br>TRAN MIN ACT<br>RR 2 BOX 16<br>RAMER AL 36069 |
| CREDITOR ID: 297595-39<br>JUDITH A DALBY CUST JUSTIN B<br>SUMMERLIN UNDER THE AL UNIF<br>TRAN MIN ACT<br>250 NAFTEL-RAMER RD<br>RAMER AL 36069 | CREDITOR ID: 297596-39<br>JUDITH A DELONG<br>4148 CINNAMON TEAL DR<br>MIMS FL 32754 | CREDITOR ID: 297597-39<br>JUDITH A GARARD<br>311 FLEMING FOREST LN<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 297598-39<br>JUDITH A GNAGEY TTEE<br>U/A DTD 08-10-04<br>JUDITH A GNAGEY TRUST<br>5721 GALLOWAY DR<br>N FT MYERS FL 33903 | CREDITOR ID: 297599-39<br>JUDITH A LANCE & ROSCOE C<br>LANCE TEN COM<br>2520 EAST LOMBARD<br>DAVENPORT IA 52803 | CREDITOR ID: 297600-39<br>JUDITH A MALIN<br>C/O JUDITH MALIN WILLIAMS<br>12 GREENFIELD AVE<br>PORTSMOUTH RI 02871 |
| CREDITOR ID: 297601-39<br>JUDITH A PUTMAN<br>4455 RIVERVIEW PLACE<br>PACE FL 32571 | CREDITOR ID: 297602-39<br>JUDITH A RAMETTA & PATRICK A<br>RAMETTA JT TEN<br>15022 REDCLIFF DR<br>TAMPA FL 33625 | CREDITOR ID: 297603-39<br>JUDITH A RIDENOUR<br>1812 SAPLING DR<br>COLUMBIA SC 29210 |
| CREDITOR ID: 297604-39<br>JUDITH A SMITH<br>9 NELSON STREET<br>CLINTON MA 01510 | CREDITOR ID: 297605-39<br>JUDITH A STRICKLAND<br>2630 LOURDES DR WEST<br>JACKSONVILLE FL 32210 | CREDITOR ID: 297606-39<br>JUDITH A TIPPETT<br>3024 EDGEHILL RD<br>FORTWORTH TX 76116 |
| CREDITOR ID: 297607-39<br>JUDITH A TRAUB<br>143 30 LAKE CRESCENT PLACE<br>MIAMI LAKE FL 33014 | CREDITOR ID: 297608-39<br>JUDITH Z ZANGARI<br>34519 CEDARFIELD DR<br>RIDGE MANOR FL 33525 | CREDITOR ID: 297609-39<br>JUDITH ANN BAINES<br>162 MAIN STREET<br>WINTERVILLE NC 28590 |
| CREDITOR ID: 297610-39<br>JUDITH ANN DIMSDALE<br>5136 FLATROCK DR<br>FAYETTEVILLE NC 28311 | CREDITOR ID: 297611-39<br>JUDITH ANN RUSSELL<br>1001 PERCH DR<br>KNOXVILLE TN 37922 | CREDITOR ID: 297612-39<br>JUDITH ARSENEAUX<br>563 RANDOLPH ST<br>HARAHAN LA 70123 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 297615-39 | CREDITOR ID: 297614-39 | CREDITOR ID: 297613-39 |
| JUDITH B GOVERNALE CUST | JUDITH B GOVERNALE CUST | JUDITH B GOVERNALE CUST |
| SUSAN C GOVERNALE UND UNIF | SAMUEL J GOVERNALE UND UNIF | MARIE P GOVERNALE UND UNIF |
| GIFT MIN ACT ILL | GIFT MIN ACT ILL | GIFT MIN ACT ILL |
| 1714 MILLS CREEK CT | 17144 MILLS CREEK CT | 1714 MILLS CREEK CT |
| KINGWOOD TX 77339 | KINGWOOD TX 77339 | KINGWOOD TX 77339 |
| | | |
| CREDITOR ID: 297616-39 | CREDITOR ID: 297617-39 | CREDITOR ID: 297618-39 |
| JUDITH B MILLAR | JUDITH B PRESTENBACH | JUDITH C MCGOLDRICK |
| 1255 DYAR RD | 8617 STEAMBOAT LN | 2324 LARK LN |
| SENECA SC 29672 | RIVER RIDGE LA 70123 | WEST PALM BEACH FL 33409 |
| | | |
| CREDITOR ID: 297619-39 | CREDITOR ID: 297620-39 | CREDITOR ID: 297621-39 |
| JUDITH C TAYLOR | JUDITH CAROL CLOSE | JUDITH CAROLYN ALEXANDER |
| 4518 FOREST PEAK CIR | 975 BUTLER BRIDGE RD | 13047 SEYBOLD DR |
| MARIETTA GA 30066 | MCDONOUGH GA 30252 | SPRING HILL FL 34608 |
| | | |
| CREDITOR ID: 297622-39 | CREDITOR ID: 297623-39 | CREDITOR ID: 297624-39 |
| JUDITH CUMMINGS IRWIN | JUDITH DICHARRY | JUDITH DIEDERICH |
| 787 S TERRI POINT | 2109 S RIVER PARK DR | 1043 TOWNE LAKE HILLS E |
| INVERNESS FL 34450 | VIOLET LA 70092 | WOODSTOCK GA 30188 |
| | | |
| CREDITOR ID: 297625-39 | CREDITOR ID: 297626-39 | CREDITOR ID: 297627-39 |
| JUDITH E AMMON & RICHARD C | JUDITH E LEWIS | JUDITH E POLAND |
| AMMON JT TEN | 7773 COLLINS RIDGE BLVD | PO BOX 16081 |
| 519 WENDELL AVE | JACKSONVILLE FL 32244 | 6509 OLD HARRISON PIKE |
| LITHIA FL 33547 | | CHATTANOOGA TN 37416 |
| | | |
| CREDITOR ID: 297628-39 | CREDITOR ID: 297629-39 | CREDITOR ID: 297630-39 |
| JUDITH ELLEN FELDMAN | JUDITH F BURKE | JUDITH F CALLOWAY & DONN E |
| 4723 NW 100TH TERR | 12208 NC 242 N | CALLOWAY JT TEN |
| CORAL SPRINGS FL 33076 | ELIZABETHTOWN NC 28337 | 5378 NOCKLYN RD |
| | | BROOKSVILLE FL 34609 |
| | | |
| CREDITOR ID: 297631-39 | CREDITOR ID: 297632-39 | CREDITOR ID: 297633-39 |
| JUDITH F FORD | JUDITH F GLIDDEN & EDWARD F | JUDITH FREDERIC VEGA |
| 8209 IDLEWIDLE ROAD | GLIDDEN JT TEN | 240 L S U AVE |
| INDIAN TRAIL NC 28079 | 5 HEMLOCK LN | BATON ROUGE LA 70808 |
| | MERRIMACK NH 03054 | |
| | | |
| CREDITOR ID: 297634-39 | CREDITOR ID: 297635-39 | CREDITOR ID: 297636-39 |
| JUDITH G BAKER | JUDITH GRIMSLEY | JUDITH H MONTAGNARI & ALFRED |
| 19186 NW 33 CT | 4040 KAISER AVE | MONTAGNARI JT TEN |
| OPA LOCKA FL 33056 | ST CLOUD FL 34772 | 4166 KACHINA WAY |
| | | PRESCOTT VALLEY AZ 86314 |
| | | |
| CREDITOR ID: 297637-39 | CREDITOR ID: 297638-39 | CREDITOR ID: 297639-39 |
| JUDITH J WARD & ROBERT L | JUDITH JOHNSON | JUDITH JOHNSON ROBERTSON |
| WARD JT TEN | RR 2 BOX 87A | 317 CHICKASAW DR |
| 510 13TH AVE S | EDENTON NC 27932 | ANNISTON AL 36206 |
| JACKSONVILLE BEACH FL 32250 | | |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297640-39<br>JUDITH L ARBOGAST<br>832 SW 68TH AVE<br>NORTH  LAUDERDALE FL 33068 | CREDITOR ID: 297641-39<br>JUDITH L BERARDUCCI<br>733 SW HIBISCUS ST<br>PORT  ST  LUCIE FL 34983 | CREDITOR ID: 297642-39<br>JUDITH L BROWN<br>460 E 5TH ST<br>CHULUOTA FL 32766 |
| CREDITOR ID: 297643-39<br>JUDITH L CAROSA<br>PO BOX 143<br>NAYLOR GA 31641 | CREDITOR ID: 297644-39<br>JUDITH L NADLER<br>695 COLGATE RD<br>VENICE FL 34293 | CREDITOR ID: 297645-39<br>JUDITH L TUCKER<br>1440 PORTER RD<br>SADIEVILLE KY 40370 |
| CREDITOR ID: 297646-39<br>JUDITH L WOLZ<br>6706 COPPERFIELD  RD<br>LOUISVILLE KY 40207 | CREDITOR ID: 297647-39<br>JUDITH LEE SCHULZ<br>57 TIBURON DR<br>LITHONIA GA 30038 | CREDITOR ID: 297648-39<br>JUDITH M CARTRIGHT<br>500 NEWELL HILL ROAD<br>111 C<br>LEESBURG FL 34748 |
| CREDITOR ID: 297649-39<br>JUDITH M HANKEL<br>100 PINE OAKS CT<br>MADISONVILLE LA 70447 | CREDITOR ID: 297650-39<br>JUDITH M MCCORMICK<br>1625 SCOTT ST<br>CLEARWATER FL 34615 | CREDITOR ID: 297651-39<br>JUDITH M MULLET<br>2698 N NOB HILL RD<br>SUNRISE FL 33322 |
| CREDITOR ID: 297652-39<br>JUDITH M MURPHY<br>2550 EUSTACE AVE<br>DELTONA FL 32725 | CREDITOR ID: 297653-39<br>JUDITH M RICHARDSON<br>136 SINGLETARY LANE<br>LAKE  PARK GA 31636 | CREDITOR ID: 297654-39<br>JUDITH MARIE ODOM PETERSON<br>14291 TOWN COMMONS WAY<br>GAINESVILLE VA 20155 |
| CREDITOR ID: 297655-39<br>JUDITH MARY LEE MANEELEY<br>432 CUTTER COURT<br>ORLANDO FL 32835 | CREDITOR ID: 297656-39<br>JUDITH MCLENDON<br>850 CLAYTON AVE<br>BAY  HEAD NJ 08742 | CREDITOR ID: 297657-39<br>JUDITH MOSELEY MILLER<br>4455 ROXBOROUGH PL<br>PENSACOLA FL 32514 |
| CREDITOR ID: 297658-39<br>JUDITH O HAYES<br>3518 CYPRESS CLUB DRIVE<br>VILLA A309<br>CHARLOTTE NC 28210 | CREDITOR ID: 297659-39<br>JUDITH OWEN MILLER KAVANAGH<br>225 FAIRWAY DR<br>LOUISA VA 23093 | CREDITOR ID: 297660-39<br>JUDITH PATE & LEONARD PATE<br>JT TEN<br>4722 BASSWOOD ST<br>LAND  O  LAKES FL 34639 |
| CREDITOR ID: 297661-39<br>JUDITH R CORMIER & DOUGLAS<br>CORMIER JT TEN<br>165 CENTER POINT ROAD<br>WEATHERFORD TX 76087 | CREDITOR ID: 297662-39<br>JUDITH S LETO & VINCENT G<br>LETO TEN COM<br>732 N ATLANTA ST<br>METAIRIE LA 70003 | CREDITOR ID: 297663-39<br>JUDITH T CHUMLEY<br>26 FIELDCREST CT<br>DEATSVILLE AL 36022 |
| CREDITOR ID: 297664-39<br>JUDITH T GRUBICY<br>9742 NW 19 PLACE<br>SUNRISE FL 33322 | CREDITOR ID: 297665-39<br>JUDITH TAYLOR<br>4518 FOREST PEAK CIRCLE<br>MARIETTA GA 30066 | CREDITOR ID: 297666-39<br>JUDITH TRAUB<br>14330 LAKE CRESCENT PL<br>HIALEAH FL 33014 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297667-39<br>JUDITH VEST<br>41 6 RIO GRANDE CIRCLE<br>FLORENCE KY 41042 | CREDITOR ID: 297669-39<br>JUDITH W HOWELL & JOHN<br>RICHARD MCMILLIN JR JT TEN<br>1846 MARGARET ST # 2E<br>JACKSONVILLE FL 32204 | CREDITOR ID: 297670-39<br>JUDITH W STANFIELD<br>3424 19TH ST CT E<br>BRADENTON FL 34208 |
| CREDITOR ID: 297671-39<br>JUDITH WARREN JACKSON<br>143 DELIGHT LOOP<br>STATESVILE NC 28677 | CREDITOR ID: 297672-39<br>JUDITH YANDLE CUST FOR<br>CHARLES HOOD YANDLE UNDER NC<br>UNIF TRANSFERS TO MINORS ACT<br>5843 TIMBER FALLS PLACE<br>HARRISBURG NC 28075 | CREDITOR ID: 297674-39<br>JUDKINS R TUCKER<br>2535 GOLDENROD STREET<br>SARASOTA FL 34239 |
| CREDITOR ID: 297675-39<br>JUDSON A STEFFANS<br>165 BUTTERNUT LN<br>RUTHERFORDTON NC 28139 | CREDITOR ID: 297676-39<br>JUDSON H HOELL JR<br>1325 W MASON ST<br>FORT WORTH TX 76110 | CREDITOR ID: 297677-39<br>JUDSON S WHORTON<br>5443 JOHN REYNOLDS DR<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 297678-39<br>JUDY A ALLEN<br>ATTN JUDY B ALLEN RODRIGUEZ<br>203 WHITNEY LN<br>VILLA RICA GA 30180 | CREDITOR ID: 297679-39<br>JUDY A BEHARI<br>7571 RALEIGH ST<br>HOLLYWOOD FL 33324 | CREDITOR ID: 297680-39<br>JUDY A BISHOP<br>1700 SW 99TH AVE<br>MIRIMAR, FL 33025 |
| CREDITOR ID: 297681-39<br>JUDY A BRANDT<br>20451 POWELL RD LOT 73<br>DENNELLON FL 34431 | CREDITOR ID: 297682-39<br>JUDY A CAUBLE<br>2027 APPLE ORCHARD RD<br>CLINTON SC 29325 | CREDITOR ID: 297683-39<br>JUDY A CLOUD<br>384 PARKWOOD CT<br>COLLINSVILLE VA 24078 |
| CREDITOR ID: 297684-39<br>JUDY A COLBERT & BARRY A<br>COLBERT JT TEN<br>624 E BAY ST<br>JESUP GA 31546 | CREDITOR ID: 297685-39<br>JUDY A EDMISTON<br>11711 MOUNT OLIVE CHURCH RD<br>GOLD HILL NC 28071 | CREDITOR ID: 297686-39<br>JUDY A FREEMAN<br>PO BOX 476<br>MANNSVILLE OK 73447 |
| CREDITOR ID: 297687-39<br>JUDY A GARLAND<br>301 SOUTH OAKWOOD<br>BRECKENRIDGE TX 76424 | CREDITOR ID: 297688-39<br>JUDY A JONES<br>404 CRAWFORD ST<br>LAFAYETTE LA 70506 | CREDITOR ID: 297689-39<br>JUDY A KERCHER<br>144 AZALEA LN<br>PICKENS SC 29671 |
| CREDITOR ID: 297690-39<br>JUDY A MATHIS & RYMAN C<br>MATHIS JR JT TEN<br>107 W PYNE DR<br>LAGRANGE GA 30240 | CREDITOR ID: 297691-39<br>JUDY A MILES<br>3521 BANNOCKBURN RD<br>FLORENCE SC 29505 | CREDITOR ID: 297692-39<br>JUDY A PAYNE<br>3000 METAIRIE HGTS AVE<br>METAIRIE LA 70002 |
| CREDITOR ID: 297693-39<br>JUDY A ROBINSON<br>709 QUEENS AVE<br>DUNN NC 28334 | CREDITOR ID: 297694-39<br>JUDY A YOUNG & CLARENCE E<br>YOUNG TEN COM<br>PO BOX 232<br>CENTERVILLE LA 70522 | CREDITOR ID: 297695-39<br>JUDY ANN MURPHREE<br>3940 BIG SANDY RIVER RD<br>CAMDEN TN 38320 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297696-39<br>JUDY B BROCKSMITH & THOMAS A<br>BROCKSMITH JT TEN<br>8285 OAK RIDGE PL<br>MERIDIAN MS 39305 | CREDITOR ID: 297697-39<br>JUDY B DUPUY & EDWARD P<br>DUPUY JT TEN<br>2 GARDEN PL<br>NEW ORLEANS LA 70123 | CREDITOR ID: 297699-39<br>JUDY BELINDA W PITTS<br>495 NANCYTOWN RD<br>MOUNT AIRY GA 30563 |
| CREDITOR ID: 297700-39<br>JUDY BENTLEY<br>323 W WORTH ST<br>GRAPEVINE TX 76051 | CREDITOR ID: 297701-39<br>JUDY BORCHERS<br>283 BEECH RD<br>LOVELAND OH 45140 | CREDITOR ID: 297702-39<br>JUDY BOYD JOHNSON<br>PO BOX 87<br>WALKERTOWN NC 27051 |
| CREDITOR ID: 297703-39<br>JUDY C LARTIGUE<br>657 SESSIONS LN<br>KENNER LA 70065 | CREDITOR ID: 297704-39<br>JUDY C MCGOLDRICK & RICHARD<br>F MCGOLDRICK JT TEN<br>2324 LARK LN<br>WEST PALM BEACH FL 33409 | CREDITOR ID: 297705-39<br>JUDY C MITTEMILLER<br>1511 GAINES RD<br>WINTER HAVEN FL 33880 |
| CREDITOR ID: 297706-39<br>JUDY C SHUMPERT<br>4646 CALKS FERRY ROAD<br>LEESVILLE SC 29070 | CREDITOR ID: 297708-39<br>JUDY CASSATA<br>883 SUGAR HOUSE COURT<br>PT ORANGE FL 32119 | CREDITOR ID: 297709-39<br>JUDY CATHEY & JOE CATHEY<br>JT TEN<br>391 ROBERTS LN RT 1 BOX 411K<br>WACO TX 76712 |
| CREDITOR ID: 297710-39<br>JUDY D DENHAM & DONALD L<br>DENHAM JT TEN<br>90 MAYORS LN<br>EQUALITY AL 36026 | CREDITOR ID: 297711-39<br>JUDY D JONES<br>4330 CIRCLE DR<br>COWARD SC 29530 | CREDITOR ID: 297712-39<br>JUDY D WEBSTER<br>PO BOX 5715<br>DELTONA FL 32728 |
| CREDITOR ID: 297713-39<br>JUDY D WYNN<br>3837 TANK RD<br>ODUM GA 31555 | CREDITOR ID: 297714-39<br>JUDY DAY<br>4904 LEPRECHAUN WAY<br>ORLANDO FL 32808 | CREDITOR ID: 297715-39<br>JUDY DIANNE CLAYTON<br>417 DOWNING DR<br>DANVILLE VA 24541 |
| CREDITOR ID: 297716-39<br>JUDY E PRICE<br>5358 COUNTY ROAD 45  45<br>HAYDEN AL 35079 | CREDITOR ID: 297717-39<br>JUDY F FRANZONE<br>35 HUNTERS COVE<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 297718-39<br>JUDY F JACKSON-BACKUS<br>304 HORSESHOE DRIVE<br>GOLDSBORO NC 27534 |
| CREDITOR ID: 297719-39<br>JUDY FAYE GRIGG<br>123 WOODSIDE AVE<br>GASTONIA NC 28054 | CREDITOR ID: 297720-39<br>JUDY FRANCES BALLARD<br>115 10TH ST E<br>WINTER HAVEN FL 33880 | CREDITOR ID: 297721-39<br>JUDY G CITIZEN<br>415 REYNOLDS AVE<br>RAYNE LA 70578 |
| CREDITOR ID: 297722-39<br>JUDY G ROBERTS<br>2346 ROGERS RD<br>PERRY FL 32347 | CREDITOR ID: 297723-39<br>JUDY H TAYLOR & GARY LEE<br>TAYLOR JT TEN<br>911 ARCH ST<br>HIGH POINT NC 27260 | CREDITOR ID: 297724-39<br>JUDY HUDSON<br>P O BOX 126<br>CLAYHOLE KY 41317 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 297725-39
JUDY HUNT
205 CREEK MOORE CIR
THOMASVILLE NC 27360

CREDITOR ID: 297726-39
JUDY HUX & TRUETT HUX JT TEN
3024 EDGEHILL RD
FORTWORTH TX 76116

CREDITOR ID: 297727-39
JUDY I MEDFORD
1667 MEADOW WOOD RD
BUFFALO SC 29321

CREDITOR ID: 297728-39
JUDY J THOMAS
29086 OLD COLUMBIA RD
ANGIE LA 70467

CREDITOR ID: 297729-39
JUDY J WARD
510 13TH AVE S
JACKSONVILLE  BEACH FL 32250

CREDITOR ID: 297730-39
JUDY K HATTER & GARY R
HATTER JT TEN
629 FORBES DR
SHELBYVILLE KY 40065

CREDITOR ID: 297731-39
JUDY K PIERCE & DONALD L
PIERCE JT TEN
P O BOX 2823
CLEVELAND TN 37311

CREDITOR ID: 297732-39
JUDY L BRANCH
2305 NEWFOUND HARBOR DR
MERRITT  ISLAND FL 32952

CREDITOR ID: 297733-39
JUDY L INGLE & GARY L INGLE
JT TEN
600 N 10TH ST
JACKSONVILLE  BCH FL 32250

CREDITOR ID: 297734-39
JUDY L ODONNELL
P O BOX 46
EASTLAKE  WEIR FL 32133

CREDITOR ID: 297735-39
JUDY L PEEPLES
CO JUDY L VAUGHAN
P O BOX 315
KANSAS OK 74347

CREDITOR ID: 297736-39
JUDY LANIER
764 LESTER FORDHAM RD
STATESBORO GA 30458

CREDITOR ID: 297737-39
JUDY LYNN ROBINSON
33824 CR 437
SORRENTO FL 32776

CREDITOR ID: 297738-39
JUDY M BENNETT
2343 RED OAK LO
BLACKSHEAR GA 31516

CREDITOR ID: 297739-39
JUDY M BREAUX
656 LAURICELLA AVE
JEFFERSON LA 70121

CREDITOR ID: 297740-39
JUDY M EDWARDS
716 S LILAC LOOP
JACKSONVILLE FL 32259-1913

CREDITOR ID: 297741-39
JUDY M KIRBY
3521 BANNOCKBURN RD
FLORENCE SC 29505

CREDITOR ID: 297742-39
JUDY M KRINGS
W153 N5181 PLAZA DR
MENOMONEE  FALLS WI 53051

CREDITOR ID: 297743-39
JUDY M OWENS
575 EASTON AVE
APT 21A
SOMERSET NJ 08873

CREDITOR ID: 297744-39
JUDY M PARKER & KEITH W
PARKER JT TEN
3097 MELL COURT
JACKSONVILLE FL 32254

CREDITOR ID: 297745-39
JUDY M RAGAS
PO BOX 657
PRAIRIEVILLE LA 70769

CREDITOR ID: 297746-39
JUDY M WHITFIELD & VIC J
WHITFIELD JT TEN
2422 WILMONT AVE
JACKSONVILLE FL 32218

CREDITOR ID: 297747-39
JUDY PIERCE PARSONS
321 NW 93 AVE
PEMBROKE  PINES FL 33024

CREDITOR ID: 297748-39
JUDY RENEE KINDIGER
417 WEST LLOYD ST
CRUM TX 76249

CREDITOR ID: 297749-39
JUDY S BELL
409 COUNTY RD 1403
CULLMAN AL 35055

CREDITOR ID: 297750-39
JUDY S GOINS
1764 GARRISON BRANCH RD
COTTONTOWN TN 37048

CREDITOR ID: 297751-39
JUDY S LAVERGNE
216 POPE DRIVE
CARENCRO LA 70520

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297752-39<br>JUDY S SPAINHOUR & GARY D<br>SPAINHOUR JT TEN<br>PO BOX 1207<br>KING NC 27021 | CREDITOR ID: 297753-39<br>JUDY SCHMITT<br>119 HENDERSON ST<br>WINTER GARDEN FL 34787 | CREDITOR ID: 297754-39<br>JUDY TRUETT<br>2500 N WHISPERING PINES WAY<br>FLAGSTAFF AZ 86004-7904 |
| CREDITOR ID: 297755-39<br>JUDY W SMITH<br>RR 1 BOX 3315<br>MADISON FL 32340 | CREDITOR ID: 297756-39<br>JUDY WIGGINS CATT<br>PO BOX 135<br>BRYSON NC 28713 | CREDITOR ID: 297757-39<br>JUDY Y HOOK<br>1551 LANSE DE CAVALIER ROAD<br>VILLE PLATTE LA 70586 |
| CREDITOR ID: 297758-39<br>JULES S PINERO III<br>1 CHUCKWAGON LN<br>ST ROSE LA 70087 | CREDITOR ID: 297759-39<br>JULEY KERLEK<br>6827 CALLA RD<br>NEW MIDDLETOWN OH 44442 | CREDITOR ID: 297760-39<br>JULIA A BARNES<br>165 HEATHER DR<br>PANAMA CITY BEACH FL 32413 |
| CREDITOR ID: 297761-39<br>JULIA A FLEMING<br>6120 ZONNA AVE<br>ORLANDO FL 32808 | CREDITOR ID: 297762-39<br>JULIA A TOLBERT<br>1702 PHYLLIS DR<br>COPPERAS COVE TX 76522 | CREDITOR ID: 297763-39<br>JULIA A TYSON<br>5 POMONA CIR<br>VALDOSTA GA 31601 |
| CREDITOR ID: 297764-39<br>JULIA ALBRIGHT POTEAT<br>4068 SQUIRE LANE<br>OXFORD NC 27565 | CREDITOR ID: 297765-39<br>JULIA ANN RINNIER<br>1249 S WINDHAM RD<br>INVERNESS FL 34450 | CREDITOR ID: 297766-39<br>JULIA B CLARK<br>6495 NW 11TH ST<br>MARGATE FL 33063 |
| CREDITOR ID: 297767-39<br>JULIA B HUGHEY<br>131 OAK ST<br>SELMA AL 36701 | CREDITOR ID: 297768-39<br>JULIA B HUGHEY & EDWARD C<br>HUGHEY SR JT TEN<br>131 OAK ST<br>SELMA AL 36701 | CREDITOR ID: 297769-39<br>JULIA B NORTH<br>76 BRIGHTON RD NE<br>ATLANTA, GA 30309 |
| CREDITOR ID: 297770-39<br>JULIA C FALANA & ARTHUR<br>FALANA JT TEN<br>2241 REMINGTON PARK ROAD<br>SWITZERLAND FL 32259 | CREDITOR ID: 297771-39<br>JULIA CORE ERTLEY & WADE<br>EMMERSON ERTLEY JT TEN<br>106 BRIAR LOOP RD<br>DEATSVILLE AL 36022 | CREDITOR ID: 297774-39<br>JULIA CORE ERTLEY CUST FOR<br>JOSHUA ANDREW ERTLEY UNDER<br>THE AL UNIFORM TRANSFERS TO<br>MINORS ACT<br>106 BRIAR LOOP RD<br>DEATSVILLE AL 36022 |
| CREDITOR ID: 297777-39<br>JULIA CORE ERTLEY CUST FOR<br>SCOTT BRAYDEN ERTLEY UNDER<br>THE AL UNIFORM TRANSFERS TO<br>MINORS ACT<br>106 BRIAR LOOP RD<br>DEATSVILLE AL 36022 | CREDITOR ID: 297776-39<br>JULIA CORE ERTLEY CUST FOR<br>MADYSON ELISE ERTLEY UNDER<br>THE AL UNIFORM TRANSFERS TO<br>MINORS ACT<br>106 BRIAR LOOP RD<br>DEATSVILLE AL 36022 | CREDITOR ID: 297775-39<br>JULIA CORE ERTLEY CUST FOR<br>KAMERYN GAYLE ERTLEY UNDER<br>THE AL UNIFORM TRANSFERS TO<br>MINORS ACT<br>106 BRIAR LOOP RD<br>DEATSVILLE AL 36022 |
| CREDITOR ID: 297773-39<br>JULIA CORE ERTLEY CUST FOR<br>HANNAH ELIZABETH ERTLEY UNDER<br>THE AL UNIFORM TRANSFERS TO<br>MINORS ACT<br>106 BRIAR LOOP RD<br>DEATSVILLE AL 36022 | CREDITOR ID: 297772-39<br>JULIA CORE ERTLEY CUST FOR<br>HALLIE MARIE ERTLEY UNDER THE<br>AL UNIFORM TRANSFERS TO<br>MINORS ACT<br>106 BRIAR LOOP RD<br>DEATSVILLE AL 36022 | CREDITOR ID: 297778-39<br>JULIA DRUMMOND<br>755 W ILEX DR<br>LAKE PARK FL 33403 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                           **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297779-39<br>JULIA F CARTER<br>5065 SPRING ST<br>LORIS SC 29569 | CREDITOR ID: 297780-39<br>JULIA FORSYTHE DALY<br>484 COUNTRY LANE<br>COPPELL TX 75019 | CREDITOR ID: 297781-39<br>JULIA G KIRBY<br>1498 ANTIOCH RD<br>PIKEVILLE NC 27863 |
| CREDITOR ID: 297782-39<br>JULIA H RUPERT<br>1877 COUNTRY ROAD 209-B<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 297783-39<br>JULIA J MILLER<br>190 MAIN STREET<br>WATERTOWN CT 06795 | CREDITOR ID: 297784-39<br>JULIA J OSBURN<br>300 TOMBERLIN RD<br>WAYCROSS GA 31501 |
| CREDITOR ID: 297785-39<br>JULIA J PAGEAU & HERBERT J<br>PAGEAU JT TEN<br>413 EASTERN AVE<br>SAINT CLOUD FL 34769 | CREDITOR ID: 297786-39<br>JULIA JEAN BERTELSEN<br>6495 NW 11TH ST<br>MARGATE FL 33063 | CREDITOR ID: 297787-39<br>JULIA KIGHT CUST MASON KEITH<br>HILL UNDER THE FL UNIF TRAN<br>MIN ACT<br>76 BAYTREE LANE<br>BOYNTON BEACH FL 33436 |
| CREDITOR ID: 297788-39<br>JULIA KIGHT CUST WARREN<br>KEITH HILL UNDER THE FL UNIF<br>TRAN MIN ACT<br>76 BAYTREE LANE<br>BOYNTON BEACH FL 33436 | CREDITOR ID: 297789-39<br>JULIA M ALLEN<br>WOODLAND HILLS<br>511 VELMA CT<br>AUBURN AL 36830 | CREDITOR ID: 297790-39<br>JULIA M DAGES<br>2010 HARDEY SPRINGS RD<br>MCALESTER OK 74501 |
| CREDITOR ID: 297791-39<br>JULIA M HARDY<br>350 WATKINS ST<br>ASHEBORO NC 27203 | CREDITOR ID: 297792-39<br>JULIA M WOODWARD<br>PO BOX 267<br>QUINCY FL 32351 | CREDITOR ID: 297793-39<br>JULIA MAE ANDERSON<br>412 E HUDSON ST<br>VALDOSTA GA 31601 |
| CREDITOR ID: 297794-39<br>JULIA MIDDENDORF<br>4923 IDLEWILDE LANE SE<br>ALBUQUERQUE NM 87108 | CREDITOR ID: 297795-39<br>JULIA N SCHULTHEISS<br>4009 STAR ISLAND<br>HOLIDAY FL 34690 | CREDITOR ID: 297796-39<br>JULIA P HOLLAND<br>1331 WINTERWOOD DR NE<br>GRAND RAPIDS MI 49546 |
| CREDITOR ID: 297797-39<br>JULIA P ROWE<br>205 CHURCH ST<br>LEWISBURG WV 24901 | CREDITOR ID: 297798-39<br>JULIA R YOUNGMAN<br>708 MILLDENHALL RD<br>MOUNT PLEASANT SC 29464 | CREDITOR ID: 297799-39<br>JULIA RIOSECO<br>5450 WEST 5 LANE<br>HIALEAH FL 33012 |
| CREDITOR ID: 297800-39<br>JULIA RODRIGUEZ<br>PO BOX 651222<br>MIAMI FL 33265 | CREDITOR ID: 297801-39<br>JULIA ROOT & CHARLES E ROOT<br>SR JT TEN<br>10 INSPIRATION WAY<br>SWANNANOA NC 28778 | CREDITOR ID: 297802-39<br>JULIA S DWIGGINS<br>1007 MISTYWOOD LN<br>CONCORD NC 28027 |
| CREDITOR ID: 297804-39<br>JULIA S DWIGGINS CUST FOR<br>STEVEN B DWIGGINS<br>UNDER NC UNIF TRANS MIN ACT<br>1007 MISTYWOOD LN<br>CONCORD NC 28027 | CREDITOR ID: 297803-39<br>JULIA S DWIGGINS CUST FOR<br>ANNA M DWIGGINS<br>UNDER NC UNIF TRANS MIN ACT<br>1007 MISTYWOOD LN<br>CONCORD NC 28027 | CREDITOR ID: 297805-39<br>JULIA SURLES & JOAN LAASCH &<br>JEAN KURSMAN & ALBERT<br>DECELLIO JT TEN<br>APT 47 TOWHEE<br>162 BAKERS PATH<br>SOUTH YARMOUTH MA 02664 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297806-39<br>JULIAN A BRANNON<br>102 BRENDA ST<br>HEADLAND AL 36345 | CREDITOR ID: 297807-39<br>JULIAN AGOLLARI<br>411 HUNTINGTON DR<br>NAPLES FL 34109 | CREDITOR ID: 297808-39<br>JULIAN B COHEN III<br>7968 AUSTIN RD<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 297809-39<br>JULIAN C LOPEZ JR CUST<br>JULIAN CARLOS LOPEZ III UNIF<br>TRAN MIN ACT FL<br>PO BOX 1326<br>ORMOND  BEACH FL 32175 | CREDITOR ID: 297810-39<br>JULIAN J LEFF<br>41 CARRIAGE LN<br>ENGLISHTOWN NJ 07726 | CREDITOR ID: 297811-39<br>JULIAN L FERGUSON<br>PO BOX 375<br>CRESCENT  CITY FL 32112 |
| CREDITOR ID: 297812-39<br>JULIAN V GARCIA<br>1613 JOSPHINE ST APT #7<br>SWEETWATER TX 79556 | CREDITOR ID: 297813-39<br>JULIAN W HARRIS<br>5120 MELBOURNE RD<br>RALEIGH NC 27606 | CREDITOR ID: 297814-39<br>JULIAN W HOLLINGSWORTH &<br>BARBARA E HOLLINGSWORTH JT TEN<br>205 DEER RUN DR<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 297815-39<br>JULIANE R BALES<br>5690 ALBERT WILLIAMS RD<br>MULBERRY FL 33860 | CREDITOR ID: 297817-39<br>JULIANN DUFFY CUST ROBERT<br>DUFFY III UNDER THE NC UNIF<br>TRAN MIN ACT<br>363 CHAPEL POINT RD<br>LAKE  LURE NC 28746 | CREDITOR ID: 297818-39<br>JULIANN G ROOKS<br>PO BOX 444<br>PELHAM AL 35124 |
| CREDITOR ID: 297819-39<br>JULIE A BROWNING<br>1635 EHRLER DR<br>LOUISVILLE KY 40213 | CREDITOR ID: 297820-39<br>JULIE A CARTER<br>1717 COOPER DRIVE<br>DALLAS GA 30132 | CREDITOR ID: 297821-39<br>JULIE A EVERS<br>263 GABLE DT<br>FREMONT CA 94539 |
| CREDITOR ID: 297822-39<br>JULIE A HEBERT<br>3171 PLAINS WAY NE<br>MARIETTA GA 30066 | CREDITOR ID: 297823-39<br>JULIE A PEWITT<br>2706 CHINQUAPIN OAK LN<br>ARLINGTON TX 76012 | CREDITOR ID: 297824-39<br>JULIE A STEWART<br>9762 SKYVISTA DR<br>SEMMES AL 36575 |
| CREDITOR ID: 297825-39<br>JULIE A TUCHOLSKY<br>2426 RIVER RIDGE ROAD<br>ORLANDO FL 32825 | CREDITOR ID: 297826-39<br>JULIE ANDREA MOBLEY<br>HC66 BOX 69<br>OVERBROOK OK 73453 | CREDITOR ID: 297827-39<br>JULIE ANN C WILLIAMS<br>4815 APACHE AVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 297828-39<br>JULIE ANN ENNIS<br>5076 PEBBLEVALLEY DRIVE<br>CINCINNATI OH 45252 | CREDITOR ID: 297829-39<br>JULIE ANN HENSLEY & TOMMIE<br>DARRELL HENSLEY JT TEN<br>10370 SW 132ND CT<br>DUNNELLON FL 34432 | CREDITOR ID: 297830-39<br>JULIE ANN KNUREK & CHESTER<br>MELVIN KNUREK JR JT TEN<br>10817 PROVIDENCE OAKS DR<br>RIVERVIEW FL 33569 |
| CREDITOR ID: 297831-39<br>JULIE ANN LUDINGTON<br>5120 AVACADO AVE<br>COCOA FL 32927 | CREDITOR ID: 297832-39<br>JULIE ANN MARIE WADFORD<br>782 E BUTLER RD APT 1303<br>MAULDIN SC 29662 | CREDITOR ID: 297833-39<br>JULIE ANN WHITE<br>5227 HAMMOCK POINTE CT<br>SAINT  CLOUD FL 34771 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297834-39<br>JULIE ANNE RILEY<br>1142 INDIAN SPRINGS RD<br>PEGRAM TN 37143 | CREDITOR ID: 297835-39<br>JULIE ANNETTE GARRARD<br>3559 EDS COURT<br>GREEN  COVE  SPRINGS FL 32043 | CREDITOR ID: 297836-39<br>JULIE BUCK<br>625 CAMBRIDGE CT<br>LONGWOOD FL 32750 |
| CREDITOR ID: 297837-39<br>JULIE C MORRIS<br>942 CARLOTTA RD W<br>JACKSONVILLE FL 32211 | CREDITOR ID: 297838-39<br>JULIE D BARR AND DONALD W<br>BARR JT TEN<br>5424 PHILLORETT DR<br>CINCINNATI OH 45239 | CREDITOR ID: 297839-39<br>JULIE DEES COOK<br>125 MEADOW OAKS CT<br>MILLBROOK AL 36054 |
| CREDITOR ID: 297840-39<br>JULIE E ADAMS<br>3264 LANDMARK ST APT G-5<br>GREENVILLE NC 27834 | CREDITOR ID: 297841-39<br>JULIE E TAYLOR<br>10877 US SOUTH  129<br>LIVE  OAK FL 32060 | CREDITOR ID: 297842-39<br>JULIE F THOMAS<br>17618 MOSS FOREST DRIVE<br>HOUSTON TX 77090 |
| CREDITOR ID: 297843-39<br>JULIE H CREWS<br>RT 2 BOX 617-M32<br>LAKE  BUTLER FL 32054 | CREDITOR ID: 297844-39<br>JULIE HINKEL<br>1738 N FT THOMAS AVE<br>FT  THOMAS KY 41075 | CREDITOR ID: 297845-39<br>JULIE HOWELL<br>130 CINDY DR<br>BEECH  ISLAND SC 29842 |
| CREDITOR ID: 297846-39<br>JULIE J CLINGAN<br>13213 BACK VALLEY RD<br>SODDY  DAISY TN 37379 | CREDITOR ID: 297847-39<br>JULIE J HOFFMAN & ROBERT A<br>HOFFMAN JT TEN<br>618 ROSEWOOD WAY<br>NICEVILLE FL 32578 | CREDITOR ID: 297848-39<br>JULIE J SLAUGHTER<br>19765 NORTH FOURTH<br>CITRONELLE AL 36522 |
| CREDITOR ID: 297849-39<br>JULIE JOHNSON<br>2355 LAKE FRONT CT<br>MERRITT  ISLAND FL 32953 | CREDITOR ID: 297850-39<br>JULIE K BAILEY<br>3028 S ANDERSON RD<br>CATAWBA SC 29704 | CREDITOR ID: 297852-39<br>JULIE KAY CADE<br>11 HIALEAH DR<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 297853-39<br>JULIE L HATCHETT<br>312 WHEELER ST<br>SYLACAUGA AL 35150 | CREDITOR ID: 297854-39<br>JULIE L HATCHETT & EARL M<br>HATCHETT JT TEN<br>312 WHEELER ST<br>SYLACAUGA AL 35150 | CREDITOR ID: 297855-39<br>JULIE M FISHER<br>4080 LEE COURT<br>CINCINNATI OH 45248 |
| CREDITOR ID: 297856-39<br>JULIE M RYALS<br>10601 BRIAN LN<br>NEW  PORT  RICHEY FL 34654 | CREDITOR ID: 297857-39<br>JULIE M STANNARD<br>3613 67TH ST W<br>BRADENTON FL 34209 | CREDITOR ID: 297858-39<br>JULIE M STEVENS<br>707 EAST HILL CREST ST<br>ALTAMONTE  SPRINGS FL 32701 |
| CREDITOR ID: 297859-39<br>JULIE MAHAFFEY CUSTODIAN FOR<br>JOHN C TREADAWAY UNDER THE<br>NC UNIFORM TRANSFERS TO MINORS<br>ACT<br>230 SCENIC DRIVE<br>KING NC 27021 | CREDITOR ID: 297860-39<br>JULIE MARIE POPE<br>4733 COLLEGE ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 297861-39<br>JULIE MCCOY<br>2406 FUTCH RD<br>LAKELAND FL 33811 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297862-39<br>JULIE MICHELLE SILVIA<br>11816 KESTREL DR<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 297863-39<br>JULIE MILLER<br>3419 SE HART CIR<br>PORT ST LUCIE FL 34984 | CREDITOR ID: 297864-39<br>JULIE NIELSON<br>24802 APPLE CREST DRIVE<br>NOVI MI 48375 |
| CREDITOR ID: 297865-39<br>JULIE R CHARNOCK<br>810 CREEKS EDGE CT<br>GROVETOWN GA 30813 | CREDITOR ID: 297866-39<br>JULIE R MOORE<br>5972 MORNINGSIDE DR<br>COLUMBUS GA 31909 | CREDITOR ID: 297867-39<br>JULIE R STUTTS<br>2626 E LONG DR<br>GREENWOOD VLG CO 80121 |
| CREDITOR ID: 297868-39<br>JULIE S SWEDARSKY<br>1819 RUTLEDGE ST<br>MADISON WI 53704 | CREDITOR ID: 297869-39<br>JULIE SADLER<br>1053 FUHRMAN RD<br>CINCINNATI OH 45215 | CREDITOR ID: 297870-39<br>JULIE THOMPSON & MATTHEW C<br>THOMPSON JT TEN<br>455 SIGSBEE CT<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 297871-39<br>JULIE TROWBRIDGE<br>730 E 58TH STREET<br>BROOKLYN NY 11234 | CREDITOR ID: 297872-39<br>JULIE WANGERIN<br>W3036 JUST ABOUT LANE<br>APPLETON WI 54915 | CREDITOR ID: 297873-39<br>JULIENNE DELOUCHE<br>5342 MCCARTY ST<br>NAPLES FL 33962 |
| CREDITOR ID: 297874-39<br>JULIETTE A GLOVER<br>PO BOX 5184<br>TITUSVILLE FL 32783 | CREDITOR ID: 297875-39<br>JULIETTE JEANSONNE<br>3484 FORT MCHENRY DR<br>LAS VEGAS NV 89122 | CREDITOR ID: 297876-39<br>JULIETTE W BOSTICK<br>2112 SE 247TH STREET<br>HAWTHORNE FL 32640 |
| CREDITOR ID: 297877-39<br>JULIETTE WILLIAMS<br>820 2ND ST SW<br>BIRMINGHAM AL 35211 | CREDITOR ID: 297878-39<br>JULIO A CRUZ<br>838 BACON RD<br>HINESVILLE GA 31313 | CREDITOR ID: 297879-39<br>JULIO A OLANO<br>16389 68 TE SW<br>MIAMI FL 33193 |
| CREDITOR ID: 297880-39<br>JULIO A ZACARIAS<br>6904 STEPHENS HILL RD<br>FORT WORTH TX 76140 | CREDITOR ID: 297881-39<br>JULIO DIAZ<br>8145 NW 7TH ST APT 510<br>MIAMI FL 33126 | CREDITOR ID: 297882-39<br>JULIO HERNANDEZ<br>1525 BRIDLE LANE<br>HANOVER PARK IL 60103 |
| CREDITOR ID: 297883-39<br>JULIUS ARNOLD JERNIGAN<br>273 SHADY CREEK LN<br>THOMASVILLE NC 27360 | CREDITOR ID: 297884-39<br>JULIUS D BOLT<br>3707 MILAM RD<br>CLINTON SC 29325 | CREDITOR ID: 297885-39<br>JULIUS D EVANS<br>304 WOLF ISLAND RD<br>REIDSVILLE NC 27320 |
| CREDITOR ID: 297887-39<br>JULIUS J HEINZMAN &<br>ERNESTINE M GRAY & MARLENE S<br>WALLACE JT TEN<br>3516 DIGNAN ST<br>JACKSONVILLE FL 32254 | CREDITOR ID: 297888-39<br>JULIUS MADISON FAGGE III<br>3804 FOREST BLVD<br>JACKSONVILLE FL 32246 | CREDITOR ID: 297889-39<br>JULIUS P TOMPKINS III<br>PO BOX 8<br>FITZPATRICK AL 36029 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297890-39<br>JULIUS R VAUGHAN<br>11306 OLD LEWIS SCHOOL RD<br>MIDDLESEX NC 27557 | CREDITOR ID: 297891-39<br>JULIUS S GUIDRY<br>9411 STONE PORCH LANE<br>HOUSTON TX 77064 | CREDITOR ID: 297892-39<br>JULIUS T WILLIAMS<br>ATTN JEWISH FS<br>2030 7TH AVE, #305<br>SEATTLE WA 98121 |
| CREDITOR ID: 297893-39<br>JULIUS WALTER DUPREE<br>1112 HARING RD<br>METAIRIE LA 70001 | CREDITOR ID: 297894-39<br>JUNE A GOUGE & F TIMOTHY<br>GOUGE JT TEN<br>9275 NC HWY 88 WEST<br>WARRENSVILLE NC 28693 | CREDITOR ID: 297895-39<br>JUNE A HAYS<br>10511 MOON LIGHT WAY<br>LOUISVILLE KY 40272 |
| CREDITOR ID: 297896-39<br>JUNE ANGELA WATSON<br>6936 ASTER DRIVE<br>COCOA FL 32927 | CREDITOR ID: 297897-39<br>JUNE C PATE FARMER & JIMMY A<br>FARMER JT TEN<br>3130 PRYOR RD<br>HAINES  CITY FL 33844 | CREDITOR ID: 297898-39<br>JUNE C TURNIPSEED<br>926 GREENWOOD CIRCLE<br>CARY NC 27511 |
| CREDITOR ID: 297899-39<br>JUNE C WILSON & DONALD R<br>WILSON JT TEN<br>1011 W BAFFIN DR<br>VENICE FL 34293 | CREDITOR ID: 297900-39<br>JUNE D FOURNIER<br>PO BOX 325<br>MELBOURNE AR 72556 | CREDITOR ID: 297901-39<br>JUNE E NELSON<br>2200 JOHN WOOD LN<br>GULF  SHORES AL 36542 |
| CREDITOR ID: 297902-39<br>JUNE ELIZABETH GANDOLFI<br>200 HIGHWAY DR<br>JEFFERSON LA 70121 | CREDITOR ID: 297903-39<br>JUNE FRANCES DUKES & CLYDE L<br>DUKES JT TEN<br>6 BLACK ST<br>HONEA  PATH SC 29654 | CREDITOR ID: 297904-39<br>JUNE H SMITHDEAL<br>107 SPEER AV<br>BOONVILLE NC 27011 |
| CREDITOR ID: 297905-39<br>JUNE K BALDASSARO<br>1012 ORION AVE<br>METAIRIE LA 70005 | CREDITOR ID: 297906-39<br>JUNE L BURNHAM<br>17 RR 17 POB 1904<br>LAKE  CITY FL 32055 | CREDITOR ID: 297907-39<br>JUNE M BOSCARENO<br>712 GREEN ACRES RD<br>METAIRIE LA 70003 |
| CREDITOR ID: 297908-39<br>JUNE M SANFORD<br>6746 ALEXANDRIA<br>JACKSONVILLE AL 36265 | CREDITOR ID: 297909-39<br>JUNE MELILLO<br>106 BEAVER DAM TRL<br>NEWPORT NC 28570 | CREDITOR ID: 297910-39<br>JUNE MISICIONE<br>9233 SW 8TH ST<br>BOCA  RATON FL 33428 |
| CREDITOR ID: 297911-39<br>JUNE O PATTON<br>8526 CREEKVIEW LA<br>ENGLEWOOD FL 34224 | CREDITOR ID: 297912-39<br>JUNE P WYATT<br>P O BOX 1602<br>CLANTON AL 35046 | CREDITOR ID: 297913-39<br>JUNE Q SULLIVAN<br>378 NC231 HIGHWAY<br>WENDELL NC 27591 |
| CREDITOR ID: 297914-39<br>JUNE SELLERS & JIMMY SELLERS<br>JT TEN<br>1761 JIM SELLERS RD S W<br>BAXLEY GA 31513 | CREDITOR ID: 297915-39<br>JUNE STOCKTON<br>N16403 S LINDEN ST<br>HERMANSVILLE MI 49847 | CREDITOR ID: 297916-39<br>JUNE VOLLMAN<br>243 E 33RD ST<br>NEW  YORK NY 10016 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 297917-39
JUNE W BOLLING
317 MARLETTE DR
NORTH  PORT FL 34287

CREDITOR ID: 297918-39
JUNE W CERCY
4205 MAGNOLIA RD
ORANGE  PARK FL 32065

CREDITOR ID: 297919-39
JUNIE STROTHER
23073 ROLLINS ST
MANDEVILLE LA 70471

CREDITOR ID: 297920-39
JUREK CREIGHTON ALEXANDER
3010 BOXWOOD AVE
FLORENCE SC 29501

CREDITOR ID: 297921-39
JURLEAN P GILMORE
6480 RESTER RD
THEODORE AL 36582

CREDITOR ID: 280381-39
JUSTICE, ANGELA C & ROBERT O JT TEN
25514 JACKSON RD
BORDEN IN 47106

CREDITOR ID: 297922-39
JUSTIN BEESINGER
PO BOX 8
BYERS TX 76357

CREDITOR ID: 297923-39
JUSTIN CRAIG HARAWAY
1914 ELLINGTON CIR
NASHVILLE TN 37211

CREDITOR ID: 297924-39
JUSTIN GILMAN
860 MAGNOLIA CREEK CIR
ORLANDO FL 32828

CREDITOR ID: 297925-39
JUSTIN LACROSSE
7549 BIBLEAF LN
FT  WORTH TX 76137

CREDITOR ID: 297926-39
JUSTIN TAYLOR WAITS
3619 MEADOW GLEN CIR
ELLENWOOD GA 30049

CREDITOR ID: 297927-39
JUSTIN W BAHM
24414 BRUNETT RD
LORANGER LA 70446

CREDITOR ID: 297928-39
JUSTIN WILLIAMS
1417 HAIRETOWN RD
JONESBOROUGH TN 37659

CREDITOR ID: 297929-39
JUSTO R MONTERO & ISABEL M
MONTERO JT TEN
8251 SW 27TH LN
MIAMI FL 33155

CREDITOR ID: 297931-39
K AMBER CANTRELL
107 E WENDY WAY
GOLDSBORO NC 27530

CREDITOR ID: 297935-39
K E SALEM
850 SHIPWATCH DRIVE
JACKSONVILLE FL 32225

CREDITOR ID: 297936-39
K ELISE BARKET
4338 DAVINCI AVE
JACKSONVILLE FL 32210

CREDITOR ID: 297937-39
K GLENN SHUE & ELAINE B SHUE
JT TEN
6615 FLINTROCK RD
CHARLOTTE NC 28214

CREDITOR ID: 297938-39
K J MITCHELL
632 RIDGEVIEW DR SW
LILBURN GA 30247

CREDITOR ID: 297939-39
K LEPAGE
612 N CHURCH ST
ZEBULON NC 27597

CREDITOR ID: 297940-39
K M BUCK
471 MONTEREY PARKWAY
ORANGE  PARK FL 32073

CREDITOR ID: 297941-39
K R FINDLEY
5400 FULTON INDUSTRIAL BLVD
ATLANTA GA 30336

CREDITOR ID: 297942-39
KACEY A MCNALLY
1509 MISSISSIPPI AVE
KENNER LA 70062

CREDITOR ID: 297943-39
KACEY DIANA BEASLEY
6159 LAKEVIEW RD
STATEBORO GA 30458

CREDITOR ID: 297944-39
KACIE R MABRY
RR 3  71
NORWOOD NC 28128

CREDITOR ID: 279516-39
KAILING, A B
511 SHANNON ROSE
SAN  ANTONIO TX 78258

CREDITOR ID: 297945-39
KALEE GARNER
9805 LAKESHORE DR
CLERMONT FL 34711

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 297946-39<br>KAMALI S CALDWELL<br>137 CORAL DR<br>PANAMA  CITY  BEACH FL 32413 | CREDITOR ID: 297947-39<br>KAMI L ATES<br>8186 HWY 4<br>JAY FL 32565 | CREDITOR ID: 297948-39<br>KAMIL DARBOUZE<br>2320 TOWN & COUNTRY DR<br>KISSIMMEE FL 34744 |
| CREDITOR ID: 297949-39<br>KANDIE SUE HEASLEY<br>27 DORCHESTER DR S<br>GREENACRES FL 33463 | CREDITOR ID: 297950-39<br>KANORRIS L STEPNEY<br>2340 W LARGO DR<br>MIRAMAR FL 33023 | CREDITOR ID: 279556-39<br>KAPLAN, AARON M. &<br>RUTH HAUSNER, JT TEN<br>13255 SW 9TH CT APT 206G<br>PEMBROKE  PINES FL 33027 |
| CREDITOR ID: 297951-39<br>KARA LEE MONTGOMERY<br>4438 WATER OAK LN<br>JACKSONVILLE FL 32210 | CREDITOR ID: 297952-39<br>KAREN A BALL & MICHAEL K<br>BALL JT TEN<br>907 SPICEWOOD DR<br>LAKELAND FL 33801 | CREDITOR ID: 297953-39<br>KAREN A CASTEEL<br>2082 SR 61<br>MARENGO OH 43334 |
| CREDITOR ID: 297954-39<br>KAREN A CHESLOCK & WILLIAM B<br>CHESLOCK JT TEN<br>12820 83RD ST<br>FELLSMERE FL 32948 | CREDITOR ID: 297955-39<br>KAREN A CIENKI<br>803 SHADOW GLEN DRIVE<br>SOUTHLAKE TX 76092 | CREDITOR ID: 297956-39<br>KAREN A FISH<br>5061 KASSON RD<br>SYRACUSE NY 13215 |
| CREDITOR ID: 297957-39<br>KAREN A KOZUCH<br>556 BROOKS COVE DR<br>VALDOSTA GA 31602 | CREDITOR ID: 297958-39<br>KAREN A POWERS<br>5419 SEAFOAM DR<br>NEW  PORT  RICHEY FL 34652 | CREDITOR ID: 297959-39<br>KAREN A ROCHE & ROBERT M<br>ROCHE JT TEN<br>12976 PLANTERS CREEK CIR SOUTH<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 297962-39<br>KAREN A ROCHE CUST JULIANNE<br>M ROCHE UNIF TRAN MIN ACT FL<br>12976 PLANTERS CREEK CIR S<br>JACKSONVILLE FL 32224 | CREDITOR ID: 297963-39<br>KAREN ALBERT<br>1528 LAUREL HILL RD<br>VIENNA VA 22182 | CREDITOR ID: 297964-39<br>KAREN ALFORD<br>4100 MONROE ST<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 297965-39<br>KAREN ALSTAT<br>PO BOX 1092<br>SANDY OR 97055 | CREDITOR ID: 297966-39<br>KAREN ANN BODIE<br>1609 POINSETT DR<br>FLORENCE SC 29505 | CREDITOR ID: 297967-39<br>KAREN ANN KELLER<br>1109 N STARRETT RD<br>METAIRIE LA 70003 |
| CREDITOR ID: 297968-39<br>KAREN ANN STRYCZYNSKI<br>2526 CABELOS LN<br>LINCOLNTON NC 28650 | CREDITOR ID: 297969-39<br>KAREN B DICKINSON<br>RT 1 BOX 974<br>MADISON FL 32340 | CREDITOR ID: 297970-39<br>KAREN B EURE & DAVID F EURE<br>JT TEN<br>817 BUGLE BRANCH WAY<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 297972-39<br>KAREN BALL<br>907 SPICEWOOD DR<br>LAKELAND FL 33801 | CREDITOR ID: 297973-39<br>KAREN BENDER<br>5345 ROYCE AV<br>JACKSONVILLE FL 32205 | CREDITOR ID: 297974-39<br>KAREN BOLTON<br>2821 N THORPE AVE<br>ORANGE  CITY FL 32763 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 297975-39
KAREN BOOTLE
4400 SW 20 AVE APT 120
GAINESVILLE FL 32607

CREDITOR ID: 297976-39
KAREN G GOSSELIN
RR 4  156W
PARIS TX 75462

CREDITOR ID: 297977-39
KAREN C MELLO & NELVIN MELLO
TEN COM
11220 HWY 182
FRANKLIN LA 70538

CREDITOR ID: 297978-39
KAREN CAMPBELL
2340 W LANGO DR
MIRAMAR FL 33023

CREDITOR ID: 297979-39
KAREN CASTEEL
2082 SR 61
MARENGO OH 43334

CREDITOR ID: 297980-39
KAREN CHISSOM
4107 WHITTIER DR
OWENSBORO KY 42303

CREDITOR ID: 297981-39
KAREN CHOUINARD CUST FOR
ANDREW N CHOUINARD UNDER THE
FLORIDA GIFTS TO MINORS ACT
2110 EDGEWATER CIR
WINTER  HAVEN FL 33880

CREDITOR ID: 297982-39
KAREN COMARDELLE
307 2ND ST
DES  ALLEMANDS LA 70030

CREDITOR ID: 297983-39
KAREN CRAFT & KELLY CRAFT
JT TEN
1749 TWIN OAKS DRIVE
DELAND FL 32720

CREDITOR ID: 297984-39
KAREN D MARTIN
C/O KAREN D DILLARD
5735 PINEBROOK DR
MONTGOMERY AL 36117

CREDITOR ID: 297985-39
KAREN D SPENCER
16598 CEDAR VALLEY RD
SALADO TX 76571

CREDITOR ID: 297986-39
KAREN D STEWART
507 E CHERRY ST
AMITE LA 70422

CREDITOR ID: 297987-39
KAREN D WALTON
268 WILLS LN
CANTON GA 30115

CREDITOR ID: 297988-39
KAREN D WHITFIELD
121 ASHWOOD LN
ANDERSON SC 29625

CREDITOR ID: 297989-39
KAREN DEEP FRANKLIN
3257 HILLCREST LN
MONTGOMERY AL 36109

CREDITOR ID: 297990-39
KAREN DENISE BEACH
333 MILLER ROAD
HAVANA FL 32333

CREDITOR ID: 297991-39
KAREN DENISE CLACKUM
ATTN WALTON
268 WILLS LN
CANTON GA 30115

CREDITOR ID: 297992-39
KAREN DENISE LECOUNT
778 HONEYGAL
BRUNSWICK GA 31525

CREDITOR ID: 297993-39
KAREN DENNIS & BRIAN DENNIS
JT TEN
110 EASTERN HILLS DR
RICHMOND KY 40475

CREDITOR ID: 297994-39
KAREN E BERRY
1677 WOODSIDE CT
WOODSTOCK IL 60098

CREDITOR ID: 297995-39
KAREN E BOLES
100 LE BLANC ST
FORT  BRAGG NC 28307

CREDITOR ID: 297996-39
KAREN E CARMICHAEL TRUSTEE
OF THE KAREN E CARMICHAEL
TRUST DTD 07-25-96
4901 HUNT ROAD
CINCINNATI OH 45242

CREDITOR ID: 297997-39
KAREN E COSTLOW
PO BOX 803
ATHENS TX 75751

CREDITOR ID: 297998-39
KAREN E CRAFT
8104 S BURNHAM AVE
CHICAGO IL 60617

CREDITOR ID: 297999-39
KAREN E DENMARK
1107 BROADFORD DR
CARY NC 27511

CREDITOR ID: 298000-39
KAREN E ESPY
156 SANDY LANE WEST
EUFAULA AL 36027

CREDITOR ID: 298001-39
KAREN E HARRIS
1 BROWN ST
MILTON FL 32583

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298002-39<br>KAREN E MCKIERNAN<br>2543 DOUP AVENUE<br>LOUISVILLE KY 40205 | CREDITOR ID: 298003-39<br>KAREN E RENNIE<br>6256 HILLANDALE DR APT 811<br>LITHONIA GA 30058 | CREDITOR ID: 298004-39<br>KAREN E SALEM<br>850 SHIPWATCH DRIVE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 298005-39<br>KAREN ELDORA COX<br>6636 MAGGIEWOOD LANE<br>FUQUAY  VARINA NC 27526 | CREDITOR ID: 298006-39<br>KAREN F BAREFOOT<br>202 BERKLEY AVE<br>GREENVILLE SC 29609 | CREDITOR ID: 298007-39<br>KAREN F GAYNOR & SETH S<br>GAYNOR JT TEN<br>2856 RAVINES RD<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 298008-39<br>KAREN FASULO<br>4801 SW 29TH WAY<br>APARTMENT #1<br>FORT  LAUDERDALE FL 33312 | CREDITOR ID: 298009-39<br>KAREN FLETCHER<br>5351 17TH AVE NORTH<br>ST  PETERSBURG FL 33710 | CREDITOR ID: 298010-39<br>KAREN FRIEDHOFF<br>5336 PLOVER LANE<br>CINCINNATI OH 45238 |
| CREDITOR ID: 298011-39<br>KAREN G ANDREWS<br>65 SHARON COURT<br>DEFUNIAK  SPRING FL 32433 | CREDITOR ID: 298012-39<br>KAREN G CLOUD<br>4079 RAVEN ST<br>MILTON FL 32583 | CREDITOR ID: 298013-39<br>KAREN GARDNER<br>230 LOUIS FARM RD<br>BESSEMER  CITY NC 28016 |
| CREDITOR ID: 298014-39<br>KAREN GIRTEN & LARRY B<br>GIRTEN JT TEN<br>6237 LANSDOWNE CIR<br>BOYNTON  BEACH FL 33437 | CREDITOR ID: 298015-39<br>KAREN GOBLE<br>780 GLOVER RD<br>SALISBURY NC 28146 | CREDITOR ID: 298016-39<br>KAREN GREEN<br>219 E 17TH ST<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 298017-39<br>KAREN H MORGAN<br>158 MARTIN CIR<br>ROYAL  PALM  BEACH FL 33411 | CREDITOR ID: 298018-39<br>KAREN H PRITCHARD<br>122 ROSECROFT DRIVE<br>ELIZABETH  CITY NC 27909 | CREDITOR ID: 298019-39<br>KAREN H PRITCHARD & HORACE L<br>PRITCHARD JT JT TEN<br>122 ROSECROFT DRIVE<br>ELIZABETH  CITY NC 27909 |
| CREDITOR ID: 298020-39<br>KAREN H RUDD<br>2721 SOMERSET DR<br>ALBANY GA 31707 | CREDITOR ID: 298022-39<br>KAREN HUNT<br>6960 AUTUMN HILLS DR<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 298023-39<br>KAREN IMLER NORMAN<br>8945 MARLEE RD<br>JACKSONVILLE FL 32222 |
| CREDITOR ID: 298024-39<br>KAREN J JOHNSON<br>4512 HWY 152 WEST<br>CHINA  GROVE NC 28023 | CREDITOR ID: 298025-39<br>KAREN J SAVAGE CUST DAVID<br>ALLEN SAVAGE UNDER THE MI<br>UNIF GIFTS TO MINORS ACT<br>3055 WEST BIRCH DR<br>BAY  CITY MI 48706 | CREDITOR ID: 298026-39<br>KAREN J SWAGGER<br>1415 4TH STREET<br>ST  CLOUD FL 34769 |
| CREDITOR ID: 298027-39<br>KAREN JENSEN VELASQUEZ &<br>MICHAEL ALONZO VELASQUEZ JT TEN<br>18323 26TH DR SE<br>BOTHELL WA 98012 | CREDITOR ID: 298028-39<br>KAREN KAY HENDERSON<br>2107 CARL<br>BIG  SPRING TX 79720 | CREDITOR ID: 298029-39<br>KAREN L ALEXANDER<br>1779 BALDOCK COURT<br>DELTONA FL 32738 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298030-39<br>KAREN L CANTZ<br>10058 SW VICTORY DR<br>ARCADIA FL 34269 | CREDITOR ID: 298031-39<br>KAREN L CAPPUCCILLI<br>3331 EMERALD LANE<br>NORTH PORT FL 34286 | CREDITOR ID: 298032-39<br>KAREN L GESELL<br>753 ROLLING ACRES RD<br>HOPE HULL AL 36043 |
| CREDITOR ID: 298033-39<br>KAREN L KETCHEY<br>114 DAVID JONES RD<br>PRINCETON KY 42445 | CREDITOR ID: 298034-39<br>KAREN L LACONGO<br>789 W FERRY ST APT E-4<br>BUFFALO NY 14222 | CREDITOR ID: 298035-39<br>KAREN L LARSON<br>10920 NW 27TH STREET<br>SUNRISE FL 33322 |
| CREDITOR ID: 298036-39<br>KAREN L PEDRAZA & RICHARD S<br>PEDRAZA JT TEN<br>134 SEA PARK BLVD<br>SATELLITE BCH FL 32937 | CREDITOR ID: 298037-39<br>KAREN L PRITCHETT<br>1054 OAKRIDGE DR<br>LANESVILLE IN 47136 | CREDITOR ID: 298038-39<br>KAREN L PRITCHETT & SCOTT D<br>PRITCHETT JT TEN<br>1054 OAKRIDGE DR<br>LANESVILLE IN 47136 |
| CREDITOR ID: 298039-39<br>KAREN L ROUNSAVALL<br>2101 LEE ST # A<br>LONGVIEW TX 75604 | CREDITOR ID: 298040-39<br>KAREN L WRIGHT<br>44 CASTLE AVE<br>JACKSON NJ 08527 | CREDITOR ID: 298041-39<br>KAREN LACONGO<br>789 W FERRY ST APT E-4<br>BUFFALO NY 14222 |
| CREDITOR ID: 298042-39<br>KAREN LEAH STIFF<br>601 SUMMERSHADE CIRCLE<br>LEXINGTON KY 40502 | CREDITOR ID: 298043-39<br>KAREN LEE CORMIER<br>P O BOX 213<br>ORANGE SPRINGS FL 32182 | CREDITOR ID: 298044-39<br>KAREN LEIGH BAGWELL<br>115 SUMMERPLACE CT<br>WINTERVILLE GA 30683 |
| CREDITOR ID: 298045-39<br>KAREN LEMMOND<br>1415 4TH STREET<br>ST CLOUD FL 34769 | CREDITOR ID: 298046-39<br>KAREN LYNN BACHMANN<br>11813 SWEETPEA CT<br>TAMPA FL 33635 | CREDITOR ID: 298047-39<br>KAREN LYNN GALES<br>APT 4<br>510 FREEWOOD RD<br>LEXINGTON NC 27295 |
| CREDITOR ID: 298048-39<br>KAREN M ANDERSON<br>16 BILTMORE PARK<br>BLOOMFIELD CT 06002 | CREDITOR ID: 298049-39<br>KAREN M BLOCK<br>3325 FURMAN BLVD<br>LOUISVILLE KY 40220 | CREDITOR ID: 298050-39<br>KAREN M BURNS<br>3766 MERWIN TEN MILE RD<br>CINCINNATI OH 45245 |
| CREDITOR ID: 298051-39<br>KAREN M CRUZ<br>1560 N W 166 AVE<br>PENBROKE PINE FL 33028 | CREDITOR ID: 298052-39<br>KAREN M GILLMORE<br>8316 MOULTON DR<br>PORT RICHEY FL 34668 | CREDITOR ID: 298053-39<br>KAREN M MCADAMS & JEFF<br>MCADAMS JT TEN<br>4075 DELHI AVE<br>CINCINNATI OH 45204 |
| CREDITOR ID: 298054-39<br>KAREN M POWELL<br>3417 FRANKLIN ST<br>HIGHLAND IN 46322 | CREDITOR ID: 298055-39<br>KAREN M SANCHEZ<br>2402 E RAVINE DR<br>RUSKIN FL 33570 | CREDITOR ID: 298056-39<br>KAREN MARIE FREY<br>4083 BELLE MEADE CT<br>CASSELBERRY FL 32707 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298057-39<br>KAREN MARIE WILLIAMSON<br>311 SHIRLEY RD<br>PIEDMONT SC 29673 | CREDITOR ID: 298058-39<br>KAREN MARY SNOW<br>PO BOX 1060<br>PILOT MTN NC 27041 | CREDITOR ID: 298059-39<br>KAREN MAZIARZ<br>3331 EMERALD LANE<br>NORT PORT FL 34287 |
| CREDITOR ID: 298060-39<br>KAREN MCDONALD<br>7511 ALMARK ST<br>TAMPA FL 33625 | CREDITOR ID: 298061-39<br>KAREN MCKEOWN ESPY<br>156 SANDY LANE WEST<br>EUFAULA AL 36027 | CREDITOR ID: 298062-39<br>KAREN N ELLIOTT<br>5204 AUSTRALIA DR 41<br>FAYETTEVILLE NC 28306 |
| CREDITOR ID: 298063-39<br>KAREN N WEBB<br>7240 EVANEL WY<br>POWELL TN 37849 | CREDITOR ID: 298064-39<br>KAREN O FROSTICK<br>1 ARMY ST<br>RANDOLPH MA 02368 | CREDITOR ID: 298065-39<br>KAREN O LYLE<br>P O BOX 87<br>NEWBORN GA 30056 |
| CREDITOR ID: 298066-39<br>KAREN ONEAL CRAWFORD<br>3261 VIRGINIA LOOP CT<br>MONTGOMERY AL 36116 | CREDITOR ID: 298067-39<br>KAREN OTTAIANO & RALPH<br>OTTAIANO JT TEN<br>46 N PALERMO AVENUE<br>ORLANDO FL 32825 | CREDITOR ID: 298068-39<br>KAREN P MANN & JERRY D MANN<br>JT TEN<br>146 W BETHEL DR<br>MADISON HEIGHTS VA 24572 |
| CREDITOR ID: 298069-39<br>KAREN P RILEY<br>1507 BRIDGE ST W<br>SAINT MATTHEWS SC 29135 | CREDITOR ID: 298070-39<br>KAREN R ADAMS<br>192 MAGNOLIA RD<br>WHIGHAM GA 31797 | CREDITOR ID: 298071-39<br>KAREN R GRICE<br>590 EL PASO STREET<br>SPARTANBURG SC 29303 |
| CREDITOR ID: 298072-39<br>KAREN R HENRIQUES<br>3950 MOSCO CT<br>POWHATAN VA 23139 | CREDITOR ID: 298073-39<br>KAREN R LIVINGSTON<br>2325 STANDING PEACHTREE CT<br>KENNESAW GA 30152 | CREDITOR ID: 298074-39<br>KAREN R PATTERSON & ROBERT L<br>PATTERSON JT TEN<br>2629 WESTRIDGE RD<br>KINSTON NC 28504 |
| CREDITOR ID: 298075-39<br>KAREN R WOLFSON CUST LANCE<br>MARTIN WOLFSON UNDER THE FL<br>UNIF TRAN MIN ACT<br>1725 BEACH AVE<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 298076-39<br>KAREN RAINS & JAMES RAINS<br>JT TEN<br>10415 E HWY 92<br>WILLIAMSBURG KY 40769 | CREDITOR ID: 298077-39<br>KAREN ROBINSON & TONY R<br>ROBINSON JT TEN<br>PO BOX 1198<br>NEW SMYRNA BEACH FL 32170 |
| CREDITOR ID: 298078-39<br>KAREN S KLOTZSCHE<br>7485 S 600 E<br>ST PAUL IN 47272 | CREDITOR ID: 298079-39<br>KAREN S LAWLER<br>2920 N COUNTRY CLUB ROAD<br>STILLWATER OK 74075 | CREDITOR ID: 298081-39<br>KAREN S SIPPEL<br>12711 BEAGLE ROAD<br>HUDSON FL 34667 |
| CREDITOR ID: 298082-39<br>KAREN SEAY<br>11224 CHELSEA LN<br>HAMPTON GA 30228 | CREDITOR ID: 298083-39<br>KAREN ST PIERRE<br>PO BOX 522<br>GRAMERCY LA 70052 | CREDITOR ID: 298084-39<br>KAREN SUE PETRI<br>1701 PETRI DRIVE<br>AMELIA OH 45102 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:    05-03817-3F1

CREDITOR ID: 298085-39
KAREN T HUNT
3104 GLEN HOLLOW RD
GREENSBORO NC 27407

CREDITOR ID: 298086-39
KAREN W ROBERTS
1736 SAPLING DR
COLA SC 29210

CREDITOR ID: 298087-39
KAREY F OWENS
2401 DEERE RD
DECATUR AL 35603

CREDITOR ID: 298088-39
KARI M TALLENT
PO BOX 241
SOUTH BAY FL 33493

CREDITOR ID: 298089-39
KARI SMITH
7715 SYMMES ROAD
GIBSONTON FL 33534

CREDITOR ID: 298090-39
KARIM KURJI
1435 BOGGS RD
APT 716
DULUTH GA 30096

CREDITOR ID: 298092-39
KARL B PACE JR
PO BOX 129
GLOUCESTER NC 28528

CREDITOR ID: 298093-39
KARL B PACE JR & CHARLES
TAYLOR PACE & JOHN THOMAS
TAYLOR PACE TR U-W KARL B
PACE
PO BOX 488
GREENVILLE NC 27835

CREDITOR ID: 298094-39
KARL EDWARD CEPULL
3025 LAUREN COURT
ROSWELL GA 30075

CREDITOR ID: 298095-39
KARL HEINZ TILLKERS & GISELA
TILLKERS JT TEN
12600 MOOSE ROAD
JACKSONVILLE FL 32226

CREDITOR ID: 298096-39
KARL J DOUET JR
145 N CEMETERY ST
ST MARTINVLLE LA 70582

CREDITOR ID: 298097-39
KARL JOHN KOBER
116 NANCY DRIVE
ST MARYS GA 31558

CREDITOR ID: 298098-39
KARL JOSEPH DENHART JR
1779 NE 17TH STREET
OCALA FL 34470

CREDITOR ID: 298099-39
KARL LOUIS MILLER
P O BOX 557
WALHALLA SC 29691

CREDITOR ID: 298100-39
KARL P LANDRY III & CONNIE K
LANDRY JT TEN
10821 LANDSBURY AVE
BATON ROUGE LA 70809

CREDITOR ID: 298101-39
KARL R WILSON
720 BLAIR AVE
KENNER LA 70062

CREDITOR ID: 298102-39
KARL ROULY
1310 JORDAN ST
NEW IBERIA LA 70560

CREDITOR ID: 298103-39
KARL STROEDER
SCHWARZBACHSTR 1 A
D 45879 GELSENKIRCHEN
DEUTSCHLAND
GERMANY

CREDITOR ID: 298104-39
KARL VERNON ALBERT
9642 RIDGE VIEW DR
MARSHALL VA 20115

CREDITOR ID: 298106-39
KARL W WEBB
9620 UNION HILL RD W
VILLA RICA GA 30180

CREDITOR ID: 298107-39
KARL W WERMUTH JR
1506 LAUREL DR
CLEARWATER FL 34616

CREDITOR ID: 298108-39
KARL W WILLIAMS
8017 JOHN T WHITE RD
FORT WORTH TX 76120

CREDITOR ID: 298109-39
KARLA A BREASHEARS
7500 ALABAMA ST
NEW ORLEANS LA 70126

CREDITOR ID: 298110-39
KARLA B ALLEN
7500 ALABAMA ST
NEW ORLEANS LA 70126

CREDITOR ID: 298111-39
KARLA NUNN GUNN & HUGHLON T
NUNN & JACQUELINE D NUNN JT TEN
22 MARCO CT
NEWNAN GA 30265

CREDITOR ID: 298112-39
KARLA OLIVIA MILLER
3275 MORGANTON BLVD
LENOIR NC 28645

CREDITOR ID: 298113-39
KARLA P ORTEGA
3170 SW 108TH AVE
MIAMI FL 33165

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 298114-39
KARLA R HOWE
3677 ONLEY LN
DOUGLASVILLE GA 30134

CREDITOR ID: 298115-39
KARLA R HUBBERT CUST FOR
PHILIP HUBBERT UNDER MO
TRANSFERS TO MINORS LAW
ATTN KARLA R LONG
7566 W FARM RD 68
WILLARD MO 65781

CREDITOR ID: 298116-39
KARLA V ESCOBAR
1471 MALCOLM AVE
LOS ANGELES CA 90024

CREDITOR ID: 298117-39
KARLENE M SANTARONE
6400 THOMAS ST
HOLLYWOOD FL 33024

CREDITOR ID: 298118-39
KARN ELDER & MARION ELDER
JT TEN
PO BOX 365
REEDVILLE VA 22539

CREDITOR ID: 298119-39
KAROL C MURRAY
2282 LAKE MARION DR
APOPKA FL 32712

CREDITOR ID: 298120-39
KAROL KIM DIEHL
114 LUMPKIN WAY
CANTON GA 30114

CREDITOR ID: 298121-39
KAROL KIM KOHUT
C O KAROL KIM DIEHL
114 LUMPKIN WAY
CANTON GA 30114

CREDITOR ID: 298122-39
KAROL KING & WILLARD D KING
TEN COM
48184 MORRIS RD
HAMMOND LA 70401

CREDITOR ID: 298123-39
KAROLE J ALTENDORF
#122
276 SPRING COLONY CIR
ALTAMONTE  SPRINGS FL 32714

CREDITOR ID: 298124-39
KARON A MCMANN
28 BONEFISH AVE
KEY  LARGO FL 33037

CREDITOR ID: 298125-39
KARON HUNTLEY
6230 E 2ND AVE
HIALEAH FL 33013

CREDITOR ID: 298126-39
KARON L REED
4607 18TH AVE W
BRADENTON FL 34209

CREDITOR ID: 298128-39
KARRIE A TITTLE
582 MINUTEMAN DR
NEWPORT  NEWS VA 23602

CREDITOR ID: 298129-39
KARRIE B GUIDROZ
ATTN KARRIE B BOND
32669 CAROL ANNE DR
DENHAM  SPRINGS LA 70706

CREDITOR ID: 298130-39
KARRIE L COCK
8551 NW 132ND ST
CHIEFLAND FL 32626

CREDITOR ID: 298131-39
KARTINA D MODEST
4620 28TH COURT
VERO  BEACH FL 32960

CREDITOR ID: 298132-39
KARYN M ALLEN
2208 DUNBAR AVE
MELBOURNE FL 32901

CREDITOR ID: 298133-39
KASADEE SHONDEL BREWER CUST
THERESA SHONDEL BREWER UNDER
FL UNIF TRANSFERS TO MINORS
ACT
1888 BROADHAVEN DR
MIDDLEBURG FL 32068

CREDITOR ID: 298134-39
KASEM SANGBHUNDHU
144 10 ROOSEVELT AVE APT 1E
FLUSHING NY 11354

CREDITOR ID: 298135-39
KATE D PAULEY & DAVID W
DEPEW JT TEN
25028 BARROW HILL
LEESBURG FL 34748

CREDITOR ID: 298136-39
KATHALEEN A HEY
6344 NW 29TH PL
MARGATE FL 33063

CREDITOR ID: 298137-39
KATHALEEN M COMBA
3711 RED OAK COURT
LAKE  WALES FL 33853

CREDITOR ID: 298138-39
KATHARINA BRIDGMAN & PAUL H
BRIDGMAN JT TEN
2681 NEMAN RD
TALLASSEE AL 36078

CREDITOR ID: 298139-39
KATHARINE P LONG & RICHARD W
LONG JT TEN
4262 BEN BLVD
TALLAHASSEE FL 32303

CREDITOR ID: 298141-39
KATHERINE A MABE
PO BOX 1234
BOWLING  GREEN FL 33834

CREDITOR ID: 298142-39
KATHERINE AKNER
9440 SW 91ST ST
MIAMI FL 33176

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　　　　　　**CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298143-39<br>KATHERINE B BAKER<br>ADMINISTRATRIX OF THE ESTATE<br>OF MYRTLE B PERNELL<br>PO BOX 1062<br>CLARKTON NC 28433 | CREDITOR ID: 298144-39<br>KATHERINE B GRADY<br>1700 HIGHWAY 51 NE<br>BROOKHAVEN MS 39601 | CREDITOR ID: 298145-39<br>KATHERINE B GRANDY & EMMETT<br>W GRANDY TTEES DTD 08-04-00<br>M-B KATHERINE B GRANDY<br>1115 POPOLEE RD<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 298146-39<br>KATHERINE B SNELL TRUSTEE U-A<br>DTD 10-24-00 THE KATHERINE B<br>SNELL REVOCABLE TRUST<br>440 BLUE JAY LANE<br>SATELLITE BEACH FL 32937 | CREDITOR ID: 298147-39<br>KATHERINE BLOCKER ANDERSON<br>916 18TH ST S<br>ARLINGTON VA 22202 | CREDITOR ID: 298148-39<br>KATHERINE C KRAEMER<br>723 HIGHWAY 307<br>THIBODAUX LA 70301 |
| CREDITOR ID: 298149-39<br>KATHERINE C RAMSEY<br>BOX 325<br>BAMBERG SC 29003 | CREDITOR ID: 298150-39<br>KATHERINE CLARK & ERNEST<br>CLARK JT TEN<br>5908 S 82ND ST<br>TAMPA FL 33619 | CREDITOR ID: 298151-39<br>KATHERINE CLARK BERLOGAR<br>1403 TAMMY WAY<br>SANTA ROSA CA 95401 |
| CREDITOR ID: 298152-39<br>KATHERINE D MORRIS<br>2160 MONICA DR<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 298153-39<br>KATHERINE D VESS & RAYMOND L<br>VESS JT TEN<br>249 BRICKYARD RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 298154-39<br>KATHERINE E BARNETT<br>109 WHEELER<br>DUNCAN SC 29334 |
| CREDITOR ID: 298155-39<br>KATHERINE E GAGUM<br>1108 RETA ST<br>CONWAY SC 29526 | CREDITOR ID: 298156-39<br>KATHERINE E LOWE<br>PO BOX 356<br>BAY PINES FL 33504 | CREDITOR ID: 298157-39<br>KATHERINE E REHKOPF<br>4725 HANSTEDT TRACE<br>ALPHARETTA GA 30022 |
| CREDITOR ID: 298158-39<br>KATHERINE E STANDRIDGE<br>4503 CORAL PALM LANE #7<br>NAPLES FL 34116 | CREDITOR ID: 298159-39<br>KATHERINE ELAINE HENN<br>6226 TAYLOR ST<br>HOLLYWOOD FL 33024 | CREDITOR ID: 298160-39<br>KATHERINE G DENNEY<br>481 BRIDLEWOOD CIR<br>DECATUR GA 30030 |
| CREDITOR ID: 298161-39<br>KATHERINE H ARNOLD<br>501 HARBOR POINT RD<br>LONGBOAT KEY FL 34228 | CREDITOR ID: 298162-39<br>KATHERINE HARRIS<br>4370 SHERBORNE RD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 298163-39<br>KATHERINE J COLEMAN & JOHNNY<br>E COLEMAN JT TEN<br>4638 PEACOCK RD<br>WHITEVILLE NC 28472 |
| CREDITOR ID: 298164-39<br>KATHERINE JOHNSTON DILLARD &<br>TERRY G DILLARD JT TEN<br>202 S 11TH ST<br>MEBANE NC 27302 | CREDITOR ID: 298165-39<br>KATHERINE KENNEDY LOBELL<br>1021 NORTH ATLANTA<br>METAIRIE LA 70003 | CREDITOR ID: 298166-39<br>KATHERINE L BELL<br>24293 DEEP BRANCH RD<br>GEORGETOWN DE 19947 |
| CREDITOR ID: 298167-39<br>KATHERINE L DUCKER<br>4525 GREENHILL ST<br>PORT SAINT JOHN FL 32927 | CREDITOR ID: 298168-39<br>KATHERINE L HARTY<br>1200 FLOYD HAMPTON RD<br>CROWLEY TX 76036 | CREDITOR ID: 298169-39<br>KATHERINE L STRAUBE<br>4525 GREENHILL ST<br>COCOA FL 32927 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298170-39<br>KATHERINE M CHAPMAN & GARY P<br>CHAPMAN JT TEN<br>3507 SPICEBUSH TRL<br>GREENSBORO NC 27410 | CREDITOR ID: 298171-39<br>KATHERINE M HANNA<br>58 BEDFORD CENTER RD<br>BEDFORD NH 03102 | CREDITOR ID: 298172-39<br>KATHERINE M LEWIS<br>8104 SPENCELY PL<br>RICHMOND VA 23229 |
| CREDITOR ID: 298173-39<br>KATHERINE M SANDUSKY<br>4817 WATER OAK LANE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 298174-39<br>KATHERINE M WALTON<br>2223 NW 1ST AVE<br>GAINESVILLE FL 32603 | CREDITOR ID: 298175-39<br>KATHERINE MANN SANDUSKY<br>4817 WATER OAK LN<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 298176-39<br>KATHERINE MORRIS<br>444 S HULL ST<br>MONTGOMERY AL 36104 | CREDITOR ID: 298177-39<br>KATHERINE POTEE & JAMES<br>POTEE JT TEN<br>107 SOUTH RD<br>WILMINGTON DE 19809 | CREDITOR ID: 298178-39<br>KATHERINE R TEAGUE<br>3516 KEATS PLACE<br>RALEIGH NC 27609 |
| CREDITOR ID: 298179-39<br>KATHERINE SALZARULO<br>833 ALLENWOOD CT<br>CINCINNATI OH 45238 | CREDITOR ID: 298180-39<br>KATHERINE V DONAHUE<br>297 CHERRY DR<br>BOONE NC 28607 | CREDITOR ID: 298181-39<br>KATHERINE V STAGG<br>912 EAST BUTLER ST<br>RAYNE LA 70578 |
| CREDITOR ID: 298182-39<br>KATHERINE W YATES<br>19607 NW 138 AVE<br>ALACHUA FL 32615 | CREDITOR ID: 298183-39<br>KATHERINE WALTERS LOYACANO<br>12129 TROYVILLE  RD<br>HAMMOND LA 70403 | CREDITOR ID: 298184-39<br>KATHERINE WILLIAMSON<br>5280 CARROLL CANYON RD STE 300<br>SAN  DIEGO CA 92121 |
| CREDITOR ID: 298185-39<br>KATHERINE WITHERS MCCORD<br>5321 FORTUNES RIDGE DR<br>DURHAM NC 27713 | CREDITOR ID: 298186-39<br>KATHERINE Z ANDERSON<br>ATTN KATHERINE ZUPNIK<br>22750 BAY CEDAR DR<br>LAND  O  LAKES FL 34639 | CREDITOR ID: 298187-39<br>KATHERINE ZACHARY<br>5144 LAKE COLE RD<br>GROVERLAND FL 34736 |
| CREDITOR ID: 298188-39<br>KATHERYN S GUNNARSSON<br>5026 APPLETON AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 298189-39<br>KATHERYN S HEATH<br>3220 WINCHESTER RD<br>BIRMINGHAM AL 35226 | CREDITOR ID: 298190-39<br>KATHEY N THAXTON<br>721 W 39TH ST<br>ANNISTON AL 36201 |
| CREDITOR ID: 298191-39<br>KATHIE HARRIS<br>ATTN KATHIE BENNETT<br>11456 O C HORNE RD<br>SANDERSON FL 32087 | CREDITOR ID: 298192-39<br>KATHIE LEE GABRIEL<br>798 ACADEMY WOODS DR<br>JEFFERSON GA 30549 | CREDITOR ID: 298193-39<br>KATHIE MAE DIJAK<br>ATTN KATHIE M HENTHORN<br>1731 SALLY PL<br>ESCONDIDO CA 92026 |
| CREDITOR ID: 298194-39<br>KATHIE STEELE & WALTER T<br>STEELE JT TEN<br>6553 MARATHON - EDENTON RD<br>GOSHEN OH 45122 | CREDITOR ID: 298196-39<br>KATHLEEN A CARMIN<br>6302 BIRCHDALE COURT<br>CINCINNATI OH 45230 | CREDITOR ID: 298197-39<br>KATHLEEN A COSTA<br>1089 SALMON ISLE<br>WEST PALM BEACH FL 33413 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298198-39<br>KATHLEEN A DELLENGER<br>11098 WIECK RD<br>BILOXI MS 39532 | CREDITOR ID: 298199-39<br>KATHLEEN A DULLEA<br>14969 30TH ST N<br>GEORGETOWN MN 56546 | CREDITOR ID: 298200-39<br>KATHLEEN A JOHNSON<br>PO BOX 236<br>OREGON IL 61061 |
| CREDITOR ID: 298201-39<br>KATHLEEN A JONES<br>473-C ALAFAYA WOODS BLVD<br>OVIEDO FL 32765 | CREDITOR ID: 298202-39<br>KATHLEEN A KNOER<br>9369 BENROCK RD<br>SPRING HILL FL 34608 | CREDITOR ID: 298203-39<br>KATHLEEN A PARTIN<br>20438 ST RT 251 PO BOX 165<br>FAYETTEVILLE OH 45118 |
| CREDITOR ID: 298204-39<br>KATHLEEN A PURDY<br>481 JOHANNAH PLACE<br>LILBURN GA 30247 | CREDITOR ID: 298205-39<br>KATHLEEN A SECRIST<br>418 CHEDDAR HILL DR<br>BELTON SC 29627 | CREDITOR ID: 298206-39<br>KATHLEEN A THORNTON<br>PO BOX 47126<br>JACKSONVILLE FL 32247 |
| CREDITOR ID: 298207-39<br>KATHLEEN ANN BLAIR ROBERTS<br>10289 LODESTONE WAY<br>PARKER CO 80134 | CREDITOR ID: 298208-39<br>KATHLEEN ANN GORDON POOLE<br>153 EASON ROAD<br>POULAN GA 31781 | CREDITOR ID: 298209-39<br>KATHLEEN B KLAHM<br>818 WASHBURN AVE APT 7<br>LOUISVILLE KY 40222 |
| CREDITOR ID: 298210-39<br>KATHLEEN B RIVEIRA<br>4819 SW 120 AVE<br>COOPER CITY FL 33330 | CREDITOR ID: 298211-39<br>KATHLEEN BAKER<br>2100 CANNON DR<br>HURST TX 76054 | CREDITOR ID: 298212-39<br>KATHLEEN BERTRAM<br>953 HAESPER AVE<br>METAIRE LA 70005 |
| CREDITOR ID: 298213-39<br>KATHLEEN BRENENSTUHL<br>P O BOX 942<br>LONGKEY FL 33001 | CREDITOR ID: 298214-39<br>KATHLEEN BROWN<br>PO BOX 363<br>AVON PARK FL 33825 | CREDITOR ID: 298215-39<br>KATHLEEN C LUKE TTEE U A DTD<br>01-19-90 THE LUKE FAMILY<br>LIVING TRUST<br>4457 MAYPOP TRL<br>MURRELLS INLET SC 29576 |
| CREDITOR ID: 298216-39<br>KATHLEEN C PHELPS<br>3890 EUNICE RD<br>JAXVILLE BCH FL 32250 | CREDITOR ID: 298217-39<br>KATHLEEN C PHELPS & PAUL E<br>PHELPS|POA<br>3890 EUNICE RD<br>JAXVILLE BCH FL 32250 | CREDITOR ID: 298218-39<br>KATHLEEN CAFARO<br>12 HOLLY DR<br>SMITHTOWN NY 11787 |
| CREDITOR ID: 298219-39<br>KATHLEEN CALLAHAN<br>2825 SW 10TH ST<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 298220-39<br>KATHLEEN DEITZ & BILL DEITZ<br>JT TEN<br>PO BOX 225<br>WILLISTON FL 32656 | CREDITOR ID: 298221-39<br>KATHLEEN DOYLE<br>1600 35TH ST<br>ROCK ISLAND IL 61201 |
| CREDITOR ID: 298222-39<br>KATHLEEN ELEANOR CHAPMAN<br>1601 LAKE SHORE DR<br>ORLANDO FL 32803 | CREDITOR ID: 298223-39<br>KATHLEEN F PINTO<br>109 MAGAZINE ST<br>DALLAS GA 30157 | CREDITOR ID: 298224-39<br>KATHLEEN G HANSON<br>2708 ARDON AVE<br>ORLANDO FL 32833 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                           **CASE:   05-03817-3F1**

CREDITOR ID: 298225-39
KATHLEEN GODAIL
1209 MINNESOTA AVE
KENNER LA 70062

CREDITOR ID: 298226-39
KATHLEEN GODAIL & CHAS
GODAIL SR TEN COM
1209 MINNESOTA AVE
KENNER LA 70062

CREDITOR ID: 298227-39
KATHLEEN H HILL
10972 BUGGY WHIP DR
JACKSONVILLE FL 32257

CREDITOR ID: 298228-39
KATHLEEN HAMILTON
7511 HAZELWOOD CIR
LAKE WORTH FL 33467

CREDITOR ID: 298229-39
KATHLEEN HENRY
5266 BROSCHE RD
ORLANDO FL 32807

CREDITOR ID: 298230-39
KATHLEEN I JOHNSON
4524 CURRY FORD RD
PMB 251
ORLANDO FL 32812

CREDITOR ID: 298231-39
KATHLEEN J ADAMS & THOMAS E
ADAMS JT TEN
500 EAST LAKE ELBERT DRIVE
WINTER HAVEN FL 33881

CREDITOR ID: 298232-39
KATHLEEN K THOMASSON &
WENDELL E THOMASSON JT TEN
HC 69  579
HUGO OK 74743

CREDITOR ID: 298233-39
KATHLEEN K YOUNG
70 TRADD ST
CHARLESTON SC 29401

CREDITOR ID: 298234-39
KATHLEEN KELLEHER
P O BOX 20325
GREELEY SQUARE STATION
NEW YORK NY 10001

CREDITOR ID: 298235-39
KATHLEEN KING
1104 MIDDLETON ST
FLORENCE SC 29501

CREDITOR ID: 298236-39
KATHLEEN L GIANFERRARA
915 ORCHID AVE
INVERNESS FL 34452

CREDITOR ID: 298237-39
KATHLEEN LYNN
SKIDMORE-WILLIAMS
618 HIDDEN POND LANE
SEVERNA PARK MD 21146

CREDITOR ID: 298238-39
KATHLEEN M BENHAM
2003 VIA TUSCANY
WINTER PARK FL 32789

CREDITOR ID: 298239-39
KATHLEEN M BENHAM TR U-A DTD
10-01-98 F-B-O FAMILY TRUST
2003 VIA TUSCANY
WINTER PARK FL 32789

CREDITOR ID: 298240-39
KATHLEEN M BENHAM TTEE DTD
10-01-98 F-B-O BENHAM FAMILY
TRUST
2003 VIA TUSCANY
WINTER PARK FL 32789

CREDITOR ID: 298241-39
KATHLEEN M CLOWER CUST
JAMISON W CLOWER UNIF TRANS
MIN ACT FL
5915 ORTEGA RIVER CR
JACKSONVILLE FL 32244

CREDITOR ID: 298242-39
KATHLEEN M DIMKE & LEONARD
DIMKE JT TEN
359 ARBOR ST
PT CHARLOTTE FL 33953

CREDITOR ID: 298243-39
KATHLEEN M GRATTO
7620 EAST COUNTRY CLUB BLVD
BOCA RATON FL 33487

CREDITOR ID: 298244-39
KATHLEEN M HARTMAN
2104 RAY AVE
BOSSIER CITY LA 71112

CREDITOR ID: 298245-39
KATHLEEN M PETRUSICH
2109 MEADOW LANE
GRAND PRAIRIE TX 75050

CREDITOR ID: 298246-39
KATHLEEN M SCARAMOUCHE
2591 DAWN RD
VENICE FL 34293

CREDITOR ID: 298247-39
KATHLEEN M SCARAMOUCHE &
ETTERIO L SCARAMOUCHE JT TEN
2591 DAWN RD
VENICE FL 34293

CREDITOR ID: 298248-39
KATHLEEN M SNODGRASS
7118 OHIO AVE
CINCINNATI OH 45236

CREDITOR ID: 298249-39
KATHLEEN M SULLIVAN
128 POCASSET AVE
TIVERTON RI 02878

CREDITOR ID: 298250-39
KATHLEEN M WILBUR
103 HENRIETTA ST
EAST SYRACUSE NY 13057

CREDITOR ID: 298251-39
KATHLEEN M WILLIAMSON
12664 E BIG BUCK TRAIL
FLORAL CITY FL 34436

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298252-39<br><br>KATHLEEN M WILSON<br>803 REID ST<br>NEWBERRY SC 29108 | CREDITOR ID: 298253-39<br><br>KATHLEEN MARIA CRAWFORD<br>C/O KATHLEEN MARIA SMITH<br>4400 FLINTLOCK DR<br>LOUISVILLE KY 40216 | CREDITOR ID: 298254-39<br><br>KATHLEEN MCDONALD<br>205 DEN CREEK TRL LOT 12<br>FAYETTEVILLE GA 30215 |
| CREDITOR ID: 298255-39<br><br>KATHLEEN N GARDNER<br>5634 SABENA ROAD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 298256-39<br><br>KATHLEEN NICOLE ESTES CUST<br>SHEENA MARIE ESTES UNIF TRAN<br>MIN ACT FL<br>PO BOX 2762<br>TUCKER GA 30085 | CREDITOR ID: 298257-39<br><br>KATHLEEN PATRICIA OHARA<br>730 NE 23RD PL<br>POMPANO  BEACH FL 33064 |
| CREDITOR ID: 298258-39<br><br>KATHLEEN PIRRELLO & JOHN<br>PIRRELLO JT TEN<br>55 CHESTNUT CT<br>BRICK NJ 08723 | CREDITOR ID: 298259-39<br><br>KATHLEEN R KIMBALL<br>4044 ILLICIUM LN<br>LADY  LAKE FL 32159 | CREDITOR ID: 298260-39<br><br>KATHLEEN RAZI<br>21736 ABERDEEN<br>ROCKY  RIVER OH 44116 |
| CREDITOR ID: 298261-39<br><br>KATHLEEN RUSSELL<br>4670 71ST AVE N<br>PINELLAS  PARK FL 34665 | CREDITOR ID: 298262-39<br><br>KATHLEEN S THIBODEAUX<br>1285 EGAN HWY<br>EGAN LA 70531 | CREDITOR ID: 298263-39<br><br>KATHLEEN S VARELA<br>208 RUBY LN<br>LONGVIEW TX 75604 |
| CREDITOR ID: 298264-39<br><br>KATHLEEN SERRA<br>2646 JESSICA RD<br>RIVERSIDE CA 92506 | CREDITOR ID: 298265-39<br><br>KATHLEEN STACY & BASIL STACY<br>JT TEN<br>P O BOX 386<br>CAROLEEN NC 28019 | CREDITOR ID: 298266-39<br><br>KATHLEEN TURLEY-BRADLEY<br>4275 ROSEFINCH WAY<br>MIAMISBURG OH 45342 |
| CREDITOR ID: 298267-39<br><br>KATHLEEN W BURLEY<br>849 W BEAR SWAMP RD<br>WALHALLA SC 29691 | CREDITOR ID: 298268-39<br><br>KATHLEEN WILLIS CRAIN &<br>KENNETH NEWTON CRAIN TEN COM<br>25309 LAKE CHOCTAW DR<br>FRANKLINTON LA 70438 | CREDITOR ID: 298269-39<br><br>KATHLEEN WILSON<br>803 REID ST<br>NEWBERRY SC 29108 |
| CREDITOR ID: 298270-39<br><br>KATHLYN H MCGUIRE<br>304 N 37TH AVE<br>YAKIMA WA 98902 | CREDITOR ID: 298271-39<br><br>KATHRYN A MANGUM<br>1513 PONY AVENUE<br>BEAUFORT SC 29902 | CREDITOR ID: 298272-39<br><br>KATHRYN A OBEE & MONTY R<br>OBEE JT TEN<br>1827 KINGSWAY CT<br>CINCINNATI OH 45230 |
| CREDITOR ID: 298273-39<br><br>KATHRYN A ROSSI & ALFRED J<br>ROSSI JT TEN<br>8806 WILLOW HILLS DR SE<br>HUNTSVILLE AL 35802 | CREDITOR ID: 298274-39<br><br>KATHRYN ANN MERCER<br>909 SYCAMORE LN<br>ALTAMONTE  SPRINGS FL 32714 | CREDITOR ID: 298275-39<br><br>KATHRYN ANN MERCER & DAVID<br>TIMOTHY MERCER JT TEN<br>909 SYCAMORE LN<br>ALTAMONTE  SPRINGS FL 32714 |
| CREDITOR ID: 298276-39<br><br>KATHRYN ANNE MCINTYRE<br>2408 30TH AVENUE DR E<br>BRADENTON FL 34208 | CREDITOR ID: 298277-39<br><br>KATHRYN C LANCASTER<br>937 BOWMAN RD APT 306<br>MT  PLEASANT SC 29464 | CREDITOR ID: 298278-39<br><br>KATHRYN C PATTON<br>2917 CATHEDRAL WAY, APT 1209<br>DALLAS TX 75205 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 298279-39
KATHRYN CALHOUN & BILLY J
CALHOUN JT TEN
PO BOX 927
MIDDLEBURG FL 32068

CREDITOR ID: 298280-39
KATHRYN CLEMMONS & WILLIAM
CLEMMONS JT TEN
210 5TH STREET
JUPITER FL 33458

CREDITOR ID: 298281-39
KATHRYN D SHEPHERD
ATTN KATHRYN S KELLOGG
1733 WILLOW RD
GREENSBORO NC 27401

CREDITOR ID: 298282-39
KATHRYN D WEBSTER & LOUISE W
BROWN JT TEN
7324 SW 97TH LN
GAINESVILLE FL 32608

CREDITOR ID: 298283-39
KATHRYN E LEWIS
310 SE PLANT ST
LAKE  CITY FL 32025

CREDITOR ID: 298284-39
KATHRYN E STODDARD
330 RIVER KNOLL DRIVE
ATLANTA GA 30328

CREDITOR ID: 298285-39
KATHRYN E WANHANEN
21444 OLD RIDGE RD
DEADWOOD SD 57732

CREDITOR ID: 298286-39
KATHRYN ELIZABETH SHOWKER
C/O KATHY PERDUE SHOWKER COLOR
IMAGING CENTER
1725 DESALES ST NW
WASHINGTON DC 20036

CREDITOR ID: 298287-39
KATHRYN G ESTES
1604 ARCADIA DR 116
JACKSONVILLE FL 32207

CREDITOR ID: 298288-39
KATHRYN G ROGERS CUST RACHEL
LARA PAYNE UND UNIF GIFT
MIN ACT FL
1576 SEMINOLE RD
BABSON  PARK FL 33827

CREDITOR ID: 298289-39
KATHRYN GIESKEN
703 HIGHLAND TRACE
HIGHLAND  HGTS KY 41076

CREDITOR ID: 298290-39
KATHRYN GRIFFIN ROGERS CUST
MARY MARGUERITE ROGERS UNDER
THE FL UNIF TRAN MIN ACT
1576 SEMINOLE RD
BABSON  PARK FL 33827

CREDITOR ID: 298291-39
KATHRYN H MAXWELL CUST REID
J MAXWELL UNDER MI UNIFORM
GIFTS TO MINORS ACT
2033 BRIARFIELD
CANTON MI 48188

CREDITOR ID: 298292-39
KATHRYN HILL METCALFE
PO BOX 1572
AVON  PARK FL 33826

CREDITOR ID: 298293-39
KATHRYN J BARRY
152B TWISTED PINES CT
LEESBURG GA 31763

CREDITOR ID: 298294-39
KATHRYN J FLYNN
1477 LEGION RD
FORT  MILL SC 29715

CREDITOR ID: 298295-39
KATHRYN J HEIM
10106 BUNKER RD
LEESBURG FL 34788

CREDITOR ID: 298296-39
KATHRYN J MCGOWAN
445 SANDY ST
WAVELAND MS 39576

CREDITOR ID: 298297-39
KATHRYN J PRAHL
1110 WYNDEGATE DR
ORANGE  PARK FL 32073

CREDITOR ID: 298298-39
KATHRYN LANETTE OWENS
2920 E 39TH ST
TULSA OK 74105

CREDITOR ID: 298299-39
KATHRYN LEE WOODHAM
17601 WELLS ROAD
JACKSONVILLE FL 32234

CREDITOR ID: 298300-39
KATHRYN M BENNETT
415 WHITE BLOSSOM TRAIL
THOMASVILLE GA 31757

CREDITOR ID: 298301-39
KATHRYN M DYKE
123 GAYLE AVE
PANAMA  CITY FL 32401

CREDITOR ID: 298302-39
KATHRYN MOORE PARKER T O D
WILLIAM E P PARKER SUBJECT
TO STA TOD RULES
2105 LONG AVE
PORT  ST  JOE FL 32456

CREDITOR ID: 298303-39
KATHRYN P WILLIAMS & ROBERT
S WILLIAMS JT TEN
3625 LEDBURY DR E
JACKSONVILLE FL 32210

CREDITOR ID: 298304-39
KATHRYN RACLYN KOEN CUST
EMMETT K KOEN III UNDER TX
UNIF TRANSFERS TO MINORS ACT
RR 4  388
CANTON TX 75103

CREDITOR ID: 298305-39
KATHRYN S GRIFFIN
6441 ARAPAHO TRAIL
RAY  CITY GA 31645

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298306-39<br>KATHRYN T HORNE<br>178 HIGHLAND DR<br>GREENWOOD SC 29649 | CREDITOR ID: 298307-39<br>KATHRYN T MADASCY<br>12107 BELLSWORTH WAY<br>ORLANDO FL 32837 | CREDITOR ID: 298308-39<br>KATHRYN THERESA EVANS<br>1204 BIDDY RD<br>ROME GA 30161 |
| CREDITOR ID: 298309-39<br>KATHRYN W PETTRY<br>1175 LAKERIDGE CT<br>GRAYSON GA 30221 | CREDITOR ID: 298310-39<br>KATHWOOD BAPTIST CHURCH<br>4900 TRENHOLM RD<br>COLUMBIA SC 29260 | CREDITOR ID: 298311-39<br>KATHY A GREENE<br>3293 TACONIC DR<br>WEST  PALM  BEACH FL 33406 |
| CREDITOR ID: 298312-39<br>KATHY A GROEL<br>239 HIX HOLLOW RD<br>GAINESBORO TN 38562 | CREDITOR ID: 298313-39<br>KATHY A JOINER & GLENN O<br>JOINER JT TEN<br>3021 WESLENN DR<br>WINTER  GARDEN FL 34787 | CREDITOR ID: 298314-39<br>KATHY A JONES<br>4169 CO RD 55<br>CLANTON AL 35045 |
| CREDITOR ID: 298315-39<br>KATHY A ZEIGLER & JOSEPH T<br>ZEIGLER JT TEN<br>2151 PIKE POND RD<br>ALFORD FL 32024 | CREDITOR ID: 298316-39<br>KATHY ALEXANDER & GREG<br>ALEXANDER JT TEN<br>596 RIVERCREST DR<br>WOODSTOCK GA 30188 | CREDITOR ID: 298317-39<br>KATHY ANN SHOLLENBARGER<br>2567 ONTARIO ST<br>CINCINNATI OH 45231 |
| CREDITOR ID: 298318-39<br>KATHY B HOLT<br>511 CLOVERDALE AVE<br>CINCINNATI OH 45246 | CREDITOR ID: 298319-39<br>KATHY BARSH NEWMAN<br>9141 AUDUBON PK LN<br>JACKSONVILLE FL 32257 | CREDITOR ID: 298320-39<br>KATHY BELL & DANNY BELL<br>JT TEN<br>1812 ALEXANDER RD<br>VERONA KY 41092 |
| CREDITOR ID: 298321-39<br>KATHY BRETANA<br>15940 SURREY CIRCLE<br>DAVIE FL 33331 | CREDITOR ID: 298322-39<br>KATHY C HODGES<br>530 NICOLE TRAIL<br>HAYDEN AL 35079 | CREDITOR ID: 298323-39<br>KATHY C IRWIN<br>4920 STONY POINT PASS<br>KESWICK VA 22947 |
| CREDITOR ID: 298324-39<br>KATHY CAUSEY<br>RR 4<br>BAXLEY GA 31513 | CREDITOR ID: 298325-39<br>KATHY D BELEW<br>3504 CHERRYWOOD RD<br>FLORENCE SC 29501 | CREDITOR ID: 298326-39<br>KATHY D DAVIS<br>15 BARR ST<br>CANTON NC 28716 |
| CREDITOR ID: 298327-39<br>KATHY D HOGAN<br>447 FREY RD<br>DALLAS GA 30132 | CREDITOR ID: 298328-39<br>KATHY D WILSON<br>PO BOX 54<br>BIG ISLAND VA 24526 | CREDITOR ID: 298329-39<br>KATHY E DANIELS<br>RT 19 BOX 1226<br>LAKECITY FL 32025 |
| CREDITOR ID: 298330-39<br>KATHY E FRANK<br>468 WADE HAMPTON DR<br>CHARLESTON SC 29412 | CREDITOR ID: 298331-39<br>KATHY E HARRISON<br>2708 HWY 326<br>COMMERCE GA 30530 | CREDITOR ID: 298332-39<br>KATHY E MILLER & DAVID<br>MILLER JT TEN<br>13523 CO RD 37<br>CLANTON AL 35045 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                      CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 298333-39<br>KATHY ENGLER CASEY<br>48A ESSEX CT<br>ROYAL  PALM  BEACH FL 33411 | CREDITOR ID: 298334-39<br>KATHY F MOORE<br>6232 SUNSET LAKE RD<br>FUQUAY  VARINA NC 27526 | CREDITOR ID: 298335-39<br>KATHY H FELTNER & MYRON J<br>FELTNER JT TEN<br>3353 NW 21ST ST<br>LAUDERDALE  LAKES FL 33311 |
| CREDITOR ID: 298336-39<br>KATHY I KEENER<br>20706 BUSBY RD<br>VANCLEAVE MS 39565 | CREDITOR ID: 298337-39<br>KATHY I RYALS<br>20706 BUGSBY RD<br>VAN  CLEAVE MS 39565 | CREDITOR ID: 298338-39<br>KATHY IKERD NANTZ<br>2937 TAR HELL LANE<br>IRON  STATION NC 28080 |
| CREDITOR ID: 298339-39<br>KATHY IMOGENE MORRIS<br>PO BOX 92 316 ACAMEDY ST<br>FRANKLINVILLE NC 27248 | CREDITOR ID: 298340-39<br>KATHY J PLYLER<br>2619 ESTERO BLVD # B3<br>FT  MYERS  BCH FL 33931 | CREDITOR ID: 298341-39<br>KATHY J UBELHART<br>8313 HERRINGTON COURT<br>LOUISVILLE KY 40228 |
| CREDITOR ID: 298342-39<br>KATHY JOAN LAWS<br>307 MAGNOLIA ST<br>ELIZABETHTON TN 37643 | CREDITOR ID: 298343-39<br>KATHY L BRYANT<br>84 R D FLOYD RD<br>EUBANK KY 42567 | CREDITOR ID: 298344-39<br>KATHY L CHURCH<br>380 LAY BRIDGE RD<br>CENTRAL SC 29630 |
| CREDITOR ID: 298345-39<br>KATHY L FITZGERALD MCNEILL<br>300 BOWLING GREEN<br>MONTGOMERY AL 36109 | CREDITOR ID: 298346-39<br>KATHY L HAINES<br>1416 E PALM AVE<br>REDLANDS CA 92374 | CREDITOR ID: 298347-39<br>KATHY L SUTTON & RAYMOND T<br>SUTTON JT TEN<br>4856 ALLIGATOR BLVD<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 298348-39<br>KATHY L TENOLD<br>6325 RIVER OVERLOOK DR NW<br>ATLANTA GA 30328 | CREDITOR ID: 298349-39<br>KATHY LEDOUT<br>P O BOX 392<br>VILLE  PLATTE LA 70586 | CREDITOR ID: 298350-39<br>KATHY LEE<br>13850 NE 20TH AVENUE<br>TRENTON FL 32693 |
| CREDITOR ID: 298351-39<br>KATHY LEE & WILLIAM O LEE JR<br>JT TEN<br>13850 NE 20TH AVENUE<br>TRENTON FL 32693 | CREDITOR ID: 298352-39<br>KATHY LYNN CASH<br>2298 CLAIRMONT CIR<br>SNELLVILLE GA 30278 | CREDITOR ID: 298353-39<br>KATHY LYNN PANDOLFI<br>489 BOB MILLER RD<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 298354-39<br>KATHY LYNN RIGSBY<br>9430 MARTINIQUE DR<br>MIAMI FL 33189 | CREDITOR ID: 298355-39<br>KATHY M BRYANT<br>2132 MILLS RD<br>GREENVILLE NC 27858 | CREDITOR ID: 298356-39<br>KATHY M MARTIN<br>2960 OLD COAL CITY RD<br>PELL  CITY AL 35125 |
| CREDITOR ID: 298357-39<br>KATHY M MIKILIA<br>610 HICKORY ST<br>MELBOURNE FL 32901 | CREDITOR ID: 298358-39<br>KATHY M MUNSON<br>C/O KATHY M MEIR<br>3824 N CAMDEN LN<br>CRESTWOOD KY 40014 | CREDITOR ID: 298359-39<br>KATHY MARIE JOHNSON<br>610 HICKORY ST<br>MELBOURNE FL 32901 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298360-39<br>KATHY NAYDENE EDENFIELD<br>10325 MADISON PARK CT<br>CLERMONT FL 34711 | CREDITOR ID: 298361-39<br>KATHY P STEWART<br>3640 BYRD RD<br>AUGUSTA GA 30906 | CREDITOR ID: 298362-39<br>KATHY PERUDE SHOWKER<br>C/O COLOR IMAGING CENTER<br>1725 DESALES ST NW<br>WASHINGTON DC 20036 |
| CREDITOR ID: 298363-39<br>KATHY R HESTER<br>502 LAVITT LN E NRS 2<br>PHOENIX AZ 85027 | CREDITOR ID: 298364-39<br>KATHY R HORTON<br>1457 PERRY AVE<br>HENDERSON NC 27536 | CREDITOR ID: 298365-39<br>KATHY ROVNER & STANLEY<br>ROVNER JT TEN<br>9070 D SW 22ND ST<br>BOCA RATON FL 33428 |
| CREDITOR ID: 298366-39<br>KATHY S CHURCH<br>5113 RALPH WINCHESTER RD<br>LENOIR NC 28645 | CREDITOR ID: 298367-39<br>KATHY S COX<br>3233 PEBBLE LAKE DR<br>LEXINGTON KY 40515 | CREDITOR ID: 298368-39<br>KATHY S COX & MICHAEL P COX<br>JT TEN<br>3233 PEBBLE LAKE DR<br>LEXINGTON KY 40515 |
| CREDITOR ID: 298369-39<br>KATHY S HEFFRON<br>8742 CARROUSEL PK CIR<br>CINCINNATI OH 45251 | CREDITOR ID: 298370-39<br>KATHY S LEBLANC<br>19076 PINE RUN LN<br>FORT MYERS FL 33912 | CREDITOR ID: 298371-39<br>KATHY S STRICKLAND<br>8231 FROST ST S<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 298372-39<br>KATHY T JACKSON<br>7543 FOREST EDGE<br>MONTGOMERY AL 36117 | CREDITOR ID: 298373-39<br>KATHY T ROSIERE CUST<br>ALEXANDRIA M PADRON UNIF<br>TRANS MIN ACT FL<br>1035 NW 88TH AVE<br>PLANTATION FL 33322 | CREDITOR ID: 298375-39<br>KATHY THOMAS CHEEK<br>3537 ROCKY HILL TERRACE<br>LEXINGTON KY 40517 |
| CREDITOR ID: 298376-39<br>KATHY V MASON<br>4413 EAGLE DR<br>SUTHERLAND VA 23885 | CREDITOR ID: 298377-39<br>KATHY W BOYLES CUST JONATHAN<br>LEE BOYLES UNIF TRANS MIN<br>ACT FL<br>2929 ORANGE TREE DRIVE<br>EDGEWATER FL 32141 | CREDITOR ID: 298378-39<br>KATHY W BOYLES CUST KATHLEEN<br>MARIE BOYLES UNIF TRANS MIN<br>ACT FL<br>2929 ORANGE TREE DRIVE<br>EDGEWATER FL 32141 |
| CREDITOR ID: 298379-39<br>KATHY W BOYLES CUST ZACHARY<br>TAYLOR BOYLES UNIF TRANS MIN<br>ACT FL<br>2929 ORANGE TREE DRIVE<br>EDGEWATER FL 32141 | CREDITOR ID: 298380-39<br>KATIE B HILL<br>3428 BELVOIR DR<br>LEXINGTON KY 40502 | CREDITOR ID: 298381-39<br>KATIE B VIDOS<br>524 BUSH ST<br>MORGAN CITY LA 70380 |
| CREDITOR ID: 298382-39<br>KATIE E TRACY<br>1484 SPUNKY HOLLOW RD LOT B<br>REMLAP AL 35133 | CREDITOR ID: 298383-39<br>KATIE M BUTLER<br>8045 FLEUR DE LIS DRIVE<br>JACKSONVILLE FL 32277 | CREDITOR ID: 298384-39<br>KATIE M GOEDDEKE<br>519 CHARLES DR<br>CANTON GA 30115 |
| CREDITOR ID: 298385-39<br>KATIE M SLICE<br>2485 MACADONIA CHURCH ROAD<br>PROSPERITY SC 29127 | CREDITOR ID: 298386-39<br>KATINA N TODD<br>PO BOX 695<br>LAKE BUTLER FL 32054 | CREDITOR ID: 298387-39<br>KATRINA DELYNN STARNES<br>508 N 2ND ST<br>COCHRAN GA 31014 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298388-39<br>KATRINA E BARNES<br>360 WORTHINGTON WAY<br>DULUTH GA 30097 | CREDITOR ID: 298389-39<br>KATRINA HENLEY<br>22 7TH STREET<br>BRUNSWICK GA 31520 | CREDITOR ID: 298390-39<br>KATRINA K JONES<br>P O BOX 852<br>NEWARK TX 76071 |
| CREDITOR ID: 298391-39<br>KATRINA MICHELLE EVANS<br>2538 SCALPEM CT<br>DULUTH GA 30136 | CREDITOR ID: 298392-39<br>KATRINA RILEY<br>631 SW 14TH CT<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 298393-39<br>KATRINA ROBINSON<br>PO BOX 442<br>CARRIERE MS 39426 |
| CREDITOR ID: 298394-39<br>KATRINA TERESE SMITH<br>2750 SOMERSET DR T209<br>LAUDERDALE LAKES FL 33311 | CREDITOR ID: 298395-39<br>KATY E PAUL & LEWIS M PAUL<br>JT TEN<br>944 VO-TECH DRIVE<br>OCILLA GA 31774 | CREDITOR ID: 298396-39<br>KAY B REEKES<br>PO BOX 715<br>DINWIDDIE VA 23841 |
| CREDITOR ID: 298397-39<br>KAY D KINARD<br>151 HIGHLAND DR<br>GREENWOOD SC 29649 | CREDITOR ID: 298398-39<br>KAY D OROURKE<br>17812 WILLOW LAKE DR<br>ODESSA FL 33556 | CREDITOR ID: 298399-39<br>KAY D OROURKE TTEE U A<br>07-20-94 KAY DAVIS OROURKE<br>REV TRUST<br>16102 MC GLAMERY RD<br>ODESSA FL 33556 |
| CREDITOR ID: 298400-39<br>KAY E BRUNING & RICHARD C<br>BRUNING TRUSTEES U-A DTD<br>08-28-97 KAY E BRUNING<br>REVOCABLE TRUST<br>3129 INDIAN DRIVE<br>ORLANDO FL 32812 | CREDITOR ID: 298401-39<br>KAY F DOYLE<br>2000 MADISON ST<br>METAIRIE LA 70001 | CREDITOR ID: 298402-39<br>KAY H MANSON<br>4185 LAKESIDE DR<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 298403-39<br>KAY H STEPHENS<br>PO BOX 35<br>FERNANDINA BEACH FL 32035 | CREDITOR ID: 298404-39<br>KAY HALDES CUST JANE J<br>HALDES U/G/M/A/IL<br>2959 N MERRIMAC AVE<br>CHICAGO IL 60634 | CREDITOR ID: 298405-39<br>KAY M SANDERS<br>444 S J WORKMAN HWY<br>WOODRUFF SC 29388 |
| CREDITOR ID: 298406-39<br>KAY M WEAVER<br>243 RIVERDALE RD<br>CENTRAL SC 29630 | CREDITOR ID: 298407-39<br>KAY TURNAGE<br>1516 DUDLEY WALK B<br>CINCINNATI OH 45214 | CREDITOR ID: 298408-39<br>KAY W CATONE<br>24030 LANDERS LN<br>ROBERTSDALE AL 36567 |
| CREDITOR ID: 298409-39<br>KAYE C PARKER & KEVIN C<br>PARKER JT TEN<br>3645 CR 32<br>CLANTON AL 35046 | CREDITOR ID: 298410-39<br>KAYE DAVIS & JOHN DAVIS<br>JT TEN<br>2130 LARRAMORE RD<br>AVON PARK LAKES FL 33825 | CREDITOR ID: 298411-39<br>KAYE S BLACKWELDER<br>209 PENNINGTON AVE<br>LEXINGTON NC 27292 |
| CREDITOR ID: 298412-39<br>KAYLA WADDELL MOORE & GLENN<br>BARRY MOORE JT TEN<br>6400 GALLANT ROAD<br>GALLANT AL 35972 | CREDITOR ID: 298413-39<br>KAYRON MCMINN LASKA<br>6818 GAINES CREEK ROAD<br>COLUMBUS GA 31904 | CREDITOR ID: 298414-39<br>KAZUKO LAWSON<br>710 DORADO CIRCLE<br>BRANDON FL 33511 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                               **CASE:   05-03817-3F1**

CREDITOR ID: 284637-39
KEACH, NOELLE JOY (MINOR)
C/O CHRIS L KEACH CUST
1265 ROCKWOOD ROAD
COLUMBIA SC 29209

CREDITOR ID: 298415-39
KEARNEY BERNIS
1021 J B HIGHWAY
SAINT MARTINVILLE LA 70582

CREDITOR ID: 298416-39
KECIA L LEE
26675 LOCUST DR
MADISON AL 35758

CREDITOR ID: 298417-39
KEENAN M BLATCHER
1918 PAULINE STREET
NEW ORLEANS LA 70117

CREDITOR ID: 298418-39
KEENAN W BONIVILLAIN
805 PHLOX AVE
METAIRIE LA 70001

CREDITOR ID: 298419-39
KEIICHI BUCKNER
1160 KNOLL DR W
JACKSONVILLE FL 32221

CREDITOR ID: 298420-39
KEIRA EPP
93 SPRINGDALE CIR
LAKE WORTH FL 33461

CREDITOR ID: 298421-39
KEISHA W SMITH
483 POLICE CLUB RD
UNION SC 29379

CREDITOR ID: 298422-39
KEITH A COWIE
112 PATTERSON DRIVE
AUBURNDALE FL 33823

CREDITOR ID: 298423-39
KEITH A GARRISON
8181 MUD CREEK RD
ALTO GA 30510

CREDITOR ID: 298424-39
KEITH A PIERCE
5687 HARRIETTS BLUFF RD
WOODBINE GA 31569

CREDITOR ID: 298425-39
KEITH A PONCE
5756 SALERNO RD
JACKSONVILLE FL 32244

CREDITOR ID: 298426-39
KEITH A RUSS & CYNTHIA L
RUSS JT TEN
6563 QUAIL RD
CALLAHAN FL 32011

CREDITOR ID: 298427-39
KEITH A TROSCLAIR & ALLISON
B TROSCLAIR TEN COM
1214A HWY 20
THIBODAUX LA 70301

CREDITOR ID: 298428-39
KEITH A VANN
477 MULLENS RD
CEDARTOWN GA 30125

CREDITOR ID: 298429-39
KEITH A WOFFORD & MARTHA L
WOFFORD JT TEN
13160 TABEGUACHE RD
NATHROP CO 81236

CREDITOR ID: 298430-39
KEITH AINLEY
1074 BIRCHWOOD DR
ORANGE PARK FL 32065

CREDITOR ID: 298431-39
KEITH ALLEN BAYNE
4402 BRAMBLEWOOD LN 3423
RICHMOND VA 23228

CREDITOR ID: 298432-39
KEITH AMBS
9106 TRENTHAM LN
LOUISVILLE KY 40242

CREDITOR ID: 298434-39
KEITH B MYRICK & BRENDA J
MYRICK TEN COM
1112 ROBERTS ST
ORMOND BEACH FL 32174

CREDITOR ID: 298435-39
KEITH BELL
853 ARBOR HILLS CIRCLE
CLERMONT FL 34711

CREDITOR ID: 298436-39
KEITH BERTRAND
506 ASTOR PLACE DR
NEW IBERIA LA 70563

CREDITOR ID: 298437-39
KEITH BURTON
11389 KARY LN
CINCINNATI OH 45240

CREDITOR ID: 298438-39
KEITH C CORTNER
18701 LEETANA RD
N FORT MYERS FL 33917

CREDITOR ID: 298439-39
KEITH C KARST CUST FOR
CHRISTINA REAGAN KARST UNDER
AL UNIF TRANSFERS TO MINORS
ACT
1730 BELL RD
MONTGOMERY AL 36117

CREDITOR ID: 298440-39
KEITH COX
4358 BEECHMONT AVE
CINCINNATI OH 45244

CREDITOR ID: 298441-39
KEITH D CORRIHER
485 FARRINGTON DR
CHINA GROVE NC 28023

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                      CASE:   05-03817-3F1

CREDITOR ID: 298442-39
KEITH D HODGES
42 SHELTON STREET
LEITCHFIELD KY 42754

CREDITOR ID: 298443-39
KEITH D KIRBACH
202 EAST MAPLE GROVE AVE
FORT WAYNE IN 46806

CREDITOR ID: 298444-39
KEITH D ROBBINS
7970 KAITLIN CI
LAKELAND FL 33810

CREDITOR ID: 298445-39
KEITH E ANDERSON
102 TRAYWICK ST
PERRY FL 32348

CREDITOR ID: 298446-39
KEITH E CARR
701 NW 17TH ST
POMPANO BEACH FL 33060

CREDITOR ID: 298447-39
KEITH E DANDENEAU
116 EDINBURG RD
PICKENS SC 29671

CREDITOR ID: 298448-39
KEITH E JOHNSON
15195 RIVER HILLS RD
GLEN SAINT MARY FL 32040

CREDITOR ID: 298449-39
KEITH E MCELWAIN
PO BOX 335
GOODLAND FL 33933

CREDITOR ID: 298450-39
KEITH F DARLINGTON &
CHRISTINE D DARLINGTON JT TEN
5652 73RD ST N
ST PETERSBURG FL 33709

CREDITOR ID: 298451-39
KEITH G MILLER
PO BOX 713
RIVERDALE MD 20738

CREDITOR ID: 298452-39
KEITH GERARD SIMMS
7640 KINGSPORT BLVD
NEW ORLEANS LA 70128

CREDITOR ID: 298453-39
KEITH H CLARK & VIRGINIA B
CLARK JT TEN
BOX 6333
FERNANDINA BCH FL 32034

CREDITOR ID: 298454-39
KEITH HOCUTT
200 WILL ROAD
MIDDLESEX NC 27557

CREDITOR ID: 298455-39
KEITH HOLMES & RONNIE B
HOLMES JT TEN
5700 E LIVE OAK LN
INVERNESS FL 34453

CREDITOR ID: 298457-39
KEITH JACOBY
1416 48TH AVE
MERIDIAN MS 39307

CREDITOR ID: 298458-39
KEITH KOTRADY
5021 N 36TH ST
HOLLYWOOD FL 33021

CREDITOR ID: 298459-39
KEITH L RABY
419 HAMBRIGHT RD
CLOVER SC 29710

CREDITOR ID: 298460-39
KEITH L WORSHAM
315 SPINDLE CT
ATLANT GA 30350

CREDITOR ID: 298461-39
KEITH LEMONS
349 EDISTO DR
N AUGUSTA SC 29841

CREDITOR ID: 298462-39
KEITH M BARBARA
41302 CROWN DR EXT
PONCHATOULA LA 70454

CREDITOR ID: 298464-39
KEITH M BARBARA & ELIZABETH
C BARBARA TEN COM
41302 CROWN DR EXT
PONCHATOULA LA 70454

CREDITOR ID: 298463-39
KEITH M BARBARA & ELIZABETH
C BARBARA JT TEN
41302 CROWN DR EXT
PONCHATOULA LA 70454

CREDITOR ID: 298465-39
KEITH MCELWAIN & VERENDA
MCELWAIN JT TEN
P O BOX 335
GOODLAND FL 34140

CREDITOR ID: 298466-39
KEITH MICHAEL MCCLURE
649 THRESA LN
LINCOLNTON NC 28092

CREDITOR ID: 298467-39
KEITH P TRUXILLO
P O BOX 36
209 NEW HAVEN ST
MATHEWS LA 70375

CREDITOR ID: 298468-39
KEITH POULIOT
4510 NW 33RD ST
LAUDERDALE LAKES FL 33319

CREDITOR ID: 298469-39
KEITH R ELLINGTON &
CONSTANCE R ELLINGTON JT TEN
505 PUERTA CT
ALTAMONTE SPRINGS FL 32701

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298470-39<br>KEITH R SOUDER<br>4062 SIERRA TERR<br>SUNRISE FL 33351 | CREDITOR ID: 298471-39<br>KEITH R WHITTINGTON<br>#807<br>1101 2ND AVE NORTH<br>SURFSIDE  BEACH SC 29575 | CREDITOR ID: 298472-39<br>KEITH RODNEY BEASLEY<br>6159 LAKEVIEW RD<br>STATESBORO GA 30458 |
| CREDITOR ID: 298473-39<br>KEITH ROOP CUST BILLY JACK<br>ROOP UND GA UNIF TRAN MIN ACT<br>124 RED BARN RD<br>BOWDON GA 30108 | CREDITOR ID: 298474-39<br>KEITH ROOP CUST SYDNEY<br>DELONE ROOP UND GA UNIF<br>TRAN MIN ACT<br>1254 S HWY 100<br>BOWDON GA 30108 | CREDITOR ID: 298475-39<br>KEITH RUTLEDGE<br>3427 SINCLAIR ST<br>CHALMETTE LA 70043 |
| CREDITOR ID: 298476-39<br>KEITH S REAUME<br>209 45TH STREET CT W<br>PALMETTO FL 34221 | CREDITOR ID: 298477-39<br>KEITH SUMMERFIELD<br>821 JOHNSON ST<br>HOPEWELL VA 23860 | CREDITOR ID: 298478-39<br>KEITH V SHAW<br>20 SUMMER ST<br>ADAMS MA 01220 |
| CREDITOR ID: 298479-39<br>KEITH W CALLAHAN<br>1040 ALTICE DR<br>RALEIGH NC 27603 | CREDITOR ID: 298480-39<br>KEITH W MITCHELL<br>5516 AURORA DR<br>CRESTVIEW FL 32536 | CREDITOR ID: 298481-39<br>KELLEE ANN SMITH<br>103 RISSE CT<br>ERIE CO 80516 |
| CREDITOR ID: 298482-39<br>KELLEY A BURKE<br>432 VISCOUNT DR<br>CINCINNATI OH 45238 | CREDITOR ID: 298483-39<br>KELLEY A ELBERTSON<br>6112 CRABAPPLE PL<br>POWDER  SPRINGS GA 30073 | CREDITOR ID: 298484-39<br>KELLEY BOLEN COLLIER<br>8421 MCWHORTER RD<br>LONDON KY 40741 |
| CREDITOR ID: 298485-39<br>KELLEY D HALL<br>2101 AMON CT<br>AZLE TX 76020 | CREDITOR ID: 298486-39<br>KELLEY DOUGLAS BALL<br>RR 5 BOX 2712<br>RUSK TX 75785 | CREDITOR ID: 298487-39<br>KELLEY GRANT<br>PO BOX 99<br>FREDONIA KY 42411 |
| CREDITOR ID: 298488-39<br>KELLEY GRATSCH<br>ATTN KELLEY WILLIAMS<br>4560 NEW MARKET COURT<br>BATAVIA OH 45103 | CREDITOR ID: 298489-39<br>KELLEY HALL<br>5517 MEADOW OAK ST<br>NORTH  RICHLAND TX 76180 | CREDITOR ID: 298490-39<br>KELLEY L WIDDICK<br>6107 RAINTREE TRAIL<br>FT  PIERCE FL 34982 |
| CREDITOR ID: 298491-39<br>KELLEY RAYE DEARING<br>2199 W CINDY LANE<br>LECANTO FL 34461 | CREDITOR ID: 298492-39<br>KELLEY RICHARDS<br>ROCKWOOD VILLAS<br>910 SW 57 TERRACE<br>GAINESVILLE FL 32607 | CREDITOR ID: 298493-39<br>KELLEY SMALL<br>1660 SPRINGWINDS DR<br>ROCK  HILL SC 29730 |
| CREDITOR ID: 298494-39<br>KELLEYS IGA NICEVILLE INC<br>1015 S PALM BLVD<br>NICEVILLE FL 32578 | CREDITOR ID: 298495-39<br>KELLI JEANETTE KINDRED<br>3537 ROYAL PALM AVENUE<br>COCONUT  GROVE FL 33133 | CREDITOR ID: 298496-39<br>KELLI K ELLENBURG<br>6137 HARLOW BLVD<br>JACKSONVILLE FL 32210 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

CREDITOR ID: 298497-39
KELLI L EARNHARDT & R CASH
EARNHARDT JT TEN
235 SOUTH MILFORD DRIVE
SALISBURY NC 28144

CREDITOR ID: 298498-39
KELLI L RANDALL
2395 FIELDCREST DRIVE
CARSON  CITY NV 89701

CREDITOR ID: 298499-39
KELLI LYNN SMITH
6829 RIVER RD
NEW  PORT  RICHEY FL 34652

CREDITOR ID: 298500-39
KELLI R PERRICONE
42281 PERRICONE DR
HAMMOND LA 70403

CREDITOR ID: 298501-39
KELLI SHACKELFORD & VERNON
SHACKELFORD JT TEN
648 MARSHALL LN
LEXINGTON KY 40505

CREDITOR ID: 298503-39
KELLIE L MCLEOD
1921 KNOLLCREST DR
CLERMONT FL 34711

CREDITOR ID: 298504-39
KELLIE R RISLEY
591 N. TIFFANY DR
PALMER AK 99645

CREDITOR ID: 298505-39
KELLIE SCHOOLDEN
1600 BIG TREE RD H5
SOUTH  DAYTONA FL 32119

CREDITOR ID: 298506-39
KELLIE WHITE
374 SHIRES RD
ELLENBORO NC 28040

CREDITOR ID: 298507-39
KELLINE JO ROBICHAUX
603 TERRI DRIVE
LULING LA 70070

CREDITOR ID: 298508-39
KELLY A BROWN
28109 MCSWAIN RD LOT 35
ALBEMARLE NC 28001

CREDITOR ID: 298509-39
KELLY A CANNON
2589 NE DERING CT
ATLANTA GA 30345

CREDITOR ID: 298510-39
KELLY A IRWIN & DONALD E
IRWIN JR JT TEN
1858 HURRAINE RD
NEW  MARKET AL 35761

CREDITOR ID: 298511-39
KELLY A JONES
727 PENNY RD
ANGIER NC 27501

CREDITOR ID: 298512-39
KELLY A TEUSCHLER
64 JUNEFIELD AVE
CINCINNATI OH 45218

CREDITOR ID: 298513-39
KELLY A WATSON FERRIS &
JAMES P FERRIS JT TEN
50 JAMESTOWNE DRIVE
CINCINNATI OH 45241

CREDITOR ID: 298514-39
KELLY A WOODWARD
3697 RANDLEMAN ROAD
IRON  STATION NC 28080

CREDITOR ID: 298515-39
KELLY BRUCE WARD
PO BOX 582
LONDON KY 40741

CREDITOR ID: 298516-39
KELLY CAMBRON
15622 82 ST
LOXAHATCHEE FL 33470

CREDITOR ID: 298517-39
KELLY CLARICE CARTER
185 ANDREW RD
COVINGTON GA 30209

CREDITOR ID: 298518-39
KELLY DAUB
6604 PASO ROBLES BLVD
FT  PIERCE FL 34951

CREDITOR ID: 298519-39
KELLY DENISE LANGLEY
6571 MAPLE STREET
ZACHARY LA 70791

CREDITOR ID: 298520-39
KELLY DILUZIO
5258 FLATBACK LN
WOODBRIDGE VA 22193

CREDITOR ID: 298521-39
KELLY E WILLIAMS
664 OAK VALLEY FARM RD
COATS NC 27521

CREDITOR ID: 298522-39
KELLY ELLIS MOONEY
115 ELLIS FARM RD
COLUMBIANA AL 35051

CREDITOR ID: 298523-39
KELLY G BATES & ROBERT L
BATES II JT TEN
367 ROBYNS GLENN RD
OCOEE FL 34761

CREDITOR ID: 298524-39
KELLY G GROGAN
246 KIMWOOD DR
CEDARTOWN GA 30125

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298527-39<br>KELLY GARRETT GLANTON CUST<br>THOMAS PETER GLANTON UND<br>GA UNIF TRAN MIN ACT<br>1456 HWY 166 E<br>BOWDON GA 30108 | CREDITOR ID: 298526-39<br>KELLY GARRETT GLANTON CUST<br>GRACE GARRETT GLANTON UND<br>GA UNIF TRAN MIN ACT<br>1456 HWY 166 E<br>BOWDON GA 30108 | CREDITOR ID: 298525-39<br>KELLY GARRETT GLANTON CUST<br>BESS MARGARET GLANTON UND<br>GA UNIF TRAN MIN ACT<br>1456 HWY 166 E<br>BOWDON GA 30108 |
| CREDITOR ID: 298528-39<br>KELLY GENE KEHLE<br>P O BOX 602<br>SENECA SC 29679 | CREDITOR ID: 298529-39<br>KELLY GILBERT<br>5702 OAKLAND BLVD<br>ROANOKE VA 24019 | CREDITOR ID: 298530-39<br>KELLY GREGORY<br>5289 DOWNS WAY<br>NORCROSS GA 30093 |
| CREDITOR ID: 298531-39<br>KELLY H LANDIS<br>8396 COOK DR<br>N  FT  MYERS FL 33917 | CREDITOR ID: 298532-39<br>KELLY J BELLARD<br>331 N SAINT GEORGE ST<br>EUNICE LA 70535 | CREDITOR ID: 298533-39<br>KELLY J DONOVAN<br>9530 49TH WAY<br>PINELLAS  PARK FL 34665 |
| CREDITOR ID: 298534-39<br>KELLY J WELLING<br>98 NIX BRIDGE RD<br>DAWSONVILLE GA 30534 | CREDITOR ID: 298535-39<br>KELLY JANIS DICKSON<br>4225 TANNER RD<br>HAINES  CITY FL 33844 | CREDITOR ID: 298536-39<br>KELLY K JOHNSON<br>70 OLIVE ST<br>ASHLAND MA 01721 |
| CREDITOR ID: 298537-39<br>KELLY KOCKELMAN<br>200 MAITLAND AVE APT 41<br>ALTAMONTE  SPRINGS FL 32701 | CREDITOR ID: 298538-39<br>KELLY L BOULWARE<br>11543 STATE HIGHWAY 215 SOUTH<br>JENKINSVILLE SC 29065 | CREDITOR ID: 298539-39<br>KELLY L CHOI<br>2156 HARBOR VIEW DR<br>DUNEDIN FL 34698 |
| CREDITOR ID: 298540-39<br>KELLY L MARCUM<br>2703 ALHAMBRA CIR<br>CORAL  GABLES FL 33134 | CREDITOR ID: 298541-39<br>KELLY L PRICE<br>930 KEYES AVE<br>WINTER  PARK FL 32789 | CREDITOR ID: 298542-39<br>KELLY L RUTLEDGE<br>219 SHAWNEE DRIVE<br>LOUISVILLE KY 40212 |
| CREDITOR ID: 298543-39<br>KELLY L SCHELLENBERGER<br>6309 EASTWOOD LN<br>JACKSONVILLE FL 32211 | CREDITOR ID: 298544-39<br>KELLY L WYATT<br>8070 MERRYMAKER LN<br>CINCINNATI OH 45236 | CREDITOR ID: 298545-39<br>KELLY LAXTON<br>101 POWELL RD<br>KINGSLAND GA 31548 |
| CREDITOR ID: 298546-39<br>KELLY LEE KINCAID<br>C/O KELLY K. LUISER<br>35424 N TREASURE ISLAND AVE<br>LEESBURG FL 34788 | CREDITOR ID: 298547-39<br>KELLY LEE MARCUM<br>2703 ALHAMBRA CIR<br>CORAL  GABLES FL 33134 | CREDITOR ID: 298548-39<br>KELLY M JARRETT<br>11016 N HARMONY LAKE CIR<br>DAVIE FL 33324 |
| CREDITOR ID: 298549-39<br>KELLY M RICCIARDI<br>1805 OLEANDER AVE<br>FT  PIERCE FL 34950 | CREDITOR ID: 298550-39<br>KELLY M STOREY<br>13120 PURSLANE TER<br>WEST  PALM  BEACH FL 33414 | CREDITOR ID: 298551-39<br>KELLY MARIE MARTIN<br>121 HEATH ST<br>CAMILLA GA 31730 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298552-39<br>KELLY MELITA WHITESELL CUST<br>FOR JAMES B WHITESELL UNDER<br>THE GA UNIFORM TRANSFERS TO<br>MINORS ACT<br>315 CREEKVIEW TERRACE<br>ALPHARETTA GA 30005 | CREDITOR ID: 298553-39<br>KELLY MICHELLE ROMAN<br>P O BOX 382<br>WAUCHULA FL 33873 | CREDITOR ID: 298554-39<br>KELLY MYERS<br>20643 RACINE STREET<br>ORLANDO FL 32833 |
| CREDITOR ID: 298555-39<br>KELLY N FIELDS<br>2038 FRANKLIN ST<br>ROCK HILL SC 29732 | CREDITOR ID: 298556-39<br>KELLY P THOMAS<br>PO BOX 506<br>WOODSTOCK GA 30188 | CREDITOR ID: 298557-39<br>KELLY R HEARING<br>ATTN KELLY H COOKSEY<br>979 PARK LANE RD<br>AUBURN AL 36830 |
| CREDITOR ID: 298558-39<br>KELLY ROSS ZADAKAUS JR<br>3408 CROSS VALLEY RD<br>KNOXVILLE TN 37917 | CREDITOR ID: 298559-39<br>KELLY S STONE<br>2560 DOUGLAS AVE<br>VALDOSTA GA 31601 | CREDITOR ID: 298560-39<br>KELLY S WINGET<br>52332 COOK RD<br>LORANGER LA 70446 |
| CREDITOR ID: 298561-39<br>KELLY SHARP<br>117 EVERGREEN<br>EDDY TX 76524 | CREDITOR ID: 298562-39<br>KELLY W LYLE<br>67 TERRY DEE LN<br>COLBERT GA 30628 | CREDITOR ID: 285294-39<br>KELLY, CONNIE MARIE<br>5521 NE 4TH PL<br>OCALA FL 34470 |
| CREDITOR ID: 291038-39<br>KELLY, GEORGE D<br>3175 RAVINES RD, UNIT 3703<br>MIDDLEBURG FL 32068 | CREDITOR ID: 298563-39<br>KELSEY BROWN<br>3838 MIZELL RD APT M<br>GREENSBORO NC 27405 | CREDITOR ID: 298564-39<br>KELSEY NICOLE HOWARD<br>206 SIXTH STREET<br>LIVERMORE KY 42352 |
| CREDITOR ID: 298565-39<br>KELTON B WOOD<br>7276 SPRUCE MOUNTAIN LOOP NE<br>RIO RANCHO NM 87124 | CREDITOR ID: 298566-39<br>KELVIN C KUENN<br>2705 SAN LUIS RD<br>HOLIDAY FL 34691 | CREDITOR ID: 298567-39<br>KELVIN D AYCOCK<br>118 GRIFTON THOMAS RD<br>BETHLEHEM GA 30620 |
| CREDITOR ID: 298568-39<br>KELVIN D CHELLETTE<br>4844 CAREFREE TRL<br>WEST PALM BCH FL 33415 | CREDITOR ID: 298570-39<br>KELVIN JACKSON<br>13520 SW 112 COURT<br>MIAMI FL 33176 | CREDITOR ID: 298571-39<br>KELVIN W JOHNSON<br>4904 KYLE LN NW<br>HUNTSVILLE AL 35810 |
| CREDITOR ID: 290192-39<br>KEMPER, FRANCES A<br>PO BOX 1675<br>CRYSTAL RIVER FL 34423 | CREDITOR ID: 298572-39<br>KEN CUMMINGS & MARCELLA<br>CUMMINGS JT TEN<br>4410 22ND ST N<br>ST PETERSBURG FL 33714 | CREDITOR ID: 298573-39<br>KEN E BALDWIN<br>11182 WULFF ROAD S<br>SEMMES AL 36575 |
| CREDITOR ID: 298574-39<br>KEN FENKER & BETTY A FENKER<br>JT TEN<br>15675 STATE ROAD 148<br>AURORA IN 47001 | CREDITOR ID: 298575-39<br>KEN FLUITT<br>1732 JONES DR<br>LEESBURG FL 34748 | CREDITOR ID: 298576-39<br>KEN HINTON<br>14521 ROSEWOOD RD<br>MIAMI LAKES FL 33014 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 298577-39<br>KEN PERGOLA<br>1379 CEDAR BAY RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 298578-39<br>KEN PFALLER<br>3566 ST CHARLES PL<br>CINCINNATI OH 45208 | CREDITOR ID: 298579-39<br>KENDA MURVINE & LARRY<br>MURVINE JT TEN<br>1738 DOUBLOON DR<br>HOLIDAY FL 34690 |
| CREDITOR ID: 298580-39<br>KENDALL GLENN STANGA<br>17767 RISING FAWN RD<br>AMITE LA 70422 | CREDITOR ID: 298581-39<br>KENDALL W CALDWELL &<br>CHRISTINE JOHNSON JT TEN<br>200 PATTON ROAD<br>CAMPTON KY 41301 | CREDITOR ID: 298582-39<br>KENDRA BLODGETT SCHECHTER<br>6 HITCHING POST CT<br>ROCKVILLE MD 20852 |
| CREDITOR ID: 298583-39<br>KENDRA HIVELY<br>P O BOX 1001<br>PIERSON FL 32180 | CREDITOR ID: 298584-39<br>KENDRA J HORNE<br>5018 LICORICE CT<br>MIDDLEBURG FL 32068 | CREDITOR ID: 298585-39<br>KENDRA M HURLEY<br>2527 CONGRESS WAY<br>MEDFORD OR 97504 |
| CREDITOR ID: 298586-39<br>KENDRELLA DECRETA ALLEN<br>2030 NW 172ND ST<br>MIAMI FL 33056 | CREDITOR ID: 298587-39<br>KENNARD J FRY<br>3242 CHANTILLY CT<br>ORANGE  PARK FL 32073 | CREDITOR ID: 298588-39<br>KENNEDY H MENARD<br>1634 VIRGINIA AVENUE<br>PALM  HARBOR FL 34683 |
| CREDITOR ID: 298589-39<br>KENNEDY S CLARK<br>222 ROSEMARY LN<br>DANVILLE VA 24541 | CREDITOR ID: 298590-39<br>KENNETH A BELLAMY<br>3728 RANGER PRKWY<br>ZEPHYRHILLS FL 33541 | CREDITOR ID: 298591-39<br>KENNETH A BOYER SR<br>PO BOX 2463<br>LABELLE FL 33975 |
| CREDITOR ID: 298592-39<br>KENNETH A BRINKMANN &<br>LORRAINE V BRINKMANN JT TEN<br>BOX 120<br>SALFORD PA 18957 | CREDITOR ID: 298593-39<br>KENNETH A COLLE & SHERRIE L<br>COLLE JT TEN<br>234 S ABERDEEN CIR<br>SANFORD FL 32773 | CREDITOR ID: 298594-39<br>KENNETH A DODD JR<br>413 NW 62ND AV 1201<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 298595-39<br>KENNETH A GRAVES<br>1468 JAMIE RD<br>YULEE FL 32097 | CREDITOR ID: 298596-39<br>KENNETH A HARPER<br>460 MCDANIEL RD<br>STONE  MOUNTAIN GA 30087 | CREDITOR ID: 298597-39<br>KENNETH A HOWELL<br>712 LOWER 5TH ST<br>COCHRAN GA 31014 |
| CREDITOR ID: 298599-39<br>KENNETH A KUPPER<br>1715 GAGEL AVE<br>LOUISVILLE KY 40216 | CREDITOR ID: 298600-39<br>KENNETH A LUCAS<br>7424 CHAPEL HILL RD<br>RALEIGH NC 27607 | CREDITOR ID: 298601-39<br>KENNETH A MOORE<br>702 AVALON RD<br>DURHAM NC 27704 |
| CREDITOR ID: 298602-39<br>KENNETH A OLESON & DONNA R<br>OLESON JT TEN<br>1306 OAKCREST DRIVE<br>BRANDON FL 33510 | CREDITOR ID: 298603-39<br>KENNETH A PATTERSON<br>2116 MELLOR LN<br>MARIETTA GA 30064 | CREDITOR ID: 298604-39<br>KENNETH A PATTERSON JR<br>12360 EDEN WILDE DR<br>ROSWELL GA 30075 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

CREDITOR ID: 298605-39
KENNETH A ROSSER
611 RISING SUN CIR
MASCOTTE FL 34753

CREDITOR ID: 298606-39
KENNETH A SANDERS
364 WHISPERING PINES RD
CANON GA 30520

CREDITOR ID: 298607-39
KENNETH A WILSON & DINNAH A
WILSON JT TEN
RR 3 BOX 143
CORINTH KY 41010

CREDITOR ID: 298608-39
KENNETH ALAN HOOD
7263 MOONTOWN RD
APPLING GA 30802

CREDITOR ID: 298609-39
KENNETH ALBERT WEEKS
1193 DRAKE ACRES RD
QUINCY FL 32351

CREDITOR ID: 298610-39
KENNETH ALEXANDER HANSEN &
JACQUELYN BOYER HANSEN JT TEN
2008 CHARNES CT
LAKELAND FL 33813

CREDITOR ID: 298611-39
KENNETH ALLAN VICKNAIR SR &
GAYLE A VICKNAIR JT TEN
1516 KENT AVE
METAIRIE LA 70001

CREDITOR ID: 298612-39
KENNETH ALLEN CASH
PO BOX 658
JACKSONVILLE AL 36265

CREDITOR ID: 298613-39
KENNETH ANDREW ROADH
1116 BEACHUM DRIVE
TALLAHASSEE FL 32301

CREDITOR ID: 298614-39
KENNETH ANDREW WILSON
RR 3 BOX 143
CORINTH KY 41010

CREDITOR ID: 298615-39
KENNETH ARTHUR WITHERS
1822 CENTER AVE APT 2
EAST POINT GA 30344

CREDITOR ID: 298618-39
KENNETH B BERINGER
976 FOREST POND CIR
MARIETTA GA 30068

CREDITOR ID: 298619-39
KENNETH B BURNS
2002 BAL HARBOR BLVD UNIT 1821
PUNTA GORDA FL 33950

CREDITOR ID: 298620-39
KENNETH B JONES
165 WILLOWS COURT
RIVERDALE GA 30274

CREDITOR ID: 298621-39
KENNETH B OAKLEY & ALICE L
OAKLEY JT TEN
4408 GREAT LAKES DR N
CLEARWATER FL 33762

CREDITOR ID: 298622-39
KENNETH B RUELLO SR &
SHIRLEY F RUELLO TEN COM
850 LAKESHORE PKWY
NEW ORLEANS LA 70124

CREDITOR ID: 298623-39
KENNETH BASS
9309 HIGHLAND AVE
TAMPA FL 33612

CREDITOR ID: 298624-39
KENNETH BERNARD BONNETT SR
3554 MEDITERRANEAN DR APT 4
MEMPHIS TN 38118

CREDITOR ID: 298625-39
KENNETH BRASWELL
P O BOX 35
LOGANVILLE GA 30052

CREDITOR ID: 298626-39
KENNETH C BAILEY & KATRENA F
BAILEY JT TEN
741 SUMMER LN
PRATTVILLE AL 36066

CREDITOR ID: 298628-39
KENNETH C POERTNER & MARILYN
POERTNER JT TEN
613 HILLVIEW DR
BOISE ID 83712

CREDITOR ID: 298629-39
KENNETH C SMITH
PO BOX 1863
VENICE FL 34284

CREDITOR ID: 298630-39
KENNETH CONSTANTINE HIBBERT
1130 SUSSEX DR 1503
NORTH LAUDERDALE FL 33068

CREDITOR ID: 298631-39
KENNETH CRAYNE
213 FREDERICKSBURG DR
SIMPSONVILLE SC 29681

CREDITOR ID: 298632-39
KENNETH D CHAMBERS
578 LEAH DR
POWDER SPRINGS GA 30073

CREDITOR ID: 298633-39
KENNETH D FRICK
2026 SANTOS
ABILENE TX 79605

CREDITOR ID: 298634-39
KENNETH D HANCOCK
100 E RIDGE DR
HAINES CITY FL 33844

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298635-39<br>KENNETH D HANCOCK & DEBORAH<br>F HANCOCK JT TEN<br>100 E RIDGE DR<br>HAINES  CITY FL 33844 | CREDITOR ID: 298637-39<br>KENNETH D MOODY<br>14 PINE GROVE LN<br>GREENVILLE SC 29611 | CREDITOR ID: 298639-39<br>KENNETH D PEW<br>3200 QUINCETREE LN<br>DECATUR GA 30034 |
| CREDITOR ID: 298640-39<br>KENNETH D PHELPS & PATRICIA<br>A PHELPS JT TEN<br>30 1/2 WALTS RD<br>GEORGETOWN IN 47122 | CREDITOR ID: 298642-39<br>KENNETH D STONE & CAROLYN P<br>STONE JT TEN<br>1814 INDIA PALM DR<br>EDGEWATER FL 32132 | CREDITOR ID: 298643-39<br>KENNETH D TENNIS & PAULINE<br>TENNIS JT TEN<br>17219 MERIDIAN BLVD<br>HUDSON FL 34667 |
| CREDITOR ID: 298644-39<br>KENNETH D WIGGINS & MARCIA M<br>WIGGINS JT TEN<br>2602 KAREN DR<br>PLANT  CITY FL 33566 | CREDITOR ID: 298645-39<br>KENNETH D WOOLMAN<br>1857 WOODHALL WAY<br>FORT  WORTH TX 76134 | CREDITOR ID: 298646-39<br>KENNETH DALE JAMES<br>RR 1 BOX 114A<br>FRISCO  CITY AL 36445 |
| CREDITOR ID: 298647-39<br>KENNETH DAVID BYRD<br>970 JOE MOORE RD<br>THOMASVILLE NC 27360 | CREDITOR ID: 298648-39<br>KENNETH E ALLBERT<br>8713 LAKE PLACE LANE<br>TAMPA FL 33634 | CREDITOR ID: 298649-39<br>KENNETH E BRYANT<br>290 SUNSET BLVD<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 298650-39<br>KENNETH E BRYANT & BARBARA<br>BRYANT JT TEN<br>290 SUNSET BLVD<br>KISSIMMEE FL 34741 | CREDITOR ID: 298651-39<br>KENNETH E FRANCIS<br>7608 SILVERTON WAY<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 298652-39<br>KENNETH E FREELAND<br>550 4TH ST SE<br>NAPLES FL 33964 |
| CREDITOR ID: 298653-39<br>KENNETH E HALL & CATHERINE S<br>HALL JT TEN<br>LOT 115<br>3000 US HWY 17/92W<br>HAINES  CITY FL 33844 | CREDITOR ID: 298654-39<br>KENNETH E JOHNSON<br>3079 GUAVA ST<br>WEST  PALM  BEACH FL 33403 | CREDITOR ID: 298655-39<br>KENNETH E KRIETER & CAROLE A<br>KRIETER JT TEN<br>3876 SOCIAL BAND RD<br>CAMPBELLSVILLE KY 42718 |
| CREDITOR ID: 298656-39<br>KENNETH E LEGAUX & CAROL<br>JEAN LEGAUX TEN COM<br>2736 BRANDYWINE DR<br>BATON  ROUGE LA 70808 | CREDITOR ID: 298657-39<br>KENNETH E LOCHNER<br>8929 NEWBERRY RD<br>SELLERSBURG IN 47172 | CREDITOR ID: 298658-39<br>KENNETH E OWENS<br>2402 DEERE RD<br>DECATUR AL 35603 |
| CREDITOR ID: 298659-39<br>KENNETH E POLLOCK<br>74B<br>808 53RD AVE E<br>BRADENTON FL 34203 | CREDITOR ID: 298660-39<br>KENNETH E PONDER<br>BOX 205<br>OMEGA GA 31775 | CREDITOR ID: 298661-39<br>KENNETH E SPRINGS<br>542 ARCH DR<br>ROCK  HILL SC 29730 |
| CREDITOR ID: 298662-39<br>KENNETH E STRADFORD & PAMELA<br>STRADFORD JT TEN<br>2711 CLARENCEFIELD DRI<br>CHARLOTTE NC 28216 | CREDITOR ID: 298665-39<br>KENNETH E WARREN<br>5001 TURNER RD<br>GRANITE  FALLS NC 28630 | CREDITOR ID: 298666-39<br>KENNETH ELLISON & SHIRLEY<br>ELLISON JT TEN<br>6694 OAKLAND RD<br>LOVELAND OH 45140 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298667-39<br>KENNETH EUGENE BALLIET<br>12330 SE 100TH AVE<br>BELLEVIEW FL 34420 | CREDITOR ID: 298668-39<br>KENNETH F BRENNAN & BARBARA<br>M BRENNAN JT TEN<br>17 MOHAWK DR<br>ABERDEEN NJ 07747 | CREDITOR ID: 298669-39<br>KENNETH F EBERT & THERESA L<br>EBERT JT TEN<br>150 E BROADHOLLOW DR<br>WOODLAND  HILLS UT 84653 |
| CREDITOR ID: 298670-39<br>KENNETH F FEARNS & CAROLYN R<br>FEARNS JT TEN<br>14724 PIONEER PLACE<br>N  FORT  MYERS FL 33917 | CREDITOR ID: 298672-39<br>KENNETH F MURRAH<br>BOX 1328<br>WINTER  PARK FL 32790 | CREDITOR ID: 298673-39<br>KENNETH F TROUP TRUSTEE U-A<br>DTD 07-17-95 KENNETH F TROUP<br>REVOCABLE TRUST<br>7836 KINGS RIDGE CIRCLE<br>FAIRBORN OH 45324 |
| CREDITOR ID: 298674-39<br>KENNETH F ULRICKSON<br>1420 NW 186TH ST<br>SEATTLE WA 98177 | CREDITOR ID: 298675-39<br>KENNETH FRANK FEARNS<br>14724 PIONEER PLACE<br>N  FORT  MYERS FL 33917 | CREDITOR ID: 298676-39<br>KENNETH G BLANKE<br>7012 CHRISTINE ST<br>METAIRIE LA 70003 |
| CREDITOR ID: 298677-39<br>KENNETH G CARDENAS & KAY<br>CARDENAS JT TEN<br>737 GUY RD<br>ORLANDO FL 32828 | CREDITOR ID: 298678-39<br>KENNETH G STEVENS<br>412 NE 4TH STREET<br>FORT  LAUDERDALE FL 33301 | CREDITOR ID: 298679-39<br>KENNETH GERALD BYRD<br>970 JOE MOORE RD<br>THOMASVILLE NC 27360 |
| CREDITOR ID: 298680-39<br>KENNETH GOOD<br>10502 51 ST TER N<br>SAINT  PETERSBURG FL 33708 | CREDITOR ID: 298681-39<br>KENNETH H ADAMS II<br>911 S SHERBROOKE CIRCLE<br>MT  CARMEL TN 37645 | CREDITOR ID: 298682-39<br>KENNETH H APFEL<br>22754 MERIDIANA DR<br>BOCA  RATON FL 33433 |
| CREDITOR ID: 298683-39<br>KENNETH H COLEMAN & ANNA M<br>COLEMAN JT TEN<br>24365 NE 127TH ST<br>SALT  SPRINGS FL 32134 | CREDITOR ID: 298684-39<br>KENNETH H PONDER<br>PO BOX 4151<br>DELAND FL 32721 | CREDITOR ID: 298685-39<br>KENNETH I MOORE<br>1319 STILES LN<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 298686-39<br>KENNETH J BOUKALIS<br>2072 PAINT PONY LN<br>KELLER TX 76248 | CREDITOR ID: 298687-39<br>KENNETH J BROWN<br>2501 MARGARET LANE<br>MERAUX LA 70075 | CREDITOR ID: 298688-39<br>KENNETH J BUSSING<br>4884 TARA WOODS DR EAST<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 298689-39<br>KENNETH J EDMONDS<br>1005 HARNESS TRL<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 298690-39<br>KENNETH J HUGHES<br>700 VILLAGE GREEN CT # 115-H<br>LAKE  WORTH FL 33461 | CREDITOR ID: 298691-39<br>KENNETH J HUVAL<br>119 HECTOR ST<br>LAFAYETTE LA 70506 |
| CREDITOR ID: 298692-39<br>KENNETH J JACKSON<br>500 HIGHLAND DR<br>ATHENS TX 75751 | CREDITOR ID: 298693-39<br>KENNETH J JAMES<br>652 SPRADLING RD<br>GARDENDALE AL 35071 | CREDITOR ID: 298695-39<br>KENNETH J STUMP JR<br>467 39TH AVE<br>SAINT  PETERSBURG FL 33703 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                            **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 298696-39<br>KENNETH J WEBRE<br>100 LAKEWOOD DR<br>LA  PLACE LA 70068 | CREDITOR ID: 298697-39<br>KENNETH J YOUNG<br>7409 2ND AVE NW<br>BRADENTON FL 34209 | CREDITOR ID: 298699-39<br>KENNETH JOE GAUSE<br>6409 HIGHWAY 134<br>CONWAY SC 29527 |
| CREDITOR ID: 298700-39<br>KENNETH K RODGERS<br>2101 E CLAY ST<br>THOMASVILLE GA 31792 | CREDITOR ID: 298702-39<br>KENNETH L BARLOW<br>4819 HILMA ST<br>MOSS  POINT MS 39563 | CREDITOR ID: 298703-39<br>KENNETH L BENNETT<br>37 BOULEVARD DR<br>TAYLORS SC 29687 |
| CREDITOR ID: 298705-39<br>KENNETH L CHRISTIAN<br>369 TURNPIKE RD<br>WINDSOR  LOCKS CT 06096 | CREDITOR ID: 298706-39<br>KENNETH L CUMMINGS &<br>MARCELLA S CUMMINGS JT TEN<br>4410 22ND ST N<br>SAINT  PETERSBURG FL 33714 | CREDITOR ID: 298707-39<br>KENNETH L CUPP<br>3310 OAKDALE LN<br>MORRISTOWN TN 37814 |
| CREDITOR ID: 298708-39<br>KENNETH L DIMSDALE<br>5136 FLATROCK DR<br>FAYETTEVILLE NC 28311 | CREDITOR ID: 298709-39<br>KENNETH L ELKINS<br>1533 9TH ST SE<br>ROANOKE VA 24013 | CREDITOR ID: 298710-39<br>KENNETH L GARBER<br>17214 E SUGAR MEADOW<br>HOUSTON TX 77090 |
| CREDITOR ID: 298711-39<br>KENNETH L GREEN & MARY A<br>GREEN JT TEN<br>4786 PLEASANT VALLEY CT<br>ORLANDO FL 32811 | CREDITOR ID: 298712-39<br>KENNETH L GRISSETT<br>1307 LINDSEY BR RD<br>ANDALUSIA AL 36420 | CREDITOR ID: 298713-39<br>KENNETH L HICKS<br>9989 HWY 48<br>RUSSELLVILLE AL 35654 |
| CREDITOR ID: 298714-39<br>KENNETH L JOHNSON<br>PO BOX 4<br>ROEBUCK SC 29376 | CREDITOR ID: 298715-39<br>KENNETH L SEXTON<br>2305 52ND AVE E<br>BRADENTON FL 34203 | CREDITOR ID: 298717-39<br>KENNETH L TAYLOR<br>BOX 618<br>MOULTONBORO NH 03254 |
| CREDITOR ID: 298719-39<br>KENNETH L WILLIAMS<br>1868 HEREFORD RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 298718-39<br>KENNETH L WILLIAMS<br>14 SHORT STREET<br>FOLKSTON GA 31537 | CREDITOR ID: 298720-39<br>KENNETH L WOOD<br>PO BOX 715<br>MACCLENNY FL 32063 |
| CREDITOR ID: 298721-39<br>KENNETH LEE GRUENZEL<br>4928 N 28TH ST<br>MILWAUKEE WI 53209 | CREDITOR ID: 298722-39<br>KENNETH LEE MARKLAN<br>4002 13TH ST SW<br>LEHIGH  ACRES FL 33971 | CREDITOR ID: 298723-39<br>KENNETH LEE NELSON<br>26345 BAIRD AVE<br>SORRENTO FL 32776 |
| CREDITOR ID: 298724-39<br>KENNETH LEE NELSON & COLLEEN<br>GAY NELSON JT TEN<br>26345 BAIRD AVE<br>SORRENTO FL 32776 | CREDITOR ID: 298725-39<br>KENNETH LEVON RICE JR<br>10335 HARBOR DR<br>CHARLOTTE NC 28214 | CREDITOR ID: 298726-39<br>KENNETH LEWIS & JOSEPHINE<br>LEWIS JT TEN<br>RR 1 BOX 526<br>NORTH  STRATFORD NH 03590 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298727-39<br>KENNETH LOUIS ALBERT SR<br>PO BOX 21<br>MULDRAUGH KY 40155 | CREDITOR ID: 298728-39<br>KENNETH LUNDY<br>P O BOX 831148<br>STONE  MOUNTAIN GA 30083 | CREDITOR ID: 298729-39<br>KENNETH M ADAMS<br>321 LAKE MONTONIA RD<br>KINGS  MOUNTAIN NC 28086 |
| CREDITOR ID: 298730-39<br>KENNETH M ANDERSON<br>4343 N SHORE RD<br>LYNN  HAVEN FL 32444 | CREDITOR ID: 298731-39<br>KENNETH M BOZEMAN<br>PO BOX 864<br>GREENVILLE AL 36037 | CREDITOR ID: 298732-39<br>KENNETH M BURDETT<br>1930 LIGHTWOOD WAY<br>ACWORTH GA 30102 |
| CREDITOR ID: 298733-39<br>KENNETH M CANTRELL<br>7346 CANTRELL RD<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 298734-39<br>KENNETH M GORDON SR<br>136 WILLOW RD<br>BRUNSWICK GA 31525 | CREDITOR ID: 298735-39<br>KENNETH M HAMM<br>319 BREITLING RD<br>HAUGHTON LA 71037 |
| CREDITOR ID: 298736-39<br>KENNETH M HUNT<br>577 MOULTON RD<br>LOUISBURG NC 27549 | CREDITOR ID: 298737-39<br>KENNETH M HURNEY<br>12817 3RD ISLE<br>HUDSON FL 34667 | CREDITOR ID: 298738-39<br>KENNETH M KEENE & JANICE J<br>KEENE JT TEN<br>2216 JONES RD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 298739-39<br>KENNETH M KELLY JR & MARY C<br>KELLY JT TEN<br>1433 18TH ST<br>ORLANDO FL 32805 | CREDITOR ID: 298740-39<br>KENNETH M PASTERCZYK &<br>REGENA C PASTERCZYK TRUSTEES<br>U-A DTD 05-15-2000 THE<br>REGENA C PASTERCZYK REVOCABLE TRUST<br>230 RIVERWOOD DRIVE<br>LEWISVILLE NC 27023 | CREDITOR ID: 298741-39<br>KENNETH M RAY<br>5320 ROCK QUARRY RD<br>RALEIGH NC 27610 |
| CREDITOR ID: 298742-39<br>KENNETH M RITCHEY<br>7721 KING ROYCE ROAD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 298743-39<br>KENNETH M WARNER & RUBYE E<br>WARNER JT TEN<br>3758 LAKE DR<br>SMYRNA GA 30082 | CREDITOR ID: 298744-39<br>KENNETH MARK DUNGAN<br>5651 NEW CUT RD<br>LOUISVILLE KY 40214 |
| CREDITOR ID: 298745-39<br>KENNETH MARK WOOLDRIDGE<br>2514 DERECK DR<br>H5<br>KNOXVILLE TN 37912 | CREDITOR ID: 298746-39<br>KENNETH MASSEY<br>3806 LEE RD<br>RALEIGH NC 27604 | CREDITOR ID: 298747-39<br>KENNETH MECHE<br>636 MALLET RD<br>ARMONDVILLE LA 70512 |
| CREDITOR ID: 298748-39<br>KENNETH MERLE ROACH<br>5353 ARLINGTON EXPRESSWAY<br>#6-O<br>JACKSONVILLE FL 32211 | CREDITOR ID: 298749-39<br>KENNETH MICHAEL SOMERS CUST<br>MICHAEL MOODY SOMERS UNDER<br>THE FL UNIF TRAN MIN ACT<br>9802 BAYMEADOWS RD STE 12<br>BOX 205<br>JACKSONVILLE FL 32256 | CREDITOR ID: 298750-39<br>KENNETH N CLEAPOR<br>118 GLYN OAKS DR<br>BOILING  SPRINGS SC 29316 |
| CREDITOR ID: 298751-39<br>KENNETH N STEELE<br>526 WILSON DRIVE<br>XENIA OH 45385-1814 | CREDITOR ID: 298752-39<br>KENNETH NATHANIEL JONES<br>610 EAST DAYTON CIRCLE<br>FT  LAUDERDALE FL 33312 | CREDITOR ID: 298753-39<br>KENNETH P CICCONE<br>4527 BELMONT CIR<br>FLORENCE SC 29501 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298754-39<br>KENNETH P FISHER<br>3711 WOODBINE AVE<br>CINCINNATI OH 45211 | CREDITOR ID: 298755-39<br>KENNETH P FULLER<br>512 CLEARWATER CT<br>GILBERT SC 29054 | CREDITOR ID: 298756-39<br>KENNETH P GREEN<br>RR 1 BOX 10-G<br>BRISTOL FL 32321 |
| CREDITOR ID: 298757-39<br>KENNETH P HIMES<br>10507 SUMNER RD<br>WIMAUMA FL 33598 | CREDITOR ID: 298759-39<br>KENNETH P NORFUS<br>4224 COLONY WY<br>ORLANDO FL 32808 | CREDITOR ID: 298760-39<br>KENNETH PAYNE<br>14 BULTER BRIDGE DR<br>MCDONOUGH GA 30252 |
| CREDITOR ID: 298761-39<br>KENNETH PLOTNIK<br>607 W ORMSBY AVE<br>LOUISVILLE KY 40203 | CREDITOR ID: 298762-39<br>KENNETH R ALLEN & MARY RITA<br>ALLEN JT TEN<br>2530 OAKHAM CT<br>CANTON  TOWNSHIP MI 48188 | CREDITOR ID: 298763-39<br>KENNETH R BATTEN<br>1213 PERKINS PL<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 298764-39<br>KENNETH R BISHOP SR &<br>MARGARET P BISHOP TTEES U A<br>DTD 5/5/89 FBO KENNETH R BISHOP SR<br>& MARGARET P BISHOP REV FAMILY TR<br>907 35TH AVE DR W<br>PALMETTO FL 34221 | CREDITOR ID: 298765-39<br>KENNETH R BURGE<br>310 TAYLOR BRANCH RD<br>FRANKFORT KY 40601 | CREDITOR ID: 298768-39<br>KENNETH R COPE CUST KENNETH<br>ROGER COPE JR UND UNIF GIFT<br>MIN ACT VA<br>13302 ARDENNES AVE<br>ROCKVILLE MD 20851 |
| CREDITOR ID: 298769-39<br>KENNETH R DUFF<br>267 EDGEWATER TERR W<br>NEW  BRAUNFELS TX 78130 | CREDITOR ID: 298770-39<br>KENNETH R DURRANCE & SUSAN D<br>DURRANCE JT TEN<br>35730 THRILLHILL RD<br>EUSTIS FL 32736 | CREDITOR ID: 298771-39<br>KENNETH R GROW & CAROL V<br>GROW JT TEN<br>7206 CLEARGROVE DR<br>DOWNEY CA 90240 |
| CREDITOR ID: 298773-39<br>KENNETH R INGRAM<br>1190 4TH STREET SE<br>CHILDERSBURG AL 35044 | CREDITOR ID: 298774-39<br>KENNETH R JAMES<br>1025 N GOSHEN CHURCH RD<br>BOWLING  GREEN KY 42101 | CREDITOR ID: 298775-39<br>KENNETH R KALINOWSKI<br>5202 SW 69TH BLVD<br>JASPER FL 32052 |
| CREDITOR ID: 298776-39<br>KENNETH R LAKE<br>309 FOX LAKE CT<br>WEST  COLUMBIA SC 29170 | CREDITOR ID: 298777-39<br>KENNETH R LAMB<br>5945 SANDY RUN<br>KNIGHTDALE NC 27545 | CREDITOR ID: 298778-39<br>KENNETH R MCNEIL<br>666 GARDENIA LANE<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 298779-39<br>KENNETH R PELTIER<br>4547 PINE STREET<br>FRUITLAND  PARK FL 34731 | CREDITOR ID: 298780-39<br>KENNETH R RAFFETY<br>1113 QUEEN ELAINE DR<br>CASSELBERRY FL 32707 | CREDITOR ID: 298781-39<br>KENNETH R SMITH<br>5343 WALKER HORSE DR<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 298782-39<br>KENNETH R STUBBS & MORA C<br>STUBBS JT TEN<br>127 DURHAM ROAD<br>EASLEY SC 29640 | CREDITOR ID: 298783-39<br>KENNETH R THOMAS<br>7116-D BARCLAY AVE<br>BROOKSVILLE FL 34609 | CREDITOR ID: 298784-39<br>KENNETH RANDALL GORDON<br>2404 CALLISON HWY<br>GREENWOOD SC 29646 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298785-39<br>KENNETH RANDOLPH SHRIMPLIN<br>5120 BUNYAN ST<br>SARASOTA FL 34232 | CREDITOR ID: 298786-39<br>KENNETH RAY ARNEY<br>3288 HARTLAND ROAD<br>MORGANTON NC 28655 | CREDITOR ID: 298787-39<br>KENNETH RAY BARGER<br>820 GOLD KNOB RD<br>SALISBURY NC 28146 |
| CREDITOR ID: 298788-39<br>KENNETH RAY BEASLEY<br>6159 LAKEVIEW RD<br>STATESBORO GA 30458 | CREDITOR ID: 298789-39<br>KENNETH RAY HALE<br>11272 VICILIA ST<br>GARDEN  GROVE CA 92841 | CREDITOR ID: 298790-39<br>KENNETH RAY PRUETT<br>P O BOX 1101<br>FOREST  CITY NC 28043 |
| CREDITOR ID: 298792-39<br>KENNETH REID WEBB II<br>2100 E WASHINGTON ST<br>ROCKINGHAM NC 28379 | CREDITOR ID: 298793-39<br>KENNETH RICKY GATES<br>1016 THOMAS RD<br>WINTER  HAVEN FL 33880 | CREDITOR ID: 298794-39<br>KENNETH ROBERT MORRIS &<br>LINDA GAYLE MORRIS JT TEN<br>729 PALMER AVE<br>SALEM VA 24153 |
| CREDITOR ID: 298795-39<br>KENNETH RONALD TILLMAN &<br>SHERYL ELAINE TILLMAN JT TEN<br>8010 ALPINE AVE<br>TAMPA FL 33619 | CREDITOR ID: 298796-39<br>KENNETH ROSSMAN & JOYCE<br>ROSSMAN JT TEN<br>2953 KINLOCH RD<br>WANTAGH NY 11793 | CREDITOR ID: 298797-39<br>KENNETH ROWE<br>7918 MAJORS ROAD<br>CORRYTON TN 37721 |
| CREDITOR ID: 298798-39<br>KENNETH S ARMSTRONG<br>268 SPRING RD<br>COVINGTON GA 30016 | CREDITOR ID: 298799-39<br>KENNETH S BOWMAN<br>3052 ALL HEALING SPRINGS RD<br>TAYLORSVILLE NC 28681 | CREDITOR ID: 298800-39<br>KENNETH S GATCHELL JR<br>5245 MISTY LAKE DR<br>MULBERRY FL 33860 |
| CREDITOR ID: 298801-39<br>KENNETH S SANDERS<br>173 PADDOCK WAY<br>SUMMERVILLE SC 29483 | CREDITOR ID: 298802-39<br>KENNETH SCOTT HAAS<br>4742 IKE STARNES RD<br>GRANITE  FALLS NC 28630 | CREDITOR ID: 298803-39<br>KENNETH SHEFFIELD JR CUST<br>BETH SHEFFIELD U/T/M/A/FL<br>909 NE 199TH ST #103<br>NORTH  MIAMI  BEACH FL 33179 |
| CREDITOR ID: 298804-39<br>KENNETH TALLEY<br>1036 J ASHWOOD COURT<br>GASTONIA NC 28054 | CREDITOR ID: 298805-39<br>KENNETH V BRANCH & JUDY L<br>BRANCH JT TEN<br>2305 NEWFOUND HARBOR DR<br>MERRITT  ISLAND FL 32952 | CREDITOR ID: 298806-39<br>KENNETH V KRAWCHUK<br>117 WEST AVE<br>ELKINS  PARK PA 19027 |
| CREDITOR ID: 298807-39<br>KENNETH V STUKES<br>12400 NW 19TH AVE<br>MIAMI FL 33167 | CREDITOR ID: 298808-39<br>KENNETH W ALEXANDER<br>4542 ASHMORE DR<br>FOREST  PARK GA 30050 | CREDITOR ID: 298809-39<br>KENNETH W BALL<br>5838 81ST AVE<br>PINELLAS  PARK FL 34665 |
| CREDITOR ID: 298810-39<br>KENNETH W BOROUGHS<br>3974 ROSE PETAL LANE<br>ORLANDO FL 32808 | CREDITOR ID: 298812-39<br>KENNETH W GRIFFIN<br>901 RIDGE RD<br>EASLEY SC 29642 | CREDITOR ID: 298813-39<br>KENNETH W HILLMAN SR &<br>STEPHANIE HILLMAN PERRY JT TEN<br>3011 LAKE SHORE BLVD<br>JACKSONVILLE FL 32210 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                              **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 298814-39<br>KENNETH W HUNTER<br>725 NOCOLE DRIVE<br>BURLESON TX 76028 | CREDITOR ID: 298816-39<br>KENNETH W IRICK<br>513 TRAM BLVD<br>SUMMERVILLE SC 29483 | CREDITOR ID: 298817-39<br>KENNETH W JUMPER<br>11 TIFFANY DR<br>TAYLORS SC 29687 |
| CREDITOR ID: 298818-39<br>KENNETH W KIRKMAN<br>590 MURPHY RD<br>COLLINSVILLE VA 24078 | CREDITOR ID: 298819-39<br>KENNETH W LANGFORD<br>82377 HIGHWAY 1129<br>COVINGTON LA 70435 | CREDITOR ID: 298820-39<br>KENNETH W MANNING<br>116 PATTERSON ST<br>COPPERAS COVE TX 76522 |
| CREDITOR ID: 298821-39<br>KENNETH W MAYNARD & SUSAN G<br>MAYNARD JT TEN<br>3402 APPLETREE LANE<br>ERLANGER KY 41018 | CREDITOR ID: 298823-39<br>KENNETH W PLAXICO<br>118 LISA LN<br>FITZGERALD GA 31750 | CREDITOR ID: 298824-39<br>KENNETH W POTEET & BARBARA C<br>POTEET TRUSTEES U-A DTD<br>10-21-99 THE BARBARA C<br>POTEET REVOCABLE TRUST<br>27500 SW 164TH STREET<br>HOMESTEAD FL 33031 |
| CREDITOR ID: 298826-39<br>KENNETH WAYNE ELLIS JR<br>408 WASHINGTON ST PO BOX 104<br>HIGGINSPORT OH 45131 | CREDITOR ID: 298827-39<br>KENNETH WAYNE PHILEMON<br>4632 POTTERS RD<br>MATTHEWS NC 28105 | CREDITOR ID: 298828-39<br>KENNETH WAYNE POTEET JR<br>34456 SW 187TH RD<br>HOMESTEAD FL 33034 |
| CREDITOR ID: 298829-39<br>KENNETH WILLARD BEICKE &<br>SHARON LEE BEICKE JT TEN<br>224 EAST 8TH ST # 603<br>CINCINNATI OH 45202 | CREDITOR ID: 298830-39<br>KENNETH WILLIAM BURKE<br>171 ANDERSON FERRY RD<br>CINCINNATI OH 45238 | CREDITOR ID: 298831-39<br>KENNETH WILSON SR & HELEN<br>WILSON JT TEN<br>C-O THERMO KING OF N FLORIDA<br>828 EDGEWOOD AVE<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 298832-39<br>KENNETH WOLESLAGLE<br>2750 FARGO AVE<br>DELTONA FL 32738 | CREDITOR ID: 298833-39<br>KENNETH WRIGHT<br>848 LAKESIDE RD<br>GRIFFIN GA 30224 | CREDITOR ID: 298834-39<br>KENNETH YORDY & BECKY YORDY<br>JT TEN<br>RTE 3 BOX 39<br>MADISON FL 32340 |
| CREDITOR ID: 298835-39<br>KENNITH R EVANS<br>5035 LE CHATEAU CV<br>MEMPHIS TN 38125 | CREDITOR ID: 298836-39<br>KENNON J HEBERT<br>2651 CYPRESS ISLAND HWY<br>SAINT MARTINVILLE LA 70582 | CREDITOR ID: 298837-39<br>KENNY C SMITH &<br>DANA C FUGAZZI-SMITH JT TEN<br>549 GRANTCHESTER RD<br>LEXINGTON KY 40505-1411 |
| CREDITOR ID: 298838-39<br>KENNY D LOY & TINA H LOY<br>JT TEN<br>408 VIRGO LANE<br>ORANGE PARK FL 32073 | CREDITOR ID: 298839-39<br>KENNY I MOORE & DIANE L<br>MOORE JT TEN<br>P O BOX 907<br>WAUCHULA FL 33873 | CREDITOR ID: 298840-39<br>KENNY P MCCAIN<br>125 LYNELL RD<br>PINEVILLE LA 71360 |
| CREDITOR ID: 298841-39<br>KENNY PARROTT<br>454 POMPANO CT<br>OLDSMAR FL 34677 | CREDITOR ID: 298842-39<br>KENNY RUSHING & BRUCE A<br>DONATO JT TEN<br>ATTN DONATO<br>11290 63RD LN N<br>WEST PALM BEACH FL 33412 | CREDITOR ID: 298843-39<br>KENNY W SELF & JACQUELINE R<br>SELF TEN COM<br>PO BOX 88<br>BATCHELOR LA 70715 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 298844-39
KENROY CLARKE
560 NW 185TH STREET
MIAMI FL 33619

CREDITOR ID: 298845-39
KENT A INGLE & MELODY L
INGLE JT TEN
4905 HIGHWAY 20 SE
COVINGTON GA 30016

CREDITOR ID: 298846-39
KENT A YOUMANS & KAY W
YOUMANS JT TEN
436 GEORGE MORRIS RD
VIDALIA GA 30474

CREDITOR ID: 298847-39
KENT ALAN INGLE
4905 HIGHWAY 20 SE
COVINGTON GA 30016

CREDITOR ID: 298848-39
KENT B BAREFOOT
1918 HARNETT DUNN HWY
DUNN NC 28334

CREDITOR ID: 298849-39
KENT GEORGEL
107 PLEASANT VIEW DR
RICHMOND KY 40475

CREDITOR ID: 298850-39
KENT J DONOVAN
537 ADAMS STREET
MANCHESTER CT 06040

CREDITOR ID: 298851-39
KENT PHILLIPS
834 PENINSULA ACRES
BATH NC 27808

CREDITOR ID: 298852-39
KENT R BLOCKER & ELLEN E
BLOCKER JT TEN
808 CROWN POINT RD W
SIGNAL  MTN TN 37377

CREDITOR ID: 298853-39
KENT R PAPSUN & JEAN T
PAPSUN JT TEN
819 S MAPLE AVE
GLEN  ROCK NJ 07452

CREDITOR ID: 298854-39
KENT S MCNEAL
9785 MAJESTIE WY
BOYNTON  BEACH FL 33445

CREDITOR ID: 298855-39
KENT S PRICE
60 DEARING WOODS COURT
COVINGTON GA 30014

CREDITOR ID: 298856-39
KENT S SCHOENBECK &
ELIZABETH SCHOENBECK JT TEN
2839 KIOWA AVE
ORANGE  PARK FL 32065

CREDITOR ID: 298857-39
KENTON R WATTS
15617 DE HAVILLAND DR
CHARLOTTE NC 28278

CREDITOR ID: 298858-39
KENVILLE A WEST
236 NW 15TH CT
POMPANO  BEACH FL 33060

CREDITOR ID: 298859-39
KENYA HALL
1059 COLLIER BLVD
ST  AUGUSTINE FL 32095

CREDITOR ID: 298860-39
KERI A GRASSGREEN
13574 53 RD CT N
ROYAL  PALM  BEACH FL 33411

CREDITOR ID: 298861-39
KERI ELLEN BERGSMA
456 BROWARD AVE
LAKE  WORTH FL 33463

CREDITOR ID: 298862-39
KERI L GREEN
789 WEST 400 SOUTH
PROVO UT 84601

CREDITOR ID: 298863-39
KERI SIRCY
206 BOYKIN AVENUE
CHATTAHOOCHEE FL 32324

CREDITOR ID: 298866-39
KERMIT E LINDSEY
3300 VIRGINIA DR
BESSEMER AL 35023

CREDITOR ID: 298867-39
KERMIT E LINDSEY & GAY LYNN
J LINDSEY JT TEN
3300 VIRGINIA DR
BESSEMER AL 35023

CREDITOR ID: 298868-39
KERMIT L MOBLEY
10704 TRAPPERS CREEK DR
RALEIGH NC 27614

CREDITOR ID: 298869-39
KERMIT SAFFRON
PO BOX 148
OXON  HILL MD 20750

CREDITOR ID: 298870-39
KERMIT STYLES
64 O Q CHILDERS RD
EVA AL 35621

CREDITOR ID: 298871-39
KERRA L WILLS
#B
1748 HARTSFIELD RD
TALLAHASSEE FL 32303

CREDITOR ID: 298872-39
KERRI K POST CUST DEVIN M
POST UNIF TRANS MIN ACT FL
95 DEERPATH DRIVE
OLDSMAR FL 34677

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298873-39<br>KERRI K POST CUST JAMES<br>DOUGLAS POST UNIF TRANS MIN<br>ACT FL<br>95 DEERPATH DRIVE<br>OLDSMAR FL 34677 | CREDITOR ID: 298874-39<br>KERRI K POST CUST SHANNON M<br>POST UNIF TRANS MIN ACT FL<br>95 DEERPATH DR<br>OLDSMAR FL 34677 | CREDITOR ID: 298875-39<br>KERRI L ELLIS<br>958 MITFORD LN<br>DACULA GA 30019 |
| CREDITOR ID: 298876-39<br>KERRIE L GAFFORD<br>4025 PINETREE LN N<br>LAKELAND FL 33811 | CREDITOR ID: 298877-39<br>KERRY A BUDGETT<br>5016 FREDRICKSBURG AVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 298878-39<br>KERRY A FRASIER<br>173 NEWBOLD ROAD<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 298879-39<br>KERRY B GASKINS<br>4215 TISTON RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 298880-39<br>KERRY B LESLIE<br>4680 NE 4TH AVE<br>FORT LAUDERDALE FL 33334 | CREDITOR ID: 298881-39<br>KERRY CLEMENTS<br>5512 GRAND BAYOU DR<br>NEW ORLEANS LA 70129 |
| CREDITOR ID: 298882-39<br>KERRY INKS<br>5810 88TH ST SW B<br>LAKEWOOD WA 98499 | CREDITOR ID: 298883-39<br>KERRY LEIGH PANNELL<br>3081 SOUTHERN OAKS DR<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 298884-39<br>KERRY PARDUE & SHERRI PARDUE<br>JT TEN<br>105 MCJUNKIN RD<br>CENTRAL SC 29630 |
| CREDITOR ID: 298885-39<br>KERRY S CHESTNUT<br>103 LAKESIDE DR<br>CLAYTON NC 27520 | CREDITOR ID: 298886-39<br>KERRY W LOYACANO<br>70123 KELLEY ROAD<br>MANDEVILLE LA 70471 | CREDITOR ID: 298887-39<br>KERSTIN L JACOBS<br>C/O KERSTIN L JOHNSON<br>20528 RANGE LINE RD<br>GRANPSBURG WI 54840 |
| CREDITOR ID: 298888-39<br>KERT C FRAME & DEBORA A<br>FRAME JT TEN<br>330 MELLON RD<br>BELMONT NC 28012 | CREDITOR ID: 298889-39<br>KERWIN O FORBES<br>5150 GLENCOVE LANE<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 298890-39<br>KESHA S THOMPSON<br>529 HUNTER DR<br>HARTSVILLE SC 29550 |
| CREDITOR ID: 298891-39<br>KESHIA ANN PORTER<br>B-16 CHATTAHOOCHEE CRT<br>EUFAULA AL 36027 | CREDITOR ID: 298892-39<br>KEVIN A BYRD<br>110 APPALOOSA LANE<br>GREENWOOD SC 29646 | CREDITOR ID: 298893-39<br>KEVIN A GEORGE<br>6631 BAMBERRY ST<br>NEW ORLEANS LA 70126 |
| CREDITOR ID: 298894-39<br>KEVIN A JONES<br>1255B BRITTANY DR<br>FLORENCE SC 29501 | CREDITOR ID: 298895-39<br>KEVIN A KELLY<br>2106 E ELM ST<br>NEW ALBANY IN 47150 | CREDITOR ID: 298896-39<br>KEVIN A LEACOCK<br>32255 CINDER LANE PY<br>ORLANDO FL 32810 |
| CREDITOR ID: 298897-39<br>KEVIN A STUBBS<br>622 FILMORE ST APT 134C<br>ORANGE PARK FL 32065 | CREDITOR ID: 298898-39<br>KEVIN B HOWARD<br>118 LOST RD<br>PELION SC 29123 | CREDITOR ID: 298899-39<br>KEVIN B INGALLS<br>1457 WAUKON CIR<br>CASSELBERRY FL 32707 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298900-39<br>KEVIN B MITCHELL<br>1102 ELWOOD ST<br>MIDDLETOWN OH 45042 | CREDITOR ID: 298901-39<br>KEVIN B VANNOCKER & CANDY<br>VANNOCKER JT TEN<br>1422 ROOSEVELT AVE<br>LANSING MI 48915 | CREDITOR ID: 298902-39<br>KEVIN BASS<br>1133 ST ANN ST<br>MARRERO LA 70072 |
| CREDITOR ID: 298903-39<br>KEVIN BERNARD PARRISH<br>1455 SPRINGLEAF CIR<br>SMYRNA GA 30080 | CREDITOR ID: 298904-39<br>KEVIN BETHEA<br>2828 CHILLINGWORTH DR<br>FAYETTEVILLE NC 28306 | CREDITOR ID: 298905-39<br>KEVIN BOWERS<br>728 WOODLAND CT<br>KENNEDALE TX 76060 |
| CREDITOR ID: 298906-39<br>KEVIN BRUCE BROWN<br>1603 RUSSELL AVE<br>LOUISVILLE KY 40213 | CREDITOR ID: 298907-39<br>KEVIN C CHAMPAGNE<br>303 THOROUGHBRED DR<br>THIBODAUX LA 70301 | CREDITOR ID: 298908-39<br>KEVIN C KLINGER<br>9075 W PHILLIPS DR<br>LITTLETON CO 80128 |
| CREDITOR ID: 298909-39<br>KEVIN COLLINS<br>1606 A CLEARVIEW PARKWAY APT A<br>METAIRIE LA 70001 | CREDITOR ID: 298910-39<br>KEVIN D BURGESS<br>14300 STATLER BLVD APT 202<br>FORT  WORTH TX 76155 | CREDITOR ID: 298911-39<br>KEVIN D HART<br>116 WINDING RIDGE DR<br>SANFORD FL 32773 |
| CREDITOR ID: 298912-39<br>KEVIN D LAMB<br>6521 PATRICIA DR<br>WEST  PALM  BEACH FL 33413 | CREDITOR ID: 298913-39<br>KEVIN D SUTTON<br>103 DEREK DR<br>GOLDSBORO NC 27530 | CREDITOR ID: 298914-39<br>KEVIN DEAN SEXTON<br>2023 WINDING OAKS DR<br>PALM  HARBOR FL 34683 |
| CREDITOR ID: 298915-39<br>KEVIN DUANE PRICE<br>32205 LAUREL CT<br>EUSTIS FL 32736 | CREDITOR ID: 298916-39<br>KEVIN E SELLERS CUST<br>JONATHAN G SELLERS UNIF TRAN<br>MIN ACT NC<br>RR 23  BOX 497<br>HENDERSONVILLE NC 28792 | CREDITOR ID: 298917-39<br>KEVIN E SELLERS CUST SHAWN C<br>SELLERS UNIF TRAN MIN ACT NC<br>RR23  BOX 497<br>HENDERSONVILLE NC 28792 |
| CREDITOR ID: 298918-39<br>KEVIN ERIC GOOD<br>5351 17 AVE N<br>ST  PETERSBURG FL 33710 | CREDITOR ID: 298919-39<br>KEVIN F MANNING<br>PO BOX 302<br>DEFUNIAK  SPGS FL 32435 | CREDITOR ID: 298920-39<br>KEVIN F RILEY<br>1957 BRIARWOOD ST<br>DUNEDIN FL 34698 |
| CREDITOR ID: 298921-39<br>KEVIN FATE GINN<br>1645 N WOODMERE DRIVE APT F-18<br>CHARLESTON SC 29407 | CREDITOR ID: 298922-39<br>KEVIN FECKE & CINDY FECKE<br>TEN COM<br>3205 BRADBURY DR<br>MERAUX LA 70075 | CREDITOR ID: 298923-39<br>KEVIN FRANCOIS<br>401 BRETON DRIVE<br>LAFAYETTE LA 70508 |
| CREDITOR ID: 298924-39<br>KEVIN G FINK<br>17 SULLIVAN PL<br>NEW  ORLEANS LA 70131 | CREDITOR ID: 298925-39<br>KEVIN G FOTSCH<br>405 20TH ST #28<br>GRETNA LA 70053 | CREDITOR ID: 298926-39<br>KEVIN G O'DONNELL<br>124 LONDON FOG WAY<br>SANFORD FL 32771 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 298927-39
KEVIN G ODONNELL & ERIN L
ODONNELL JT TEN
124 LONDON FOG WAY
SANFORD FL 32771

CREDITOR ID: 298928-39
KEVIN G STULTZ
2731 DYER STORE RD
MARTINSVILLE VA 24112

CREDITOR ID: 298929-39
KEVIN G TEESLINK
108 LARCHWOOD DR
SIMPSONVILLE SC 29681

CREDITOR ID: 298930-39
KEVIN GAROUTTE
2324 STONEGATE DRIVE
WEST PALM BEACH FL 33414

CREDITOR ID: 298931-39
KEVIN GOLDIE
2801 BAYBROOK RD
LEXINGTON KY 40517

CREDITOR ID: 298932-39
KEVIN GRIGGS
10708 N CONNECHUSETT RD
TAMPA FL 33617

CREDITOR ID: 298933-39
KEVIN H MCNALLY
9919 S W 62ND CT
TRENTON FL 32693

CREDITOR ID: 298934-39
KEVIN J BAILEY & ROSE MARY
BAILEY JT TEN
4321 COUNTRY CLUB DR
SHELBY  TWP MI 48316

CREDITOR ID: 298935-39
KEVIN J BENDER
RT 1 BOX 3133
MADISON FL 32340

CREDITOR ID: 298936-39
KEVIN J CALLAGHAN
3900 HICKORY GROVE RD
VALDOSTA GA 31606

CREDITOR ID: 298937-39
KEVIN J DAHL
10231 NORMANDY BLVD
JACKSONVILLE FL 32221

CREDITOR ID: 298938-39
KEVIN J DOWNES & BARBARA A
DOWNES JT TEN
1032 BRANDON HILL WAY
JONESBORO GA 30238

CREDITOR ID: 298939-39
KEVIN J OCONNOR
7363 BURGESS DRIVE
LAKE  WORTH FL 33467

CREDITOR ID: 298940-39
KEVIN JAMES HERNANDEZ
15242 SW 157TH TER
MIAMI FL 33187

CREDITOR ID: 298942-39
KEVIN JOHN MORBACH CUST
STACI ELIZABETH MORBACH UNIF
TRAN MIN ACT FL
782 ASHWOOD ST
ORANGE  PARK FL 32065

CREDITOR ID: 298941-39
KEVIN JOHN MORBACH CUST
SHELBY LYNN MORBACH UNIF
TRANS MIN ACT FL
782 ASHWOOD ST
ORANGE  PARK FL 32073

CREDITOR ID: 298943-39
KEVIN K BAYE
2816 PRITCHARD RD
MARRERO LA 70072

CREDITOR ID: 298944-39
KEVIN K GRAF
6705 LASSEN AVENUE
NEWPORT  RICHIE FL 34655

CREDITOR ID: 298945-39
KEVIN KEITH FRITTS
922 WALKER ST
ELIZABETHTON TN 37643

CREDITOR ID: 298946-39
KEVIN KINNEAR
4029 SR 16 A WEST
GREEN  COVE  SPRINGS FL 32043

CREDITOR ID: 298947-39
KEVIN KINSLEY
516 SEACREST AVE
MERRITT  IS FL 32952

CREDITOR ID: 298948-39
KEVIN KLEIN
129 EATHAN CT
MOUNT  WASHINGTON KY 40047

CREDITOR ID: 298951-39
KEVIN L LEACOCK
32255 CINDER LANE PY
ORLANDO FL 32810

CREDITOR ID: 298952-39
KEVIN L MEADOWS & CONNIE S
MEADOWS JT TEN
964 TROUT LANE
SHELBYVILLE KY 40065

CREDITOR ID: 298953-39
KEVIN L SHIREY & CHERYL L
SHIREY JT TEN
325 CANTON ROAD
AKRON OH 44312

CREDITOR ID: 298954-39
KEVIN L WALKER
317 34TH ST W
BRADENTON FL 34205

CREDITOR ID: 298955-39
KEVIN L WILLIAMS
8285 SAILMAKER LANE
JACKSONVILLE FL 32210

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298956-39<br>KEVIN LEVELL STANLEY<br>840 LOUNE CT<br>MOBILE AL 36695 | CREDITOR ID: 298957-39<br>KEVIN LUTHER MILLER<br>361 DALE ST<br>BOONE NC 28607 | CREDITOR ID: 298958-39<br>KEVIN M BROWN & PAMELA W<br>BROWN JT TEN<br>111 EASY ST<br>FITZGERALD GA 31750 |
| CREDITOR ID: 298959-39<br>KEVIN M HAYS & B JANET HAYS<br>JT TEN<br>16270 JESSAMINE RD<br>DADE  CITY FL 33523 | CREDITOR ID: 298960-39<br>KEVIN M IRBY<br>5755 GLEN EAGLE LN<br>VERO  BEACH FL 32967 | CREDITOR ID: 298961-39<br>KEVIN M JOHNS & LISA M JOHNS<br>JT TEN<br>4676 LAMBING ROAD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 298962-39<br>KEVIN M MOLTER<br>1426 SE OAKMONT LN<br>PORT  ST  LUCIE FL 34952 | CREDITOR ID: 298964-39<br>KEVIN M ZIELINSKI<br>15998 WHITE WATER DR<br>MACOMB MI 48042 | CREDITOR ID: 298965-39<br>KEVIN MICHAEL BRANSFIELD<br>7626 WINGED FOOT DR<br>UNIT 2<br>FORT  MEYERS FL 33912 |
| CREDITOR ID: 298966-39<br>KEVIN MORA & ALMA MONDRAGON<br>MORA JT TEN<br>1929 S PEORIA ST<br>CHICAGO IL 60608 | CREDITOR ID: 298967-39<br>KEVIN MORRIS FISHER<br>7519 SANDY COVE DRIVE<br>NEW  ORLEANS LA 70128 | CREDITOR ID: 298968-39<br>KEVIN N BRYAN<br>2237 MICHELE DR<br>SARASOTA FL 34231 |
| CREDITOR ID: 298969-39<br>KEVIN P ADAMIK<br>4557 HALLMARK DR<br>PLANO TX 75024 | CREDITOR ID: 298970-39<br>KEVIN P COREY<br>8202 N MALTESE DR<br>DUNNELLON FL 32630 | CREDITOR ID: 298971-39<br>KEVIN P GONDRON<br>7712 GONDRON RD<br>NEW  IBERIA LA 70563 |
| CREDITOR ID: 298972-39<br>KEVIN P MELVIN<br>2260 SYFRETT RD<br>COTTONDALE FL 32431 | CREDITOR ID: 298973-39<br>KEVIN PRICE<br>112 MICHAEL AV<br>FORT  WALTON  BEACH FL 32547 | CREDITOR ID: 298974-39<br>KEVIN R CASTEEL<br>2082 ST RT 61<br>MARENGO OH 43334 |
| CREDITOR ID: 298975-39<br>KEVIN R HURSEY<br>220 DIXIE DR<br>WEST  GREEN GA 31567 | CREDITOR ID: 298976-39<br>KEVIN R KELLEY<br>1204 VALENCIA LN<br>AUBURNDALE FL 33823 | CREDITOR ID: 298977-39<br>KEVIN R MCCRAY & MARY E<br>MCCRAY JT TEN<br>1592 12TH ST W<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 298978-39<br>KEVIN RIMSKY<br>13218 SAINT COLE COURT<br>ORLANDO FL 32828 | CREDITOR ID: 298979-39<br>KEVIN RODDEN<br>6226 ELANOR CT<br>FLOYDS  KNOBS IN 47119 | CREDITOR ID: 298980-39<br>KEVIN S KIMURA<br>P O BOX 161141<br>HONOLULU HI 96816 |
| CREDITOR ID: 298981-39<br>KEVIN S POLLARD<br>112 KINSTLE HILL DR<br>AUBURNDALE FL 33823 | CREDITOR ID: 298982-39<br>KEVIN SANDERS<br>6344 DEATSVILLE RD<br>COXS  CREEK KY 40013 | CREDITOR ID: 298983-39<br>KEVIN SCOTT ADAMS<br>185 RIDGEWOOD PL<br>ATHENS GA 30606 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 298984-39<br>KEVIN SCOTT DAVIS<br>271 BREWSTER DR<br>FAYETTEVILLE NC 28303 | CREDITOR ID: 298985-39<br>KEVIN SCOTT MILLER<br>5505 VININGS LAKE LN<br>MABLETON GA 30126 | CREDITOR ID: 298986-39<br>KEVIN SCOTT PEEPLES<br>12577 OLD JONES RD S<br>FLORAL CITY FL 34436 |
| CREDITOR ID: 298987-39<br>KEVIN SEALSCHOTT<br>7270 LOCUSTVIEW LN<br>CINCINNATI OH 45239 | CREDITOR ID: 298988-39<br>KEVIN SKILES<br>10128 VIRGINIA AVE<br>BASSETT VA 24055 | CREDITOR ID: 298989-39<br>KEVIN STUBBS & LASHAWN<br>STUBBS JT TEN<br>622 FILMORE ST APT 134C<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 298990-39<br>KEVIN T ARTLIP<br>14595 W KOSTNER CT<br>NEW BERLIN WI 53151 | CREDITOR ID: 298991-39<br>KEVIN TODD DAVIS<br>2605 REEDYVILLE RD<br>ROUNDHILL KY 42275 | CREDITOR ID: 298992-39<br>KEVIN W LESTER<br>3630 LOCKSHIRE DRIVE<br>RICHMOND VA 23236 |
| CREDITOR ID: 298993-39<br>KEVIN W LITSEY<br>901 LAUREL OAK LN<br>PANAMA CITY FL 32408 | CREDITOR ID: 298994-39<br>KEVIN W PEARSON<br>4240 LINWOOD RD<br>GASTONIA NC 28052 | CREDITOR ID: 298995-39<br>KEVIN WEATHERFORD<br>2306 13TH ST<br>BROWNWOOD TX 76801 |
| CREDITOR ID: 298996-39<br>KEVIN WISNIEWSKI<br>451 HILLCREST DRIVE<br>ABERDEEN MD 21001 | CREDITOR ID: 298997-39<br>KEVIN Z ANDREWS<br>RT 1 BOX 678<br>MADISON FL 32340 | CREDITOR ID: 298998-39<br>KEYSERLY S MIDDLETON<br>18 HIGHLAND TERRACE FL A<br>IRVINTON NJ 07111 |
| CREDITOR ID: 298999-39<br>KHADEJAH GIBBONS<br>2900 NW 187 STREET<br>CAROL CITY FL 33056 | CREDITOR ID: 299000-39<br>KICHA M HUNTER & WILLIAM R<br>HUNTER JT TEN<br>23441 TAWAS AVE<br>HAZEL PARK MI 48030 | CREDITOR ID: 299001-39<br>KIERON S BOYLE<br>7850 NW 20TH COURT<br>SUNRISE FL 33322 |
| CREDITOR ID: 299002-39<br>KIKKOMAN INTERNATIONAL INC<br>50 CALIFORNIA ST STE 3600<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 299003-39<br>KILEY A GANNON<br>1290 DELMONT RD<br>SEVERN MD 21144 | CREDITOR ID: 299004-39<br>KILEY DESLATTE CUST TRISTAN<br>JAMES DESLATTE UNDER THE FL<br>UNIF TRAN MIN ACT<br>8908 SANDUSKY AV S<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 299005-39<br>KIM A ALBERTS & SHELDON L<br>ALBERTS JT TEN<br>24313 PIRATE HARBOR BLVD<br>PUNTA GORDA FL 33955 | CREDITOR ID: 299006-39<br>KIM ANN MULLER<br>1217 KINGSWOOD DR<br>WESTWEGO LA 70094 | CREDITOR ID: 299007-39<br>KIM C BERTUCCI<br>2217 ROOSEVELT BLVD<br>KENNER LA 70062 |
| CREDITOR ID: 299009-39<br>KIM CONQUEST<br>P O BOX 196<br>OLDSMAR FL 34677 | CREDITOR ID: 299010-39<br>KIM D PAGE<br>PO BOX 1574<br>STOCKBRIDGE GA 30281 | CREDITOR ID: 299011-39<br>KIM DENNIS GUNTER<br>114 S PINE ST<br>BATESBURG SC 29006 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299012-39<br>KIM DIANNE R CARTHEN & BILLY<br>BURTON CARTHEN JT TEN<br>1276 APACHE DR<br>GENEVA FL 32732 | CREDITOR ID: 299013-39<br>KIM E SMITH<br>2834 SW 13TH DR<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 299014-39<br>KIM H BRAGG<br>9488 VETERANS MEMORIAL DRIVE<br>TALLAHASSEE FL 32309 |
| CREDITOR ID: 299015-39<br>KIM H BURLESON<br>26419 PARKER RD<br>ALBEMARLE NC 28001 | CREDITOR ID: 299016-39<br>KIM I MCCUSKER<br>813 BENT WOOD CT<br>PALM HARBOR FL 34683 | CREDITOR ID: 299017-39<br>KIM IVERSON<br>7229 EAST 1000 N<br>HUNTSVILLE UT 84317 |
| CREDITOR ID: 299018-39<br>KIM K KINSTON<br>6104 MALVERN CIRCLE<br>FAYETTEVILLE NC 28314 | CREDITOR ID: 299019-39<br>KIM K NEWBERRY & DONALD R<br>NEWBERRY JT TEN<br>316 WALKER ST<br>PRATTVILLE AL 36066 | CREDITOR ID: 299020-39<br>KIM KAYROUZ<br>2000 UTICA PI<br>JEFFERSONVILLE IN 47130 |
| CREDITOR ID: 299021-39<br>KIM L COPELAND<br>ATT KIM WENDELKEN<br>4869 KENNDY STREET<br>HICKORY NC 28602 | CREDITOR ID: 299022-39<br>KIM L VANDERMOLEN<br>112 BERRY ST<br>JACKSON MI 49203 | CREDITOR ID: 299023-39<br>KIM LONG & STEVE LONG JT TEN<br>4524 BRENT WOOD DR<br>BELMONT NC 28012 |
| CREDITOR ID: 299025-39<br>KIM M HABEEB<br>4833 WARBLER WAY<br>LOUISVILLE KY 40213 | CREDITOR ID: 299026-39<br>KIM M HEROLD<br>9488 VETERANS MEMORIAL DR<br>TALLAHASSEE FL 32308 | CREDITOR ID: 299027-39<br>KIM M HOLLEMON<br>7271 JERUSALEM PLANK RD<br>DISPUTANTA VA 23842 |
| CREDITOR ID: 299028-39<br>KIM M KOSTENKO<br>115 DIANA ST<br>PENSACOLA FL 32503 | CREDITOR ID: 299029-39<br>KIM M PEARSON<br>1332 MARSH HEN DR<br>JACKSONVILLE FL 32218 | CREDITOR ID: 299030-39<br>KIM M SHRYOCK<br>2940 N LAKEWOOD AVE APT 8<br>CHICAGO IL 60657 |
| CREDITOR ID: 299031-39<br>KIM MESA<br>11510 NW 57 CT<br>HIALEAH FL 33012 | CREDITOR ID: 299032-39<br>KIM MORRIS & ANTHONY W<br>MORRIS JT TEN<br>3232 6TH AVE WEST<br>PALMETTO FL 34221 | CREDITOR ID: 299033-39<br>KIM P CORBETT<br>2003 COVEY LN<br>CHARLESTON SC 29412 |
| CREDITOR ID: 299034-39<br>KIM P HERBERT TTEE U-A<br>08/10/93<br>2 CEDAR ROCK MEADOWS<br>EAST GREENWICH RI 02818 | CREDITOR ID: 299035-39<br>KIM P SANDERS<br>3169 SHEELY RD<br>LENOIR NC 28645 | CREDITOR ID: 299036-39<br>KIM PERRY & RONALD PERRY<br>JT TEN<br>4471 GLEN WILLOW<br>BATAVIA OH 45103 |
| CREDITOR ID: 299037-39<br>KIM R BRUNKOW<br>3929 FULL MOON DR<br>APPLING GA 30802 | CREDITOR ID: 299038-39<br>KIM SHUMATE<br>1428 BAY FIELD CT<br>FLORENCE KY 41042 | CREDITOR ID: 299039-39<br>KIM T CHISHOLM<br>1199 DUBLIN RD # B<br>CHESTER SC 29706 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299040-39<br>KIM W DAVIES & WENDE B<br>DAVIES JT TEN<br>PO BOX 1428<br>MT  DORA FL 32757 | CREDITOR ID: 299041-39<br>KIM WENDELKEN<br>4869 KENNEDY ST<br>HICKORY NC 28602 | CREDITOR ID: 299042-39<br>KIM YOUNG<br>1391 LITTLE VALLEY LANE<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 299043-39<br>KIMBALL ANTHONY DIXON<br>5438 MADISON RD APT 12<br>CINCINNATI OH 45227 | CREDITOR ID: 299044-39<br>KIMBERLEE D FITZGERALD &<br>PATRICK D FITZGERALD JT TEN<br>4504 COMMANDER DR APT 1818<br>ORLANDO FL 32822 | CREDITOR ID: 299045-39<br>KIMBERLEE K KOSINSKI<br>4249 BOMBER RD<br>BARTOW FL 33830 |
| CREDITOR ID: 299046-39<br>KIMBERLEE R HARRIS<br>#6 STANLEY FARM RD<br>BEAUFORT SC 29906 | CREDITOR ID: 299047-39<br>KIMBERLEE SUE HARTMANN &<br>MICHAEL S HARTMANN JT TEN<br>1252 VILLAGE GLEN<br>BATAVIA OH 45103 | CREDITOR ID: 299048-39<br>KIMBERLEY A LAZAUSKAS<br>13110 35TH AVE N<br>PLYMOUTH MN 55441 |
| CREDITOR ID: 299049-39<br>KIMBERLEY M EISAMAN<br>868 OLD GRANTHAM RD<br>GOLDSBORO NC 27530 | CREDITOR ID: 299050-39<br>KIMBERLEY R GRAY & GREGORY L<br>GRAY JT TEN<br>6028 VISTA TRL<br>SOUTHSIDE AL 35907 | CREDITOR ID: 299051-39<br>KIMBERLEY WANTZ<br>1730 SW 70TH WY<br>POMPANO FL 33068 |
| CREDITOR ID: 299052-39<br>KIMBERLI A FACKLER<br>5520 FRIENDLY ST<br>COCOA FL 32927 | CREDITOR ID: 299053-39<br>KIMBERLI R PITTMAN<br>4692 GARRISON INN CT NW<br>CONCORD NC 28027 | CREDITOR ID: 299054-39<br>KIMBERLIE C HENDRICKS &<br>DAVID R HENDRICKS JT TEN<br>ATTN KIMBERLIE L DUPREE<br>10416 OKLAWAHA AVE<br>TAMPA FL 33617 |
| CREDITOR ID: 299055-39<br>KIMBERLIE L POPE<br>750 010 111 HWY<br>GOLDSBORO NC 27534 | CREDITOR ID: 299056-39<br>KIMBERLY A BLACKMER<br>1550-A FORREST LAKES CIRCLE<br>WP  BEACH FL 33406 | CREDITOR ID: 299057-39<br>KIMBERLY A BURCH<br>760 BONEVILLE RD SE<br>THOMSON GA 30824 |
| CREDITOR ID: 299058-39<br>KIMBERLY A CHILDS<br>270 IHLE DR<br>CINCINNATI OH 45238 | CREDITOR ID: 299059-39<br>KIMBERLY A DRYSDALE<br>P O BOX 41<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 299060-39<br>KIMBERLY A ELLIOTT<br>5980 ANTIOCH CT<br>POWDER  SPRINGS GA 30073 |
| CREDITOR ID: 299061-39<br>KIMBERLY A HERRIN<br>216 OLD PLANTATION TRAIL NW<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 299062-39<br>KIMBERLY A JACOBS<br>12378 BUCK RD<br>MIDDLESEX NC 27557 | CREDITOR ID: 299063-39<br>KIMBERLY A KLEIER<br>4208 PRINCE LANE<br>LOUISVILLE KY 40299 |
| CREDITOR ID: 299064-39<br>KIMBERLY A MARSH<br>2141 4TH AVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 299065-39<br>KIMBERLY A MOTES<br>PO BOX 23<br>MANSFIELD TX 76063 | CREDITOR ID: 299066-39<br>KIMBERLY A MULLARNEY<br>4955 N ORANGE AVE<br>WINTER  PARK FL 32792 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299067-39<br>KIMBERLY A PATT<br>6181 PARKERS HAMMOCK RD<br>NAPLES FL 34112 | CREDITOR ID: 299068-39<br>KIMBERLY A POLLITT<br>616 FIRST AVE<br>LADY  LAKE FL 32159 | CREDITOR ID: 299069-39<br>KIMBERLY A RUPPARD &<br>STEVE G RUPPARD JT TEN<br>310 HIGH KNOLLS LN<br>DEEP  GAP NC 28618 |
| CREDITOR ID: 299070-39<br>KIMBERLY A SABB<br>6192 DEEPWOOD DR WEST<br>JACKSONVILLE FL 32244 | CREDITOR ID: 299071-39<br>KIMBERLY A SAWYER<br>P O BOX 1844<br>MACCLENNY FL 32063 | CREDITOR ID: 299072-39<br>KIMBERLY A WATTS<br>7021  253RD ST  E<br>MYAKKA  CITY FL 34251 |
| CREDITOR ID: 299073-39<br>KIMBERLY A WILLIS<br>BOX 97<br>GREENSBORO FL 32330 | CREDITOR ID: 299074-39<br>KIMBERLY ANN HERBIG<br>6455 OVERTON ST<br>BATON  ROUGE LA 70808 | CREDITOR ID: 299075-39<br>KIMBERLY ANN KERR & JAMES<br>SCOTT KERR JT TEN<br>1756 MACK THOMAS RD<br>ELIZABETHTOWN KY 42701 |
| CREDITOR ID: 299076-39<br>KIMBERLY ANN PONDER & SCOTT<br>FRANCIS PONDER JT TEN<br>7700 STRATFORD BLVD<br>ORLANDO FL 32807 | CREDITOR ID: 299077-39<br>KIMBERLY ANN ROSS<br>PO BOX 1395<br>STUART FL 34995 | CREDITOR ID: 299078-39<br>KIMBERLY ANN WISE CUST KEVIN<br>MICHAEL WISE UNDER THE UNIF<br>TRAN MIN ACT FL<br>52 ST KITTS SE CI<br>WINTER  HAVEN FL 33884 |
| CREDITOR ID: 299079-39<br>KIMBERLY ANNETTE HUFFSTETLER<br>37323 POB 37323<br>CHARLOTTE NC 28237 | CREDITOR ID: 299080-39<br>KIMBERLY BREWINGTON<br>3566 RENNERT RD<br>LUMBERTON NC 28360 | CREDITOR ID: 299081-39<br>KIMBERLY C BRAGG<br>1047 WEAVER DR<br>OVIEDO FL 32765 |
| CREDITOR ID: 299082-39<br>KIMBERLY C HYATT<br>PO BOX 1362<br>BOONE NC 28607 | CREDITOR ID: 299083-39<br>KIMBERLY C PORTALE<br>6906 AMBRIDGE CIR<br>LOUISVILLE KY 40207 | CREDITOR ID: 299084-39<br>KIMBERLY C WILLIS<br>223 LAKE SHORE DR<br>THOMASVILLE GA 31757 |
| CREDITOR ID: 299085-39<br>KIMBERLY CROSIER<br>285 WAITES DR S<br>CROPWELL AL 35054 | CREDITOR ID: 299086-39<br>KIMBERLY CROUCH<br>6898 SEA DAISY DRIVE<br>LANTANA FL 33462 | CREDITOR ID: 299087-39<br>KIMBERLY D CLINE<br>2220 MEDICAL CENTER RD<br>DANVILLE VA 24541 |
| CREDITOR ID: 299088-39<br>KIMBERLY D FONTENOT<br>1111 L'ANSE DE TATE<br>VILLE  PLATTE LA 70586 | CREDITOR ID: 299089-39<br>KIMBERLY D KNIGHT<br>404 HILLTOP RD<br>GLENNVILLE GA 30427 | CREDITOR ID: 299090-39<br>KIMBERLY D MILLHOLLAN &<br>CHARLES F MILLHOLLAN JT TEN<br>3343 MABRY TERR<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 299091-39<br>KIMBERLY D OSBORNE &<br>DANIELLE E OSBORNE JT TEN<br>PO BOX 2472<br>PONTE  VEDRA  BCH FL 32004 | CREDITOR ID: 299092-39<br>KIMBERLY D RIVERA<br>2881 GALLUP CT<br>DELTONA FL 32738 | CREDITOR ID: 299093-39<br>KIMBERLY D STEVENS<br>ATTN KIMBERLY D NUR<br>3135 W 22ND ST<br>PANAMA  CITY FL 32405 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                           **CASE: 05-03817-3F1**

CREDITOR ID: 299094-39
KIMBERLY DAVIS SAAVEDRA
9381 SW 134TH ST
MIAMI FL 33176

CREDITOR ID: 299096-39
KIMBERLY DAWN PAIR CUST
THOMAS MICHAEL PAIR UNIF
TRAN MIN ACT AL
3937 DALRAIDA PL
MONTGOMERY AL 36109

CREDITOR ID: 299095-39
KIMBERLY DAWN PAIR CUST
RACHEL LAUREN PAIR UNIF TRAN
MIN ACT AL
3937 DALRAIDA PL
MONTGOMERY AL 36109

CREDITOR ID: 299097-39
KIMBERLY DENICE MEBANE
677 KINGSTON AVE
ROCKY MOUNT NC 27803

CREDITOR ID: 299098-39
KIMBERLY DENTON
401 TROY GODBEY LN
SCIENCE HILL KY 42553

CREDITOR ID: 299099-39
KIMBERLY DIANE VICKERY
9027 WOODRUN RD
PENSACOLA FL 32514

CREDITOR ID: 299100-39
KIMBERLY DICKENSON
2027 N POINTE ALEXIS DR
TARPON SPRINGS FL 34689

CREDITOR ID: 299101-39
KIMBERLY E HORNE
72 PLEASANT GARDESN DRIVE
TAYLORSVILLE NC 28681

CREDITOR ID: 299102-39
KIMBERLY E KNIGHTEN
1192 TOLKIEN LN
JACKSONVILLE FL 32225

CREDITOR ID: 299103-39
KIMBERLY F GRIFFIN
16328 EMERALD COVE DR
LUTZ FL 33549

CREDITOR ID: 299104-39
KIMBERLY FORST CAMARDO
10707 CALLANISH PARK DR
AUSTIN TX 78750

CREDITOR ID: 299105-39
KIMBERLY FRANCES CARTER
5503 EAST KIRBY ST
TAMPA FL 33617

CREDITOR ID: 299106-39
KIMBERLY G ALEXANDER
3120 PINE SHADOW DR
LAND O LAKES FL 34639

CREDITOR ID: 299107-39
KIMBERLY G GEIGER
PO BOX 1197
HILLIARD FL 32046

CREDITOR ID: 299108-39
KIMBERLY G STEVENSON
5326 SUMMERWOOD DRIVE
GREENSBORO NC 27455

CREDITOR ID: 299109-39
KIMBERLY GEARIN
983 VINTON WOODS DR
FOREST PARK GA 30050

CREDITOR ID: 299110-39
KIMBERLY GRAHAM GUTTUSO
19009 SISTERS RD
PONCHATOULA LA 70454

CREDITOR ID: 299112-39
KIMBERLY HART
360 LK GENEVA RD
GENEVA FL 32732

CREDITOR ID: 299113-39
KIMBERLY I MARSH
12820 LAKE VISTA DR
GIBSONTON FL 33534

CREDITOR ID: 299114-39
KIMBERLY J BRANDHORST
318 COTTONWOOD DR
ORANGEBURG SC 29118

CREDITOR ID: 299115-39
KIMBERLY J EMPERATO
1648 TAYLOR RD #142
PORT ORANGE FL 32128

CREDITOR ID: 299116-39
KIMBERLY J HAYNIE
165 BARNARDSVILLE HWY
WEAVERVILLE NC 28787

CREDITOR ID: 299117-39
KIMBERLY J PODANY & JAMES M
PODANY JT TEN
2005 MASON ST
DURANT OK 74701

CREDITOR ID: 299118-39
KIMBERLY J WARD
2225 BENNINGTON AVE
FLOWER MOUND TX 75028

CREDITOR ID: 299119-39
KIMBERLY J WICKE
ATTN KIMBERLY J WILLIAMS
2200 SATELLITE BLVD APT 1121
DULUTH GA 30097

CREDITOR ID: 299120-39
KIMBERLY JANE ADAMS
ATTN KIMBERLY JANE MILEWSKY
2020 TRIBBLE WALK DR
LAWRENCEVILLE GA 30045

CREDITOR ID: 299121-39
KIMBERLY JEAN WORTHINGTON
ATTN KIM WORTHINGTON WEST
150 MARSHALL LANE
SOUTHFIELD NC 27577

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 299122-39<br>KIMBERLY JO FULLER<br>6898 SEA DAISY DRIVE<br>LANTANA FL 33462 | CREDITOR ID: 299123-39<br>KIMBERLY JO GILLETTE<br>3891 PARTRIDGE PL<br>CONYERS GA 30208 | CREDITOR ID: 299124-39<br>KIMBERLY K KNOTT<br>9708 STONEY BRIDGE RD<br>FORT  WORTH TX 76108 |
| CREDITOR ID: 299125-39<br>KIMBERLY K POOLE<br>2400 RED MAPLE LANE<br>RESTON VA 20191 | CREDITOR ID: 299126-39<br>KIMBERLY K STRATTON<br>11090 SE FEDERAL HWY, LOT 5<br>HOBE  SOUND FL 33455 | CREDITOR ID: 299127-39<br>KIMBERLY KAY CLEMONS<br>2654 GLENVIEW DRIVE<br>LAND  O  LAKES FL 34639 |
| CREDITOR ID: 299128-39<br>KIMBERLY KRISTINA TOWNSEND<br>5200 DOVE DR<br>NEWPORT  RITCHEY FL 34652 | CREDITOR ID: 299129-39<br>KIMBERLY L ODOM<br>2617 ENGLISH COLONY DR<br>LAPLACE LA 70068 | CREDITOR ID: 299130-39<br>KIMBERLY LYNN CLACK<br>787 PARK VALLEY CIR<br>CLERMONT FL 34711 |
| CREDITOR ID: 299131-39<br>KIMBERLY LYNN MUNCY<br>403 W WILSON ST<br>CLEBURNE TX 76033 | CREDITOR ID: 299132-39<br>KIMBERLY M ANDERSON<br>4440 SW 24TH STREET<br>HOLLYWOOD FL 33023 | CREDITOR ID: 299133-39<br>KIMBERLY M HIGGINS<br>1414 YARBOUGH RD<br>MARBURY AL 36051 |
| CREDITOR ID: 299134-39<br>KIMBERLY M SULLIVAN<br>31911 BUTCH BENNETT ROAD<br>WALKER LA 70785 | CREDITOR ID: 299135-39<br>KIMBERLY M VOWINKEL<br>4510 HENDERSON BLVD<br>TAMPA FL 33629 | CREDITOR ID: 299136-39<br>KIMBERLY NICOLE GUNTER<br>114 S PINE ST<br>BATESBURG SC 29006 |
| CREDITOR ID: 299137-39<br>KIMBERLY NORMAN & RONNIE<br>NORMAN JT TEN<br>1582 BALLTOWN ROAD<br>BARDSTOWN KY 40004 | CREDITOR ID: 299138-39<br>KIMBERLY PIKE MITCHELL<br>411 N BOYD ST<br>GASTONIA NC 28052 | CREDITOR ID: 299139-39<br>KIMBERLY R ANDERSON<br>5715 CISCO DRIVE W<br>JACKSONVILLE FL 32219 |
| CREDITOR ID: 299140-39<br>KIMBERLY R LANCASTER &<br>THOMAS B LANCASTER JT TEN<br>998 SW ABBOT AVE<br>PORT  SAINT  LUCIE FL 34953 | CREDITOR ID: 299141-39<br>KIMBERLY R ROBY<br>855 ROBY RD<br>REYNOLDS  STATION KY 42368 | CREDITOR ID: 299142-39<br>KIMBERLY R THOMASON<br>184 WYCCKLIFFE DR<br>LOCUST  GROVE GA 30248 |
| CREDITOR ID: 299143-39<br>KIMBERLY ROBIN LINDSEY<br>C/O KIMBERLY ROBIN NORWOOD<br>1096 SHELBY LANE<br>HIRAM GA 30141 | CREDITOR ID: 299144-39<br>KIMBERLY S CAIN<br>6441 FOSTER ST<br>JUPITER FL 33458 | CREDITOR ID: 299145-39<br>KIMBERLY S HUDSON<br>105 PEMBERTON DR<br>GREENVILLE SC 29611 |
| CREDITOR ID: 299146-39<br>KIMBERLY S JONES & KENNETH G<br>JONES JT TEN<br>3530 DEIBEL WAY<br>LOUISVILLE KY 40220 | CREDITOR ID: 299147-39<br>KIMBERLY S SHAND<br>2602 N DIXIE FRWY<br>NEW  SMYRNA  BEACH FL 32168 | CREDITOR ID: 299148-39<br>KIMBERLY S SLIGH<br>206 WATERVALE RD<br>MARTINEZ GA 30907 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299149-39 | CREDITOR ID: 299150-39 | CREDITOR ID: 299151-39 |
| KIMBERLY SMITH | KIMBERLY SMYTH | KIMBERLY SUSAN HESS |
| 4086 DANNY DR | 4408 GASTON STREET | 565 PONTIUS RD |
| KENNEDALE TX 76060 | SPRING HILL FL 34607 | CINCINNATI OH 45233 |
| | | |
| CREDITOR ID: 299152-39 | CREDITOR ID: 299153-39 | CREDITOR ID: 299154-39 |
| KIMBERLY VINSON KERRIGAN | KIMBERLY WALDOCK | KIMBERLY WILLIAMS |
| PO BOX 1493 | 802 N LOCUST ST | 2311 NAVASOTA ST |
| AIKEN SC 29802 | PITTSBURG KS 66762 | GRANBURY TX 76048 |
| | | |
| CREDITOR ID: 299155-39 | CREDITOR ID: 299156-39 | CREDITOR ID: 299157-39 |
| KIMI GAINES | KINDRA LYNN GEORGE | KING MC CUBBIN & MARY L MC |
| 4600 CRANSTON PL | 11419 ELAINE DR | CUBBIN TEN ENT |
| ORLANDO FL 32812 | JACKSONVILLE FL 32218 | 909 WILLARD CIR |
| | | STATE COLLEGE PA 16803 |
| CREDITOR ID: 299158-39 | CREDITOR ID: 299159-39 | CREDITOR ID: 299160-39 |
| KINSKY JEUNE | KIRA M GEYER | KIRA MARIE APONTE |
| 2820 NW 100 STREET | 138 ROSEDALE DR | 4024 E LA STATE DR |
| MIAMI FL 33147 | DELTONA FL 32738 | KENNER LA 70065 |
| | | |
| CREDITOR ID: 299161-39 | CREDITOR ID: 299162-39 | CREDITOR ID: 299163-39 |
| KIRBY CARPENTER | KIRBY CARY JACOBSEN | KIRBY F RHODES |
| 7617 PINE BLUFF RD | 63 SEAMAN RD | 217 BART ST |
| DENHAM SPRINGS LA 70726 | WEST ORANGE NJ 07052 | BOURG LA 70343 |
| | | |
| CREDITOR ID: 299164-39 | CREDITOR ID: 299165-39 | CREDITOR ID: 299167-39 |
| KIRBY HAMILTON | KIRBY J NAQUIN JR | KIRITKUMAR K SHAH |
| 1652 SAN MARCO BLVD | 3437 W LOYOLA DR | 220 PRESTON CT |
| JACKSONVILLE FL 32207 | KENNER LA 70065 | FREMONT CA 94536 |
| | | |
| CREDITOR ID: 299168-39 | CREDITOR ID: 299169-39 | CREDITOR ID: 299170-39 |
| KIRITKUMAR K SHAH & DINESH | KIRK A BRENNAN | KIRK A ELGIN |
| SANGHAVI JT TEN | 12510 RUNNING RIVER RD S | 13443 ANNE CLEVES AVE |
| 220 PRESTON CT | JACKSONVILLE FL 32225 | BATON ROUGE LA 70816 |
| FREMONT CA 94536 | | |
| CREDITOR ID: 299171-39 | CREDITOR ID: 299172-39 | CREDITOR ID: 299173-39 |
| KIRK BRUNGARDT | KIRK D MOUDY & MICHELE LYNN | KIRK F SINK |
| 1080 BANK STREET | MOUDY JT TEN | 767 42ND AVE NE |
| SMYRNA GA 30080 | 159 REIDS RD A | ST PETERSBURG FL 33703 |
| | EATONTON GA 31024 | |
| CREDITOR ID: 299174-39 | CREDITOR ID: 299175-39 | CREDITOR ID: 299176-39 |
| KIRK J HILTON | KIRK L MCKNIGHT | KIRK P EGAN |
| 141 TAYLOR STREET | 23-3 OGAWACHO | 4306 TAGGART DR |
| LEESBURG GA 31763 | YOKOSUKA 238 | LOUISVILLE KY 40207 |
| | JAPAN | |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299177-39<br>KIRK P EGAN & K LYNN EGAN<br>JT TEN<br>4306 TAGGART DR<br>LOUISVILLE KY 40207 | CREDITOR ID: 299179-39<br>KIRSTEN LAEL SCHULTZ<br>3605 DOE LN APT G<br>BIRMINGHAM AL 35216 | CREDITOR ID: 299180-39<br>KISHA HOWARD<br>2440 NW 12TH ST<br>POMPANO  BEACH FL 33069 |
| CREDITOR ID: 299181-39<br>KISHORE KAVURI<br>208 EARLWOOD DRIVE<br>DUBLIN GA 31021 | CREDITOR ID: 299183-39<br>KISTA MALONE JOHNSON<br>13832 RIVERPATH GROVE DR<br>ORLANDO FL 32826 | CREDITOR ID: 299184-39<br>KIT E LUNCEFORD<br>625 MT VIEW RD<br>BLUFF  CITY TN 37618 |
| CREDITOR ID: 299185-39<br>KITTY J RUTLAND &<br>RACHEL BROWN JT TEN<br>49 FLEETWOOD DR<br>MONTGOMERY AL 36110 | CREDITOR ID: 280595-39<br>KNECHTLE, HEIDI P (MINOR)<br>C/O ANN J KNECHTLE CUST<br>639 SMITH RIDGE RD<br>NEW  CANAAN CT 06840 | CREDITOR ID: 280294-39<br>KNIGHT, ANDREW C  & SUSAN C JT TEN<br>RT 2 BOX 2632<br>STARKE FL 32091 |
| CREDITOR ID: 280343-39<br>KOCZUR, ANDREW W<br>1407 FOSTER CREEK RD #1<br>ANACONDA MT 59711 | CREDITOR ID: 299186-39<br>KOLANDA HALL<br>404 E WIMBLETON CT APT B<br>TAMPA FL 33604 | CREDITOR ID: 299187-39<br>KONJETA HENRY<br>1742 JOB AVE<br>ZACHARY LA 70791 |
| CREDITOR ID: 299189-39<br>KONRAD PRIESCHL & CHRISTA<br>PRIESCHL JT TEN<br>16737 HAMLIN BLVD<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 305683-39<br>KOPEC, HANNAH (MINOR)<br>C/O PATRICIA KOPEC CUST<br>530 BRIGHTMORE DOWNS<br>ALPHARETTA GA 30005 | CREDITOR ID: 305684-39<br>KOPEC, KATHERINE (MINOR)<br>C/O PATRICIA KOPEC CUST<br>530 BRIGHTMORE DOWNS<br>ALPHARETTA GA 30005 |
| CREDITOR ID: 299190-39<br>KOREEN J TOLMAN<br>680 N OTSEGO LAKE DR<br>GAYLORD MI 49735 | CREDITOR ID: 280306-39<br>KORODY, ANDREW J  & ANN M JT TEN<br>1257 SIXTH AVENUE<br>MARCO  ISLAND FL 34145 | CREDITOR ID: 299191-39<br>KORY KNOTT<br>5641 LONGHORN TRL<br>JOSHUA TX 76058 |
| CREDITOR ID: 299192-39<br>KRAIG A CUMMINS<br>210 E LAUREL<br>HUGO OK 74743 | CREDITOR ID: 299193-39<br>KRAIG S VON NOSTITZ<br>2425 MEADOW ROAD<br>LOUISVILLE KY 40205 | CREDITOR ID: 299194-39<br>KRIS A CARLSON<br>2811 GRAFTON ST<br>SARASOTA FL 34231 |
| CREDITOR ID: 299195-39<br>KRIS GILLUM<br>PO BOX 458<br>ROSS OH 45061 | CREDITOR ID: 299196-39<br>KRIS SCOTT<br>7604 CHABLIS CI<br>GULF  BREEZE FL 32566 | CREDITOR ID: 299197-39<br>KRISANN K MATHEWSON & EDWARD<br>A MATHEWSON JT TEN<br>3047 MANCINI TERRACE<br>PUNTA  GORDA FL 33983 |
| CREDITOR ID: 299198-39<br>KRISENDAT CHETRAM<br>3731 S W 60TH AVENUE APT #2<br>DAVIE FL 33314 | CREDITOR ID: 288443-39<br>KRISS, DOUGLAS S<br>3582 HOMEWOOD LN<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 299199-39<br>KRIST DELARM<br>2515 ST JOHNS AVE<br>PALATKA FL 32177 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299200-39<br>KRISTA A WHATLEY<br>C/O KRISTA TAYLOR<br>2820 NW 106 DRIVE<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 299201-39<br>KRISTA E GAUSS<br>1851 BRISTOL RD<br>CHURCHVILLE PA 18966 | CREDITOR ID: 299202-39<br>KRISTA GREENALL<br>2820 MOUNTAIN BROOK RD<br>CANTON GA 30114 |
| CREDITOR ID: 299203-39<br>KRISTA S GATES<br>3255 HARMENY LN<br>CINCINNATI OH 45248 | CREDITOR ID: 299204-39<br>KRISTAL E KNIGHT<br>1930 WARD AVE<br>VALDOSTA GA 31601 | CREDITOR ID: 299205-39<br>KRISTAL LYNN GUARDIA<br>3133 SW 15TH CT<br>FT LAUDERDALE FL 33312 |
| CREDITOR ID: 299206-39<br>KRISTAN LEIGH YOUNG<br>5760 COLIMA PL<br>JACKSONVILLE FL 32210 | CREDITOR ID: 299207-39<br>KRISTEE WHITE<br>228 LESTER ST<br>BURLESON TX 76028 | CREDITOR ID: 299208-39<br>KRISTEN DEITZ<br>4726 MIMILO RD<br>KAPAA HI 96746 |
| CREDITOR ID: 299209-39<br>KRISTEN IULIANO<br>13906 TIFFANY PINES CIR N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 299211-39<br>KRISTEN L VALENTINE<br>78877 RED CLOVER COURT<br>JACKSONVILLE FL 32256 | CREDITOR ID: 299210-39<br>KRISTEN L VALENTINE<br>7887 RED CLOVER COURT<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 299212-39<br>KRISTEN TALBOT<br>4911 14TH ST W 202<br>BRADENTON FL 34207 | CREDITOR ID: 299213-39<br>KRISTEN WALKER<br>424 MOHICAN DR<br>LOVELAND OH 45140 | CREDITOR ID: 299214-39<br>KRISTI CAHOON<br>7712 BOGART DR<br>FT MYERS FL 33917 |
| CREDITOR ID: 299215-39<br>KRISTI L MCDOW<br>RR 2 BOX 294-1<br>COLLINSVILLE AL 35961 | CREDITOR ID: 299216-39<br>KRISTI LYN MEDLEY<br>2240 RHINEHILL RD SE<br>ATLANTA GA 30315 | CREDITOR ID: 299217-39<br>KRISTI M DUTTON<br>1932 COUNTY RD 99<br>COLLINSVILLE AL 35961 |
| CREDITOR ID: 299218-39<br>KRISTI MARTEL<br>815 RIDGEWOOD COVE W<br>NICEVILLE FL 32578 | CREDITOR ID: 299219-39<br>KRISTIAN P GUNDERSEN &<br>VINCENT SAN FILIPPO JT TEN<br>P.O. BOX 530697<br>DEBARY FL 32753-0697 | CREDITOR ID: 299220-39<br>KRISTIE DAVIS<br>RT 1 BOX 2470<br>ALAPAHA GA 31622 |
| CREDITOR ID: 299222-39<br>KRISTIE LYNN KIERNAN CUST<br>ELIZABETH ANNE KIERNAN<br>3803 PETTUS ROAD<br>HOPE HULL AL 36043 | CREDITOR ID: 299221-39<br>KRISTIE LYNN KIERNAN CUST<br>AUSTIN BLAKE KIERNAN UNIF<br>TRAN MIN ACT AL<br>3803 PETTUS ROAD<br>HOPE HULL AL 36043 | CREDITOR ID: 299223-39<br>KRISTIL LEANNE LAIL<br>1380 POPLAR HILL RD<br>CONOVER NC 28613 |
| CREDITOR ID: 299224-39<br>KRISTIN BROWN<br>13205 CLAYTON ROAD<br>SAN JOSE CA 95127 | CREDITOR ID: 299225-39<br>KRISTIN ELAINE BARFIELD<br>1381 S NC HWY III<br>CHINQUAPIN NC 28521 | CREDITOR ID: 299226-39<br>KRISTIN GRASSI CUST ANTHONY<br>MICHAEL GRASSI UNIF TRAN MIN<br>ACT FL<br>4319 NW 112TH AVE<br>CORAL SPRINGS FL 33065 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299227-39<br>KRISTIN HARDCASTLE<br>PO BOX 1774<br>FERNANDINA  BEACH FL 32035 | CREDITOR ID: 299228-39<br>KRISTIN L SMITH<br>2026 WINTERSET DR<br>LAKELAND FL 33813 | CREDITOR ID: 299229-39<br>KRISTIN MAE JOHNSON<br>10124 NE 143RD STREET<br>BOTHELL WA 98011 |
| CREDITOR ID: 299230-39<br>KRISTINA B THOMPSON<br>5 SWEETBERRY CT<br>IRMO SC 29063 | CREDITOR ID: 299231-39<br>KRISTINA BURNS<br>2816 SAINT MARIE ST<br>MERAUX LA 70075 | CREDITOR ID: 299232-39<br>KRISTINA HAYES<br>1562 SAN DIEGO DR<br>DUNEDIN FL 34698 |
| CREDITOR ID: 299233-39<br>KRISTINA KINCAID<br>555 BELCHER RD B 204<br>LARGO FL 34641 | CREDITOR ID: 299234-39<br>KRISTINA MICHELLE SAWYER<br>2453 SWEET OAK ST<br>OCOEE FL 34761 | CREDITOR ID: 299235-39<br>KRISTINA S BOWERS<br>5 SWEETBERRY CT<br>IRMO SC 29063 |
| CREDITOR ID: 299236-39<br>KRISTINE LANTER<br>6054 DELFAIR LN<br>MILFORD OH 45150 | CREDITOR ID: 299237-39<br>KRISTINE LASSEIGNE HEBERT<br>1021 RUSSO MILIZZO RD LOT 30<br>ST  MARTINVILLE LA 70582 | CREDITOR ID: 299238-39<br>KRISTINE LYNN DILL<br>10736 PASO FINO DR<br>LAKE  WORTH FL 33467 |
| CREDITOR ID: 299239-39<br>KRISTINE M BOGGESS<br>163 SE 20TH ST<br>CAPE  CORAL FL 33990 | CREDITOR ID: 299240-39<br>KRISTINE M PANTLEY<br>7215 E. POWELL AVENUE<br>EVANSVILLE IN 47715 | CREDITOR ID: 299241-39<br>KRISTOPHER KING TOMS<br>3101 SUGGS STREET<br>BELMONT NC 28012 |
| CREDITOR ID: 299242-39<br>KRISTOPHER S ARMOUR<br>393 SIMS-HARRIS RD<br>GILLSVILLE GA 30543 | CREDITOR ID: 299243-39<br>KRISTY A MORRIS<br>926 MORRIS RD<br>TONEY AL 35773 | CREDITOR ID: 299244-39<br>KRISTY G THEVENOT<br>1304 N UPLAND AVE<br>METAIRIE LA 70003 |
| CREDITOR ID: 299245-39<br>KRISTY HARBIN & TROY LEE<br>HARBIN JT TEN<br>228 E BETHESDA ROAD<br>BURLESON TX 76028 | CREDITOR ID: 299246-39<br>KRISTY L LOUQUE<br>P O BOX 127<br>PAULINA LA 70763 | CREDITOR ID: 299247-39<br>KRISTY L VARNER<br>2081 RIVERSIDE CIRCLE<br>EDEN NC 27288 |
| CREDITOR ID: 299248-39<br>KRISTY M BERGERON<br>124 N EZIDORE AVE<br>GRAMERCY LA 70052 | CREDITOR ID: 299249-39<br>KRISTY M SIMPSON<br>964 PINE GROVE RD<br>SENECA SC 29678 | CREDITOR ID: 299250-39<br>KRISTY MARIE METZMEIER<br>475 MEADOWVIEW LN<br>CECILIA KY 42724 |
| CREDITOR ID: 299251-39<br>KRISTY THIBODEAUX<br>278 BLAIRE DR<br>EUNICE LA 70535 | CREDITOR ID: 299252-39<br>KRISTYN PITTMAN<br>2300 RIVERDALE DR N<br>MIRAMAR FL 33025 | CREDITOR ID: 299253-39<br>KRYSTA ANN WILSON<br>4791 RIDGEWOOD CREEK DRIVE<br>ACWORTH GA 30102 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299254-39<br>KRYSTAL EVETTE JONES<br>18451 NW 37TH AVE 169<br>MIAMI FL 33056 | CREDITOR ID: 299255-39<br>KRYSTAL KELLY ALFORD MORLEY<br>610 HOBBS DRIVE<br>JACKSONVILLE NC 28540 | CREDITOR ID: 299256-39<br>KUNIKO NERN<br>3032 STARR<br>ROYAL  OAK MI 48073 |
| CREDITOR ID: 280081-39<br>KURJI, ALNOOR<br>6254 106TH AVE N<br>PINELLAS  PARK FL 33782 | CREDITOR ID: 299257-39<br>KURT A KOSKINEN<br>P O BOX 751<br>FRUITLAND  PARK FL 34731 | CREDITOR ID: 299258-39<br>KURT ALLEN WINEGARDNER<br>1266 MARINA PT APT 310<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 299259-39<br>KURT ALVIN PETERSEN<br>15780 UNION CHAPEL RD<br>WOODBINE MD 21797 | CREDITOR ID: 299260-39<br>KURT D HAGLUND<br>8417 MILLCREEK LANE<br>HUDSON FL 34667 | CREDITOR ID: 299261-39<br>KURT JOHNSON<br>21020 KENYON ST<br>CEDAR MN 55011 |
| CREDITOR ID: 299262-39<br>KURT MICHEL<br>18 CYNTHIA ST<br>WESTWEGO LA 70094 | CREDITOR ID: 299263-39<br>KURT R SALTMER<br>280 N HILLTOP DRIVE<br>TITUSVILLE FL 32796 | CREDITOR ID: 299264-39<br>KURT S GRUNWALD<br>2545 ROOSEVELT BLVD<br>KENNER LA 70062 |
| CREDITOR ID: 299265-39<br>KURT S SCHORPEN<br>432 GALLEGOS<br>PUNTA  GORDA FL 33983 | CREDITOR ID: 299266-39<br>KURT WATSON<br>6781 121 AVE N<br>APARTMENT C<br>LARGO FL 33773 | CREDITOR ID: 299267-39<br>KURTIS M ESTEBANEZ<br>411 1ST ST S # 404<br>JAXVILLE  BCH FL 32250 |
| CREDITOR ID: 299268-39<br>KWAKU M GYASI<br>6410 LEDBURY DRIVE SOUTH<br>JACKSONVILLE FL 32210 | CREDITOR ID: 299269-39<br>KWAN J ROBINSON<br>256 N WEBSTER AVE<br>LAKE  PLACID FL 33815 | CREDITOR ID: 299270-39<br>KYLA M JOHNSON<br>3230 PEOPLES AVE<br>NEW  ORLEANS LA 70122 |
| CREDITOR ID: 299271-39<br>KYLE B WILSON<br>407 NE ORCHID STREET<br>PINETTA FL 32350 | CREDITOR ID: 299272-39<br>KYLE DONALD SCHULTZ<br>223 MONTGOMERY ST<br>DECATUR GA 30030 | CREDITOR ID: 299273-39<br>KYLE J USTICK<br>330 NW 54TH ST<br>FORT  LAUDERDALE FL 33309 |
| CREDITOR ID: 299274-39<br>KYLE KENNETH BROOKS<br>P O BOX 331<br>WEWAHITCHKA FL 32465 | CREDITOR ID: 299275-39<br>KYMBERLY READ WOLFSON<br>1725 BEACH AVE<br>ATLANTIC  BEACH FL 32233 | CREDITOR ID: 299276-39<br>KYONG H FIELDS<br>5 MEADOWS CIR<br>FORT  WALTON  BEACH FL 32548 |
| CREDITOR ID: 299277-39<br>L C HARDY<br>5101 GROVE ST<br>FORT  WORTH TX 76180 | CREDITOR ID: 299278-39<br>L CARL WOLFF<br>4241 COCHRAN CHAPEL<br>DALLAS TX 75209-1505 | CREDITOR ID: 299281-39<br>L DAIL ROBINSON & BARBARA S<br>ROBINSON JT TEN<br>2203 MARKET ST<br>WILMINGTON NC 28403 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299282-39<br>L DAVID HELLWEGE<br>22608 HILLTOP AVE<br>PANAMA  CITY  BCH FL 32413 | CREDITOR ID: 299285-39<br>L GAYLE WALTERS<br>8421 RUSSELL RD<br>NASHVILLE TN 37221 | CREDITOR ID: 299286-39<br>L GORDON PFEFFERKORN JR<br>PO BOX 601<br>WINSTON  SALEM NC 27102 |
| CREDITOR ID: 299288-39<br>L KATE K WEATHERSPOON<br>P O BOX 662<br>MADISON FL 32341 | CREDITOR ID: 299289-39<br>L KURT WALKER & WYNONA SUE<br>WILKERSON JT TEN<br>3367 ST VINCENT TERRACE<br>LAKELAND FL 33813 | CREDITOR ID: 299290-39<br>L L SHEDENHELM<br>13649 MARSH HARBOR DR<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 299291-39<br>L M ZEIGLER & SAMANTHA L<br>ZEIGLER JT TEN<br>333 CHAROLETTE ST<br>WINTERGARDEN FL 34787 | CREDITOR ID: 299292-39<br>L MICHAEL ADAMS<br>PO BOX 136<br>SCOTLAND GA 31083 | CREDITOR ID: 299293-39<br>L MICHAEL CASKEY<br>6901-21 STILLWATER POINT<br>RALEIGH NC 27613 |
| CREDITOR ID: 299294-39<br>L PERRIGO CO<br>117 WATER ST<br>ALLEGAN MI 49010 | CREDITOR ID: 299295-39<br>L SCOTT BLANKENSHIP<br>8158 WINDING TRAIL<br>MASON OH 45040 | CREDITOR ID: 299296-39<br>LA MONTE E HART<br>509 CUSTER ST<br>SULPHUR LA 70663 |
| CREDITOR ID: 299297-39<br>LA PETITE ROCHE PARTNERSHIP<br>P O DRAWER A<br>BATESVILLE AR 72503 | CREDITOR ID: 299298-39<br>LACEY R KNOX<br>PO BOX 6114<br>FT  LAUDERDALE FL 33310 | CREDITOR ID: 299299-39<br>LACEY SMITH JR<br>PO BOX 350820<br>JACKSONVILLE FL 32235-0820 |
| CREDITOR ID: 299300-39<br>LACHELLE P COLEMAN & RICHARD<br>S COLEMAN JT TEN<br>210 VILLA DEL MAR WAY<br>SATELLITE  BEACH FL 32937 | CREDITOR ID: 299301-39<br>LACHELLE SPENCE<br>79 NOBLES ROAD<br>COLQUITT GA 31737 | CREDITOR ID: 299302-39<br>LADELL D REYNOLDS<br>2516 OLD FLOWERY BRANCH RD<br>GAINESVILLE GA 30504 |
| CREDITOR ID: 299303-39<br>LADY LEE DODSON<br>RR 2 BOX 1066<br>DONALDS SC 29638 | CREDITOR ID: 299304-39<br>LADYE M NASH<br>1480 REHOBATH RD<br>COLLEGE  GROVE TN 37046 | CREDITOR ID: 299305-39<br>LADYE RUTH CORTNER<br>2402 ALEXANDER BVLD<br>MURFREESBORO TN 37130 |
| CREDITOR ID: 299306-39<br>LAEL G FIFIELD<br>5441 EULACE RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 299307-39<br>LAFAYETTE REDDICK &<br>CELESTINE REDDICK JT TEN<br>561 DOCKERY RD<br>ROCKINGHAM NC 28379 | CREDITOR ID: 299308-39<br>LAFAYNE WILSON & DARRYL<br>WILSON JT TEN<br>141 OLD ORANGE PARK ROAD<br>APT 145<br>ORANGE  PARK FL 32173 |
| CREDITOR ID: 299309-39<br>LAFRANCE PIERCE<br>9816 NW 5TH CT<br>PLANTATION FL 33324 | CREDITOR ID: 299310-39<br>LAHOMA S MOON<br>153 WINTER PARK LN<br>PALM  BCH  GDNS FL 33410 | CREDITOR ID: 299311-39<br>LAIN WATSON & JUNE WATSON<br>JT TEN<br>PO BOX 1726 SEED TICK RD<br>CLAYTON GA 30525 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299312-39<br>LAJEANNE REID & GARY KEITH<br>REID JT TEN<br>HC 70  1605<br>KINGSTON OK 73439 | CREDITOR ID: 299313-39<br>LAJUANNA I LOOPER<br>5804 WHISPERING PINES LOOP<br>PINEVILLE LA 71360 | CREDITOR ID: 299314-39<br>LALIA RENEE DOWLING<br>RR 1 BOX 439<br>SANDERSON FL 32087 |
| CREDITOR ID: 299315-39<br>LALITA GUPTA<br>16949 SW 16 ST<br>PEMBROKE  PINES FL 33027 | CREDITOR ID: 299316-39<br>LALLA LYNN FOWLER<br>C/O LYNN FOWLER MOON<br>8808 THORNBURY LN<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 299317-39<br>LAMAR FRANKLIN SPIVEY<br>319 SOUTHERN AVE<br>PIEDMONT AL 36272 |
| CREDITOR ID: 299318-39<br>LAMAR GRIFFITH<br>9225 DEERPARK LN<br>CHARLOTTE NC 28277 | CREDITOR ID: 299319-39<br>LAMAR M HENDERSON<br>3830 NW 6 CT<br>FT  LAUDERDALE FL 33311 | CREDITOR ID: 289273-39<br>LAMMERS, BRIDGID (MINOR)<br>C/O ELIZABETH LAMMERS CUST<br>4935 MILL STREAM COURT<br>DUNWOODY GA 30338 |
| CREDITOR ID: 289274-39<br>LAMMERS, MEGHAN (MINORS)<br>C/O ELIZABETH LAMMERS CUST<br>4935 MILL STREAM COURT<br>DUNWOODY GA 30338 | CREDITOR ID: 299320-39<br>LAMONT BUCHANAN<br>227 EAST 57 STREET APT #7G<br>NEW  YORK NY 10022 | CREDITOR ID: 299321-39<br>LAMONT LYDALE TILLERY<br>8998 WOBURN COURT<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 299322-39<br>LAN A NELSON<br>610-A NORMAL PARK<br>HUNTSVILLE TX 77340 | CREDITOR ID: 299323-39<br>LAN H MAI<br>1113 EASTSIDE DR APT D<br>KILLEEN TX 76543 | CREDITOR ID: 299324-39<br>LAN TRAN PHUONG<br>3243 ECHO RIDGE PL<br>COCOA FL 32926 |
| CREDITOR ID: 299325-39<br>LANA G SHIVLEY<br>381 GRAVEL HILL RD<br>RUFFIN NC 27326 | CREDITOR ID: 299326-39<br>LANA J MARTIN<br>945 RED HOUSE RD<br>RICHMOND KY 40475 | CREDITOR ID: 299327-39<br>LANA M RACINE<br>5081 HESKETT LANE<br>KEYSTONE  HEIGHTS FL 32656 |
| CREDITOR ID: 299328-39<br>LANA TAAFFE<br>4559 34TH AVE NORTH<br>ST  PETERSBURG FL 33713 | CREDITOR ID: 299329-39<br>LANA TRABEAUX<br>322 W JEANSONNE STREET<br>GONZALES LA 70737 | CREDITOR ID: 299330-39<br>LANA W GULLETT<br>LANA W GULLETT JOHNSON<br>11660 N HIGHWAY 1247<br>EUBANK KY 42567 |
| CREDITOR ID: 288062-39<br>LANCASTER, DONNA S<br>1346 MONFORT RD<br>LAWRENCEVILLE GA 30045 | CREDITOR ID: 299331-39<br>LANCE A GAY & KATHERINE L GAY<br>JT TEN<br>2624 BRIAR HILL<br>CARROLLTON TX 75007 | CREDITOR ID: 299332-39<br>LANCE A HUBBLE<br>1701 FRANKEL AVE<br>METAIRIE LA 70003 |
| CREDITOR ID: 299333-39<br>LANCE A HUBBLE & NORMA<br>HUBBLE JT TEN<br>1701 FRANKEL AVE<br>METAIRIE LA 70003 | CREDITOR ID: 299334-39<br>LANCE BASS<br>343 SE REMINGTON DRIVE<br>LEE FL 32059 | CREDITOR ID: 299335-39<br>LANCE C JOHNSTON<br>1312 QUAIL RUN DR<br>JACKSONVILLE AL 36265 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299336-39<br>LANCE CRAYNE<br>213 FREDERICKSBURG DR<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 299337-39<br>LANCE D HOWARD<br>2787 HWY 60<br>RUSSELLVILLE AL 35654 | CREDITOR ID: 299338-39<br>LANCE HAUVER<br>164 CHURCH OF GOD RD<br>GOLDSBORO NC 27534 |
| CREDITOR ID: 299339-39<br>LANCE LANDRESS<br>6214 CENTRAL CHURCH RD<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 299340-39<br>LANCE LASS<br>9221 S W 56TH ST<br>COOPER CITY FL 33328 | CREDITOR ID: 299341-39<br>LANCE PROSSER & ELIZABETH<br>PROSSER JT TEN<br>107 NORTHLANE CIRCLE<br>FLORENCE AL 35633 |
| CREDITOR ID: 299342-39<br>LANCE ROOP CUST ALLISON J<br>ROOP UND GA UNIF TRAN MIN ACT<br>489 NEW MEXICO RD<br>BOWDON GA 30108 | CREDITOR ID: 299343-39<br>LANDA CARL TEMPLES JR<br>13028 W COLONIAL DR<br>WINTER GARDEN FL 34787 | CREDITOR ID: 299344-39<br>LANDON J EWING<br>1220 WRIGHT AVENUE<br>CROWLEY LA 70526 |
| CREDITOR ID: 299345-39<br>LANDON W CLARK<br>321 SANDSTONE DR<br>FRANKFORT KY 40601 | CREDITOR ID: 299346-39<br>LANDRIES D JACKSON<br>4322 TOURO ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 304221-39<br>LANDRY, MICHELLE LYNN<br>1944 NW JOHNSON, APT 306<br>PORTLAND OR 97209 |
| CREDITOR ID: 299347-39<br>LANE PARKER RAU<br>695 BELLANGEE AVE<br>FAIRHOPE AL 36532 | CREDITOR ID: 299348-39<br>LANE SISK IRICK<br>PO BOX 855<br>SANTEE SC 29142 | CREDITOR ID: 299349-39<br>LANEAR SPENCER WILLIAMS<br>709 CHARLOTTE DR<br>PICAYUNE MS 39466 |
| CREDITOR ID: 299350-39<br>LANEETA ANN CRUTHIRDS<br>BUCKHEISTER<br>14712 JIM RAMSEY RD<br>VANCLEAVE MS 39565 | CREDITOR ID: 299351-39<br>LANH T BROSKOFF<br>22697 SW 64TH WAY<br>BOCA RATON FL 33428 | CREDITOR ID: 299352-39<br>LANI LYNN OESTREICHER<br>15121 MENTEITH<br>MIAMI LAKES FL 33016 |
| CREDITOR ID: 299353-39<br>LANI MICHELE GOLDWYN<br>14304 SW 163RD TER<br>MIAMI FL 33177 | CREDITOR ID: 299354-39<br>LANNIE H GODWIN<br>2701 BRIGADDON DRIVE<br>CLAYTON NC 27520 | CREDITOR ID: 299355-39<br>LANORA C CONGER & DAVID J<br>CONGER JT TEN<br>124 ROBIN RDG<br>FITZGERALD GA 31750 |
| CREDITOR ID: 299356-39<br>LAQUITA WALKER PITTS<br>615 WENDOVER TER<br>ANNISTON AL 36206 | CREDITOR ID: 299357-39<br>LARA B RAYMOND<br>455 PINEVIEW DR<br>VENICE FL 34293 | CREDITOR ID: 299358-39<br>LARA M DOUGLAS<br>4701 WHITE ELM DR<br>AUSTIN TX 78749 |
| CREDITOR ID: 299359-39<br>LARAINE C MILLS<br>66 HINSDALE AVE<br>WATERBURY CT 06705 | CREDITOR ID: 299360-39<br>LARCENIA MCDANIEL KING &<br>WILLIAM WELLS JR & STAMFORD KING JR<br>& MARCUS SIMS & JASON KING & CHENYRE<br>JACKSON & JESSICA JACKSON JT TEN<br>214 RANDALL CIRCLE<br>CLANTON AL 35045 | CREDITOR ID: 299361-39<br>LAREVA KAYE WALKER<br>31594 COUNTY ROAD 2100  2100<br>KEMP TX 75143 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299362-39<br>LARISSA D LEWIS<br>181 PECAN PLACE<br>PACE FL 32571 | CREDITOR ID: 299363-39<br>LARISSA D MCDUFFIE<br>1105 SE 5TH ST<br>OKEECHOBEE FL 34973 | CREDITOR ID: 299364-39<br>LARISSA LYNN SWORD<br>1020 SOUTH OTTO PT<br>INVERNESS FL 34450 |
| CREDITOR ID: 299365-39<br>LARK A PESEK<br>214 HESTER RD<br>VICTORIA TX 77905 | CREDITOR ID: 299366-39<br>LARON E JOHNSON<br>P O BOX 446<br>MIDLAND  CITY AL 36350 | CREDITOR ID: 299367-39<br>LAROSE JUNE REAVES & WILLIE<br>B REAVES JT TEN<br>9793 BUCK LAKE ROAD<br>TALLAHASSEE FL 32311 |
| CREDITOR ID: 299368-39<br>LARRY A BLACKBURN<br>145 GRIER RD<br>WETUMPKA AL 36092 | CREDITOR ID: 299369-39<br>LARRY A CLICK<br>808 OPOSSUM LN<br>JACKSONVILLE FL 32259 | CREDITOR ID: 299371-39<br>LARRY A DEFILIPPO<br>3901 NW 122 TERRACE<br>SUNRISE FL 33323 |
| CREDITOR ID: 299372-39<br>LARRY A HEYNIG<br>15666 SW 46TH CIR<br>OCALA FL 34473 | CREDITOR ID: 299373-39<br>LARRY A LYNCH<br>PO BOX 244<br>HOGANSVILLE GA 30230 | CREDITOR ID: 299374-39<br>LARRY A STATEN<br>6002 DEERFIELD RD<br>MILFORD OH 45150 |
| CREDITOR ID: 299375-39<br>LARRY A SURRENCY<br>180 ED RD<br>ODUM GA 31555 | CREDITOR ID: 299376-39<br>LARRY ALBRITTON<br>289 DUTCHBEND VILLAGE<br>MINTER AL 36761 | CREDITOR ID: 299377-39<br>LARRY B SMART & SANDRA G<br>SMART JT TEN<br>845 OLIVER ELLSWORTH ST<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 299378-39<br>LARRY BARABINO SR<br>4215 VAN AVE<br>NEW  ORLEANS LA 70122 | CREDITOR ID: 299379-39<br>LARRY BOURQUE<br>169 ALEE RD<br>EUNICE LA 70535 | CREDITOR ID: 299380-39<br>LARRY BRYAN TAYLOR<br>4929 HARWICH CT<br>DAYTON OH 45440 |
| CREDITOR ID: 299382-39<br>LARRY C BUTERBAUGH &<br>PATRICIA A BUTERBAUGH JT TEN<br>18308 WHITE FANG CT<br>PARRISH FL 34219 | CREDITOR ID: 299383-39<br>LARRY C COBB<br>3104 BERRY COURT<br>RALEIGH NC 27610 | CREDITOR ID: 299384-39<br>LARRY C FRANK<br>5006 SCENIC DR<br>YAKIMA WA 98908 |
| CREDITOR ID: 299385-39<br>LARRY C LANGLEY<br>PO BOX 3045<br>BOONE NC 28607 | CREDITOR ID: 299386-39<br>LARRY C MCKAY & MARY H MCKAY<br>JT TEN<br>726 SYCAMORE LN<br>ROCKINGHAM NC 28379 | CREDITOR ID: 299387-39<br>LARRY C MOORE SR & STEPHANIE<br>J MOORE JT TEN<br>1604 S FIRETOWER RD<br>FLORENCE SC 29506 |
| CREDITOR ID: 299388-39<br>LARRY C SMITH<br>436 BOUKNIGHT RD<br>GILBERT SC 29054 | CREDITOR ID: 299389-39<br>LARRY COOPER<br>7290 ROSCOE RD<br>GULF  SHORES AL 36542 | CREDITOR ID: 299390-39<br>LARRY D BURDETTE & NANCY G<br>BURDETTE JT TEN<br>3742 LAKEWOOD DR<br>MONTGOMERY AL 36108 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299391-39<br>LARRY D BURGESS<br>257 HAGERSTOWN ST SW<br>PALM BAY FL 32908 | CREDITOR ID: 299392-39<br>LARRY D EATON SR<br>4688 BELLTOWN RD<br>OXFORD NC 27565 | CREDITOR ID: 299394-39<br>LARRY D GEYER<br>459 KITTRELL RD<br>QUINCY FL 32351 |
| CREDITOR ID: 299395-39<br>LARRY D GLENN<br>APT 11<br>2300 MAGNOLIA RAINFOREST<br>BROWNWOOD TX 76801 | CREDITOR ID: 299396-39<br>LARRY D HASTINGS<br>PO BOX 33<br>POLKVILLE NC 28136 | CREDITOR ID: 299397-39<br>LARRY D JACKSON & BETTY J<br>JACKSON JT TEN<br>712 HARDEGREE DR<br>COLUMBUS GA 31907 |
| CREDITOR ID: 299398-39<br>LARRY D JENNINGS SR<br>739 ROGERS TOWN ROAD<br>JONESVILLE SC 29353 | CREDITOR ID: 299399-39<br>LARRY D LEE<br>2446 OLD CREEK RD<br>SCRANTON SC 29591 | CREDITOR ID: 299400-39<br>LARRY D MATHIS<br>902 RACHNA LN APT H<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 299401-39<br>LARRY D MCCOY<br>17816 BETHLEHEM RD<br>LITHIA FL 33547 | CREDITOR ID: 299402-39<br>LARRY D SAPP<br>2217 WASHINGTON AVENUE<br>NORWOOD OH 45212 | CREDITOR ID: 299403-39<br>LARRY D SARVER<br>1500 VALENCIA ST<br>CLEARWATER FL 33756 |
| CREDITOR ID: 299404-39<br>LARRY D SHANNON<br>RT 6 BOX 993<br>STARKE FL 32091 | CREDITOR ID: 299405-39<br>LARRY D SHELTON & MYRA F<br>SHELTON JT TEN<br>P O BOX 94161<br>NORTH LITTLE ROCK AR 72190 | CREDITOR ID: 299406-39<br>LARRY D WEATHERS<br>6327 TROUT RIVER BLVD<br>JACKSONVILLE FL 32219 |
| CREDITOR ID: 299407-39<br>LARRY D WHITE<br>7990 BAYMEADOWS ROAD E<br>APT 928<br>JACKSONVILLE FL 32256 | CREDITOR ID: 299408-39<br>LARRY DALE ESTES & BETTY<br>JEAN ESTES JT TEN<br>517 MOCKINGBIRD DR<br>JEFFERSONVILLE IN 47130 | CREDITOR ID: 299409-39<br>LARRY DALE HOPKINS<br>5309 HARVEY RD<br>JAMESTOWN NC 27282 |
| CREDITOR ID: 299410-39<br>LARRY DALE PATTERSON<br>33 SASSAFRAS TRL NE<br>CARTERSVILLE GA 30121 | CREDITOR ID: 299411-39<br>LARRY DALE PERRY<br>2029 G SIMON RD<br>CROWLEY LA 70526 | CREDITOR ID: 299412-39<br>LARRY DAVID LANDIS<br>922 VILLAGE LANE<br>FT WALTON BCH FL 32547 |
| CREDITOR ID: 299413-39<br>LARRY DAVIS<br>167 QUEENS RD<br>FLORENCE SC 29501 | CREDITOR ID: 299414-39<br>LARRY DEAN SWAFFORD<br>442 MOUNTAIN VIEW HEIGHTS<br>MANCHESTER KY 40962 | CREDITOR ID: 299415-39<br>LARRY DEAN WYATT<br>55 KENNEL WY<br>WAYNESVILLE NC 28786 |
| CREDITOR ID: 299417-39<br>LARRY E COOPER<br>2685 N US 1<br>MIMS FL 32754 | CREDITOR ID: 299418-39<br>LARRY E GREEN JR & RHONDA M<br>GREEN JT TEN<br>102 W ROBERTS AVE<br>TALLADEGA AL 35160 | CREDITOR ID: 299420-39<br>LARRY E ILLSLEY<br>12775 KINGSWAY RD<br>WEST PALM BCH FL 33414 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299421-39<br>LARRY E KAMINSKY CUST HARRY<br>DAVID KAMINSKY UNDER THE<br>LAWS OF GEORGIA<br>136 BOWENS MILL HWY<br>FITZGERALD GA 31750 | CREDITOR ID: 299423-39<br>LARRY E LANDRUM<br>5800-A KEWANEE CHURCH RD<br>TOOMSUBA MS 39364 | CREDITOR ID: 299424-39<br>LARRY E LENGLE<br>933 EDGEWOOD DR<br>NEWTON NJ 07860 |
| CREDITOR ID: 299426-39<br>LARRY E MULLIS CUST TODD<br>MULLIS A MINOR U/T/L/O/GA<br>802 W 3RD ST<br>VIDALIA GA 30474 | CREDITOR ID: 299427-39<br>LARRY EDWARD HINTON<br>207 TRAIL OF MERLIN<br>GARNER NC 27529 | CREDITOR ID: 299428-39<br>LARRY ELDRIDGE & MARSHA D<br>ELDRIDGE JT TEN<br>257 HOLLYWOOD FOREST<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 299429-39<br>LARRY F DAVIS<br>138 WESTWOOD DR<br>DAYTONA  BEACH FL 32119 | CREDITOR ID: 299430-39<br>LARRY G HAPP<br>6205 EDWARDS RD<br>SANFORD NC 27330 | CREDITOR ID: 299431-39<br>LARRY G STANDLEY<br>5413 GUIDA DR<br>GREENSBORO NC 27410 |
| CREDITOR ID: 299432-39<br>LARRY G WALL<br>3028 OLD CREWS ROAD<br>RALEIGH NC 27604 | CREDITOR ID: 299433-39<br>LARRY G WALL & PATRICIA J<br>WALL JT TEN<br>3028 OLD CREWS ROAD<br>RALEIGH NC 27604 | CREDITOR ID: 299434-39<br>LARRY GILBERT & TONI GILBERT<br>JT TEN<br>304 REGAL DR<br>LAWRENCEVILLE GA 30045 |
| CREDITOR ID: 299435-39<br>LARRY GRIFFIN & KATHY<br>GRIFFIN JT TEN<br>8880 130TH AVENUE NORTH<br>WEST  PALM BEACH FL 33412 | CREDITOR ID: 299436-39<br>LARRY H BROOKS<br>600 E LAKE DR<br>PO BOX 466<br>QUITMAN GA 31643 | CREDITOR ID: 299437-39<br>LARRY H TOW<br>295 MARTIN HEAD CIR<br>DAHLONEGA GA 30533 |
| CREDITOR ID: 299438-39<br>LARRY H VELASQUEZ<br>3625 S HENDERSON<br>FORTWORTH TX 76110 | CREDITOR ID: 299439-39<br>LARRY HOAGLAND<br>9209 WILLOWWOOD WY<br>LOUISVILLE KY 40299 | CREDITOR ID: 299440-39<br>LARRY I MOORE<br>798 CROMER MOORE DR<br>WESTMINSTER SC 29693 |
| CREDITOR ID: 299441-39<br>LARRY I PARKER<br>715 SANDY ROAD<br>FOUR  OAKS NC 27524 | CREDITOR ID: 299442-39<br>LARRY J BOWEN<br>302 WINSTON LANE<br>WINDSOR NC 27983 | CREDITOR ID: 299443-39<br>LARRY J BOWEN & DEBRA S<br>BOWEN JT TEN<br>302 WINSTON LN<br>WINDSOR NC 27983 |
| CREDITOR ID: 299444-39<br>LARRY J DONINGER<br>2909 BUTLER CT<br>LOUISVILLE KY 40218 | CREDITOR ID: 299445-39<br>LARRY J GORDON<br>1303 WESTCHESTER RDG NE<br>ATLANTA GA 30329 | CREDITOR ID: 299446-39<br>LARRY J GRAY<br>9120 FITZWALTER RD<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 299447-39<br>LARRY J HUDSON<br>PO BOX 311<br>CORDOVA NC 28330 | CREDITOR ID: 299448-39<br>LARRY J LEBLANC<br>2112 MARCELLE ST<br>CHALMETTE LA 70043 | CREDITOR ID: 299449-39<br>LARRY J WALKER & DOROTHY E<br>WALKER JT TEN<br>9190 MCDOUGAL COURT<br>TALLAHASSEE FL 32312 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299450-39<br>LARRY JACKSON<br>2716 7TH AVE E<br>PALMETTO FL 34221 | CREDITOR ID: 299451-39<br>LARRY JAMES SAVOIE<br>1001 HOUMA BLVD<br>METAIRIE LA 70001 | CREDITOR ID: 299452-39<br>LARRY JOHNSON<br>674 MADISON AVE<br>BARBERTON OH 44203 |
| CREDITOR ID: 299454-39<br>LARRY K FRALICK & DEBORAH P<br>FRALICK JT TEN<br>5416 CROSSCREEK DR<br>CRESTWOOD KY 40014 | CREDITOR ID: 299455-39<br>LARRY K PEELER<br>PO BOX 504<br>CATAWBA NC 28609 | CREDITOR ID: 299456-39<br>LARRY K ZIEMAN<br>BISCAYNE PARK<br>527 NE 118 ST<br>N  MIAMI FL 33161 |
| CREDITOR ID: 299457-39<br>LARRY KOOPMAN<br>552 FAIRBANKS AVE<br>CINCINNATI OH 45205-2248 | CREDITOR ID: 299458-39<br>LARRY L BUSH<br>3312 BARREN RIVER CT<br>LEXINGTON KY 40515 | CREDITOR ID: 299459-39<br>LARRY L COLLINS<br>9113 REGENDS PARK DR<br>TAMPA FL 33647 |
| CREDITOR ID: 299460-39<br>LARRY L GATES<br>2995 BOLES FARM LN<br>DULUTH GA 30096 | CREDITOR ID: 299461-39<br>LARRY L HARRISON<br>PO BOX 12412<br>JACKSONVILLE FL 32209 | CREDITOR ID: 299462-39<br>LARRY L HERNDON JR<br>612 LAKESCAPE CT<br>ORLANDO FL 32828 |
| CREDITOR ID: 299463-39<br>LARRY L RUDD & DONNA L RUDD<br>JT TEN<br>5604 SWAMP FOX RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 299464-39<br>LARRY L STONE JR<br>340 4TH ST SOUTH  UNIT 3<br>ST  PETERSBURG FL 33701-4229 | CREDITOR ID: 299465-39<br>LARRY LAPLANTE JR<br>ATTN BALZ<br>1480 NW 203RD ST<br>MIAMI FL 33169 |
| CREDITOR ID: 299466-39<br>LARRY LEE BLALOCK<br>259 ATKINS RD<br>FUQUAY  VARINA NC 27526 | CREDITOR ID: 299467-39<br>LARRY M CRAWFORD<br>3107 NW 203 LANE<br>MIAMI FL 33056 | CREDITOR ID: 299469-39<br>LARRY M JONES<br>2510 BULLIS AVE<br>GULFPORT MS 39501 |
| CREDITOR ID: 299470-39<br>LARRY M LEAR<br>1230 PONY FARM RD<br>JACKSONVILLE NC 28540 | CREDITOR ID: 299471-39<br>LARRY M LEWIS<br>RT 2  BOX 617<br>RUSK TX 75785 | CREDITOR ID: 299472-39<br>LARRY M MALLON<br>5901 NUTCRACKER<br>GRANBURY TX 76049 |
| CREDITOR ID: 299473-39<br>LARRY M THRELKELD & MARY S<br>THRELKELD JT TEN<br>31028 HOLLERICH DR<br>BIG  PINE  KEY FL 33043 | CREDITOR ID: 299474-39<br>LARRY MALCOLM PATE<br>5186 BIRCH ST<br>MERIDIAN MS 39307 | CREDITOR ID: 299475-39<br>LARRY MICHAEL CASKEY<br>1719 LAMBTON AVE<br>WAKE  FOREST NC 27587 |
| CREDITOR ID: 299476-39<br>LARRY MILLER<br>1905 CARROLLTON AVE APT S<br>NEW  ORLEANS LA 70118 | CREDITOR ID: 299477-39<br>LARRY MUENZBERG<br>7501 OAK PARK DR<br>N  RICHLND  HLS TX 76180 | CREDITOR ID: 299478-39<br>LARRY N ALACK<br>48287 MORRIS<br>HAMMOND LA 70403 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299480-39<br>LARRY NELSON<br>355 KINCARDINE WAY<br>ALPHARETTA GA 30022 | CREDITOR ID: 299481-39<br>LARRY O BURLESON<br>16972 TIGER BEND RD<br>BATON ROUGE LA 70817 | CREDITOR ID: 299482-39<br>LARRY P CATLEDGE<br>2 WREN LN<br>BEAUFORT SC 29906 |
| CREDITOR ID: 299483-39<br>LARRY P DUGAN & TONIA B<br>DUGAN JT TEN<br>2206 SHEILA DR<br>NEW IBERIA LA 70560 | CREDITOR ID: 299484-39<br>LARRY P POMEROY<br>20 BLYTH PLC<br>PALM COAST FL 32137 | CREDITOR ID: 299485-39<br>LARRY P TAYLOR JR<br>P O BOX 2852<br>ARCADIA FL 34266 |
| CREDITOR ID: 299486-39<br>LARRY PERRY<br>1261 NW 190TH STREET<br>MIAMI FL 33169 | CREDITOR ID: 299487-39<br>LARRY R ACRA<br>12896 SUNSET BLVD<br>WEST PALM BEACH FL 33411 | CREDITOR ID: 299489-39<br>LARRY R HOFFNER<br>116 FOXWOOD DR<br>LAKE PLACID FL 33852 |
| CREDITOR ID: 299490-39<br>LARRY R RICHARDSON<br>5222 MARTINIQUE DR<br>LAKELAND FL 33813 | CREDITOR ID: 299491-39<br>LARRY R STRIMPLE<br>1458 KELSO BLVD<br>WINDERMERE FL 34786 | CREDITOR ID: 299492-39<br>LARRY R TAYLOR & TODD M<br>SAWYER JT TEN<br>PO BOX 6005<br>JACKSONVILLE FL 32236-6005 |
| CREDITOR ID: 299493-39<br>LARRY R WITHERS<br>7938 MARINER ST<br>JACKSONVILLE FL 32220 | CREDITOR ID: 299494-39<br>LARRY RAY POOL & PAMELA<br>HALTOM POOL JT TEN<br>120 HYDE AWAY LN<br>WEATHERFORD TX 76086 | CREDITOR ID: 299495-39<br>LARRY ROBERT REYNARD JR<br>3003 TOLEDANO ST APT 109<br>NEW ORLEANS LA 70125 |
| CREDITOR ID: 299496-39<br>LARRY S COBLE<br>6148 LANDOVER CIRCLE<br>MORROW GA 30260 | CREDITOR ID: 299497-39<br>LARRY SCOTT KELSEY<br>118 PROSPECT AVE<br>WINTER HAVEN FL 33880 | CREDITOR ID: 299498-39<br>LARRY SILVERMAN & LORETTA<br>SILVERMAN JT TEN<br>701 SW 141 AVE R206<br>PEMBROKE PINE FL 33027 |
| CREDITOR ID: 299499-39<br>LARRY SMITHTON POTTS JR<br>304 CURTIS LEONARD RD<br>LEXINGTON NC 27292 | CREDITOR ID: 299500-39<br>LARRY STOFFEL<br>6449 GLADE AVE<br>CINCINNATI OH 45230 | CREDITOR ID: 299501-39<br>LARRY STOKES<br>7462 METCALFE RD<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 299502-39<br>LARRY T AYERS & EDNA L AYERS<br>JT TEN<br>1221 CHEROKEE DR<br>KISSIMMEE FL 34744 | CREDITOR ID: 299503-39<br>LARRY T TAYLOR<br>15480 SHARK RD W<br>JACKSONVILLE FL 32226 | CREDITOR ID: 299504-39<br>LARRY T WEISS<br>#1<br>6345 CR 218<br>JACKSONVILLE FL 32234 |
| CREDITOR ID: 299505-39<br>LARRY T WILLIAMS<br>1238 COMMANCHE LN<br>TALLAHASSEE FL 32304 | CREDITOR ID: 299506-39<br>LARRY THOMAS HILL<br>1750 ANNETTE CT<br>LITHIA SPRINGS GA 30057 | CREDITOR ID: 299507-39<br>LARRY VERNON ROBERTS<br>APT G122<br>8090 ATLANTIC BLVD<br>JACKSONVILLE FL 32211 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299508-39<br>LARRY W BRIGGS<br>4110 PRICE RD<br>STONEVILLE NC 27048 | CREDITOR ID: 299509-39<br>LARRY W COX & LINDA F COX<br>JT TEN<br>4031 HIRAM CT<br>POWDER  SPRINGS GA 30073 | CREDITOR ID: 299510-39<br>LARRY W DODD<br>206 CRESTBOURNE DR<br>GOODVIEW VA 24095 |
| CREDITOR ID: 299511-39<br>LARRY W HODGES & BETTY M<br>HODGES JT TEN<br>403 SUNNYBROOK<br>LONGVIEW TX 75605 | CREDITOR ID: 299512-39<br>LARRY W HUNTER<br>1660 SPRINGWINDS DR<br>ROCK  HILL SC 29730 | CREDITOR ID: 299513-39<br>LARRY W KING<br>1305 FLEMING AVE<br>ORMOND  BEACH FL 32174 |
| CREDITOR ID: 299514-39<br>LARRY W MARTIN SR & MAMIE<br>MARTIN JT TEN<br>2969 CHESTNUT GROVE DR<br>AUSTELL GA 30001 | CREDITOR ID: 299515-39<br>LARRY W MILLER JR<br>4150 KNOB CREEK RD<br>BROOKS KY 40109 | CREDITOR ID: 299516-39<br>LARRY W SEELNACHT<br>13204 SUNVIEW COVE<br>OCEAN  SPRINGS MS 39565 |
| CREDITOR ID: 299517-39<br>LARRY W SMITH<br>600 W TROPICANA CT<br>KISSIMMEE FL 34741 | CREDITOR ID: 299518-39<br>LARRY W STAFFORD &<br>SUE L STAFFORD JT TEN<br>920 CANAL VIEW BLVD<br>PORT  ORANGE FL 32129 | CREDITOR ID: 299519-39<br>LARRY W TERRY & CHARLOTTE G<br>TERRY JT TEN<br>692 COUNTY ROAD 243<br>MOULTON AL 35650 |
| CREDITOR ID: 299520-39<br>LARRY WATSON JR<br>218 ELMER ST<br>GREER SC 29651 | CREDITOR ID: 299521-39<br>LARRY WAYNE FOWLER<br>PO BOX 364<br>CHILDERSBURG AL 35044 | CREDITOR ID: 299522-39<br>LARRY WILLIAM KENNEDY<br>252 LOCUST DR<br>TAYLORSVILLE KY 40071 |
| CREDITOR ID: 299523-39<br>LARS CARTER GUDAL<br>56 W CLIFF CT<br>SOMERSET KY 42503 | CREDITOR ID: 299524-39<br>LARUE WILLIAMS<br>459 COUNTY RD 6<br>BLACK AL 36314 | CREDITOR ID: 299525-39<br>LASHANDRA COLLINS<br>7965 SHIRCLIFF DRIVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 299526-39<br>LASHON K BRYAN<br>1160 WINDRIDGE DR<br>LOGANVILLE GA 30052-3859 | CREDITOR ID: 290158-39<br>LASSITTER, FLOYD E<br>5201 SE 26TH AVE<br>OCALA FL 34480 | CREDITOR ID: 299527-39<br>LASZLO NAGY<br>3406 FAULKNER DR<br>ROWLETT TX 75088-5901 |
| CREDITOR ID: 299528-39<br>LATANYA DENISE WRIGHT<br>1040 BONANZA DR<br>ARLINGTON TX 76001 | CREDITOR ID: 299529-39<br>LATASHA T THOMAS<br>APT 1907<br>11291 HARTS RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 299530-39<br>LATEFFA H ROSE & RANDY N<br>ROSE JT TEN<br>4194 EAST US HWY 64<br>LEXINGTON NC 27292 |
| CREDITOR ID: 299531-39<br>LATHAN FIELDS<br>5757 WILDAIR DR<br>NEW  ORLEANS LA 70122 | CREDITOR ID: 299532-39<br>LATICA J ABRAHAM<br>438 KING ST<br>JENNINGS LA 70546 | CREDITOR ID: 299533-39<br>LATITIA B RODGERS<br>1116 URAMIA DR<br>RALEIGH NC 27603 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 299534-39<br>LATITIA G KEENE & BARBRA L<br>HART JT TEN<br>7905 BELLEMEADE BLVD S<br>JACKSONVILLE FL 32211 | CREDITOR ID: 299535-39<br>LATONYA R BARTON<br>208 HOLLOW CHURCH RD<br>FALLS OF ROUGH KY 40119 | CREDITOR ID: 299536-39<br>LATONYA R JACKSON<br>5717 CRENSHAW DR<br>HOPE MILLS NC 28348 |
| CREDITOR ID: 299537-39<br>LATOSHA WATSON<br>12414 HERSFIELD RD<br>LOUISVILLE KY 40223 | CREDITOR ID: 299538-39<br>LATOSHA Y LEE GAULDEN<br>19300 NW 41ST AVE<br>MIAMI FL 33055 | CREDITOR ID: 299539-39<br>LATRICIA C DARITY<br>5500 NAPIER DRIVE<br>ARLINGTON TX 76016 |
| CREDITOR ID: 299540-39<br>LATRIVA D BONNER<br>6720 HWY 53<br>HARVEST AL 35749 | CREDITOR ID: 280070-39<br>LAUBEN, ALMA & HOWARD JT TEN<br>719 MAYFLOWER AVE<br>IVERNESS FL 34452 | CREDITOR ID: 299541-39<br>LAUNA J BRYAN<br>3091 EDWARDS PEACE DR<br>WAUCHULA FL 33873 |
| CREDITOR ID: 299542-39<br>LAURA A FRATUS<br>398 WOODCHUCK AVE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 299543-39<br>LAURA A RAVAS<br>APT N14<br>2880 N BAY DR<br>WESTLAKE OH 44145 | CREDITOR ID: 299544-39<br>LAURA A ROBERTS<br>3818 BURNIHGBUSH RD<br>LOUISVILLE KY 40241 |
| CREDITOR ID: 299545-39<br>LAURA A ROLLINSON & JOHN L<br>ROLLINSON JT TEN<br>65 NOB HILL RD<br>COLUMBIA SC 29210 | CREDITOR ID: 299546-39<br>LAURA A TURNER<br>6305 NW 72ND AVE<br>TAMARAC FL 33321 | CREDITOR ID: 299547-39<br>LAURA A VEIGL<br>1118 ENGLISH AVE<br>LOUISVILLE KY 40217 |
| CREDITOR ID: 299548-39<br>LAURA A WATLEY<br>16308 76TH STREET<br>LIVE OAK FL 32060 | CREDITOR ID: 299549-39<br>LAURA ANDREWS<br>7243 SHINDLER DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 299550-39<br>LAURA ANN PIAZZI<br>2 EASTBERRY CT<br>GROVETOWN GA 30813 |
| CREDITOR ID: 299552-39<br>LAURA B COATES<br>202 HICKORY ST<br>NEW SMYRNA BEACH FL 32168 | CREDITOR ID: 299553-39<br>LAURA B LONG<br>307 REYNOLDS AVE<br>NORTH WILKESBORO NC 28659 | CREDITOR ID: 299554-39<br>LAURA B ZIMMERMAN<br>26 KINGWOOD EST<br>LAURENS SC 29360 |
| CREDITOR ID: 299555-39<br>LAURA BELFLOWER<br>603 ENGLEWOOD LANE<br>TUNNEL HILL GA 30755 | CREDITOR ID: 299556-39<br>LAURA BOHANNON<br>4804 CARDINAL BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 299557-39<br>LAURA DOREEN TEAGUE<br>127 HIDEAWAY LN<br>CARRIERE MS 39426 |
| CREDITOR ID: 299558-39<br>LAURA E BLANK<br>ATTN LAURA BLANK-VANSYCKLE<br>7753 MONARCH CT<br>DELRAY BEACH FL 33446 | CREDITOR ID: 299559-39<br>LAURA E JACKSON<br>230 BROOKEIVEY LN<br>ALPHARETTA GA 30004 | CREDITOR ID: 299560-39<br>LAURA E NAIR<br>10A GREENSBORO BLVD<br>CLIFTON PARK NY 12065 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                **CASE:** 05-03817-3F1

CREDITOR ID: 299561-39
LAURA E NANCE
7232 US HWY 158
STOKESDALE NC 27357

CREDITOR ID: 299562-39
LAURA F BEST
1352 TEJAS RD
GALIVANTS FERRY SC 29544

CREDITOR ID: 299563-39
LAURA F DANNA
APT D
603 36 AVE N
MYRTLE BEACH SC 29577

CREDITOR ID: 299564-39
LAURA FARRELL
3502 GLOCCA MORRA DR
APOPKA FL 32703

CREDITOR ID: 299565-39
LAURA FONTANA & MICHAEL
FONTANA JT TEN
3308 JANET RD
WHEATON SS MD 20906

CREDITOR ID: 299566-39
LAURA G MYERS & GEORGE C
MYERS JT TEN
7208 WILSON CIR
GLOUCESTE VA 23061

CREDITOR ID: 299567-39
LAURA GALLENSTEIN & GLENN
GALLENSTEIN JT TEN
RR 1 BOX 461-16
KILLEEN TX 76542

CREDITOR ID: 299568-39
LAURA GAMBLE
5 ELIZA COURT
CHARLESTON SC 29407

CREDITOR ID: 299569-39
LAURA GUERRERO & STEPHEN
BEATTY SR TEN COM
67360 HIERN
MANDEVILLE LA 70471

CREDITOR ID: 299570-39
LAURA HILLER & ROBERT HILLER
JT TEN
1902 ADAMS ROAD
CINCINNATI OH 45231

CREDITOR ID: 299571-39
LAURA HIMSEL & SCOTT HIMSEL
JT TEN
3386 HARMONY LANE
CINCINNATI OH 45248

CREDITOR ID: 299572-39
LAURA INGLIS
3472 NORTHEST 18TH AVE
OAKLAND PARK FL 33306

CREDITOR ID: 299573-39
LAURA J BENTLER
BOX 7182
DAYTNA BEACH SH FL 32116

CREDITOR ID: 299574-39
LAURA J CLIFT & JACK J CLIFT
JT TEN
3299 SE CYPRESS ST
STUART FL 34997

CREDITOR ID: 299575-39
LAURA J KLEIN
5211 SW 23RD AVE
FT LAUDERDALE FL 33312

CREDITOR ID: 299576-39
LAURA J MARKES
5454 WOOD ST
PORT ORANGE FL 32127

CREDITOR ID: 299577-39
LAURA J MCCLURE
3123 VALEMONT DR
MARYVILLE TN 37801

CREDITOR ID: 299578-39
LAURA J RAMIREZ
570 FORREST DR
MIAMI SPRINGS FL 33166

CREDITOR ID: 299579-39
LAURA J SCHROEDER
16228 ROAD H-13
CONTINENTAL OH 45831

CREDITOR ID: 299580-39
LAURA KISSICK & RONALD
KISSICK JT TEN
230 NAVAHO DRIVE
LOVELAND OH 45140

CREDITOR ID: 299581-39
LAURA L BAIRD ZULAKIS &
GEORGE ZULAKIS JT TEN
1762 SPRING LAKE DR
OKEMOS MI 48864

CREDITOR ID: 299582-39
LAURA L MAY
3609 LEI DR
SARASOTA FL 34232

CREDITOR ID: 299583-39
LAURA L ROACH
5647 RIVER GULF DR
PORT RICHEY FL 34668

CREDITOR ID: 299584-39
LAURA L SMITH & J PATRICK
SMITH JT TEN
2471 SLEEPY OAK LANE
DELAND FL 32720

CREDITOR ID: 299585-39
LAURA LANGFORD
444 S HULL ST
MONTGOMERY AL 36104

CREDITOR ID: 299586-39
LAURA LEE BOSWELL WEST CUST
JASON EDMUND WEST
A/M/G/T/M/A/LA
1047 PEOPLE ST
THIBODAUX LA 70301

CREDITOR ID: 299587-39
LAURA LORAINE MOORE
617 HUNTERS GREEN CT
LEXINGTON KY 40509

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 299588-39<br>LAURA LYNN HUNT<br>743 EMBASSY ROW<br>RANTOOL IL 61866 | CREDITOR ID: 299589-39<br>LAURA LYNN KAY<br>2916 NE 1ST TER<br>WILTON  MANORS FL 33334 | CREDITOR ID: 299590-39<br>LAURA M FALLIN<br>5605 SILVER OAK DR<br>FORT  PIERCE FL 34982 |
| CREDITOR ID: 299591-39<br>LAURA M PITTS<br>802 WARD AVE NE<br>HUNTSVILLE AL 35801 | CREDITOR ID: 299592-39<br>LAURA M RUIZ<br>20346 NW 54TH COURT<br>MIAMI FL 33055 | CREDITOR ID: 299593-39<br>LAURA M WIGHT<br>41 SANTUIT RD<br>COTUIT MA 02635 |
| CREDITOR ID: 299594-39<br>LAURA MORBACH SCOTT CUST<br>LILY LAUREN SCOTT UND UNIF<br>GIFT MIN ACT TN<br>1313 LONE OAK CIRCLE<br>NASHVILLE TN 37215 | CREDITOR ID: 299596-39<br>LAURA MORBACH SCOTT CUST FOR<br>JULIA FRANCES SCOTT UNDER FL<br>UNIF TRANSFERS TO MINORS ACT<br>1313 LONE OAK CIRCLE<br>NASHVILLE TN 37215 | CREDITOR ID: 299595-39<br>LAURA MORBACH SCOTT CUST FOR<br>CARA JANICE SCOTT UNDER FL<br>UNIF TRANSFERS TO MINORS ACT<br>1313 LONE OAK CIRCLE<br>NASHVILLE TN 37215 |
| CREDITOR ID: 299597-39<br>LAURA MORBACH SCOTT TTEE U A<br>DTD 3/5/90 ROBERT NICHOLAS<br>MORBACH FAMILY TRUST<br>1313 LONE OAK CIRCLE<br>NASHVILLE TN 37215 | CREDITOR ID: 299598-39<br>LAURA NORRIS FROCK CUST<br>ANDREW DAVID FROCK<br>U/G/M/A/NC<br>525 AVERY CREEK RD<br>ARDEN NC 28704 | CREDITOR ID: 299599-39<br>LAURA P CRUDUP CUST JOHN B<br>CRUDUP III U/G/M/A/NC<br>1002 W NASH ST<br>WILSON NC 27893 |
| CREDITOR ID: 299600-39<br>LAURA P FERRARO<br>PO BOX 2691<br>MORGANTON NC 28680 | CREDITOR ID: 299601-39<br>LAURA R RYAN<br>P O BOX 217<br>HOBART OK 73651 | CREDITOR ID: 299602-39<br>LAURA ROBINSON WEBB<br>91 PINCKNEY ST<br>BOSTON MA 02114 |
| CREDITOR ID: 299603-39<br>LAURA V SALLEY<br>13360 WESLEYAN DR<br>LAURINBURG NC 28352 | CREDITOR ID: 299604-39<br>LAURANCE A HARDEE<br>POST OFFICE BOX 1042<br>PANAMA  CITY FL 32402 | CREDITOR ID: 299605-39<br>LAURANCE H KINNEY & ALICE<br>RAFFERTY KINNEY JT TEN<br>9007 LAKERIDGE DR<br>VALLEY  STATION KY 40272 |
| CREDITOR ID: 299606-39<br>LAURANCE H KINNEY & ALICE M<br>KINNEY JT TEN<br>9007 LAKERIDGE DR<br>LOUISVILLE KY 40272 | CREDITOR ID: 299607-39<br>LAUREANO HERNANDEZ<br>6811 S W 31 STREET<br>MIAMI FL 33155 | CREDITOR ID: 299608-39<br>LAUREANO M DERRYBERRY<br>PO BOX 638<br>WIMAUMA FL 33598 |
| CREDITOR ID: 299609-39<br>LAUREL A ORGAN<br>25 ATLANTIC BLVD<br>KEY  LARGO FL 33037 | CREDITOR ID: 299610-39<br>LAUREL J HINKLE<br>1764 BIG OAK LANE<br>KISSIMMEE FL 34746 | CREDITOR ID: 299611-39<br>LAUREL L DOUGLAS<br>982 POINSETTA DR<br>CONWAY SC 29526 |
| CREDITOR ID: 299612-39<br>LAUREL LYNN GUERARD<br>910 LAKE JESSIE DR<br>WINTER  HAVEN FL 33881 | CREDITOR ID: 299613-39<br>LAUREL NORDEN LENFESTEY<br>2306 ARDSON PL<br>TAMPA FL 33629 | CREDITOR ID: 299614-39<br>LAUREL PATRICIA AINLEY<br>1074 BIRCHWOOD DR<br>ORANGE  PARK FL 32065 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299615-39<br>LAUREN E H LATHAM<br>3104 ROCOCO COURT<br>ORANGE  PARK FL 32073 | CREDITOR ID: 299616-39<br>LAUREN ELIZABETH HALLORAN<br>409 BRIDGECREEK DR<br>COLUMBIA SC 29229 | CREDITOR ID: 299617-39<br>LAUREN K HELFAND<br>11416 LIBBY RD<br>SPRING  HILL FL 34609 |
| CREDITOR ID: 299618-39<br>LAUREN L SLAUGHTER & ROBERT<br>D SLAUGHTER JT TEN<br>8031  DEMOCRACY CT<br>SPRING TX 77379 | CREDITOR ID: 299619-39<br>LAUREN LEE RABENOLD<br>8766 OLD PLANK ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 299620-39<br>LAUREN M HAITHCOCK<br>2512 TIMBER LANE<br>GREENSBORO NC 27408 |
| CREDITOR ID: 299621-39<br>LAUREN M HOLLAND SMITH<br>1935 ROANOKE AVE<br>LOUISVILLE KY 40205 | CREDITOR ID: 299622-39<br>LAUREN M MOUTON<br>2611 JEFFERSON ISLAND RD<br>NEW  IBERIA LA 70560 | CREDITOR ID: 299623-39<br>LAURENCE CORIGLIANO<br>4414 MONTANO AVE<br>SPRINGHILL FL 34609 |
| CREDITOR ID: 299624-39<br>LAURENCE M HARRIS & LYNN B<br>HARRIS JT TEN<br>5 NORMANDY DR<br>KENNER LA 70065 | CREDITOR ID: 299625-39<br>LAURENCE M HENLEY JR<br>5420 GROVE AVENUE<br>JACKSONVILLE FL 32211 | CREDITOR ID: 299626-39<br>LAURENCE P BROWN JR<br>13451 DWYER BLVD<br>NEW  ORLEANS LA 70129 |
| CREDITOR ID: 299627-39<br>LAURENCE R FOX & RONALD L<br>FOX JT TEN<br>BOX 90273<br>NASHVILLE TN 37209 | CREDITOR ID: 299628-39<br>LAURENCE W COBB &<br>SHARON C COBB JT TEN<br>4632 MONUMENT POINT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 299629-39<br>LAURENE FULNER<br>PO BOX 1505<br>BELLEVIEW FL 32620 |
| CREDITOR ID: 299630-39<br>LAURENE R PLUMMER<br>4001 STEINMETZ DR<br>INDIANAPOLIS IN 46254 | CREDITOR ID: 299631-39<br>LAURENS W FORT JR<br>P O BOX 187<br>GREAT  FALLS SC 29055 | CREDITOR ID: 299632-39<br>LAURENT L WAMBST<br>8321 SW 27TH ST<br>MIAMI FL 33155 |
| CREDITOR ID: 299633-39<br>LAURETTE D SAFFY<br>200 HILLSIDE DRIVE<br>GREER SC 29651 | CREDITOR ID: 299634-39<br>LAURI A COSTELLO<br>1341 DONAD AVE<br>OPA  LOCKA FL 33054 | CREDITOR ID: 299635-39<br>LAURI D HOYT<br>8203 LIZELIA RD<br>MERIDIAN MS 39305 |
| CREDITOR ID: 299636-39<br>LAURIE A DRANE<br>156  PURCELL AVE<br>BARDSTOWN KY 40004 | CREDITOR ID: 299637-39<br>LAURIE A FRASIER<br>160 JAFFEY LN<br>WALTERBORO SC 29488 | CREDITOR ID: 299638-39<br>LAURIE A PRITCHETT<br>1054 OAKRIDGE DR<br>LANESVILLE IN 47136 |
| CREDITOR ID: 299639-39<br>LAURIE A WILSON<br>6311 LABREA ST<br>NORTH  PORT FL 34287 | CREDITOR ID: 299640-39<br>LAURIE ACOSTA FREDERICK<br>940 E LEXINGTON AVE<br>TERRYTOWN LA 70056 | CREDITOR ID: 299642-39<br>LAURIE ACOSTA FREDERICK CUST<br>JOSHUA ALLEN FREDERICK UNIF<br>TRAN MIN ACT LA<br>940 LEXINGTON ST<br>GRETNA LA 70056 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR: WINN-DIXIE STORES, INC., ET AL.     CASE: 05-03817-3F1

CREDITOR ID: 299641-39
LAURIE ACOSTA FREDERICK CUST
JESSICA LYNN FREDERICK UNIF
TRAN MIN ACT LA
940 E LEXINGTON ST
GRETNA LA 70056

CREDITOR ID: 299643-39
LAURIE ALTIZER FLORES &
ARMANDO B FLORES JT TEN
4420 WANAMASSA DR
CHARLOTTE NC 28269

CREDITOR ID: 299644-39
LAURIE ANDERSON
7120 MOSELEY ST
HOLLYWOOD FL 33024

CREDITOR ID: 299645-39
LAURIE ANN GAGNE
4001 BROOKWAY DR
FORT WORTH TX 76123

CREDITOR ID: 299646-39
LAURIE ANN LEAKE
1628 MATTOX MILL CT
POWHATAN VA 23139

CREDITOR ID: 299647-39
LAURIE BREWER BROOKS
2211 HALL AVE
TIFTON GA 31794

CREDITOR ID: 299648-39
LAURIE D BLANK
6329 LOMA LINDA PLACE
TALLAHASSEE FL 32309

CREDITOR ID: 299649-39
LAURIE DOBKINS & DENNIS
DOBKINS JT TEN
2414 TAFT ST
HOLLYWOOD FL 33000

CREDITOR ID: 299650-39
LAURIE J MCGUIRE
387 CREEK RIDGE ROAD
SUGAR GROVE NC 28679

CREDITOR ID: 299651-39
LAURIE L NOVAK
6138 SKYLARKCREST DR
LITHIA FL 33547

CREDITOR ID: 299652-39
LAURIE LEE WILSON
761 FRUIT COVE DR
JACKSONVILLE FL 32259

CREDITOR ID: 299653-39
LAURIE LYNN ACOSTA
940 E LEXINGTON ST
TERRYTOWN LA 70056

CREDITOR ID: 299654-39
LAURIE R MURRAY & DELORES L
MURRAY CO-TTEES U-A DTD
04-13-94 MURRAY TRUST
1123 NATURES HAMMOCK DR
JACKSONVILLE FL 32259

CREDITOR ID: 299655-39
LAURIE RIETTER DUNLOP &
ROBERT MICHEAL DUNLOP JT TEN
7112 TIMBERLANE DR
N RICHLAND HILLS TX 76180

CREDITOR ID: 299656-39
LAURIE SHUE
550 UNION CEMETERY ROAD
CONCORD NC 28027

CREDITOR ID: 299657-39
LAURIE W TROTTER
209 BILL WILLIAMSON CT
LEXINGTON SC 29073

CREDITOR ID: 299658-39
LAURIE WILSON & FRED E
WILSON III
6311 LABREA ST
NORTH PORT FL 34287

CREDITOR ID: 299660-39
LAURO A LOSADA
1930 PALM AVE APT 9
HIALEAH FL 33010

CREDITOR ID: 299661-39
LAURO SANTIAGO
PO BOX 6572
JACKSONVILLE FL 32236

CREDITOR ID: 299662-39
LAUZE C CAMMOCK
6700 LANDINGS DR
LAUDERHILL FL 33319

CREDITOR ID: 299663-39
LAVAN B DOESCHLER
4657 BADEN LN
JACKSONVILLE FL 32210

CREDITOR ID: 299664-39
LAVERN K MUMMA JR
194 HIDEAWAY HILLS LN
EASLEY SC 29640

CREDITOR ID: 299665-39
LAVERNE FLORENCE BRIDGES
93 SAINT ANNE CIR
ORMOND BEACH FL 32176

CREDITOR ID: 299666-39
LAVERNE HOWE
BOX 655
3300 N ST RD 7
HOLLYWOOD FL 33021

CREDITOR ID: 299667-39
LAVERNE JOHNSON JONES &
CHARLES JONES JT TEN
RR 1 BOX 122
HEADLAND AL 36345

CREDITOR ID: 299668-39
LAVERNE M FREEMAN
1 CEDAR TRACE DR
OCALA FL 34472

CREDITOR ID: 299669-39
LAVERNE M MALLORY
8235 ROBERT AVE
CINCINNATI OH 45239

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                      **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 299670-39<br>LAVERNE M NETTLES & TROY A<br>NETTLES JT TEN<br>106 HUSSON AVENUE<br>PALATKA FL 32177 | CREDITOR ID: 299671-39<br>LAVERNE M SANDELIN<br>3156 TYLER STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 299672-39<br>LAVETTA G WHEELER<br>P O BOX 6021<br>STUART FL 34997 |
| CREDITOR ID: 299673-39<br>LAVINIA KORNEGAY & JOHN F<br>KORNEGAY JT TEN<br>1163 EAGLE BEND COURT<br>JACKSONVILLE FL 32226 | CREDITOR ID: 299674-39<br>LAVON E COUCH<br>3907 N W 207TH STREET RD<br>MIAMI FL 33055 | CREDITOR ID: 299675-39<br>LAVON G SHOAF<br>PO BOX 163<br>LEXINGTON NC 27293 |
| CREDITOR ID: 299676-39<br>LAVON G STOKES<br>PO BOX 305<br>WETUMPKA AL 36092 | CREDITOR ID: 299677-39<br>LAVON GAITHER SHOAF & KATHY<br>S SHOAF JT TEN<br>PO BOX 163<br>LEXINGTON NC 27293 | CREDITOR ID: 299680-39<br>LAVON LOUISE OSTEEN<br>996 WHITE SPRINGS LN<br>WINTER  SPRINGS FL 32708 |
| CREDITOR ID: 299679-39<br>LAVON LOUISE O'STEEN TRUSTEE<br>U-A DTD 06-25-98 LAVON LOUISE<br>O'STEEN REVOCABLE TRUST<br>996 WHITE SPRINGS LN<br>WINTER  SPRINGS FL 32708 | CREDITOR ID: 299681-39<br>LAVON M HAYES<br>5158 LAKECREST CR<br>HOOVER AL 35226 | CREDITOR ID: 299682-39<br>LAVONDA OWEN<br>770 HARTCUT RD<br>MARIETTA SC 29661 |
| CREDITOR ID: 299683-39<br>LAVONIA M FUQUA<br>PO BOX 741<br>ANDALUSIA AL 36420 | CREDITOR ID: 299684-39<br>LAVONNA WADE<br>10379 BIRCHFIELD DR<br>JACKSONVILLE FL 32221 | CREDITOR ID: 299685-39<br>LAVONNE A NORMAN<br>12400 PADDOCK LN<br>HUDSON FL 34667 |
| CREDITOR ID: 299686-39<br>LAVONNE C BROWNING<br>RT 3 BOX 1169<br>MADISON FL 32340 | CREDITOR ID: 299687-39<br>LAVONNE K WYNN<br>19548 W 45 90<br>GREENVILLE FL 32331 | CREDITOR ID: 299688-39<br>LAVOUN D JOYNER<br>PO BOX 1131<br>MIDDLEBURG FL 32050 |
| CREDITOR ID: 299689-39<br>LAWANA A WILLIAMS<br>1406 10TH ST SOUTH<br>CORDELE GA 31015 | CREDITOR ID: 299690-39<br>LAWRENCE A ACOSTA<br>73227 PEG KELLER RD<br>ABITA  SPRINGS LA 70420 | CREDITOR ID: 299691-39<br>LAWRENCE A BUSHEY & FRANKIE<br>BUSHEY JT TEN<br>216 FOREST DR<br>GREENWOOD SC 29646 |
| CREDITOR ID: 299692-39<br>LAWRENCE A FIELD<br>6827 LAKESIDE RD<br>WEST  PALM  BEACH FL 33411 | CREDITOR ID: 299694-39<br>LAWRENCE A SANDERS<br>C-O SECURITY STATE BANK<br>22 RENANN CT<br>NORTH  MANKATO MN 56003 | CREDITOR ID: 299695-39<br>LAWRENCE A TUTELA & BARBARA J<br>TUTELA TRUSTEES U-A DTD<br>11-13-95 THE TUTELA LIVING<br>TRUST<br>242 STATE HWY 12<br>FLEMINGTON NJ 08822 |
| CREDITOR ID: 299696-39<br>LAWRENCE BARRETT<br>11 VICTORY AVE<br>WINCHESTER KY 40391 | CREDITOR ID: 299700-39<br>LAWRENCE BAUGHAM<br>APT B524<br>1715 BELLEVUE AVE<br>RICHMOND VA 23229 | CREDITOR ID: 299701-39<br>LAWRENCE C BOESCH III<br>77189 DONNIE RD<br>FOLSOM LA 70437 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

CREDITOR ID: 299702-39
LAWRENCE C FRANK
5006 SCENIC DR
YAKIMA WA 98908

CREDITOR ID: 299703-39
LAWRENCE C OGU
7120 SKILLMAN ST APT 2051
DALLAS TX 75231

CREDITOR ID: 299704-39
LAWRENCE C SIMS & EULA J
SIMS JT TEN
2417 E CARACAS ST
TAMPA FL 33610

CREDITOR ID: 299705-39
LAWRENCE CHARLES KLEYLA
249 CHARLOTTE ST
ST  AUGUSTINE FL 32084

CREDITOR ID: 299706-39
LAWRENCE D MARTINEZ
346 TELLES ST
LOS  LUNAS NM 87031

CREDITOR ID: 299707-39
LAWRENCE D MORMINO & CLAUDIA
MORMINO JT TEN
108 OVERVIEW LN
CARY NC 27511

CREDITOR ID: 299708-39
LAWRENCE D NEWTON IV
2588 PENNY ST SW
SUPPLY NC 28462

CREDITOR ID: 299709-39
LAWRENCE D YANCEY
1708 ENGLISH ACRES DR
LITHIA FL 33547

CREDITOR ID: 299711-39
LAWRENCE DRAYOVITCH
446 12TH PL SE
VERO  BEACH FL 32962

CREDITOR ID: 299712-39
LAWRENCE E GILLIAM
8277 COUNTY RD 39
FACKLER AL 35746

CREDITOR ID: 299713-39
LAWRENCE E JACKSON
7101 VIRGILIAN ST
NEW  ORLEANS LA 70126

CREDITOR ID: 299714-39
LAWRENCE E LUCADO
148 NASSAU ROAD
FINCASTLE VA 24090

CREDITOR ID: 299715-39
LAWRENCE E NYE
24523 WOOLEY SPRINGS RD
ATHENS AL 35613

CREDITOR ID: 299716-39
LAWRENCE E REEVES & MELISSA
B REEVES JT TEN
172 WINCHESTER DR
WENDELL NC 27591

CREDITOR ID: 299717-39
LAWRENCE E TAPPAN & SANDRA G
TAPPAN JT TEN
RT 1 BOX 44
ARNOLD NE 69120

CREDITOR ID: 299718-39
LAWRENCE F MAKELA & JUDITH M
MAKELA JT TEN
2115 OTTERBEIN AVE
COCOA FL 32926

CREDITOR ID: 299719-39
LAWRENCE F MAKELA JR
1980 OTTERBEIN AVENUE
COCOA FL 32926

CREDITOR ID: 299720-39
LAWRENCE FALATER & DELPHINE
FALATER JT TEN
BOX 81
ALLEN MI 49227

CREDITOR ID: 299721-39
LAWRENCE G THOMPSON
5307 OAK LEA DR
LOUISVILLE KY 40216

CREDITOR ID: 299722-39
LAWRENCE GENE DAVIS
4781 SW 22ND PL
OCALA FL 34474

CREDITOR ID: 299723-39
LAWRENCE H GLANZER & LAURA J
KAHN TRUSTEES U-A DTD
12-13-93 GLANZER FAMILY TRUST
551 WICKWOOD DRIVE
CHESAPEAKE VA 23322

CREDITOR ID: 299724-39
LAWRENCE J BENNINK III &
DONNA W BENNINK JT TEN
1300 BARNSLEY WALK
SNELLVILLE GA 30278

CREDITOR ID: 299725-39
LAWRENCE J BOLSOVER
409 CITROEN DR
SEBRING FL 33872

CREDITOR ID: 299726-39
LAWRENCE J CLINE & ANITA M
CLINE JT TEN
7805 HOOSIER PL
ORLANDO FL 32807

CREDITOR ID: 299727-39
LAWRENCE J COZZA
835 MEADOWLARK PL
WINSTON-SALEM NC 27106

CREDITOR ID: 299728-39
LAWRENCE J DUPLANTIS III
4412 LAKEWOOD DR
METAIRIE LA 70002

CREDITOR ID: 299729-39
LAWRENCE J LACOMB
2005 MISSISSIPPI AVE
KENNER LA 70062

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 299731-39<br>LAWRENCE J SAVOIE III<br>15916 BRAESGATE DR<br>AUSTIN TX 78717 | CREDITOR ID: 299732-39<br>LAWRENCE J SWIDOWSKI<br>8614 WEAVER RD<br>CHITTENANGO NY 13037 | CREDITOR ID: 299733-39<br>LAWRENCE JEROME FOSTER<br>PO BOX 1063<br>UMATILLA FL 32784 |
| CREDITOR ID: 299734-39<br>LAWRENCE JOSEPH ARCENEAUX<br>1910 LINDA DRIVE<br>AUSTELL GA 30168 | CREDITOR ID: 299735-39<br>LAWRENCE KEVIN BUSH<br>27922 TAMMI DR<br>TAVARES FL 32778 | CREDITOR ID: 299736-39<br>LAWRENCE KIMBLE<br>415 SE FIFTH AVE<br>WILLISTON FL 32696 |
| CREDITOR ID: 299737-39<br>LAWRENCE L GRIFFIN<br>8880 130TH AVENUE NORTH<br>WEST PALM BEACH FL 33412 | CREDITOR ID: 299738-39<br>LAWRENCE L GRIFFIN CUST<br>LAWRENCE MICHAEL GRIFFIN<br>UNIF TRANS MIN ACT FL<br>8880 130TH AVENUE N<br>WEST PALM BEACH FL 33412 | CREDITOR ID: 299739-39<br>LAWRENCE L WYNN<br>2845 BILTMORE AVE<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 299740-39<br>LAWRENCE LOCKWOOD<br>GENERAL DELIVERY<br>OAK BLUFFS MA 02557 | CREDITOR ID: 299741-39<br>LAWRENCE LOSINSKI & RUTH<br>LOSINSKI JT TEN<br>1024 WASHINGTON AVE<br>STEVENS POINT WI 54481 | CREDITOR ID: 299742-39<br>LAWRENCE M ELFERS<br>1925 GREGORY LANE<br>CINCINNATI OH 45206 |
| CREDITOR ID: 299743-39<br>LAWRENCE M GOODWIN<br>6831 OSWEGO DR<br>MT DORA FL 32757 | CREDITOR ID: 299745-39<br>LAWRENCE M MCKINNEY<br>202 CANNON AVE<br>GREER SC 29651 | CREDITOR ID: 299746-39<br>LAWRENCE MEYER<br>1520 WOODBURN AVE<br>COVINGTON KY 41011 |
| CREDITOR ID: 299747-39<br>LAWRENCE MICHAEL GOSLINOWSKI<br>1310 NE 203RD ST<br>MIAMI FL 33179 | CREDITOR ID: 299748-39<br>LAWRENCE P HICKEY<br>1226 S 13TH ST<br>PALATKA FL 32177 | CREDITOR ID: 299749-39<br>LAWRENCE P HICKEY & MARY M<br>HICKEY JT TEN<br>1226 S 13TH ST<br>PALATKA FL 32177 |
| CREDITOR ID: 299750-39<br>LAWRENCE R CUCCHI<br>13 BEMIS RD<br>NEWTONVILLE MA 02160 | CREDITOR ID: 299751-39<br>LAWRENCE R DAVIS<br>285 MAX JETT RD<br>JOHNSON CITY TN 37601 | CREDITOR ID: 299752-39<br>LAWRENCE R DAVIS JR & PATSY<br>L DAVIS JT TEN<br>285 MAX JETT RD<br>JOHNSON CITY TN 37601 |
| CREDITOR ID: 299753-39<br>LAWRENCE R PETERS<br>6303 BIG SPRINGS<br>ARLINGTON TX 76001 | CREDITOR ID: 299754-39<br>LAWRENCE RANDLE CHANDLER<br>313 PLAYER DR<br>HIGH POINT NC 27260 | CREDITOR ID: 299755-39<br>LAWRENCE S DEVOS JR TTEE DTD<br>02-25-00 HOMESTEAD PROCEEDS<br>TRUST<br>217 RIDGE RD<br>JUPITER FL 33477 |
| CREDITOR ID: 299756-39<br>LAWRENCE S DEVOS TTEE<br>DTD 05-14-92 SHERRE A DEVOS<br>TRUST<br>8270 NW 49TH MANOR<br>CORAL SPRINGS FL 33067 | CREDITOR ID: 299757-39<br>LAWRENCE S PERRY<br>1150 20TH ST<br>ORANGE CITY FL 32763 | CREDITOR ID: 299758-39<br>LAWRENCE S RHODES & ESTHER L<br>RHODES JT TEN<br>2641 COVERED BRIDGE RD<br>CLAYTON NC 27520 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299759-39<br>LAWRENCE TAYLOR<br>1520 PHALROSE LANE<br>CANTONMENT FL 32533 | CREDITOR ID: 299760-39<br>LAWRENCE THOMAS WIDDICK<br>13998 ASTER AVE<br>WELLINGTON FL 33314 | CREDITOR ID: 299761-39<br>LAWRENCE W ARRINGTON<br>1010 CAMPHOR LANE<br>DELAND FL 32720 |
| CREDITOR ID: 299763-39<br>LAWRENCE W MANN<br>604 SPRING VALLEY RD<br>ALTAMONTE  SPRING FL 32714 | CREDITOR ID: 299764-39<br>LAWRENCE W MCCREARY<br>16705 HUTCHISON RD<br>ODESSA FL 33556 | CREDITOR ID: 299765-39<br>LAWRENCE W SELF JR<br>5523 RFD<br>LONG  GROVE IL 60047 |
| CREDITOR ID: 299766-39<br>LAWRENCE WINTON MAJOR<br>712 3RD AV W<br>PALMETTO FL 34221 | CREDITOR ID: 299767-39<br>LAWRENCE X PUSATERI & EVE M<br>PUSATERI JT TEN<br>1212 N LAKE SHORE DR APT 18<br>B/S<br>CHICAGO IL 60610 | CREDITOR ID: 299768-39<br>LAWSON BURGMAN<br>4132 BURGMAN LANE<br>VALDOSTA GA 31605 |
| CREDITOR ID: 279718-39<br>LAWSON, ALAN M & JULIA M JT TEN<br>1164 COUNTY HIGHWAY 3280<br>FREEPORT FL 32439 | CREDITOR ID: 299769-39<br>LAWTON E MAIATICO<br>600 105TH ST WEST OCEAN<br>MARATHON FL 33050 | CREDITOR ID: 299770-39<br>LAYMON RAY GOODMAN<br>8251 VIA BELLA ST<br>SANFORD FL 32771 |
| CREDITOR ID: 299771-39<br>LAZAR THEODOSS<br>1019 MATTHEW AVE<br>LADY  LAKE FL 32159 | CREDITOR ID: 299772-39<br>LAZARO ESQUIJAROSA<br>3345 SW 23RD TER<br>MIAMI FL 33145 | CREDITOR ID: 299773-39<br>LAZARO HERRERA<br>14970 DUNBARTON PL<br>MIAMI FL 33016 |
| CREDITOR ID: 299774-39<br>LAZARO J GARCIA<br>1711 W 68 ST<br>HIALEAH  LAKES FL 33014 | CREDITOR ID: 299775-39<br>LAZARO JESUS RODRIGUEZ<br>17675 SW 31ST COURT<br>MIRAMAR FL 33029 | CREDITOR ID: 299776-39<br>LAZARO LIMA<br>5525 W 26TH CT APT 209<br>HIALEAH FL 33016 |
| CREDITOR ID: 299777-39<br>LAZARO R HERRADA<br>1051 GLENWOOD DR<br>DUNEDIN FL 34698 | CREDITOR ID: 299778-39<br>LEA LYNN ORBERSON<br>1060 CHAPEL CREEK TRAIL<br>NEW  ALBANY IN 47150 | CREDITOR ID: 299779-39<br>LEAH BATSON<br>1235 ALTAMONT RD<br>GREENVILLE SC 29609 |
| CREDITOR ID: 299780-39<br>LEAH E CHANCE<br>1164 DALLAS RD 43<br>TYLER AL 36785 | CREDITOR ID: 299781-39<br>LEAH KAYE JOHNSON<br>1588 VAN BUREN AVENUE<br>PALM  BAY FL 32909 | CREDITOR ID: 299782-39<br>LEAH MICHELLE COULTER<br>14 EVANGELINE ST<br>ARCADIA FL 33821 |
| CREDITOR ID: 299783-39<br>LEAH PROCTOR<br>9819 MERIONETH COURT<br>LOUISVILLE KY 40299 | CREDITOR ID: 299784-39<br>LEAH R POTEET<br>13626 FOX TRAIL<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 299785-39<br>LEAH SCHREMPP SETALA<br>1576 NE  171ST ST<br>SEATTLE WA 98155 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 299786-39<br>LEAMON HARPER<br>5884 ISLAND FORD RD<br>HANSON KY 42413 | CREDITOR ID: 299787-39<br>LEANDER E LEBLANC & KAY A<br>LEBLANC JT TEN<br>1631 SOUTH MAYFAIR ROAD<br>FT  MYERS FL 33919 | CREDITOR ID: 299788-39<br>LEANDRA LETICIA CHAVEZ<br>4120 MOHAWK PL<br>NAPLES FL 34112 |
| CREDITOR ID: 299789-39<br>LEANNA M PRESTON<br>2203 OAKDALE AVE<br>SOUTH  CHARLESTON WV 25303 | CREDITOR ID: 299790-39<br>LEANNE BUTTS<br>1817 BRIARWOOD STREET<br>PRATTVILLE AL 36066 | CREDITOR ID: 299791-39<br>LEANNE BUTTS & REBEL BUTTS<br>JT TEN<br>1817 BRIARWOOD STREET<br>PRATTVILLE AL 36066 |
| CREDITOR ID: 299792-39<br>LEANNE C WILKES<br>1440 GORDON DR<br>HARTSVILLE SC 29550 | CREDITOR ID: 299793-39<br>LEANNE M WALKENHORST & JOHN<br>WALKENHORST JT TEN<br>1631 WESTSHYRE DR<br>O' FALLON MO 63366 | CREDITOR ID: 299794-39<br>LEANNE NICOLE SETZER<br>CHRISTENBURY CUST JACOB ANDREW<br>CHRISTENBURY<br>5390 HERMAN RD<br>CLAREMONT NC 28610 |
| CREDITOR ID: 299795-39<br>LEANORA PAZMINO<br>5695 PURDY LANE<br>WEST  PALM  BEACH FL 33415 | CREDITOR ID: 299796-39<br>LEANORE TALLENT<br>77 FERGUSON RD<br>PIEDMONT SC 29673 | CREDITOR ID: 299797-39<br>LECIA FAY BOTTOMLEY<br>419 CALVERT ST<br>CHESTERTOWN MD 21620 |
| CREDITOR ID: 299798-39<br>LECK LEDFORD<br>146 30TH AVE NW<br>HICKORY NC 28601 | CREDITOR ID: 299799-39<br>LECTA C BOURGEOIS<br>118 ACACIA DRIVE<br>LAFAYETTE LA 70508 | CREDITOR ID: 299800-39<br>LEE A COCHRAN<br>1962 BISCAYNE DR<br>WINTER  PARK FL 32789 |
| CREDITOR ID: 299801-39<br>LEE A WALLACE<br>20500 NW 33 PL<br>MIAMI FL 33056 | CREDITOR ID: 299802-39<br>LEE ANN BRAWNER & JAMES C<br>BRAWNER JT TEN<br>3097 GORDON STREET<br>NAPLES FL 33962 | CREDITOR ID: 299803-39<br>LEE ANN STYERS<br>2231-D MCLEAN ST<br>GASTONIA NC 28054 |
| CREDITOR ID: 299804-39<br>LEE ANN TERRY<br>445 SW 2ND ST APT 24<br>POMPANO  BEACH FL 33060 | CREDITOR ID: 299805-39<br>LEE ANNETTE ZIPPRO SIMPSON<br>7110 RIVER OAKS ROAD<br>COLUMBIA MO 65203 | CREDITOR ID: 299806-39<br>LEE B NORVILLE & JOYCE B<br>NORVILLE JT TEN<br>1470 AVONDALE AVE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 299809-39<br>LEE BAXTER NORVILLE CUST<br>JOHN CRAWFORD NORVILLE UNIF<br>TRANS MIN ACT FL<br>1470 AVONDALE AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 299808-39<br>LEE BAXTER NORVILLE CUST<br>CLAIRE BAXTER NORVILLE UNIF<br>TRANS MIN ACT FL<br>1470 AVONDALE AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 299807-39<br>LEE BAXTER NORVILLE CUST<br>CHARLES RAYMOND NORVILLE<br>UNIF TRANS MIN ACT FL<br>1470 AVONDALE AVE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 299810-39<br>LEE BRENT CHANEY<br>6755 CLYATTILLE LAKE PARK RD<br>VALDOSTA GA 31601 | CREDITOR ID: 299811-39<br>LEE CLARK<br>105 N SPRING ROAD<br>PAYSON AZ 85541 | CREDITOR ID: 299812-39<br>LEE D BARNES<br>2444 SWEETWOOD DR<br>FORT  WORTH TX 76131 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                        **CASE: 05-03817-3F1**

CREDITOR ID: 299814-39
LEE D CHANDLER CUST FOR
MATTHEW BRIAN CHANDLER UNDER
FL UNIF TRANSFERS TO MINORS
ACT
2913 WILDER PARK DR
PLANT CITY FL 33566

CREDITOR ID: 299813-39
LEE D CHANDLER CUST FOR
JENNIFER LYNN CHANDLER UNDER
FL UNIF TRANSFERS TO MINORS
ACT
2913 WILDER PARK DR
PLANT CITY FL 33566

CREDITOR ID: 299815-39
LEE D GROVE
7752 ALTAVAN AV
ORLANDO FL 32822

CREDITOR ID: 299816-39
LEE DAWS BLOCH
1214 ROSS AVE
BATON ROUGE LA 70807

CREDITOR ID: 299817-39
LEE DESIREE CLAY
7027 WINDWORD WAY #245
CINCINNATI OH 45241

CREDITOR ID: 299818-39
LEE E GUIN & BETTY A GUIN
JT TEN
320 42ND ST E
NORTHPORT AL 35476

CREDITOR ID: 299819-39
LEE E STILLABOWER & MARY K
STILLABOWER JT TEN
2275 GODFREY AVE
SPRING HILL FL 34609

CREDITOR ID: 299820-39
LEE E WELLER
1958 GARDINER LN
LOUISVILLE KY 40205

CREDITOR ID: 299821-39
LEE E WILLIAMS
327 MILTON RD
MONTGOMERY AL 36110

CREDITOR ID: 299822-39
LEE EDWARD PURLEE
1338 FLINTLOCK DRIVE
GREENWOOD IN 46143

CREDITOR ID: 299823-39
LEE FRANKLIN & JANICE KAY
FRANKLIN JT TEN
4809 SPRINGVIEW CT
FORT WORTH TX 76117

CREDITOR ID: 299824-39
LEE GOLDEN & MI SUK GOLDEN
JT TEN
1511 STEFANI CIRCLE
CANTONMENT FL 32533

CREDITOR ID: 299825-39
LEE GORDON BROCK
1344 INWOOD TER
JACKSONVILLE FL 32207

CREDITOR ID: 299826-39
LEE GRANT SMITH
661 COLLINWOOD AVE
MONTGOMERY AL 36105

CREDITOR ID: 299827-39
LEE GRANT SMITH & MARTHA
WATKINS SMITH JT TEN
661 COLLINWOOD AVE
MONTGOMERY AL 36105

CREDITOR ID: 299828-39
LEE H GOLDSBY
2603 BALDWIN BROOK DR
MONTGOMERY AL 36116

CREDITOR ID: 299829-39
LEE H SANDERS
129 MOUNT VIEW DR
MONROE GA 30655

CREDITOR ID: 299830-39
LEE J SADLER
2709 SKYVIEW
CORINTH TX 76205

CREDITOR ID: 299831-39
LEE KIRK JONES
1916 ALFRED BLVD
NAVARRE FL 32566

CREDITOR ID: 299832-39
LEE L PREWETT
11403 BUCHANAN LN
SEFFNER FL 33584

CREDITOR ID: 299833-39
LEE MONTROSE
103 ELLENWOOD CT
ALBEMARLE NC 28001

CREDITOR ID: 299834-39
LEE N JONES JR
474 AUBURN AVE
ATLANTA GA 30312

CREDITOR ID: 299836-39
LEE R MCCORMICK CUST
ANASTASIA MARIE MCCORMICK
UNIF TRAN MIN ACT FL
STE 94
7961 NORMANDY BLVD
JACKSONVILLE FL 32221

CREDITOR ID: 299837-39
LEE R MCCORMICK CUST FOR
MARGUERITE ALEXIS MCCORMICK
U/T/FL/G/T/M/A
STE 94
7961 NORMANDY BLVD
JACKSONVILLE FL 32221

CREDITOR ID: 299840-39
LEE RAY A MIRE
1100 WEST DRIVE
WESTWEGO LA 70094

CREDITOR ID: 299841-39
LEE ROY STEWARD
4709 BARNETT ST
FORT WORTH TX 76103

CREDITOR ID: 299842-39
LEE ROY STEWARD & SHIRLEY
ANN STEWARD JT TEN
4709 BARNETT ST
FORT WORTH TX 76103

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 299844-39
LEE T MURREY
40828 EMARALDA ISLAND RD
LEESBURG FL 34788

CREDITOR ID: 299845-39
LEE V FRAZIER & ELEANOR M
FRAZIER JT TEN
126 CORDOVA BLVD NE
ST PETERSBURG FL 33704

CREDITOR ID: 299846-39
LEE VESTER SEAWRIGHT
3549 US HIGHWAY 29 N
AUBURN AL 36830

CREDITOR ID: 299847-39
LEE W PETTIT
7550 OAK LEVEL ROAD
BASSETT VA 24055

CREDITOR ID: 299848-39
LEE W WEST
10315 WILLIAMS RD
CHARLOTTE NC 28227

CREDITOR ID: 299849-39
LEE W WILSON
1287 REDWOOD CT
TAVARES FL 32778

CREDITOR ID: 299850-39
LEE Y SWARTZ
3619 SHELLIE CT
COCOA FL 32926

CREDITOR ID: 293354-39
LEE, JAE BIN & HAE EUN JT TEN
9 NORTH DORADO CIR, BLDG 9, APT 2C
HAUPPAUGE NY 11788

CREDITOR ID: 299851-39
LEEANN M TALBERT
505 N LEAK ST
SOUTHERN PINES NC 28387

CREDITOR ID: 299852-39
LEEANN YELITO
6008 F LAKETREE LANE
TEMPLE TERRACE FL 33617

CREDITOR ID: 299853-39
LEENA M COBB & CARL R COBB
JT TEN
RR 1 BOX 90B
GREENVILLE FL 32331

CREDITOR ID: 299854-39
LEESHA SHACKELFORD
2339 FERGUSON RD
MANSFIELD OH 44906

CREDITOR ID: 299855-39
LEEVON M NEALEY
110 RICARDO WAY N E APT 1
SAINT PETERSBURG FL 33714

CREDITOR ID: 299856-39
LEFURNE MARIE ADAMS
3126 HULA DR
MESQUITE TX 75150

CREDITOR ID: 299857-39
LEHMAN R MILLS
175-22 137TH AVE
JAMAICA NY 11434

CREDITOR ID: 299858-39
LEIDY FERNANDEZ
621 NE 2 PLACE
HIALEAH FL 33010

CREDITOR ID: 299859-39
LEIGH A STORMER
9087 TRIPOLI DR
CINCINNATI OH 45251

CREDITOR ID: 299860-39
LEIGH A WHITE
855 WEST SHARP LANE
LECANTO FL 34461

CREDITOR ID: 299861-39
LEIGH ANN STRATTON
215 KIM STREET
LOUISVILLE KY 40214

CREDITOR ID: 299862-39
LEIGHTON KEEVER
11443 NARROWSBURG DR
CINCINNATI OH 45231

CREDITOR ID: 299863-39
LEILA A PACETTI
4615 SR 16
ST AUGUSTINE FL 32092

CREDITOR ID: 282912-39
LEIRVIK, AARON COLE (MINOR)
C/O BRIDGET LEIRVIK CUST
236 CLOVER CT
JACKSONVILLE FL 32259

CREDITOR ID: 299864-39
LEISA G RANKIN
144 RIO GRANDE DR
CANON CITY CO 81212

CREDITOR ID: 299865-39
LEISA RANKIN & ANDREW RANKIN
JT TEN
144 RIO GRANDE DRIVE
CANON CITY CO 81212

CREDITOR ID: 299866-39
LEITHA DAVIS HENDRIX
PO BOX 22
FLORAL CITY FL 34436

CREDITOR ID: 299867-39
LEITZSEY YON SUBER
1609 185TH AVENUE NE
BELLEVUE WA 98008

CREDITOR ID: 299868-39
LEKEYSHA T HORTON
3763 HWY 196
HINESVILLE GA 31313

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

CREDITOR ID: 299869-39
LELA M KOSSOW
1214 RYAN ST
PORT ORANGE FL 32119

CREDITOR ID: 299870-39
LELA MAE RITCHEY
220 HANNA PLACE APT#216
FRANKFORT KY 40601

CREDITOR ID: 299871-39
LELAND C DUNIGAN
112 S DALE ST
REPUBLIC MO 65738

CREDITOR ID: 299872-39
LELAND F PRITCHARD
4841 MATTERHORN DR
OLD HICKORY TN 37138

CREDITOR ID: 299873-39
LELAND L WILLIAMS & LINDA M
WILLIAMS JT TEN
RR 2 BOX 837M
CRESCENT CITY FL 32112

CREDITOR ID: 299874-39
LELAND L WILLIAMS & MELISSA
D WILLIAMS JT TEN
RR 2 BOX 837M
CRESCENT CITY FL 32112

CREDITOR ID: 299875-39
LELAND M WILSON
803 REID STREET
NEWBERRY SC 29108

CREDITOR ID: 299876-39
LELAND RICHARD SMITH JR
3536 E ST MARTINS RD
CINCINNATI OH 45211

CREDITOR ID: 299877-39
LELAND W TOWNE
8011 NW 175TH ST
MIAMI FL 33015

CREDITOR ID: 299878-39
LELIA G RHYNE
APT 9
9056TH AVE S
COLUMBUS MS 39701

CREDITOR ID: 299879-39
LELIA HOWARD
3784 NW 25TH ST
FT LAUDERDALE FL 33312

CREDITOR ID: 299880-39
LELIA M COOPER
1323 PRATT ST
GRETNA LA 70053

CREDITOR ID: 299881-39
LELIA M COOPER & TERENCE S
COOPER JT TEN
13042 MOSSY RIDGE COVE
HOUSTON TX 77041

CREDITOR ID: 299882-39
LELIS LEON
17411 SW 122ND AVE
MIAMI FL 33177

CREDITOR ID: 299883-39
LEMA ANN TURNER
29820 SW 168TH AVE
HOMESTEAD FL 33030

CREDITOR ID: 299884-39
LEMAR LEWIS
2641 NW 21ST ST
FT LAUDERDALE FL 33311

CREDITOR ID: 299885-39
LEMMIE TURNER LOWE & HUBERT
LOWE JT TEN
2515 CHERRY ST
MONTGOMERY AL 36107

CREDITOR ID: 299886-39
LEMORA W JOHNSON & JOE H
JOHNSON JR JT TEN
8 SW 8TH CT
DELRAY BEACH FL 33444

CREDITOR ID: 299887-39
LEMUEL K ASHBERRY
HC 69 BOX 16385
NEW POINT VA 23125

CREDITOR ID: 299888-39
LEN W ALLEN & BARBARA J
ALLEN JT TEN
PO BOX 13141
ARLINGTON TX 76094

CREDITOR ID: 299889-39
LENA BOSTWICK
RR3 BOX 90
JACKSONVILLE TX 75766

CREDITOR ID: 299890-39
LENA I COLLIER
15656 CENTRAL PLANK RD
ECLECTIC AL 36024

CREDITOR ID: 299891-39
LENA JEWEL ROGERS
PO BOX 346
PARRISH FL 34219

CREDITOR ID: 299892-39
LENA M PECK
125 PRIDDY LN
FORT WORTH TX 76114

CREDITOR ID: 299893-39
LENA M WILLIAMS
3813 PICKFAIR ST
MONTGOMERY AL 36116

CREDITOR ID: 299894-39
LENARD FOX
4106 ASHVILLE DR
GARLAND TX 75041

CREDITOR ID: 299895-39
LENARD L WILLIAMS
1960 CORNERS CIR
LITHONIA GA 30058

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 299896-39
LENERT E TIEMANN & GLADYS W
TIEMAN JT TEN
RT 7 BOX 19-2
JASPER TX 75951

CREDITOR ID: 310408-39
LENGLE, CHLOE ANN (MINOR)
C/O SCOTT J LENGLE CUST
7436 BRANDSHIRE LN
DUBLIN OH 43017

CREDITOR ID: 299897-39
LENI RUTH HUGHES
3121 WESTFIELD AVE
FORT WORTH TX 76133

CREDITOR ID: 299898-39
LENNICE T YUCIKAS & WALTER J
YUCIKAS JT TEN
8015 SCOTLAND YARDS
AUSTIN TX 78759

CREDITOR ID: 299899-39
LENNIE DALE WATSON
11346 BOONE TRL
PURLEAR NC 28665

CREDITOR ID: 299900-39
LENNIE O'BRYAN
103 NW MACK MARY PL
LAKE CITY FL 32055

CREDITOR ID: 299901-39
LENNIS DARE EVANS
20560 ANZA AVE APT 6
TORRANCE CA 90503

CREDITOR ID: 299902-39
LENNY R LARROQUETTE
230 FOREST BROOK BLVD
MANDEVILLE LA 70448

CREDITOR ID: 299903-39
LENORA A WADDELL
1803 WOOD FERN CT
ORANGE PARK FL 32073

CREDITOR ID: 299904-39
LENORA C STOEFFLER
19275 FRANK LADNER RD
SAUCIER MS 39574

CREDITOR ID: 299905-39
LENORA ROSS BRAWNER &
RICHARD T BRAWNER JT TEN
3829 LLEWELLYN AVE
CINCINNATI OH 45223

CREDITOR ID: 299906-39
LENORE A HANLEY
7641 NW 42ND PL APT 148
SUNRISE FL 33351

CREDITOR ID: 299907-39
LENORE ANN POLLY CUST DIANN
SHYER POLLY U/G/T/M/A/TN
234A CHEROKEE RD
NASHVILLE TN 37205

CREDITOR ID: 299908-39
LEO A LOCKARD
916 CANNONS LN
LOUISVILLE KY 40207

CREDITOR ID: 299909-39
LEO A LOCKARD & RUTHADEL S
LOCKARD JT TEN
916 CANNONS LANE
LOUISVILLE KY 40207

CREDITOR ID: 299910-39
LEO B WILBERT
1115 BERRY BLVD
LOUISVILLE KY 40215

CREDITOR ID: 299911-39
LEO B WILBERT & SHIRLEY Y
WILBERT JT TEN
1115 BERRY BLVD
LOUISVILLE KY 40215

CREDITOR ID: 299912-39
LEO DEAN GIBBONS & M E
GIBBONS JR JT TEN
RR 1 BOX 119
WAKITA OK 73771

CREDITOR ID: 299913-39
LEO F ROSSITER JR
4202 CUSTER DR
VALRICO FL 33594

CREDITOR ID: 299914-39
LEO H SMITH
619 CLAIRMONT DR
JOHNSON CITY TN 37601

CREDITOR ID: 299915-39
LEO J WINE & KATHLEEN WINE
JT TEN
755 GREENRIDGE LANE
LOUISVILLE KY 40207

CREDITOR ID: 299916-39
LEO L AULISIO & HELEN L
AULISIO JT TEN
4303 GLENIS DR
LAKELAND FL 33813

CREDITOR ID: 299917-39
LEO L WESLEY
155 DRIFTWOOD LN
ROCHESTER NY 14617

CREDITOR ID: 299918-39
LEO PATTERSON
1423 COVERED BRIDGE RD
COVINGTON GA 30209

CREDITOR ID: 299920-39
LEO V YOUNT & LOIS M YOUNT
JT TEN
5810 SW 32ND ST
MIAMI FL 33155

CREDITOR ID: 299921-39
LEO W BEDFORD JR
3243 FAIRFAX RD
MONTGOMERY AL 36109

CREDITOR ID: 299922-39
LEODA B STRANGE
327 SHEPHERDS WAY
SHEPHERDSVILLE KY 40165

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 299923-39
LEODA B STRANGE & JAMES
STRANGE JT TEN
327 SHEPHERDS WAY
SHEPHERDSVILLE KY 40165

CREDITOR ID: 299924-39
LEOLA B ARNOLD
RR 4  BOX  6064
MADISON FL 32340

CREDITOR ID: 299925-39
LEOLA S CAMPBELL
612 GLENWOOD AVE
ANDERSON SC 29625

CREDITOR ID: 299926-39
LEON A MARSHA JR
BOX 133
COLUMBIA SC 29202

CREDITOR ID: 299927-39
LEON A MEREDITH
2560 OLD SELLERS ROAD
RAMER AL 36069

CREDITOR ID: 299928-39
LEON A MEREDITH & ELFIE M
MEREDITH JT TEN
2560 OLD SELLERS ROAD
RAMER AL 36069

CREDITOR ID: 299929-39
LEON C DANIELS
3660 MARLBORO ST
MARTINEZ GA 30907

CREDITOR ID: 299930-39
LEON CLEAVES & GWENDOLYN G
CLEAVES JT TEN
1013 MANHATTAN BLVD 78
HARVEY LA 70058

CREDITOR ID: 299931-39
LEON D CULVERSON
908 ELIZABETH PL
BAINBRIDGE GA 31717

CREDITOR ID: 299932-39
LEON D FREEDMAN
2006 MYRON DR
RALEIGH NC 27607

CREDITOR ID: 299933-39
LEON D TURNER
444 JAX ESTATES DR SO
JACKSONVILLE FL 32218

CREDITOR ID: 299934-39
LEON E MCCOOK
9060 LATIMER RD W
JACKSONVILLE FL 32257

CREDITOR ID: 299935-39
LEON J BLOOM & ANGELA O BLOOM
JT TEN
4316 PEACHTREE CIRCLE EAST
JACKSONVILLE FL 32207

CREDITOR ID: 299936-39
LEON J MOORE
26 SPRINGVALLEY RD
MONTGOMERY AL 36116

CREDITOR ID: 299938-39
LEON LESLIE MCINTRYE
3026 SILENT VALLEY DR
FAIRFAX VA 22031

CREDITOR ID: 299939-39
LEON N WILLIAMS
1794 BARRINGER ROAD
ROCK  HILL SC 29730

CREDITOR ID: 299940-39
LEON P CARLIN
34910 COVINGTON LN LN989
WALKER LA 70785

CREDITOR ID: 299941-39
LEON R SHAW & DOROTHY J SHAW
JT TEN
2278 HOLSTON ST
DELTONA FL 32738

CREDITOR ID: 299942-39
LEON S WACASEY SR & RUTH L
WACASEY JT TEN
5400 JERRI LN
FORT  WORTH TX 76117

CREDITOR ID: 299943-39
LEON SEGALL
3600 SUMMER HILL CT
MONTGOMERY AL 36111

CREDITOR ID: 299944-39
LEON SMITH JR
177 FRANKLIN RD
FERRIDAY LA 71334

CREDITOR ID: 299946-39
LEON STEWART CUST MORGAN
FOUNTAIN UNDER THE FL UNIF
TRAN MIN ACT
4064 CONCORD DR N
CRYSTAL  RIVER FL 34428

CREDITOR ID: 299947-39
LEONA DWELLY
RR 6  360D
MANCHESTER KY 40962

CREDITOR ID: 299948-39
LEONA I STALEY
1500 SE PEACH DR
ARCADIA FL 33821

CREDITOR ID: 299949-39
LEONA J MOORE
26 SPRING VALLEY RD
MONTGOMERY AL 36116

CREDITOR ID: 299950-39
LEONA M JIPP
12162 ROCHFORD LN
JACKSONVILLE FL 32225

CREDITOR ID: 299951-39
LEONA TANGELL
4809 PORTLAND MANOR DR
NEW  PORT  RICHEY FL 34655

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299952-39<br>LEONACO<br>C/O JOSEPH J LANN<br>SECURITIES INC<br>5025 VELOZ AVE<br>TARZANA CA 91356 | CREDITOR ID: 299953-39<br>LEONARD A JOHNIKIN<br>1808 WILDFIRE RD<br>CHARLOTTE NC 28214 | CREDITOR ID: 299954-39<br>LEONARD A MUENINGHOFF<br>5008 STONE BRIDGE LN<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 299955-39<br>LEONARD ARNETTE JR<br>1349 7TH STREET<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 299956-39<br>LEONARD B HOLMES & REBECCA G<br>HOLMES JT TEN<br>5685 NW 44TH ST<br>JENNINGS FL 32053 | CREDITOR ID: 299957-39<br>LEONARD B JACKSON<br>341 TEMPLE RD<br>FOUR OAKS NC 27524 |
| CREDITOR ID: 299958-39<br>LEONARD B JACKSON & DORIS P<br>JACKSON JT TEN<br>341 TEMPLE RD<br>FOUR OAKS NC 27524 | CREDITOR ID: 299959-39<br>LEONARD BORR<br>C/O MYSTIC AUTO SUPPLY<br>16 MYSTIC AVE<br>MEDFORD MA 02155 | CREDITOR ID: 299960-39<br>LEONARD C FRANCIS & MARY<br>FRANCIS JT TEN<br>2011 SUNSET LANE<br>LUTZ FL 33549 |
| CREDITOR ID: 299961-39<br>LEONARD C GOODE & CATHERINE<br>B GOODE JT TEN<br>631 LOCH N GREEN TRAIL<br>ARLINGTON TX 76012 | CREDITOR ID: 299962-39<br>LEONARD C GUYTON<br>9312 HABERSHAM DRIVE<br>LOUISVILLE KY 40242 | CREDITOR ID: 299963-39<br>LEONARD C PITTMAN<br>1952 DEER RUN RD<br>CALLAHAN FL 32011 |
| CREDITOR ID: 299964-39<br>LEONARD C PITTMAN & DEENA C<br>CARVER PITTMAN JT TEN<br>1952 DEER RUN RD<br>CALLAHAN FL 32011 | CREDITOR ID: 299965-39<br>LEONARD CLIETT III<br>382 TOWER RD<br>MARTINEZ GA 30907 | CREDITOR ID: 299966-39<br>LEONARD CROSS<br>2534 SPRING PARK RD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 299967-39<br>LEONARD CURTI<br>1018 WHITESVILLE WALK<br>COLUMBUS GA 31904 | CREDITOR ID: 299968-39<br>LEONARD D FRANKLIN JR<br>5780 BAVARIA PL<br>FAYETTEVILLE NC 28314 | CREDITOR ID: 299969-39<br>LEONARD F DILL JR<br>7416 VAN LAKE DRIVE<br>ENGLEWOOD FL 34224 |
| CREDITOR ID: 299970-39<br>LEONARD F DOLEZAL<br>7207 6TH ST SW<br>CEDAR RAPIDS IA 52404 | CREDITOR ID: 299971-39<br>LEONARD H AIKEN CUST ALENA<br>LAN AIKEN UNDER THE SC UNIF<br>GIFT MIN ACT<br>721 INDIAN MOUND DR<br>NORTH AUGUSTA SC 29841 | CREDITOR ID: 299972-39<br>LEONARD H AIKEN CUST JOHN<br>FOSTER HAVIRD UNDER THE SC<br>UNIF GIFT MIN ACT<br>721 INDIAN MOUND DR<br>NORTH AUGUSTA SC 29841 |
| CREDITOR ID: 299974-39<br>LEONARD J LOUGHRIDGE III &<br>KAREN D PETERSON JT TEN<br>4 LANDON LN<br>SAVANNAH GA 31410 | CREDITOR ID: 299975-39<br>LEONARD J SYMONS<br>115 LINDA RD<br>NEW SMYRNA BCH FL 32168 | CREDITOR ID: 299976-39<br>LEONARD JABOUIN<br>1121 NE 202ND ST<br>N MIAMI BEACH FL 33179 |
| CREDITOR ID: 299977-39<br>LEONARD JAMES POOLE JR<br>7910 SW 94TH CT<br>MIAMI FL 33173 | CREDITOR ID: 299978-39<br>LEONARD K DERKOWSKI<br>3004 NORTHWAY DR<br>BALTIMORE MD 21234 | CREDITOR ID: 299979-39<br>LEONARD L NEEDLEMAN & LINDA<br>D NEEDLEMAN JT TEN<br>1041 SUNSHINE LN<br>ACWORTH GA 30102 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 299980-39<br>LEONARD LEE ROY KELLERHALS<br>JR<br>5405 JANICE AVE<br>KENNER LA 70065 | CREDITOR ID: 299981-39<br>LEONARD LEROY WATERS<br>#2C<br>106 ALTA ST<br>MARIETTA OH 45750 | CREDITOR ID: 299982-39<br>LEONARD LYNCH<br>4344 CEDAR CREEK RD<br>FAYETTEVILLE NC 28301 |
| CREDITOR ID: 299983-39<br>LEONARD M CONSTANTINE JR<br>34285 SAVANNAH CT<br>CHESTERFIELD  TWP MI 48047 | CREDITOR ID: 299984-39<br>LEONARD M KNIGHT SR<br>654 SELKIRK DR<br>WINTER  PARK FL 32792 | CREDITOR ID: 299985-39<br>LEONARD M MCEVOY<br>1625 HAIGHT AVE<br>BRONX NY 10461 |
| CREDITOR ID: 299986-39<br>LEONARD M ZEIGLER & SAMANTHA<br>L ZEIGLER JT TEN<br>333 CHARLOTTE ST<br>WINTERGARDEN FL 34787 | CREDITOR ID: 299987-39<br>LEONARD MALCOLM KNIGHT<br>654 SELKIRK DR<br>WINTERPARK FL 32792 | CREDITOR ID: 299988-39<br>LEONARD N CROCKER<br>234 MIDLAND RD<br>SELMA AL 36701 |
| CREDITOR ID: 299989-39<br>LEONARD NATHAN WILSON<br>13359 RAILROAD STREET<br>LIVE  OAK FL 32060 | CREDITOR ID: 299990-39<br>LEONARD NAVICKAS & MICHELLE<br>NAVICKAS JT TEN<br>4737 MOUNTAIN BREEZE CT N<br>JACKSONVILLE FL 32224 | CREDITOR ID: 299991-39<br>LEONARD PITTMAN & DEENA<br>PITTMAN JT TEN<br>1952 DEER RUN RD<br>CALLAHAN FL 32011 |
| CREDITOR ID: 299992-39<br>LEONARD R PAVELKA TTEE DTD<br>03-30-27 MARTHA PAVELKA<br>LIVING TRUST<br>BOX 1019<br>JACKSONVILLE FL 32201 | CREDITOR ID: 299993-39<br>LEONARD R PAVELKA TTEE U A<br>DTD 10-16-91 F-B-O MARTHA<br>PAVELKA LIVING TRUST<br>PO BOX 1019<br>JACKSONVILLE FL 32201 | CREDITOR ID: 299994-39<br>LEONARD RAGOUZEOS<br>20 LEAF PARK<br>LANCASTER PA 17603 |
| CREDITOR ID: 299995-39<br>LEONARD RUSSELL<br>3703 MONROE ST<br>NEW  ORLEANS LA 70118 | CREDITOR ID: 299996-39<br>LEONARD RUSSO & FRANCIS<br>RUSSO JT TEN<br>6391 HARDING ST<br>HOLLYWOOD FL 33024 | CREDITOR ID: 299997-39<br>LEONARD S PRICE & REGINA C<br>PRICE JT TEN<br>123 BLUEWATER RUN E<br>SELBYVILLE DE 19975 |
| CREDITOR ID: 299998-39<br>LEONARD THOMAS WOJTOWICZ<br>11706 PRESLEY CIRCLE<br>PLAINFIELD IL 60544 | CREDITOR ID: 299999-39<br>LEONARD W BRIDGEMAN<br>2020 GREENBRIER BLVD<br>LYNN  HAVEN FL 32444 | CREDITOR ID: 300000-39<br>LEONARD W PINCKARD<br>23248 PEARL CT<br>CARROLLTON VA 23314 |
| CREDITOR ID: 300001-39<br>LEONARD WESLEY & JOLENE<br>WESLEY JT TEN<br>413 SW 15TH ST<br>GRAND  PRAIRIE TX 75051 | CREDITOR ID: 300002-39<br>LEONARDO LOPEZ<br>2819 MADISON STREET<br>HOLLYWOOD FL 33020 | CREDITOR ID: 300003-39<br>LEONARDO R PRIETO SR &<br>EVELYN G PRIETO JT TEN<br>632 HARRINGTON LN<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 300004-39<br>LEONEL SANCHEZ<br>14471 SW 295TH ST<br>LEISURE  CITY FL 33033 | CREDITOR ID: 300005-39<br>LEONETTE D DUCOMBS<br>236 MAYO ST<br>HARAHAN LA 70123 | CREDITOR ID: 300006-39<br>LEONOR GRACIA<br>1192 HATTERAS CIRCLE<br>WEST  PALM BEACH FL 33413 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 300007-39
LEONZIE JONES
PO BOX 510174
MIAMI FL 33151

CREDITOR ID: 300008-39
LEONZIE JONES & FLONNIE MAE
JONES JT TEN
PO BOX 510174
MIAMI FL 33151

CREDITOR ID: 300009-39
LEONZIE JONES & TAMMY D
JONES JT TEN
PO BOX 510174
MIAMI FL 33151

CREDITOR ID: 300010-39
LEOPOLDO FELIU TTEE
UA 05/06/97
LEOPOLDO FELIU REV TRUST
5758 MARBLE CT
WINTER PARK FL 32792-9358

CREDITOR ID: 300011-39
LEORA DANNETTE CHRISTIAN
111 LYNNE AVE
LAURENS SC 29360

CREDITOR ID: 300012-39
LEOTA JANE ESKEW & PERRY
ROGERSESKEW JT TEN
97 ANCILLA CT
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 300013-39
LEOTA M WHITAKER
14020 ECHO HILL TRL
LOUISVILLE KY 40299

CREDITOR ID: 300014-39
LERDIE M GODEAUX
PO BOX 439
ESTHERWOOD LA 70534

CREDITOR ID: 300015-39
LERNA L LINTON
510 JIMBAY DRIVE
ORANGE PARK FL 32073

CREDITOR ID: 300016-39
LERON J PARRAMORE & MARY H
PARRAMORE JT TEN
3776 NORTH CAROLINA RTE8 S
WALNUT COVE NC 27052

CREDITOR ID: 300017-39
LEROY C FOWLER
401 HUNTS BRIDGE RD
EASLEY SC 29640

CREDITOR ID: 300018-39
LEROY DANNER
1000 PINOCCHIO DR
HORSESHOE BEND AR 72512

CREDITOR ID: 300019-39
LEROY GENE MASSENGALE
423 JONES AVENUE
GREER SC 29650

CREDITOR ID: 300020-39
LEROY GRAHAM
2720 NE 3RD AVE
POMPANO BEACH FL 33064

CREDITOR ID: 300023-39
LEROY J JACOBY
3008 39TH AVE WEST
BRADENTON FL 34205

CREDITOR ID: 300024-39
LEROY J MARTIN
224 APPLETREE LANE
GRETNA LA 70056

CREDITOR ID: 300026-39
LEROY MOODIE
3 SOUTH PINE ISLAND RD, APT 315
PLANTATION FL 33324

CREDITOR ID: 300027-39
LEROY NARRAMORE & PEGGY A
NARRAMORE JT TEN
3969 BERKLEY RD
AUBURNDALE FL 33823

CREDITOR ID: 300028-39
LEROY OSWALD CRUTCHFIELD &
CHRISTENE M CRUTCHFIELD JT TEN
719 84TH PL S
BIRMINGHAM AL 35206

CREDITOR ID: 300029-39
LEROY PAYNE III
107 IRIS GLEN DR
CONYERS GA 30013

CREDITOR ID: 300030-39
LEROY S STEVENS JR & FRANKIE
STEVENS JT TEN
4748 AVON LN
JACKSONVILLE FL 32210

CREDITOR ID: 300031-39
LEROY SMITH
116 WASP DR
BRUNSWICK GA 31520

CREDITOR ID: 300032-39
LEROY THOMAS FREMIN
1206 BOURBON ST
THIBODAUX LA 70301

CREDITOR ID: 300035-39
LEROY W GRIMES
4500 SANTA VILLA DRIVE
PACE FL 32571

CREDITOR ID: 300036-39
LEROY WORTH JR CUST MAYA
NICHOLE WORTH UNDER THE NC
UNIF TRAN MIN ACT
561 DOCKERY RD
ROCKINGHAM NC 28379

CREDITOR ID: 300037-39
LEROY WORTH JR CUST NINA
GABRIELLE WORTH UNDER THE NC
UNIF TRAN MIN ACT
561 DOCKERY RD
ROCKINGHAM NC 28379

CREDITOR ID: 300038-39
LES J COHEN
413 CARSON AVENUE
DEPTFORD NJ 08096

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300039-39<br>LES MOORE<br>10100 GOLDEN POND DR<br>UNION KY 41091 | CREDITOR ID: 300040-39<br>LESA A REED<br>5920 WASSMAN ROAD<br>KNOXVILLE TN 37912 | CREDITOR ID: 300041-39<br>LESHON P JOHNSON<br>PO BOX 209<br>1590 ROSE LANE<br>GRAMERCY LA 70052 |
| CREDITOR ID: 300042-39<br>LESIA B HOWELL<br>303 CHISOLM DR<br>SELMA AL 36701 | CREDITOR ID: 300043-39<br>LESINA MARIE ORTEGA<br>907 KELLER AVE<br>BENBROOK TX 76126 | CREDITOR ID: 300044-39<br>LESLEEN L NEWMAN<br>29072 IRIS DR<br>BIG  PINE  KEY FL 33043 |
| CREDITOR ID: 300045-39<br>LESLEY D WRIGHT & ANNE M<br>WRIGHT JT TEN<br>29835 N 41ST PL<br>CAVE  CREEK AZ 85331 | CREDITOR ID: 300046-39<br>LESLEY TAYLOR<br>5250 SW 101ST AVE<br>COOPER  CITY FL 33328 | CREDITOR ID: 300047-39<br>LESLI DENEIL DAVIS<br>106 N GLASSY MT RD<br>PICKENS SC 29671 |
| CREDITOR ID: 300048-39<br>LESLIE A COON<br>401 LILY PAD LN<br>EUSTIS FL 32726 | CREDITOR ID: 300049-39<br>LESLIE A DAVIS<br>307 BOGGY BAYOU CT<br>NICEVILLE FL 32578 | CREDITOR ID: 300050-39<br>LESLIE ANN BEENE<br>1465 HOLLY AVE<br>MERRITT  IS FL 32952 |
| CREDITOR ID: 300051-39<br>LESLIE ARENA HUTTOE<br>2364 HWY 165 S<br>CHAUNCEY GA 31011 | CREDITOR ID: 300052-39<br>LESLIE BLANTON<br>283 TARA WOODS DR<br>LEITCHFIELD KY 42754 | CREDITOR ID: 300053-39<br>LESLIE C BARLOW JR & TINA<br>BARLOW JT TEN<br>5225 WAKEFIELD PLACE<br>NORWOOD OH 45212 |
| CREDITOR ID: 300055-39<br>LESLIE C COX<br>1273 DEATSVILLE RD<br>SHEPHERDSVILLE KY 40165 | CREDITOR ID: 300056-39<br>LESLIE C HOLSHOUSER JR<br>2515 HERITAGE CIR<br>STATESVILLE NC 28625 | CREDITOR ID: 300057-39<br>LESLIE C SCOTT & JAMES H<br>SCOTT JT TEN<br>1089 MUIRFIELD DR<br>CINCINNATI OH 45245 |
| CREDITOR ID: 300058-39<br>LESLIE C STOCKTON<br>796 S ADDISON RD<br>SAN  ANTONIO TX 78264 | CREDITOR ID: 300059-39<br>LESLIE C STOCKTON & ARCH<br>STOCKTON JR JT TEN<br>796 S ADDISON RD<br>SAN  ANTONIO TX 78264 | CREDITOR ID: 300060-39<br>LESLIE DAVIS & BRIAN DAVIS<br>JT TEN<br>307 BOGGY BAYOU CT<br>NICEVILLE FL 32578 |
| CREDITOR ID: 300061-39<br>LESLIE DIANE BRANER<br>3318 HIGHLAND FORGE TRAIL<br>DACULA GA 30019 | CREDITOR ID: 300062-39<br>LESLIE E WASHINGTON<br>2096 WHITES CHAPEL PKY<br>TRUSSVILLE AL 35173 | CREDITOR ID: 300063-39<br>LESLIE ELIXSON<br>BOX 227<br>WORTHINGTON  SPRINGS FL 32697 |
| CREDITOR ID: 300064-39<br>LESLIE EMES HATCH<br>892 CANVASBACK LN<br>HEATHSVILLE VA 22473 | CREDITOR ID: 300065-39<br>LESLIE F WRIGHT TRUSTEE U-A<br>DTD 02-23-95 LESLIE F WRIGHT<br>REVOCABLE TRUST<br>11308 CEDAR RIDGE RD<br>OKLAHOMA  CITY OK 73162 | CREDITOR ID: 300066-39<br>LESLIE G LOVORN & JOSEPH W<br>LOVORN JT TEN<br>2884 RIVERVIEW POINTE DR S<br>THEODORE AL 36582 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 300067-39<br>LESLIE G WILLIAMS<br>P O BOX 6284<br>JACKSONVILLE FL 32236 | CREDITOR ID: 300068-39<br>LESLIE H DAVIS<br>5444 MARENGO CIRCLE<br>CHARLOTTE NC 28216 | CREDITOR ID: 300069-39<br>LESLIE HAIMBACH<br>4034A QUAIL RIDGE DR<br>BOYNTON  BEACH FL 33436 |
| CREDITOR ID: 300070-39<br>LESLIE HERRON HUFF<br>4131 18TH AVE N<br>SAINT  PETERSBURG FL 33713 | CREDITOR ID: 300071-39<br>LESLIE HOBART KEETON &<br>PHYLLIS J KEETON JT TEN<br>10340 HILLTOP DR<br>NEW  PORT RICHEY FL 34654 | CREDITOR ID: 300072-39<br>LESLIE JOHNSON<br>856 MARIE AVE<br>AKRON OH 44314 |
| CREDITOR ID: 300073-39<br>LESLIE K CONNER<br>1827 SPINDALE ST<br>SPINDALE NC 28160 | CREDITOR ID: 300074-39<br>LESLIE K KLINE<br>2020 NORTHLAKE 1<br>DENTON TX 76201 | CREDITOR ID: 300075-39<br>LESLIE L LENZ<br>2715 RIVIERA DR<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 300076-39<br>LESLIE LAMAR NELSON<br>P O BOX 114<br>GANTT AL 36038 | CREDITOR ID: 300077-39<br>LESLIE LANIER<br>21 MONTGOMERY ST SE<br>ATLANTA GA 30317 | CREDITOR ID: 300078-39<br>LESLIE LLOYD JONES<br>8751 S W 9 CT<br>PEMBROKE  PINES FL 33025 |
| CREDITOR ID: 300079-39<br>LESLIE LYNN JENKINS<br>912 OLD HILLS BRIDGE RD<br>PAULINE SC 29374 | CREDITOR ID: 300080-39<br>LESLIE M JOHNSON<br>9923 MONCRIEF-DINSMORE RD<br>JACKSONVILLE FL 32219 | CREDITOR ID: 300081-39<br>LESLIE M MULL<br>PO BOX 1081<br>FREEPORT FL 32439 |
| CREDITOR ID: 300082-39<br>LESLIE M RAY<br>C/O LESLIE M KOMASA<br>3135 DAISY COURT<br>LAKE  PLACID FL 33852 | CREDITOR ID: 300083-39<br>LESLIE M RIDDLE<br>13345 SHORE DR<br>WINTER  GARDEN FL 34787 | CREDITOR ID: 300086-39<br>LESLIE MICHAUD<br>5303 HWY 17 S<br>GREEN  COVE  SP FL 32043 |
| CREDITOR ID: 300087-39<br>LESLIE O BOSTICK JR & DONNA<br>M BOSTICK JT TEN<br>4646 WEASEL DR<br>NEW  PORT  RICHEY FL 34653 | CREDITOR ID: 300088-39<br>LESLIE O SHARPE<br>1849 KOON RD<br>LUGOFF SC 29078 | CREDITOR ID: 300089-39<br>LESLIE R KOHLBECK<br>P O BOX 276<br>DALE WI 54931 |
| CREDITOR ID: 300090-39<br>LESLIE S BARRETT<br>3120 NATILIE CIR<br>AUGUSTA GA 30909 | CREDITOR ID: 300091-39<br>LESLIE T NUNNALLY & DEBORAH<br>C NUNNALLY JT TEN<br>149 BERRINGER LN<br>GARNER NC 27529 | CREDITOR ID: 300092-39<br>LESLIE THOMAS JOHNSTON<br>BOX 1228<br>BUSHNELL FL 33513 |
| CREDITOR ID: 300093-39<br>LESLIE YVETTE GASCON<br>2778 MENDEZ DR<br>NEW  ORLEANS LA 70122 | CREDITOR ID: 300095-39<br>LESTER D ADAMS<br>105 BAIRD LN<br>ELIZABETHTON TN 37643 | CREDITOR ID: 300096-39<br>LESTER D STUDSTILL JR & JUNE<br>L STUDSTILL JT TEN<br>2460 COREY RD<br>MALABAR FL 32950 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300097-39<br>LESTER DANIEL HAWKINS &<br>SUSAN TATE HAWKINS JT TEN<br>803 SHADETREE CT<br>WETUMPKA AL 36092 | CREDITOR ID: 300098-39<br>LESTER E WILSON<br>4602 SUMMER WIND CT<br>PLANT CITY FL 33567 | CREDITOR ID: 300099-39<br>LESTER HINSON<br>PO BOX 88031<br>PORT SAINT LUCIE FL 34988 |
| CREDITOR ID: 300100-39<br>LESTER KEEN & ROBERT KEEN JT<br>TEN<br>LOT 54<br>900-9 AVE E<br>PALMETTO FL 34221 | CREDITOR ID: 300101-39<br>LESTER L DUNCAN<br>213 DEWEY ST SW<br>WILSON NC 27893 | CREDITOR ID: 300102-39<br>LESTER R MUENINGHOFF<br>8314 BOXWOOD DR<br>TAMPA FL 33615 |
| CREDITOR ID: 300103-39<br>LESTER S SMITH<br>343 NE 1 AV<br>OCALA FL 34470 | CREDITOR ID: 300104-39<br>LESTER S VAN DEURSEN &<br>SHIRLEY J VAN DEURSEN JT TEN<br>505 E 161ST ST<br>SOUTH HOLLAND IL 60473 | CREDITOR ID: 300105-39<br>LESTER SEBASTIAN JR<br>646 MARIEDA DR<br>CINCINNATI OH 45245 |
| CREDITOR ID: 300106-39<br>LESTER T HOLLAND<br>1413 FUTRELLE DR<br>HIGH POINT NC 27262 | CREDITOR ID: 300107-39<br>LETCHER E DREWERY<br>NO 2 COLONIAL CT<br>OWENSBORO KY 42301 | CREDITOR ID: 300108-39<br>LETECIA HUTTO<br>409 HIGHLAND AVE<br>EUFAULA AL 36027 |
| CREDITOR ID: 300109-39<br>LETHA R ALLRAN<br>138 HILLSIDE DR<br>LINCOLNTON NC 28092 | CREDITOR ID: 300110-39<br>LETHE MARSHALL<br>1773 NW 6TH TR<br>JENNINGS FL 32053 | CREDITOR ID: 300111-39<br>LETICIA J LITTLE<br>515 OLD CAPITAL KILN ROAD<br>PICAYUNE MS 39466 |
| CREDITOR ID: 300112-39<br>LETITIA B CLEVELAND & THOMAS<br>BRADLEY CLEVELAND JT TEN<br>4264 CARTERS LAKE DR<br>BUFORD GA 30519 | CREDITOR ID: 300113-39<br>LETITIA WILMOT HUTTON<br>APT A<br>11 STERLING ST<br>MANCHESTER NJ 08759 | CREDITOR ID: 300114-39<br>LETON M FORDE & VERONICA<br>FORDE JT TEN<br>306 SW 77TH AVE<br>N LAUDERDALE FL 33068 |
| CREDITOR ID: 300115-39<br>LETTY WILLIAMS<br>4357 CUNNINGHAM<br>WICHITA FALLS TX 76308 | CREDITOR ID: 300116-39<br>LEVAN MACK<br>2325 58TH ST N<br>ST PETERSBURG FL 33710 | CREDITOR ID: 300117-39<br>LEVEDA G RIDDLE & LEVEDA G<br>RIDDLE GDN FOR LEIGH ANN<br>RIDDLE A MINOR<br>2005 GAP CREEK RD<br>GREER SC 29651 |
| CREDITOR ID: 300118-39<br>LEVI H HOLLINGSWORTH CUST<br>BRIAN PAUL HOLLINGSWORTH A<br>MINOR UNDER THE LAWS OF GA<br>513 PECAN GROVE<br>AUSTIN TX 78704 | CREDITOR ID: 300119-39<br>LEW SHERRILL<br>3767 BENTLEY PL SW<br>CONCORD NC 28027 | CREDITOR ID: 300120-39<br>LEWIS A CREWS JR<br>5426 CR 23C<br>MACCLENNY FL 32063 |
| CREDITOR ID: 300121-39<br>LEWIS C BAER<br>138 FIRELOCK CT<br>WINCHESTER VA 22602 | CREDITOR ID: 300122-39<br>LEWIS D BANKS<br>4119 LAMON CHAPEL RD<br>JASPER AL 35503 | CREDITOR ID: 300123-39<br>LEWIS D MATIAS<br>11211 S MILITARY TRL APT 122<br>BOYNTON BEACH FL 33436 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300124-39<br>LEWIS D MURRAY & NOELIA L<br>MURRAY JT TEN<br>PO BOX 763<br>BRONSON FL 32621 | CREDITOR ID: 300125-39<br>LEWIS DEAN FYKSE JR<br>192 TUCKERTON RD<br>MEDFORD  LAKES NJ 08055 | CREDITOR ID: 300126-39<br>LEWIS DOWDY JR<br>403 LANE OF SITMARK<br>GARNER NC 27529 |
| CREDITOR ID: 300127-39<br>LEWIS DUKE EDWARDS<br>30 BRUCEMONT CIR<br>ASHEVILLE NC 28806 | CREDITOR ID: 300128-39<br>LEWIS DUKE EDWARDS & GAY H<br>EDWARDS JT TEN<br>30 BRUCEMONT CIR<br>ASHEVILLE NC 28806 | CREDITOR ID: 300129-39<br>LEWIS E RAWLS JR<br>3480 NW 5TH PL<br>FORT  LAUDERDALE FL 33311 |
| CREDITOR ID: 300130-39<br>LEWIS E STUMP<br>312 CROFTON DR<br>VINTON VA 24179 | CREDITOR ID: 300131-39<br>LEWIS FRANKLIN WHITESIDE JR<br>346 WEST MAIN ST<br>BREVARD NC 28712 | CREDITOR ID: 300132-39<br>LEWIS FREDERICK HARVILL<br>1551 ERNEST DRIVE<br>MOBILE AL 36695 |
| CREDITOR ID: 300134-39<br>LEWIS J BUGNA<br>37W812 W HIGHLAND AVE<br>ELGIN IL 60123 | CREDITOR ID: 300136-39<br>LEWIS L DICKENSON & EDNA M<br>DICKENSON JT TEN<br>3810 SW 11TH ST<br>FT  LAUDERDALE FL 33312 | CREDITOR ID: 300137-39<br>LEWIS L JENKINS<br>1007 BRYNN MARK RD<br>JACKSONVILLE NC 28542 |
| CREDITOR ID: 300138-39<br>LEWIS M LONG<br>3451 N BELTLINE BLVD<br>COLUMBIA SC 29204 | CREDITOR ID: 300140-39<br>LEWIS N FLEETWOOD CUST<br>ALICIA M LEWELLEN UND UNIF<br>GIFT MIN ACT FL<br>2209 WINONA DR<br>PLANO TX 75074 | CREDITOR ID: 300141-39<br>LEWIS N FLEETWOOD CUST DEREK<br>L FLEETWOOD UND UNIF GIFT<br>MIN ACT FL<br>2209 WINONA DR<br>PLANO TX 75074 |
| CREDITOR ID: 300142-39<br>LEWIS S HOWARD<br>P O BOX 11262<br>KNOXVILLE TN 37939 | CREDITOR ID: 300143-39<br>LEWIS S SHIELDS JR<br>3914 TOREADOR CT<br>BUILDING 4 APT 2<br>JACKSONVILLE FL 32217 | CREDITOR ID: 300144-39<br>LEWIS T EVERETT<br>303 WINDFORD CT<br>WINTER  GARDEN FL 34787 |
| CREDITOR ID: 300145-39<br>LEWIS V MOSES & MARGIE S<br>MOSES JT TEN<br>374 PINEHURST DR<br>TALLADEGA AL 35160 | CREDITOR ID: 300146-39<br>LEWIS VERNON MOSES<br>374 PINEHURST DR<br>TALLADEGA AL 35160 | CREDITOR ID: 290923-39<br>LEWIS, JENNIFER L  (MINOR)<br>C/O GAYLE A LEWIS CUST<br>1313 SW 10TH ST<br>CAPE  CORAL FL 33991 |
| CREDITOR ID: 300147-39<br>LEX G KIMSEY<br>BHR<br>64 MAPLE ST<br>OKEECHOBEE FL 34974 | CREDITOR ID: 300148-39<br>LEX H KUNAU & CELIA KUNAU<br>JT TEN<br>PO BOX 548<br>BURLEY ID 83318 | CREDITOR ID: 300149-39<br>LEXIE K JACKSON<br>3814 CARLOS AVE<br>FAYETTEVILLE NC 28306 |
| CREDITOR ID: 300150-39<br>LIAM MURPHY<br>21 OSWEGO ST<br>BELLINGHAM MA 02019 | CREDITOR ID: 300151-39<br>LIANE CALDWELL<br>3903 SAWTOOTH<br>KILLEEN TX 76542 | CREDITOR ID: 300153-39<br>LIANE M SCOTT<br>9999 SUMMERBREEZE DR 1103<br>SUNRISE FL 33322 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300154-39<br>LIBBI SCHAUWECKER & JAMES E<br>SCHAUWECKER JT TEN<br>PO BOX 828<br>NEW SMYRNA BEACH FL 32170 | CREDITOR ID: 300155-39<br>LIBBY CLEMENT VERRET<br>59169 LAUREL ST<br>PLAQUEMINE LA 70764 | CREDITOR ID: 300156-39<br>LIBBY D TUCKER & CHARLES W<br>TUCKER JT TEN<br>2949 STARNES RD<br>ROCK HILL SC 29730 |
| CREDITOR ID: 300157-39<br>LIBBY JO SUTTON<br>7862 BRANDENBURG RD<br>LEITCHFIELD KY 42754 | CREDITOR ID: 300158-39<br>LIBRADO DELEON<br>1305 ORANGE AVE<br>FT WORTH TX 76110 | CREDITOR ID: 300159-39<br>LIBUSHE ZORIN TTEE U-A DTD<br>01-18-99 LIBUSHE ZORIN<br>TRUST<br>12301 CEDARVILLE RD<br>BRANDYWINE MD 20613 |
| CREDITOR ID: 300160-39<br>LIDA H SMITH<br>123 BRADLEY PARK<br>ANDERSON SC 29621 | CREDITOR ID: 300161-39<br>LIDYA G URIARTE<br>12695 NW 8 TRAIL<br>MIAMI FL 33182 | CREDITOR ID: 300162-39<br>LIEN T PHAM<br>530 102 RD AVE N<br>NAPLES FL 33963 |
| CREDITOR ID: 300163-39<br>LIESA M WRIGHT<br>20 CLYDE LN<br>HILTON HEAD SC 29926 | CREDITOR ID: 300164-39<br>LIEU HUY VANG & LE THI HOANG<br>JT TEN<br>2379 MID PINE COURT<br>OVIEDO FL 32765 | CREDITOR ID: 300165-39<br>LILIA E ROBINSON<br>5721 NW 199 STREET<br>MIAMI FL 33015 |
| CREDITOR ID: 300166-39<br>LILIAN V BENITEZ & OVILIO<br>BENITEZ JT TEN<br>6821 S W 147TH AVE<br>APT 2A<br>MIAMI FL 33193 | CREDITOR ID: 300167-39<br>LILLIAN A TURNER<br>2289 UNITED DRIVE<br>HUGER SC 29450 | CREDITOR ID: 300168-39<br>LILLIAN B BONEY<br>2305 GILLETTE DR<br>WILMINGTON NC 28403 |
| CREDITOR ID: 300169-39<br>LILLIAN B GARNEK<br>18586 S E 20TH PLACE<br>SILVER SPRINGS FL 34488 | CREDITOR ID: 300170-39<br>LILLIAN BOYLE FRISCH &<br>ROBERT M FRISCH JT TEN<br>375 GERRY RD<br>N BRUNSWICK NJ 08902 | CREDITOR ID: 300171-39<br>LILLIAN C WELSTED<br>1936 VILLAGEWOOD COURT<br>GASTONIA NC 28054 |
| CREDITOR ID: 300172-39<br>LILLIAN DARLENE MCCLELLAN<br>207 MARILYN DR<br>FOREST CITY NC 28043 | CREDITOR ID: 300173-39<br>LILLIAN E CARTER<br>ATTN LILLIAN E WILLIAMS<br>P O BOX 628<br>LAWTEY FL 32058 | CREDITOR ID: 300174-39<br>LILLIAN FRANCES FLEMING<br>1417 NW 19TH CT<br>OCALA FL 34475 |
| CREDITOR ID: 300175-39<br>LILLIAN L ALLEN<br>203 MORGAN ST<br>ROANOKE AL 36274 | CREDITOR ID: 300176-39<br>LILLIAN L KING<br>7703 OGG ROAD<br>KNOXVILLE TN 37918 | CREDITOR ID: 300177-39<br>LILLIAN LIPSCOMB<br>2900 D'IBERVILLE DR<br>MOBILE AL 36695 |
| CREDITOR ID: 300178-39<br>LILLIAN M RUCKER TTEE<br>U/A DTD 05/20/97<br>RUCKER REVOCABLE TRUST<br>5694 40TH TER N #321<br>KENNETH CITY FL 33709 | CREDITOR ID: 300179-39<br>LILLIAN M SCHRODER<br>112 E FLAMINGO DR<br>CLARKSVILLE IN 47129 | CREDITOR ID: 300180-39<br>LILLIAN MIDGE GIBSON<br>28 PVT RD 155<br>PROCTORVILLE OH 45669 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300181-39<br>LILLIAN MISENHEIMER<br>315 PARK RIDGE RD<br>ALBEMARLE NC 28001 | CREDITOR ID: 300182-39<br>LILLIAN S ARRINGTON TR U-A<br>02-28-83 SANFORD HENRY<br>ARRINGTON<br>307 PINE ST<br>SEMINARY MS 39479 | CREDITOR ID: 300183-39<br>LILLIAN S ARRINGTON TTEE DTD<br>02-28-83 SANFORD H ARRINGTON<br>MANAGEMENT TRUST<br>307 PINE ST<br>SEMINARY MS 39479 |
| CREDITOR ID: 300184-39<br>LILLIAN S BURACK<br>PO BOX 414<br>EAST LONGMEADOW MA 01028 | CREDITOR ID: 300185-39<br>LILLIAN S GERWECK<br>P O BOX 4166<br>BOCA RATON FL 33429 | CREDITOR ID: 300186-39<br>LILLIAN SNELL<br>P O BOX 737<br>BOWIE MD 20718 |
| CREDITOR ID: 300187-39<br>LILLIAN T SMITH<br>3843 PURITAN ST 26<br>DETROIT MI 48238 | CREDITOR ID: 300188-39<br>LILLIAN THOMPSON & SYLVESTER<br>THOMPSON JT TEN<br>1881 SCHENECTADY AVE<br>BROOKLYN NY 11234 | CREDITOR ID: 300189-39<br>LILLIAN V RAULERSON<br>177 FORT SMITH BLVD<br>DELTONA FL 32738 |
| CREDITOR ID: 300190-39<br>LILLIAN ZBROZEK CUST APRIL<br>ZBROZEK UNIF TRANS MIN ACT<br>FLORIDA<br>9929 FOX SQUIRRELL DR<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 300191-39<br>LILLIE A RIGGS<br>3615 TROPIC ST<br>BIG PINE KEY FL 33043 | CREDITOR ID: 300192-39<br>LILLIE B CHAPMAN<br>272 NW 29TH TERRACE<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 300193-39<br>LILLIE BENT LATHAM<br>226 WALTER RD<br>NEW ORLEANS LA 70123 | CREDITOR ID: 300194-39<br>LILLIE D MOORE<br>5914 CAITLIN CT<br>MABLETON GA 30059 | CREDITOR ID: 300195-39<br>LILLIE F MOREDOCK<br>110 FAIRWAY DR<br>FORT MILL SC 29715 |
| CREDITOR ID: 300196-39<br>LILLIE M MANION<br>2805 BLEVINS GAP RD<br>VALLEY STATION KY 40272 | CREDITOR ID: 300197-39<br>LILLIE MAE FISHER<br>P O BOX 512<br>ROPER NC 27970 | CREDITOR ID: 300198-39<br>LILLIE MAE HARVIN<br>3255 SOUTH AVE<br>BARTOW FL 33830 |
| CREDITOR ID: 300199-39<br>LILLIE MAE KEITH<br>288 W CROWN POINT RD<br>WINTER GARDEN FL 34787 | CREDITOR ID: 300200-39<br>LILLIE MAE STURKES<br>3415 N 49TH STREET<br>TAMPA FL 33605 | CREDITOR ID: 300201-39<br>LILLIE MARIE MANION & SUSAN<br>C KEEN JT TEN<br>2805 BLEVINS GAP RD<br>LOUISVILLE KY 40272 |
| CREDITOR ID: 300202-39<br>LILLIE R KING & KELVIN F<br>KING JT TEN<br>P O BOX 1954<br>OPELIKA AL 36803 | CREDITOR ID: 300203-39<br>LILLIE V PURVIS<br>439 SAMFORD AVE<br>AUBURN AL 36830 | CREDITOR ID: 300205-39<br>LILLY E MCKELLAR<br>PO BOX 1022<br>TIFTON GA 31793 |
| CREDITOR ID: 300206-39<br>LILLY L BOONE & JEFF BOONE<br>JT TEN<br>184 DOC PERRY RD<br>NEWNAN GA 30263 | CREDITOR ID: 300207-39<br>LILLY MAE MOORE<br>PO BOX 212<br>PINETTA FL 32350 | CREDITOR ID: 300208-39<br>LILLY MARIA WOOD<br>766 BEAVER DAM ROAD<br>TONEY AL 35773 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 300209-39<br>LILLY SMITH<br>725 DROMEDARY DR<br>KISSIMEE FL 32759 | CREDITOR ID: 300210-39<br>LILY JOHN & AD JOHN JT TEN<br>3014 VASCO ST<br>PUNTA  GORDA FL 33950 | CREDITOR ID: 300211-39<br>LINCOLN C BARNETT & DEBORAH<br>S BARNETT JT TEN<br>2908 PATINO RD<br>FT  WORTH TX 76112 |
| CREDITOR ID: 300212-39<br>LINCOLN C HAYES & LOIS M<br>HAYES JT TEN<br>2209 E 7TH ST<br>LUMBERTON NC 28358 | CREDITOR ID: 300213-39<br>LINCOLN L DONOVAN<br>8093 SE VILLA CIRCLE<br>HOBE  SOUND FL 33455 | CREDITOR ID: 300214-39<br>LINDA A AARON<br>1760 KINGSWAY DR<br>CANTONMENT FL 32533 |
| CREDITOR ID: 300215-39<br>LINDA A CALLAWAY & DWAYNE T<br>CALLAWAY JT TEN<br>15618 85TH RD N<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 300216-39<br>LINDA A CARPENTER<br>8484 W ANNA GAIL LN<br>CRYSTAL  RIVER FL 34429 | CREDITOR ID: 300217-39<br>LINDA A DECOURSEY<br>786 EAST VICTORIA CIR<br>ORMOND  BEACH FL 32174 |
| CREDITOR ID: 300218-39<br>LINDA A HARLOW<br>7700 NW 135TH ST<br>REDDICK FL 32686 | CREDITOR ID: 300219-39<br>LINDA A JONES<br>22443 HWY 98 E LOT 1<br>FOLEY AL 36535 | CREDITOR ID: 300220-39<br>LINDA A MIDDLETON & WILLIAM<br>T MIDDLETON JT TEN<br>3054 HICKORY LANE<br>MASON OH 45040 |
| CREDITOR ID: 300221-39<br>LINDA A MOLAISON & CLAUDE J<br>MOLAISON JR JT TEN<br>2421 KAREN ST<br>THIBODAUX LA 70301 | CREDITOR ID: 300222-39<br>LINDA A MURPHY<br>4939 GOLF CLUB PKY<br>ORLANDO FL 32808 | CREDITOR ID: 300223-39<br>LINDA A NEWLON<br>557 SLATTON SHOALS RD<br>PELZER SC 29669 |
| CREDITOR ID: 300224-39<br>LINDA A SMITH<br>467 E NICHOLAS ST<br>HERNANDO FL 34442 | CREDITOR ID: 300225-39<br>LINDA A SOMERVILLE<br>4376 CHERIE GLEN TRL<br>STONE  MOUNTAIN GA 30083 | CREDITOR ID: 300226-39<br>LINDA A VOIGT<br>1130 SW 73RD AVE<br>PLANTATION FL 33317 |
| CREDITOR ID: 300227-39<br>LINDA A VOLLENWEIDER<br>5809 RUTH ST<br>METAIRIE LA 70003 | CREDITOR ID: 300228-39<br>LINDA ALBRITTON<br>4525 ALBRITTON RD<br>SAINT  CLOUD FL 34772 | CREDITOR ID: 300229-39<br>LINDA ANN WINTERS<br>135 KENNEDY DRIVE<br>LAFAYETTE LA 70501 |
| CREDITOR ID: 300230-39<br>LINDA B HARRISON & JAMES A<br>HARRISON JT TEN<br>402 CAISSON DR<br>SELMA AL 36701 | CREDITOR ID: 300231-39<br>LINDA B LACKEY<br>4914 RADFORD AV 200<br>RICHMOND VA 23230 | CREDITOR ID: 300232-39<br>LINDA B MOORE<br>21918 GREENTREE TERRACE<br>STERLING VA 20164 |
| CREDITOR ID: 300233-39<br>LINDA B PITTMAN<br>2412 HIGHWAY 414<br>TRAVELERS  REST SC 29690 | CREDITOR ID: 300234-39<br>LINDA B STRICKLAND<br>3946 FRASER CIR<br>GAINESVILLE GA 30506 | CREDITOR ID: 300235-39<br>LINDA B TEWKSBURY<br>PO BOX 425<br>OKEECHOBEE FL 34973 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                            CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 300236-39<br>LINDA B TILLMAN<br>1515 TWIN OAK DR<br>FAYETTEVILLE NC 28305 | CREDITOR ID: 300237-39<br>LINDA B WILK<br>12155 SE 70TH AVE RD<br>BELLEVIEW FL 34420 | CREDITOR ID: 300238-39<br>LINDA BEXLEY<br>15121 MENTEITH PL<br>HIALEAH FL 33016 |
| CREDITOR ID: 300239-39<br>LINDA BRANSON<br>10706 PINE ESTATE RD EAST<br>JACKSONVILLE FL 32218 | CREDITOR ID: 300240-39<br>LINDA BROWN LITTLE<br>1028 LINDLER DR<br>CONCORD NC 28027 | CREDITOR ID: 300241-39<br>LINDA BUNCH<br>349 SENATE DR<br>AVONDALE LA 70094 |
| CREDITOR ID: 300242-39<br>LINDA BURKES<br>100 JACKSON TERR<br>INTERLACHEN FL 32148 | CREDITOR ID: 300243-39<br>LINDA C BENTLEY<br>267 TOLLGATE TR<br>LONGWOOD FL 32750 | CREDITOR ID: 300244-39<br>LINDA C CLARK & JAY E CLARK<br>JT TEN<br>1943 CHAMPAGNE RD<br>DAVENPORT FL 33837 |
| CREDITOR ID: 300245-39<br>LINDA C DAVISON<br>36810 FORESTDEL DR<br>EUSTIS FL 32736 | CREDITOR ID: 300246-39<br>LINDA C EVANS<br>1409 MAIN ST<br>KAUFMAN TX 75142 | CREDITOR ID: 300247-39<br>LINDA C HOUSER<br>178 GALAXIE CT<br>ABBEVILLE AL 36310 |
| CREDITOR ID: 300248-39<br>LINDA C MATTHEWS<br>605 W BUTLER ST<br>TALLASSEE AL 36078 | CREDITOR ID: 300249-39<br>LINDA C MCNEALY<br>219 WILLIAMS RD<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 300250-39<br>LINDA C MCQUADE<br>4712 SW 24TH AVE<br>FORT LAUDERDALE FL 33312 |
| CREDITOR ID: 300251-39<br>LINDA C MILLER<br>245 FORKNER DR<br>DECATUR GA 30030 | CREDITOR ID: 300252-39<br>LINDA C RHAMES & MITCHELL<br>RHAMES JT TEN<br>6939 E NATIONAL CEMETERY RD<br>FLORENCE SC 29506 | CREDITOR ID: 300253-39<br>LINDA C ROYAL<br>1104 DEER RUN<br>CLAYTON NC 27520 |
| CREDITOR ID: 300254-39<br>LINDA C TURNER<br>3905 CONCORD WALK DR<br>SMYRNA GA 30082 | CREDITOR ID: 300255-39<br>LINDA C VANPELT<br>526 GOLF VIEW DR<br>PEACHTREE CITY GA 30269 | CREDITOR ID: 300256-39<br>LINDA C WHITE<br>691 MICHELLE DR<br>BILOXI MS 39532 |
| CREDITOR ID: 300257-39<br>LINDA CALAMBAS<br>288 WYNDHAM DR<br>MAINEVILLE OH 45039 | CREDITOR ID: 300258-39<br>LINDA CAMERON HARRISON<br>60 CUMBER AVE<br>SCARBOROUGH ON M1E 1T3<br>CANADA | CREDITOR ID: 300259-39<br>LINDA CAROL LEGGETT<br>6071 COUNTRY CLUB RD<br>ZEPHYRHILLS FL 33544 |
| CREDITOR ID: 300260-39<br>LINDA CASON<br>POBOX 119<br>HIGH SPRINGS FL 32655 | CREDITOR ID: 300261-39<br>LINDA CUTRONE SPITALE<br>900 COTTONWOOD ST<br>MORGAN CITY LA 70380 | CREDITOR ID: 300262-39<br>LINDA D ANELLO<br>1401 74TH CIRCLE NE<br>ST PETERSBURG FL 33702 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300263-39<br>LINDA D BUSH<br>2955 FOREST LANE<br>SARASOTA FL 34231 | CREDITOR ID: 300264-39<br>LINDA D DICK & GERALD L DICK<br>JT TEN<br>6610 MONTY LANE<br>LOUISVILLE KY 40291 | CREDITOR ID: 300265-39<br>LINDA D GREENE<br>1247 GLEN LAURA RD<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 300266-39<br>LINDA D HOLTER<br>40510 WHILDEN LN<br>LEESBURG FL 34788 | CREDITOR ID: 300267-39<br>LINDA D MCCARTNEY<br>285 WESLEY RD<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 300268-39<br>LINDA N NEIGHBORS<br>ATTN LINDA D PIERCE<br>2465 STATE PARK ROAD<br>LAKELAND FL 33805 |
| CREDITOR ID: 300269-39<br>LINDA D PATTERSON<br>507 CHERRY AVE<br>ROANOKE AL 36274 | CREDITOR ID: 300270-39<br>LINDA D SUBER<br>2752 POWHATAN DR<br>SUMTER SC 29150 | CREDITOR ID: 300271-39<br>LINDA D TURNIPSEED<br>6701 113TH AVE<br>TEMPLE TERRACE FL 33617 |
| CREDITOR ID: 300272-39<br>LINDA D YURT<br>2230 FAIRLAND AVE<br>LOUISVILLE KY 40218 | CREDITOR ID: 300273-39<br>LINDA DANAY PURIFOY<br>514 IRENE LN<br>CANTONMENT FL 32533 | CREDITOR ID: 300274-39<br>LINDA DENISE LEMASTER CUST<br>COLBY CLAYTON LEMASTER UND<br>UNIF GIFT MIN ACT GA<br>4179 WHITE RD<br>SNELLVILLE GA 30278 |
| CREDITOR ID: 300275-39<br>LINDA DENISE PEARCE<br>7211 POTTSBURG DR<br>JACKSONVILLE FL 32216 | CREDITOR ID: 300276-39<br>LINDA DIANE HUDDLESTON<br>636 PLANTERS MANOR WAY<br>BRADENTON FL 34212 | CREDITOR ID: 300277-39<br>LINDA DIANE LISTON<br>254 MOSER RD<br>LOUISVILLE KY 40223 |
| CREDITOR ID: 300278-39<br>LINDA E GRAY<br>4107 GRAHAM AVE<br>WINDBER PA 15963 | CREDITOR ID: 300279-39<br>LINDA E HORNER<br>6291 SE 85TH LN<br>OCALA FL 34472 | CREDITOR ID: 300280-39<br>LINDA ELAINE CREWS & MICHAEL<br>A CREWS JT TEN<br>115 S ST NW<br>THOMASTON GA 30286 |
| CREDITOR ID: 300281-39<br>LINDA F ADAMS<br>369 HILLTOP DR<br>ORANGE PARK FL 32073 | CREDITOR ID: 300282-39<br>LINDA F COFFEE<br>6413 PR 7605<br>MURCHISON TX 75778 | CREDITOR ID: 300283-39<br>LINDA F DAVIS<br>705 CLEM RD<br>GREENWOOD SC 29649 |
| CREDITOR ID: 300284-39<br>LINDA F EMMERLING<br>5808 ALSTRUM DR<br>DAYTONA BEACH FL 32127 | CREDITOR ID: 300286-39<br>LINDA F JONES<br>PO BOX 4702<br>ARCHSDALE NC 27263 | CREDITOR ID: 300285-39<br>LINDA F JONES<br>P O BOX 4702<br>ARCHDALE NC 27263 |
| CREDITOR ID: 300287-39<br>LINDA F VIITA & EDWARD E<br>VIITA JT TEN<br>660 E TEN MILE RD<br>PENSACOLA FL 32514 | CREDITOR ID: 300288-39<br>LINDA F ZITO<br>1400 HONEY CREEK<br>ANDERSON SC 29621 | CREDITOR ID: 300289-39<br>LINDA FAYE MCCRAW<br>3676 SEA HAWK ST E<br>JACKSONVILLE FL 32224 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300290-39<br>LINDA FOLSOM<br>PO BOX 1395<br>LEIGHIGH  ACRES FL 33970 | CREDITOR ID: 300291-39<br>LINDA FREUND<br>16303 62ND RD N<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 300292-39<br>LINDA G CANNON<br>5113 LAKELAND DR<br>ROWLETT TX 75088 |
| CREDITOR ID: 300293-39<br>LINDA G HILL<br>601 E CHURCH ST<br>ELM  CITY NC 27822 | CREDITOR ID: 300294-39<br>LINDA G JOHNSON<br>237 WILLIAMS DRIVE<br>DANVILLE VA 24540 | CREDITOR ID: 300295-39<br>LINDA G KAYLOR & ALLEN L<br>KAYLOR JT TEN<br>63 CO RD 498<br>TRINITY AL 35673 |
| CREDITOR ID: 300296-39<br>LINDA G NELSON<br>201 BUTLER INDUSTRIAL DR<br>APT 201<br>DALLAS GA 30132 | CREDITOR ID: 300297-39<br>LINDA G RAMSEY<br>3329 OAKLAWN AVE<br>ROANOKE VA 24012 | CREDITOR ID: 300298-39<br>LINDA G ROSS<br>P O BOX 493<br>WASCO CA 93280 |
| CREDITOR ID: 300299-39<br>LINDA G SMITH<br>5510 DONGOLA HWY<br>CONWAY SC 29527 | CREDITOR ID: 300300-39<br>LINDA G SWANN CUST ERIC M<br>SIMPSON UNDER THE FL UNIF<br>TRAN MIN ACT<br>1421 HILLWAY RD<br>APOPKA FL 32703 | CREDITOR ID: 300301-39<br>LINDA G SWANN CUST RUSSELL<br>EDWARD KETCHAM UNDER FL<br>UNIF TRAN MIN ACT<br>1421 HILLWAY RD<br>APOPKA FL 32702 |
| CREDITOR ID: 300302-39<br>LINDA G WHITMER & DOUGLAS D<br>WHITMER JT TEN<br>110 LAKE MARIAM WAY<br>WINTER  HAVEN FL 33884 | CREDITOR ID: 300303-39<br>LINDA GAIL JONES<br>8945 DEVONSHIRE BLVD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 300304-39<br>LINDA GRATTAN<br>NO 1 EVERGREEN<br>SOUTHGATE KY 41071 |
| CREDITOR ID: 300305-39<br>LINDA H BARNES<br>RT 1 BOX 1824<br>TOWNSEND GA 31331 | CREDITOR ID: 300306-39<br>LINDA H CALLOWAY<br>2692 ADAMS STREET<br>GARY IN 46407 | CREDITOR ID: 300307-39<br>LINDA H GILMORE<br>3318 DAVE HEAFNER RD<br>CROUSE NC 28033 |
| CREDITOR ID: 300308-39<br>LINDA H JONES<br>733 CARROLLWOOD VILLAGE DR<br>115<br>GRETNA LA 70056 | CREDITOR ID: 300309-39<br>LINDA H SEWELL & LOUIS W<br>SEWELL JT TEN<br>108 MARSHALL ST<br>OXFORD GA 30267 | CREDITOR ID: 300310-39<br>LINDA HALLMARK<br>1408 E 12TH<br>SWEETWATER TX 79556 |
| CREDITOR ID: 300311-39<br>LINDA HARBIN<br>PO BOX 43<br>OLDEN TX 76466 | CREDITOR ID: 300312-39<br>LINDA HAWKINS<br>842 KIRKWOOD AVE SE<br>ATLANTA GA 30316 | CREDITOR ID: 300313-39<br>LINDA J BROWN & DWAYNE BROWN<br>JT TEN<br>3506 PRESCHER PT<br>BLOOMINGTON IL 61704 |
| CREDITOR ID: 300314-39<br>LINDA J ELDER<br>1503 MAZON DR<br>COLUMBUS GA 31907 | CREDITOR ID: 300315-39<br>LINDA J FORBES<br>PO BOX 265  265<br>EVERETTS NC 27825 | CREDITOR ID: 300316-39<br>LINDA J GIBBS<br>1304 PINE LAKE RD<br>ORLANDO FL 32808 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300317-39<br>LINDA J GRAHAM<br>631 LIMBERT ST<br>LAUREL MS 39440 | CREDITOR ID: 300318-39<br>LINDA J HARRIS<br>29610 NORTH BLVD<br>PAISLEY FL 32767 | CREDITOR ID: 300319-39<br>LINDA J HOWARD<br>41 HIGHRIDGE DR<br>LOVELAND OH 45140 |
| CREDITOR ID: 300320-39<br>LINDA J JOHNSON<br>1698 DEBBIE LN<br>ORANGE  PARK FL 32073 | CREDITOR ID: 300321-39<br>LINDA J MILLER & THOMAS E<br>MILLER JT TEN<br>4528 TIMBERBROOK TR<br>VALDOSTA GA 31602 | CREDITOR ID: 300322-39<br>LINDA J MILLER CUST ERIC<br>BRANDON MILLER U/T/M/A/FL<br>4528 TIMBERBROOK TR<br>VALDOSTA GA 31602 |
| CREDITOR ID: 300323-39<br>LINDA J MILLER CUST SHELBY<br>NICOLE MILLER UNIF TRANS MIN<br>ACT FL<br>4528 TIMBERBROOK TR<br>VALDOSTA GA 31602 | CREDITOR ID: 300324-39<br>LINDA J ROUSE<br>106 ROUSE PRIVATE DR<br>ELIZABETHTON TN 37643 | CREDITOR ID: 300325-39<br>LINDA J SANDERS<br>3151 GORDON ST<br>ORANGE  PARK FL 32065 |
| CREDITOR ID: 300326-39<br>LINDA J SCOTT<br>512 MAYNOR DR<br>WILLIAMSBURG VA 23185 | CREDITOR ID: 300327-39<br>LINDA J SMITH & DANNY SMITH<br>JT TEN<br>201 TOMLINSON DR<br>VALDOSTA GA 31602 | CREDITOR ID: 300328-39<br>LINDA J SMITH & RONDLE L<br>SMITH JT TEN<br>1505 TRAMMEL RD<br>SCOTTSVILLE KY 42164 |
| CREDITOR ID: 300329-39<br>LINDA J STEELE<br>122 MANER RD<br>ROCKINGHAM NC 28379 | CREDITOR ID: 300330-39<br>LINDA JACKSON<br>15300 W COLONIAL DR APT 1301<br>WINTER  GARDEN FL 34787 | CREDITOR ID: 300331-39<br>LINDA JARRELL DURRENCE<br>9645 WATER STREET<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 300332-39<br>LINDA JEAN HARRIS<br>RT 1 BOX 81<br>SOPERTON GA 30457 | CREDITOR ID: 300333-39<br>LINDA JEAN SPARE<br>535 NW 115TH WAY<br>CORAL  SPRINGS FL 33071 | CREDITOR ID: 300334-39<br>LINDA JOHNSON BENNETT<br>P O BOX 11166<br>JACKSONVILLE FL 32239 |
| CREDITOR ID: 300335-39<br>LINDA K BABCOCK<br>6254 ARNO ROAD<br>FRANKLIN TN 37064 | CREDITOR ID: 300336-39<br>LINDA K FREEMAN<br>RR 2 BOX 41<br>MARIETTA OK 73448 | CREDITOR ID: 300337-39<br>LINDA K GRUBE & ALVIN C<br>GRUBE JT TEN<br>1015 CORWIN AVE<br>HAMILTON OH 45015 |
| CREDITOR ID: 300338-39<br>LINDA K KREITZER<br>1195 BONBROOK MILL RD<br>ROCKY  MOUNT VA 24151 | CREDITOR ID: 300339-39<br>LINDA K MYERS & RAYMOND G<br>MYERS JT TEN<br>P O BOX 430<br>VINE  GROVE KY 40175 | CREDITOR ID: 300340-39<br>LINDA K THOMAS<br>4811 PENNY ROYAL CT<br>MELBOURNE FL 32940 |
| CREDITOR ID: 300341-39<br>LINDA K TURNER<br>6981 HIGHFIELDS FARM CIR<br>ROANOKE VA 24018 | CREDITOR ID: 300342-39<br>LINDA K WARNER<br>6205 SW 29 STREET<br>MIAMI FL 33155 | CREDITOR ID: 300343-39<br>LINDA K WATSON<br>4567 HOLLY DRIVE<br>PALM  BEACH  GARDENS FL 33418 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300344-39<br>LINDA KAY FUGATE<br>3007 LINDA DR<br>NEW ALBANY IN 47150 | CREDITOR ID: 300345-39<br>LINDA KAY KING<br>96 MEADOW LANE<br>THOMASVILLE GA 31757 | CREDITOR ID: 300346-39<br>LINDA KELLY<br>5980 SE 129TH PL<br>BELLVIEW FL 34420 |
| CREDITOR ID: 300347-39<br>LINDA KILGRO<br>8 LONER AVE<br>GADSDEN AL 35904 | CREDITOR ID: 300348-39<br>LINDA L CRIMMINGER & MICHAEL<br>V CRIMMINGER JT TEN<br>PO BOX 1546<br>262 MINER ROAD<br>YULEE FL 32041 | CREDITOR ID: 300349-39<br>LINDA L CRUIKSHANK<br>5011 APPLE ORCHARD LN<br>CANTON GA 30114 |
| CREDITOR ID: 300351-39<br>LINDA L DAVIS<br>548 LAKEMONT AVE NW<br>PORT CHARLOTTE FL 33952 | CREDITOR ID: 300352-39<br>LINDA L FRANCIS<br>2772 W COVINGTON DR<br>DELTONA FL 32738 | CREDITOR ID: 300353-39<br>LINDA L GONSALVES & EUGENE R<br>GONSALVES JT TEN<br>52 CORAL DR<br>KEY LARGO FL 33037 |
| CREDITOR ID: 300354-39<br>LINDA L GRIMM<br>2700 MOSSY OAKS RD<br>BEAUFORT SC 29902 | CREDITOR ID: 300355-39<br>LINDA L HOBBS<br>PO BOX 322<br>NEWARK TX 76071 | CREDITOR ID: 300356-39<br>LINDA L JONES<br>3024 SR 46<br>MT DORA FL 32757 |
| CREDITOR ID: 300357-39<br>LINDA L PARALES<br>5802 ASHBROOKE GARDENS CIR<br>LOUISVILLE KY 40229 | CREDITOR ID: 300358-39<br>LINDA L PICKETT<br>2241 N CATTLEMEN RD<br>SARASOTA FL 34232 | CREDITOR ID: 300359-39<br>LINDA L ROBERTS<br>301 PORTSMOUTH DR<br>GREENVILLE SC 29601 |
| CREDITOR ID: 300360-39<br>LINDA L ROWE<br>403 VIRGINIA ST<br>MONTICELLO FL 32344 | CREDITOR ID: 300361-39<br>LINDA L RUBERTO<br>2239 MANOR BLVD N<br>CLEARWATER FL 33765 | CREDITOR ID: 300362-39<br>LINDA L RUBERTO & MICHAEL<br>RUBERTO JT TEN<br>2239 MANOR BLVD N<br>CLEARWATER FL 33765 |
| CREDITOR ID: 300363-39<br>LINDA L STEWART<br>PO BOX 594<br>RUTHERFRD COL NC 28671 | CREDITOR ID: 300364-39<br>LINDA L TAYLOR<br>16641 WILSON AVE<br>EASTPOINTE MI 48021 | CREDITOR ID: 300365-39<br>LINDA L TOTH<br>PO BOX 4455<br>SEMINOLE FL 33775 |
| CREDITOR ID: 300366-39<br>LINDA LAMBERT LITTERAL &<br>THOMAS R LITTERAL JT TEN<br>PO BOX 774723<br>STEAMBOAT SPRN CO 80477 | CREDITOR ID: 300367-39<br>LINDA LEE SMITH<br>3338 W FISHER RD<br>AVON PARK FL 33825 | CREDITOR ID: 300368-39<br>LINDA LEE SPRINGER<br>6385 22ND ST N<br>ST PETERSBURG FL 33702 |
| CREDITOR ID: 300369-39<br>LINDA LILES<br>2840 BANKS RD<br>RALEIGH NC 27603 | CREDITOR ID: 300370-39<br>LINDA LITTLE<br>1028 LINDLER DR<br>CONCORD NC 28027 | CREDITOR ID: 300371-39<br>LINDA M ASBEL<br>7514 GATES CIRCLE<br>SPRING HILL FL 34606 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 300372-39<br>LINDA M BARR<br>705 N DALLAS AVE<br>LANCASTER TX 75146 | CREDITOR ID: 300373-39<br>LINDA M BEAUCHAMP<br>17722 MACON DR<br>BATON  ROUGE LA 70817 | CREDITOR ID: 300374-39<br>LINDA M BERRY<br>104 DILWORTH CT<br>CARY NC 27513 |
| CREDITOR ID: 300375-39<br>LINDA M CALOHAN<br>P O BOX 231<br>DESHA AR 72527 | CREDITOR ID: 300376-39<br>LINDA M CREASMAN & JERRY M<br>CREASMAN JT TEN<br>2 INDEPENDENCE BLVD<br>ASHEVILLE NC 28805 | CREDITOR ID: 300377-39<br>LINDA M DAVIS & LONNIE W<br>DAVIS JT TEN<br>2731 SW BEARD ST<br>ARCADIA FL 34266 |
| CREDITOR ID: 300378-39<br>LINDA M DURAND<br>3320 MILWAUKEE AVE<br>WEST  MELBOURNE FL 32904 | CREDITOR ID: 300379-39<br>LINDA M GARDNER<br>8700 MARTN BLUFF RD<br>GAVTIER MS 39553 | CREDITOR ID: 300380-39<br>LINDA M HOLLIS CUST ERIN<br>LYNN HOLLIS UND UNIF GIFT<br>MIN ACT FL<br>9238 ROCKY HILLS DR<br>CORDOVA TN 38018 |
| CREDITOR ID: 300381-39<br>LINDA M NESTER<br>38 DEERING LN<br>NAUGATUCK CT 06770 | CREDITOR ID: 300382-39<br>LINDA M POLLARD<br>403 HILL ST<br>ANDERSON SC 29624 | CREDITOR ID: 300383-39<br>LINDA M STARR<br>1615 ANGEL AVE<br>MERRITT  ISLAND FL 32952 |
| CREDITOR ID: 300384-39<br>LINDA M TRAMMEL<br>206 SAVANNAH CIRCLE<br>BATAVIA OH 45103 | CREDITOR ID: 300385-39<br>LINDA M TUCKER<br>C/O LINDA TUCKER TREGRE<br>14112 MANINA LANE<br>TICKFAW LA 70466 | CREDITOR ID: 300386-39<br>LINDA M WILLIAMS<br>1450 SW 21ST TER<br>FORT  LAUDERDALE FL 33312 |
| CREDITOR ID: 300387-39<br>LINDA M WUETCHER<br>3131 SORA AVENUE<br>LOUISVILLE KY 40213 | CREDITOR ID: 300388-39<br>LINDA MAE POQUETTE<br>6817 HIGH RIDGE RD<br>LAKE  WORTH FL 33462 | CREDITOR ID: 300389-39<br>LINDA MARIE HONEYCUTT<br>1655 CRYSTAL LAKE DR<br>MYRTLE  BEACH SC 29575 |
| CREDITOR ID: 300390-39<br>LINDA MARIE HOWELL & GERALD<br>EDWARD HOWELL JT TEN<br>1805 GRANT LANE<br>HAMILTON OH 45011 | CREDITOR ID: 300391-39<br>LINDA MARIE MILITELLO<br>2636 12TH ST N<br>SAINT  PETERSBURG FL 33704 | CREDITOR ID: 300392-39<br>LINDA MCCALL<br>PO BOX 184<br>LYDIA SC 29079 |
| CREDITOR ID: 300393-39<br>LINDA MILLS<br>1957 OAK TWIST CT<br>ORANGE  PARK FL 32073 | CREDITOR ID: 300394-39<br>LINDA MONTGOMERY & MIKE<br>MONTGOMERY JT TEN<br>574 CHAPELACRES<br>CINCINNATI OH 45233 | CREDITOR ID: 300395-39<br>LINDA MOORE YORDY<br>21918 GREENTREE TERRACE<br>STERLING VA 20164 |
| CREDITOR ID: 300396-39<br>LINDA N SANDERS & DELMAR<br>RHIA SANDERS JR JT TEN<br>12024 GLENHILL DR<br>RIVERVIEW FL 33569 | CREDITOR ID: 300397-39<br>LINDA O ARCENEAUX<br>1910 LINDA DRIVE<br>AUSTELL GA 30001 | CREDITOR ID: 300398-39<br>LINDA O BRANCH<br>3277 CENTERGROVE RD<br>KANNAPOLIS NC 28083 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                         CASE:    05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 300399-39<br>LINDA O BRANCH & THOMAS W<br>BRANCH JT TEN<br>3277 CENTERGROVE RD<br>KANNAPOLIS NC 28083 | CREDITOR ID: 300400-39<br>LINDA P COLYER<br>PO BOX 35<br>HOMOSSASSA SPRINGS FL 32647 | CREDITOR ID: 300401-39<br>LINDA P JENKINS<br>3556 DALRAIDA PKWY<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 300402-39<br>LINDA P MURPHY<br>1544 S CONGRESS AVE<br>WEST PALM BEACH FL 33406 | CREDITOR ID: 300403-39<br>LINDA PALEN<br>281 GEORGE WRIGHT RD<br>WOOLWICH ME 04579 | CREDITOR ID: 300404-39<br>LINDA PAULETTE TUNO<br>1496 TIN LN<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 300405-39<br>LINDA PENTECOST<br>3093 WALLING RD<br>SPRINGFIELD TN 37172 | CREDITOR ID: 300406-39<br>LINDA PIME TR U-A 12-21-90<br>OF THE LINDA PIME REV TRUST<br>3637 INDIAN WELLS LANE<br>NORTHBROOK IL 60062 | CREDITOR ID: 300407-39<br>LINDA R BRATTON<br>629 PHYLLIS DRIVE<br>AVONDALE LA 70094 |
| CREDITOR ID: 300408-39<br>LINDA R HARRELSON & BILLY R<br>HARRELSON JT TEN<br>355 HARRELSON ROAD<br>ALTOONA AL 35952 | CREDITOR ID: 300409-39<br>LINDA R HOEFFER<br>2506 LINDA AVE<br>KEY WEST FL 33040 | CREDITOR ID: 300410-39<br>LINDA R MANUEL<br>2056 W ABERDEEN DR<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 300411-39<br>LINDA R P KEENE<br>4440 69 AVE NO<br>PINELLAS PARK FL 33781 | CREDITOR ID: 300412-39<br>LINDA R PRUETT & BOBBY<br>PRUETT JT TEN<br>190 BRADLEY LOOP RD<br>ELLENBORO NC 28040 | CREDITOR ID: 300413-39<br>LINDA R THOMAS<br>208 WEST MAIN ST<br>FINCASTLE VA 24090 |
| CREDITOR ID: 300414-39<br>LINDA R WEBER & GARY WEBER<br>JT TEN<br>2569 NEWBRIDGE RD<br>BELLMORE NY 11710 | CREDITOR ID: 300415-39<br>LINDA REYNOLDS<br>454 PALACE AVE<br>ELSMERE KY 41018 | CREDITOR ID: 300416-39<br>LINDA RIDDLE<br>32 JENKINS RUN RD<br>MOORESFIELD WV 26836 |
| CREDITOR ID: 300417-39<br>LINDA ROBINSON<br>3909 WILLING<br>FORT WORTH TX 76110 | CREDITOR ID: 300418-39<br>LINDA RUTH LAKE<br>827 GLENDALE AVE<br>SOUTH CHARLESTON WV 25303 | CREDITOR ID: 300419-39<br>LINDA S ALBRITTON<br>3338 W FISHER RD<br>AVON PARK FL 33825 |
| CREDITOR ID: 300420-39<br>LINDA S BERRYHILL<br>309 TALLPINE RD<br>HAVELOCK NC 28532 | CREDITOR ID: 300421-39<br>LINDA S BISPHAM & WILLIAM A<br>BISPHAM JT TEN<br>14 WOODLAND CIRCLE<br>APT A<br>BRUNSWICK GA 31525 | CREDITOR ID: 300422-39<br>LINDA S BRYANT<br>1318 CAREYBROOK DR<br>RICHMOND VA 23233 |
| CREDITOR ID: 300423-39<br>LINDA S CARTER & JAMES D<br>SPARE TRUSTEES U-A DTD<br>12-28-95 ELIZABETH ANN SPARE<br>TRUST<br>535 NW 115TH WAY<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 300424-39<br>LINDA S CRIBBS & DALTON<br>CRIBBS JT TEN<br>1701 HARMS LN<br>SPRINGTOWN TX 76082 | CREDITOR ID: 300425-39<br>LINDA S DOUGAN<br>105 SUPREME CT<br>LAWRENCEVILLE GA 30245 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300426-39<br>LINDA S ELLIS<br>1314 FARMDALE ST<br>LEHIGH  ACRES FL 33936 | CREDITOR ID: 300427-39<br>LINDA S FISHER<br>2701 MT HOME CHURCH RD<br>MORGANTON NC 28655 | CREDITOR ID: 300428-39<br>LINDA S FORMAN<br>5167 LITTLEBETH DR S<br>BOYNTON  BEACH FL 33437 |
| CREDITOR ID: 300429-39<br>LINDA S HEARON & GERALD D<br>HEARON JT TEN<br>442 GRAVELLEY SHORE DR<br>MYRTLE  BCH SC 29577 | CREDITOR ID: 300430-39<br>LINDA S HOLCOMB<br>27 LINCOLN AVE<br>CLIFTON  PARK NY 12065 | CREDITOR ID: 300431-39<br>LINDA S HUBACEK<br>2050 KUDZA RD<br>WPB FL 33415 |
| CREDITOR ID: 300432-39<br>LINDA S JOHNSON<br>104 WESTHAVEN CT<br>SPARTANBURG SC 29301 | CREDITOR ID: 300433-39<br>LINDA S LAUB & RAYMOND E<br>LAUB JT TEN<br>4174 WHITETAIL CT<br>CINCINNATI OH 45241 | CREDITOR ID: 300434-39<br>LINDA S LEACH<br>4324 NW 76TH AVE<br>CORAL  SPRINGS FL 33065 |
| CREDITOR ID: 300435-39<br>LINDA S LOGAN OCONNOR<br>911 MOZART DRIVE<br>ORLANDO FL 32825 | CREDITOR ID: 300436-39<br>LINDA S MCCARTHY<br>200 LEMA DR<br>GARNER NC 27529 | CREDITOR ID: 300437-39<br>LINDA S MOUNTCASTLE<br>2710 JUDIE ANN RD<br>VALDOSTA GA 31601 |
| CREDITOR ID: 300438-39<br>LINDA S PRIDGEN<br>8153 E WINDSONG ST<br>FLORAL  CITY FL 34436 | CREDITOR ID: 300439-39<br>LINDA S SCHULTISE<br>4324 NW 76TH AVE<br>CORAL  SPRINGS FL 33065 | CREDITOR ID: 300440-39<br>LINDA S SHAW<br>1313 MCKIBBEN ST<br>CEDARTOWN GA 30125 |
| CREDITOR ID: 300441-39<br>LINDA S SIMMER<br>365 PINEVIEW DR<br>WARREN OH 44484 | CREDITOR ID: 300442-39<br>LINDA S SLOAN & BENNY A<br>SLOAN JT TEN<br>270 SLOAN LN<br>SANFORD NC 27330 | CREDITOR ID: 300443-39<br>LINDA S STEPANSKI<br>122 LIONEL LN<br>SUMMERVILLE SC 29483 |
| CREDITOR ID: 300444-39<br>LINDA S TREWHITT<br>6525 CEDARBREEZE RD<br>KNOXVILLE TN 37918 | CREDITOR ID: 300446-39<br>LINDA SAMUELS MC DONALD<br>718 NW 69 TERR<br>MARGATE FL 33063 | CREDITOR ID: 300447-39<br>LINDA SEAY<br>94-CR551<br>BUSHNELL FL 33513 |
| CREDITOR ID: 300449-39<br>LINDA SMITH<br>7418 HOLLY STREET<br>PO BOX 803<br>ZELLWOOD FL 32798 | CREDITOR ID: 300448-39<br>LINDA SMITH<br>2225 MARIGOLD AVE<br>FORT  WORTH TX 76111 | CREDITOR ID: 300450-39<br>LINDA STARNES MCCARTHY<br>200 LEMA DR<br>GARNER NC 27529 |
| CREDITOR ID: 300451-39<br>LINDA STELL<br>APT 2<br>9 SALLIOTTE<br>ECORSE MI 48229 | CREDITOR ID: 300452-39<br>LINDA STIMPSON & DANNY<br>STIMPSON JT TEN<br>7734 PIKES PEAK DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 300453-39<br>LINDA SUE GALL<br>C O LINDA SUE BACHORSKI<br>72 WOLCOTT ST<br>LE  ROY NY 14482 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300454-39<br>LINDA SUE SANDERS<br>631 CAMELLIA TERRACE CT N<br>NEPTUNE  BEACH FL 32266 | CREDITOR ID: 300455-39<br>LINDA SWAIN<br>236 WHITE RD<br>MINEOLA NY 11501 | CREDITOR ID: 300456-39<br>LINDA SWEET<br>4294 LARMA LN<br>CINCINNATI OH 45245 |
| CREDITOR ID: 300457-39<br>LINDA SYMMONDS & JOHN<br>SYMMONDS SR JT TEN<br>9190 COOGAN DRIVE<br>CINCINNATI OH 45231 | CREDITOR ID: 300458-39<br>LINDA TAYLOR & TOM TAYLOR JR<br>JT TEN<br>7417 KALANI ST<br>ORLANDO FL 32822 | CREDITOR ID: 300459-39<br>LINDA TUCKER TREGRE<br>14112 MANINA LANE<br>TICKFAW LA 70466 |
| CREDITOR ID: 300460-39<br>LINDA W LANDRY<br>16618 PAINT AVE<br>GREENWELL  SPGS LA 70739 | CREDITOR ID: 300461-39<br>LINDA W PEEBLES<br>3108 GRANDY RD<br>BRODNAX VA 23920 | CREDITOR ID: 300462-39<br>LINDA WELLS<br>8183 BOONESBOROUGH TRAIL<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 300463-39<br>LINDA WYKE HILL<br>ATTN LINDA WYKE WILSON<br>100 SURVEY STREET<br>LANCASTER SC 29720 | CREDITOR ID: 300464-39<br>LINDA ZEIS<br>10876 CARNEGIE DR<br>CINCINNATI OH 45240 | CREDITOR ID: 300465-39<br>LINDON DWAYNE NEVINS<br>810 TUNNEL HILL RD<br>ELIZABETHTOWN KY 42701 |
| CREDITOR ID: 300466-39<br>LINDON NEVINS CUST<br>ALYSSA NEVINS<br>KY UNIF TRANS MIN ACT<br>810 TUNNEL HILL RD<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 300467-39<br>LINDSAY DAVIS<br>8192 SABAL OAK WAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 300468-39<br>LINDSAY DIANA MADY<br>P O BOX 398<br>BLUE  RIDGE VA 24064 |
| CREDITOR ID: 300469-39<br>LINDSEY CUNNINGHAM<br>1216 PALMETTO RD<br>EUSTIS FL 32726 | CREDITOR ID: 300470-39<br>LINDSEY E LOUGH<br>5245 TUDOR CT<br>NAPLES FL 34112 | CREDITOR ID: 300471-39<br>LINDSEY F WELLES III<br>1953 45TH TERR SW<br>NAPLES FL 34116 |
| CREDITOR ID: 300472-39<br>LINDSEY P GARNER<br>9805 LAKESHORE DR<br>CLERMONT FL 34711 | CREDITOR ID: 300473-39<br>LINDYBURG LINDSEY JR & VICKY<br>S LINDSEY JT TEN<br>PO BOX 190<br>SWEET  WATER AL 36782 | CREDITOR ID: 287065-39<br>LINEBERRY, DEBRA T<br>1832 HARVEYS CREEK RD<br>MONETA, VA 24121 |
| CREDITOR ID: 300474-39<br>LINFORD MADDEN<br>15340 NE 12 AVE<br>N  MIAMI  BCH FL 33162 | CREDITOR ID: 300475-39<br>LINNETT BAKER<br>3150 ROSINA<br>LATONIA  LAKES KY 41015 | CREDITOR ID: 300476-39<br>LINVILLE J WELKER & CAROLYN<br>L WELKER JT TEN<br>1910 SW 95TH TER<br>HOLLYWOOD FL 33025 |
| CREDITOR ID: 300477-39<br>LINZY FAILS<br>864 CHURCH STREET<br>COPELAND FL 34137 | CREDITOR ID: 300479-39<br>LIONEL D WILLIAMS<br>19830 FLOWERS RD<br>JACKSON  SPRINGS NC 27281 | CREDITOR ID: 300478-39<br>LIONEL D WILLIAMS<br>1983 FLOWERS RD<br>JACKSON  SPRINGS NC 27281 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300480-39<br>LISA A ARAGON<br>3123 UNITY TREE DR<br>EDGEWATER FL 32141 | CREDITOR ID: 300481-39<br>LISA A BRESSER<br>4610 DALE BLVD<br>DALE CITY VA 22193 | CREDITOR ID: 300482-39<br>LISA A DELPH<br>1055 E GEORGE ST<br>BARTOW FL 33830 |
| CREDITOR ID: 300483-39<br>LISA A DOUGLAS<br>2790 HUNTERS POND LN<br>SNELLVILLE GA 30278 | CREDITOR ID: 300484-39<br>LISA A DRAKE<br>5502 DEEPDALE DRIVE<br>ORLANDO FL 32821 | CREDITOR ID: 300485-39<br>LISA A GAUDET & STEPHEN<br>GAUDET JT TEN<br>1296 WILMA SIGMON RD<br>LINCONTON NC 28092 |
| CREDITOR ID: 300486-39<br>LISA A HEATH<br>20 WRENS NEST<br>NEWNAN GA 30263 | CREDITOR ID: 300487-39<br>LISA A HOUSE<br>1753 HAWTHORNE LN<br>LEXINGTON KY 40505 | CREDITOR ID: 300488-39<br>LISA A MCAULEY DONOVAN &<br>LYLE K DONOVAN JT TEN<br>154 NEW BALTON RD<br>MANCHESTER CT 06040 |
| CREDITOR ID: 300489-39<br>LISA A MCAULEY DONOVAN CUST<br>KYLE MORGAN DONOVAN UNIF<br>TRAN MIN ACT FL<br>154 NEW BOLTON RD<br>MANCHESTER CT 06040 | CREDITOR ID: 300490-39<br>LISA A PASQUALE<br>554 WOODGATE CIR<br>FORT LAUDERDALE FL 33326 | CREDITOR ID: 300491-39<br>LISA A SEEBECK<br>313 SNOW GOOSE LN<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 300492-39<br>LISA A URBAS<br>13426 WHITE PLAINS ST<br>SPRING HILL FL 34609 | CREDITOR ID: 300493-39<br>LISA A WARD<br>802 OLD NOVAK RD<br>CANTONMENT FL 32533 | CREDITOR ID: 300494-39<br>LISA ANN COSENTINO<br>ATTN LISA C KERVIN<br>216 POPLAR ST<br>PRATTVILLE AL 36066 |
| CREDITOR ID: 300495-39<br>LISA ANN FRANCE<br>512 HUTCHESON RD<br>SEYMOUR TN 37865 | CREDITOR ID: 300496-39<br>LISA ANN HAIR<br>106 W YOUNG AVE<br>TEMPLE TX 76501 | CREDITOR ID: 300497-39<br>LISA ANN JOHNSON<br>4811 SCOTCH PINE CT<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 300498-39<br>LISA ANN LANDRETH<br>2421 GIDEON GROVE CH RD<br>STOKESDALE NC 27357 | CREDITOR ID: 300499-39<br>LISA ANN RECK<br>1339 CUTTER CV<br>SLIDELL LA 70458 | CREDITOR ID: 300500-39<br>LISA ANN WITT<br>126 SAVANNAH LN<br>LAKE CITY TN 37769 |
| CREDITOR ID: 300501-39<br>LISA ANNE CROFT<br>1225 COWART RD<br>PLANT CITY FL 33567 | CREDITOR ID: 300502-39<br>LISA B THOMPSON & DANIEL<br>THOMPSON JT TEN<br>4990 PAIGE HILL DR<br>ELMORE AL 36025 | CREDITOR ID: 300503-39<br>LISA BOLTON<br>7308 POI CIRCLE<br>ORLANDO FL 32822 |
| CREDITOR ID: 300504-39<br>LISA BREGENZER<br>664 ALTORA<br>COCOA FL 32927 | CREDITOR ID: 300505-39<br>LISA C HERRING<br>7132 BENTLEY CT<br>MONTGOMERY AL 36117 | CREDITOR ID: 300506-39<br>LISA C SPAW & RICHARD A SPAW<br>JT TEN<br>816 DEBRA LN<br>LOVELAND OH 45140 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 300507-39<br>LISA C WALKER<br>4761 SW 21ST PL<br>OCALA FL 34474 | CREDITOR ID: 300508-39<br>LISA C WATTS<br>3704 N WALNUT ST<br>LUMBERTON NC 28358 | CREDITOR ID: 300509-39<br>LISA CAROLE POTEAT<br>236 SPRUCE DR<br>WILMINGTON NC 28403 |
| CREDITOR ID: 300510-39<br>LISA CASANOVA<br>6827 BOTTLE BRUSH DR<br>PORT RICHEY FL 34668 | CREDITOR ID: 300511-39<br>LISA CHILDERS<br>3671 B BOGGY CREEK RD<br>KISSIMMEE FL 34744 | CREDITOR ID: 300512-39<br>LISA CONRAD WHITE<br>318 DOSTER AVE<br>MOORESVILLE NC 28115 |
| CREDITOR ID: 300513-39<br>LISA COOPER<br>15360 95TH AVE N<br>JUPITER FL 33478 | CREDITOR ID: 300514-39<br>LISA D BLANCHARD<br>1000 TOMBERLIN RD<br>MONROE NC 28110 | CREDITOR ID: 300515-39<br>LISA D KEEN<br>335A LETTUCE LN<br>BRUNSWICK GA 31525 |
| CREDITOR ID: 300516-39<br>LISA D ROBERTS<br>5961 LEE RD 240<br>PHOENIX CITY AL 36870 | CREDITOR ID: 300517-39<br>LISA DAWN RAINEY & WILLIAM<br>DOUGLAS RAINEY JT TEN<br>12593 ASH HARBOR DR<br>JACKSONVILLE FL 32224 | CREDITOR ID: 300518-39<br>LISA DAWN STEVENSON<br>2515 POTOMAC VIEW CT<br>GRAYSON GA 30017 |
| CREDITOR ID: 300519-39<br>LISA DIERSING<br>2900 WHITLEY COURT<br>CINCINNATI OH 45251 | CREDITOR ID: 300520-39<br>LISA DONOVAN CUSTODIAN FOR<br>SHANE KENNETH DONOVAN UNDER<br>THE CT UNIFORM TRANSFERS TO<br>MINORS ACT<br>154 NEW BOLTON RD<br>MANCHESTER CT 06040 | CREDITOR ID: 300521-39<br>LISA DUFFY<br>1225 NOLTON WAY<br>ORLANDO FL 32822 |
| CREDITOR ID: 300522-39<br>LISA E DEAN<br>936 COLUMBIA AVE<br>LAKE WALES FL 33853 | CREDITOR ID: 300523-39<br>LISA E HEMENWAY & DOUGLAS S<br>HEMENWAY JT TEN<br>2459 STILLWELL BECKETT RD<br>HAMILTON OH 45013 | CREDITOR ID: 300524-39<br>LISA E ROPER<br>936 COLUMBIA AVE<br>LAKE WALES FL 33853 |
| CREDITOR ID: 300525-39<br>LISA F GIBSON<br>2029 HUNTERS LANE<br>BLAIRS VA 24527 | CREDITOR ID: 300526-39<br>LISA F WILER<br>4316 TRAPP GOFFS RD<br>WINCHESTER KY 40391 | CREDITOR ID: 300527-39<br>LISA FRANCE KENNEDY CUST<br>BENJAMIN ZACHARY KENNEDY UND<br>UNIF GIFT MIN ACT FL<br>2084 S HALIFAX DR<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 300528-39<br>LISA G DURDEN<br>41 TRACECHAIN<br>STOCKBRIDGE GA 30281 | CREDITOR ID: 300529-39<br>LISA G REINBOLD<br>5300 MARY CLAYTON LANE<br>CRESTWOOD KY 40014 | CREDITOR ID: 300530-39<br>LISA GAIL NEWTON<br>223 GIBSON CEM RD<br>CLARKSON KY 42726 |
| CREDITOR ID: 300531-39<br>LISA GAYE PENNINGTON<br>608 HAWTHORNE STREET CB-413<br>HUDSON NC 28638 | CREDITOR ID: 300532-39<br>LISA GENOVESE LIPPS<br>4174 LOWERLINE ST<br>SLIDELL LA 70461 | CREDITOR ID: 300533-39<br>LISA GHANAYEM<br>9419 WEXFORD RD<br>JACKSONVILLE FL 32257 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300534-39<br>LISA HASKINS<br>7784 LEWI RD<br>BLOSSVALE NY 13308 | CREDITOR ID: 300535-39<br>LISA HELTON TRINKLE<br>2612 BAY ST<br>BRISTOL TN 37620 | CREDITOR ID: 300536-39<br>LISA I PARKER & BOBBY GENE<br>PARKER JR JT TEN<br>116 SAM SMITH DR<br>KINGS  MTN NC 28086 |
| CREDITOR ID: 300537-39<br>LISA J GILKEY<br>10001 BLUELICK RD<br>LOUISVILLE KY 40229 | CREDITOR ID: 300538-39<br>LISA J NOWAKOWSKI<br>22104 OLEAN BOULEVARD<br>PORT  CHARLOTTE FL 33952 | CREDITOR ID: 300539-39<br>LISA J WANSTRATH & JAMES A<br>WANSTRATH JT TEN<br>7370 RICHMOND AVE<br>DEER  PARK OH 45236 |
| CREDITOR ID: 300540-39<br>LISA JO KEPPLE<br>2030 HYDE PARK CIR<br>SARASOTA FL 34239 | CREDITOR ID: 300541-39<br>LISA K BAIR<br>3351 MISSION BAY BLVD APT 216<br>ORLANDO FL 32817 | CREDITOR ID: 300542-39<br>LISA K DONALDSON<br>4120 MELANIE LANE<br>MT  DORA FL 32757 |
| CREDITOR ID: 300544-39<br>LISA K DRAWDY<br>245 FRIENDSHIP LANE<br>DOTHAN AL 36301 | CREDITOR ID: 300545-39<br>LISA K GIVENS<br>65 COUNTY ROAD 287<br>FLORENCE AL 35633 | CREDITOR ID: 300546-39<br>LISA K PATER<br>610 CRESCENT RD<br>HAMILTON OH 45013 |
| CREDITOR ID: 300548-39<br>LISA KAY CALHOUN<br>P O BOX 1164<br>LOGANDALE NV 89021 | CREDITOR ID: 300549-39<br>LISA KAY WOERTZ<br>PO BOX 291<br>CORYDON IN 47112 | CREDITOR ID: 300550-39<br>LISA KIM JENKINS<br>1647 CHAMBERS MOUNTAIN RD<br>CLYDE NC 28721 |
| CREDITOR ID: 300551-39<br>LISA L GRUNDY<br>3109 SORA AVE<br>LOUISVILLE KY 40213 | CREDITOR ID: 300552-39<br>LISA L HURST & RONALD E<br>HURST JT TEN<br>718 E APEX CIR<br>JUPITER FL 33458 | CREDITOR ID: 300553-39<br>LISA L NOWAK<br>12577 NC  HWY 210 SOUTH<br>ROSEBORO NC 28382 |
| CREDITOR ID: 300554-39<br>LISA L SMITH<br>12141 WOLF TRAIL<br>ELBERTA AL 36530 | CREDITOR ID: 300555-39<br>LISA L SPOERKE<br>134 ENGLE RD<br>LAKE  WORTH FL 33461 | CREDITOR ID: 300556-39<br>LISA LEATHERMAN<br>2052 S PT RD<br>BELMONT NC 28012 |
| CREDITOR ID: 300557-39<br>LISA M BABB & DANIEL J BABB<br>JT TEN<br>10628 CHESHIRE RIDGE DR<br>FLORENCE KY 41042 | CREDITOR ID: 300559-39<br>LISA M FOSTER & GREGORY F<br>FOSTER TEN COM<br>PO BOX 437<br>MORGANZA LA 70759 | CREDITOR ID: 300558-39<br>LISA M FOSTER & GREGORY F<br>FOSTER JT TEN<br>PO BOX 437<br>MORGANZA LA 70759 |
| CREDITOR ID: 300561-39<br>LISA M KERBER<br>PO BOX 547<br>CLINTON MA 01510 | CREDITOR ID: 300562-39<br>LISA M KING<br>630 S OLD BELAIR RD LOT 43<br>GROVETOWN GA 30813 | CREDITOR ID: 300563-39<br>LISA M LINK<br>2884 JESSUP RD<br>CINCINNATI OH 45239 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300564-39<br>LISA M LOONEY<br>1808 CATALA ROAD<br>VESTAVIA AL 35216 | CREDITOR ID: 300565-39<br>LISA M LUNCEFORD<br>625 MOUNTAIN VIEW RD<br>BLUFF  CITY TN 37618 | CREDITOR ID: 300566-39<br>LISA M MANNIELLO<br>3580 USRY MILL RD<br>GIBSON GA 30810 |
| CREDITOR ID: 300567-39<br>LISA M POPPE<br>504 SOPHIA ST<br>NEW ORLEANS LA 70123 | CREDITOR ID: 300568-39<br>LISA M RODWAY<br>17532 PHLOX DR<br>FORT  MYERS FL 33912 | CREDITOR ID: 300569-39<br>LISA M WEST<br>2025 FAIRCHILD ST<br>BATON  ROUGE LA 70807 |
| CREDITOR ID: 300570-39<br>LISA M WESTRA<br>3662 WOODS WALK BLVD<br>LAKE  WORTH FL 33467 | CREDITOR ID: 300571-39<br>LISA M WOODS<br>13302 ROSEMEADE COVE<br>ORLANDO FL 32828 | CREDITOR ID: 300572-39<br>LISA MARIE GIBSON<br>57 N ROSCOE BLVD<br>PONTE  VEDRA  BCH FL 32082 |
| CREDITOR ID: 300573-39<br>LISA MARIE KEMMER<br>104 LANCER CT<br>CLARKSVILLE TN 37043 | CREDITOR ID: 300574-39<br>LISA MAUER<br>1310 SE 14TH ST<br>DEERFIELD  BCH FL 33441 | CREDITOR ID: 300575-39<br>LISA MCEADY<br>2110 HOUSTON AVE<br>VALDOSTA GA 31602 |
| CREDITOR ID: 300576-39<br>LISA MESSING<br>118 CHAT FIELD DR<br>BROOKSVILLE FL 34601 | CREDITOR ID: 300577-39<br>LISA MICHELE SMITH<br>8312 CENTURY POINT DR SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 300578-39<br>LISA MICHELLE GENZARDI<br>1497 FAIRLIGHT ST NW<br>PALM  BAY FL 32907 |
| CREDITOR ID: 300579-39<br>LISA MULVIHILL<br>2421 MISSISSIPPI AVE<br>METAIRIE LA 70003 | CREDITOR ID: 300580-39<br>LISA P STENSRUD<br>1783 LAUREL BROOK LOOP<br>CASSELBERRY FL 32707 | CREDITOR ID: 300581-39<br>LISA PETERSON<br>12755 FLYNN FOREST DR<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 300584-39<br>LISA R DANSKY<br>20 QUAIL RIDGE CIR S<br>BEAUFORD SC 29906 | CREDITOR ID: 300585-39<br>LISA RENEE DOLPH<br>P O BOX 5262<br>BAKERSFIELD CA 93388 | CREDITOR ID: 300586-39<br>LISA ROBIN TORRENCE<br>1416 LAKEWAY DR<br>CHARLOTTE NC 28214 |
| CREDITOR ID: 300587-39<br>LISA ROBINSON RUTTY<br>PO BOX 364<br>BAGDAD FL 32530 | CREDITOR ID: 300588-39<br>LISA S BENNETT<br>315 MAGNOLIA DR<br>PANAMA  CITY FL 32413 | CREDITOR ID: 300589-39<br>LISA S BOUDREAUX<br>109 MIDDLEBURG DR<br>LAFAYETTE LA 70508 |
| CREDITOR ID: 300590-39<br>LISA S FRICK<br>149 STEVENS CREEK RD<br>LITTLE  MOUNTAIN SC 29075 | CREDITOR ID: 300591-39<br>LISA S SUDDRETH & JAY E<br>SUDDRETH JT TEN<br>2127 W 116TH ST<br>SHAWNEE  MISSION KS 66211 | CREDITOR ID: 300592-39<br>LISA T MELTON & WILLIAM R<br>MELTON JT TEN<br>901 COUNTY ROAD 753 S<br>WEBSTER FL 33597 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300593-39<br>LISA TERRINGTON<br>66095 HICKORY ST<br>MANDEVILLE LA 70448 | CREDITOR ID: 300594-39<br>LISA TUCKER<br>PO BOX 1255<br>MABANK TX 75147 | CREDITOR ID: 300595-39<br>LISA VIGUERIE<br>234 WALTER RD<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 300596-39<br>LISA W CARROUTH<br>221 LOWELL AVE<br>GREENWOOD SC 29646 | CREDITOR ID: 300597-39<br>LISA W DAVIS<br>PO BOX 291<br>MADISON FL 32340 | CREDITOR ID: 300598-39<br>LISA WALKER<br>PO BOX 190<br>SHARPES FL 32959 |
| CREDITOR ID: 300599-39<br>LISALENA A LEACH<br>4629 E DAUGHTRY BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 300601-39<br>LISETTE D RATCLIFFE CUST<br>CHRISTOPHER M RATCLIFFE<br>U/T/M/A/FL<br>6058 73RD ST N<br>ST PETERSBURG FL 33709 | CREDITOR ID: 300600-39<br>LISETTE D RATCLIFFE CUST<br>CHAD E RATCLIFFE U/T/M/A/FL<br>6058 73RD ST N<br>ST PETERSBURG FL 33709 |
| CREDITOR ID: 300602-39<br>LISETTE MELENDEZ<br>5917 67TH AVE NORTH<br>PINELLAS PARK FL 34665 | CREDITOR ID: 300603-39<br>LISHA R GARCIA<br>7814 FELICE ST<br>TAMPA FL 33614 | CREDITOR ID: 300604-39<br>LISSETTE DUBNER<br>10240 SW 125 ST<br>MIAMI FL 33176 |
| CREDITOR ID: 300605-39<br>LITISIA K REAVES<br>2200 SHIRAH RD<br>AUBURNDALE FL 33823 | CREDITOR ID: 300606-39<br>LIZ M LOPEZ<br>831 NORTH JERICO DRIVE<br>CASSELBERRY FL 32707 | CREDITOR ID: 300607-39<br>LIZBETH C TILLMAN<br>6225 LITTLE RIDGE RD<br>ACWORTH GA 30102 |
| CREDITOR ID: 300608-39<br>LIZZETTE HARVELL<br>11 JACKSON CT<br>CASSELBERRY FL 32707 | CREDITOR ID: 300609-39<br>LIZZIE LEONARD<br>4930 VIRGINIA CIRCLE<br>TUSCALOOSA AL 35401 | CREDITOR ID: 300610-39<br>LJUBICA STEFANOVIC<br>6624 WOODY CT<br>LEESBURG FL 34748 |
| CREDITOR ID: 300611-39<br>LLEWELLYN B GARTH<br>BOX 2202<br>MONTGOMERY AL 36102 | CREDITOR ID: 300612-39<br>LLOYD A STARK<br>1593 MCINTYRE DR<br>MOBILE AL 36618 | CREDITOR ID: 300614-39<br>LLOYD B HOWARD<br>PO BOX 664<br>PLEASANT HILL TN 38578 |
| CREDITOR ID: 300615-39<br>LLOYD BAKER<br>2400 SCEPTER LANE<br>BIRMINGHAM AL 35226 | CREDITOR ID: 300616-39<br>LLOYD C GRAHAM<br>PO BOX 10686<br>TALLAHASSEE FL 32302 | CREDITOR ID: 300617-39<br>LLOYD D JOHNSON<br>1232 NW 55TH ST<br>MIAMI FL 33142 |
| CREDITOR ID: 300618-39<br>LLOYD D YOUNG<br>1219 N 44TH ST<br>BATON ROUGE LA 70802 | CREDITOR ID: 300619-39<br>LLOYD EDWARD REED<br>4397 57TH AVE N<br>ST PETERSBURG FL 33714 | CREDITOR ID: 300620-39<br>LLOYD G HENDRY TR U-W NILS<br>ERIC GRAN<br>14631 ORANGE RIVER ROAD<br>FORT MYERS FL 33905 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 300621-39
LLOYD HAMMOND CROFT
17359 PELHAM VIEW DR
CULPEPER VA 22701

CREDITOR ID: 300622-39
LLOYD J CLEMENT
1727 OAKLEY AVE
THIBODAUX LA 70301

CREDITOR ID: 300623-39
LLOYD JERNIGAN & MARIA
JERNIGAN JT TEN
1330 OTTO POLK RD
FROSTPROOF FL 33843

CREDITOR ID: 300624-39
LLOYD L GLENN & MARCELLE
GLENN JT TEN
4822 ALAMONT DR
MONTOGMERY AL 36116

CREDITOR ID: 300625-39
LLOYD L WILLIS & MARGARET S
WILLIS JT TEN
5756 APPLE GROVE LANE
CROZET VA 22932

CREDITOR ID: 300626-39
LLOYD LEE DENSON
1646 DENHAM ST
CINCINNATI OH 45225

CREDITOR ID: 300627-39
LLOYD M LINDSEY
7116 BROCK ST
SPARTANBURG SC 29303

CREDITOR ID: 300628-39
LOCHIEL I BAUER
3811 WILLMAR AVE
LOUISVILLE KY 40218

CREDITOR ID: 300629-39
LOCHIEL I BAUER & BRADLEY
BAUER JT TEN
3811 WILLMAR AVE
LOUISVILLE KY 40218

CREDITOR ID: 300630-39
LOCHRANE A GARY
1025 BRIARWOOD DR
WAUCHULA FL 33873

CREDITOR ID: 300631-39
LOCKWOOD B SCOGGIN & FRANCES
P SCOGGIN JT TEN
2116 GREENVIEW DR
MONTGOMERY AL 36111

CREDITOR ID: 300632-39
LOEL E OLDHAM & SHIRLEY
OLDHAM JT TEN
15034 DEVILLE
SAN  ANTONIO TX 78248

CREDITOR ID: 284560-39
LOFGREN, CHERYL
C/O CHERYL ZBYSZINSKI
6030 150TH AVE N LOT 74
CLEARWATER FL 33760

CREDITOR ID: 300633-39
LOGAN F GIBSON
7392 RIVERBEND RD W
DUNNELLON FL 34433

CREDITOR ID: 300634-39
LOIS A BRIGGS TTEE U-A DTD
05-07-92 LOIS A BRIGGS TRUST
13119 MARIGOLD LN
SILVER  SPRING MD 20906

CREDITOR ID: 300635-39
LOIS A JENNINGS
HILLVIEW HEIGHTS
707 JULIET DR
MOUNT  JULIET TN 37122

CREDITOR ID: 300636-39
LOIS A LISTER
120 DILL DRIVE
PIEDMONT SC 29673

CREDITOR ID: 300637-39
LOIS A SHAFER
27724 163RD ST SW
HOMESTEAD FL 33031

CREDITOR ID: 300638-39
LOIS ANN CLEMENT
58675 COOLIDGE ST
PLAQUEMINE LA 70764

CREDITOR ID: 300639-39
LOIS ANN EDWARDS
6513 NORDIC DR
EDINA MN 55439

CREDITOR ID: 300640-39
LOIS ANN SHULTZ
143 SHADY CREEK LN
DEFUNIAK  SPRINGS FL 32433

CREDITOR ID: 300641-39
LOIS C CONNELL
34 YOUNG VALLEY RD
BUCHANAN GA 30113

CREDITOR ID: 300642-39
LOIS C SILVERMAN
52 PEN HAVEN DR
PENSACOLA FL 32506

CREDITOR ID: 300643-39
LOIS D NELSON & PAMELA N
LABARBERA JT TEN
8256 SANLANDO AVE
JACKSONVILLE FL 32211

CREDITOR ID: 300644-39
LOIS D NELSON & WENDY N
BEVAN JT TEN
8256 SANLANDO AVE
JACKSONVILLE FL 32211

CREDITOR ID: 300645-39
LOIS E OPAROWSKI
400 B N E 57TH CT
FORT  LAUDERDALE FL 33334

CREDITOR ID: 300646-39
LOIS E RAMSEY
2797 LOWER LAKE RD
THOMASVILLE NC 27360

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

CREDITOR ID: 300647-39
LOIS E SAVAGE
5431 NE 25TH AVE
FT  LAUDERDALE FL 33308

CREDITOR ID: 300648-39
LOIS E SMITH TRUSTEE U-A DTD
02-28-02 LOIS E SMITH LIVING
TRUST
9601 SOUTHBROOK DR APT E127
JACKSONVILLE FL 32256

CREDITOR ID: 300649-39
LOIS HINNANT
PO BOX 9005
ORANGEBURG SC 29116

CREDITOR ID: 300650-39
LOIS J WATTS & DIANA K
THOMAS JT TEN
507 CAVALIER AVE
DELTONA FL 32725

CREDITOR ID: 300651-39
LOIS K WAINRIGHT & DONALD A
KELLUM JT TEN
RT 5 BOX 150
MADISON FL 32340

CREDITOR ID: 300652-39
LOIS LEONARD
316 RUE GRAND CHENE
THIBODAUX LA 70301

CREDITOR ID: 300653-39
LOIS M FERGUSON TTEE U A DTD
4-7-95 F-B-O LOIS M FERGUSON
LIVING TRUST
31 RIVERVIEW
PAULSBORO NJ 08066

CREDITOR ID: 300654-39
LOIS M KREITZER
3 MOUNTAIN VILLA DRIVE
UNIT B3
CHAMPION PA 15622

CREDITOR ID: 300655-39
LOIS MC FAUL SHILTS
64 PELICAN PL
CLEARWATER FL 33756

CREDITOR ID: 300656-39
LOIS NEFF & EVELYN THURMAN
JT TEN
900 E HAZEL ST
CLARENCE MO 63437

CREDITOR ID: 300657-39
LOIS PRA
5632 PARKVIEW LAKE DR
ORLANDO FL 32821

CREDITOR ID: 300658-39
LOIS R BONGIOVANNI
1574 MAIN ST
BETHLEHEM NH 03574

CREDITOR ID: 300659-39
LOIS R STANFORD & LAURA ANN
STACEY JT TEN
8060 CORKY CRT EAST
JACKSONVILLE FL 32244

CREDITOR ID: 300660-39
LOIS S COHEN
4024 LELAND RD
LOUISVILLE KY 40207

CREDITOR ID: 300661-39
LOIS SHEPPARD
7335 LAWN TENNIS LN
JACKSONVILLE FL 32277

CREDITOR ID: 300662-39
LOIS SKINNER
530 OLD GEORGIA RD
MOORE SC 29369

CREDITOR ID: 300663-39
LOIS YVONNE FADOR
3802 SHERWOOD DR
MONTGOMERY AL 36109

CREDITOR ID: 300664-39
LOLA C THOMPSON
7322 CANTRELL RD
DOUGLASVILLE GA 30135

CREDITOR ID: 300665-39
LOLA FAYE TUCKER
1011 E GRAUWYLER RD
IRVING TX 75061

CREDITOR ID: 300666-39
LOLA FULTZ
176 GOUGE DR 6
DRY  RIDGE KY 41035

CREDITOR ID: 300667-39
LOLA J BOYD
10915 NORMANDY BLVD
JACKSONVILLE FL 32221

CREDITOR ID: 300668-39
LOLA JARRETT BROWN & JAMES
SAMUEL BROWN JR JT TEN
7241 ORTEGA HILLS DR
JACKSONVILLE FL 32244

CREDITOR ID: 300669-39
LOLA M WILLIAMS
504 CHERRY ST
TALLADEGA AL 35160

CREDITOR ID: 300670-39
LOLA P LANCASTER
1689 ROWE AV
JACKSONVILLE FL 32208

CREDITOR ID: 300671-39
LOLETH E CORPUS
15330 SW 49 ST
MIRAMAR FL 33027

CREDITOR ID: 300672-39
LOLITA A BOHANNON
412 DON GRAFF RD
FREEPORT FL 32439

CREDITOR ID: 300673-39
LOLITA M SHROPSHIRE
ATTN LOLITA M BROWN
P O BOX 965
FRUITLAND  PARK FL 34731

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300674-39<br>LOLLICE BRADFORD COURTNEY<br>JR<br>3750 HWY 813<br>CONWAY SC 29526 | CREDITOR ID: 300675-39<br>LOLY RIOSECO<br>7801 SW 29TH TERR<br>MIAMI FL 33155 | CREDITOR ID: 300676-39<br>LOMA HARRIS<br>2508 CLIFF DRIVE<br>NEWPORT  BEACH CA 92663 |
| CREDITOR ID: 300677-39<br>LON R GAMBRELL<br>359 OLD AIRPORT ROAD<br>WHITMIRE SC 29178 | CREDITOR ID: 300678-39<br>LON RANDALL GAMBRELL &<br>DOROTHY FAYE GAMBRELL JT TEN<br>359 OLD AIRPORT ROAD<br>WHITMIRE SC 29178 | CREDITOR ID: 300679-39<br>LONA S HARRIS<br>2921 NE 28TH ST APT 101<br>LGHTHSE  POINT FL 33064 |
| CREDITOR ID: 282421-39<br>LONG, BOBBY L., JR.<br>215 OAK KNOLL TER<br>ANDERSON SC 29625 | CREDITOR ID: 300680-39<br>LONNE E EDMONDS<br>6905 GREEN MANOR DR<br>LOUISVILLE KY 40228 | CREDITOR ID: 300681-39<br>LONNIE B SKINNER<br>2799 COUNTY RD 1527<br>CULLMAN AL 35058 |
| CREDITOR ID: 300682-39<br>LONNIE BRITTON<br>533 ROSE LANE<br>RALEIGH NC 27610 | CREDITOR ID: 300683-39<br>LONNIE C MC MILLAN<br>110  BEAVER RIDGE RD<br>ASHEVILLE NC 28804 | CREDITOR ID: 300685-39<br>LONNIE DAVIS GRIER JR<br>444 MCRAE RD<br>DEATSVILLE AL 36022 |
| CREDITOR ID: 300686-39<br>LONNIE E TUCKER JR<br>6304 SCOTTSDALE DRIVE<br>FT  WORTH TX 76119 | CREDITOR ID: 300687-39<br>LONNIE EDMONDS<br>6905 GREEN MANOR DRIVE<br>LOUISVILLE KY 40228 | CREDITOR ID: 300688-39<br>LONNIE HICKS<br>17436 SPRING VALLEY RD<br>DADE  CITY FL 33525 |
| CREDITOR ID: 300689-39<br>LONNIE J PITTMAN JR<br>2401 LAURA ST<br>LAKE  WALES FL 33853 | CREDITOR ID: 300690-39<br>LONNIE JASON JONES<br>512 ELKINS DR<br>ROANOKE  RAPIDS NC 27870 | CREDITOR ID: 300691-39<br>LONNIE L ROWLAND & VALERIE S<br>ROWLAND JT TEN<br>4759 RIVERINE DR<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 300694-39<br>LONNIE L WEBB & CHARLOTTE<br>BURGESS JT TEN<br>2523 ABNEY AVENUE<br>ORLANDO FL 32833 | CREDITOR ID: 300696-39<br>LONNIE L WEBB & SHARON MAX<br>JT TEN<br>2523 ABNEY AVENUE<br>ORLANDO FL 32833 | CREDITOR ID: 300697-39<br>LONNIE M CRUSE<br>PO BOX 2<br>HIGH  SPRINGS FL 32643 |
| CREDITOR ID: 300698-39<br>LONNIE M DENTON<br>P O BOX 1026<br>LAKE PARK GA 31636 | CREDITOR ID: 300699-39<br>LONNIE M DENTON & LINDA P<br>DENTON JT TEN<br>P O BOX 1026<br>LAKE  PARK GA 31636 | CREDITOR ID: 300700-39<br>LONNIE NEILL RUSSELL<br>6434 OSPREY LAKE CIR<br>RIVERVIEW FL 33569 |
| CREDITOR ID: 300701-39<br>LONNIE R CHANEY & PAULA J<br>CHANEY JT TEN<br>411 STERLING LAKE DR<br>OCOEE FL 34761 | CREDITOR ID: 300702-39<br>LONNIE R TAYLOR JR<br>44069 BENNETT RD<br>HAMMOND LA 70403 | CREDITOR ID: 300703-39<br>LONNIE SMITH JR<br>PO BOX 351<br>HAPPY KY 41746 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300704-39<br>LONNIE W JENKINS JR & KAREN<br>A JENKINS JT TEN<br>13519 LACEBARK PINE RD<br>ORLANDO FL 32832 | CREDITOR ID: 300705-39<br>LONNIE WAYNE THOMASON<br>3404 PINEY GROVE RD<br>FUQUAY VARINA NC 27526 | CREDITOR ID: 300706-39<br>LONNY J HENNEQUIN<br>571 NW 208 CIRCLE<br>PEMBROKE PINES FL 33029 |
| CREDITOR ID: 300707-39<br>LONZIE M SYMONETTE & NORMAN<br>A SYMONETTE JT TEN<br>11261 PALMERS GREEN DR<br>PEYTON CO 80831 | CREDITOR ID: 279961-39<br>LOPEZ, ALICIA Z<br>PO BOX 731<br>IMMOKALEE FL 34143 | CREDITOR ID: 300708-39<br>LORA A HOFFROGGE<br>133 NW 20TH ST<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 300709-39<br>LORA JANE BOULET<br>5325 MARSH DR<br>THE COLONY TX 75056 | CREDITOR ID: 300710-39<br>LORA JEANNE HALL<br>2117 W SITKA ST<br>TAMPA FL 33604 | CREDITOR ID: 300711-39<br>LORA K TRENTHAM & JUNE<br>TRENTHAM JT TEN<br>BOX 96<br>HUGOTON KS 67951 |
| CREDITOR ID: 300712-39<br>LORA L ALFORD<br>6635 MEADOWS LN<br>CALLAHAN FL 32011 | CREDITOR ID: 300713-39<br>LORA L FOX<br>9872 NW 16TH CT<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 300714-39<br>LORAINE A ALGEO<br>1205 MATHIS ST<br>LAKE WORTH FL 33461 |
| CREDITOR ID: 300715-39<br>LORAINE P BLACKMON<br>4752 HALLS MILL RD<br>MOBILE AL 36693 | CREDITOR ID: 300716-39<br>LORAN M HOLMES & EDITH G<br>HOLMES JT TEN<br>5300 W 14TH LN<br>HIALEAH FL 33012 | CREDITOR ID: 300717-39<br>LORE A PRICE<br>4321 HEATHER LN<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 300718-39<br>LOREE S HARRIS<br>RR 4 BOX 425<br>WARRENTON NC 27589 | CREDITOR ID: 300719-39<br>LOREENA PEARSON<br>2615 29TH ST E<br>PALMETTO FL 34221 | CREDITOR ID: 300720-39<br>LORELIE J CRAWFORD<br>4641 CARDINAL BLVD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 300721-39<br>LOREN A CLEMENTS & JUDITH J<br>CLEMENTS JT TEN<br>5620 SANIBEL STREET<br>ORLANDO FL 32807 | CREDITOR ID: 300722-39<br>LOREN E LEONARD JR<br>1309 SE 1ST WAY<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 300723-39<br>LOREN E LEONARD JR & DOROTHY<br>A LEONARD JT TEN<br>1309 SE 1ST WAY<br>DEERFIELD BEACH FL 33441 |
| CREDITOR ID: 300724-39<br>LOREN E SALKILL & ELEANOR R<br>SALKILL JT TEN<br>976 NC 222 WEST<br>FREMONT NC 27830 | CREDITOR ID: 300725-39<br>LORENA DE VINCENTIS & LOUIS<br>G DE VINCENTIS JT TEN<br>4110 SUWANEE DR<br>LAGRANGE KY 40031 | CREDITOR ID: 300726-39<br>LORENA S GROTEFEND<br>PO BOX 14222<br>BRADENTON FL 34280 |
| CREDITOR ID: 300727-39<br>LORENA W HART<br>1506 DOUGLAS AVE<br>DUNEDIN FL 34698 | CREDITOR ID: 300728-39<br>LORENE M POPE<br>252 MANTE DR<br>KISSIMMEE FL 34743 | CREDITOR ID: 300729-39<br>LORENE M WHITE TOD CAROL WHITE<br>PRESSLEY SUBJECT TO STA TOD<br>RULES<br>2408 28TH AVE<br>TAMPA FL 33605 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 300730-39
LORENZO CRAWFORD
1084 JUSAL LN
DUBLIN GA 31021

CREDITOR ID: 300732-39
LORENZO L LENOX
156 N E 30 STREET
WINTON  MANORS FL 33334

CREDITOR ID: 300733-39
LORENZO N HOOPES TTEE U A
DTD 06-20-73 HOOPES FAMILY
TRUST
45 MOTT PLACE
OAKLAND CA 94619

CREDITOR ID: 300734-39
LORENZO WATKINS & LUCILLE
WATKINS JT TEN
7760 CASTLEGATE DR
PENSACOLA FL 32514

CREDITOR ID: 300735-39
LORETTA A CARR TRUSTEE U-A
DTD 03-23-93 CARR JOINT TRUST
1078 GROVE COVE
JACKSONVILLE FL 32221

CREDITOR ID: 300736-39
LORETTA A ROBINSON
4550 AVENUE D
ZACHARY LA 70791

CREDITOR ID: 300737-39
LORETTA ANN GORDON
11010 ELMHURST DR
PINELLAS  PARK FL 34666

CREDITOR ID: 300738-39
LORETTA ANNE GIBSON
5606 E LIVE OAK LN
INVERNESS FL 34453

CREDITOR ID: 300739-39
LORETTA C OUZTS
9101 OLD STAGE RD
RALEIGH NC 27603

CREDITOR ID: 300740-39
LORETTA C STEVENSON
107 LIBBY ST
LIVERPOOL NY 13088

CREDITOR ID: 300741-39
LORETTA DONAHOE
7902 FIR GREEN WY
LOUISVILLE KY 40291

CREDITOR ID: 300742-39
LORETTA E LINGS
6664 TIMBERWOOD CIR
PINELLAS PARK FL 33780

CREDITOR ID: 300743-39
LORETTA F PITTMAN
5150 JOHN REYNOLDS RD
GAINESVILLE GA 30506

CREDITOR ID: 300744-39
LORETTA H ANDERA CUST SARA D
ALMETER UNDER THE FL UNIF
TRAN MIN ACT
57 OAK GROVE PL
FERNANDINA  BEACH FL 32034

CREDITOR ID: 300746-39
LORETTA J HURST TTEE U-A DTD
05-13-97|LORETTA J HURST
LIVING TRUST
680 TROPICAL PARKWAY
ORANGE  PARK FL 32073

CREDITOR ID: 300747-39
LORETTA M DAVID
5444 ISLAND RD
JARREAU LA 70749

CREDITOR ID: 300748-39
LORETTA M KELLER
12475 SOUTH ELM POINT
FLORAL  CITY FL 34436

CREDITOR ID: 300749-39
LORETTA M SYKES
1060 STABLEWAY RD
PIKE  ROAD AL 36064

CREDITOR ID: 300750-39
LORETTA M WARDEN & ROBIN
DAVIS WARDEN JR JT TEN
1325 SE 3RD AV
ARCADIA FL 34266

CREDITOR ID: 300751-39
LORETTA N STEWART
2417 KIWANIS AVE
LAKELAND FL 33801

CREDITOR ID: 300752-39
LORETTA P ORVIN
3369 TOOTH ACRES RD
MC  COLL SC 29570

CREDITOR ID: 300753-39
LORETTA PADGETT
2814 LAMONDE
FT  WORTH TX 76114

CREDITOR ID: 300754-39
LORETTA S MILLS
221 MILLARD AVE
LAKELAND FL 33801

CREDITOR ID: 300755-39
LORETTA SCHENKEL
9400 NW 81ST  COURT
TAMARAC FL 33321

CREDITOR ID: 300756-39
LORETTA T HARVEY & CHARLES W
HARVEY JT TEN
35449 HAINES CREEK RD
LEESBURG FL 34788

CREDITOR ID: 300757-39
LORETTA TAYLOR MILLS
109 DAYBREAK LN
BOONES  MILL VA 24065

CREDITOR ID: 300758-39
LORETTA THERESA MATTE
213 SUMMIT DR
LAFAYETTE LA 70507

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300759-39<br>LORETTA W LYNN<br>4441 STATE PARK RD<br>GREENVILLE SC 29609 | CREDITOR ID: 300760-39<br>LORETTA WERNER<br>1585 REVENE LANE<br>HOLLY HILL FL 32117 | CREDITOR ID: 300761-39<br>LORETTA WILLIAMS<br>1970 E STARMOUNT WAY<br>DECATUR GA 30032 |
| CREDITOR ID: 300762-39<br>LORETTA WOODY<br>6951 W AVOCADO ST<br>CRYSTAL RIVER FL 34429 | CREDITOR ID: 300763-39<br>LORI A DIEHL<br>9108 BRYANT RD<br>FORT MYERS FL 33912 | CREDITOR ID: 300764-39<br>LORI A DORIA<br>2723 HOLLY RIDGE DRIVE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 300765-39<br>LORI A FAIR<br>ATTN LORI FAIR-HUBBARD<br>317 LONG HOLLOW RD<br>ELIZABETHTON TN 37643 | CREDITOR ID: 300766-39<br>LORI A LANDRY & DAVID LANDRY<br>JT TEN<br>414 HIGHLAND DR<br>PINEVILLE LA 71360 | CREDITOR ID: 300767-39<br>LORI A LUNDQUIST<br>514 ANDRDS LN<br>INDIAN HARBOR FL 32937 |
| CREDITOR ID: 300768-39<br>LORI A PLANK<br>51 CLEVELAND RD<br>LAKE WORTH FL 33467 | CREDITOR ID: 300769-39<br>LORI A VANAMBURG<br>3708 VOLPE DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 300770-39<br>LORI ABSHIRE<br>7750 MARTY DR<br>MOBILE AL 36695 |
| CREDITOR ID: 300771-39<br>LORI ANN ADELIA HAMER<br>550 BREWSTER RD<br>MADISONVILLE LA 70447 | CREDITOR ID: 300772-39<br>LORI ANN HACKENBERGER<br>554 TAMMI DR<br>LIESBURG FL 34788 | CREDITOR ID: 300773-39<br>LORI ANN HOUCHINS<br>400 OVERLAND TRL<br>STONEVILLE NC 27048 |
| CREDITOR ID: 300774-39<br>LORI ANN POLSON<br>1665 TODD AVE<br>LOUISVILLE KY 40213 | CREDITOR ID: 300775-39<br>LORI ANN RAFTER & JAMES T<br>RAFTER JR JT TEN<br>16140 DENHAM CT<br>CLERMONT FL 34711 | CREDITOR ID: 300776-39<br>LORI ANN STEPHENSON<br>319 WINTERLOCKEN DR<br>SANFORD NC 27330 |
| CREDITOR ID: 300777-39<br>LORI ANN VARNER<br>400 OVERLAND TRL<br>STONEVILLE NC 27048 | CREDITOR ID: 300778-39<br>LORI ANNE BROWN<br>5350 WATER VALLEY DR<br>TALLAHASSEE FL 32303 | CREDITOR ID: 300779-39<br>LORI B SEHER<br>124 PITRE DR<br>ST ROSE LA 70087 |
| CREDITOR ID: 300780-39<br>LORI C H DEKKER<br>1123 HERON RD<br>KEY LARGO FL 33037 | CREDITOR ID: 300781-39<br>LORI C HACKETT<br>1123 HERON RD<br>KEY LARGO FL 33037 | CREDITOR ID: 300782-39<br>LORI C TRIPP<br>9386 W MAPLEWOOD PL<br>LITTLETON CO 80123 |
| CREDITOR ID: 300783-39<br>LORI C URBAN<br>11447 41ST ST CT N<br>ROYAL PALM BCH FL 33411 | CREDITOR ID: 300784-39<br>LORI CHASE DOUGLASS & DONALD<br>G DOUGLASS JR JT TEN<br>5301 SW 9TH CT<br>PLANTATION FL 33317 | CREDITOR ID: 300785-39<br>LORI CLAUDETTE TRIPP<br>9386 WEST MAPLEWOOD PLACE<br>LITTLETON CO 80123 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300786-39<br>LORI DENISE BAILEY<br>2315 SUNNYSIDE DR<br>LANCASTER SC 29720 | CREDITOR ID: 300787-39<br>LORI E BEVINS<br>2715 GRANADA DR APT 2B<br>JACKSON MI 49202 | CREDITOR ID: 300789-39<br>LORI FAUCETTE CUST KRISTIN<br>FAUCETTE UND UNIF GIFT MIN<br>ACT FL<br>10301 LAKE GROVE DR<br>ODESSA FL 33556 |
| CREDITOR ID: 300790-39<br>LORI H BRIGHT<br>2014 BELHAVEN DR<br>ORANGE  PARK FL 32065 | CREDITOR ID: 300791-39<br>LORI H SMITH<br>2904 MURPHY MILL RD<br>DOTHAN AL 36303 | CREDITOR ID: 300792-39<br>LORI H SMITH & CHRISTOPHER T<br>SMITH JT TEN<br>2904 MURPHY MILL RD<br>DOTHAN AL 36303 |
| CREDITOR ID: 300793-39<br>LORI H THOMPSON & JIMMIE D<br>THOMPSON JT TEN<br>209 KATHLEEN CRT<br>CLARKSVILLE TN 37043 | CREDITOR ID: 300794-39<br>LORI HAEFNER & PAUL HAEFNER<br>JT TEN<br>8054 E SAINT JOHN AVE<br>BOYNTON  BEACH FL 33437 | CREDITOR ID: 300795-39<br>LORI HANSON BELL & JOSEPH<br>EARL BELL JR JT TEN<br>16118 MEMPHIS BLUELICK RD<br>HENRYVILLE IN 47126 |
| CREDITOR ID: 300796-39<br>LORI J STACKS<br>C/O LORI LEONARD<br>6303 SADDLE RIDGE RD<br>ARLINGTON TX 76016 | CREDITOR ID: 300797-39<br>LORI JEANINE LAND<br>5128 PINECREST DR SW<br>COVINGTON GA 30209 | CREDITOR ID: 300798-39<br>LORI K HOFFMAN<br>755 OLE SIMPSON PLACE<br>ROCK  HILL SC 29730 |
| CREDITOR ID: 300799-39<br>LORI KREBSBACH<br>7326 CARILLON AVE<br>COCOA FL 32927 | CREDITOR ID: 300800-39<br>LORI L CARSON<br>PO BOX 462<br>TAVARES FL 32778 | CREDITOR ID: 300801-39<br>LORI L HODGE<br>2014 BELHAVEN DR<br>ORANGE  PARK FL 32065 |
| CREDITOR ID: 300802-39<br>LORI L MANGUM<br>3831 FAIRFIELD DR<br>MONTGOMERY AL 36109 | CREDITOR ID: 300803-39<br>LORI L STRICKLAND<br>8518 GIBSONTON DR LOT 56<br>GIBSONTON FL 33334 | CREDITOR ID: 300804-39<br>LORI L SURIN<br>519 ENSENADA DR<br>ORLANDO FL 32825 |
| CREDITOR ID: 300805-39<br>LORI LAWRENCE<br>3832 N W 23RD MANOR<br>COCONUT  CREEK FL 33066 | CREDITOR ID: 300806-39<br>LORI LEE TESKEY<br>P.O. BOX 12056<br>BROOKSVILLE FL 34603 | CREDITOR ID: 300807-39<br>LORI M ALVEY<br>1606 THERESA DR<br>MADISONVILLE KY 42431 |
| CREDITOR ID: 300810-39<br>LORI MARIE TOTH TRUSTEE U-A<br>DTD 07-03-02 LORI MARIE TOTH<br>REVOCABLE TRUST<br>1218 MORNING DOVE COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 300811-39<br>LORI N YATES<br>36 SOCO TRL<br>ORMOND  BEACH FL 32174 | CREDITOR ID: 300812-39<br>LORI P ODANIEL<br>2700 INDIAN SPRINGS RD<br>MARIANNA FL 32446 |
| CREDITOR ID: 300813-39<br>LORI PEELER ROTH<br>8609 STEAMBOAT LANE<br>RIVER  RIDGE LA 70123 | CREDITOR ID: 300814-39<br>LORI R FAIRCLOTH<br>PO BOX 2333<br>ELIZABETHTOWN NC 28337 | CREDITOR ID: 300816-39<br>LORI R LEWIS<br>516 HEINEMAN ST<br>DAYTONA  BEACH FL 32114 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300817-39<br>LORI ROBERTSON & RONALD<br>ROBERTSON JR JT TEN<br>5938 GLENNGATE CT<br>WEST CHESTER OH 45069 | CREDITOR ID: 300818-39<br>LORI S BROWN<br>20257 MOUNT PROSPECT AVE<br>PT CHARLOTTE FL 33952 | CREDITOR ID: 300819-39<br>LORI STEWART<br>2315 SUNNYSIDE DR<br>LANCASTER SC 29720 |
| CREDITOR ID: 300820-39<br>LORI TAYLOR CAUTHEN<br>3223 MARSHVILLE OLIVE BR RD<br>MARSHVILLE NC 28103 | CREDITOR ID: 300821-39<br>LORI TEDESCO & JOHN TEDESCO<br>JT TEN<br>380 COUNTY ROAD 487<br>LAKE PANASOFFKEE FL 33538 | CREDITOR ID: 300822-39<br>LORI Y AVERY<br>72 CHAPIN RD<br>HAMPDEN MA 01036 |
| CREDITOR ID: 300823-39<br>LORIE DEVON METZGER<br>14111 NE 58TH PLACE<br>VANCOUVER WA 98686 | CREDITOR ID: 300824-39<br>LORIE DORINDA PORTER<br>20 TOWHEE RD<br>HILTON HEAD ISLAND SC 29926 | CREDITOR ID: 300825-39<br>LORNA A WESTCARTH<br>609 NW AVE G PL<br>BELLE GLADE FL 33430 |
| CREDITOR ID: 300826-39<br>LORNA GLAZE<br>PO BOX 430419<br>BIG PINE KEY FL 33043 | CREDITOR ID: 300827-39<br>LORNA J FORBES<br>4551 NW 22 STREET<br>LAUDERHILL FL 33313 | CREDITOR ID: 300828-39<br>LORNA L LONG<br>3690 LONDON BLVD<br>COCOA FL 32926 |
| CREDITOR ID: 300829-39<br>LORRAINE B CROSS & MICHAEL F<br>CROSS JT TEN<br>715 RIVIERA DR<br>NAPLES FL 34103 | CREDITOR ID: 300830-39<br>LORRAINE BRANNON & BILL<br>BRANNON JT TEN<br>2514 WHISPERING PINES RD<br>ALBANY GA 31707 | CREDITOR ID: 300831-39<br>LORRAINE BRETZ & CODY-BRIAN<br>BRETZ JT TEN<br>5813 BLACKOAK LN<br>RIVEROAKS TX 76114 |
| CREDITOR ID: 300833-39<br>LORRAINE COLELLI STEPHENS<br>21100 95TH AVENUE S APT # 128<br>BOCA RATON FL 33428 | CREDITOR ID: 300835-39<br>LORRAINE D CARROLL<br>1329 STONEWALL ST<br>BRUNSWICK GA 31520 | CREDITOR ID: 300836-39<br>LORRAINE D COMER<br>3009 N HUDSON ST<br>TAMPA FL 33605 |
| CREDITOR ID: 300837-39<br>LORRAINE D FLANIGAN<br>PO BOX 1202<br>TUSCALOOSA AL 35402 | CREDITOR ID: 300838-39<br>LORRAINE ELLEN GRIFFITH<br>2254 2ND ST SW<br>VERO BEACH FL 32962 | CREDITOR ID: 300839-39<br>LORRAINE J STATHAM<br>RT 11 18484 TAMPA RD SE<br>FORT MYERS FL 33912 |
| CREDITOR ID: 300840-39<br>LORRAINE M ALDAY & STEPHEN M<br>ALDAY JT TEN<br>18391 BRIGGS CIRCLE<br>PORT CHARLOTTE FL 33948 | CREDITOR ID: 300841-39<br>LORRAINE MACDONALD<br>1763 SW 6TH DR<br>POMPANO BEACH FL 33060 | CREDITOR ID: 300842-39<br>LORRAINE MARTYNIAK<br>105 WEST 5TH ST<br>BAYONNE NJ 07002 |
| CREDITOR ID: 300843-39<br>LORRAINE R POWELL<br>1700 GAIL AVE<br>ALBANY GA 31707 | CREDITOR ID: 300844-39<br>LORRAINE R TREXLER<br>714 WESLEY DR<br>SALISBURY NC 28146 | CREDITOR ID: 300845-39<br>LORRAINE S GRIFFIN & P G<br>GRIFFIN JT TEN<br>2607 MARR<br>ROANOKE VA 24012 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300846-39<br>LORRAINE S STOCKMAN<br>110 PINECREST DR<br>GREENWOOD SC 29649 | CREDITOR ID: 300847-39<br>LORRAINE S WILLIAMS<br>3926 34TH TE S<br>SAINT PETERSBURG FL 33711 | CREDITOR ID: 300848-39<br>LORRAINE THERESA FREMIN<br>CLEMENT<br>1216 CANAL BLVD<br>THIBODAUX LA 70301 |
| CREDITOR ID: 300849-39<br>LORRAINE WOODARD<br>5097 BASINVIEW DRIVE<br>NEW ORLEANS LA 70126 | CREDITOR ID: 300850-39<br>LORREL LAGENE STALVEY<br>5520 LORRAINE ST<br>LAKELAND FL 33810 | CREDITOR ID: 300851-39<br>LORRI A VIDRINE<br>3291 GRAND PRAIRIE HWY<br>WASHINGTON LA 70589 |
| CREDITOR ID: 300852-39<br>LORRI POLLY<br>205 KAYLOR DR<br>AUBURNDALE FL 33823 | CREDITOR ID: 300853-39<br>LORRI S KELSEY<br>6001 SHREVEPORT HWY<br>PINEVILLE LA 71360 | CREDITOR ID: 300854-39<br>LORRIE A HILL<br>108 PAVILION DR<br>MERIDIANVILLE AL 35759 |
| CREDITOR ID: 300855-39<br>LORRIE JO WHITE<br>RT 4 BOX 78<br>ARDMORE OK 73401 | CREDITOR ID: 300856-39<br>LORRIELYN SMITH<br>4132 SW 153 TERR<br>MIRAMAR FL 33027 | CREDITOR ID: 300857-39<br>LORRY LORAY DERN<br>PO BOX 617 5590 NE 101ST AVE<br>BRONSON FL 32621 |
| CREDITOR ID: 300858-39<br>LOTTIE L COMEAU<br>1241 TRINITY DRIVE<br>BENBROOK TX 76126 | CREDITOR ID: 300859-39<br>LOTTIE M PICKETT<br>749 JUD DUVALL LN<br>FRANKLIN NC 28734 | CREDITOR ID: 300860-39<br>LOU A KEE<br>8336 CR 1229<br>GODLEY TX 76044 |
| CREDITOR ID: 300861-39<br>LOU ANN BORER<br>520 PERIWINKLE DR<br>SEBASTIAN FL 32958 | CREDITOR ID: 300862-39<br>LOU ANN EDGE<br>1401 STEPHENS OAK CT<br>PLANT CITY FL 33567 | CREDITOR ID: 300863-39<br>LOU ANN KELLY<br>29763 SKYVIEW DR<br>MECHANICSVILLE MD 20659 |
| CREDITOR ID: 300864-39<br>LOU ANN L RALPH<br>4 LITTLE BAY HARBOR<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 300865-39<br>LOU N KING<br>P O BOX 169<br>LAWTEY FL 32058 | CREDITOR ID: 300866-39<br>LOU N KING & CHARLES V KING<br>JT TEN<br>P O BOX 169<br>LAWTEY FL 32058 |
| CREDITOR ID: 300867-39<br>LOUANN M DESANTIS<br>1860 SE 57TH COURT<br>OCALA FL 34471 | CREDITOR ID: 300868-39<br>LOUANNA PORTER<br>942 GOODHUE CIR<br>CINCINNATI OH 45240 | CREDITOR ID: 300869-39<br>LOUCINDY A WHITEHEAD<br>5 INDIAN TRAIL<br>TAYLORS SC 29687 |
| CREDITOR ID: 300870-39<br>LOUELLA B SALTZMAN<br>5810 ALVIE ROAD<br>GUEYDAN LA 70542 | CREDITOR ID: 300871-39<br>LOUIE CARTA<br>2410 EAGLE RIDGE DR<br>COUNCIL BLFS IA 51503-4461 | CREDITOR ID: 300872-39<br>LOUIE D SCROGGINS<br>1113 KIMBALL DR<br>OCOEE FL 34761 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR: WINN-DIXIE STORES, INC., ET AL.     CASE: 05-03817-3F1

CREDITOR ID: 300873-39
LOUIE E BURGESS JR
3112 RIVER WOODS DR
PARRISH FL 34219

CREDITOR ID: 300874-39
LOUIE E FARMER
3937 HWY H1H
LANDRUM SC 29356

CREDITOR ID: 300875-39
LOUIE SHINKO & ROSSIE L
SHINKO JT TEN
3304 LENOX AVE
JACKSONVILLE FL 32205

CREDITOR ID: 300876-39
LOUINE ELEANORA CHURCH
20 SAGAMORE DR
ROCHESTER NY 14617

CREDITOR ID: 300877-39
LOUIS A HERNANDEZ
15242 SW 157TH TER
MIAMI FL 33187

CREDITOR ID: 300878-39
LOUIS A HERNANDEZ CUST
BRITTNEY A HERNANDEZ UNIF
TRANS MIN ACT FL
15242 SW 157TH TER
MIAMI FL 33187

CREDITOR ID: 300879-39
LOUIS A HURST JR
14115 SWALLOWFIELD DR
HOUSTON TX 77077

CREDITOR ID: 300880-39
LOUIS A MARTONE JR &
CLAUDINE MARTONE JT TEN
10363 E PIKE DR
INVERNESS FL 34450

CREDITOR ID: 300881-39
LOUIS A QUESADA
4210 HANGING MOSS DR
ORANGE PARK FL 32073

CREDITOR ID: 300884-39
LOUIS A WOODS & BARBARA L
WOODS JT TEN
3845 CORONADO ROAD
JACKSONVILLE FL 32217

CREDITOR ID: 300885-39
LOUIS BOMBARDIER
508 DURAND ROAD
PLATTSBURG NY 12901

CREDITOR ID: 300886-39
LOUIS BORSTEIN
PO BOX 861
NEW YORK NY 10150

CREDITOR ID: 300887-39
LOUIS C ERAMO & DIANA LEE
ERAMO JT TEN
1102 NORTH C ST
LAKE WORTH FL 33460

CREDITOR ID: 300888-39
LOUIS C WISE JR & LINDA
HOLLING WISE JT TEN
430 BAINE TER
DELTONA FL 32738

CREDITOR ID: 300889-39
LOUIS DANIEL HUBER
5445 NEW JERSEY AVE
DELEON SPRINGS FL 32130

CREDITOR ID: 300890-39
LOUIS E ALLEN
528 CELESTE AVE
BELVEDERE SC 29841

CREDITOR ID: 300891-39
LOUIS E FROELICH
1013 FOREST HARBOR DR
HENDERSONVILLE TN 37075

CREDITOR ID: 300892-39
LOUIS E PEASE & ELLEN PEASE
JT TEN
1912 CEDAR CLIFF RD
HIAWASSEE GA 30546

CREDITOR ID: 300893-39
LOUIS E WILLIAMS
2643 BURWOOD ST
ORANGE PARK FL 32065

CREDITOR ID: 300894-39
LOUIS F DROST JR
5027 81ST AVENUE TER E
SARASOTA FL 34243

CREDITOR ID: 300895-39
LOUIS FRADEN & WILLIAM
FRADEN JT TEN
3815 SCHOENWALD LANE
JACKSONVILLE FL 32223

CREDITOR ID: 300896-39
LOUIS GARRISON
1825 NORMAL DR
BOWLING GREEN KY 42101

CREDITOR ID: 300897-39
LOUIS H ABORN
46 WILSHIRE RD
GREENWICH CT 06831

CREDITOR ID: 300898-39
LOUIS H BESTEN JR
9810 TIVERTON WAY
LOUISVILLE KY 40242

CREDITOR ID: 300901-39
LOUIS H BESTEN JR CUST FOR
LOUIS THOMAS BESTEN UND UNIF
GIFT MIN ACT KY
9810 TIVERTON WAY
LOUISVILLE KY 40242

CREDITOR ID: 300900-39
LOUIS H BESTEN JR CUST FOR
LOUIS THOMAS BESTEN
U/T/KY/U/G/T/M/A
9810 TIVERTON WAY
LOUISVILLE KY 40242

CREDITOR ID: 300899-39
LOUIS H BESTEN JR CUST FOR
JENNIFER M BESTEN UND UNIF
GIFT MIN ACT KY
9810 TIVERTON WAY
LOUISVILLE KY 40242

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300902-39<br>LOUIS H BETTS<br>65 E PAOLI RD<br>CARLTON GA 30627 | CREDITOR ID: 300903-39<br>LOUIS HAL DURHAM<br>666 OMAR DR<br>RURAL  HALL NC 27045 | CREDITOR ID: 300904-39<br>LOUIS HUBERS<br>742 N W 135TH STREET<br>MIAMI FL 33168 |
| CREDITOR ID: 300905-39<br>LOUIS J ADAMS<br>PO BOX 51575<br>NEW  ORLEANS LA 70151 | CREDITOR ID: 300906-39<br>LOUIS J BOGAR<br>3 STARFISH CT<br>PONTE  VEDRA  BEACH FL 32082 | CREDITOR ID: 300907-39<br>LOUIS J CUSIMANO<br>PO BOX 2261<br>APOPKA FL 32704 |
| CREDITOR ID: 300908-39<br>LOUIS J HUNTER & DOROTHY N<br>HUNTER JT TEN<br>RR 19 BOX 1045<br>LAKE  CITY FL 32025 | CREDITOR ID: 300909-39<br>LOUIS J SCHNELLER JR<br>5217 ZENITH ST<br>METAIRIE LA 70001 | CREDITOR ID: 300910-39<br>LOUIS JOHN MERTUS<br>1852 9TH ST<br>BETHLEHEM PA 18020 |
| CREDITOR ID: 300911-39<br>LOUIS JONES<br>1214 S PARRAMORE ST<br>MADISON FL 32340 | CREDITOR ID: 300912-39<br>LOUIS L LONG & HELEN J LONG<br>JT TEN<br>2769 EDWARDSVILLE GALENA RD<br>GEORGETOWN IN 47122 | CREDITOR ID: 300913-39<br>LOUIS L LUCAS<br>6107 SPARLING HILLS CIR<br>ORLANDO FL 32808 |
| CREDITOR ID: 300914-39<br>LOUIS L MORENO<br>39 ROBERTSON ST<br>BRISTOL CT 06010 | CREDITOR ID: 300915-39<br>LOUIS LAWRENCE BULLARD JR<br>101 N WARWICK RD<br>GREENVILLE SC 29609 | CREDITOR ID: 300916-39<br>LOUIS M ROSS<br>6580 CHEVIOT RD<br>CINCINNATI OH 45247 |
| CREDITOR ID: 300917-39<br>LOUIS M ROSS & SHERRY S ROSS<br>JT TEN<br>6580 CHEVIOT RD #1<br>CINCINNATI OH 45247 | CREDITOR ID: 300918-39<br>LOUIS P COLOMBO<br>8816 CYPRESS PRESERVE PL<br>FORT  MYERS FL 33912 | CREDITOR ID: 300919-39<br>LOUIS P VENTURELLO<br>3568 TABB DRIVE<br>DELTONA FL 32738 |
| CREDITOR ID: 300920-39<br>LOUIS PERRY SMITH JR<br>249 E LAKE DR<br>DECATUR GA 30030 | CREDITOR ID: 300921-39<br>LOUIS R BAILEY JR<br>7906 MACHUPE COURT<br>LOUISVILLE KY 40241 | CREDITOR ID: 300922-39<br>LOUIS R HANEY<br>4236 DELMORA COURT<br>PALM  BEACH  GARDENS FL 33418 |
| CREDITOR ID: 300923-39<br>LOUIS S ARCHER<br>125 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 300924-39<br>LOUIS S LEVY JR<br>2620 JEFFERSON AVE<br>NEW  ORLEANS LA 70115 | CREDITOR ID: 300925-39<br>LOUIS S MOROLLA<br>8741 PLANTERS LANE<br>NEW  PORT  RICHEY FL 34654 |
| CREDITOR ID: 300926-39<br>LOUIS SHORT III<br>14045 HAPPYWOODS DR<br>HAMMOND LA 70403 | CREDITOR ID: 300927-39<br>LOUIS W STAUDER<br>1718 STANHOPE ST<br>FLUSHING NY 11385 | CREDITOR ID: 300928-39<br>LOUIS WHIRLEY<br>1642 JACK CLEMENT RD<br>STEM NC 27581 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

CREDITOR ID: 300929-39
LOUISA M THOMPSON
1105 COLVIN ST
FORT WORTH TX 76104

CREDITOR ID: 300930-39
LOUISE A KOHNLE
359 CALOOSA PALMS COURT
SUN CITY CENTER FL 33573

CREDITOR ID: 300931-39
LOUISE B BLACKBURN CUST FOR
JOHN HOWELL BLACKBURN UNDER
THE FLA GIFTS TO MINORS ACT
2903 SADDLE BROOKE CT
TALLAHASSEE FL 32303

CREDITOR ID: 300932-39
LOUISE B DORSEY & SUSAN
DORSEY DURANT JT TEN
1816 EMBASSY DR
JACKSONVILLE FL 32207

CREDITOR ID: 300933-39
LOUISE B GLIDEWELL
328 PINE ISLAND RD
N FT MYERS FL 33903

CREDITOR ID: 300934-39
LOUISE B GOODING
2013 ROCK AVE
FAYETTEVILLE NC 28303

CREDITOR ID: 300935-39
LOUISE B MERK
7504 MASCOTTE ST
TAMPA FL 33616

CREDITOR ID: 300936-39
LOUISE BARRIER
PO BOX 9103
GREENSBORO NC 27429

CREDITOR ID: 300937-39
LOUISE BUCKNER
1030 SILVERLAKE ROAD
LA BELLE FL 33935

CREDITOR ID: 300938-39
LOUISE C BREWER & LINDA ANN
BREWER JT TEN
PO BOX 451533
MIAMI FL 33245

CREDITOR ID: 300939-39
LOUISE C BREWER & NANCY E
BENOUAICH JT TEN
11876 CEDAR ST
DUNNELLON FL 34431

CREDITOR ID: 300940-39
LOUISE C HALL
4 NORTHMAPLE APT 607
WINCHESTER KY 40391

CREDITOR ID: 300941-39
LOUISE CANTRELL
107 BRADSHAW AVE
HENDERSONVILLE NC 28792

CREDITOR ID: 300942-39
LOUISE COBB DIBRELL
P O BOX 1207
GLOUCESTER VA 23061

CREDITOR ID: 300943-39
LOUISE D MCDANIEL
126 VALLEY CI
CARROLLTON GA 30117

CREDITOR ID: 300944-39
LOUISE D WEEDEN
204 SOUTH GREMPS
PAW PAW MI 49079

CREDITOR ID: 300945-39
LOUISE DAILEY
221 CLOVER LN
LOUISVILLE KY 40207

CREDITOR ID: 300946-39
LOUISE E COOK
1272 BRIM RD
MOUNT AIRY NC 27030

CREDITOR ID: 300947-39
LOUISE E HERNDON
604 GREEN ST
HARTSVILLE SC 29550

CREDITOR ID: 300948-39
LOUISE E MOIZE & ELMER L
MOIZE JT TEN
1119 3RD STREET EXT
MEBANE NC 27302

CREDITOR ID: 300949-39
LOUISE EAVES ARNOLD
860 DARLEY DR
LEXINGTON KY 40505

CREDITOR ID: 300950-39
LOUISE F HOLMES
214 UNION SPRINGS RD
TUSKEGEE AL 36083

CREDITOR ID: 300951-39
LOUISE H BRANNON & JAMES F
BRANNON JR JT TEN
3207 GREENHILL DR
VILLA RICA GA 30180

CREDITOR ID: 300952-39
LOUISE H GACEK
316 RIVER BAY DR
TAMPA FL 33619

CREDITOR ID: 300953-39
LOUISE H GAUSE
811 CR 626
THORSBY AL 35171

CREDITOR ID: 300954-39
LOUISE HILL
1117 BARRINGTON ST
WADESBORO NC 28170

CREDITOR ID: 300956-39
LOUISE KESSEL
3348 ALSTON CHAPEL RD
PITTSBORO NC 27312

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300957-39<br>LOUISE M GILMORE<br>5317 ROYCE AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 300958-39<br>LOUISE M GILMORE & MILTON E<br>GILMORE JT TEN<br>5317 ROYCE AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 300959-39<br>LOUISE M GILSTRAP<br>6850 HWY 29N<br>PELZER SC 29669 |
| CREDITOR ID: 300960-39<br>LOUISE M GROGAN<br>1797 KILLARN CR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 300961-39<br>LOUISE M PICKETT & ROBERT H<br>PICKETT JT TEN<br>2913 MARS ST<br>RALEIGH NC 27604 | CREDITOR ID: 300962-39<br>LOUISE MARIE STRAUSS<br>7533 HAVERNILL RD EXT<br>LAKEWORTH FL 33463 |
| CREDITOR ID: 300963-39<br>LOUISE MOSLEY & KENNETH<br>MOSLEY JT TEN<br>2276 MCFARLAND RD<br>MOBILE AL 36695 | CREDITOR ID: 300964-39<br>LOUISE N KONZEN TTEE U-A DTD<br>8/27/92 F-B-O LOUISE<br>N KONZEN TRUST<br>10127 S WASHTENAW<br>CHICAGO IL 60655 | CREDITOR ID: 300965-39<br>LOUISE R MCMORRIS TR U-A<br>05-01-88 LEON REED TRUST<br>2141 SPRINGDALE RD SW APT 103<br>ATLANTA GA 30315 |
| CREDITOR ID: 300966-39<br>LOUISE S MCINNIS<br>1637 SWAYZE ST<br>YAZOO  CITY MS 39194 | CREDITOR ID: 300967-39<br>LOUISE SEABROOK KNISLEY<br>105 CARLTON CT<br>ANDERSON SC 29621 | CREDITOR ID: 300968-39<br>LOUISE SMITH<br>15250 SW 102 RD<br>MIAMI FL 33157 |
| CREDITOR ID: 300969-39<br>LOUISE W LANCE<br>631 DANA RD<br>HENDERSONVILLE NC 28792 | CREDITOR ID: 300970-39<br>LOUISE W MARTIN & DONALD T<br>MARTIN JT TEN<br>4620 AVON LN<br>JACKSONVILLE FL 32210 | CREDITOR ID: 300971-39<br>LOUISE W PAIR<br>803 OAKWOOD VILLA DR<br>KANN NC 28081 |
| CREDITOR ID: 300972-39<br>LOURDES RABADE<br>318 NW 114TH AVE # 103<br>MIAMI FL 33172 | CREDITOR ID: 300973-39<br>LOVENA A GREEN<br>56367 NASSAU OAKS DR<br>CALLAHAN FL 32011 | CREDITOR ID: 300974-39<br>LOVIE S GREGORY<br>P O BOX 6006<br>CHOCTAW MS 39350 |
| CREDITOR ID: 300975-39<br>LOWELL A MYRICK<br>3929 WEYBURN DR<br>FORT  WORTH TX 76109 | CREDITOR ID: 300976-39<br>LOWELL A MYRICK & EVA F<br>MYRICK JT TEN<br>3929 WEYBURN DR<br>FORT  WORTH TX 76109 | CREDITOR ID: 300979-39<br>LOWELL EDWIN BIRCHER CUST<br>ASHLEY RENAE BIRCHER UNIF<br>TRANS MIN ACT AZ<br>2724 E GEMINI ST<br>GILBERT AZ 85234 |
| CREDITOR ID: 300978-39<br>LOWELL EDWIN BIRCHER CUST<br>ALLISON NICOLE BIRCHER UNIF<br>TRANS MIN ACT<br>#1036<br>351 CIVIC CENTER DR<br>GILBERT AZ 85296 | CREDITOR ID: 300980-39<br>LOWELL F RINEHART<br>1434 S E MIDWAY CHURCH ROAD<br>LEE FL 32059 | CREDITOR ID: 300981-39<br>LOWRY J CAUDELL & LOLA MAE<br>CAUDELL JT TEN<br>105 HEDGEWOOD TERR<br>GREER SC 29650 |
| CREDITOR ID: 300982-39<br>LOY F BURKE<br>223 EARLWOOD DR<br>DUBLIN GA 31021 | CREDITOR ID: 300983-39<br>LOYCE T JORDAN & MARY S<br>JORDAN JT TEN<br>1921 5TH AV<br>DELAND FL 32724 | CREDITOR ID: 300984-39<br>LOYETTE W CORBITT<br>144 LEE RD 979<br>PHENIX  CITY AL 36870 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, _Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 300985-39<br>LOYMAN SCURLOCK<br>161 ADAMS ST<br>RACELAND LA 70394 | CREDITOR ID: 300986-39<br>LU ANN P PHILLIPS<br>9731 OAK ST<br>TAMPA FL 33635 | CREDITOR ID: 300987-39<br>LU ANN SINK CRAVER<br>1097 NORTH NC HWY 150<br>LEXINGTON NC 27295 |
| CREDITOR ID: 300988-39<br>LU-ANN DEVOE<br>13248 ORANGE AVENUE<br>FT  PIERCE FL 34945 | CREDITOR ID: 300989-39<br>LUANN PADGETT<br>4967 LAUREL GREEN WAY E<br>JACKSONVILLE FL 32225 | CREDITOR ID: 300990-39<br>LUANN STEWART & RAY B<br>STEWART JT TEN<br>2387 PENNSYLVANIA AVE<br>MARYVILLE TN 37804 |
| CREDITOR ID: 300991-39<br>LUANN Y PASTORE<br>13710 EVELANE DRIVE<br>HUDSON FL 34667 | CREDITOR ID: 300993-39<br>LUCAS DYKES KING & MELINDA<br>ANN KING TEN COM<br>335 RIVERBEND RD<br>COLUMBIA MS 39429 | CREDITOR ID: 300992-39<br>LUCAS DYKES KING & MELINDA<br>ANN KING JT TEN<br>335 RIVERBEND RD<br>COLUMBIA MS 39429 |
| CREDITOR ID: 300994-39<br>LUCAS FLEMING<br>9010 FOMENTO BAY<br>BOYNTON  BEACH FL 33436 | CREDITOR ID: 282871-39<br>LUCAS, BRIAN<br>4475 HICKORY ST<br>MACCLENNY, FL 32063 | CREDITOR ID: 300995-39<br>LUCIA S HIRSCH & HANS G<br>HIRSCH JT TEN<br>1298 ROYAL ROAD<br>ORMOND  BEACH FL 32174 |
| CREDITOR ID: 300996-39<br>LUCIA SLOAN BENDER<br>212 CAREFREE LANE<br>MOREHEAD  CITY NC 28557 | CREDITOR ID: 300997-39<br>LUCIA UNGER CUST TANYA UNGER<br>UND UNIF GIFT MIN ACT FL<br>1426 BEACON ST<br>NEW  SMYRNA  BEACH FL 32169 | CREDITOR ID: 300998-39<br>LUCIAN H MILLARD & THERESA B<br>MILLARD TRUSTEES U-A DTD<br>02-09-99 MILLARD TRUST<br>4306 E SO SHORE DR N<br>ERIE PA 16511 |
| CREDITOR ID: 300999-39<br>LUCIANO J SANSON<br>3822 ANTHONY LN<br>ORLANDO FL 32822 | CREDITOR ID: 301000-39<br>LUCILE D SNOOK<br>PO BOX 1243<br>GLOVERSVILLE NY 12078 | CREDITOR ID: 301001-39<br>LUCILE L LANIER & ROBERT<br>T LANIER & NANCY L YOUNGBLOOD JT TE<br>4638 KINGSBURY STREET<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 301002-39<br>LUCILE L WACKER<br>9145 A LAWRENCE STEINER RD<br>THEODORE AL 36582 | CREDITOR ID: 301003-39<br>LUCILE M GARDNER & DONALD R<br>DAVIS JT TEN<br>7932 SOUTHSIDE BLVD 311<br>JACKSONVILLE FL 32256 | CREDITOR ID: 301004-39<br>LUCILE M SULLIVAN<br>P O BOX 31355<br>GREENVILLE SC 29608 |
| CREDITOR ID: 301005-39<br>LUCILE R ROSENBAUM<br>1839 43RD ST<br>MERIDIAN MS 39305 | CREDITOR ID: 301006-39<br>LUCILE SHERRILL<br>800 WATTS DRIVE<br>HUNTSVILLE AL 35801 | CREDITOR ID: 301007-39<br>LUCILE W DE RAMUS<br>ATTN SHIRLEY GREEN<br>APT #O<br>7260 S GAYLORD ST<br>LITTLETON CO 80122 |
| CREDITOR ID: 301008-39<br>LUCILLE COX HARRIS<br>760 ABERDEEN LN NE<br>ATLANTA GA 30328 | CREDITOR ID: 301009-39<br>LUCILLE E MCCLURE<br>1133 S 26TH AVE<br>HOLLYWOOD FL 33020 | CREDITOR ID: 301010-39<br>LUCILLE E WELLS TRUSTEE<br>U-A DTD 01-30-98 LUCILLE<br>E WELLS REVOCABLE TRUST<br>38 THATCH PALM WEST<br>LARGO FL 33770 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301011-39<br>LUCILLE HAMER AMIS<br>358 FERNDALE RD S<br>WAYZATA MN 55391 | CREDITOR ID: 301012-39<br>LUCILLE HORTON<br>RR 1 BOX 200<br>MCRAE GA 31055 | CREDITOR ID: 301013-39<br>LUCILLE KEELER<br>4187 SE 21ST CT<br>OKEECHOBEE FL 34974 |
| CREDITOR ID: 301014-39<br>LUCILLE M HAWKINS<br>4225 HAMBURG ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 301015-39<br>LUCILLE PILLOW<br>410 MACARTHUR<br>GREENWOOD MS 38930 | CREDITOR ID: 301017-39<br>LUCILLE ROSSI<br>2015 TONI ST<br>ORMOND BEACH FL 32174 |
| CREDITOR ID: 301018-39<br>LUCILLE ROSSI & JOSEPH R<br>ROSSI JT TEN<br>2015 TONI ST<br>ORMOND BEACH FL 32174 | CREDITOR ID: 301019-39<br>LUCILLE T GRIEGO<br>161 SLEEP CREEK RD<br>HOPE HULL AL 36043 | CREDITOR ID: 301020-39<br>LUCILLE T HODGES<br>211 P R 1211<br>KOPPERL TX 76652 |
| CREDITOR ID: 301021-39<br>LUCILLE W WHITE<br>1102A TIPPINS ST<br>BAXLEY GA 31513 | CREDITOR ID: 301022-39<br>LUCILLE WIGGINS & JESSE J<br>WIGGINS JT TEN<br>1016 STANLEY AVE<br>ANDALUSIA AL 36420 | CREDITOR ID: 301023-39<br>LUCINDA FAY THOMAS<br>C/O LUCINDA SCHAEFER<br>124 FAWN TRL<br>LAKE JACKSON TX 77566 |
| CREDITOR ID: 301024-39<br>LUCINDA H THERIOT<br>2425 ATCHAFALAYA RIVER HWY<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 301025-39<br>LUCINDA K WELLWOOD & JAMES P<br>WELLWOOD & LUCINDA L<br>WELLWOOD JT TEN<br>421 N LOMBARD AVE<br>LOMBARD IL 60148 | CREDITOR ID: 301026-39<br>LUCIUS ALLEN GIDDENS<br>2231 NE 9TH TER<br>GAINESVILLE FL 32609 |
| CREDITOR ID: 301027-39<br>LUCIUS C PRESSLEY<br>2815 CANTERBURY RD<br>COLUMBIA SC 29204 | CREDITOR ID: 301028-39<br>LUCIUS F STANALAND III<br>1775 WEOKA RD<br>WETUMPKA AL 36092 | CREDITOR ID: 301029-39<br>LUCIUS RICHARDS & STACY B<br>RICHARDS JT TEN<br>3038 TRIBBLE LN NW<br>ATLANTA GA 30311 |
| CREDITOR ID: 301030-39<br>LUCRESIA THOMPKINS<br>RR 2  6439<br>MADISON FL 32340 | CREDITOR ID: 301031-39<br>LUCRETIA FRIER<br>6021 ROCKINGHAM WAY<br>GAINESVILLE GA 30506 | CREDITOR ID: 301032-39<br>LUCRETIA WASHINGTON<br>2011 EXPERIMENT STATION RD<br>QUINCY FL 32351 |
| CREDITOR ID: 301033-39<br>LUCY A WELSH<br>68 RESERVOIR STREET APT F8<br>HOLDEN MA 01520 | CREDITOR ID: 301034-39<br>LUCY B NELSON<br>1771 HWY 58<br>CAPE CARTERET NC 28584 | CREDITOR ID: 301035-39<br>LUCY BEGLEY<br>14 CONQUISTADOR ST<br>LEESBURG FL 34748-8568 |
| CREDITOR ID: 301036-39<br>LUCY BOGGIO & CHARLES BOGGIO<br>& DORIS GALETTO & MARY ANN<br>HANES JT TEN<br>79 MOHAWK STREET<br>MOHAWK MI 49950 | CREDITOR ID: 301037-39<br>LUCY C RIBECCA<br>287 DURHAM H<br>DEERFIELD BEA FL 33442 | CREDITOR ID: 301038-39<br>LUCY D CARTER<br>5616 KIMBERTON WAY<br>LAKEWORTH FL 33463 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                        **CASE:  05-03817-3F1**

CREDITOR ID: 301039-39
LUCY E PRICKETT
PO BOX 835
HOLLY HILL SC 29059

CREDITOR ID: 301040-39
LUCY G WRAY
218 OAKWOOD DR
YORK SC 29745

CREDITOR ID: 301041-39
LUCY GWENDOLYN MINIEX
381 SUNFLOWER RD
OPELOUSAS LA 70570

CREDITOR ID: 301042-39
LUCY M MATCHETT
3951 ALITAK BAY CIR
ANCHORAGE AK 99515

CREDITOR ID: 301043-39
LUCY M MULLIN
815 WESTFIELD DR
CINNAMINSON NJ 08077

CREDITOR ID: 301044-39
LUCY M OWEN
320 MOCKINGBIRD GARDENS DRIVE
LOUISVILLE KY 40207

CREDITOR ID: 301045-39
LUCY M WARD
150 GLASSY MOUNTAIN STREET
PICKENS SC 29671

CREDITOR ID: 301046-39
LUCY MEDLIN
180 P G PEARCE ROAD
ZEBULON NC 27597

CREDITOR ID: 301047-39
LUCY MORRISSEY
690 CAVERN TERRACE
DELTONA FL 32738

CREDITOR ID: 301048-39
LUCY OWENBY HARRISON
244 9TH STREET
HOLLY HILL FL 32117

CREDITOR ID: 301049-39
LUDOVIC J EDMOND
4201 NE 1ST TERRACE
POMPANO FL 33064

CREDITOR ID: 301050-39
LUELLA JANE BROWN & LARRY R
BROWN JT TEN
186 HEATHER GLENN RD
STERLING VA 20165

CREDITOR ID: 301051-39
LUELLA ROBERTS & ALLEN
DAVIDSON JT TEN TOD CHRISTOPHER
DAVIDSON SUBJECT TO STA TOD RULES
C/O LUELLA ROBERTS
2133 HARVARD STREET
SARASOTA FL 34237

CREDITOR ID: 301052-39
LUEVENIA W LUCAS
POST OFFICE BOX 675
SPRING HOPE NC 27882

CREDITOR ID: 301053-39
LUGENIA M SUBER
330 HAMILTON ST
WILLIAMSTON SC 29697

CREDITOR ID: 301055-39
LUIGI FAZZOLARI
6578 WESTVIEW DR
LANTANA FL 33462

CREDITOR ID: 301057-39
LUIS A ROTOLANTE CUST FOR
JAYDRA N ROTOLANTE UNDER THE
OR UNIFORM TRANSFERS TO MINORS ACT
61535 S HWY 97
SUITE 9 ROOM 372
BEND OR 97702

CREDITOR ID: 301056-39
LUIS A ROTOLANTE CUST FOR
AMBER D ROTOLANTE UNDER THE
OR UNIFORM TRANSFERS TO MINORS ACT
61535 S HWY 97
SUITE 9 ROOM 372
BEND OR 97702

CREDITOR ID: 301058-39
LUIS D ARGUEZ
355 MAHAGONY DR
KEY LARGO FL 33037

CREDITOR ID: 301059-39
LUIS D PETERS
16701 SW 140 AVE
MIAMI FL 33177

CREDITOR ID: 301060-39
LUIS E NIEVES & CARMEN G
NIEVES JT TEN
5591 NW 51 AVE
COCONUT CREEK FL 33073

CREDITOR ID: 301061-39
LUIS J RODRIGUEZ & GEORGINA
A RODRIGUEZ JT TEN
2735 CARAMBOLA RD
WEST PALM BEACH FL 33406

CREDITOR ID: 301062-39
LUIS SALADIN & CARMEN
SALADIN JT TEN
5135 GLENCOVE LANE
WEST PALM BEACH FL 33415

CREDITOR ID: 301063-39
LUIS SALAS
3204 DURANGO RD
FORT WORTH TX 76116

CREDITOR ID: 301064-39
LUISA C BOWMAN
APT 211
3737 SAINT JOHNS BLUFF RD S
JACKSONVILLE FL 32224

CREDITOR ID: 301065-39
LUKE M GRIFFITH
380 TALBOT AV 111
DORCHESTER MA 02124

CREDITOR ID: 301066-39
LUKE MICHAEL LAND
2360 FLANDERS WA A
SAFETY HARBOR FL 34695

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301067-39<br>LUKE NICHOLLS<br>613 MILLCREEK RD<br>MOUNTAIN CITY TN 37683 | CREDITOR ID: 301068-39<br>LUKEY L GRINSTEAD<br>8609 DEE CIR<br>RIVERVIEW FL 33569 | CREDITOR ID: 301069-39<br>LULA G PRIBBLE<br>1520 CALOHAN RD<br>RUSTBURG VA 24588 |
| CREDITOR ID: 301070-39<br>LULA M WHITE MORGAN<br>1135 SPIVEY RD<br>COLUMBUS MS 39701 | CREDITOR ID: 301071-39<br>LULUBEL T DOBBS<br>2121 NORMANDY DR<br>IRVING TX 75060 | CREDITOR ID: 301072-39<br>LUN H TAI<br>5897 NORTHPOINTE LN<br>BOYNTON BEACH FL 33437 |
| CREDITOR ID: 301074-39<br>LUPE L PAREDEZ JR & OLGA A<br>PAREDEZ JT TEN<br>302 N AYLFORD ST<br>BIG SPRING TX 79720 | CREDITOR ID: 301075-39<br>LURLINE H SMITH<br>7847 AL HWY 51<br>OPELIKA AL 36801 | CREDITOR ID: 301076-39<br>LUSADA DUSTIN<br>P O BOX 473<br>INDIANTOWN FL 34956 |
| CREDITOR ID: 301077-39<br>LUTHER B MILLER<br>620 RIVER OAKS DRIVE<br>CROPWELL AL 35054 | CREDITOR ID: 301078-39<br>LUTHER E SPALDING<br>2272 ARBOR AVE<br>MUSKEGON MI 49441 | CREDITOR ID: 301079-39<br>LUTHER J HIPPS & CHRISTINE<br>HIPPS JT TEN<br>140 TOLL GATE TRAIL<br>LONGWOOD FL 32750 |
| CREDITOR ID: 301080-39<br>LUTHER JEFFERSON HIPPS JR<br>481 FERNSHIRE DR<br>PALM HARBOR FL 33563 | CREDITOR ID: 301081-39<br>LUTHER M COWAN & MADGE W<br>COWAN JT TEN<br>3720 ANTISDALE ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 301082-39<br>LUTHER M HEARN III CUST SEAN<br>W HEARN UNDER THE DE UND<br>UNIF GIFT MIN ACT<br>4453 HWY ONE<br>REHOBETH DE 19971 |
| CREDITOR ID: 301083-39<br>LUTHER RONALD BELL & LYNDA<br>KAY BELL TTEES U-A DTD<br>09-08-99 LUTHER BELL LIVING<br>TRUST<br>815 BISCAYNE RIVER DR<br>MIAMI FL 33169 | CREDITOR ID: 301084-39<br>LUTHER W ROYAL JR<br>216 MARGUERITE ST<br>CLAXTON GA 30417 | CREDITOR ID: 301085-39<br>LUTHER WAYNE CAVE<br>8 COUNTRY CLUB RD<br>MOBILE AL 36608 |
| CREDITOR ID: 301086-39<br>LUTHER WILBURN ROYAL JR<br>12 MARGUERITE ST<br>CLAXTON GA 30417 | CREDITOR ID: 301087-39<br>LUTIE J STICKNEY<br>PO BOX 433<br>MILLBROOK AL 36054 | CREDITOR ID: 301088-39<br>LUTISHER MARSHALL HADLEY<br>1215 FLOOD ST<br>NEW ORLEANS LA 70117 |
| CREDITOR ID: 301089-39<br>LUVISER BROWN<br>2059 W 14TH ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 301090-39<br>LUZ M SEIGLIE<br>19345 NW 47TH AVE<br>OPA LOCKA FL 33055 | CREDITOR ID: 301091-39<br>LUZ M VALADEZ & LARRY S<br>VALADEZ JT TEN<br>3220 SW 126 AVE<br>MIAMI FL 33175 |
| CREDITOR ID: 301092-39<br>LUZ MARINA MARTINEZ<br>PO BOX 5385<br>KEYWEST FL 33045 | CREDITOR ID: 301093-39<br>LUZMARIA HAYSLIP<br>6549 NW 103 TERRACE<br>PARKLAND FL 33076 | CREDITOR ID: 301094-39<br>LYDIA D YEOMANS<br>PO BOX 385<br>MIDLAND CITY AL 36350 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301095-39<br>LYDIA E BUTLER<br>C/O LYDIA E PAVELKA<br>PO BOX 277<br>CAMPBELL NE 68932 | CREDITOR ID: 301096-39<br>LYDIA G SICARD & JOSEPH D<br>SICARD TEN COM<br>14131 PATIN DYKE ROAD<br>VENTRESS LA 70783 | CREDITOR ID: 301097-39<br>LYDIA GOON WOOD<br>124 SE 31 AVE<br>OCALA FL 34471 |
| CREDITOR ID: 301098-39<br>LYDIA J DAIGLE<br>1816 STUMPF BLVD<br>CORETNA LA 70056 | CREDITOR ID: 301099-39<br>LYDIA J WEBSTER<br>PO BOX 5715<br>DELTONA FL 32728 | CREDITOR ID: 301100-39<br>LYDIA K MCKNIGHT<br>1100 NORTH CHURCH ST<br>MURFREESBORO TN 37130 |
| CREDITOR ID: 301101-39<br>LYDIA M DONOVAN<br>55 PECAN RUN PASS<br>OCALA FL 34472 | CREDITOR ID: 301102-39<br>LYDIA MARIA LAUREL<br>7119 DARTMOUTH AVE N<br>SAINT PETERSBURG FL 33710 | CREDITOR ID: 301103-39<br>LYDIA MAURER<br>6865 N W 15ST<br>PLANTATION FL 33313 |
| CREDITOR ID: 301104-39<br>LYDIA SANDINO<br>1030 NW 126 ST<br>MIAMI FL 33168 | CREDITOR ID: 301105-39<br>LYDIA SIKES<br>2764 EDGEWATER DRIVE<br>NICEVILLE FL 32578 | CREDITOR ID: 301106-39<br>LYDIA T ROHLANDER TTEE U-A<br>DTD 11/23/92 THE<br>ROHLANDER TRUST<br>PO BOX 17233<br>TAMPA FL 33682 |
| CREDITOR ID: 301107-39<br>LYE DEAN SCHLESENER<br>4486 CHAIMETTE CT<br>PORT ORANGE FL 32127 | CREDITOR ID: 280202-39<br>LYERLY, CAROLINE VASON (MINOR)<br>C/O AMY FOERSTER LYERLY CUST<br>1447 AVONDALE AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 301108-39<br>LYLA ROBERTS<br>5192 SW 27 AVE<br>FORT LAUDERDALE FL 33312 |
| CREDITOR ID: 301109-39<br>LYLE M CHRISTY<br>P O BOX 30911<br>CLARKSVILLE TN 37040 | CREDITOR ID: 301110-39<br>LYLE WILLIAM EULER JR<br>PO BOX 2922<br>DAPHNE AL 36526 | CREDITOR ID: 301111-39<br>LYLLIAN S FERNANDEZ<br>8565 SW 109TH AVE<br>MIAMI FL 33173 |
| CREDITOR ID: 301112-39<br>LYN F AUDET<br>11922 NE 8 AVE<br>BISCAYNE PARK FL 33100 | CREDITOR ID: 301113-39<br>LYN MAPLE CUST MARCUS MAPLE<br>UNDER THE FL UNIF TRAN MIN ACT<br>3109 SKIPPER LANE<br>JACKSONVILLE FL 32216 | CREDITOR ID: 301115-39<br>LYNDA A BOND & WARREN S BOND<br>JT TEN<br>1154 SW 149TH TERR<br>SUNRISE FL 33326 |
| CREDITOR ID: 301116-39<br>LYNDA C BOSKEN<br>505 GRANDIN AVE<br>CINCINNATI OH 45246 | CREDITOR ID: 301117-39<br>LYNDA C CANTRELL<br>761 ZIMMERMAN RD<br>SPARTANBURG SC 29301 | CREDITOR ID: 301118-39<br>LYNDA F CROWE<br>415 W ORANGE ST<br>FITZGERALD GA 31750 |
| CREDITOR ID: 301119-39<br>LYNDA F HAYLES<br>183 DUCK POND RD<br>NATCHEZ MS 39120 | CREDITOR ID: 301120-39<br>LYNDA K MUTZ<br>13380 76 TERR<br>LIVE OAK FL 32060 | CREDITOR ID: 301121-39<br>LYNDA K TANKERSLEY<br>215 MT LAKE CIR<br>RAINBOW CITY AL 35906 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301122-39<br>LYNDA MONTGOMERY CUST<br>NICHOLAS V M WATERHOUSE<br>UNDER THE FL UNIF TRAN MIN<br>ACT<br>27930 RIVERWALK WAY<br>BONITA  SPRINGS FL 33923 | CREDITOR ID: 301123-39<br>LYNDA RUTH BURCH & ROBERT R<br>BURCH JT TEN<br>46336 MIDDLE RD<br>CALLAHAN FL 32011 | CREDITOR ID: 301124-39<br>LYNDA SMITH CRAWFORD<br>PO BOX 472<br>MILLBROOK AL 36054 |
| CREDITOR ID: 301125-39<br>LYNDA TERESA SILLS<br>9 OCEAN ST<br>MERRITT  ISLAND FL 32952 | CREDITOR ID: 301126-39<br>LYNDELL K HOLT<br>345 MISSION DAM RD<br>HAYESVILLE NC 28904 | CREDITOR ID: 301127-39<br>LYNDEN S WORDELL CUST CALYN<br>JOSEPH LEE UNIF TRANS MIN<br>ACT FL<br>4911 SW BIMINI CIR N<br>PALM  CITY FL 34990 |
| CREDITOR ID: 301128-39<br>LYNDOL L SEILHAN<br>42224 MEADOW WOOD<br>PONCHATOULA LA 70454 | CREDITOR ID: 301129-39<br>LYNDON DAVIS<br>2678 LAKEVIEW CIR<br>ALFORD FL 32420 | CREDITOR ID: 301130-39<br>LYNELL PATTERSON<br>P O BOX  21684<br>HILTON  HEAD  ISLA SC 29925 |
| CREDITOR ID: 301131-39<br>LYNETTA HAYWOOD<br>4677 ALAMAC RD<br>LUMBERTON NC 28358 | CREDITOR ID: 301132-39<br>LYNETTE G BOBB & LARRY V<br>BOBB JT TEN<br>5500 BROAD RIVER ROAD<br>COLUMBIA SC 29212 | CREDITOR ID: 301133-39<br>LYNETTE L HAMILTON<br>510 CENTER HILL RD<br>TYNER NC 27980 |
| CREDITOR ID: 301134-39<br>LYNETTE MACKEY<br>902 E HARGETT ST<br>RALEIGH NC 27601 | CREDITOR ID: 301135-39<br>LYNETTE TEBAULT<br>PO BOX 214<br>LEITCHFIELD KY 42755 | CREDITOR ID: 301136-39<br>LYNN A LANE<br>1260 OLD CHEROKEE ROAD<br>LEXINGTON SC 29072 |
| CREDITOR ID: 301137-39<br>LYNN A NATH<br>P O BOX 24008<br>BOYNTON  BEACH FL 33424 | CREDITOR ID: 301138-39<br>LYNN A RICHARDS<br>11 LITTLE BROOK LN<br>JAMESBURG NJ 08831 | CREDITOR ID: 301139-39<br>LYNN BOGANSKI<br>913B SHEPARD TERRACE<br>PATUXENT  RIVER MD 20670 |
| CREDITOR ID: 301140-39<br>LYNN C BARNETT<br>125 GOLFSIDE CIRCLE<br>SANFORD FL 32773 | CREDITOR ID: 301141-39<br>LYNN C NELSON CUST LORI ANN<br>NELSON UND UNIF GIFT MIN ACT FL<br>6214 EAGLEBROOK AVE<br>TAMPA FL 33625 | CREDITOR ID: 301142-39<br>LYNN D WIGGINS & CHARLES R<br>WIGGINS JT TEN<br>404 S EDGEMONT<br>HUNTSVILLE AL 35811 |
| CREDITOR ID: 301143-39<br>LYNN DALE HENLEY<br>64438 TRAVIS THOMAS RD<br>ANGIE LA 70426 | CREDITOR ID: 301144-39<br>LYNN EATON<br>7409 HAMMERSLEY RD<br>FAYETTEVILLE NC 28306 | CREDITOR ID: 301145-39<br>LYNN F CRANE<br>2200 HATHAWAY HEIGHTS RD<br>ANNISTON AL 36207 |
| CREDITOR ID: 301146-39<br>LYNN J MATTHEWS<br>4245 SW 61 AVE<br>DAVIE FL 33314 | CREDITOR ID: 301147-39<br>LYNN J SKINNER & BILL<br>SKINNER JT TEN<br>506 WEST MAIN STREET<br>HEBER  SPRINGS AR 72543 | CREDITOR ID: 301148-39<br>LYNN KIRKPATRICK<br>402 DOKE COHRAN RD<br>DALLAS GA 30157 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

CREDITOR ID: 301149-39
LYNN M BRAYTON & STANLEY W
BRAYTON JT TEN
3012 STRATFORD CT
LOVELAND OH 45140

CREDITOR ID: 301150-39
LYNN M CHEESEBREW & STEVAN
CHEESEBREW JT TEN
3351 PATRIDGE LAKE CT
CINCINNATI OH 45248

CREDITOR ID: 301151-39
LYNN M THOMAS
280 HUNT RIDGE DRIVE
STOCKBRIDGE GA 30281

CREDITOR ID: 301152-39
LYNN M TOTTEN
36911 RIDGE RD
FRUITLAND PARK FL 34731

CREDITOR ID: 301153-39
LYNN M ZIEGLER
3736 W LOYOLA DR
KENNER LA 70065

CREDITOR ID: 301154-39
LYNN MADISON
P O BOX 7462
SEBRING FL 33872

CREDITOR ID: 301155-39
LYNN N SKORMAN
8150 OAKLAND PL
ORLANDO FL 32819

CREDITOR ID: 301156-39
LYNN P MCLENDON & ROBERT
MCLENDON JT TEN
19424 MELODY LANE
EUSTIS FL 32726

CREDITOR ID: 301157-39
LYNN Q ROYER & TONY N ROYER
TEN COM
17430 PELOQUIN RD
JENNINGS LA 70546

CREDITOR ID: 301158-39
LYNN R CRAWFORD
205 BLACK ROCK SCHOOL ROAD
CHERRYBILLE NC 28021

CREDITOR ID: 301159-39
LYNN R CROWLEY
606 STUBBS AVE
BENNETTSVILLE SC 29512

CREDITOR ID: 301160-39
LYNN R HINES
PO BOX 176
HARRISBURG NC 28075

CREDITOR ID: 301161-39
LYNN R LATHROP
650 WINSTON WAY
WEST UNION SC 29696

CREDITOR ID: 301162-39
LYNN R LEIGH
1056 S COLLON DR
BAD AXE MI 48413

CREDITOR ID: 301163-39
LYNN R MARRA TRUSTEE U-A DTD
04-03-03 CAROLYN KNOWLES
ROACH REVOCABLE TRUST
PO BOX 766
DARIEN GA 31305

CREDITOR ID: 301164-39
LYNN RIVERA
801 NORDEN ST NW
PALM BAY FL 32907

CREDITOR ID: 301165-39
LYNN V ROSS
119 LIBERTY ST
WAKE FOREST NC 27587

CREDITOR ID: 301166-39
LYNN V SPIVA
25 CARROLL CIRCLE
BRUCE FL 32455

CREDITOR ID: 301167-39
LYNNE A CHASEZ
215 POMPANO STREET
WAVELAND MS 39576

CREDITOR ID: 301168-39
LYNNE A MARSHALL
PO BOX 2004
GRENVILLE NC 27836

CREDITOR ID: 301169-39
LYNNE ALLEN QUIMBY
2524 MARSTON RD
TALLAHASSEE FL 32312

CREDITOR ID: 301170-39
LYNNE B DOMINIQUE
43247 S COBURN LOOP
HAMMOND LA 70403

CREDITOR ID: 301171-39
LYNNE B DOMINQUE & CHRIS M
DOMINQUE TEN COM
43247 S COBURN LOOP
HAMMOND LA 70403

CREDITOR ID: 301172-39
LYNNE B HEUMANN
43247 S COBURN LOOP
HAMMOND LA 70403

CREDITOR ID: 301173-39
LYNNE CARDAMONE
2280 ORIOLE LANE
SOUTH DAYTONA FL 32119

CREDITOR ID: 301174-39
LYNNE COMPTON BARONE
945 SAN ILDEFONSO APT 64
LOS ALAMOS NM 87544

CREDITOR ID: 301175-39
LYNNE D SHAW
C/O LYNN D. SHAW TULL
1849 BERRIEDALE DR
FAYETTEVILLE NC 28304

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301176-39<br>LYNNE D TULL<br>1849 BERRIEDALE DRIVE<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 301177-39<br>LYNNE E GRABOWSKI<br>398 DEVON DR<br>EXTON PA 19341 | CREDITOR ID: 301178-39<br>LYNNE G GRAHAM<br>RR 3  611<br>MANNING SC 29102 |
| CREDITOR ID: 301179-39<br>LYNNE P MYRICK<br>2135 EDGEWOOD ROAD<br>MILLBROOK AL 36054 | CREDITOR ID: 301180-39<br>LYNNE P MYRICK & RICHARD H<br>MYRICK JT TEN<br>2135 EDGEWOOD ROAD<br>MILLBROOK AL 36054 | CREDITOR ID: 301181-39<br>LYNNE S MILLER<br>2028 FLORAL DR<br>WILMINGTON DE 19810 |
| CREDITOR ID: 301182-39<br>LYNNWOOD J WATFORD SR<br>1113 DREW DR<br>DARLINGTON SC 29540 | CREDITOR ID: 301183-39<br>LYONS 7980 VENTURE<br>PARTNERSHIP<br>C-O GEORGE J NOVAK<br>PO BOX 85671<br>LAS  VEGAS NV 89185 | CREDITOR ID: 301184-39<br>LYWANDA R WHITE<br>711 25TH ST<br>GULFPORT MS 39501 |
| CREDITOR ID: 301186-39<br>M B KILCOIN<br>619 THORNWOOD LN<br>ORANGE  PARK FL 32073 | CREDITOR ID: 301188-39<br>M CAROLYN SIMPSON<br>4407 RIDGEWOOD AVENUE<br>COLUMBIA SC 29203 | CREDITOR ID: 301189-39<br>M D CRAWFORD<br>1901 1ST ST N APT 1501<br>JACKSONVILLE FL 32250-7494 |
| CREDITOR ID: 301190-39<br>M DAVID HUTCHENS<br>551 SUNDOWN TRAIL<br>CASSELBERRY FL 32707 | CREDITOR ID: 301191-39<br>M DREUX VAN HORN II<br>150 BROADWAY  APT 511<br>NEW  ORLEANS LA 70118 | CREDITOR ID: 301192-39<br>M EARL HEARD JR & TERESE S<br>HEARD JT TEN<br>109 OLD TOLL RD<br>HIGHLANDS NC 28741 |
| CREDITOR ID: 301193-39<br>M EDWARD PHILLIPS & BONNIE M<br>PHILLIPS JT TEN<br>PO BOX 86<br>HOLLISTER FL 32147 | CREDITOR ID: 301194-39<br>M FAY LANGFORD<br>20200 NARROW RD<br>COVINGTON LA 70435 | CREDITOR ID: 301195-39<br>M FRANKLYN JONES CUST SCOTT<br>F JONES U/T/F/L/G/T/M/A<br>243 W DEL MONTE AVE<br>CLEWISTON FL 33440 |
| CREDITOR ID: 301199-39<br>M K NICHOLSON JR<br>PO BOX 2021<br>THOMASVILLE GA 31799 | CREDITOR ID: 301200-39<br>M KATHERINE ORMSBEE<br>4024 OSCAR<br>FT  WORTH TX 76106 | CREDITOR ID: 301201-39<br>M KATHERINE ORMSBEE & CLYDE<br>R ORMSBEE JT TEN<br>4024 OSCAR AVE<br>FORT  WORTH TX 76106 |
| CREDITOR ID: 301203-39<br>M LORENA L PICKLES<br>RR 1 BOX 660<br>MADISON FL 32340 | CREDITOR ID: 301204-39<br>M PETE BEAUDOT & PIETRINA M<br>BEAUDOT JT TEN<br>6910 NW 84TH ST<br>TAMARAC FL 33321 | CREDITOR ID: 301205-39<br>M R ULDRIKS<br>1304 JORDAN LAKE AV 1<br>LAKE  ODESSA MI 48849 |
| CREDITOR ID: 301206-39<br>M S GUNLICKS<br>615 SWEETWATER BRANCH LN<br>JACKSONVILLE FL 32259 | CREDITOR ID: 301207-39<br>M STEPHEN SKIDMORE<br>10430 CRANCHESTER WY<br>ALPHARETTA GA 30202 | CREDITOR ID: 301208-39<br>M THOMAS CICHY<br>813 HOWARD RD<br>ASHTABULA OH 44004 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

CREDITOR ID: 301209-39
M VANCE POWNALL &
DEBORAH LYNN POWNALL JT TEN
47 ROBIN HOOD DR
DOUGLASVILLE GA 30134

CREDITOR ID: 301211-39
M W CLARY JR CUST M W CLARY
III UND UNIF GIFT MIN ACT NC
1221 COUNTRY PLACE DRIVE
MATTHEWS NC 28105

CREDITOR ID: 301213-39
M W MERRITT JR
3205-I POST WOODS DR NW
ATLANTA GA 30339

CREDITOR ID: 301214-39
M WILSON CLARY JR CUST FOR M
WILSON CLARY III
U/NC/U/G/T/M/A
1221 COUNTRY PLACE DRIVE
MATTHEWS NC 28105

CREDITOR ID: 301215-39
M YVONNE SAXTON
2509 SANDPIPER AVE
MC  ALLEN TX 78504

CREDITOR ID: 301216-39
MABEL ANN STEWART
5118 HIGHWAY 80E, LOT 31
PEARL MS 39208

CREDITOR ID: 301217-39
MABEL BEXLEY
BOX 158
LAND  O  LAKES FL 34639

CREDITOR ID: 301218-39
MABEL DANFORD & HOMER EDGAR
MATTOX JT TEN
701 BOYLESTON ST
LEESBURG FL 34748

CREDITOR ID: 301219-39
MABEL EDWARDS MINGES
411 LOCKVIEW DR
GREENVILLE NC 27858

CREDITOR ID: 301220-39
MABEL H BEXLEY
PO BOX 9247
TAMPA FL 33674

CREDITOR ID: 301221-39
MABEL H BEXLEY TR 02-18-00
JASON S BEXLEY IRREVOCABLE
TRUST
BOX 9247
TAMPA FL 33674

CREDITOR ID: 301222-39
MABEL J BENTON
8306 WAXHAW CR RD
WAXHAW NC 28173

CREDITOR ID: 301223-39
MABEL J CARD
3817 CONWAY DR S
MOBILE AL 36608

CREDITOR ID: 301224-39
MABEL R WILLIAMS
PO BOX 265
GREAT  FALLS SC 29055

CREDITOR ID: 301225-39
MABEL S JONES
1222 TIMBERLAND DR
SHELBY NC 28150

CREDITOR ID: 301226-39
MABLE A REDDEN & WILLIAM L
REDDEN JT TEN
PO BOX 341
YULEE FL 32041

CREDITOR ID: 301227-39
MABLE C JONES
112 NELLIS TOWNSEND RD
BOONE NC 28607

CREDITOR ID: 301228-39
MABLE F JENKINS
18 BROWNDALE RD
ASHEVILLE NC 28805

CREDITOR ID: 301229-39
MABLE J ATKINS & DEBRA J
ATKINS JT TEN
107 HYDE PARK AVE
VALDOSTA GA 31601

CREDITOR ID: 301230-39
MABLE J SMITH
410 SMITH ST
JACKSONVILLE FL 32204

CREDITOR ID: 301231-39
MABRY DELISLE FUTCH
2139 ARMISTEAD RD
TALLAHASSEE FL 32308

CREDITOR ID: 301232-39
MAC MERMELL
5875 SW 129TH TER
MIAMI FL 33156

CREDITOR ID: 301233-39
MACK C STOCKS
211 CHURCHILL DR
GREENVILLE NC 27858

CREDITOR ID: 301234-39
MACK H WOOD
112 CARRIAGE LANE
SALISBURY NC 28146-9368

CREDITOR ID: 301235-39
MACK N HODGES & WILDA M
HODGES JT TEN
1279 BARRALLTON HILL RD
SHEPHERDSVILLE KY 40165

CREDITOR ID: 301236-39
MACK W GWINN & JEAN J GWINN
JT TEN
626 E RIDGE VILLAGE DR
MIAMI FL 33157

CREDITOR ID: 301237-39
MACKENZIE BEATTY
5310 LONDONDERRY RD
CHARLOTTE NC 28210

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 280382-39<br>MACKEY, ANGELA C<br>3255 3RD AVE NW<br>NAPLES FL 34120 | CREDITOR ID: 301238-39<br>MACKIE E JONES<br>73 REBEL ROAD<br>DUNN NC 28334 | CREDITOR ID: 301239-39<br>MACKIE O ROWE<br>PO BOX 368<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 301240-39<br>MACMILLAN A CAINES<br>4428 KENNDLE RD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 301241-39<br>MACON L ROGERS<br>ATTN MACON L RUSSELL<br>4691 RIVER TRAIL LN<br>GRANITE  FALLS NC 28630 | CREDITOR ID: 301242-39<br>MADALINE CARTER<br>412 W HIGHBANKS RD<br>DEBARY FL 32713 |
| CREDITOR ID: 301243-39<br>MADEL A RHODAN<br>1710 OVERHILL RD<br>COLUMBIA SC 29223 | CREDITOR ID: 301244-39<br>MADELIANE FAY<br>9371 PRESTON PL<br>MONTGOMERY AL 36117 | CREDITOR ID: 301245-39<br>MADELIENE SHEPPARD<br>825 BANYAN DR<br>MELBOURNE FL 32935 |
| CREDITOR ID: 301246-39<br>MADELINE DEMOLFETTA<br>2139 ABALONE AVE<br>INDIALANTIC FL 32903 | CREDITOR ID: 301247-39<br>MADELINE J JURKOVICH<br>241 ARGONNE AV A<br>LONG  BEACH CA 90807 | CREDITOR ID: 301248-39<br>MADELINE WILSON<br>893 WHIPPORWILL RD<br>WETUMPKA AL 36080 |
| CREDITOR ID: 301249-39<br>MADELON ZUELKE<br>30515 REGAL AVE<br>SHAFER MN 55074 | CREDITOR ID: 301250-39<br>MADELYN ROGERS TRUSTEE U-A<br>DTD 03-17-01 FBO\|MADELYN<br>ROGERS<br>562 PLYMOUTH ST<br>VERO  BEACH FL 32966 | CREDITOR ID: 301251-39<br>MADELYNNE C COOPER<br>15 CROSS WAY<br>CLINTON NJ 08809 |
| CREDITOR ID: 301252-39<br>MADGE MORGAN BUSH & FRANCIS<br>M BUSH JT TEN<br>13411 TORRINGTON DR<br>MIDLOTHIAN VA 23113 | CREDITOR ID: 301253-39<br>MAE & CO<br>C/O WACHOVIA BANK NA<br>ESSD<br>123 S BROAD STREET<br>PA1328<br>PHILADELPHIA PA 19109 | CREDITOR ID: 301254-39<br>MAE CARROLL PERSONAL REP<br>EST EUNICE COLE<br>C/O PETER A PORTLEY<br>2211 E SAMPLE RD STE 204<br>LGHTHSE  POINT FL 33064-7500 |
| CREDITOR ID: 301255-39<br>MAE D RANDALL<br>201 ABES ROAD<br>DRY  PRONG LA 71423 | CREDITOR ID: 301256-39<br>MAE FRANCES REID<br>415 N MAIN ST APT 14-A<br>GREENVILLE SC 29601 | CREDITOR ID: 301257-39<br>MAE FRANCES STEWART<br>1109 EAST MAIN ST<br>PERRY FL 32547 |
| CREDITOR ID: 301258-39<br>MAE G WILLIS & JOHN A<br>GARDNER JT TEN<br>20 FRIENDSHIP DR<br>SPRINGVILLE AL 35146 | CREDITOR ID: 301259-39<br>MAE J CARRIER & EMERY J<br>CARRIER JT TEN<br>24 FLANDERS LN<br>PALM  COAST FL 32137 | CREDITOR ID: 301260-39<br>MAE M EVANS<br>3817 HARING RD<br>METAIRIE LA 70006 |
| CREDITOR ID: 301261-39<br>MAE R BAILEY & RONALD M<br>BAILEY & ROBERT D BAILEY JT<br>TEN<br>1576 BORDER SPRINGS RD<br>CALEDONIA MS 39740 | CREDITOR ID: 301262-39<br>MAE WRIGHT<br>PO BOX 197<br>WILSON OK 73463 | CREDITOR ID: 301263-39<br>MAELVA P FERRIS<br>PO BOX 274<br>ORANGEBURG SC 29116 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301264-39<br>MAGALI A GARCIA & EDDY<br>GARCIA JT TEN<br>2246 N BENNETT RD<br>AVON  PARK FL 33825 | CREDITOR ID: 301265-39<br>MAGALI OTERO<br>425 TILFORD BLDG T<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 301266-39<br>MAGALY RODRIGUEZ<br>5800 NW 113 TERR<br>HIALEAH FL 33012 |
| CREDITOR ID: 301267-39<br>MAGARAIDA N PETERSON<br>56 WOOD GLEN LN<br>COLUMBUS MS 39705 | CREDITOR ID: 301268-39<br>MAGDALENA KOVACS<br>15377 W VERDE LANE<br>GOODYEAR AZ 85338 | CREDITOR ID: 301269-39<br>MAGDALENA M O'BRIEN<br>11295 SW 43 TERRACE<br>MIAMI FL 33165 |
| CREDITOR ID: 301270-39<br>MAGDALENE J JONES<br>113 MAYFIELD DR<br>ELIZABETHTON TN 37643 | CREDITOR ID: 301271-39<br>MAGDI E EL-SHAFIE<br>5207 BEHMS CT<br>PORT  RICHEY FL 34668 | CREDITOR ID: 301272-39<br>MAGGI L CARO<br>3160 LINDEN AVE<br>GULF  BREEZE FL 32561 |
| CREDITOR ID: 301273-39<br>MAGGIE A TEEL & TOMMY J TEEL<br>JT TEN<br>PO BOX 398<br>ROBERTSDALE AL 36567 | CREDITOR ID: 300808-39<br>MAGRO, AMANDA GLORIA (MINOR)<br>C/O LORI MAGRO CUST<br>119 EVERGREEN ST<br>STATEN  ISLAND NY 10308 | CREDITOR ID: 300809-39<br>MAGRO, WILLIAM JOHN (MINOR)<br>C/O LORI MAGRO CUST<br>119 EVERGREEN ST<br>STATEN  ISLAND NY 10308 |
| CREDITOR ID: 301274-39<br>MAHENDRA KOOMRAL<br>19100 SW 125TH AVE<br>MIAMI FL 33177 | CREDITOR ID: 301275-39<br>MAHLON F MCINTYRE<br>6627 RENSSALEAR DR<br>BRADENTON FL 34207 | CREDITOR ID: 301276-39<br>MAI LYNNE BILLINGS<br>8454 BLACKSTONE ST<br>SPRING  HILL FL 34608 |
| CREDITOR ID: 301278-39<br>MAITEE M PRIETO<br>10806 4 AVE GULF<br>MARATHON FL 33050 | CREDITOR ID: 301279-39<br>MAJORIE ANN PEELER<br>567 GROVE AVE<br>HARAHAN LA 70123 | CREDITOR ID: 301280-39<br>MALACHY M FARMER<br>2712 DILWORTH HEIGHTS LN<br>CHARLOTTE NC 28209 |
| CREDITOR ID: 301281-39<br>MALCOLM E CAIN & CHARLOTTE B<br>CAIN JT TEN<br>1104 APPLE ST<br>VIDALIA LA 71373 | CREDITOR ID: 301282-39<br>MALCOLM HERNANDEZ<br>P O BOX 127746<br>HIALEAH FL 33012 | CREDITOR ID: 301283-39<br>MALCOLM HOPE & CYNTHIA G<br>HOPE JT TEN<br>3065 THREE CHOPT RD<br>GUM  SPRING VA 23065 |
| CREDITOR ID: 301284-39<br>MALCOLM J BURKE JR<br>4061 BAUDELAIRE DR<br>MARRERO LA 70072 | CREDITOR ID: 301285-39<br>MALCOLM J CAMPBELL<br>4000 MACHUPE DR<br>LOUISVILLE KY 40241 | CREDITOR ID: 301286-39<br>MALCOLM J GUILBEAU<br>115 E SALTILLA ST<br>NEW  IBERIA LA 70560 |
| CREDITOR ID: 301288-39<br>MALCOLM J GUILBEAU & ROSE<br>MARIE GUILBEAU JT TEN<br>115 E SALTILLA ST<br>NEW  IBERIA LA 70560 | CREDITOR ID: 301287-39<br>MALCOLM J GUILBEAU & ROSE<br>GILBEAU TEN COM<br>115 EAST SALTILLA STREET<br>NEW  IBERIA LA 70560 | CREDITOR ID: 301289-39<br>MALCOLM J HALL<br>302 DAPHNE LN<br>MONTGOMERY AL 36108 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301290-39<br>MALCOLM LEE BELK<br>14229 MAPLE HOLLOW LN<br>CHARLOTTE NC 28227 | CREDITOR ID: 301291-39<br>MALENDA L GOODWIN<br>73 LINCOLN RD<br>TAYLORS SC 29687 | CREDITOR ID: 301292-39<br>MALENDA L GOODWIN PERSONAL<br>REPRESENTATIVE OF THE ESTATE<br>OF EDWARD K GOODWIN<br>73 LINCOLN RD<br>TAYLORS SC 29687 |
| CREDITOR ID: 301293-39<br>MALIA J MONTAGUE<br>2001 RIDGEMONT CT<br>ARLINGTON TX 76012 | CREDITOR ID: 301294-39<br>MALIKA ELLIOTT<br>2306 PLANTATION DR<br>LOUISVILLE KY 40216 | CREDITOR ID: 301295-39<br>MALINDA C DANIEL<br>305 HAMMOND DRIVE<br>GRIFFIN GA 30224 |
| CREDITOR ID: 301296-39<br>MALINDA G BARNETT & DONALD W<br>BARNETT JT TEN<br>509 ANNISTON<br>LEXINGTON KY 40505 | CREDITOR ID: 301297-39<br>MALINDA G WILSON<br>10018 MESITA DR<br>DALLAS TX 75217 | CREDITOR ID: 301298-39<br>MALINDA T BAKER<br>135 WEDGEWOOD DR<br>GREENVILLE SC 29609 |
| CREDITOR ID: 301299-39<br>MALISA LYNN HELTON<br>1 RR 1 POB 110D<br>ROCKFORD AL 35136 | CREDITOR ID: 301300-39<br>MALISSA A CLARK<br>63 LEE ROAD 2005<br>SMITHS  STA AL 36877 | CREDITOR ID: 301301-39<br>MALVIN AARON SNUGGS JR<br>4037 BOWEN S GROCERY RD<br>MCCOLL SC 29570 |
| CREDITOR ID: 301302-39<br>MALVINE B SMITH<br>4008 COUNTRY DR<br>BOURG LA 70343 | CREDITOR ID: 301303-39<br>MAMIE J HASKETT<br>300 HAVENHURST DR<br>TAYLORS SC 29687 | CREDITOR ID: 301304-39<br>MAMIE JENKINS<br>1731 NW 36TH TER<br>FORT  LAUDERDALE FL 33311 |
| CREDITOR ID: 301305-39<br>MAMIE L BROWN<br>113 BOX WOOD DRIVE<br>ENTERPRISE AL 36330 | CREDITOR ID: 301306-39<br>MAMIE L JOHNSON<br>C/O MAMIE JENKINS<br>1731 NW 36TH TER<br>FORT  LAUDERDALE FL 33311 | CREDITOR ID: 301307-39<br>MAMIE R TANNER<br>RTE 1 BOX 89<br>EVERGREEN AL 36401 |
| CREDITOR ID: 301308-39<br>MAMMIE L BRADLEY<br>121 TULANE ST<br>HOUMA LA 70363 | CREDITOR ID: 301309-39<br>MANDY L FRANKENSTEIN<br>930 FULTON ST<br>SUMTER SC 29150 | CREDITOR ID: 301310-39<br>MANDY LEIGH MAYNARD<br>1431 N64 WAY<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 301311-39<br>MANDY OWEN<br>308 WOODLAWN DRIVE<br>KEENE TX 76059 | CREDITOR ID: 301312-39<br>MANDY WEST<br>270 MILAM BRIDGE RD SW<br>EUHARLEE GA 30120 | CREDITOR ID: 301313-39<br>MANFRED K HOFMANN<br>3430 ALLEGHENY CT<br>NAPLES FL 34120 |
| CREDITOR ID: 301314-39<br>MANITA FONTAINE<br>PO BOX 530371<br>MIAMI FL 33153 | CREDITOR ID: 280123-39<br>MANN, ALVIN D & BARBARA K JT TEN<br>8612 PLANTATION RIDGE RD<br>MONTGOMERY AL 36116 | CREDITOR ID: 296815-39<br>MANN, JOHN ADAM (MINOR)<br>C/O JOHNNIE C WRIGHT CUSTODIAN<br>RR 1  2388<br>GLEN  ST  MARY FL 32040 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 301315-39<br>MANUEL D DUBON<br>29-48 NW 95TH ST<br>MIAMI FL 33147 | CREDITOR ID: 301316-39<br>MANUEL J TURNES & MARIA E<br>TURNES JT TEN<br>10376 SW 9TH TER<br>MIAMI FL 33174 | CREDITOR ID: 301317-39<br>MANUELA B MOFFITT<br>142 DRISKELL ST NE<br>PALM  BAY FL 32907 |
| CREDITOR ID: 301318-39<br>MARANDA L NELSON<br>19 SPRING ST<br>PIEDMONT SC 29673 | CREDITOR ID: 301319-39<br>MARANDA N STONE<br>19 SPRING ST<br>PIEDMONT SC 29673 | CREDITOR ID: 301320-39<br>MARC A SMITH<br>2334 SE WALD ST<br>PORT  SAINT  LUCIE FL 34984 |
| CREDITOR ID: 301321-39<br>MARC BRIAN CHRISMAN<br>2230 LYNX RUN<br>NORTH  PORT FL 34288 | CREDITOR ID: 301322-39<br>MARC CUSTODE<br>1488 SLAGLE RD<br>BAKERSVILLE NC 28705 | CREDITOR ID: 301323-39<br>MARC E PONEY<br>4444 HAMILTON AVE APT 2<br>SAN  JOSE CA 95130 |
| CREDITOR ID: 301324-39<br>MARC H LEVIN<br>8102 POND SHADOW LN<br>TAMPA FL 33635 | CREDITOR ID: 301325-39<br>MARC J BALLIER<br>2260 INDUSTRY STREET<br>NEW  ORLEANS LA 70122 | CREDITOR ID: 301326-39<br>MARC J HOROWITZ<br>8635 BANYAN CT<br>TAMARAC FL 33321 |
| CREDITOR ID: 301327-39<br>MARC L HORN<br>5405 REATA WAY<br>ORLANDO FL 32810 | CREDITOR ID: 301328-39<br>MARCEL B COTE<br>5100 SW 90 AVE 305<br>COOPER  CITY FL 33328 | CREDITOR ID: 301329-39<br>MARCEL M HUGHES<br>PO BOX 505<br>GREENWOOD FL 32443 |
| CREDITOR ID: 301330-39<br>MARCEL R LAVOIE<br>37251 CHANCEY RD<br>ZEPHYRHILLS FL 33541 | CREDITOR ID: 301331-39<br>MARCELENE JOHNSON<br>221 WOODMERE BLVD<br>SANFORD FL 32773 | CREDITOR ID: 301332-39<br>MARCELLA J KELLEY<br>5509 COUNTY RD 209 SOUTH<br>GREEN  COVE  SPRINGS FL 32043 |
| CREDITOR ID: 301333-39<br>MARCELLA M CORSO & KENNETH G<br>CORSO JT TEN<br>9265 REGATTA CIRCLE<br>SPRING  HILL FL 34606 | CREDITOR ID: 301334-39<br>MARCELLA M HENDERSON & RAY<br>CHARLES HENDERSON JT TEN<br>1170 CO RD 50<br>TUSKEGEE AL 36083 | CREDITOR ID: 301335-39<br>MARCELLA S CUMMINGS<br>4410 22ND ST N<br>ST  PETERSBURG FL 33714 |
| CREDITOR ID: 301336-39<br>MARCELLA WALKER CABLE<br>305 CEDAR ST BOX 338<br>CEDAR  VALE KS 67024 | CREDITOR ID: 301337-39<br>MARCELLE BROOKS<br>6127 POPLAR RD<br>ALBAN GA 31705 | CREDITOR ID: 279837-39<br>MARCELLINO, VINCENT (MINOR)<br>C/O ALEXIA MARCELLINO CUST<br>12174 85TH RD NORTH<br>WEST  PALM  BEACH FL 33412 |
| CREDITOR ID: 301338-39<br>MARCIA A GUSTAFSON & TIMOTHY<br>J GUSTAFSON JT TEN<br>201 WOODVIEW WAY<br>BRADENTON FL 34202 | CREDITOR ID: 301339-39<br>MARCIA A MURPHY<br>P O BOX 341<br>TAVERNIER FL 33070 | CREDITOR ID: 301340-39<br>MARCIA ANN JENNINGS & RODGER<br>MILLS JENNINGS JT TEN<br>508 AQUINAS AVE<br>FAYETTEVILLE NC 28311 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301341-39<br>MARCIA ANN LOSINSKI<br>15400 SW 83RD AVE<br>MIAMI FL 33157 | CREDITOR ID: 301342-39<br>MARCIA BAIRD & JAMES BAIRD<br>JT TEN<br>9203 DEBOLD KOEBEL ROAD<br>PLEASANT PLAIN OH 45162 | CREDITOR ID: 301343-39<br>MARCIA CADOGAN<br>3121 NW 47TH TERR B4 406<br>LAUDERDALE LAKES FL 33319 |
| CREDITOR ID: 301344-39<br>MARCIA ERHARDT & BRUCE<br>ERHARDT JT TEN<br>59 CARDINAL DR #A<br>ORMOND BEACH FL 32176 | CREDITOR ID: 301345-39<br>MARCIA H TORPEY & GREGORY A<br>TORPEY JT TEN<br>1891 IVANHOE CT<br>LOUISVILLE KY 40205 | CREDITOR ID: 301346-39<br>MARCIA HUDSON<br>409 MARSHALL STREET<br>ROANOKE RAPIDS NC 27870 |
| CREDITOR ID: 301347-39<br>MARCIA J VOLENTINE<br>4600 MIDDLETON PARK CIRCLE E<br>APT D 750<br>JACKSONVILLE FL 32224 | CREDITOR ID: 301348-39<br>MARCIA JOHNSON<br>3211 SW 39 CT<br>HOLLYWOOD FL 33023 | CREDITOR ID: 301349-39<br>MARCIA K AICHELE<br>8300 TRAKIA CT<br>LOUISVILLE KY 40219 |
| CREDITOR ID: 301350-39<br>MARCIA L GRADY<br>136 BISMARCK CT<br>OCOEE FL 34761 | CREDITOR ID: 301351-39<br>MARCIA L MCCONNELL<br>107 PEBBLEBROOK DR<br>KNIGHTDALE NC 27545 | CREDITOR ID: 301352-39<br>MARCIA L PRICE<br>2243 MAPLE LEAF DR E<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 301353-39<br>MARCIA LEE WILLOUGHBY<br>160 LINCOLN AVE<br>LEXINGTON KY 40502 | CREDITOR ID: 301354-39<br>MARCIA M LARSON<br>131 WALKER AVE N<br>WAYZATA MN 55391 | CREDITOR ID: 301355-39<br>MARCIANNE BILLOCK & BRUCE D<br>BILLOCK JT TEN<br>4471 CAUSEWAY DR<br>LOWELL MI 49331 |
| CREDITOR ID: 301356-39<br>MARCIE KAY BAKER<br>4344 SPRING LANE<br>LAKELAND FL 33811 | CREDITOR ID: 301357-39<br>MARCIE MULWITZ<br>384 PASCOE BLVD APT 5<br>BOWLING GREEN KY 42104 | CREDITOR ID: 301358-39<br>MARCILLA WHITLOCK<br>765 BELL ROAD<br>LULA GA 30554 |
| CREDITOR ID: 301359-39<br>MARCO SOLLS<br>2381 HUNTER BLVD #A<br>NAPLES FL 34116 | CREDITOR ID: 301360-39<br>MARCOS P CISNEROS III<br>2830 HOUSTON STREET<br>SAN ANGELO TX 76901 | CREDITOR ID: 301361-39<br>MARCUM G ADKINS<br>407 LIBERTY DR<br>SMYRNA TN 37167 |
| CREDITOR ID: 292668-39<br>MARCUM, SARA NICOLE (MINOR)<br>C/O HOLLY A MARCUM CUST<br>4256 WEAVERS RUN RD<br>SHEPHERDSVILLE KY 40165 | CREDITOR ID: 301362-39<br>MARCUS A MOUNT<br>5347 SINK CREEK LANE<br>MARIANNA FL 32448 | CREDITOR ID: 301363-39<br>MARCUS B BROWN<br>PO BOX 124<br>RHODHISS NC 28667 |
| CREDITOR ID: 301364-39<br>MARCUS B CARTER<br>P O BOX 283<br>KINGSLAND GA 31548 | CREDITOR ID: 301365-39<br>MARCUS B GREEN<br>1015 RIDGE RD<br>ANGIER NC 27501 | CREDITOR ID: 301366-39<br>MARCUS BUSH & WANDA BUSH<br>JT TEN<br>49 HIDDEN VALLEY CT<br>DEATSVILLE AL 36022 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301367-39<br><br>MARCUS D SELF<br>4304 LINDSAY LANE<br>FORT WORTH TX 76117 | CREDITOR ID: 301368-39<br><br>MARCUS GREER MILLER<br>3863 WILLOW HOLW<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 301369-39<br><br>MARCUS J WRIGHT<br>1908 HEMLOCK PL<br>CLAYTON NC 27520 |
| CREDITOR ID: 301370-39<br><br>MARCUS L ELLENBURG SR<br>PO BOX 949<br>PICKENS SC 29671 | CREDITOR ID: 301371-39<br><br>MARCUS M SEARCY & TERESA ANN<br>SEARCY JT TEN<br>7004 HYDE GROVE AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 301372-39<br><br>MARCUS R CRIMES<br>1013 TUSCALOOSA AVE  APT F<br>BIRMINGHAM AL 35211 |
| CREDITOR ID: 301373-39<br><br>MARCUS R GIPPERT<br>928 FAIRVIEW AVE<br>PRATTVILLE AL 36066 | CREDITOR ID: 301375-39<br><br>MARCY N FAIN<br>426 POWDER BAG CREEK RD<br>HARTWELL GA 30643 | CREDITOR ID: 301376-39<br><br>MARDESIA A BULLOCK<br>117 CARVER DR<br>PILAYUNE MS 39466 |
| CREDITOR ID: 301377-39<br><br>MAREA B KAMPHAUS & THOMAS M<br>KAMPHAUS JT TEN<br>3919 CARRINGTON WAY<br>HAMILTON OH 45011 | CREDITOR ID: 301378-39<br><br>MARGARET A BAILEY<br>726 SW HORRY ST<br>MADISON FL 32340 | CREDITOR ID: 301379-39<br><br>MARGARET A BROOKS<br>1498 SECRETARIAT DR<br>HELENA AL 35080 |
| CREDITOR ID: 301380-39<br><br>MARGARET A CONNOLLY<br>12460 BRADY PLACE BLVD<br>JACKSONVILLE FL 32223 | CREDITOR ID: 301382-39<br><br>MARGARET A ECKER<br>648 1/2 S DUNSMUIR AVE<br>LOS ANGELES CA 90036 | CREDITOR ID: 301383-39<br><br>MARGARET A FELLERS<br>415 LORI CIRCLE<br>CHUCKEY TN 37641 |
| CREDITOR ID: 301384-39<br><br>MARGARET A FISH<br>4994 VANDIVEER RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 301385-39<br><br>MARGARET A HARDWAY &<br>FRANKLIN E HARDWAY JT TEN<br>211 S W MONROE CIRCL NORTH<br>ST PETERSBURGH FL 33703 | CREDITOR ID: 301386-39<br><br>MARGARET A JACKSON<br>2365 ABINGTON RD<br>COLUMBUS OH 43221 |
| CREDITOR ID: 301387-39<br><br>MARGARET A JOBES & KEVIN R<br>JOBES JT TEN<br>912 FIFTH STREET<br>PORT ORANGE FL 32129 | CREDITOR ID: 301388-39<br><br>MARGARET A MELANSON<br>600 JILL CT<br>MCDONOUGH GA 30252 | CREDITOR ID: 301390-39<br><br>MARGARET A MILLER & FRANK S<br>LOWRY V JT TEN<br>C/O GARY MILLER<br>725 E BUTTER RD<br>YORK PA 17402 |
| CREDITOR ID: 301389-39<br><br>MARGARET A MILLER & FRANK S<br>LOWRY JT TEN<br>725 E BUTTER RD<br>YORK PA 17402 | CREDITOR ID: 301391-39<br><br>MARGARET A ODDO<br>11112 SO MEM PARKWAY O3<br>HUNTSVILLE AL 35803 | CREDITOR ID: 301392-39<br><br>MARGARET A RAMPEY<br>4291 SATIN WOOD DR<br>LAS VEGAS NV 89117 |
| CREDITOR ID: 301393-39<br><br>MARGARET A RUHLMAN & RICHARD<br>L RUHLMAN JT TEN<br>10100 HILLVIEW RD<br>APT 2401 TERRACE 2<br>PENSACOLA FL 32514 | CREDITOR ID: 301394-39<br><br>MARGARET A SHORT<br>4042 SUBURBAN LANE<br>NORTH PORT FL 34287 | CREDITOR ID: 301395-39<br><br>MARGARET A SMITH & WILLIAM R<br>SMITH JT TEN<br>3304 FOREST BROOK CROSSING<br>GAINESVILLE GA 30507 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301396-39<br>MARGARET A THILGES<br>P O BOX 560951<br>ROCKLEDGE FL 32956 | CREDITOR ID: 301397-39<br>MARGARET A WILLIAMSON<br>TRUSTEE MARGARET A<br>WILLIAMSON REVOCABLE TRUST<br>U/A/D 1/26/90<br>2720 BEAUCLEAR RD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 301398-39<br>MARGARET ADELLE BAUGH &<br>ALVIN WAYNE BAUGH JT TEN<br>340 WILDWOOD DRIVE<br>JACKSON AL 36545 |
| CREDITOR ID: 301399-39<br>MARGARET ANN COPSY<br>PO BOX 1842<br>BUNNELL FL 32110 | CREDITOR ID: 301400-39<br>MARGARET ANN CORN<br>6312 N DREXEL<br>OKLAHOMA CITY OK 73112 | CREDITOR ID: 301401-39<br>MARGARET ANN COULTER<br>PO BOX 10035<br>BRADENTON FL 34207 |
| CREDITOR ID: 301402-39<br>MARGARET ANN HOSTETLER &<br>JERRY AUSTIN HOSTETLER JT<br>TEN<br>408 S PERRY AV<br>FORT MEADE FL 33841 | CREDITOR ID: 301403-39<br>MARGARET ANN PITTMAN<br>3470 LIVINGSTON RD<br>GAINESVILLE GA 30501 | CREDITOR ID: 301404-39<br>MARGARET ANN PITTMAN & JOHN<br>R PITTMAN JT TEN<br>3470 LIVINGSTON RD<br>GAINESVILLE GA 30501 |
| CREDITOR ID: 301405-39<br>MARGARET ANNE FEARS<br>2771 CAROL ST<br>MARIANNA FL 32448 | CREDITOR ID: 301406-39<br>MARGARET ARMSTRONG WHITTLE<br>203 ARNOLD ST<br>ANDALUSIA AL 36420 | CREDITOR ID: 301407-39<br>MARGARET ARNOLD<br>832 MENDOZA DR<br>KISSIMMEE FL 34758 |
| CREDITOR ID: 301408-39<br>MARGARET B BAGWELL<br>3549 BREVARD RD<br>HENDERSONVILLE NC 28791 | CREDITOR ID: 301409-39<br>MARGARET B COYLE<br>105 FINCH CT<br>LA PLACE LA 70068 | CREDITOR ID: 301411-39<br>MARGARET B HALL<br>24405 SW MARTIN HIGHWAY<br>OKEECHOBEE FL 34974 |
| CREDITOR ID: 301412-39<br>MARGARET B LILES<br>P O BOX 1148<br>MONTGOMERY AL 36101 | CREDITOR ID: 301413-39<br>MARGARET B MARSOCCI<br>3114 S 22ND ST<br>FORT PIERCE FL 34982 | CREDITOR ID: 301414-39<br>MARGARET B PITTMAN<br>12112 WARD LINE ROAD<br>BOGALUSA LA 70427 |
| CREDITOR ID: 301415-39<br>MARGARET B STILZ<br>260 CHENOWETH LN APT 4<br>LOUISVILLE KY 40207 | CREDITOR ID: 301416-39<br>MARGARET B SUTTON<br>360 FANCY BLUFF RD<br>BRUNSWICK GA 31523 | CREDITOR ID: 301417-39<br>MARGARET BOK LATIMER &<br>MICHAEL L LATIMER JT TEN<br>4906 LOFTY PINES CIR E<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 301418-39<br>MARGARET C COLLIER<br>2117 SHAFFER PLACE<br>ORLANDO FL 32806 | CREDITOR ID: 301419-39<br>MARGARET C DAY CUST<br>JOSEPHINE ELIZABETH DAY UNIF<br>TRANS TO MINORS ACT<br>4444 MCGIRTS BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 301420-39<br>MARGARET C DAY CUST MARGARET<br>LOUISA DAY UNIF TRANS TO MIN<br>ACT FL<br>4444 MCGIRTS BLVD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 301421-39<br>MARGARET C LUKASZEWSKI<br>414 VASSAR LANE<br>DESPLAINES IL 60016 | CREDITOR ID: 301422-39<br>MARGARET C STILWELL<br>4911 FOREST LAKE PL<br>COLUMBIA SC 29206 | CREDITOR ID: 301423-39<br>MARGARET C WILLIFORD &<br>THOMAS L WILLIFORD JR JT TEN<br>51 CURR-WELL LN<br>BENSON NC 27504 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 301424-39<br>MARGARET C WISE<br>P O BOX 229<br>LONG BEACH MS 39560 | CREDITOR ID: 301425-39<br>MARGARET CARTER FOWLE<br>604 NORTHBROOK DR<br>RALEIGH NC 27609 | CREDITOR ID: 301426-39<br>MARGARET D CONNER<br>7337 MADRID RD<br>BROOKSVILLE FL 34613 |
| CREDITOR ID: 301427-39<br>MARGARET D CULPEPPER<br>221 LEIGH DR<br>PRATTVILLE AL 36067 | CREDITOR ID: 301428-39<br>MARGARET D DRIGGERS<br>620 LAKE STONE CIR<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 301429-39<br>MARGARET D KENNEDY & JOHN D<br>KENNEDY JT TEN<br>8886 SW 7TH ST<br>BOCA RATON FL 33433 |
| CREDITOR ID: 301430-39<br>MARGARET D KENNEDY & LINDA<br>YOUNG & YOLANDA HASENAUER JT<br>TEN<br>8886 SW 7TH ST<br>BOCA RATON FL 33433 | CREDITOR ID: 301431-39<br>MARGARET D OATES<br>421 KING ROAD<br>CLINTON NC 28328 | CREDITOR ID: 301432-39<br>MARGARET DAY JULIAN<br>2738 ARAPAHOE AVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 301433-39<br>MARGARET DESELLE & DAVID<br>DESELLE TEN COM<br>24 A PETE PAUL ROAD<br>DEVILLE LA 71328 | CREDITOR ID: 301434-39<br>MARGARET DIANE MOORE &<br>RONALD EUGENE MOORE JT TEN<br>7806 BLAIRWOOD CIR N<br>LAKE WORTH FL 33467 | CREDITOR ID: 301435-39<br>MARGARET DRAGONE<br>48 CLEMENS AVE<br>TRUMBULL CT 06611 |
| CREDITOR ID: 301436-39<br>MARGARET E ALLMAN<br>1103 E COLUMBIA AVE<br>KISSIMMEE FL 34744 | CREDITOR ID: 301437-39<br>MARGARET E GATLIFF<br>PO BOX 385<br>GIBSON GA 30810 | CREDITOR ID: 301438-39<br>MARGARET E GRACE<br>2203 N GORDON ST<br>PLANT CITY FL 33566 |
| CREDITOR ID: 301440-39<br>MARGARET E MCINNIS<br>1521 6TH ST WEST<br>PALMETTO FL 34221 | CREDITOR ID: 301439-39<br>MARGARET E MCINNIS<br>1521 6TH ST W<br>PALMETTO FL 34221 | CREDITOR ID: 301441-39<br>MARGARET E MERKLE & THOMAS O<br>MERKLE JT TEN<br>450 FERRIS DR NW<br>PORT CHARLOTTE FL 33952 |
| CREDITOR ID: 301442-39<br>MARGARET E PEYTON<br>1214 W 13TH ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 301443-39<br>MARGARET E SCHMIDT<br>2468 SCOTTVILLE AVE<br>DELTONA FL 32725 | CREDITOR ID: 301444-39<br>MARGARET E WIENKERS<br>17715 BIRCH LEAF COURT<br>CHESTERFIELD MO 63005 |
| CREDITOR ID: 301445-39<br>MARGARET E WILLOUGHBY &<br>DANIEL M WILLOUGHBY JT TEN<br>PO BOX 900<br>BELLEVIEW FL 32620 | CREDITOR ID: 301446-39<br>MARGARET ELLEN STRIMPLE<br>SCRUGGS<br>2616 EVERGREEN RD<br>LYNCHBURG VA 24503 | CREDITOR ID: 301447-39<br>MARGARET F ARNOLD<br>150 HAMMOND AVE<br>WEST COLUMBIA SC 29169 |
| CREDITOR ID: 301448-39<br>MARGARET F CAMPBELL<br>6230 SW 26TH ST<br>MIRAMAR FL 33023 | CREDITOR ID: 301449-39<br>MARGARET FILLYAW<br>22577 144TH ST<br>LIVE OAK FL 32060 | CREDITOR ID: 301450-39<br>MARGARET FORTE<br>ATTN MARGARET SANFELIPPO<br>2524 ROXBURY RD<br>WINTER PARK FL 32789 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 301451-39<br>MARGARET G TILLMAN<br>P O BOX 95<br>FAIRFIELD NC 27826 | CREDITOR ID: 301452-39<br>MARGARET GATHERWRIGHT<br>2106 CREST RD<br>CINCINNATI OH 45240 | CREDITOR ID: 301453-39<br>MARGARET GORDON<br>10 PICKETTVILLE RD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 301454-39<br>MARGARET H BLACKWELL<br>1321 ROCKWOOD AVE<br>BURLINGTON NC 27215 | CREDITOR ID: 301455-39<br>MARGARET H GILLIAM<br>2764 BAIRDS CREEK ROAD<br>VILAS NC 28692 | CREDITOR ID: 301456-39<br>MARGARET H HUNTER<br>10 HIGHLAND TER<br>LIBERTY SC 29657-1121 |
| CREDITOR ID: 301457-39<br>MARGARET H LAFFERTY AUSTIN<br>5150 SHARON RD COTTAGE 102<br>CHARLOTTE NC 28210 | CREDITOR ID: 301458-39<br>MARGARET H SMITH<br>106 BUNCH ROAD<br>PALATKA FL 32177 | CREDITOR ID: 301459-39<br>MARGARET H VANDENBOSSCHE<br>PO BOX 7088<br>SUN  CITY FL 33586 |
| CREDITOR ID: 301460-39<br>MARGARET HASSETT<br>1406 PROVIDENCE BLVD<br>DELTONA FL 32725 | CREDITOR ID: 301461-39<br>MARGARET I WOOTEN<br>6635 TY PL<br>MERIDIAN MS 39305 | CREDITOR ID: 301462-39<br>MARGARET J CAMPBELL<br>9461 SHAVER DR<br>BROOKSVILLE FL 34601 |
| CREDITOR ID: 301463-39<br>MARGARET J DEES & MICHAEL K<br>DEES JT TEN<br>2200 N E WALDO RD LOT #17<br>GAINESVILLE FL 32609 | CREDITOR ID: 301464-39<br>MARGARET J GUYADEEN<br>2196 WHITEWOOD AVE<br>SPRING  HILL FL 34609 | CREDITOR ID: 301465-39<br>MARGARET J ROGERS & FRANK R<br>ROGERS JT TEN<br>13330 OLD PLANK RD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 301466-39<br>MARGARET J TURNER<br>11306 PANHANDEL RD<br>HAMPTON GA 30228 | CREDITOR ID: 301467-39<br>MARGARET JOAN NICHOLS<br>3259 MEDINA<br>FORT  WORTH TX 76133 | CREDITOR ID: 301468-39<br>MARGARET JOBES<br>912 FIFTH STREET<br>PORT  ORANGE FL 32129 |
| CREDITOR ID: 301469-39<br>MARGARET K ADKINS<br>623 AMANDA FURNACE DRIVE<br>ASHLAND KY 41101 | CREDITOR ID: 301470-39<br>MARGARET K HAMRICK<br>6342 WESTSHORE RD<br>COLUMBIA SC 29206 | CREDITOR ID: 301474-39<br>MARGARET K HAMRICK CUST<br>RONALD K HAMRICK UND UNIF<br>GIFT MIN ACT SC<br>6342 WESTSHORE RD<br>COLUMBIA SC 29206 |
| CREDITOR ID: 301473-39<br>MARGARET K HAMRICK CUST<br>MARGARET E HAMRICK UND UNIF<br>GIFT MIN ACT SC<br>6342 WESTSHORE RD<br>COLUMBIA SC 29206 | CREDITOR ID: 301472-39<br>MARGARET K HAMRICK CUST<br>JUSTIN HAMRICK UND UNIF GIFT<br>MIN ACT SC<br>6342 WESTSHORE RD<br>COLUMBIA SC 29206 | CREDITOR ID: 301471-39<br>MARGARET K HAMRICK CUST<br>JASON LEE HAMRICK UNIF GIFT<br>MN ACT SC<br>6342 WESTSHORE RD<br>COLUMBIA SC 29206 |
| CREDITOR ID: 301475-39<br>MARGARET KELLY DAVIDSON<br>1024 FORREST DR<br>BURTON MI 48519 | CREDITOR ID: 301476-39<br>MARGARET KINSEY & GENE<br>KINSEY JT TEN<br>3304 MAYNARD CIRCLE<br>GAINESVILLE GA 30506 | CREDITOR ID: 301477-39<br>MARGARET L ANDREWS<br>8102 BAZAINE DR<br>JACKSONVILLE FL 32210 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301478-39<br>MARGARET L BEATY<br>4102 BIRCH ST<br>MACCLENNY FL 32063 | CREDITOR ID: 301479-39<br>MARGARET L BECKER<br>217 RAMONA STREET<br>SAN  MATEO CA 94401 | CREDITOR ID: 301480-39<br>MARGARET L BITTOF<br>1120 DETROIT ST<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 301481-39<br>MARGARET L CARTER<br>317 E MAIN ST<br>LAKE  CITY SC 29560 | CREDITOR ID: 301482-39<br>MARGARET L DIAMOND<br>131 CASA CT<br>TAVERNIER FL 33070 | CREDITOR ID: 301483-39<br>MARGARET L FULLER<br>13050 MOUNT PLEASANT RD<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 301484-39<br>MARGARET L HENDERSON &<br>EUGENE HENDERSON JT TEN<br>95 TURKEY TRAIL<br>WARNE NC 28909 | CREDITOR ID: 301485-39<br>MARGARET L LLOYD<br>711 AMELIA DR<br>FERNANDINA  BEACH FL 32034 | CREDITOR ID: 301486-39<br>MARGARET L PATINO<br>1842 LONGLEAF RD<br>COCOA FL 32926 |
| CREDITOR ID: 301487-39<br>MARGARET L ROWLEY<br>3240 S VALLEYVIEW<br>SPRINGFIELD MO 65804 | CREDITOR ID: 301488-39<br>MARGARET L THOMAS<br>294 WRIGHT AVE APT 146<br>GRETNA LA 70056 | CREDITOR ID: 301489-39<br>MARGARET L VAN BEBBER<br>821 PARKMONT DR<br>GARLAND TX 75041 |
| CREDITOR ID: 301490-39<br>MARGARET L WELDON<br>APT 5210<br>6100 W FRIENDLY AVE<br>GREENSBORO NC 27410 | CREDITOR ID: 301491-39<br>MARGARET L WELSH<br>494 WOMBLE HILL ROAD<br>CHESTERFIELD SC 28235 | CREDITOR ID: 301492-39<br>MARGARET L WEST<br>BETHEA RETIREMENT HOME<br>PO BOX 4000<br>DARLINGTON SC 29532 |
| CREDITOR ID: 301493-39<br>MARGARET L WINN<br>16 MAPLE DR<br>ASHFIELD MA 01330 | CREDITOR ID: 301494-39<br>MARGARET LEE NIPPER &<br>KATHLYN M NIPPER JT TEN<br>4904 PRINCE EDWARD RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 301495-39<br>MARGARET M ADLER CUST FOR<br>REBECCA A ADLER UND UNIF<br>GIFT MIN ACT MI<br>1003 N WATER ST<br>BAY  CITY MI 48708 |
| CREDITOR ID: 301496-39<br>MARGARET M CAVIN<br>3611 RICHMOND ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 301497-39<br>MARGARET M DOWIE<br>1913 DEE AVE<br>COLUMBUS GA 31903 | CREDITOR ID: 301498-39<br>MARGARET M FORGNONE &<br>CHARLES FORGNONE JT TEN<br>11508 SW 24TH AVE<br>GAINESVILLE FL 32607 |
| CREDITOR ID: 301499-39<br>MARGARET M GERMOND<br>50 JOYCE LN<br>WAYNE NJ 07470 | CREDITOR ID: 301500-39<br>MARGARET M HAINES<br>168 KRISTI DR<br>IND  HBR  BEACH FL 32937 | CREDITOR ID: 301501-39<br>MARGARET M HAUN<br>PO BOX1234<br>YORK SC 29745 |
| CREDITOR ID: 301502-39<br>MARGARET M KUMMEL<br>321 LAKESHORE DR<br>WETUMPKA AL 36092 | CREDITOR ID: 301503-39<br>MARGARET M LONG<br>1341 SW 25TH WAY<br>BOYNTON  BEACH FL 33426 | CREDITOR ID: 301504-39<br>MARGARET M OTTEN<br>3249 TRIPLECROWN DR<br>N  BEND OH 45052 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                          **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 301505-39<br>MARGARET M PATERSON<br>12108 BEAR CREEK LN<br>BAYONET POINT FL 34667 | CREDITOR ID: 301506-39<br>MARGARET M PEELER<br>47 EKAHA ST<br>HILO HI 96720 | CREDITOR ID: 301507-39<br>MARGARET M RHODES<br>8235 VINING ST<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 301508-39<br>MARGARET M RILEY<br>1447 MAPLETON RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 301509-39<br>MARGARET M ROWE<br>1341 SW 25TH WAY<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 301510-39<br>MARGARET MARY SHEA<br>6960 SW 11TH ST<br>HOLLYWOOD FL 33023 |
| CREDITOR ID: 301511-39<br>MARGARET MAXINE HARSH<br>95 ELIZABETH ST APT 209<br>DELAWARE OH 43015 | CREDITOR ID: 301512-39<br>MARGARET MILLER CUST<br>CATHERINE S MILLER UNIF TRAN<br>MIN ACT MA<br>4 ROGERS ST<br>PLYMOUTH NH 03264 | CREDITOR ID: 301513-39<br>MARGARET MILLER CUST AARON W<br>MILLER UNIF TRAN MIN ACT MA<br>4 ROGERS ST<br>PLYMOUTH NH 03264 |
| CREDITOR ID: 301514-39<br>MARGARET MITCHELL & GARY B<br>MITCHELL JT TEN<br>1508 MASSACHUSETTS AVE NE<br>ST PETERSBURG FL 33703 | CREDITOR ID: 301515-39<br>MARGARET MOHAN<br>5994 ITHACA CIR WEST<br>LAKE WORTH FL 33463 | CREDITOR ID: 301516-39<br>MARGARET N SALYERS<br>147 WESTOVER RD<br>FRANKFORT KY 40601 |
| CREDITOR ID: 301517-39<br>MARGARET PARKER<br>9430 CHESTATEE CT<br>GAINESVILLE GA 30506 | CREDITOR ID: 301518-39<br>MARGARET POSEY OBERLEITNER<br>1724 CRESTFIELD LANE<br>LAWRENCEVILLE GA 30043 | CREDITOR ID: 301520-39<br>MARGARET R BUCHANAN<br>6108 YORKSHIRE DR<br>COLUMBIA SC 29209 |
| CREDITOR ID: 301521-39<br>MARGARET R DENMARK<br>2407 LOTUS RD E<br>JACKSONVILLE FL 32211 | CREDITOR ID: 301522-39<br>MARGARET R FULCHER<br>4916 NW FORLANO ST<br>PORT ST LUCIE FL 34983 | CREDITOR ID: 301523-39<br>MARGARET R GREDIN & WALTER E<br>HAGGLUND JT TEN<br>112 MICHIGAN AVE<br>CRYSTAL FALLS MI 49920 |
| CREDITOR ID: 301524-39<br>MARGARET REBECCA ARBAN<br>6715 PAUL MAR DRIVE<br>LANTANA FL 33462 | CREDITOR ID: 301525-39<br>MARGARET REBECCA EDGEMON<br>1839 HIGHWAY 231<br>LACEYS SPRING AL 35754 | CREDITOR ID: 301526-39<br>MARGARET ROGERS PHILLIPS<br>100 NOVA RD<br>MORGANTON NC 28655 |
| CREDITOR ID: 301527-39<br>MARGARET ROPP BEAL<br>613 CHESTER DR<br>LAKELAND FL 33803 | CREDITOR ID: 301528-39<br>MARGARET S BRANHAM<br>BATTERY PT<br>861 DILLS BLUFF RD<br>CHARLESTON SC 29412 | CREDITOR ID: 301529-39<br>MARGARET S CROLEY<br>8613 MAGNOLIA ST<br>GIBSONTON FL 33534 |
| CREDITOR ID: 301530-39<br>MARGARET S EMES<br>809 NE 1ST CT<br>DELRAY BEACH FL 33483 | CREDITOR ID: 301531-39<br>MARGARET S POWER & M L POWER<br>TRUSTEES U-A DTD 10-25-96<br>THE MARGARET S POWER<br>REVOCABLE TRUST<br>3573 BOONE PARK AVENUE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 301532-39<br>MARGARET S SHOE<br>867 SOUTHWEST DR<br>DAVIDSON NC 28036 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301533-39<br>MARGARET S WALL<br>7200 COVENTRY COURT APT 120<br>NAPLES FL 33942 | CREDITOR ID: 301534-39<br>MARGARET S WILDE & KATHERINE<br>W BRYAN JT TEN<br>4378 FIRETOWER RD<br>NORWOOD GA 30821 | CREDITOR ID: 301535-39<br>MARGARET SCARINGE<br>14 ABERDEEN RD<br>NEW HYDE PARK NY 11040 |
| CREDITOR ID: 301536-39<br>MARGARET SPARKS<br>8590 ACREDALE DR<br>WEST CHESTER OH 45069 | CREDITOR ID: 301537-39<br>MARGARET ST JOHN<br>6136 MONROE ST<br>HOLLYWOOD FL 33023 | CREDITOR ID: 301538-39<br>MARGARET T BACCARI<br>20 SYCAMORE DR<br>HYDE PARK NY 12538 |
| CREDITOR ID: 301539-39<br>MARGARET T BRINKLEY<br>4 OAK LANDING RD<br>WILMINGTON NC 28409 | CREDITOR ID: 301540-39<br>MARGARET T SOMMERS &<br>CAROLINE T TOBLER JT TEN<br>268 LIVE OAK DRIVE<br>VERO BEACH FL 32963 | CREDITOR ID: 301541-39<br>MARGARET V CHAN-JACOBS<br>1093 OLD COVENTRY CT<br>OVIEDO FL 32765 |
| CREDITOR ID: 301542-39<br>MARGARET VICTORIA CHAN<br>C/O MARGARET CHAN JACOBS<br>1093 OLD COVENTRY CT<br>OVIEDO FL 32765 | CREDITOR ID: 301543-39<br>MARGARET W ACREE<br>PO BOX 65<br>OCOEE FL 34761 | CREDITOR ID: 301544-39<br>MARGARET W ADAMS<br>406 N CALHOUN ST<br>QUINCY FL 32351 |
| CREDITOR ID: 301545-39<br>MARGARET W MARTIN TRUSTEE<br>U-A DTD 07-06-01 MARGARET<br>W MARTIN GSTT TRUST M-B<br>LUCILE B WALTON<br>23431 HIGHWAY 301 NORTH<br>PARKTON NC 28371 | CREDITOR ID: 301546-39<br>MARGARET W MARTIN TRUSTEE OF<br>THE MARGARET W MARTIN GSTT<br>TRUST CREATED BY ERNEST C<br>WALTON U-A DTD 07-06-01<br>23431 HIGHWAY 301 NORTH<br>PARKTON NC 28371 | CREDITOR ID: 301547-39<br>MARGARET W STRATH<br>16 OVERLOOK RD<br>WAKEFIELD MA 01880 |
| CREDITOR ID: 301548-39<br>MARGARET WHITESIDES SMART<br>TRUSTEE U-A DTD<br>06-10-03 MARGARET WHITESIDES<br>SMART LIVING TRUST<br>15 LYNWOOD CIRCLE<br>YORK SC 29745 | CREDITOR ID: 301549-39<br>MARGARET WILSON<br>5532C CINDERLANE PKY<br>ORLANDO FL 32808 | CREDITOR ID: 301550-39<br>MARGARETA E GOLTRY<br>2504 SE 12TH PL<br>CAPE CORAL FL 33904 |
| CREDITOR ID: 301551-39<br>MARGARETE AMBROSIUS<br>1105 PARK AVE<br>NEW YORK NY 10128 | CREDITOR ID: 301552-39<br>MARGARETE CHADDICK<br>9338 WHITE OAK HWY<br>CHURCH POINT LA 70525 | CREDITOR ID: 301553-39<br>MARGARETE MARY SWARTZ<br>3550 ERMINE PATH<br>PALM HARBOR FL 34684 |
| CREDITOR ID: 301554-39<br>MARGARETTA A KILGORE<br>5101 ADDIE CT<br>BOYNTON BCH FL 33437 | CREDITOR ID: 301555-39<br>MARGARETTA KENNEDY<br>5101 ADDIE CT<br>BOYNTON BCH FL 33437 | CREDITOR ID: 301556-39<br>MARGARETTE A WEISS & MARY E<br>MCCROAN & JOHN S MCCROAN JT TEN<br>4416 51ST ST E<br>BRADENTON FL 34203 |
| CREDITOR ID: 301557-39<br>MARGARETTE C BARBER<br>10024 STEWARTSVILLE CEMETARY RD<br>LAURINBURG NC 28352 | CREDITOR ID: 301558-39<br>MARGARETTE MACK<br>3439 HICKORYNUT ST<br>JACKSONVILLE FL 32208 | CREDITOR ID: 301559-39<br>MARGARETTE S LEE<br>2240 SUNNINGDALE RD<br>KINGSPORT TN 37660 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301560-39<br>MARGARITA B ROPER<br>PO BOX W<br>EMORY VA 24327 | CREDITOR ID: 301561-39<br>MARGARITA DEWEY & STEVEN M<br>DEWEY JT TEN<br>7915 SW 140TH AVE<br>MIAMI FL 33183 | CREDITOR ID: 301562-39<br>MARGART ANITA BATEMAN<br>435 OUTBACK COUNTRY KNL<br>FRANKLIN NC 28734 |
| CREDITOR ID: 301563-39<br>MARGDA FONTUS<br>3961 NE 3RD AV 3<br>OAKLAND  PARK FL 33334 | CREDITOR ID: 301564-39<br>MARGIE A BOWLING<br>122 THOMPSON RD<br>LEXINGTON KY 40508 | CREDITOR ID: 301565-39<br>MARGIE ANN HOGUE<br>PO BOX 213<br>LEXINGTON KY 40584 |
| CREDITOR ID: 301566-39<br>MARGIE B COOK & GEORGE E<br>COOK JT TEN<br>PO BOX 498<br>RYE MT 59061 | CREDITOR ID: 301567-39<br>MARGIE B DENNEY<br>32645 JIM DENNEY ROAD<br>DADE  CITY FL 33523 | CREDITOR ID: 301568-39<br>MARGIE C DYCUS & HAROLD R<br>DYCUS JT TEN<br>10480 NW 20TH ST<br>PEMBROKE  PINES FL 33026 |
| CREDITOR ID: 301569-39<br>MARGIE C HOLLEY<br>831 FIRST ST<br>ENGLEWOOD FL 34223 | CREDITOR ID: 301570-39<br>MARGIE C HOWARD<br>202 HIGHWAY 101<br>LANDRUM SC 29356 | CREDITOR ID: 301571-39<br>MARGIE E MILLER<br>226 E JEFFERSON ST<br>YORK SC 29745 |
| CREDITOR ID: 301572-39<br>MARGIE ELLEN RASH<br>ATTN MARGIE E LEWIS<br>103 FOREST CREST LANE<br>ELIZABETHTON TN 37643 | CREDITOR ID: 301573-39<br>MARGIE F RODDY<br>231 SPRING DR<br>COLONIAL  HEIGHTS VA 23834 | CREDITOR ID: 301574-39<br>MARGIE FAWKES<br>1200 BARRYWOOD LN<br>ST  CLOUD FL 34771 |
| CREDITOR ID: 301575-39<br>MARGIE FRANCIS<br>270 IOWA AVE<br>FT  LAUDERDALE FL 33312 | CREDITOR ID: 301576-39<br>MARGIE H AVERY<br>2769 PEACHTREE RD NE APT 1<br>ATLANTA GA 30305 | CREDITOR ID: 301577-39<br>MARGIE HENRY<br>3167 NW 48TH ST<br>MIAMI FL 33142 |
| CREDITOR ID: 301578-39<br>MARGIE J SMITH<br>CO MARGIE S CAGLE<br>3819 S BRANNAN DRIVE<br>MOBILE AL 36693 | CREDITOR ID: 301579-39<br>MARGIE L FABLE<br>231 SPRING DR<br>COLONIAL  HEIGHTS VA 23834 | CREDITOR ID: 301580-39<br>MARGIE L MERCER<br>RR 2 BOX 65B<br>GREENVILLE FL 32331 |
| CREDITOR ID: 301581-39<br>MARGIE L PERRY<br>7321 OLD FORT BAYOU RD<br>OCEAN  SPRINGS MS 39564 | CREDITOR ID: 301582-39<br>MARGIE L WOODWARD<br>2800 NE 57 CT<br>FORT  LAUDERDALE FL 33308 | CREDITOR ID: 301583-39<br>MARGIE LEE TEASLEY<br>203 BEAUREGARD AVE<br>ANDERSON SC 29625 |
| CREDITOR ID: 301584-39<br>MARGIE LIAS HALL<br>306 NANETTE ST<br>ORLANDO FL 32809 | CREDITOR ID: 301585-39<br>MARGIE M BIERMAN<br>3921 FAIN CT<br>MONTGOMERY AL 36109 | CREDITOR ID: 301586-39<br>MARGIE M CHASON & ROBERT E<br>CHASON JT TEN<br>BOX 124<br>HOSFORD FL 32334 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301587-39<br>MARGIE M GALLOWAY<br>623 DRUMMOND WAY<br>FAIRDALE KY 40118 | CREDITOR ID: 301588-39<br>MARGIE M MAURIGI<br>BOX 2039<br>BAY ST LOUIS MS 39521 | CREDITOR ID: 301589-39<br>MARGIE N FARMER & ANCIL LEE<br>FARMER JT TEN<br>1285 SPRINGDALE DR<br>LOUISVILLE KY 40213 |
| CREDITOR ID: 301590-39<br>MARGIE N JACKSON<br>5733 DONNELLY AVE<br>FORT WORTH TX 76107 | CREDITOR ID: 301591-39<br>MARGIE RAMEY<br>772 BIG ELM RD<br>CHURCH HILL TN 37642 | CREDITOR ID: 301592-39<br>MARGIE STRICKLAND & JOE D<br>STRICKLAND JT TEN<br>107 4TH AVE NW<br>LUTZ FL 33549 |
| CREDITOR ID: 301593-39<br>MARGO JEANETTE KRATENSTEIN<br>3360 SEA BREEZE LN<br>MARGATE FL 33063 | CREDITOR ID: 301594-39<br>MARGO MARIE LOVELACE<br>2150 CAPEVIEW ST<br>MERRITT IS FL 32952 | CREDITOR ID: 301595-39<br>MARGOT J ROBINSON<br>PO BOX 387<br>EASLEY SC 29641 |
| CREDITOR ID: 301596-39<br>MARGOT M SCHMITH<br>6236 LEEWARD CT<br>ORANGE PARK FL 32073 | CREDITOR ID: 301597-39<br>MARGOT R MADILL<br>8797 EAGLE CREEK<br>CINCINNATI OH 45247 | CREDITOR ID: 301598-39<br>MARGOT VANDERGROEF & ANDREW L<br>VANDERGROEF JT TEN<br>10041 SE 98TH TERRACE<br>OCALA FL 34481 |
| CREDITOR ID: 301599-39<br>MARGUERITE A RAY<br>3735 SINGLETREE RD<br>CHARLOTTE NC 28227 | CREDITOR ID: 301600-39<br>MARGUERITE B ALMODOVAR &<br>MICHAEL ALMODOVAR JT TEN<br>833 YALE RD<br>DELAND FL 32724 | CREDITOR ID: 301601-39<br>MARGUERITE D BRANCH<br>4524 PIETY DRIVE<br>NEW ORLEANS LA 70126 |
| CREDITOR ID: 301602-39<br>MARGUERITE DE LA POER<br>BOX 334<br>NEW YORK NY 10185 | CREDITOR ID: 301603-39<br>MARGUERITE J MEFFORD<br>3819 WASHINGTON SQUARE 1A<br>LOUISVILLE KY 40207 | CREDITOR ID: 301604-39<br>MARGUERITE JANDOS<br>2945 CHEROKEE ROAD<br>ST CLOUD FL 34772 |
| CREDITOR ID: 301605-39<br>MARGUERITE L HACKETT<br>304 N 37TH AVE<br>YAKIMA WA 98902 | CREDITOR ID: 301606-39<br>MARGUERITE L MCGUIRE<br>119 ELEANOR AVE<br>PANAMA CITY FL 32404 | CREDITOR ID: 301607-39<br>MARGUERITE M BARTON & SHARI<br>LYNN HANCHEY & ROSS DAVID<br>MYERS JT TEN<br>808 W 118TH AVE<br>TAMPA FL 33612 |
| CREDITOR ID: 301608-39<br>MARGUERITE O HALL<br>PO BOX 187<br>CRESCENT CITY FL 32112 | CREDITOR ID: 301609-39<br>MARGUERITE R CASH<br>3739 HASLETT DR E<br>JACKSONVILLE FL 32277 | CREDITOR ID: 301610-39<br>MARGUERITE S CONLEY<br>238 MYSTIC CT<br>CHESNEE SC 29323 |
| CREDITOR ID: 301611-39<br>MARGUERITTA HELD ESTES<br>626 VIRGINIA AVE<br>ERIE PA 16505 | CREDITOR ID: 301612-39<br>MARGURITE NELSON<br>3520 DURHAM RD<br>RALEIGH NC 27614 | CREDITOR ID: 301613-39<br>MARI J STANTON<br>436 NORFOLK ST<br>DUNEDIN FL 34698 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 301614-39<br>MARI L CECIL<br>26145 PERCH LAKE RD<br>WATERTOWN NY 13601 | CREDITOR ID: 301615-39<br>MARI V SCOTT<br>3009 NE 11TH STREET<br>MINERAL WELLS TX 76067 | CREDITOR ID: 301616-39<br>MARIA A ARAUJO<br>505 DOVE LN<br>DESOTO TX 75115 |
| CREDITOR ID: 301617-39<br>MARIA ANTONIOU<br>804 GULF ROAD<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 301618-39<br>MARIA BAUM<br>11498 88TH TERRACE NORTH<br>SEMINOLE FL 33772 | CREDITOR ID: 301619-39<br>MARIA C CRUZ<br>11117 NW 43 LN<br>MIAMI FL 33178 |
| CREDITOR ID: 301620-39<br>MARIA C KRUZYNSKI<br>5681 NE 9TH AVE<br>FORT LAUDERDALE FL 33334 | CREDITOR ID: 301621-39<br>MARIA C LAGE<br>696 NW 135TH CT<br>MIAMI FL 33182 | CREDITOR ID: 301622-39<br>MARIA C NUNEZ<br>5950 NW 201ST ST<br>HIALEAH FL 33015 |
| CREDITOR ID: 301623-39<br>MARIA CONTRERAS<br>837 KEATS AVE<br>ORLANDO FL 32809 | CREDITOR ID: 301624-39<br>MARIA COSTELLO<br>5025 ARECA PALM ST<br>COCOA FL 32927 | CREDITOR ID: 301625-39<br>MARIA D GILLIHAN<br>440 BLUFF MT DR<br>WALLAND TN 37886 |
| CREDITOR ID: 301628-39<br>MARIA D HERNANDEZ<br>P O BOX 5098<br>IMMOKALEE FL 34143 | CREDITOR ID: 301629-39<br>MARIA D WYNDHAM<br>197 ESCANABA AVE<br>PANAMA CITY BCH FL 32413 | CREDITOR ID: 301630-39<br>MARIA DEL C SANMARTIN<br>15141 SW 34TH TER<br>MIAMI FL 33185-4924 |
| CREDITOR ID: 301631-39<br>MARIA E BARILLEAUX<br>123 VAN BUREN ST<br>BREAUZ BRIDGE LA 70517 | CREDITOR ID: 301632-39<br>MARIA F WEST & WILLIAM T<br>WEST JT TEN<br>2275 FARMWOOD ESTATES<br>CHESTER SC 29706 | CREDITOR ID: 301633-39<br>MARIA FATIMA ROSALES<br>18147 SW 138TH PLACE<br>MIAMI FL 33177 |
| CREDITOR ID: 301634-39<br>MARIA G BAKER<br>2953 BRECKENRIDGE DR<br>PENSACOLA FL 32526 | CREDITOR ID: 301635-39<br>MARIA G MORENO<br>9951 SW 41 ST<br>MIAMI FL 33165 | CREDITOR ID: 301636-39<br>MARIA I MONTOYA<br>16951 SW 138TH CT<br>MIAMI FL 33177 |
| CREDITOR ID: 301637-39<br>MARIA J BANEGAS<br>8837 NW 116 TERRACE<br>HIALEAH GDNS FL 33016 | CREDITOR ID: 301638-39<br>MARIA JEFFRIES & ALLEN<br>JEFFRIES JT TEN<br>520 E BABCOCK LN<br>RENSSELAER IN 47978 | CREDITOR ID: 301639-39<br>MARIA KEACH<br>1600 WEAVER DRIVE<br>LUTZ FL 33549 |
| CREDITOR ID: 301640-39<br>MARIA L BOLADO<br>2407 14 STREET DR WEST #B<br>PALMETTO FL 34221 | CREDITOR ID: 301641-39<br>MARIA L COMPANIONI<br>8411 N GOMEZ AVE<br>TAMPA FL 33614 | CREDITOR ID: 301642-39<br>MARIA L ECKARD<br>750 SILVER MAPLE DR<br>TALLAHASSEE FL 32308 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301643-39<br>MARIA L GONZALEZ<br>91 W 59 ST<br>HIALEAH FL 33012 | CREDITOR ID: 301644-39<br>MARIA L HORAN<br>1975 SE 34TH STREET<br>OCALA FL 34471 | CREDITOR ID: 301645-39<br>MARIA L KULCSAR<br>PO BOX 1884<br>HIGH  SPRINGS FL 32643 |
| CREDITOR ID: 301646-39<br>MARIA L MARTINEZ<br>8269 TORRES ST<br>NAVARRE FL 32566 | CREDITOR ID: 301647-39<br>MARIA L MEDELLIN<br>900 WALNUT ST<br>SWEETWATER TX 79556 | CREDITOR ID: 301648-39<br>MARIA L MONTES<br>3511 SUNCREST DR<br>LAKE  WORTH FL 33467 |
| CREDITOR ID: 301649-39<br>MARIA L MORALES<br>1548 NE 8TH ST APT 108<br>HOMESTEAD FL 33033 | CREDITOR ID: 301650-39<br>MARIA L NOREN<br>24 GREEN ST<br>FLORAL  PARK NY 11001 | CREDITOR ID: 301651-39<br>MARIA L PORRITT<br>243 ABBEYVILLE ST<br>DELTONA FL 32725 |
| CREDITOR ID: 301652-39<br>MARIA LORETTA STOYKA<br>195 BRIARWOOD RD<br>TYRONE GA 30290 | CREDITOR ID: 301653-39<br>MARIA LOURDES GONZALEZ<br>40 NW 18TH AV 4<br>MIAMI FL 33125 | CREDITOR ID: 301654-39<br>MARIA LYN ROBERTS<br>581 FIRESTONE ST NE<br>PALM  BAY FL 32907 |
| CREDITOR ID: 301655-39<br>MARIA LYNN SPAULDING<br>3345NE 45TH STREET<br>OCALA FL 34479 | CREDITOR ID: 301656-39<br>MARIA M BRODGEN<br>5900 PORTSMOUTH DR<br>MONTGOMERY AL 36116 | CREDITOR ID: 301657-39<br>MARIA M HARRISON<br>7400 KENTWOOD DR<br>BILOXI MS 39532 |
| CREDITOR ID: 301658-39<br>MARIA P MURPHY & JOSEPH R<br>MURPHY JT TEN<br>4279 KENSINGTON RD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 301659-39<br>MARIA PASTORE<br>10523 HORITON DRIVE<br>SPRING  HILL FL 34608 | CREDITOR ID: 301660-39<br>MARIA PETRYKOWSKI<br>5353 SHOLTZ ST<br>NAPLES FL 33963 |
| CREDITOR ID: 301661-39<br>MARIA R FAESSLER & PAUL<br>FAESSLER JT TEN<br>3917 DEER PARK AVE<br>CINCINNATI OH 45236 | CREDITOR ID: 301662-39<br>MARIA RUFINO<br>11010 NW 17TH CT<br>PEMBROKE  LAKES FL 33026 | CREDITOR ID: 301663-39<br>MARIA S BLEAKLEY<br>257 ANNEX ST<br>RESERVE LA 70084 |
| CREDITOR ID: 301665-39<br>MARIA S BLEAKLEY & DWAIN E<br>BLEAKLEY TEN COM<br>257 ANNEX ST<br>RESERVE LA 70084 | CREDITOR ID: 301664-39<br>MARIA S BLEAKLEY & DWAIN E<br>BLEAKLEY JT TEN<br>257 ANNEX<br>RESERVE LA 70084 | CREDITOR ID: 301666-39<br>MARIA S ORONA<br>14099 CR 737<br>WEBSTER FL 33597 |
| CREDITOR ID: 301667-39<br>MARIA SMITH<br>10521 MOORES CHAPEL ROAD<br>CHARLOTTE NC 28214 | CREDITOR ID: 301668-39<br>MARIA SPINA WHITE<br>1571 VANECK ROAD<br>PALM  BAY FL 32907 | CREDITOR ID: 301669-39<br>MARIA V D GANIO<br>8383 OAK CROSSING DR W<br>JACKSONVILLE FL 32244 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

CREDITOR ID: 301670-39
MARIA W BRUZEWSKI
P O BOX 305
CADIZ KY 42211

CREDITOR ID: 301671-39
MARIA W KRUSOS
401 CENTER DR
TAYLORS SC 29687

CREDITOR ID: 301672-39
MARIALUISA R PITT
13210 SW 256TH ST
PRINCETON FL 33032

CREDITOR ID: 301673-39
MARIAN A INGLIS
4708 EAST LUCERNE LAKES BLVD
BUILDING 3 UNIT 102
LAKE WORTH FL 33467

CREDITOR ID: 301674-39
MARIAN B PAINE
18033 SW 142 CT
REDLANDS FL 33177

CREDITOR ID: 301675-39
MARIAN C DIXON
1002 4TH ST E
LEHIGH FL 33972

CREDITOR ID: 301676-39
MARIAN C MARTIN
1625 GALE ST
LOUDON TN 37774

CREDITOR ID: 301677-39
MARIAN C STRANBURG TTEE U A
DTD 4-14-93 MARIAN C
STRANBURG LIV TR
PO BOX 63
CHAUTAUQUA NY 14722

CREDITOR ID: 301678-39
MARIAN D WINGATE
1398 HIGHLAND BLUFF CT
LINCOLNTON NC 28092

CREDITOR ID: 301679-39
MARIAN E MC ELHANEY & WESLEY
O MC ELHANEY JT TEN
720 E HAVASU AVE
CHINO VALLEY AZ 86323

CREDITOR ID: 301680-39
MARIAN E SPENCE
2304 MARLETTE CT
AUGUSTA GA 30906

CREDITOR ID: 301681-39
MARIAN ELIZABETH HALL &
ANTHONY E CONTI JT TEN
649 DUKE CIRCLE
AUSTINTOWN OH 44515

CREDITOR ID: 301682-39
MARIAN G CLOW
5100 FILLMORE AVE APT 823
ALEXANDRIA VA 22311

CREDITOR ID: 301683-39
MARIAN H MIDDENDORF
678 COLLINS COURT
BETHANY BEACH DE 19930

CREDITOR ID: 301684-39
MARIAN JAMES PIERCE
3405 GABLES CT
TAMPA FL 33609

CREDITOR ID: 301685-39
MARIAN L MEENA
4204 HERSCHEL ST #53
JACKSONVILLE FL 32210

CREDITOR ID: 301686-39
MARIAN NEU SIDEBOTTOM
2765 BAYBROOK RD
LEXINGTON KY 40517

CREDITOR ID: 301687-39
MARIAN R HEADY & STEPHEN E
HEADY TR U-A 5/30/84 EARL O
HEADY TRUST
1801 20TH ST APT K-14
AMES IA 50010

CREDITOR ID: 301688-39
MARIAN S BURDEN
ATTN H MARIAN SMITH
108 PALANCAR CT
ANDERSON SC 29621

CREDITOR ID: 301689-39
MARIAN T WALLER TR U A
04/04/94 F-B-O MARIAN T
WALLER REV TRUST
701 SABAL PALM LANE
PALM BEACH GARDENS FL 33418

CREDITOR ID: 301690-39
MARIAN W NEWTON
8330 NEWTON RD
JACKSONVILLE FL 32216

CREDITOR ID: 301691-39
MARIANA E CASSELL
28028 ASHLAND
HARRISON TWP MI 48045

CREDITOR ID: 301692-39
MARIANITA TRINIDAD
16795 67 CT NORTH
LOXAHATCHEE FL 33470

CREDITOR ID: 301693-39
MARIANN MATKOVICH
536 W PATTERSON
LAKELAND FL 33803

CREDITOR ID: 301694-39
MARIANNA BURKE
7088 BARIBILL PL
CINCINNATI OH 45230

CREDITOR ID: 301695-39
MARIANNA PARRAMORE
2615 HEMPEL AVE
WINDEMERE FL 34786

CREDITOR ID: 301696-39
MARIANNA PARRAMORE & WILLIAM
E PARRAMORE JT TEN
2615 HEMPEL AVE
WINDERMERE FL 34786

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 301697-39<br>MARIANNA PATRICIA KRANZ<br>C/O MARIANNA KRANZ MALONE<br>1184 HERON AVE<br>MIAMI  SPRINGS FL 33166 | CREDITOR ID: 301698-39<br>MARIANNE A KILGORE & WILLIAM<br>K KILGORE JT TEN<br>2125 MOMI WAY<br>HONOLULU HI 96822 | CREDITOR ID: 301699-39<br>MARIANNE A SINCLAIR<br>127 OCEAN SPRAY AVE<br>SATELLITE  BEACH FL 32937 |
| CREDITOR ID: 301700-39<br>MARIANNE AUSTIN<br>908 RHONDA CT<br>RADCLIFF KY 40160 | CREDITOR ID: 301701-39<br>MARIANNE BROADBEAR<br>865 N ISLAND DRIVE<br>ATLANTA GA 30327 | CREDITOR ID: 301702-39<br>MARIANNE F BOOTH<br>33107 MULBEERY RD<br>DADE  CITY FL 33525 |
| CREDITOR ID: 301703-39<br>MARIANNE F MILLS<br>4238 S SUNRISE AVE<br>SPRINGFIELD MO 65810 | CREDITOR ID: 301704-39<br>MARIANNE FEGAN MORIN<br>2822 TALLADEGA DRIVE<br>ORLANDO FL 32826 | CREDITOR ID: 301705-39<br>MARIANNE H DUHAIME & GERARD<br>L DUHAIME JT TEN<br>7730 WATER OAK POINT RD<br>PASADENA MD 21122 |
| CREDITOR ID: 301706-39<br>MARIANNE JOHNSON<br>113 GATEWOOD DRIVE<br>LAWNDALE NC 28090 | CREDITOR ID: 301707-39<br>MARIANNE JOHNSON & ROBERT<br>COY JOHNSON JT TEN<br>113 GATEWOOD DR<br>LAWNDALE NC 28090 | CREDITOR ID: 301708-39<br>MARIANNE KRAKEHL<br>22539 SEA BASS DR<br>BOCA  RATON FL 33428 |
| CREDITOR ID: 301709-39<br>MARIANNE MCEVOY<br>2226 NEWBERRY ST<br>WILLIAMSPORT PA 17701 | CREDITOR ID: 301710-39<br>MARIANNE RAHM<br>560 CAMBRIDGE DRIVE<br>FT  LAUDERDALE FL 33326 | CREDITOR ID: 301711-39<br>MARIANO J NODAL<br>9142 NW 112 ST<br>HIALEAH  GARDENS FL 33016 |
| CREDITOR ID: 301712-39<br>MARIBEL BERMUDEZ & MIGUEL A<br>BERMUDEZ JT TEN<br>4250 S LANDAR DR<br>LAKE  WORTH FL 33463 | CREDITOR ID: 301713-39<br>MARIBEL C GARCIA<br>1711 W 68 ST<br>HIALEAH  LAKES FL 33014 | CREDITOR ID: 301714-39<br>MARIE A AMELING TTEE<br>U/A DTD 06/22/04<br>MARIE A AMELING TRUST<br>2025 HAWTHORNE LANE<br>CHESTERTON IN 46304 |
| CREDITOR ID: 301715-39<br>MARIE A CATALANO<br>3107 DEVON CT<br>SEBRING FL 33870 | CREDITOR ID: 301716-39<br>MARIE A DOROBKOWSKI<br>23335 CHARLSTON PLACE<br>LAND  O  LAKES FL 34639 | CREDITOR ID: 301717-39<br>MARIE A DOROBKOWSKI & EUGENE<br>H DOROBKOWSKI JT TEN<br>23335 CHARLSTON PL<br>LAND  O  LAKES FL 34639 |
| CREDITOR ID: 301718-39<br>MARIE A NOOTE<br>1769 RUSSET HILL CIRCLE<br>HOOVER AL 35244 | CREDITOR ID: 301719-39<br>MARIE AGNES AMELING<br>2025 HAWTHORNE LANE<br>CHESTERTON IN 46304 | CREDITOR ID: 301720-39<br>MARIE B JOLLY<br>1711 W FOURTH AVE<br>GASTONIA NC 28052 |
| CREDITOR ID: 301721-39<br>MARIE B TRUESDELL<br>1609 N INDIAN RIVER RD<br>NEW  SMYRNA  BCH FL 32169 | CREDITOR ID: 301722-39<br>MARIE BRAMBLETT GILMER<br>228 TRUSSELL RIDGE<br>PENDERGRASS GA 30567 | CREDITOR ID: 301723-39<br>MARIE C BECHTER<br>814 S WATERWAY<br>VENICE FL 34285 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301724-39<br><br>MARIE C RISO<br>PO BOX 5322<br>FORT  LAUDERDALE FL 33310 | CREDITOR ID: 301725-39<br><br>MARIE C SAHM<br>62 MARINER LANE<br>ROTONDA  WEST FL 33947 | CREDITOR ID: 301726-39<br><br>MARIE C SAHM & NELSON R SAHM<br>JT TEN<br>62 MARINER LANE<br>ROTONDA  WEST FL 33947 |
| CREDITOR ID: 301727-39<br><br>MARIE C VICTOR<br>15113 NE 6TH AVE<br>MIAMI FL 33162 | CREDITOR ID: 301728-39<br><br>MARIE C WORSHAM<br>ROUTE 7 BOX 724<br>JACKSONVILLE TX 75766 | CREDITOR ID: 301729-39<br><br>MARIE CLAIRE R ZALANKA<br>2011 NW 61ST AVE<br>CITY  OF  SUNRISE FL 33313 |
| CREDITOR ID: 301730-39<br><br>MARIE CLONTZ<br>6275 PHILLIPPI RD<br>JULIAN NC 27283 | CREDITOR ID: 301731-39<br><br>MARIE CLONTZ & ALAN CLONTZ<br>JT TEN<br>6275 PHILLIPPI RD<br>JULIAN NC 27283 | CREDITOR ID: 301732-39<br><br>MARIE CROWSON BRUNER & JAMES<br>MARVIN BRUNER JT TEN<br>3506 PRINCESS ANN<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 301733-39<br><br>MARIE DE BLASIO<br>77 FLORAL PARK ST<br>ISLIP  TERR NY 11751 | CREDITOR ID: 301734-39<br><br>MARIE DEBORAH REGATTS<br>ATTN MARIE DEBORAH R JOHNS<br>50 MARSHLAND RD #30<br>HILTON  HEAD SC 29926 | CREDITOR ID: 301735-39<br><br>MARIE DOMINGO CUST FOR<br>MEGARR MARY HARTLEY<br>U/T/L/A/G/T/M/A<br>ATTN MEGAN TORNABENE<br>818 JOE YENNI BLVD APT 27<br>KENNER LA 70065 |
| CREDITOR ID: 301736-39<br><br>MARIE E BASIL<br>13917 SW 90 AVE. APT. B214<br>MIAMI FL 33176 | CREDITOR ID: 301737-39<br><br>MARIE E GARLAND KINGSMILL<br>940 PICHELOUP PL<br>NEW  ORLEANS LA 70119 | CREDITOR ID: 301738-39<br><br>MARIE E JONES & FRANKLIN L<br>JONES TEN ENT<br>2510 WHITEFORD RD<br>WHITEFORD MD 21160 |
| CREDITOR ID: 301739-39<br><br>MARIE E MILLER<br>PO BOX 51161<br>JACKSONVILLE FL 32240 | CREDITOR ID: 301740-39<br><br>MARIE E SCHICKLEY PALMER<br>29 LONGFIELD RD<br>NEW  BRUNSWICK NJ 08901 | CREDITOR ID: 301741-39<br><br>MARIE ELIZABETH BAY<br>6043 MAYBERRY AVE<br>NORTH  PORT FL 34287 |
| CREDITOR ID: 301742-39<br><br>MARIE ELIZABETH FLAUSE<br>TRUSTEE U-A DTD 02-17-98|BOB<br>& BETTY FLAUSE LIVING TRUST<br>1100 OLD SALINAS HWY<br>MONTEREY CA 93940 | CREDITOR ID: 301743-39<br><br>MARIE ELIZABETH PALMER<br>BRANHAM<br>PO BOX 97<br>RIDGEWAY SC 29130 | CREDITOR ID: 301744-39<br><br>MARIE F PHOEBUS & ROBERT E<br>PHOEBUS SR JT TEN<br>PO BOX 373<br>HIGH  SPRINGS FL 32655 |
| CREDITOR ID: 301745-39<br><br>MARIE G ALLEN<br>6103 GLEN HILL RD<br>LOUISVILLE KY 40222 | CREDITOR ID: 301746-39<br><br>MARIE G KNAPPS CUST SARAH M<br>KNAPPS UNDER THE CT UND UNIF<br>GIFT MIN ACT<br>502 HALLADAY AVE<br>SUFFIELD CT 06078 | CREDITOR ID: 301747-39<br><br>MARIE G SCHUYLER & MICHAEL<br>ALLEN SCHUYLER JT TEN<br>2746 1ST ST<br>VERO  BEACH FL 32968 |
| CREDITOR ID: 301748-39<br><br>MARIE G STEADLE<br>5502 MAE COURT<br>LOUISVILLE KY 40214 | CREDITOR ID: 301749-39<br><br>MARIE GLEE BROWN<br>RR 4 BOX 2320<br>MADISON FL 32340 | CREDITOR ID: 301750-39<br><br>MARIE H JOHNSON<br>491 SOUTHWINDS W<br>ALEXANDER  CITY AL 35010 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 301751-39
MARIE HELMS TUTTLE
881 COSTNER SCHOOL RD
BESSEMER CITY NC 28016

CREDITOR ID: 301752-39
MARIE HENSON & LORENZA
HENSON JT TEN
13475 COUNTY RD 33
WEDOWEE AL 36278

CREDITOR ID: 301753-39
MARIE ISTRE
272 GUILLORY DR
CROWLEY LA 70526

CREDITOR ID: 301754-39
MARIE J CHAPMAN
150 STAR TRAIL DR
FOREST CITY NC 28043

CREDITOR ID: 301755-39
MARIE K BACKUS
3955 GRANT RD
GRANT FL 32949

CREDITOR ID: 301756-39
MARIE K COCHRAN
181 GRIFFIN RD
WOODRUFF SC 29388

CREDITOR ID: 301757-39
MARIE K TEECE
2821 LAKEVIEW POINT ROAD
QUINCY FL 32351

CREDITOR ID: 301758-39
MARIE KAIE BARTREM & MARK
DOUGLAS BARTREM JT TEN
18481 HOLLY RD
FT MYERS FL 33912

CREDITOR ID: 301759-39
MARIE L JOHNSON & PAMELA
MARIE DUREN JT TEN
RR 2 BOX 451
ADEL GA 31620

CREDITOR ID: 301760-39
MARIE L LEGG
16539 DAWNCREST WAY
SUGAR LAND TX 77478

CREDITOR ID: 301761-39
MARIE LONG
2824 LEES NECK FARM RD
SALUDA VA 23149

CREDITOR ID: 301763-39
MARIE LOUISE ROBBINS MIZONO
CUST NICOLAS ROBERT MIZONO
UNDER THE CA UNIF TRAN MIN
ACT UNTIL AGE 21
3867 19TH ST
SAN FRANCISCO CA 94114

CREDITOR ID: 301762-39
MARIE LOUISE ROBBINS MIZONO
CUST MAXIMILIAN JOHN MIZONO
UNDER THE CA UNIF TRAN MIN
ACT UNTIL AGE 21
3867 19TH ST
SAN FRANCISCO CA 94114

CREDITOR ID: 301765-39
MARIE LOURDES FONTUS
LABASTILLE CUSTODIAN FOR
KARL ASSERVOGGLY LABASTILLE UND
FL UNIFORM TRANSFERS TO MINORS ACT
1630 N W 120TH ST
MIAMI FL 33167

CREDITOR ID: 301764-39
MARIE LOURDES FONTUS
LABASTILLE CUSTODIAN FOR
JONATHAN LABASTILLE UNDER
FL UNIFORM TRANSFERS TO MINORS ACT
1630 N W 120TH ST
MIAMI FL 33167

CREDITOR ID: 301766-39
MARIE M HAMILTON
19 NEWGATE RD
PITTSBURGH PA 15202

CREDITOR ID: 301767-39
MARIE M ZIEGLER
ATTN MARIE MOCKBEE
14 HILLSIDE AVE
WILDER KY 41071

CREDITOR ID: 301769-39
MARIE MOORE
1706 SAM HOUSTON
SWEETWATER TX 79556

CREDITOR ID: 301770-39
MARIE P SCIMECA
13299 NEW GENESSEE RD
TICKFAW LA 70466

CREDITOR ID: 301771-39
MARIE PAULA DWYER-GIORDANO
18630 SW 97TH COURT
MIAMI FL 33157

CREDITOR ID: 301772-39
MARIE PLANT BENTLEY
8778 MOBILE RD
GREENVILLE AL 36037

CREDITOR ID: 301773-39
MARIE R BRICKL
16602 HOLLAND LN
SPRINGHILL FL 34610

CREDITOR ID: 301774-39
MARIE R SMITH
5546 SW 7 CT
MARGATE FL 33068

CREDITOR ID: 301775-39
MARIE RITA BERARDI CUST
MARIE B BERARDI IL/U/G/T/M/A
9822 S HOYNE AVE
CHICAGO IL 60642

CREDITOR ID: 301776-39
MARIE S JULME
834 S W 13TH STREET
FT LAUDERDALE FL 33315

CREDITOR ID: 301777-39
MARIE S PELIKAN
1701 PENNINGTON RD
EWING NJ 08618

CREDITOR ID: 301778-39
MARIE SEARS BARNHILL
PO BOX 587
WILLIAMSTON NC 27892

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301779-39<br>MARIE SPIRES & SHELLIA<br>SPIRES JT TEN<br>1098 GRAYS LANE<br>NEW RICHMOND OH 45157 | CREDITOR ID: 301780-39<br>MARIE T BOWIE<br>P O BOX 777<br>IVA SC 29655 | CREDITOR ID: 301781-39<br>MARIE THOMASON BOWIE<br>PO BOX 777<br>IVA SC 29655 |
| CREDITOR ID: 301782-39<br>MARIE WELENE PITRE<br>563 JESS BERGERON RD<br>OPELOUSAS LA 70570 | CREDITOR ID: 301783-39<br>MARIE ZITO<br>810 PRESCOTT PL<br>WEST BABYLON NY 11704 | CREDITOR ID: 301784-39<br>MARIETTA H MARTIN<br>4118 WOODFIN ST<br>HOUSTON TX 77025 |
| CREDITOR ID: 301785-39<br>MARIKA D CHRIST & EFFIE<br>CHRIST JT TEN<br>5331 TWIN CREEKS DR<br>VALRICO FL 33594 | CREDITOR ID: 301786-39<br>MARIKA S COLLEY<br>924 HANSEN ST<br>WEST PALM BEACH FL 33405 | CREDITOR ID: 301787-39<br>MARILEE ANNE MORBACH CUSTODIAN<br>FOR JOHN JOSEPH MOSER UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>1615 SW 84 AVENUE<br>MIAMI FL 33155 |
| CREDITOR ID: 301788-39<br>MARILINA SIMON<br>1349 LOCHBREEZE WAY<br>ORLANDO FL 32828 | CREDITOR ID: 301789-39<br>MARILOU K HOMER<br>6144 SHENANDOAH WAY<br>ORLANDO FL 32807 | CREDITOR ID: 301790-39<br>MARILYN A BYERLY & CECIL V<br>BYERLY JT TEN<br>9204 WATERCRESS DR<br>FORT WORTH TX 76135 |
| CREDITOR ID: 301791-39<br>MARILYN A DIEFENDERFER<br>203 GRAYLYN DR<br>CHAPEL HILL NC 27516-4457 | CREDITOR ID: 301792-39<br>MARILYN ALFONSO<br>5104 NW 195TH LANE<br>OPA LOCKA FL 33055 | CREDITOR ID: 301793-39<br>MARILYN B MCDONALD & RAYMOND<br>D MCDONALD JT TEN<br>2529 JOHN L ST<br>PORT HURON MI 48060 |
| CREDITOR ID: 301794-39<br>MARILYN BRIDGES<br>1035 LOYALIST LANE<br>MOUNT PLEASANT SC 29464 | CREDITOR ID: 301795-39<br>MARILYN COSTIGAN<br>300 HICKORY DR<br>LONGWOOD FL 32779-2424 | CREDITOR ID: 301796-39<br>MARILYN DEMATO CUST PAUL<br>DEMATO UND UNIF GIFT MIN ACT<br>NY<br>321 WICKHAM LAKES DR<br>VIERA FL 32940 |
| CREDITOR ID: 301797-39<br>MARILYN E ERSKINE<br>2059 CHRISTIAN CIRCLE<br>CONYERS GA 30013 | CREDITOR ID: 301798-39<br>MARILYN E LIVERMAN<br>911 N 71 AVENUE<br>HOLLYWOOD FL 33024 | CREDITOR ID: 301799-39<br>MARILYN E SHEPLER<br>5114 VINSON DR<br>TAMPA FL 33610 |
| CREDITOR ID: 301800-39<br>MARILYN EBERHARDT GILLANE<br>1921 EISERHOWER AVE<br>METAIRIE LA 70003 | CREDITOR ID: 301801-39<br>MARILYN F HAMER<br>220 DYE LEAF RD<br>FAIRVIEW NC 28730 | CREDITOR ID: 301802-39<br>MARILYN G GELBER<br>41 MAGDALENA COURT<br>MILL VALLEY CA 94941 |
| CREDITOR ID: 301803-39<br>MARILYN GADOURY<br>ATTN MARILYN CLARK<br>7579 SW 108 PL<br>OCALA FL 34476 | CREDITOR ID: 301804-39<br>MARILYN GUNDERSON<br>7338 MAGOUN AVE<br>HAMMOND IN 46324 | CREDITOR ID: 301805-39<br>MARILYN HARSHMAN<br>22 E THRUSH ST<br>APOPKA FL 32712 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

CREDITOR ID: 301806-39
MARILYN J GRANDLUND
1770 KINGSMILL DR
ORLANDO FL 32826

CREDITOR ID: 301807-39
MARILYN J JOYNER
1630 MOONEYHAM RD
SUMTER SC 29153

CREDITOR ID: 301808-39
MARILYN J WHYNOT
555 4TH ST LOT 72
VERO BEACH FL 32962

CREDITOR ID: 301809-39
MARILYN JEAN CIMAROSSA
4800 PARKVIEW MINE DR
SUGAR HILL GA 30518

CREDITOR ID: 301810-39
MARILYN JEAN PARRISH
9236 9TH AVE
JACKSONVILLE FL 32208

CREDITOR ID: 301811-39
MARILYN JO STINE
1307 SHADY LANE RD
COLUMBUS OH 43227

CREDITOR ID: 301812-39
MARILYN JOHNSON
3304 BRIGHT
FT WORTH TX 76119

CREDITOR ID: 301813-39
MARILYN K HOOKMAN
320 HARRIETT DR
SAN ANTONIO TX 78216

CREDITOR ID: 301814-39
MARILYN L OCONNOR MCGOWAN
P O BOX 603
3636 OAKBROOK LANE
PANAMA CITY FL 32408

CREDITOR ID: 301815-39
MARILYN LEIDNER
1091 MCLEAN AVE
WANTAGH NY 11793

CREDITOR ID: 301816-39
MARILYN M CRUSE
1387 CHINABERRY DR
LEWISVILLE TX 75077

CREDITOR ID: 301817-39
MARILYN M HEWITT & SAM D
HEWITT SR JT TEN
60 THATCH PALM ST W 60
LARGO FL 33770

CREDITOR ID: 301818-39
MARILYN M MAYFIELD
502 WEST B NORTH ST
RAYNE LA 70578

CREDITOR ID: 301819-39
MARILYN M NELSON
791 CORBIN RD
CHIPLEY FL 32428

CREDITOR ID: 301820-39
MARILYN M SKATTUM
47 LAUREL OAKS CIR
ORMOND BEACH FL 32174

CREDITOR ID: 301821-39
MARILYN MCMILLIAN
117 DEVONSHIRE DR
FORT PIERCE FL 34946

CREDITOR ID: 301822-39
MARILYN P CASBOURNE & LESLIE
J CASHOURNE JT TEN
541 WILSON BLVD S
NAPLES FL 33964

CREDITOR ID: 301823-39
MARILYN R HODGES
P O BOX 151
ST GEORGE GA 31646

CREDITOR ID: 301824-39
MARILYN R MASON & KENNETH
MASON JT TEN
2607 SERENITY CIRCLE N
FORT PIERCE FL 34981

CREDITOR ID: 301825-39
MARILYN R PURDY
7149 WISTERIA WAY
TAMARAC FL 33321

CREDITOR ID: 301826-39
MARILYN R SCHOOF CUST ERIK R
SCHOOF UNDER THE FL UNIF
TRAN MIN ACT
12690 CHARTWELL DR
FORT MYERS FL 33912

CREDITOR ID: 301827-39
MARILYN REA
2339 LANCASTER AVE
BALDWIN NY 11510

CREDITOR ID: 301828-39
MARILYN RUTH MAFFETT
503 ENGRAM ST
MONTEZUMA GA 31063

CREDITOR ID: 301829-39
MARILYN S CAULDER & DANNY R
CAULDER JT TEN
513 OAKCREST ST
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 301831-39
MARILYN SMALLEY
1012 OBISPO AVE
CORAL GABLES FL 33134

CREDITOR ID: 301832-39
MARILYN THOMAS
4 PLEASANT RIDGE AVE
FORT MITCHELL KY 41017

CREDITOR ID: 301833-39
MARINA JE BATES CUST JOHN
BATES BAUER UNDER THE IL
UNIF TRAN MIN ACT
3728 GUMBO LIMBO ST
BIG PINE KEY FL 33043

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301834-39<br>MARINA T TIROTTA<br>15042 SW 297 TER<br>HOMESTEAD FL 33033 | CREDITOR ID: 301835-39<br>MARINDA MCCOY<br>1708 N 12TH CT<br>LAKE WORTH FL 33460 | CREDITOR ID: 301836-39<br>MARIO C IGNACIO<br>13547 RAND DR<br>SHERMAN OAKS CA 91423 |
| CREDITOR ID: 301837-39<br>MARIO CALERO & PEGGY L<br>CALERO JT TEN<br>1365 DEVONSHIRE DR<br>MONTGOMERY AL 36116 | CREDITOR ID: 301838-39<br>MARIO D VALVERDE & LINDA L<br>POTTER VALVERDE JT TEN<br>940 HIAWATHA LN<br>SAGINAW TX 76131 | CREDITOR ID: 301839-39<br>MARIO DEARMAS<br>20454 NW 44TH PL<br>CAROL CITY FL 33055 |
| CREDITOR ID: 301840-39<br>MARIO F LABRIT JR<br>150 HAMPTON LANE<br>KEY BISCANE FL 33149 | CREDITOR ID: 301841-39<br>MARIO GUEVARA<br>3409 DOWNING WY<br>MESQUITE TX 75150 | CREDITOR ID: 301842-39<br>MARIO H MORALES<br>14541 DADE PINE AVE<br>MIAMI LAKES FL 33014 |
| CREDITOR ID: 301843-39<br>MARIO H RODRIGUEZ<br>8101 SW 72ND AVE APT 403<br>MIAMI FL 33143 | CREDITOR ID: 301844-39<br>MARIO OLIVO-RIVERA<br>12142 BUFFINGTON LN<br>RIVERVIEW FL 33569 | CREDITOR ID: 301845-39<br>MARIO PRIETO<br>8100 SW 24TH ST APT 112<br>N LAUDERDALE FL 33068 |
| CREDITOR ID: 301846-39<br>MARIO SIMMONS<br>P O BOX N3738<br>NASSAU<br>BAHAMAS | CREDITOR ID: 301847-39<br>MARIO VALERDI<br>800 OAKWOOD AVE<br>KEY LARGO FL 33037 | CREDITOR ID: 301848-39<br>MARIO VIGIL MENDOZA<br>PO BOX 01-4647<br>MIAMI FL 33101 |
| CREDITOR ID: 301849-39<br>MARION B LASHLEY<br>814 WASHINGTON ST<br>GRAHAM NC 27253 | CREDITOR ID: 301850-39<br>MARION BUTLER<br>1310 COLE LAKE RD<br>DALLAS GA 30132 | CREDITOR ID: 301851-39<br>MARION C LANIER<br>1112 CEDAR LANE RD<br>SANFORD NC 27330 |
| CREDITOR ID: 301852-39<br>MARION C PREWITT<br>4716 THOMAS ACRES<br>JOSHUA TX 76058 | CREDITOR ID: 301853-39<br>MARION CHILDS<br>PO BOX 344<br>SANTA ANNA TX 76878 | CREDITOR ID: 301854-39<br>MARION D AUSTIN & NATALIE S<br>AUSTIN JT TEN<br>5596 COUNTY RD<br>CLAY HILL FL 32234 |
| CREDITOR ID: 301855-39<br>MARION D BENEFIELD & RAMONA<br>L BENEFIELD JT TEN<br>P O BOX 737<br>SYLACAUGA AL 35150 | CREDITOR ID: 301856-39<br>MARION D DOCKERY<br>PO BOX 6986<br>MARYVILLE TN 37802 | CREDITOR ID: 301857-39<br>MARION D DOCKERY & TOM<br>DOCKERY JT TEN<br>P O BOX 487<br>TELLICO PLAINS TN 37385 |
| CREDITOR ID: 301858-39<br>MARION D ELLIOTT<br>3060 ORCHARD RD SW<br>CONYERS GA 30208 | CREDITOR ID: 301859-39<br>MARION D PARMER<br>381 OLD MAGOLIA RD<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 301860-39<br>MARION DEON MAYS<br>670 4TH AVE<br>BARTOW FL 33830 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:    05-03817-3F1

CREDITOR ID: 301861-39
MARION E BOGGS
165 ROSEWOOD CIR
COVINGTON GA 30016

CREDITOR ID: 301862-39
MARION EUGENE OWENS
1060 OLD BALLPARK RD
SPINDALE NC 28160

CREDITOR ID: 301863-39
MARION F HENDERSON
700 HENDRICKS RD
EASLEY SC 29642

CREDITOR ID: 301864-39
MARION F TALABAC
157 RAINTREE TRAIL
JUPITER FL 33458

CREDITOR ID: 301865-39
MARION G NELSON
PO BOX 2531
PANAMA CITY FL 32402

CREDITOR ID: 301866-39
MARION G OYER
139 INDIAN CIR
WILLIAMSBURG VA 23185

CREDITOR ID: 301867-39
MARION H BARNHILL
319 OAKLAND CIR
FT WALTON BCH FL 32548

CREDITOR ID: 301868-39
MARION HAWKINS
1355 SIROCCO STREET
FT MYERS FL 33919

CREDITOR ID: 301869-39
MARION I BOWEN
8904 MARK PL
LAUREL MD 20708

CREDITOR ID: 301870-39
MARION I KOWALEWSKI
305 FLORIDA AVE
SAINT CLOUD FL 34769

CREDITOR ID: 301871-39
MARION J KAWIECKI & BEVERLY J
KAWIECKI JT TEN
2544 PHIPPS AVE
ORLANDO FL 32818

CREDITOR ID: 301872-39
MARION JACK GRESSETT
1606 PANTHER LN
COLLEGE STATION TX 77840

CREDITOR ID: 301873-39
MARION JEANNINE ANDREWS
P O BOX 17696
WEST PALM BEACH FL 33416

CREDITOR ID: 301874-39
MARION JO MOSES
2831 SWEENEY HOLLOW RD
BIRMINGHAM AL 35215

CREDITOR ID: 301875-39
MARION L KNIGHT
4519 COLONIAL RD
MARTINEZ GA 30907

CREDITOR ID: 301876-39
MARION L LESNEWSKY
79 MOUNTAIN TERRACE ROAD
WEST HARTFORD CT 06107

CREDITOR ID: 301877-39
MARION L TAYLOR
4000 WINTER TER
TITUSVILLE FL 32780

CREDITOR ID: 301878-39
MARION M CUNNINGHAM & DENISE
C CUNNINGHAM JT TEN
5 RAYNES CT
TAYLORS SC 29687

CREDITOR ID: 301879-39
MARION M POTTER
8413 SMITH GROVE LN
PETERSBURG VA 23803

CREDITOR ID: 301880-39
MARION P BUTLER & JOSEPH T
BUTLER JR JT TEN
1310 COLE LAKE RD
DALLAS GA 30132

CREDITOR ID: 301881-39
MARION P DOVE
3522 US HWY 321-8
WINNSBORO SC 29180

CREDITOR ID: 301882-39
MARION P WILSON
58 BRIDGE ST PO BOX 44
MILTON NC 27305

CREDITOR ID: 301883-39
MARION R ANDREWS
111 ANDREWS RD
BELTON SC 29627

CREDITOR ID: 301884-39
MARION ROBINSON
1156 E 2700 S APT 126
SALT LAKE CTY UT 84106

CREDITOR ID: 301885-39
MARION RUSS & JOAN HOLTZ JT
TEN
352 SHEFFIELD-0
WEST PALM BEACH FL 33417

CREDITOR ID: 301886-39
MARION SIMS BUNKER
ATTN MRS A R SIMS
4012 STATEWOOD RD
ATLANTA GA 30342

CREDITOR ID: 301887-39
MARION SOWERS GROGAN
1418 RICHARDSON DR
REIDSVILLE NC 27320

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301888-39<br>MARION STEWART<br>112 MAPLECROFT ST<br>LIBERTY SC 29657 | CREDITOR ID: 301889-39<br>MARION V MALLOY<br>46 ACORN DR<br>RANDOLPH MA 02368 | CREDITOR ID: 301890-39<br>MARION W MERRITT JR<br>3205-I POST WOODS DR NW<br>ATLANTA GA 30339 |
| CREDITOR ID: 301891-39<br>MARION W PATTERSON JR<br>221 PRICE ST<br>LAURENS SC 29360 | CREDITOR ID: 301892-39<br>MARISA SEMBACH<br>3759 REEDPOND DR N<br>JACKSONVILLE FL 32223 | CREDITOR ID: 301893-39<br>MARISSA ARCHULETA<br>14114 EMERALD CRK<br>SAN ANTONIO TX 78230 |
| CREDITOR ID: 301894-39<br>MARISSA T SILLIMAN<br>5033 PENNINGTON LANE<br>PACE FL 32571 | CREDITOR ID: 301895-39<br>MARITA L TRACY<br>142 BIRCH DR<br>VASS NC 28394 | CREDITOR ID: 301896-39<br>MARITESS SANDERS & STEPHEN<br>SANDERS JT TEN<br>C/O MARITESS LOWERY<br>PO BOX 251<br>STARKE FL 32091 |
| CREDITOR ID: 301897-39<br>MARJEAN F WILLIAMS & DAYTON A<br>WILLIAMS JR JT TEN<br>5408 LEEWARD LN<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 301898-39<br>MARJORIE A GALYON<br>960 WINSOME RD<br>NORTH FORT MYERS FL 33903 | CREDITOR ID: 301899-39<br>MARJORIE A MCKENNA TTEE U-A<br>DTD 2/10/92 THE MARJORIE A<br>MCKENNA TRUST<br>2839 W 102ND PL<br>CHICAGO IL 60655 |
| CREDITOR ID: 301900-39<br>MARJORIE A STROM<br>548 SEGONIA RD<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 301901-39<br>MARJORIE A WOLFE & WILLARD E<br>WOLFE JR JT TEN<br>3218 W HORATIO ST<br>TAMPA FL 33609 | CREDITOR ID: 301902-39<br>MARJORIE B JOWERS<br>3456 AL HWY 22<br>SELMA AL 36701 |
| CREDITOR ID: 301903-39<br>MARJORIE BOONE COSTELLO TR<br>U-A 03-2-84 MARJORIE BOONE<br>COSTELLO TRUST<br>12580 SW 80TH AVE<br>MIAMI FL 33156 | CREDITOR ID: 301904-39<br>MARJORIE C BALDWIN<br>716 COLE ST<br>GREENSBORO NC 27401 | CREDITOR ID: 301905-39<br>MARJORIE CHODACK<br>415 RUDOLPH ST<br>RUCKERSVILLE VA 22968 |
| CREDITOR ID: 301906-39<br>MARJORIE E DUVAL<br>PO BOX 20308<br>HOUSTON TX 77225 | CREDITOR ID: 301907-39<br>MARJORIE E WALKER<br>11269 CURRY DR<br>PALM BEACH GARDENS FL 33418 | CREDITOR ID: 301908-39<br>MARJORIE F BAXTER<br>PO BOX 376<br>HAVANA FL 32333 |
| CREDITOR ID: 301909-39<br>MARJORIE F HENRICH<br>12550 LAKE AVE APT 301<br>LAKEWOOD OH 44107 | CREDITOR ID: 301910-39<br>MARJORIE G BROWN<br>3385 CARRIAGE LN<br>LEXINGTON KY 40517 | CREDITOR ID: 301911-39<br>MARJORIE GARNTO<br>P O BOX 293<br>RENTZ GA 31075 |
| CREDITOR ID: 301912-39<br>MARJORIE GINSBURG<br>389 COUNTRY CLUB LANE<br>NAPLES FL 33942 | CREDITOR ID: 301913-39<br>MARJORIE H BEAUFORT TTEE DTD<br>02-20-97 M B BEAUFORT FAMILY TR 1<br>3946 SAINT JOHNS AVE 91<br>JACKSONVILLE FL 32205 | CREDITOR ID: 301914-39<br>MARJORIE H FISHER & D S<br>GRIMARD & D E GRIMARD JT<br>TEN<br>BOX 176<br>E LONGMEADOW MA 01028 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 301915-39<br>MARJORIE J BAUMER<br>126 DOWNING RD<br>HUTCHINSON KS 67502 | CREDITOR ID: 301917-39<br>MARJORIE J SCOTT<br>161 CARL FOX RD<br>BURNSVILLE NC 28714 | CREDITOR ID: 301918-39<br>MARJORIE K JAMISON<br>109 BURDINE ST<br>SOMERSET KY 42501 |
| CREDITOR ID: 301919-39<br>MARJORIE L CHEWNING & DAVID<br>M CHEWING JT TEN<br>382 KERR ST SW<br>CONCORD NC 28025 | CREDITOR ID: 301920-39<br>MARJORIE L LUMPKIN & HENRY A<br>LUMPKIN SR JT TEN<br>PO BOX 847<br>KEY  LARGO FL 33037 | CREDITOR ID: 301921-39<br>MARJORIE L TAYLOR<br>7404 EIGHT MILE CREEK RD<br>PENSACOLA FL 32526 |
| CREDITOR ID: 301922-39<br>MARJORIE L TAYLOR & ROBERT L<br>TAYLOR JT TEN<br>7404 EIGHT MILE CREEK RD<br>PENSACOLA FL 32526 | CREDITOR ID: 301923-39<br>MARJORIE LOUISE LUMPKIN<br>PO BOX 847<br>KEY  LARGO FL 33037 | CREDITOR ID: 301924-39<br>MARJORIE M RADFORD<br>307 LEE DR<br>THOMSON GA 30824 |
| CREDITOR ID: 301925-39<br>MARJORIE M SCHAFER<br>RT 4 BOX 123<br>STARKE FL 32091 | CREDITOR ID: 301926-39<br>MARJORIE MOODY & JOHN MOODY<br>JT TEN<br>435 BANANA BLVD<br>MERRIT  IS FL 32952 | CREDITOR ID: 301927-39<br>MARJORIE NORRIS<br>16414 TANGERINE BLVD<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 301928-39<br>MARJORIE NOURSE KENNAMORE<br>17060 STONEHAVEN DR<br>BELTON MO 64012 | CREDITOR ID: 301929-39<br>MARJORIE NOURSE SIMMONS<br>ATTN MARJORIE N KENNAMORE<br>17060 STONEHAVEN DR<br>BELTON MO 64012 | CREDITOR ID: 301930-39<br>MARJORIE P KELLER<br>6444 WANDA LN<br>AUSTELL GA 30168 |
| CREDITOR ID: 301931-39<br>MARJORIE P MARTIN<br>25 FARMINGTON RD<br>GREENVILLE SC 29605 | CREDITOR ID: 301932-39<br>MARJORIE STENBORG<br>1123 INDIANA ST<br>VALLEJO CA 94590 | CREDITOR ID: 301933-39<br>MARJORIE T HASSETT CUST<br>LINDA K HASSETT UNIF GIFT<br>MIN LAW NH<br>C/O LINDA H CRAUL<br>954 CORONADO DR<br>GULF  BREEZE FL 32561 |
| CREDITOR ID: 301934-39<br>MARJORIE T HASSETT CUST JOHN<br>J HASSETT III UNIF GIFT MIN<br>LAW NH<br>2710 FAIRFIELD ST<br>RIVERDALE NY 10463 | CREDITOR ID: 301935-39<br>MARJORIE W BRANNEN & THOMAS<br>E BRANNEN JT TEN<br>4653 TANBARK RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 301936-39<br>MARJORY BARDIN GOODIN & ANNA<br>M GOODIN JT TEN<br>11860 BARDIN ROAD<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 301937-39<br>MARK A B WALTER<br>1060 MAIN ST  APT 15<br>MALDEN MA 02148 | CREDITOR ID: 301938-39<br>MARK A BAUMGART<br>12801 SW 10TH MNR<br>DAVIE FL 33325 | CREDITOR ID: 301939-39<br>MARK A BERG<br>310 DEERRIDGE DR<br>GATESVILLE TX 76528 |
| CREDITOR ID: 301940-39<br>MARK A BOWLING<br>6069 OAK HILL DR<br>FLOWERY  BRANCH GA 30542 | CREDITOR ID: 301941-39<br>MARK A BOYD<br>6528 THUNDERBIRD DR<br>NASHVILLE TN 37209 | CREDITOR ID: 301942-39<br>MARK A CASEY<br>10112 SETTLERS CREST LN<br>LOUISVILLE KY 40299 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301945-39<br>MARK A CHERRY CUST DIANE M<br>CHERRY UNIF TRAN MIN ACT FL<br>RR 2 BOX 1337M<br>MADISON FL 32340 | CREDITOR ID: 301946-39<br>MARK A CHIASSON<br>PO BOX 582<br>THIBODAUX LA 70302 | CREDITOR ID: 301947-39<br>MARK A CHRISTOPHE<br>3501 ASHLEY ST<br>ARLINGTON TX 76016 |
| CREDITOR ID: 301948-39<br>MARK A CICCARIELLA & ANNA M<br>IRISH JT TEN<br>1264 ANDREA DR<br>SIERRA  VISTA AZ 85635 | CREDITOR ID: 301949-39<br>MARK A DANIELS<br>9608 105TH TER<br>LARGO FL 33773 | CREDITOR ID: 301950-39<br>MARK A EMFINGER<br>9660 GEORGIA RD<br>WETUMPKA AL 36092 |
| CREDITOR ID: 301951-39<br>MARK A EMFINGER & TERESA M<br>EMFINGER JT TEN<br>5120 OLD SALEM RD<br>WETUMPKA AL 36092 | CREDITOR ID: 301952-39<br>MARK A FLEMING<br>3219 SULLEN PLACE<br>NEW  ORLEANS LA 70114 | CREDITOR ID: 301953-39<br>MARK A GAILEY<br>3345 MONTVALE DR<br>GAINESVILLE GA 30506 |
| CREDITOR ID: 301954-39<br>MARK A GATHOF<br>& KATHLEEN F GATHOF JT TEN<br>2664 KENWYCK<br>TROY MI 48098 | CREDITOR ID: 301955-39<br>MARK A GRIEB<br>23 KINGS MILL CT<br>HIRAM GA 30141 | CREDITOR ID: 301956-39<br>MARK A GUTIERREZ<br>36 VALLEYWOOD DR<br>DEBARY FL 32713 |
| CREDITOR ID: 301957-39<br>MARK A HARPER<br>704 CAMELLIA CT<br>SEFFNER FL 33584 | CREDITOR ID: 301958-39<br>MARK A HARROW<br>1999 JUANA RD<br>BOCA  RATON FL 33486 | CREDITOR ID: 301959-39<br>MARK A HAVILAND<br>RT 2 BOX 60 3<br>GREENVILLE FL 32331 |
| CREDITOR ID: 301960-39<br>MARK A HOLLIS<br>PO BOX 781<br>DALLAS GA 30132 | CREDITOR ID: 301961-39<br>MARK A JONES<br>RR 1 BOX 2086<br>THACKERVILLE OK 73459 | CREDITOR ID: 301962-39<br>MARK A MILLS<br>4726 NW 1ST DR<br>DEERFIELD  BCH FL 33442 |
| CREDITOR ID: 301963-39<br>MARK A MORMINO<br>4201 N SARANAC DR<br>TUCSON AZ 85718 | CREDITOR ID: 301964-39<br>MARK A NELMS<br>118 JEFF DR<br>CRESTVIEW FL 32536 | CREDITOR ID: 301965-39<br>MARK A OSTERHOLZ<br>1330 BROOKE AVE<br>CINCINNATI OH 45230 |
| CREDITOR ID: 301966-39<br>MARK A OTTERSBACH<br>9515 JANNA DR<br>LOUISVILLE KY 40272 | CREDITOR ID: 301967-39<br>MARK A ROSSER<br>7926 GREENLAND PL<br>CINCINNATI OH 45237 | CREDITOR ID: 301969-39<br>MARK A TAM & JEANEANE TAM<br>JT TEN<br>643 PARK RD<br>LEXINGTON SC 29072 |
| CREDITOR ID: 301970-39<br>MARK A THOMPSON<br>7540 FINCASTLE WY<br>ORLANDO FL 32822 | CREDITOR ID: 301971-39<br>MARK A TIDWELL & SABRINA<br>TIDWELL JT TEN<br>26498 US HWY 331<br>LAPINE AL 36046 | CREDITOR ID: 301972-39<br>MARK A WOLCOTT & SHERRY M<br>WOLCOTT JT TEN<br>PO BOX 337<br>ASTATULA FL 34705 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 301974-39<br>MARK ALAN SELLERS CUST<br>MEREDITH LAUREN SELLERS UNIF<br>TRANS MIN ACT TX<br>1235 E LAKE COLONY DR<br>MAITLEND FL 32751 | CREDITOR ID: 301975-39<br>MARK ALAN SELLERS CUST LEAH<br>ELIZABETH SELLERS UNIF TRANS<br>MIN ACT TX<br>1235 E LAKE COLONY DRIVE<br>MAITLAND FL 32751 | CREDITOR ID: 301976-39<br>MARK ALEXANDER LINDEMAN<br>8817 ASH AVE<br>PEWEE  VALLEY KY 40056 |
| CREDITOR ID: 301977-39<br>MARK ALLEN ROBINSON<br>2160 NW 2ND ST<br>POMPANO  BEACH FL 33069 | CREDITOR ID: 301978-39<br>MARK ANDERSON III<br>2068 MYRTLEWOOD DR<br>MONTGOMERY AL 36111 | CREDITOR ID: 301979-39<br>MARK ANDREW MEDLIN & MARY<br>CAROLINE MEDLIN JT TEN<br>124 MALLARD COURT<br>BAMBERG SC 29003 |
| CREDITOR ID: 301980-39<br>MARK ANTHONY BUCHLER<br>7314 MAMOUTH ST<br>ENGLEWOOD FL 34224 | CREDITOR ID: 301981-39<br>MARK ANTHONY WITTER<br>52 SHEPPARD ROAD<br>BEAUFORT SC 29902 | CREDITOR ID: 301982-39<br>MARK B MILLER<br>413 MCKENNA CT<br>LEXINGTON KY 40505 |
| CREDITOR ID: 301983-39<br>MARK B PETERS<br>104 BENJAMIN CT<br>SHELBY NC 28152 | CREDITOR ID: 301984-39<br>MARK BERUBE<br>64 KENSINGTON DR<br>MOUNT  HOLLY NJ 08060 | CREDITOR ID: 301985-39<br>MARK BLANKENSHIP<br>#204<br>529 ASPEN GLEN<br>CINCINNATI OH 45244 |
| CREDITOR ID: 301986-39<br>MARK BOWEN<br>7500 HARGRAVE RD<br>SABINA OH 45169 | CREDITOR ID: 301987-39<br>MARK BUCEK<br>714 KYLE DRIVE<br>ARLINGTON TX 76011 | CREDITOR ID: 301988-39<br>MARK BUDZINSKI<br>3807 24TH AVE W<br>BRADENTON FL 34205 |
| CREDITOR ID: 301990-39<br>MARK C GASCON<br>5218 SAINT ROCH AVE<br>NEW  ORLEANS LA 70122 | CREDITOR ID: 301991-39<br>MARK C LAWRENCE<br>13231 MAPLECREST DR<br>POTOMAC MD 20854 | CREDITOR ID: 301992-39<br>MARK C MOTSINGER<br>1145 DILLION<br>WINSTON  SALEM NC 27107 |
| CREDITOR ID: 301993-39<br>MARK C RADKA<br>2120 N GRAHAM<br>FREELAND MI 48623 | CREDITOR ID: 301994-39<br>MARK C TANNER<br>1018 LAKECREST AVE<br>HIGH  POINT NC 27265 | CREDITOR ID: 301995-39<br>MARK C TENNEY<br>1422 CROOKED STICK DR<br>VALRICO FL 33594 |
| CREDITOR ID: 301996-39<br>MARK C TERBOT<br>116 HOLLY MOORE DR<br>PINEVILLE LA 71360 | CREDITOR ID: 301997-39<br>MARK C TUNSTILL<br>9132 124TH WAY N<br>SEMINOLE FL 34642 | CREDITOR ID: 301998-39<br>MARK CHAPPELL<br>12338 TRAILBLAZER DR<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 301999-39<br>MARK CHARLES YEAGER<br>6772 AMELIA DR<br>SHARONVILLE OH 45241 | CREDITOR ID: 302000-39<br>MARK CHRISTOPHER GELE<br>129 WINDWARD PASSAGE<br>SLIDELL LA 70458 | CREDITOR ID: 302001-39<br>MARK D<br>3765 CHESTERTON ST<br>ROANOKE VA 24018 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302002-39<br>MARK D CHILDRESS<br>404 SADIE AVE<br>METAIRIE LA 70003 | CREDITOR ID: 302003-39<br>MARK D DEMONBREUN<br>3843 LAKE POINTE DR<br>MORRISTOWN TN 37814 | CREDITOR ID: 302004-39<br>MARK D DEMONBREUN & DEBRA J<br>DEMONBREUN JT TEN<br>3843 LAKE POINTE DR<br>MORRISTOWN TN 37814 |
| CREDITOR ID: 302005-39<br>MARK D HAMILTON<br>42 BENZINGTON WAY<br>LEICESTER NC 28748 | CREDITOR ID: 302006-39<br>MARK D JUSTICE & RUBY J<br>JUSTICE JT TEN<br>304 EDWARD AVE<br>LEHIGHE ACRES FL 33972 | CREDITOR ID: 302007-39<br>MARK D NAGY<br>7242 SW 139TH CT<br>MIAMI FL 33183 |
| CREDITOR ID: 302008-39<br>MARK D OTOOLE & DEBRA L<br>OTOOLE JT TEN<br>1338 RENSSELAER AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 302009-39<br>MARK D PEEL<br>3089 WATSON DRIVE SOUTH<br>JACKSONVILLE FL 32257 | CREDITOR ID: 302010-39<br>MARK D SCHATZEL<br>962 LEDRO ST<br>CINCINNATI OH 45246 |
| CREDITOR ID: 302011-39<br>MARK D SHIVAR<br>932 SAFFRON LN<br>MILFORD OH 45150 | CREDITOR ID: 302012-39<br>MARK D SMITH & SONYA D SMITH<br>JT TEN<br>332 W 94TH PL<br>CHICAGO IL 60620 | CREDITOR ID: 302013-39<br>MARK D THOMPSON<br>7380 CONTRELL RD<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 302014-39<br>MARK D WALTER<br>PO BOX 5526<br>OAK RIDGE TN 37831 | CREDITOR ID: 302015-39<br>MARK DALE EDWARDS<br>1235 MEMORIAL DRIVE EXT<br>GREER SC 29651 | CREDITOR ID: 302016-39<br>MARK DALLAS LIGGET<br>PO BOX 1166<br>DEER PARK TX 77536 |
| CREDITOR ID: 302021-39<br>MARK DAVID JOHNSON<br>3199 LOOMIS ST<br>LINCOLNTON NC 28092 | CREDITOR ID: 302022-39<br>MARK DAVID PARKER<br>4596 S E BECKET AVE<br>STUART FL 34997 | CREDITOR ID: 302023-39<br>MARK DENNIS GENTRY<br>2340 LAKESIDE TERR<br>LENOIR NC 28645 |
| CREDITOR ID: 302024-39<br>MARK DEWITT THRASHER<br>P O BOX 530<br>HAMBURG NY 14075 | CREDITOR ID: 302025-39<br>MARK DONALD MCINTYRE<br>PO BOX 2322<br>LOGANVILLE GA 30052 | CREDITOR ID: 302026-39<br>MARK E BLUTO & ANNA M BLUTO<br>JT TEN<br>1007 CENTRAL DR<br>CONCORD NC 28027 |
| CREDITOR ID: 302027-39<br>MARK E BRANSON<br>APT B<br>836 ORIENTA AVE<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 302028-39<br>MARK E FRAZIER<br>1785 IVY STONE CT<br>BUFORD GA 30519 | CREDITOR ID: 302029-39<br>MARK E HODGES<br>729 RANGEWOOD RD<br>PINEY FLATS TN 37686 |
| CREDITOR ID: 302030-39<br>MARK E HUMPHRIES<br>PO BOX 5032<br>DOUGLASVILLE GA 30154 | CREDITOR ID: 302032-39<br>MARK E HUMPHRIES CUST FOR<br>MARK ANDREW HUMPHRIES UNDER<br>THE GA UNIFORM TRANSFERS TO<br>MINORS ACT<br>P O BOX 5032<br>DOUGLASVILLE GA 30154 | CREDITOR ID: 302031-39<br>MARK E HUMPHRIES CUST FOR<br>CHARLES TYLER HUMPHRIES UNDER<br>THE GA UNIFORM TRANSFERS TO<br>MINORS ACT<br>P O BOX 5032<br>DOUGLASVILLE GA 30154 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

CREDITOR ID: 302033-39
MARK E MORRISSEY
11388 MARLETTE DR
CINCINNATI OH 45249

CREDITOR ID: 302034-39
MARK EDWARD BURRIS
122 WILD OAK RUN
ANDERSON SC 29625

CREDITOR ID: 302035-39
MARK EDWARD DAVIS
6324 SHEARWATER
FAIRFIELD OH 45014

CREDITOR ID: 302036-39
MARK EDWARD LEWIS
1368 FORK MOUNTAIN RD
BASSETT VA 24055

CREDITOR ID: 302037-39
MARK EDWARD MCCRARY
304 WATERFORD LANDING
MCDONOUGH GA 30253

CREDITOR ID: 302038-39
MARK EDWARD STRICKER &
MELISSA ANN STRICKER JT TEN
113 HARRIS AVE
BETHEL OH 45106

CREDITOR ID: 302039-39
MARK EDWARDS
167 N 700  W
SALT  LAKE  CITY UT 84116

CREDITOR ID: 302040-39
MARK EDWIN SEND & ESTHER
LORRAINE SEND JT TEN
2264 SW BAY SHORE DR
SUTTONS  BAY MI 49682

CREDITOR ID: 302041-39
MARK EGAN LEE
10148 PINE BREEZE WEST
JACKSONVILLE FL 32257

CREDITOR ID: 302042-39
MARK ELLIOTT PAGAN
6901 SW 147TH AVE
BUILDING 6 APT 4H
MIAMI FL 33193

CREDITOR ID: 302043-39
MARK ETHAN BLUTO
5454 DEER RUN CT
DAVIDSON NC 28036

CREDITOR ID: 302044-39
MARK EUGENE DULA
2610 BAKER CIR
GRANITE  FALLS NC 28630

CREDITOR ID: 302045-39
MARK F COOK
240 SUBURBAN DR
KENNESAW GA 30144

CREDITOR ID: 302046-39
MARK F SOLOMON
RT 1 BOX 334
MADISON FL 32340

CREDITOR ID: 302047-39
MARK FRANCIS WEIS
ATTN ANHEUSER BUSCH
P O BOX 35950
LOUISVILLE KY 40232

CREDITOR ID: 302048-39
MARK FRANKLIN ROGERS
167 FLOYD RD
NEWNAN GA 30263

CREDITOR ID: 302049-39
MARK G BOWYER
1459 OVERSTREET CREEK RD
BEDFORD VA 24523

CREDITOR ID: 302050-39
MARK G WABEKE
POB 1495
LARGO FL 33779

CREDITOR ID: 302051-39
MARK G WEDDLE
4012 CARTER STREET
CINCINNATI OH 45212

CREDITOR ID: 302052-39
MARK GILBERT
2841 NE 9TH AVE
POMPANO  BEACH FL 33064

CREDITOR ID: 302053-39
MARK GREGORY HANNA
16 CHEROKEE DRIVE
SHELBYVILLE KY 40065

CREDITOR ID: 302054-39
MARK H CARTER
9716 WHITETAIL ROAD
DOUGLASVILLE GA 30135

CREDITOR ID: 302055-39
MARK H FELTON & CINDY FELTON
JT TEN
3919 KELLY WAY
VALDOSTA GA 31602

CREDITOR ID: 302056-39
MARK H KOHLE
2750 SW 11TH PL
DEERFIELD  BEACH FL 33442

CREDITOR ID: 302058-39
MARK HAGMAN
APT A
901 WILLOW SPRINGS DR
LOUISVILLE KY 40242

CREDITOR ID: 302059-39
MARK HARRIS
9513 DONELY RD
CASSVILLE NY 13318

CREDITOR ID: 302060-39
MARK HEGMAN & JACQUELINE
HEGMAN JT TEN
4913 E SUNNYSLOPE RD
EDINA MN 55424

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

CREDITOR ID: 302061-39
MARK HERMAN BORSTELMANN
1919 38TH ST W
BRADENTON FL 34205

CREDITOR ID: 302062-39
MARK HOLLETT & ANNA D
HOLLETT JT TEN
2 PINE COURSE LANE
OCALA FL 34472

CREDITOR ID: 302064-39
MARK J EANES
55 LOGANBERRY CIR
VALDOSTA GA 31602

CREDITOR ID: 302065-39
MARK J EMERSON
12420 LAKELAND DRIVE
WALKER LA 70785

CREDITOR ID: 302066-39
MARK J KREDELL
1611 MAYFAIR RD APT 102
JACKSONVILLE FL 32207

CREDITOR ID: 302067-39
MARK J MULLINS
4243 CR 575
BUSHNELL FL 33513

CREDITOR ID: 302068-39
MARK J RANDOLPH
97 TURNER RD
VERNON AL 35592

CREDITOR ID: 302069-39
MARK J SPELL
261 PENHOLLOWAY ROAD
JESUP GA 31545

CREDITOR ID: 302070-39
MARK J VESELY & VIVIAN S
VESELY JT TEN
4324 TIMOR PL
SARASOTA FL 34241

CREDITOR ID: 302071-39
MARK J ZIEGLER
3949 LIMERICK
CINCINNATI OH 45236

CREDITOR ID: 302072-39
MARK JAMES FISHBURN
13 WALLACE ST
GREENVILLE SC 29605

CREDITOR ID: 302073-39
MARK JAMES GONTERMAN
3014 BLUEBONNET RD
SAN  ANGELO TX 76904

CREDITOR ID: 302074-39
MARK JOSEPH HAYDEL
1821 BRADFORD PL
HARVEY LA 70058

CREDITOR ID: 302075-39
MARK K LAVERTY
890 KERWOOD CIR
OVIEDO FL 32765

CREDITOR ID: 302076-39
MARK K SKINNER & MONIKA LYNN
SKINNER JT TEN
615 N WIGGINS RD LOT 19
PLANT  CITY FL 33566

CREDITOR ID: 302077-39
MARK K SOUTHERLAND & DONNA L
SOUTHERLAND JT TEN
2200 HWY 29 N
ANDERSON SC 29621

CREDITOR ID: 302078-39
MARK KEVIN DAY
931 S LEE ST
BATESBURG SC 29006

CREDITOR ID: 302079-39
MARK KEVIN SEXTON
1126 FIELDSTONE DR
CANTON GA 30114

CREDITOR ID: 302080-39
MARK KOHLER
RT 1 BOX 117
HAMILTON TX 76531

CREDITOR ID: 302081-39
MARK KREINDLER CUST JONATHAN
D KREINDLER UND UNIF GIFT
MIN ACT CA
3349 DEER HOLLOW DR
DANVILLE CA 94506

CREDITOR ID: 302082-39
MARK L ANDERSON
3960 HILLABEE RD
ALEX  CITY AL 35010

CREDITOR ID: 302083-39
MARK L EDMISTEN
2310 STARBROOKE DR
NEWTON NC 28658

CREDITOR ID: 302084-39
MARK L HUGHES & LISA M
HUGHES JT TEN
9498 LORENDALE CIR
SPRING  HILL FL 34608

CREDITOR ID: 302085-39
MARK L KIMBEL & SUBRINA B
KIMBEL JT TEN
131 SON KEEN RD
PLANT  CITY FL 33566

CREDITOR ID: 302086-39
MARK L LINDSEY
3920 ARTESIA BEND
ROUND  ROCK TX 78681

CREDITOR ID: 302087-39
MARK L STEVENS & JACQUELINE
STEVENS JT TEN
7356 CADENCIA ST
CARLSBAD CA 92009

CREDITOR ID: 302088-39
MARK L TALLENT
9035 DORSEY ST
SPRING  HILL FL 34608

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302089-39<br>MARK L TALLENT & MELANIE N<br>TALLENT JT TEN<br>9035 DORSEY ST<br>SPRING  HILL FL 34608 | CREDITOR ID: 302090-39<br>MARK L WARD<br>PO BOX 9852<br>COLUMBUS GA 31908 | CREDITOR ID: 302091-39<br>MARK LEE WILSON<br>803 WESTMORELAND RD<br>LULA GA 30554 |
| CREDITOR ID: 302092-39<br>MARK M YOUNG & BETH A YOUNG<br>JT TEN<br>2777 MAHONING COURT<br>CINCINNATI OH 45233 | CREDITOR ID: 302094-39<br>MARK MATHERNE<br>109 BELLE HAVEN<br>NEW  IBERIA LA 70563 | CREDITOR ID: 302095-39<br>MARK MATHIEU<br>203 ASPEN TR<br>LAFAYETTE LA 70507 |
| CREDITOR ID: 302096-39<br>MARK MCCOSHAM & PAULA<br>MCCOSHMAN JT TEN<br>3224 SIENNA DR<br>CINCINNATI OH 45251 | CREDITOR ID: 302097-39<br>MARK MCMILLAN<br>910 SUSAN ST<br>WACO TX 76706 | CREDITOR ID: 302098-39<br>MARK MIKKALSON & IRENE M<br>MIKKALSON JT TEN<br>3810 LAUREL CT<br>EAGAN MN 55122 |
| CREDITOR ID: 302099-39<br>MARK MILICI<br>PO BOX 850078<br>NEW  ORLEANS LA 70185 | CREDITOR ID: 302100-39<br>MARK MILLER & KIM MILLER JT<br>TEN<br>413 MCKENNA CT<br>LEXINGTON KY 40505 | CREDITOR ID: 302101-39<br>MARK MUNRO<br>205 NESTLEBRANCH DRIVE<br>SAFETY  HARBOR FL 34695 |
| CREDITOR ID: 302102-39<br>MARK MUNRO & MAURINE MUNRO<br>JT TEN<br>205 NESTLEBRANCH DR<br>SAFETY  HARBOR FL 34695 | CREDITOR ID: 302104-39<br>MARK O HARRIS<br>1309 S 5TH ST<br>LANETT AL 36863 | CREDITOR ID: 302105-39<br>MARK O SNIDER & WENDY C<br>SNIDER JT TEN<br>8855 COURTYARD LN<br>GROVELAND FL 34736 |
| CREDITOR ID: 302106-39<br>MARK OLIVER HARRIS<br>1309 S 5TH ST<br>LANETT AL 36863 | CREDITOR ID: 302107-39<br>MARK OTTERSBACH & JOHNA<br>OTTERSBACH JT TEN<br>9515 JANNA DR<br>LOUISVILLE KY 40272 | CREDITOR ID: 302108-39<br>MARK P MINK<br>5324 PHILLIPS ROAD<br>VALDOSTA GA 31601 |
| CREDITOR ID: 302109-39<br>MARK P MINK & TERESA L MINK<br>JT TEN<br>5324 PHILLIPS ROAD<br>VALDOSTA GA 31601 | CREDITOR ID: 302110-39<br>MARK P SMITH CUST STEPHEN N<br>SMITH UNIF TRAN MIN ACT WV<br>2201 BRIGHTON LN<br>PLANO TX 75075 | CREDITOR ID: 302111-39<br>MARK R HENDERSHOT<br>31406 NE 134TH CT<br>BATTLE  GROUND WA 98604 |
| CREDITOR ID: 302113-39<br>MARK R KIRBY<br>P O BOX 781<br>LAKE  CITY FL 32056 | CREDITOR ID: 302114-39<br>MARK R LANDERS<br>222 COUNTY ROAD 4781<br>BOYD TX 76023 | CREDITOR ID: 302116-39<br>MARK R MALOUSE & JULIE B<br>MALOUSE TEN COM<br>2716 DAUPHINE ST<br>NEW  ORLEANS LA 70117 |
| CREDITOR ID: 302115-39<br>MARK R MALOUSE & JULIE B<br>MALOUSE JT TEN<br>2716 DAUPHINE ST<br>NEW  ORLEANS LA 70117 | CREDITOR ID: 302117-39<br>MARK R OSADA<br>3387 COUNTY RD 513<br>WILDWOOD FL 34785 | CREDITOR ID: 302118-39<br>MARK R OSADA & KATHLEEN P<br>OSADA JT TEN<br>PO BOX 490-782<br>LEESBURG FL 34749 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

CREDITOR ID: 302119-39
MARK R TRUDEAU
1521 W 6TH ST
PALMETTO FL 34221

CREDITOR ID: 302120-39
MARK REASON
3286 LONG RIDGE RD
PLYMOUTH NC 27962

CREDITOR ID: 302121-39
MARK REILLY & SANDI J REILLY
JT TEN
20601 GROVELINE CT
ESTERO FL 33928

CREDITOR ID: 302122-39
MARK ROGER LAMBERT
20198 VIKINGS CREST NE 8-304
POULSBO WA 98370

CREDITOR ID: 302123-39
MARK S BAXTER & DEBORAH A
BAXTER JT TEN
7301 REDFIELD DR
FORT  WORTH TX 76133

CREDITOR ID: 302124-39
MARK S BREEDEN
108 HILLCREST DR
KNOXVILLE TN 37918

CREDITOR ID: 302126-39
MARK S CRONE
2617 PETWORTH CT
READING OH 45236

CREDITOR ID: 302127-39
MARK S DOCK
2122 PALMYRA DR SE
MARIETTA GA 30067

CREDITOR ID: 302128-39
MARK S DODD
1131 RUTH JACKSON RD
BOGART GA 30622

CREDITOR ID: 302129-39
MARK S GUNLICKS
615 SWEETWATER BRANCH LANE
JACKSONVILLE FL 32259

CREDITOR ID: 302130-39
MARK S HATTIE
1010 63RD ST W
BRADENTON FL 34209

CREDITOR ID: 302132-39
MARK S JORDAN
3521 NW 26TH ST
FORT  LAUDERDALE FL 33311

CREDITOR ID: 302133-39
MARK S LEGER
1410 GENERAL MOUTON AVENUE
LAFAYETTE LA 70501

CREDITOR ID: 302134-39
MARK S MILLER
1901 LABARRE ST
MANDEVILLE LA 70448

CREDITOR ID: 302135-39
MARK S ROBERTSON
1013 OLDE DOUBLOON DR
VERO  BCH FL 32963

CREDITOR ID: 302136-39
MARK S RODE
11651 NW 30 PLACE
SUNRISE FL 33323

CREDITOR ID: 302137-39
MARK S WILLIAMS & PATRICIA A
WILLIAMS JT TEN
196 CARL BROCK RD
BAINBRIDGE GA 31717

CREDITOR ID: 302138-39
MARK SAVAGE
3328 MCMILLAN RD
OCHLOCKNEE GA 31773

CREDITOR ID: 302139-39
MARK SMITH
139 E JOSHUA CT
HERNANDO FL 34442

CREDITOR ID: 302140-39
MARK STEPHEN LEO
552 ITHICA GIN ROAD
CARROLLTON GA 30117

CREDITOR ID: 302141-39
MARK STEPHEN SEAL
6309 HASTINGS ST
METAIRIE LA 70003

CREDITOR ID: 302142-39
MARK STEVEN COICAN
2179 JULIAN AVE NE
PALM  BAY FL 32905

CREDITOR ID: 302143-39
MARK STEVEN WEBER
PO BOX 770321
OCALA FL 34477

CREDITOR ID: 302144-39
MARK STEVENS
937 WILL SCARLET WA
MACON GA 31220

CREDITOR ID: 302145-39
MARK STOOKEY
1 UPPER BANK DRIVE
CHADDS  FORD PA 19317

CREDITOR ID: 302146-39
MARK T BIERWAGEN
818 BENTON LAKE DR S
DELAND FL 32724

CREDITOR ID: 302147-39
MARK T COLONA SR
PO BOX 333
LORANGER LA 70446

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302148-39<br>MARK T HEEG CUST ALLISON<br>MARIE HEEG UND UNIF GIFT MIN<br>ACT TX<br>24 CRESTWOOD DR<br>HOUSTON TX 77007 | CREDITOR ID: 302149-39<br>MARK T JENKINS<br>1022 POPLAR DR S<br>SURFSIDE SC 29575 | CREDITOR ID: 302150-39<br>MARK T SODDERS<br>917 IRONWOOD RD<br>NORTH  PALM  BEACH FL 33408 |
| CREDITOR ID: 302151-39<br>MARK TALIAFERRO JR<br>SUITE 3100<br>420 N 20TH ST<br>BIRMINGHAM AL 35203 | CREDITOR ID: 302152-39<br>MARK THOMAS CLEM<br>12150 RACE ST F103<br>NORTHGLENN CO 80241 | CREDITOR ID: 302153-39<br>MARK THURSTON & SHERRY H<br>THURSTON JT TEN<br>1727 TIDEWELL TRACE<br>LAWRENCEVILLE GA 30043 |
| CREDITOR ID: 302154-39<br>MARK TODD CUTRER<br>62366 WASHINGTON AVE<br>ROSELAND LA 70456 | CREDITOR ID: 302155-39<br>MARK W BOYLE<br>3401 MAUREEN<br>MERAUX LA 70075 | CREDITOR ID: 302156-39<br>MARK W DUNCAN<br>1139 FINCH DR<br>GULF  BREEZE FL 32561 |
| CREDITOR ID: 302157-39<br>MARK W EGAN<br>603 LOXAHATCHEE DRIVE<br>JUPITER FL 33458 | CREDITOR ID: 302158-39<br>MARK W FENN<br>804 CAMELLIA DR<br>LA  GRANGE GA 30240 | CREDITOR ID: 302159-39<br>MARK W HOLLETT & ANNA L<br>HOLLETT JT TEN<br>2 PINE COURSE LN<br>OCALA FL 32672 |
| CREDITOR ID: 302160-39<br>MARK W HOLZHAUER<br>4969 S WACO ST<br>AURORA CO 80015 | CREDITOR ID: 302162-39<br>MARK W MOLONEY<br>1814 PINE AVE APT 6<br>LONG  BEACH CA 90806 | CREDITOR ID: 302163-39<br>MARK W OWENS<br>9015 TEN MILE RD #21<br>KNOXVILLE TN 37923 |
| CREDITOR ID: 302164-39<br>MARK W PENNINGTON<br>400 W ORANGE ST<br>ALTAMONTE  SPRINGS FL 32714 | CREDITOR ID: 302165-39<br>MARK W SABOLEY<br>6205 BUD HUEY RD<br>WAXHAW NC 28173 | CREDITOR ID: 302166-39<br>MARK WAITE<br>29755 BAHAMA DRIVE<br>HOLDEN LA 70744 |
| CREDITOR ID: 302167-39<br>MARK WINTERS<br>1002 HADDON HALL DR<br>APEX NC 27502 | CREDITOR ID: 302168-39<br>MARK WORRINGHAM<br>3 JACKS WAY<br>FRANKLIN MA 02038 | CREDITOR ID: 302169-39<br>MARK WURSTER & KAREN WURSTER<br>JT TEN<br>1106 SLEIGHILL CT<br>MOUNT  AIRY MD 21771 |
| CREDITOR ID: 302170-39<br>MARKEITH AURELIUS MCCARTHY<br>1255 REDFIELD RD<br>TALLAHASSEE FL 32311 | CREDITOR ID: 302171-39<br>MARKLAND J DICKENSON<br>3842 VITRINA LANE<br>PALMDALE CA 93551 | CREDITOR ID: 302172-39<br>MARKS R BLANKFIELD & BARBARA J C<br>BLANKFIELD TRS U/A DTD 07/23/99<br>BLANKFIELD LIVING TRUST<br>12217 SPRINGMOOR FOUR COURTS<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 302173-39<br>MARLA K PORTER & GARY E<br>PORTER JT TEN<br>6688 EARL DRIVE<br>LOVELAND OH 45140 | CREDITOR ID: 302174-39<br>MARLA M HUBBLE<br>3608 PLAZA DR<br>CHALMETTE LA 70043 | CREDITOR ID: 302175-39<br>MARLA RITA MCRANEY<br>105 STOVER CIR<br>HATTIESBURG MS 39402 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                      CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 302176-39<br>MARLANA NEWMAN<br>382 PEARL PENTECOST RD<br>WINDER GA 30680 | CREDITOR ID: 302177-39<br>MARLENE B PARRISH<br>4453 BRANDON DR<br>DELRAY BEACH FL 33445 | CREDITOR ID: 302178-39<br>MARLENE C SMITH<br>2675 NW 44TH ST<br>JASPER FL 32052 |
| CREDITOR ID: 302179-39<br>MARLENE E VICKERY<br>204 4-H CLUB RD<br>LAKE PARK GA 31636 | CREDITOR ID: 302180-39<br>MARLENE E WILLIAMS<br>1400 GARVEY RD SW<br>PALM BAY FL 32908 | CREDITOR ID: 302181-39<br>MARLENE GAYLE PRICE<br>1539 BLANCHE CT<br>MARIETTA GA 30067 |
| CREDITOR ID: 302182-39<br>MARLENE K LUCIANO<br>1079 SONATA WAY<br>ROYAL PALM BEACH FL 33411 | CREDITOR ID: 302183-39<br>MARLENE KRIVOSHEIN<br>156 BREEZWAY COURT<br>NEW SMYRNA BEACH FL 32169 | CREDITOR ID: 302184-39<br>MARLENE M RIDDLE<br>1083 PALM VIEW DR<br>DAYTONA BEACH FL 32119 |
| CREDITOR ID: 302185-39<br>MARLENE M SCHMIDT<br>236 3RD ST BOX 295<br>READLYN IA 50668 | CREDITOR ID: 302186-39<br>MARLENE PARRISH & JAMES<br>PARRISH JT TEN<br>4453 BRANDON DRIVE<br>DELRAY BEACH FL 33445 | CREDITOR ID: 302187-39<br>MARLENE RIZZO<br>8146 SHALOM DR<br>SPRING HILL FL 34606 |
| CREDITOR ID: 302188-39<br>MARLENE S CARR<br>1830 GAP CREEK RD<br>ELIZABETHTON TN 37643 | CREDITOR ID: 302189-39<br>MARLENE SPRING<br>9412 NW 3RD AVENUE<br>MIAMI FL 33150 | CREDITOR ID: 302190-39<br>MARLENE STONESIFER<br>4409 WINTER OAKS LN<br>ORLANDO FL 32812 |
| CREDITOR ID: 302191-39<br>MARLENE W BENNETT CUST<br>NICHOLAS W BENNETT UNDER THE<br>NC UNIF TRAN MIN ACT<br>2701 COLEBERRY TRL<br>ROCKY MOUNT NC 27804 | CREDITOR ID: 302192-39<br>MARLENE W BENNETT CUST SPIER<br>L BENNETT IV UNDER THE NC<br>UNIF TRAN MIN ACT<br>2701 COLEBERRY TRL<br>ROCKY MOUNT NC 27804 | CREDITOR ID: 302193-39<br>MARLENE WENTZELL<br>10 STEWART RD<br>PILESGROVE NJ 08098 |
| CREDITOR ID: 302194-39<br>MARLIN E THRASHER JR &<br>KATHRYN D THRASHER JT TEN<br>1464 RUMBA RD<br>GORDO AL 35466 | CREDITOR ID: 302195-39<br>MARLIN L JOHNSON &<br>PEPNELOPHY ANN JOHNSON JT<br>TEN<br>P O BOX 3471<br>HUEYTOWN AL 35023 | CREDITOR ID: 302196-39<br>MARLON EDWIN FLEEMAN<br>4 MAY POP DR<br>WINTERVILLE GA 30683 |
| CREDITOR ID: 302197-39<br>MARONELL P PARKER<br>ATTN M HARBEN<br>3320 SW 75 ST<br>GAINESVILLE FL 32607 | CREDITOR ID: 302198-39<br>MARQUIS K DAVID<br>407 5TH AVE<br>ATHENS AL 35611 | CREDITOR ID: 302199-39<br>MARQUITA J GIBBS<br>1929 CLAIRMONT TER NE<br>ATLANTA GA 30345 |
| CREDITOR ID: 302200-39<br>MARRELL SNEAD<br>5802 SW 113TH PL<br>WEBSTER FL 33597 | CREDITOR ID: 302201-39<br>MARSHA B MCWHORTER<br>239 FLINT RD<br>FITZGERALD GA 31750 | CREDITOR ID: 302202-39<br>MARSHA D ALLEMAN & DAVID M<br>ALLEMAN JT TEN<br>1067 HILLTOP DR<br>NAPLES FL 34103 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302203-39<br>MARSHA E GOLDSTINE<br>1375 PARK RD<br>RIDGE  WAY SC 29130 | CREDITOR ID: 302204-39<br>MARSHA ELIZABETH ENSOR<br>126 SNAPP ROAD<br>CHURCH  HILL TN 37642 | CREDITOR ID: 302205-39<br>MARSHA ERDMANN<br>398 VISCOUNT DR<br>CINCINNATI OH 45238 |
| CREDITOR ID: 302206-39<br>MARSHA J TYSON<br>5549 STEAMBOAT RD<br>ST  AUGUSTINE FL 32092 | CREDITOR ID: 302207-39<br>MARSHA JEAN TAIT & PAUL A<br>TAIT JT TEN<br>1055 NW 130TH ST<br>MIAMI FL 33168 | CREDITOR ID: 302208-39<br>MARSHA L COLSON<br>PO BOX 36<br>CLAXTON GA 30417 |
| CREDITOR ID: 302209-39<br>MARSHA L CRUSE<br>2007 E ELM ST<br>GOLDSBORO NC 27530 | CREDITOR ID: 302210-39<br>MARSHA L FURR<br>717 CORVETTE DR<br>ALBEMARLE NC 28001 | CREDITOR ID: 302211-39<br>MARSHA L HINKLE<br>21165 W 47TH AV<br>FORT  LAUDERDALE FL 33330 |
| CREDITOR ID: 302212-39<br>MARSHA L HYATT<br>1791 CLEMMONS RD<br>BONIFAY FL 32425 | CREDITOR ID: 302213-39<br>MARSHA LANE<br>1670 DENISE ST<br>FERNANDINA  BEACH FL 32034 | CREDITOR ID: 302214-39<br>MARSHA M MITCHELL<br>564 E DESOTO ST<br>CLERMONT FL 34711 |
| CREDITOR ID: 302215-39<br>MARSHA MAE COX<br>3385 BLUE SPRINGS PARKWAY<br>GREENEVILLE TN 37743 | CREDITOR ID: 302216-39<br>MARSHA T INGRAM CUST ALLISON<br>ELIZABETH INGRAM UNIF TRANS<br>MIN ACT FL<br>5622 SALERNO ROAD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 302217-39<br>MARSHA T INGRAM CUST DAVID<br>TYNDALL INGRAM UNIF TRANS<br>MIN ACT FL<br>5622 SALERNO RD<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 302218-39<br>MARSHALL A PAULK JR TR U-W<br>MARSHALL A PAULK SR<br>5626 GEORGE RD<br>LITHONIA GA 30058 | CREDITOR ID: 302219-39<br>MARSHALL AARON BLACK<br>5728 CROUSE RD<br>CROUSE NC 28033 | CREDITOR ID: 302220-39<br>MARSHALL C MCNEILL<br>3002 ELMHURST DR<br>BOILING  SPRINGS SC 29316 |
| CREDITOR ID: 302221-39<br>MARSHALL D COHEN & MARY ANN<br>COHEN JT TEN<br>2438 SEABURY PL<br>JACKSONVILLE FL 32246 | CREDITOR D 302222-39<br>MARSHALL D FORREST<br>3801 HOBBS RD<br>GREENSBORO NC 27410 | CREDITOR ID: 302223-39<br>MARSHALL G PARDEE<br>PO BOX 196<br>KEYSTONE  HEIGHTS FL 32656 |
| CREDITOR ID: 302225-39<br>MARSHALL K HOOTS & CHARLOTTE<br>HOOTS JT TEN<br>4750 CR 151 LOT 18<br>WILDWOOD FL 34785 | CREDITOR ID: 302226-39<br>MARSHALL L CAMERON<br>PO BOX 4785<br>SANFORD NC 27331 | CREDITOR ID: 302227-39<br>MARSHALL L COHEN & BARRETT<br>SKOLL TEN COM<br>8148 PINE CIRCLE<br>TAMARAC FL 33321 |
| CREDITOR ID: 302228-39<br>MARSHALL L WELLIVER<br>200 LAKELAND DR<br>CONWAY SC 29526 | CREDITOR ID: 302229-39<br>MARSHALL MCDUFFIE & VANESSA<br>MCDUFFIE JT TEN<br>1332 GANGPLANK DR<br>VALRICO FL 33594 | CREDITOR ID: 302230-39<br>MARSHALL MCMILLAN & SUSAN H<br>MCMILLAN TR U-W SALLY B<br>HOFFER F-B-O ASHLEY REID<br>MCMILLAN<br>907 LAKEWOOD AVE<br>CONWAY SC 29526 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302233-39<br>MARSHALL P SAVOIE &<br>GERALDINE G SAVOIE JT TEN<br>1106 BAYOU ALEXANDRE HWY<br>SAINT MARTINVILLE LA 70582 | CREDITOR ID: 302234-39<br>MARSHALL S REID<br>6600 ARBOR GRANDE WAY<br>RALEIGH NC 27615 | CREDITOR ID: 302235-39<br>MARSHALL W CARLTON<br>7030 KING ARTHUR RD<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 302236-39<br>MARSHALL W CARLTON & JOYCE L<br>CARLTON JT TEN<br>7030 KING ARTHUR RD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 302237-39<br>MARSHALL W CARLTON JR<br>7030 KING ARTHUR RD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 302238-39<br>MARSHALL W WILLIS &<br>DIANNA F WILLIS JT TEN<br>6683 KINGMAN TRAIL<br>TALLAHASSEE FL 32309 |
| CREDITOR ID: 302239-39<br>MARSHALL WILLIAMS<br>734 AMBER DR<br>FAYETTEVILLE NC 28311 | CREDITOR ID: 302240-39<br>MARSHALL WILLOUGHBY<br>RT 1 BOX 459<br>FAIRMONT NC 28340 | CREDITOR ID: 311950-39<br>MARSIAN, HELEN AGREY GARVIN (MINOR)<br>C/O SUSAN MARSIAN CUST<br>1015 W BLANN DRIVE<br>TAMPA FL 33603 |
| CREDITOR ID: 302241-39<br>MARTA C LAMORA<br>4451 171ST TERR NW<br>CAROL CITY FL 33055 | CREDITOR ID: 302242-39<br>MARTA C REYES<br>315 W MISSION ST #13<br>SPOKANE WA 99201 | CREDITOR ID: 302243-39<br>MARTA J ABEL<br>2652 WOODS EDGE CR<br>ORLANDO FL 32817 |
| CREDITOR ID: 302244-39<br>MARTHA A DAVIS<br>PO BOX 413<br>WEBSTER FL 33597 | CREDITOR ID: 302246-39<br>MARTHA A DAVIS & JACKIE L<br>DAVIS JT TEN<br>737 NANCE RD<br>MADISON AL 35758 | CREDITOR ID: 302247-39<br>MARTHA A FICQUETTE<br>2346 OLANDER ST<br>GREEN CV SPGS FL 32043 |
| CREDITOR ID: 302248-39<br>MARTHA A GRAY<br>106 SPRINGVIEW DR<br>GRAY TN 37615 | CREDITOR ID: 302249-39<br>MARTHA A KING & LOUISE KING<br>ALDRIDGE & MARTHA JEAN KING JT TEN<br>3805 SHERWOOD DR<br>VALDOSTA GA 31606 | CREDITOR ID: 302250-39<br>MARTHA A MOORE<br>7699 PORTWOOD RD<br>AZIE TX 76020 |
| CREDITOR ID: 302251-39<br>MARTHA A RINGER<br>1868 KOON TRESTLE RD<br>POMARIA SC 29126 | CREDITOR ID: 302252-39<br>MARTHA A SANDERS<br>116 PERRY RD<br>GREENVILLE SC 29609 | CREDITOR ID: 302253-39<br>MARTHA A STAFFORD<br>106 LEILA PLACE<br>FORT WALTON BEACH FL 32548 |
| CREDITOR ID: 302254-39<br>MARTHA A VAZQUEZ<br>1810 BRIGHT DR<br>HIALEAH FL 33010 | CREDITOR ID: 302255-39<br>MARTHA ALLSTON SMYTHE<br>PO BOX 025369<br>MIAMI FL 33102 | CREDITOR ID: 302256-39<br>MARTHA ANN PETERSON<br>135 PARK HTS<br>LEBANON KY 40033 |
| CREDITOR ID: 302257-39<br>MARTHA ANN STOKES<br>3791 GARNER RD<br>TIMMONSVILLE SC 29161 | CREDITOR ID: 302258-39<br>MARTHA ANNE WOMACK-LONG<br>5185 EVINRUDE RD<br>MELBOURNE FL 32934 | CREDITOR ID: 302259-39<br>MARTHA B BELGER<br>1006 PINETREE CIRCLE<br>DOUGLAS GA 31533 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

CREDITOR ID: 302260-39
MARTHA B HARTKA & PAUL A
HARTKA JT TEN
47200 EAST AVE
PAISLEY FL 32767

CREDITOR ID: 302261-39
MARTHA B HENDRIX
2 WILDAIRE LANE
GREENVILLE SC 29615

CREDITOR ID: 302262-39
MARTHA B HENDRIX & JAMES E
HENDRIX JT TEN
2 WILDAIRE LN
GREENVILLE SC 29615

CREDITOR ID: 302263-39
MARTHA B JOHNSON
1322 CABRILLO DR
FLORENCE SC 29505

CREDITOR ID: 302264-39
MARTHA B ORDOYNE
15 WINNIFRED ST
WESTWEGO LA 70094

CREDITOR ID: 302265-39
MARTHA BRATTON MCCORD
WALDO PT HARBOR
E 30 S 40 PIER
SAUSALITO CA 94965

CREDITOR ID: 302266-39
MARTHA BROXTERMAN & MARION
BROXTERMAN JT TEN
20503 FERN CIR
FORT MYERS FL 33917

CREDITOR ID: 302267-39
MARTHA C DEAL
407 ZETTEROWER RD
STATESBORO GA 30458

CREDITOR ID: 302268-39
MARTHA C LEHMANN
815 WILKINSON ST
ORLANDO FL 32803

CREDITOR ID: 302269-39
MARTHA C SHARPE
13 E HOLLY ST
MAIDEN NC 28650

CREDITOR ID: 302270-39
MARTHA COLLINS DAVIS
5743 WILTSHIRE DR
COLUMBUS GA 31909

CREDITOR ID: 302272-39
MARTHA COLLINS DAVIS CUST
MICHAEL COLLINS DAVIS A
MINOR UNDER THE LAWS OF
GEORGIA
5743 WILTSHIRE DR
COLUMBUS GA 31909

CREDITOR ID: 302271-39
MARTHA COLLINS DAVIS CUST
MARTHA PAGE DAVIS A MINOR
UNDER THE LAWS OF GEORGIA
5743 WILTSHIRE DR
COLUMBUS GA 31909

CREDITOR ID: 302273-39
MARTHA COTTINGHAM RANKIN
1683 HWY 15 401 E
BENNETTSVILLE SC 29512

CREDITOR ID: 302274-39
MARTHA D DAVIS
409 MAPLETON DR
GREENVILLE SC 29607

CREDITOR ID: 302275-39
MARTHA D FLUKE
1104 SHERWOOD LN 40
CAMDEN SC 29020

CREDITOR ID: 302276-39
MARTHA D RICHARDSON
1413 VALLEY RD
GARNER NC 27529

CREDITOR ID: 302277-39
MARTHA DEANE VANCE
11408 CEDAR CREEK FARMS RD
GLEN ST MARY FL 32040

CREDITOR ID: 302278-39
MARTHA DUNCAN RAYSIDE
970 S PATRICK CIR
WEST PALM BEACH FL 33406

CREDITOR ID: 302279-39
MARTHA E GREENE
28 LONGFELLOW AVE
BRUNSWICK ME 04011

CREDITOR ID: 302280-39
MARTHA E VENEMAN
509 LYNDALE AVE
LYNDON KY 40222

CREDITOR ID: 302281-39
MARTHA EDNA BENDER & BLAIR
DECHANT BENDER JT TEN
6999 81ST AVE
PINELLAS PARK FL 34665

CREDITOR ID: 302282-39
MARTHA EVERS TEMPLETON
221 BELLE MEADE BLVD
NASHVILLE TN 37205

CREDITOR ID: 302283-39
MARTHA F LAMOREE
3093 S W BERRY AVE
PALM CITY FL 34990

CREDITOR ID: 302284-39
MARTHA F LEE
2638 MICHIGAN AVENUE
PANAMA CITY FL 32405

CREDITOR ID: 302285-39
MARTHA F MCNEILL
20200 NARROW RD
COVINGTON LA 70435

CREDITOR ID: 302286-39
MARTHA FICQUETTE
2346 OLANDER ST
GREEN CV SPGS FL 32043

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302287-39<br>MARTHA FORD<br>26 AZALEA TERR<br>FT  THOMAS KY 41075 | CREDITOR ID: 302288-39<br>MARTHA G DAVIS<br>4485 EDWARDS DR<br>EVANS GA 30809 | CREDITOR ID: 302289-39<br>MARTHA G HUFF<br>118 SELWYN DR<br>ANDERSON SC 29625 |
| CREDITOR ID: 302290-39<br>MARTHA G SNIDER<br>452 CEDAR SPRINGS RD<br>LEXINGTON NC 27292 | CREDITOR ID: 302291-39<br>MARTHA G WEST<br>1400 TENEIGHTH WAY<br>SACRAMENTO CA 95818 | CREDITOR ID: 302292-39<br>MARTHA GAGE MOON<br>515 MCCRACKEN DR<br>GRAHAM TX 76450 |
| CREDITOR ID: 302293-39<br>MARTHA H GIRALDO<br>11520 SW 124TH CT<br>MIAMI FL 33186 | CREDITOR ID: 302294-39<br>MARTHA H HOEFLING & MARY<br>MARTHA HOEFLING JT TEN<br>4932 WINCHESTER DR<br>SARASOTA FL 34234 | CREDITOR ID: 302295-39<br>MARTHA H KAMENZ<br>PO BOX 926 151 FLORA CT<br>FREDRICK CO 80530 |
| CREDITOR ID: 302296-39<br>MARTHA HAWKINS & KENNETH M<br>OHLINGER SR JT TEN<br>146 OYSTER POINT ROW<br>CHARLESTON SC 29412 | CREDITOR ID: 302297-39<br>MARTHA HENDERSON HONESS<br>951 N NIAGARA ST<br>BURBANK CA 91505 | CREDITOR ID: 302298-39<br>MARTHA IBARRA<br>14221 SW 180TH TERR<br>MIAMI FL 33177 |
| CREDITOR ID: 302299-39<br>MARTHA J BOWMAN<br>421 ELAINE DR<br>SMYRNA GA 30082 | CREDITOR ID: 302300-39<br>MARTHA J BROXTERMAN<br>20503 FERN CIR<br>FORT  MYERS FL 33917 | CREDITOR ID: 302301-39<br>MARTHA J FINGER<br>2219 TIN MINE RD<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 302302-39<br>MARTHA J MORAN TTEE<br>UA 10/01/92<br>J MORAN NO 1 TRUST<br>C-O JAMES P MORAN<br>3429 W 11000 NORTH RD<br>MANTENO IL 60950 | CREDITOR ID: 302303-39<br>MARTHA J NEEDLEMAN<br>101 FORT HILL AVE<br>PITTSFIELD MA 01201 | CREDITOR ID: 302304-39<br>MARTHA J PERKINS<br>2141 BIRCH BARK CT E<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 302305-39<br>MARTHA J SCOTT<br>1549 CLAYTON STREET<br>ALEXANDER  CITY AL 35010 | CREDITOR ID: 302306-39<br>MARTHA J TAYLOR & ROBERT A<br>TAYLOR JT TEN<br>10901 N ARDEN AVE<br>TAMPA FL 33612 | CREDITOR ID: 302307-39<br>MARTHA J ZIGLER<br>1655 RONNIE WALKER RD<br>NICHOLLS GA 31554 |
| CREDITOR ID: 302308-39<br>MARTHA JANE PARRISH<br>2601 N SHERWOOD DRIVE<br>VALDOSTA GA 31602 | CREDITOR ID: 302309-39<br>MARTHA JANE PARRISH & ROBERT<br>C PARRISH JT TEN<br>2601 N SHERWOOD DRIVE<br>VALDOSTA GA 31602 | CREDITOR ID: 302310-39<br>MARTHA JEAN EASLEY TR U-A<br>04-19-90 OF THE\|EASLEY\|<br>FAMILY RES TRUST<br>134 LAYTON ST<br>OJAI CA 93023 |
| CREDITOR ID: 302311-39<br>MARTHA JEAN JONES<br>1628 NW 5TH ST<br>JENNINGS FL 32053 | CREDITOR ID: 302312-39<br>MARTHA JENKINS GILMORE<br>266 OLD NEWBERRY HWY<br>WHITMIRE SC 29178 | CREDITOR ID: 302313-39<br>MARTHA JOYCE BUIS<br>PO BOX 684<br>LEHIGH  ACRES FL 33970 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302314-39<br>MARTHA K GARDNER<br>169 DESAUSSURE ST<br>CAMDEN SC 29020 | CREDITOR ID: 302315-39<br>MARTHA KAYE EDWARDS<br>1181 LIBERTY RIDGE RD<br>ENOREE SC 29335 | CREDITOR ID: 302316-39<br>MARTHA L CRUMBLEY & CURTIS L<br>CRUMBLEY JT TEN<br>1207 HEIDELBERG RD<br>TOLEDO OH 43615 |
| CREDITOR ID: 302317-39<br>MARTHA L EMERY & HERVEY R<br>EMERY TTEES U A DTD 03-23-89<br>F-B-O MARTHA L EMERY LIVING<br>TR<br>5388 NOBLE CIRCLE S<br>JACKSONVILLE FL 32211 | CREDITOR ID: 302318-39<br>MARTHA L FAIRBANKS<br>3186 SE MIMOSA ST<br>STUART FL 34997 | CREDITOR ID: 302319-39<br>MARTHA L HAYCRAFT<br>8343 TANSY DR<br>ORLANDO FL 32819 |
| CREDITOR ID: 302320-39<br>MARTHA L HUGHES<br>702 MILTON STREET<br>SCOTTDALE GA 30079 | CREDITOR ID: 302321-39<br>MARTHA L LONGTEMPS<br>19300 SW 220TH ST<br>MIAMI FL 33170 | CREDITOR ID: 302322-39<br>MARTHA L RAMEY<br>101 R ST<br>ANDERSON SC 29625 |
| CREDITOR ID: 302323-39<br>MARTHA L WILDER & LAWRENCE H<br>WILDER JT TEN<br>5769 SE 50TH AVE<br>TRENTON FL 32693 | CREDITOR ID: 302324-39<br>MARTHA LATHROP<br>19 SWEETGUM RD<br>LEVITTOWN PA 19056 | CREDITOR ID: 302325-39<br>MARTHA LEROY SCHERI<br>MOHICAN TRAIL<br>OAKRIDGE NJ 07438 |
| CREDITOR ID: 302326-39<br>MARTHA M BERG<br>2470 TRACY LANE<br>AURORA IL 60506 | CREDITOR ID: 302327-39<br>MARTHA M FORBES<br>350 CROSSING BLVD APT 302<br>ORANGE  PARK FL 32073 | CREDITOR ID: 302328-39<br>MARTHA M MALONE & MICHAEL<br>MALONE JT TEN<br>20406 NUCLEAR PLANT ROAD<br>TANNER AL 35671 |
| CREDITOR ID: 302329-39<br>MARTHA M SAPP<br>701 E KING ST<br>QUINCY FL 32351 | CREDITOR ID: 302330-39<br>MARTHA M SMITH<br>641 BARNES RD<br>SENECA SC 29678 | CREDITOR ID: 302331-39<br>MARTHA M STATEN<br>3338 SE IRIS ST<br>STUART FL 34997 |
| CREDITOR ID: 302332-39<br>MARTHA MARIE CANNON<br>102 SE NINTH AVE<br>BOYNTON  BEACH FL 33435 | CREDITOR ID: 302333-39<br>MARTHA MARIE JAMES<br>833 TEALWOOD DR<br>BRANDON FL 33510 | CREDITOR ID: 302334-39<br>MARTHA MARIE ROST & JANICE<br>URE JT TEN<br>PO BOX 2361<br>KODIK AK 99615 |
| CREDITOR ID: 302335-39<br>MARTHA MARLENE JONES<br>266 19TH AVE<br>VERO  BEACH FL 32962 | CREDITOR ID: 302336-39<br>MARTHA MAUNEY FISHER<br>PO BOX 663<br>ROCKWELL NC 28138 | CREDITOR ID: 302337-39<br>MARTHA MCGROARTY & PATRICK J<br>MCGROARTY JT TEN<br>2503 LECKRONE DRIVE<br>PLAINFIELD IL 60544 |
| CREDITOR ID: 302338-39<br>MARTHA MCKEE<br>26 AZALEA TER<br>FORT  THOMAS KY 41075 | CREDITOR ID: 302339-39<br>MARTHA MCPHERSON<br>247 LEAWOOD CIRCLE<br>NAPLES FL 34104 | CREDITOR ID: 302340-39<br>MARTHA MEDINA<br>PO BOX 2625<br>BELLEVIEW FL 34421 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 302341-39<br>MARTHA MILLER FORSYTHE<br>1526 PALM AVE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 302342-39<br>MARTHA MOSER HELMS<br>117 KEOWEE CIR<br>INDIAN  TRAIL NC 28079 | CREDITOR ID: 302343-39<br>MARTHA N JOBE<br>4832 FOREST LAKE DR<br>MEBANE NC 27302 |
| CREDITOR ID: 302344-39<br>MARTHA NEAL CAPPS<br>P O BOX 2763<br>ASHEVILLE NC 28802 | CREDITOR ID: 302345-39<br>MARTHA NUTGRASS & THOMAS E<br>NUTGRASS JT TEN<br>1291 HARDESTY RIDGE RD<br>TAYLORSVILLE KY 40071 | CREDITOR ID: 302346-39<br>MARTHA P JOHNSON<br>740 LEVY-EFFIE HELMUTH RD<br>CLAXTON GA 30417 |
| CREDITOR ID: 302347-39<br>MARTHA P PAGE<br>204 GRAY CIR<br>FOUNTAIN  INN SC 29644 | CREDITOR ID: 302348-39<br>MARTHA P RANKIN<br>102 PARTRIDGE LANE<br>ANDERSON SC 29621 | CREDITOR ID: 302349-39<br>MARTHA P VANDIVER<br>459 TERRELL RD<br>WAUCHULA FL 33873 |
| CREDITOR ID: 302350-39<br>MARTHA PARKER MACK<br>1465 COUNTRY CLUB BLVD<br>TITUSVILLE FL 32780 | CREDITOR ID: 302351-39<br>MARTHA R SOLLET<br>383 NE 191 STR #108<br>NORTH  MIAMI FL 33179 | CREDITOR ID: 302352-39<br>MARTHA RAYE WOOD<br>540 INDIAN TRAIL<br>TALLASSEE AL 36078 |
| CREDITOR ID: 302353-39<br>MARTHA RUNELL CLARK & CARNIE<br>J CLARK JT TEN<br>2029 LINK RD<br>CHAPEL  HILL NC 27516 | CREDITOR ID: 302355-39<br>MARTHA S COCHRAN TOD JOSEPH<br>SIMMONS SUBJECT TO STA TOD<br>RULES<br>2438 GRANT ST<br>HOLLYWOOD FL 33020 | CREDITOR ID: 302356-39<br>MARTHA S CULWELL & JAMES T<br>CULWELL JT TEN<br>1617 WALLSTOWN ROAD<br>HAYDEN AL 35079 |
| CREDITOR ID: 302357-39<br>MARTHA S EUDY<br>2052 LANE RD EXT<br>GASTONIA NC 28056 | CREDITOR ID: 302358-39<br>MARTHA S GRIFFIN<br>1707 GRAND STREET<br>JACKSONVILLE FL 32208 | CREDITOR ID: 302359-39<br>MARTHA S HENDREN<br>254 80TH RD<br>NEWTON KS 67114 |
| CREDITOR ID: 302360-39<br>MARTHA S HUTCHINSON<br>2162 BUTTER & EGG RD<br>TROY AL 36081 | CREDITOR ID: 302361-39<br>MARTHA S HUTCHINSON & CURTIS<br>C HUTCHINSON JT TEN<br>2162 BUTTER & EGG RD<br>TROY AL 36081 | CREDITOR ID: 302362-39<br>MARTHA S LUNDY<br>6718 BILL LUNDY ROAD<br>LAUREL  HILL FL 32567 |
| CREDITOR ID: 302363-39<br>MARTHA S MARTIN<br>PO BOX 157<br>BRASELTON GA 30517 | CREDITOR ID: 302364-39<br>MARTHA S MILES<br>779 ELYSIAN FIELDS RD<br>NASHVILLE TN 37204 | CREDITOR ID: 302365-39<br>MARTHA S PARK & STEPHEN W<br>PARK JT TEN<br>4108 ASHERTON DR<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 302366-39<br>MARTHA STONE EISON<br>16 KIMBERLY LN<br>TAYLORS SC 29687 | CREDITOR ID: 302367-39<br>MARTHA SUNDHOLM<br>958 COBBLESTONE LN<br>TARPON  SPGS FL 34688 | CREDITOR ID: 302368-39<br>MARTHA V ADAMS<br>304 DUCHESS TRL<br>LEXINGTON SC 29073 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 302369-39<br>MARTHA W NEWTON<br>2920 PRINCETON AVE<br>MIDDLETOWN OH 45042 | CREDITOR ID: 302370-39<br>MARTHA W WALKER<br>597 CR 508<br>MIDWAY AR 72651 | CREDITOR ID: 302371-39<br>MARTHA WARE BLACKWELL<br>PO BOX 211264<br>MONTGOMERY AL 36121 |
| CREDITOR ID: 302372-39<br>MARTHA WHIGHAM<br>RUTLEDGE STREET<br>300  SE  RUTLEDGE  ST<br>MADISON FL 32340 | CREDITOR ID: 302373-39<br>MARTIN A MORAVEC<br>2645 SERPULA RD<br>VENICE FL 34293 | CREDITOR ID: 302374-39<br>MARTIN A PURCELL<br>3015 OLD JACKSON RD<br>LOCUST  GROVE GA 30248 |
| CREDITOR ID: 302375-39<br>MARTIN B MONROE<br>2270 SE 27TH TERRACE<br>CAPE  CORAL FL 33904 | CREDITOR ID: 302376-39<br>MARTIN BEHAR<br>10035 E CALUSA CLUB DRIVE<br>MIAMI FL 33186 | CREDITOR ID: 302377-39<br>MARTIN C ZINN<br>6018 TRANSYLVANIA AVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 302378-39<br>MARTIN CASSISA<br>RR 1 BOX 85<br>JEANERETTE LA 70544 | CREDITOR ID: 302379-39<br>MARTIN ESHLEMAN & BONNIE<br>ESHLEMAN JT TEN<br>11604 GREENSLEEVE AVE<br>TAMPA FL 33626 | CREDITOR ID: 302380-39<br>MARTIN F GINN<br>2577 DUTCH RD<br>MT  PLEASANT NC 28124 |
| CREDITOR ID: 302381-39<br>MARTIN FLEMING BENNETT<br>206 116TH ST E<br>BRADEN  RIVER FL 34202 | CREDITOR ID: 302382-39<br>MARTIN J LACROIX<br>160 GINA STREET<br>RAYNE LA 70578 | CREDITOR ID: 302383-39<br>MARTIN J MCCALL<br>10530 SLAY RD<br>JACKSONVILLE FL 32219 |
| CREDITOR ID: 302384-39<br>MARTIN J MOYNAN JR<br>807 URBANDALE ST<br>MARRERO LA 70072 | CREDITOR ID: 302385-39<br>MARTIN K PETERMAN &<br>CHARLOTTE H PETERMAN JT TEN<br>3205 HARBOR HEIGHTS CT SE<br>ROCHESTER MN 55904 | CREDITOR ID: 302386-39<br>MARTIN L KAUFMAN<br>9338 JAYBIRD CIRCLE E<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 302387-39<br>MARTIN L MASON & JUANITA<br>MASON JT TEN<br>18528 GOFF FARM RD<br>PASCAGOULA MS 39581 | CREDITOR ID: 302389-39<br>MARTIN L SAPP<br>1329 ROBINWOOD DR<br>MADISON FL 32340 | CREDITOR ID: 302390-39<br>MARTIN MUNRO<br>1542 SANTA MONICA DR<br>DUNEDIN FL 34698 |
| CREDITOR ID: 302391-39<br>MARTIN OLDIGES<br>11672 LAWNVIEW<br>CINCINNATI OH 45246 | CREDITOR ID: 302392-39<br>MARTIN R AKIN<br>6260 MELODY LN 2024<br>DALLAS TX 75231 | CREDITOR ID: 302393-39<br>MARTIN S GREENE<br>PO BOX 640262<br>SAN  FRANCISCO CA 94164 |
| CREDITOR ID: 302394-39<br>MARTIN SCHWARTZ<br>FL 2<br>1664 49TH ST<br>BROOKLYN NY 11204 | CREDITOR ID: 302395-39<br>MARTIN SOSEBEE<br>126 LUCKIE ST<br>CARTERSVILLE GA 30120 | CREDITOR ID: 302396-39<br>MARTIN SPAHR JR CUST FOR<br>MELISSA M SPAHR A MINOR<br>U/SECTION 2918 D OF THE CT<br>GENERAL STATUTES<br>16 EAST AVE<br>NORWALK CT 06850 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302397-39<br>MARTIN VANCE POWNALL<br>47 ROBIN HOOD DR<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 283105-39<br>MARTIN, C DAVID<br>6237 MIDWAY RD<br>WILLIAMSTON SC 29697 | CREDITOR ID: 286041-39<br>MARTIN, DANNY R & SUSAN J JT TEN<br>11135 BROADWOOD DR<br>PINELLAS PARK FL 33782 |
| CREDITOR ID: 302398-39<br>MARTINA A ARRINGTON<br>1424 CELIA DR<br>COLUMBUS GA 31907 | CREDITOR ID: 279604-39<br>MARTINEZ, ADAN<br>PO BOX 1061<br>IMMOKALEE FL 34143 | CREDITOR ID: 302399-39<br>MARTY ANGELO CUTHBERTSON<br>7017 SUMMER PLACE<br>CHARLOTTE NC 28213 |
| CREDITOR ID: 302400-39<br>MARTY CLARK<br>HCR 75 BOX 6055<br>WELLINGTON KY 40387 | CREDITOR ID: 302401-39<br>MARTY CLARK & ANITA LYNN<br>CLARK JT TEN<br>HCR 75 BOX 6055<br>WELLINGTON KY 40387 | CREDITOR ID: 302403-39<br>MARTY DEAN JACKSON<br>GEN DEL<br>COALFIELD TN 37719 |
| CREDITOR ID: 302404-39<br>MARTY J BLANCHARD<br>10335 CARTER HILLS<br>DENHAM  SPRINGS LA 70726 | CREDITOR ID: 302405-39<br>MARTY LANE ROGERS<br>1962 TRENT RD<br>KRUM TX 76249 | CREDITOR ID: 302406-39<br>MARTY R VANDERLIP & LORI D<br>VANDERLIP JT TEN<br>RR 2 BOX 56<br>PAGELAND SC 29728 |
| CREDITOR ID: 302407-39<br>MARTY V HOLMES<br>220 BAY COLT RD<br>ALPHARETTA GA 30201 | CREDITOR ID: 302408-39<br>MARTY W LONG<br>27313 CRYSTAL RD<br>ALBEMARLE NC 28001 | CREDITOR ID: 302409-39<br>MARVA BRADFORD CUST TAYLOR<br>ALEXANDER BRADFORD UNIF<br>TRANS TO MIN ACT TN<br>422 CLEARWATER DR<br>NASHVILLE TN 37217 |
| CREDITOR ID: 302410-39<br>MARVA BRADFORD CUST VINCENT<br>SIR CHARLES BRADFORD UNIF<br>TRANS TO MIN ACT TN<br>422 CLEARWATER DR<br>NASHVILLE TN 37217 | CREDITOR ID: 302411-39<br>MARVA J SEVIN<br>5630 FOREST ISLE DR 668<br>NEW  ORLEANS LA 70131 | CREDITOR ID: 302412-39<br>MARVA RAE SCHUTZ<br>8292 COOPER VISTA CIRCLE<br>WEST  JORDAN UT 84088 |
| CREDITOR ID: 302414-39<br>MARVIN B PEELE &<br>MATTIE F PEELE JT TEN<br>183 ROTHWOOD RD<br>MONROE VA 24574-3211 | CREDITOR ID: 302415-39<br>MARVIN BOYD II<br>131 BENBY CIR.<br>COLUMBIA SC 29229 | CREDITOR ID: 302416-39<br>MARVIN BRENT HODGES JR<br>2110 DIAMOND CREEK CIR APT Q<br>CHARLOTTE NC 28273 |
| CREDITOR ID: 302417-39<br>MARVIN C AMBROSE & AMANDA S<br>AMBROSE JT TEN<br>414 JEDBURG RD<br>SUMMERVILLE SC 29483 | CREDITOR ID: 302418-39<br>MARVIN CAMRAS TR U-A<br>06/30/94 MARVIN CAMRAS TRUST<br>560 LINCOLN AVE<br>GLENCOE IL 60022 | CREDITOR ID: 302420-39<br>MARVIN D CONDRA &<br>MARILYN T CONDRA TTEES<br>UA 01/30/01<br>CONDRA FAMILY REVOCABLE LIV TRUST<br>11230 STATE HWY 5<br>UNIONVILLE MO 63565-3012 |
| CREDITOR ID: 302421-39<br>MARVIN DURAN WRIGHT<br>1985 WOODMORE RD<br>PERRY FL 32348 | CREDITOR ID: 302422-39<br>MARVIN F EARGLE<br>6152 PAGELAND HWY<br>LANCASTER SC 29720 | CREDITOR ID: 302423-39<br>MARVIN G HANSON<br>4970 SABLE AVE<br>MIDDLEBURG FL 32068 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:    05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 302424-39<br>MARVIN H CAMPBELL<br>2507 WINSLOW DR<br>ANDERSON SC 29621 | CREDITOR ID: 302426-39<br>MARVIN HENDERSON & ALMA<br>HENDERSON JT TEN<br>PO BOX 110055<br>BIRMINGHAM AL 35211 | CREDITOR ID: 302427-39<br>MARVIN I ALLEN<br>RR 2  95<br>COATS NC 27521 |
| CREDITOR ID: 302428-39<br>MARVIN J KIFFMEYER & DIANA F<br>KIFFMEYER TRUSTEES U-A DTD<br>05-25-95 MARVIN J KIFFMEYER<br>TRUST<br>384 PINE ST<br>CIRCLE  PINES MN 55014 | CREDITOR ID: 302429-39<br>MARVIN J SMITH & OUIDA S<br>SMITH JT TEN<br>619 HOLLYRIDGE DR<br>DURHAM NC 27712 | CREDITOR ID: 302431-39<br>MARVIN J STEIN<br>PO BOX 1359<br>GALVESTON TX 77553 |
| CREDITOR ID: 302432-39<br>MARVIN JOHNSON<br>6124 10TH ST<br>ZEPHYRHILLS FL 33540 | CREDITOR ID: 302433-39<br>MARVIN K FOSTER<br>APT 4109<br>3580 MC GHEE PL DR S<br>MONTGOMERY AL 36111 | CREDITOR ID: 302434-39<br>MARVIN L GORNALL & JOHNNIE<br>FAYE GORNALL JT TEN<br>6230 BELAIR DR<br>MILTON FL 32570 |
| CREDITOR ID: 302435-39<br>MARVIN L RAMGE & RUTH J<br>RAMGE JT TEN<br>495 CLEARBROOK DR<br>COVINGTON GA 30209 | CREDITOR ID: 302436-39<br>MARVIN L SLOAN<br>1982 COOK DRIVE<br>CALLAHAN FL 32011 | CREDITOR ID: 302437-39<br>MARVIN L SLOAN & CHERYL L<br>SLOAN JT TEN<br>1982 COOK DRIVE<br>CALLAHAN FL 32011 |
| CREDITOR ID: 302438-39<br>MARVIN L STOVER JR<br>6625 SCHWAB DR<br>PENSACOLA FL 32504 | CREDITOR ID: 302439-39<br>MARVIN L WERSTLER<br>7292 CARNES CROSSING CIRCLE<br>JONESBORRO GA 30236 | CREDITOR ID: 302440-39<br>MARVIN LEWIS DUVAL<br>4101-5 BLAND RD<br>RALEIGH NC 27609 |
| CREDITOR ID: 302441-39<br>MARVIN LOVELL WATLINGTON<br>125 WILLIAM HARDINI ROAD<br>COLA SC 29223 | CREDITOR ID: 302442-39<br>MARVIN MORRIS<br>PO BOX 913<br>CLARSONA FL 32710 | CREDITOR ID: 302443-39<br>MARVIN N HOWARD<br>287 FAIRHAVEN DR<br>GREER SC 29651 |
| CREDITOR ID: 302444-39<br>MARVIN P WILKIE<br>128 HUMMINGBIRD ROAD<br>GREENVILLE SC 29605 | CREDITOR ID: 302445-39<br>MARVIN R CUTRER<br>PO BOX 2554<br>HAMMOND LA 70404 | CREDITOR ID: 302446-39<br>MARVIN R CUTSON<br>2791 CAMDEN ROAD<br>CLEARWATER FL 33759 |
| CREDITOR ID: 302447-39<br>MARVIN R DORMINEY & SHARI A<br>DORMINEY JT TEN<br>4482 OLD DOERUS RD<br>MOULTRIE GA 31768 | CREDITOR ID: 302448-39<br>MARVIN R MCMAHAN<br>4031 CONDOR LANE<br>SARASOTA FL 34232 | CREDITOR ID: 302449-39<br>MARVIN RAY CARR<br>3938 HARDIN ELLISON RD<br>FRANKLINVILLE NC 27248 |
| CREDITOR ID: 302450-39<br>MARVIN REX NEAL<br>550 SAINT FRANCIS ST<br>MACON GA 31204 | CREDITOR ID: 302451-39<br>MARVIN ROWLAND & PHYLLIS<br>ROWLAND JT TEN<br>464 BROOKSIDE DR<br>ARAB AL 35016 | CREDITOR ID: 302452-39<br>MARVIN S GODWIN<br>1265 GEORGE FLOWERS RD<br>NORMAN  PARK GA 31771 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302453-39<br>MARVIN S KNIGHT III<br>1929 ROSALIE RIDGE DR NE<br>HUNTSVILLE AL 35811 | CREDITOR ID: 302454-39<br>MARVIN S THOMAS SR<br>147 SILVER LAKE DR<br>INTERLACHEN FL 32148 | CREDITOR ID: 302455-39<br>MARVIN T RIGGS<br>8302 PORT SAID ST<br>ORLANDO FL 32817 |
| CREDITOR ID: 302456-39<br>MARVIN W HAY<br>3731 DRUIDS DR SE<br>CONYERS GA 30013 | CREDITOR ID: 302457-39<br>MARVIN W JARRETT & KATHRYN J<br>JARRETT JT TEN<br>2145 GROVE PL<br>CLEARWATER FL 34624 | CREDITOR ID: 302458-39<br>MARVIN W SAPP<br>6413 W THONOTOSASSA RD<br>PLANT  CITY FL 33565 |
| CREDITOR ID: 302459-39<br>MARVIN W STRICKLAND<br>17630 DURRANCE RD<br>FORT  MYERS FL 33917 | CREDITOR ID: 302460-39<br>MARVIN WELLEN CUST JASON<br>WELLEN UNIF TRAN MIN ACT FL<br>600 OLEANDER DR<br>HALLANDALE FL 33009 | CREDITOR ID: 302461-39<br>MARWAN A BOUKZAM<br>10171 NW 59TH DR<br>PARKLAND FL 33076 |
| CREDITOR ID: 302462-39<br>MARY A BAILEY<br>3914 SW 90TH PL<br>JASPER FL 32052 | CREDITOR ID: 302463-39<br>MARY A BALL<br>4630 CROSSWOOD LN<br>BATAVIA OH 45130 | CREDITOR ID: 302464-39<br>MARY A BROWN<br>PO BOX 721<br>BELTON SC 29627 |
| CREDITOR ID: 302465-39<br>MARY A CASON<br>7642 CONTOUR DR<br>JACKSONVILLE FL 32221 | CREDITOR ID: 302466-39<br>MARY A COBB<br>P O BOX 2065<br>NORCROSS GA 30091 | CREDITOR ID: 302467-39<br>MARY A COOK & EARL V COOK<br>JT TEN<br>862 COUNTY RD 95<br>MOULTON AL 35650 |
| CREDITOR ID: 302468-39<br>MARY A COOKS<br>1013 MORAN ST<br>BAY  MINETTE AL 36507 | CREDITOR ID: 302470-39<br>MARY A DAVIS<br>2358 PAULETTE DRIVE<br>HAINES  CITY FL 33844 | CREDITOR ID: 302471-39<br>MARY A DINNING<br>1748 TARA CIR<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 302469-39<br>MARY A D'SOUZA<br>2430 CHATEAU LANE<br>TALLAHASSEE FL 32311 | CREDITOR ID: 302473-39<br>MARY A ELDER<br>PO BOX 256<br>CANTONMENT FL 32533 | CREDITOR ID: 302474-39<br>MARY A ESPOSITO<br>421 PLANT AVE NE<br>MELBOURNE FL 32907 |
| CREDITOR ID: 302475-39<br>MARY A GRIFFIS<br>RR 5 BOX 7277<br>STARKE FL 32091 | CREDITOR ID: 302476-39<br>MARY A HARCLERODE<br>303 AUTHUR MOORE DR<br>GREEN  COVE  SPRINGS FL 32043 | CREDITOR ID: 302477-39<br>MARY A HERRERA<br>85360 BLACKMON ROAD<br>YULEE FL 32097 |
| CREDITOR ID: 302478-39<br>MARY A HERRING<br>PO BOX 771151<br>CORAL  SPRINGS FL 33077 | CREDITOR ID: 302479-39<br>MARY A HOLMES<br>4453 NE 77TH AVE<br>BRONSON FL 32621 | CREDITOR ID: 302480-39<br>MARY A HUTCHINGSON & SIDNEY<br>HUTCHINGSON JT TEN<br>11224 69TH LN<br>LIVE  OAK FL 32060 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302481-39<br>MARY A LAHUE<br>1843 DEBBENSHIRE DR<br>CHARLESTON SC 29407 | CREDITOR ID: 302482-39<br>MARY A LAMBERT<br>1441 NW 70TH TER<br>HOLLYWOOD FL 33024 | CREDITOR ID: 302483-39<br>MARY N LUKE<br>541 N MAIN ST<br>WINTER  GARDEN FL 34787 |
| CREDITOR ID: 302484-39<br>MARY A MATHIS GALLAS<br>3999 BALLYNAHOWN CIRCLE<br>FAIRFAX VA 22030 | CREDITOR ID: 302485-39<br>MARY A MCQUEEN<br>460 FLATWOOD CURVE<br>WETUMPKA AL 36092 | CREDITOR ID: 302486-39<br>MARY A MITCHELL<br>ATTN MARY CIOE<br>9 PAGODA CT N<br>HOMOSASSA FL 34446 |
| CREDITOR ID: 302487-39<br>MARY A PHILLIP<br>P O BOX 1759<br>DONALDSONVILLE LA 70346 | CREDITOR ID: 302488-39<br>MARY A SCHMITT<br>6150 SILVER SPUR DR<br>LITHONIA GA 30058 | CREDITOR ID: 302489-39<br>MARY A SMITH<br>109 MAJOR DR<br>LAURENS SC 29360 |
| CREDITOR ID: 302490-39<br>MARY A STONE<br>108 LINDA KAY CT<br>WARNER  ROBINS GA 31088 | CREDITOR ID: 302491-39<br>MARY A WALTERS<br>704 S W CALIFORNIA TERR<br>FORT  WHITE FL 32038 | CREDITOR ID: 302492-39<br>MARY AGNES DE CROSS & DANIEL<br>MICHAEL DE CROSS SR JT TEN<br>2486 STATE HWY 29<br>JOHNSTOWN NY 12095 |
| CREDITOR ID: 302493-39<br>MARY ALICE AMBURN<br>2215 VIREO DRIVE<br>N  AUGUSTA SC 29841 | CREDITOR ID: 302494-39<br>MARY ALICE BRYAN<br>3436 SW 20TH ST<br>GAINESVILLE FL 32608 | CREDITOR ID: 302495-39<br>MARY ALICE JENKINS<br>7207 LEE ROAD 240<br>PHENIX  CITY AL 36870 |
| CREDITOR ID: 302496-39<br>MARY ALICE ROWLING<br>1745 SHERIDAN ST<br>JACKSONVILLE FL 32207 | CREDITOR ID: 302497-39<br>MARY ANGELA P SHUCK<br>2415 LA GRANGE RD<br>SHELBYVILLE KY 40065 | CREDITOR ID: 302498-39<br>MARY ANN ALLLENDER<br>109 CREST LAKE DR<br>OAK  RIDGE NJ 07438 |
| CREDITOR ID: 302499-39<br>MARY ANN BAYER<br>4353 PHILNOLL DR<br>CINCINNATI OH 45247 | CREDITOR ID: 302500-39<br>MARY ANN BESSENT & BENNY O<br>BESSENT JT TEN<br>1700 GERALDINE DR<br>JACKSONVILLE FL 32205 | CREDITOR ID: 302502-39<br>MARY ANN BOLTON<br>PO BOX 441<br>WOODLAND NC 27897 |
| CREDITOR ID: 302501-39<br>MARY ANN BOLTON<br>5434 SOUTHVIEW DR<br>LOUISVILLE KY 40214 | CREDITOR ID: 302503-39<br>MARY ANN CALLAN & JEFFREY L<br>CALLAN JT TEN<br>133 VILLA CREST DR<br>STATE  COLLEGE PA 16801 | CREDITOR ID: 302504-39<br>MARY ANN CLAVERIA<br>1841 SW 23RD TERRACE<br>OKEECHOBEE FL 34974 |
| CREDITOR ID: 302505-39<br>MARY ANN COLEMAN<br>PO BOX 424<br>TALIHINA OK 74571 | CREDITOR ID: 302506-39<br>MARY ANN DOBY<br>2670 PANTHER CREEK RD<br>SALISBURY NC 28146 | CREDITOR ID: 302507-39<br>MARY ANN DOYLE & JOHN DOYLE<br>JT TEN<br>37 D FOUR MILE COURT<br>CAMP  SPRINGS KY 41059 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 302508-39<br>MARY ANN ERNST<br>4940 CHERRY CT<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 302509-39<br>MARY ANN GARRETTE<br>981B HUTCHIN LANE<br>CHIPLEY FL 32428 | CREDITOR ID: 302510-39<br>MARY ANN GODFREY & GEORGE E<br>GODFREY JT TEN<br>2612 BRIARWOOD DR<br>FLORENCE SC 29505 |
| CREDITOR ID: 302511-39<br>MARY ANN GREENWAY<br>978 BRANNANFIELD RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 302512-39<br>MARY ANN HALLENBECK &<br>TIMOTHY A HALLENBECK JT TEN<br>2749 BROWN RD<br>ALBION NY 14411 | CREDITOR ID: 302513-39<br>MARY ANN HUNTER<br>8817 CHANNING DR<br>JONESBORO GA 30236 |
| CREDITOR ID: 302514-39<br>MARY ANN INGRAM<br>40 JUSTIN CHASE<br>WETUMPKA AL 36093 | CREDITOR ID: 302515-39<br>MARY ANN KNOX<br>3716 PRESCOTT ST<br>TITUSVILLE FL 32796 | CREDITOR ID: 302516-39<br>MARY ANN MCMILLAN<br>607 CROMARTIE ROAD<br>ELIZABETH TOWN NC 28337 |
| CREDITOR ID: 302517-39<br>MARY ANN MOKRZECKI<br>3 SCOTT LN<br>HADLEY MA 01035 | CREDITOR ID: 302518-39<br>MARY ANN PETERS & LYNETTE<br>LORD JT TEN<br>4036 MEEK DR<br>JACKSONVILLE FL 32277 | CREDITOR ID: 302519-39<br>MARY ANN PITTMAN<br>607 CROMARTIE ROAD<br>ELIZABETHTOWN NC 28337 |
| CREDITOR ID: 302520-39<br>MARY ANN PLACZEK<br>1801 SW CAPEHART AVE<br>PORT ST LUCIE FL 34953 | CREDITOR ID: 302521-39<br>MARY ANN PLEINES<br>12131 GROVEWOOD AVE<br>THONOTOSASSA FL 33592 | CREDITOR ID: 302522-39<br>MARY ANN R BERNARD<br>170 RONALD BLVD<br>LAFAYETTE LA 70503 |
| CREDITOR ID: 302523-39<br>MARY ANN RIVERS WILSON<br>45 GREEN TREE CIRCLE RD<br>BRISTOL VA 24201 | CREDITOR ID: 302524-39<br>MARY ANN S BRYAN TRUSTEE THE<br>MARY ANN S BRYAN REVOCABLE<br>TR U A DTD 11-18-88<br>1651 BEACH AVE<br>ATLANTIC BEACH FL 32233 | CREDITOR ID: 302525-39<br>MARY ANN STIERWALD<br>3240 TEXAS AVE<br>KENNER LA 70065 |
| CREDITOR ID: 302526-39<br>MARY ANN TINES<br>61684 SPRUCE DR<br>PEARL RIVER LA 70452 | CREDITOR ID: 302527-39<br>MARY ANN WALTERS<br>704 SW CALIFORNIA TERR<br>FT WHITE FL 32038 | CREDITOR ID: 302528-39<br>MARY ANN WARFIELD<br>4051 NVS 301<br>WILDWOOD FL 34785 |
| CREDITOR ID: 302529-39<br>MARY ANN WATSON<br>103 ELLEN CT<br>WINTER HAVEN FL 33884 | CREDITOR ID: 302530-39<br>MARY ANN WILDER<br>PO BOX 128<br>OAKLAND CITY IN 47660 | CREDITOR ID: 302531-39<br>MARY ANNE ALLENDER<br>109 CREST LAKE DR<br>OAK RIDGE NJ 07438 |
| CREDITOR ID: 302533-39<br>MARY ANNE C BRATBURD & EDDIE<br>BRATBURD JR JT TEN<br>1737 MAYVIEW ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 302534-39<br>MARY ANNE CLEVELAND<br>39 STONE GATE SOUTH<br>LONGWOOD FL 32779 | CREDITOR ID: 302535-39<br>MARY ANNE PATTILLO<br>880 TULAROSA STREET<br>LAKE CITY FL 32025 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302536-39<br>MARY ANNE POWERS CUST<br>MICHAEL R POWERS UNIF TRAN<br>MIN ACT KY<br>2708 CARRIAGE HILL DR<br>BOWLING  GREEN KY 42104 | CREDITOR ID: 302537-39<br>MARY ANNE RHAME BATES<br>PO BOX 749<br>LAKEVILLE CT 06039 | CREDITOR ID: 302538-39<br>MARY ANNE SANDERS CUST<br>MICHAEL NOAH SANDERS UNIF<br>TRANS MIN ACT IN<br>1026 CASTLEWOOD DR<br>NEW  ALBANY IN 47150 |
| CREDITOR ID: 302539-39<br>MARY ARLINE KIMBALL<br>RR 1  466<br>LEE FL 32059 | CREDITOR ID: 302540-39<br>MARY AYO MADERE & HOPE ANN<br>MADERE FRIEKEY JT TEN<br>112 DEWEESE ST<br>WAGGAMAN LA 70094 | CREDITOR ID: 302541-39<br>MARY B BARRY<br>11500 RIDENOUR RD<br>THORNVILLE OH 43076 |
| CREDITOR ID: 302542-39<br>MARY B DELOACH & CARLTON W<br>DELOACH JT TEN<br>P O BOX 3055<br>LABELLE FL 33975 | CREDITOR ID: 302543-39<br>MARY B DUFFIE<br>3644 LAKE SHORE DR<br>APOPKA FL 32703 | CREDITOR ID: 302544-39<br>MARY B GREEN<br>451 MAXEY RD APT 4206<br>HOUSTON TX 77013 |
| CREDITOR ID: 302545-39<br>MARY B OBRIEN<br>234 N LAKEVIEW DR<br>BROOKS KY 40109 | CREDITOR ID: 302546-39<br>MARY B ODEN & GLEN DAVID<br>ODEN JT TEN<br>1125 POPLAR CREEK TRL<br>RALEIGH NC 27610 | CREDITOR ID: 302547-39<br>MARY B PARETTI<br>3516 RIVERLAND DR<br>CHALMETTE LA 70043 |
| CREDITOR ID: 302548-39<br>MARY B PARRISH<br>6706 SW 35TH WAY<br>GAINESVILLE FL 32608 | CREDITOR ID: 302549-39<br>MARY B STANLEY & ERNEST E<br>STANLEY JT TEN<br>300 PARK AVE<br>EMPORIA VA 23847 | CREDITOR ID: 302550-39<br>MARY B STUCKEY<br>PO BOX 332<br>APOPKA FL 32704 |
| CREDITOR ID: 302551-39<br>MARY B SWANSON<br>1833 S LIVE OAK PKY<br>WILMINGTON NC 28403 | CREDITOR ID: 302553-39<br>MARY BARDYSZ & HELEN BARDYSZ<br>JT TEN<br>PO BOX 23<br>FLUSHING NY 11372 | CREDITOR ID: 302554-39<br>MARY BATES DELOACH<br>P O BOX 3055<br>LABELLE FL 33975 |
| CREDITOR ID: 302555-39<br>MARY BELLANY SWANSON<br>1833 S LIVE OAK PKWY<br>WILMINGTON NC 28403 | CREDITOR ID: 302556-39<br>MARY BELLE GREEN & L T GREEN<br>JT TEN<br>451 MAXEY RD APT 4206<br>HOUSTON TX 77013 | CREDITOR ID: 302557-39<br>MARY BETH BEVINS & RALPH<br>BEVINS JT TEN<br>5324 LAKESIDE DR<br>LAKE  WALES FL 33898 |
| CREDITOR ID: 302558-39<br>MARY BETH GRAGE<br>10365 ARBOR RIDGE TRL<br>ORLANDO FL 32817 | CREDITOR ID: 302559-39<br>MARY BETH PARIS<br>4510 SWANN AVE<br>TAMPA FL 33609 | CREDITOR ID: 302560-39<br>MARY BETH PARIS & FRANK<br>PARIS JT TEN<br>4510 SWANN AVE<br>TAMPA FL 33609 |
| CREDITOR ID: 302563-39<br>MARY BETH RAINE STONE CUST<br>ROBERT REED STONE UNDER THE<br>AL UNIF TRAN MIN ACT<br>1944 HARPETH RIVER DR<br>BRENTWOOD TN 37027 | CREDITOR ID: 302562-39<br>MARY BETH RAINE STONE CUST<br>MARY RAINE STONE UNDER THE<br>AL UNIF TRAN MIN ACT<br>1944 HARPETH RIVER DR<br>BRENTWOOD TN 37027 | CREDITOR ID: 302561-39<br>MARY BETH RAINE STONE CUST<br>GREGORY CARL STONE JR UNDER<br>THE AL UNIF TRAN MIN ACT<br>1944 HARPETH RIVER DR<br>BRENTWOOD TN 37027 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302564-39<br>MARY BETH SCHNEIDER<br>2607 S WOODLAND BLVD 289<br>DELAND FL 32720 | CREDITOR ID: 302565-39<br>MARY C ALDRIDGE<br>142 TEMPLE CREEK DR<br>KINGSLAND GA 31548 | CREDITOR ID: 302566-39<br>MARY C ALEXANDER<br>1060 W 13TH ST<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 302567-39<br>MARY C ALLEN<br>114 HUNTER CARVER LANE<br>FOREST CITY NC 28043 | CREDITOR ID: 302569-39<br>MARY C ANDERSON<br>PO BOX 1684<br>REEDSVILLE GA 30453 | CREDITOR ID: 302568-39<br>MARY C ANDERSON<br>727 ABELIA RD<br>COLUMBIA SC 29205 |
| CREDITOR ID: 302570-39<br>MARY C BRIDENHAGEN & J<br>STEPHEN GUERCIO JT TEN<br>11695 BINARY CT<br>MONROVIA MD 21770 | CREDITOR ID: 302571-39<br>MARY C COBAUGH<br>6246 SW 136TH CT APT D101<br>MIAMI FL 33197 | CREDITOR ID: 302572-39<br>MARY C COLLINS<br>P O BOX 10381<br>GREENVILLE SC 29603 |
| CREDITOR ID: 302574-39<br>MARY C DELEO-BARLOW<br>6226 SAILBOAT AVE<br>TAVARES FL 32778-9212 | CREDITOR ID: 302575-39<br>MARY C FLORENCE<br>2368 COVINGTON CREEK CIR E<br>JACKSONVILLE FL 32224 | CREDITOR ID: 302576-39<br>MARY C HARRIS & EMERY W<br>HARRIS JT TEN<br>2009 EAGLE CREST CT<br>BIRMINGHAM AL 35242 |
| CREDITOR ID: 302577-39<br>MARY C LESTER<br>1308 W ESPLANADE APT D<br>KENNER LA 70065 | CREDITOR ID: 302578-39<br>MARY C LONGERBEAN<br>PO BOX 807<br>MIDDLEBURG FL 32050 | CREDITOR ID: 302579-39<br>MARY C MITCHELL CUST BRIAN M<br>MITCHELL UNIF TRAN MIN ACT FL<br>129 SHERIDAN CT<br>LONGWOOD FL 32750 |
| CREDITOR ID: 302580-39<br>MARY C OCONNOR<br>545 NW AVON AVENUE<br>PORT ST LUCIE FL 34983 | CREDITOR ID: 302581-39<br>MARY C PARRAMORE<br>821 JETTY AVE<br>QUINCY FL 32351 | CREDITOR ID: 302582-39<br>MARY C PERECKO<br>2416 ROBERTS DRIVE<br>NICEVILLE FL 32578 |
| CREDITOR ID: 302583-39<br>MARY C RUMIEZ & DAVID A<br>RUMIEZ JT TEN<br>1301 PLEASANTRIDGE PL<br>ORLANDO FL 32835-8213 | CREDITOR ID: 302584-39<br>MARY C SCANLON<br>1123 DELTA DR<br>COLUMBIA SC 29209 | CREDITOR ID: 302585-39<br>MARY C SIGMON<br>2068 MOONLIT TRL<br>VALE NC 28168 |
| CREDITOR ID: 302586-39<br>MARY C TUDOR & LESTER TUDOR<br>JT TEN<br>1145 ROLLING HILLS DR<br>CINCINNATI OH 45255 | CREDITOR ID: 302587-39<br>MARY C TURNER<br>19833 SUSAN CT<br>CLINTON TWP MI 48035 | CREDITOR ID: 302588-39<br>MARY C WESSEL<br>2010 FOXHURST DR<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 302589-39<br>MARY CANDICE WACHTER<br>1506 BRUNNER ST NW<br>CULLMAN AL 35055 | CREDITOR ID: 302590-39<br>MARY CARNEY<br>2320 BEE RIDGE RD LOT 93<br>SARASOTA FL 34239 | CREDITOR ID: 302591-39<br>MARY CAROL KELLY<br>10401 EDGEWATER RD<br>LOUISVILLE KY 40223 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 302592-39
MARY CAROLYN LONG
105 SLINGSBY ST
ELIZABETHTOWN NC 28337

CREDITOR ID: 302593-39
MARY CASON & KENNETH CASON
JT TEN
7642 CONTOUR DR
JACKSONVILLE FL 32221

CREDITOR ID: 302594-39
MARY CATHERINE HOLLIMAN
12356 LARUE RD
OCEAN  SPRINGS MS 39564

CREDITOR ID: 302595-39
MARY CHRISTINE VIDRINE
106 EAST RUELLE DRIVE
MANDEVILLE LA 70471

CREDITOR ID: 302596-39
MARY CLAIRE H STONE
3 DOGWOOD LN
WALTERBORO SC 29488

CREDITOR ID: 302597-39
MARY COLLINS FORTSON
1788 SHOAL CREEK CIR
GREEN  COVE  SPRINGS FL 32043

CREDITOR ID: 302598-39
MARY COLLINS FORTSON CUST
DAVID CHRISTOPHER HAGAN JR
U/T/M/A/FL
1788 SHOAL CREEK CIR
GREEN  COVE  SPRINGS FL 32043

CREDITOR ID: 302599-39
MARY CONNOLLY & JOHN F
CONNOLLY JT TEN
11 HUNTERS TRL
MADISON CT 06443

CREDITOR ID: 302600-39
MARY COURTNEY BRYAN CARON
3810 MIAMI ROAD
MARIEMONT
CINCINNATI OH 45227

CREDITOR ID: 302602-39
MARY COURTNEY BRYAN-CARON
CUST REED BRYAN CARON UNDER
OH UNIFORM TRANSFERS TO
MINORS ACT
3810 MIAMI RD
CINCINNATI OH 45227

CREDITOR ID: 302601-39
MARY COURTNEY BRYAN-CARON
CUST JAYNE SHANDS CARON
UNDER OH UNIFORM TRANSFERS
TO MINORS ACT
3810 MIAMI RD
CINCINNATI OH 45227

CREDITOR ID: 302603-39
MARY D BENNETT
3521 COLLINS DR
LUMBERTON NC 28358

CREDITOR ID: 302604-39
MARY D BILLINGSLEY
4304 ROLLING HILLS RD
MORVEN GA 31638

CREDITOR ID: 302605-39
MARY D BOBO
P O BOX 4803
LOUISVILLE KY 40204

CREDITOR ID: 302606-39
MARY D BROWN
201 DOGWOOD DR
GAFFNEY SC 29340

CREDITOR ID: 302607-39
MARY D DECKER
3288 SUNBEAM RD
LEITCHFIELD KY 42754

CREDITOR ID: 302608-39
MARY D FORD
4109 MERRYWEATHER DR
ORLANDO FL 32812

CREDITOR ID: 302609-39
MARY D HOLLINGSWORTH & JOHN
HOLLINGSWORTH JT TEN
1170 PANAMA AVE
CLEWISTON FL 33440

CREDITOR ID: 302610-39
MARY D LANDRY & OSCAR F
LANDRY JT TEN
1213 LURLINE DR
NEW  ORLEANS LA 70121

CREDITOR ID: 302611-39
MARY D LUQUIRE
2401 CALLISON HWY
GREENWOOD SC 29646

CREDITOR ID: 302612-39
MARY D MACMILLAN
14297 CORONADO DR
SPRING  HILL FL 34609

CREDITOR ID: 302613-39
MARY D MERRELL
100 MAIN ST
JAFFREY NH 03452

CREDITOR ID: 302614-39
MARY D MOORE
7624 LONGFIELD DR
FORT  WORTH TX 76108

CREDITOR ID: 302615-39
MARY D SCRIMENTI & VINCENT A
SCRIMENTI JT TEN
24011 DOVERWICK DR
TOMBALL TX 77375

CREDITOR ID: 302616-39
MARY D SNIDER & WENDY S
SNIDER
8855 COURTYARD LN
GROVELAND FL 34736

CREDITOR ID: 302617-39
MARY D TALBOT TTEE U-A DTD
08-21-89 MARY TALBOT TRUST
3530 DAMIEN AVE 245
LA  VERNE CA 91750

CREDITOR ID: 302618-39
MARY DALY HERRIN
1112 BRYAN DR
BIRMINGHAM AL 35210

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

CREDITOR ID: 302619-39
MARY DARBY
933 LOOMIS AVE
DAYTONA BEACH FL 32114

CREDITOR ID: 302620-39
MARY DARMS LANDRY
1213 LURLINE DR
NEW ORLEANS LA 70121

CREDITOR ID: 302621-39
MARY DENISE GRADER
H103
1245 PALM BAY RD NE
PALM BAY FL 32905

CREDITOR ID: 302622-39
MARY DIANNE TAYLOR
614 NEW ORCHARD PL
LARGO MD 20774

CREDITOR ID: 302623-39
MARY DUNBAR
234 EAST GOLF AVENUE
SOUTH PLAINFIELD NJ 07080

CREDITOR ID: 302624-39
MARY DUNLOP & WILLIAM DUNLOP
III JT TEN
16200 BATON ROUGE CT
FORT MYERS FL 33908

CREDITOR ID: 302625-39
MARY DUNWOODY HARRIS
31047 WELLINGTON CT
SPANISH FORT AL 36527

CREDITOR ID: 302626-39
MARY DUTIEL & JEFF DUTIEL
JT TEN
23 TERRACE AVE
CRESTVIEW KY 41076

CREDITOR ID: 302627-39
MARY E ADAMS
630 OLD ANDERSON RD
GREENVILLE SC 29611

CREDITOR ID: 302628-39
MARY E AKERS
1388 SE 11TH PL
HOMESTEAD FL 33035

CREDITOR ID: 302629-39
MARY E BARNES & ORRIN L
BARNES JT TEN
130 S LAKE AVE
APOPKA FL 32703

CREDITOR ID: 302630-39
MARY E BARNES & SARAH B
BURGESS JT TEN
130 S LAKE AVE
APOPKA FL 32703

CREDITOR ID: 302631-39
MARY E BENSON
3103 SOFT FERN COURT
KINGWOOD TX 77345

CREDITOR ID: 302632-39
MARY E BOSTIAN
172 DURANGO DRIVE
LEESVILLE SC 29070

CREDITOR ID: 302633-39
MARY E BOWLEY
7970 OLD PLANK ROAD
JACKSONVILLE FL 32220

CREDITOR ID: 302634-39
MARY E CHAMBERS
2350 MITCHELL ROAD
HARTFORD AL 36344

CREDITOR ID: 302635-39
MARY E CLECKLER
4137 COUNTY ROAD 55
CLANTON AL 35046

CREDITOR ID: 302636-39
MARY E DAVIS
1324 MORVENWOOD RD
JACKSONVILLE FL 32207

CREDITOR ID: 302637-39
MARY E ENDERLE & EDWIN L
ENDERLE JT TEN
148 COUNTRYVIEW DR
HARRISON OH 45030

CREDITOR ID: 302638-39
MARY E FIELDSON
8740 SW 41ST ST
MIAMI FL 33165

CREDITOR ID: 302639-39
MARY E GILBERT
2227 W 33RD ST
PANAMA CITY FL 32405

CREDITOR ID: 302640-39
MARY E GRIFFITH & CHARLES R
GRIFFITH JT TEN
6249 LOBELIA DR SW
MABLETON GA 30126

CREDITOR ID: 302641-39
MARY E HAMILTON
417 BRIERCLIFF DRIVE
COLUMBIA SC 29203

CREDITOR ID: 302642-39
MARY E HANNON
1290 S MCELHANEY RD
GREER SC 29651

CREDITOR ID: 302643-39
MARY E HOLLOWAY
1608 WELLESLEY CIR APT 8
NAPLES FL 34116

CREDITOR ID: 302644-39
MARY E HUBER
9859 S 262ND PL
KENT WA 98031

CREDITOR ID: 302645-39
MARY E JACKSON & JIMMY W
JACKSON JT TEN
1947 FAIRHILL CIR
ROCK HILL SC 29732

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302646-39<br>MARY E JOHNSON<br>100 WILKINS CIRCLE<br>SANFORD FL 32771 | CREDITOR ID: 302647-39<br>MARY E JORDAN & EULIS JORDAN<br>JT TEN<br>183 NE ROCK TRL<br>MADISON FL 32340 | CREDITOR ID: 302648-39<br>MARY E KING & DANIEL W KING<br>JT TEN<br>509 W CHURCH ST<br>MASON OH 45040 |
| CREDITOR ID: 302649-39<br>MARY E MALESKI<br>2000 ORCHARD DR<br>APOPKA FL 32712 | CREDITOR ID: 302650-39<br>MARY E MCCARTY<br>1125 ALLISON BONNETT<br>MIDFIELD AL 35228 | CREDITOR ID: 302651-39<br>MARY E MCLOCKLIN<br>3008 NW 2ND AVE<br>GAINESVILLE FL 32607 |
| CREDITOR ID: 302652-39<br>MARY E PATERNOSTRO<br>639 PAILET AVE<br>HARVEY LA 70058 | CREDITOR ID: 302653-39<br>MARY E PRITCHETT<br>4712 NORWALK PL<br>ORLANDO FL 32808 | CREDITOR ID: 302654-39<br>MARY E REGISTER<br>2112 N TROUPE ST<br>VALDOSTA GA 31602 |
| CREDITOR ID: 302655-39<br>MARY E SALIS<br>112 ALMA DR<br>ALTAMONTE  SPRINGS FL 32714 | CREDITOR ID: 302656-39<br>MARY E SHADD<br>5398 LAURIE LN<br>MIDDLEBURG FL 32068 | CREDITOR ID: 302657-39<br>MARY E SHEFFIELD<br>2313 CEDAR TERRACE RD<br>LITHIA  SPRINGS GA 30122 |
| CREDITOR ID: 302658-39<br>MARY E SOLANO & JULIE K CADE<br>JT TEN<br>PO BOX 2937<br>ORANGE  PARK FL 32067 | CREDITOR ID: 302659-39<br>MARY E STALEY<br>201 BROWN RIDGE RD<br>NORTH  WILKESBORO NC 28659 | CREDITOR ID: 302660-39<br>MARY E SUTTON<br>1057 COUNTY RD 236<br>TOWN  CREEK AL 35672 |
| CREDITOR ID: 302661-39<br>MARY E TERRY<br>650 CALOOSA DR<br>VENICE FL 34293 | CREDITOR ID: 302662-39<br>MARY E THOMPSON<br>101 GARLLUM RD<br>MILTON FL 32571 | CREDITOR ID: 302663-39<br>MARY E TILLETT<br>9000 RISCHFORTH RD<br>RUSSELLVILLE OH 45168 |
| CREDITOR ID: 302664-39<br>MARY E WILLIAMS<br>3025 DELLCREST PL<br>LAKE  MARY FL 32746 | CREDITOR ID: 302665-39<br>MARY EDNA MILLER STOEBNER<br>5505 COLUMBINE LANE<br>SAN  ANGELO TX 76904 | CREDITOR ID: 302666-39<br>MARY ELAINE ORINGDERFF CUST<br>SARA BETH ORINGDERFF UND<br>UNIF GIFT MIN ACT TX<br>1102 THOMAS AVE<br>CONROE TX 77301 |
| CREDITOR ID: 302667-39<br>MARY ELIZABETH ANGELICA<br>10100 SW 38TH TER<br>MIAMI FL 33165 | CREDITOR ID: 302668-39<br>MARY ELIZABETH ARIAIL<br>1207 AUGUSTA ST<br>GREENVILLE SC 29605 | CREDITOR ID: 302669-39<br>MARY ELIZABETH DANIEL<br>4230 BARNETT PL<br>DENVER CO 80212 |
| CREDITOR ID: 302670-39<br>MARY ELIZABETH DICKSON<br>416 AZALEA DR<br>ANDERSON SC 29625 | CREDITOR ID: 302671-39<br>MARY ELIZABETH POOLE<br>326 E MAIN ST<br>TROY NC 27371 | CREDITOR ID: 302672-39<br>MARY ELIZABETH WILSON<br>4510 SWANN AVE<br>TAMPA FL 33609 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                          **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 302673-39<br>MARY ELKINS<br>PO BOX 186<br>CANEYVILLE KY 42721 | CREDITOR ID: 302674-39<br>MARY ELLEN CHANCEY<br>11925 HAVBURG DR<br>PENSACOLA FL 32506 | CREDITOR ID: 302675-39<br>MARY ELLEN CLENNEY<br>195 AVE RD<br>COLQUITT GA 31737 |
| CREDITOR ID: 302676-39<br>MARY ELLEN COMPTON<br>UNIT 204<br>201 W 9TH N<br>SUMMERVILLE SC 29483 | CREDITOR ID: 302678-39<br>MARY ELLEN MARLOW<br>5005 HIGH POINT DRIVE<br>PANAMA CITY FL 32404 | CREDITOR ID: 302677-39<br>MARY ELLEN MARLOW<br>5005 HIGH POINT DR<br>PANAMA CITY FL 32404 |
| CREDITOR ID: 302679-39<br>MARY ELLEN PERRY<br>2012 E 48TH ST<br>LUBBOCK TX 79404 | CREDITOR ID: 302680-39<br>MARY ELLEN PRINCE<br>1402 CHANDLER RD<br>HUNTSVILLE AL 35801 | CREDITOR ID: 302681-39<br>MARY ELLEN PRINCE CUST<br>CAROLINE PRINCE U/G/M/A/SC<br>1610 PRATT AVE NE<br>HUNTSVILLE AL 35801 |
| CREDITOR ID: 302682-39<br>MARY ELLEN PRINCE CUST EVAN<br>PRINCE U/G/M/A/SC<br>9018 RANDALL RD SW<br>HUNTSVILLE AL 35802 | CREDITOR ID: 302683-39<br>MARY ELLEN SMITH<br>2332 SE JACKSON STREET<br>STUART FL 34997 | CREDITOR ID: 302684-39<br>MARY ELLEN SQUIRE CUST JANET<br>MARIE SQUIRE U/G/M/A/IL<br>1631 SPRUCEWOOD DR<br>ROCKFORD IL 61107 |
| CREDITOR ID: 302685-39<br>MARY ELLEN STRONG<br>1730 NISKEY COVE RD SW<br>ATLANTA GA 30331 | CREDITOR ID: 302686-39<br>MARY EMILEE GRISSOM<br>6029 WEDGEWOOD CIR<br>ORLANDO FL 32808 | CREDITOR ID: 302687-39<br>MARY ERNESTINE ZIPPERER &<br>RONALD L ZIPPERER JT TEN<br>3968 WESTMINSTER DR<br>SARASOTA FL 34241 |
| CREDITOR ID: 302688-39<br>MARY EUGENIA MARTIN<br>3712 YALE AVE<br>COLUMBIA SC 29205 | CREDITOR ID: 302689-39<br>MARY EVELYN NORRIS & GERALD<br>A NORRIS JT TEN<br>RR 3 BOX 87<br>GREENVILLE FL 32331 | CREDITOR ID: 302690-39<br>MARY EVELYN PRIEST<br>C/O MARY EVELYN FICHTER<br>17781 N RIVER RD<br>ALVA FL 33920 |
| CREDITOR ID: 302691-39<br>MARY F BEACH<br>6802 BARBERIE ST<br>JACKSONVILLE FL 32208 | CREDITOR ID: 302692-39<br>MARY F COLEMAN<br>712 NEWPORT DRIVE<br>FORT WALTON BEACH FL 32547 | CREDITOR ID: 302693-39<br>MARY F CROMER<br>115 WYNDHAM CT<br>GREENVILLE SC 29615 |
| CREDITOR ID: 302694-39<br>MARY F DOOLITTLE<br>1188 BUTTER AND EGG<br>HAZEL GREEN AL 35750 | CREDITOR ID: 302695-39<br>MARY F ELDEN<br>C/O MARY F PRUETT<br>PO BOX 763<br>ISLAMORADA FL 33036 | CREDITOR ID: 302696-39<br>MARY F GLOVER & ROBERT N<br>GLOVER JT TEN<br>294 BROCKWAY RD<br>OWENS CROSS ROADS AL 35763 |
| CREDITOR ID: 302697-39<br>MARY F HILL<br>304 SHAW ROAD<br>HONEA PATH SC 29654 | CREDITOR ID: 302698-39<br>MARY F JOHNSON<br>496 LEE ROAD 781<br>VALLEY AL 36854 | CREDITOR ID: 302699-39<br>MARY F KRINGS<br>4776 MADISON DR<br>HOPEMILLS NC 28348 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302700-39<br>MARY F MCDONUGH TRUSTEE U-A<br>DTD 01-01-96 LOIS M HOFFMAN<br>IRREVOCABLE TRUST<br>2437 RANSDELL AVE<br>LOUISVILLE KY 40204 | CREDITOR ID: 302701-39<br>MARY F MEACHAM & CHARLES E<br>MEACHAM JT TEN<br>818 COLONIAL CT W<br>JACKSONVILLE FL 32225 | CREDITOR ID: 302702-39<br>MARY F MEACHAM CUST LARRY<br>DAVID MCCONATHA UNIF TRANS<br>MIN ACT FL<br>818 COLONIAL CT W<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 302703-39<br>MARY F MEACHAM CUST ROBERT<br>ZACHARY MCBROOM UNIF TRANS<br>MIN ACT FL<br>818 COLONIAL CT W<br>JACKSONVILLE FL 32225 | CREDITOR ID: 302704-39<br>MARY F PARAMORE<br>PINECREST RD<br>BOX 5975<br>LIVE  OAK FL 32060 | CREDITOR ID: 302705-39<br>MARY F WEHLING & EUGENE G<br>WEHLING JT TEN<br>PO BOX 171<br>ELBERTA AL 36530 |
| CREDITOR ID: 302706-39<br>MARY FERRIS<br>38 VISION BEACH DR<br>ORTLEY  BEACH NJ 08751 | CREDITOR ID: 302707-39<br>MARY FIGLOCK & ROBERT H<br>FIGLOCK JT TEN<br>64 SKIDMORE ST<br>WILKES  BARRE PA 18705 | CREDITOR ID: 302708-39<br>MARY FOSTINE KEENEY<br>462 KEENEY RD<br>SCIENCE  HILL KY 42553 |
| CREDITOR ID: 302709-39<br>MARY FRANCES FAUNTLEROY<br>1240 NW 130TH ST<br>MIAMI FL 33167 | CREDITOR ID: 302710-39<br>MARY FRANCES HAWK<br>2720 SPRING PARK RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 302711-39<br>MARY FRANCES HORNSBY<br>1388 BURT MILL RD<br>TALLASSEE AL 36078 |
| CREDITOR ID: 302712-39<br>MARY FRANCES JOHNSON<br>12870 OAKLAND HILLS COURT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 302713-39<br>MARY FRANCES KRINGS<br>4776 MADISON DR<br>HOPEMILLS NC 28348 | CREDITOR ID: 302714-39<br>MARY FRANCES POTVINE<br>4003 FAWN CIR<br>TAMPA FL 33610 |
| CREDITOR ID: 302715-39<br>MARY FRANCES RICKETTS<br>17684 EAST LIMESTONE RD<br>ATHENS AL 35611 | CREDITOR ID: 302716-39<br>MARY FRANCES SMITH TRUSTEE<br>U-A DTD 07-24-97 MARY FRANCES<br>SMITH TRUST<br>206 ST THOMAS CIRCLE N<br>APOLLO  BEACH FL 33572 | CREDITOR ID: 302717-39<br>MARY FRANCES SPARKS & BILLIE<br>E SPARKS JT TEN<br>606 GALLEGO AVE<br>OCOEE FL 34761 |
| CREDITOR ID: 302720-39<br>MARY G ANGELO<br>3853 HERSCHEL ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 302721-39<br>MARY G BALL<br>1205 TOWNSEND BLVD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 302722-39<br>MARY G DALTON<br>14 WESTWOOD<br>COUNTRY CLUB GROUND<br>ST  LOUIS MO 63131 |
| CREDITOR ID: 302723-39<br>MARY G GATLIN & DARRYL W<br>GRABS JT TEN<br>P O BOX 427<br>HILLIARD FL 32046 | CREDITOR ID: 302724-39<br>MARY G GATLIN & GLENN E<br>GATLIN JT TEN<br>P O BOX 427<br>HILLIARD FL 32046 | CREDITOR ID: 302725-39<br>MARY G GATLIN & MARY BETH<br>GRABS JT TEN<br>P O BOX 427<br>HILLIARD FL 32046 |
| CREDITOR ID: 302726-39<br>MARY G GATLIN & PAUL A GRABS<br>JT TEN<br>P O BOX 427<br>HILLIARD FL 32046 | CREDITOR ID: 302727-39<br>MARY G HOOVER<br>20031 WEINBERGER RD<br>PONCHATOULA LA 70454 | CREDITOR ID: 302728-39<br>MARY G LILLARD HOWARD<br>9909 TREVINO LOOP NW<br>ALBUQUERQUE NM 87114 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                CASE:  05-03817-3F1

CREDITOR ID: 302729-39
MARY G MORGAN
9030 MIBECK RD
BELEW CREEK NC 27009

CREDITOR ID: 302730-39
MARY G OELKE
3114 DUNGLOW RD
DUNDALK MD 21222

CREDITOR ID: 302731-39
MARY G WHITE & JAMES F WHITE
JR JT TEN
2515 HOMESTEAD AVE
ALBANY GA 31707

CREDITOR ID: 302732-39
MARY GAIL MEYER
2177 ROSEWOOD LN N
ROSEVILLE MN 55113

CREDITOR ID: 302733-39
MARY GAILEY PACKER &
THEODORE W PACKER JT TEN
4153 GULFSTREAM BAY CT
ORLANDO FL 32822

CREDITOR ID: 302734-39
MARY GENE BOYCE
P O BOX 570652
HOUSTON TX 77257

CREDITOR ID: 302735-39
MARY GRACE REYNOLDS & JOHN
DAVID REYNOLDS JT TEN
17241 TRAPPERS DRIVE
FORT MYERS FL 33912

CREDITOR ID: 302736-39
MARY GRACIE & BOB GRACIE
JT TEN
5019 4TH ST W
LEHIGH ACRES FL 33971

CREDITOR ID: 302737-39
MARY GRADY K BELL
2320 LAKE DR
RALEIGH NC 27609

CREDITOR ID: 302738-39
MARY GRAY SMITH
100 BEACH DR NE
SAINT PETERSBURG FL 33701

CREDITOR ID: 302739-39
MARY GRIFFIN HILL
1111 BARRINGTON ST
ST WADESBORO NC 28170

CREDITOR ID: 302740-39
MARY H CLAYTON
12336 DEL RIO DR
JACKSONVILLE FL 32258

CREDITOR ID: 302741-39
MARY H CREIGHTON & WALTER D
CREIGHTON JT TEN
5114 DRURY CT
NEW PORT RICHEY FL 34653

CREDITOR ID: 302742-39
MARY H GARRISON
21820 SE 70TH AV
HAWTHORNE FL 32640

CREDITOR ID: 302743-39
MARY H GLENN
6428 MANNING ST
DORAVILLE GA 30340

CREDITOR ID: 302744-39
MARY H MATHEWS
PO BOX 115
CEDAR MOUNTAIN NC 28718

CREDITOR ID: 302745-39
MARY H MILLAR TR
UA 05/27/04
MARY H MILLAR LIVING TRUST
611 LIDO PARK DR APT 7B
NEWPORT BEACH CA 92663-4407

CREDITOR ID: 302746-39
MARY H RHODES
133 BAYOU VISTA DR
THIBODAUX LA 70301

CREDITOR ID: 302747-39
MARY H SMITH
4556 BROOKSIDE CARDIFF RD
GRAYVILLE AL 35073

CREDITOR ID: 302748-39
MARY H STEWART
128 IDLE HOUR DR
MACON GA 31210

CREDITOR ID: 302750-39
MARY HAMSTRA
3406 47TH ST WEST
BRADENTON FL 34209

CREDITOR ID: 302751-39
MARY HELEN B ACKER
401 BUTLER SPRINGS RD
GREENVILLE SC 29615

CREDITOR ID: 302752-39
MARY HELEN FLEEMAN
475 NORTH MAIN
WINTERVILLE GA 30683

CREDITOR ID: 302753-39
MARY HICKS
526 NICOLE RD
QUINCY FL 32351

CREDITOR ID: 302754-39
MARY HOLLIDAY
1724 JULIA STREET
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 302755-39
MARY HUGHES
209 YORK ST 46
LOUISVILLE KY 40203

CREDITOR ID: 302756-39
MARY HUTCHINS
109 PEARCE RD
AUBURNDALE FL 33823

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 302757-39<br>MARY I DELEON<br>1305 ORANGE AVE<br>FORT WORTH TX 76110 | CREDITOR ID: 302758-39<br>MARY I THOMPSON & FRANKLIN L<br>THOMPSON JT TEN<br>215 FAIRVIEW DRIVE<br>GREENVILLE SC 29609 | CREDITOR ID: 302759-39<br>MARY IMOGENE ROSENBALM<br>1637 FM 917 W<br>JOSHUA TX 76058 |
| CREDITOR ID: 302760-39<br>MARY IRENE HARRELL<br>4704 S BIRD RD<br>PLANT CITY FL 33567 | CREDITOR ID: 302761-39<br>MARY J BACHAR<br>363 LAMSON ST<br>JACKSONVILLE FL 32211 | CREDITOR ID: 302762-39<br>MARY J BAKER<br>414 PINEWOOD DRIVE<br>DEFUNIAK SPRINGS FL 32433 |
| CREDITOR ID: 302763-39<br>MARY J BLAIR<br>233 E MAIN ST<br>MOREHEAD KY 40351 | CREDITOR ID: 302764-39<br>MARY J BOWERS<br>3301 LOOP RD  APT 201<br>TUSCALOOSA AL 35404 | CREDITOR ID: 302765-39<br>MARY J BOYER<br>3089 STUART DR<br>MACON GA 31204 |
| CREDITOR ID: 302766-39<br>MARY J BRUTO & CARL L BRUTO<br>JR JT TEN<br>26238 COUNTY ROAD 44A<br>EUSTIS FL 32736 | CREDITOR ID: 302767-39<br>MARY J CARACCIOLO<br>6027 HOMESTEAD AVENUE<br>COCOA FL 32927 | CREDITOR ID: 302768-39<br>MARY J CARACCIOLO & A JOHN<br>CARACCIOLO JT TEN<br>6027 HOMESTEAD AVE<br>COCOA FL 32927 |
| CREDITOR ID: 302769-39<br>MARY J CARDER<br>3305 20TH AVE W<br>BRADENTON FL 34205 | CREDITOR ID: 302770-39<br>MARY J COOK<br>5826 FARLEY<br>RAYTOWN MO 64133 | CREDITOR ID: 302771-39<br>MARY J DONAHUE<br>3460 AUTUMN LAKE DRIVE<br>ROCK HILL SC 29730 |
| CREDITOR ID: 302772-39<br>MARY J GLASSCOCK<br>2025 WINONA AVE<br>MONTGOMERY AL 36107 | CREDITOR ID: 302773-39<br>MARY J HENDERSON<br>698 N EDGEWATER DR<br>PLANT CITY FL 33565 | CREDITOR ID: 302774-39<br>MARY J KLEIN<br>732 S E 10TH AVE<br>DEERFIELD BEACH FL 33441 |
| CREDITOR ID: 302775-39<br>MARY J MCCORKLE<br>237 VILLAGE PKWY<br>NORTH AUGUSTA SC 29841 | CREDITOR ID: 302776-39<br>MARY J POLAND<br>PO BOX 234 THAMES ST<br>NEWTON AL 36352 | CREDITOR ID: 302777-39<br>MARY J REDDEN<br>210 STONEBROOK DRIVE<br>UNION SC 29379 |
| CREDITOR ID: 302778-39<br>MARY J REESE<br>419 W RICH AVE<br>DE LAND FL 32720 | CREDITOR ID: 302779-39<br>MARY J ROTH CUST FOR<br>CHRISTOPHER R ROTH U/FL/GIFT<br>MIN ACT<br>20640 GROVE LINE COURT<br>ESTERO FL 33928 | CREDITOR ID: 302780-39<br>MARY J ROTH CUST FOR KYLE D<br>ROTH U/FL/GIFT MIN ACT<br>20640 GROVE LINE COURT<br>ESTERO FL 33928 |
| CREDITOR ID: 302781-39<br>MARY J SANCHEZ & GERRITT J<br>SANCHEZ SR TEN COM<br>50422 JIMONY DR<br>TICKFAW LA 70466 | CREDITOR ID: 302782-39<br>MARY J SEYFER & DONALD L<br>SEYFER JT TEN<br>246 LIBERTY HILL RD<br>LEXINGTON SC 29073 | CREDITOR ID: 302783-39<br>MARY J SINGH<br>3168 SHADOW WALK LANE<br>TUCKER GA 30084 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

CREDITOR ID: 302784-39
MARY J STEWART
P O BOX 533
ELIZABETHTOWN NC 28337

CREDITOR ID: 302785-39
MARY J STOKES
PO BOX 152
NEWBERN AL 36765

CREDITOR ID: 302786-39
MARY J STUMPH
2506 CAMBRIDGE DR
SHEPHERDSVILLE KY 40165

CREDITOR ID: 302787-39
MARY J SWORDS
11000 COLORADO SPRINGS AV
JACKSONVILLE FL 32219

CREDITOR ID: 302788-39
MARY J THOMAS
3121 LOVING AVE
FORTH WORTH TX 76106

CREDITOR ID: 302789-39
MARY J WOPPERER & EDWIN F
WOPPERER JT TEN
6760 DALEVIEW ROAD
CINCINNATI OH 45247

CREDITOR ID: 302790-39
MARY JANE CASEY & MICHAEL P
CASEY JT TEN
11140 CRICKET HILL
ST  LOUIS MO 63146

CREDITOR ID: 302791-39
MARY JANE FLEURY
2108 DIXIE GARDEN LOOP
HOLIDAY FL 34690

CREDITOR ID: 302792-39
MARY JANE GONZALEZ TRAVITZ
605 NE 40TH AVE
MINERAL  WELLS TX 76067

CREDITOR ID: 302793-39
MARY JANE HEIM
716 FOUNTAIN AVE
LOUISVILLE KY 40222

CREDITOR ID: 302794-39
MARY JANE HILL
3849 TOM TOMS LN
HAYES VA 23072

CREDITOR ID: 302795-39
MARY JANE PLOCH
923 S MAIN ST
HENDERSON KY 42420

CREDITOR ID: 302796-39
MARY JANE POPE
6725 HAMPTON DRIVE
CINCINNATI OH 45236

CREDITOR ID: 302797-39
MARY JANE PRINGLE TTEE U-A
DTD 2/27/91
FBO MARY JANE PRINGLE TRUST
2327 E 1ST ST
TUCSON AZ 85719

CREDITOR ID: 302798-39
MARY JANE THOMPSON
7970 S W 164 ST
MIAMI FL 33157

CREDITOR ID: 302799-39
MARY JANE TUCKER & JOHN A
TUCKER JT TEN
2108 KINGSFIELD ST
JEFFERSONVILLE IN 47130

CREDITOR ID: 302800-39
MARY JANE WILLIS
BOX 543 BERT YARBORO RD
VALE NC 28168

CREDITOR ID: 302801-39
MARY JANE WILSON
3830 BETTES CIRCLE
JACKSONVILLE FL 32210

CREDITOR ID: 302802-39
MARY JANET JANICKI
4201 MILDRED AVE
COLUMBIA SC 29203

CREDITOR ID: 302803-39
MARY JEAN OMAN
1403 KENSINGTON CT
SOUTHLAKE TX 76092

CREDITOR ID: 302804-39
MARY JO BAJOREK
681 MICHIGAN AVE
ENGLEWOOD FL 34223

CREDITOR ID: 302805-39
MARY JO BARRON
3636 N 41ST ST
MILWAUKEE WI 53216

CREDITOR ID: 302806-39
MARY JO BOEING & RICK D
BOEING JT TEN
7415 WYNNE PL
CINCINNATI OH 45233

CREDITOR ID: 302807-39
MARY JO BRENEMAN CUST ADAM
BRENEMAN UNDER THE IL UNIF
TRAN MIN ACT
75 W WALNUT ST
COAL  CITY IL 60416

CREDITOR ID: 302808-39
MARY JO BRENEMAN CUST KELLY
BRENEMAN UNDER THE IL UNIF
TRAN MIN ACT
75 W WALNUT ST
COAL  CITY IL 60416

CREDITOR ID: 302809-39
MARY JO C HIPPS & STEPHEN
TRACY HIPPS JT TEN
1636 BARRY AVE
HOMEWOOD AL 35209

CREDITOR ID: 302810-39
MARY JO CHILDERS
P O BOX 809
OXFORD GA 30267

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302811-39<br>MARY JO E KINSEY<br>10502 N OTIS AVE<br>TAMPA FL 33612 | CREDITOR ID: 302812-39<br>MARY JO HERRING & JESSE J<br>HERRING JT TEN<br>6137 MAURIE CIR<br>WATAUGA TX 76148 | CREDITOR ID: 302813-39<br>MARY JO KLEIN & JOHN M KLEIN<br>III JT TEN<br>732 SE 10 AVE<br>DEERFIELD BEACH FL 33441 |
| CREDITOR ID: 302814-39<br>MARY JO THOMPSON<br>286 WINDEMERE PL<br>WESTERVILLE OH 43082 | CREDITOR ID: 302815-39<br>MARY JOANN ROTH TR U-A<br>20640 GROVELINE CT<br>ESTERO FL 33928 | CREDITOR ID: 302817-39<br>MARY JOANN WALLACE<br>P O BOX 16<br>JENNINGS FL 32053 |
| CREDITOR ID: 302818-39<br>MARY JOHNSON BUMPASS<br>370 ARROWHEAD LN<br>HENDERSON NC 27536 | CREDITOR ID: 302819-39<br>MARY JOHNSTONE<br>4113 HEALY CT<br>ST LOUIS MO 63123 | CREDITOR ID: 302820-39<br>MARY JOYCE S HUDSON<br>1457 PINEHAVEN ST<br>LAURENS SC 29360 |
| CREDITOR ID: 302821-39<br>MARY JOYCE SMITH<br>VINEVILLE CHRISTIAN TOWERS<br>2394 VINEVILLE AVE APT 211<br>MACON GA 31204 | CREDITOR ID: 302822-39<br>MARY JUANITA LAYNE<br>213 E BROADWAY ST<br>WINCHESTER KY 40391 | CREDITOR ID: 302823-39<br>MARY K ADAMS<br>367 BRIARLEAF CIRCLE<br>WALTERBORO SC 29488 |
| CREDITOR ID: 302824-39<br>MARY K BENNETT<br>1623 BOONE DR<br>VALDOSTA GA 31602 | CREDITOR ID: 302825-39<br>MARY K BERMAN<br>14 STONEGATE CIRCLE<br>WILBRAHAM MA 01095 | CREDITOR ID: 302826-39<br>MARY K BROWNING<br>311 E PLYMOUTH ST<br>TAMPA FL 33603 |
| CREDITOR ID: 302827-39<br>MARY K CAHILL<br>3217 CHAPELLANE<br>NEW ALBANY IN 47150 | CREDITOR ID: 302828-39<br>MARY K CRON & JOHN H CRON<br>JT TEN<br>5775 EDGEWOOD DR STM<br>MONROE MI 48161 | CREDITOR ID: 302829-39<br>MARY K GOODWIN<br>7817 PENSACOLA AVE<br>FORT WORTH TX 76116 |
| CREDITOR ID: 302830-39<br>MARY K SCURLOCK<br>10934 ROSS ST<br>TAMPA FL 33610 | CREDITOR ID: 302831-39<br>MARY K SIMON<br>3412 FREYOU RD<br>NEW IBERIA LA 70560 | CREDITOR ID: 302832-39<br>MARY K SUTTLE<br>3840 PLATANUS DR<br>HAMILTON OH 45013 |
| CREDITOR ID: 302833-39<br>MARY K THOMASSON<br>6550 RED SIERRA DR # 1304<br>FORT WORTH TX 76112 | CREDITOR ID: 302834-39<br>MARY K WILLIAMS<br>601 W SAMPLE RD<br>POMPANO BEACH FL 33064 | CREDITOR ID: 302835-39<br>MARY KANUPP AUTON<br>3157 44TH AVE DR NE<br>HICKORY NC 28601 |
| CREDITOR ID: 302836-39<br>MARY KATE COCHRAN<br>2745 FOREST RUN DR<br>MELBOURNE FL 32935 | CREDITOR ID: 302837-39<br>MARY KATHRYN HALE<br>325 ROSEMONT RD<br>LA GRANGE GA 30240 | CREDITOR ID: 302838-39<br>MARY KAY SCOTT<br>21121 W CREEKSIDE DR<br>KILDEER IL 60047 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302839-39<br>MARY KAY SMITH<br>3918 CHURCH ST<br>COVINGTON KY 41015 | CREDITOR ID: 302840-39<br>MARY KELLER & JERRY KELLER<br>JT TEN<br>4301 CLIFFORD RD<br>CINCINNATI OH 45236 | CREDITOR ID: 302841-39<br>MARY KENNION<br>261 SE ASHLEY OAKS WAY<br>STUART FL 34997 |
| CREDITOR ID: 302842-39<br>MARY KINARD<br>259 DAGGER LN<br>ISLANDTON SC 29929 | CREDITOR ID: 302843-39<br>MARY KRALISZ<br>2793 NAVAJO RD<br>ORANGE PARK FL 32065 | CREDITOR ID: 302844-39<br>MARY L AYERS<br>2741 US 221 N HWY<br>RUTHERFORDTON NC 28139 |
| CREDITOR ID: 302845-39<br>MARY L BARD & DENNIS D BARD<br>JT TEN<br>3775 WACCA WACHE DR<br>MURRELL  INLET SC 29576 | CREDITOR ID: 302846-39<br>MARY L BARNES<br>5608 MACNEILL DR<br>HALTOM  CITY TX 76148 | CREDITOR ID: 302847-39<br>MARY L BATZEL<br>2001 RIDGEMONT CT<br>ARLINGTON TX 76012 |
| CREDITOR ID: 302849-39<br>MARY L BROWN<br>PO BOX 35<br>LAWTEY FL 32058 | CREDITOR ID: 302848-39<br>MARY L BROWN<br>3139 CLOUET ST<br>NEW  ORLEANS LA 70126 | CREDITOR ID: 302850-39<br>MARY L CLINTON<br>9810 COOPER RD<br>NASHVILLE NC 27856 |
| CREDITOR ID: 302851-39<br>MARY L CUSHMAN<br>PO BOX 128<br>SEWANEE TN 37375 | CREDITOR ID: 302852-39<br>MARY L DESALME<br>PO BOX 720<br>CHOCOWINITY NC 27817 | CREDITOR ID: 302853-39<br>MARY L DOBBINS & ROYAL E<br>DOBBINS JR<br>6511 BOWDOIN PL<br>BRADENTON FL 34207 |
| CREDITOR ID: 302854-39<br>MARY L EVANS<br>APT 85<br>745 HILLVIEW LANE<br>JEFFERSON  CITY TN 37760 | CREDITOR ID: 302855-39<br>MARY L EVERSMAN<br>117 BUCKINGHAM RD<br>EASLEY SC 29640 | CREDITOR ID: 302856-39<br>MARY L FOOTE<br>1608 LK DOWNEY DR<br>ORLANDO FL 32825 |
| CREDITOR ID: 302857-39<br>MARY L GERMAN<br>ATTN MARY L BAKER<br>BOX 9<br>1133 CTY RD 700<br>ENTERPRISE AL 36330 | CREDITOR ID: 302858-39<br>MARY L HAMMEL & EMILE HAMMEL<br>TEN COM<br>1132 BONNABEL BLVD<br>METAIRIE LA 70005 | CREDITOR ID: 302859-39<br>MARY L HAMMEL & EMILE R<br>HAMMEL JR JT TEN<br>1132 BONNABLE BLVD<br>METAIRIE LA 70005 |
| CREDITOR ID: 302860-39<br>MARY L JOSEY<br>356 HALES LANDING RD<br>BAINBRIDGE GA 31717 | CREDITOR ID: 302862-39<br>MARY L MALLORY<br>5260 OATES AVE<br>DAYTONA  BEACH FL 32127 | CREDITOR ID: 302863-39<br>MARY L MOSELY<br>PO BOX 371<br>ARCADIA FL 33821 |
| CREDITOR ID: 302864-39<br>MARY L MURRAY & DAWN MURRAY<br>JT TEN<br>337 DILLON DR<br>ORANGE  PARK FL 32073 | CREDITOR ID: 302865-39<br>MARY L PERRINO<br>3041 COACH LN<br>MARIETTA GA 30062 | CREDITOR ID: 302866-39<br>MARY L POTESTA<br>9529 W MCNAB RD<br>TAMARAC FL 33321 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302867-39<br>MARY L PRESSON<br>1525 FOUNTAIN CREEK RD<br>EMPORIA VA 23847 | CREDITOR ID: 302868-39<br>MARY L SPAN<br>9297 86TH AVE<br>LARGO FL 34647 | CREDITOR ID: 302869-39<br>MARY L SWAIN<br>917 GENERAL ST<br>HAVANA FL 32333 |
| CREDITOR ID: 302870-39<br>MARY L TATTERSHALL<br>840 NW 58TH ST<br>SEATTLE WA 98107 | CREDITOR ID: 302871-39<br>MARY L TAYLOR<br>2318 PARK CIR<br>SAN ANTONIO TX 78259 | CREDITOR ID: 302872-39<br>MARY L THOMPSON<br>4812 12 AVE NO<br>BIRMINGHAM AL 35212 |
| CREDITOR ID: 302873-39<br>MARY L TOLBERT<br>8084 S GILES RD<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 302874-39<br>MARY L TRAVIS<br>725 PEBBLE CREEK DR<br>AKRON OH 44320 | CREDITOR ID: 302875-39<br>MARY L TUGGLE<br>535 W VINEYARD RD<br>GRIFFIN GA 30223 |
| CREDITOR ID: 302876-39<br>MARY L VAUGHNER<br>101 BOB WHITE DRIVE<br>STOCKBRIDGE GA 30281 | CREDITOR ID: 302877-39<br>MARY L WESCOTT & WILLIAM V<br>WESCOTT JT TEN<br>184 WAYSIDE RD<br>PORTLAND ME 04102 | CREDITOR ID: 302878-39<br>MARY L WILLIAMS<br>1798 CLAUDIA CIR<br>VALDOSTA GA 31601 |
| CREDITOR ID: 302879-39<br>MARY L WOOD & JOSEPH E WOOD<br>TEN ENT<br>3530 ROTHSCHILD DR<br>PENSACOLA FL 32503 | CREDITOR ID: 302880-39<br>MARY L WYKERT<br>333 YOUNG CIRCLE<br>WILDWOOD FL 34785 | CREDITOR ID: 302881-39<br>MARY LANIER<br>1520 S LUMPKIN ST APT F2<br>ATHENS GA 30605 |
| CREDITOR ID: 302882-39<br>MARY LEA ROBINSON STONE<br>2708 ANDOVER RD<br>FLORENCE SC 29501 | CREDITOR ID: 302883-39<br>MARY LEANN BOWMAN<br>1874 DOE RUN RD<br>ARARAT VA 24053 | CREDITOR ID: 302884-39<br>MARY LEE BURKE<br>329 STATE ST<br>NEW ORLEANS LA 70118 |
| CREDITOR ID: 302885-39<br>MARY LEE LYONS<br>P O BOX 6440<br>LAKELAND FL 33807 | CREDITOR ID: 302886-39<br>MARY LIL MAY<br>1251 WOODWARD RD<br>QUINCY FL 32351 | CREDITOR ID: 302887-39<br>MARY LILLIAN GOING<br>6055 LAKESHORE DR<br>COLUMBIA SC 29206 |
| CREDITOR ID: 302888-39<br>MARY LINDA ASHBY<br>7021 NELSONVILLE RD<br>BOSTON KY 40107 | CREDITOR ID: 302889-39<br>MARY LISA BOYETTE & CARL L<br>BOYETTE JR JT TEN<br>RR 2 162<br>JACKSONVILLE FL 32226 | CREDITOR ID: 302890-39<br>MARY LIVESAY<br>250 POSSOM VALLEY RD<br>MAYNARDVILLE TN 37807 |
| CREDITOR ID: 302891-39<br>MARY LOU BOURQUE<br>6409 LEE STATION RD<br>NEW IBERIA LA 70560 | CREDITOR ID: 302892-39<br>MARY LOU BRADY<br>24209 NW 32ND AVE<br>NEWBERRY FL 32669 | CREDITOR ID: 302895-39<br>MARY LOU CARNEY CONSERVATOR<br>FOR MICHAEL ROBERT CARNEY A<br>MINOR<br>1324 BEMBRIDGE DRIVET<br>ROCHESTER HILLS MI 48307 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302894-39<br>MARY LOU CARNEY CONSERVATOR<br>FOR MARY KATHERINE CARNEY A<br>MINOR<br>1324 BEMBRIDGE DRIVE<br>ROCHESTER  HILLS MI 48037 | CREDITOR ID: 302896-39<br>MARY LOU HELTON<br>1155 RIDGEWOOD DR<br>MOBILE AL 36608 | CREDITOR ID: 302897-39<br>MARY LOU HERNANDEZ<br>1400 CORNING AVE<br>FT  WORTH TX 76106 |
| CREDITOR ID: 302898-39<br>MARY LOU LANGLEY<br>9 DARBY HILL LN<br>TAYLORS SC 29687 | CREDITOR ID: 302899-39<br>MARY LOU LENNON HIGHT<br>303 SCOTIA VILLAGE<br>LAURINBURG NC 28352 | CREDITOR ID: 302900-39<br>MARY LOU RANDALL<br>129 S OGDEN AVE<br>COLUMBUS OH 43204 |
| CREDITOR ID: 302901-39<br>MARY LOU ROBERSON<br>523 N ROAN ST<br>ELIZABETHTON TN 37643 | CREDITOR ID: 302902-39<br>MARY LOU S MITCHELL<br>5928 RIVERSIDE DR<br>PORT  ORANGE FL 32127 | CREDITOR ID: 302903-39<br>MARY LOU STEPP<br>RT 6 BOX 250<br>HENDERSONVILLE NC 28792 |
| CREDITOR ID: 302904-39<br>MARY LOU SURLES & ROBERT M<br>SURLES SR JT TEN<br>RR 3 BOX 1260<br>MADISON FL 32340 | CREDITOR ID: 302905-39<br>MARY LOU THACKER<br>656 RAINBOW BLVD<br>LADY  LAKE FL 32159 | CREDITOR ID: 302906-39<br>MARY LOU TUCKER & CHARLES<br>WILLIAM PELTON JT TEN<br>6 GREENWOODS CT<br>ST  PETERS MO 63376 |
| CREDITOR ID: 302907-39<br>MARY LOUGHRAN<br>26-51 SOUTH COURSE DRIVE<br>APT 506<br>POMPANO  BEACH FL 33069 | CREDITOR ID: 302908-39<br>MARY LOUISE CARDEN<br>404 BUCHAN RD<br>ORLANDO FL 32805 | CREDITOR ID: 302909-39<br>MARY LOUISE CLARK<br>6 YOWN RD<br>GREENVILLE SC 29611 |
| CREDITOR ID: 302910-39<br>MARY LOUISE DUFFEE PHILIPS<br>2604 NANCY ST<br>COLUMBUS GA 31906 | CREDITOR ID: 302911-39<br>MARY LOUISE PAYNE<br>107 MISS AVENUE<br>ST  CLOUD FL 34769 | CREDITOR ID: 302912-39<br>MARY LOUTRELLE PAULK &<br>NORVIE EARL PAULK JT TEN<br>9587 PAULK RD<br>MILTON FL 32570 |
| CREDITOR ID: 302913-39<br>MARY LOVENA BURRIS<br>2300 SNUGGS PARK RD<br>ALBEMARLE NC 28001 | CREDITOR ID: 302914-39<br>MARY LYNN BOLYARD<br>1280 SE CARNAHAN ST<br>ARCADIA FL 33821 | CREDITOR ID: 302915-39<br>MARY LYNN MILLER CURRIER<br>7820 MAPLE ST SUITE B<br>NEW  ORLEANS LA 70118 |
| CREDITOR ID: 302916-39<br>MARY M ADDINGTON<br>204 PEARLE DR<br>EASLEY SC 29642 | CREDITOR ID: 302917-39<br>MARY M ARNST<br>P O BOX 554<br>CASHIERS NC 28717 | CREDITOR ID: 302918-39<br>MARY M BROWARD & KAREN S BELL<br>JT TEN<br>11342 LUCAS ST<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 302919-39<br>MARY M CHILDREY<br>423 CRESCENT DRIVE<br>SOUTH  BOSTON VA 24592 | CREDITOR ID: 302920-39<br>MARY M DUGAN<br>4413 MT VERNON RD<br>LOUISVILLE KY 40220 | CREDITOR ID: 302921-39<br>MARY M EVANS CUST BETTY<br>MILNE EVANS UND UNIF GIFT<br>MIN ACT FLA<br>3232 COBB PKWY #PMB-137<br>ATLANTA GA 30339 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302922-39<br>MARY M EVANS CUST BETTY M<br>EVANS UNDER THE LAW OF GA<br>3232 COBB PKWY #PMB-137<br>ATLANTA GA 30339 | CREDITOR ID: 302923-39<br>MARY M EVANS CUST FOR ANN J<br>EVANS A/M/U/T/L/OF/GA<br>3232 COBB PKWY<br>PMB 137<br>ATLANTA GA 30339 | CREDITOR ID: 302924-39<br>MARY M GAUSE<br>2577 MOUNT ZION RD<br>LITTLE RIVER SC 29566 |
| CREDITOR ID: 302925-39<br>MARY M GORE CUST JANE WATSON<br>GORE UNDER THE CA UNIF TRAN<br>MIN ACT<br>14621 COLONY WAY<br>POWAY CA 92064 | CREDITOR ID: 302926-39<br>MARY M GORE CUST KATHERINE M<br>GORE UNIF TRANS MIN ACT CA<br>14621 COLONY WAY<br>POWAY CA 92064 | CREDITOR ID: 302927-39<br>MARY M GORE CUST SUZANNE M<br>GORE UNIF TRANS MIN ACT CA<br>14621 COLONY WAY<br>POWAY CA 92064 |
| CREDITOR ID: 302928-39<br>MARY M GRANT<br>318 HILLANDALE RD<br>SENECA SC 29672 | CREDITOR ID: 302929-39<br>MARY M GROTH<br>6700 PHILLIP ST<br>METAIRIE LA 70003 | CREDITOR ID: 302930-39<br>MARY M LYNCH<br>PO BOX 1607<br>GARNER NC 27529 |
| CREDITOR ID: 302931-39<br>MARY M MCKINNEY<br>160 DUNCAN CHAPEL RD<br>GREENVILLE SC 29609 | CREDITOR ID: 302932-39<br>MARY M MURPHY<br>4260 MCGIRTS BLVD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 302933-39<br>MARY M NICHOLS<br>518 S BROADWAY ST<br>PROVIDENCE KY 42450 |
| CREDITOR ID: 302934-39<br>MARY M PACE & SHARON P SEALE<br>& PATRICIA P COCHRAN JT TEN<br>2610 CASTILE RD<br>JACKSONVILLE FL 32217 | CREDITOR ID: 302935-39<br>MARY M ROACH<br>504 WATSON ST<br>COLUMBIA KY 42728 | CREDITOR ID: 302936-39<br>MARY M SHOEMAKER INTERVIVOS<br>TRUST U A DTD 08/17/77 M-B<br>MARY M SHOEMAKER<br>236 COLUMBIA DR<br>LAKE WORTH FL 33460 |
| CREDITOR ID: 302937-39<br>MARY M SHOEMAKER MARY M<br>SHOEMAKER TR U-A 08-17-77 M<br>M SHOEMAKER TR<br>236 COLUMBIA DR<br>LAKE WORTH FL 33460 | CREDITOR ID: 302938-39<br>MARY M SHOEMAKER TR U-A<br>08-17-77 MARY M SHOEMAKER TR<br>236 COLUMBIA DR<br>LAKE WORTH FL 33460 | CREDITOR ID: 302939-39<br>MARY M SMITH<br>1766 OLD KELLYTON RD<br>ALEX CITY AL 35010 |
| CREDITOR ID: 302940-39<br>MARY M THOMPSON<br>301 JACKSON AVE<br>LAKE WORTH FL 33463 | CREDITOR ID: 302941-39<br>MARY M WILES<br>1995 CYPRESS AVE<br>DAYTONA BCH FL 32119 | CREDITOR ID: 302942-39<br>MARY M WILLIAMS<br>1403 BORGNE AVE<br>BOGALUSA LA 70427 |
| CREDITOR ID: 302943-39<br>MARY MARGARET CORRELL &<br>KELLY R CORRELL JT TEN<br>1407 PRICE AVE<br>KANNAPOLIS NC 28081 | CREDITOR ID: 302944-39<br>MARY MARGARET FOSTER<br>1079 KENTUCKY ST<br>SHELBYVILLE KY 40065 | CREDITOR ID: 302945-39<br>MARY MARGARET WOODWARD<br>3901 NW 79TH WAY<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 302946-39<br>MARY MARGOT CONNOR<br>14044 MINT TRAIL DR<br>SAN ANTONIO TX 78232 | CREDITOR ID: 302947-39<br>MARY MARR<br>3705 EARLE DRIVE<br>HALTOM CITY TX 76117 | CREDITOR ID: 302948-39<br>MARY MARTIN GANT<br>5202 ALTA VISTA ROAD<br>BETHESDA MD 20814 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302949-39<br>MARY MCC TEMPLETON BROWN<br>3055 BROWN RD<br>MOUNT ULLA NC 28125 | CREDITOR ID: 302950-39<br>MARY MCKENDREE & EDWARD<br>MCKENDREE JT TEN<br>PO BOX 55<br>YULEE FL 32041 | CREDITOR ID: 302951-39<br>MARY MCM MCCORMAC<br>98 CRESTWOOD DR<br>CLEMSON SC 29631 |
| CREDITOR ID: 302952-39<br>MARY MCSWEENEY<br>552 PARKER AVE<br>BRICKTOWN NJ 08724 | CREDITOR ID: 302953-39<br>MARY MEREDITH<br>809 SO HILLCREST AVE<br>CLEARWATER FL 33756 | CREDITOR ID: 302954-39<br>MARY MISICK<br>1112 NW 43 TERR<br>LAUDERDALE LAKES FL 33313 |
| CREDITOR ID: 302955-39<br>MARY N BEAN<br>12314 SW 92 TERR<br>MIAMI FL 33186 | CREDITOR ID: 302956-39<br>MARY N MORGAN<br>943 BROOKWOOD RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 302957-39<br>MARY N SCHUTE<br>6755 PERINWOOD DR<br>CINCINNATI OH 45248 |
| CREDITOR ID: 302958-39<br>MARY NELL LEGG TRUSTEE U-A<br>03-04-94 MARY NELL LEGG FAMILY TR<br>2317 IRLO DRIVE<br>KISSIMMEE FL 34741 | CREDITOR ID: 302959-39<br>MARY O CORDELL<br>10804 BRIDGE CREEK CIRCLE<br>PENSACOLA FL 32506 | CREDITOR ID: 302960-39<br>MARY O TUCKER<br>502 FIELDSTONE RD<br>MOORESVILLE NC 28115 |
| CREDITOR ID: 302961-39<br>MARY O WASSONG<br>1521 NW 70TH ST<br>MIAMI FL 33147 | CREDITOR ID: 302962-39<br>MARY ODOM<br>613 HILLCREST DR<br>WENDELL NC 27591 | CREDITOR ID: 302963-39<br>MARY OLIVIA B CANNON<br>3440 GREEN RD, APT 201<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 302965-39<br>MARY P BROWN<br>1090 COUNTRY CLUB RD<br>ELBERTON GA 30635 | CREDITOR ID: 302964-39<br>MARY P BROWN<br>105 HARDING ST<br>HALIFAX VA 24558 | CREDITOR ID: 302966-39<br>MARY P CARTER & ROLAND R<br>CARTER JT TEN<br>3436 2ND PL<br>VERO BEACH FL 32968 |
| CREDITOR ID: 302967-39<br>MARY P CAZEL & RICHARD A<br>CAZEL JT TEN<br>2949 MATCHLOCK DR<br>HOLIDAY FL 34690 | CREDITOR ID: 302968-39<br>MARY P DETTMER<br>120 DURLAND AVE<br>LEHIGH ACRES FL 33936 | CREDITOR ID: 302969-39<br>MARY P JONES<br>ATTN STEPHEN W HALL<br>1520 TENTH AVENUE NORTH<br>SUITE F<br>LAKE WORTH FL 33460 |
| CREDITOR ID: 302970-39<br>MARY P PETRIE<br>360 NW 38TH WAY<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 302971-39<br>MARY P RADY<br>292 SUNSHIRE DR<br>COCONUT CREEK FL 33066 | CREDITOR ID: 302972-39<br>MARY P RODGERS<br>387 LAMANCHA AVE<br>ROYAL PALM BEACH FL 33411 |
| CREDITOR ID: 302973-39<br>MARY P SCHROEDER<br>8902 SAN FERNANDO WAY<br>DALLAS TX 75218 | CREDITOR ID: 302974-39<br>MARY P STOKES<br>702 CANAL DRIVE<br>KILL DEVIL HILLS NC 27948 | CREDITOR ID: 302975-39<br>MARY P WINGARD & WILBUR L<br>WINGARD JT TEN<br>7575 HOLTVILLE RD<br>WETUMPKA AL 36092 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 302976-39<br>MARY P WRIGHT<br>3408 N CLEBURNE STREET<br>BRUNSWICK GA 31520 | CREDITOR ID: 302977-39<br>MARY PALLATTO<br>620 CUSTER CIR<br>ORANGE  PARK FL 32073 | CREDITOR ID: 302978-39<br>MARY PARMER ROEMER<br>1535 E FAIRVIEW AVE<br>MONTGOMERY AL 36106 |
| CREDITOR ID: 302979-39<br>MARY PERCIVAL BROWER & WAYNE<br>K BROWER JT TEN<br>2227 WESTMINSTER TERRACE<br>OVIEDO FL 32765 | CREDITOR ID: 302980-39<br>MARY PETTWAY & CLEVELAND<br>PETTWAY SR JT TEN<br>1104 STAR BROOK DR<br>MONTGOMERY AL 36110 | CREDITOR ID: 302981-39<br>MARY PINELL<br>221 CARRINGTON LN<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 302982-39<br>MARY R CALLAIS<br>119 W 185TH ST<br>GALLIANO LA 70354 | CREDITOR ID: 302983-39<br>MARY R CECIL<br>1207 LEGGETT AVE<br>LEXINGTON KY 40508 | CREDITOR ID: 302984-39<br>MARY R KOON & LEWIS E KOON<br>JT TEN<br>PO BOX 88<br>FAITH NC 28041 |
| CREDITOR ID: 302985-39<br>MARY R ROWE<br>205 CHURCH ST<br>LEWISBURG WV 24901 | CREDITOR ID: 302986-39<br>MARY R WEAVER<br>204 N LAKE DR<br>BRUNSWICK GA 31520 | CREDITOR ID: 302987-39<br>MARY R WHITLEY<br>1545 N PEARL ST<br>CRESTVIEW FL 32536 |
| CREDITOR ID: 302988-39<br>MARY R WHITLEY & MICHAEL A<br>WHITLEY SR JT TEN<br>1545 N PEARL ST<br>CRESTVIEW FL 32536 | CREDITOR ID: 302989-39<br>MARY R WILLIAMS<br>1025 RIDGECREST RD<br>HALIFAX NC 27839 | CREDITOR ID: 302990-39<br>MARY RAHZ<br>3115 SCENIC VIEW DR<br>PUNTA  GORDA FL 33950 |
| CREDITOR ID: 302991-39<br>MARY ROSE KOON<br>PO BOX 88<br>FAITH NC 28041 | CREDITOR ID: 302992-39<br>MARY ROSE STOCKS<br>211 CHURCHILL DR<br>GREENVILLE NC 27858 | CREDITOR ID: 302993-39<br>MARY RUTH C SPENCER &<br>RICHARD P SPENCER SR<br>TRUSTEES U-W MARY ELLA<br>CANNON FBO MARY RUTH CANNON SPENCER<br>PO BOX 80248<br>SAN  MARINO CA 91118 |
| CREDITOR ID: 302995-39<br>MARY RUTH C SPENCER & BEVERLY S BROWN<br>TRUSTEES U-A DTD 12-05-51 CHARLES A<br>CANNON FBO BEVERLY S BROWN<br>ATTN R P SPENCER JR<br>P O BOX 80248<br>SAN  MARINO CA 91118 | CREDITOR ID: 302994-39<br>MARY RUTH C SPENCER & BEVERLY S BROWN<br>& RICHARD P SPENCER SR & RICHARD P<br>SPENCER JR TTEES UA DTD 05-12-53 CA<br>CANNON FBO BEVERLY S BROWN<br>BOX 80248<br>SAN  MARINO CA 91118 | CREDITOR ID: 302996-39<br>MARY RUTH JOHNSON<br>29218 ADAMS DR<br>ROCKWOOD MI 48173 |
| CREDITOR ID: 302997-39<br>MARY S BULKELEY TR U-A<br>01-15-81<br>310 CEDAR CREST DR<br>ASHEVILLE NC 28803 | CREDITOR ID: 302998-39<br>MARY S COLLINS<br>P O BOX 10381<br>FEDERAL STATION<br>GREENVILLE SC 29603 | CREDITOR ID: 302999-39<br>MARY S DUCHON & CHARLES G<br>DUCHON JT TEN<br>RT 8 BOX 87<br>PARK PLACE 87<br>ARCADIA FL 33821 |
| CREDITOR ID: 303000-39<br>MARY S GRANDEY<br>911 OLD MCMINNVILLE HWY<br>WOODBURY TN 37190 | CREDITOR ID: 303001-39<br>MARY S GREEN<br>473 CAROLINA CIR<br>WINSTON  SALEM NC 27104 | CREDITOR ID: 303002-39<br>MARY S MEDLEY<br>936 PITT RD<br>ROCKY  MOUNT NC 27801 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                        CASE:   05-03817-3F1

CREDITOR ID: 303003-39
MARY S MINTER
2221 OXFORD RD
RALEIGH NC 27608

CREDITOR ID: 303004-39
MARY S MURPHY
111 YORK COURT
REIDSVILLE NC 27320

CREDITOR ID: 303005-39
MARY S SMITH
2213 MAYLYNN DR
CAYCE SC 29033

CREDITOR ID: 303006-39
MARY S THRELKELD
31028 HOLLERICH DR
BIG PINE KEY FL 33043

CREDITOR ID: 303007-39
MARY S THRELKELD & LARRY M
THRELKELD JT TEN
31028 HOLLERICH DR
BIG PINE KEY FL 33043

CREDITOR ID: 303008-39
MARY SEAN BAER
C/O MARY S GOOGE
1515 E COLLEGE WAY
MT VERNON WA 98273

CREDITOR ID: 303009-39
MARY SHOP
94 LINCOLN STREET
PATASKALA OH 43062

CREDITOR ID: 303010-39
MARY SUE DAVIS & H DENNIS
DAVIS JT TEN
435 FAIRHAVEN DR
TAYLORS SC 29687

CREDITOR ID: 303011-39
MARY SUE HESS
1103 ANDREWS
ARLINGTON TX 76011

CREDITOR ID: 303012-39
MARY SUE S EDWARDS
1417 OLD MILL RD
ROCKY MOUNT NC 27803

CREDITOR ID: 303013-39
MARY T COLEMAN
236 DOVER ROAD
WESTWOOD MA 02090

CREDITOR ID: 303014-39
MARY T COLEMAN & JAMES J
COLEMAN JT TEN
236 DOVER ROAD
WESTWOOD MA 02090

CREDITOR ID: 303015-39
MARY T HOFFMAN & CHARLES
HOFFMAN JT TEN
250 MAIN ST
EVERETT MA 02149

CREDITOR ID: 303017-39
MARY T JOHNSON
415 S TIMBERLANE DR
NEW SMYRNA BEACH FL 32168-8261

CREDITOR ID: 303018-39
MARY T WARD
2390 BRANDON RD
LAKELAND FL 33803

CREDITOR ID: 303019-39
MARY T WELLS
181 PIEDMONT RD
MARIETTA GA 30066

CREDITOR ID: 303020-39
MARY TEER BARRINGER
2825 CHELSEA CIR
DURHAM NC 27707

CREDITOR ID: 303021-39
MARY TERESA WOODALL
37 WOOD DUCK DR
OCEAN PINES MD 21811

CREDITOR ID: 303022-39
MARY TRIM
5413 20TH PL S W
NAPLES FL 33999

CREDITOR ID: 303023-39
MARY TUCKER
9202 N TAYLOR RD
SEFFNER FL 33584

CREDITOR ID: 303024-39
MARY TUPPER DOOLY WEBSTER
8506 WOODHAVEN BLVD
BETHESDA MD 20817

CREDITOR ID: 303025-39
MARY V BROOMFIELD
213 BOGGS LN
RICHMOND KY 40475

CREDITOR ID: 303026-39
MARY V DONINGER HENRY
8404 FERNVIEW DR
LOUISVILLE KY 40291

CREDITOR ID: 303027-39
MARY V ROSS & LEE R ROSS
JT TEN
RT 1 BOX 209 C-1
WAYNESVILLE GA 31566

CREDITOR ID: 303028-39
MARY V SHEPARD
1504 E LAKEVIEW AVE
EUSTIS FL 32726

CREDITOR ID: 303029-39
MARY VIRGINIA AVERY
401 EAST ST S
TALLADEGA AL 35160

CREDITOR ID: 303030-39
MARY VIRGINIA H BEAVER
9778 IBIS CT
MYRTLE BEACH SC 29572

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303031-39<br>MARY VIRGINIA PARRETT GABLE<br>82 GABLE LN<br>MUNFORD AL 36268 | CREDITOR ID: 303032-39<br>MARY W ARROWOOD<br>232 COVINGTON RD<br>GREENVILLE SC 29609 | CREDITOR ID: 303033-39<br>MARY W CASHMAN<br>1108 RICHARDSON ROAD<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 303034-39<br>MARY W CASTILLO<br>250 CALLE VISTA GRANDE<br>BERNALILLO NM 87004 | CREDITOR ID: 303035-39<br>MARY W COLTRANE<br>1712 WINSLOW ST<br>ELIZABETH  CITY NC 27909 | CREDITOR ID: 303036-39<br>MARY W LEWIS<br>903 COLLINWOOD ST<br>FLORENCE AL 35630 |
| CREDITOR ID: 303037-39<br>MARY W ODAY & JAMES F ODAY<br>JR JT TEN<br>PO BOX 1035<br>LYONS GA 30436 | CREDITOR ID: 303038-39<br>MARY W PARKER<br>22 DAYTONA AVE<br>CHERRY  HILL NJ 08034 | CREDITOR ID: 303039-39<br>MARY W SIMPSON<br>PO BOX 40629<br>JACKSONVILLE FL 32203 |
| CREDITOR ID: 303040-39<br>MARY W SPOONER<br>PO DRAWER C<br>GREENSBORO FL 32330 | CREDITOR ID: 303041-39<br>MARY WARE BALLEW<br>4502 EDGEMONT DR<br>AUSTIN TX 78731 | CREDITOR ID: 303042-39<br>MARY WINEGEART CUST FOR<br>LAMAR WINEGEART U/FL/G/T/M/A<br>1723 SEMINOLE RD<br>ATLANTIC  BEACH FL 32233 |
| CREDITOR ID: 303043-39<br>MARY WOODWARD MCNEILL<br>105 HALDANE DR<br>SOUTHERN  PINES NC 28387 | CREDITOR ID: 303044-39<br>MARYANN DURBAN & JORDAN<br>DURBAN JT TEN<br>100 RUSH LANE<br>MADISONVILLE KY 42431 | CREDITOR ID: 303045-39<br>MARYANN FERLA<br>16 FARVIEW DR<br>ROCKY  HILL CT 06067 |
| CREDITOR ID: 303046-39<br>MARYANN LE BUHN<br>2215 89TH DR<br>VERO  BEACH FL 32966 | CREDITOR ID: 303047-39<br>MARYANN MCINTYRE & JAMES C<br>MCINTYRE JT TEN<br>305 MALCOLM AVE<br>SPRING  HILL FL 34606 | CREDITOR ID: 303048-39<br>MARYANN ZAKOUSKY<br>410 NW 116TH ST<br>MIAMI FL 33168 |
| CREDITOR ID: 303049-39<br>MARYANNE BASKIN TOWERS<br>770 EAST LIDENWOOD CIR<br>ORMAND  BEACH FL 32174 | CREDITOR ID: 303050-39<br>MARYANNE YEOMANS<br>14373 POND PLACE DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 303051-39<br>MARYBETH CAIN<br>3636 AUTUMN VIEW DRIVE<br>ACWORTH GA 30101 |
| CREDITOR ID: 303052-39<br>MARYBETH D BERTHELOT<br>39573 GRAVOIS ST<br>PAULINA LA 70763 | CREDITOR ID: 303053-39<br>MARYBETH ESTEP<br>8509 RIVER OAKS DR<br>TAMPA FL 33615 | CREDITOR ID: 303054-39<br>MARYBETH MEEKS<br>4740 MANCHESTER RD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 303055-39<br>MARYBETH VALLANCE & ROB<br>VALLANCE JT TEN<br>74 ENDICOTT<br>HUNTINGTON WV 25705 | CREDITOR ID: 303056-39<br>MARYCARMEN SALEME<br>13661 SW 178 ST<br>MIAMI FL 33177 | CREDITOR ID: 303057-39<br>MARYCLAIRE BONEY & PAISLEY<br>BONEY TEN COM<br>2610 HYDE MANOR DR<br>ATLANTA GA 30327 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 303058-39
MARYE MITCHELL ALMOND
3836 FORT AVE
LYNCHBURG VA 24502

CREDITOR ID: 303059-39
MARYHELEN LESTRANGE
6865 COTTAGE CIR
N  RIDGEVILLE OH 44039

CREDITOR ID: 303060-39
MARYJEAN B MEHNE
1421 MONSEY AVE
SCRANTON PA 18509

CREDITOR ID: 303061-39
MARYLIN JEAN BROWN
1110 LAKE SEBRING DR
SEBRING FL 33870

CREDITOR ID: 303063-39
MARYLYN A CECIL
954 RINEYVILLE SCHOOL RD
RINEYVILLE KY 40162

CREDITOR ID: 303064-39
MARYLYN GAY AVERY HINTON
2100 SHANNONHOUSE RD SW
HUNTSVILLE AL 35803

CREDITOR ID: 303065-39
MARZETTE A LAWSON
106 AVALON ST
ANDALUSIA AL 36420

CREDITOR ID: 303066-39
MASAKO BELL
125 HARTWOOD CIRCLE
COLUMBIA SC 29212

CREDITOR ID: 303067-39
MASHELL ANN FLEMING
130 PEGASUS TRACE
NEWNAN GA 30263

CREDITOR ID: 303068-39
MASON L BURKETT
508 FLOYD HARPER RD
WRAY GA 31798

CREDITOR ID: 303069-39
MASON ROMAINE IV CUST FOR
JEAN KOLLEN ROMAINE
U/T/FL/G/T/M/A
4951 LONG BOW RD
JACKSONVILLE FL 32210

CREDITOR ID: 280574-39
MASON, ANN D & GEORGE L, JT TEN
1164 BRYCE AVE
AURORA OH 44202

CREDITOR ID: 279841-39
MATALOBOS, ALEXIS
1091 W 44TH TERRACE #36
HIALEAH FL 33012

CREDITOR ID: 303070-39
MATAN MOHABAN
1047 SE 22ND AVE APT 1
POMPANO  BEACH FL 33062

CREDITOR ID: 303071-39
MATHEW A DROMEY
140 SEQUOIA CT
MIDLOTHIAN TX 76065

CREDITOR ID: 303072-39
MATHEW J REVERMAN
24594 LELA DRIVE
LAWRENCEBURG IN 47025

CREDITOR ID: 303073-39
MATHEW W COLLINS
HC 80 BOX 380
WAYLAND KY 41666

CREDITOR ID: 299178-39
MATHEWS, KIRSI
3965 FORSYTHIA CT, APT 304
MYRTLE  BEACH SC 29575

CREDITOR ID: 282082-39
MATHIS, BETTY S &
ROBERT E MATHIS SR JT TEN
136 COOK WOMACK RD
COLQUITT GA 39837

CREDITOR ID: 303074-39
MATILDA DOYLE EDDY
6966 BRIDGEWOOD RD
CLEMMONS NC 27012

CREDITOR ID: 303075-39
MATILDA L EDDY
6966 BRIDGEWOOD RD
CLEMMONS NC 27012

CREDITOR ID: 303076-39
MATRIKA T KENDRICK
7319 SW 8TH CT
N  LAUDERDALE FL 33068

CREDITOR ID: 303077-39
MATT BENNETT
13630 JOANDALE ROAD
BRYCEVILLE FL 32009

CREDITOR ID: 303078-39
MATT HOWCOTT & LORI HOWCOTT
TEN COM
4241 IOWA
KENNER LA 70065

CREDITOR ID: 303079-39
MATT PEDERSEN
1201 DOVE LN
BROOKSVILLE FL 34601

CREDITOR ID: 303080-39
MATTHEW A BECKER
121 NORTH 12TH PL
LANTANA FL 33462

CREDITOR ID: 303081-39
MATTHEW A GUCH
1935 MARAPOSA DR
CHAMBERSBURG PA 17201

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 303082-39<br>MATTHEW A MEENA<br>10983 N OAKRIDGE DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 303083-39<br>MATTHEW A SNYDER<br>P O BOX 6044<br>SUN CITY CENTER FL 33571 | CREDITOR ID: 303084-39<br>MATTHEW ALAN COX<br>208 MIRINDA LANE<br>PIEDMONT SC 29673 |
| CREDITOR ID: 303085-39<br>MATTHEW ALLAN PRICE<br>8687 BALTIMORE ST<br>TACOMA WA 98433 | CREDITOR ID: 303086-39<br>MATTHEW B JONES CUST FOR<br>HANNAH ELIZABETH JONES UNDER<br>THE TX UNIFORM TRANSFERS TO<br>MINORS ACT<br>2620 BREA CANYON RD<br>FORT WORTH TX 76108 | CREDITOR ID: 303087-39<br>MATTHEW BARTON JONES CUST FOR<br>MICAH BARTON JONES UNDER THE<br>TX UNIFORM TRANSFERS TO<br>MINORS ACT<br>2620 BREA CANYON RD<br>FORT WORTH TX 76108 |
| CREDITOR ID: 303088-39<br>MATTHEW BEAM<br>19883 BRISTOL ROAD<br>FT MYERS FL 33908 | CREDITOR ID: 303089-39<br>MATTHEW BENJAMIN LEOPARD<br>12602 CAMPOS DR<br>HOUSTON TX 77065 | CREDITOR ID: 303090-39<br>MATTHEW BENNETT<br>5251 NW 30TH PL<br>MIAMI FL 33142 |
| CREDITOR ID: 303091-39<br>MATTHEW BUONAGURA<br>95 EAGLE ST<br>TROY NY 12180 | CREDITOR ID: 303092-39<br>MATTHEW C MALONEY<br>1020 S OTTO PT<br>INVERNESS FL 34450 | CREDITOR ID: 303093-39<br>MATTHEW CARL GAMACHE<br>7975 71ST ST N<br>PINELLAS PARK FL 34665 |
| CREDITOR ID: 303094-39<br>MATTHEW CRANE<br>1522 CLOVER AVE<br>GARDENDALE AL 35071 | CREDITOR ID: 303095-39<br>MATTHEW D ALBERGOTTI<br>144 PONDEROSA DR<br>LADSON SC 29456 | CREDITOR ID: 303096-39<br>MATTHEW D COSBY & ROBERT E<br>COSBY JT TEN<br>56 SAN JUAN DR<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 303097-39<br>MATTHEW D GARNER<br>9805 LAKESHORE DR<br>CLERMONT FL 34711 | CREDITOR ID: 303098-39<br>MATTHEW D POTEET<br>4116 PEACHTREE CIR E<br>JACKSONVILLE FL 32207 | CREDITOR ID: 303099-39<br>MATTHEW D RITTER<br>485 FALMOUTH AVE<br>MERRITT ISLAND FL 32952 |
| CREDITOR ID: 303100-39<br>MATTHEW D SMITH<br>808 HARDWOOD ST<br>ORANGE PARK FL 32065 | CREDITOR ID: 303101-39<br>MATTHEW DALE PHILLIPS<br>1012 WEDGEWOOD LN<br>DURHAM NC 27713 | CREDITOR ID: 303102-39<br>MATTHEW E WARNER<br>2264 VALLEY BROOK DR<br>TOLEDO OH 43615 |
| CREDITOR ID: 303103-39<br>MATTHEW EDWARD MOSS<br>13611 S W 37TH CT<br>DAVIE FL 33330 | CREDITOR ID: 303104-39<br>MATTHEW G GUMMERSALL<br>1106 HOWELL CT<br>DILUTH GA 30096 | CREDITOR ID: 303105-39<br>MATTHEW G SPATE<br>5961 W PINE CIR<br>CRYSTAL RIVER FL 34429 |
| CREDITOR ID: 303106-39<br>MATTHEW G SULLIVAN JR &<br>VIRGINIA E SULLIVAN JT TEN<br>119 DOOLITTLE LN<br>WEST WAREHAM MA 02576 | CREDITOR ID: 303107-39<br>MATTHEW G WECHSLER<br>2061 SYLVED LN<br>CINCINNATI OH 45238 | CREDITOR ID: 303108-39<br>MATTHEW GEOGHEAN<br>833 THURINGER ST<br>PALM BAY FL 32907 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:  05-03817-3F1

CREDITOR ID: 303109-39
MATTHEW GUTHRIE
#311
9335 LEE HWY
FAIRFAX VA 22031

CREDITOR ID: 303110-39
MATTHEW J KREIENHEDER &
CRYSTAL L KREIENHEDER JT TEN
2166 INNER CASS CIR
SARASOTA FL 34231

CREDITOR ID: 303111-39
MATTHEW J O'CONNELL &
JACQUELINE G O'CONNELL JT TEN
4431 CHULA VISTA
PENSACOLA FL 32504

CREDITOR ID: 303112-39
MATTHEW JAMES BLACKBURN
1383 FISHHAWK CT
MASON OH 45040

CREDITOR ID: 303113-39
MATTHEW JOSEPH MILLER
2578 BERTHBROOK DR
MT  HEALTHY OH 45231

CREDITOR ID: 303114-39
MATTHEW K FELTMAN & CINTHIA
A FELTMAN JT TEN
8549 WOODS PT
CINCINNATI OH 45249

CREDITOR ID: 303115-39
MATTHEW K SKELTON
510 HUNTERS LN
ANDERSON SC 29625

CREDITOR ID: 303116-39
MATTHEW L CLOUSER
1826 CLEARBROOKE DR
CLEARWATER FL 33760

CREDITOR ID: 303117-39
MATTHEW L JORDAN
2270 GREEN FORREST DR
DECATUR GA 30032

CREDITOR ID: 303118-39
MATTHEW L ODOM & LYNN ODOM
JT TEN
2154 PROCTOR RD
FORK SC 29543

CREDITOR ID: 303119-39
MATTHEW LEONARDI & KATHLEEN
LEONARDI JT TEN
11327 COLLINGSWOOD ST
SPRING  HILL FL 34609

CREDITOR ID: 303120-39
MATTHEW M BARBER
3737 JAMES ED ROAD
GAINESVILLE GA 30506

CREDITOR ID: 303121-39
MATTHEW M TROUP
1716 SHEFFIELD CIRCLE
MANHATTAN KS 66503

CREDITOR ID: 303122-39
MATTHEW N ROLAND
10252 RISING MIST LANE
JACKSONVILLE FL 32221

CREDITOR ID: 303123-39
MATTHEW N TANNER & CARMEN
CLARA MAYO COMMUNITY
PROPERTY
2090 HOWARD STREET
KINGSBURG CA 93631

CREDITOR ID: 303124-39
MATTHEW O ROTOLANTE
2539 S BAYSHORE DR APT 225
MIAMI FL 33133

CREDITOR ID: 303125-39
MATTHEW PERSICKETTI CUST
ANASTASIOS VEVAS UNDER THE
IL UNIF TRAN MIN ACT
1021 PEARSON DR
JOLIET IL 60435

CREDITOR ID: 303126-39
MATTHEW R BOS
PO BOX 3181
OCALA FL 34478

CREDITOR ID: 303127-39
MATTHEW R SMITH
5317 NEWHALL AVE
ORLANDO FL 32810

CREDITOR ID: 303128-39
MATTHEW R SULLIVAN JR
8144 C BRIDGEWATER CT
WEST  PALM  BEACH FL 33406

CREDITOR ID: 303129-39
MATTHEW S HASTINGS
801 W KELLY PARK RD
APOPKA FL 32712

CREDITOR ID: 303130-39
MATTHEW S SOOTS
3010 ADAIR RD
DAVENPORT FL 33837

CREDITOR ID: 303131-39
MATTHEW SCHORR
5043 NAUTICA LAKE CIRCLE
GREENACRES FL 33463

CREDITOR ID: 303132-39
MATTHEW SCOTT BEARD
18010 SADDLEHORN LN
MANSFIELD TX 76063

CREDITOR ID: 303133-39
MATTHEW SCOTT MEDLIN & RISA
MARIA MEDLIN JT TEN
167 BYERS RD
TROUTMAN NC 28166

CREDITOR ID: 303134-39
MATTHEW SHIVER
PO BOX 133
ASTATULA FL 34705

CREDITOR ID: 303135-39
MATTHEW T BYARS
1018 DEVENGER RD
GREER SC 29650

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 303136-39
MATTHEW T ESTES
69 EASON DR
PHENIX  CITY AL 36869

CREDITOR ID: 303137-39
MATTHEW T NAUMES & LENORA C
NAUMES JT TEN
6044 HICKORTYWOOD DRIVE
N  LAS  VEGAS NV 89031

CREDITOR ID: 303138-39
MATTHEW T RAMSAY
6113 SE RIVERBOAT DR
STUART FL 34997

CREDITOR ID: 303139-39
MATTHEW TAYLOR
940 N WOLFE ST
SANDWICH IL 60548

CREDITOR ID: 303141-39
MATTHEW W CLARY III
1221 COUNTRY PLACE DRIVE
MATTHEWS NC 28105

CREDITOR ID: 303142-39
MATTHEW W MEDERNACH
10275 117TH DR
LARGO FL 34643

CREDITOR ID: 303143-39
MATTHEW W SANDERSON
7318 CORAL SEA RD
JACKSONVILLE FL 32244

CREDITOR ID: 303144-39
MATTHEW W SANDERSON & BRENDA
K CONNOR JT TEN
8098 SPRING HARVEST DR
JACKSONVILLE FL 32244

CREDITOR ID: 303145-39
MATTHEW YOUNGBLOOD
7304 BRAMPTON LN
MONTGOMERY AL 36117

CREDITOR ID: 291472-39
MATTHEWS, GLEN E
PO BOX 843
BAINBRIDGE GA 39818

CREDITOR ID: 303146-39
MATTIE D GRAY
206 N NEWSOME ST
HAHIRA GA 31632

CREDITOR ID: 303147-39
MATTIE H JOHNSON & DAVID M
JOHNSON JT TEN
1004 LAUREL STREET
CONWAY SC 29526

CREDITOR ID: 303148-39
MATTIE L BARRIOS
4402 NW 32ND STREET
GAINSVILLE FL 32605

CREDITOR ID: 303149-39
MATTIE L PEEPLES
2812 SW 4 PLACE
FT  LAUDERDALE FL 33312

CREDITOR ID: 303150-39
MATTIE LOU DILLARD
P O BOX 354
NEBO NC 28761

CREDITOR ID: 303151-39
MATTIE R MILLER & BOBBY L
MILLER JT TEN
4108 S EDWARDS RD
PLANT  CITY FL 33567

CREDITOR ID: 303152-39
MAUDE LYTTLE
1503 RALEIGH DR
JEFFERSONVILLE IN 47129

CREDITOR ID: 303153-39
MAUDE Y CULVER & GEORGE P
CULVER JT TEN
203 N CAPITOL PKY
MONTGOMERY AL 36107

CREDITOR ID: 303154-39
MAUDIE DOBBS
791 SW RUM ISLAND TERR
FORT  WHITE FL 32038

CREDITOR ID: 303155-39
MAUREEN A GANGONE & TOM
GANGONE JT TEN
1073 SE 12TH TERRACE
HOMESTEAD FL 33035

CREDITOR ID: 303156-39
MAUREEN A KNIGHT
901 E MILLARD CT
DAYTONA  BEACH FL 32117

CREDITOR ID: 303157-39
MAUREEN ANDREOU & GEORGE
ANDREOU JT TEN
805 SYCAMORE CT
GROVETOWN GA 30813

CREDITOR ID: 303158-39
MAUREEN C BRAGAN
429 109TH ST OCEAN
MARATHON FL 33050

CREDITOR ID: 303159-39
MAUREEN C SWINDALL
714 MAYFLOWER TRL
CHAPIN SC 29036

CREDITOR ID: 303160-39
MAUREEN HAFKE
9019 LONG LAKE AVE
BROOKSVILLE FL 34613

CREDITOR ID: 303161-39
MAUREEN M LINKER
5524 BRUCE AVE
LOUISVILLE KY 40214

CREDITOR ID: 303162-39
MAUREEN M MOORE
226 COUNTRY LANE
HAUGHTON LA 71037

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303163-39<br>MAUREEN MCELROY CUST LAUREN<br>DANA MCELROY UNDER THE AL<br>UNIF TRAN MIN ACT<br>10392 LONGVIEW DR W<br>FOLEY AL 36535 | CREDITOR ID: 303164-39<br>MAUREEN R ISAACSON & DONALD<br>E ISAACSON JT TEN<br>PO BOX 613<br>FLORAL CITY FL 34436 | CREDITOR ID: 303165-39<br>MAUREEN SERENA<br>781 HIGHPOINT DR<br>SPRINGBORO OH 45066 |
| CREDITOR ID: 303166-39<br>MAUREEN T KESTERSON<br>5198 SW 28TH TER<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 303167-39<br>MAUREEN V BROWN & ROBERT<br>BROWN JT TEN<br>210 AVON COURT<br>PORT ORANGE FL 32127 | CREDITOR ID: 303168-39<br>MAURICE A COLE<br>10517 VERNA TRAIL W<br>FORT WORTH TX 76108 |
| CREDITOR ID: 303169-39<br>MAURICE A KRATZER<br>1358 SW DEL RIO BLVD<br>PORT ST LUCIE FL 34953 | CREDITOR ID: 303170-39<br>MAURICE A THURSTON SR<br>18545 NW 18TH ST<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 303171-39<br>MAURICE DANIEL MCINTOSH<br>2532 WINDSOR CRESCENT COURT<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 303172-39<br>MAURICE DOLLE<br>6801 SPOURTLAND DR<br>LOUISVILLE KY 40228 | CREDITOR ID: 303173-39<br>MAURICE DOLLE & ROSELEE<br>DOLLE JT TEN<br>6801 SPOURTLAND DR<br>LOUISVILLE KY 40228 | CREDITOR ID: 303174-39<br>MAURICE E DAVIES & BARBARA H<br>DAVIES JT TEN<br>752 BRANSCOMB RD<br>GREEN COVE SPRINGS FL 32043 |
| CREDITOR ID: 303175-39<br>MAURICE E EDWARDS & NORMA<br>JEAN EDWARDS JT TEN<br>716 MCCANN<br>SPRINGFIELD MO 65804 | CREDITOR ID: 303176-39<br>MAURICE E MOUNT & NANCY<br>YVONNE MOUNT JT TEN<br>6025 FEATHER LANE<br>SANFORD FL 32771 | CREDITOR ID: 303177-39<br>MAURICE H LANGNER<br>511 BESSIE ST<br>RUSHVILLE IL 62681 |
| CREDITOR ID: 303178-39<br>MAURICE J TITCOMB<br>20291 QUESADA AVE<br>PORT CHARLOTTE FL 33952 | CREDITOR ID: 303179-39<br>MAURICE L MARSOLAN JR<br>2116 RIDGE RD<br>JONESBORO AR 72401 | CREDITOR ID: 303180-39<br>MAURICE R PIERCE & CARLENE P<br>PIERCE JT TEN<br>PO BOX 253<br>ALBANY VT 05820 |
| CREDITOR ID: 303181-39<br>MAURICE TITCOMB & VIONIE<br>TITCOMB JT TEN<br>20291 QUESADA AVE<br>PT CHARLOTTE FL 33952 | CREDITOR ID: 303182-39<br>MAURICE W ALBERTSON & NANCY<br>J ALBERTSON JT TEN<br>23307 MOORHEAD AVE<br>PT CHARLOTTE FL 33954 | CREDITOR ID: 303183-39<br>MAURIZIO BERTUZZI<br>VIA ALBERTI 12 T<br>MILANO 20149<br>ITALY |
| CREDITOR ID: 303184-39<br>MAVA D SLEMP<br>PO BOX 635<br>LIVE OAK FL 32060 | CREDITOR ID: 303185-39<br>MAVIS G PALMER<br>2775 MARGARET ST NE #5<br>PALM BAY FL 32905 | CREDITOR ID: 303186-39<br>MAVIS J MOORE<br>260 LORAINE DRIVE #219<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 303187-39<br>MAVIS P GRANBERRY & JEFFREY<br>GRANT GRANBERRY JT TEN<br>PO BOX 836<br>SNEADS FL 32460 | CREDITOR ID: 303188-39<br>MAX C SCOTT<br>209 OAK DR<br>TRUSSVILLE AL 35173 | CREDITOR ID: 303189-39<br>MAX E TATE<br>114 SILVER RIDGE CT<br>BURLESON TX 76028 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303190-39<br>MAX EUGENE HETHERINGTON<br>20 N WADSWORTH AVENUE<br>BEVERLY HILLS FL 34465 | CREDITOR ID: 303191-39<br>MAX GERCHICK & SUZANNE<br>GERCHICK JT TEN<br>527 HARRIER DR<br>MONROE  TWP NJ 08831 | CREDITOR ID: 303192-39<br>MAX J HEINBERG III<br>2285 PICKETT AVE<br>BATON ROUGE LA 70808 |
| CREDITOR ID: 303193-39<br>MAX NATHAN JR USUFRUCTUARY<br>MAX NATHAN JR TTEE OF THE<br>DOTTY NATHAN TESTMENTARY TR<br>F-B-O NANCY GOLD NATHAN ET AL<br>6 GARDEN LANE<br>NEW ORLEANS LA 70124 | CREDITOR ID: 303194-39<br>MAX R LANGHAM & ANNA L<br>LANGHAM JT TEN<br>106 SW 38TH ST<br>GAINESVILLE FL 32607 | CREDITOR ID: 303195-39<br>MAX R MOSS & BRENDA F MOSS<br>JT TEN<br>875 HOY RD<br>LAUREL MS 39440 |
| CREDITOR ID: 303196-39<br>MAX W ADAMS<br>2700 PARTRIDGE AVE<br>ARLINGTON TX 76017 | CREDITOR ID: 303197-39<br>MAX W BUNDY<br>RT 1 BOX 29E<br>BANKS AL 36005 | CREDITOR ID: 303198-39<br>MAX W CUDNEY<br>BOX 323<br>DOVER PLAINS NY 12522 |
| CREDITOR ID: 303199-39<br>MAXENE L GILLMAN<br>1331 1ST ST N<br>APT 903<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 303200-39<br>MAXIE E BEYNON<br>212 PERRY HILL RD<br>MONTGOMERY AL 36109 | CREDITOR ID: 303201-39<br>MAXIE H EDWARDS & KIM GRIER<br>JT TEN<br>1311 ALEXANDER CIR NE<br>ATLANTA GA 30326 |
| CREDITOR ID: 303202-39<br>MAXIE LEE FARRIS<br>39 PEDIGO RD<br>MCMINNVILLE TN 37110 | CREDITOR ID: 303203-39<br>MAXIE R BRICKER JR<br>PO BOX 1471<br>OKEECHOBEE FL 34973 | CREDITOR ID: 303204-39<br>MAXIMO CINTADO<br>14302 SW 166TH TER<br>MIAMI FL 33177 |
| CREDITOR ID: 303205-39<br>MAXIMO LUIS RICART<br>6428 SW 11ST<br>MIAMI FL 33144 | CREDITOR ID: 303206-39<br>MAXINE B STRICKLAND<br>18393 FOXFIRE RD<br>RALPH AL 35480 | CREDITOR ID: 303207-39<br>MAXINE C THOME<br>1095 EASTON DR<br>AKRON OH 44310 |
| CREDITOR ID: 303208-39<br>MAXINE E ENKEY<br>PO BOX 1252<br>TAVERNIER FL 33070 | CREDITOR ID: 303209-39<br>MAXINE E TREVITHICK<br>265 PENWITH LN<br>BRUNSVILLE NC 28714 | CREDITOR ID: 303210-39<br>MAXINE F SELBY<br>767 GAIL DR<br>WEATHERFORD TX 76085 |
| CREDITOR ID: 303211-39<br>MAXINE GATEWOOD<br>1081 NW 74TH TER<br>PLANTATION FL 33313 | CREDITOR ID: 303212-39<br>MAXINE LEHMAN<br>5611 MEZZANINE WAY<br>LONG BEACH CA 90808 | CREDITOR ID: 303213-39<br>MAXINE LOVELL KELLEY<br>2900 LOVELLS LN<br>BESSEMER AL 35023 |
| CREDITOR ID: 303214-39<br>MAXINE M TAYLOR<br>1060 CRANBERRY DR<br>ORLANDO FL 32811 | CREDITOR ID: 303215-39<br>MAXINE N WESTBROOK<br>2962 COBBLESTONE CIR W<br>JACKSONVILLE FL 32225 | CREDITOR ID: 303216-39<br>MAXINE P HUNTER & HAROLD H<br>HUNTER JR JT TEN<br>7216 MIMOSA GROVE PL<br>JACKSONVILLE FL 32210 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                      **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 303217-39<br>MAXINE P HUNTER & MAXINE H<br>CRESSMAN JT TEN<br>7216 MIMOSA GROVE PL<br>JACKSONVILLE FL 32210 | CREDITOR ID: 303218-39<br>MAXINE ROSENBERG<br>76 WOOD ST<br>LEXINGTON MA 02421 | CREDITOR ID: 303219-39<br>MAXINE SHIRLEY REINECKE<br>4801 PAPANIA DR<br>NEW ORLEANS LA 70127 |
| CREDITOR ID: 303220-39<br>MAXINE TURNER & JAMES R<br>TURNER JT TEN<br>144 WESTERN RIDGE DR<br>CLEVES OH 45002 | CREDITOR ID: 303221-39<br>MAXINE WATSON<br>POLK AVE 517 N<br>FORT MEADE FL 33841 | CREDITOR ID: 303222-39<br>MAXWELL OLIVER BISHOP JR<br>31 B 9TH AVE<br>KEY WEST FL 33040 |
| CREDITOR ID: 303223-39<br>MAY H BLACKERBY<br>1027 OLD JESUP ROAD<br>BRUNSWICK GA 31520 | CREDITOR ID: 303224-39<br>MAY L ROTOLANTE<br>5701 SW 77TH TER<br>MIAMI FL 33143 | CREDITOR ID: 303225-39<br>MAY MOSS PARKER<br>695 BELLANGEE AVE<br>FAIRHOPE AL 36532 |
| CREDITOR ID: 303226-39<br>MAY PACKARD RUSSELL &<br>KATHLEEN R HOLLOWAY & CARL C<br>RUSSELL CO-TRUSTEES U-A DTD<br>01-31-97 MAY PACKARD RUSSELL TRUST<br>1489 ROCKLEDGE DR<br>ROCKLEDGE FL 32955 | CREDITOR ID: 303227-39<br>MAY TINDALL<br>436 S HILLSBOROUGH ST<br>FRANKLINTON NC 27525 | CREDITOR ID: 303228-39<br>MAYDA FERNANDEZ<br>1480 NW 29TH ST NO 1<br>MIAMI FL 33142 |
| CREDITOR ID: 303229-39<br>MAYFAIR SUPERMARKETS INC<br>ATTN V P BUSINESS LAW<br>THE STOP & SHOP SUPERMARKET CO<br>1385 HANCOCK ST - LEGAL DEPT .<br>QUINCY MA 02169 | CREDITOR ID: 303230-39<br>MAYME L PICKLES & CLAUDE W<br>PICKLES JT TEN<br>RR 1 BOX 660<br>MADISON FL 32340 | CREDITOR ID: 303231-39<br>MAYNARD E SWEELEY<br>7138 OX BOW CIR<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 303232-39<br>MAYNARD V SCHAIBLE JR<br>504 COREY BLVD<br>SUMMERVILLE SC 29483 | CREDITOR ID: 280116-39<br>MAYNARD, ALVETTA & MANLEY JT TEN<br>8108 ATLANTA PKY<br>LOUISVILLE KY 40214 | CREDITOR ID: 279515-39<br>MAYS, A ARWOOD<br>5565 OLD MIDDLEBURG RD S<br>JACKSONVILLE FL 32222 |
| CREDITOR ID: 303233-39<br>MAZIERSKI CAPITAL INVESTMENT<br>TRUST<br>78 COTTAGE PLACE<br>EAST RUTHERFORD NJ 07073 | CREDITOR ID: 279739-39<br>MAZZA, ALBERT C II & KAREN G JT TEN<br>3202 EDMONTON PLACE<br>CHARLOTTE NC 28269 | CREDITOR ID: 303234-39<br>MCADOO BRUINGTON & MARZEE<br>BRUINGTON CO-TTEES MCADOO<br>BRUINGTON TRUST U-A DTD 04-14-93<br>APT P-14<br>1711 BELLEVUE AVE<br>RICHMOND VA 23227 |
| CREDITOR ID: 279813-39<br>MCCALLUM, ALEX M &<br>JEANNETTE A JT TEN<br>5615 DEWBERRY WAY<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 279944-39<br>MCCLOUD, ALICE Y & JOHNNY JT TEN<br>1013 BUNCHE ST<br>VALDOSTA GA 31601 | CREDITOR ID: 280792-39<br>MCDANIEL, ANNETTE M<br>2115 BURL LANE RD<br>IRON CITY GA 39859 |
| CREDITOR ID: 311656-39<br>MCGEE, STEVEN JAMES<br>C/O GRACE B MCGEE<br>1852 PRINCETON DRIVE<br>LOUISVILLE KY 40205 | CREDITOR ID: 303235-39<br>MCKINLEY G LITTLEJOHN<br>903 BAY HILL LANE<br>SILVER SPRING MD 20905 | CREDITOR ID: 287354-39<br>MCKINNON, DEREST<br>PO BOX 832<br>CLAXTON, GA 30417 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279804-39<br>MEANS, ALEISHA M & HOLLADAY,<br>BETTY LOU & FRED H JT TEN<br>66 S 300 E<br>SANTAQUIN UT 84655 | CREDITOR ID: 280144-39<br>MEDEIROS, ALYCE F & GIL JT TEN<br>6800 OAKMORE LN<br>ORLANDO FL 32818 | CREDITOR ID: 289127-39<br>MEDEIROS, HAYDEN J (MINOR)<br>C/O ELISA M ROCHE CUST<br>1975 W EBBTIDE WAY<br>ANAHEIM CA 92801 |
| CREDITOR ID: 303236-39<br>MEDIA FRANCES HEICHELBECH<br>507 PINE ST<br>LOUISVILLE KY 40204 | CREDITOR ID: 303237-39<br>MEDINA J STEIBER<br>4381 BONDARENKO RD<br>KEYSTONE  HEIGHTS FL 32656 | CREDITOR ID: 279992-39<br>MEEKS, ALLAN & CHERYL,  JT TEN<br>217 MITCHELL DR<br>QUENCY FL 32351 |
| CREDITOR ID: 303238-39<br>MEENA H PATEL<br>8887 SE COLONY ST<br>HOBE  SOUND FL 33455 | CREDITOR ID: 303239-39<br>MEG M RILEY<br>1447 MAPLETON RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 303240-39<br>MEG SCHMELING<br>1433 MONTCLAIR CT<br>SMYRNA GA 30080 |
| CREDITOR ID: 303241-39<br>MEGAN A CORRENTE<br>4521 ANAIS DR<br>MERAUX LA 70075 | CREDITOR ID: 303242-39<br>MEGAN S PATER<br>451 HAVEN AVE<br>HAMILTON OH 45013 | CREDITOR ID: 303243-39<br>MEGAN SHULTES<br>5634 SYCAMORE ST NORTH<br>ST  PETERSBURG FL 33703 |
| CREDITOR ID: 288951-39<br>MEHREER, EDWARD W., JR<br>2500 W 70 ST<br>SHAWNEE  MISSION, KS 66208 | CREDITOR ID: 303244-39<br>MEIKE L FISK & ADAM L FISK<br>JT TEN<br>26940 THOMAS EDWARD DR<br>ATHENS AL 35613 | CREDITOR ID: 280237-39<br>MEISTER, AMY REBECCA<br>2430 WELLINGTON GREEN DR, APT 306<br>WELLINGTON FL 33414 |
| CREDITOR ID: 303245-39<br>MELAINE V BRYANT<br>156 HIGHLAND CI 40<br>MADISON  HEIGHTS VA 24572 | CREDITOR ID: 303246-39<br>MELANIE A SAUTER & HENRY C<br>SAUTER III JT TEN<br>1196 FAGINS RUN RD<br>NEW  RICHMOND OH 45157 | CREDITOR ID: 303247-39<br>MELANIE A YORK<br>224 PERENNIAL WAY<br>MADISON AL 35758 |
| CREDITOR ID: 303248-39<br>MELANIE B PERMAR & JEFFREY<br>PERMAR JT TEN<br>922 COURTLAND AVE<br>REIDSVILLE NC 27320 | CREDITOR ID: 303249-39<br>MELANIE D PHILLIPS<br>1916 SPILLER WAY<br>FORT  WALTON  BEACH FL 32547 | CREDITOR ID: 303250-39<br>MELANIE D RODGERS<br>1916 SPILLER WAY<br>FT  WALTON  BEACH FL 32547 |
| CREDITOR ID: 303251-39<br>MELANIE DEAN<br>5211 SW HAMNOCK CRK DR<br>PALM  CITY FL 34990 | CREDITOR ID: 303252-39<br>MELANIE DELLIHOUE<br>5610 SAMOVAR DR<br>NEW  ORLEANS LA 70126 | CREDITOR ID: 303253-39<br>MELANIE DENISE WALLER<br>606 3RD ST<br>DESTIN FL 32541 |
| CREDITOR ID: 303254-39<br>MELANIE E WELCH<br>RT 1 BOX 424<br>TURBEVILLE SC 29162 | CREDITOR ID: 303255-39<br>MELANIE GAIL ALLEN<br>1750 HEATHRIDGE CT<br>LAWRENCEVILLE GA 30243 | CREDITOR ID: 303256-39<br>MELANIE GOMEZ & DURWARD<br>GOMEZ JT TEN<br>5658 BUCKHORN RD<br>LEWISVILLE NC 27023 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303257-39<br>MELANIE H PITTS<br>2567 BORDEAUX CT<br>PALM  BEACH  GARDENS FL 33410 | CREDITOR ID: 303258-39<br>MELANIE HARSHBARGER & LEX M<br>HARSHBARGER JT TEN<br>22330 DERRICK RD<br>PASS  CHRIS MS 39571 | CREDITOR ID: 303259-39<br>MELANIE HINSON<br>2055 DAISY COUCH RD<br>HEATH  SPRINGS SC 29058 |
| CREDITOR ID: 303260-39<br>MELANIE I CRANE<br>34 ROYAL OAKS CT<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 303261-39<br>MELANIE I CRANE & ROBERT A<br>CRANE JT TEN<br>34 ROYAL OAKS CT<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 303262-39<br>MELANIE J HARDEE<br>2358 PORTERTOWN RD<br>GREENVILLE NC 27858 |
| CREDITOR ID: 303263-39<br>MELANIE J PUKANSKY<br>2305 25TH AVE W<br>BRADENTON FL 34205 | CREDITOR ID: 303264-39<br>MELANIE KAY WHITE<br>C/O MELANIE WHITE BLANKENSHIP<br>RT 7 BOX 1033C<br>RUTHERFORDTON NC 28139 | CREDITOR ID: 303265-39<br>MELANIE LYNE BROWN<br>13136 LINCOLN RD<br>RIVERVIEW FL 33569 |
| CREDITOR ID: 303266-39<br>MELANIE M POWELL<br>470 ZION CHURCH RD<br>EMPORIA VA 23847 | CREDITOR ID: 303267-39<br>MELANIE MORTENSEN<br>744 MAPLE ST<br>MEADVILLE PA 16335 | CREDITOR ID: 303268-39<br>MELANIE RUSSCHELLE STROUD<br>252 LAMAR MITCHELL RD<br>BELTON SC 29627 |
| CREDITOR ID: 303269-39<br>MELANIE S WILKERSON<br>1314 LEDGEWOOD LN<br>DANDRIDGE TN 37725 | CREDITOR ID: 303270-39<br>MELANIE W CLASSENS & ELLEN<br>JONES JT TEN<br>LOT 61<br>12161 HWY 301 S<br>STATESBORO GA 30458 | CREDITOR ID: 303271-39<br>MELANIE WISE<br>P O BOX 310<br>DORTON KY 41520 |
| CREDITOR ID: 303272-39<br>MELBA D DOBYNS & JAMES D<br>DOBYNS JT TEN<br>6604 LUCENTE DR<br>JACKSONVILLE FL 32210 | CREDITOR ID: 303273-39<br>MELBA HENLEY THOMPSON<br>1160 PEACHTREE BATTLE AVE NW<br>ATLANTA GA 30327 | CREDITOR ID: 303274-39<br>MELBA J COX<br>9606 WALDROP DR<br>HUNTSVILLE AL 35802 |
| CREDITOR ID: 303275-39<br>MELBA J COX & BILL COX<br>JT TEN<br>9606 WALDROP DR SE<br>HUNTSVILLE AL 35803 | CREDITOR ID: 303276-39<br>MELBA MONROE MCCOY<br>RR 2 BOX 261A<br>COBBTOWN GA 30420 | CREDITOR ID: 303277-39<br>MELBALENE D KING<br>SUNSET MOBILE MANOR<br>36-B PARK LN<br>WINTER  HAVEN FL 33881 |
| CREDITOR ID: 303278-39<br>MELBALENE D TYSON<br>SUNSET MOBILE MANOR<br>36-B PARK LN<br>WINTER  HAVEN FL 33881 | CREDITOR ID: 303279-39<br>MELDRED L GRINSTEAD<br>131 FROSTY WAY<br>EUSTIS FL 32726 | CREDITOR ID: 303280-39<br>MELETUS I LONG & LINDA A<br>HOZDIE & MARTHA J SUSA JT TEN<br>8128 WINTER ST<br>BROOKSVILLE FL 34613 |
| CREDITOR ID: 303281-39<br>MELINDA A NOYES CUST MARY<br>LEANNE NOYES A/M/U/T/L/O/GA<br>4376 CHERI GLEN TRAIL<br>STONE  MOUNTAIN GA 30083 | CREDITOR ID: 303282-39<br>MELINDA A PORTER<br>432 POWERS FERRY RD SE<br>MARIETTA GA 30067 | CREDITOR ID: 303283-39<br>MELINDA C MANDERS<br>130 RIDGEWOOD CIRCLE<br>MCDONOUGH GA 30253 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303284-39<br>MELINDA C MANDERS & STEVEN A<br>MANDERS JT TEN<br>130 RIDGEWOOD CIR<br>MC DONOUGH GA 30253 | CREDITOR ID: 303285-39<br>MELINDA C REEVES<br>625 ADLER LANE<br>GOLDSBORO NC 27530 | CREDITOR ID: 303286-39<br>MELINDA D BONNET<br>116 JASMINE LANE<br>WAGGAMAN LA 70094 |
| CREDITOR ID: 303287-39<br>MELINDA FOSTER<br>P O BOX 763<br>TRAVELERS REST SC 29690 | CREDITOR ID: 303288-39<br>MELINDA G TEW<br>3095 PENNY TEW MILL RD<br>ROSEBORO NC 28382 | CREDITOR ID: 303289-39<br>MELINDA GROVOLA<br>137 PARLAND RD<br>BRUNSWICK GA 31523 |
| CREDITOR ID: 303290-39<br>MELINDA J MORRIS & ROBERT C<br>MORRIS JT TEN<br>11541 YOUNG RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 303291-39<br>MELINDA L DEDGE<br>165 MUCKALEE CREEK RD<br>LEESBURG GA 31763 | CREDITOR ID: 303292-39<br>MELINDA L DEDGE & JAMES M<br>DEDGE JT TEN<br>165 MUCKALEE LN<br>LEESBURG GA 31763 |
| CREDITOR ID: 303293-39<br>MELINDA M CAVALIER<br>121 VERDA ST<br>PIERRE PORT LA 70339 | CREDITOR ID: 303294-39<br>MELINDA M SALLEY<br>13360 WESLEYAN DRIVE<br>LAURINBURG NC 28352 | CREDITOR ID: 303295-39<br>MELINDA M SALLEY CUST<br>WILLARD M SALLEY UNDER THE<br>NC UNIF TRAN MIN ACT<br>13360 WESLEYAN DR<br>LAURINBURG NC 28352 |
| CREDITOR ID: 303296-39<br>MELINDA M SALLEY CUST LAURA<br>V SALLEY UNDER THE NC UNIF<br>TRAN MIN ACT<br>13360 WESLEYAN DR<br>LAURINBURG NC 28352 | CREDITOR ID: 303297-39<br>MELINDA P BONNET<br>116 JASMINE LANE<br>WAGGAMAN LA 70094 | CREDITOR ID: 303298-39<br>MELINDA R EIFFERT<br>4219 SPRING MEADOW LN<br>FLOWER MOUND TX 75028 |
| CREDITOR ID: 303299-39<br>MELINDA SHELDON<br>2883 47TH ST SW<br>NAPLES FL 34116 | CREDITOR ID: 303300-39<br>MELINDA SUE ABRAMS<br>776 ASBURY RD<br>CINCINNATI OH 45255 | CREDITOR ID: 303301-39<br>MELISA A MURPHY<br>1811 PIEDMONT AVE<br>GADSDEN AL 35901 |
| CREDITOR ID: 303302-39<br>MELISSA A ANDERSON & LLOYD C<br>ANDERSON JT TEN<br>99 COOPER HEAD RD<br>CLYDE NC 28721 | CREDITOR ID: 303303-39<br>MELISSA A DELLIHOUE<br>4808 HAYDALE ST<br>NEW ORLEANS LA 70126 | CREDITOR ID: 303304-39<br>MELISSA A FREDERICK<br>31640 COURTNEY CIRCLE<br>WALKER LA 70785 |
| CREDITOR ID: 303305-39<br>MELISSA A HALL<br>3681 KENSINGTON DR<br>MARIETTA GA 30066 | CREDITOR ID: 303306-39<br>MELISSA A JOHNSON<br>564 IRIS LANE<br>DANVILLE VA 24540 | CREDITOR ID: 303307-39<br>MELISSA A KNOX<br>RR 1 265<br>SENECA SC 29672 |
| CREDITOR ID: 303308-39<br>MELISSA A NEWMAN<br>5552 HIGHWAY 190<br>EUNICE LA 70535 | CREDITOR ID: 303309-39<br>MELISSA A OBERT<br>3919 CARRIE AVE<br>CINCINNATI OH 45211 | CREDITOR ID: 303310-39<br>MELISSA A SMITH<br>124 HORTON DRIVE<br>BRUNSWICK GA 31525 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303311-39<br>MELISSA ALLEN<br>C/O TAMMY ANGELECTI<br>3021 MARLIN DR<br>SEBRING FL 33870 | CREDITOR ID: 303312-39<br>MELISSA ANN BOONE<br>#46<br>343 COUNTRY RIDGE RD<br>OPELOUSAS LA 70570 | CREDITOR ID: 303313-39<br>MELISSA ANN CROOKS<br>108 SHANNON ST<br>GREENWOOD SC 29646 |
| CREDITOR ID: 303314-39<br>MELISSA ANN POWERS & JAMES<br>PHILLIP POWERS JT TEN<br>669 CHERRY GROVE ROAD<br>ORANGE  PARK FL 32073 | CREDITOR ID: 303315-39<br>MELISSA B FORD & GLENN FORD<br>JT TEN<br>4193 HEATHERSAGE CIR<br>TUSCALOOSA AL 35405 | CREDITOR ID: 303316-39<br>MELISSA B GENTRY<br>4101 BUCKTHORN ROAD<br>IRONDALE AL 35210 |
| CREDITOR ID: 303317-39<br>MELISSA B PREVATTE<br>PO BOX 243<br>DUBLIN NC 28332 | CREDITOR ID: 303318-39<br>MELISSA BARTLEY MADISON<br>222 PETE ST<br>WATERLOO SC 29384 | CREDITOR ID: 303319-39<br>MELISSA BAYNE GARRETTE<br>HORTON<br>2201 WEST CHARLOTTE CT<br>RALEIGH NC 27607 |
| CREDITOR ID: 303320-39<br>MELISSA BRIDGERS<br>311 BEAVER RIDGE DRIVE<br>RIEGELWOOD NC 28456 | CREDITOR ID: 303321-39<br>MELISSA C STYLES<br>118 LAKELAND DR<br>GREER SC 29651 | CREDITOR ID: 303322-39<br>MELISSA C WILLIAMS<br>802 3RD PL<br>JASPER AL 35501 |
| CREDITOR ID: 303323-39<br>MELISSA COMBAS<br>2580 ALENA PL<br>LAKE  MARY FL 32746 | CREDITOR ID: 303324-39<br>MELISSA D CHASTAIN<br>BENNETT<br>C % O MELISSA D CHASTAIN<br>380 WAGON WHEEL TRAIL<br>THOMASVILLE GA 31757 | CREDITOR ID: 303325-39<br>MELISSA D COICAN<br>1570 VAN ECK RD NE<br>PALM  BAY FL 32907 |
| CREDITOR ID: 303326-39<br>MELISSA D DEAKIN<br>5902 HILLMAN DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 303327-39<br>MELISSA D MOODY<br>403 GREAT GLEN RD<br>GREENVILLE SC 29615 | CREDITOR ID: 303328-39<br>MELISSA D PHARR<br>534 TEN OAKS RD<br>BUCHANAN GA 30113 |
| CREDITOR ID: 303329-39<br>MELISSA D PITTMAN<br>606 LATTICE CT<br>CASTLE  HAYNE NC 28429 | CREDITOR ID: 303330-39<br>MELISSA D THOMPSON<br>753 GRIFFIN ST<br>SUMTER SC 29154 | CREDITOR ID: 303331-39<br>MELISSA DIAZ & LUIS DIAZ<br>JT TEN<br>6801 BREWSTER DR<br>COLUMBUS GA 31904 |
| CREDITOR ID: 303332-39<br>MELISSA G BOWERS<br>15 LURLINE DR<br>COVINGTON LA 70433 | CREDITOR ID: 303335-39<br>MELISSA H SAGE<br>10800 SAW GRASS CT<br>CHARLOTTE NC 28226 | CREDITOR ID: 303336-39<br>MELISSA HAMMETT PARKER<br>24624 BOST RD<br>ALBEMARLE NC 28001 |
| CREDITOR ID: 303337-39<br>MELISSA HINTON & STEPHEN C<br>HINTON JT TEN<br>6292 SPRINGMYER DR<br>CINCINNATI OH 45248 | CREDITOR ID: 303338-39<br>MELISSA ISABELLE MAC RAE<br>PO BOX 895<br>DILLSBORO NC 28725 | CREDITOR ID: 303339-39<br>MELISSA JANE GIBSON<br>2601 N SHERWOOD DRIVE<br>VALDOSTA GA 31602 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303340-39<br>MELISSA JEAN CHRISTENBURY<br>489 SPICEWOOD DRIVE<br>CONCORD NC 28027 | CREDITOR ID: 303341-39<br>MELISSA K WOODFIN<br>5275 OLD SALEM RD<br>WETUMPKA AL 36092 | CREDITOR ID: 303342-39<br>MELISSA L FARRIS<br>5020 RENA ST N<br>ST PETERSBURG FL 33709 |
| CREDITOR ID: 303343-39<br>MELISSA L HARRIS<br>1433 FAIRVIEW ST<br>ORLANDO FL 32804 | CREDITOR ID: 303344-39<br>MELISSA L HURLEY<br>2527 CONGRESS WAY<br>MEDFORD OR 97504 | CREDITOR ID: 303345-39<br>MELISSA L LIVELY<br>88 OLD CENTER POINT RD<br>CARROLLTON GA 30117 |
| CREDITOR ID: 303346-39<br>MELISSA L SANDER & DANIEL J<br>SANDER JT TEN<br>8434 SPRINGWATER CT<br>CINCINNATI OH 45247 | CREDITOR ID: 303347-39<br>MELISSA L SHIPMAN<br>PO BOX 363<br>TRAVELERS REST SC 29690 | CREDITOR ID: 303348-39<br>MELISSA L W GEASON<br>8214 KINGVIEW ST<br>ST JAMES LA 70086 |
| CREDITOR ID: 303349-39<br>MELISSA LEIGH NEWSOM<br>118 CHESTNUT LN<br>MADISON NC 27025 | CREDITOR ID: 303350-39<br>MELISSA LETORT & KENNETH<br>LETORT TEN COM<br>3700 CHALONA DR<br>CHALMETTE LA 70043 | CREDITOR ID: 303351-39<br>MELISSA LOUISE KUYKENDALL<br>ATTN MELISSA LANEY<br>66 MOUCHIE MOUNTAIN<br>CANDLER NC 28715 |
| CREDITOR ID: 303352-39<br>MELISSA LYNN TROSCLAIR<br>2352 COUNTRY CLUB DR<br>LA PLACE LA 70068 | CREDITOR ID: 303353-39<br>MELISSA M BARRETT<br>1727 SANDY CIR<br>CAPE CORAL FL 33904 | CREDITOR ID: 303354-39<br>MELISSA M BELL<br>701 INDUSTRIAL DR W APT106<br>SULPHUR SPRINGS TX 75482 |
| CREDITOR ID: 303355-39<br>MELISSA M LETORT<br>3700 CHALONA DRIVE<br>CHALMETTE LA 70043 | CREDITOR ID: 303356-39<br>MELISSA M MILLER<br>3953 WOODSONG DRIVE<br>CINCINNATI OH 45251 | CREDITOR ID: 303357-39<br>MELISSA M MOEN<br>150 GLEN OBAN DR<br>ARNOLD MD 21012 |
| CREDITOR ID: 303358-39<br>MELISSA M NORTON<br>12227 ROYAL PALM BL<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 303359-39<br>MELISSA M VAUGHAN<br>PO BOX 574<br>COURTLAND VA 23837 | CREDITOR ID: 303360-39<br>MELISSA M VETTER<br>1470 LOCUST LAKE RD<br>AMELIA OH 45102 |
| CREDITOR ID: 303361-39<br>MELISSA MUSGRAVE<br>PO BOX 2161<br>13507 W HIGHWAY 450<br>UMATILLA FL 32784 | CREDITOR ID: 303362-39<br>MELISSA NAPIER<br>2510 E WASHINGTON AVE<br>APT 24<br>EUSTIS FL 32726 | CREDITOR ID: 303363-39<br>MELISSA P PARRIS<br>42 PLANK RD<br>CANTON NC 28716 |
| CREDITOR ID: 303364-39<br>MELISSA R BUSH<br>3303 YUCATAN PLACE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 303365-39<br>MELISSA R DEIBEL<br>1041 LANDS END DRIVE<br>WARRENVILLE SC 29851 | CREDITOR ID: 303366-39<br>MELISSA R DYE<br>6237 LAKE PARK RD<br>LAKE PARK GA 31636 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303367-39<br>MELISSA RENEE LANFORD<br>C/O MELISSA LANFORD LIVELY<br>88 OLD CENTER POINT RD<br>CARROLLTON GA 30117 | CREDITOR ID: 303368-39<br>MELISSA RITCHIE ROGERS<br>PO BOX 26<br>RICHFIELD NC 28137 | CREDITOR ID: 303369-39<br>MELISSA S TURNER<br>354 LILY LN<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 303370-39<br>MELISSA SAMPSON<br>37 WAWELA RD<br>WEBSTER MA 01570 | CREDITOR ID: 303371-39<br>MELISSA SPEHAR<br>ATTN MELISSA ROBERTS<br>1109 INDIAN TRAIL COURT<br>ROANOKE TX 76262 | CREDITOR ID: 303372-39<br>MELISSA W CHILDERS<br>P O BOX 62<br>WILLOW  SPRINGS NC 27592 |
| CREDITOR ID: 303373-39<br>MELISSA YVONNE HESTER<br>611 PINKNEY ST<br>EUSTIS FL 32726 | CREDITOR ID: 303374-39<br>MELITHA CAROL MCQUILLEN<br>4910 E HWY 60<br>HARNED KY 40144 | CREDITOR ID: 303375-39<br>MELL A LOVE<br>131 KINGS CREEK DR<br>BLACKSBURG SC 29702 |
| CREDITOR ID: 303376-39<br>MELLAREE CARLTON<br>13204 COUNTRY CLUB DRIVE<br>TAVARES FL 32778 | CREDITOR ID: 303377-39<br>MELLAREE CARLTON & JOHN W<br>CARLTON JT TEN<br>13204 COUNTRY CLUB DRIVE<br>TAVARES FL 32778 | CREDITOR ID: 303378-39<br>MELLIE N PATTERSON<br>1082 VIRGINIA PINE CT<br>MANNING SC 29102 |
| CREDITOR ID: 303379-39<br>MELLISSA CASSELLA<br>1201 CHESTERFIELD CT<br>EUSTIS FL 32726 | CREDITOR ID: 303380-39<br>MELLISSA TYANN TAYLOR<br>PO BOX 624<br>STEARNS KY 42647 | CREDITOR ID: 303381-39<br>MELODY D LOCKLEAR<br>89 DUNDEE RD<br>LUMBERTON NC 28358 |
| CREDITOR ID: 303383-39<br>MELODY L HAWKS<br>314 GREENWAY DR<br>JOHNSON  CITY TN 37604 | CREDITOR ID: 303384-39<br>MELODY L SIMMONS<br>2235 PELHAM AVE<br>BALTIMORE MD 21213 | CREDITOR ID: 303385-39<br>MELODY M FOUNTAIN<br>907 FAIRLAND AVE<br>PANAMA  CITY FL 32401 |
| CREDITOR ID: 303386-39<br>MELODY R PERKINS & RONALD H<br>PERKINS JT TEN<br>8110 EAGLE MTN CIR<br>FORT  WORTH TX 76135 | CREDITOR ID: 303387-39<br>MELONIE A HARSH<br>PO BOX 172<br>SUMMERSVILLE MO 65571 | CREDITOR ID: 303388-39<br>MELROY A LEBLANC & LORETTA M<br>LEBLANC TEN COM<br>704 GARDEN RD<br>MARRERO LA 70072 |
| CREDITOR ID: 303389-39<br>MELROY A LEBLANC JR<br>5084 TOWERING OAKS AVE<br>MARRERO LA 70072 | CREDITOR ID: 303390-39<br>MELVA E RUPP<br>C/O MELVA MORALE<br>619 SE 27TH TER<br>CAPE  CORAL FL 33904 | CREDITOR ID: 303391-39<br>MELVA T SLANAC<br>947 ELKHORN TVN RD<br>EDDYVILLE KY 42038 |
| CREDITOR ID: 303392-39<br>MELVALIN WILLIAMS<br>PO BOX 1252<br>PINE  LAKE  CITY GA 30072 | CREDITOR ID: 303393-39<br>MELVIN A GIANNINY JR<br>2008 S 34TH ST<br>FORT  PIERCE FL 34947 | CREDITOR ID: 303394-39<br>MELVIN A RAAB<br>30 KOSTER ROW<br>AMHERST NY 14226 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303395-39<br>MELVIN CAMPBELL & LILLIAN J<br>CAMPBELL JT TEN<br>112 APPLE ST<br>FERRIDAY LA 71334 | CREDITOR ID: 303396-39<br>MELVIN CARTER<br>1029 LOBSTER LN<br>JACKSONVILLE FL 32218 | CREDITOR ID: 303397-39<br>MELVIN CARTER & JOAN CARTER<br>JT TEN<br>1029 LOBSTER LN<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 303398-39<br>MELVIN CHRISTOPHER SCHICK<br>115 WOODLAWN AVE<br>HARAHAN LA 70123 | CREDITOR ID: 303399-39<br>MELVIN CLARK<br>2200 SOUTH HILLWOOD<br>MOBILE AL 36605 | CREDITOR ID: 303400-39<br>MELVIN CURETON<br>1840 DOBY DR<br>ROCK HILL SC 29730 |
| CREDITOR ID: 303401-39<br>MELVIN D ASH & JODY A ASH<br>JT TEN<br>3785 HIALEAH RD<br>VENICE FL 34293 | CREDITOR ID: 303402-39<br>MELVIN E SIMMONS & MILDRED<br>SIMMONS JT TEN<br>2434 BEECHWOOD ST<br>ODESSA TX 79761 | CREDITOR ID: 303403-39<br>MELVIN E SMITH & JOAN O<br>SMITH JT TEN<br>981 BEA LANE<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 303404-39<br>MELVIN E SMITH JR & PAMELA B<br>SMITH JT TEN<br>2539 SUMMER FIELD LN<br>BALDWIN FL 32234 | CREDITOR ID: 303405-39<br>MELVIN EUGENE FULGHAM<br>3941 STARBOARD RD<br>CHESAPEAKE VA 23321 | CREDITOR ID: 303406-39<br>MELVIN FARRELL SMITH<br>135 RAMSEY RD<br>BEAUFORT SC 29906 |
| CREDITOR ID: 303407-39<br>MELVIN FRED ENNULAT & ISABEL<br>L ENNULAT JT TEN<br>4713 ARCIE ST<br>ORLANDO FL 32812 | CREDITOR ID: 303408-39<br>MELVIN G SMITH & APRIL S SMITH JT TEN<br>5835 UTOPIA PARKWAY #2D<br>FRESH MEADOWS NY 11365 | CREDITOR ID: 303409-39<br>MELVIN H BROWN<br>5030 VANN RD<br>VALDOSTA GA 31606 |
| CREDITOR ID: 303410-39<br>MELVIN I FREEMAN<br>3206 CRYSTAL LAKE DR<br>GRANBURY TX 76049 | CREDITOR ID: 303411-39<br>MELVIN J BRECHIN<br>5230 TORRINGTON CIR<br>BALTIMORE MD 21237 | CREDITOR ID: 303412-39<br>MELVIN J KING TRUSTEE U-A DTD<br>09-22-99 MELVIN J KING TRUST<br>598 PIKE AVE<br>ATTLEBORO MA 02703 |
| CREDITOR ID: 303413-39<br>MELVIN J LEDOUX & SHELLY<br>LEDOUX TEN COM<br>730 FIFTH STREET<br>JENNINGS LA 70546 | CREDITOR ID: 303414-39<br>MELVIN JAMES GILBERT<br>396 VETERANS DR<br>OPELOUSAS LA 70570 | CREDITOR ID: 303415-39<br>MELVIN L BEEMS<br>4128 HURON STREET<br>DEARBORN HEIGHTS MI 48125 |
| CREDITOR ID: 303416-39<br>MELVIN L DOUGLAS<br>HC 67 BOX 600<br>MARIETTA OK 73448 | CREDITOR ID: 303417-39<br>MELVIN L QUEEN<br>PO BOX 96<br>OAKWOOD GA 30566 | CREDITOR ID: 303418-39<br>MELVIN L ROBERTS<br>1424 SYCAMORE SCHOOL RD<br>FORT WORTH TX 76134 |
| CREDITOR ID: 303419-39<br>MELVIN L WEST & SANDRA L<br>STONE JT TEN<br>3610 LIGHTHOUSE DRIVE<br>PALM BCH GARDENS FL 33410 | CREDITOR ID: 303420-39<br>MELVIN LAMAR THOMPSON<br>204 W LAKE ISIS AVE<br>AVON PARK FL 33825 | CREDITOR ID: 303421-39<br>MELVIN LECOUNTE<br>19311 NW 44TH CT<br>CAROL CITY FL 33055 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

CREDITOR ID: 303422-39
MELVIN LEDOUX JR
730 FIFTH ST
JENNINGS LA 70546

CREDITOR ID: 303423-39
MELVIN LEWIS DAVIS
8349 MEDOC MTN RD
P O BOX 178
HOLLISTER NC 27844

CREDITOR ID: 303424-39
MELVIN N CAMPBELL
112 APPLE ST
FERRIDAY LA 71334

CREDITOR ID: 303425-39
MELVIN N MILLER JR
8401 KAUSE RD
PENSACOLA FL 32506

CREDITOR ID: 303426-39
MELVIN NORTON
PO BOX 804
EDGEWATER FL 32132

CREDITOR ID: 303427-39
MELVIN P RITTER
500 FALMOUTH AV
MERRITT  ISLAND FL 32952

CREDITOR ID: 303428-39
MELVIN P TANILLO CUST LANDON
NICHOLAS DUBOIS UNIF TRAN
MIN ACT LA
47045 TANTILLO LANE
HAMMOND LA 70401

CREDITOR ID: 303429-39
MELVIN P TANTILLO
47045 TANTILLO LN
HAMMOND LA 70401

CREDITOR ID: 303431-39
MELVIN P TANTILLO CUST
JUSTIN LUKE BROWN UNIF TRAN
MIN ACT LA
47045 TANTILLO LANE
HAMMOND LA 70401

CREDITOR ID: 303430-39
MELVIN P TANTILLO CUST
DUSTIN DEWAYNE BROWN UNIF
TRAN MIN ACT LA
47045 TANTILLO LANE
HAMMOND LA 70401

CREDITOR ID: 303432-39
MELVIN P TANTILLO CUST JARED
LYNN TANTILLO UNIF TRAN MIN
ACT LA
47045 TANTILLO LANE
HAMMOND LA 70401

CREDITOR ID: 303433-39
MELVIN P TANTILLO CUST JOEL
PATRICK TANTILLO UNIF TRAN
MIN ACT LA
47045 TANTILLO LANE
HAMMOND LA 70401

CREDITOR ID: 303434-39
MELVIN R MORRISON
4949 AIRPORT RD
GREENVILLE AL 36037

CREDITOR ID: 303435-39
MELVIN SUBER & JENNIFER
SUBER JT TEN
165 SAM LANGLEY RD
TRAVELERS  RST SC 29690

CREDITOR ID: 303436-39
MELVIN T INGRAM
229 BARKSDALE DR
WALDORF MD 20602

CREDITOR ID: 303437-39
MELVIN T PEARSON III
923 SUMMER RIDGE LANE
LAWERANCEVILLE GA 30044

CREDITOR ID: 303438-39
MELVIN T SHIPP
4101 ROCKSIDE HILLS DR
RALEIGH NC 27603

CREDITOR ID: 303440-39
MELVIN W JOHNSON
1339 BRIARWOOD CT
ROCKLEDGE FL 32955

CREDITOR ID: 303441-39
MELVIN WHITAKER
PO BOX 46753
RALEIGH NC 27620

CREDITOR ID: 303442-39
MELVIN YANKOVICH
502  MILLER  AVE
KENT OH 44240

CREDITOR ID: 303443-39
MENAYRA SCHULT
5349 CEDAR LAKE RD
BOYNTON  BEACH FL 33437

CREDITOR ID: 303444-39
MERCEDES C WILLIAMS &
THEODORE P WILLIAMS & ANNA
IRENE BARTHOLF JT TEN
327 W FERN ST
TAMPA FL 33604

CREDITOR ID: 303445-39
MERCEDES C WILLIAMS & ANNA I
BARTHOLF JT TEN
C-O THEODORE PERRY WILLIAMS JR
327 W FERN ST
TAMPA FL 33604

CREDITOR ID: 303446-39
MERCEDES COCINA
11315 SW 74TH LN
MIAMI FL 33173

CREDITOR ID: 303447-39
MERCURY A GIALLOURAKIS
PO BOX 525
TARPON  SPRINGS FL 34688

CREDITOR ID: 303448-39
MERCURY GIALLOURAKIS &
CHRISTY GIALLOURAKIS JT TEN
911 BRITTANY PARK BLVD
TARPON  SPGS FL 34689

CREDITOR ID: 303449-39
MERCY USERY
1898 SE LOOP 281
LONGVIEW TX 75602

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 303450-39<br>MEREDITH ANN OATES & THOMAS<br>P OATES JT TEN<br>103 BEACON HL NE<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 303451-39<br>MEREDITH BROWN<br>3922 W KALER DR<br>PHOENIX AZ 85051 | CREDITOR ID: 303452-39<br>MEREDITH DAVIES & LORRAINE C<br>DAVIES JT TEN<br>28 TOWN HOUSE CIR<br>ROCHESTER NY 14616 |
| CREDITOR ID: 303453-39<br>MEREDITH DAVIS WILLIAMS<br>ATTN JEREMY WILLIAMS<br>17330 CLARK ST<br>ENCINO CA 91316 | CREDITOR ID: 303454-39<br>MEREDITH L LAKES<br>4483 SOUTH 47 AVE<br>LAKEWORTH FL 33463 | CREDITOR ID: 303455-39<br>MEREDITH LEE CORNELL<br>C/O MEREDITH LEE COBB<br>21501 GENITO RD<br>MOSELEY VA 23120 |
| CREDITOR ID: 303456-39<br>MERIDETH LUCAS<br>3475 COURTNEY DRIVE<br>CENTER  VALLEY PA 18034 | CREDITOR ID: 303457-39<br>MERIJEAN HUNDLEY<br>10600 GLENMARY FARM DR<br>LOUISVILLE KY 40291 | CREDITOR ID: 303458-39<br>MERILIE FLOWERS & EARL<br>FLOWERS JT TEN<br>P O BOX 1423<br>ROBERTSDALE AL 36567 |
| CREDITOR ID: 303459-39<br>MERILIE WALKER<br>P O BOX 1423<br>ROBERTSDALE AL 36567 | CREDITOR ID: 303460-39<br>MERISHA MABBIE & SULLIMAN<br>MABBIE JT TEN<br>165 AUGUSTA WAY<br>MELBOURNE FL 32940 | CREDITOR ID: 303461-39<br>MERL J BOUDREAUX JR<br>12826 INA DR<br>WALKER LA 70785 |
| CREDITOR ID: 303462-39<br>MERLE E SMITH & OLGA<br>ZALITHEA EDSMAN JT TEN<br>PO BOX 43234<br>OAKLAND CA 94624 | CREDITOR ID: 303463-39<br>MERLE F VAN PATTEN & MYRNA R<br>VAN PATTEN JT TEN<br>3036 EAGLET LOOP<br>ORLAND FL 32837 | CREDITOR ID: 303464-39<br>MERLE G FABIAN<br>4620 N PARK AVE APT 1202W<br>CHEVY  CHASE MD 20815 |
| CREDITOR ID: 303465-39<br>MERLE H WENTHOLD<br>8355 VALLEY AVENUE<br>CRESCO IA 52136 | CREDITOR ID: 303466-39<br>MERLE J ALBEE<br>32321 HILL VALLEY DR<br>WATERFORD WI 53185 | CREDITOR ID: 303467-39<br>MERLE K OVERBY<br>14627 HWY 84 E<br>QUITMAN GA 31643 |
| CREDITOR ID: 303468-39<br>MERLE L OBERRY & THELMA D<br>OBERRY JT TEN<br>14330 PELHAM LANE<br>ODESSA FL 33556 | CREDITOR ID: 303469-39<br>MERLE M PIERCE & E RUTH<br>PIERCE JT TEN<br>143 MILSTEAD RD<br>NEWPORT  NEWS VA 23606 | CREDITOR ID: 303470-39<br>MERLE P TROUTMAN<br>126 S HALL ST<br>HIGH  POINT NC 27263 |
| CREDITOR ID: 303471-39<br>MERLE P WILSON<br>PO BOX 261<br>ENGLEWOOD TN 37329 | CREDITOR ID: 303472-39<br>MERLE PENNAY & DIANE PENNAY<br>JT TEN<br>3740 SUNRISE OAKS BLVD<br>PORT  ORANGE FL 32119 | CREDITOR ID: 303473-39<br>MERLIN BUSH<br>1836 SHIRLEY DRIVE<br>NEW  ORLEANS LA 70114 |
| CREDITOR ID: 303474-39<br>MERLIN L FALLAW<br>1304 H AVE<br>WEST  COLUMBIA SC 29169 | CREDITOR ID: 303475-39<br>MERLIN W PAGE<br>P O BOX 540505<br>NORTH  SALT  LAKE UT 84054 | CREDITOR ID: 303476-39<br>MERLINE THAXTER<br>232 S ABERDEEN CIR<br>SANFORD FL 32773 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303477-39<br>MERLYN A CANNADAY<br>6850 W STATE ROAD 46 RD W<br>MIMS FL 32754 | CREDITOR ID: 280833-39<br>MERRETT, ANTHONY A<br>RR 1 BOX 2055<br>SAINT GEORGE GA 31562 | CREDITOR ID: 288725-39<br>MERRETT, EDITH M<br>RR 1 BOX 2055<br>ST GEORGE GA 31646 |
| CREDITOR ID: 288726-39<br>MERRETT, EDITH M  & JAMES<br>DWAYNE JT TEN<br>RR 1 BOX 2055<br>ST  GEORGE GA 31562 | CREDITOR ID: 288727-39<br>MERRETT, EDITH M & JOHN<br>CHARLES JT TEN<br>RR 1 BOX 2055<br>ST  GEORGE GA 31562 | CREDITOR ID: 288728-39<br>MERRETT, JUAN CHARLES (MINOR)<br>C/O EDITH M MERRETT CUST<br>RT 1 BOX 2055<br>ST  GEORGE GA 31646 |
| CREDITOR ID: 303478-39<br>MERRIDAY GARFIELD WINNINGHAM<br>JR<br>PO BOX 12376 G W CARVER STA<br>JACKSONVILLE FL 32209 | CREDITOR ID: 303479-39<br>MERRIE FOX BURNETT<br>242 TERI LN<br>PRATTVILLE AL 36066 | CREDITOR ID: 303480-39<br>MERRIE K DEMERCHANT<br>2210 TANGELO ST<br>AUBURNDALE FL 33823 |
| CREDITOR ID: 303481-39<br>MERRILEE KOON<br>6375 SE 183RD AVE RD<br>OCKLAWAHA FL 32179 | CREDITOR ID: 303482-39<br>MERRILL E CHESEBROUGH<br>PO BOX E<br>LE  ROY MN 55951 | CREDITOR ID: 303483-39<br>MERRILL LYNCH PIERCE FENNER<br>& SMITH INCORPORATED<br>PO BOX 12006<br>NEWARK NJ 07101 |
| CREDITOR ID: 288297-39<br>MERRILL, DOROTHY K<br>6610 62ND ST<br>PINELLAS PARK FL 33781 | CREDITOR ID: 287524-39<br>MERRIMAN, DIANNA & JEFF JT TEN<br>3958 WOODLAND CIRCLE<br>CONYERS GA 30013 | CREDITOR ID: 303484-39<br>MERRY A COMBS<br>915 PENNSYLVANIA AVE<br>JEFFERSONVILLE IN 47130 |
| CREDITOR ID: 303485-39<br>MERRY C WILSON<br>15770 TIMBERHILL DR<br>FLINT TX 75762 | CREDITOR ID: 303486-39<br>MERRY H BLANK<br>1094 SANCTUARY COVE DRIVE<br>NORTH  PALM  BEACH FL 33410 | CREDITOR ID: 303487-39<br>MERRY STARR KREMMEL<br>6051 E MILTON RD<br>MILTON FL 32583-7919 |
| CREDITOR ID: 303488-39<br>MERRYN CORSAT<br>3970 SAN BERNADO DR<br>JACKSONVILLE FL 32217 | CREDITOR ID: 303489-39<br>MERVAT HALIM<br>11910 STRADFORDWOOD<br>ROSWELL GA 30076 | CREDITOR ID: 303490-39<br>METRO-RICHELIEU A/S VICE<br>PRESIDENT FINANCES<br>11011 MAURICE DUPLESSIS<br>MONTREAL  QC H1C 1V6<br>CANADA |
| CREDITOR ID: 303491-39<br>MIA A NUMSEN<br>6100 DONNYBROOK DR<br>RALEIGH NC 27606 | CREDITOR ID: 303492-39<br>MICA DONALD COLEY<br>4950 ST STEPHENS CHURCH RD<br>GOLD  HILL NC 28071 | CREDITOR ID: 303493-39<br>MICAH L REED & JAME C REED<br>JT TEN<br>1125 HAMILTON ST<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 303494-39<br>MICHAEL A ABELL & SELINA F<br>ABELL JT TEN<br>3200 LA MANCHA WAY<br>HENDERSON NV 89014 | CREDITOR ID: 303495-39<br>MICHAEL A BARNETT<br>915 GRENADA DR<br>MONTGOMERY AL 36109 | CREDITOR ID: 303496-39<br>MICHAEL A BECKER<br>6427 SUMMIT DR<br>ORLANDO FL 32810 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 303497-39<br>MICHAEL A BELL<br>560 JEAN MARIE DR<br>SANTA  ROSA CA 94503 | CREDITOR ID: 303498-39<br>MICHAEL A BROCATO<br>1920 IDAHO AVE<br>KENNER LA 70062 | CREDITOR ID: 303499-39<br>MICHAEL A BRUNO<br>6300 FARRAGUT ST<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 303500-39<br>MICHAEL A BURNS<br>PO BOX 947<br>DOTHAN AL 36302 | CREDITOR ID: 303501-39<br>MICHAEL A CAMPBELL<br>1841 CARALEE BL 4<br>ORLANDO FL 32822 | CREDITOR ID: 303502-39<br>MICHAEL A CARRONE<br>4453 E FALK AVE<br>JEFFERSON LA 70121 |
| CREDITOR ID: 303503-39<br>MICHAEL A COSTAGLIOLA<br>P O BOX 1267<br>MONTAGUE NJ 07827 | CREDITOR ID: 303504-39<br>MICHAEL A DALLAK<br>6511 SE SHERWOOD RD<br>HOBE  SOUND FL 33455 | CREDITOR ID: 303505-39<br>MICHAEL A DANIEL<br>4075 BIRCH BARK WAY<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 303506-39<br>MICHAEL A DAVIS<br>103 IVY LANE<br>SHELBYVILLE KY 40065 | CREDITOR ID: 303507-39<br>MICHAEL A DEMA<br>109 MOONRAKER DR<br>SLIDELL LA 70458 | CREDITOR ID: 303508-39<br>MICHAEL A FALVO<br>8348 BOYCE ST<br>SPRING  HILL FL 34606 |
| CREDITOR ID: 303509-39<br>MICHAEL A FEAGLE JR<br>9019 145 DR<br>LIVE  OAK FL 32060 | CREDITOR ID: 303510-39<br>MICHAEL A GRAYBILL<br>3152 WASHINGTON RD<br>AUGUSTA GA 30907 | CREDITOR ID: 303511-39<br>MICHAEL A HADLEY<br>119 E MAIN STREET<br>BROWNSBURG IN 46112 |
| CREDITOR ID: 303512-39<br>MICHAEL A HENDERSON<br>1282 ROSEHILL DRIVE<br>LINCOLNTON NC 28092 | CREDITOR ID: 303513-39<br>MICHAEL A HUIE<br>1019 BELAIRE DR<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 303514-39<br>MICHAEL A JAMES<br>3110 NW 102 ST<br>MIAMI FL 33147 |
| CREDITOR ID: 303515-39<br>MICHAEL A JOHNSON<br>3823 PALMYRA ST<br>NEW  ORLEANS LA 70119 | CREDITOR ID: 303516-39<br>MICHAEL A JONES<br>50542 FRANK DILLON<br>FRANKLINTON LA 70438 | CREDITOR ID: 303517-39<br>MICHAEL A KIRKPATRICK<br>7052 WHEAT RD<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 303518-39<br>MICHAEL A LANGSTON<br>14 COMMERCE CT<br>ROME GA 30161 | CREDITOR ID: 303519-39<br>MICHAEL A LITZ<br>1762 OLD SUMMERWOOD BLVD<br>SARASOTA FL 34232 | CREDITOR ID: 303520-39<br>MICHAEL A LOCICERO<br>7718 DRIFTING SAND DR<br>WESLEY  CHAPEL FL 33544 |
| CREDITOR ID: 303521-39<br>MICHAEL A LOGAN CUST LAUREN<br>ASHPY LOGAN UNIF TRAN MIN<br>ACT NC<br>PO BOX 401<br>STOKESDALE NC 27357 | CREDITOR ID: 303522-39<br>MICHAEL A LOGAN CUST MICHAEL<br>LADD LOGAN UNIF TRAN MIN ACT<br>NC<br>PO BOX 401<br>STOKESDALE NC 27357 | CREDITOR ID: 303523-39<br>MICHAEL A MARTIN<br>2117 RUSTLING ELM ST<br>BURLESON TX 76028 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303524-39<br>MICHAEL A MCCARTNEY & DEBRA<br>L MCCARTNEY JT TEN<br>17438 MEADOW LAKE CIR<br>FORT MYERS FL 33912 | CREDITOR ID: 303525-39<br>MICHAEL A MCCONIHAY<br>2741 APACHE AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 303526-39<br>MICHAEL A MCDUFFIE<br>539 BUCK HOLLAND RD<br>GENEVA AL 36340 |
| CREDITOR ID: 303527-39<br>MICHAEL A MCMINN<br>P O BOX 757<br>BELTON SC 29627 | CREDITOR ID: 303528-39<br>MICHAEL A MILLER<br>2002 CYPRESS ST<br>BURTON SC 29902 | CREDITOR ID: 303529-39<br>MICHAEL A MONE<br>3026 TIM TAM TRL<br>VERSAILLES KY 40383 |
| CREDITOR ID: 303530-39<br>MICHAEL A MUCIO<br>325 GLENDALE AVE<br>LEXINGTON KY 40511 | CREDITOR ID: 303531-39<br>MICHAEL A MUDD<br>7900 GABLE RD<br>LOUISVILLE KY 40219 | CREDITOR ID: 303532-39<br>MICHAEL A NOTARIANO<br>22412 LA HIGHWAY 16<br>DENHAM SPRINGS LA 70726 |
| CREDITOR ID: 303533-39<br>MICHAEL A PADGETT & BERNICE<br>PADGETT JT TEN<br>2159 CARTER DR<br>CUMMING GA 30131 | CREDITOR ID: 303534-39<br>MICHAEL A PARTIN<br>2321 CARRIAGE HILL<br>DENTON TX 76207 | CREDITOR ID: 303535-39<br>MICHAEL A PEARSON<br>204 WILBAR ST<br>UNION SC 29379 |
| CREDITOR ID: 303536-39<br>MICHAEL A POTREKUS SR<br>929 S RIDGE ST<br>LAKE WORTH FL 33460 | CREDITOR ID: 303537-39<br>MICHAEL A RHODES SR<br>4578 AMHERST ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 303538-39<br>MICHAEL A RITCHIE<br>725 HUNTING CREEK RD<br>ROUSSEAU KY 41366 |
| CREDITOR ID: 303539-39<br>MICHAEL A RODDY<br>231 SPRING DR<br>COLONIAL HEIGHTS VA 23834 | CREDITOR ID: 303541-39<br>MICHAEL A SMITH<br>26458 SEVEN MILE RD<br>ANGIE LA 70426 | CREDITOR ID: 303540-39<br>MICHAEL A SMITH<br>2502 COUNTRY PARK DR<br>SMYRNA GA 30080 |
| CREDITOR ID: 303542-39<br>MICHAEL A TADLOCK<br>PO BOX 1604<br>BUSHNELL FL 33513 | CREDITOR ID: 303543-39<br>MICHAEL A TAYLOR<br>4411 SW 22ND CT<br>FORT LAUDERDALE FL 33317 | CREDITOR ID: 303544-39<br>MICHAEL A TRACZ<br>5801 SW 198TH TER<br>FORT LAUDERDALE FL 33332 |
| CREDITOR ID: 303545-39<br>MICHAEL A VERON<br>P O BOX 95<br>GRAMERCY LA 70052 | CREDITOR ID: 303546-39<br>MICHAEL A WARD<br>8031 WHITE OAK RD<br>GARNER NC 27529 | CREDITOR ID: 303547-39<br>MICHAEL A WHEELER<br>2735 CORDGRASS ST<br>OVIEDO FL 32765 |
| CREDITOR ID: 303548-39<br>MICHAEL A WILLIAMS<br>8014 NW 16 AVE<br>MIAMI FL 33147 | CREDITOR ID: 303549-39<br>MICHAEL A WITT<br>BOX 72 SHADOW LAKE<br>MASON OH 45040 | CREDITOR ID: 303550-39<br>MICHAEL ALAN HAMBLEN JR<br>9752 SE 145 PL<br>SUMMERFIELD FL 34491 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 303551-39
MICHAEL ALAN MOREHOUSE
134 POINT LOOKOUT DR
WILKESBORO NC 28697

CREDITOR ID: 303552-39
MICHAEL ALLEN CUMMINGS
610 EMMA CUDD RD
SPARTANBURG SC 29302

CREDITOR ID: 303553-39
MICHAEL ALLEN HATTAN
7347 LINDEN LN
SARASOTA FL 34243

CREDITOR ID: 303554-39
MICHAEL ANDREOZZI
219 MAIN ST N APT 509
BRYAN TX 77803

CREDITOR ID: 303555-39
MICHAEL AUSTIN MURPHY &
NANCY ANN MURPHY JT TEN
3131 OCEANSIDE RD
OCEANSIDE NY 11572

CREDITOR ID: 303556-39
MICHAEL B ANDREWS
120 W ORCHARD AVE
LEBANON OH 45036

CREDITOR ID: 303557-39
MICHAEL B CALLOWAY
1168 SABER CT
FOREST VA 24551

CREDITOR ID: 303558-39
MICHAEL B COATES & REBECCA K
COATES JT TEN
P O BOX 924
GRANDY NC 27939

CREDITOR ID: 303559-39
MICHAEL B MATHIS
7319 SHINDLER DR
LOT 10
JACKSONVILLE FL 32222

CREDITOR ID: 303560-39
MICHAEL B MCGAHA
4216 N TURNBULL DR
METAIRIE LA 70002

CREDITOR ID: 303561-39
MICHAEL B MCGAHA & ASHLEY H
MCGAHA TEN COM
4216 N TURNBULL DR
METAIRIE LA 70002

CREDITOR ID: 303562-39
MICHAEL B OBERHOLTZER
7800 RUSTY HOOK CT
HUDSON FL 34667

CREDITOR ID: 303563-39
MICHAEL B PILKINTON
3382 LEO DR
FERNANDINA  BEACH FL 32034

CREDITOR ID: 303564-39
MICHAEL B SAXE
RR 2 BOX
2129 SAXE POND ROAD
DUSHORE PA 18614

CREDITOR ID: 303565-39
MICHAEL B WATHEN
165 MALAN CT
LEBANON KY 40033

CREDITOR ID: 303566-39
MICHAEL BALZER
2714 VISTA COVE RD
ST  AUGUSTINE FL 32084

CREDITOR ID: 303567-39
MICHAEL BARTON
3114 GOLDEN OAK DR
HILLIARD OH 43026

CREDITOR ID: 303568-39
MICHAEL BIGHAM & VANESSA
BIGHAM JT TEN
P O BOX 11002
LOUISVILLE KY 40251

CREDITOR ID: 303569-39
MICHAEL BILANICH JR
1036 10TH ST
AMBRIDGE PA 15003

CREDITOR ID: 303570-39
MICHAEL BLAHOTA
7 SUTTON CT
MATAWAN NJ 07747

CREDITOR ID: 303571-39
MICHAEL BOSWELL COATES
103 DOT SEARS DR
GRANDY NC 27939

CREDITOR ID: 303572-39
MICHAEL BRAUN
C/O FOODARAMA SUPERMARKETS
PO BOX 592
FREEHOLD NJ 07728

CREDITOR ID: 303573-39
MICHAEL BRETT MCCARTY
BOX 132
ELKO SC 29826

CREDITOR ID: 303574-39
MICHAEL C BARRON
18610 GLENEAGLES DR
BATON  ROUGE LA 70810

CREDITOR ID: 303575-39
MICHAEL C BREAUX
363 ST PETER STREET
RACELAND LA 70394

CREDITOR ID: 303576-39
MICHAEL C BRIDGES & DIANNE M
BRIDGES JT TEN
420 E WARREN AV
LONGWOOD FL 32750

CREDITOR ID: 303578-39
MICHAEL C GRANT
1015 HAMPTON CREST DRIVE
WEST  COLUMBIA SC 29170

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303579-39<br>MICHAEL C GRANT & RANDY K<br>GRANT JT TEN<br>1015 HAMPTON CREST DR<br>W COLUMBIA SC 29170 | CREDITOR ID: 303580-39<br>MICHAEL C HAYNES<br>5026 ORCHARD PARK DR<br>ROANOKE VA 24019 | CREDITOR ID: 303581-39<br>MICHAEL C MCCULLEN<br>442-B LONG LEAF ACRES DR<br>WILMINGTON NC 28405 |
| CREDITOR ID: 303582-39<br>MICHAEL C PARKER<br>1232 FOURSEASON DR<br>DURANT OK 74701 | CREDITOR ID: 303586-39<br>MICHAEL C STEWART SR<br>3117 ALBANY ST<br>KENNER LA 70065 | CREDITOR ID: 303587-39<br>MICHAEL C TEEL<br>919 HILLMAN ST<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 303588-39<br>MICHAEL C WORKMAN<br>8020 MACNAUGHTON DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 303589-39<br>MICHAEL CARL HUDSON<br>1047 WINDING WATER CIRCLE<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 303590-39<br>MICHAEL CHARLES CRISAN<br>PO BOX 526<br>TANGERINE FL 32777 |
| CREDITOR ID: 303591-39<br>MICHAEL CHRISTIE<br>2021 EAST 21ST STREET<br>OWENSBORO KY 42303 | CREDITOR ID: 303592-39<br>MICHAEL CHRISTOPHER WOODS<br>2336 NORTH STREET<br>LINCOLTON NC 28092 | CREDITOR ID: 303593-39<br>MICHAEL CITRINITI<br>5 STUYVESANT OVAL #1H<br>NEW YORK NY 10009 |
| CREDITOR ID: 303594-39<br>MICHAEL CLARK<br>RR 3 BOX 188F<br>JERSEY SHORE PA 17740 | CREDITOR ID: 303595-39<br>MICHAEL CLARKE<br>1115 NW 110TH ST<br>MIAMI FL 33168 | CREDITOR ID: 303597-39<br>MICHAEL CLEMENTS<br>168 SHADOWOOD COURT<br>MT WASHINGTON KY 40047 |
| CREDITOR ID: 303596-39<br>MICHAEL CLEMENTS<br>168 SHADOW WOOD CT<br>MT WASHINGTON KY 40047 | CREDITOR ID: 303598-39<br>MICHAEL CLEMENTS & JANICE<br>CLEMENTS JT TEN<br>5333 WAKEFIELD PLACE<br>NORWOOD OH 45212 | CREDITOR ID: 303599-39<br>MICHAEL COCHRAN<br>7140 SHERBOURNE DR<br>CHARLOTTE NC 28210 |
| CREDITOR ID: 303600-39<br>MICHAEL CRAIG NELSON<br>2909 SW 125TH<br>OKLAHOMA CITY OK 73170 | CREDITOR ID: 303602-39<br>MICHAEL D ATWELL & RHONDA<br>ATWELL JT TEN<br>120 HARPER CEMETERY RD<br>MUNFORDVILLE KY 42765 | CREDITOR ID: 303603-39<br>MICHAEL D BELOTE<br>1185 OLD TOOMSBORO RD<br>DUBLIN GA 31021 |
| CREDITOR ID: 303604-39<br>MICHAEL D CAMPBELL<br>5102 BILLINGS DRIVE<br>HOLLIDAY FL 34690 | CREDITOR ID: 303605-39<br>MICHAEL D CHANDLER & MARIA L<br>CHANDLER JT TEN<br>1543 SKYLINE DRIVE<br>KISSIMMEE FL 34744 | CREDITOR ID: 303606-39<br>MICHAEL D CHRISCO<br>1611 SAND HOLLOW LN<br>VALRICO FL 33594 |
| CREDITOR ID: 303607-39<br>MICHAEL D CLEGHORN<br>268 EDGEWATER DR<br>BYRON GA 31008 | CREDITOR ID: 303608-39<br>MICHAEL D CROW<br>7120 STARNES RD<br>NORTH RICHLAND HILLS TX 76180 | CREDITOR ID: 303609-39<br>MICHAEL D DLUBAC<br>11050 HIGHWAY 280<br>RICHLAND GA 31825 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 303611-39<br>MICHAEL D ELLIS<br>P O BOX 674<br>SANDIA  PARK NM 87047 | CREDITOR ID: 303612-39<br>MICHAEL D FARRELL<br>12043 POTTS LN<br>KING  GEORGE VA 22485 | CREDITOR ID: 303613-39<br>MICHAEL D FLEMING<br>11323 N 50TH ST 12<br>TAMPA FL 33617 |
| CREDITOR ID: 303614-39<br>MICHAEL D GAINEY<br>1616 MORINGSIDE DR<br>HARTSVILLE SC 29550 | CREDITOR ID: 303615-39<br>MICHAEL D GRAHAM<br>375 23RD AVE<br>VERO  BEACH FL 32962 | CREDITOR ID: 303616-39<br>MICHAEL D HEBERT<br>524 BRIGHTON CIR<br>BRANDON MS 39047 |
| CREDITOR ID: 303617-39<br>MICHAEL D JOHNSON & FRAN B<br>JOHNSON JT TEN<br>822 POB 822<br>WARRENVILLE SC 29851 | CREDITOR ID: 303618-39<br>MICHAEL D JORDAN<br>803 1 ST<br>BROWNWOOD TX 76801 | CREDITOR ID: 303619-39<br>MICHAEL D JOSTWORTH<br>6206 EAGLES LAKE DRIVE<br>CINCINNATI OH 45248 |
| CREDITOR ID: 303620-39<br>MICHAEL D KANE<br>237 RUHAMAH AVE<br>SYRACUSE NY 13205 | CREDITOR ID: 303621-39<br>MICHAEL D KUMLEY<br>2440 SHAKER CT 1<br>BETTENDORF IA 52722 | CREDITOR ID: 303622-39<br>MICHAEL D LONGNECKER<br>14095 80TH AVE N<br>SEMINOLE FL 33776 |
| CREDITOR ID: 303623-39<br>MICHAEL D MATTHEWS & KAREN<br>SUE MATTHEWS JT TEN<br>5672 LAURAMORE RD<br>MACCLENNY FL 32063 | CREDITOR ID: 303624-39<br>MICHAEL D MITCHELL<br>103 LUCKY LN<br>EUFAULA AL 36027 | CREDITOR ID: 303625-39<br>MICHAEL D MONTGOMERY<br>29235 WADE RUSSELL RD<br>ALBANY LA 70711 |
| CREDITOR ID: 303626-39<br>MICHAEL D NITZ<br>109 LAKE DR<br>PINEVILLE LA 71360 | CREDITOR ID: 303627-39<br>MICHAEL D PETRUCCI<br>36758 HARPER #302<br>CLINTON  TWP MI 48035 | CREDITOR ID: 303628-39<br>MICHAEL D POLK<br>604 SIGNAL MOUNTAIN BLVD<br>SIGNAL  MOUNTAIN TN 37377 |
| CREDITOR ID: 303629-39<br>MICHAEL D PRICE<br>3723 WONDERLAND DR<br>MATTHEWS NC 28105 | CREDITOR ID: 303630-39<br>MICHAEL D REED<br>836 WALL RD<br>BROWNSBORO AL 35741 | CREDITOR ID: 303631-39<br>MICHAEL D REED & MARY O REED<br>JT TEN<br>836 WALL RD<br>BROWNSBORO AL 35741 |
| CREDITOR ID: 303632-39<br>MICHAEL D STANFIELD &<br>VALORIE STANFIELD JT TEN<br>776 SMOAK RD<br>WALTERBORO SC 29488 | CREDITOR ID: 303633-39<br>MICHAEL D STARFIELD &<br>VALERIE J STARFIELD JT TEN<br>776 SMOAK RD<br>WALTERBORO SC 29488 | CREDITOR ID: 303634-39<br>MICHAEL D THOMPSON<br>2727 DRISTOL LN<br>DELTONA FL 32738 |
| CREDITOR ID: 303635-39<br>MICHAEL D WEST<br>109 DURRELL CT<br>GOOSE  CR SC 29445 | CREDITOR ID: 303636-39<br>MICHAEL D WOODSON & PAMELA B<br>WOODSON JT TEN<br>3909 COLLINS RD<br>ORANGE  PARK FL 32073 | CREDITOR ID: 303637-39<br>MICHAEL D ZIMMERMAN & CARRIE<br>L ZIMMERMAN JT TEN<br>170 WEST PENNY AVE<br>HASTINGS MI 49058 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303638-39<br>MICHAEL DALE CHANDLER<br>1543 SKYLINE DR<br>KISSIMMEE FL 34744 | CREDITOR ID: 303639-39<br>MICHAEL DALE HOKE<br>2001 HERMIT TR<br>NEWTON NC 28658 | CREDITOR ID: 303640-39<br>MICHAEL DANIEL THOMAS<br>31277 DELOS THOMAS RD<br>FRANKLINTON LA 70438 |
| CREDITOR ID: 303641-39<br>MICHAEL DARIN ADAMS<br>9908 HOLLY SPRINGS RD<br>APEX NC 27502 | CREDITOR ID: 303642-39<br>MICHAEL DAVID BAKER<br>44 VANDERFORD ROAD EAST<br>ORANGE  PARK FL 32073 | CREDITOR ID: 303643-39<br>MICHAEL DAVID DRAGO<br>912 PERRIN DR<br>ARABI LA 70032 |
| CREDITOR ID: 303644-39<br>MICHAEL DAVID MIZE<br>5215 BLUE CREEK<br>KINGWOOD TX 77345 | CREDITOR ID: 303645-39<br>MICHAEL DAVID MOORE<br>116 MEADOW RUN<br>CLAYTON NC 27520 | CREDITOR ID: 303646-39<br>MICHAEL DAVID MYERS<br>225 EMERALD LN<br>LARGO FL 33771 |
| CREDITOR ID: 303647-39<br>MICHAEL DAVID NORBY<br>3617 ALLENDALE DR<br>RALEIGH NC 27604 | CREDITOR ID: 303648-39<br>MICHAEL DAVID RIGHTS<br>4663 NC HIGHWAY 89 E<br>WALNUT  COVE NC 27052 | CREDITOR ID: 303649-39<br>MICHAEL DAVIS<br>1014 FRIAR TUCK CT<br>DUBLIN GA 31021 |
| CREDITOR ID: 303650-39<br>MICHAEL DEAN GOBBLE<br>309 FORESTROSE DR<br>LEXINGTON NC 27295 | CREDITOR ID: 303651-39<br>MICHAEL DEL GIUDICE<br>3024 LESLIE DR<br>ORLANDO FL 32806 | CREDITOR ID: 303652-39<br>MICHAEL DILLMAN KAYS<br>10901 BARDSTOWN WOODS CT<br>LOUISVILLE KY 40291 |
| CREDITOR ID: 303653-39<br>MICHAEL DOUGLAS SALTERS<br>710 DIXIE DR<br>VIDALIA GA 30474 | CREDITOR ID: 303654-39<br>MICHAEL DOUKAS<br>1886 BISHOP LANE #4<br>SIMI  VALLEY CA 93063 | CREDITOR ID: 303655-39<br>MICHAEL DRINKWATER JR<br>1783 OLEANDER PL<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 303656-39<br>MICHAEL DUDA JR & NANCY DUDA<br>JT TEN<br>217 CAPRI COVE PLACE<br>SANFORD FL 32771 | CREDITOR ID: 303657-39<br>MICHAEL DWAYNE BRYANT<br>1638 WINDSONG CIRCLE<br>HUDSON NC 28638 | CREDITOR ID: 303658-39<br>MICHAEL DWAYNE MERCER<br>11865 CARUSO DR<br>CLERMONT FL 34711 |
| CREDITOR ID: 303659-39<br>MICHAEL DWAYNE NEVINS<br>810 TUNNEL HILL RD<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 303660-39<br>MICHAEL E BIRGE<br>9910 ROBINS NEST RD<br>BOCA  RATON FL 33496 | CREDITOR ID: 303661-39<br>MICHAEL E BRINLEY<br>1801 HEARTPINE DR<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 303662-39<br>MICHAEL E BRODIE<br>RR 1 BOX 303<br>DURHAM CT 06422 | CREDITOR ID: 303663-39<br>MICHAEL E BUTLER<br>806 RHODES AVE<br>KINGS  MOUNTAIN NC 28086 | CREDITOR ID: 303664-39<br>MICHAEL E CLEMENTS<br>6340 NW 31 TERRACE<br>FT  LAUDERDLAE FL 33309 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303665-39<br>MICHAEL E COOK<br>P O BOX 1963<br>DOUGLASVILLE GA 30133 | CREDITOR ID: 303667-39<br>MICHAEL E DICKERSON<br>7847 STONEY CREEK LANE<br>NASHVILLE NC 27856 | CREDITOR ID: 303668-39<br>MICHAEL E EDWARDS & ALISA G<br>EDWARDS JT TEN<br>471 ERIN WA<br>FRANKFORT KY 40601 |
| CREDITOR ID: 303669-39<br>MICHAEL E ENGLAND & DONNA E<br>ENGLAND JT TEN<br>1104 BEECHDALE RD<br>MONTGOMERY AL 36109 | CREDITOR ID: 303670-39<br>MICHAEL E EWART<br>14021 LAKE CANDLEWOOD CT<br>MIAMI LAKES FL 33014 | CREDITOR ID: 303671-39<br>MICHAEL E FRANKLIN<br>1252 E 82ND ST<br>CLEVELAND OH 44103 |
| CREDITOR ID: 303672-39<br>MICHAEL E FRONIUS<br>6140 FLETCHER ST<br>HOLLYWOOD FL 33023 | CREDITOR ID: 303673-39<br>MICHAEL E GASKINS &<br>KATHERINE M GASKINS JT TEN<br>711 W GORDON ST<br>DOUGLAS GA 31533 | CREDITOR ID: 303674-39<br>MICHAEL E GASPERSON<br>713 LAISY DR<br>DE LAND FL 32724 |
| CREDITOR ID: 303675-39<br>MICHAEL E GROGAN<br>8287 WINNSBORO RD<br>BLYTHEWOOD SC 29016 | CREDITOR ID: 303676-39<br>MICHAEL E HAMILTON & LYNETTE<br>L HAMILTON JT TEN<br>510 CENTER HILL RD<br>TYNER NC 27980 | CREDITOR ID: 303677-39<br>MICHAEL E HAMNER<br>1 RR 1 POB 826<br>MACCLENNY FL 32063 |
| CREDITOR ID: 303678-39<br>MICHAEL E HELMS<br>ROUTE 1 BOX 303<br>ABBEVILLE GA 31001 | CREDITOR ID: 303679-39<br>MICHAEL E HORGAN & BONNIE L<br>HORGAN JT TEN<br>2530 HATHAWAY RD<br>UNION KY 41091 | CREDITOR ID: 303680-39<br>MICHAEL E LUGIEWICZ &<br>JENNIFER L LUGIEWICZ JT TEN<br>9261 SIKES COW PEN RD<br>BROOKSVILLE FL 34601 |
| CREDITOR ID: 303681-39<br>MICHAEL E RABON<br>317 PINE ST<br>KANNAPOLIS NC 28081 | CREDITOR ID: 303682-39<br>MICHAEL E RAWLS<br>12329 MASTIN COVE RD<br>JACKSONVILLE FL 32225 | CREDITOR ID: 303683-39<br>MICHAEL E RENTROPE<br>4505 W CASTLEWOOD DR<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 303684-39<br>MICHAEL E SHEFFIELD<br>215 CANAL ST<br>AUBURNDALE FL 33823 | CREDITOR ID: 303685-39<br>MICHAEL E SHERLOCK<br>2613 ROBERTS CIRCLE<br>ARLINGTON TX 76010 | CREDITOR ID: 303686-39<br>MICHAEL E SMITH<br>RT 1 BOX 210<br>VALDOSTA GA 31602 |
| CREDITOR ID: 303688-39<br>MICHAEL E WATSON & DINAH H<br>WATSON JT TEN<br>909 WELLINGTON DR<br>FOREST VA 24551 | CREDITOR ID: 303689-39<br>MICHAEL E WILLIAMSON<br>4712 ALTA MESA WA<br>LAS VEGAS NV 89122 | CREDITOR ID: 303690-39<br>MICHAEL EAGLE<br>6249 MAPLEWOOD DR<br>NEW PORT RICHEY FL 34653 |
| CREDITOR ID: 303691-39<br>MICHAEL EARL HAMILTON<br>510 CENTER HILL RD<br>TYNER NC 27980 | CREDITOR ID: 303692-39<br>MICHAEL EDWARD FRONIUS JR<br>6140 FLETCHER ST<br>HOLLYWOOD FL 33023 | CREDITOR ID: 303693-39<br>MICHAEL EDWARD WARREN &<br>MARILYN A WARREN JT TEN<br>1985 OAKRIDGE LN<br>PITTSBURG CA 94565 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                      CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 303694-39<br>MICHAEL EDWARDS BARNETT<br>29087 ROSE DRIVE<br>BIG PINE KEY FL 33043 | CREDITOR ID: 303695-39<br>MICHAEL EGUCHI<br>PO BOX 571014<br>MIAMI FL 33257 | CREDITOR ID: 303696-39<br>MICHAEL EUGENE FRANCE<br>512 HUTCHESON RD<br>SEYMOUR TN 37865 |
| CREDITOR ID: 303697-39<br>MICHAEL EUGENE HATCHER<br>PO BOX 548<br>MINNEOLA FL 34755 | CREDITOR ID: 303698-39<br>MICHAEL EUGENE NAVEY<br>2621 FAIRGREEN DR<br>GASTONIA NC 28056 | CREDITOR ID: 303699-39<br>MICHAEL EVANS<br>1860 BRYN MAWR DRIVE<br>TITUSVILLE FL 32796 |
| CREDITOR ID: 303700-39<br>MICHAEL EVANS MONROE<br>5062 AZURE ST<br>JACKSONVILLE FL 32258 | CREDITOR ID: 303701-39<br>MICHAEL F BARAGONA<br>PO BOX 1537<br>TAVERNIER FL 33070 | CREDITOR ID: 303702-39<br>MICHAEL F GRAHAM<br>4250 US HIGHWAY 341<br>JESUP GA 31545 |
| CREDITOR ID: 303703-39<br>MICHAEL F HASTINGS & JOHN J<br>SANDERS JT TEN<br>PO BOX 70<br>HAGAMAN NY 12086 | CREDITOR ID: 303704-39<br>MICHAEL F HATFIELD &<br>ELIZABETH M HATFIELD JT TEN<br>9085 KEATON CREEK DR<br>VILLA RICA GA 30180 | CREDITOR ID: 303705-39<br>MICHAEL F HAVENS<br>C/O DALLAS LYLES<br>PO BOX 590<br>HOMOSASSA FL 34487 |
| CREDITOR ID: 303706-39<br>MICHAEL F HELO<br>202 LONDONDERRY SQ<br>LAFAYETTE LA 70508 | CREDITOR ID: 303707-39<br>MICHAEL F JOHNSON & ANGELA R<br>JOHNSON JT TEN<br>2703 BEL AIRE CIR<br>BAY MINETTE AL 36507 | CREDITOR ID: 303708-39<br>MICHAEL F LAFONTAINE<br>3302 CORNELL DRIVE<br>FAYETTEVILLE NC 28306 |
| CREDITOR ID: 303709-39<br>MICHAEL F LANGLEY<br>P O BOX 73<br>TIBBIE AL 36583 | CREDITOR ID: 303712-39<br>MICHAEL F PRESHUR<br>2901 60TH AVE S<br>ST PETERSBURG FL 33712 | CREDITOR ID: 303713-39<br>MICHAEL F PRIDGEN & LYNN M<br>PRIDGEN JT TEN<br>PO BOX 1528<br>MANTEO NC 27954 |
| CREDITOR ID: 303714-39<br>MICHAEL F RAFFERTY & MARLENE<br>E RAFFERTY JT TEN<br>302 EAGLE AVE<br>SEBRING FL 33872 | CREDITOR ID: 303715-39<br>MICHAEL F THOMAS<br>116 ASHMORE CT<br>LIBERTY SC 29657 | CREDITOR ID: 303716-39<br>MICHAEL F WOOTEN TRUSTEE U-A<br>DTD 10-15-91 THE JOHN E<br>WOOTEN JR TRUST<br>2620 OKEECHOBEE BLVD<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 303717-39<br>MICHAEL FEIMAN & NANCY<br>FEIMAN JT TEN<br>11 BAYARD LN<br>SUFFERN NY 10901 | CREDITOR ID: 303718-39<br>MICHAEL FISH<br>1444 SHOREWOOD DR<br>LAKELAND FL 33803-4274 | CREDITOR ID: 303719-39<br>MICHAEL FRANCIS GIBBINS<br>2725 ROYAL PALM DR<br>EDGEWATER FL 32141 |
| CREDITOR ID: 303720-39<br>MICHAEL FRANIUK<br>441 SW 83RD AVE<br>N LAUDERDALE FL 33068 | CREDITOR ID: 303721-39<br>MICHAEL FREDERICK<br>4423 SE VILLAGE RD<br>STUART FL 34997 | CREDITOR ID: 303724-39<br>MICHAEL G COPE<br>2A BROWN BLVD<br>HAVELOCK NC 28532 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303725-39<br>MICHAEL G HELOCK & ELEANOR J<br>HELOCK JT TEN<br>3145 COBIA LN<br>INDIALANTIC FL 32903 | CREDITOR ID: 303726-39<br>MICHAEL G JONES<br>416 HAMMETT BRIDGE RD<br>GREER SC 29650 | CREDITOR ID: 303727-39<br>MICHAEL G KLENOVICH TTEE U A<br>12-15-95 KLENOVICH FAMILY TRUST<br>1701 RIDGE STREET<br>NIAGARA WI 54151 |
| CREDITOR ID: 303728-39<br>MICHAEL G LANDRY<br>405 REXFORD ST<br>RIALTO CA 92376 | CREDITOR ID: 303729-39<br>MICHAEL G LEET & TAMMY E<br>LEET JT TEN<br>716 COMPTON RD<br>CINCINNATI OH 45231 | CREDITOR ID: 303730-39<br>MICHAEL G MCSWAIN<br>44077 MCSWAIN CIR<br>CALLAHAN FL 32011 |
| CREDITOR ID: 303731-39<br>MICHAEL G PARAMORE<br>6915 RASH CT<br>GRANBURY TX 76049 | CREDITOR ID: 303732-39<br>MICHAEL G PLISHKA & BARBARA<br>A PLISHKA JT TEN<br>847 ACADEMY CT<br>PAINESVILLE OH 44077-2777 | CREDITOR ID: 303733-39<br>MICHAEL G SMITH<br>118 ROSEDALE CIR<br>WINSTON  SALEM NC 27106 |
| CREDITOR ID: 303734-39<br>MICHAEL G STEEN<br>PO BOX 634<br>HARTSVILLE SC 29551 | CREDITOR ID: 303735-39<br>MICHAEL G SWABY<br>9297 ANGORA ST<br>SPRING  HILL FL 34608 | CREDITOR ID: 303736-39<br>MICHAEL G THOMAS<br>PO BOX 381333<br>MIAMI FL 33238 |
| CREDITOR ID: 303737-39<br>MICHAEL G WARRINGTON<br>110 PADDOCK PL<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 303738-39<br>MICHAEL GIBBINS & DIXIE<br>GIBBINS JT TEN<br>2725 ROYAL PALM DR<br>EDGEWATER FL 32141 | CREDITOR ID: 303739-39<br>MICHAEL GILBERT HUMPHRIES<br>1350 JULIUS DR<br>SALISBURY NC 28147 |
| CREDITOR ID: 303740-39<br>MICHAEL GLEN HENNEKAM<br>290 N 2ND ST APT 2<br>COCOA  BEACH FL 32931 | CREDITOR ID: 303741-39<br>MICHAEL GLENN TEMPLETON<br>128 TEMPLETON FARM LANE<br>OLIN NC 28660 | CREDITOR ID: 303742-39<br>MICHAEL GORDON<br>8307 GARRISON CIR<br>TAMPA FL 33615 |
| CREDITOR ID: 303743-39<br>MICHAEL GRAHAM<br>333 3RD AVE<br>GARWOOD NJ 07027 | CREDITOR ID: 303744-39<br>MICHAEL GRANT & SHARON GRANT<br>JT TEN<br>7434 MCKINLEY ST<br>HOLLYWOOD FL 33024 | CREDITOR ID: 303745-39<br>MICHAEL H BROADUS & MARGARET<br>A BROADUS JT TEN<br>4502 SHELDRAKE DR<br>ORLANDO FL 32812 |
| CREDITOR ID: 303746-39<br>MICHAEL H HEBB<br>3883 ARDEN ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 303747-39<br>MICHAEL H KOORS & DAWN E<br>KOORS JT TEN<br>2450 ORCHID LANE<br>VILLA  HILLS KY 41017 | CREDITOR ID: 303748-39<br>MICHAEL H MCNEILL<br>840 BEVERLY DR<br>SPARTANBURG SC 29303 |
| CREDITOR ID: 303749-39<br>MICHAEL H MONTGOMERY<br>120 EAST LAKEWOOD RD<br>WEST  PALM  BEACH FL 33405 | CREDITOR ID: 303750-39<br>MICHAEL H SOLOMON<br>710 N 32ND AVE<br>HOLLYWOOD FL 33021 | CREDITOR ID: 303751-39<br>MICHAEL H TRACY & KATHLEEN L<br>TRACEY JT TEN<br>2739 DONBAR DR<br>HAMILTON OH 45014 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

CREDITOR ID: 303752-39
MICHAEL H WRIGHT & DEBRA S
WRIGHT JT TEN
19420 NW 6TH ST
PEMBROKE  PINES FL 33029

CREDITOR ID: 303753-39
MICHAEL H ZIMMER
3173 CYPRESS GREEN DRIVE
PALM HARBOR FL 34684

CREDITOR ID: 303754-39
MICHAEL HAAS
256 HINSON AVE
JACKSONVILLE FL 32220

CREDITOR ID: 303755-39
MICHAEL HARMON
3510 NEWBURG RD TRAILER FO
LOUISVILLE KY 40218

CREDITOR ID: 303756-39
MICHAEL HAWKINS
6930 TREE FROG CT
JACKSONVILLE FL 32244

CREDITOR ID: 303758-39
MICHAEL HEDDERMAN & MARY ANN
HEDDERMAN JT TEN
1704 ALBERT HALL CT
NAPERVILLE IL 60564

CREDITOR ID: 303759-39
MICHAEL HERMAN SMITH
7175 ANDERSON LAKE RD
DAWSONVILLE GA 30534

CREDITOR ID: 303760-39
MICHAEL HICKS
1927 LADY ELLEN DR
CINCINNATI OH 45230

CREDITOR ID: 303761-39
MICHAEL HOLDEN
1065 W MIMOSA COVE CT
ATLANTIC  BCH FL 32233

CREDITOR ID: 303762-39
MICHAEL HOOVER
3508 PROSPERITY AVE
FAIRFAX VA 22031

CREDITOR ID: 303763-39
MICHAEL HOWARD
16100 NW 17TH PLACE
MIAMI FL 33054

CREDITOR ID: 303764-39
MICHAEL HYMEL
PO BOX 213
LULING LA 70070

CREDITOR ID: 303765-39
MICHAEL I SIMON
311 NW 40TH ST 103
OAKLAND  PARK FL 33309

CREDITOR ID: 303766-39
MICHAEL IRVIN & ANITA IRVIN
JT TEN
197 WATTS LANE
TALLADEGA AL 35160

CREDITOR ID: 303769-39
MICHAEL J ALLEN SR
1860 46TH STREET SOUTH
ST  PETERSBURG FL 33712

CREDITOR ID: 303770-39
MICHAEL J AWALT & JUDITH M
AWALT JT TEN
26214 BAIRD AVE
MT  PLYMOUTH FL 32776

CREDITOR ID: 303771-39
MICHAEL J BERTINO
211 SE SECOND TERRACE
DANIA FL 33004

CREDITOR ID: 303772-39
MICHAEL J BLAYLOCK
107 BERKSHIRE DR
HAVELOCK NC 28532

CREDITOR ID: 303773-39
MICHAEL J BRANDT
1 ELMWOOD DR
HAWTHORN  WOODS IL 60047

CREDITOR ID: 303774-39
MICHAEL J BRIGHT
10900 DEERING RD
VALLEY  STATION KY 40272

CREDITOR ID: 303775-39
MICHAEL J BROOKS
2411 EMERALD DRIVE
LOGANVILLE GA 30052

CREDITOR ID: 303776-39
MICHAEL J BUCKLEY
18304 PENINSULA CLUB DR
CORNELIUS NC 28031

CREDITOR ID: 303778-39
MICHAEL J CAHILL
2212 FOXWOOD DRIVE
ORANGE  PARK FL 32073

CREDITOR ID: 303779-39
MICHAEL J CARASTRO & MARIE F
CARASTRO JT TEN
3576 FOXHALL DR
MONTGOMERY AL 36111

CREDITOR ID: 303780-39
MICHAEL J CAREAU &
SUSAN M CAREAU JT TEN
1018 WAGER ST
UTICA NY 13502

CREDITOR ID: 303781-39
MICHAEL J CART
935 ROCKWOOD PARK RD
BASSETT VA 24055

CREDITOR ID: 303782-39
MICHAEL J COICAN & MARK S
COICAN JT TEN
5201 NE 14TH TERRACE
#204
FORT  LAUDERDALE FL 33334

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303783-39<br>MICHAEL J COOK<br>433 BELMONT DR<br>LAPLACE LA 70068 | CREDITOR ID: 303785-39<br>MICHAEL J CORVINO CUST<br>JOSEPH J CORVINO JR<br>A/M/U/L/GA<br>105 ARDEN CT<br>PEACHTREE CITY GA 30269 | CREDITOR ID: 303786-39<br>MICHAEL J DESHOTEL<br>203 CHERYL<br>VILLE PLATTE LA 70586 |
| CREDITOR ID: 303787-39<br>MICHAEL J DINAPOLIS<br>107 FOXBRIAR ST<br>SLIDELL LA 70461 | CREDITOR ID: 303788-39<br>MICHAEL J ELLIN<br>5075 SW 123RD TERR<br>COOPER CITY FL 33330 | CREDITOR ID: 303789-39<br>MICHAEL J GILMORE SR<br>P O BOX 3096<br>BAY ST LOUIS MS 39521 |
| CREDITOR ID: 303790-39<br>MICHAEL J HALLMAN<br>109 CLEARMONT LAKES DR<br>LEXINGTON SC 29073 | CREDITOR ID: 303791-39<br>MICHAEL J HIERS & LESLIE A<br>HIERS JT TEN<br>220 OAK DR SOUTH<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 303792-39<br>MICHAEL J HILLERICH & LISA A<br>HILLERICH JT TEN<br>7401 ARAPAHO DR<br>LOUISVILLE KY 40214 |
| CREDITOR ID: 303793-39<br>MICHAEL J HOPE<br>143 HEXHAM CIRCLE<br>IRMO SC 29063 | CREDITOR ID: 303794-39<br>MICHAEL J HORNE<br>615 OATS RD<br>COTTONWOOD AL 36320 | CREDITOR ID: 303798-39<br>MICHAEL J JOINER<br>2633 OAK PARK CIRCLE<br>DAVIE FL 33328-6724 |
| CREDITOR ID: 303799-39<br>MICHAEL J JONES & CAROLYN F<br>JONES JT TEN<br>619 PARK AVE<br>NEW CUMBERLAND PA 17070 | CREDITOR ID: 303801-39<br>MICHAEL J LACKI<br>112 HILLBROOK CT<br>BENBROOK TX 76126 | CREDITOR ID: 303802-39<br>MICHAEL J LAMENDOLA<br>10351 TIGRESS LANE<br>BONITA SPRINGS FL 34135 |
| CREDITOR ID: 303803-39<br>MICHAEL J LANDAU & SHARON M<br>LANDAU JT TEN<br>23662 INGOMAR ST<br>WEST HILLS CA 91304 | CREDITOR ID: 303804-39<br>MICHAEL J LAW<br>691 VARNEY RD<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 303805-39<br>MICHAEL J MANFREDONIA<br>4762 NW 51ST ST<br>POMPANO BEACH FL 33073 |
| CREDITOR ID: 303806-39<br>MICHAEL J MCDOWELL<br>1173 NW 11TH ST<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 303807-39<br>MICHAEL J MURPHY<br>4105 WEBB CT<br>MIMS FL 32754 | CREDITOR ID: 303808-39<br>MICHAEL J NAGY<br>8321 SW 32ND TER<br>MIAMI FL 33155 |
| CREDITOR ID: 303809-39<br>MICHAEL J PARSONS<br>4138 COUNTY RD 14<br>UNION SPRINGS AL 36089 | CREDITOR ID: 303810-39<br>MICHAEL J READY<br>70 WENTWORTH DR<br>OXFORD GA 30054 | CREDITOR ID: 303811-39<br>MICHAEL J REID<br>1628 PRINCESS HELEN RD W<br>MOBILE AL 36618 |
| CREDITOR ID: 303812-39<br>MICHAEL J REID & CAROLYN O<br>REID JT TEN<br>1628 PRINCESS HELEN WEST RD<br>MOBILE AL 36618 | CREDITOR ID: 303813-39<br>MICHAEL J REILLY<br>245 TERRACE HILL BLVD<br>DE BARY FL 32713 | CREDITOR ID: 303814-39<br>MICHAEL J ROBERTS<br>4320 BALBOA ROAD<br>MONTGOMERY AL 36109 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303815-39<br>MICHAEL J ROSE<br>1707 PALACO GRANDE PKWY<br>CAPE CORAL FL 33904 | CREDITOR ID: 303817-39<br>MICHAEL J RYAN<br>2145 BOURGET DRIVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 303816-39<br>MICHAEL J RYAN<br>11553 WOODGLEN WAY<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 303818-39<br>MICHAEL J SHERLOCK<br>4005 CUTLASS CT<br>LOUISVILLE KY 40229 | CREDITOR ID: 303819-39<br>MICHAEL J SMILEY<br>212 FOX CROSSING RD<br>WEST COLUMBIA SC 29170 | CREDITOR ID: 303820-39<br>MICHAEL J STEWART<br>2819 CYPRESS WAY<br>CINCINNATI OH 45212 |
| CREDITOR ID: 303821-39<br>MICHAEL J STILLWELL<br>3255 RED BLUSH WY<br>NAPLES FL 34120 | CREDITOR ID: 303822-39<br>MICHAEL J WILSON<br>5185 ST CHARLES PLACE<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 303823-39<br>MICHAEL J WIMMER<br>1709 WATCH HILL DR<br>PLANO TX 75093 |
| CREDITOR ID: 303824-39<br>MICHAEL J YOUNG JR<br>1609 CLEARVIEW PKWY APT 1<br>METAIRIE LA 70001 | CREDITOR ID: 303826-39<br>MICHAEL JAMES KUZNIK<br>7730 NE 130TH CT<br>BRONSON FL 32621 | CREDITOR ID: 303828-39<br>MICHAEL JEFFREY BROOKS<br>310 SPLIT OAK TRAIL<br>CASTONIA NC 28052 |
| CREDITOR ID: 303829-39<br>MICHAEL JEROME SCHINDLER<br>2826 FLORA AVE<br>LOUISVILLE KY 40220 | CREDITOR ID: 303830-39<br>MICHAEL JOHN DAIGLER<br>1559 RETREAT STREET<br>CLAREMONT NC 28610 | CREDITOR ID: 303831-39<br>MICHAEL JOHN FARRELL II<br>4 REDWOOD TRACE<br>OCALA FL 34472 |
| CREDITOR ID: 303832-39<br>MICHAEL JOHN GALATAS<br>46559 HIGHLAND DRIVE<br>HAMMOND LA 70401 | CREDITOR ID: 303833-39<br>MICHAEL JOHN OBRYANT<br>1718 BREWSTER AVE<br>CINCINNATI OH 45207 | CREDITOR ID: 303834-39<br>MICHAEL JOHN SCHMIDT<br>2115 KENTUCKY AVE<br>KENNER LA 70062 |
| CREDITOR ID: 303835-39<br>MICHAEL JORDAN<br>751 OLD MILL RD<br>RICHBURG SC 29729 | CREDITOR ID: 303836-39<br>MICHAEL JOSEPH BARANOVIC JR<br>4833 FOLSE DR<br>METAIRIE LA 70006 | CREDITOR ID: 303837-39<br>MICHAEL JOSEPH EGAN<br>3638 FINCASTLE ROAD<br>LOUISVILLE KY 40213 |
| CREDITOR ID: 303838-39<br>MICHAEL JOSEPH FEDERICO<br>20252 MACK CEMETARY ROAD<br>WALKER LA 70785 | CREDITOR ID: 303839-39<br>MICHAEL JOSEPH HAYNES<br>236 SWEETBRIAR BRANCH LN<br>JACKSONVILLE FL 32259 | CREDITOR ID: 303840-39<br>MICHAEL JOSEPH MILANO<br>2337 WOODHIGHLANDS DR<br>HOOVER AL 35244 |
| CREDITOR ID: 303841-39<br>MICHAEL JOSEPH STILLWELL<br>3255 RED BLUSH WY<br>NAPLES FL 34120 | CREDITOR ID: 303842-39<br>MICHAEL JUDD<br>5423 WHITE HERON PLACE<br>OVIEDO FL 32765 | CREDITOR ID: 303843-39<br>MICHAEL K BANKS & ELAINE W<br>LAZZELL JT TEN<br>16568 NW 17TH ST<br>PEMBROKE PINES FL 33028 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

CREDITOR ID: 303844-39
MICHAEL K BROWN
348 BOWERS RD
THOMASVILLE NC 27360

CREDITOR ID: 303845-39
MICHAEL K CAPRIOLA & PHYLLIS
R CAPRIOLA JT TEN
5314 SUDBURY PLACE
SARASOTA FL 34233

CREDITOR ID: 303846-39
MICHAEL K CHUCKRY
1221 FAIRLEE ST
LAKELAND FL 33813

CREDITOR ID: 303847-39
MICHAEL K GREER & KAREN F
GREER JT TEN
2805 WADE HAMPTON BLVD LOT 100
TAYLOR SC 29687

CREDITOR ID: 303848-39
MICHAEL K HAUSMAN &
DONNA HAUSMAN JT TEN
234 MERION RD
MERION  STATION PA 19066

CREDITOR ID: 303849-39
MICHAEL K HENTON
23 POB 23
LECOMPTE LA 71346

CREDITOR ID: 303850-39
MICHAEL K KIMBLE
189 ECKART DR
NEW  IBERIA LA 70560

CREDITOR ID: 303851-39
MICHAEL K MARTIN & LETITIA P
MARTIN JT TEN
387 POWELL RD
RIDGEWAY VA 24148

CREDITOR ID: 303852-39
MICHAEL K NELSON
1508 SUNSET VIEW CT
APOPKA FL 32703

CREDITOR ID: 303854-39
MICHAEL K NORWOOD
2000 BRICKHAVEN DR
GREENSBORO NC 27407

CREDITOR ID: 303855-39
MICHAEL K POLLOCK
2774 DOTHAN RD
BAINBRIDGE GA 31717

CREDITOR ID: 303856-39
MICHAEL K SCHENCK
5416 SANDY STREAM DRIVE
STONE  MOUNTAIN GA 30087

CREDITOR ID: 303857-39
MICHAEL K TOOMEY
605 EAST AV
ELYRIA OH 44035

CREDITOR ID: 303858-39
MICHAEL K TSUNEKAWA JR
7509 RIDGEWAY AVE
NORTH  RICHLAND TX 76180

CREDITOR ID: 303859-39
MICHAEL KALIFEH
5419 PIMLICO DR
TALLAHASSEE FL 32308

CREDITOR ID: 303860-39
MICHAEL KARST CUST FOR MEGAN
RENEE KARST UNDER THE AL
UNIF TRANSFERS TO MINORS ACT
72 PAYNE RD
MONTGOMERY AL 36116

CREDITOR ID: 303861-39
MICHAEL KEITH OAKLEY
2449 SUMMER LN DR
CLEARWATER FL 34624

CREDITOR ID: 303862-39
MICHAEL KEITH PITRE
1241 CROUCHET ST
OPELOUSAS LA 70570

CREDITOR ID: 303863-39
MICHAEL KEMP
1280 GLADIOLAS DR
WINTER  PARK FL 32792

CREDITOR ID: 303864-39
MICHAEL KENNEY
5664 WOODCREST DR
EDINA MN 55424

CREDITOR ID: 303865-39
MICHAEL KENT SETCHELL
PO BOX 261
BONITA  SPRINGS FL 33959

CREDITOR ID: 303866-39
MICHAEL KERSUN
640 W 41ST STREET
JACKSONVILLE FL 32206

CREDITOR ID: 303867-39
MICHAEL KERSUN & MIRIAM
KERSUN JT TEN
640 W 41ST STREET
JACKSONVILLE FL 32206

CREDITOR ID: 303868-39
MICHAEL KERSUN CUST ALLISON
L KERSUN UND UNIF GIFT MIN
ACT FL
640 W 41ST ST
JACKSONVILLE FL 32206

CREDITOR ID: 303869-39
MICHAEL KEVIN DAVIDSON
4808 TELLSON PL
ORLANDO FL 32812

CREDITOR ID: 303870-39
MICHAEL KEVIN MCCOY
1169 HANKINS RD
MARION NC 28752

CREDITOR ID: 303871-39
MICHAEL KINNEY
1207 RIVERSIDE DRIVE
RENO NV 89503

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                         CASE:  05-03817-3F1

CREDITOR ID: 303872-39
MICHAEL KOEGEL
3701 FENN ST
IRVINE CA 92714

CREDITOR ID: 303873-39
MICHAEL L ADAMS & PHILLIS J
ADAMS JT TEN
109 PLEASANT RIDGE DR
RICHMOND KY 40475

CREDITOR ID: 303874-39
MICHAEL L BAILEY & CHARLES C
BAILEY JT TEN
1844 FLAGSTONE CIR
ROCHESTER MI 48307

CREDITOR ID: 303875-39
MICHAEL L BLINN
1024 PINE RIDGE CIR
SANFORD FL 32771

CREDITOR ID: 303876-39
MICHAEL L CARRIER &
ELIZABETH A CARRIER JT TEN
8620 SW 86 CT
MIAMI FL 33143

CREDITOR ID: 303877-39
MICHAEL L COE & ROBIN L COE
JT TEN
PO BOX 788
MANSFIELD OH 44901

CREDITOR ID: 303878-39
MICHAEL L DONATO
328 FOREST HILLS DR
CANTONMENT FL 32533

CREDITOR ID: 303879-39
MICHAEL L DOYLE
141 DAHLIA DR
ALTAMONTE  SPRINGS FL 32714

CREDITOR ID: 303880-39
MICHAEL L DOYLE & WENDY K
DOYLE JT TEN
169 ALDER AVE
ALTAMONTE  SPRINGS FL 32714

CREDITOR ID: 303881-39
MICHAEL L DUPUY
2424 JUDY DR
MERAUX LA 70075

CREDITOR ID: 303882-39
MICHAEL L EBERLY & ANNA MAE
EBERLY JT TEN
BOX 402 B RD 2
MYERSTOWN PA 17067

CREDITOR ID: 303883-39
MICHAEL L FIRMIN & LORI J
FIRMIN TEN COM
48379 BARBARITA LN
TICKFAW LA 70466

CREDITOR ID: 303884-39
MICHAEL L FISSEL & ANNIE M
FISSEL JT TEN
8315 GRAMPELL DR
JACKSONVILLE FL 32221

CREDITOR ID: 303885-39
MICHAEL L GIBSON
1327 W 23RD AVE
COVINGTON LA 70433

CREDITOR ID: 303886-39
MICHAEL L GILLILAND & DENISE
M GILLILAND JT TEN
1926 GEARY ST
GARLAND TX 75043

CREDITOR ID: 303888-39
MICHAEL L HILL
42113 PERKINS NICKENS RD
HAMMOND LA 70403

CREDITOR ID: 303889-39
MICHAEL L HUDGINS & THERESA
K HUDGINS TEN COM
244 LISA CIR
MADISON MS 39110

CREDITOR ID: 303890-39
MICHAEL L JANKINS & DEBRA L
JANKINS JT TEN
6124 OAKWOOD DR
URBANDALE IA 50322

CREDITOR ID: 303891-39
MICHAEL L JEFFCOAT JR
1019 WHEELER DR
AIKEN SC 29803

CREDITOR ID: 303892-39
MICHAEL L JOHNSON
403 BROOKGREEN DR
MONROE NC 28112

CREDITOR ID: 303893-39
MICHAEL L KRNJAICH
PO BOX 6199
SPRING  HILL FL 34611-6199

CREDITOR ID: 303894-39
MICHAEL L LUNA
3616 AYERS DR NW
HUNTSVILLE AL 35810

CREDITOR ID: 303895-39
MICHAEL L MCGEE & CYNTHIA A
MCGEE JT TEN
505 WHITNEY AVE
LOUISVILLE KY 40215

CREDITOR ID: 303896-39
MICHAEL L MORRIS
PO BOX 38
EVANS GA 30809

CREDITOR ID: 303897-39
MICHAEL L PICHETTE
3500 12TH ST
MENOMINEE MI 49858

CREDITOR ID: 303898-39
MICHAEL L RIDDLE
6717 ORPHELIA AVE NE
ALBUQUERQUE NM 87109

CREDITOR ID: 303899-39
MICHAEL L SANFORD
925 POWELL LOOP
WETUMPKA AL 36092

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303900-39<br>MICHAEL L SCARLETT<br>P O BOX 581<br>MEBANE NC 27302 | CREDITOR ID: 303901-39<br>MICHAEL L SCHENCK<br>1093 S BROADWAY ST<br>LEXINGTON KY 40504 | CREDITOR ID: 303902-39<br>MICHAEL L SMITH<br>218 BROOKWOOD DRIVE<br>VICKSBURG MS 39183 |
| CREDITOR ID: 303903-39<br>MICHAEL L SMITH & KAREN A<br>SMITH JT TEN<br>8695 SE KEATHLEY CT<br>HOBE SOUND FL 33455 | CREDITOR ID: 303904-39<br>MICHAEL L TORRENCE JR<br>850 CAREY DR<br>ROCK  HILL SC 29732 | CREDITOR ID: 303905-39<br>MICHAEL L TRIPP<br>3560 MONTANA ROAD<br>BUFORD GA 30519 |
| CREDITOR ID: 303906-39<br>MICHAEL L TRUETT JR<br>40 SYBILLE LANE<br>LONDON KY 40741 | CREDITOR ID: 303907-39<br>MICHAEL L TURNER<br>5505 GREGG LN<br>MANDA TX 78653 | CREDITOR ID: 303908-39<br>MICHAEL L URSINI<br>2367 AUSTIN AVE<br>DELTONA FL 32738 |
| CREDITOR ID: 303909-39<br>MICHAEL L WOOD<br>123 WESTOVER DR<br>ROANOKE  RAPIDS NC 27870 | CREDITOR ID: 303910-39<br>MICHAEL LACOSTE<br>4024 E LOYOLA<br>KENNER LA 70065 | CREDITOR ID: 303911-39<br>MICHAEL LAWRENCE DONATO<br>328 FOREST HILLS DR<br>CANTONMENT FL 32533 |
| CREDITOR ID: 303912-39<br>MICHAEL LEBLEU<br>205 DUPLECHIN<br>PO BOX 248<br>BASILE LA 70515 | CREDITOR ID: 303913-39<br>MICHAEL LEE BECK<br>8225 WYATT DR<br>WHITE  SETTLEMENT TX 76108 | CREDITOR ID: 303914-39<br>MICHAEL LEE COLLINS<br>6213 TALLWOODS CT<br>FLOWERY  BR GA 30542 |
| CREDITOR ID: 303915-39<br>MICHAEL LEE CUMMINGS<br>PO BOX 635<br>SNEADS  FERRY NC 28460 | CREDITOR ID: 303916-39<br>MICHAEL LEE ROBERTS<br>151 BROADMOOR LN<br>ALABASTER AL 35007 | CREDITOR ID: 303917-39<br>MICHAEL LEE SPICER & VICKIE<br>H SPICER JT TEN<br>3536 TERRA FIRMA DR<br>LENOIR NC 28645 |
| CREDITOR ID: 303918-39<br>MICHAEL LESTER PONDER<br>P O BOX 284<br>DE  ARMANVILLE AL 36257 | CREDITOR ID: 303920-39<br>MICHAEL LOUIS HERNANDEZ<br>15242 SW 157TH TER<br>MIAMI FL 33187 | CREDITOR ID: 303921-39<br>MICHAEL LYNN PARROTT<br>745 NORTHERDEN CT<br>ALPHARETTA GA 30005 |
| CREDITOR ID: 303922-39<br>MICHAEL M ANDERSON<br>242 CONNECTICUT AVE<br>SPARTANBURG SC 29302 | CREDITOR ID: 303923-39<br>MICHAEL M FIELDS<br>770 N LAKESHORE DR<br>TALLAHASSEE FL 32312 | CREDITOR ID: 303924-39<br>MICHAEL M FIELDS CUST<br>MICHELLE E FIELDS UND UNIF<br>GIFT MIN ACT FLA<br>770 N LAKESHORE DR<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 303925-39<br>MICHAEL M FIELDS CUST FOR<br>MELISSA ANNE FIELDS UNDER<br>THE FL GIFTS TO MINORS ACT<br>770 N LAKESHORE DR<br>TALLAHASSEE FL 32312 | CREDITOR ID: 303926-39<br>MICHAEL M KOSKI<br>2378 PAVILION TER<br>DELTONA FL 32738 | CREDITOR ID: 303927-39<br>MICHAEL M LALLY<br>2623 N GREENWAY DR<br>CORAL  GABLES FL 33134 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303928-39<br>MICHAEL M MAHAN<br>533 HAWKINS RD<br>UNION SC 29379 | CREDITOR ID: 303929-39<br>MICHAEL M MAHAN CUST DAVID<br>PRESTON MAHAN<br>U/T/SC/U/G/T/M/A<br>214 S MOUNTAIN ST<br>UNION SC 29379 | CREDITOR ID: 303930-39<br>MICHAEL M MAHAN CUST FOR<br>LISA MARIE MAHAN<br>U/T/SC/U/G/T/M/A<br>533 HAWKINS RD<br>UNION SC 29379 |
| CREDITOR ID: 303931-39<br>MICHAEL M RYAN<br>16600 SE 160TH AVENUE RD<br>WEIRSDALE FL 32195 | CREDITOR ID: 303932-39<br>MICHAEL MARSH JR<br>2516 NW 108 TERRACE<br>SUNRISE FL 33322 | CREDITOR ID: 303933-39<br>MICHAEL MARYLAND<br>230 WEST WILDING DR<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 303934-39<br>MICHAEL MARYLAND & BEVERLY K<br>MARYLAND JT TEN<br>230 W WILDING DR<br>MONTGOMERY AL 36116 | CREDITOR ID: 303935-39<br>MICHAEL MATTHEWS & LASHARON<br>MATTHEWS JT TEN<br>3410 22ND AVE NE<br>NAPLES FL 34120 | CREDITOR ID: 303936-39<br>MICHAEL MCCORMICK<br>740 OAKLAND HILLS CIR APT 210<br>LAKE  MARY FL 32746 |
| CREDITOR ID: 303937-39<br>MICHAEL MCCRAW<br>3470 ST AUGUSTINE RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 303938-39<br>MICHAEL MIZESKI<br>5645 DOVE DR<br>NEW  PORT  RICHEY FL 34652 | CREDITOR ID: 303939-39<br>MICHAEL MYRON TOWNSEND &<br>KAREN TOWNSEND JT TEN<br>3018 BAHIA AVENUE<br>HOLIDAY FL 34690 |
| CREDITOR ID: 303940-39<br>MICHAEL N ANDAH JR<br>1292 BRAEBURN<br>N  LAUDERDLAE FL 33068 | CREDITOR ID: 303941-39<br>MICHAEL N ARFARAS & DUCHESS<br>ARFARAS TR U A 10-16-87 THE<br>ARFARAS FAMILY TRUST<br>1823 GOLFVIEW DR<br>TARPON  SPRINGS FL 34689 | CREDITOR ID: 303942-39<br>MICHAEL N BROWN<br>3020 W GRANT ST<br>HOPEWELL VA 23860 |
| CREDITOR ID: 303943-39<br>MICHAEL N CLARK<br>215 FACEVILLE LANDING RD<br>BAINBRIDGE GA 31717 | CREDITOR ID: 303944-39<br>MICHAEL N CORMIER<br>1006 ALVIN ST<br>SULPHUR LA 70663 | CREDITOR ID: 303945-39<br>MICHAEL N MANYPENNY &<br>DEBORAH K MANYPENNY JT TEN<br>6590 PINE NAVEN CIR<br>GLOUCESTER VA 23061 |
| CREDITOR ID: 303946-39<br>MICHAEL O FOSTER<br>1045 HART RD<br>CAMPTI LA 71411 | CREDITOR ID: 303947-39<br>MICHAEL O TEAGUE & SANDRA L<br>TEAGUE JT TEN<br>6725 FRANCES STREET<br>COLUMBIA SC 29209 | CREDITOR ID: 303948-39<br>MICHAEL O TEAGUE JR<br>6725 FRANCES ST<br>COLUMBIA SC 29209 |
| CREDITOR ID: 303949-39<br>MICHAEL ODELL DUNN<br>4949 COCHISE TRAIL<br>RICHMOND VA 23237 | CREDITOR ID: 303950-39<br>MICHAEL OWEN LEDFORD<br>1505 CHERRYVILLE HWY<br>DALLAS NC 28034 | CREDITOR ID: 303951-39<br>MICHAEL OWENS<br>1334 ALLGOOD BRIDGE RD<br>PICKENS SC 29671 |
| CREDITOR ID: 303952-39<br>MICHAEL P BERNARD<br>3616 MUMPHREY RD<br>CHALMETTE LA 70043 | CREDITOR ID: 303953-39<br>MICHAEL P BURNS<br>175 WIMBLEDON LAKE DR<br>PLANTATION FL 33324 | CREDITOR ID: 303955-39<br>MICHAEL P CHIASSON & BETTY L<br>CHIASSON TEN COM<br>307 OAKSHIRE DR<br>HOUMA LA 70364 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303954-39<br>MICHAEL P CHIASSON & BETTY L<br>CHIASSON JT TEN<br>307 OAKSHIRE DR<br>HOUMA LA 70364 | CREDITOR ID: 303957-39<br>MICHAEL P FINNEGAN & KAREN L<br>FINNEGAN JT TEN<br>16453 SUNFLOWER TRL<br>ORLANDO FL 32828 | CREDITOR ID: 303958-39<br>MICHAEL P HEATH<br>1702 SEGUIN STREET<br>VICTORIA TX 77901 |
| CREDITOR ID: 303959-39<br>MICHAEL P HECK<br>5190 DERBY COURT<br>MASON OH 45040 | CREDITOR ID: 303960-39<br>MICHAEL P KELLEY<br>501 WHITTEN RD<br>PELZER SC 29669 | CREDITOR ID: 303961-39<br>MICHAEL P LEWIS & GAYLE A<br>LEWIS JT TEN<br>1313 SW 10TH ST<br>CAPE  CORAL FL 33991 |
| CREDITOR ID: 303963-39<br>MICHAEL P OGLE<br>2041 SHADOW BLUFF CT<br>MARIETTA GA 30062 | CREDITOR ID: 303964-39<br>MICHAEL P OMOORE<br>3258 MARCH TERRACE<br>CINCINATTI OH 45239 | CREDITOR ID: 303965-39<br>MICHAEL P SOLLECITO JR<br>2427 PEYTON DR 204<br>CHARLOTTESVILLE VA 22901 |
| CREDITOR ID: 303966-39<br>MICHAEL P WOLOHAN & SHARON A<br>WOLOHAN JT TEN<br>2268 GARFIELD DR<br>S  DAYTONA FL 32119 | CREDITOR ID: 303967-39<br>MICHAEL PARMAN<br>14 CYPRESS DR<br>PONCHATOULA LA 70454 | CREDITOR ID: 303968-39<br>MICHAEL PATRICK LARKIN<br>425 CATAMARAN DR APT 62<br>MERRITT  IS FL 32952 |
| CREDITOR ID: 303969-39<br>MICHAEL PAUL ROUSSEL<br>1875 3RD ST<br>LUTCHER LA 70071 | CREDITOR ID: 303970-39<br>MICHAEL PAYNE<br>3917 PYRACANTHA DR<br>ARLINGTON TX 76017 | CREDITOR ID: 303972-39<br>MICHAEL POWELL<br>6054 DELFAIR LANE<br>MILFORD OH 45150 |
| CREDITOR ID: 303973-39<br>MICHAEL PUCKETT<br>1401 MARTINEZ DR<br>LADY  LAKE FL 32159 | CREDITOR ID: 303974-39<br>MICHAEL R BECK<br>307 LAKESHORE DR<br>STARKE FL 32091 | CREDITOR ID: 303975-39<br>MICHAEL R BEILMAN<br>23298 FREEPORT AVE<br>PORT  CHARLOTTE FL 33954 |
| CREDITOR ID: 303976-39<br>MICHAEL R BERRY<br>5990 LUCKETT RD<br>FT  MYERS FL 33905 | CREDITOR ID: 303977-39<br>MICHAEL R BRYANT & CAROL C<br>BRYANT JT TEN<br>12541 TURNBERRY DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 303978-39<br>MICHAEL R CLEMENT<br>171 ELSIE ST<br>THIBODAUX LA 70301 |
| CREDITOR ID: 303979-39<br>MICHAEL R GOULD<br>912 MONTICELLO AVE<br>JEFFERSON LA 70121 | CREDITOR ID: 303981-39<br>MICHAEL R HEMPHILL<br>5484 ROMILDA DR<br>CINCINNATI OH 45238 | CREDITOR ID: 303982-39<br>MICHAEL R INGLE<br>2124 PLUMEREST<br>CLOVER SC 29710 |
| CREDITOR ID: 303983-39<br>MICHAEL R JOSEPH<br>225 NOEL RD<br>ORANGE  PARK FL 32073 | CREDITOR ID: 303984-39<br>MICHAEL R MCCULLOUGH TTEE<br>MICHAEL R MCCULLOUGH &<br>ASSOC MONEY PURCHASE PENSION<br>PLAN DTD 07-31-95<br>1010 BLACKSTONE BLDG<br>JACKSONVILLE FL 32202 | CREDITOR ID: 303985-39<br>MICHAEL R MOORE & BONNIE C<br>MOORE JT TEN<br>3633 ST AUGUSTINE RD<br>JACKSONVILLE FL 32207 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 303986-39<br>MICHAEL R PALUMBO<br>1140 FIELDGATE RD<br>LAWRENCEVILLE GA 30244 | CREDITOR ID: 303987-39<br>MICHAEL R ROYER<br>55 LUCAYA DR<br>KENNER LA 70065 | CREDITOR ID: 303988-39<br>MICHAEL R SCHUR<br>8207 WESTRAY LN<br>LOUISVILLE KY 40219 |
| CREDITOR ID: 303989-39<br>MICHAEL R SPECK<br>1004 KERWOOD CIRCLE<br>OVIEDO FL 32765 | CREDITOR ID: 303990-39<br>MICHAEL R VANMETER<br>170 GROGAN LN<br>BREMEN KY 42325 | CREDITOR ID: 303991-39<br>MICHAEL R WATKINS<br>2594 QUICKSAND RD<br>JACKSON KY 41339 |
| CREDITOR ID: 303992-39<br>MICHAEL R WOODSON<br>3785 CORAL SPRINGS DR<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 303993-39<br>MICHAEL RAY ETHRIDGE<br>1858 N FANTASY RD<br>AVON PARK FL 33825 | CREDITOR ID: 303994-39<br>MICHAEL RAY PRICE<br>14966 WATER OAK LN<br>SANDERSON FL 32087 |
| CREDITOR ID: 303995-39<br>MICHAEL RAY SCHUR<br>8207 WESTRAY LN<br>LOUISVILLE KY 40219 | CREDITOR ID: 303996-39<br>MICHAEL RAY VERNON & RHONDA<br>P VERNON JT TEN<br>997 HARRIS ST<br>EDEN NC 27288 | CREDITOR ID: 303997-39<br>MICHAEL REID<br>634 CONGO ST NE<br>PALM BAY FL 32907 |
| CREDITOR ID: 303998-39<br>MICHAEL REID PARKER<br>4804 JOHN WHITE DR<br>RALEIGH NC 27610 | CREDITOR ID: 303999-39<br>MICHAEL RENGHOFER JR & PETER<br>TIMOTHY RENGHOFER JT TEN<br>18 BREAKWATER DR<br>REHOBOTH BCH DE 19971 | CREDITOR ID: 304000-39<br>MICHAEL RICHARD JUILFS<br>4281 CIDER MILL DR<br>CINCINNATI OH 45245 |
| CREDITOR ID: 304001-39<br>MICHAEL ROQUE<br>7636 ISABELLA DR APT L<br>PORT RICHEY FL 34668 | CREDITOR ID: 304002-39<br>MICHAEL RYAN<br>119 LEEDOM DR<br>MEDIA PA 19063 | CREDITOR ID: 304003-39<br>MICHAEL RYAN GREENE<br>1 SALEM CT<br>GREENVILLE SC 29611 |
| CREDITOR ID: 304004-39<br>MICHAEL S CUGNO JR<br>14901 SW 167TH STREET<br>MIAMI FL 33187 | CREDITOR ID: 304005-39<br>MICHAEL S CUGNO JR CUST<br>LINDSEY ANN CUGNO UNIF TRANS<br>MIN ACT FL<br>14901 SW 167TH ST<br>MIAMI FL 33187 | CREDITOR ID: 304006-39<br>MICHAEL S DONAHEY<br>2352 DERBYSHIRE RD<br>MAITLAND FL 32751 |
| CREDITOR ID: 304008-39<br>MICHAEL S DUCKWORTH<br>8441 NW 17TH CT<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 304007-39<br>MICHAEL S DUCKWORTH<br>2061 NW 82ND AVE<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 304009-39<br>MICHAEL S HARMON<br>806 S 11TH ST<br>LANETT AL 36863 |
| CREDITOR ID: 304010-39<br>MICHAEL S HARTMANN &<br>KIMBERLEE S HARTMANN JT TEN<br>1252 VILLAGE GLEN<br>BATAVIA OH 45103 | CREDITOR ID: 304011-39<br>MICHAEL S HAVIS<br>129 INWOOD DR<br>SILSBEE TX 77656 | CREDITOR ID: 304012-39<br>MICHAEL S HURST<br>1197 SE SABINA LANE<br>PORT SAINT LUCIE FL 34983 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304013-39<br>MICHAEL S JAMES<br>1702 WEST ROYAL TERN LANE<br>FORT PIERCE FL 34982 | CREDITOR ID: 304016-39<br>MICHAEL S KELLEY<br>#1A<br>4435 GLENHAVEN RD<br>CINCINNATI OH 45238 | CREDITOR ID: 304017-39<br>MICHAEL S MACLENNA<br>2155 PERRY AVE<br>SPRING HILL FL 34609 |
| CREDITOR ID: 304018-39<br>MICHAEL S MCCLURE<br>210 GRAY RD<br>HAVELOCK NC 28532 | CREDITOR ID: 304020-39<br>MICHAEL S NOBLE<br>126 CATHERINE DR<br>OWENS CROSS ROAD AL 35763 | CREDITOR ID: 304021-39<br>MICHAEL S PETERS<br>3506 CHELSEA LANE<br>JOHNSON CITY TN 37601 |
| CREDITOR ID: 304022-39<br>MICHAEL S POUNCEY<br>1331 VISTA COVE ROAD<br>ST AUGUSTINE FL 32095 | CREDITOR ID: 304023-39<br>MICHAEL S POWELL<br>16717 S W 50 AVE<br>ARCHER FL 32618 | CREDITOR ID: 304024-39<br>MICHAEL S RADATZ<br>14310 SAN HATCHEE ST<br>CLERMONT FL 34711 |
| CREDITOR ID: 304025-39<br>MICHAEL S ROSS<br>110 CLARENDON AVE<br>BALTIMORE MD 21208 | CREDITOR ID: 304026-39<br>MICHAEL S SHAW<br>3941 EVERETT SPRINGS RD<br>ARMUCHEE GA 30105 | CREDITOR ID: 304027-39<br>MICHAEL S SLOMINSKI & JOAN M<br>SLOMINSKI JT TEN<br>N 80 W 32457 CROWN POINT CT<br>HARTLAND WI 53029 |
| CREDITOR ID: 304028-39<br>MICHAEL S SMITH<br>621 EDWARDS DR<br>SAGINAW TX 76179 | CREDITOR ID: 304029-39<br>MICHAEL S WOODS<br>19535 W BELINDA LN<br>SURPRISE AZ 85387 | CREDITOR ID: 304030-39<br>MICHAEL SCALF<br>7264 LINDHURST ST<br>SPRING HILL FL 34606 |
| CREDITOR ID: 304031-39<br>MICHAEL SHAWN CAVANAUGH<br>1410 LONG ST<br>LAKELAND FL 33801 | CREDITOR ID: 304032-39<br>MICHAEL SHIVER<br>127 QUINCY AVE<br>WINTHROP MA 02152 | CREDITOR ID: 304033-39<br>MICHAEL SIEBRING<br>4418 SHORELINE DR<br>NEW PORT RICHEY FL 34652 |
| CREDITOR ID: 304034-39<br>MICHAEL SIEMION<br>5401 LEEWARD LN<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 304035-39<br>MICHAEL SINGLETON SR<br>P O BOX 4493<br>BURTON SC 29906 | CREDITOR ID: 304036-39<br>MICHAEL SMITH<br>1075 REGAL POINTE TE<br>LAKE MARY FL 32746 |
| CREDITOR ID: 304038-39<br>MICHAEL SOUTHERN<br>644 HARDY WY<br>HIRAM GA 30141 | CREDITOR ID: 304039-39<br>MICHAEL SPORT & SHERRY SPORT<br>JT TEN<br>14927 DOZIER HWY<br>BRANTLEY AL 36009 | CREDITOR ID: 304040-39<br>MICHAEL STANLEY FRAZIER<br>1435 YEARLING TRL<br>TALLAHASSEE FL 32311 |
| CREDITOR ID: 304041-39<br>MICHAEL STARGILL<br>199 NELSON RD<br>LAGRANGE GA 30240 | CREDITOR ID: 304042-39<br>MICHAEL STEVEN ALMOND<br>41611A MT VIEW CH RD<br>ALBEMARLE NC 28001 | CREDITOR ID: 304043-39<br>MICHAEL STEWARD<br>PO BOX 922<br>KILLEEN TX 76540-0922 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304044-39<br>MICHAEL STONESIFER<br>4409 WINTER OARS LN<br>ORLANDO FL 32812 | CREDITOR ID: 304045-39<br>MICHAEL T ABEYTA<br>PO BOX 644<br>OAKLAND FL 34760 | CREDITOR ID: 304046-39<br>MICHAEL T COFFEY<br>8597 US HWY 421 SOUTH<br>DEEP  GAP NC 28618 |
| CREDITOR ID: 304047-39<br>MICHAEL T CRAMERDING<br>5410 WHITMORE DR<br>CINCINNATI OH 45238 | CREDITOR ID: 304048-39<br>MICHAEL T DUNBAR<br>12961 W COUNTY LINE RD<br>SUNMAN IN 47041 | CREDITOR ID: 304049-39<br>MICHAEL T GRICE<br>1064 WESTCLIFF AVE<br>SAGINAW TX 76179 |
| CREDITOR ID: 304050-39<br>MICHAEL T HARRIS<br>1270 OAKBROOK DR<br>LARGO FL 33770 | CREDITOR ID: 304051-39<br>MICHAEL T HINKLE & CRYSTAL D<br>HINKLE JT TEN<br>1733 LAURA ANN LANE<br>ORANGE  PARK FL 32073 | CREDITOR ID: 304052-39<br>MICHAEL T HUERSTEL JR<br>3321 DECOMINE DR<br>CHALMETTE LA 70043 |
| CREDITOR ID: 304053-39<br>MICHAEL T INGRAO<br>11218 HENDON DR<br>JACKSONVILLE FL 32246 | CREDITOR ID: 304054-39<br>MICHAEL T KIRKPATRICK &<br>CATHERINE E KIRKPATRICK JT TEN<br>7044 WHEAT RD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 304055-39<br>MICHAEL T KNOWLES<br>4114 YELLOW PINE LN<br>ORLANDO FL 32811 |
| CREDITOR ID: 304056-39<br>MICHAEL T MCCREARY<br>2013 W 14TH ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 304057-39<br>MICHAEL T MINDER<br>9209 SEMINOLE BLVD APT 38<br>SEMINOLE FL 34642 | CREDITOR ID: 304058-39<br>MICHAEL T PIERSON & REBECCA<br>S PIERSON JT TEN<br>10875 FREEDOM BLVD<br>SEMINOLE FL 33772 |
| CREDITOR ID: 304059-39<br>MICHAEL T PIRRO<br>2524 H BULLARD ROAD<br>HOPE  MILLS NC 28348 | CREDITOR ID: 304060-39<br>MICHAEL T RAUCH<br>10617 CHADWICK DR<br>NEW  ORLEANS LA 70123 | CREDITOR ID: 304061-39<br>MICHAEL T REECE<br>565 MORRIS RD<br>WINCHESTER KY 40391 |
| CREDITOR ID: 304062-39<br>MICHAEL T SMITH CUST CAMERON<br>SELLERS UNDER THE GA TRAN<br>MIN ACT<br>127 ROBERTSON RD<br>LAGRANGE GA 30241 | CREDITOR ID: 304063-39<br>MICHAEL T SMITH CUST CARSON<br>N ANDREWS UNDER THE GA TRAN<br>MIN ACT<br>127 ROBERTSON RD<br>LAGRANGE GA 30240 | CREDITOR ID: 304064-39<br>MICHAEL T SMITH CUST JOSEPH<br>L ANDREWS UNDER THE GA TRAN<br>MIN ACT<br>127 ROBERTSON RD<br>LAGRANGE GA 30240 |
| CREDITOR ID: 304065-39<br>MICHAEL T SMITH CUST JULLIAN<br>B ANDREWS UNDER THE GA TRAN<br>MIN ACT<br>127 ROBERTSON RD<br>LAGRANGE GA 30240 | CREDITOR ID: 304066-39<br>MICHAEL T SMITH CUST KRISTIN<br>R SMITH UNDER THE GA TRAN<br>MIN ACT<br>127 ROBERTSON RD<br>LAGRANGE GA 30241 | CREDITOR ID: 304067-39<br>MICHAEL T SMITH CUST PAUL T<br>SMITH UNDER THE GA TRAN MIN ACT<br>127 ROBERTSON RD<br>LAGRANGE GA 30241 |
| CREDITOR ID: 304068-39<br>MICHAEL T SMITH CUST SABRINA<br>SHARRIN UNDER THE GA TRAN<br>MIN ACT<br>127 ROBERTSON RD<br>LAGRANGE GA 30241 | CREDITOR ID: 304069-39<br>MICHAEL T SMITH CUST SAMUEL<br>B SHERRIN UNDER THE GA TRAN<br>MIN ACT<br>127 ROBERTSON RD<br>LAGRANGE GA 30241 | CREDITOR ID: 304070-39<br>MICHAEL T SMITH CUST SHAWN B<br>SHERRIN UNDER THE GA TRAN<br>MIN ACT<br>127 ROBERTSON RD<br>LAGRANGE GA 30241 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

CREDITOR ID: 304071-39
MICHAEL T WILLIAMS
PO BOX 958
TAVARES FL 32778

CREDITOR ID: 304072-39
MICHAEL TAYLOR ADAMS
2453 SWEET OAK STREET
OCOEE FL 34761

CREDITOR ID: 304073-39
MICHAEL TELEMAQUE
18710 NW 27TH AVE APT 103
MIAMI FL 33055

CREDITOR ID: 304074-39
MICHAEL THARRINGTON
2243 LAUREL MILL RD
LOUISBURG NC 27549

CREDITOR ID: 304075-39
MICHAEL THOMAS BARTMAN
6409 61 DR E
PALMETTO FL 34221

CREDITOR ID: 304076-39
MICHAEL TIMOTHY HILL &
MARILYN L HILL JT TEN
11704 COLLEEN DR
SAVANNAH GA 31419

CREDITOR ID: 304077-39
MICHAEL TIMOTHY OAKES
2103 BENT OAK CT
PANAMA  CITY  BCH FL 32408

CREDITOR ID: 304078-39
MICHAEL TODD CARVER
2134 TANGLEWOOD RD
SUMTER SC 29154

CREDITOR ID: 304079-39
MICHAEL TOMLINSON & SANDRA
TOMLINSON JT TEN
772 CAMERON DR
ORANGE  PARK FL 32073

CREDITOR ID: 304080-39
MICHAEL TRACY
2739 DONBAR DR
HAMILTON OH 45014

CREDITOR ID: 304081-39
MICHAEL TURNER
80 ASBURY L4
UNION  SPRINGS AL 36089

CREDITOR ID: 304082-39
MICHAEL V BOWERS
255 RINGER RD
POMARIA SC 29126

CREDITOR ID: 304083-39
MICHAEL V HOFFMAN
201 CORDERO TRAIL
LOVELAND OH 45140

CREDITOR ID: 304084-39
MICHAEL V RAWLS
2808 W UPSHUR AVE
GLADEWATER TX 75647

CREDITOR ID: 304086-39
MICHAEL V SMITH
PO BOX 25521
GREENVILLE SC 29616

CREDITOR ID: 304085-39
MICHAEL V SMITH
16017 LAGOON COURT
CLEARMONT FL 34711

CREDITOR ID: 304087-39
MICHAEL V SMITH CUST
COURTNEY M SMITH UND UNIF
GIFT MIN ACT SC
P O BOX 25521
GREENVILLE SC 29616

CREDITOR ID: 304088-39
MICHAEL VOGT & SARAH VOGT
JT TEN
322 E ROSE DRIVE
ALEXANDRIA KY 41001

CREDITOR ID: 304089-39
MICHAEL VONDERHAAR
6048 PATTON STREET
NEW  ORLEANS LA 70118

CREDITOR ID: 304090-39
MICHAEL W BERTRAM
953 HESPER AVENUE
METAIRIE LA 70005

CREDITOR ID: 304091-39
MICHAEL W BLAIR
RR 4  1945
MADISON FL 32340

CREDITOR ID: 304092-39
MICHAEL W BRANNON
2728 INDIAN CREEK COURT
VIRGINIA  BEACH VA 23457

CREDITOR ID: 304093-39
MICHAEL W COLLIER
11110 ATLANTIC BL 102
JACKSONVILLE FL 32225

CREDITOR ID: 304094-39
MICHAEL W CREEL
5491 BELLEFIELD DRIVE
THEODORE AL 36582

CREDITOR ID: 304095-39
MICHAEL W DUSZA CUST
JONATHAN M DUSZA UNIF TRANS
MIN ACT NJ
1 ACAPULCO DR
BRICK NJ 08723

CREDITOR ID: 304096-39
MICHAEL W FREEMAN
71150 SLOOPE PL
ABITA  SPRINGS LA 70420

CREDITOR ID: 304097-39
MICHAEL W GLADDEN CUST
ASHLYN DANIELLE GLADDEN UNIF
TRANS MIN ACT FL
9627 GROVE HILL LANE
JACKSONVILLE FL 32222

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304098-39<br>MICHAEL W GLADDEN CUST FOR<br>GRANT MICHAEL GLADDEN UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>9627 GROVE HILL LN<br>JACKSONVILLE FL 32222 | CREDITOR ID: 304099-39<br>MICHAEL W GOODWIN<br>PO BOX 104<br>AMHERST VA 24521 | CREDITOR ID: 304100-39<br>MICHAEL W GOSS<br>250 HOBSON CIRCLE<br>PIEDMONT AL 36272 |
| CREDITOR ID: 304101-39<br>MICHAEL W GREENHILL<br>312 CARR STORE RD<br>CEDAR  GROVE NC 27231 | CREDITOR ID: 304102-39<br>MICHAEL W GULICK<br>13 CAPE SHORES DR APT H<br>CAPE  CANAVERAL FL 32920 | CREDITOR ID: 304103-39<br>MICHAEL W HALL<br>202 PLEASANT GR CH RD SE<br>BAXLEY GA 31513 |
| CREDITOR ID: 304104-39<br>MICHAEL W HARMON<br>123 ROYAL ACRES CIR<br>KINGSLAND GA 31548 | CREDITOR ID: 304105-39<br>MICHAEL W HARRELL<br>MAINE STATE PRISON<br>807 CUSHING RD<br>WARREN ME 04846 | CREDITOR ID: 304106-39<br>MICHAEL W HOLT & ANGELA E<br>HOLT JT TEN<br>3613 BOLD BIDDER DRIVE<br>LEXINGTON KY 40517 |
| CREDITOR ID: 304107-39<br>MICHAEL W HUGHES<br>1034 HUGHES RD<br>CHIPLEY FL 32428 | CREDITOR ID: 304108-39<br>MICHAEL W IGEL<br>1179 FARMWOOD CIR<br>BATAVIA OH 45103 | CREDITOR ID: 304109-39<br>MICHAEL W MCCRACKEN<br>8502 BEHTHANY RD<br>CHARLESTOWN IN 47111 |
| CREDITOR ID: 304110-39<br>MICHAEL W MCKAIN & CARLIE F<br>MCKAIN JT TEN<br>111 E WOODBURN DR<br>TAYLORS SC 29687 | CREDITOR ID: 304111-39<br>MICHAEL W MORGAN<br>P O BOX 2027<br>FLAGLER  BEACH FL 32136 | CREDITOR ID: 304112-39<br>MICHAEL W MOUNT<br>13131 MOUNTAIN VIEW<br>CLERMONT FL 34711 |
| CREDITOR ID: 304113-39<br>MICHAEL W MULL<br>3907 PRICETON DR<br>MONROE NC 28110 | CREDITOR ID: 304114-39<br>MICHAEL W MUSSELMAN<br>4657 COBB ST<br>ZACHARY LA 70791 | CREDITOR ID: 304115-39<br>MICHAEL W PRICE<br>715 LIBERTY RD<br>HIGH  POINT NC 27263 |
| CREDITOR ID: 304116-39<br>MICHAEL W RABORN<br>609 N BORDER DR<br>BOGALUSA LA 70427 | CREDITOR ID: 304117-39<br>MICHAEL W RAY<br>PO BOX 889<br>PILOT  POINT TX 76258 | CREDITOR ID: 304120-39<br>MICHAEL W STANFORD<br>4086 DANNY DR<br>KENNEDALE TX 76060 |
| CREDITOR ID: 304121-39<br>MICHAEL W STITTS & CONSTANCE<br>L STITTS JT TEN<br>9232 SUNDERLAND WAY<br>WEST  CHESTER OH 45069 | CREDITOR ID: 304122-39<br>MICHAEL W STONE<br>PO BOX 563<br>SORRENTO FL 32776 | CREDITOR ID: 304124-39<br>MICHAEL W THOMAS<br>724 N ATLANTA ST<br>METAIRIE LA 70003 |
| CREDITOR ID: 304123-39<br>MICHAEL W THOMAS<br>4811 PENNYROYAL CT<br>MELBOURNE FL 32940 | CREDITOR ID: 304125-39<br>MICHAEL WARD<br>703 LAUREL RD<br>CHARLESTON WV 25314 | CREDITOR ID: 304126-39<br>MICHAEL WAYNE HELMS<br>2909 WHITE LOCUST CT<br>MATTHEWS NC 28105 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 304127-39
MICHAEL WAYNE LEE
200 FAIRWAY DR
WEATHERFORD TX 76087

CREDITOR ID: 304128-39
MICHAEL WAYNE SEAGLE
2931 TETON DRIVE
NEWTON NC 28658

CREDITOR ID: 304129-39
MICHAEL WAYNE WHALEY
4903 STANLEY AVE
MARION SC 29571

CREDITOR ID: 304130-39
MICHAEL WESLEY MATTHEWS
503 WESTOVER DR
EMPORIA VA 23847

CREDITOR ID: 304131-39
MICHAEL WHALE
PO BOX 617436
ORLANDO FL 32861

CREDITOR ID: 304132-39
MICHAEL WILLIAM ODEN
7467 SETTLERS RUN
GREENVILLE IN 47124

CREDITOR ID: 304133-39
MICHAEL WILLIAM ODEN &
REBECCA A ODEN JT TEN
7467 SETTLERS RUN
GREENVILLE IN 47124

CREDITOR ID: 304134-39
MICHAEL WILLIAM STEINS SR
229 WADSWORTH AVE
TONAWANDA NY 14150

CREDITOR ID: 304135-39
MICHAEL WILLIAMS & TRENNE
WILLIAMS TEN COM
P O BOX 508
CUSSETA GA 31805

CREDITOR ID: 304136-39
MICHAEL WILSON COOPER
4479 CAROLYN COVE LN S
JACKSONVILLE FL 32258

CREDITOR ID: 304137-39
MICHEAL C WHITESIDE
1522 14TH AVE NE
HICKORY NC 28601

CREDITOR ID: 304138-39
MICHEAL D SCHONEFELD
1925 W CEDAR ST
EL  DORADO AR 71730

CREDITOR ID: 304139-39
MICHEAL G MILLER CUST LAUREN
PAIGE MILLER UNDER THE KY
UNIF TRAN MIN ACT
323 FARLEY LANE
GLENDALE KY 42740

CREDITOR ID: 304140-39
MICHEAL ODENE MCLEMORE
115 WENDY HILL RD
MONTICELLO GA 31064

CREDITOR ID: 304141-39
MICHEAL S ANTHONY
6120 49 AVE N
KENNETH  CITY FL 33709

CREDITOR ID: 304142-39
MICHEAL TED ROGERS
1392 POST RD
CLEVELAND GA 30528

CREDITOR ID: 304143-39
MICHELE A AVELLA
608 N 12TH AVE
JACKSONVILLE  BCH FL 32250

CREDITOR ID: 304144-39
MICHELE A BAUBLITZ
11160 LILLIAN HWY
PENSACOLA FL 32506

CREDITOR ID: 304145-39
MICHELE A FAVERO
10 MONTCLAIR CT
CARTERSVILLE GA 30121

CREDITOR ID: 304146-39
MICHELE A HAWKINS
18257 POPLAR RD
FT  MYERS FL 33912

CREDITOR ID: 304147-39
MICHELE A KLUSMAN
3669 EYRICH RD
CINCINNATI OH 45248

CREDITOR ID: 304148-39
MICHELE A SEITER
8292 SUNBURST DR
CINCINNATI OH 45241

CREDITOR ID: 304149-39
MICHELE ALANE HUTTO
932 KAY RD
ABBEVILLE SC 29620

CREDITOR ID: 304150-39
MICHELE ANN BOULET
1504 GREENBRIAR RD
LAFAYETTE LA 70503

CREDITOR ID: 304151-39
MICHELE ARLEEN ROBZEN
86 S DAWES AVE
KINGSTON PA 18704

CREDITOR ID: 304152-39
MICHELE B BURKART
8320 IDLEWIND CT
EDGEWATER COVE
BRADENTON FL 34202

CREDITOR ID: 304153-39
MICHELE CHRISTINE PINDER
14344 SW 109 CT
MIAMI FL 33176

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304154-39<br>MICHELE D LAWSON<br>C/O MICHELE D TAYLOR<br>679 NW 111 TERR<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 304155-39<br>MICHELE D WILLIAMS<br>251 CHIPPENDALE CIRCLE<br>APT # 933<br>LEXINGTON KY 40517 | CREDITOR ID: 304156-39<br>MICHELE GEDEIKO & MATTHEW<br>GEDEIKO JT TEN<br>127 HOLLAND DR<br>W NYACK NY 10994 |
| CREDITOR ID: 304157-39<br>MICHELE J BALDRIDGE & THOMAS<br>L BALDRIDGE JT TEN<br>86 WINTERS LANE<br>COLD SPRING KY 41076 | CREDITOR ID: 304158-39<br>MICHELE K FREELING<br>1413 MARYLAND AVE<br>KENNER LA 70062 | CREDITOR ID: 304159-39<br>MICHELE L GROSS<br>181 IVY LAKES DR<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 304160-39<br>MICHELE L HOMAN<br>9320 MILL SPRINGS DR<br>JAX FL 32257 | CREDITOR ID: 304161-39<br>MICHELE L SHAW<br>629 W 75TH AVE #A<br>ANCHORAGE AK 99518 | CREDITOR ID: 304162-39<br>MICHELE M HOLLEY & STEVEN K<br>HOLLEY JT TEN<br>1135 STONE MILL RUN<br>LAWRENCEVILLE GA 30245 |
| CREDITOR ID: 304163-39<br>MICHELE M PHILLIPS & STEVEN<br>R PHILLIPS JT TEN<br>W305 N1796 SILVERWOOD LANE<br>DELAFIELD WI 53018 | CREDITOR ID: 304164-39<br>MICHELE MULKEY<br>6441 FOSTER ST<br>JUPITER FL 33458 | CREDITOR ID: 304166-39<br>MICHELE R CRUMRINE<br>4100 LONGHILL RD<br>COLUMBUS OH 43220 |
| CREDITOR ID: 304167-39<br>MICHELE RENDA & ANTONIO<br>RENDA JT TEN<br>3 OXFORD DR<br>SOMERS POINT NJ 08244 | CREDITOR ID: 304168-39<br>MICHELE SMART<br>1406 HIGH ST<br>LEESBURG FL 34748 | CREDITOR ID: 304169-39<br>MICHELE STAR LANI OSHEA<br>221 MOOREGATE CT<br>CHESAPEAKE VA 23322 |
| CREDITOR ID: 304170-39<br>MICHELE WALKER<br>2816 DIANA DR<br>SELLERSBURG IN 47172 | CREDITOR ID: 304171-39<br>MICHELE WEBSTER WRIGHT<br>2708 CHERRYWOOD RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 304172-39<br>MICHELE Y HULSEY<br>ATTN MICHELE SAVAGE<br>9365 CALLUS MILL RD<br>LULA GA 30554 |
| CREDITOR ID: 304173-39<br>MICHELLE A LANDRY<br>32476 HIGHWAY 943 S<br>DONALDSONVILLE LA 70346 | CREDITOR ID: 304174-39<br>MICHELLE A SOULES<br>P O BOX 164<br>ALEDO TX 76008 | CREDITOR ID: 304175-39<br>MICHELLE A WILLIAMS &<br>MICHAEL R WILLIAMS JT TEN<br>6621 CHESWICK ST<br>SARASOTA FL 34243 |
| CREDITOR ID: 304176-39<br>MICHELLE AMANDA DEBOSKEY<br>CUST AMANDA MARIE DEBOSKEY<br>MINOR<br>2801 XANTHUS ST<br>TAMPA FL 33614 | CREDITOR ID: 304177-39<br>MICHELLE ANN LANGFORD<br>82377 HWY 1129<br>COVINGTON LA 70435 | CREDITOR ID: 304178-39<br>MICHELLE ANN WEST<br>209 EATON AVE<br>HAMILTON OH 45013 |
| CREDITOR ID: 304179-39<br>MICHELLE ASKEW<br>2548 BRENTMOOR CT<br>SUWANEE GA 30174 | CREDITOR ID: 304180-39<br>MICHELLE C DAVIS<br>5250 W RIVERBEND RD<br>DUNNELLON FL 34433 | CREDITOR ID: 304181-39<br>MICHELLE CAVALLO<br>4080 SIERRA TERRACE<br>SUNRISE FL 33351 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                      CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 304182-39<br>MICHELLE CHAMBERS<br>4430 TRIMBLE LN<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 304183-39<br>MICHELLE CLAIRE VERNAU<br>22608 MARSH WREN DR<br>LAND  O  LAKES FL 34639 | CREDITOR ID: 304184-39<br>MICHELLE D ANDERSON<br>621 HAW CREEK MEWS PL<br>ASHEVILLE NC 28805 |
| CREDITOR ID: 304185-39<br>MICHELLE D BENTLEY & JACOB J<br>BENTLEY JT TEN<br>RR 3 BOX 235A<br>MADISON FL 32340 | CREDITOR ID: 304186-39<br>MICHELLE D CARE<br>12906 WILLOW CREEK RD<br>PROSPECT KY 40059 | CREDITOR ID: 304187-39<br>MICHELLE D ISLER<br>231 WAYNE AVE<br>GOLDSBORO NC 27530 |
| CREDITOR ID: 304188-39<br>MICHELLE D POULTER<br>ATTN MICHELLE D LACKEY<br>635 CEMETARY LOOP RD. #1<br>HICKORY NC 28601 | CREDITOR ID: 304189-39<br>MICHELLE D TURNER<br>1812 W AVE I<br>SAN  ANGELO TX 76901 | CREDITOR ID: 304190-39<br>MICHELLE DENISE RODRIGUEZ<br>429 N CENTER STREET #B<br>STATESVILLE NC 28677 |
| CREDITOR ID: 304191-39<br>MICHELLE F MOODY<br>6202 DART DR<br>LOUISVILLE KY 40291 | CREDITOR ID: 304192-39<br>MICHELLE G COWART<br>1737 S GONDOLA CT<br>VENICE FL 34293 | CREDITOR ID: 304193-39<br>MICHELLE GIORDANO<br>8951 SW 52ND CT<br>COOPER  CITY FL 33328 |
| CREDITOR ID: 304194-39<br>MICHELLE GRACE<br>PO BOX 608732<br>ORLANDO FL 32860 | CREDITOR ID: 304195-39<br>MICHELLE H KINNEY<br>8863 COUNTY<br>FINDLAY OH 45840 | CREDITOR ID: 304196-39<br>MICHELLE HETZER & JAMES<br>HETZER JT TEN<br>997 COVEDALE AVE<br>CINCINNATI OH 45238 |
| CREDITOR ID: 304197-39<br>MICHELLE J MALLORY<br>2255 ORBIT CT APT 187<br>MELBOURNE FL 32904 | CREDITOR ID: 304198-39<br>MICHELLE J PRUITT<br>4621 THOMAS ACRES<br>JOSHUA TX 76058 | CREDITOR ID: 304199-39<br>MICHELLE JAN ONEILL<br>1101 NW 146TH ST<br>MIAMI FL 33168 |
| CREDITOR ID: 304200-39<br>MICHELLE JONES<br>1584 HAVANA DR<br>CLEARWATER FL 34624 | CREDITOR ID: 304201-39<br>MICHELLE JUNEAU<br>P O BOX 4362<br>FRISCO CO 80443 | CREDITOR ID: 304202-39<br>MICHELLE K GANN<br>7510 COTTONWOOD COURT<br>GARLAND TX 75044 |
| CREDITOR ID: 304203-39<br>MICHELLE K GIACONE<br>PO BOX 544<br>LORANGER LA 70446 | CREDITOR ID: 304204-39<br>MICHELLE K HUNT<br>2941 HOLLY HILL DR<br>BURLINGTON KY 41005 | CREDITOR ID: 304206-39<br>MICHELLE K TAM<br>2163 70TH ST<br>BROOKLYN NY 11204 |
| CREDITOR ID: 304207-39<br>MICHELLE L ALLEGOOD<br>5549 23RD ST<br>ZEPHYRHILLS FL 33540 | CREDITOR ID: 304208-39<br>MICHELLE L ALLEN<br>857 BLACKSHEAR HIGHWAY #12<br>BAXLEY GA 31513 | CREDITOR ID: 304209-39<br>MICHELLE L COLLINS<br>618 3RD AVE<br>LADY  LAKE FL 32159 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304210-39<br>MICHELLE L DUNCAN<br>8009 LAKE DR<br>PALMETTO FL 34221 | CREDITOR ID: 304211-39<br>MICHELLE L FOWLER & MICHAEL<br>E FOWLER JT TEN<br>7250 COLONY LN<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 304212-39<br>MICHELLE L LINGERFELT<br>11112 SO MEMORIAL PKWY 0-3<br>HUNTSVILLE AL 35803 |
| CREDITOR ID: 304213-39<br>MICHELLE L MAXWELL<br>29400 S W 199 AVE<br>HOMESTEAD FL 33030 | CREDITOR ID: 304214-39<br>MICHELLE L MINSHEW<br>5439 RADFORD RD<br>LUCAMA NC 27851 | CREDITOR ID: 304215-39<br>MICHELLE L REED<br>11031 LEE CIR<br>MURRELL  S  INLET SC 29579 |
| CREDITOR ID: 304216-39<br>MICHELLE L ROSENBAUM<br>5600 SE 57TH CT<br>TRENTON FL 32693 | CREDITOR ID: 304217-39<br>MICHELLE L TAYLOR<br>4801 CLYDE MORRIS BLVD #606<br>PT  ORANGE FL 32119 | CREDITOR ID: 304218-39<br>MICHELLE LANETTE BADGETT<br>8537 NEIL CT<br>NORTH  RICHLAND TX 76180 |
| CREDITOR ID: 304219-39<br>MICHELLE LOMBARDO<br>PO BOX 450763<br>SUNRISE FL 33345 | CREDITOR ID: 304220-39<br>MICHELLE LYNN COLLINS<br>C/O MICHELLE LYNN WARNOCK<br>3931 NW 39TH CT<br>GAINESVILLE FL 32606 | CREDITOR ID: 304222-39<br>MICHELLE LYNN MAILLOUX<br>4618 OLD MILL RD<br>GASTONIA NC 28056 |
| CREDITOR ID: 304223-39<br>MICHELLE LYNNE WEIGLE<br>5276 S RIVERVIEW CIRCLE<br>HOMOSASSA FL 34448 | CREDITOR ID: 304224-39<br>MICHELLE M BEELMAN<br>1109 22ND STREET<br>FORT  MADISON IA 52627 | CREDITOR ID: 304225-39<br>MICHELLE M DUKE<br>209 E KARI CT<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 304226-39<br>MICHELLE M HENDERSON<br>2179 LUTHERAN CHURCH RD<br>COPPERAS  COVE TX 76522 | CREDITOR ID: 304227-39<br>MICHELLE M LANDE<br>16012 WORTHINGTON CIRCLE<br>MASCOTTE FL 34753 | CREDITOR ID: 304228-39<br>MICHELLE M LOVELACE<br>305 E TYLER<br>MCALESTER OK 74501 |
| CREDITOR ID: 304229-39<br>MICHELLE M MIZZONI<br>510 NE 51 AVE RD<br>OCALA FL 34470 | CREDITOR ID: 304230-39<br>MICHELLE M SHELLHAMMER<br>116 OVERLOOK RD<br>CAMERON NC 28326 | CREDITOR ID: 304231-39<br>MICHELLE MARIE FOY<br>327 SOUTHWEST DR<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 304232-39<br>MICHELLE MATTISON<br>125 W GREER ST<br>HONEA  PATH SC 29654 | CREDITOR ID: 304233-39<br>MICHELLE N HARRIS<br>328 DISTRICT DR<br>AVONDALE LA 70094 | CREDITOR ID: 304234-39<br>MICHELLE NELSON<br>121 BARTRAM PARKE DR<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 304235-39<br>MICHELLE OWENS<br>114 CLUBHOUSE RD<br>SUMMERVILLE SC 29483 | CREDITOR ID: 304236-39<br>MICHELLE R BROWN<br>45 W WELCH AVE<br>COLUMBUS OH 43207 | CREDITOR ID: 304237-39<br>MICHELLE R COOK<br>3435 IRON KETTLE CT<br>HAMILTON OH 45011 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304238-39<br>MICHELLE R VAUGHN<br>PO BOX 66<br>PEARL RIVER LA 70452 | CREDITOR ID: 304239-39<br>MICHELLE R WIDNER<br>3010 OLD BUNGER RD S<br>GRAHAM TX 76450 | CREDITOR ID: 304240-39<br>MICHELLE RAUEN<br>902 DEER RUN DR<br>LAWRENCEBURG IN 47025 |
| CREDITOR ID: 304241-39<br>MICHELLE RENE MURRAY<br>1008 GROVE PARK BLVD<br>JAX FL 32216 | CREDITOR ID: 304242-39<br>MICHELLE RENEE GNANN<br>2823 BELINDA DR<br>DELAND FL 32720 | CREDITOR ID: 304243-39<br>MICHELLE S ZANGENBERG<br>592 VIRGINIA DRIVE<br>LAKE HELEN FL 32744 |
| CREDITOR ID: 304244-39<br>MICHELLE STEADMAN<br>2040 SE 26 LN<br>HOMESTEAD FL 33035 | CREDITOR ID: 304245-39<br>MICHELLE SUNDERMAN & JAMES J<br>SUNDERMAN JR JT TEN<br>4363 CHAMPDALE<br>CINCINNATI OH 45238 | CREDITOR ID: 304246-39<br>MICHELLE T PRICE<br>PO BOX 1801<br>CALLAHAN FL 32011 |
| CREDITOR ID: 304247-39<br>MICHELLE T SUTTON & MICHAEL<br>R SUTTON JT TEN<br>1782 CASSELBERRY CT<br>ORANGE PARK FL 32003 | CREDITOR ID: 304248-39<br>MICHELLE THURMOND<br>954 NIBLICK DR<br>CASSELBERRY FL 32707 | CREDITOR ID: 304249-39<br>MICHELLE URBANCZYK<br>332 NW PLACID AVE<br>PORT ST LUCIE FL 34983 |
| CREDITOR ID: 304250-39<br>MICHELLE VISCHER<br>HCR 60 BOX 78 1<br>IRVINGTON KY 40146 | CREDITOR ID: 304251-39<br>MICHELLE W TANNERY CUST<br>HARRISON CASH TANNERY UND<br>UNIF GIFT MIN ACT SC<br>8541 TOCCOA HWY<br>WESTMINSTER SC 29693 | CREDITOR ID: 304252-39<br>MICHELLE WHITLOW<br>45 MARHILL DR<br>RIDGEWAY VA 24148 |
| CREDITOR ID: 304253-39<br>MICHIEL R GREGG & PATRICIA K<br>GREGG JT TEN<br>19943 VILLA LANTE PL<br>BOCA RATON FL 33434 | CREDITOR ID: 304254-39<br>MICKEY CHARLES WINGO<br>100 HOLLY DR<br>UNION SC 29379 | CREDITOR ID: 304256-39<br>MICKEY LYNN WHITE<br>323 CAPRICORN<br>GRANBURY TX 76049 |
| CREDITOR ID: 304257-39<br>MICKEY R HOOD<br>790 BURNT FACTORY RD<br>BENNETTSVILLE SC 29512 | CREDITOR ID: 304258-39<br>MICKLE PORTER<br>6850 PEACHTREE DUNWOODY RD<br>NE #516<br>ATLANTA GA 30328 | CREDITOR ID: 304259-39<br>MID STATE INVESTMENT CO INC<br>313 FAIRINGTON DR<br>SUMMERVILLE SC 29485 |
| CREDITOR ID: 279749-39<br>MIDDLETON, ALBERT H & NANCY JT TEN<br>20280 NW 2ND ST<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 304260-39<br>MIE PON & KELLY PON JT TEN<br>2037 HAYES ST<br>SAN FRANCISCO CA 94117 | CREDITOR ID: 304261-39<br>MIGUEL A BALSA<br>14244 SW 25 TERR<br>MIAMI FL 33175 |
| CREDITOR ID: 304262-39<br>MIGUEL A MARTINEZ<br>1029 BOSTON RDG<br>WOODSTOCK GA 30189 | CREDITOR ID: 304263-39<br>MIGUEL L MONTERO<br>8271 SW 27TH LN<br>MIAMI FL 33155 | CREDITOR ID: 304264-39<br>MIGUEL L MONTERO & MARGARITA<br>L MONTERO JT TEN<br>8271 SW 27TH LN<br>MIAMI FL 33155 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304265-39<br>MIGUEL TREVINO & NORMANDINA<br>TREVINO JT TEN<br>6030 20TH AVENUE NW<br>NAPLES FL 33999 | CREDITOR ID: 304266-39<br>MIKE A DRIGGERS<br>104 SWAN LAKE RD<br>STOCKBRIDGE GA 30281 | CREDITOR ID: 304267-39<br>MIKE BLANKENSHIP & CLARA<br>BLANKENSHIP JT TEN<br>527 OLD PEACOCK RD<br>PARIS KY 40361 |
| CREDITOR ID: 304268-39<br>MIKE BODLEY & CONNIE BODLEY<br>JT TEN<br>1431 WADE RD<br>MILFORD OH 45150 | CREDITOR ID: 304270-39<br>MIKE CHARLTON<br>639 SOUTHWEST BLVD N<br>ST PETERSBURG FL 33703 | CREDITOR ID: 304271-39<br>MIKE D STEPHENS<br>5643 SE 9TH ST<br>OCALA FL 34471 |
| CREDITOR ID: 304272-39<br>MIKE FARMER<br>2812 ALEXANDRIA ST<br>VALDOSTA GA 31601 | CREDITOR ID: 304273-39<br>MIKE GREENE<br>11819 BALM RIVERVIEW RD<br>RIVERVIEW FL 33569 | CREDITOR ID: 304274-39<br>MIKE H HAY<br>3000 VISTA BROOK DR<br>DECATUR GA 30033 |
| CREDITOR ID: 304275-39<br>MIKE H LOCKLEY<br>13149 WARES FERRY RD<br>MONTGOMERY AL 36117 | CREDITOR ID: 304276-39<br>MIKE J SMITH & SUSAN A SMITH<br>JT TEN<br>620 BAXTERVILLE RD<br>LUMBERTON MS 39455 | CREDITOR ID: 304277-39<br>MIKE JARMUZ & MARIANNE<br>JARMUZ JT TEN<br>9263 N CARLOTTA LANE<br>BROWN DEER WI 53223 |
| CREDITOR ID: 304278-39<br>MIKE JOHNSON<br>PO BOX 314 WALNUT PK 25<br>FELICITY OH 45120 | CREDITOR ID: 304279-39<br>MIKE JONES<br>125 W DRANE<br>CORSIOANA TX 75110 | CREDITOR ID: 304280-39<br>MIKE K YOUNG<br>6802 MADEWOOD DR<br>METAIRIE LA 70003 |
| CREDITOR ID: 304281-39<br>MIKE MULLINS<br>41 CROWELL AVE<br>FORT THOMAS KY 41075 | CREDITOR ID: 304282-39<br>MIKE ROY<br>15 NORTH COURT<br>INDIALANTIC FL 32903 | CREDITOR ID: 304283-39<br>MIKE S LONG<br>1584 FOXRIDGE RUN SW<br>WINTER HAVEN FL 33880 |
| CREDITOR ID: 304284-39<br>MIKE SHEUMAKER<br>1800 JUNCTION HWY APT 4B<br>KERRVILLE TX 78028 | CREDITOR ID: 304285-39<br>MIKE THOMAS & LINDA THOMAS<br>JT TEN<br>4811 PENNY ROYAL CT<br>MELBOURNE FL 32940 | CREDITOR ID: 304286-39<br>MIKE W HONEA<br>12735 CHEROKEE CT<br>GRAND BAY AL 36541 |
| CREDITOR ID: 304287-39<br>MIKE WATTERS<br>2420 MUSTANG DRIVE<br>CINCINNATI OH 45211 | CREDITOR ID: 304288-39<br>MIKE WELCH<br>6008 SPICEWOOD DR<br>FLORENCE KY 41042 | CREDITOR ID: 304289-39<br>MIKE WHITE<br>8252 BARBERRY CT<br>CHATTANOOGA TN 37421 |
| CREDITOR ID: 304291-39<br>MIKEL J BACILE<br>1100 MICHAEL ST<br>NEW ORLEANS LA 70114 | CREDITOR ID: 304292-39<br>MIKEL R COX<br>7809 IOLA DR<br>PLANO TX 75025 | CREDITOR ID: 304293-39<br>MIKEL T DAVIS<br>17701 NW 14TH CT<br>MIAMI FL 33169 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304294-39<br>MIKELL J DUFOUR<br>32261 MARY ANN WAY<br>DENHAM  SPRINGS LA 70706 | CREDITOR ID: 304295-39<br>MILAGRO SANTIAGO THOMLEY<br>APT 2402<br>996 CITRONA DR<br>FERN  BCH FL 32034 | CREDITOR ID: 304296-39<br>MILAGROS CABRERA<br>12762 NW 99 CT<br>HIALEAH  GARDENS FL 33018 |
| CREDITOR ID: 304297-39<br>MILAGROS IZQUIERDO<br>6463 SW 32ND ST<br>MIAMI FL 33155 | CREDITOR ID: 304298-39<br>MILAGROS RODRIGUEZ<br>2358 NW 55TH STREET<br>MIAMI FL 33142 | CREDITOR ID: 304299-39<br>MILBURN E WHITE<br>3182 WHITESVILLE RD<br>MARIANNA FL 32446 |
| CREDITOR ID: 304300-39<br>MILDA M JOINER<br>12133 DEBORAH ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 304301-39<br>MILDRED AVERY MALLORY<br>APT 103<br>101 VERNAN WOODS DR<br>LAGRANGE GA 30240 | CREDITOR ID: 304302-39<br>MILDRED B AXTON<br>7409 SHADWELL LN<br>PROSPECT KY 40059 |
| CREDITOR ID: 304303-39<br>MILDRED B FOWLER<br>5525 HENDERSON HILL RD<br>CHEGNEE SC 29323 | CREDITOR ID: 304304-39<br>MILDRED B HONNOLL<br>1616 SHEPERD RD<br>COLUMBUS MS 39702 | CREDITOR ID: 304305-39<br>MILDRED B SAPP<br>1001 MORNINGSIDE DRIVE<br>BAINBRIDGE GA 31717 |
| CREDITOR ID: 304306-39<br>MILDRED C BARTRAM<br>762 POB 762  00000<br>JACKSON  CENTER OH 45334 | CREDITOR ID: 304307-39<br>MILDRED C JONES<br>511 MEYERS DR<br>GREENVILLE SC 29605 | CREDITOR ID: 304308-39<br>MILDRED C OBRIEN<br>60 FLINT HILL DR<br>OXFORD GA 30054 |
| CREDITOR ID: 304309-39<br>MILDRED C PORTER<br>1935 HARRISON STREET<br>TITUSVILLE FL 32780 | CREDITOR ID: 304310-39<br>MILDRED C TARRANT<br>P O BOX 716<br>WILLISTON FL 32696 | CREDITOR ID: 304311-39<br>MILDRED DELORES HOWARD<br>2771 N E 4TH ST<br>BOYNTON  BEACH FL 33435 |
| CREDITOR ID: 304312-39<br>MILDRED E BROUGH<br>5012 BIRCH DR<br>FT  PIERCE FL 34982 | CREDITOR ID: 304316-39<br>MILDRED E LEVALLEY<br>318 E FULTON ST<br>CELINA OH 45822 | CREDITOR ID: 304317-39<br>MILDRED E WHITEHEAD &<br>FLORENCE W HICKS JT TEN<br>3311 W PALMIRA ST<br>TAMPA FL 33629 |
| CREDITOR ID: 304318-39<br>MILDRED E YOUNG<br>5963 NW 201 TERRACE<br>MIAMI FL 33015 | CREDITOR ID: 304319-39<br>MILDRED FAIRCLOTH ROGERS &<br>NACE F ROGERS JT TEN<br>880 MONTEGO ROAD EAST<br>JACKSONVILLE FL 32216 | CREDITOR ID: 304320-39<br>MILDRED FIELDS<br>800 MAGNOLIA AVE<br>DAYTONA  BEACH FL 32114 |
| CREDITOR ID: 304321-39<br>MILDRED G WALTERS<br>130 WALTERS DRIVE<br>SENECA SC 29678 | CREDITOR ID: 304322-39<br>MILDRED G WISE<br>1233 KELSTON PLACE APT 302<br>CHARLOTTE NC 28212 | CREDITOR ID: 304323-39<br>MILDRED GAMBOGI<br>PO BOX 641<br>MONTANE RD<br>FT  WHITE FL 32038 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 304324-39
MILDRED GEMEALIER KELLER
789 BIRCH GRV
MORROW OH 45152

CREDITOR ID: 304325-39
MILDRED H HANNAH
6420 LONGWOOD DR
MURRELLS  INLET SC 29576

CREDITOR ID: 304326-39
MILDRED H ROBERSON & DOUGLAS
L ROBERSON JT TEN
3425 HWY 18 W
MOLENA GA 30258

CREDITOR ID: 304327-39
MILDRED H WISE
100 HILLCREST DR
CLINTON SC 29325

CREDITOR ID: 304329-39
MILDRED HALLINAN TTEE DTD
08-07-92 MILDRED HALLINAN
REV TRUST
4106 N ROUND HILL RD
ARLINGTON VA 22207

CREDITOR ID: 304328-39
MILDRED HALLINAN TTEE DTD
08-07-92 EDWARD M HALLINAN
REV TRUST
4106 N ROUND HILL RD
ARLINGTON VA 22207

CREDITOR ID: 304330-39
MILDRED HAYES
2608 MOHAWK TR
ACWORTH GA 30102

CREDITOR ID: 304331-39
MILDRED HAYES ROSS
2202 YOUNTS RD
INDIAN  TRAIL NC 28079

CREDITOR ID: 304332-39
MILDRED I CAIN & DAVID LEE
CAIN JT TEN
4040 ARKADELPHIA RD
HAYDEN AL 35079

CREDITOR ID: 304333-39
MILDRED I WEST
6736 WALLIS RD
FT  WORTH TX 76135

CREDITOR ID: 304334-39
MILDRED IRENE ANDREWS
6136 MACKNEAL TRAIL
WATAUGA TX 76148

CREDITOR ID: 304335-39
MILDRED JANE WHEELER
8031 WHITE OAK RD
GARNER NC 27529

CREDITOR ID: 304336-39
MILDRED JEAN MORGAN
3929 RAINBOW DR
RAINBOW  CITY AL 35906

CREDITOR ID: 304337-39
MILDRED JOHNSON
12164 BRECKNOCK ST
OAKTON VA 22124

CREDITOR ID: 304338-39
MILDRED JUANITA BRYSON
3016 RINGLE RD
CHAMBLEE GA 30341

CREDITOR ID: 304339-39
MILDRED K JOHNSON
5300 CERINO CT
VIRGINIA  BCH VA 23464

CREDITOR ID: 304340-39
MILDRED L DONLON
5901 FAIRINGTON DR APT 225
LOUISVILLE KY 40218

CREDITOR ID: 304341-39
MILDRED L LUMPKIN & RAYMOND
D LUMPKIN JT TEN
1326 MEADOW RD
GREENDACK TN 37742

CREDITOR ID: 304342-39
MILDRED L TURNER
7710 BANKHEAD RD
DENVER NC 28037

CREDITOR ID: 304343-39
MILDRED L YARBOROUGH
38 WEEPING WILLOW LN
WAYNESVILLE NC 28786

CREDITOR ID: 304344-39
MILDRED LAQUITA TOWNSEND & C
D TOWNSEND JT TEN
5447 KINGSBURY ST
JACKSONVILLE FL 32205

CREDITOR ID: 304345-39
MILDRED LEE GUDAL DAVIS
5654 HARBORMIST DRIVE SW
POWDER  SPRINGS GA 30127

CREDITOR ID: 304346-39
MILDRED LORI EGLY
420 LONGBRANCH ROAD
LAURENCEBURG TN 38464

CREDITOR ID: 304347-39
MILDRED M KNODEL
8616 NW CHATHAM CIRCLE
KANSAS  CITY MO 64154

CREDITOR ID: 304348-39
MILDRED M MILLER
18300 MAPLE HEIGHTS BLVD
MAPLE  HEIGHTS OH 44137

CREDITOR ID: 304349-39
MILDRED M WALTER
112 S CORTEZ DRIVE CIRCLE T
MARGATE FL 33068

CREDITOR ID: 304350-39
MILDRED MARIE MEAD
3525 BOWDEN CIR W
JACKSONVILLE FL 32216

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304351-39<br>MILDRED N SMITH<br>9130 COUNTY RD 36<br>HEFLIN AL 36264 | CREDITOR ID: 304352-39<br>MILDRED OLETA WALDEN<br>525 HILLVIEW BLVD<br>LOUISVILLE KY 40229 | CREDITOR ID: 304353-39<br>MILDRED P HARRIS<br>4832 CLEMSON AVE<br>COLUMBIA SC 29206 |
| CREDITOR ID: 304354-39<br>MILDRED R LOUGH<br>1547 W MEADOWBROOK RD<br>LITTLETON CO 80120 | CREDITOR ID: 304355-39<br>MILDRED ROOD<br>51 CONCORD DRIVE<br>FREEHOLD NJ 07728 | CREDITOR ID: 304356-39<br>MILDRED S BEALS<br>1105 BROWNSTONE CIRCLE<br>OPELIKA AL 36801 |
| CREDITOR ID: 304357-39<br>MILDRED SALTER<br>10484 NW 10TH ST<br>PEMBROK PINES FL 33026 | CREDITOR ID: 304358-39<br>MILDRED TURNER<br>10514 KING<br>OVERLAND PARK KS 66214 | CREDITOR ID: 304359-39<br>MILDRED V BROOKS<br>540 LAMAR MITCHELL RD<br>BELTON SC 29627 |
| CREDITOR ID: 304360-39<br>MILDRED V SHIRLAND TRUSTEE<br>U-A DTD 05-31-94 THE\|MILDRED<br>V SHIRLAND REVOCABLE TRUST<br>PO BOX 352234<br>PALM COAST FL 32135 | CREDITOR ID: 304361-39<br>MILDRED W RACKLEY<br>521 SINGINE PINES RD<br>SENECA SC 29678 | CREDITOR ID: 304362-39<br>MILDRED W TAYLOR<br>1072 E 19TH ST<br>HIALEAH FL 33013 |
| CREDITOR ID: 304363-39<br>MILDRED WADSWORTH WILSON<br>1014 LOTHIAN DR<br>TALLAHASSEE FL 32312 | CREDITOR ID: 304364-39<br>MILES E HESS JR<br>PO BOX 942<br>FITZGERALD GA 31750 | CREDITOR ID: 304365-39<br>MILES VINCENT RILEY<br>12097 JOSLIN LAKE RD<br>GREGORY MI 48137 |
| CREDITOR ID: 304366-39<br>MILIA A DONAHUE<br>ATTN MILIA DONAHUE JONES<br>732 WHEELER DR<br>ARAB AL 35016 | CREDITOR ID: 304367-39<br>MILLARD B BULL<br>721 E RANDOLPH ST<br>MOUNT VERNON GA 30445 | CREDITOR ID: 304368-39<br>MILLARD CURTIS MASSEY III<br>11809 CANEY LANE<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 304371-39<br>MILLARD R HOPE JR<br>303 S PETERSON AVE<br>DOUGLAS GA 31533 | CREDITOR ID: 304372-39<br>MILLARD W INGRAM<br>2830 ENGLENOOK RD<br>MILLBROOK AL 36054 | CREDITOR ID: 304373-39<br>MILLARD WOOTEN CUST TRENESHA<br>PRIESTER WOOTEN UND UNIF<br>GIFT MIN ACT FL<br>P O BOX 1496<br>ATLANTA GA 30301 |
| CREDITOR ID: 304374-39<br>MILLER E TERRY<br>401 D SHERIDAN DRIVE<br>MUSCLE SHOALS AL 35661 | CREDITOR ID: 304375-39<br>MILLER HANOVER INC<br>PO BOX 336<br>HANOVER PA 17331 | CREDITOR ID: 285809-39<br>MILLER, DANA<br>13355 MOLLY MELISSA DR<br>WALKER LA 70785 |
| CREDITOR ID: 291724-39<br>MILLER, GREG A<br>2080 MERLE DRIVE<br>CONYERS GA 30013 | CREDITOR ID: 308893-39<br>MILLER, RODNEY G<br>1207 LITTLE BROOK LN<br>BIRMINGHAM, AL 35235 | CREDITOR ID: 304376-39<br>MILLI LITTON<br>8609 ELROY RD<br>DEL VALLE TX 78617 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304377-39<br>MILLICENT R KOHN<br>RR 1 BOX 1230<br>FT  WHITE FL 32038 | CREDITOR ID: 304378-39<br>MILLIE C LAMB<br>204 SOUTH TEE STREET<br>FAIRHOPE AL 36532 | CREDITOR ID: 304379-39<br>MILLIE LAMB<br>204  SOUTH TEE DRIVE<br>FAIRHOPE AL 36532 |
| CREDITOR ID: 304380-39<br>MILLIE P STARLING & JAMES H<br>STARLING JT TEN<br>5415 GARLAND HWY<br>CLINTON NC 28328 | CREDITOR ID: 304381-39<br>MILLIGAN FAMILY LIMITED<br>PARTNERSHIP<br>116 ST LAWRENCE AVE<br>WORTHING<br>WEST SUSSEX BN 14 7JL<br>ENGLAND | CREDITOR ID: 280084-39<br>MILLS, ALONZO B & THELMA JT TEN<br>5818 NW 30TH TERR<br>GAINESVILLE FL 32653 |
| CREDITOR ID: 304382-39<br>MILTON A POMERANTZ & BARBARA<br>L POMERANTZ JT TEN<br>53 LEVERING CIR<br>BALA  CYNWYD PA 19004 | CREDITOR ID: 304383-39<br>MILTON BRENT FOSTER<br>157 CLUB VIEW DR<br>GREENVILLE SC 29609 | CREDITOR ID: 304384-39<br>MILTON C FLOURNOY<br>705 BONITA AVE<br>QUINCY FL 32351 |
| CREDITOR ID: 304385-39<br>MILTON COTTRELL<br>2026 N PRIEUR ST<br>NEW  ORLEANS LA 70116 | CREDITOR ID: 304386-39<br>MILTON D MORGAN<br>257 ALCOR LN BSL<br>SOUTHPORT NC 28461 | CREDITOR ID: 304387-39<br>MILTON D POER<br>2029 HILLCREST DR<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 304388-39<br>MILTON D YOUNG<br>196 FITTS RD<br>GREER SC 29651 | CREDITOR ID: 304389-39<br>MILTON DAVID SAWYER JR<br>5901 US HIGHWAY 264 E<br>GREENVILLE NC 27834 | CREDITOR ID: 304390-39<br>MILTON E GILMORE & LOUISE M<br>GILMORE JT TEN<br>5317 ROYCE AVE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 304391-39<br>MILTON E MILES<br>1027 COWARD COURT<br>DILLION SC 29536 | CREDITOR ID: 304392-39<br>MILTON E MILES & JOYCE C<br>MILES JT TEN<br>1027 COWARD COURT<br>DILLION SC 29536 | CREDITOR ID: 304393-39<br>MILTON GREENE JR<br>2134 GIBSON ST<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 304394-39<br>MILTON H BURRELL<br>10207 NOWHERE RD<br>HULL GA 30646 | CREDITOR ID: 304395-39<br>MILTON H GIDDENS<br>PO BOX 695<br>DUNLAP TN 37327 | CREDITOR ID: 304396-39<br>MILTON HENDERSON & LURAE<br>HENDERSON JT TEN<br>3690 EL SEGUNDO CT<br>NAPLES FL 34109 |
| CREDITOR ID: 304397-39<br>MILTON J WILTZ JR<br>5755 LOUIS PRIMA DR W<br>NEW  ORLEANS LA 70128 | CREDITOR ID: 304398-39<br>MILTON JOHNSON & BRENDA<br>JOHNSON JT TEN<br>656 KELLY SPRING RD<br>HARVEST AL 35749 | CREDITOR ID: 304399-39<br>MILTON M TOFLE & SALLY MAE<br>TOFLE TTEE U A DTD 03-27-91<br>MILTON M TOFLE REVOCABLE<br>TRUST<br>11618 LARKMONT DR<br>ST  LOUIS MO 63141 |
| CREDITOR ID: 304400-39<br>MILTON MCLAMB JR<br>400 OLD FARM RD<br>RALEIGH NC 27606 | CREDITOR ID: 304401-39<br>MILTON MILLER<br>PO BOX 71483<br>LOS  ANGELES CA 90071 | CREDITOR ID: 304402-39<br>MILTON P ROLLINS III<br>8 LAKE SELISA DR<br>N  AUGUSTA SC 29841 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304403-39<br>MILTON R POPE & GENEVA O<br>POPE JT TEN<br>439 E BENNETT AVE<br>DE LAND FL 32724 | CREDITOR ID: 304404-39<br>MILTON STUBBINS JR & NAOMI<br>STUBBINS JT TEN<br>328 EALY ST<br>NEW ALBANY IN 47150 | CREDITOR ID: 304405-39<br>MILTON WAYNE JACKSON<br>PO BOX 1104<br>FREMONT NC 27830 |
| CREDITOR ID: 304406-39<br>MIMI P NEWCOMB TRUSTEE U-A<br>DTD 08-16-96|NEWCOMB|FAMILY<br>TRUST<br>300 LOVERS LANE<br>ALBANY GA 31701 | CREDITOR ID: 304407-39<br>MINA F BULLARD<br>6801 SW 59TH CT<br>DAVIE FL 33314 | CREDITOR ID: 304408-39<br>MINDY LYNN LAFEVERS<br>3278 DOWNS COVE RD<br>WINDERMERE FL 34786 |
| CREDITOR ID: 304409-39<br>MINERVA A WEST<br>44 NE 9TH ST<br>WILLISTON FL 32696 | CREDITOR ID: 304410-39<br>MINETTE A SIMONEAUX<br>P O BOX 279<br>LORANGER LA 70446 | CREDITOR ID: 304411-39<br>MINIE E HAYNES GDN EST<br>TALMADGE L HAYNES A MINOR<br>PO BOX 157<br>PIERSON FL 32180 |
| CREDITOR ID: 304412-39<br>MINISTERS ELDERS & DEACONS<br>OF THE CONGREGATION OF NEW<br>BRUNSWICK NOW KNOWN AS FIRST<br>REFORMED CHURCH<br>9 BAYARD ST<br>NEW BRUNSWICK NJ 08901 | CREDITOR ID: 304413-39<br>MINNIE ANN CAMPBELL<br>707 N ADAIR ST<br>CLINTON SC 29325 | CREDITOR ID: 304414-39<br>MINNIE E WHITFIELD<br>703 PARKWOOD DR<br>ANDERSON SC 29625 |
| CREDITOR ID: 304415-39<br>MINNIE L MILLER & CARTER<br>MILLER JR JT TEN<br>154 LAKE PARK DR<br>ALEXANDRIA KY 41001 | CREDITOR ID: 304416-39<br>MINNIE OLA BRYANT & TONAYNE<br>L BRYANT JT TEN<br>BOX 1873<br>QUINCY FL 32353 | CREDITOR ID: 304417-39<br>MINNIE RAE WARWICK<br>1494 ALDRIDGE RD<br>MONTICELLO GA 31064 |
| CREDITOR ID: 304418-39<br>MIRA K KHAN<br>13377 NW 2ND TERRACE<br>MIAMI FL 33182 | CREDITOR ID: 304419-39<br>MIRANDA A BLANCHARD & KEITH<br>J BLANCHARD JT TEN<br>1042 SONNY DR<br>SAINT MARTINVILLE LA 70582 | CREDITOR ID: 304420-39<br>MIRANDA PETER CUST MCKENZIE<br>GRACE PETER UNDER THE SC<br>UNIF GIFT MIN ACT<br>150 HAMPTON CREST TRL<br>COLUMBIA SC 29209 |
| CREDITOR ID: 304421-39<br>MIRELLA A CAMPANO<br>504 BLACKBERRY CT<br>HUBERT NC 28539 | CREDITOR ID: 304422-39<br>MIREYA L POLO<br>#5B<br>410 W SOUTH HILL RD<br>SUNNYSIDE WA 98944 | CREDITOR ID: 304423-39<br>MIRIAM E KERSUN CUST ALLISON<br>LOUISE KERSUN UND UNIF GIFT<br>MIN ACT FLA<br>2757 FOREST CIR<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 304424-39<br>MIRIAM ELIZABETH BEECHER<br>121 RUBICON ROAD<br>PEACHTREE CITY GA 30269 | CREDITOR ID: 304425-39<br>MIRIAM GAYLE NEWCOMB<br>532 SANDERSON RD<br>SEVEN SPRINGS NC 28578 | CREDITOR ID: 304426-39<br>MIRIAM J COPELAN<br>3329 FLINT DR<br>COLUMBUS GA 31907 |
| CREDITOR ID: 304427-39<br>MIRIAM J LUDWIG & JOHN D<br>LUDWIG JT TEN<br>881 SE 2ND CT<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 304428-39<br>MIRIAM KIMBERLY GAZZIER &<br>JOSEPH R GAZZIER JT TEN<br>2138 W WOODLEA DR<br>MOBILE AL 36695 | CREDITOR ID: 304429-39<br>MIRIAM M DUPREE<br>2263 NC 561 HWY<br>LOUISBURG NC 27549 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304430-39<br>MIRIAM PARKER FREEMAN<br>717 LOCKLAND AVE<br>WINSTON SALEM NC 27103 | CREDITOR ID: 304431-39<br>MIRIAM SEQUERA & ELI SEQUERA<br>JT TEN<br>530 NE 110 TERRACE<br>MIAMI FL 33161 | CREDITOR ID: 304432-39<br>MIRIAM VALDES<br>11875 SW 6TH ST<br>MIAMI FL 33184 |
| CREDITOR ID: 304433-39<br>MIRIAN E COLLINS<br>5421 CROOMS<br>HOUSTON TX 77007 | CREDITOR ID: 304434-39<br>MIRIANN N HUGHES & BOBBY L<br>HUGHES JT TEN<br>2197 BOYD RD<br>LAURENS SC 29360 | CREDITOR ID: 304435-39<br>MIRNA GONZALEZ & JUAN<br>GONZALEZ JT TEN<br>1320 NW 70TH TER<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 304436-39<br>MIRTA FERNANDEZ<br>900 NE 24 ST<br>POMPANO FL 33064 | CREDITOR ID: 304437-39<br>MIRTHALA L FERNANDEZ<br>PO BOX 6656<br>FORT WORTH TX 76115 | CREDITOR ID: 304438-39<br>MIRYAN ESPITIA & EDDIE A<br>ESPITIA JT TEN<br>1012 RIDGEFIELD DR<br>INDIAN TRAIL NC 28079 |
| CREDITOR ID: 304439-39<br>MISILENE FULSE<br>6072 WATERWOOD PATH<br>BARTOW FL 33830 | CREDITOR ID: 304440-39<br>MISS ANNE F BELLENGER<br>1255 NORTH HARTMAN RD<br>AVON PARK FL 33825 | CREDITOR ID: 304441-39<br>MISS CHARLOTTE SAVINO<br>456 2ND AVE<br>LYNDHURST NJ 07071 |
| CREDITOR ID: 304442-39<br>MISS DELLA ROSENBERG<br>PO BOX 532<br>STARKE FL 32091 | CREDITOR ID: 304443-39<br>MISS DOROTHEA A TOLAND<br>6 STUYVESANT OVAL<br>NEW YORK NY 10009 | CREDITOR ID: 304444-39<br>MISS ELLEN TAYLOR<br>80 BIG BUCK TRL<br>ORMOND BEACH FL 32174 |
| CREDITOR ID: 304445-39<br>MISS GRACE E CARMICHAEL<br>35 WARNER AVE<br>SPRINGFIELD NJ 07081 | CREDITOR ID: 304446-39<br>MISS IRENE MERRITT CELY<br>701 CELY RD<br>EASLEY SC 29642 | CREDITOR ID: 304447-39<br>MISS JANE L BYRNES<br>300 S STATE ST 4TH FL<br>SYRACUSE NY 13202 |
| CREDITOR ID: 304448-39<br>MISS JOHANNA RESIG<br>469 LAWELAWE ST<br>HONOLULU HI 96821 | CREDITOR ID: 304449-39<br>MISS KAREN ANN CHILDERS<br>C/O KAREN C BASSETT<br>8066 JELLISON CT<br>ARVADA CO 80005 | CREDITOR ID: 304450-39<br>MISS MARGARET ANN DEWITT<br>DOMINO FARM<br>ACCORD NY 12404 |
| CREDITOR ID: 304451-39<br>MISS MARLENE LEE JOHNSON &<br>DOROTHY H JOHNSON JT TEN<br>4103 TURKS CAP PL<br>SARASOTA FL 34234 | CREDITOR ID: 304452-39<br>MISS MARY FRANCES MORGAN<br>36 SIRRINE DR<br>GREENVILLE SC 29605 | CREDITOR ID: 304453-39<br>MISS MARY M E WALLACE<br>1917 HARVARD DR<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 304454-39<br>MISS MILDRED JOANN BURTSCHER<br>C/O MRS MILDRED JOANN MILLER<br>2520 QUAIL PT<br>MIDLAND TX 79705 | CREDITOR ID: 304455-39<br>MISS NANCY L DOOLY<br>1 HAMPTON HILL PLACE<br>CHAPEL HILL NC 27514 | CREDITOR ID: 304456-39<br>MISS PATRICIA J ROBERTS<br>500 N ST APT 808<br>SACRAMENTO CA 95814 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304457-39<br>MISS PATRICIA MURPHY<br>C/O MS PATTI EVANS<br>PO BOX 697<br>MICANOPY FL 32667 | CREDITOR ID: 304458-39<br>MISS PHYLLIS BORGHESE<br>2925 ORDWAY ST NW<br>WASHINGTON DC 20008 | CREDITOR ID: 304459-39<br>MISS SANDRA BLANK<br>ATTN THOMAS TOSCARI<br>123 S BROAD ST<br>PHILADELPHIA PA 19109 |
| CREDITOR ID: 304460-39<br>MISS SANDRA READ<br>BOX 306<br>DORSET VT 05251 | CREDITOR ID: 304461-39<br>MISS TANIA ELAINE WILSON<br>6241 RIVIERA MANOR DR<br>JACKSONVILLE FL 32216 | CREDITOR ID: 304462-39<br>MISS VIRGINIA E SHANKS<br>326 N ADAMS ST<br>QUINCY FL 32351 |
| CREDITOR ID: 304463-39<br>MISSY LEE HOFFMAN<br>8707 EDNAM PLACE<br>TAMPA FL 33604 | CREDITOR ID: 304464-39<br>MISTI BAKER<br>1464 BOLTON RD<br>ALEXANDER  CITY AL 35010 | CREDITOR ID: 304465-39<br>MISTI D KILGORE<br>502 S FREMONT AVE APT 1004<br>TAMPA FL 33606 |
| CREDITOR ID: 304466-39<br>MISTIE M CLECKLER<br>824 CO RD 216<br>THORSBY AL 35171 | CREDITOR ID: 304467-39<br>MISTY MICHELLE HAYNES<br>1201 EAST MAIN STREET<br>SPINDALE NC 28160 | CREDITOR ID: 304468-39<br>MISTY MILLSAPS<br>3428 WILKINSON PIKE<br>MARYVILLE TN 37801 |
| CREDITOR ID: 304469-39<br>MISTY OGBORN<br>1763 MAIN ST APT 224F<br>DUNEDIN FL 34698 | CREDITOR ID: 304470-39<br>MISTY S HUGGINS<br>2610 IKE BRUNSON RD<br>ALCOLU SC 29001 | CREDITOR ID: 304471-39<br>MITCHEL L GUILLIAMS<br>139 RETURN RD<br>ROANOKE VA 24019 |
| CREDITOR ID: 304472-39<br>MITCHELL C COMPTON<br>10787 N 112TH PL<br>SCOTTSDALE AZ 85259 | CREDITOR ID: 304473-39<br>MITCHELL DAVID DORNBUSCH<br>3804 PARK AVE<br>LATONIA  LAKES KY 41015 | CREDITOR ID: 304474-39<br>MITCHELL DAVID WILSON<br>12015 N ROME AV<br>TAMPA FL 33612 |
| CREDITOR ID: 304475-39<br>MITCHELL E HIGGINBOTHAM<br>2031 SKY VISTA DR WEST<br>SEMMES AL 36575 | CREDITOR ID: 304476-39<br>MITCHELL E LEE<br>650 STEWARTS CK RD<br>LEBANON KY 40033 | CREDITOR ID: 304477-39<br>MITCHELL G HARRIS<br>213 E 2ND PL<br>PANAMA  CITY FL 32401 |
| CREDITOR ID: 304478-39<br>MITCHELL HAYWOOD<br>2914 LEISURE PLACE<br>SARASOTA FL 34234 | CREDITOR ID: 304480-39<br>MITCHELL L RUSSELL<br>269 POOR ROBIN RD<br>BAXLEY GA 31513 | CREDITOR ID: 304481-39<br>MITCHELL N BRANDON<br>561 VALLEY GATE DR<br>SIMI  VALLEY CA 93065 |
| CREDITOR ID: 304482-39<br>MITCHELL P MIRE<br>PO BOX 164<br>REDDELL LA 70580 | CREDITOR ID: 304483-39<br>MITCHELL S HUBBARD<br>1105 GREAT OAK ROAD<br>FOREST VA 24551 | CREDITOR ID: 304484-39<br>MITCHELL SCHULZ<br>575 21 STREET NW<br>NAPLES FL 33964 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                                CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 304485-39<br>MITCHELL T STRZELECKI & ANN<br>STRZELECKI JT TEN<br>6038 W PETERSON AVE<br>CHICAGO IL 60646 | CREDITOR ID: 304486-39<br>MITCHELL W HALCOMB<br>532 SPARROW BRANCH CIR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 304487-39<br>MITCHELLE HOBSON<br>9079 PIKE RD<br>MONTVALE VA 24122 |
| CREDITOR ID: 304488-39<br>MITZI E BASS<br>660 E TEN MILE RD<br>PENSACOLA FL 32514 | CREDITOR ID: 304489-39<br>MITZI GAYLE LEE<br>1937 BENAJA RD<br>REIDSVILLE NC 27320 | CREDITOR ID: 304490-39<br>MITZI GLASSCOCK<br>E9144 COUNTY HIGHWAY V<br>NEW  AUBURN WI 54757 |
| CREDITOR ID: 304491-39<br>MITZI HERRERA<br>4313 SOUTH WEST 21 PLACE<br>CAPE  CORAL FL 33914 | CREDITOR ID: 304492-39<br>MITZI K NUZUM<br>858 COLSON DRIVE<br>ARLINGTON TX 76002 | CREDITOR ID: 304493-39<br>MITZIE A GERVAIS<br>5956 E DEVON LANE<br>INVERNESS FL 34452 |
| CREDITOR ID: 304494-39<br>MOHAMED R GAFFOUR<br>15768 SW 91 ST<br>MIAMI FL 33196 | CREDITOR ID: 304495-39<br>MOHAMED SHAHEEM-JUMAN<br>7271 SW 14TH STREET<br>MIAMI FL 33144 | CREDITOR ID: 304496-39<br>MOHAMMAD FARAJI<br>4726 FORELAND PL<br>ORLANDO FL 32812 |
| CREDITOR ID: 304497-39<br>MOHAMMAD M HASAN<br>14541 HARRIS PL<br>MIAMI  LAKES FL 33014 | CREDITOR ID: 304498-39<br>MOLLIE ANN SMITH<br>PO BOX 165<br>SUMTERVILLE FL 33585 | CREDITOR ID: 304499-39<br>MOLLIE C DAVIS<br>P O BOX 1907<br>COLLEYVILLE TX 76034 |
| CREDITOR ID: 304500-39<br>MOLLIE D PHILLIPS<br>306 BIRCHWOOD LN<br>MAULDIN SC 29662 | CREDITOR ID: 304501-39<br>MOLLIE DAWN BRYANT<br>306 BIRCHWOOD LN<br>MAULDIN SC 29662 | CREDITOR ID: 304502-39<br>MOLLIE K MANNES<br>2148 ALGERIA ST NE<br>PALM  BAY FL 32905 |
| CREDITOR ID: 304503-39<br>MOLLIE S WATERS<br>7629 SUNWOOD DR<br>JACKSONVILLE FL 32256 | CREDITOR ID: 304504-39<br>MOLLY ANN PANNELL<br>308 MEADOW LN<br>NEW  ALBANY MS 38652 | CREDITOR ID: 304505-39<br>MOLLY B RIDDLE<br>4750 WHEELAND RD<br>LITTLE  MTN SC 29075 |
| CREDITOR ID: 304506-39<br>MONA B GILBERT<br>5313 GREENSPORT RD<br>OHATCHEE AL 36271 | CREDITOR ID: 304507-39<br>MONA DEGRUY<br>17326 DEERPATH COURT<br>PRAIRIEVILLE LA 70769 | CREDITOR ID: 304509-39<br>MONA FAYE C BLACK<br>5553 OLEANDER DR<br>WILMINGTON NC 28403 |
| CREDITOR ID: 304510-39<br>MONA FORREST<br>5700 COLLINS AVE APT 8E<br>MIAMI  BCH FL 33140 | CREDITOR ID: 304511-39<br>MONA G HAYMON<br>P O BOX 680362<br>FORT  PAYNE AL 35968 | CREDITOR ID: 304512-39<br>MONA L CILANO<br>13017 VENTRESS RD<br>VENTRESS LA 70783 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304513-39<br>MONA L JONES<br>4760 SW 12TH CT<br>FORT LAUDERDALE FL 33317 | CREDITOR ID: 304514-39<br>MONA L JONES & CARROL C<br>JONES JT TEN<br>4760 SW 12TH CT<br>FORT LAUDERDALE FL 33317 | CREDITOR ID: 304515-39<br>MONA L LACROIX<br>160 GINA STREET<br>RAYNE LA 70578 |
| CREDITOR ID: 304516-39<br>MONA L SLAUGHTER & RONALD D<br>SLAUGHTER JT TEN<br>6327 SW 1ST ST<br>MARGATE FL 33068 | CREDITOR ID: 304517-39<br>MONA LEANNE HAIN & DAVID<br>BRUCE HAIN JT TEN<br>4037 ALVORD DR<br>FORT IRWIN CA 92310 | CREDITOR ID: 304518-39<br>MONA M MCDONALD<br>295 11TH ST<br>CHULUOTA FL 32766 |
| CREDITOR ID: 304519-39<br>MONA R SERBER<br>3725 PACKARD AVE<br>ST CLOUD FL 34772 | CREDITOR ID: 304520-39<br>MONA S RASMUSSEN<br>7301 NW 16TH ST APT D174<br>PLANTATION FL 33313 | CREDITOR ID: 304521-39<br>MONETTE F SPRADLING<br>5361 CR 3204<br>CAMPBELL TX 75422 |
| CREDITOR ID: 304522-39<br>MONETTE WRIGHT<br>1263 SCOVILLE RD<br>LEXINGTHON KY 40502 | CREDITOR ID: 304523-39<br>MONICA A GOODEN<br>120 RIVERLANDS DRIVE<br>LAPLACE LA 70068 | CREDITOR ID: 304524-39<br>MONICA ANN BURNETT<br>2841 LORD ST<br>ST AUGUSTINE FL 32084 |
| CREDITOR ID: 304525-39<br>MONICA CRESCENTI<br>5494 FOREST DRIVE<br>LOGANVILLE GA 30249 | CREDITOR ID: 304526-39<br>MONICA DELLIHOUE<br>5610 SAMOVAR DR<br>NEW ORLEANS LA 70126 | CREDITOR ID: 304527-39<br>MONICA FIELDS & MARK FIELDS<br>JT TEN<br>4817 STATE RT 132<br>MORROW OH 45152 |
| CREDITOR ID: 304528-39<br>MONICA G CLEMENT<br>10463 GREENWELL SPRINGS<br>LOT 25<br>BATON ROUGE LA 70814 | CREDITOR ID: 304529-39<br>MONICA JOUBERT<br>224 ST ZENO DR<br>CHURCH POINT LA 70525 | CREDITOR ID: 304530-39<br>MONICA LAUREL<br>19264 S GARDENIA AVE<br>WESTON, FL 33332 |
| CREDITOR ID: 304533-39<br>MONICA MACKENZIE CUST FOR<br>NOAH DAVID MACKENZIE UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>1624 RIVER BLUFF RD NORTH<br>JACKSONVILLE FL 32211 | CREDITOR ID: 304532-39<br>MONICA MACKENZIE CUST FOR<br>JORDAN ANDREW MACKENZIE UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>1624 RIVER BLUFF RD NORTH<br>JACKSONVILLE FL 32211 | CREDITOR ID: 304531-39<br>MONICA MACKENZIE CUST FOR<br>CHELSEA FEE MACKENZIE UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>1624 RIVER BLUFF RD NORTH<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 304534-39<br>MONICA MARIA TILLIE<br>4091 SE 22ND AVE APT B<br>OCALA FL 34471 | CREDITOR ID: 304535-39<br>MONICA MARIE BALZANO<br>1618 BROADFIELD ROAD APT B<br>NORFOLK VA 23503 | CREDITOR ID: 304536-39<br>MONICA NELSON<br>1350 JULIUS DRIVE<br>SALISBURY NC 28147 |
| CREDITOR ID: 304537-39<br>MONICA S LAWLESS<br>RR 2 BOX 434 A<br>SOUTH SHORE KY 41175 | CREDITOR ID: 304538-39<br>MONICA S MAPLES<br>PO BOX 1075<br>ASHLAND AL 36251 | CREDITOR ID: 304539-39<br>MONICA SITES<br>87471 HAVEN ROAD<br>YULEE FL 32097 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304540-39<br>MONIQUE COOPER<br>2195 NW 130TH ST<br>MIAMI FL 33167 | CREDITOR ID: 304541-39<br>MONIQUE M ROME<br>ATTN MONIQUE ROME REMONDET<br>P O BOX 265<br>PAULINA LA 70763 | CREDITOR ID: 304542-39<br>MONIQUE PERRY<br>201 WOODLEA HOLLOW LANE<br>GREENSBORO NC 27406 |
| CREDITOR ID: 304543-39<br>MONIQUE R ROLLE<br>2657 SUMMITVIEW DR<br>LAKELAND FL 33813 | CREDITOR ID: 304544-39<br>MONROE ANTHONY BROWN<br>3721 ROGERS DR<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 304545-39<br>MONROE HENDERSON<br>7801 KRAMER CT<br>FORT WORTH TX 76112 |
| CREDITOR ID: 304546-39<br>MONROE M VEAL<br>RR 1 BOX 1550<br>ST GEORGE GA 31646 | CREDITOR ID: 304547-39<br>MONTE JON BAYLESS<br>1811 WANDA LANE<br>PRATTVILLE AL 36067 | CREDITOR ID: 304548-39<br>MONTE L BATTS<br>24 REDWOOD CT<br>CLAYTON NC 27520 |
| CREDITOR ID: 304549-39<br>MONTE LEE CUNNINGHAM<br>3339 E JAEGER CIR<br>MESA AZ 85213 | CREDITOR ID: 304550-39<br>MONTE V HUNDLEY<br>5301 BILLTOWN RD<br>LOUISVILLE KY 40299 | CREDITOR ID: 304551-39<br>MONTEEN FERSCH<br>3515 69TH ST<br>P O BOX 202<br>WINTER BEACH FL 32971 |
| CREDITOR ID: 304552-39<br>MONTI MENGEDOHT HANGER<br>83 RUTLEDGE AVE<br>CHARLESTON SC 29401 | CREDITOR ID: 304553-39<br>MONTY ANDERSON<br>3418 LAFITTES CV<br>FLOYDS KNOBS IN 47119 | CREDITOR ID: 290712-39<br>MOODY, GAIL PENLAND<br>77 DAISEY AVENUE<br>WAYNESVILLE NC 28786 |
| CREDITOR ID: 279531-39<br>MOORE, A. J. & MARIE, JT TEN<br>1706 SAM HOUSTON STREET<br>SWEETWATER TX 79556 | CREDITOR ID: 305847-39<br>MOORE, RENEE E (MINOR)<br>C/O PATRICK M MOORE CUST<br>48 WARREN RD<br>MILLVILLE DE 19967 | CREDITOR ID: 308572-39<br>MORBACH, ROBERT NICHOLAS, TRUSTEE<br>FAMILY TRUST LAURA M SCOTT<br>1313 LONE OAK CIR<br>NASHVILLE TN 37215 |
| CREDITOR ID: 304554-39<br>MORELLE COOK JONES<br>20 WESPANEE DR<br>CHARLESTON SC 29407 | CREDITOR ID: 304555-39<br>MORGAN DEREK BLOODWORTH<br>146 MCCULLAR WEAVER RD SW<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 290458-39<br>MORGAN, FRANK T<br>1977 HENDERSON MILL RD<br>COVINGTON GA 30014 |
| CREDITOR ID: 304556-39<br>MORITA CRYMES BATEMAN<br>202 N ROCK RD APT 517<br>WICHITA KS 67206 | CREDITOR ID: 304557-39<br>MORRIS A DOUGLAS<br>5231 CONSTANCE ST<br>NEW ORLEANS LA 70115 | CREDITOR ID: 304558-39<br>MORRIS B STONE<br>11601 NEW CHEMSTRAND ROAD<br>PENSACOLA FL 32514 |
| CREDITOR ID: 304559-39<br>MORRIS C JENRETTE<br>668 COLLIER LAKE CIRCLE<br>SEBASTIAN FL 32958 | CREDITOR ID: 304560-39<br>MORRIS D LEVITT & RHODA B<br>LEVITT JT TEN<br>3519 BAYSHORE VILLAS DR<br>MIAMI FL 33133 | CREDITOR ID: 304561-39<br>MORRIS E SINGLETON<br>2241 FOSTER DR<br>TALLAHASSEE FL 32303 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304562-39<br>MORRIS EADY<br>119 RUZELLE DR SE<br>ATLANTA GA 30354 | CREDITOR ID: 304563-39<br>MORRIS L CAMPBELL<br>3846 DEAN DR<br>MACON GA 31216 | CREDITOR ID: 304564-39<br>MORRIS L HOLLOWELL<br>15185 C R 173 N<br>KILGORE TX 75662 |
| CREDITOR ID: 304565-39<br>MORRIS M COHEN CUST FOR<br>MURRAY M COHEN<br>A/M/U/T/L/O/GA<br>7318 SARIMENTO PL<br>DELRAY  BEACH FL 33446 | CREDITOR ID: 304566-39<br>MORRIS M OSHEA & LYNN OSHEA<br>JT TEN<br>405 RACCOON LANE<br>LORIDA FL 33857 | CREDITOR ID: 304567-39<br>MORRIS MCNEILL<br>157-15 134TH AVE<br>JAMAICA NY 11434 |
| CREDITOR ID: 304568-39<br>MORRIS P COLOMBRITA<br>313 WEST PARK AVE<br>TAMPA FL 33602 | CREDITOR ID: 304569-39<br>MORRIS R RICHTER<br>4149 GOLDEN GATE PKWY #103<br>NAPLES FL 34116 | CREDITOR ID: 304570-39<br>MORRIS RAY KENNEDY<br>10210 DONEGAL RD N<br>CHESTERFIELD VA 23832 |
| CREDITOR ID: 304571-39<br>MORRIS TAYLOR<br>998 NW 201 ST<br>MIAMI FL 33169 | CREDITOR ID: 281509-39<br>MORRIS, BARBARA<br>1472 SILVER BILL LANE<br>ORANGE  PARK FL 32003 | CREDITOR ID: 304572-39<br>MORTON B MORGENSTERN<br>1513 WORTHINGTON PL<br>GREENSBORO NC 27410 |
| CREDITOR ID: 304573-39<br>MORTON L LIPTON<br>4750 SW 128TH AVE<br>FORT  LAUDERDALE FL 33330 | CREDITOR ID: 304574-39<br>MOSE THOMAS<br>570 BOOTH ST<br>PRATTVILLE AL 36067 | CREDITOR ID: 280227-39<br>MOSER, AMY & MARK,  JT TEN<br>3659 ASHHILL CT<br>CINCINNATI OH 45247 |
| CREDITOR ID: 304575-39<br>MOSES A OWENS<br>1002 E AVE 24TH ST<br>TAMPA FL 33605 | CREDITOR ID: 304576-39<br>MOSES FULLWOOD<br>2982 NW 64TH ST<br>MIAMI FL 33147 | CREDITOR ID: 290829-39<br>MOSES,  LINDSEY MARIE (MINOR)<br>C/O GARY L MOSES CUST<br>155 QUARTER HORSE LN<br>ALPINE AL 35014 |
| CREDITOR ID: 281606-39<br>MOSES, EMILIE ANN (MINOR)<br>C/O BARRY T MOSES CUST<br>1000 EAGLE PASS WAY<br>ANNISTON AL 36207 | CREDITOR ID: 295082-39<br>MOSES, HOLLY KAY (MINOR)<br>C/O JEFFREY S MOSES CUST<br>240 MITCHELL RD<br>TALLADEGA AL 35160 | CREDITOR ID: 281607-39<br>MOSES, JOSHUA VERNON (MINOR)<br>C/O BARRY T MOSES CUST<br>1000 EAGLE PASS<br>ANNISTON AL 36207 |
| CREDITOR ID: 290828-39<br>MOSES, LACY R LEWIS  (MINOR)<br>C/O GARY L MOSES CUST<br>155 QUARTER HORSE LN<br>ALPINE AL 35014 | CREDITOR ID: 285927-39<br>MOSLEK JR, DANIEL M<br>7872 62ND WAY<br>PINELLAS PARK FL 33781 | CREDITOR ID: 304577-39<br>MOULTRIE Q ROBERTS JR &<br>MARIAN S ROBERTS JT TEN<br>1514 MOWER ST<br>NEWBERRY SC 29108 |
| CREDITOR ID: 304578-39<br>MOUNT CARMEL BAPTIST CHURCH<br>607 BUFORD RD<br>UTICA KY 42376 | CREDITOR ID: 304579-39<br>MOUNTAIN OUTREACH<br>SECURITIES CO<br>C/O GEORGE REUSCH PRES<br>926 W JEFFERSON ST<br>BEREA KY 40403 | CREDITOR ID: 304580-39<br>MOZELL M HEROLD & PAUL C<br>HEROLD JT TEN<br>RT 26 BOX 596M<br>LAKE  CITY FL 32024 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

CREDITOR ID: 305466-39
MOZINGO, LISA NICOLE (MINOR)
C/O PAMELA WILSON MOZINGO CUST
1637 MARK HERRING RD
SEVEN  SPRINGS NC 28578

CREDITOR ID: 304581-39
MRYA E MELTON
9733 EXTENSION RD
LAUDERDALE MS 39335

CREDITOR ID: 304582-39
MS ANITA SUAREZ
2241 E 32ND ST
NATIONAL  CITY CA 91950

CREDITOR ID: 304583-39
MUFEEDEH E EWAIS
6102 TUSCONY CIRCLE
JACKSONVILLE FL 32277

CREDITOR ID: 304584-39
MUHAMMAD TAHIR
5112 MACARTHUR BLVD NW 104
WASHINGTON DC 20016-3334

CREDITOR ID: 304165-39
MULKEY, JACOB (MINOR)
C/O MICHELE MULKEY CUST
6441 FOSTER ST
JUPITER FL 33458

CREDITOR ID: 285101-39
MUNDY, CLAUDIA D
135 SHILOH COURT
WEATHERFORD TX 76085

CREDITOR ID: 304585-39
MURIEL A CLINGAN
9314-42ND ST
PINELLAS  PARK FL 33782

CREDITOR ID: 304586-39
MURIEL A MABRY & CLYDE W
MABRY JT TEN
1558 CONEWAY CT
MIDDLEBURG FL 32068

CREDITOR ID: 304587-39
MURIEL A MOUKAD
11001 LAKEVIEW S DR
PEMBROOK  PINES FL 33026

CREDITOR ID: 304588-39
MURIEL LOFTUS & ALFRED
LOFTUS JT TEN
4175 QUAILWOOD DR
ST  CLOUD FL 34772

CREDITOR ID: 304589-39
MURIEL M MARKS
4018 N LAWLER AVE
CHICAGO IL 60641

CREDITOR ID: 304590-39
MURIEL V BRUNGARD
9 LAKEWOOD WAY
CHICO CA 95926

CREDITOR ID: 304591-39
MURLIE CAYLOR NEAL
299 CHESTNUT ST
PENSACOLA FL 32506

CREDITOR ID: 304592-39
MURNELL MERRITT CUST JIMMY
GARY MERRITT UND UNIF GIFT
MIN ACT FL
6107 FAIRLAWN DR
ORLANDO FL 32809

CREDITOR ID: 280491-39
MURO, ANGELO & MARY, JT TEN
7971 NW 20TH CT
SUNRISE FL 33322

CREDITOR ID: 304593-39
MURRAY A RIMES
1531 BISCAYNE WAY
MARCO FL 33937

CREDITOR ID: 304594-39
MURRAY A RIMES & JOANNE
RIMES JT TEN
1531 BISCAYNE WAY
MARCO FL 33937

CREDITOR ID: 304595-39
MURRAY D WELCH
2807 NE OLD BLUE SPRINGS RD
LEE FL 32059

CREDITOR ID: 304596-39
MURRAY GILLEY JR CUST BRYSON
LEE GILLEY UNIF TRANS MIN
ACT FL
615 MAIN ST
CHIPLEY FL 32428

CREDITOR ID: 304597-39
MURRAY M JOHNSON
103 GALLMAN RD
PROSPERITY SC 29127

CREDITOR ID: 287530-39
MURRAY, DIANNE E
11199 102ND AVE
LARGO FL 33778

CREDITOR ID: 304599-39
MURRELL H HINES & CONNIE H
HINES JT TEN
2329 NE CR 337
HIGH  SPRINGS FL 32643

CREDITOR ID: 304600-39
MUSA AKEL
4921 KINGSMEADOW LN
JACKSONVILLE FL 32217

CREDITOR ID: 304601-39
MYLA A GLOAD
440 W 28TH ST
RIVIERA  BEACH FL 33404

CREDITOR ID: 304602-39
MYLES BRENT BOCCARDI
9550 W INDORE DRIVE
LITTLETON CO 80127

CREDITOR ID: 304603-39
MYRA B LOWIE
1255 DYAR RD
SENECA SC 29672

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 304604-39
MYRA B TREXLER & MICHAEL A
TREXLER JT TEN
175 BARRINGER RD
SALISBURY NC 28147

CREDITOR ID: 304605-39
MYRA BARBEE TREXLER
175 BARRINGER RD
SALISBURY NC 28147

CREDITOR ID: 304606-39
MYRA BLACK
18547 ANDREW JACKSON AVENUE
PRAIRIEVILLE LA 70769

CREDITOR ID: 304607-39
MYRA G GAUTHE
4856 HWY 308
NAPOLEONVILLE LA 70390

CREDITOR ID: 304608-39
MYRA J BANTA
447 LAGOON CT
KENANSVILLE FL 34739

CREDITOR ID: 304609-39
MYRA J HOWARD
101 SHADY LANE
TAYLORS SC 29687

CREDITOR ID: 304610-39
MYRA JEAN M EDEL
340 S WATER ST
KEYSER WV 26726

CREDITOR ID: 304611-39
MYRA JOYCE LARSON
334 CENTURA DR
ORANGE  PARK FL 32073

CREDITOR ID: 304612-39
MYRA L COCHRAN
400 WHIPPOORWILL
RUSSELLVILLE AL 35654

CREDITOR ID: 304613-39
MYRA L KIRBY
326 WAVREL LN
MANCHESTER NH 03081

CREDITOR ID: 304614-39
MYRA L MCKOLIC
6516 GRAND CENTRAL PKY
FLUSHING NY 11375

CREDITOR ID: 304615-39
MYRA L TAYLOR
400 WHIPPORWILL CRL
RUSSELLVILLE AL 35653

CREDITOR ID: 304616-39
MYRA L TAYLOR & JAMES W
TAYLOR JT TEN
400 WHIPPORWILL CRL
RUSSELLVILLE AL 35653

CREDITOR ID: 304617-39
MYRA MERRILL MOORE
220 PINEHURST DRIVE
STOCKBRIDGE GA 30281

CREDITOR ID: 304618-39
MYRA S GOLDEN & JAMES I R
GOLDEN JT TEN
606 CAROL VILLA DR
MONTGOMERY AL 36109

CREDITOR ID: 304619-39
MYRANA L HERSEY
2398 STONEWOOD LANE
LEXINGTON KY 40509

CREDITOR ID: 304620-39
MYRL R FRENCH & KATHRYN W
FRENCH JT TEN
540 KEENAN
FT  MYERS FL 33919

CREDITOR ID: 304621-39
MYRL S WILLIAMS & CLAYTON J
WILLIAMS JT TEN
1239 CHAUCER LN
ATLANTA GA 30319

CREDITOR ID: 304622-39
MYRNA G MYERS
294 COUNTY RD 360
ALBERTVILLE AL 35950

CREDITOR ID: 304623-39
MYRNA L REED
C/O REINEKE
PO BOX 1029
ROSMAN NC 28772

CREDITOR ID: 304624-39
MYRNA R RAETZ & WALTER E
RAETZ JT TEN
58 N STUART CIR
LAKE  WORTH FL 33463

CREDITOR ID: 304625-39
MYRON BOYD SR
PO BOX 762
BOUTTE LA 70039

CREDITOR ID: 304626-39
MYRON GOLDSTEIN
9088C SW 22ND ST
BOCA  RATON FL 33428

CREDITOR ID: 304627-39
MYRON NEVAREZ
6639 DURANGO CT
ORLANDO FL 32809

CREDITOR ID: 304628-39
MYRON O CROWE & KERI L CROWE
TEN COM
19137 HILTON CROWE RD
FRANKLINTON LA 70438

CREDITOR ID: 304629-39
MYRON R HOBGOOD & RICHARD E
HOBGOOD JT TEN
PO BOX 546
PICAYUNE MS 39466

CREDITOR ID: 304630-39
MYROSLAW BEZPALKO & OLGA
BEZPALKO JT TEN
305 LOPEZ PL
SOCORRO NM 87801

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304631-39<br>MYRTHA L JORDAN<br>4737 BLUE HAVEN DR<br>HUNTSVILLE AL 35810 | CREDITOR ID: 304632-39<br>MYRTICE ENGLISH<br>10307 YATES DRIVE<br>OLIVE BRANCH MS 38654 | CREDITOR ID: 304633-39<br>MYRTIS SARGENT<br>3473 HWY 16 E<br>SHARPSBURG GA 30277 |
| CREDITOR ID: 304634-39<br>MYRTLE B AVANT<br>302 PINELAND RD<br>WALTERBORO SC 29488 | CREDITOR ID: 304635-39<br>MYRTLE B FLEMING & BETTY<br>GEISTWEIDT JT TEN<br>604 S EAGLE ST APT 313<br>FREDERICKBERG TX 78624 | CREDITOR ID: 304636-39<br>MYRTLE B GARVIN<br>19 HEWLETT RD<br>BEAUFORT SC 29902 |
| CREDITOR ID: 304637-39<br>MYRTLE CATHERINE MARLAR<br>225 BELLHAMMON FOREST DR<br>ROCKY POINT NC 28457 | CREDITOR ID: 304638-39<br>MYRTLE E STOUT<br>145 EARL AVE<br>ELIZABETHTON TN 37643 | CREDITOR ID: 304639-39<br>MYRTLE FAYE STROUD<br>401 MILL CABIN RD<br>NINETY SIX SC 29666 |
| CREDITOR ID: 304640-39<br>MYRTLE GADDIE<br>1301 E LAMBRIGHT ST<br>TAMPA FL 33604 | CREDITOR ID: 304641-39<br>MYRTLE GADDIE & HOWARD B<br>GADDIE JT TEN<br>1301 E LAMBRIGHT ST<br>TAMPA FL 33604 | CREDITOR ID: 304642-39<br>MYRTLE HYATTLINE RAINFORD<br>5691 GRAMERCY DR<br>WEST PALM BEACH FL 33407 |
| CREDITOR ID: 304643-39<br>MYRTLE M MAGENHEIMER<br>350 MAIN ST<br>CHATHAM NJ 07928 | CREDITOR ID: 304644-39<br>MYRTLE SMITH<br>ATTN WILSON D SMITH<br>107 IDLEWILD AVENUE<br>TAYLORS SC 29687 | CREDITOR ID: 304645-39<br>MYRUN L ALBRITTON & BARBARA<br>ALBRITTON JT TEN<br>1431 53RD AVE N<br>ST PETERSBURG FL 33703 |
| CREDITOR ID: 304646-39<br>N HEYWARD CLARKSON<br>110 COLLINS CREEK RD<br>GREENVILLE SC 29607 | CREDITOR ID: 304648-39<br>N KATHERINE HINSON CUST FOR<br>THOMAS ERIC HINSON UNIFORM<br>TRANSFER TO MINORS ACT SC<br>600 N PARAHAM RD<br>CLOVER SC 29710 | CREDITOR ID: 304647-39<br>N KATHERINE HINSON CUST FOR<br>NANCY KATHERINE HINSON<br>UNIFORM TRANSFER TO MINORS<br>ACT SC<br>600 N PARAHAM RD<br>CLOVER SC 29710 |
| CREDITOR ID: 304650-39<br>N KATHERINE MCDONALD HINSON<br>CUST FOR NANCY KATHERINE<br>HINSON UNDER SC UNIFORM<br>GIFTS TO MINORS ACT<br>600 N PARAHAM RD<br>CLOVER SC 29710 | CREDITOR ID: 304651-39<br>N KATHERINE MCDONALD HINSON<br>CUST FOR THOMAS ERIC HINSON<br>UNDER SC UNIF TRANSFERS TO<br>MINORS ACT<br>600 N PARAHAM RD<br>CLOVER SC 29710 | CREDITOR ID: 304649-39<br>N KATHERINE MCDONALD HINSON<br>CUST FOR NANCY KATHERINE<br>HINSON UNDER SC UNIF<br>TRANSFERS TO MINORS ACT<br>600 N PARAHAM RD<br>CLOVER SC 29710 |
| CREDITOR ID: 304653-39<br>N LEO DAUGHTRY<br>PO BOX 1264<br>SMITHFIELD NC 27577 | CREDITOR ID: 304654-39<br>N POLK WOOLFORD<br>2028 SWEET BRIAR LN<br>JACKSONVILLE FL 32217 | CREDITOR ID: 304655-39<br>NADA JEAN GRAHAM<br>C/O NADA JEAN KINSEY<br>1000 RUSSELL RD<br>EVESMAN TX 76140 |
| CREDITOR ID: 304656-39<br>NADA P PAGE<br>P O BOX 727<br>SHALIMAR FL 32579 | CREDITOR ID: 304657-39<br>NADEEN GREEN & WAYNE C GREEN<br>& CAROL TEDDER JT TEN<br>1533 INGRAM DR<br>SUN CITY CENTER FL 33573 | CREDITOR ID: 304658-39<br>NADENE A HANSEN<br>295 DRISKELL ST NE<br>PALM BAY FL 32907 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 304659-39<br>NADER N ANDREWS<br>14396 PABLO BAY DR<br>JACKSONVILLE FL 32224 | CREDITOR ID: 304660-39<br>NADIA LALJIE<br>1970 EXCALIBUR DR<br>ORLANDO FL 32822 | CREDITOR ID: 304661-39<br>NADINE B WELLS<br>1753 EAST FRISCO DR<br>LAPLACE LA 70068 |
| CREDITOR ID: 304662-39<br>NADIR R LOTHAN<br>7870 SW 3RD ST<br>NORTH  LAUDERDALE FL 33068 | CREDITOR ID: 293285-39<br>NADLER, JACLYN S & KIRK E JT TEN<br>15320 SW 106 TERR, APT 1114<br>MIAMI FL 33196 | CREDITOR ID: 304663-39<br>NAFEES BATLA<br>914 CHERRY VALLEY WY<br>ORLANDO FL 32828 |
| CREDITOR ID: 304664-39<br>NAIROON CRICHLOW & ALLAN K<br>CRICHLOW JT TEN<br>19390 NW 57TH CT<br>HIALEAH FL 33015 | CREDITOR ID: 304665-39<br>NAMSOOK DOGAN<br>524 PENMAN ROAD<br>JACKSONVILLE FL 32250 | CREDITOR ID: 304666-39<br>NAN B MINNIX<br>1502 WEST 11TH ST<br>PANAMA  CITY FL 32401 |
| CREDITOR ID: 304667-39<br>NAN C CONE<br>1B E SECOND WAY<br>GREENVILLE FL 32331 | CREDITOR ID: 304668-39<br>NAN C GRAY<br>128 KING GEORGE WAY<br>COLUMBIA SC 29210 | CREDITOR ID: 304669-39<br>NAN L MILLER<br>7503 NORWICH BLVD<br>LOUISVILLE KY 40258 |
| CREDITOR ID: 304670-39<br>NAN L MILLER & JOHN T MILLER<br>JT TEN<br>7503 NORWICH BLVD<br>LOUISVILLE KY 40258 | CREDITOR ID: 304671-39<br>NAN MORRIS ASTERS<br>1225 WINWOOD COVE<br>TUPELO MS 38801 | CREDITOR ID: 304672-39<br>NANCEE OBRYANT<br>1989 OLD MILTON ROAD<br>CLINTON SC 29325 |
| CREDITOR ID: 304673-39<br>NANCI L GHI<br>PO BOX 2384<br>SUMTER SC 29151 | CREDITOR ID: 304674-39<br>NANCI TURNER-SHULTS &<br>CHARLEY SHULTS JT TEN<br>402 OFFICE PARK DRIVE<br>SUITE 111<br>BIRMINGHAM AL 35205 | CREDITOR ID: 304675-39<br>NANCY A BENENATI & SAM R<br>BENENATI JT TEN<br>1346 FAIRFIELD DR<br>LILBURN GA 30247 |
| CREDITOR ID: 304676-39<br>NANCY A BYE<br>22 WEST POND CT<br>SMITHTOWN NY 11787 | CREDITOR ID: 304677-39<br>NANCY A DONNER<br>300 E CRESKSIDE PL<br>LAGRANGE KY 40031 | CREDITOR ID: 304678-39<br>NANCY A EISELE<br>944 BAREFOOT BLVD<br>BAREFOOT  BAY FL 32976 |
| CREDITOR ID: 304679-39<br>NANCY A LOVE<br>108 TREY COURT<br>WEST  COLUMBIA SC 29169 | CREDITOR ID: 304680-39<br>NANCY A RIDENOUR<br>2819 DOROTHY ST NE<br>ALBUQUERQUE NM 87112 | CREDITOR ID: 304681-39<br>NANCY ALLEN KING<br>9815 ASHLEY DR<br>SEMINOLE FL 33772 |
| CREDITOR ID: 304682-39<br>NANCY ANN JORGENSEN<br>8417 SPLIT CREEK CI<br>LAKELAND FL 33809 | CREDITOR ID: 304683-39<br>NANCY ANN MANNIX APPLEGATE<br>1506 NINA RD<br>JEFFERSONVILLE IN 47130 | CREDITOR ID: 304684-39<br>NANCY B BUSBY TTEE U-A DTD<br>2/1/90 F-B-O<br>BUSBY FAMILY TRUST<br>8756 MARIN CIR APT 514D<br>HUNTINGTON  BEACH CA 92646 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304685-39<br>NANCY B HYSELL<br>511 W KALMIA DR APT 7<br>LAKE PARK FL 33403 | CREDITOR ID: 304686-39<br>NANCY B MAKEEVER & DONALD C<br>MAKEEVER JT TEN<br>4504 3RD AVE E<br>BRADEN RIVER FL 34208 | CREDITOR ID: 304687-39<br>NANCY B OGREN<br>1424 FREDERICK ST<br>SHELBY NC 28150 |
| CREDITOR ID: 304691-39<br>NANCY B RITTER & TALMAGE B<br>BOOTH III TTEE|CINDI B<br>PHIPPS RETIREMENT TRUST U-A<br>DTD 05-14-91<br>251 W CENTRAL AVE #160<br>SPRINGBORO OH 45066 | CREDITOR ID: 304690-39<br>NANCY B RITTER & TALMAGE B<br>BOOTH III TTEES|PATRICIA B<br>HAGEDORN RETIREMENT TRUST<br>U-A DTD 05-14-91<br>251 W CENTRAL AVE #160<br>SPRINGBORO OH 45066 | CREDITOR ID: 304689-39<br>NANCY B RITTER & TALMAGE B<br>BOOTH III TTEES|LINDA B<br>MAINLAND RETIREMENT TRUST<br>U-A DTD 05-14-91<br>251 W CENTRAL AVE #160<br>SPRINGBORO OH 45066 |
| CREDITOR ID: 304688-39<br>NANCY B RITTER & TALMAGE B<br>BOOTH III TTEES|DEBRA B SHEA<br>RETIREMENT TRUST U-A DTD<br>05-14-91<br>251 W CENTRAL AVE #160<br>SPRINGBORO OH 45066 | CREDITOR ID: 304692-39<br>NANCY B RITTER TTEE TALMAGE<br>B BOOTH III|RETIREMENT TRUST<br>U-A DTD 05-14-91<br>1201 CUNNINGHAM CK<br>JACKSONVILLE FL 32259 | CREDITOR ID: 304693-39<br>NANCY B RITTER TTEE U-A<br>5-14-91 TALMAGE B BOOTH III<br>RETIREMENT TRUST<br>4655 REFUGIO RD<br>FRISCO TX 75034 |
| CREDITOR ID: 304694-39<br>NANCY B RODERICK<br>20626 CALLON DR<br>TOPANGA CA 90290 | CREDITOR ID: 304695-39<br>NANCY B SANBORN<br>8411 BAY RD<br>P O BOX 270<br>GRESHAM SC 29546 | CREDITOR ID: 304696-39<br>NANCY B SMITH<br>382 AVIAN CT<br>ORANGEBURG SC 29118 |
| CREDITOR ID: 304697-39<br>NANCY BACHMAN<br>5488 AUDRO DR<br>CINCINNATI OH 45247 | CREDITOR ID: 304698-39<br>NANCY BALTZ<br>705 RAVINIA RD<br>SHOREWOOD IL 60431 | CREDITOR ID: 304699-39<br>NANCY BELGER TERRELL<br>6070 BRIARFOREST ROAD NORTH<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 304700-39<br>NANCY C BYARD<br>ATTN NANCY C STEVENS<br>216 ALFRED DR<br>CLARKSVILLE TN 37043 | CREDITOR ID: 304701-39<br>NANCY C DUNCAN<br>2802 OLD LUMBERTON RD<br>WHITEVILLE NC 28472 | CREDITOR ID: 304702-39<br>NANCY C HILL<br>321 26TH ST SW<br>WINTER HAVEN FL 33880 |
| CREDITOR ID: 304703-39<br>NANCY C KING<br>25204 LUKE STREET<br>CHRISTMAS FL 32709 | CREDITOR ID: 304704-39<br>NANCY C SHAW<br>10184 CISCO DRIVE<br>JACKSONVILLE FL 32219 | CREDITOR ID: 304705-39<br>NANCY CARMINE FARLEY<br>1032 MEADOW LN<br>BRANDON FL 33511 |
| CREDITOR ID: 304706-39<br>NANCY CAROLYN PITTARD<br>106 HIGH ST<br>OXFORD NC 27565 | CREDITOR ID: 304707-39<br>NANCY CHRISTIAN KRIMENDAHL<br>1420 BRAERIDGE DRIVE<br>BEVERLY HILLS CA 90210 | CREDITOR ID: 304709-39<br>NANCY COLLINS KELLEY &<br>AMANDA CHRISTINA KELLEY JT TEN<br>341 ANGELA COURT<br>LEXINGTON KY 40515 |
| CREDITOR ID: 304710-39<br>NANCY CONNER YOUNG CUST<br>ELIZABETH KRISTEN YOUNG UNIF<br>TRAN MIN ACT SC<br>1 ARCADIA PA<br>MOUNT PLEASANT SC 29464 | CREDITOR ID: 304711-39<br>NANCY D KING<br>P O BOX 315<br>ANDERSON SC 29622 | CREDITOR ID: 304712-39<br>NANCY D KIRBY<br>2918 RUBEN RD<br>MONROE NC 28112 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors,  Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304713-39<br>NANCY DEVOS CUST MICHELLE S<br>DEVOS UNDER THE FL UNIF TRAN<br>MIN ACT<br>8270 NW 49TH MANOR<br>CORAL  SPRINGS FL 33067 | CREDITOR ID: 304714-39<br>NANCY E BAKER<br>#5012<br>1427 CAPRI LANE<br>WESTON FL 33326 | CREDITOR ID: 304715-39<br>NANCY E CARTER<br>9811 NW 67 CT<br>TAMARAC FL 33321 |
| CREDITOR ID: 304716-39<br>NANCY E DECKER<br>UNIT 43<br>12 MT VERNON ST<br>MELROSE MA 02176 | CREDITOR ID: 304717-39<br>NANCY E DOUGHTY<br>714 HOFFMAN BLVD<br>TAMPA FL 33612 | CREDITOR ID: 304718-39<br>NANCY E RICHARDSON<br>10075 GANDY BLVD N LOT 26<br>ST  PETERSBURG FL 33702 |
| CREDITOR ID: 304719-39<br>NANCY ELAINE BAKER<br>#5012<br>1427 CAPRI LANE<br>WESTON FL 33326 | CREDITOR ID: 304720-39<br>NANCY ELAINE CARTER<br>9811 NW 67 CT<br>TAMARAC FL 33321 | CREDITOR ID: 304721-39<br>NANCY F LAMBERT<br>402 4TH ST NE<br>FORT  PAYNE AL 35967 |
| CREDITOR ID: 304722-39<br>NANCY F PUGH<br>448 S MACARTHUR AVE<br>PANAMA  CITY FL 32401 | CREDITOR ID: 304723-39<br>NANCY G BAGGETT<br>217 ROBART RD<br>BRUNSWICK GA 31520 | CREDITOR ID: 304724-39<br>NANCY G DEVOS CUST LAWRENCE<br>DAVID DEVOS UNDER THE FL<br>UNIF TRAN MIN ACT<br>8270 NW 49TH MANOR<br>CORAL  SPRINGS FL 33067 |
| CREDITOR ID: 304725-39<br>NANCY G DINESCU<br>6459 MCCLELLAND ST<br>HOLLYWOOD FL 33024 | CREDITOR ID: 304726-39<br>NANCY G LATORRE<br>605 CRICKET COVE<br>RUSSELLVILLE AR 72801 | CREDITOR ID: 304727-39<br>NANCY G MEEKS & HUBERT L<br>MEEKS JR JT TEN<br>1369 U S HWY 31<br>VERBENA AL 36091 |
| CREDITOR ID: 304728-39<br>NANCY G MONROE<br>104 INDIAN HILLS DR<br>FT  PIERCE FL 34982 | CREDITOR ID: 304729-39<br>NANCY G RACINE & DALE A<br>RACINE JT TEN<br>5081 HESKETT LANE<br>KEYSTONE  HEIGHTS FL 32656 | CREDITOR ID: 304730-39<br>NANCY G SMITH<br>5343 WALKER HORSE DR<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 304731-39<br>NANCY GAINES GOFF<br>216 BONNER AVENUE<br>DAYTONA  BCH FL 32118 | CREDITOR ID: 304732-39<br>NANCY GILLIAM<br>5124 AUSTIN ELLIPSE<br>MOODY  AIRFORCE  BASE GA 31699 | CREDITOR ID: 304733-39<br>NANCY H ROBINSON<br>1333 AVONDALE AVE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 304734-39<br>NANCY H STOVALL<br>215 GRANDVIEW CIR<br>CORNELIA GA 30531 | CREDITOR ID: 304735-39<br>NANCY HAYES YARBOROUGH<br>311 N MAIN ST<br>LOUISBURG NC 27549 | CREDITOR ID: 304736-39<br>NANCY HELEN TOM<br>13225 MEMORIAL HWY<br>TAMPA FL 33635 |
| CREDITOR ID: 304737-39<br>NANCY HOOK<br>320 BATES ST<br>BATESBURG SC 29006 | CREDITOR ID: 304738-39<br>NANCY HOUSE<br>441 BROWN RD<br>FAYETTEVILLE OH 45118 | CREDITOR ID: 304739-39<br>NANCY HUNT MACNEILL<br>1009 SKYLAND DR<br>FRANKLIN NC 28734 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 304740-39<br>NANCY I JORDAN<br>4141 ARGONNE DRIVE<br>VILLA  RICA GA 30180 | CREDITOR ID: 304741-39<br>NANCY IGEL<br>1179 FARMWOOD CIR<br>BATAVIA OH 45103 | CREDITOR ID: 304742-39<br>NANCY J ANSLEY<br>575 SWEETGUM LN<br>BAXLEY GA 31513 |
| CREDITOR ID: 304743-39<br>NANCY J BIEN<br>18996 SE FEARNLEY DR<br>TEQUESTA FL 33469 | CREDITOR ID: 304744-39<br>NANCY J CLARK<br>168 ELMERSTON RD<br>ROCHESTER NY 14620 | CREDITOR ID: 304745-39<br>NANCY J COTTRELL<br>330 INVERNESS AVE<br>VANDALIA OH 45377 |
| CREDITOR ID: 304746-39<br>NANCY J FULLER<br>371 PALMETTO DR<br>HAVANA FL 32333 | CREDITOR ID: 304747-39<br>NANCY J HARRELSON<br>381 WEST PRINCE RD<br>HENDERSONVILLE NC 28792 | CREDITOR ID: 304748-39<br>NANCY J KAISER<br>2360 S SPRING HILL CT<br>YORK SC 29745 |
| CREDITOR ID: 304749-39<br>NANCY J LADER<br>12077 MARYLAND AVE<br>PUNTA  GORDA FL 33955 | CREDITOR ID: 304750-39<br>NANCY J MIMNAUGH<br>1506 N TERRACE LN<br>LIBERTY  LAKE WA 99019 | CREDITOR ID: 304751-39<br>NANCY J SULLIVAN & ROBERT E<br>SULLIVAN JT TEN<br>4361 VINE ROAD<br>PENN  YAN NY 14527 |
| CREDITOR ID: 304752-39<br>NANCY J SYKES & EMMETT S<br>SYKES JT TEN<br>PO BOX 326<br>WOODVILLE FL 32362 | CREDITOR ID: 304753-39<br>NANCY JARVIS LATORRE &<br>JOSEPH R LATORRE JT TEN<br>605 CRICKET COVE<br>RUSSELLVILLE AR 72801 | CREDITOR ID: 304754-39<br>NANCY K HOUSTON<br>6268 ROCKY MOUNTAIN RD<br>COLEMAN  FALLS VA 24536 |
| CREDITOR ID: 304755-39<br>NANCY K LIGHTNER<br>POST OFFICE BOX 67<br>LUTZ FL 33548 | CREDITOR ID: 304756-39<br>NANCY K LUCAS<br>6107 SPARLING HILLS CIRCLE<br>ORLANDO FL 32808 | CREDITOR ID: 304757-39<br>NANCY K POPE<br>PO BOX 123<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 304758-39<br>NANCY KNIGHTEN<br>3890 PAULOWNIA DR<br>SNELLVILLE GA 30278 | CREDITOR ID: 304759-39<br>NANCY KOVATCH & WILLIAM A<br>KOVATCH JT TEN<br>1471 THATCHER DR<br>PAINESVILLE OH 44077 | CREDITOR ID: 304760-39<br>NANCY L BUSHY<br>PO BOX 6311<br>FERN  BEACH FL 32035 |
| CREDITOR ID: 304761-39<br>NANCY L CARROLL<br>8868 BRIER WAY S<br>JACKSONVILLE FL 32221 | CREDITOR ID: 304762-39<br>NANCY L CASE<br>105 SE 167TH COURT<br>SILVER  SPRINGS FL 34488 | CREDITOR ID: 304763-39<br>NANCY L CLOPTON<br>PO BOX 2143<br>HIGH  SPRINGS FL 32655 |
| CREDITOR ID: 304764-39<br>NANCY L COLE<br>4033 LOVELL AVE<br>FORT  WORTH TX 76107 | CREDITOR ID: 304765-39<br>NANCY L COLE & GENE COLE<br>JT TEN<br>4033 LOVELL AVE<br>FORT  WORTH TX 76107 | CREDITOR ID: 304766-39<br>NANCY L CONLEY<br>4053 SUMMERWOOD AVE<br>ORLANDO FL 32812 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                              CASE:  05-03817-3F1

CREDITOR ID: 304767-39
NANCY L GORMAN
837 FLICKER PL
MURRELLS  INLT SC 29576

CREDITOR ID: 304768-39
NANCY L GRAY COLEE
162 WESTWOOD DRIVE
DAYTONA  BEACH FL 32119

CREDITOR ID: 304769-39
NANCY L HESTER
221 CRESTVIEW DR
GREENVILLE SC 29609

CREDITOR ID: 304770-39
NANCY L HOWARD
911 82ND ST N W
BRADENTON FL 34209

CREDITOR ID: 304771-39
NANCY L MUNSON & GORDON J
MUNSON JT TEN
17801 SW 57TH ST
FORT  LAUDERDALE FL 33331

CREDITOR ID: 304772-39
NANCY L SANCHEZ
1712 LUCAS DRIVE
CLEARWATER FL 33759

CREDITOR ID: 304773-39
NANCY L SCOTT
2259 EAGLE BLUFF DR
VALRICO FL 33594

CREDITOR ID: 304774-39
NANCY L ZERKLE
139 DALLAS RD
GOLDSBORO NC 27534

CREDITOR ID: 304775-39
NANCY LEE BAKER
6306 RAMSGATE COURT
BRENTWOOD TN 37027

CREDITOR ID: 304776-39
NANCY LEE SHELNUTT
PO BOX 106
LOVEJOY GA 30250

CREDITOR ID: 304777-39
NANCY LEE SHELNUTT & THOMAS
LEE SHELNUTT JT TEN
PO BOX 106
LOVEJOY GA 30250

CREDITOR ID: 304778-39
NANCY LINDA RUSCHE
1230 NW 110TH TERR
CORAL  SPRINGS FL 33071

CREDITOR ID: 304779-39
NANCY LORENA MILLER
P O BOX 15663
BROOKSVILLE FL 34604

CREDITOR ID: 304780-39
NANCY LUALLEN CUST
JEREMY CLAYTON LUALLEN UNIF
TRAN MIN ACT FL
5416 BRANDY CIR
FT  MYERS FL 33919

CREDITOR ID: 304781-39
NANCY LYNN GRAY
162 WESTWOOD DR
DAYTONA  BEACH FL 32119

CREDITOR ID: 304782-39
NANCY LYNN PIGOTT
8016 REMINGTON LANE
ACWORTH GA 30101

CREDITOR ID: 304783-39
NANCY M HARRISON
1579 PANTHER RIDGE CT
JACKSONVILLE FL 32225

CREDITOR ID: 304784-39
NANCY M HASTY
7519 SANDSTONE DRIVE
ORLANDO FL 32836

CREDITOR ID: 304785-39
NANCY M MARTIN & DALE R
MARTIN JT TEN
1290 OLD DOMINION DR
MILFORD OH 45150

CREDITOR ID: 304786-39
NANCY MARIE SCHEIBER
507 TIVOLI COURT
ALTAMONTE  SPRINGS FL 32701

CREDITOR ID: 304787-39
NANCY MITCHELL & SIDNEY
MITCHELL JT TEN
430 IDALIO RD
TALLADEGA AL 35160

CREDITOR ID: 304788-39
NANCY MORRIS & ROCKY A
MORRIS JT TEN
1553 MORRIS RD
PROSPERITY SC 29127

CREDITOR ID: 304789-39
NANCY MOSS
1941 SW 46TH TER
FORT  LAUDERDALE FL 33317

CREDITOR ID: 304790-39
NANCY MURPHY & EMORY MURPHY
JT TEN
3861 PLANTATION DR
LEXINGTON KY 40514

CREDITOR ID: 304791-39
NANCY O BLACKWELL
PO BOX 251
DAVIDSON NC 28036

CREDITOR ID: 304792-39
NANCY O ROBINSON CUST MEGAN
LYN ROBINSON U/G/M/A/CA
1029 WINTON DR
WALNUT  CREEK CA 94598

CREDITOR ID: 304793-39
NANCY O ROBINSON CUST NEAL
THOMAS ROBINSON U/G/M/A/CA
1029 WINTON DR
WALNUT  CREEK CA 94598

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304794-39<br>NANCY P DAWKINS<br>821 QUINTON RICARD RD<br>LEESVILLE SC 29070 | CREDITOR ID: 304795-39<br>NANCY P LITTLE<br>5040 CLEMSON AVE<br>COLUMBIA SC 29206 | CREDITOR ID: 304796-39<br>NANCY P MOORE<br>733 IRON GATE RD<br>CLARKSVILLE VA 23927 |
| CREDITOR ID: 304797-39<br>NANCY PANGBURN<br>2633 FISHING CREEK<br>COVINGTON KY 41017 | CREDITOR ID: 304798-39<br>NANCY PARDAL<br>1431 SE 24TH AVE<br>CAPE  CORAL FL 33990 | CREDITOR ID: 304799-39<br>NANCY PARDUE<br>4836 SAFFRON DR S<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 304800-39<br>NANCY PARDUE & TIM PARDUE<br>JT TEN<br>4836 SAFFRON DR S<br>JACKSONVILLE FL 32257 | CREDITOR ID: 304801-39<br>NANCY PARKER PARSON & GEORGE<br>LEE PARSON JT TEN<br>2310 BOHLER ROAD NW<br>ATLANTA GA 30327 | CREDITOR ID: 304802-39<br>NANCY PERRY SUTTON<br>442 WESTHAM RIDGE RD<br>CHARLOTTE NC 28217 |
| CREDITOR ID: 304803-39<br>NANCY PIERCE & GERALD PIERCE<br>SR JT TEN<br>138 ROBERTS BLVD<br>SATSUMA FL 32189 | CREDITOR ID: 304804-39<br>NANCY PIGNATARO<br>910 SAGO PALM WAY<br>APOLLO  BEACH FL 33572 | CREDITOR ID: 304805-39<br>NANCY R DRAGAN & STEPHEN A<br>DRAGAN JT TEN<br>5816 FARLOOK DRIVE<br>CINCINNATI OH 45247 |
| CREDITOR ID: 304806-39<br>NANCY R EZELL<br>3010 GRACEY HERNDON RD<br>GRACEY KY 42232 | CREDITOR ID: 304807-39<br>NANCY R MILLER<br>23 KINGS MILL CT<br>HIRAM GA 30141 | CREDITOR ID: 304808-39<br>NANCY R TERREBONNE<br>2223 CYPRESS POINT DR<br>LA  PLACE LA 70068 |
| CREDITOR ID: 304809-39<br>NANCY RIDDLE<br>6 GREENWOODS COURT<br>SAINT  PETERS MO 63376 | CREDITOR ID: 304810-39<br>NANCY ROE & SAM ROE JT TEN<br>109 HAYES CIRCLE<br>WELLFORD SC 29385 | CREDITOR ID: 304812-39<br>NANCY RUSSO WINDELL<br>8500 NW 24TH CT<br>SUNRISE FL 33322 |
| CREDITOR ID: 304813-39<br>NANCY S ARMSTRONG<br>106 FRANKLIN CT<br>SUMMERVILLE SC 29485 | CREDITOR ID: 304814-39<br>NANCY S HATHAWAY<br>1723 STILLWATER DRIVE<br>COLUMBIA SC 29212 | CREDITOR ID: 304815-39<br>NANCY S STEWART & WILLIE J<br>STEWART JT TEN<br>121 PARK CIR<br>FITZGERALD GA 31750 |
| CREDITOR ID: 304816-39<br>NANCY S YOUNG<br>4911 CR-472<br>OXFORD FL 34484 | CREDITOR ID: 304817-39<br>NANCY SPINDLER MOORE & JAMES<br>R MOORE II JT TEN<br>5332 MILTON RIDGE<br>ARLINGTON TN 38002 | CREDITOR ID: 304818-39<br>NANCY STURGILL<br>212 MILLSBORO DRIVE<br>FRANKFORT KY 40601 |
| CREDITOR ID: 304819-39<br>NANCY T EDWARDS<br>451 DELTA AVE<br>GARDENDALE AL 35071 | CREDITOR ID: 304820-39<br>NANCY W REECE<br>214 WILE WOOD RD<br>ABBEVILLE SC 29620 | CREDITOR ID: 304821-39<br>NANCY W WALKER<br>7436 PARK SPRINGS CIR<br>ORLANDO FL 32835 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                         CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 304822-39<br>NANCY WAIBEL<br>2543 APACHE ST<br>SARASOTA FL 34231 | CREDITOR ID: 304823-39<br>NANCY Y SCHMOE<br>RR 3 BOX 2710<br>QUITMAN GA 31643 | CREDITOR ID: 304824-39<br>NANETTE B MCKEEHAN<br>5810 NEAL DR<br>TAMPA FL 33617 |
| CREDITOR ID: 304825-39<br>NANETTE N BORDES<br>76133 CRYSTAL DR<br>COVINGTON LA 70435 | CREDITOR ID: 304826-39<br>NANNETTE D THALLS<br>4191 N FORK CT<br>SALEM IN 47167 | CREDITOR ID: 304827-39<br>NANNETTE V RAMEY<br>3478 FAIRBANKS ROAD<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 304828-39<br>NANNIE LEE K RAYFIELD &<br>BEVERLY E RAYFIELD JT TEN<br>622 CHURCH ST<br>CHERAW SC 29520 | CREDITOR ID: 304829-39<br>NANNIE LOU BOUNDS<br>311 SHELL DR<br>ROANOKE  RAPIDS NC 27870 | CREDITOR ID: 304830-39<br>NANNIE M KELLETT<br>105 ARTILLERY ROAD<br>TAYLORS SC 29687 |
| CREDITOR ID: 304831-39<br>NAOMI B RIGGINS<br>PO BOX 2124<br>WAYCROSS GA 31502 | CREDITOR ID: 304832-39<br>NAOMI E HEADINGER<br>604 N SALISBURY AVE<br>SPENCER NC 28159 | CREDITOR ID: 304833-39<br>NAOMI L HOLLOWAY &<br>ANTHONY D HOLLOWAY JT TEN<br>3307 LITTLE BEAVER DRIVE<br>FAYETTEVILLE NC 28306 |
| CREDITOR ID: 304834-39<br>NAOMI S ANDERSON<br>66 PLEASANT RIDGE DR<br>ASHEVILLE NC 28805 | CREDITOR ID: 304835-39<br>NARAYAN J SAVDAS<br>5117 VICTORIA CIR<br>WEST  PALM  BCH FL 33409 | CREDITOR ID: 304836-39<br>NARINE SINGH<br>13021 SW 8 ST<br>DAVIE FL 33325 |
| CREDITOR ID: 304837-39<br>NASHLEY EARIN WHITE<br>5455 CAMBRIA DR<br>PENSACOLA FL 32507 | CREDITOR ID: 304838-39<br>NAT BLAND & DOROTHY BLAND<br>JT TEN<br>761 OLD TURNPIKE RD<br>SUTTON WV 26601 | CREDITOR ID: 304841-39<br>NATALIE A HUEN<br>1259 EL CAMINO REAL SUITE 181<br>MENLO  PARK CA 94025 |
| CREDITOR ID: 304842-39<br>NATALIE B HAVENS<br>180 LITTLEFIELD ST<br>PAWTUCKET RI 02861 | CREDITOR ID: 304843-39<br>NATALIE C SASSER CUST HANNAH<br>E SASSER UNDER THE UNIF TRAN<br>MIN ACT FL<br>ATTN NATALIE SASSER<br>1050 TOLKIEN LN<br>JACKSONVILLE FL 32225 | CREDITOR ID: 304845-39<br>NATALIE GERTZ & GERALD W<br>GERTZ SR JT TEN<br>620 BLANCHE AVE<br>CINCINNATI OH 45215 |
| CREDITOR ID: 304844-39<br>NATALIE GERTZ & GERALD W<br>GERTZ JT TEN<br>620 BLANCHE AVE<br>CINCINATTI OH 45215 | CREDITOR ID: 304846-39<br>NATALIE J TERANTINO<br>10956 104TH AVE N<br>LARGO FL 34648 | CREDITOR ID: 304847-39<br>NATALIE JANE ADAMS<br>2320 MICA MINE LN<br>WAKE  FOREST NC 27587 |
| CREDITOR ID: 304848-39<br>NATALIE K HARPER<br>5884 ISLAND FORD RD<br>HANSON KY 42413 | CREDITOR ID: 304849-39<br>NATALIE LYNN MYERS<br>414 MACGREGOR RD<br>WINTER  SPRING FL 32708 | CREDITOR ID: 304850-39<br>NATALIE RODRIGUEZ<br>14905NORTHWOOD VILLAGE LN<br>TAMPA FL 33613 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

CREDITOR ID: 304851-39
NATALIE SCHINNELLER SASSER
CUST HANNAH ELIZABETH SASSER
UNDER FL UNIF TRANSFERS TO
MINORS ACT
1050 TOLKIEN LANE
JACKSONVILLE FL 32225

CREDITOR ID: 304852-39
NATALIE T ROJEWSKI
PO BOX 1358
LADY  LAKE FL 32159

CREDITOR ID: 304853-39
NATALIE V STEIGERWALD
5196 BAY DRIVE
ORANGE  BEACH AL 36561

CREDITOR ID: 304855-39
NATALIE W WALLACE CUST
NATALIE LANE WALLACE UNIF
TRANS MIN ACT SC
304 JOHNSON DR
DILLON SC 29536

CREDITOR ID: 304854-39
NATALIE W WALLACE CUST
KIMBERLY MCCALL WALLACE UND
UNIF GIFT MIN ACT SC
304 JOHNSON DR
DILLON SC 29536

CREDITOR ID: 304856-39
NATASHA N MONTAG
2101 N JEFFERSON STREET
TAMPA FL 33602

CREDITOR ID: 304857-39
NATASHA REESE & DANIEL REESE
SR JT TEN
2258 WOODFIELD DR
SOPHIA NC 27350

CREDITOR ID: 304858-39
NATASHA RUSSAKIS
7008 PENNY LN
FORT  PIERCE FL 34951

CREDITOR ID: 304859-39
NATASHA T SHORT
1637 N BROAD ST
NEW  ORLEANS LA 70119

CREDITOR ID: 304860-39
NATHA JEAN MC MINN MITCHELL
PO BOX 246
STANTON TX 79782

CREDITOR ID: 304861-39
NATHALEA T ELLENBURG & JOHN
M ELLENBURG JR JT TEN
P O BOX 60244
JACKSONVILLE FL 32236

CREDITOR ID: 304862-39
NATHAN A MILLER TR U-A 05-22
91 NATHAN A MILLER TRUST
636 LEAMINGTON AVE
WILMETTE IL 60091

CREDITOR ID: 304863-39
NATHAN ALAN DRIVER
104 MYERS RD
SUMMERVILLE SC 29483

CREDITOR ID: 304864-39
NATHAN C MCCALL
126 HOPE DEAL DR
LENOIR NC 28645

CREDITOR ID: 304865-39
NATHAN D HARRIS
811C TANAGER RD
FT  WALTON  BEACH FL 32547

CREDITOR ID: 304866-39
NATHAN D YATES
721 REVERE AVE
FT  WALTON  BEACH FL 32547

CREDITOR ID: 304867-39
NATHAN DOYLE SWANSON
PO BOX 294
HAZLEHURST MS 39083

CREDITOR ID: 304868-39
NATHAN EUGENE WELBORN
RR 1 BOX 951
CHATOM AL 36518

CREDITOR ID: 304869-39
NATHAN KRAUSS & CHEREE
KRAUSS JT TEN
6534 DIAMOND LEAF CT S
JACKSONVILLE FL 32244

CREDITOR ID: 304870-39
NATHAN LEONARDO CUNNINGHAM
2750 NW 174 ST
OPA  LOCKA FL 33056

CREDITOR ID: 304871-39
NATHAN MILLARD VERNON & JUAN
CHESHIRE VERNON JT TEN
2416 COVE CIR NE
BIRMINGHAM AL 35215

CREDITOR ID: 304872-39
NATHAN RICHARD JABLONSKI
2775 BAYVIEW WAY
PENSACOLA FL 32503

CREDITOR ID: 304873-39
NATHAN RICKOFF
3232 BAYOU LN
PENSACOLA FL 32503

CREDITOR ID: 304874-39
NATHAN SHIRLEY HECHT
6301 N UNIVERSITY DR APT 201
TAMARAC FL 33321

CREDITOR ID: 304875-39
NATHAN SILVER
2111 ROCKHILL RD
CASTLE  HAYNE NC 28429

CREDITOR ID: 304876-39
NATHAN T CLEVINGER
411 N KURENE RD #212
CHANDLER AZ 85226-2785

CREDITOR ID: 304877-39
NATHAN WAYNE ROBBINS & JILL
MARIE ROBBINS JT TEN
1981 MAPLE GROVE RD
MOUNT  ORAB OH 45154

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304878-39<br>NATHANIEL ATKINSON<br>7789 HWY 13 SOUTH<br>LAGRANGE NC 28551 | CREDITOR ID: 304879-39<br>NATHANIEL MAXWELL<br>5720 MINERAL SPRING RD<br>MEGGETT SC 29449 | CREDITOR ID: 304880-39<br>NATHANIEL P MILLER<br>1215 TALLGRASS DR<br>EUDORA KS 66025 |
| CREDITOR ID: 304881-39<br>NATHANIEL S MILLER & BETH M<br>TRUMAN JT TEN<br>11816 SELFRIDGE RD<br>SILVER  SPRING MD 20906 | CREDITOR ID: 304882-39<br>NATHANIEL SMALLS JR<br>5529 BRUNSON DR<br>CHARLESTON SC 29426 | CREDITOR ID: 304883-39<br>NATHERLINE L MATHIS<br>5626 BLYTHEWOOD LANE<br>FAYETTEVILLE NC 28311 |
| CREDITOR ID: 304884-39<br>NATISHA M HEWETT<br>4660 RECTOR RD<br>COCOA FL 32926 | CREDITOR ID: 304885-39<br>NATISHA M MORGAN<br>4530 PONDS DR<br>COCOA FL 32927 | CREDITOR ID: 304886-39<br>NATIVIDAD BRAVO<br>2055 SW 122ND AVE APT 331<br>MIAMI FL 33175 |
| CREDITOR ID: 304887-39<br>NAURINE D LENNOX<br>924 IVANHOE DR<br>NORTHFIELD MN 55057 | CREDITOR ID: 280426-39<br>NAZAY, ANGELA M & FRANK J, JT TEN<br>3622 TEMPLAR RD<br>RANDALLSTOWN MD 21133 | CREDITOR ID: 304888-39<br>NAZRAT GRIEB<br>350 CARISSA DR<br>SATELLITE  BEACH FL 32937 |
| CREDITOR ID: 304889-39<br>NEAL ROUSSEAU TOMLINSON<br>1860 OLD TOMOKA RD W<br>ORMOND  BEACH FL 32174 | CREDITOR ID: 304890-39<br>NECA MARIE LOGAN<br>64 CAMDEN DR<br>BAL  HARBOUR FL 33154 | CREDITOR ID: 304891-39<br>NECOLENE C CAULEY<br>7724 KINGSTON DR<br>WAXHAW NC 28173 |
| CREDITOR ID: 304893-39<br>NED P CLAY<br>13 BOTANY RD<br>GREENVILLE SC 29609 | CREDITOR ID: 304894-39<br>NEDA C CONNER<br>9 LOCUST PATCH LN<br>LEXINGTON VA 24450-5944 | CREDITOR ID: 304895-39<br>NEELY G HUBBARD & DOROTHY D<br>HUBBARD TEN COM<br>PO BOX 1291<br>INDEPENDENCE LA 70443 |
| CREDITOR ID: 304896-39<br>NEESHA C NANA<br>APT #A<br>7291 ASHTON CT<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 304897-39<br>NEIL A MORRISON<br>302 BURKE ST<br>PO BOX 257<br>RHODHISS NC 28667 | CREDITOR ID: 304898-39<br>NEIL A STANEKY<br>63 COLE DR<br>FAIRFIELD OH 45014 |
| CREDITOR ID: 304900-39<br>NEIL D FONTENOT<br>306 NOTTAWAY DR<br>DESTREHAN LA 70047 | CREDITOR ID: 304901-39<br>NEIL D SCHUSTER & CONSTANCE<br>G SCHUSTER JT TEN<br>3700 N 38TH ST<br>ARLINGTON VA 22207 | CREDITOR ID: 304902-39<br>NEIL HAUCKE<br>P O BOX 527<br>WELAKA FL 32193 |
| CREDITOR ID: 304903-39<br>NEIL K THOMAS<br>2721 DARLENE CIR<br>BIRMINGHAM AL 35235 | CREDITOR ID: 304904-39<br>NEIL KUMMERER & ELIZABETH<br>KUMMERER JT TEN<br>3638 36TH AVE N<br>ST  PETERSBURG FL 33713 | CREDITOR ID: 304905-39<br>NEILA J FRIEND & BRET T<br>FRIEND JT TEN<br>4720 NE 13TH ST<br>OCALA FL 34470 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

CREDITOR ID: 304906-39
NEILA J PROSOCO
4720 NE 13TH ST
OCALA FL 34470

CREDITOR ID: 304907-39
NEILA J WALKER
4720 NE 13TH ST
OCALA FL 34470

CREDITOR ID: 304908-39
NEKEETA J THOMAS
2175 REX RD
MORROW GA 30260

CREDITOR ID: 304909-39
NELDA I VAZQUEZ
17947 31ST RD N
LOXAHATCHEE FL 33470

CREDITOR ID: 304910-39
NELDA J CAPPERS
819 STONE LAKE DR
CLEBURNE TX 76031

CREDITOR ID: 304911-39
NELDA RHODES TUBBS & DARRELL
F TUBBS JT TEN
PO BOX 264
UNIONTOWN AL 36786

CREDITOR ID: 304912-39
NELIA IGLESIAS
19542 SW 120TH AVE
MIAMI FL 33177

CREDITOR ID: 304913-39
NELIDA V ROMERO
2271 SW 16TH TER
MIAMI FL 33145

CREDITOR ID: 304914-39
NELL ANN LANDSGAARD &
GREGORY A LANDSGAARD JT TEN
3680 BAYOU BLVD
PENSACOLA FL 32503

CREDITOR ID: 304915-39
NELL B COBB
3237 US 13 HWY N
AHOSKIE NC 27910

CREDITOR ID: 304916-39
NELL C BERGOMI TR U-A
04-18-83 NELL C BERGOMI TR
52 OLD KELSEY PT RD
WESTBROOK CT 06498

CREDITOR ID: 304917-39
NELL D FRESHOUR
219 YORKSHIRE DR
GREENVILLE SC 29615

CREDITOR ID: 304918-39
NELL ELIZABETH GREEN
PERSONAL REPRESENTATIVE
ESTATE OF HELEN J BRYAN
62 COLUMBIA DR
TAMPA FL 33606

CREDITOR ID: 304919-39
NELL H CLARK
713 ADAMS MILL RD
SIMPSONVILLE SC 29681

CREDITOR ID: 304920-39
NELL MCKELLAR & MISHIA
LAWSON JT TEN
610 ROGERS ST
TIFTON GA 31794

CREDITOR ID: 304921-39
NELLIE A DAVIS
4527 SANTIAGO LANE
BONITA  SPRINGS FL 34134

CREDITOR ID: 304922-39
NELLIE F WILKE
6419 STONE ST TRAIL
TALLAHASSEE FL 32308

CREDITOR ID: 304923-39
NELLIE KATE VERRICCHIA
TRUSTEE U/A DTD 10-24-97 THE
REVOCABLE LIVING TRUST
6016 BAIRD ST
DURHAM NC 27712

CREDITOR ID: 304924-39
NELLIE M FOLCHICK
2340 NORTH AVENUE APT E-1
BPT CT 06604

CREDITOR ID: 304925-39
NELLIE RUTH COLVARD
325 W HWY 150 BYPASS
LINCOLNTON NC 28092

CREDITOR ID: 304926-39
NELLIE V MATHEWS & HARRY G
MATHEWS JT TEN
8497 PEBBLE ST
JACKSONVILLE FL 32221

CREDITOR ID: 304928-39
NELSON H SMITH & BETTY R
SMITH JT TEN
107 RIVERA DR
ST  SIMONS  ISLAND GA 31522

CREDITOR ID: 304929-39
NELSON J TRAHAN
7200 SOILEAU RD
NEW  IBERIA LA 70560

CREDITOR ID: 304930-39
NELSON JACKSON II TRUSTEE U-A
DTD 03-08-02|NELSON JACKSON
II REVOCABLE TRUST
6001 S KINGS HWY
MYRTLE  BEACH SC 29575

CREDITOR ID: 304931-39
NELSON L BRACKIN JR
2913 LOOKOUT PL NE
ATLANTA GA 30305

CREDITOR ID: 304932-39
NELSON PACHECO
PO BOX 441592
MIAMI FL 33144

CREDITOR ID: 279652-39
NELSON, AGNES JANELLE
2670 BELCHER LANE
BAINBRIDGE GA 39817

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304933-39<br>NENA BUCK<br>4595 32ND AVE SW<br>NAPLES FL 34116 | CREDITOR ID: 304934-39<br>NENA M KELLY<br>4945 WILCOX WAY<br>COLUMBUS GA 31907 | CREDITOR ID: 304935-39<br>NERISHA NABBIE & SULLIMAN<br>NABBIE JT TEN<br>2215 MERION DR APT 101<br>MELBOURNE FL 32935 |
| CREDITOR ID: 304936-39<br>NESTOR MUNOZ<br>143 NW 144TH ST<br>MIAMI FL 33168 | CREDITOR ID: 304937-39<br>NETTIE H HODGE<br>133 SAINT JOHNS TER E<br>EAST PALATKA FL 32131 | CREDITOR ID: 304938-39<br>NETTIE M NEAGLE<br>1806 S POINT RD<br>BELMONT NC 28012 |
| CREDITOR ID: 304939-39<br>NETTIE S OUBRE<br>1248 W AIRLINE<br>GRAMERCY LA 70052 | CREDITOR ID: 304940-39<br>NETTIE STELMACK<br>97-44 64TH AVE<br>FLUSHING NY 11374 | CREDITOR ID: 304941-39<br>NEVIS REYES<br>1453 NOLTON WAY<br>ORLANDO FL 32822 |
| CREDITOR ID: 304942-39<br>NEW HOME BAPTIST CHURCH<br>C/O SUE TUTEN<br>RT 1 BOX 738<br>MADISON FL 32340 | CREDITOR ID: 304943-39<br>NEW MARKET INVESTORS<br>ATTN DIANE WASHBURN<br>944 LAUREL BRANCH RD<br>VILAS NC 28692 | CREDITOR ID: 304944-39<br>NEWELL W SAPP<br>BOX 445<br>CHARLESTON SC 29402 |
| CREDITOR ID: 279586-39<br>NEWMAN, ADA RUTH & CHARLES D. JT TE<br>2430 YALE AVE<br>SANFORD FL 32771 | CREDITOR ID: 304945-39<br>NEWTON W MARTIN<br>1825 NORTHWICK PLACE<br>LITHONIA GA 30085 | CREDITOR ID: 304946-39<br>NEY DELGADO<br>315 65TH ST N<br>ST PETERSBURG FL 33710 |
| CREDITOR ID: 304947-39<br>NEYSA C HAMILTON<br>4040 EDGEBROOK ST<br>NORTHPORT AL 35475 | CREDITOR ID: 304948-39<br>NEYSA M LEBOUEF HARRINGTON<br>9223 LEBLANC LANE<br>ABBEVILLE LA 70510 | CREDITOR ID: 304949-39<br>NICANOR MEZQUIDA<br>1911 SE DOCK ST<br>PORT SAINT LUCIE FL 34952 |
| CREDITOR ID: 304950-39<br>NICCOLO D MARINO & PHILIP D<br>MARINO JT TEN<br>5918 CLATE CT<br>ELLENWOOD GA 30294 | CREDITOR ID: 304951-39<br>NICEY A STEPHENS & WILLIE A<br>STEPHENS JR JT TEN<br>11044 QUAILRIDGE CT APT 16<br>CINCINNATI OH 45240 | CREDITOR ID: 304952-39<br>NICHLAUS S DOREY<br>3411 HARROW LN DR<br>OVIEDO FL 32765 |
| CREDITOR ID: 304953-39<br>NICHOL RUSSELL<br>10110 RICHARDSON CT<br>ORLANDO FL 32825 | CREDITOR ID: 304954-39<br>NICHOLAS BOHOVSKY<br>141 E RIVERSIDE DR APT 25<br>JUPITER FL 33469 | CREDITOR ID: 304955-39<br>NICHOLAS CORRIERE JR<br>500 THIRD AVENUE NE<br>MINNEAPOLIS MN 55413 |
| CREDITOR ID: 304956-39<br>NICHOLAS D FRANGOS & MARY<br>LEE FRANGOS JT TEN<br>501 DEVITT AVE<br>CAMPBELL OH 44405 | CREDITOR ID: 304957-39<br>NICHOLAS DEFIGIO<br>255 YOUNG DR<br>MONROEVILLE PA 15146 | CREDITOR ID: 304958-39<br>NICHOLAS DEG KEENAN<br>6342 WESTSHORE RD<br>COLUMBIA SC 29206 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304959-39<br>NICHOLAS E DRULEY & JOAN L<br>DRULEY JT TEN<br>PO BOX 416<br>BOSTWICK FL 32007 | CREDITOR ID: 304960-39<br>NICHOLAS F QUARTARARO<br>1200 GLENDALE AVE<br>SPRING  HILL FL 34609 | CREDITOR ID: 304961-39<br>NICHOLAS G TELEGADES<br>3305 NE 37 ST<br>FT  LAUDERDALE FL 33308 |
| CREDITOR ID: 304962-39<br>NICHOLAS H KEENAN<br>241 BEACOM BLVD<br>MIAMI FL 33135 | CREDITOR ID: 304963-39<br>NICHOLAS HAUSER<br>8186 W MILL ST APT 252<br>CLEVES OH 45002 | CREDITOR ID: 304964-39<br>NICHOLAS J BENJAMIN<br>4875 SADDLERIDGE CT<br>INDEPENDENCE KY 41051 |
| CREDITOR ID: 304965-39<br>NICHOLAS J OSBERG<br>322 NORTH-FORK PL<br>LAKELAND FL 33809 | CREDITOR ID: 304966-39<br>NICHOLAS J SOTTILE<br>18 FOUNDRY AVE<br>WALTHAM MA 02453 | CREDITOR ID: 304967-39<br>NICHOLAS KOPP<br>2745 LARKSPUR RD<br>DELAND FL 32724 |
| CREDITOR ID: 304968-39<br>NICHOLAS KREA<br>55 KILBY ST<br>WOBURN MA 01801 | CREDITOR ID: 304969-39<br>NICHOLAS L WRIGHT<br>4145 66TH STREET CIR W<br>BRADENTON FL 34209 | CREDITOR ID: 304970-39<br>NICHOLAS O ALFONSO & MARIA E<br>ALFONSO JT TEN<br>101 SE 9TH CT<br>POMPANO  BEACH FL 33060 |
| CREDITOR ID: 304971-39<br>NICHOLAS RYAN HUNT<br>625 46TH AVE DR NE<br>HICKORY NC 28601 | CREDITOR ID: 304973-39<br>NICHOLAS TERLIZZESE &<br>JOSEPHINE TERLIZZESE JT TEN<br>4600 HARRISON ST<br>HOLLYWOOD FL 33021 | CREDITOR ID: 304974-39<br>NICHOLAS WHITING<br>1091 NEW CASTLE LN<br>OVIEDO FL 32765 |
| CREDITOR ID: 304975-39<br>NICHOLE BROWN<br>350 24TH ST NW 102K<br>WINTER  HAVEN FL 33880 | CREDITOR ID: 304976-39<br>NICK A GIACONE JR<br>PO BOX 594<br>GREENWELL  SPRINGS LA 70739 | CREDITOR ID: 304977-39<br>NICK ALFONSO III<br>101 SE 9TH CT<br>POMPANO FL 33060 |
| CREDITOR ID: 304978-39<br>NICK D KOULOURIS<br>231 ELLICOTT DRIVE<br>ORMOND  BEACH FL 32176 | CREDITOR ID: 304979-39<br>NICK DARIA<br>5429 LEVER CT<br>CINCINNATI OH 45238 | CREDITOR ID: 304980-39<br>NICKCOLE SIMOND MOORE<br>3112 MOUNT OLIVE<br>DONALDSONVILLE LA 70346 |
| CREDITOR ID: 304981-39<br>NICKEY L JACKSON<br>634 EAST LN<br>AUBURN AL 36830 | CREDITOR ID: 304982-39<br>NICKI M WILSON<br>102 BRINKLEY PLACE<br>SPARTANBURG SC 29301 | CREDITOR ID: 304983-39<br>NICKOLAS P KROUSKOS<br>12740 CEDAR RIDGE DR<br>HUDSON FL 34669 |
| CREDITOR ID: 304984-39<br>NICKOLINA LORICK<br>2001 SAMS ELBOW RD<br>WEST  COLUMBIA SC 29170 | CREDITOR ID: 304985-39<br>NICKY DAVID HARALSON<br>972 MEDINA DR SW<br>LILBURN GA 30247 | CREDITOR ID: 304986-39<br>NICKY J MAVRIKAS<br>4421 BURBANK AV<br>SARASOTA FL 34231 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 304987-39<br>NICOLAS O ALFONSO<br>101 9TH CT SE<br>POMPANO  BEACH FL 33060 | CREDITOR ID: 304988-39<br>NICOLAS O ALFONSO & MARIA E<br>ALFONSO JT TEN<br>101 SE 9TH COURT<br>POMPANO  BEACH FL 33060 | CREDITOR ID: 304989-39<br>NICOLAUS ALEXANDER HAROUFF<br>PO BOX 4163<br>PLANT  CITY FL 33567 |
| CREDITOR ID: 304990-39<br>NICOLE A CRIADO<br>13621 SW 97TH AVENUE<br>MIAMI FL 33176 | CREDITOR ID: 304991-39<br>NICOLE A WHITE<br>3466 COTE LANE<br>RIVERSIDE CA 92501 | CREDITOR ID: 304992-39<br>NICOLE ARNETTE<br>879 COTTON BAY DR E APT 1714<br>WEST  PALM  BCH FL 33406 |
| CREDITOR ID: 304993-39<br>NICOLE BOURASSA TRUSTEE U-A<br>DTD 10-16-00 NICOLE BOURASSA<br>REVOCABLE TRUST<br>11134 AUTORO CT<br>BOCA  RATON FL 33498 | CREDITOR ID: 304994-39<br>NICOLE D BELK<br>22156 6TH ST<br>ABITA  SPRINGS LA 70420 | CREDITOR ID: 304995-39<br>NICOLE D JOHNSON<br>6427 GRELOT RD APT 608<br>MOBILE AL 36695 |
| CREDITOR ID: 304996-39<br>NICOLE E DAIGLE<br>631 JULIUS AVE<br>JEFFERSON LA 70121 | CREDITOR ID: 304997-39<br>NICOLE GAUTREAUX<br>70492 D STREET<br>COVINGTON LA 70433 | CREDITOR ID: 304998-39<br>NICOLE HINES<br>855 SUNDERLAND RD<br>CONCORD NC 28027 |
| CREDITOR ID: 304999-39<br>NICOLE INFANTE<br>10 SAGAMORE TRAIL<br>SPARTA NJ 07871 | CREDITOR ID: 305000-39<br>NICOLE JOHNSTON<br>ATTN NICOLE JOHNSTON RODRIGUEZ<br>406 CLIFT ST<br>JEFFERSON LA 70121 | CREDITOR ID: 305001-39<br>NICOLE L PLEASANT<br>4031 D'LTEMECOURT ST<br>NEW  ORLEANS LA 70119 |
| CREDITOR ID: 305002-39<br>NICOLE LEE STEELE<br>1107 BROADVIEW PL<br>MILFORD OH 45150 | CREDITOR ID: 305003-39<br>NICOLE M ARENDS<br>750 S 650  W 23<br>PROVO UT 84601 | CREDITOR ID: 305004-39<br>NICOLE MARIE LAWSON<br>11716 86TH AVE<br>SEMINOLE FL 33772 |
| CREDITOR ID: 305005-39<br>NICOLE MAY<br>817 WALTHOUR RD<br>SAVANNAH GA 31410 | CREDITOR ID: 305006-39<br>NICOLE MICHELLE KELLER<br>10 BOWEN DR<br>BELMONT NC 28012 | CREDITOR ID: 305007-39<br>NICOLE MOORE<br>ATTN NICOLE LEMOINE<br>29623 HWY 17<br>REFORM AL 35481 |
| CREDITOR ID: 305008-39<br>NICOLE P SITHER<br>437 NAUTILUS DR<br>SATELLITE  BEACH FL 32937 | CREDITOR ID: 305009-39<br>NICOLE RICHARD<br>30409 LAFLEUR RUE<br>WALKER LA 70785 | CREDITOR ID: 305010-39<br>NIGEL A DUNN<br>3045 NW 87TH STREET<br>MIAMI FL 33147 |
| CREDITOR ID: 305011-39<br>NIGEL HENRY<br>443 WATER RD<br>OCALA FL 34472 | CREDITOR ID: 305012-39<br>NIKI SISOIS<br>516 WAYFARER DRIVE<br>TARPON  SPRINGS FL 34689 | CREDITOR ID: 305013-39<br>NIKKI CALDWELL<br>7501 MIKE CT<br>N  RICHLAND  HILLS TX 76180 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 305014-39
NILES W KITTO
PO BOX 318 332 E GROVE ST
DEXTER NY 13634

CREDITOR ID: 305015-39
NINA B JOLLY
C/O A SHEDRICK JOLLY III
ATTORNEY AT LAW
PO BOX 3366
SPARTANBURG SC 29304

CREDITOR ID: 305016-39
NINA GONZALEZ
14245 SABAL DR
MIAMI  LAKES FL 33014-2538

CREDITOR ID: 305017-39
NINA K MELLO
62 NIMITZ RD
RUMFORD RI 02916

CREDITOR ID: 305018-39
NINA L BAYLIN
2142 MANCHESTER RD
WESTMINSTER MD 21157

CREDITOR ID: 305019-39
NINA L CROSSON TRUSTEE U-A
DTD 10-08-92|NINA L CROSSON|
REVOCABLE LIVING TRUST
11723 HIGHWAY 579
THONOTOSASSA FL 33592

CREDITOR ID: 305020-39
NINA L KRSEK
5160 AVOCADO AVE
COCOA FL 32926

CREDITOR ID: 305021-39
NINA LEAKE
1516 34TH ST NW
WASHINGTON DC 20007

CREDITOR ID: 305022-39
NINA N DOTY
6141 FARMINGTON LN SE
COVINGTON GA 30209

CREDITOR ID: 305023-39
NINA S OKEEFE
600 N BOUNDARY AVE APT 106-B
DE  LAND FL 32720

CREDITOR ID: 305024-39
NINA S OKEEFE CUST AMANDA B
OKEEFE UND UNIF GIFT MIN ACT FL
600 N BOUNDARY APT 106B
DELAND FL 32720

CREDITOR ID: 305025-39
NINA S OKEEFE CUST JAMES
WILLIAM E OKEEFE UND UNIF
GIFT MIN ACT FL
600 N BOUNDARY APT 106B
DELAND FL 32720

CREDITOR ID: 305026-39
NINA S OKEEFE CUST STEPHANIE
N OKEEFE UND UNIF GIFT MIN
ACT FL
600 N BOUNDARY APT 106B
DELAND FL 32720

CREDITOR ID: 305027-39
NINA V STRESSENGER
30 ALDER LN
NO  FALMOUTH MA 02556

CREDITOR ID: 305028-39
NINA WEST & LIZA WEST JT
TEN
3690 AVOCADO AVE
COCONUT  GROVE FL 33133

CREDITOR ID: 305029-39
NISSIE I BOSSOM
3908 W BAY COURT AVE
TAMPA FL 33611

CREDITOR ID: 305030-39
NITA GOLDSMITH & STEVE
GOLDSMITH JT TEN
6039 BROWNS PARK CI
LOUISVILLE KY 40272

CREDITOR ID: 305031-39
NITA H NETTLES
9116 NW 222 AVE
RR 2 BOX 238
ALACHUA FL 32615

CREDITOR ID: 305032-39
NITA LYNN MCHANEY
PO BOX 851594
MOBILE AL 36685

CREDITOR ID: 305033-39
NITIN I PAREKH
611 W EULESS BLVD
EULESS TX 76040

CREDITOR ID: 305034-39
NITTAYA KIDD
101425 OVERSEAS HWY
KEY  LARGO FL 33037

CREDITOR ID: 305035-39
NIVARDO HERNANDEZ & ENEIDA
HERNANDEZ JT TEN
3595 NW 98TH ST
MIAMI FL 33147

CREDITOR ID: 305036-39
NIVES TAYLOR HERSEY
8805 PRETTY LAKE RD
CLERMONT FL 34711

CREDITOR ID: 305037-39
NIVIO ALBANESE & JEAN
ALBANESE JT TEN
107 MARIONDALE DR
PLANTSVILLE CT 06479

CREDITOR ID: 279882-39
NIX, ALFRED W & SHARON L JT TEN
657 OLLIE BROWN RD
TAYLORSVILLE KY 40071

CREDITOR ID: 305038-39
NIZAM I ALI
PO BOX 776
JUPITER FL 33468

CREDITOR ID: 293705-39
NOBLE, JERALD DANIEL (MINOR)
C/O JAMES EDGE NOBLE CUST
804 MCKINLEY AVE
LENIGH  ACRES FL 33936

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

CREDITOR ID: 305039-39
NOBLIA N RIVERS
175 GRACE BLVD
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 305040-39
NODY ETIENNE
1530 NW 125 STREET
MIAMI FL 33167

CREDITOR ID: 305041-39
NOEL A SUMMAR
920 WOODMONT BLVD STE N-7
NASHVILLE TN 37204

CREDITOR ID: 305042-39
NOEL ANN KEOUGH
3086 PERRIWEINKLE CIRCLE
DAVIE FL 33328

CREDITOR ID: 305043-39
NOEL N PEREZ
8920 SW 21 ST
MIAMI FL 33165

CREDITOR ID: 305045-39
NOEL PRICE PINKARD
16053 FAIRWAY DR
DUMFRIES VA 22026

CREDITOR ID: 305046-39
NOELA BROWN
660 SW 29TH AVE
FT LAUDERDALE FL 33312

CREDITOR ID: 305047-39
NOELENE M STANLEY
14228 N 49TH DR
GLENDALE AZ 85306

CREDITOR ID: 305048-39
NOELIA LEE MURRAY &
LEWIS D MURRAY JT TEN
P O BOX 763
BRONSON FL 32621

CREDITOR ID: 305049-39
NOELLE LYN CARROLL
107 BROWNING DR
THOMASVILLE NC 27360

CREDITOR ID: 305050-39
NOLAN THOMAS PETTY
2601 ANDERSON LANE
SHELBYVILLE KY 40065

CREDITOR ID: 305051-39
NOLAND E MIDDAUGH & ROSEMARY
MIDDAUGH JT TEN
436 RIVIERA ST
VENICE FL 34285

CREDITOR ID: 305052-39
NONA F KIMERY
9401 BANKHEAD ST
MURCHISON TX 75778

CREDITOR ID: 305053-39
NONA M TURNER
1514 W PATTERSON STREET
TAMPA FL 33604

CREDITOR ID: 305054-39
NONA P SPENCER & ROGER L
SPENCER JT TEN
7506 VALE DR
JACKSONVILLE FL 32221

CREDITOR ID: 305055-39
NONA W DIENER
500 VIA LAS CRUCES CIRCLE
RALEIGH NC 27615

CREDITOR ID: 305056-39
NONNY SHIRLEY & GEORGE
SHIRLEY JT TEN
5402 RAYBURN RD
LOUISVILLE KY 40272

CREDITOR ID: 305057-39
NORA BROOKS DAMERON
RR 1 BOX 85
JACKSONVILLE GA 31544

CREDITOR ID: 305058-39
NORA C BELL
4828 W SIDE DR
LOUISVILLE KY 40219

CREDITOR ID: 305059-39
NORA E PARNELL
9877 SW 168TH ST
MIAMI FL 33157

CREDITOR ID: 305060-39
NORA J WILSON
PO BOX 134
182 PARK ROW
CANAL POINT FL 33438

CREDITOR ID: 305061-39
NORA LEAKE
C/O MRS JUAN CAMERON
2823 N ST NW
WASHINGTON DC 20007

CREDITOR ID: 305062-39
NORA M FOY
247 COLUMBIA PEUIER RD
COLUMBIA MS 39429

CREDITOR ID: 305063-39
NORA M MCCOY
3908 MERCURY
FT WORTH TX 76111

CREDITOR ID: 305064-39
NORA M ROBERTS
1303 MARYLAND AVE
EDEN NC 27288

CREDITOR ID: 305065-39
NORA M TYREE
14 BALDWIN DRIVE
WAATERFORD CT 06385

CREDITOR ID: 305066-39
NORA R CHIN & VICTOR D CHIN
JT TEN
233 MADORA DR
POWELL TN 37849

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 305067-39<br>NORA R SERMAN<br>BOX 166J RR3<br>GEORGETOWN DE 19947 | CREDITOR ID: 305068-39<br>NORA S GOSNELL TOD DAWN M<br>GOSNELL SUBJECT TO STA TOD<br>RULES<br>31 GOSNELL DR<br>TRAVELERS  REST SC 29690 | CREDITOR ID: 305069-39<br>NORBERT E SCHWARZ<br>3204 BLUE ACRES DR<br>CINCINNATI OH 45239 |
| CREDITOR ID: 305070-39<br>NORBERT F FITZPATRICK &<br>MARGARET M FITZPATRICK JT TEN<br>1824 TETON LN NE<br>ROCHESTER MN 55906 | CREDITOR ID: 305071-39<br>NORBERT J KNOER & RANA FEDOR<br>& MARK SENNINGER CO-TTEES<br>U A DTD 07-15-94 NORBERT J<br>KNOER REVOCABLE TRUST<br>7815 THIXTON LANE<br>LOUISVILLE KY 40229 | CREDITOR ID: 305072-39<br>NORBERT M CARROLL JR<br>7701 POITEVENT ST<br>NEW  ORLEANS LA 70127 |
| CREDITOR ID: 305073-39<br>NORBERTA SERIJACK<br>3221 DRYER AVE # B<br>LARGO FL 33770 | CREDITOR ID: 305074-39<br>NORENE A TRUMPOWER<br>PO BOX 22<br>PERRYSVILLE OH 44864 | CREDITOR ID: 305075-39<br>NORITA S BIRDSONG & SCOTT L<br>BIRDSONG & GREGORY SCOTT<br>BIRDSONG JT TEN<br>616 MCCULLOM CIRCLE<br>NEPTUNE  BEACH FL 32266 |
| CREDITOR ID: 305076-39<br>NORMA A FERNANDEZ<br>PO BOX 434<br>BELLE  GLADE FL 33430 | CREDITOR ID: 305077-39<br>NORMA A SOWDER<br>6609 PORTSMOUTH LN<br>RALEIGH NC 27615 | CREDITOR ID: 305078-39<br>NORMA ANNE LESTER & ROCKLAND<br>D LESTER JT TEN<br>4512 NORMANDY DR<br>NAPLES FL 33962 |
| CREDITOR ID: 305079-39<br>NORMA ATKINS<br>294 TWIN PINES DR<br>MARTINEZ GA 30907 | CREDITOR ID: 305080-39<br>NORMA D ROACH & WILLIAM M<br>ROACH JT TEN<br>4449 THRUSTON-DERMONT RD<br>OWENSBORO KY 42303 | CREDITOR ID: 305081-39<br>NORMA DALE MILLER<br>3116 36TH AVE W<br>BRADENTON FL 34205 |
| CREDITOR ID: 305082-39<br>NORMA FARRELL<br>6343 E HOLLY ST<br>INVERNESS FL 34452 | CREDITOR ID: 305083-39<br>NORMA G BENTLEY<br>2328 SETZER CK RD<br>LENOIR NC 28645 | CREDITOR ID: 305084-39<br>NORMA H FREEMAN<br>810 E MAIN ST<br>GADSDEN AL 35905 |
| CREDITOR ID: 305085-39<br>NORMA H STIGERS & MARK K<br>STIGERS JT TEN<br>12503 LIVEOAK DR<br>LOUISVILLE KY 40243 | CREDITOR ID: 305086-39<br>NORMA HARPER & DONALD HARPER<br>JT TEN<br>10885 SE FEDERAL HW<br>HOBE  SOUND FL 33455 | CREDITOR ID: 305087-39<br>NORMA HARTLEY WHITT<br>3218 ROCKY ROAD<br>LENOIR NC 28645 |
| CREDITOR ID: 305088-39<br>NORMA J ANDERSON<br>1121 SOUTH MELODY LANE<br>SANTA  CLAUS IN 47579 | CREDITOR ID: 305089-39<br>NORMA J BOGGESS<br>714 CROOKED LANE<br>SOUTHPORT FL 32409 | CREDITOR ID: 305090-39<br>NORMA J FREEMAN<br>810 E MAIN ST<br>GADSDEN AL 35905 |
| CREDITOR ID: 305091-39<br>NORMA J GREENE<br>1609 BRIDGE ST<br>LEXINGTON NC 27292 | CREDITOR ID: 305092-39<br>NORMA J HUDAK<br>2605 SW 1ST PL<br>CAPE  CORAL FL 33914 | CREDITOR ID: 305093-39<br>NORMA J MCCAHAN<br>470 FOREST CT<br>ALTAMONTE  SPRINGS FL 32714 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305094-39<br>NORMA J ROSS & HOWARD C ROSS<br>JT TEN<br>4821 NE 16TH AVE<br>FT LAUDERDALE FL 33334 | CREDITOR ID: 305095-39<br>NORMA J ROSSI<br>8138 COCOA AVE<br>JACKSONVILLE FL 32211 | CREDITOR ID: 305096-39<br>NORMA JEAN BELL & DONALD R<br>BELL JT TEN<br>13543 OLD PLANK RD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 305097-39<br>NORMA L ELLIS<br>1529 BLOUNT RD<br>GRAND RIDGE FL 32442 | CREDITOR ID: 305098-39<br>NORMA L HENSLEY<br>6586 HIGHWAY 149<br>MANCHESTER KY 40962 | CREDITOR ID: 305099-39<br>NORMA LEE WALKER<br>6714 RUTLEDGE RD<br>LOUISVILLE KY 40258 |
| CREDITOR ID: 305100-39<br>NORMA LEE ZIPPRO<br>5400 ROSWELL RD NE APT I-3<br>ATLANTA GA 30342 | CREDITOR ID: 305101-39<br>NORMA M WEIDNER & PHIL S<br>WEIDNER JT TEN<br>3 A OAK HILL<br>EUFAULA AL 36027 | CREDITOR ID: 305102-39<br>NORMA P ROBINSON<br>467 COUNTY RD 854<br>WADLEY AL 36276 |
| CREDITOR ID: 305103-39<br>NORMA PIZZI<br>11 E BEAU ST<br>WASHINGTON PA 15301 | CREDITOR ID: 305104-39<br>NORMA S BUCHANAN<br>P O BOX 516<br>LAMAR MO 64759 | CREDITOR ID: 305105-39<br>NORMA S KELLY<br>4637 BUCKHORN RD<br>SANFORD NC 27330 |
| CREDITOR ID: 305106-39<br>NORMA STAGANI<br>1864 SW 24TH AVE<br>OKEECHOBEE FL 34974 | CREDITOR ID: 305107-39<br>NORMAN A MEUNIER & POLLY H<br>MEUNIER JT TEN<br>3810 31ST ST LANE NE<br>HICKORY NC 28601 | CREDITOR ID: 305108-39<br>NORMAN A MEYERS & ESTELLE C<br>MEYERS JT TEN<br>2610 HERWALD ST<br>SARASOTA FL 34231 |
| CREDITOR ID: 305109-39<br>NORMAN A SCHAEFER & MARGARET<br>K SCHAEFER TEN ENT<br>403 CENTRAL AVE<br>GLEN BURNIE MD 21061 | CREDITOR ID: 305110-39<br>NORMAN BREWSTER<br>APT 1B<br>18519 HARWOOD AVE<br>HOMEWOOD IL 60430 | CREDITOR ID: 305112-39<br>NORMAN CAMEN CUST JANA<br>MARISA CAMEN U/G/T/M/A/NY<br>2100 LINDWOOD AVE 23K<br>FT LEE NJ 07024 |
| CREDITOR ID: 305113-39<br>NORMAN CARL MANGANELLO<br>1651 SW 116TH AVE<br>PEMBROKE PINES FL 33025 | CREDITOR ID: 305114-39<br>NORMAN CHRISTIANSEN<br>175 MAIN ST<br>EASTHAMPTON MA 01027 | CREDITOR ID: 305115-39<br>NORMAN D NORTON<br>170 MEADOW POINT DRIVE<br>SOMERSET KY 42503 |
| CREDITOR ID: 305116-39<br>NORMAN E RYDER CUST DOUGLAS<br>J RYDER UND UNIF GIFT MIN<br>ACT ALA<br>P O BOX 2066<br>OLDSMAR FL 34677 | CREDITOR ID: 305117-39<br>NORMAN E RYDER CUST JEFFREY<br>M RYDER U/G/T/M/A/AL<br>406 CEDAR RIDGE CT<br>OLDSMAR FL 34677 | CREDITOR ID: 305118-39<br>NORMAN E SCHULZ<br>1674 SE ST LUCIE BLVD<br>STUART FL 34996 |
| CREDITOR ID: 305119-39<br>NORMAN E SEARS & BARBARA E<br>SEARS JT TEN<br>12100 SEMINOLE BLVD NO 387<br>LARGO FL 34648 | CREDITOR ID: 305122-39<br>NORMAN G GOWDER<br>4807 N BROWNING BRIDGE RD<br>GAINESVILLE GA 30506 | CREDITOR ID: 305123-39<br>NORMAN H JENKINS<br>403 S EDEN DR<br>CAYCE SC 29033 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 305124-39<br>NORMAN H WILLIAMS & JOETTE<br>WILLIAMS JT TEN<br>1504 CO RD 107<br>LAFAYETTE AL 36862 | CREDITOR ID: 305125-39<br>NORMAN J CROCHET JR<br>12443 FORREST BRAYD LANE<br>GONZALES LA 70737 | CREDITOR ID: 305126-39<br>NORMAN J HARRISON<br>2240 SANNINGDALE ROAD<br>KINGSPORT TN 37660 |
| CREDITOR ID: 305127-39<br>NORMAN JOHNS<br>5769 PAYTON CHURCH RD<br>VALDOSTA GA 31601 | CREDITOR ID: 305128-39<br>NORMAN L BROWN JR<br>4608 MOORES LAKE RD<br>DOVER FL 33527 | CREDITOR ID: 305129-39<br>NORMAN L ERGLE<br>19407 NW 78TH AVE<br>ALACHUA FL 32615 |
| CREDITOR ID: 305130-39<br>NORMAN L KARCH<br>6798 S CO RD 150 W<br>PAOLI IN 47454 | CREDITOR ID: 305131-39<br>NORMAN L PALMER<br>807 MEADOW LAKE DR<br>HINESVILLE GA 31313 | CREDITOR ID: 305132-39<br>NORMAN L REISMAN<br>9865 SW 34 TERR<br>MIAMI FL 33165 |
| CREDITOR ID: 305133-39<br>NORMAN L RESTER<br>513 PRICE RD<br>SIEPER LA 71472 | CREDITOR ID: 305134-39<br>NORMAN LOUIS MACKIN<br>PO BOX 161432<br>LOUISVILLE KY 40256 | CREDITOR ID: 305135-39<br>NORMAN N HEBERT<br>10902 LA HWY 695<br>KAPLAN LA 70548 |
| CREDITOR ID: 305136-39<br>NORMAN NOWLIN & ANGELINE<br>NOWLIN JT TEN<br>330 E SAM HARRELL RD<br>FLORENCE SC 29506 | CREDITOR ID: 305137-39<br>NORMAN P PATTERSON TRUSTEE<br>U-A DTD 04-18-02 MARGARET J<br>PATTERSON REVOCABLE TRUST<br>1019 KENNETT WAY<br>WEST CHESTER PA 19380 | CREDITOR ID: 305138-39<br>NORMAN R PETERS JR & DEBORAH<br>ANN PETERS JT TEN<br>3651 DONNA ST<br>PORT ORANGE FL 32119 |
| CREDITOR ID: 305139-39<br>NORMAN ROGER GATLIN<br>400 COLLIAR CRASCANT<br>SUFFOLK VA 23434 | CREDITOR ID: 305140-39<br>NORMAN S WALTERS<br>1109 PINE FOREST DR<br>VALDOSTA GA 31602 | CREDITOR ID: 305141-39<br>NORRIS C CHAISSON<br>902 VICTORY DR<br>WESTWEGO LA 70094 |
| CREDITOR ID: 305142-39<br>NORRIS F GIBSON<br>4146 CEDRIC ST NE<br>ORANGEBURG SC 29115 | CREDITOR ID: 305143-39<br>NORRIS L GRAVES<br>6807 NW CRESTWOOD DR<br>LAWTON OK 73505 | CREDITOR ID: 305145-39<br>NORTH HILLS INC<br>C/O CAROL TERWEE<br>PO BOX 17004<br>RALEIGH NC 27619 |
| CREDITOR ID: 305146-39<br>NORTON S HILDRETH<br>3016 WOODLAND DR<br>EDGEWATER FL 32141 | CREDITOR ID: 305147-39<br>NORWEST FINANCIAL KY INC<br>790 NORTH DIXIE AVE STE 200<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 305148-39<br>NORWOOD EARL CREECH<br>3811 US 70 E BUS<br>SMITHFIELD NC 27577 |
| CREDITOR ID: 279958-39<br>NOVEROLA, ALICIA R & ORLANDO JT TEN<br>2311 NW 184 TERRACE<br>PEMBROOK PINES FL 33029 | CREDITOR ID: 279955-39<br>NOVOA, ALICIA & ROBERT, JT TEN<br>1501 TARA CT<br>COLLEGE STATION TX 77840 | CREDITOR ID: 279810-39<br>NOVOTNY, ALETRIS<br>7334 COOPER RD<br>WICHITA FALLS TX 76305 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 305149-39
NUTMEG INVESTMENT
PARTNERS LLC
P O BOX 4967
GREENWICH CT 06831

CREDITOR ID: 279773-39
NUTTER, ALBERT JR & CHIQUITA
RENAY NUTTER TEN COM
3081 GRINNELL DRIVE
MARRERO LA 70072

CREDITOR ID: 279772-39
NUTTER, ALBERT JR & CHIQUITA
RENAY NUTTER JT TEN
3081 GRINNELL DRIVE
MARRERO LA 70072

CREDITOR ID: 305150-39
O BETH STRAUB
730 AULTMAN RD
KISSIMMEE FL 34744

CREDITOR ID: 305151-39
O D RICHMOND
2713 S RUSHERVILLE ST
NEW  ORLEANS LA 70125

CREDITOR ID: 305154-39
O FRANK BEYER & LORRAINE H
BEYER JT TEN
123 HIDDEN LAKE DR
BRUNSWICK GA 31525

CREDITOR ID: 305155-39
O KENNETH RODGERS & RUTH G
RODGERS JT TEN
700 HIDDEN CV
FORT  WALTON  BEACH FL 32547

CREDITOR ID: 305156-39
OBDULIO BERRIOS
1600 SW SUNRISE BLVD
MIAMI FL 33033

CREDITOR ID: 305157-39
OBRENE PRATT
37 BIG HORN DR
SOMERSET KY 42503

CREDITOR ID: 305158-39
OBY L VANN
RR 1 BOX 3378
MADISON FL 32340

CREDITOR ID: 297552-39
OCAMPO, JUAN
13241 SW 54TH ST
MIAMI FL 33175

CREDITOR ID: 305159-39
OCEE C WHITEHEAD
1108 N BURTON ST
PLANT  CITY FL 33566

CREDITOR ID: 305160-39
OCIE L MELTON
PO BOX 641
OPELIKA AL 36803

CREDITOR ID: 305161-39
OCIE LEE MILLER
4976 PIKES POND RD
LAKE  PARK GA 31636

CREDITOR ID: 305162-39
OCTAVIA DEFAZIO
321 RONALD ST
COCOA FL 32927

CREDITOR ID: 305163-39
OCTAVIA J HAMILTON
417 BRIERCLIFF DR
COLUMBIA SC 29203

CREDITOR ID: 305164-39
OCTIE NEAL PUTNAM & J C
PUTNAM JT TEN
PO BOX 6
609 S CENTER AVE
PIEDMONT AL 36272

CREDITOR ID: 305165-39
ODALYS HERNANDEZ
7172 SW 22 ST
MIAMI FL 33155

CREDITOR ID: 305166-39
ODELL SAPP
17851 72ND N
LOXAHATCHEE FL 33470

CREDITOR ID: 305167-39
ODELL SAPP & CAROL FORESTER
SODERBERG JT TEN
17851 72ND N
LOXAHATCHEE FL 33470

CREDITOR ID: 305168-39
ODELL V NEEDHAM
3348 COUNTRY CLUB RD
CHARLOTTE NC 28205

CREDITOR ID: 305169-39
ODERAY VIGO
227 ROBYN DR
WINCHESTER KY 40391

CREDITOR ID: 305170-39
ODESSA L COBB
6800 WIMBERLY RD
WILLOW  SPRINGS NC 27592

CREDITOR ID: 305171-39
ODETTE P MARQUEZ
7830 SANDPIPER
NEW  ORLEANS LA 70128

CREDITOR ID: 305172-39
ODETTE PAYNE MARQUEZ
7830 SANDPIPER DRIVE
NEW  ORLEANS LA 70128

CREDITOR ID: 305173-39
OJETTA D ROBINSON
5101 PRESTWICK LANE
CHARLOTTE NC 28212

CREDITOR ID: 315540-39
O'KEEFE, CLARKE RYAN (MINOR)
C/O WM TIMOTHY O'KEEFE CUST
3055 COBBLESTONE DR
PACE FL 32571

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305174-39<br>OKEY WORKMAN & ETHEL L<br>WORKMAN JT TEN<br>321 W PENNSYVANIA AVE<br>DELAND FL 32720 | CREDITOR ID: 305175-39<br>OKIE H COLSON<br>179 US HWY 280<br>CLAXTON GA 30417 | CREDITOR ID: 305176-39<br>OLA BOYD<br>5700 OLD HAYWOOD RD<br>ARDEN NC 28704 |
| CREDITOR ID: 305177-39<br>OLA M HYERS<br>1330 N 14TH ST<br>FERNANDINA  BCH FL 32034 | CREDITOR ID: 305178-39<br>OLA M HYERS & ROBERT HYERS<br>JT TEN<br>1330 N 14TH ST<br>FERNANDINA  BEACH FL 32034 | CREDITOR ID: 305179-39<br>OLA M STAPP & NANCY J STAPP<br>JT TEN<br>2001 PRIGMORE RD<br>CHATTANOOGA TN 37412 |
| CREDITOR ID: 305180-39<br>OLA MAE BLAKLEY<br>PO BOX 3741<br>SANFORD NC 27331 | CREDITOR ID: 305181-39<br>OLAN NORMAN<br>6240 FM 753<br>ATHENS TX 75751 | CREDITOR ID: 305182-39<br>OLAN T BROWN & BECKY J BROWN<br>JT TEN<br>484 AUGUSTA DRIVE<br>VALDOSTA GA 31602 |
| CREDITOR ID: 305183-39<br>OLD DOMINION & CO<br>COMMONWEALTH OF VIRGINIA<br>JAMES MONROE BLDG<br>4TH FLOOR<br>101 N 14H ST<br>RICHMOND VA 23219 | CREDITOR ID: 305184-39<br>OLDEN JOHNSON & GLORIA<br>JOHNSON JT TEN<br>6132 AMBERLY LN<br>CHARLOTTE NC 28213 | CREDITOR ID: 305185-39<br>OLEN DEL LEE<br>1941 VILLAGE SQUIRE CIR<br>RALEIGH NC 27610 |
| CREDITOR ID: 305186-39<br>OLEN W MEREDITH CUST JESSICA<br>LEIGH MEREDITH UNDER THE<br>UNIF TRAN MIN ACT FL<br>BOX 1957<br>ST  AUGUSTINE FL 32085 | CREDITOR ID: 305187-39<br>OLEN W MEREDITH CUST JORDAN<br>L MEREDITH UNDER THE UNIF<br>TRAN MIN ACT FL<br>14 SALANO AV<br>SAINT  AUGUSTINE FL 32080 | CREDITOR ID: 305188-39<br>OLENE WILSON<br>3405 GRANBERRY DR<br>DOTHAN AL 36303 |
| CREDITOR ID: 305189-39<br>OLESTER J RICHARDSON<br>1276 HORNADY DR<br>MONROEVILLE AL 36460 | CREDITOR ID: 305190-39<br>OLEY LYNN GROSE & SHIRLEY<br>ANN GROSE JT TEN<br>RR 1 BOX 209A<br>FERRUM VA 24088 | CREDITOR ID: 305191-39<br>OLGA A ASHTON & NEIL E<br>ASHTON II JT TEN<br>203 CYPRESS AVE<br>CLEWISTON FL 33440 |
| CREDITOR ID: 305192-39<br>OLGA A GUILLEN<br>282 NE FLORESTA DR<br>PORT  ST  LUCIE FL 34983 | CREDITOR ID: 305193-39<br>OLGA L MILLARD<br>2808 2ND STREET SOUTH<br>JACKSONVILLE  BEACH FL 32250 | CREDITOR ID: 305194-39<br>OLIN D CONNER<br>3852 DURHAM RD<br>GREER SC 29651 |
| CREDITOR ID: 305195-39<br>OLIN L POE<br>2227 WEISS DR<br>COLUMBIA SC 29209 | CREDITOR ID: 305196-39<br>OLINE S FORMAN<br>3613 NELSON ST<br>ZACHARY LA 70791 | CREDITOR ID: 305197-39<br>OLIVE ANITA RAMKHELAWAN &<br>LEKHRAM RAMKHELAWAN JT TEN<br>10555 SW 156TH LN<br>MIAMI FL 33157 |
| CREDITOR ID: 305198-39<br>OLIVE B QUIGLEY<br>5047 GLENHURST LN<br>NEW  PORT  RICHEY FL 34653 | CREDITOR ID: 305199-39<br>OLIVE D TAYLOR TTEE U A DTD<br>4/17/92 F-B-O OLIVE D TAYLOR<br>REVOCABLE TRUST<br>134 PIKES HILL<br>NORWAY ME 04268 | CREDITOR ID: 305200-39<br>OLIVER BOYCE JONES & FRANCES<br>M JONES TRUSTEES U-A DTD<br>02-13-97 THE JONES LIVING<br>TRUST<br>881 PINE FOREST TRAIL COURT<br>COLUMBIA SC 29210 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 305201-39
OLIVER C THOMPSON
7349 WAKEFIELD AVE
JACKSONVILLE FL 32208

CREDITOR ID: 305202-39
OLIVER CRAWFORD & KAMARA
CRAWFORD JT TEN
8016 W HIAWATHA ST
TAMPA FL 33615

CREDITOR ID: 305203-39
OLIVER HARRISON
20 CLOVER LANE COURT
MONTGOMERY AL 36105

CREDITOR ID: 305204-39
OLIVER HOLMES
2722 JASPER ST
KENNER LA 70062

CREDITOR ID: 305205-39
OLIVER K ALEXANDER
1181 BULLARD ROAD
BLOUNTSVILLE AL 35031

CREDITOR ID: 305206-39
OLIVER P MARTIN & BLANCHE L
MARTIN JT TEN
55 OLD 280
PISGAH  FOREST NC 28768

CREDITOR ID: 305207-39
OLIVER V HOLTON
361 E NOTRE DAME
ALTAMONTE  SPRINGS FL 32714

CREDITOR ID: 305208-39
OLIVER W JONES
4404 WILHELM ST
FORT  WORTH TX 76119

CREDITOR ID: 305209-39
OLIVIA A RUIZ CUST PATRICIA
A RUIZ UNIF TRAN MIN ACT FL
19261 HOLIDAY RD
MIAMI FL 33157

CREDITOR ID: 305210-39
OLIVIA C AIKEN
817 HARRIS ST
BURLINGTON NC 27217

CREDITOR ID: 305211-39
OLIVIA C ALBRIGHT
1801 DOGWOOD DR
ARLINGTON TX 76012

CREDITOR ID: 305212-39
OLIVIA CERDA & ABELARDO
CERDA JT TEN
5325 CAROLDEAN ST
FT  WORTH TX 76117

CREDITOR ID: 305213-39
OLIVIA J MTICHELL
5228 S C GORDON JR RD
PLANT  CITY FL 33567

CREDITOR ID: 305214-39
OLIVIA J WILLS
ATTN BLANKENSHIP
2104 KINGS AVE
FT  WORTH TX 76117

CREDITOR ID: 305215-39
OLIVIA LEIGH LENGLE
7436 BRANDSHIRE LANE
DUBLIN OH 43017

CREDITOR ID: 305216-39
OLIVIA PRUIETT
1841 MEADOWS RD
NEWBORN GA 30056

CREDITOR ID: 305217-39
OLLIE A COLLINS III
PO BOX 2325
JACKSONVILLE FL 32203

CREDITOR ID: 305218-39
OLLIE CHOICE
2295 SUNSET DR
VALDOSTA GA 31603

CREDITOR ID: 305219-39
OLLIE CHOICE JR
2995 SUNSET DR
VALDOSTA GA 31601

CREDITOR ID: 305220-39
OLLIE JOE TALLEY
135 POPE RD
BAINBRIDGE GA 31717

CREDITOR ID: 305221-39
OLLIE LEE THREATT
1536 DENNISON AVE SW
BIRMINGHAM AL 35211

CREDITOR ID: 305222-39
OLLIE M ADCOCK
2205 2ND PLACE NE
BIRMINGHAM AL 35215

CREDITOR ID: 305223-39
OLLIE R MCNEESE
106 ARMSTRONG ROAD
COLUMBIA MS 39429

CREDITOR ID: 305224-39
OLLIE VICTORIA CARR
314 TWEEN HILL RD
BRISTOL TN 37620

CREDITOR ID: 305225-39
OMAR RODRIGUEZ
1670 W 57TH TERR
HIALEAH FL 33012

CREDITOR ID: 305226-39
OMEME HILL
1203 W GORDON
ALBANY GA 31701

CREDITOR ID: 305227-39
ONA M POUNDERS
2241 WATERLOO RD
RT BOX 426
RUSELLVILLE AL 35653

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305228-39<br>ONE SHARE OF STOCK INC<br>3450 THIRD ST BLDG 1-D<br>SAN FRANCISCO CA 94124 | CREDITOR ID: 305229-39<br>ONEIDA CHAVES<br>8271 SW 11TH TER<br>MIAMI FL 33144 | CREDITOR ID: 305230-39<br>ONIE M MITCHELL<br>C/O MS PATRICIA M EASTON<br>1631 FAIRLANE DR<br>WEST COLUMBIA SC 29169 |
| CREDITOR ID: 305232-39<br>ONORIO IADIPAOLO & IOLANDO<br>IADIPAOLO JT TEN<br>6630 SABLE RIDGE LANE<br>NAPLES FL 33999 | CREDITOR ID: 305233-39<br>OPAL G RENEHAN<br>1511 TRUWOOD LN<br>FERN PARK FL 32730 | CREDITOR ID: 305234-39<br>OPAL ODELL MANLEY<br>4476 HARSTON AVENUE<br>COLUMBUS OH 43207 |
| CREDITOR ID: 305235-39<br>OPAL S TYLER<br>15 SMYRNA DR<br>DE BARY FL 32713 | CREDITOR ID: 305236-39<br>OPHELIA D HARRELL<br>1323 E TENNESSEE ST<br>PLANT CITY FL 33566 | CREDITOR ID: 305237-39<br>OPHELIA T HOWARD<br>8120 NC HIGHWAY 41 W<br>TRENTON NC 28585 |
| CREDITOR ID: 305238-39<br>ORA B TIPTON MCGEE<br>ATTN ORA ESQUIVEL<br>9 N W AVE G<br>BELLE GLADE FL 33430 | CREDITOR ID: 305239-39<br>ORA D JONES<br>2114 RYAN PL<br>COLUMBUS MS 39702 | CREDITOR ID: 305240-39<br>ORA E CATE<br>5801 N SMOKERISE DR<br>FLAGSTAFF AZ 86004 |
| CREDITOR ID: 305241-39<br>ORA HALL<br>10700 SW 108 AVE<br>APT C102<br>MIAMI FL 33176 | CREDITOR ID: 305242-39<br>ORA HARDY<br>726 HOUTZ AVE<br>SPRINGVILLE UT 84663 | CREDITOR ID: 305243-39<br>ORA LEE VIEL<br>2321 NW 91ST<br>MIAMI FL 33147 |
| CREDITOR ID: 305244-39<br>ORA M ADKINSON<br>7130 BRONWOOD HIGHWAY<br>BRONWOOD GA 39826 | CREDITOR ID: 305245-39<br>ORA MAE MARIONEAUX<br>7073 NORTHGATE DR<br>NEW ORLEANS LA 70128 | CREDITOR ID: 305246-39<br>ORAINE WALLACE<br>11843 SE 141ST TE<br>OCKLAWAHA FL 32179 |
| CREDITOR ID: 305247-39<br>ORBE H ANDUX JR & FRANCES<br>ANDUX JT TEN<br>1222 BEACON HILL DR<br>TAMPA FL 33613 | CREDITOR ID: 305248-39<br>ORITA UMINSKI & WALTER T<br>UMINSKI JT TEN<br>1827 ROUNDFIELD LANE<br>MANAKIN SABOT VA 23103 | CREDITOR ID: 305250-39<br>ORLANDO HANKENS<br>5216 TROPHY LANE<br>WAKE FOREST NC 27587 |
| CREDITOR ID: 305252-39<br>ORLANDO M PEREZ<br>1448 SQUAW TRL<br>ORLANDO FL 32825 | CREDITOR ID: 305253-39<br>ORLANDO PALMEIRO<br>11850 SW 196 ST<br>MIAMI FL 33177 | CREDITOR ID: 305254-39<br>ORLORDO F BURWELL<br>4030 KNOLL BROOK DR<br>HUNTSVILLE AL 35810 |
| CREDITOR ID: 305255-39<br>ORLY CZERNIA<br>1353 CEDARWOOD WAY<br>PALM HARBOR FL 34683 | CREDITOR ID: 305256-39<br>ORPAH L BACHMANN<br>7052 WEST COUNTRY CLUB DRIVE NORTH<br>SARASOTA FL 34243 | CREDITOR ID: 305257-39<br>ORREN MORGAN & ROSA MAE<br>MORGAN JT TEN<br>PO BOX 81<br>THONOTOSASSA FL 33592 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 305258-39
ORSON F FUNES
4358 PINE ST
WEST PALM BEACH FL 33406

CREDITOR ID: 305259-39
ORVILLE EUGENE SHOOK &
SHELVA C SHOOK TTEES U/A DTD
04/23/04 ORVILLE EUGENE SHOOK
& SHELVA C SHOOK TR
1227 BALLSCREEK RD
CLAREMONT NC 28610

CREDITOR ID: 305260-39
ORVILLE G ZUGG JR
18886 EVANS RD
FAYETTEVILLE OH 45118

CREDITOR ID: 305261-39
ORVILLE H BENNETT & RITA
BORNHORST BENNETT JT TEN
479 E PALMER CIR
AVON PARK FL 33825

CREDITOR ID: 305262-39
ORVILLE HOCKENSMITH &
KATHY A HOCKENSMITH JT TEN
2258 TRITON TER
HARBOUR HGTS FL 33983

CREDITOR ID: 305263-39
ORVILLE L HOCKENSMITH
2258 TRITON TERR
HARBOUR HEIGHTS FL 33983

CREDITOR ID: 305264-39
ORVILLE T DAVIS
217 FLAGSTONE DR
BURLESON TX 76028

CREDITOR ID: 305265-39
ORVIS B VIOLETTE
3655 VICTORIA DR
WEST PALM BEACH FL 33406

CREDITOR ID: 305266-39
ORYNAB ABUSALEEM
1740 PERCHERON DR
NEW PORT RICHEY FL 34655

CREDITOR ID: 308663-39
OSBERG, CRYSTAL L (MINOR)
C/O ROBERT T MORAN JR CUST
1213 14TH CIR SE
LARGO FL 33771

CREDITOR ID: 308664-39
OSBERG, JENNIFER T (MINOR)
C/O ROBERT T MORAN JR CUST
1213 14TH CIR SE
LARGO FL 33771

CREDITOR ID: 308665-39
OSBERG, NICOLE K (MINOR)
C/O ROBERT T MORAN JR CUST
1213 14TH CIR SE
LARGO FL 33771

CREDITOR ID: 305267-39
OSBORN MORGAN & LAURA MAE
MORGAN JT TEN
115 W MYRTLE ST
LAKELAND FL 33815

CREDITOR ID: 305268-39
OSBORNE STATON
948 TEAROSE DR
LEXINGTON KY 40504

CREDITOR ID: 305269-39
OSBORNE STATON & MAXINE
STATON JT TEN
948 TEAROSE DR
LEXINGTON KY 40504

CREDITOR ID: 305270-39
OSCAR A CRAWFORD
2743 NATTIE CT
ORLANDO FL 32826

CREDITOR ID: 305271-39
OSCAR A JACQUES
2029 N ROMAN ST
NEW ORLEANS LA 70116

CREDITOR ID: 305272-39
OSCAR D WOOD III
14722 STONEBERG AVE
BATON ROUGE LA 70816

CREDITOR ID: 305273-39
OSCAR DEUWARD STONE
1409 JUNIPER RIDGE LN
NORTHPORT AL 35476

CREDITOR ID: 305274-39
OSCAR DEUWARD STONE & RUTH
MORGAN STONE JT TEN
1409 JUNIPER RIDGE LN
NORTHPORT AL 35473

CREDITOR ID: 305275-39
OSCAR F GOMEZ JR
19710 NW 44TH AVE
OPA LOCKA FL 33055

CREDITOR ID: 305276-39
OSCAR F TOLEDO & BRENDA J
TOLEDO JT TEN
7938 LONGSHADOW CT
JACKSONVILLE FL 32244

CREDITOR ID: 305277-39
OSCAR H HOWELL III
118 WOODLAND ACRES
AMERICUS GA 31709

CREDITOR ID: 305278-39
OSCAR H MCGUFFIN
2242 RIVERSIDE AVE
JACKSONVILLE FL 32204

CREDITOR ID: 305279-39
OSCAR H PARTRIDGE & EDNA M
PARTRIDGE JT TEN
2610 99TH AVENUE
TAMPA FL 33612

CREDITOR ID: 305280-39
OSCAR J JOHNSEN & CATHERINE
JOHNSEN JT TEN
1405 N 74TH WAY
HOLLYWOOD FL 33024

CREDITOR ID: 305281-39
OSCAR L HAMMOND & BETTY J
HAMMOND JT TEN
429 OLD HUNTS BRIDGE RD
GREENVILLE SC 29611

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                               CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 305282-39<br>OSCAR L YOUNG JR & VERNADILL<br>J YOUNG JT TEN<br>3407 E LAMBRIGHT<br>TAMPA FL 33610 | CREDITOR ID: 305283-39<br>OSCAR LEE YOUNG & MINNIE LEE<br>YOUNG JT TEN<br>4212 E PALIFOX ST<br>TAMPA FL 33610 | CREDITOR ID: 305284-39<br>OSCAR MUTH & CHARLOTTE MUTH<br>JT TEN<br>1306 N E FORREST AVE<br>ARCADIA FL 33821 |
| CREDITOR ID: 305285-39<br>OSCAR P TRIPP<br>518 TRIPP RD<br>PIEDMONT SC 29673 | CREDITOR ID: 305286-39<br>OSCAR R SAVAGE<br>251 TERI LANE<br>PRATTVILLE AL 36066 | CREDITOR ID: 305287-39<br>OSCAR R SAVAGE & VIRGINIA L<br>SAVAGE JT TEN<br>251 TERI LANE<br>PRATTVILLE AL 36066 |
| CREDITOR ID: 305288-39<br>OSCAR T LOWE III<br>33 MCCAULEY RD<br>TRAVELERS  REST SC 29690 | CREDITOR ID: 305289-39<br>OSMAN HENRY CRAIN<br>12080 KOERIN DR<br>PONCHATOULA LA 70454 | CREDITOR ID: 305290-39<br>OSMANIS JIMENEZ<br>3576 VALLEY WAY<br>WEST  PALM  BCH FL 33406 |
| CREDITOR ID: 305291-39<br>OSMANY M ESQUIVEL<br>9 NW AVE G<br>BELLE  GLADE FL 33430 | CREDITOR ID: 305292-39<br>OSVALDO A DELGADO JR<br>5421 SW 131 AVE<br>MIAMI FL 33175 | CREDITOR ID: 305293-39<br>OSWALD COMBIE<br>PO BOX 310411<br>TAMPA FL 33680 |
| CREDITOR ID: 305294-39<br>OSWALD P BRONSON<br>BETHUNE-COOKMAN COLLEGE<br>640 2ND AVE<br>DAYTONA  BEACH FL 32114 | CREDITOR ID: 305295-39<br>OSWALD P BRONSON & HELEN W<br>BRONSON JT TEN<br>640 2ND AVE<br>DAYTONA  BEACH FL 32114 | CREDITOR ID: 305296-39<br>OTHA C STEELE &<br>ANGELA D STEELE JT TEN<br>120 VINCEWOOD DR<br>NICHOLASVILLE KY 40356 |
| CREDITOR ID: 305297-39<br>OTHA L GLADFELTER<br>25 SPRAYBERRY RD<br>NEWNAN GA 30263 | CREDITOR ID: 305298-39<br>OTHER L STANLEY<br>2167 MAXWELL DR SW<br>ATLANTA GA 30311 | CREDITOR ID: 305299-39<br>OTHO W EDWARDS III CUST<br>REBECCA H EDWARDS UNDER THE<br>FL UNIF TRAN MIN ACT<br>BOX 1587<br>QUINCY FL 32353 |
| CREDITOR ID: 305300-39<br>OTHO WINTON EDWARDS III<br>PO BOX 1002<br>QUINCY FL 32353 | CREDITOR ID: 305301-39<br>OTIS C MCCRARY III & WYNETTA<br>SMITH MCCRARY JT TEN<br>3061 CHIPPEWA DRIVE<br>REX GA 30273 | CREDITOR ID: 305306-39<br>OTIS HARDEN & ANNIE M HARDEN<br>JT TEN<br>2519 GAILLARDIA RD W<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 305307-39<br>OTIS JAMES GRAHAM JR<br>2009 EFLAND CEDAR GROVE RD<br>EFLAND NC 27243 | CREDITOR ID: 305308-39<br>OTIS RANKINE<br>265 NW 189TH ST<br>MIAMI FL 33169 | CREDITOR ID: 305309-39<br>OTIS S LYONS<br>RR 2 BOX 4485<br>WILLACOOCHEE GA 31650 |
| CREDITOR ID: 305310-39<br>OTIS THOMAS BEATY JR<br>3614 DELARUA PL<br>VALRICO FL 33594 | CREDITOR ID: 305311-39<br>OTIS W WEST<br>2824 AUBURN-KNIGHTDALE RD<br>RALEIGH NC 27610 | CREDITOR ID: 305312-39<br>OTTIS L OGLETREE<br>5048 SUTHERLAND RD<br>MOUNT  OLIVE AL 35117 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 305313-39
OTTIS LAWTON OGLETREE &
GRACE K OGLETREE JT TEN
5048 SUTHERLAND RD
MOUNT  OLIVE AL 35117

CREDITOR ID: 305314-39
OTTO R HERRERA
5807 DEWBERRY WAY
WEST  PALM  BEACH FL 33415

CREDITOR ID: 305315-39
OUIDA R HOTCH
229 REBEL CIR #461
DILLARD GA 30537

CREDITOR ID: 305316-39
OUNG VIENCHANDARA
621 LOGAN DRIVE
LONGWOOD FL 32750

CREDITOR ID: 305317-39
OURALEANER A LOCKHART
1610 BYWOOD DR
COLUMBIA SC 29223

CREDITOR ID: 305318-39
OURALEANER N ADAMS
1610 BYWOOD DR
COLUMBIA SC 29223

CREDITOR ID: 305319-39
OVEDA D LAWSON
4971 SW 93RD AVE
COOPER  CITY FL 33328

CREDITOR ID: 305320-39
OVIDETTE COBB STRICKLAND
8972 ADAMS WALK DR
JACKSONVILLE FL 32257

CREDITOR ID: 305321-39
OVIDIO A GUZMAN
4504 TWIN CREST WY
TAMPA FL 33624

CREDITOR ID: 305323-39
OWEN C HILLIARD
686 ESTAUGH STREET NW
PALM  BAY FL 32907

CREDITOR ID: 305322-39
OWEN C HILLIARD
686 ESTAUGH ST NW
PALM  BAY FL 32907

CREDITOR ID: 305324-39
OWEN CANDIES JR
1423 LEE DR
THIBODAUX LA 70301

CREDITOR ID: 305325-39
OWEN D DENTON & NINA S
DENTON JT TEN
8553 APPLECROSS CIR
APEX NC 27502

CREDITOR ID: 305326-39
OWEN H FREDERICK
128 KENSINGTON DR
FLORENCE AL 35630

CREDITOR ID: 305327-39
OWEN J LAVERGNE
2080 HINES RD
JENNINGS LA 70546

CREDITOR ID: 305328-39
OWEN Z OWENS
14 CHURCH LN
CENTREVILLE AL 35042

CREDITOR ID: 293801-39
OWENS, JAMES H
6532 HEARNE RD, APT 205
CINCINNATI OH 45248

CREDITOR ID: 305329-39
OZELL ASHMORE & JIMMIE
ASHMORE JT TEN
220 JEFF WHEAT RD
PICAYUNE MS 39466

CREDITOR ID: 305330-39
P ADAM WALSH
P O BOX 381097
LOS  ANGELES CA 90038

CREDITOR ID: 305331-39
P CHRISTOPHER WRENN & MARY J
WRENN JT TEN
1216 LAKEWOOD ROAD
JACKSONVILLE FL 32207

CREDITOR ID: 305332-39
P D KARKHANIS TRUSTEE U-A DTD
05-12-98 KARKHANIS FAMILY
REVOCABLE LIVING TRUST
3703 ROTHBURY DR
ORLANDO FL 32812

CREDITOR ID: 305333-39
P DALE PITTARD
113A WEST FRONT ST
OXFORD NC 27565

CREDITOR ID: 305334-39
PABLO A MARRERO & DONNA L
MARRERO JT TEN
838 S VIRGINIA ST
MERCEDES TX 78570

CREDITOR ID: 305335-39
PABLO BERMUDEZ JR
1933 W BERMUDA DR
AVON  PARK  LAKES FL 33825

CREDITOR ID: 305336-39
PABLO GARCES
141 NW 218TH LN
PEMBROKE  PINES FL 33029

CREDITOR ID: 305337-39
PABLO TORRES
1612 UNITED ST
KEY  WEST FL 33040

CREDITOR ID: 305338-39
PACIFICA CASERTA CUST TYLER
PATRICK CASERTA UNIF TRANS
MIN ACT CT
29 BRIGHTWOOD AVE
STRATFORD CT 06497

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

CREDITOR ID: 280126-39
PADGETT, ALVIN E & EDITH H JT TEN
18134 WARE AVE
JACKSONVILLE FL 32234

CREDITOR ID: 298374-39
PADRON, NICHOLAS  (MINOR)
C/O KATHY T ROSIERE CUST
1035 NW 88TH AVE
PLANTATION FL 33322

CREDITOR ID: 305339-39
PAGEANT BOWLING
40 LITTLE FORK
PIKEVILLE KY 41501

CREDITOR ID: 305340-39
PAIGE A TEDESCO & SAL J
TEDESCO JR JT TEN
4989 TROUBADOR CT
CINCINNATI OH 45238

CREDITOR ID: 305341-39
PAIGE MOSES HERREN CUST FOR
ALYSON KATHRYN HERREN UNDER AL
UNIF TRANSFERS TO MINORS ACT
5741 COOPER RD
TRUSVILLE AL 35173

CREDITOR ID: 287876-39
PALMER, DONALD RAY
10216 129TH TER
LARGO FL 33773

CREDITOR ID: 305342-39
PAM A MOSHER
C/O PAMELA M PEREZ
1715 PATRICIA ST
KEY WEST FL 33040

CREDITOR ID: 305343-39
PAM BASS
RT 8 BOX 62
ANDALUSIA AL 36420

CREDITOR ID: 305344-39
PAM COOPER
724 CHARLES ALLEN DR NE
ATLANTA GA 30308

CREDITOR ID: 305345-39
PAM G DORSEY & TIM L DORSEY
JT TEN
4133 FLINTLOCK DR APT 7A
LOUISVILLE KY 40216

CREDITOR ID: 305346-39
PAM G SOLOMON
860 BETHEL SCHOOL RD
CLOVER SC 29710

CREDITOR ID: 305347-39
PAM G WINDHAM
2437 PETTUS RD
HOPE  HULL AL 36043

CREDITOR ID: 305348-39
PAM ST PE
285 RIVER BEND DR
JESUIT  BEND LA 70037

CREDITOR ID: 305349-39
PAMALA A SHUGART
PO BOX 892
YADKINVILLE NC 27055

CREDITOR ID: 305350-39
PAMELA A CEDERQUIST &
CHARLES T CEDERQUIST JT TEN
3204 E SPARKMAN RD
PLANT  CITY FL 33566

CREDITOR ID: 305351-39
PAMELA A DECKER
5410 WHITMORE DR
CINCINNATI OH 45238

CREDITOR ID: 305352-39
PAMELA A DESREUISSEAU &
DENNIS L DESREUISSEAU JT TEN
2784 SW MONARCH TRL
STUART FL 34997

CREDITOR ID: 305353-39
PAMELA A GRAHAM
8440 NW 49TH DR
CORAL  SPRINGS FL 33067

CREDITOR ID: 305354-39
PAMELA A GRAY
419 E CLEVELAND AVE
VINTON VA 24179

CREDITOR ID: 305355-39
PAMELA A JACKSON
3169 WOOD VALLEY RD
PANAMA  CITY FL 32405

CREDITOR ID: 305356-39
PAMELA A MCDOUGALD
15108 ANNAPOLIS
STERLING  HEIGHTS MI 48313

CREDITOR ID: 305357-39
PAMELA A NICHOLS
6C ASH STREET
BAR  HARBOR ME 04609

CREDITOR ID: 305358-39
PAMELA A OTTESEN
4516 MORALES ST
METAIRIE LA 70006

CREDITOR ID: 305359-39
PAMELA A REESE
112 SHAW ST
MARTINEZ GA 30907

CREDITOR ID: 305360-39
PAMELA A RIFE
4540 FERNWAY DR
NORTH  PORT FL 34288

CREDITOR ID: 305361-39
PAMELA A SCOTT
PO BOX 14094
BRADENTON FL 34280

CREDITOR ID: 305362-39
PAMELA A SMITH
3561 SULPHUR SPRINGS RD NE
HICKORY NC 28601

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 305363-39<br>PAMELA ANN BOLLINGER<br>518 37TH ST SW<br>HICKORY NC 28602 | CREDITOR ID: 305364-39<br>PAMELA ANN GRICE<br>3480 LOCHMILL DR<br>LOGANVILLE GA 30052 | CREDITOR ID: 305365-39<br>PAMELA ANN MAVRAEDIS<br>1741 KENT DRIVE APT 2<br>SEBRING FL 33875 |
| CREDITOR ID: 305366-39<br>PAMELA ANN MCDAVITT & J<br>PATRICK MCDAVITT JT TEN<br>21125 CHRISTMAS LANE<br>SHOREWOOD MN 55331 | CREDITOR ID: 305367-39<br>PAMELA ANN REYNOLDS &<br>STANLEY RUSSELL REYNOLDS JT TEN<br>33 JOE NORMAN RD<br>HAZLEHURST GA 31539 | CREDITOR ID: 305368-39<br>PAMELA ANNETTE GITHENS<br>1507 BAY CIRCLE EAST<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 305369-39<br>PAMELA B BORDELON<br>214 W CELESTINE ST<br>CHALMETTE LA 70043 | CREDITOR ID: 305370-39<br>PAMELA B MONEY & TODD R<br>MONEY JT TEN<br>512 W FINGER ST<br>MAIDEN NC 28650 | CREDITOR ID: 305371-39<br>PAMELA BEAN<br>7844 BARATARIA BLVD<br>MARRERO LA 70072 |
| CREDITOR ID: 305372-39<br>PAMELA BLAYLOCK HELMS<br>P O BOX 450<br>WHITE  ROCK SC 29177 | CREDITOR ID: 305373-39<br>PAMELA C BLANTON<br>774 NE GLADIOLI DR<br>LEE FL 32059 | CREDITOR ID: 305374-39<br>PAMELA CARTIER WILCOX<br>6 LONGFELLOW DR<br>COVENTRY RI 02816 |
| CREDITOR ID: 305375-39<br>PAMELA CHANDLER FUQUA<br>505 N KENTUCKY ST<br>KINGSTON TN 37763 | CREDITOR ID: 305376-39<br>PAMELA D ABERNATHY<br>5983 CAMELIA DR<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 305377-39<br>PAMELA D BRACKO<br>3116 CURRY WOODS CIR<br>ORLANDO FL 32822 |
| CREDITOR ID: 305378-39<br>PAMELA D CAMPBELL<br>1205 CRUMBAUGH RD<br>GEORGETOWN KY 40324 | CREDITOR ID: 305379-39<br>PAMELA D GLASPER<br>7106 CEDAR HILL DR<br>GAINESVILLE GA 30507 | CREDITOR ID: 305380-39<br>PAMELA D HICKMAN<br>720 GREEN MEADOW DR<br>KNOXVILLE TN 37920 |
| CREDITOR ID: 305381-39<br>PAMELA D LANSDELL<br>3732 W OLD US HWY 64<br>LEXINGTON NC 27295 | CREDITOR ID: 305382-39<br>PAMELA D SMITH<br>137 CHURCH OF GOD RD<br>GOLDSBORO NC 27534 | CREDITOR ID: 305383-39<br>PAMELA DENISE CHAPMAN<br>1501 CONVERSE AVE<br>FAYETTEVILLE NC 28303 |
| CREDITOR ID: 305384-39<br>PAMELA DENISE KISTLER<br>5407 OVERBROOK RD<br>WILMINGTON NC 28403 | CREDITOR ID: 305385-39<br>PAMELA E CASWELL<br>316 SAN SEBASTIAN CT W<br>ALTAMONTE  SPG FL 32714 | CREDITOR ID: 305386-39<br>PAMELA E DEAN<br>2663 MCKINLEY AVE<br>CINCINNATI OH 45211 |
| CREDITOR ID: 305387-39<br>PAMELA E GURGANIOUS<br>4629 PRINCE EDWARD RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 305388-39<br>PAMELA E POLLARD<br>7735 LAS PALMAS WAY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 305389-39<br>PAMELA F BAILEY<br>197 LAKE OTIS ROAD SE<br>WINTER  HAVEN FL 33884 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 305390-39<br>PAMELA F BEDINGHAUS & JOHN R<br>BEDINGHAUS JT TEN<br>2209 MARTIN HILL ROAD<br>ABERDEEN OH 45101 | CREDITOR ID: 305391-39<br>PAMELA F GINGRAS & FRANK E<br>GINGRAS JR JT TEN<br>3115 S RIDGEWOOD AVE<br>SOUTH  DAYTONA FL 32119 | CREDITOR ID: 305392-39<br>PAMELA FAYE LAFOSSE &<br>PARTICK Q LAFOSSE TEN COM<br>1727 SOUTH CRESTVIEW DRIVE<br>LAKE  CHARLES LA 70605 |
| CREDITOR ID: 305393-39<br>PAMELA FERRANT<br>7806 WINTERSTONE DR<br>SAN  ANTONIO TX 78254 | CREDITOR ID: 305394-39<br>PAMELA G RAY CUST STEPHEN<br>KENT RAY UND UNIF GIFT MIN ACT KY<br>445 CRANBOURNE GRANGE<br>SHELBYVILLE KY 40065 | CREDITOR ID: 305395-39<br>PAMELA H CONLEY<br>1602 UPPER LAKE DR<br>COTTONDALE AL 35453 |
| CREDITOR ID: 305396-39<br>PAMELA HEBERT & KIRBY LYNN<br>HEBERT TEN COM<br>2104 GRAND POINT RD<br>BREAUX  BRIDGE LA 70517 | CREDITOR ID: 305397-39<br>PAMELA HETTINGER<br>810 ORANGEVIEW DR<br>LARGO FL 34648 | CREDITOR ID: 305398-39<br>PAMELA J CLINE<br>3018 HILLSDALE AVE<br>LARGO FL 34644 |
| CREDITOR ID: 305399-39<br>PAMELA J DUGAS<br>149 MARKET ST<br>DONALDSONVILLE LA 70346 | CREDITOR ID: 305400-39<br>PAMELA J GUILMET<br>1935 SYKES CREEK DR<br>MERRITT  ISLAND FL 32953 | CREDITOR ID: 305401-39<br>PAMELA J JASPERS<br>5302 FENWICK AVE<br>NORWOOD OH 45212 |
| CREDITOR ID: 305402-39<br>PAMELA J JOHNSON<br>54073 MARLEE RD<br>CALLAHAN FL 32011 | CREDITOR ID: 305403-39<br>PAMELA J JOLL & WILLIAM R<br>JOLL JT TEN<br>100 STRATFORD RD<br>ENGLEWOOD FL 34223 | CREDITOR ID: 305404-39<br>PAMELA J KENDRICK & JOHN W T<br>KENDRICK JT TEN<br>PO BOX 51<br>BOSTWICK FL 32007 |
| CREDITOR ID: 305405-39<br>PAMELA J MARTIN & GARY R<br>MARTIN JT TEN<br>1190 SHANGRILA DR<br>CINCINNATI OH 45230 | CREDITOR ID: 305406-39<br>PAMELA J MCCRACKEN<br>83 JONES ST<br>CLYDE NC 28721 | CREDITOR ID: 305407-39<br>PAMELA J MICIELLO<br>PO BOX 40<br>CARRIERE MS 39426 |
| CREDITOR ID: 305408-39<br>PAMELA J NIELANDER<br>ATTN PAMELA J MALLOY<br>1011 PINE RIDGE DAIRY RD<br>FRUITLAND  PARK FL 34731 | CREDITOR ID: 305409-39<br>PAMELA J NOE<br>428 GOLFSTREAM RD<br>PALM  SPRINGS FL 33461 | CREDITOR ID: 305410-39<br>PAMELA J PROBUS<br>201 JACKSON ST<br>NEW  ALBANY IN 47150 |
| CREDITOR ID: 305411-39<br>PAMELA J SOLES<br>135 ORCHARD HILLS<br>LOUISBURG NC 27549 | CREDITOR ID: 305413-39<br>PAMELA J WOLF<br>7477 SE JAMESTOWN TERR<br>HOBE  SOUND FL 33455 | CREDITOR ID: 305414-39<br>PAMELA JEAN MUCKERMAN<br>1645 RIVERVIEW DRIVE<br>LITTLE  RIVER SC 29566 |
| CREDITOR ID: 305415-39<br>PAMELA JO FORDHAM<br>617 FLORIDA AVENUE<br>SAINT  CLOUD FL 34769 | CREDITOR ID: 305417-39<br>PAMELA K HURST<br>1591 S LANE AVE #211 F<br>JACKSONVILLE FL 32210 | CREDITOR ID: 305418-39<br>PAMELA K JAMES<br>1550 OLD US HIGHWAY 27 228<br>CLEWISTON FL 33440 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305419-39<br>PAMELA K JONES<br>12108 N EDISON AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 305420-39<br>PAMELA K ROUSE<br>8709 BELL GROVE WAY<br>RALEIGH NC 27615 | CREDITOR ID: 305421-39<br>PAMELA KAY GRAHAM<br>4044 FRANKO SWITCH RD<br>WEATHERFORD TX 76086 |
| CREDITOR ID: 305422-39<br>PAMELA L BOATNER<br>1907 CEDAR RIDGE LOOP<br>PRATTVILLE AL 36067 | CREDITOR ID: 305423-39<br>PAMELA L JACOBSEN<br>1508 NARBONNE CT<br>VIRGINIA  BEACH VA 23456 | CREDITOR ID: 305424-39<br>PAMELA L MARIE<br>811 WEST 130TH AVE<br>TAMPA FL 33612 |
| CREDITOR ID: 305425-39<br>PAMELA L MILLER<br>2114 DEANNA DR<br>APOPKA FL 32703 | CREDITOR ID: 305426-39<br>PAMELA L PENDERGRAFT & DAVID<br>K PENDERGRAFT JT TEN<br>4738 COBB RD<br>LIBERTY NC 27929 | CREDITOR ID: 305427-39<br>PAMELA L RETALIC<br>2209 CORONADO CONCOURSE<br>SANFORD FL 32771 |
| CREDITOR ID: 305428-39<br>PAMELA LEE WALDROP<br>203 POPE FIELD RD<br>EASLEY SC 29642 | CREDITOR ID: 305429-39<br>PAMELA LEONA VAN DOORN & G R<br>VAN DOORN JT TEN<br>614 3RD ST NE<br>INDEPENDENCE IA 50644 | CREDITOR ID: 305430-39<br>PAMELA LEONARD<br>2654 OAKHURST DR<br>ROCK  HILL SC 29732 |
| CREDITOR ID: 305431-39<br>PAMELA LINARY<br>8611 NW 24TH CT<br>PEMBROKE  PINES FL 33024 | CREDITOR ID: 305432-39<br>PAMELA LYNN PEACOCK<br>1805 MORGAN SMITH RD<br>GREENSBORO NC 27405 | CREDITOR ID: 305433-39<br>PAMELA M GRANT<br>5130 WITBY AVENUE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 305434-39<br>PAMELA M HEASLEY<br>1051COMMERCE ROAD SE<br>PALM  BAY FL 32976 | CREDITOR ID: 305435-39<br>PAMELA M REVILL<br>2742 BROWNING SC<br>SUMTER SC 29154 | CREDITOR ID: 305436-39<br>PAMELA M WEYMOUTH<br>119 CRESTWOOD LN<br>LOUISVILLE KY 40229 |
| CREDITOR ID: 305437-39<br>PAMELA MANHEIMER<br>5821 NW 40TH LN<br>COCONUT  CREEK FL 33073 | CREDITOR ID: 305438-39<br>PAMELA MCKNIGHT<br>1841 ISLAND CLUB DR #64<br>INDIALANTIC FL 32903 | CREDITOR ID: 305439-39<br>PAMELA N PERKINS<br>P O BOX 726<br>YORK SC 29745 |
| CREDITOR ID: 305440-39<br>PAMELA OTTESEN KENNEDY &<br>PATRICK KENNEDY TEN COM<br>4516 MORALES ST<br>METAIRIE LA 70006 | CREDITOR ID: 305441-39<br>PAMELA P SPENCER<br>BOX 191<br>FATE TX 75132 | CREDITOR ID: 305442-39<br>PAMELA PUTNEY<br>5241 E WALTER LN<br>INVERNESS FL 34452 |
| CREDITOR ID: 305443-39<br>PAMELA QUIMUYOG CUST LOGAN P<br>QUIMUYOG UNIF TRANS MIN ACT FL<br>2106 WILLOW BEND RD<br>LYNN  HAVEN FL 32444 | CREDITOR ID: 305444-39<br>PAMELA R INGRAM<br>PO BOX 2584<br>ROCK  HILL SC 29732 | CREDITOR ID: 305445-39<br>PAMELA R LAWRENCE<br>400 S JEFFERSON ST<br>GOLDSBORO NC 27530 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305446-39<br>PAMELA R SPRUILL<br>ATTN PAMELA SPRUILL JONES<br>2301 GARRISON PLACE TERR<br>MIDLOTHIAN VA 23112 | CREDITOR ID: 305447-39<br>PAMELA R WILSON<br>PO BOX 21<br>ROYSTON GA 30662 | CREDITOR ID: 305448-39<br>PAMELA RUSSELL & ROBERT N<br>RUSSELL JT TEN<br>1909 HARRISON ST # 101<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 305449-39<br>PAMELA S DRIGGERS<br>PO BOX 136<br>OXFORD FL 34484 | CREDITOR ID: 305450-39<br>PAMELA S GOETZ & GARY J<br>GOETZ JT TEN<br>256 NORTH ASHBROOK CIRCLE<br>LAKESIDE  PARK KY 41017 | CREDITOR ID: 305451-39<br>PAMELA S LIBBY<br>15804 DUSTY RD<br>JACKSONVILLE FL 32234 |
| CREDITOR ID: 305452-39<br>PAMELA S MOORE<br>3107 SYCAMORE VIEW CT<br>KNOXVILLE TN 37921 | CREDITOR ID: 305453-39<br>PAMELA S PIERCE<br>1748 HINNANT RD<br>PIKEVILLE NC 27863 | CREDITOR ID: 305454-39<br>PAMELA S SCOGGINS<br>1312 OLD POWDER SPRINGS RD 9<br>MABLETON GA 30126 |
| CREDITOR ID: 305455-39<br>PAMELA STEPHENS WARWICK<br>1655 SKITTS MTN RD<br>CLEVELAND GA 30528 | CREDITOR ID: 305456-39<br>PAMELA SUE GIBSON<br>13910 FACTORY LANE<br>LOUISVILLE KY 40215 | CREDITOR ID: 305457-39<br>PAMELA SUE HUNTER<br>705 W 4TH ST<br>LAMPASAS TX 76550 |
| CREDITOR ID: 305458-39<br>PAMELA SUE SCOTT<br>238 WOODVIEW DR<br>NICHOLASVILLE KY 40356 | CREDITOR ID: 305459-39<br>PAMELA T COOPER<br>585 PARKWAY DR ROOM 243<br>ATLANTA GA 30308 | CREDITOR ID: 305460-39<br>PAMELA T DOBBINS<br>4271 SHERRY LANE<br>CANTON GA 30114 |
| CREDITOR ID: 305461-39<br>PAMELA T FREEMAN<br>1831 BIRCH DR<br>NORTH  AUGUSTA SC 29860 | CREDITOR ID: 305462-39<br>PAMELA T HORNE CUST<br>JENNIFER A HORNE UNIF TRANS<br>MIN ACT OH<br>3940 HEMMING WAY<br>OKEMOS MI 48864 | CREDITOR ID: 305464-39<br>PAMELA WILSON MOZINGO<br>1637 MARK HERRING RD<br>SEVEN  SPRINGS NC 28578 |
| CREDITOR ID: 305467-39<br>PAMELA WILSON MOZINGO CUST<br>TYLER PHILLIP MOZINGO UNDER<br>NC UNIFORM TRANSFERS TO<br>MINORS ACT<br>1637 MARK HERRING RD<br>SEVEN  SPRINGS NC 28578 | CREDITOR ID: 305465-39<br>PAMELA WILSON MOZINGO CUST<br>JOHN GREGORY MOZINGO UNDER<br>NC UNIFORM TRANSFERS TO<br>MINORS ACT<br>1637 MARK HERRING RD<br>SEVEN  SPRINGS NC 28578 | CREDITOR ID: 305468-39<br>PAMELIA L CAVALLO<br>2425 WHISPER DR<br>MIAMIBURG OH 45342 |
| CREDITOR ID: 305469-39<br>PAMELLA J LAMB & JAMES R<br>LAMB JT TEN<br>PO BOX 816<br>DARIEN GA 31305 | CREDITOR ID: 305470-39<br>PAMELLA REDMAN<br>7505 BRIGHTON RD<br>PITTSBURGH PA 15202 | CREDITOR ID: 312873-39<br>PANAGOS, THOMAS J<br>315 SW 188 AVE<br>PEMBROKE  PINES FL 33029 |
| CREDITOR ID: 305471-39<br>PANSEY M TURNER<br>2550 PENNINGER RD<br>CONCORD NC 28025 | CREDITOR ID: 305473-39<br>PANSY M LEE<br>4660 SW 133RD AVE<br>MIAMI FL 33175 | CREDITOR ID: 305474-39<br>PANSY P RHODES<br>6113 TEN TEN RD<br>APEX NC 27539 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305475-39<br>PANSY SOLBERG<br>417 ARNOLD AVE<br>RIVER  RIDGE LA 70123 | CREDITOR ID: 305476-39<br>PAOLA T JONES<br>6103 DELMAR PL<br>JACKSONVILLE FL 32205 | CREDITOR ID: 280330-39<br>PAPPAS, ANDREW & DIANE, JT TEN<br>115 OLD MEADOW RD<br>DRACUT MA 01826 |
| CREDITOR ID: 309019-39<br>PAQUETTE, ROLAND A<br>236 W LAFAYETTE ST<br>WINTER GARDEN FL 34787 | CREDITOR ID: 305477-39<br>PARBATTI VEERAPEN<br>1566 NE 173RD ST<br>MIAMI FL 33162 | CREDITOR ID: 305478-39<br>PARKE K TUCKER<br>5239 PALOS VERDES DR<br>SARASOTA FL 34231 |
| CREDITOR ID: 305479-39<br>PARKER RAMSEY<br>374 QUAIL HOLLOW  DRIVE<br>DALLAS GA 30157 | CREDITOR ID: 305480-39<br>PARKWAY BAPTIST CHURCH<br>5975 STATE BRIDGE RD<br>DULUTH GA 30097 | CREDITOR ID: 305481-39<br>PARRY BALL<br>APT A<br>628 NORTH PIERCE<br>NEW  ORLEANS LA 70119 |
| CREDITOR ID: 305482-39<br>PASCAL THIERRY UNDERWOOD<br>6348 RAW HYDE TRAIL NORTH<br>JACKSONVILLE FL 32210 | CREDITOR ID: 305483-39<br>PASCHAL L LUKER JR<br>PO BOX 895<br>WEAVER AL 36277 | CREDITOR ID: 305484-39<br>PASKERT DISTRIBUTING CO<br>ATTN PASKERT DISTRUBUTING<br>9318 FLORIDA PALM DR<br>TAMPA FL 33619 |
| CREDITOR ID: 305485-39<br>PAT A PHILPOT<br>2514 MARDELL DR<br>ARLINGTON TX 76016 | CREDITOR ID: 305486-39<br>PAT CONE & BOBBY CONE JT TEN<br>5534 FIVE FORKS RD<br>BOSTON GA 31626 | CREDITOR ID: 305487-39<br>PAT D MORRISON<br>381 SPRUCE GLEN RD<br>LEXINGTON SC 29072 |
| CREDITOR ID: 305488-39<br>PAT MUNROE WOODWARD<br>789 ATTAPULGUS HWY<br>QUINCY FL 32352 | CREDITOR ID: 305489-39<br>PAT R BEERS & LORI G BEERS<br>JT TEN<br>PO BOX 778<br>RUFUS OR 97050 | CREDITOR ID: 305490-39<br>PAT S CONNELL<br>113 ARROWHEAD DR<br>MONTGOMERY AL 36117-4103 |
| CREDITOR ID: 305491-39<br>PAT SHIELDS<br>2517 CHATWOOD RD<br>BIRMINGHAM AL 35226 | CREDITOR ID: 305492-39<br>PAT VIVO<br>743 NELLBERT LN<br>YOUNGSTOWN OH 44512 | CREDITOR ID: 305493-39<br>PATDREECA M HENRY<br>P O BOX 62284<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 305494-39<br>PATI CROCICCHIA<br>99 FERN AVE<br>LITCHFIELD CT 06759 | CREDITOR ID: 305495-39<br>PATRICE CHARLES<br>9200 CRESCENT DRIVE<br>MIRAMAR FL 33025 | CREDITOR ID: 305496-39<br>PATRICE K MITCHELL<br>3133 TIMBER RIDGE LAKE RD<br>LIBERTY NC 27298 |
| CREDITOR ID: 305497-39<br>PATRICE L SMITH<br>6301 ECHO TRAIL<br>LOUISVILLE KY 40299 | CREDITOR ID: 305498-39<br>PATRICE M RUCKREIGLE<br>935 CRISTOBAL DR<br>TITUSVILLE FL 32780 | CREDITOR ID: 305499-39<br>PATRICE MYERS<br>9999 SUMMERBREEZE DR APT 305<br>SUNRISE FL 33322 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 305500-39<br>PATRICIA A ADAMS<br>P O BOX 4342<br>LYNCHBURG VA 24502 | CREDITOR ID: 305501-39<br>PATRICIA A ALLEN<br>17396 TURNER CEMETERY ROAD<br>GLEN ST MARY FL 32040 | CREDITOR ID: 305502-39<br>PATRICIA A ATKINS<br>52 MOCKINGBIRD LANE<br>VALDOSTA GA 31602 |
| CREDITOR ID: 305503-39<br>PATRICIA A BAKER<br>110 NE 10TH ST<br>GAINESVILLE FL 32601 | CREDITOR ID: 305504-39<br>PATRICIA A BARWICK<br>189 PONDEROSA LN. #2108<br>WALESKA GA 30183 | CREDITOR ID: 305505-39<br>PATRICIA A BERGEY<br>RR 1 BOX 151B<br>NORMAN OK 73072 |
| CREDITOR ID: 305506-39<br>PATRICIA A BINISH<br>2956 MOSSY OAK DR UNIT A<br>GREEN BAY WI 54311 | CREDITOR ID: 305507-39<br>PATRICIA A BRANCH<br>PO BOX 1328<br>SMITHFIELD NC 27577 | CREDITOR ID: 305508-39<br>PATRICIA A BUBACK & DONALD R<br>BUBACK JT TEN<br>310 CRYSTAL LANE<br>N FORT MYERS FL 33903 |
| CREDITOR ID: 305509-39<br>PATRICIA A CAMPBELL<br>2631 BURNTFORK DR<br>CLEARWATER FL 33761 | CREDITOR ID: 305510-39<br>PATRICIA A CAMPO<br>PO BOX 1731<br>OLDSMAR FL 34677 | CREDITOR ID: 305512-39<br>PATRICIA A COOPER<br>PO BOX 291<br>HAHNVILLE LA 70057 |
| CREDITOR ID: 305511-39<br>PATRICIA A COOPER<br>569 PINE FOREST DR<br>ORANGE PARK FL 32073 | CREDITOR ID: 305513-39<br>PATRICIA A CUNNINGHAM<br>151 MAIN ST<br>WORTHVILLE PA 15784 | CREDITOR ID: 305514-39<br>PATRICIA A CURRY<br>265 HOLLOW RIDGE DRIVE<br>ATHENS GA 30607 |
| CREDITOR ID: 305515-39<br>PATRICIA A CURRY & ROBERT E<br>CURRY SR JT TEN<br>11914 MACCURRY RD<br>ANDALUSIA AL 36420 | CREDITOR ID: 305516-39<br>PATRICIA A DEPRIZIO<br>C-O FRANCIS M DISCIPIO<br>8 BAY BROOK LAND<br>OAK BROOK IL 60523 | CREDITOR ID: 305517-39<br>PATRICIA A DUEBEN<br>5035 93RD AVE N<br>PINELLAS PARK FL 34666 |
| CREDITOR ID: 305518-39<br>PATRICIA A FALCONETT<br>3219 RUSTLING MOSS DR<br>HOUSTON TX 77068 | CREDITOR ID: 305519-39<br>PATRICIA A FLYNN<br>600 N BOUNDARY APT 105A<br>DELAND FL 32720 | CREDITOR ID: 305520-39<br>PATRICIA A FRENCH<br>3522 EASTON DR<br>BOWIE MD 20716 |
| CREDITOR ID: 305521-39<br>PATRICIA A FRYE<br>P O BOX 815<br>THIBODAUX LA 70302 | CREDITOR ID: 305522-39<br>PATRICIA A GARDNER<br>1615 SW MACKEY AVE<br>PORT SAINT LUCIE FL 34953 | CREDITOR ID: 305524-39<br>PATRICIA A GREENE<br>C/O PATRICIA A WEATHERFORD<br>5357 NE 5TH AVE<br>FT LAUDERDALE FL 33334 |
| CREDITOR ID: 305523-39<br>PATRICIA A GREENE<br>8154 FOXWORTH TRL<br>POWELL TN 37849 | CREDITOR ID: 305525-39<br>PATRICIA A HAMILTON & MATT W<br>HAMILTON JR JT TEN<br>202 FOREST MILL DRIVE<br>WARNER ROBINS GA 31088 | CREDITOR ID: 305526-39<br>PATRICIA A HARPER<br>3515 FLATCREEK RD<br>LANCASTER SC 29720 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 305527-39
PATRICIA A HAUCK
1922 PEPPERTREE LN
OLDSMAR FL 34677

CREDITOR ID: 305528-39
PATRICIA A HERTH
1355 NOLAN RD
MIDDLEBURG FL 32068

CREDITOR ID: 305529-39
PATRICIA A JOLICOEUR
3963 GARDENIA AVE
LAKE WORTH FL 33461

CREDITOR ID: 305530-39
PATRICIA A KASPER
4895 AUSTIN STREET
SPRINGFIELD OH 44502

CREDITOR ID: 305531-39
PATRICIA A KEENAN & CARL E
KEENAN JT TEN
8098 JOHN PECTOL ROAD
GEORGETOWN IN 47122

CREDITOR ID: 305532-39
PATRICIA A KING
PO BOX 233
BOWLING GREEN FL 33834

CREDITOR ID: 305533-39
PATRICIA A LANTERMAN
1150 IBIS RD
JACKSONVILLE FL 32216

CREDITOR ID: 305534-39
PATRICIA A LITTLE
1065 SALEM SCHOOL RD
COLLINS MS 39428

CREDITOR ID: 305535-39
PATRICIA A LOVE
6227 GREYLYNN STREET
ORLANDO FL 32807

CREDITOR ID: 305536-39
PATRICIA A MASSEY
11311 GLENMONT DRIVE
TAMPA FL 33635

CREDITOR ID: 305537-39
PATRICIA A MENNELLA
1834 SALEM RD
LAGRANGE GA 30240

CREDITOR ID: 305538-39
PATRICIA A MITCHELL
2152 PALO ALTO ST
NAVARRE FL 32566

CREDITOR ID: 305539-39
PATRICIA A NEWMAN
203 SW BOBWHITE GLN
FORT WHITE FL 32038

CREDITOR ID: 305540-39
PATRICIA A NOLA
14220 BRUNSWICK AVE
MAPLE HEIGHTS OH 44137

CREDITOR ID: 305541-39
PATRICIA A PHELPS
15808 TIMBERWOOD RD
TAMPA FL 33625

CREDITOR ID: 305542-39
PATRICIA A PHILPOT & BOBBY R
PHILPOT JT TEN
2514 MARDELL DR
ARLINGTON TX 76016

CREDITOR ID: 305543-39
PATRICIA A PIERSON & WILLIAM
J PIERSON JT TEN
4323 TODD AVE
CINCINNATI OH 45223

CREDITOR ID: 305544-39
PATRICIA A RITTER
1131 SPARROWWOOD BLVD
BATAVIA OH 45103

CREDITOR ID: 305545-39
PATRICIA A RODRIGUEZ
171 NW 97 AVE #505
MIAMI FL 33172

CREDITOR ID: 305546-39
PATRICIA A ROGERS
2100 FORREST PARK DR
LA GRANGE KY 40031

CREDITOR ID: 305547-39
PATRICIA A SASAI & JERROLD E
EADS TRUSTEES U-A DTD
05-31-00 PATRICIA A SASAI
REVOCABLE TRUST
1306 GRANDVIEW DRIVE
KIRKWOOD MO 63122

CREDITOR ID: 305548-39
PATRICIA A SCHWAB & RHONDA L
SCHWAB JT TEN
2006 BLIND POND AVE
LUTZ FL 33549-5579

CREDITOR ID: 305549-39
PATRICIA A SEGREST
RR 16 BOX 581
GRAY TN 37615

CREDITOR ID: 305550-39
PATRICIA A SMITH
282 ORANGE AVE
JACKSONVILLE FL 32259

CREDITOR ID: 305551-39
PATRICIA A STEWART & WILLIAM
E STEWART JR JT TEN
627 S HORRY ST
MADISON FL 32340

CREDITOR ID: 305552-39
PATRICIA A TABONE
6409 MEADOW RUE DR
NORCROSS GA 30092

CREDITOR ID: 305553-39
PATRICIA A TAYLOR
119 ASHDOWN DRIVE
SIMPSONVILLE SC 29680

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305554-39<br>PATRICIA A THOMAS<br>109 PRESTON DRIVE<br>FITZGERALD GA 31750 | CREDITOR ID: 305556-39<br>PATRICIA A THOMPSON<br>200 MASONIC HOME DR<br>303<br>MASONIC  HOME KY 40041 | CREDITOR ID: 305555-39<br>PATRICIA A THOMPSON<br>140 BRANNEN POND RD<br>BROOKLET GA 30415 |
| CREDITOR ID: 305557-39<br>PATRICIA A THROWER<br>2920 NW 8TH ST<br>POMPANO  BEACH FL 33069 | CREDITOR ID: 305558-39<br>PATRICIA A TKACH<br>7433 POND CIRCLE APT A4<br>SPRING  HILL FL 34606 | CREDITOR ID: 305559-39<br>PATRICIA A TREMBLAY<br>958 WEST TENNESEE TRACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 305560-39<br>PATRICIA A VIDRINE<br>42436 IVY LESSARD RD<br>GONZALES LA 70737 | CREDITOR ID: 305561-39<br>PATRICIA A WEIR<br>3715 SILVER LEAF CT<br>MARIETTA GA 30060 | CREDITOR ID: 305562-39<br>PATRICIA A WILLIAMS<br>520 MARY AVE<br>NEW  SMYRNA  BEACH FL 32168 |
| CREDITOR ID: 305563-39<br>PATRICIA A YOUNG<br>986 CLAYTON DR<br>DELTONA FL 32725 | CREDITOR ID: 305564-39<br>PATRICIA ANN BENNETT<br>726 FAIRWAY DR<br>MELBOURNE FL 32940 | CREDITOR ID: 305565-39<br>PATRICIA ANN BRIGGS<br>4528 S MISTY DAWN CT<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 305566-39<br>PATRICIA ANN BROWN<br>507 WILLOW SPRINGS DR<br>GREENVILLE SC 29607 | CREDITOR ID: 305567-39<br>PATRICIA ANN BURNETTE &<br>LEONARD M BURNETTE JT TEN<br>10343 ARROWHEAD DRIVE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 305568-39<br>PATRICIA ANN COLLINS RABEY<br>7451 DALEWOOD RD<br>NEW  ORLEANS LA 70126 |
| CREDITOR ID: 305569-39<br>PATRICIA ANN DAVIS<br>1120 COZY TRL<br>HUEYTOWN AL 35023 | CREDITOR ID: 305570-39<br>PATRICIA ANN DOWL<br>3038 ANDOVER ST<br>JEFFERSON  PARISH LA 70121 | CREDITOR ID: 305571-39<br>PATRICIA ANN EASON<br>60 OLD AIRPORT RD<br>CARROLLTON GA 30117 |
| CREDITOR ID: 305572-39<br>PATRICIA ANN FERRY<br>1017 RUE DE PIERRE<br>NEW  IBERIA LA 70563 | CREDITOR ID: 305573-39<br>PATRICIA ANN GIUSTI<br>741 HILLVIEW BLVD<br>LOUISVILLE KY 40229 | CREDITOR ID: 305574-39<br>PATRICIA ANN GOEMAN<br>LOT 230<br>10721 U S HWY 98<br>DADE  CITY FL 33525 |
| CREDITOR ID: 305575-39<br>PATRICIA ANN GOLDSPRING<br>6225 SUN MONICA RD<br>PENSACOLA FL 32504 | CREDITOR ID: 305576-39<br>PATRICIA ANN HANKINS<br>135 RUSTY ACRES LN<br>CAMERON NC 28326 | CREDITOR ID: 305577-39<br>PATRICIA ANN HAWKINS<br>C/O PATRICIA ANN JONES<br>155 CARVER RD<br>TAYLORS SC 29687 |
| CREDITOR ID: 305578-39<br>PATRICIA ANN HUNT & JAMES<br>ALLEN HUNT JT TEN<br>26 LUCERNE AVE<br>FORT  MITCHELL KY 41017 | CREDITOR ID: 305579-39<br>PATRICIA ANN JACKSON<br>P O BOX 291621<br>PORT  ORANGE FL 32129 | CREDITOR ID: 305580-39<br>PATRICIA ANN OWENS<br>11808 EAST BAY RD<br>GIBSONTON FL 33534 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 305581-39
PATRICIA ANN PICKERING
538 BROOKVIEW TRAIL
LAWRENCEVILLE GA 30044

CREDITOR ID: 305582-39
PATRICIA ANN PUGH & MICHAEL
W PUGH SR JT TEN
600 WINSTON AVE
OPELIKA AL 36801

CREDITOR ID: 305583-39
PATRICIA ANN SCHMITT
6605 WATCH HILL RD
LOUISVILLE KY 40228

CREDITOR ID: 305584-39
PATRICIA ANN SHARP
613 STIENER ST
CINCINNATI OH 45204

CREDITOR ID: 305585-39
PATRICIA ANN SMITH & LEONARD
A SMITH JT TEN
282 ORANGE AVE
JACKSONVILLE FL 32259

CREDITOR ID: 305586-39
PATRICIA ANN WHELCHEL
405 S GREEN RIVER RD
COWPENS SC 29330

CREDITOR ID: 305587-39
PATRICIA ANNE WALL
435 OAK SPRINGS DR
LAWRENCEVILLE GA 30043

CREDITOR ID: 305588-39
PATRICIA B BEXLEY TR U-A DTD
05/24/94 PATRICIA B BEXLEY
TRUST
4809 E C-466
OXFORD FL 34484

CREDITOR ID: 305589-39
PATRICIA B CANCILLA
28 SE 8TH ST
DANIA FL 33004

CREDITOR ID: 305590-39
PATRICIA B DUNN
4308 HIGHPOINT DR
TUSCALOOSA AL 35404

CREDITOR ID: 305591-39
PATRICIA B HODGE
7811 MARIE ANNA DR
LOUISVILLE KY 40258

CREDITOR ID: 305592-39
PATRICIA B JAMES
848 MINERAL SPRINGS RD
DARLINGTON SC 29540

CREDITOR ID: 305593-39
PATRICIA B ODOM
PO BOX 572
POPLARVILLE MS 39470

CREDITOR ID: 305594-39
PATRICIA B SPEARS
1650 BEACH DR NE
ST PETERSBURG FL 33704

CREDITOR ID: 305595-39
PATRICIA B STARNES
2664 DEER TRACK CIR
LANCASTER SC 29720

CREDITOR ID: 305596-39
PATRICIA BENKEN & EDWARD
BENKEN JT TEN
6085 CLOUGH PIKE
CINCINNATI OH 45244

CREDITOR ID: 305597-39
PATRICIA BERTRAND & KARL
BERTRAND TEN COM
PO BOX 97
REDDELL LA 70580

CREDITOR ID: 305598-39
PATRICIA BOLLE MORGAN &
WALTER RAYMOND MORGAN JT TEN
3424 175TH AVE NE
REDMOND WA 98052

CREDITOR ID: 305599-39
PATRICIA BOOTH TELFORD
RR 2 BOX 182
MARION JUNCTION AL 36759

CREDITOR ID: 305600-39
PATRICIA BRISTOW
2709 LAB LANE
BURLINGTON NC 27217

CREDITOR ID: 305601-39
PATRICIA BROGAN
233 LAKEVIEW AVE
RINGWOOD NJ 07456

CREDITOR ID: 305602-39
PATRICIA BROOKS
3756 MIL LAKE CT
GREENACRES FL 33463

CREDITOR ID: 305603-39
PATRICIA BRUNO
245 E 63RD ST
APT 1915
NEW YORK NY 10021

CREDITOR ID: 305604-39
PATRICIA BURNS
950 AARON DR
BURLESON TX 76028

CREDITOR ID: 305605-39
PATRICIA C FERRELL TTEE U-A
DTD 3/17/86 F-B-O PATRICIA
C FERRELL TRUST
3248 PINE VALLEY DR
SARASOTA FL 34239

CREDITOR ID: 305606-39
PATRICIA C KIVETT
6303 COMPANY MILL RD
CLIMAX NC 27233

CREDITOR ID: 305607-39
PATRICIA C KOKENZIE
1220 JANN AVE
OPA LOCKA FL 33054

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305608-39<br>PATRICIA C MCCUE<br>1000 E LAKE AVE<br>SPRING LAKE NJ 07762 | CREDITOR ID: 305609-39<br>PATRICIA C TAYLOR<br>3502 SHARON CHAPEL RD<br>ALEXANDRIA VA 22310 | CREDITOR ID: 305610-39<br>PATRICIA C THOMPSON<br>1 IBIS COURT<br>FRIPP ISLAND SC 29920 |
| CREDITOR ID: 305611-39<br>PATRICIA C WHITE<br>4128 STONEFIELD DR<br>ORLANDO FL 32826 | CREDITOR ID: 305612-39<br>PATRICIA CARLTON SLAUGHTER<br>4 LANARK RD<br>CHAPEL HILL NC 27514 | CREDITOR ID: 305613-39<br>PATRICIA CARROLL<br>2816 PIRATE DR<br>CHALMETTE LA 70043 |
| CREDITOR ID: 305614-39<br>PATRICIA CARTER MORRISON<br>5538 MT OLIVE CHURCH RD<br>CHARLOTTE NC 28208 | CREDITOR ID: 305615-39<br>PATRICIA CHRISTINE GEARING<br>8301 NW 35 CT<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 305616-39<br>PATRICIA COLLIER<br>1314 WOODLAWN AVE<br>PUNTA GORDA FL 33950 |
| CREDITOR ID: 305617-39<br>PATRICIA CUMMINGS DIEFENTHAL<br>5528 CHERLYN DR<br>NEW ORLEANS LA 70124 | CREDITOR ID: 305618-39<br>PATRICIA D CAPPS<br>PO BOX 6592<br>HENDERSONVILLE NC 28793 | CREDITOR ID: 305619-39<br>PATRICIA D CASH<br>1936 C0 RD 91<br>FRUITHURST AL 36262 |
| CREDITOR ID: 305620-39<br>PATRICIA D CORTEZ<br>3121 30TH ST N<br>SAINT PETERSBURG FL 33713 | CREDITOR ID: 305621-39<br>PATRICIA D CRISP<br>PO BOX 312<br>HULL GA 30646 | CREDITOR ID: 305622-39<br>PATRICIA D FISHER<br>4343 CAPER CT<br>TITUSVILLE FL 32796 |
| CREDITOR ID: 305623-39<br>PATRICIA D HINTON & RANDY A<br>HINTON JT TEN<br>8505 CANTON DR<br>JACKSONVILLE FL 32221 | CREDITOR ID: 305624-39<br>PATRICIA D JOHNSON<br>4854 REECE RD<br>PLANT CITY FL 33567 | CREDITOR ID: 305625-39<br>PATRICIA D KNOWLES<br>2922 TROTTERS CREST DR<br>SNELLVILLE GA 30278 |
| CREDITOR ID: 305626-39<br>PATRICIA D PRINCE<br>451 BRENNAN RD 118<br>COLUMBUS GA 31903 | CREDITOR ID: 305627-39<br>PATRICIA DADIAN<br>5332 APOLLO DR NW<br>ALBUQUERQUE NM 87120 | CREDITOR ID: 305628-39<br>PATRICIA DALE G SEXTON CUST<br>FOR JOE ALAN SEXTON JR UNDER<br>ALABAMA UNIF GIFTS TO MINORS<br>ACT<br>804 HOUSTON PK<br>SELMA AL 36701 |
| CREDITOR ID: 305629-39<br>PATRICIA DE BLASIO<br>8 YALE ST<br>ISLIP NY 11751 | CREDITOR ID: 305630-39<br>PATRICIA DEIGNAN<br>5000 FAMOUS WAY<br>LOUISVILLE KY 40219 | CREDITOR ID: 305631-39<br>PATRICIA DREBERT & DAVID E<br>DREBERT JT TEN<br>500 HAYES RD<br>WINTER SPRINGS FL 32708 |
| CREDITOR ID: 305632-39<br>PATRICIA E BOOTH<br>PO BOX 25<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 305633-39<br>PATRICIA E BOUSEGARD<br>116 W 173RD<br>P O BOX 964<br>GALLIANO LA 70354 | CREDITOR ID: 305634-39<br>PATRICIA E COBB<br>6301 ROUND ROCK TR<br>FORT WORTH TX 76135 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 305635-39<br>PATRICIA E DIXON<br>1675 FISKE BLVD S APT A202<br>ROCKLEDGE FL 32955 | CREDITOR ID: 305636-39<br>PATRICIA E HART<br>5999 LYNDALE ST<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 305637-39<br>PATRICIA E HATTAWAY<br>3655 WASSAW LANE<br>DULUTH GA 30136 |
| CREDITOR ID: 305638-39<br>PATRICIA E MOELLERS<br>1014 FISK AVE<br>CINCINNATI OH 45205 | CREDITOR ID: 305639-39<br>PATRICIA E VANCE<br>6108 LYNNCHESTER DR<br>LOUISVILLE KY 40219 | CREDITOR ID: 305640-39<br>PATRICIA ELIZABETH HELM<br>1156 RORDEN<br>SELMA CA 93662 |
| CREDITOR ID: 305641-39<br>PATRICIA F HOLLOWAY<br>10255 E TRAILS END RD<br>FLORAL CITY FL 34436 | CREDITOR ID: 305642-39<br>PATRICIA F LOVE<br>117 OVERLOOK DRIVE SE<br>WINTER HAVEN FL 33884 | CREDITOR ID: 305643-39<br>PATRICIA F MCWHINNEY TRUSTEE<br>U-A DTD 01-27-03 GEORGE L<br>MCWHINNEY CREDIT SHELTER<br>TRUST<br>800 S SILVER CIRCLE<br>KEY LARGO FL 33037 |
| CREDITOR ID: 305644-39<br>PATRICIA F NEELY<br>ATTN PATRICIA FERREE WEAVER<br>4790 HEN COVE AVE SW #SW<br>SHALLOTTE NC 28470 | CREDITOR ID: 305645-39<br>PATRICIA F OBRIEN<br>421 SOUTHWEST ST<br>BELLEVUE OH 44811 | CREDITOR ID: 305646-39<br>PATRICIA F RHODES<br>P O BOX 815<br>THIBODAUX LA 70302 |
| CREDITOR ID: 305647-39<br>PATRICIA FLITCRAFT & WALTER<br>FLITCRAFT JT TEN<br>10496 HOLIDAY SHORES DR<br>LARGO FL 33773 | CREDITOR ID: 305648-39<br>PATRICIA G BERMUDEZ & CYRIL<br>H BERMUDEZ JR JT TEN<br>20 IDLEWOOD PL<br>NEW ORLEANS LA 70123 | CREDITOR ID: 305649-39<br>PATRICIA G REA & JIMMY REA<br>JT TEN<br>40339 MCDUFFIE CEMETERY RD<br>HAMILTON MS 39746 |
| CREDITOR ID: 305650-39<br>PATRICIA G WITHERSPOON &<br>PHILIP W WITHERSPOON JT TEN<br>115 PATTERSON RD<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 305651-39<br>PATRICIA GALE REA<br>40339 MCDUFFIE CEMETERY RD<br>HAMILTON MS 39746 | CREDITOR ID: 305652-39<br>PATRICIA GALLOWAY<br>517 ONEAL ST<br>BELTON SC 29627 |
| CREDITOR ID: 305653-39<br>PATRICIA GLEN KAY<br>4612 EXTON LN<br>CHESTER VA 23831 | CREDITOR ID: 305654-39<br>PATRICIA GRIFFIN CHAVOUS<br>TTEE U-A DTD 05-18-93 THE<br>TRUST<br>18031 PALM BREEZE DR<br>TAMPA FL 33647 | CREDITOR ID: 305655-39<br>PATRICIA GUERCIO<br>6624 SPRINGVIEW DRIVE<br>WESTERVILLE OH 43082 |
| CREDITOR ID: 305656-39<br>PATRICIA H BARNES<br>1596 LANCASTER TER APT 1A<br>JACKSONVILLE FL 32204 | CREDITOR ID: 305657-39<br>PATRICIA H MASTERSON &<br>WILLIAM A MASTERSON TTEES<br>U A DTD 12/16/91 F-B-O PATRICIA H<br>MASTERSON REVOCABLE LIVING TRUST<br>9665 BEAUCLERC TERRACE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 305658-39<br>PATRICIA H MILEY<br>5257 OLD US 41 NORTH<br>HAHIRA GA 31632 |
| CREDITOR ID: 305659-39<br>PATRICIA H MILLER<br>121 GREENWWOD RANCH RD<br>KILGORE TX 75662 | CREDITOR ID: 305660-39<br>PATRICIA HAUCK & RICHARD<br>HAUK JT TEN<br>1922 PEPPERTREE DR<br>OLDSMAR FL 34677 | CREDITOR ID: 305661-39<br>PATRICIA HOLTON<br>5145 SOUTH PINES DRIVE<br>JACKSONVILLE FL 32207 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305662-39<br>PATRICIA I KITCHENS<br>11309 W COURT BLVD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 305663-39<br>PATRICIA I MARCHANT<br>164 HERITAGE DR<br>PORTSMOUTH RI 02871 | CREDITOR ID: 305664-39<br>PATRICIA J ANDERSON<br>107 EL MATADOR DRIVE<br>PERRY FL 32347 |
| CREDITOR ID: 305665-39<br>PATRICIA J CARTER<br>501 SW 14TH CT<br>OKEECHOBEE FL 34974 | CREDITOR ID: 305666-39<br>PATRICIA J COLE TTEE U-A DTD<br>05-23-85 PATRICIA J COLE<br>TRUST<br>3066 PARK WEST COURT<br>JENISON MI 49428 | CREDITOR ID: 305667-39<br>PATRICIA J CONNOLLY<br>3602 RIVER HALL DR<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 305668-39<br>PATRICIA J GREGORY<br>3112 WILKES LOOP<br>CARLISLE SC 29031 | CREDITOR ID: 305669-39<br>PATRICIA J HANNIGAN<br>145 BRIDLE PATH<br>NORTH  ANDOVER MA 01845 | CREDITOR ID: 305670-39<br>PATRICIA J KIDD<br>14290 SABAL DR<br>HIALEAH FL 33014 |
| CREDITOR ID: 305671-39<br>PATRICIA J KOHSMANN<br>622 ORANGE DR APT 234<br>ALTAMONTE  SPRINGS FL 32701 | CREDITOR ID: 305672-39<br>PATRICIA J LAMBIE & TERRY F<br>LAMBIE JT TEN<br>18645 SEBRING RD SE<br>FORT  MYERS FL 33912 | CREDITOR ID: 305673-39<br>PATRICIA J PETERSON<br>29200 JONES LOOP ROAD LOT 552<br>PUNTA  GORDA FL 33950 |
| CREDITOR ID: 305674-39<br>PATRICIA J STANFIELD &<br>ROBERT H STANFIELD JT TEN<br>2481 SHARON LANE<br>MILLBROOK AL 36054 | CREDITOR ID: 305675-39<br>PATRICIA J WILLIAMS<br>2308 NE 86TH ST S<br>HILLSBOROUGH NC 27278 | CREDITOR ID: 305677-39<br>PATRICIA JACKSON<br>868 N 35ST<br>BATON  ROUGE LA 70802 |
| CREDITOR ID: 305676-39<br>PATRICIA JACKSON<br>610 W 64TH DR<br>HIALEAH FL 33012 | CREDITOR ID: 305678-39<br>PATRICIA JEAN LONZE<br>1107 E CAMPBELL ST<br>ARLINGTON  HEIGHTS IL 60004 | CREDITOR ID: 305679-39<br>PATRICIA JEFFERSON & JESSE<br>JEFFERSON JT TEN<br>204  CLOVERDALE DR<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 305680-39<br>PATRICIA K SMITH<br>10976 IOWA AVE<br>JACKSONVILLE FL 32219 | CREDITOR ID: 305681-39<br>PATRICIA KNOBLOCH<br>3307 W LLOYD ST<br>PENSACOLA FL 32505 | CREDITOR ID: 305682-39<br>PATRICIA KOORS<br>314 WESTOVER DR<br>HOMEWOOD AL 35209 |
| CREDITOR ID: 305685-39<br>PATRICIA KOSIBA<br>1839 OAK PARK DR S<br>CLEARWATER FL 33764 | CREDITOR ID: 305686-39<br>PATRICIA KRAMER & ALLEN<br>KRAMER JR JT TEN<br>10411 MARIA AVE<br>CINCINNATI OH 45231 | CREDITOR ID: 305687-39<br>PATRICIA KRONBERGER<br>4391 126TH DR N<br>WEST  PALM  BEACH FL 33411 |
| CREDITOR ID: 305688-39<br>PATRICIA L BREEDEN & ROBERT<br>E BREEDEN JT TEN<br>54 PORTOLA CIR<br>SONOMA CA 95476 | CREDITOR ID: 305689-39<br>PATRICIA L CEDARSTRAND<br>415 PONFIELD PL<br>RIDGEWOOD NJ 07450 | CREDITOR ID: 305690-39<br>PATRICIA L COLLINS<br>269 PEBBLE BEACH DR<br>GOLETA CA 93117 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

CREDITOR ID: 305691-39
PATRICIA L CRAWFORD
108 BERNARD RD
JACKSONVILLE FL 32218

CREDITOR ID: 305692-39
PATRICIA L DEMERANVILLE CUST
SAMUEL J DEMERANVILLE IV
UNIF TRANS MIN ACT FL
5110 YACHT CLUB RD
JACKSONVILLE FL 32210

CREDITOR ID: 305693-39
PATRICIA L FRANCIS
2490 PALM VALLEY RD
PONTE  VEDRA  BEACH FL 32082

CREDITOR ID: 305694-39
PATRICIA L HARRISON CUST
WADE NICHOLSON HARRISON UND
UNIF GIFT MIN ACT SC
611 HOLLY ST
COLUMBIA SC 29205

CREDITOR ID: 305695-39
PATRICIA L MCREYNOLDS
12003 HYCROFT
LIVE  OAK TX 78233

CREDITOR ID: 305696-39
PATRICIA L MYERS
1105 CLEVELAND ST
TITUSVILLE FL 32780

CREDITOR ID: 305697-39
PATRICIA L OLIVER & RICHARD
A OLIVER JT TEN
3904 MAGNOLIA CT
COLLEYVILLE TX 76034

CREDITOR ID: 305698-39
PATRICIA L ROSEMEYER
ATTN PATRICIA L DENT
APT B
393 E WILLIAMS ST
ANGIER NC 27501

CREDITOR ID: 305699-39
PATRICIA L SMOKE & LLOYD R
SMOKE JT TEN
PO BOX 5012
IMMOKALEE FL 33934

CREDITOR ID: 305700-39
PATRICIA L STROBEL
P O BOX 575
OSTEEN FL 32764

CREDITOR ID: 305701-39
PATRICIA L WAGNER
813 WICKLOW CT
ORANGE  PARK FL 32065

CREDITOR ID: 305702-39
PATRICIA LAINE BOUKNIGHT
POST OFFICE BOX 55
STARR SC 29684

CREDITOR ID: 305703-39
PATRICIA LAY
1607 ANNISTON DR.
LEXINGTON KY 40505

CREDITOR ID: 305704-39
PATRICIA LEE DOCKERY
2108 CHADWICK RD
AUGUSTA GA 30906

CREDITOR ID: 305705-39
PATRICIA LIM CHING CHANG
TRUSTEE U A DTD 01-15-93
REVOCABLE LIVING TRUST
PO BOX 588
PLACIDA FL 33946

CREDITOR ID: 305706-39
PATRICIA LONG
4510 3RD ST CIR W #513
BRADENTON FL 34207

CREDITOR ID: 305707-39
PATRICIA LYNN G PARKER
PO BOX 1056
BAKER LA 70704

CREDITOR ID: 305708-39
PATRICIA M ADAMS
2221 ATHENS HWY
GAINESVILLE GA 30507

CREDITOR ID: 305709-39
PATRICIA M BAKER
PO BOX 913
TRILBY FL 33593

CREDITOR ID: 305710-39
PATRICIA M BOZEMAN
1315 WALT WILLIAMS RD
LAKELAND FL 33809

CREDITOR ID: 305711-39
PATRICIA M BRUNSON
21 HOLMAN RD
SUMTER SC 29153

CREDITOR ID: 305712-39
PATRICIA M CARRENA
10044 SW 16TH ST
PEMBROKE  PINES FL 33025

CREDITOR ID: 305713-39
PATRICIA M CARROLL
2196 HANDY ROAD
DENTON NC 27239

CREDITOR ID: 305714-39
PATRICIA M DAVIS
1077 KNOLL CV
JACKSONVILLE FL 32221

CREDITOR ID: 305715-39
PATRICIA M DUNN & ROBERT A
DUNN JT TEN
4601 EVERGREEN LAKE RD
NAPLES FL 33962

CREDITOR ID: 305716-39
PATRICIA F FUCHS
8291 BALGOWAN RD
HIALEAH FL 33016

CREDITOR ID: 305717-39
PATRICIA M HOFFMAN
139 W ARCH DR
LAKE  WORTH FL 33467

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305718-39<br>PATRICIA M JACOBS<br>262 MISSOURI AVE<br>FRANKFORT KY 40601 | CREDITOR ID: 305719-39<br>PATRICIA M JAUCH<br>575 COTTON ROAD<br>LYNDONVILLE VT 05851-9031 | CREDITOR ID: 305720-39<br>PATRICIA M MILES & JOHN F<br>MILES III JT TEN<br>407 CAPRI BLVD<br>NAPLES FL 33962 |
| CREDITOR ID: 305721-39<br>PATRICIA M POWERS<br>3410 EAST DR<br>TEMPLE TX 76502 | CREDITOR ID: 305722-39<br>PATRICIA M RANALLI<br>PO BOX 3621<br>MYRTLE BEACH SC 29578 | CREDITOR ID: 305723-39<br>PATRICIA M SHMINA TR U-A<br>10-21-98|PATRICIA M SHMINA|<br>REV LIVING TRUST<br>1011 S RENAUD RD<br>GROSSE POINTE WOODS MI 48236 |
| CREDITOR ID: 305724-39<br>PATRICIA M VENTRIERE<br>6861 SW 49TH ST<br>MIAMI FL 33155 | CREDITOR ID: 305725-39<br>PATRICIA MCDONALD<br>18851 TICINO LN<br>LAND O LAKES FL 34639 | CREDITOR ID: 305726-39<br>PATRICIA MCWARLICK<br>1213 HOWARDS CREEK MILL RD<br>VALE NC 28168 |
| CREDITOR ID: 305727-39<br>PATRICIA MILLER<br>5 LEES XING<br>VALDOSTA GA 31605 | CREDITOR ID: 305728-39<br>PATRICIA MILLER DERBES<br>104 BETTY DR<br>CROWLEY LA 70526 | CREDITOR ID: 305729-39<br>PATRICIA MONACO<br>8 BAY BROOK LANE<br>OAK BROOK IL 60523 |
| CREDITOR ID: 305730-39<br>PATRICIA MONTAGUE<br>1925 3RD AVE E<br>BRADENTON FL 34208 | CREDITOR ID: 305731-39<br>PATRICIA MORGAN<br>44025 MAYHAW LANE<br>CALLAHAN FL 32011 | CREDITOR ID: 305732-39<br>PATRICIA MURPHY BRISBY &<br>DONALD R BRISBY JT TEN<br>95 MATT CARMAN LANE<br>HARTSVILLE TN 37074 |
| CREDITOR ID: 305733-39<br>PATRICIA N FORTNER<br>717 CROSS ANCHOR RD<br>WOODRUFF SC 29388 | CREDITOR ID: 305734-39<br>PATRICIA N YATES<br>2801 CR APT 1102<br>GRANDVIEW TX 76050 | CREDITOR ID: 305735-39<br>PATRICIA NIEHAUS & TERRY<br>NIEHAUS JT TEN<br>208 EAGLEVIEW WAY<br>CINCINATTI OH 45215 |
| CREDITOR ID: 305736-39<br>PATRICIA O ALLEN<br>RR 1 BOX 81-B<br>TALBOTTON GA 31827 | CREDITOR ID: 305737-39<br>PATRICIA O REED<br>6515 SOLANDRA CIR N<br>JACKSONVILLE FL 32210 | CREDITOR ID: 305738-39<br>PATRICIA O REED & ROBERT S<br>REED JT TEN<br>6515 SOLANDRA CIR N<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 305739-39<br>PATRICIA P BAHM<br>22097 HIGHWAY 40<br>LORANGER LA 70446 | CREDITOR ID: 305740-39<br>PATRICIA P CLONINGER<br>922 NIGHTINGALE RD<br>ROCK HILL SC 29732 | CREDITOR ID: 305741-39<br>PATRICIA P GRANT<br>2007 WHITEHALL ST<br>HIGH POINT NC 27262 |
| CREDITOR ID: 305742-39<br>PATRICIA P MACKLIN<br>24197 DEEPBRACH RD<br>GEORGETOWN DE 19947 | CREDITOR ID: 305743-39<br>PATRICIA P SPEAS & E DANIEL<br>SPEAS JT TEN<br>1750 SHONA RD<br>RURAL HALL NC 27045 | CREDITOR ID: 305744-39<br>PATRICIA PARKER ROBINSON<br>970 MOUNTAINSIDE LN<br>BURLINGTON NC 27217 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305745-39<br>PATRICIA PETERS & WILLIAM J<br>PETERS JT TEN<br>3052 COBBLERS CROSSING ROAD<br>NEW ALBANY IN 47150 | CREDITOR ID: 305746-39<br>PATRICIA PILARTE<br>621 NW 136 AVE<br>MIAMI FL 33182 | CREDITOR ID: 305747-39<br>PATRICIA POWELL<br>RTE 1 BOX 126<br>SURRENCY ST<br>REIDSVILLE GA 30453 |
| CREDITOR ID: 305748-39<br>PATRICIA R CAMPBELL<br>10511 DAVY CROCKET DRIVE<br>AUSTIN TX 78737 | CREDITOR ID: 305749-39<br>PATRICIA R CARHART<br>1099 DRAGON FLY DR<br>THAXTON VA 24174 | CREDITOR ID: 305750-39<br>PATRICIA R GARRETT<br>1965 FREELAND<br>SAN ANGELO TX 76901 |
| CREDITOR ID: 305751-39<br>PATRICIA R JESSEN & DIANA M<br>STEPHENS & GERALDINE S BUNT JT TEN<br>15801 W 131 STREET<br>OLATHE KS 66062 | CREDITOR ID: 305752-39<br>PATRICIA R KERLEY<br>455 WAYSIDE DR<br>GOLDHILL NC 28071 | CREDITOR ID: 305753-39<br>PATRICIA R MC KENZIE<br>3169 WOOD VALLEY RD<br>PANAMA CITY FL 32405 |
| CREDITOR ID: 305754-39<br>PATRICIA R MOORE<br>B<br>1580 GRANDVIEW RD<br>MARTINSVILLE VA 24112 | CREDITOR ID: 305755-39<br>PATRICIA R PETRONE<br>2699 ELMHURST COURT<br>KENNESAW GA 30152 | CREDITOR ID: 305756-39<br>PATRICIA R TUCK<br>1509 NE 2ND ST<br>POMPANO BEACH FL 33060 |
| CREDITOR ID: 305757-39<br>PATRICIA R TUCK & THOMAS R<br>TUCK JT TEN<br>1509 NE 2ND ST<br>POMPANO BEACH FL 33060 | CREDITOR ID: 305758-39<br>PATRICIA R WELCH<br>PO BOX 1638<br>HILDEBRAN NC 28637 | CREDITOR ID: 305759-39<br>PATRICIA R WROTEN<br>5781 LONG BRANCH CEMETERY RD<br>JACKSONVILLE FL 32234 |
| CREDITOR ID: 305760-39<br>PATRICIA ROCKWELL<br>15705 TANGELO BLVD<br>WEST PALM BEACH FL 33412 | CREDITOR ID: 305761-39<br>PATRICIA ROSE<br>112 DUNWOODIE COURT<br>YORKTOWN HEIGHTS NY 10598 | CREDITOR ID: 305762-39<br>PATRICIA S CARSON<br>94 CEDAR ST<br>PORT ORANGE FL 32127 |
| CREDITOR ID: 305763-39<br>PATRICIA S CUNNANE & EDWARD<br>J CUNNANE JT TEN<br>232 TOLIN CT<br>SAN JOSE CA 95139 | CREDITOR ID: 305764-39<br>PATRICIA S LIVESEY & MICHAEL<br>J LIVESEY JT TEN<br>17 LAKE SHORE DR<br>PIERSON FL 32180-2358 | CREDITOR ID: 305765-39<br>PATRICIA S ROBERTS<br>118 AMBERLEY WAY<br>CARROLLTON GA 30116 |
| CREDITOR ID: 305766-39<br>PATRICIA S WHITING & KENNETH<br>E WHITING JT TEN<br>6035 OLD COLUMBUS RD<br>SPRINGFIELD OH 45502 | CREDITOR ID: 305767-39<br>PATRICIA STEERMAN BESS<br>1141 WOODVALE AVE<br>GASTONIA NC 28054 | CREDITOR ID: 305768-39<br>PATRICIA STEPHENS<br>4411 ROMAN DRIVE<br>COLUMBUS GA 31907 |
| CREDITOR ID: 305769-39<br>PATRICIA STOVALL<br>1446 PAWNEE ST<br>ORANGE PARK FL 32065 | CREDITOR ID: 305770-39<br>PATRICIA SUE LUSH<br>2310 BEELER ST<br>NEW ALBANY IN 47150 | CREDITOR ID: 305771-39<br>PATRICIA SWAFFORD<br>14422 ST RD 100 W<br>LAKE BUTLER FL 32054 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 305772-39
PATRICIA T BECKER
19 SUGAR MAPLE TRAIL
MADISON WI 53717

CREDITOR ID: 305773-39
PATRICIA T FAIRCLOTH
5310 COPPAGE ROAD
HAHIRA GA 31632

CREDITOR ID: 305774-39
PATRICIA T THOMPSON
1330 NE 125 CT
WILLISTON FL 32696

CREDITOR ID: 305775-39
PATRICIA TONIONI
PO BOX 48
STANDARD IL 61363

CREDITOR ID: 305776-39
PATRICIA V ANGELICA
10100 SW 38TH TER
MIAMI FL 33165

CREDITOR ID: 305777-39
PATRICIA VINSON
817 EMERALD FOREST CIR
LAWERENCEVILLE GA 30244

CREDITOR ID: 305778-39
PATRICIA W HUBBARD
104 GREENTREE DR
FOREST VA 24551

CREDITOR ID: 305779-39
PATRICIA WALSH TOMBERLIN
3005 HATTERAS PT
OVIEDO FL 32765

CREDITOR ID: 305780-39
PATRICIA WINEBURNER &
RICK WINEBURNER JT TEN
6750 NW 7 CT
MARGATE FL 33063

CREDITOR ID: 305782-39
PATRICIA Y HETTINGER &
HERMAN J HETTINGER JR JT TEN
9226 LANTANA DR
LOUISVILLE KY 40229

CREDITOR ID: 305781-39
PATRICIA Y HETTINGER &
HERMAN I HETTINGER JR JT TEN
9226 LANTANA DR
LOUISVILLE KY 40229

CREDITOR ID: 305783-39
PATRICIA YOUNG & ROBERT L
YOUNG JT TEN
986 CLAYTON DR
DELTONA FL 32725

CREDITOR ID: 305784-39
PATRICIA YVONNE SUMMA
3905 WOODCHESTER LANE
AUSTIN TX 78727

CREDITOR ID: 305785-39
PATRICIA-ANN-KEENON
2527 ARMENIA RD
CHESTER SC 29706

CREDITOR ID: 305786-39
PATRICK A SAWYER
ATTN G SAWYER
1233 W SUNSET POINT PL
TUCSON AZ 85737

CREDITOR ID: 305787-39
PATRICK ADUDUOKE
4369 RIVERLAKE WY
SNELLVILLE GA 30039

CREDITOR ID: 305788-39
PATRICK B BEXLEY
3740 SWANS LANDING DRIVE
LAND O LAKES FL 34639

CREDITOR ID: 305789-39
PATRICK B BEXLEY TR U-A
08-01-88 RUTH P BEXLEY TRUST
6650 WISTERIA LP
LAND O LAKES FL 34639

CREDITOR ID: 305791-39
PATRICK B BEXLEY TTEE U-A
DTD 12/23/91/ F-B-O PATRICIA
NADINE BEXLEY EXEC BY C BEXLEY JR
& PATRICIA B BEXLEY GRANTOR
6650 WISTERIA LOOP
LAND O LAKES FL 34639

CREDITOR ID: 305790-39
PATRICK B BEXLEY TTEE U-A
DTD 12/23/91 F-B-O JESSIE
ANGELINE BEXLEY EXEC BY SC BEXLEY
JR & PATRICIA B BEXLEY GRANTORS
6650 WISTERIA LOOP
LAND O LAKES FL 34639

CREDITOR ID: 305792-39
PATRICK B HILL & CHERYL L
HILL JT TEN
828 DALEWOOD DR
VILLAS HILLS KY 41017

CREDITOR ID: 305793-39
PATRICK B SIMMONS
3609 IBIS DR
ORLANDOOD FL 32803

CREDITOR ID: 305794-39
PATRICK B WEYER
4637 EVEREST DR
FT WORTH TX 76132

CREDITOR ID: 305795-39
PATRICK BENSON
3406 RED OAK CIRCLE
ORANGE PARK FL 32073

CREDITOR ID: 305796-39
PATRICK BRIAN OWENS
16 WILLARD ST
LIBERTY SC 29657

CREDITOR ID: 305797-39
PATRICK BRYANT BEXLEY
3740 SWANS LANDING DRIVE
LAND O LAKES FL 34639

CREDITOR ID: 305798-39
PATRICK BRYANT BEXLEY TR U-A
08-01-88 RUTH P BEXLEY
6650 WISTERIA LP
LAND O LAKES FL 34639

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305799-39<br>PATRICK BUETOW<br>5 RICKS RD<br>ZEBULON NC 27597 | CREDITOR ID: 305800-39<br>PATRICK C BAILEY & DENISE E<br>BAILEY JT TEN<br>53662 BRIAR DRIVE<br>SHELBY  TWP MI 48316 | CREDITOR ID: 305801-39<br>PATRICK C BUTLER<br>1057 LANA CT<br>ORANGE  PARK FL 32065 |
| CREDITOR ID: 305802-39<br>PATRICK CASWELL CLONINGER<br>1729 BRENTWOOD DR<br>NEWTON NC 28658-3610 | CREDITOR ID: 305803-39<br>PATRICK CENNIFFEE CELY<br>2707 PRESTON STREET<br>COLUMBIA SC 29205 | CREDITOR ID: 305804-39<br>PATRICK CHARLES MURPHY<br>2568 GARDEN CT UNIT 323<br>COOPER  CITY FL 33026 |
| CREDITOR ID: 305805-39<br>PATRICK CHRISTOPHER SICKLER<br>3966 FAIRWOOD ST<br>COCOA FL 32926 | CREDITOR ID: 305806-39<br>PATRICK CIARLA & KATHLEEN<br>CIARLA JT TEN<br>818 SCHIFF AVE<br>CINCINNATI OH 45205 | CREDITOR ID: 305807-39<br>PATRICK CLIFFORD COLT<br>P O BOX 11621<br>FORT  WORTH TX 76110 |
| CREDITOR ID: 305808-39<br>PATRICK COLLIER<br>610 PATRICIA LN<br>JACKSONVILLE FL 32250 | CREDITOR ID: 305809-39<br>PATRICK D NEAL<br>4637 ANA SIMPSON RD<br>MILTON FL 32570 | CREDITOR ID: 305810-39<br>PATRICK D SINGER<br>38 CLARK RDG<br>HOCKESSIN DE 19707 |
| CREDITOR ID: 305812-39<br>PATRICK DALE CLANCY<br>6021 SHINDLER DR<br>JACKSONVILLE FL 32222 | CREDITOR ID: 305813-39<br>PATRICK DUSTIN SLIVA<br>4827 QUAIL HIGH BLVD<br>MORRISVILLE NC 27560 | CREDITOR ID: 305814-39<br>PATRICK E ALDER<br>9715 SANTA CLARA DR<br>FORT  WORTH TX 76116 |
| CREDITOR ID: 305815-39<br>PATRICK E DAWSON & TAMELA L<br>DAWSON JT TEN<br>5526 ARID LN<br>LOUISVILLE KY 40258 | CREDITOR ID: 305816-39<br>PATRICK E GOLDEN & JAY T<br>GOLDEN JT TEN<br>2520 BEACH BLVD<br>BILOXI MS 39531 | CREDITOR ID: 305817-39<br>PATRICK E HUNEYCUTT<br>115 SAINT MARTIN RD LOT 27<br>ALBEMARLE NC 28001 |
| CREDITOR ID: 305818-39<br>PATRICK E MARKS<br>425 NORTH POND TR<br>ROSWELL GA 30076 | CREDITOR ID: 305819-39<br>PATRICK E MOSELEY JR<br>292 MINER RD<br>YULEE FL 32097 | CREDITOR ID: 305820-39<br>PATRICK E PRIEWE<br>3431 CARRIAGE LAKE DRV<br>ORLANDO FL 32828 |
| CREDITOR ID: 305822-39<br>PATRICK GOLDEN & ANN GOLDEN<br>JT TEN<br>3304 ISLE OF WIGHT CT<br>WILLIAMSBURG VA 23185 | CREDITOR ID: 305823-39<br>PATRICK H MORROW<br>22 MAJESTIC AVE<br>ASHEVILLE NC 28806 | CREDITOR ID: 305824-39<br>PATRICK H SCHAUB<br>2401 HOLIDAY DR<br>GAUTIER MS 39553 |
| CREDITOR ID: 305825-39<br>PATRICK HARDY<br>422 SCOTT AVE<br>JACKSONVILLE NC 28546 | CREDITOR ID: 305826-39<br>PATRICK HUFFMAN<br>4750 FM 753<br>ATHENS TX 75751 | CREDITOR ID: 305827-39<br>PATRICK J BRADY<br>3065 PERRY AVE<br>BRONX NY 10467 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305829-39<br>PATRICK J CASPER<br>3701 LOCKLEE RD<br>LOUISVILLE KY 40214 | CREDITOR ID: 305830-39<br>PATRICK J CASPER & THERESA L<br>CASPER JT TEN<br>3701 LOCKLEE RD<br>LOUISVILLE KY 40214 | CREDITOR ID: 305831-39<br>PATRICK J CREAMER JR &<br>DONENA M CREAMER JT TEN<br>721 NW 70TH AVE<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 305832-39<br>PATRICK J DENBY &<br>TRACY L DENBY JT TEN<br>2445 WOLF CREEK DR<br>MELBOURNE FL 32935 | CREDITOR ID: 305833-39<br>PATRICK J HENRY<br>404 CRESCENT AV<br>COLONIAL  HEIGHTS VA 23834 | CREDITOR ID: 305834-39<br>PATRICK J JORDAN<br>2313 GREENWAY DR<br>ALEXANDRIA LA 71301 |
| CREDITOR ID: 305835-39<br>PATRICK J LAMONICA<br>29781 OAK DR<br>ALBANY LA 70711 | CREDITOR ID: 305836-39<br>PATRICK J MUNDWILER<br>69 CORAL DRIVE<br>KEY  LARGO FL 33037 | CREDITOR ID: 305837-39<br>PATRICK JENKINS & MARY LEE<br>JENKINS JT TEN<br>4526 ISH BRANT RD W<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 305838-39<br>PATRICK JOSEPH AGUIRRE<br>7810 FLAG TAIL DRIVE<br>MIDLOTHIAN VA 23112 | CREDITOR ID: 305839-39<br>PATRICK JOSEPH SCIONEAUX<br>220 BANKER DRIVE<br>THIBODAUX LA 70301 | CREDITOR ID: 305840-39<br>PATRICK KOON<br>P O BOX 5268<br>OCALA FL 34478 |
| CREDITOR ID: 305841-39<br>PATRICK L KOON & MERRILEE<br>KOON JT TEN<br>P O BOX 5268<br>OCALA FL 34478 | CREDITOR ID: 305842-39<br>PATRICK L LOGAN<br>2014 PERRY DR<br>MANSFIELD TX 76063 | CREDITOR ID: 305843-39<br>PATRICK L MCCARTIN & DORIS K<br>MCCARTIN JT TEN<br>12405 BROOKGREEN DR<br>LOUISVILLE KY 40243 |
| CREDITOR ID: 305844-39<br>PATRICK LEE BARKER<br>4966 HARBOR VIEW DRIVE W<br>GRANITE  FALLS NC 28630 | CREDITOR ID: 305845-39<br>PATRICK M HEINS & AMY L<br>BLUMENTHAL JT TEN<br>300 RAVENWOOD DR<br>GREENVILLE NC 27834 | CREDITOR ID: 305846-39<br>PATRICK M HOGAN<br>6624 SPRINGVEIW DR<br>WESTERVILLE OH 43082 |
| CREDITOR ID: 305849-39<br>PATRICK MICKLER & LOIS J<br>MICKLER JT TEN<br>9659 BRUNSWICK DR<br>BRENTWOOD TN 37027 | CREDITOR ID: 305850-39<br>PATRICK MICKS<br>4775 INDIAN GAP DR<br>ORLANDO FL 32812 | CREDITOR ID: 305851-39<br>PATRICK NEWMAN<br>1500 MINNESOTA AVE<br>LYNN  HAVEN FL 32444 |
| CREDITOR ID: 305852-39<br>PATRICK O CAIN<br>P O BOX 335<br>ELIZABETHTOWN NC 28337 | CREDITOR ID: 305853-39<br>PATRICK O'BRYAN<br>117 N FRONT ST<br>JEFFERSONVILLE IN 47130 | CREDITOR ID: 305854-39<br>PATRICK R SNYDER<br>18853 MAISONS DR<br>LUTZ FL 33558 |
| CREDITOR ID: 305855-39<br>PATRICK R SUTHERLAND<br>4249 MALDEN DR<br>SARASOTA FL 34241 | CREDITOR ID: 305856-39<br>PATRICK REYES FERNANDEZ<br>925 DUSKIN DR<br>JACKSONVILLE FL 32216 | CREDITOR ID: 305857-39<br>PATRICK S HAYDEN<br>761 IBERVILLE ST<br>LAPLACE LA 70068 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305858-39<br>PATRICK S MCCONNELL<br>124 UNION MILLS WY<br>APEX NC 27502 | CREDITOR ID: 305859-39<br>PATRICK T BERRY<br>2523 MOON HARBOR WAY<br>MIDDLEBURG FL 32068 | CREDITOR ID: 305860-39<br>PATRICK T MCCRAY<br>RT 1 BOX 449 5<br>MAYO FL 32066 |
| CREDITOR ID: 305861-39<br>PATRICK T PAYNE & NOLA J<br>PAYNE JT TEN<br>1070 SALLY RAY PIKE<br>RAYWICK KY 40060 | CREDITOR ID: 305862-39<br>PATRICK T ZIMMERMAN<br>9112 FELSMERE CIR<br>LOUISVILLE KY 40241 | CREDITOR ID: 305864-39<br>PATRICK Z WYERS<br>6724 BLUE MEADOW DR<br>FORT  WORTH TX 76132 |
| CREDITOR ID: 305865-39<br>PATRIKA JOSEPH<br>3704 NW 107TH TER<br>SUNRISE FL 33351 | CREDITOR ID: 305866-39<br>PATRIKA S DAWKINS<br>1780 LAUDERDALE MANOR DRIVE<br>FT  LAUDERDALE FL 33311 | CREDITOR ID: 305867-39<br>PATRISHA P FAUL<br>3290 CLUB HOUSE RD<br>UTICA MS 39175 |
| CREDITOR ID: 305868-39<br>PATRON L BLACK<br>319 WEST MARTINTOWN RD<br>NORTH  AUGUSTA SC 29841 | CREDITOR ID: 305869-39<br>PATSY A MULLINS<br>574 FONTAINE RD<br>MABLETON GA 30126 | CREDITOR ID: 305870-39<br>PATSY A SCHARTUNG<br>5010 WOODHILL LN<br>LOUISVILLE KY 40219 |
| CREDITOR ID: 305871-39<br>PATSY A SNOW<br>3626 BRIAR DR<br>LITHIA  SPRINGS GA 30057 | CREDITOR ID: 305872-39<br>PATSY A STEINBRECHER<br>239 WOODALL MOUNTAIN RD<br>PICKENS SC 29671 | CREDITOR ID: 305873-39<br>PATSY B CORTEZ<br>P O BOX 114<br>MORRIS  CHAPEL TN 38361 |
| CREDITOR ID: 305874-39<br>PATSY D GRIFFIN<br>451 HWY 94 EAST<br>STATONVILLE GA 31648 | CREDITOR ID: 305875-39<br>PATSY E GRANGER<br>19 DUCK COVE LANE<br>JACKSONS  GAP AL 36861 | CREDITOR ID: 305876-39<br>PATSY E TOMBERLIN<br>239 IVERMEYER RD<br>FITZGERALD GA 31750 |
| CREDITOR ID: 305877-39<br>PATSY F OGLE<br>7705 DODSON RD<br>KNOXVILLE TN 37920 | CREDITOR ID: 305878-39<br>PATSY FITE & KENNETH FITE<br>JT TEN<br>12145 KENN RD<br>CINCINNATI OH 45240 | CREDITOR ID: 305879-39<br>PATSY HARDEE<br>PO BOX 450<br>MADISON FL 32340 |
| CREDITOR ID: 305880-39<br>PATSY J ELIXSON<br>BOX 249<br>WORTHINGTON  SPRINGS FL 32697 | CREDITOR ID: 305881-39<br>PATSY J JACKSON<br>1324 LILLIAN AVE<br>LOUISVILLE KY 40208 | CREDITOR ID: 305882-39<br>PATSY J MONSCHEIN<br>4251 SYMCO AVE<br>NORTH  PORT FL 34286 |
| CREDITOR ID: 305883-39<br>PATSY J THOMAS<br>271 WILDWOOD RD<br>LENOIR NC 28645 | CREDITOR ID: 305884-39<br>PATSY J WHITFIELD<br>5045 WHISPERING PINES DR<br>GAINESVILLE GA 30504 | CREDITOR ID: 305885-39<br>PATSY JO WRIGHT<br>4249 SW 62ND AVE<br>MIAMI FL 33155 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 305886-39
PATSY JOLLEY & JIMMY JOLLEY
JT TEN
400 MOBBS SCHOOL RD
ARAB AL 35016

CREDITOR ID: 305887-39
PATSY L COLE & BILLY RAY
COLE JT TEN
RT 1 BOX 158
GRAHAM TX 76450

CREDITOR ID: 305888-39
PATSY L DAVIS
285 MAX JETT RD
JOHNSON  CITY TN 37601

CREDITOR ID: 305889-39
PATSY L HILL
1212 CONTINENTAL DR
DAYTONA  BEACH FL 32117

CREDITOR ID: 305890-39
PATSY L MCEACHIN
668 LARRY DICKERSON RD
UVALDA GA 30473

CREDITOR ID: 305891-39
PATSY LEE WELLS & JAMES
WILBERT WELLS JT TEN
7301 OSWEGO CIR
LOUISVILLE KY 40214

CREDITOR ID: 305892-39
PATSY M DUNNAM
1729 WOODHALL WAY
FORT  WORTH TX 76134

CREDITOR ID: 305893-39
PATSY M ROBBINS
331 LUCKADOO RD
BOSTIC NC 28018

CREDITOR ID: 305894-39
PATSY MARIE MORELOCK
132 11TH ST W
WINTER  HAVEN FL 33880

CREDITOR ID: 305895-39
PATSY R JOLLEY
400 MOBBS SCHOOL RD
ARAB AL 35016

CREDITOR ID: 305896-39
PATSY R LAWSON
1044 TIPTON AVE
CHURCH  HILL TN 37642

CREDITOR ID: 305897-39
PATSY S MANGI
5821 RIVIERA DRIVE
ORLANDO FL 32808

CREDITOR ID: 305898-39
PATSY WOODS
1822 HOLLY OAK ST
ARLINGTON TX 76012

CREDITOR ID: 305899-39
PATT LAWLER
BOX 428
KILMARNOCK VA 22482

CREDITOR ID: 305900-39
PATTI C WHELESS
50 WHELESS TRAILS
LEXINGTON GA 30648

CREDITOR ID: 305901-39
PATTI DAVIS CUST JEFFREY M
KANAGUR UNIF TRANS MIN ACT
MI
5511 FARMINGTON RD
WEST  BLOOMFIELD MI 48322

CREDITOR ID: 305902-39
PATTI E RATCLIFF
C/O PATTI R ALLEN
907 HADLEY RD
RALEIGH NC 27610

CREDITOR ID: 305903-39
PATTI J BUSSINGER & JERRY D
BUSSINGER JT TEN
212 S JACKSON ST
BEVERLY  HILLS FL 34465

CREDITOR ID: 305904-39
PATTI JO ISAACSON
C-O  MRS PATTI SCAGLIONE
1112 SOUTH MISSOURI AVENUE
APT 208
CLEARWATER FL 33756

CREDITOR ID: 305905-39
PATTI K BREEDEN
2808 SHROPSHIRE BLVD
POWELL TN 37849

CREDITOR ID: 305906-39
PATTI L TONEY
339 WELBORN ROAD
PICKENS SC 29671

CREDITOR ID: 305907-39
PATTI MALMBORG & MICHEAL
MALMBORG JT TEN
4287 18TH ST
DORR MI 49323

CREDITOR ID: 305908-39
PATTI RONSVALLE MORAN
726 HENDERSON DR
JACKSONVILLE NC 28540

CREDITOR ID: 305909-39
PATTI W ALLEN
400 N CHARLES ST
MEBANE NC 27302

CREDITOR ID: 305910-39
PATTI ZILCH
4948 NW 49TH CT
COCONUT  CREEK FL 33073

CREDITOR ID: 305911-39
PATTII SUE HURST
108 MUSSLEWHITE RD
CALLAHAN FL 32011

CREDITOR ID: 305912-39
PATTY B ODOM
PO BOX 572
POPLARVILLE MS 39470

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305913-39<br>PATTY C JONES<br>328 PROFIT ST<br>MARRERO LA 70072 | CREDITOR ID: 305914-39<br>PATTY D HAYS<br>2794 HIGHWAY 85 NORTH<br>LAUREL  HILL FL 32567 | CREDITOR ID: 305915-39<br>PATTY DESLAURIER<br>955 DEEP HOLE DR<br>MATTITUCK NY 11952 |
| CREDITOR ID: 305916-39<br>PATTY H ESTES & MELINDA E<br>CUNNINGHAM JT TEN<br>10180 CO RD 28<br>LAFAYETTE AL 36862 | CREDITOR ID: 305917-39<br>PATTY H MCKISSICK<br>1116 SECOND LOOP RD<br>FLORENCE SC 29505 | CREDITOR ID: 305918-39<br>PATTY HAMMONS & JIM HAMMONS<br>JT TEN<br>1411 HARNDEN RD W<br>PORT  ORANGE FL 32119 |
| CREDITOR ID: 305919-39<br>PATTY L MCCLUNG<br>RT 1 BOX 2185-D<br>BOX  SPRINGS GA 31801 | CREDITOR ID: 305920-39<br>PATTY R BRITTAIN<br>1108 ENDA RD<br>MORGANTON NC 28655 | CREDITOR ID: 305921-39<br>PATTY R CAUDILL<br>ATTN PATTY ADAMS<br>210 B DIXON DR<br>DALTON GA 30721 |
| CREDITOR ID: 305922-39<br>PATTY STERNBERG<br>6504 SHERMAN AVENUE<br>CINCINNAIT OH 45230 | CREDITOR ID: 305923-39<br>PATTY T RAUCH<br>10617 CHADWICK DR<br>NEW  ORLEANS LA 70123 | CREDITOR ID: 305924-39<br>PAUL A ACKERMAN<br>12931 INSHORE DR<br>PALM  BEACH  GARDENS FL 33410 |
| CREDITOR ID: 305925-39<br>PAUL A CABRERA & TERESA H<br>CABRERA JT TEN<br>1419 SW 14 TER<br>MIAMI FL 33145 | CREDITOR ID: 305926-39<br>PAUL A DUNNERMANN TRUSTEE U-A<br>DTD 03-03-89 THE PAUL A<br>DUNNERMANN REVOCABLE LIVING<br>TRUST<br>1141 ST CHARLES AVENUE<br>SAINT  CHARLES MO 63301 | CREDITOR ID: 305927-39<br>PAUL A HARGET<br>P O BOX 1446<br>WIMUAMA FL 33598 |
| CREDITOR ID: 305928-39<br>PAUL A JOHNSON & GERALDINE M<br>JOHNSON JT TEN<br>APT 106<br>2075 1ST AVE<br>GRAFTON WI 53024 | CREDITOR ID: 305929-39<br>PAUL A KLAGER<br>11 DAVID DRIVE<br>EAST  WINDSOR CT 06088 | CREDITOR ID: 305930-39<br>PAUL A KUREK & ELEONORE M<br>KUREK JT TEN<br>3308 GROVE RD<br>WEST  PALM  BEACH FL 33410 |
| CREDITOR ID: 305931-39<br>PAUL A MITCHELL<br>33954 LA 1036<br>HOLDEN LA 70744 | CREDITOR ID: 305932-39<br>PAUL A MUSSON<br>4330 JEFFERSON ST LOT 22<br>BAKER LA 70714 | CREDITOR ID: 305933-39<br>PAUL A RILEY<br>730 BIG TREE RD<br>SOUTH  DAYTONA FL 32119 |
| CREDITOR ID: 305934-39<br>PAUL A SHEFFER & KAREN R<br>SHEFFER JT TEN<br>3751 NE PERSIMMIN DR<br>PINETTA FL 32350 | CREDITOR ID: 305935-39<br>PAUL B BARRS III<br>225 LONGWOOD LANE<br>CLARKSVILLE TN 37043 | CREDITOR ID: 305936-39<br>PAUL B MCDONALD<br>223 SYLVIA STREET<br>STATENVILLE GA 31648 |
| CREDITOR ID: 305937-39<br>PAUL B VON SICK & WANDA VON<br>SICK JT TEN<br>2514 VERONICA DR<br>LOUISVILLE KY 40216 | CREDITOR ID: 305938-39<br>PAUL B WEATHERLY JR<br>337 PHEASANT DR<br>THOMASVILLE AL 36784 | CREDITOR ID: 305939-39<br>PAUL B WEATHERLY JR &<br>LORAINE WEATHERLY JT TEN<br>337 PHEASANT DR<br>THOMASVILLE AL 36784 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305940-39<br>PAUL BARNES & JOYCE C BARNES<br>JT TEN<br>2900 NORTH ATLANTIC AVENUE<br>APT 806<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 305941-39<br>PAUL BRACKENS JR<br>2008 GOLFVIEW DR<br>LA  PLACE LA 70068 | CREDITOR ID: 305942-39<br>PAUL C CROSS & LYNN M CROSS<br>JT TEN<br>1111 SW 32ND TER<br>FORT  MYERS FL 33914 |
| CREDITOR ID: 305943-39<br>PAUL C FINKELL<br>4606 SAXON DR<br>NEW  SMYRNA  BEACH FL 32169 | CREDITOR ID: 305944-39<br>PAUL C HUMPHRIES<br>2739 ARROWWOOD CT<br>DAVIE FL 33328 | CREDITOR ID: 305945-39<br>PAUL C LOREE<br>1223 APPLE STREET<br>TALLAHASSEE FL 32311 |
| CREDITOR ID: 305946-39<br>PAUL C MCCANN<br>525 WRIGHT AVE<br>GRETNA LA 70056 | CREDITOR ID: 305947-39<br>PAUL C STRICKLAND<br>75 PROSPECT ST<br>BURLINGTON CT 06013 | CREDITOR ID: 305948-39<br>PAUL C TREMBLAY<br>958 WEST TENNESSEE TRACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 305949-39<br>PAUL CHRISTIANA<br>7417 STUART DR<br>MERCHANISVILLE VA 23111 | CREDITOR ID: 305950-39<br>PAUL CRAIG BRINES<br>767 FOUNTAINHEAD LN<br>NAPLES FL 33940 | CREDITOR ID: 305952-39<br>PAUL D GREENE<br>17113 JONES RD<br>ATHENS AL 35613 |
| CREDITOR ID: 305953-39<br>PAUL D HARRINGTON<br>316 S LAWRENCE AVE<br>SENECA SC 29678 | CREDITOR ID: 305954-39<br>PAUL D HOLLAND<br>4573 SARON DR<br>LEXINGTON KY 40515 | CREDITOR ID: 305955-39<br>PAUL D HUDSON<br>1105 MILFORD CHURCH RD<br>TAYLORS SC 29687 |
| CREDITOR ID: 305956-39<br>PAUL D KNOTT<br>222 ENGLISH RD<br>MARTINSVILLE VA 24112 | CREDITOR ID: 305957-39<br>PAUL D MARKS<br>1221 OLD HENRIETTA RD<br>FOREST  CITY NC 28043 | CREDITOR ID: 305958-39<br>PAUL D POLISENA<br>4337 OKEECHOBEE BV H6<br>WEST  PALM  BEACH FL 33409 |
| CREDITOR ID: 305959-39<br>PAUL D RUPP<br>PO BOX 1043<br>STAUNTON VA 24401 | CREDITOR ID: 305960-39<br>PAUL D THOMPSON<br>806 HEWITT DR<br>PORT  ORANGE FL 32127 | CREDITOR ID: 305961-39<br>PAUL D WELCH SR & SHERYL<br>M WELCH<br>321 E MAIN ST<br>MARSHALLVILLE GA 31057 |
| CREDITOR ID: 305962-39<br>PAUL DAVID REYNOLDS<br>2637 ROWAN<br>LOUISVILLE KY 40212 | CREDITOR ID: 305963-39<br>PAUL DONOVAN WATTS<br>7071 SW 27TH ST<br>MIRAMAR FL 33023 | CREDITOR ID: 305964-39<br>PAUL DUFFEY & GRACE DUFFEY<br>JT TEN<br>12913 SW 28TH PL<br>ARCHER FL 32618 |
| CREDITOR ID: 305965-39<br>PAUL DURHAM<br>1948 ALPINE DR<br>DEATSVILLE AL 36022 | CREDITOR ID: 305966-39<br>PAUL E CRAWMER JR<br>2908 NW 247TH TERR<br>NEWBERRY FL 32669 | CREDITOR ID: 305968-39<br>PAUL E DUNN<br>306 E GLENWOOD DR<br>BIRMINGHAM AL 35209 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305969-39<br>PAUL E FORD<br>107 HILLCREST DRIVE<br>DOVER TN 37058 | CREDITOR ID: 305970-39<br>PAUL E GENTRY<br>112 S RUGBY RD<br>HENDERSONVILLE NC 28791 | CREDITOR ID: 305971-39<br>PAUL E HARJU<br>3905 DORRIT AVE<br>BOYNTON  BEACH FL 33436 |
| CREDITOR ID: 305972-39<br>PAUL E KOLB<br>474 BENEDIC LANE<br>LAWRENCEBURG IN 47025 | CREDITOR ID: 305973-39<br>PAUL E MARTIN<br>6412 MIDWAY RD<br>WILLIAMSTON SC 29697 | CREDITOR ID: 305974-39<br>PAUL E MATHERNE<br>715 GALVEZ ST<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 305975-39<br>PAUL E OVERCAST & CHRISTINE<br>L OVERCAST JT TEN<br>PO BOX 9072<br>CHATTANOOGA TN 37412 | CREDITOR ID: 305976-39<br>PAUL E RICHARDSON &<br>ALICE R RICHARDSON JT TEN<br>1023 S WESTERN RD<br>STILL  WATER OK 74074 | CREDITOR ID: 305977-39<br>PAUL E RINGSTAFF & PATRICIA<br>A RINGSTAFF JT TEN<br>5602 34TH COURT E<br>BRADEN  RIVER FL 34203 |
| CREDITOR ID: 305978-39<br>PAUL E SMITH<br>1974 MAIN ST<br>GOSHEN OH 45122 | CREDITOR ID: 305979-39<br>PAUL E TRADOR<br>10657 117TH LN N<br>LARGO FL 34648 | CREDITOR ID: 305980-39<br>PAUL E TRADOR & KATHY A<br>TRADOR JT TEN<br>10657 117TH LN N<br>LARGO FL 34648 |
| CREDITOR ID: 305981-39<br>PAUL E TRENT<br>RR 1 BOX 191<br>DILLWYN VA 23936 | CREDITOR ID: 305982-39<br>PAUL EDWARD BURKET<br>1 DEXTER DRIVE<br>TAYLORS SC 29687 | CREDITOR ID: 305983-39<br>PAUL EDWARD HANLEY<br>101 HANLEY ROAD<br>HULL GA 30646 |
| CREDITOR ID: 305984-39<br>PAUL EDWARD ROGERS<br>153 MOCKINGBIRD HILL DR<br>RICHMOND KY 40475 | CREDITOR ID: 305985-39<br>PAUL EDWARD ROGERSON<br>P O BOX 25<br>BLUE  JAY CA 92317 | CREDITOR ID: 305986-39<br>PAUL EDWARD SUMMERS<br>6908 HALLWOOD CT<br>LOUISVILLE KY 40291 |
| CREDITOR ID: 305987-39<br>PAUL EDWARD WAGNER<br>201 WILSON AVE<br>YORK SC 29745 | CREDITOR ID: 305988-39<br>PAUL EDWIN SULC JR<br>8420 SANDY RIDGE RD<br>HOPEWELL VA 23860 | CREDITOR ID: 305989-39<br>PAUL ERIC HILL<br>2168 ST JOHN CT<br>YULEE FL 32097 |
| CREDITOR ID: 305990-39<br>PAUL EUGENE GRACEY<br>7837 SW 102 PL<br>MIAMI FL 33173 | CREDITOR ID: 305991-39<br>PAUL EVERETTE ALBURY<br>157 DICKIE WAY<br>TAVERNIER FL 33070 | CREDITOR ID: 305992-39<br>PAUL F BRONZOVICH<br>11125 PARK BLVD 104 149<br>SEMINOLE FL 33772 |
| CREDITOR ID: 305993-39<br>PAUL F MURAC<br>201 PALERMO CIR<br>FT  MYERS  BEACH FL 33931 | CREDITOR ID: 305994-39<br>PAUL F NUNLEY<br>PO BOX 921<br>HOBE  SOUND FL 33475 | CREDITOR ID: 305995-39<br>PAUL F SCHROT<br>6948 W SUMMERDALE AVE<br>CHICAGO IL 60656 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 305996-39<br>PAUL FARELLA<br>8490 NW 20TH CT<br>SUNRISE FL 33322 | CREDITOR ID: 305997-39<br>PAUL FLOWERS & MARJORIE J<br>FLOWERS TTEES U-A DTD<br>01-07-00 FLOWERS FAMILY<br>TRUST<br>100 FIVE POUNDS RD<br>SAINT SIMONS ISLAND GA 31522 | CREDITOR ID: 305998-39<br>PAUL FRALEY & TERESA FRALEY<br>JT TEN<br>22226 DAISY HILL ROAD<br>BORDEN IN 47106 |
| CREDITOR ID: 305999-39<br>PAUL G CHAPIN & GRACIE M<br>CHAPIN JT TEN<br>302 LASAYETTE DR NE<br>PT CHARLOTTE FL 33952 | CREDITOR ID: 306000-39<br>PAUL G FLYNN<br>12656 SE 91ST TERR RD<br>SUMMERFIELD FL 34491 | CREDITOR ID: 306001-39<br>PAUL G HUBERT<br>4548 ARCH CREEK DR SOUTH<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 306002-39<br>PAUL G KIMMELL<br>6 PEMBROKE LN<br>TAYLORS SC 29687 | CREDITOR ID: 306003-39<br>PAUL G LORENZEN<br>2560 W CAMINO EBANO<br>TUCSON AZ 85742 | CREDITOR ID: 306004-39<br>PAUL G SETTERS<br>264 BART SMITH ROAD<br>SMITHFIELD KY 40068 |
| CREDITOR ID: 306005-39<br>PAUL G SETTERS & SHIRLEY<br>SETTERS JT TEN<br>264 BART SMITH ROAD<br>SMITHFIELD KY 40068 | CREDITOR ID: 306006-39<br>PAUL GRACE<br>7530 RAMONA ST<br>MIRAMAR FL 33023 | CREDITOR ID: 306007-39<br>PAUL H BACCUS<br>7228 S RIDGE TRAIL<br>FT WORTH TX 76133 |
| CREDITOR ID: 306008-39<br>PAUL H MINNOCK<br>305 LYCHEE RD<br>NOKOMIS FL 34275 | CREDITOR ID: 306009-39<br>PAUL H OWEN & KAREN D OWEN<br>JT TEN<br>8517 AUTUMN RIDGE CT<br>LOUISVILLE KY 40242 | CREDITOR ID: 306010-39<br>PAUL H STEWART & MARTHA B<br>STEWART JT TEN<br>2734 SPRING DR<br>SMYRNA GA 30080 |
| CREDITOR ID: 306011-39<br>PAUL HAMMACK & MICHELE<br>HAMMACK JT TEN<br>1738 RUSSELL CAVE RD<br>LEXINGTON KY 40505 | CREDITOR ID: 306012-39<br>PAUL HENSLEY<br>5611 PARK CIR W<br>WEST PALM BEACH FL 33405 | CREDITOR ID: 306013-39<br>PAUL HOLFELD & BARBARA<br>HOLFELD JT TEN<br>30 CREEKSTONE CT<br>COVINGTON GA 30016 |
| CREDITOR ID: 306014-39<br>PAUL I BAYLESS<br>4648 ROBIE RD SW<br>LILBURN GA 30047 | CREDITOR ID: 306015-39<br>PAUL IANNUCCI<br>60 WING ST APT 1<br>LISBON FALLS ME 04252 | CREDITOR ID: 306016-39<br>PAUL J BARRESI & ROSE M<br>BARRESI JT TEN<br>5841 BRISTOL LN<br>DAVIE FL 33331 |
| CREDITOR ID: 306018-39<br>PAUL J CLAVIER<br>110 WEATHERLY COVE<br>SLIDELL LA 70458 | CREDITOR ID: 306019-39<br>PAUL J DI GISI<br>12751 NE 113 TERR<br>ARCHER FL 32618 | CREDITOR ID: 306020-39<br>PAUL J KLIEBERT<br>15325 CIOLINO LANE<br>HAMMOND LA 70403 |
| CREDITOR ID: 306021-39<br>PAUL J KOEHNEN<br>3210 12TH AVENUE W<br>SEATTLE WA 98119 | CREDITOR ID: 306022-39<br>PAUL J LILES II & KATHLEEN S<br>LILES JT TEN<br>10410 NORTH ALTMAN STREET<br>TAMPA FL 33612 | CREDITOR ID: 306023-39<br>PAUL J MIELE<br>918 HATTERAS AVE<br>CLERMONT FL 34711 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306024-39<br>PAUL J SPRAGUE<br>117 HEILE DR APT 6<br>CINCINNATI OH 45215 | CREDITOR ID: 306025-39<br>PAUL J TOMASI<br>HC 1 BOX 1<br>MOHAWK MI 49950 | CREDITOR ID: 306026-39<br>PAUL J WAITE & STELLA WAITE<br>JT TEN<br>2218 ROOSEVELT ST<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 306027-39<br>PAUL J ZYSK<br>1833 BARRINGTON CIR<br>ROCKLEDGE FL 32955 | CREDITOR ID: 306028-39<br>PAUL JAMES GRENNON & JOHN W<br>GRENNON JT TEN<br>51 COLUMBIA ST<br>S HADLEY MA 01075-2646 | CREDITOR ID: 306030-39<br>PAUL JOHN SAOUR & SAMIRA<br>SAOUT JT TEN<br>4306 DIAMOND ROW<br>WESTON FL 33331 |
| CREDITOR ID: 306029-39<br>PAUL JOHN SAOUR & SAMIRA<br>JARIOUR SAOUR JT TEN<br>4306 DIAMOND ROW<br>WESTON FL 33331 | CREDITOR ID: 306031-39<br>PAUL K CANNON JR & THERESA G<br>CANNON JT TEN<br>8530 ALDERWOOD CT<br>JACKSONVILLE FL 32244 | CREDITOR ID: 306032-39<br>PAUL K MARX SR<br>2936 WELCOME CIRCLE<br>KISSIMMEE FL 34746 |
| CREDITOR ID: 306033-39<br>PAUL K STEPHENSON JR &<br>CHERYL A STEPHENSON JT TEN<br>7524 FAYETTEVILLE RD<br>RALEIGH NC 27603 | CREDITOR ID: 306034-39<br>PAUL K VANDERVEN<br>200 S BANANA RIVER DR LOT H-18<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 306035-39<br>PAUL KARCEWSKI<br>109 WALTER RD<br>CHALFONT PA 18914 |
| CREDITOR ID: 306036-39<br>PAUL KEENEY<br>2150 NW 91ST WAY<br>SUNRISE FL 33322 | CREDITOR ID: 306037-39<br>PAUL KLUGE<br>6445 SEWELLS ORCHARD DR<br>COLUMBIA MD 21045 | CREDITOR ID: 306038-39<br>PAUL KNAPP & BARBARA KNAPP<br>JT TEN<br>157 CANTABURY PLACE<br>ROYAL PALM BEACH FL 33412 |
| CREDITOR ID: 306039-39<br>PAUL L CLIFTON JR<br>203 CAROLINE AVE<br>SMITHFIELD NC 27577 | CREDITOR ID: 306040-39<br>PAUL L CRAIG & PATRICIA S<br>CRAIG JT TEN<br>2999 MEADE AVE<br>LOUISVILLE KY 40217 | CREDITOR ID: 306041-39<br>PAUL L GAGNE<br>845 CAROLINA AVE<br>FT LAUDERDALE FL 33312 |
| CREDITOR ID: 306043-39<br>PAUL L GARVEY TTEE U-A DTD<br>09-29-93|PAUL L GARVEY|TRUST<br>4209 SAN REMO RD<br>JACKSONVILLE FL 32217 | CREDITOR ID: 306042-39<br>PAUL L GARVEY TTEE U-A DTD<br>01-94 PAUL L GARVEY TRUST<br>4209 SAN REMO RD<br>JACKSONVILLE FL 32217 | CREDITOR ID: 306044-39<br>PAUL L HARPER III<br>3725 FENTON AVE<br>FT WORTH TX 76133 |
| CREDITOR ID: 306045-39<br>PAUL L HOWARD<br>1128 13TH AVE NE<br>HICKORY NC 28602 | CREDITOR ID: 306046-39<br>PAUL L KEARSE & BRENDA G<br>KEARSE JT TEN<br>1007 DAVIS DR<br>TAMPA FL 33619 | CREDITOR ID: 306047-39<br>PAUL L MAZZULLO<br>1300 E RIVER DR<br>MARGATE FL 33063 |
| CREDITOR ID: 306048-39<br>PAUL L PAPASERGI<br>544 LAKE CYPRESS CIR<br>OLDSMAR FL 34677 | CREDITOR ID: 306049-39<br>PAUL LAMBORN III<br>6741 SW 10TH STREET<br>HOLLYWOOD FL 33023 | CREDITOR ID: 306050-39<br>PAUL LANE THORNTON<br>2760 SANTOS PL<br>ORLANDO FL 32806 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306051-39<br>PAUL LAWTON NEELY<br>2805 STATE PARK RD<br>GREENVILLE SC 29609 | CREDITOR ID: 306052-39<br>PAUL LEFEVER<br>4633 COURTWOOD CIRCLE<br>BATAVIA OH 45103 | CREDITOR ID: 306053-39<br>PAUL M BEDENE<br>3643 GREENBROOK CIRCLE<br>VALDOSTA GA 31601 |
| CREDITOR ID: 306054-39<br>PAUL M COLLINS & KAREN M<br>COLLINS TEN COM<br>201 SUSAN GAY ST<br>PINEVILLE LA 71360 | CREDITOR ID: 306055-39<br>PAUL M DOUGLASS<br>50 SHAMROCK CIR<br>HILTON  HEAD  ISLAND SC 29926 | CREDITOR ID: 306056-39<br>PAUL M IOVINELLI<br>212 MAPLE AVE EXT<br>SCOTIA NY 12302 |
| CREDITOR ID: 306057-39<br>PAUL M KICIDIS JR<br>PO BOX 598<br>UNION SC 29379 | CREDITOR ID: 306058-39<br>PAUL M MCCONNELL<br>344 PESSOA ST<br>PUNTA  GORDA FL 33983 | CREDITOR ID: 306059-39<br>PAUL M NELSON<br>7114 HORSESHOE CIR<br>BRYCEVILLE FL 32009 |
| CREDITOR ID: 306060-39<br>PAUL M ROBERTS<br>7920 ORLANDO AVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 306061-39<br>PAUL M ROBERTS & SHIRLEY A<br>ROBERTS JT TEN<br>7920 ORLANDO AVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 306064-39<br>PAUL M TAMBORELLA<br>1105 RICHLAND AVE<br>METAIRIE LA 70001 |
| CREDITOR ID: 306065-39<br>PAUL M WEBB & DIANE R WEBB<br>JT TEN<br>377 SE PLANTATION ST<br>LEE FL 32059 | CREDITOR ID: 306066-39<br>PAUL MAC STEPHENS<br>6987 PEPPERTREE LN<br>MONTGOMERY AL 36117 | CREDITOR ID: 306067-39<br>PAUL MANNINO JR<br>322 NORTH FEDERAL HWY<br>DEERFIELD  BEACH FL 33441 |
| CREDITOR ID: 306068-39<br>PAUL MARC BROUSSEAU<br>2031 OAK MEADOW CIR<br>SOUTH  DAYTONA FL 32119 | CREDITOR ID: 306069-39<br>PAUL MARK HAYDEL<br>305 BENOIT ST.<br>WELSH LA 70591 | CREDITOR ID: 306070-39<br>PAUL METHVIN III<br>305 KING BIRD LN<br>ASHEVILLE NC 28803 |
| CREDITOR ID: 306071-39<br>PAUL MILLER PATRONIS<br>1774 NORTHRIDGE RD<br>ATLANTA GA 30350 | CREDITOR ID: 306072-39<br>PAUL MORTON WYETH<br>27 GARNET ST<br>GORE 9700<br>NEW ZEALAND | CREDITOR ID: 306073-39<br>PAUL N PAPPAS & EUGENIA S<br>PAPPAS JT TEN<br>1855 CHRISTOPHER POINT RD N<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 306074-39<br>PAUL N PARSONS & SUSAN W<br>PARSONS JT TEN<br>118 FLEETWOOD TERRACE<br>SILVER  SPRING MD 20910 | CREDITOR ID: 306075-39<br>PAUL ONDOVCSIK<br>1036 OHIOVIEW AVE<br>AMBRIDGE PA 15003 | CREDITOR ID: 306076-39<br>PAUL PAPILLION<br>7513 ARBOR PARK DRIVE<br>FT  WORTH TX 76120 |
| CREDITOR ID: 306077-39<br>PAUL PHILLIP<br>PO BOX 933<br>WAGGAMAN LA 70094 | CREDITOR ID: 306078-39<br>PAUL POIRIER<br>1845 LAVONIA LN<br>FORT  MYERS FL 33917 | CREDITOR ID: 306079-39<br>PAUL R BERLIN<br>3624 HOLLAND DRIVE<br>MONTGOMERY AL 36109 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306080-39<br>PAUL R FINTON<br>5685 WOODLAWN CEMETARY RD<br>MACCLENNY FL 32063 | CREDITOR ID: 306081-39<br>PAUL R FORD & RUTH S FORD JT<br>TEN<br>79 ARTHUR RD<br>ASHEVILLE NC 28806 | CREDITOR ID: 306082-39<br>PAUL R HIGH<br>3221 KING DR.<br>SEBRING FL 33870 |
| CREDITOR ID: 306083-39<br>PAUL R JONES<br>2919 BRITTANY BLUFF DR<br>ORANGE PARK FL 32073 | CREDITOR ID: 306084-39<br>PAUL R LETO<br>1517 SEMINOLE AVE<br>METAIRIE LA 70005 | CREDITOR ID: 306085-39<br>PAUL R LONGCHAMPS<br>107 PITKIN ST<br>MANCHESTER CT 06040 |
| CREDITOR ID: 306086-39<br>PAUL R POPKA SR & CANDICE M<br>KELLY POPKA JT TEN<br>25 BUNTER WY<br>ROTONDA WEST FL 33947 | CREDITOR ID: 306087-39<br>PAUL R PREWITT<br>319 W 8TH ST<br>NEWPORT KY 41071 | CREDITOR ID: 306088-39<br>PAUL R WESSON<br>207 WESTSIDE BLVD<br>NEWTON NC 28658 |
| CREDITOR ID: 306089-39<br>PAUL RINAUDO & CAROL RINAUDO<br>JT TEN<br>5304 SOUTHEAST TALL PINES WAY<br>STUART FL 34997 | CREDITOR ID: 306090-39<br>PAUL ROGER HARPER<br>120 GLYNDALE DR<br>BRUNSWICK GA 31520 | CREDITOR ID: 306091-39<br>PAUL S CARMONA<br>23344 PONY DR<br>ZACHARY LA 70791 |
| CREDITOR ID: 306092-39<br>PAUL S COLEMAN<br>937 PHEASANT RUN DR<br>TRENTON OH 45067 | CREDITOR ID: 306093-39<br>PAUL S COOK JR TTEE<br>U/A DTD 12/10/98<br>U/W MABEL ROBERTA COOK<br>193 COOK RD<br>RIDGEWAY SC 29130 | CREDITOR ID: 306094-39<br>PAUL S GRIMSLEY<br>PO BOX 640<br>HAMPSTEAD NC 28443 |
| CREDITOR ID: 306095-39<br>PAUL S LUISER<br>35424 N TREASURE ISLAND AV B<br>LEESBURG FL 34788 | CREDITOR ID: 306096-39<br>PAUL S MARSH<br>4059 WAYNE ST<br>HILLIARD OH 43026 | CREDITOR ID: 306097-39<br>PAUL S PORTER II<br>124 CITRUS RD<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 306098-39<br>PAUL S TAYLOR<br>10220 DEPAUL DR<br>JACKSONVILLE FL 32218 | CREDITOR ID: 306099-39<br>PAUL S YOUNG<br>123 CASTLEVILLE CT<br>LEXINGTON SC 29073 | CREDITOR ID: 306100-39<br>PAUL S ZINNI<br>1168 FAIRFIELD MEADOWS DR<br>WESTON FL 33327 |
| CREDITOR ID: 306101-39<br>PAUL STARRETT<br>1087 HEATHER STONE WAY<br>MILFORD OH 45150 | CREDITOR ID: 306102-39<br>PAUL SUMMERS & MARY ANN<br>SUMMERS JT TEN<br>6908 HALLWOOD CT<br>LOUISVILLE KY 40291 | CREDITOR ID: 306103-39<br>PAUL T GARRETT & JOAN C<br>GARRETT JT TEN<br>PO BOX 7<br>GROVEAK AL 35975 |
| CREDITOR ID: 306104-39<br>PAUL T KELLER JR<br>503 KOLDIN LN<br>ALEDO TX 76008 | CREDITOR ID: 306105-39<br>PAUL T LOHRUM<br>210 BOYD LANE<br>MASON OH 45040 | CREDITOR ID: 306106-39<br>PAUL TRUETT ROGERS<br>CO PAUL TRELTON ROGERS<br>PO BOX 672<br>707 SOUTH MAIN ST<br>LAKE VIEW SC 29563 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 306109-39
PAUL TRUETT ROGERS CUST FOR
THOMAS MICHAEL ROGERS
A/M/U/T/L/O/SC
PO BOX 2311
SHALLOTTE NC 28459

CREDITOR ID: 306108-39
PAUL TRUETT ROGERS CUST FOR
PAUL THELTON ROGERS
A/M/U/T/L/O/SC
PO BOX 672
707 SOUTH MAIN STREET
LAKE  VIEW SC 29563

CREDITOR ID: 306107-39
PAUL TRUETT ROGERS CUST FOR
MITCHEL EDWARD ROGERS
A/M/U/T/L/O/SC
PO BOX 672
707 SOUTH MAIN ST
LAKEVIEW SC 29563

CREDITOR ID: 306110-39
PAUL TURNER HAMNER SR & VERA
P HAMNER JT TEN
4641 SUSSEX AVE
JACKSONVILLE FL 32210

CREDITOR ID: 306111-39
PAUL V RENFROE
2790 BELLE CHRISTIANE CIR
PENSACOLA FL 32503

CREDITOR ID: 306112-39
PAUL V SMITH
1913 GRIFLET RD
JACKSONVILLE FL 32211

CREDITOR ID: 306113-39
PAUL V TRANFORD II
323 LAHACINDA DRIVE
INDIAN  ROCKS  BEACH FL 33785

CREDITOR ID: 306114-39
PAUL VASCIK
8336 MARGARITA DR
ORLANDO FL 32817

CREDITOR ID: 306115-39
PAUL W ANTISH JR CUST
KORTNEY M ANTISH UNDER THE
FL UNIF TRAN MIN ACT
5710 COCO PALM DRIVE
TAMARAC FL 33319

CREDITOR ID: 306116-39
PAUL W CRUMPTON
PO BOX 1358
PLANT  CITY FL 33564

CREDITOR ID: 306117-39
PAUL W DITTRICH
65 MARTHA AVE
CLIFTON NJ 07011

CREDITOR ID: 306118-39
PAUL W FLEMING & LINDA G
FLEMING JT TEN
3708 ARBOR DR
RALEIGH NC 27612

CREDITOR ID: 306119-39
PAUL W GARDNER CUST STACY
LEE GARDNER UND UNIF GIFT
MIN ACT FLA
126 SPOONBILL POINT CRT
ST  AUGUSTINE FL 32080

CREDITOR ID: 306120-39
PAUL WILLIAM SCOTT
1810 MEDFORD LN
BRADENTON FL 33511

CREDITOR ID: 306121-39
PAUL WILLIAM THURMOND
P O BOX 765
DELAND FL 32721

CREDITOR ID: 306122-39
PAUL WILSON BLAIR
233 E MAIN ST
MOREHEAD KY 40351

CREDITOR ID: 306123-39
PAUL WRIGHT
632 1/2 AVE G
WESTWEGO LA 70094

CREDITOR ID: 306124-39
PAUL Y FENG
PO BOX 424
KENILWORTH IL 60043

CREDITOR ID: 306125-39
PAULA A CHATAGNIER
205 JANE AVE
HOUMA LA 70363

CREDITOR ID: 306126-39
PAULA A HALL
7709 BALM RD
WETUMPKA AL 36092

CREDITOR ID: 306127-39
PAULA A HELD
3394 ST RT 132
AMELIA OH 45102

CREDITOR ID: 306128-39
PAULA A PHILLIP
3716 SQUIRES WOODS WAY
LEXINGTON KY 40515

CREDITOR ID: 306129-39
PAULA A SCHERPENBERG &
KENNETH A SCHERPENBERG JT TEN
3632 HERBERT AVE
CINCINNATI OH 45211

CREDITOR ID: 306130-39
PAULA A TURNAGE CUST FOR
ALEXANDRA LAUREN TURNAGE
UNDER THE GA UNIFORM
TRANSFERS TO MINORS ACT
5131 MALISA RIDGE
OAKWOOD GA 30566

CREDITOR ID: 306131-39
PAULA A WEBER
103 WEBB ST
SIMPSONVILLE SC 29681

CREDITOR ID: 306132-39
PAULA ANN BAGGETT
331 LEONA DR
FLORENCE AL 35633

CREDITOR ID: 306133-39
PAULA ANN SAILORS
ATTN PAULA ANN SEGRAVES
148 POPLAR WY
WINDER GA 30680

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306134-39<br>PAULA ANNE MOORE<br>3503 CHICKASAW DR<br>OWENSBORO KY 42301 | CREDITOR ID: 306135-39<br>PAULA ANNETTE FERGUSON<br>1004 STOKES ST W<br>DANVILLE VA 24541 | CREDITOR ID: 306136-39<br>PAULA C BOND<br>159 CRESCENT ROAD-KIMBROOK<br>GREENWOOD SC 29649 |
| CREDITOR ID: 306137-39<br>PAULA C INCLAN & GARY B<br>INCLAN JT TEN<br>2806 TUPELO CT<br>LONGWOOD FL 32779 | CREDITOR ID: 306138-39<br>PAULA C SEARCY<br>37 MICHELLE DR<br>TAYLORS SC 29687 | CREDITOR ID: 306139-39<br>PAULA C STALLINGS<br>122 DUKE AVE<br>COLUMBIA SC 29203 |
| CREDITOR ID: 306140-39<br>PAULA C STEPHENS<br>650 HICKORY TRL<br>MABLETON GA 30059 | CREDITOR ID: 306141-39<br>PAULA D JONES<br>142 MAXWELL CIR<br>GREENVILLE SC 29615 | CREDITOR ID: 306142-39<br>PAULA ELLIS<br>325 HICKORY DR<br>MAITLAND FL 32751 |
| CREDITOR ID: 306143-39<br>PAULA ELSASS<br>10025 ST RD 51<br>LIVE  OAK FL 32060 | CREDITOR ID: 306144-39<br>PAULA G CONWAY & WAYNE<br>CONWAY JT TEN<br>1236 SUMMIT RD<br>EAST  VIEW KY 42732 | CREDITOR ID: 306145-39<br>PAULA GRAINGER-HALL CUST FOR<br>ROBERT DYLAN HALL UNDER THE<br>NC UNIFORM TRANSFERS TO<br>MINORS ACT<br>220  GREENBRIER LANE<br>LEXINGTON NC 27295 |
| CREDITOR ID: 306146-39<br>PAULA GREEN<br>3234 B AQUEDUCT DR.<br>LEXINGTON KY 40517 | CREDITOR ID: 306147-39<br>PAULA GUNDRUM & BRYAN<br>GUNDRUM JT TEN<br>1046 ALCLIFF LN<br>CINCINNATI OH 45238 | CREDITOR ID: 306148-39<br>PAULA H JERMIER & JACK R<br>JERMIER JR JT TEN<br>2640 KERSEY DR W<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 306149-39<br>PAULA J ELLSWORTH<br>8058 MERRIMOOR BLVD<br>SEMINOLE FL 33777 | CREDITOR ID: 306150-39<br>PAULA J FRITCHER & LARRY J<br>FRITCHER JT TEN<br>P O BOX 847<br>STEINHATCHEE FL 32359 | CREDITOR ID: 306151-39<br>PAULA J GIACALONE<br>5412 VALLEY PARK DR<br>LOUISVILLE KY 40299 |
| CREDITOR ID: 306152-39<br>PAULA J GRANT<br>1000 BARNES ST<br>BRIDGE  CITY LA 70094 | CREDITOR ID: 306153-39<br>PAULA J HOLLEN & MICHAEL J<br>HOLLEN JT TEN<br>5115 N SOCRUM LOOP RD<br>APT#85<br>LAKELAND FL 33809 | CREDITOR ID: 306154-39<br>PAULA J LEBLANC<br>6041 W PARK AVE<br>HOUMA LA 70364 |
| CREDITOR ID: 306155-39<br>PAULA J LEWIS<br>C/O PAULA JUNE DIAL<br>304 ANSLEY BROOK DR<br>LAWRENCEVILLE GA 30244 | CREDITOR ID: 306156-39<br>PAULA J MOBERLY<br>3025 SKYLINE DR NW<br>DEPAUW IN 47115 | CREDITOR ID: 306157-39<br>PAULA J MORIN<br>201 FREDDIE ST<br>MELBOURNE FL 32937 |
| CREDITOR ID: 306158-39<br>PAULA J POLLOCK<br>1115 TAYLOR ST<br>BAINBRIDGE GA 39819 | CREDITOR ID: 306159-39<br>PAULA J SHIVELY<br>95 CHIPPEWA PA<br>ROCKY  MOUNT VA 24151 | CREDITOR ID: 306160-39<br>PAULA JACKSON<br>1608 SAINT CATHERINE DR E<br>DUNEDIN FL 34698 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306161-39<br>PAULA JEAN SMITH<br>P O BOX 932<br>ELIZABETHTOWN NC 28337 | CREDITOR ID: 306162-39<br>PAULA JEAN STEELE<br>1209 MONROE<br>WICHITA FALLS TX 76309 | CREDITOR ID: 306163-39<br>PAULA KRUSE BLOCK<br>3404 WINCHESTER RD<br>LOUISVILLE KY 40207 |
| CREDITOR ID: 306164-39<br>PAULA L GOODWYNE<br>6303 GOMEZ RD<br>SAINT AUGUSTINE FL 32080 | CREDITOR ID: 306165-39<br>PAULA L HOPPER<br>40128 EMERALD DR #B<br>PONCHATOULA LA 70454 | CREDITOR ID: 306166-39<br>PAULA L MILLER<br>6041 W PARK AVE<br>HOUMA LA 70364 |
| CREDITOR ID: 306167-39<br>PAULA LANE PARKER<br>C/O PAULA LANE PARKER FILKINS<br>3463 ACWORTH DUE WEST RD<br>ACWORTH GA 30101 | CREDITOR ID: 306168-39<br>PAULA LEE JOHNSON<br>13748 54TH LN N<br>WEST PALM BEACH FL 33411 | CREDITOR ID: 306169-39<br>PAULA LLOYD CUST JOSHUA<br>DARNELL UNIF TRAN MIN ACT KY<br>280 FEATHERBED HOLLOW DR<br>TAYOLRSVILLE KY 40071 |
| CREDITOR ID: 306170-39<br>PAULA M FURR<br>700 WHITTLE LN<br>QUINCY FL 32351 | CREDITOR ID: 306171-39<br>PAULA M FURR & JOHN LARRY<br>FURR JT TEN<br>700 WHITTLE LN<br>QUINCY FL 32351 | CREDITOR ID: 306172-39<br>PAULA MARIE LLOYD<br>280 FEATHERBED HOLLOW DRIVE<br>TAYLORSVILLE KY 40071 |
| CREDITOR ID: 306173-39<br>PAULA MICHELE POLLOCK<br>6360 THEA LANE<br>F5<br>COLUMBUS GA 31907 | CREDITOR ID: 306174-39<br>PAULA NAYLOR & THOMAS NAYLOR<br>JT TEN<br>673 MARIEDA DR<br>CINCINNATI OH 45245 | CREDITOR ID: 306176-39<br>PAULA NORVILLE LAMB CUST<br>PALMER MALONE LAMB UNIF<br>TRANS MIN ACT FL<br>3812 RICHMOND STREET<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 306175-39<br>PAULA NORVILLE LAMB CUST<br>BRONSON EDMONDSON LAMB IV<br>UNIF TRANS MIN ACT FL<br>3812 RICHMOND STREET<br>JACKSONVILLE FL 32205 | CREDITOR ID: 306177-39<br>PAULA PRICE FARR<br>125 SKYLARK WAY<br>RALEIGH NC 27615 | CREDITOR ID: 306178-39<br>PAULA R RITTER<br>1913 SE JUDY CI<br>MARIETTA GA 30060 |
| CREDITOR ID: 306179-39<br>PAULA RICHARDS<br>RR 2 BOX 311<br>LAKE CITY FL 32055 | CREDITOR ID: 306180-39<br>PAULA RUNION<br>3904 52ND ST CT WEST<br>BRADENTON FL 34209 | CREDITOR ID: 306181-39<br>PAULA RUSH WEEKS<br>429 DERBY LANE<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 306182-39<br>PAULA SUE LAWSON<br>890 SW DALTON AVE<br>PORT SAINT LUCIE FL 34953 | CREDITOR ID: 306183-39<br>PAULA T HANCOCK<br>1362 KAZEN ROAD<br>WAUCHULA FL 33873 | CREDITOR ID: 306184-39<br>PAULA T MILLER<br>1217 NC 41 NORTH<br>PINK HILL NC 28572 |
| CREDITOR ID: 306185-39<br>PAULA WINSTEAD & RUDY<br>WINSTEAD TEN COM<br>11104 PINE RIDGE CIR<br>BOGALUSA LA 70427 | CREDITOR ID: 306186-39<br>PAULABELLE L DIAH<br>552 PINEHURST COVE<br>KISSIMMEE FL 34758 | CREDITOR ID: 306187-39<br>PAULENE MEYER PRICE<br>6610 HAYWORTH HWY<br>GRANDBURY TX 76048 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306188-39<br>PAULETTE B WILSON<br>3415 ARMSTRONG RD<br>CALLAHAN FL 32011 | CREDITOR ID: 306189-39<br>PAULETTE BOOKER<br>2841 US HWY 84 W LOT 33<br>VALDOSTA GA 31601 | CREDITOR ID: 306190-39<br>PAULETTE EVANS<br>950 CAMDEN RD<br>VANCE SC 29163 |
| CREDITOR ID: 306191-39<br>PAULETTE G MCMILLAN<br>1035 SEABREEZE LAKE CIR<br>BUCHANAN GA 30113 | CREDITOR ID: 306192-39<br>PAULETTE L RITCHIE<br>PO BOX 356<br>FLORAL  CITY FL 34436 | CREDITOR ID: 306193-39<br>PAULETTE R BUTLER & LARRY N<br>BUTLER JT TEN<br>2009 PLEASANT GROVE RD<br>VILLA  RICA GA 30180 |
| CREDITOR ID: 306194-39<br>PAULETTE WATKINS<br>840 W KICKLIGHTER RD<br>LAKE  HELEN FL 32744 | CREDITOR ID: 306195-39<br>PAULETTE WILLIAMS<br>APT A-102<br>11110 SW 196 ST<br>MIAMI FL 33157 | CREDITOR ID: 306196-39<br>PAULINE BUCK<br>1831 DEL WEBB BLVD E<br>SUN  CITY  CENTER FL 33573 |
| CREDITOR ID: 306197-39<br>PAULINE F NIXON<br>3257 TIVOLI ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 306198-39<br>PAULINE FISHER & JEFFREY<br>FISHER JT TEN<br>13546 LAKE MAGDALENE DR<br>TAMPA FL 33613 | CREDITOR ID: 306199-39<br>PAULINE G BARKER<br>17306 NORTHERN STAR<br>KEANE TRACER<br>HOUSTON TX 77084-1168 |
| CREDITOR ID: 306200-39<br>PAULINE G LABONTE<br>4939 W PLEASANT ACRES PL<br>LECANTO FL 34461 | CREDITOR ID: 306201-39<br>PAULINE G VAN HOOSE & DONALD<br>G VAN HOOSE JT TEN<br>3109 VIA DOS<br>ORLANDO FL 32817 | CREDITOR ID: 306202-39<br>PAULINE GILCHRIST<br>2501 DRAYTON DR<br>AUGUSTA GA 30906 |
| CREDITOR ID: 306203-39<br>PAULINE GREER<br>5234 CONCORD RD<br>SPRINGFIELD TN 37172 | CREDITOR ID: 306204-39<br>PAULINE H MIZE<br>3325 BERRY LN<br>ANDERSON SC 29624 | CREDITOR ID: 306205-39<br>PAULINE L BROWN & ROBERT G<br>BROWN JT TEN<br>7900 SW 7TH PL<br>NORTH  LAUDERDALE FL 33068 |
| CREDITOR ID: 306206-39<br>PAULINE L FLETCHER<br>210 PEACEFUL RIDGE RD<br>TARPON  SPRINGS FL 34689 | CREDITOR ID: 306207-39<br>PAULINE LAMBERT<br>30100 S W 158 AVE<br>LEISURE  CITY FL 33033 | CREDITOR ID: 306208-39<br>PAULINE M POTTER<br>224 WARE RD<br>BELCHERTOWN MA 01007 |
| CREDITOR ID: 306209-39<br>PAULINE M POWERS & JOHN C<br>POWERS JT TEN<br>2271 CARNES ST<br>ORANGE  PARK FL 32073 | CREDITOR ID: 306210-39<br>PAULINE N PARSONS<br>1313 PAXTON<br>ARLINGTON TX 76013 | CREDITOR ID: 306211-39<br>PAULINE ORTEGA<br>62 W 69 ST 2-A<br>NEW  YORK NY 10023 |
| CREDITOR ID: 306212-39<br>PAULINE ROME<br>70148 SEVENTH ST<br>COVINGTON LA 70433 | CREDITOR ID: 306213-39<br>PAULINE RUSSO<br>8500 NW 24TH CT<br>SUNRISE FL 33322 | CREDITOR ID: 306214-39<br>PAULINE S NICHOLS<br>220 BUCKRIDGE DR<br>ORANGEBURG SC 29115 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306215-39<br>PAULINE S SHINN<br>THE PLAZA APT 7 D<br>215 N MERRITT AVE<br>SALISBURY NC 28144 | CREDITOR ID: 280445-39<br>PAUMEN, ANGELA & DONALD J JT TEN<br>5572 ILLSLEY AVE NW<br>MAPLE LAKE MN 55358 | CREDITOR ID: 287255-39<br>PAYNE JR, DENNIS H<br>890 OLD SPRING WAY<br>SUGAR HILL GA 30518 |
| CREDITOR ID: 306216-39<br>PEARL B BALINTEY<br>1704 SW 19TH DR<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 306217-39<br>PEARL E MONDELLO<br>4722 WINDSOR PARK<br>SARASOTA FL 34235 | CREDITOR ID: 306218-39<br>PEARL G ADAMSON<br>6510 THREE CHOPT RD<br>RICHMOND VA 23226 |
| CREDITOR ID: 306219-39<br>PEARL TECARR<br>528 LEGUME DR<br>PORT ORANGE FL 32127 | CREDITOR ID: 306220-39<br>PEARLENE R HILL<br>11473 REXMERE BLVD<br>DAVIE FL 33325 | CREDITOR ID: 306221-39<br>PEARLIE B EDWARDS<br>4922 JAMES POTTER RD<br>EBRO FL 32437 |
| CREDITOR ID: 306222-39<br>PEARLIE EVANS<br>PO BOX 304<br>OKAHUMPKA FL 34762 | CREDITOR ID: 306223-39<br>PEARLINE J REED<br>4433 DR BROCK RD<br>MERIDIAN MS 39307 | CREDITOR ID: 306224-39<br>PEDRO A CUETO & AMERICA E<br>CUETO JT TEN<br>707 HIGH ST<br>WEST PALM BEACH FL 33405 |
| CREDITOR ID: 306225-39<br>PEDRO A GUAB<br>2512 W HICKORY ST 1<br>DENTON TX 76201 | CREDITOR ID: 306226-39<br>PEDRO CARRILLO<br>4333 SW 147TH CT<br>MIAMI FL 33185 | CREDITOR ID: 306227-39<br>PEDRO PABLO DIAZ<br>11360 SW 49TH ST<br>MIAMI FL 33175 |
| CREDITOR ID: 306228-39<br>PEDRO R DIAZ<br>11442 SW 42ND ST<br>MIAMI FL 33165 | CREDITOR ID: 306229-39<br>PEDRO R DIAZ & MARGARITA<br>DIAZ JT TEN<br>11442 SW 42ND ST<br>MIAMI FL 33165 | CREDITOR ID: 306230-39<br>PEGGY A BAPTIE<br>6324 SARAH LN<br>NEW PORT RICHEY FL 34653 |
| CREDITOR ID: 306231-39<br>PEGGY A CLEMENTS<br>719 SOUTH LEWIS ST<br>PICKENS SC 29671 | CREDITOR ID: 306232-39<br>PEGGY A GARCIA & JUAN H<br>GARCIA JT TEN<br>PO BOX 123<br>ESTERO FL 33928 | CREDITOR ID: 306233-39<br>PEGGY A JONES & CHARLIE A<br>JONES JT TEN<br>2920 PRANGE ROAD<br>ALEXANDER AR 72002 |
| CREDITOR ID: 306234-39<br>PEGGY A MCCALLISTER<br>5408 25TH ST W # A<br>BRADENTON FL 34207 | CREDITOR ID: 306235-39<br>PEGGY A MELTON<br>138 TALLAPOOSA RD<br>FITZGERALD GA 31750 | CREDITOR ID: 306236-39<br>PEGGY A RIGSBY<br>4400 LINDA DR<br>PHENIX CITY AL 36867 |
| CREDITOR ID: 306237-39<br>PEGGY ALTMAN<br>5031 OLIVER RD<br>TIMMONSVILLE SC 29161 | CREDITOR ID: 306238-39<br>PEGGY ANN SAULS<br>600 RUTHERS RD<br>RICHMOND VA 23235 | CREDITOR ID: 306239-39<br>PEGGY ANN WILLIAMS & CARL<br>WILLIAMS JR JT TEN<br>1532 WESTCHESTER RD<br>RALEIGH NC 27610 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306240-39<br>PEGGY ANNE PIPER<br>514 WYOMING RD<br>LEHIGH  ACRES FL 33936 | CREDITOR ID: 306241-39<br>PEGGY ANNE PIPER & WAYNE<br>PIPER SR JT TEN<br>514 WYOMING RD<br>LEHIGH  ACRES FL 33936 | CREDITOR ID: 306242-39<br>PEGGY B SCRUGGS<br>PO BOX 121<br>MADISON FL 32340 |
| CREDITOR ID: 306243-39<br>PEGGY B STULTZ<br>606 GREENBRIAR DR<br>BRANDON FL 33511 | CREDITOR ID: 306244-39<br>PEGGY B STULTZ & CHARLES F<br>STULTZ JT TEN<br>606 GREENBRIAR DR<br>BRANDON FL 33511 | CREDITOR ID: 306245-39<br>PEGGY BLACKBURN JASPER<br>907 N MAIN<br>ELIZABETHTOWN KY 42701 |
| CREDITOR ID: 306246-39<br>PEGGY BROOKS<br>1117 E IRVINE ST<br>RICHMOND KY 40475 | CREDITOR ID: 306247-39<br>PEGGY C CHEEZEM<br>149 DEVON PARK<br>GREENWOOD SC 29649 | CREDITOR ID: 306248-39<br>PEGGY C COGGINS & GEORGE F<br>COGGINS JT TEN<br>2313 SIERRA DR<br>RALEIGH NC 27603 |
| CREDITOR ID: 306249-39<br>PEGGY CAMPBELL CORBETT<br>3706 CASON ST<br>GARNER NC 27529 | CREDITOR ID: 306250-39<br>PEGGY CLINKSCALES<br>305 SWEETBRIAR RD<br>GREENVILLE SC 29615 | CREDITOR ID: 306251-39<br>PEGGY COOK & HOWARD COOK<br>JT TEN<br>11 OAKBROOK RD<br>FLETCHER NC 28732 |
| CREDITOR ID: 306252-39<br>PEGGY D BOWMAN & NELL C WEBB<br>JT TEN<br>1524 NE 8TH ST<br>GAINESVILLE FL 32601 | CREDITOR ID: 306253-39<br>PEGGY D SAUNDERS<br>1852 ORPHANAGE ROAD<br>DANVILLE VA 24540 | CREDITOR ID: 306254-39<br>PEGGY E AUTREY<br>20 BENT TWIG DR<br>GREENVILLE SC 29605 |
| CREDITOR ID: 306255-39<br>PEGGY E NORRIS<br>351 FINNEY DRIVE<br>WEATHERFORD TX 76085 | CREDITOR ID: 306256-39<br>PEGGY E NORRIS & KENNETH W<br>NORRIS JT TEN<br>6105 SAINT JOHNS LN<br>FORT  WORTH TX 76114 | CREDITOR ID: 306257-39<br>PEGGY E RIO & MARIA J<br>DAVIDSON JT TEN<br>5320 53RD AVE E T-12<br>BRADENTON FL 34203 |
| CREDITOR ID: 306258-39<br>PEGGY GOECKE<br>532 PRIVATE DR<br>MENA AR 71953 | CREDITOR ID: 306259-39<br>PEGGY HERNANDEZ<br>6234 KIMBALL CT<br>SPRING  HILL FL 34606 | CREDITOR ID: 306260-39<br>PEGGY J COFFRAN<br>3914 EL PRADO<br>TAMPA FL 33629 |
| CREDITOR ID: 306261-39<br>PEGGY J DALE<br>4834 SHILOH CANAAN RD<br>PALMYRA TN 37142 | CREDITOR ID: 306262-39<br>PEGGY J DAVIS<br>253 JOHNSON LANDING ROAD<br>VALHERMOSO  SPRINGS AL 35775 | CREDITOR ID: 306263-39<br>PEGGY J DAVIS & DAVID L<br>DAVIS JT TEN<br>253 JOHNSON LANDING ROAD<br>VALHERMOSO  SPRINGS AL 35775 |
| CREDITOR ID: 306264-39<br>PEGGY J EUNICE<br>748 ASPEN ROAD<br>WEST  PALM  BEACH FL 33409 | CREDITOR ID: 306265-39<br>PEGGY J MOLLICA<br>412 GENTIAN RD<br>ST  AUGUSTINE FL 32086 | CREDITOR ID: 306266-39<br>PEGGY J SUMMERS<br>701A WHITE PINE DRIVE<br>HENDERSONVILLE NC 28739 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                            CASE:  05-03817-3F1

CREDITOR ID: 306267-39
PEGGY JO RISCH & WILLIAM C
RISCH JR JT TEN
4001 CHESTNUT ST
FORT WORTH TX 76137

CREDITOR ID: 306268-39
PEGGY JOYCE UPTON
2001 E WASHINGTON
ROCKINGHAM NC 28379

CREDITOR ID: 306269-39
PEGGY L ALTMAN
5031 OLIVER RD
TIMMONSVILLE SC 29161

CREDITOR ID: 306270-39
PEGGY L BLAND
8375 COUNTY LINE RD
SUMITON AL 35148

CREDITOR ID: 306271-39
PEGGY L BRANDON
177 BRANDON RD
CHATTAHOOCHEE FL 32324

CREDITOR ID: 306272-39
PEGGY L CAIN
4607 MONROE SMITH RD
JACKSONVILLE FL 32210

CREDITOR ID: 306273-39
PEGGY L CHASTAIN
1521 FIREWHEEL DR
WESLEY  CHAPEL FL 33543

CREDITOR ID: 306274-39
PEGGY L FOX
2423 SWINGS CORNER PT ISAB RD
BETHEL OH 45106

CREDITOR ID: 306275-39
PEGGY L HEBERT
203 1/2 N MARAIST TRL #1
KAPLAN LA 70548

CREDITOR ID: 306276-39
PEGGY L WILLIFORD
PO BOX 844
FUQUAY  VARINA NC 27526

CREDITOR ID: 306277-39
PEGGY M CHADWELL
106 HEATHERWOOD DR
GARNER NC 27529

CREDITOR ID: 306278-39
PEGGY M HELMS & HENRY H
HELMS JT TEN
4325 KENLOUGH DR
KANNAPOLIS NC 28081

CREDITOR ID: 306279-39
PEGGY M SHACKELFORD
9601 HOLIDAY DR
LOUISVILLE KY 40272

CREDITOR ID: 306280-39
PEGGY M SPARROW
3055 DEEP CREEK DR
MADISONVILLE KY 42431

CREDITOR ID: 306281-39
PEGGY N LONG
4005 BRANCHWAY RD
MORRISTOWN TN 37813

CREDITOR ID: 306282-39
PEGGY O BREWER
913 TYLER AVENUE
MUSCLE  SHOALS AL 35661

CREDITOR ID: 306283-39
PEGGY O MIKEL
1102 PIPKIN RD
HINESVILLE GA 31313

CREDITOR ID: 306284-39
PEGGY OFERRELL
PP BOX 11016
CHICKASAW AL 36611

CREDITOR ID: 306285-39
PEGGY ONAN RHODEN
PO BOX 698
PORT  CLINTON OH 43452

CREDITOR ID: 306286-39
PEGGY PARSONS WILLIAMS
545 BRECKENRIDGE DR E
MOBILE AL 36608

CREDITOR ID: 306287-39
PEGGY ROBINSON MCGILL
416 GASTON WAY
GASTONIA NC 28054

CREDITOR ID: 306288-39
PEGGY ROSS
PO BOX 64
ENOREE SC 29335

CREDITOR ID: 306289-39
PEGGY S BAILEY
221 SEDGEWOOD CT
SPARTANBURG SC 29301

CREDITOR ID: 306290-39
PEGGY S GRAHAM
530 BRISTOW GAP RD
LEESBURG AL 35983

CREDITOR ID: 306291-39
PEGGY S HEDRICK
3516 33RD ST DR NE
HICKORY NC 28601

CREDITOR ID: 306292-39
PEGGY S HOLLOPETER
1027 SCHIFF AVE FL 2
CINCINNATI OH 45205

CREDITOR ID: 306293-39
PEGGY S MATTINGLY
131 N HANOVER AVE
LEXINGTON KY 40502

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:  05-03817-3F1**

CREDITOR ID: 306294-39
PEGGY S MCLAREN & MICHAEL D
MCLAREN JT TEN
660 HAYMAN CT
DEBARY FL 32713

CREDITOR ID: 306295-39
PEGGY S NEWTON
1401 PECAN DR
BAUMBRIDGE GA 31717

CREDITOR ID: 306296-39
PEGGY S SNOW
140 SPRINGVALLY
DANVILLE KY 40422

CREDITOR ID: 306297-39
PEGGY S WEISSKOPF
552 TORREY AVE
ALTAMONTE  SPRINGS FL 32714

CREDITOR ID: 306298-39
PEGGY S WHITE
500 FREYER DR
LONGWOOD FL 32750

CREDITOR ID: 306299-39
PEGGY SUE MOLLITOR
128 ASH ST
EDGEWATER FL 32141

CREDITOR ID: 306300-39
PEGGY T EADDY
142 TALLAHASSEE RD
GEORGETOWN SC 29440

CREDITOR ID: 306301-39
PEGGY TRUETT SMITH
1905 14TH ST
HARTSVILLE SC 29550

CREDITOR ID: 306302-39
PEGGY WILSON BAILEY
34 SWANSON CT
GREENVILLE SC 29609

CREDITOR ID: 306303-39
PENELOPE ANN TOLLEY PATE &
ROBERT JOSEPH PATE JT TEN
343 STOCKTON DR
LOVELAND OH 45140

CREDITOR ID: 306304-39
PENELOPE L RAY
C/O PENELOPE WHITE
1962 RADIO AVE
YULEE FL 32097

CREDITOR ID: 306306-39
PENNELL NELSON LOCEY
6 PROSPECT ST
DEDHAM MA 02026

CREDITOR ID: 306307-39
PENNELOPE M FRANKLIN
10201 W BEAVER ST APT 78
JACKSONVILLE FL 32221

CREDITOR ID: 306308-39
PENNEY W BRISSON
10733 WHITTERSHAM DR
CHARLOTTE NC 28262

CREDITOR ID: 306309-39
PENNY ANN BAILEY
2329 BRANDI LN
MARYVILLE TN 37804

CREDITOR ID: 306310-39
PENNY COOK
PO BOX 9
DAIZELL SC 29040

CREDITOR ID: 306311-39
PENNY DEIDESHEIMER
8995 MOCKINGBIRD LN
CINCINNATI OH 45231

CREDITOR ID: 306312-39
PENNY HOOVER & GREG HOOVER
JT TEN
5384 TORREY RD
FLINT MI 48507

CREDITOR ID: 306313-39
PENNY HUFF
4120 HOLLOWTRAIL DR
TAMPA FL 33624

CREDITOR ID: 306314-39
PENNY L MORSE
54 DANNY DRIVE
DEFUNIAK  SPRINGS FL 32433

CREDITOR ID: 306315-39
PENNY LYNN ALLISON SEXTON
POST OFFICE 7326
CHESTNUT  MTN GA 30502

CREDITOR ID: 306316-39
PENNY LYNN STAFFORD
10838 GARDEN ST
JACKSONVILLE FL 32219

CREDITOR ID: 306317-39
PENNY M EDENS
150 HAMPTON CREST TRL
COLUMBIA SC 29209

CREDITOR ID: 306318-39
PENNY M RINK & DAVID T RINK
JT TEN
2696 EMERALD DRIVE
JONESBORO GA 30236

CREDITOR ID: 306319-39
PENNY NATION
168 CARRIAGE POINT
CLINTON TN 37716

CREDITOR ID: 306320-39
PENNY OWENS
819 BROADWAY ST
PO BOX 34
NEWRY SC 29665

CREDITOR ID: 306321-39
PENNY P ALDRIDGE
1217 CO RD 67
BANKSTON AL 35542

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 306322-39<br>PENNY S ELFER<br>P O BOX 2412<br>RESERVE LA 70084 | CREDITOR ID: 306323-39<br>PENNY S HAAS<br>4009 SUPERIOR AVE<br>CINCINNATI OH 45236 | CREDITOR ID: 306324-39<br>PENNY SEE & DOUGLAS SEE<br>JT TEN<br>300 OLD STATE RD 1<br>COLD  SPRING KY 41076 |
| CREDITOR ID: 306325-39<br>PENNY SUE LEWIS<br>3659 EVE DR E<br>JACKSONVILLE FL 32216 | CREDITOR ID: 306326-39<br>PENNY T FAIRCLOTH<br>5897 OLD STATE ROAD<br>NAYLOR GA 31641 | CREDITOR ID: 306327-39<br>PENNYWELL F KELLEY JR &<br>CLARICE H KELLEY JT TEN<br>469 NE CR 255<br>LEE FL 32059 |
| CREDITOR ID: 306328-39<br>PEPITO ABRIGO<br>1007 SKYVIEW AVE<br>N  AUGUSTA SC 29841 | CREDITOR ID: 306329-39<br>PERCELL PERRY JR<br>PO BOX 1765<br>DOUGLAS GA 31533 | CREDITOR ID: 306330-39<br>PERCY L BUTLER<br>7430 HANSBROUGH ST<br>NEW  ORLEANS LA 70127 |
| CREDITOR ID: 306331-39<br>PERCY RANKIN JR<br>3711 WILLOW ST<br>NEW  ORLEANS LA 70115 | CREDITOR ID: 306332-39<br>PERCY W SMITH JR<br>19 MANOR DR<br>FT  PIERCE FL 34982 | CREDITOR ID: 306333-39<br>PERLE M JONES<br>13904 HARRIS ST<br>WALKER LA 70785 |
| CREDITOR ID: 306334-39<br>PERRY A PEAVY & SANDRA C<br>PEAVY JT TEN<br>2601 W HICKORY GROVE RD<br>LAPINE AL 36046 | CREDITOR ID: 306335-39<br>PERRY C TYLER III & RITA C<br>TYLER JT TEN<br>118 RIDGEWOOD DR<br>LEXINGTON NC 27292 | CREDITOR ID: 306336-39<br>PERRY CRAIG CONTOS<br>516 JUPITER WAY<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 306337-39<br>PERRY CURL<br>1500 ELM ST<br>WEST POINT KY 40177 | CREDITOR ID: 306338-39<br>PERRY D GRANBERRY<br>4512 GUILFORD CIR<br>BIRMINGHAM AL 35242 | CREDITOR ID: 306339-39<br>PERRY D MILLS<br>6928 ESTATE RD<br>LAKELAND FL 33809 |
| CREDITOR ID: 306340-39<br>PERRY D MILLS & JOYCE C<br>MILLS JT TEN<br>6928 ESTATE RD<br>LAKELAND FL 33809 | CREDITOR ID: 306341-39<br>PERRY E THOMPSON<br>112-B ELLIOTT ST<br>GREENWOOD SC 29649 | CREDITOR ID: 306342-39<br>PERRY E WILLIAMS<br>16791 W MEADE HILL DR<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 306343-39<br>PERRY F GOODSON & GWENDOLYN<br>B GOODSON JT TEN<br>44 E BRADLEY ST #14<br>DESTIN FL 32541 | CREDITOR ID: 306344-39<br>PERRY G TURPIN<br>7048 KITTRIDGE DR<br>FAYETTEVILLE NC 28314 | CREDITOR ID: 306345-39<br>PERRY H BRANAM<br>2907 W HENRY AVE<br>TAMPA FL 33614 |
| CREDITOR ID: 306346-39<br>PERRY H BRANAM & BARBARA<br>BRANAM JT TEN<br>2907 W HENRY AVE<br>TAMPA FL 33614 | CREDITOR ID: 306347-39<br>PERRY J CHIASSON<br>109 ST GEORGE RD<br>SCHRIEVER LA 70395 | CREDITOR ID: 306349-39<br>PERRY KEITH WILSON<br>866 STATE HIGHWAY 50<br>CAMPBELL TX 75422 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.             **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 306350-39<br>PERRY L CRENSHAW<br>913 W BAARS ST<br>PENSACOLA FL 32501 | CREDITOR ID: 306352-39<br>PERRY M ROTHROCK<br>812 SE 9TH CT APT D<br>OKEECHOBEE FL 34974 | CREDITOR ID: 306353-39<br>PERRY MACK<br>741 POPLAR ST<br>CAYCE SC 29033 |
| CREDITOR ID: 306354-39<br>PERRY PATRICK SZUSH<br>306 SOUTHDOWN WEST BLVD<br>HOUMA LA 70360 | CREDITOR ID: 306355-39<br>PERRY SHEROID BATTLE &<br>SHEILA H BATTLE JT TEN<br>3025 HEATHER STONE WAY<br>LAWRENCEVILLE GA 30243 | CREDITOR ID: 306356-39<br>PERRY SUMMEY<br>2067 LITHIA SPRING ROAD<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 306357-39<br>PERRY W MOORE<br>1042 SANDERS DR<br>ANDERSON SC 29624 | CREDITOR ID: 306358-39<br>PERRY W SANDERS<br>103 LINDA AVE<br>BAINBRIDGE GA 31717 | CREDITOR ID: 306359-39<br>PERRY W SANDERS & CALISTA C<br>SANDERS JT TEN<br>103 LINDA AVE<br>BAINBRIDGE GA 31717 |
| CREDITOR ID: 306360-39<br>PERSHARON V COLLINS<br>5603 FINCH AVE<br>JACKSONVILLE FL 32219 | CREDITOR ID: 306361-39<br>PERSHING LLC<br>PO BOX 2050<br>JERSEY CITY NJ 07303 | CREDITOR ID: 279539-39<br>PESCHEN, A. NANCY & GEORGE F. JT TE<br>14060 MONTEREY ST<br>SPRING HILL FL 34609 |
| CREDITOR ID: 306364-39<br>PETE ADAMS<br>15 ELLIOTT RD<br>MC DONOUGH GA 30253 | CREDITOR ID: 306365-39<br>PETE T MORENO<br>2821 CEDAR PARK BLVD<br>FORT WORTH TX 76118 | CREDITOR ID: 306366-39<br>PETER A COPPOLA CUST ANDREW<br>CHARLES COPPOLA<br>U/MA/U/G/T/M/A/<br>#5<br>377 MARLBOROUGH ST<br>BOSTON MA 02115 |
| CREDITOR ID: 306367-39<br>PETER A COPPOLA CUST PETER<br>BRADLEY COPPOLA<br>U/MA/U/G/T/M/A<br>13205 SEAGROVE STREET<br>SAN DIEGO CA 92130 | CREDITOR ID: 306368-39<br>PETER A LAING<br>898 DUNWOODY PL<br>FORT WALTON BEACH FL 32547 | CREDITOR ID: 306369-39<br>PETER A PIERRE<br>6700 KINGS RD<br>ELMORE AL 36025 |
| CREDITOR ID: 306370-39<br>PETER B GIBBES<br>606 CAMBRIDGE ROAD<br>AUGUSTA GA 30909 | CREDITOR ID: 306371-39<br>PETER B HORN<br>15715 CRANBERRY CT<br>DUMFRIES VA 22026 | CREDITOR ID: 306372-39<br>PETER B HOWARD<br>1600 FOXFIRE DR<br>COLLEGE STATION TX 77845 |
| CREDITOR ID: 306373-39<br>PETER BRENNAN<br>10431 SW 113 ST<br>MIAMI FL 33176 | CREDITOR ID: 306374-39<br>PETER C BENES<br>1696 YEW CT<br>ORANGE PARK FL 32073 | CREDITOR ID: 306375-39<br>PETER C KUTSCHERA<br>210 OSBORNE RD<br>ALBANY NY 12205 |
| CREDITOR ID: 306376-39<br>PETER C RANDALL<br>1583 GA HWY 135<br>VIDALIA GA 30474 | CREDITOR ID: 306377-39<br>PETER C SMITH<br>1203 ANORA DR<br>APEX NC 27502 | CREDITOR ID: 306378-39<br>PETER D ALLISON<br>2076 MILSTONE DR SW<br>CONYERS GA 30094 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 306379-39
PETER D MONTAIGNE & BRENDA J
MONTAIGNE JT TEN
6949 N SPURWING WAY
MERIDIAN ID 83642

CREDITOR ID: 306380-39
PETER D STOCK & ELIZABETH
STOCK JT TEN
12174 DIVIDING OAKS TRAIL W
JACKSONVILLE FL 32223

CREDITOR ID: 306381-39
PETER DEROUX ALLISON &
PATRICE A ALLISON JT TEN
8002 SWEETGUM LOOP
ORLANDO FL 32811

CREDITOR ID: 306382-39
PETER E BRUE
6413 HASTINGS ST
METAIRIE LA 70003

CREDITOR ID: 306383-39
PETER F BACKHAUS
413 LAKEHURST RD
TOMS RIVER NJ 08755

CREDITOR ID: 306384-39
PETER F CHRISTIAN
802 EAST BEACH BLVD
GULFPORT MS 39501

CREDITOR ID: 306385-39
PETER HART HEINICKE
517 ELM ST
GENEVA IL 60134

CREDITOR ID: 306386-39
PETER I LEONARD & MARILYN R
LEONARD JT TEN
6725 BROOKHOLLOW DR
RALEIGH NC 27615

CREDITOR ID: 306387-39
PETER I TEDESCO &
JULIE A TEDESCO JT TEN
15 INTERVALE TERR
READING MA 01867

CREDITOR ID: 306388-39
PETER J CARNES II
8400 CEDAR ST
SILVER SPRINGS MD 20910

CREDITOR ID: 306389-39
PETER J DALIA JR
3333 NE 34TH ST APT 1719
FT LAUDERDALE FL 33308

CREDITOR ID: 306390-39
PETER J MORRIS
317 RALEIGH ST
ORLANDO FL 32806

CREDITOR ID: 306391-39
PETER J ONORATI
6758 FARRAGUT LN
BOYNTON BEACH FL 33437

CREDITOR ID: 306392-39
PETER JOHN CASPER
N50 W15349 SUSAN DR
MENOMONEE FALLS WI 53051

CREDITOR ID: 306393-39
PETER JOHN NELSON
115 WILLOW RD
FLORENCE AL 35633

CREDITOR ID: 306394-39
PETER KEENEY
2150 NW 91WAY
SUNRISE FL 33322

CREDITOR ID: 306395-39
PETER L BELWARD & WENDY D
BELWARD JT TEN
23 KINDLE LN
DERBY CT 06418

CREDITOR ID: 306396-39
PETER L CANAL JR
2340 TIFTON ST
KENNER LA 70062

CREDITOR ID: 306397-39
PETER L DANNEMILLER CUST
MARY DANNEMILLER UNIF TRAN
MIN ACT VA
3408 BARGER DR
FALLS CHURCH VA 22044

CREDITOR ID: 306398-39
PETER L PETROSKI
602 DEEN RD
BUNNELL FL 32110

CREDITOR ID: 306399-39
PETER LASHLEY
1330 NW 114TH ST
MIAMI FL 33167

CREDITOR ID: 306400-39
PETER LISCIO
BOX 1011
NEW BRITAIN CT 06050

CREDITOR ID: 306401-39
PETER M DIPALMA
18 SANDALWOOD DRIVE
DAVENPORT FL 33837

CREDITOR ID: 306402-39
PETER M KOLB
1105 YALE AVE
BRADENTON FL 34207

CREDITOR ID: 306403-39
PETER MORALES
222 EAST 51TH ST
HIALEAH FL 33012

CREDITOR ID: 306404-39
PETER MORRISON CUST FOR
ALEXANDER D MORRISON UNDER
THE GA UNIFORM TRANSFERS TO
MINORS ACT
225 TRIMBLE CHASE CT
ATLANTA GA 30342

CREDITOR ID: 306405-39
PETER PARISI & HILDA PARISI
JT TEN
3606 SE 3RD AVE
CAPE CORAL FL 33904

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

CREDITOR ID: 306406-39
PETER PATRICK & SUE PATRICK
JT TEN
2989 JEWELL RD
INDIAN RIVER MI 49749

CREDITOR ID: 306407-39
PETER R RICCARDI & JEAN F
RICCARDI JT TEN
19730 N W 11TH CT
MIAMI FL 33169

CREDITOR ID: 306408-39
PETER R SCHARFF
3619 GLENWAY AVE
CINCINNATI OH 45205

CREDITOR ID: 306409-39
PETER S OPPENHEIM CUST BRIAN
S OPPENHEIM UND UNIF GIFT
MIN ACT MA
11 HEWITT ST
MARBLEHEAD MA 01945

CREDITOR ID: 306410-39
PETER SELLECK
10873 99TH PL N
SEMINOLE FL 34642

CREDITOR ID: 306411-39
PETER STRAFACI & CAROLYN
STRAFACI TRUSTEES U-A DTD
12-16-02 STRAFACI LIVING
TRUST
4915 GOLD CREST DR
OAK RIDGE NC 27310

CREDITOR ID: 306412-39
PETER TAPLEY
PO BOX 290611
COLUMBIA SC 29229

CREDITOR ID: 306413-39
PETER W GARDNER & SHAWNE L
GARDNER JT TEN
1681 WHITTIER ST SE
MELBOURNE FL 32909

CREDITOR ID: 306414-39
PETER WEST
PO BOX 243
FRANKLIN NJ 07416

CREDITOR ID: 306415-39
PETNOI PATHAMMAVONG
3636 SPRINGVALLEY DRIVE
BEDFORD TX 76021

CREDITOR ID: 306416-39
PETRINA MARCEL
F102
2201 SEVERN AVE
METAIRIE LA 70001

CREDITOR ID: 306417-39
PETS INC OF THE MIDLANDS
BOX 6394
WEST COLUMBIA SC 29171

CREDITOR ID: 300135-39
PETZOLD, LEWIS K
9926 EARLSTON ST
ORLANDO FL 32817

CREDITOR ID: 306418-39
PEYTON D BURFORD JR
431 CLIFTON ST
CAMDEN AL 36726

CREDITOR ID: 306419-39
PHARIS SWAIN
3505 CESSNOCK DR
PENSACOLA FL 32514

CREDITOR ID: 306420-39
PHEBA J YATES
258 N JEFFERSON AVE
SARASOTA FL 34237

CREDITOR ID: 306421-39
PHIL DEININGER
4824 SALTY LANE
CINCINNATI OH 45244

CREDITOR ID: 306422-39
PHIL J SPEIGHTS
599 HARVELL RD
CONCORD NC 28025

CREDITOR ID: 306423-39
PHIL LUNDBERG
116 N 12TH AVENUE W
DULUTH MN 55806-2259

CREDITOR ID: 306424-39
PHILIP A GRUENBERG
78-544 SAN MARINO COURT
LA QUINTA CA 92253

CREDITOR ID: 306425-39
PHILIP A WATSON
210 S PICKENS ST
COLUMBIA SC 29205

CREDITOR ID: 306426-39
PHILIP A WEST
339 BIG LAKE RD
BILOXI MS 39531

CREDITOR ID: 306427-39
PHILIP A WHITCOMB
5236 MARLENE AVE
JACKSONVILLE FL 32210

CREDITOR ID: 306428-39
PHILIP ANTHONY
1735 SPRECKLES LN
REDONDO BEACH CA 90278

CREDITOR ID: 306429-39
PHILIP C WATSON
207 MEADOWRIDGE DR
WARNER ROBINS GA 31093

CREDITOR ID: 306430-39
PHILIP CHARLES SCHIEBER JR &
ROSE ANN SCHIEBER JT TEN
7009 CARL ROSS DR
CHARLESTOWN IN 47111

CREDITOR ID: 306431-39
PHILIP D ROBERTS
19 WISTERIA DR
DEBARY FL 32713

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306432-39<br>PHILIP DAVID & SANDRA DAVID<br>TEN COM<br>103 TRAILER RD<br>MADISONVILLE LA 70447 | CREDITOR ID: 306433-39<br>PHILIP DEAN LOWE<br>42 MARTHA LANE<br>FRANKLIN NC 28734 | CREDITOR ID: 306434-39<br>PHILIP DOUGLAS GRAHAM &<br>PEGGY EDWARDS GRAHAM JT TEN<br>595 BEACH BEND DR<br>CADIZ KY 42211 |
| CREDITOR ID: 306435-39<br>PHILIP E DZIKOWSKI & DEBORAH<br>W DZIKOWSKI JT TEN<br>UNIT 230<br>10550 BAYMEADOWS RD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 306436-39<br>PHILIP E KNOWLES<br>5331 HWY 17 SOUTH<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 306438-39<br>PHILIP GEORGE WILLIS HOLDEN<br>1016 SALMON ISLE<br>WEST PALM BEACH FL 33413 |
| CREDITOR ID: 306439-39<br>PHILIP GRAVES<br>111 TROUT AVE<br>COLORADO SPRINGS CO 80906 | CREDITOR ID: 306440-39<br>PHILIP H LOBELL<br>1021 N ATLANTA ST<br>METAIRIE LA 70003 | CREDITOR ID: 306441-39<br>PHILIP H PEARCE<br>1412 AMBER ACRES LN<br>KNIGHTDALE NC 27545 |
| CREDITOR ID: 306442-39<br>PHILIP J BESENDORF<br>218 MCCREADY AVE<br>LOUISVILLE KY 40206 | CREDITOR ID: 306443-39<br>PHILIP J COUCH<br>PO BOX 4468<br>DAVIDSON NC 28036 | CREDITOR ID: 306444-39<br>PHILIP J FOREMAN CUST<br>CHRISTA M FOREMAN UNIF TRAN<br>MIN ACT FL<br>4039 OLD MILL COVE TRL E<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 306445-39<br>PHILIP J HEARN III<br>APT 532<br>303 MARKET ST<br>SAN DIEGO CA 92101 | CREDITOR ID: 306446-39<br>PHILIP J KREGOR JR &<br>BERNADINE F KREGOR JT TEN<br>306 BUCKINGHAM TER<br>LOUISVILLE KY 40222-5533 | CREDITOR ID: 306447-39<br>PHILIP J MYLREA II & BARBARA<br>J MYLREA JT TEN<br>14001 SNOW MEMORIAL HWY<br>BROOKSVILLE FL 34601 |
| CREDITOR ID: 306448-39<br>PHILIP J ROSE & RITA C ROSE<br>JT TEN<br>1937 76 AVE NORTH<br>ST PETERSBURG FL 33702 | CREDITOR ID: 306449-39<br>PHILIP L BOBO & PAULA L BOBO<br>JT TEN<br>4520 WILLIAMS SPRING RD<br>FT WORTH TX 76135 | CREDITOR ID: 306450-39<br>PHILIP M SPRINGER<br>10780 CATTLE BRANCH CT<br>MOBILE AL 36608 |
| CREDITOR ID: 306451-39<br>PHILIP MEYER<br>9817 MOUNTAINAIRE DR<br>OOLTEWAH TN 37363 | CREDITOR ID: 306452-39<br>PHILIP MONHEIT & JUDY MONHEIT<br>JT TEN<br>102-32 65TH AVE APT A34<br>FOREST HILLS NY 11375 | CREDITOR ID: 306454-39<br>PHILIP PEREZ<br>14720 VISTA VERDI RD<br>DAVIE FL 33325 |
| CREDITOR ID: 306455-39<br>PHILIP PIERRE MATON<br>9896 LIVE OAK CT<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 306456-39<br>PHILIP R ECKSTADT & ANNETTE<br>H ECKSTADT JT TEN<br>335 N 10TH ST<br>QUINCY FL 32351 | CREDITOR ID: 306457-39<br>PHILIP R KRUGER<br>PO BOX 32<br>908 BEDFORD AVE<br>NORTH SC 29112 |
| CREDITOR ID: 306458-39<br>PHILIP RAYMOND BYRD & REBECCA<br>BOYD BYRD TRUSTEES U-A DTD<br>03-02-99 PHILIP RAYMOND BYRD<br>& REBECCA BOYD BYRD LIVING TRUST<br>1960 WAYAH ROAD<br>FRANKLIN NC 28734 | CREDITOR ID: 306459-39<br>PHILIP RODRIGUEZ<br>2020 SW 115TH TERR<br>MIRAMAR FL 33025 | CREDITOR ID: 306460-39<br>PHILIP S JONES<br>2226 WILKINS STREET<br>BURLINGTON NC 27217 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                                CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 306461-39<br>PHILIP T WALDRON<br>10 HART PL<br>WOBURN MA 01801 | CREDITOR ID: 306462-39<br>PHILIP VELLENGA & MARILYN C<br>VELLENGA JT TEN<br>11240 SW 167TH AVE<br>BROOKER FL 32622 | CREDITOR ID: 306463-39<br>PHILIP W IDE<br>21250 SW 244TH ST<br>REDLAND FL 33031 |
| CREDITOR ID: 306464-39<br>PHILIPP G RAU & JILL R RAU<br>JT TEN<br>105 RIBBON LN APT X<br>CARY NC 27511 | CREDITOR ID: 306465-39<br>PHILIPPE L LALUMIERE<br>2678 NW 65TH AVE<br>MARGATE FL 33063 | CREDITOR ID: 306466-39<br>PHILIPPE L LALUMIERE & RITA<br>C LALUMIERE JT TEN<br>2678 NW 65TH AVE<br>MARGATE FL 33063 |
| CREDITOR ID: 306468-39<br>PHILLIP A BARNES<br>3153 ASH DR<br>WAYCROSS GA 31501 | CREDITOR ID: 306469-39<br>PHILLIP A CIAMPI<br>511 GAZELLE TRAIL<br>HARKER  HEIGHTS TX 76543 | CREDITOR ID: 306470-39<br>PHILLIP A SIENNA TTEE<br>U/A DTD 06/14/95<br>AUGUST P SIENNA REV TRUST<br>115 ALTURA VISTA<br>LOS  GATOS CA 95032 |
| CREDITOR ID: 306471-39<br>PHILLIP A SMITH<br>1515 WINGFIELD AVE<br>CHESAPEAKE VA 23325 | CREDITOR ID: 306472-39<br>PHILLIP A STEINEN & SUSAN T<br>STEINEN JT TEN<br>1032 INDIAN HILL DR<br>VAN  WERT OH 45891 | CREDITOR ID: 306473-39<br>PHILLIP BALDWIN<br>175 SLATY BRANCH ROAD<br>CRAB  ORCHARD KY 40419 |
| CREDITOR ID: 306474-39<br>PHILLIP BROWN<br>4966 MOCKINGBIRD LN<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 306475-39<br>PHILLIP C JAUBERT<br>11733 MAYBACH<br>DEL  VALLE TX 78617 | CREDITOR ID: 306476-39<br>PHILLIP CASTEEL JR<br>77 N MICHIGAN AVE<br>COLDWATER MI 49036 |
| CREDITOR ID: 306477-39<br>PHILLIP CLAYMON<br>186 COAL CHUTE RD<br>ELIZABETHTON TN 37643 | CREDITOR ID: 306479-39<br>PHILLIP D EVANS<br>1250 QUARRY RD<br>BRENHAM TX 77833 | CREDITOR ID: 306480-39<br>PHILLIP DALE WARD<br>2432 RED FORBES ROAD<br>WINTERVILLE NC 28590 |
| CREDITOR ID: 306481-39<br>PHILLIP E BRYAN<br>901 BELCHER ROAD<br>BOILING  SPRING SC 29316 | CREDITOR ID: 306482-39<br>PHILLIP E CLARDY<br>PO BOX 336<br>WILLIAMSTON SC 29697 | CREDITOR ID: 306483-39<br>PHILLIP E HARRIS<br>PO BOX 425<br>VALLEY  HEAD AL 35989 |
| CREDITOR ID: 306484-39<br>PHILLIP E JOHNSON & DIANA J<br>JOHNSON JT TEN<br>1035 CONCERT WAY<br>ROYAL  PALM  BEACH FL 33411 | CREDITOR ID: 306485-39<br>PHILLIP E STILLINGS & MAXINE<br>W STILLINGS JT TEN<br>1232 CANYON VIEW DR<br>SAGAMORE  HLS OH 44067 | CREDITOR ID: 306486-39<br>PHILLIP F HUBBLE<br>1943 LEON RD<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 306487-39<br>PHILLIP G SHAEFFER<br>21610 N W 8TH COURT<br>PEMBROOKE  PINES FL 33029 | CREDITOR ID: 306488-39<br>PHILLIP GAILEY<br>4609 POND HOUSE RD<br>FLOWERY  BRANCH GA 30542 | CREDITOR ID: 306491-39<br>PHILLIP JAMES HESSON<br>54 BRIGHT HOPE RD.<br>BLACK  MOUNTAIN NC 28711 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 306492-39<br>PHILLIP L ARTHUR<br>RT 1 BOX 292-H<br>LAPINE AL 36046 | CREDITOR ID: 306493-39<br>PHILLIP L LENNEMANN<br>2850 CRYSTAL RIDGE DR<br>DACULA GA 30019 | CREDITOR ID: 306494-39<br>PHILLIP L MCCLENDON<br>302 BURKE AVENUE<br>ATTALLA AL 35954 |
| CREDITOR ID: 306495-39<br>PHILLIP L SNYDER<br>411 TWIN LAKES N<br>CLINTON MS 39056 | CREDITOR ID: 306496-39<br>PHILLIP L WILLIAMS & MELISSA<br>C WILLIAMS JT TEN<br>1553 LAMON CHAPEL LOOP RD<br>JASPER AL 35503 | CREDITOR ID: 306497-39<br>PHILLIP LEE FREEMAN<br>917 N TURKEY CREEK RD<br>LEICESTER NC 28748 |
| CREDITOR ID: 306498-39<br>PHILLIP LOVING<br>2436 PHILLIPS RD<br>DUNN NC 28334 | CREDITOR ID: 306501-39<br>PHILLIP NUSSBAUM<br>2720 RUE MAJOR<br>SAINT-LAURENT QC H4M 2T3<br>CANADA | CREDITOR ID: 306502-39<br>PHILLIP O SCATES & PATRICIA<br>P SCATES JT TEN<br>502 SUNSET DRIVE<br>BESSEMER  CITY NC 28016 |
| CREDITOR ID: 306503-39<br>PHILLIP OAKLAND SCATES<br>502 SUNSET DRIVE<br>BESSEMER  CITY NC 28016 | CREDITOR ID: 306504-39<br>PHILLIP P JOHNSON<br>1523 MEADOWBROOK AVE<br>TAMPA FL 33612 | CREDITOR ID: 306505-39<br>PHILLIP PIERRE MATON &<br>NICOLETTE RAE MATON JT TEN<br>9896 LIVE OAK CT<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 306506-39<br>PHILLIP R DAWKINS & RUTH M<br>DAWKINS JT TEN<br>853 BAILEY RD<br>CRAGFORD AL 36255 | CREDITOR ID: 306507-39<br>PHILLIP R WALKER<br>353 LOLLY LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 306508-39<br>PHILLIP RAY DIXON<br>12930 128TH AVE<br>LARGO FL 34644 |
| CREDITOR ID: 306509-39<br>PHILLIP RUBALOFF & KAREN<br>DONDRA JT TEN<br>11 SADDLE RD<br>RANCHO  PLS  VDS CA 90275 | CREDITOR ID: 306510-39<br>PHILLIP S CASSADAY<br>PO BOX 222<br>EDMONTON KY 42129 | CREDITOR ID: 306511-39<br>PHILLIP T CASH<br>712 OAK ST<br>FARMVILLE VA 23901 |
| CREDITOR ID: 306512-39<br>PHILLIP T RIOUX<br>606 CYPRESS ST<br>BAKER LA 70714 | CREDITOR ID: 306513-39<br>PHILLIP TRAVIS<br>338 DELTA RD<br>TAYLORSVILLE KY 40071 | CREDITOR ID: 306514-39<br>PHILLIP VENOY WHITE &<br>BARBARA A WHITE JT TEN<br>6734 HWY 89<br>PALMERSVILLE TN 38241 |
| CREDITOR ID: 306515-39<br>PHILLIP W BAKER & ALICIA K<br>BAKER JT TEN<br>104 MCFARLEN DR<br>HAZEL  GREEN AL 35750 | CREDITOR ID: 306516-39<br>PHILLIP WAYNE EDWARDS & CORA<br>E EDWARDS JT TEN<br>1531 MOBILE AVE<br>HOLLY  HILL FL 32117 | CREDITOR ID: 283947-39<br>PHILLIPS, CELESTINE<br>9365 SW 77 AVENUE, APT 3009<br>MIAMI FL 33165 |
| CREDITOR ID: 287603-39<br>PHILLIPS, DOLORES A<br>1615 WILDWOOD RD<br>CLEARWATER FL 33756 | CREDITOR ID: 306517-39<br>PHILOMENE C MORIN<br>410 W MAGNOLIA AVE<br>FOLEY AL 36535 | CREDITOR ID: 306518-39<br>PHILOMINA AJUFO<br>960399 POB 960399<br>RIVERDALE GA 30296 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306519-39<br>PHOEBE ANNE SMITH<br>1600 CRESCENT RIDGE RD<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 306520-39<br>PHOEBE ELAINE MOORE SHARPE<br>7550 MILLIKIN ROAD<br>MIDDLETOWN OH 45044 | CREDITOR ID: 306521-39<br>PHOEBE MC BERTY RANDALL<br>925 GLYN MORGAN CT<br>NEWARK OH 43055 |
| CREDITOR ID: 306522-39<br>PHOEBE SCEERY<br>79 NO MAIN ST APT 4<br>COHASET MA 02025 | CREDITOR ID: 306523-39<br>PHUNG T NGO<br>912 SLOEWOOD CT<br>LAKE  MARY FL 32746 | CREDITOR ID: 306524-39<br>PHUONG MY HUYNH<br>11232 62ND ST NORTH<br>PINELLAS  PARK FL 34666 |
| CREDITOR ID: 306525-39<br>PHUONG NGUYEN<br>10816 LOMA DE VIDA LN<br>EL  PASO TX 79934 | CREDITOR ID: 306526-39<br>PHYLLIS A BAGALA<br>12339 ONEAL RD<br>GONZALES LA 70737 | CREDITOR ID: 306527-39<br>PHYLLIS A BREUER<br>2351 WINSTON AVE<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 306528-39<br>PHYLLIS A GREEN<br>855 MORRIS RD<br>GROVETOWN GA 30813 | CREDITOR ID: 306529-39<br>PHYLLIS A GREGORY<br>3590 ROUND BOTTOM RD<br>P M B 272400<br>CINCINNATI OH 45244 | CREDITOR ID: 306530-39<br>PHYLLIS A MITCHELL<br>9548 MOHAWK DRIVE<br>KING  GEORGE VA 22485 |
| CREDITOR ID: 306531-39<br>PHYLLIS A ROBERTS<br>STATE ROAD 403<br>CHARLESTOWN IN 47111 | CREDITOR ID: 306532-39<br>PHYLLIS A SHREFFLER CUST<br>F-B-O CAMERON F SHREFFLER<br>UNDER THE GA TRAN MIN ACT<br>3390 CHESTNUT CREEK DR<br>MARIETTA GA 30062 | CREDITOR ID: 306533-39<br>PHYLLIS ANN WARREN<br>3644 HEDGEPETH RD<br>LITTLETON NC 27850 |
| CREDITOR ID: 306534-39<br>PHYLLIS B ABSHER<br>271 WILLARD DR<br>NORTH  EAST MD 21901 | CREDITOR ID: 306535-39<br>PHYLLIS B BEALL TRUSTEE U-A<br>DTD 02-09-98 EARL G BEALL &<br>PHYLLIS B BEALL LIVING TRUST<br>PO BOX 219<br>SCALY  MOUNTAIN NC 28775 | CREDITOR ID: 306536-39<br>PHYLLIS B LEBLANC<br>4908 COTEAU RD<br>NEW  IBERIA LA 70560 |
| CREDITOR ID: 306537-39<br>PHYLLIS B RANDALL<br>207 CONNECTICUT AVENUE<br>ST  CLOUD FL 34769 | CREDITOR ID: 306538-39<br>PHYLLIS B SHEPPARD & AKERS E<br>SHEPPARD JT TEN<br>145 PERSIMMON DR<br>MARTINSVILLE VA 24112 | CREDITOR ID: 306539-39<br>PHYLLIS BAKER<br>6226 SW 15TH ST<br>MIAMI FL 33144 |
| CREDITOR ID: 306540-39<br>PHYLLIS C GIBSON<br>225 CORD 519<br>MOULTON AL 35650 | CREDITOR ID: 306541-39<br>PHYLLIS C WALLACE<br>225 CO RD 519<br>MOULTON AL 35650 | CREDITOR ID: 306542-39<br>PHYLLIS CHAMBERS<br>1585 14TH AVE NORTH WEST<br>CAIRO GA 39828 |
| CREDITOR ID: 306543-39<br>PHYLLIS CHANDLER<br>3024 FARNHAM O<br>DEERFIELD  BCH FL 33442 | CREDITOR ID: 306544-39<br>PHYLLIS COYLE<br>5840 W 104TH ST UNIT 108N<br>OAK  LAWN IL 60453 | CREDITOR ID: 306545-39<br>PHYLLIS D JACKSON<br>502 EAST JACKSON BLVD<br>ERWIN NC 28339 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306546-39<br>PHYLLIS DALE TAYLOR<br>518 CO RD 294<br>HILLSBORO AL 35643 | CREDITOR ID: 306547-39<br>PHYLLIS E CALLAHAN<br>PO BOX 3239<br>LAKE  PLACID FL 33862 | CREDITOR ID: 306548-39<br>PHYLLIS E SIMPSON<br>1604 ARCADIA DR APT 103<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 306549-39<br>PHYLLIS ELAINE HEMEN &<br>HOWARD W HEMEN JT TEN<br>1125 BRADSHAW DR #F1<br>FLORENCE AL 35630 | CREDITOR ID: 306550-39<br>PHYLLIS F ROBERSON & RANDY J<br>ROBERSON JT TEN<br>24043 MOORESVILLE RD<br>ATHENS AL 35613 | CREDITOR ID: 306551-39<br>PHYLLIS F SMITH<br>313 FREDERICK ROAD<br>CHOCOWINITY NC 27817 |
| CREDITOR ID: 306552-39<br>PHYLLIS FROHMANN & MINNA<br>LEVINE JT TEN<br>3740 COUNTRY VISTA WAY<br>LAKE  WORTH FL 33467 | CREDITOR ID: 306553-39<br>PHYLLIS G CAMPBELL<br>2432 JEANNE ST<br>MARRERO LA 70072 | CREDITOR ID: 306554-39<br>PHYLLIS G DAVENPORT<br>115 CARSON DR<br>STARR SC 29684 |
| CREDITOR ID: 306555-39<br>PHYLLIS GOODWIN<br>3039 CREEK RUN RD<br>VERNON FL 32462 | CREDITOR ID: 306556-39<br>PHYLLIS HUGHES CUST ERIN<br>MARIE HUGHES UNIF TRANS MIN<br>ACT PA<br>729 WOODWARD AVENUE<br>MCKEES  ROCKS PA 15136 | CREDITOR ID: 306557-39<br>PHYLLIS HUGHES CUST JORDAN<br>PHILLIP HUGHES UNIF TRANS<br>MIN ACT PA<br>729 WOODWARD AVE<br>MCKEES  ROCKS PA 15136 |
| CREDITOR ID: 306558-39<br>PHYLLIS HUGHES CUST SHANE<br>LYNN HUGHES UNIF TRANS MIN<br>ACT PA<br>729 WOODWARD AVE<br>MCKEES  ROCKS PA 15136 | CREDITOR ID: 306559-39<br>PHYLLIS J BAXTER<br>104 ALTA VISTA CT<br>LEXINGTON SC 29073 | CREDITOR ID: 306560-39<br>PHYLLIS J BRACKETT<br>BOX 244<br>LAWNDALE NC 28090 |
| CREDITOR ID: 306561-39<br>PHYLLIS J BRACKETT & DONALD<br>BRACKETT JT TEN<br>PO BOX 244<br>LAWNDALE NC 28090 | CREDITOR ID: 306562-39<br>PHYLLIS J REECE & SHELTON L<br>REECE JT TEN<br>10997 101ST AVE N<br>SEMINOLE FL 34642 | CREDITOR ID: 306563-39<br>PHYLLIS J SMITH<br>5100 31ST PL SW<br>NAPLES FL 34116 |
| CREDITOR ID: 306564-39<br>PHYLLIS J YOST & BARRY N<br>YOST JT TEN<br>4950 MELISSA DR<br>TITUSVILLE FL 32780 | CREDITOR ID: 306565-39<br>PHYLLIS JANES<br>2050 BELLTINE BLVD 406W<br>COLUMBIA SC 29204 | CREDITOR ID: 306566-39<br>PHYLLIS JARRELL & ELI<br>JARRELL JT TEN<br>1174 DEBLIN DR<br>MILFORD OH 45150 |
| CREDITOR ID: 306567-39<br>PHYLLIS JEAN WIMBERLY<br>PO BOX 253<br>WAVERLY FL 33877 | CREDITOR ID: 306568-39<br>PHYLLIS K KEASLER<br>422 FLETCHER ST<br>MARYVILLE TN 37804 | CREDITOR ID: 306569-39<br>PHYLLIS KRISTEK<br>9519 BARNSIDE PL<br>TAMPA FL 33635 |
| CREDITOR ID: 306570-39<br>PHYLLIS L HELMS<br>27034 W 2ND AV<br>HILLIARD FL 32046 | CREDITOR ID: 306571-39<br>PHYLLIS LITTLE<br>4012 CORNISH DR<br>TALLAHASSEE FL 32303 | CREDITOR ID: 306572-39<br>PHYLLIS LOVETT<br>P O BOX 1328<br>BLUE  RIDGE GA 30513 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306573-39<br>PHYLLIS M BLANCHETTE<br>4519 HAVERHILL RD<br>LAKE WORTH FL 33463 | CREDITOR ID: 306574-39<br>PHYLLIS M HEARP<br>8804 FRANKLIN TPKE<br>DRY FORK VA 24549 | CREDITOR ID: 306575-39<br>PHYLLIS M MILLER TRUSTEE U-A<br>DTD 09-06-02 PHYLLIS M<br>MILLER LIVING TRUST<br>327 SOUTH MARKET ST<br>LOUDONVILLE OH 44842 |
| CREDITOR ID: 306576-39<br>PHYLLIS M ROBINSON<br>11007 RUMFORD CT<br>PINELLAS PARK FL 34666 | CREDITOR ID: 306577-39<br>PHYLLIS M STRAUSS<br>ATTN PHYLLIS M GUARD<br>346 CHIPPEWA AVE<br>MILLSBORO DE 19966 | CREDITOR ID: 306578-39<br>PHYLLIS M TRENNEPOHL<br>5280 LEONA DR<br>CINCINNATI OH 45238 |
| CREDITOR ID: 306579-39<br>PHYLLIS MCCROSKEY HAITHCOCK<br>2512 TIMBER LN<br>GREENSBORO NC 27408 | CREDITOR ID: 306580-39<br>PHYLLIS MOORE SUPPES<br>4530 T MOORE RD<br>OAKWOOD GA 30566 | CREDITOR ID: 306581-39<br>PHYLLIS MULLINS<br>7425 SW 19TH PL<br>OCALA FL 34474 |
| CREDITOR ID: 306582-39<br>PHYLLIS OLIVIA MURPHY<br>8542 W ADDISON RD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 306583-39<br>PHYLLIS PALMER<br>4617 RITTERMAN<br>BATON ROUGE LA 70805 | CREDITOR ID: 306584-39<br>PHYLLIS S RIVERS & STEPHEN L<br>RIVERS JT TEN<br>6104 CALLIE YOUNG RD<br>EFFINGHAM SC 29541 |
| CREDITOR ID: 306585-39<br>PHYLLIS V SMITH & JOHN K<br>SMITH JT TEN<br>446 MCGREGOR RD<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 306586-39<br>PHYLLIS VICKIE BLACK<br>200 PAMELA LN<br>SUMMERVILLE SC 29483 | CREDITOR ID: 306587-39<br>PIERCE COOPER<br>PO BOX 30<br>MARBURY AL 36051 |
| CREDITOR ID: 306588-39<br>PIERRE F GAUTHIER<br>3850 E HWY 46<br>SANFORD FL 32771 | CREDITOR ID: 281784-39<br>PILKEY, GERALD D (MINOR)<br>C/O BERNADETTE B PILKEY CUST<br>2550 PARTRIDGE DR<br>WINTER HAVEN FL 33884 | CREDITOR ID: 284896-39<br>PIPPY, CHRISTOPHER<br>5838 97 CIRCLE N<br>PINELLAS PARK FL 33782 |
| CREDITOR ID: 282284-39<br>PLOMATOS, BILLY LEE<br>5807 65TH TERR<br>PINELLAS PARK FL 33781 | CREDITOR ID: 289012-39<br>PLUMERY, EILEEN A & CHARLES JT TEN<br>2242 LANCASTER DR<br>CLEARWATER FL 33764 | CREDITOR ID: 306589-39<br>POK SUN REDMON & JOHN W<br>REDMON JT TEN<br>303 RED BIRD CIR<br>BONAIRE GA 31005 |
| CREDITOR ID: 306590-39<br>POLLY B PRILLAMAN<br>4065 HENRY RD<br>HENRY VA 24102 | CREDITOR ID: 306591-39<br>POLLY G HARRISON<br>3692 S BEND RD<br>GAINESVILLE GA 30506 | CREDITOR ID: 306592-39<br>POLLY G HARRISON & E GALEN<br>HARRISON JT TEN<br>3692 S BEND RD<br>GAINESVILLE GA 30506 |
| CREDITOR ID: 306593-39<br>POLLY H ODOM CUST D NICOLE<br>JOINER UNIF TRANS MIN ACT FL<br>890 DUDLEY S<br>BARTOW FL 33830 | CREDITOR ID: 306594-39<br>POLLY H ODOM CUST JEREMY R<br>LAMM UNIF TRANS MIN ACT FL<br>890 DUDLEY S<br>BARTOW FL 33830 | CREDITOR ID: 306595-39<br>POLLY H ODOM CUST JOSEPH D<br>TREJO UNIF TRANS MIN ACT FL<br>890 DUDLEY S<br>BARTOW FL 33830 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 306596-39
POLLY H ODOM CUST KIMBERLY D
JOINER UNIF TRANS MIN ACT FL
890 DUDLEY S
BARTOW FL 33830

CREDITOR ID: 306597-39
POLLY H ODOM CUST SHELLIE D
TREJO UNIF TRANS MIN ACT FL
890 DUDLEY S
BARTOW FL 33830

CREDITOR ID: 306598-39
POLLY M CROSBY
882 BROOKVIEW LN # 4
ROCKLEDGE FL 32955

CREDITOR ID: 306599-39
POLLY SUTPHIN
15492 BEACON POINT DR
NORTHPORT AL 35476

CREDITOR ID: 306600-39
POLLYANN R BARCLAY
RT 1 BOX 273B
GREENVILLE FL 32331

CREDITOR ID: 295752-39
POMASKI, TAYLOR C (MINOR)
C/O JOAN C SIMCOX CUST
5125 S W 122 TER
COOPER  CITY FL 33330

CREDITOR ID: 280826-39
PONDEXTER, ANNIE S
RT 4 BOX 735
FORT  NOTTE, SC 29135

CREDITOR ID: 279701-39
POPE, ALAN G. & BARBARA R., JT TEN
PO BOX 486
COATS NC 27521

CREDITOR ID: 306601-39
POPPY GADDIE
13403 LIDCOMB AVE
LOUISVILLE KY 40272-1247

CREDITOR ID: 306602-39
PORTIA R KEYS
1215 MAXWELL ST
COLUMBIA MS 39429

CREDITOR ID: 295054-39
POUK, JEFFREY LEE
3453 SHORT ST
PUNTA  GORDA FL 33948

CREDITOR ID: 306603-39
POWELL CROSS
1201 SWAN ST
ELIZABETHTOWN NC 28337

CREDITOR ID: 306604-39
PRANEE GARBO
398 BARTHEL ST SE
PALM  BAY FL 32909

CREDITOR ID: 306605-39
PRAPAVADEE S HAMNER
601 TALLWOOD CIR
W  MELBOURNE FL 32904

CREDITOR ID: 306606-39
PRECILLA F WISSMAN CUST
DAVID JOHN WISSMAN UNDER THE
FL UNIF TRAN MIN ACT
8322 OLEANDER LANE
TAMPA FL 33637

CREDITOR ID: 306607-39
PRECIOUS MARIE MCKENZIE
4045 MARLOW LOOP
LAND  O  LAKES FL 34639

CREDITOR ID: 306608-39
PRESHUR'S ASSOCIATES INC
P O BOX 167
NICHOLS NY 13812

CREDITOR ID: 306610-39
PRESLEY SHERMAN CAMPBELL IV
11513 TIMBERLINE CR
FORT  MYERS FL 33912

CREDITOR ID: 306609-39
PRESLEY SHERMAN CAMPBELL IV
& JOYCE D CAMPBELL JT TEN
11513 TIMBERLINE CR
FT  MYERS FL 33912

CREDITOR ID: 306611-39
PRESSLEY T WILLIAMS
411 AVERY ST
GARNER NC 27529

CREDITOR ID: 306612-39
PRESTON COBB JR
118 BETHLEHEM RD
WACO KY 40385

CREDITOR ID: 306613-39
PRESTON R FREEMAN
109 CALHOUN DR
CHERAW SC 29520

CREDITOR ID: 306614-39
PRESTON SCOTT CALHOUN
145 POB 145
AVERA GA 30803

CREDITOR ID: 306615-39
PRESZERISARIAH RICHARDSON
2664 SLEEPY HALLOW RD
MONROE GA 30655

CREDITOR ID: 306616-39
PRETTI A BENNETT
945 NE 138TH ST
NORTH  MIAMI FL 33161

CREDITOR ID: 306617-39
PRINCE A REID
70 PLEASANT HILL LN
TAMARAC FL 33319

CREDITOR ID: 280632-39
PRINCE, ANN & ROGER J, JT TEN
2798 NE 13TH TERRACE
POMPANO  BEACH FL 33064

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306618-39<br>PRINCESS A ROEBUCK & JIMMY B<br>ROEBUCK JT TEN<br>504 LAKESHORE DR<br>MADISON FL 32340 | CREDITOR ID: 306619-39<br>PRISCILLA A DAW<br>804 MONTFORT DR E<br>MOBILE AL 36608 | CREDITOR ID: 306620-39<br>PRISCILLA A THOMPSON<br>539 FINLEY RD<br>ROCK HILL SC 29730 |
| CREDITOR ID: 306621-39<br>PRISCILLA ANN POWELL<br>209 SUNNY ACRES DR<br>MT JULIET TN 37122 | CREDITOR ID: 306622-39<br>PRISCILLA DAWSON<br>4140 WARD LAKE TRL<br>ELLENWOOD GA 30294 | CREDITOR ID: 306623-39<br>PRISCILLA DIANE FIGURA<br>P O BOX 1668<br>PONCHATOULA LA 70454 |
| CREDITOR ID: 306624-39<br>PRISCILLA F WISSMAN CUST<br>WILLIAM G WISSMAN UNDER THE<br>FL UNIF TRAN MIN ACT<br>8322 OLEANDER LANE<br>TAMPA FL 33637 | CREDITOR ID: 306625-39<br>PRISCILLA KELLY JONAS<br>2723-A DORCHESTER PL<br>CHARLOTTE NC 28209 | CREDITOR ID: 306626-39<br>PRISCILLA L KELSEY<br>7401 ANGELA WY<br>LOUISVILLE KY 40220 |
| CREDITOR ID: 306627-39<br>PRISCILLA M SAVAGE<br>9489 B SW 85TH AVE<br>OCALA FL 34481 | CREDITOR ID: 306628-39<br>PRISCILLA N PERRY<br>500 SUMMER ST<br>MANCHESTER MA 01944 | CREDITOR ID: 306629-39<br>PRISCILLA PATSY SMITH &<br>WILLIAM L SMITH JT TEN<br>1527 CEDAR RD PO BOX 148<br>MUNFORD AL 36268 |
| CREDITOR ID: 306630-39<br>PRISCILLA STEPHENS<br>14721 FIRESTONE ST<br>ORLANDO FL 32826 | CREDITOR ID: 306631-39<br>PRISCILLA V MARTIN<br>PO BOX 1242<br>HAWTHORNE NV 89415 | CREDITOR ID: 306632-39<br>PROGRESSIVE SECURITIES INC<br>C/O CHARLES L TAYLOR<br>BOX 18994<br>SEATTLE WA 98118 |
| CREDITOR ID: 306633-39<br>PROVIGO INC<br>ATTN LEGAL AFFAIRS<br>8TH FL<br>1611 CREMAZIE BLVD E<br>MONTREAL QC H2M 2R9<br>CANADA | CREDITOR ID: 306634-39<br>PRUDENCE O HARMON<br>2227 WEST 45TH ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 306635-39<br>PRUDENTIAL SECURITIES CUST<br>LINDA M CHERRY I-R-A<br>ROLLOVER 09-23-86<br>BOX 2009 PECK SLIP STATION<br>NEW YORK NY 10272 |
| CREDITOR ID: 306636-39<br>PUEBLO SUPERMARKETS INC<br>ATTN EVIS H LOIS<br>1300 NW 22ND ST<br>POMPANO BEACH FL 33069 | CREDITOR ID: 306637-39<br>PUPATUAL M FOSTER & JOSEPH<br>FOSTER JR JT TEN<br>10 LIBBY ST<br>FORT RUCKER AL 36362 | CREDITOR ID: 306638-39<br>QUEEN E LEONARD<br>11348 CLEAR POINT DR<br>KNOXVILLE TN 37932 |
| CREDITOR ID: 306639-39<br>QUINCEY B KREPS<br>C/O DR J M KREPS<br>2701 PICKETT ROAD<br>DURHAM NC 27705 | CREDITOR ID: 306640-39<br>QUINELL LEWON ROBERTS<br>7920 ORLANDO AVENUE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 306641-39<br>QUINNIE F BAXTER<br>1753 RED CYPRESS DRIVE<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 306642-39<br>QUINTON EARL DAY<br>158 W KENNEMUR DRIVE<br>DEFUNIAK SPRINGS FL 32433 | CREDITOR ID: 306645-39<br>R BROWN WILLIAMS & EDNA<br>WILLIAMS JT TEN<br>2656 NE 27TH TER<br>FORT LAUDERDALE FL 33306 | CREDITOR ID: 306649-39<br>R CARSON DUNNING & CHANTAL<br>DUNNING JT TEN<br>2355 NE 8TH RD<br>OCALA FL 34470 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306650-39<br>R D MITCHELL & BARBARA J<br>MITCHELL JT TEN<br>335 RAE'S CREEK DR<br>GREENVILLE SC 29609 | CREDITOR ID: 306651-39<br>R DAVID JACKSON JR &<br>DANIELLE LEE JACKSON JT TEN<br>3901 W GRANADA ST<br>TAMPA FL 33629 | CREDITOR ID: 306652-39<br>R E HAMMONS<br>4024 REDWOOD DR<br>ROCK  HILL SC 29732 |
| CREDITOR ID: 306653-39<br>R E POSS JR TR U-W R E POSS<br>ITEM I<br>PO BOX 5339<br>ATHENS GA 30604 | CREDITOR ID: 306654-39<br>R ERNEST HUGHES CUST JUSTIN<br>T HUGHES UNIF TRAN MIN ACT<br>SC<br>912 ARROWHEAD DR<br>ROCK  HILL SC 29730 | CREDITOR ID: 306655-39<br>R GENE SMITH CUST RILEY L<br>HILL UNIF TRANS MIN ACT FL<br>707 TROPICAL PKWY<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 306656-39<br>R GLENN IMBLER & DEBBY F<br>IMBLER JT TEN<br>1512 EMBLER RD<br>LEXINGTON NC 27292 | CREDITOR ID: 306657-39<br>R GLENN SOUTHALL<br>RT 5 BOX 6755<br>MADISON FL 32340 | CREDITOR ID: 306661-39<br>R HARRISON GOLDEN & JAY T<br>GOLDEN JT TEN<br>2520 BEACH BLVD<br>BILOXI MS 39531 |
| CREDITOR ID: 306662-39<br>R J GIDLUND & PHYLLIS<br>GIDLUND JT TEN<br>445 JULIA ST<br>LEMONT IL 60439 | CREDITOR ID: 306663-39<br>R J GRIFFON<br>309 SUNSET DR<br>FRIENDSWOOD TX 77546 | CREDITOR ID: 306664-39<br>R J HEAD SR CUST ALAN E<br>HELQUIST UNDER FLORIDA GIFTS<br>MIN ACT<br>7894 HUNTERS GROVE RD<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 306665-39<br>R J HEAD SR CUST MARK T<br>HELQUIST UND UNIF GIFT MIN<br>ACT FL<br>7894 HUNTERS GROVE RD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 306666-39<br>R L CASHWELL JR CUST WESLEY<br>QUINTON CASHWELL UND UNIF<br>GIFT MIN ACT SC<br>73 RIVERBEND<br>925 CLEVELAND ST APT 73<br>GREENVILLE SC 29601 | CREDITOR ID: 306668-39<br>R L PHILLIPS<br>4000 JEWEL RDG<br>MONROE GA 30655 |
| CREDITOR ID: 306670-39<br>R LARRY HENDRIX<br>P O BOX 303<br>LITHIA FL 33547 | CREDITOR ID: 306671-39<br>R LAWRENCE SMITH<br>117 WOODCOCK TRAIL<br>WEST  COLUMBIA SC 29169 | CREDITOR ID: 306672-39<br>R LOUIS SOUTHWELL<br>1109 CHASE<br>CLEBURNE TX 76031 |
| CREDITOR ID: 306673-39<br>R LUTHER BEAUCHAMP & OWEN F<br>BAYNARD TTEES U-A DTD 10-09-87<br>THE OSWALD MORING IRREVOCABLE TRUST<br>19 NE 3RD STREET<br>P O BOX 10<br>CHIEFLAND FL 32644 | CREDITOR ID: 306674-39<br>R M BUTLER & COMPANY<br>1104 COUNTRY CLUB DRIVE<br>GREENSBORO NC 27408 | CREDITOR ID: 306675-39<br>R NEIL CRENSHAW III<br>5223 INVERNESS DRIVE<br>DURHAM NC 27712 |
| CREDITOR ID: 306677-39<br>R NICHOLAS SMITH<br>10716 SILVERBROOK DR<br>CINCINNATI OH 45240 | CREDITOR ID: 306679-39<br>R P SPENCER JR & MARY RUTH C<br>SPENCER TTEES U-A CA CANNON<br>U-T-A DTD 12/05/51 F-B-O<br>RICHARD P SPENCER JR<br>PO BOX 80248<br>SAN  MARINO CA 91108 | CREDITOR ID: 306678-39<br>R P SPENCER JR & MARY RUTH C<br>SPENCER & RICHARD P SPENCER<br>SR TR U-A 05-12-53 C A<br>CANNON F-B-O RICHARD P SPENCER JR<br>P O BOX 80248<br>SAN  MARINO CA 91118 |
| CREDITOR ID: 306680-39<br>R PHILLIP HOFSTETTER<br>1120 LEE AVE<br>BARTOW FL 33830 | CREDITOR ID: 306681-39<br>R PHILLIP HOFSTETTER CUST FOR<br>BRADLEY PHILLIP HOFSTETTER<br>UNDER THE FL UNIFORM<br>TRANSFERS TO MINORS ACT<br>1120 LEE AVE<br>BARTOW FL 33830 | CREDITOR ID: 306682-39<br>R ROSS PRICE<br>120 OAKMONT DR<br>KERNERSVILLE NC 27284-7443 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306683-39<br>R SAM EDMISTON<br>PO BOX 1054<br>MOORESVILLE NC 28115 | CREDITOR ID: 306684-39<br>R SAM EDMISTON CUST JACK<br>EDMISTON UNIF TRANS MIN ACT<br>NC<br>3686 AMITY HILL RD<br>STATESVILLE NC 28677 | CREDITOR ID: 306685-39<br>R SAM EDMISTON CUST KAREN<br>EDMISTON UNIF TRANS MIN ACT<br>NC<br>3686 AMITY HILL RD<br>STATESVILLE NC 28677 |
| CREDITOR ID: 306686-39<br>R SPENCER JR & LGN RICHARD<br>MARY RUTH SPENCER & RICHARD P<br>SPENCER SR TTEES UA DTD 05-12-53 CA<br>CANNON TRUST FBO RICHARD SPENCER JR<br>BOX 80248<br>SAN MARINO CA 91118 | CREDITOR ID: 306687-39<br>R STAN RADFORD<br>499 B & B ROAD NORTH<br>STATESBORO GA 30458 | CREDITOR ID: 306688-39<br>R THOMAS GALLOWAY & FLORA R<br>GALLOWAY JT TEN<br>2173 MOHAWK TRL<br>MAITLAND FL 32751 |
| CREDITOR ID: 306691-39<br>R WAYNE NABORS<br>PO BOX 495<br>STAPLETON AL 36578 | CREDITOR ID: 306692-39<br>RACHAEL HOWARD<br>01905 FRUITLAND PARK BLVD<br>FRUITLAND PARK FL 34731 | CREDITOR ID: 306693-39<br>RACHAEL LANFORD<br>241 CLEARVIEW CIR<br>GREER SC 29651 |
| CREDITOR ID: 306694-39<br>RACHEL A GOOLSBY & ROY J<br>GOOLSBY JT TEN<br>PO BOX 563<br>WHITESBURG GA 30185 | CREDITOR ID: 306695-39<br>RACHEL A RUTKOWSKI CUST JAN<br>HENRY RUTKOWSKI UND UNIF<br>GIFT MIN ACT IL<br>2255 MAPLE ST<br>VIRGINIA BEACH VA 23451 | CREDITOR ID: 306696-39<br>RACHEL ANN CONIGLIO<br>528 PARLANGE LOOP<br>LAPLACE LA 70068 |
| CREDITOR ID: 306697-39<br>RACHEL ANN NELSON<br>546 COUCH FISH LAKE ROAD<br>STATE ROAD NC 28676 | CREDITOR ID: 306698-39<br>RACHEL ANN SHEMPER<br>109 W CANEBRAKE BLVD<br>HATTIESBURG MS 39402 | CREDITOR ID: 306699-39<br>RACHEL B WADEWITZ & GUENTER<br>WADEWITZ JT TEN<br>74 WINTER WREN CIR<br>HENDERSONVILLE NC 28792 |
| CREDITOR ID: 306700-39<br>RACHEL BARKER<br>1103 OLD SALEM RD<br>ROCKINGHAM NC 28379 | CREDITOR ID: 306701-39<br>RACHEL D POWERS<br>15735 HELEN K DR<br>SPRINGHILL FL 34610 | CREDITOR ID: 306702-39<br>RACHEL DIANE BLOCKER<br>PO BOX 2299 211<br>DARIEN GA 31305 |
| CREDITOR ID: 306703-39<br>RACHEL E ALLEN<br>504 GREEN APPLE TURN<br>BRENTWOOD TN 37027 | CREDITOR ID: 306704-39<br>RACHEL E HARGETT<br>2650 MERYY OAKS TRAIL<br>WINSTON-SALEM NC 27103 | CREDITOR ID: 306705-39<br>RACHEL G BAYES<br>1051 MCPHERSON RD<br>SANFORD NC 27330 |
| CREDITOR ID: 306706-39<br>RACHEL J REYNOLDS<br>2412 NOTTINGHAM ROAD<br>LINCOLNTON NC 28092 | CREDITOR ID: 306707-39<br>RACHEL L BLANCHARD<br>306 GRAVOUIA DR<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 306708-39<br>RACHEL L PRIDDY<br>1817 SE 4TH<br>GRAND PRAIRIE TX 75051 |
| CREDITOR ID: 306709-39<br>RACHEL LEIGH WALTERS<br>120 STEWART AV<br>NEW ORLEANS LA 70123 | CREDITOR ID: 306710-39<br>RACHEL M BROWN & CLARENCE<br>BROWN JR JT TEN<br>5224 CRUZ RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 306711-39<br>RACHEL M STONE<br>50330 KACHEMAK LN<br>KENAI AK 99611 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**          **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306712-39<br>RACHEL RINGUETTE DENTMON<br>12201 1/2 9TH STREET<br>TAMPA FL 33612 | CREDITOR ID: 306713-39<br>RACHEL S RIPLEY<br>3859 VIA DE LA REINA<br>JACKSONVILLE FL 32217 | CREDITOR ID: 306714-39<br>RACHEL SUZANNE RABON<br>3815 HIGHWAY 45<br>LORIS SC 29569 |
| CREDITOR ID: 306715-39<br>RACHEL W BRANSON<br>PO BOX 132<br>MAGNOLIA NC 28453 | CREDITOR ID: 306716-39<br>RACHELL GADDY<br>304 TRANTHAM CT<br>INMAN SC 29349 | CREDITOR ID: 306717-39<br>RACHL DARE HUNT<br>521 LAKESIDE DR<br>STATESVILLE NC 28677 |
| CREDITOR ID: 306718-39<br>RADAMES N WELCH<br>1763 POPLAR DR<br>ORANGE  PARK FL 32073 | CREDITOR ID: 306719-39<br>RADFORD D LOVETT<br>ONE INDEPENDENT DR<br>SUITE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 306720-39<br>RAE A MORELAND<br>1526 SHADTLAWN DRIVE<br>BURLINGTON NC 27215 |
| CREDITOR ID: 306721-39<br>RAE W MCMULLAN<br>201 E SHADOWBEND AVE<br>FRIENDSWOOD TX 77546 | CREDITOR ID: 306722-39<br>RAEFORD W COBLE<br>5870 LIBERTY RD<br>CLIMAX NC 27233 | CREDITOR ID: 306723-39<br>RAFAEL CASTRO<br>3 INDIAN ROCK RD<br>WARREN NJ 07059 |
| CREDITOR ID: 306724-39<br>RAFAEL LABOY<br>P O BOX 5145<br>DELTONA FL 32728 | CREDITOR ID: 306725-39<br>RAFAEL M HERRERA & ADYS<br>HERRERA JT TEN<br>1612 SEMINARY ST<br>KEY  WEST FL 33040 | CREDITOR ID: 306727-39<br>RAFFAELA LENA DI BATTISTA<br>CUST LEONARD S DI BATTISTA<br>UNDER THE CONN UNI GIFTS TO<br>MIN ACT<br>359 CLINTON ST<br>NEW  BRITAIN CT 06053 |
| CREDITOR ID: 306726-39<br>RAFFAELA LENA DI BATTISTA<br>CUST LAWRENCE N DE BATTISTA<br>UNDER THE CONN UNIFORM GIFTS<br>MIN ACT<br>359 CLINTON ST<br>NEW  BRITAIN CT 06053 | CREDITOR ID: 306728-39<br>RAFFE J PIRRUCCIO SR &<br>MARGARET L PIRRUCCIO JT TEN<br>2699 SW 10TH DR<br>DEERFIELD  BEACH FL 33442 | CREDITOR ID: 306729-39<br>RAIMON COOK<br>PO BOX 12<br>HOWARD CO 81233 |
| CREDITOR ID: 306730-39<br>RAINIE LEE DOBSON<br>308 E MAIN ST<br>TAYLORS SC 29687 | CREDITOR ID: 306731-39<br>RAJESH C NANA<br>2041 OAKLEA LN<br>LITHIA  SPRINGS GA 30122 | CREDITOR ID: 306732-39<br>RAJINDER KAUR<br>2119 WILLIAM PENN WA<br>LANCASTER PA 17601 |
| CREDITOR ID: 306734-39<br>RALEIGH EUGENE BAILEY<br>631 HOLLANDSWORTH DR<br>PATRICK  SPRINGS VA 24133 | CREDITOR ID: 306735-39<br>RALEIGH F KEETER<br>2216 CLIFTON PARK RD<br>SCHENECTADY NY 12309 | CREDITOR ID: 306736-39<br>RALEY STEVE HOURDAS<br>58 READ ST<br>TARPON  SPRINGS FL 34689 |
| CREDITOR ID: 306737-39<br>RALPH A GUTHRIE & JANE E<br>GUTHRIE JT TEN<br>PO BOX 585<br>CALLAHAN FL 32011 | CREDITOR ID: 306738-39<br>RALPH A ORSI<br>P O BOX 205<br>SILVIS IL 61282 | CREDITOR ID: 306739-39<br>RALPH B BARNES & BETSY M<br>BARNES TR 04-02-99 THE<br>BARNES FAMILY TRUST<br>621 LAKEVIEW DR<br>ZIONSVILLE IN 46077 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                              CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 306740-39<br>RALPH B HEMPHILL<br>286 PINEY TRL<br>LIBERTY SC 29657 | CREDITOR ID: 306741-39<br>RALPH B MACKEY<br>7854 DIXIE BEACH CIR<br>TAMARAC FL 33321 | CREDITOR ID: 306742-39<br>RALPH BLEVINS<br>BOX 157<br>12 STEVENS ST<br>SLATER SC 29683 |
| CREDITOR ID: 306743-39<br>RALPH C AND MARGARET J<br>GUYADEEN TRUSTEES U-A DTD<br>12-03-97 F-B-O RALPH C<br>GUYADEEN & MARGARET J GUYADEEN<br>2196 WHITEWOOD AVE<br>SPRING  HILL FL 34609 | CREDITOR ID: 306744-39<br>RALPH C TANNER<br>PO BOX 2782<br>LAKELAND FL 33803 | CREDITOR ID: 306745-39<br>RALPH C TANNER & SHIRLEY J<br>TANNER JT TEN<br>PO BOX 2782<br>LAKELAND FL 33806 |
| CREDITOR ID: 306747-39<br>RALPH CARPENTER<br>3320 SANTEE DR<br>MONTGOMERY AL 36108 | CREDITOR ID: 306748-39<br>RALPH CIAMBRONE JR<br>3410 BELMAR BLVD<br>WALL NJ 07719 | CREDITOR ID: 306749-39<br>RALPH D PUGH JR<br>114 HILLVIEW DR<br>LYNCHBURG VA 24502 |
| CREDITOR ID: 306750-39<br>RALPH D SEALY<br>222 PALMQUIST DR<br>SELMA AL 36701 | CREDITOR ID: 306751-39<br>RALPH DENNIS COOK JR<br>202 CREEK DR<br>EASLEY SC 29642 | CREDITOR ID: 306752-39<br>RALPH E GREEN<br>2721 MILAM<br>FT  WORTH TX 76112 |
| CREDITOR ID: 306753-39<br>RALPH E GRIER III<br>1108 LEESBURG ROAD<br>COLUMBIA SC 29209 | CREDITOR ID: 306754-39<br>RALPH E HEAGY<br>100 JACKSON TE<br>INTERLACHEN FL 32148 | CREDITOR ID: 306755-39<br>RALPH E HEFNER JR<br>2210 40TH AVE CT NE<br>HICKORY NC 28601 |
| CREDITOR ID: 306756-39<br>RALPH E LOTHES<br>2907 PLEASENT AVE<br>HAMILTON OH 45015 | CREDITOR ID: 306757-39<br>RALPH E MILLS & SANDRA K<br>MILLS JT TEN<br>3475 HAVENWOOD RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 306758-39<br>RALPH E NELSON JR<br>20862 NETTLETON STREET<br>ORLANDO FL 32833 |
| CREDITOR ID: 306759-39<br>RALPH E SCHWARTZ III<br>8311 ROXBURY RD<br>CHARLES  CITY VA 23030 | CREDITOR ID: 306760-39<br>RALPH EDWIN TOLAR & YOSHIKO<br>T TOLAR JT TEN<br>514 CECIL ST<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 306761-39<br>RALPH EUGENE HORTON JR<br>407 SILLS DR<br>SALISBURY NC 28146 |
| CREDITOR ID: 306762-39<br>RALPH F BERG & SUSAN G BERG<br>JT TEN<br>6607 RURAL POINT RD<br>MECHANICSVILLE VA 23111 | CREDITOR ID: 306763-39<br>RALPH F COLE JR<br>2073 HUDSON RD<br>VIRGILINA VA 24598 | CREDITOR ID: 306764-39<br>RALPH G SIGULAR & MELANA J<br>SIGULAR JT TEN<br>1903 29TH AVE W<br>BRADENTON FL 34205 |
| CREDITOR ID: 306765-39<br>RALPH GERALD ARNOLD<br>PO BOX 481<br>DOUGLAS GA 31534 | CREDITOR ID: 306766-39<br>RALPH H GRUNEWALD<br>350 GRUNEWALD RD<br>GIRARD GA 30426 | CREDITOR ID: 306767-39<br>RALPH H PETTER<br>7402 FOXFIRE DR<br>CRYSTAL  LAKE IL 60012 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306768-39<br>RALPH H WECKLER TRUSTEE U-A<br>DTD 08-15-96 RALPH H WECKLER<br>TRUST<br>5299 TERRITORIAL RD<br>GRAND  BLANC MI 48439 | CREDITOR ID: 306769-39<br>RALPH HAMBERG<br>853 RAOLLING WOOD DR<br>VILLA  HILLS KY 41017 | CREDITOR ID: 306770-39<br>RALPH IDE<br>21250 SW 244TH ST<br>HOMESTEAD FL 33031 |
| CREDITOR ID: 306771-39<br>RALPH J GRIFFIS<br>515 S HUTCHINSON AVE<br>ADEL GA 31620 | CREDITOR ID: 306772-39<br>RALPH JAMES MOYER<br>1900 WASHINGTON AVE<br>SANFORD FL 32771 | CREDITOR ID: 306773-39<br>RALPH K DEASEY & VIRGINIA M<br>DEASEY JT TEN<br>2631 FRENCH AVE<br>LAKELAND FL 33801 |
| CREDITOR ID: 306774-39<br>RALPH KEMP DEASEY & VIRGINIA<br>MARIE DEASEY JT TEN<br>2631 FRENCH AVE<br>LAKELAND FL 33801 | CREDITOR ID: 306775-39<br>RALPH L BOWMAN & PAMULA M<br>BOWMAN JT TEN<br>5270 REDRAC ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 306776-39<br>RALPH L HENRY & LINDA HENRY<br>JT TEN<br>9659 E COUNTRY CT<br>TUCSON AZ 85749 |
| CREDITOR ID: 306777-39<br>RALPH L JOWETT JR & KATHY C<br>JOWETT JT TEN<br>4877 CR307<br>LAKE  PANASOFFKEE FL 33538 | CREDITOR ID: 306778-39<br>RALPH L NATIONS & ROSE JEAN<br>NATIONS JT TEN<br>1334 STARLING LN<br>LEWISVILLE TX 75067 | CREDITOR ID: 306779-39<br>RALPH L YARBROUGH<br>2912 ANTIGUA DRIVE<br>JACKSONVILLE FL 32250 |
| CREDITOR ID: 306780-39<br>RALPH L YARBROUGH & CAROL G<br>YARBROUGH JT TEN<br>2912 ANTIGUA DRIVE<br>JACKSONVILLE FL 32250 | CREDITOR ID: 306781-39<br>RALPH LEE DEEN<br>BOX 508<br>ADEL GA 31620 | CREDITOR ID: 306782-39<br>RALPH LENARD WILLIAMS<br>318 CENTER ST<br>WESTBURY NY 11590 |
| CREDITOR ID: 306783-39<br>RALPH LORRELL LEWIS<br>3016 HUGHES GASQUE RD<br>AYNOR SC 29511 | CREDITOR ID: 306784-39<br>RALPH M HENDRIX<br>160 LAKE ELIZABETH DR<br>COLUMBIA SC 29203 | CREDITOR ID: 306785-39<br>RALPH M JAYROE<br>3497 POORHOUSE RD<br>GREENVILLE AL 36037 |
| CREDITOR ID: 306786-39<br>RALPH M KUZNIK<br>12451 N E 51ST LANE<br>WILLISTON FL 32696 | CREDITOR ID: 306787-39<br>RALPH M RICHARD & IMA L<br>RICHARD JT TEN<br>3985 SID HENDRY RD<br>PERRY FL 32347 | CREDITOR ID: 306788-39<br>RALPH M SENN<br>1002 HOOK AVE<br>WEST  COLUMBIA SC 29169 |
| CREDITOR ID: 306789-39<br>RALPH MERANTE<br>75 NE 170 ST<br>N  MIAMI  BEACH FL 33162 | CREDITOR ID: 306790-39<br>RALPH N RAYLE II<br>13508 N BLAKELY LN<br>LOUISVILLE KY 40272 | CREDITOR ID: 306791-39<br>RALPH O TUBBS<br>162 SE 27TH WAY<br>BOYNTON  BEACH FL 33435 |
| CREDITOR ID: 306792-39<br>RALPH O WILFONG<br>13377 CORONADO DRIVE<br>SPRING  HILL FL 34609 | CREDITOR ID: 306793-39<br>RALPH P ROBERTS & DIANE K<br>ROBERTS JT TEN<br>12535 SOUTHDALE DR<br>OMAHA NE 68137 | CREDITOR ID: 306794-39<br>RALPH R MACKENZIE<br>218 WOODY AVE<br>SALISBURY NC 28146 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306795-39<br>RALPH RAY RUTHERFORD<br>4224 IOWA AVE<br>KENNER LA 70065 | CREDITOR ID: 306796-39<br>RALPH ROSS & ALICE ROSS JT<br>TEN<br>2532 NW 223RD ST<br>LAWTEY FL 32058 | CREDITOR ID: 306797-39<br>RALPH S HARDEE JR & BURMA<br>SUE HARDEE JT TEN<br>525 SW TULAROSA LN<br>LAKE  CITY FL 32025 |
| CREDITOR ID: 306798-39<br>RALPH S JENKINS<br>2610 13TH ST<br>VERO  BEACH FL 32960 | CREDITOR ID: 306799-39<br>RALPH STABILE & LILLIAN<br>STABILE JT TEN<br>PO BOX 390504<br>DELTONA FL 32739 | CREDITOR ID: 306800-39<br>RALPH TEIJIDO & CLAUDINE<br>TEIJIDO JT TEN<br>5003 W AZEELE ST<br>TAMPA FL 33609 |
| CREDITOR ID: 306801-39<br>RALPH THOMAS FLATTER<br>3322 HOLLANSBURG-ARCANUM RD<br>NEW  MADISON OH 45346 | CREDITOR ID: 306802-39<br>RALPH VAUGHN JR<br>8602 PASO ROBLES BLVD<br>FT  PIERCE FL 34951 | CREDITOR ID: 306803-39<br>RALPH W KIRK<br>438 N W 37TH WAY<br>DEERFIELD  BEACH FL 33442 |
| CREDITOR ID: 306804-39<br>RALPH W KIRK & NANCY L KIRK<br>JT TEN<br>438 N W 37TH WAY<br>DEERFIELD  BEACH FL 33442 | CREDITOR ID: 306805-39<br>RALPH W LEACH JR<br>1568 WENDELL AVE<br>SCHENECTADY NY 12308 | CREDITOR ID: 306806-39<br>RALPH WALDROP II<br>243 TRINITY CHURCH RD<br>SILVERSTREET SC 29145 |
| CREDITOR ID: 306807-39<br>RAMAE RAY FITZPATRICK<br>1234 SHERRINGTON DR<br>STONE  MOUNTAIN GA 30083 | CREDITOR ID: 306808-39<br>RAMIRO A FUNES<br>1322 NORTH N STREET<br>LAKE  WORTH FL 33460 | CREDITOR ID: 306809-39<br>RAMKRISHNA THAKKAR & KUSUM<br>THAKKAR JT TEN<br>18706 CHAVILLE RD<br>LUTZ FL 33549 |
| CREDITOR ID: 306810-39<br>RAMON C LUIS & MABEL S LUIS<br>JT TEN<br>1889 SW 17TH ST<br>MIAMI FL 33145 | CREDITOR ID: 306811-39<br>RAMON CHAMY<br>1561 SE 24TH AVENUE<br>POMPANO  BEACH FL 33062 | CREDITOR ID: 306812-39<br>RAMON D MARCHAN<br>14812 SW 143 TR<br>MIAMI FL 33196 |
| CREDITOR ID: 306813-39<br>RAMON E MCCRAW<br>1630 FLOYD BRADFORD RD<br>TRUSSVILLE AL 35173 | CREDITOR ID: 306814-39<br>RAMON H TORRES<br>P O BOX 527461<br>MIAMI FL 33152 | CREDITOR ID: 306815-39<br>RAMON M RINC & BARBARA J<br>RINC JT TEN<br>214 GROVE CIRCLE<br>BREVARD NC 28712 |
| CREDITOR ID: 306816-39<br>RAMON PAGAN JR<br>2676 POB 2676<br>PALM  BEACH FL 33480 | CREDITOR ID: 306817-39<br>RAMON RIVERA<br>16322 SW 4TH ST<br>PMBK  PINES FL 33027 | CREDITOR ID: 306818-39<br>RAMONA A BAGGERLY<br>8340 CABIN HILL ROAD<br>TALLAHASSEE FL 32311 |
| CREDITOR ID: 306819-39<br>RAMONA ARROYO<br>560 SW ASTER RD<br>PORT  SAINT LUCIE FL 34953 | CREDITOR ID: 306820-39<br>RAMONA B GILLIAM<br>P O BOX 1395 212 ANN ST<br>LADY  LAKE FL 32159 | CREDITOR ID: 306821-39<br>RAMONA B REDDING<br>348 AURIGA DRIVE<br>ORANGE  PARK FL 32073 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 306822-39
RAMONA DOUGLASS
50 SHAMROCK CIR
HILTON  HEAD SC 29926

CREDITOR ID: 306823-39
RAMONA FOSTER & BARRY FOSTER
JT TEN
8148 FRANKLIN RD
ATHENS AL 35614

CREDITOR ID: 306824-39
RAMONA H WHITE
5967 PINE CREST RD
LIVE  OAK FL 32060

CREDITOR ID: 306826-39
RAMONA JACQULINE FOX
3997 BRIGHT PROSPECT RD
MARIANNA FL 32448

CREDITOR ID: 306827-39
RAMONA M BORDELON
324 BREWSTER ROAD
MADISONVILLE LA 70447

CREDITOR ID: 306828-39
RAMSEY L FRENCH
1319 13TH WAY
WEST PALM  BEACH FL 33407

CREDITOR ID: 279884-39
RAMSEY, ALFRED WALLACE
107 DOGWOOD LN
YORK SC 29745

CREDITOR ID: 306829-39
RAMSOEDH R RAMNARAIN
8033 N CHERRY LAKE GROVE RD
GROVELAND FL 34736

CREDITOR ID: 306830-39
RANAIE C VENNER
4524B DOGWOOD ST SW
MCCHORD  AFB WA 98439

CREDITOR ID: 306831-39
RANCE E PHILLIPS
P O BOX 644
CLAYTON GA 30525

CREDITOR ID: 306832-39
RAND ALAN SHIFFRAR
1206 N PALM DR
PLANT  CITY FL 33566

CREDITOR ID: 306833-39
RANDAL BAKLINI
801 REED ROAD
SMYRNA GA 30082

CREDITOR ID: 306834-39
RANDAL J MIRE
5138 MIRE HWY
RAYNE LA 70578

CREDITOR ID: 306835-39
RANDAL MCCOY
1108 EVELYN LN SW
LILBURN GA 30247

CREDITOR ID: 306836-39
RANDAL SCOTT SANFORD
P O BOX 680713
PRATTVILLE AL 36068

CREDITOR ID: 306837-39
RANDALE K FRANCISCO
333 ECHO PINE WAY
LAKELAND FL 33813

CREDITOR ID: 306838-39
RANDALL ABERNATHEY
PO BOX 907251
GAINESVILLE GA 30501

CREDITOR ID: 306839-39
RANDALL B WEST
116 AYERSDALE DR
TAYLORS SC 29687

CREDITOR ID: 306840-39
RANDALL BRUCE HOUK
35250 SW 177TH COURT
#145
HOMESTEAD FL 33034

CREDITOR ID: 306841-39
RANDALL CRAIG ATWELL
2404 POTTERDOWN DR
WAXHAW NC 28173

CREDITOR ID: 306842-39
RANDALL D HUGHES
17371 MEADOWLAKE CIR
FORT  MYERS FL 33912

CREDITOR ID: 306844-39
RANDALL D TAPHORN
8537 RIDGECREST DRIVE
WEST  CHESTER OH 45069

CREDITOR ID: 306843-39
RANDALL D TAPHORN
8537 RIDGECREST DR
WEST  CHESTER OH 45069

CREDITOR ID: 306845-39
RANDALL E KELLER
110 WALLACE CIR
BOONE NC 28607

CREDITOR ID: 306846-39
RANDALL E LANE & WANDA JEAN
LANE JT TEN
PO BOX 373
CALCIUM NY 13616

CREDITOR ID: 306847-39
RANDALL EARL MIHALIK
2916 RIVERSIDE AV 2
JACKSONVILLE FL 32205

CREDITOR ID: 306848-39
RANDALL G ADAMS
9987 W DARRYL PKY
BATON  ROUGE LA 70815

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306849-39<br>RANDALL G HUDGINS<br>51 LOOKOUT LN<br>TALLADEGA AL 35160 | CREDITOR ID: 306850-39<br>RANDALL G HUDGINS & DONNA S<br>HUDGINS JT TEN<br>51 LOOKOUT LANE<br>TALLADEGA AL 35160 | CREDITOR ID: 306851-39<br>RANDALL J ALLAIN<br>2961 VILLERE ST<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 306852-39<br>RANDALL J BELLINA<br>34525 COTTON DRIVE<br>DONALDSONVILLE LA 70346 | CREDITOR ID: 306853-39<br>RANDALL J HAVINGA<br>317 SYCAMORE CREEK DRIVE<br>HOLLY SPRINGS NC 27540 | CREDITOR ID: 306854-39<br>RANDALL K JACKSON & LILLIAN<br>R JACKSON JT TEN<br>7543 FOREST EDGE LN<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 306855-39<br>RANDALL K SMITH & DONNA A<br>SMITH JT TEN<br>44315 COTTONTAIL TRAIL<br>CALLAHAN FL 32011 | CREDITOR ID: 306856-39<br>RANDALL K STUTZ & TERRI C<br>STUTZ JT TEN<br>52 VIVIAN LEE ST<br>BASSETT VA 24055 | CREDITOR ID: 306858-39<br>RANDALL L JOSEY<br>907 SPICEWOOD DR<br>LAKELAND FL 33801 |
| CREDITOR ID: 306859-39<br>RANDALL L JOSEY & NANCY D<br>JOSEY JT TEN<br>907 SPICEWOOD DRIVE<br>LAKELAND FL 33801 | CREDITOR ID: 306860-39<br>RANDALL L LEAKE<br>2695 A HIGHWAY 31<br>DEATSVILLE AL 36022 | CREDITOR ID: 306863-39<br>RANDALL LEE ESTES<br>8159 EUNICE IOTA HWY<br>EUNICE LA 70535 |
| CREDITOR ID: 306864-39<br>RANDALL M WILSON<br>111 IRMA LN<br>PRATTVILLE AL 36067 | CREDITOR ID: 306865-39<br>RANDALL M YOUNG<br>1223 NIMBLEWILL CHURCH RD<br>DAHLONEGA GA 30533 | CREDITOR ID: 306866-39<br>RANDALL MATHIS<br>993 PARKWOOD DR<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 306867-39<br>RANDALL O ROBERTS<br>155 MITCHELL CREEK RIDGE<br>WETUPKA AL 36092 | CREDITOR ID: 306868-39<br>RANDALL R COONLEY<br>9895 SW 80TH DR<br>MIAMI FL 33173 | CREDITOR ID: 306869-39<br>RANDALL R REID<br>15 COUNTY ROAD 763<br>CLANTON AL 35046 |
| CREDITOR ID: 306870-39<br>RANDALL R REID & ANGELA<br>LORCE REID JT TEN<br>15 COUNTY ROAD 763<br>CLANTON AL 35046 | CREDITOR ID: 306871-39<br>RANDALL R SEAL & KIM A SEAL<br>JT TEN<br>207 CIRCLE DR<br>RUSSELLVILLE AL 35653 | CREDITOR ID: 306872-39<br>RANDALL ROY HOSEA<br>P O BOX 2511<br>RIVERVIEW FL 33568 |
| CREDITOR ID: 306873-39<br>RANDALL SCOTT BAZAL<br>7566 SOLIMAR CIR<br>BOCA RATON FL 33433 | CREDITOR ID: 306874-39<br>RANDALL SHEARON<br>202 GRANT DR<br>GOLDSBORO NC 27534 | CREDITOR ID: 306875-39<br>RANDALL T COE<br>3600 WESTWOOD RD<br>HAMPTONVILLE NC 27020 |
| CREDITOR ID: 306876-39<br>RANDALL T CRAWFORD<br>RR 4 BOX 2192<br>LAKE BUTLER FL 32054 | CREDITOR ID: 306877-39<br>RANDALL W HESTER JR<br>CUSTODIAN FOR RANDALL W<br>HESTER III UNDER THE FL<br>UNIFORM TRANSFERS TO MINORS ACT<br>11632 SUMMER HAVEN BLVD N<br>JACKSONVILLE FL 32258 | CREDITOR ID: 306878-39<br>RANDALL W STEWART & WILLA<br>STEWART JT TEN<br>140 OLDE OAK DRIVE<br>JONESBORO GA 30238 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306879-39<br>RANDALL WARD<br>579 FELMOR RD<br>YULEE FL 32097 | CREDITOR ID: 306880-39<br>RANDALL WILLIAM REED<br>APT 22<br>5075 SABAL PALM<br>FERNANDINA FL 32034 | CREDITOR ID: 306881-39<br>RANDALL WILLIAMS<br>4826 ST JOHN ROAD<br>ELIZABETHTOWN KY 42701 |
| CREDITOR ID: 310268-39<br>RANDALL, HENRY WALTER  (MINOR)<br>C/O SARA P E RANDALL CUST<br>313 RIVER WALK DR<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 306882-39<br>RANDELL A DANIELS & KAREN A<br>DANIELS JT TEN<br>3606 MIDIRON DR<br>WINTER  PARK FL 32789 | CREDITOR ID: 306883-39<br>RANDELL CORNELIUS MCKEE<br>313 CEDAR CIR<br>EASLEY SC 29642 |
| CREDITOR ID: 306884-39<br>RANDI MICHELE GREENBERG<br>11 ENSIGN DR<br>MASSAPEQUA NY 11758 | CREDITOR ID: 306885-39<br>RANDI RENEE WATSON<br>7618 BIGHORN CT<br>KEYSTONE  HEIGHTS FL 32656 | CREDITOR ID: 306886-39<br>RANDI SUE KAMINSKY<br>15 SAWGRASS COURT<br>GREENVILLE SC 29609 |
| CREDITOR ID: 306887-39<br>RANDLE N HATTON & GERTRUDE W<br>HATTON JT TEN<br>1314 N BEACH BLVD<br>BAY  SAINT  LOUIS MS 39520 | CREDITOR ID: 306888-39<br>RANDOLPH A HENDERSON<br>2688 LAVON CT<br>RADCLIFF KY 40160 | CREDITOR ID: 306889-39<br>RANDOLPH PHILLIP ADAM<br>308 SAINT JOHN ST<br>BAY  SAINT  LOUIS MS 39520 |
| CREDITOR ID: 306890-39<br>RANDOLPH R MAHAN CUST FOR<br>KATHLEEN NICOLE MAHAN<br>U/T/SC/U/G/T/M/A<br>2508 FEATHER RUN TRL<br>WEST  COLUMBIA SC 29169 | CREDITOR ID: 306891-39<br>RANDOLPH SCOTT FINCHER<br>65 DEEP SPRINGS WAY<br>COVINGTON GA 30016 | CREDITOR ID: 306892-39<br>RANDY A MELLOTT<br>298 TANNING RIDGE DR<br>DUNN NC 28334 |
| CREDITOR ID: 306893-39<br>RANDY B WINDERS<br>105 WAYNE CT<br>PIKEVILLE NC 27863 | CREDITOR ID: 306894-39<br>RANDY C MATTINGLY<br>615 SPENCER HAMILTON RD<br>LORETTO KY 40037 | CREDITOR ID: 306895-39<br>RANDY CHRISTOPHER BUCKNER<br>36 EDGEWOOD DR<br>DESTREHAN LA 70047 |
| CREDITOR ID: 306896-39<br>RANDY D MIDDLETON<br>133 SKY DR<br>COUNTRY VIL MHP<br>MADISON NC 27025 | CREDITOR ID: 306898-39<br>RANDY D WILLIAMS CUST<br>NATHANAEL DEAN WILLIAMS UNIF<br>TRANS MINOR ACT KENTUCKY<br>4826 ST JOHN RD<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 306899-39<br>RANDY D WILLIAMS CUST ARIEL<br>CARISSA WILLIAMS UNIF TRANS<br>MINOR ACT KENTUCKY<br>4826 ST JOHN RD<br>ELIZABETHTOWN KY 42701 |
| CREDITOR ID: 306900-39<br>RANDY D WILLIAMS CUST HANNAH<br>LYNETTE WILLIAMS UNIF TRANS<br>MINOR ACT KENTUCKY<br>4826 ST JOHN RD<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 306901-39<br>RANDY D WILLIAMS CUST JOSHUA<br>JEAN WILLIAMS UNIF TRANS<br>MINOR ACT KENTUCKY<br>4826 ST JOHN RD<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 306902-39<br>RANDY D WILLIAMS CUST MICHA<br>KYLE WILLIAMS UNIF TRANS<br>MINOR ACT KENTUCKY<br>4826 ST JOHN RD<br>ELIZABETHTOWN KY 42701 |
| CREDITOR ID: 306903-39<br>RANDY DEAN FAUL & TERESA<br>GAIL FAUL JT TEN<br>1254 NW BROWNVILLE ST<br>ARCADIA FL 33821 | CREDITOR ID: 306904-39<br>RANDY DOWDY<br>4900 OLD LAKE PARK RD<br>VALDOSTA GA 31601 | CREDITOR ID: 306905-39<br>RANDY DRAGO<br>PO BOX 3239<br>GAITHERSBURG MD 20885 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 306906-39<br>RANDY E MERRITT CUST<br>DANIELLE KRIEG<br>87 SPRING AVE<br>GLEN  ELLYN IL 60137 | CREDITOR ID: 306907-39<br>RANDY E MERRITT CUST ALEIA A<br>MERRITT<br>87 SPRING AVE<br>GLENN  ELLYN IL 60137 | CREDITOR ID: 306908-39<br>RANDY F HICKS<br>1275 NW 86 ST<br>MIAMI FL 33147 |
| CREDITOR ID: 306909-39<br>RANDY G WATT<br>4046 WOODBRIDGE CT<br>POWDER  SPRINGS GA 30073 | CREDITOR ID: 306910-39<br>RANDY HEMPEL<br>309 ORMOND OAKS DRIVE<br>DESTREHAN LA 70047 | CREDITOR ID: 306911-39<br>RANDY HUGH FRESHOUR<br>250 HOUSE RD<br>GREENEVILLE TN 37743 |
| CREDITOR ID: 306912-39<br>RANDY J DECOUX & MELBA M<br>DECOUX JT TEN<br>1138 FRENCH ST<br>NEW  IBERIA LA 70560 | CREDITOR ID: 306913-39<br>RANDY J HAHN<br>3005 BLOMQUIST DR<br>MERAUX LA 70075 | CREDITOR ID: 306914-39<br>RANDY J LASHOUTO<br>29819 IVY WHIDDON RD<br>INDEPENDENCE LA 70443 |
| CREDITOR ID: 306915-39<br>RANDY J LONGWELL<br>PO BOX 7349<br>DAYTONA  BEACH FL 32116 | CREDITOR ID: 306916-39<br>RANDY J MATHERNE<br>142 DIXIE DR<br>DES  ALLEMANDS LA 70030 | CREDITOR ID: 306917-39<br>RANDY J PROCTOR<br>101 GREEN ST<br>ADEL GA 31620 |
| CREDITOR ID: 306918-39<br>RANDY L CULPEPPER<br>1409 COUNTY RD 39<br>DEATSVILLE AL 36022 | CREDITOR ID: 306919-39<br>RANDY L JEWELL<br>200 IRONWOOD CIR<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 306920-39<br>RANDY L JOYNER<br>2004 FERN DRIVE<br>GREENVILLE NC 27858 |
| CREDITOR ID: 306921-39<br>RANDY L MESSICK<br>2254 KILGORE RD<br>BUFORD GA 30518 | CREDITOR ID: 306922-39<br>RANDY L PULLEN<br>555 4TH ST<br>WINNSBORO SC 29180 | CREDITOR ID: 306923-39<br>RANDY L THOMAS<br>1042 E 12TH ST<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 306924-39<br>RANDY LEE ROBERTSON<br>16950 AMELIA AVE<br>AMELIA VA 23002 | CREDITOR ID: 306925-39<br>RANDY LEE SIMMERSON<br>172 LABRADOR DR<br>UNION  GROVE NC 28689 | CREDITOR ID: 306926-39<br>RANDY M MUELLER<br>361 W 3RD ST<br>BELLE  CHASSE LA 70037 |
| CREDITOR ID: 306927-39<br>RANDY M MUELLER & ROCHELLE W<br>MUELLER TEN COM<br>361 W 3RD ST<br>BELLE  CHASSE LA 70037 | CREDITOR ID: 306928-39<br>RANDY N WICKER<br>551 BRISTOL LN<br>NOKOMIS FL 34275 | CREDITOR ID: 306929-39<br>RANDY NORRIS<br>APT 714<br>2625 SW 75TH ST<br>GAINESVILLE FL 32607 |
| CREDITOR ID: 306930-39<br>RANDY P BLOCKER<br>2703 E ANDREWS AVE # B<br>OZARK AL 36360 | CREDITOR ID: 306931-39<br>RANDY P JOHNSON<br>2244 VALLE ESCONDIDO DRIVE<br>PENSACOLA FL 32526 | CREDITOR ID: 306932-39<br>RANDY P RUBENSTEIN<br>6830 122ND AVE<br>LARGO FL 33773 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306933-39<br>RANDY PAUL KENNESSEY & WANDA<br>S KENNESSEY JT TEN<br>831 HAYNES ROAD<br>WETUMPKA AL 36092 | CREDITOR ID: 306934-39<br>RANDY R FULCHER<br>8577 COUNTY RD 514<br>MEREDIAN MS 39301 | CREDITOR ID: 306935-39<br>RANDY R MCANALLY<br>155 WHITLOCK BRANCH RD<br>RUSSELLVILLE AL 35654 |
| CREDITOR ID: 306936-39<br>RANDY R ROESER<br>10017 48TH AV N<br>SAINT PETERSBURG FL 33708 | CREDITOR ID: 306937-39<br>RANDY ROSS PRITCHARD<br>3151 DEXTER ST<br>BLACKVILLE SC 29817 | CREDITOR ID: 306938-39<br>RANDY RYAN NANCE<br>3988 WILLOUGHBY RD<br>LUMBERTON NC 28358 |
| CREDITOR ID: 306939-39<br>RANDY S CASSIDY<br>107 REID RD<br>CHATHAM VA 24531 | CREDITOR ID: 306940-39<br>RANDY SCOTT WHIGHAM<br>260 MAJOR RD<br>SHARPSBURG GA 30277 | CREDITOR ID: 306941-39<br>RANDY THURMOND<br>2006 HIAWATHA<br>WICHITA FALLS TX 76309 |
| CREDITOR ID: 306942-39<br>RANDY W LAMB<br>10215 FLAMINGO DR APT 3<br>BRADENTON FL 34209 | CREDITOR ID: 306943-39<br>RANDY W POWELL & BRENDA D<br>POWELL JT TEN<br>867 FRANKLIN TPKE<br>DANVILLE VA 24540 | CREDITOR ID: 306944-39<br>RANDY W SCHULTZ<br>BOX 348A PERSIMMON GROVE<br>CALIFORNIA KY 41007 |
| CREDITOR ID: 306945-39<br>RANEE NOLAN<br>36925 4TH AVE SW<br>FEDERAL WAY WA 98023 | CREDITOR ID: 306946-39<br>RANFERI M BRIONES<br>3105 GLENWOOD RD<br>W PALM BEACH FL 33405 | CREDITOR ID: 306947-39<br>RANGE KLEEN MANUFACTURING<br>INC<br>ATTN DAVE LINK<br>BOX 696<br>LIMA OH 45802 |
| CREDITOR ID: 306948-39<br>RANKIN S CRAIG<br>4915 FOREST LAKE PL<br>COLUMBIA SC 29206 | CREDITOR ID: 306949-39<br>RANNA L MENARD<br>P O BOX 252<br>LEONVILLE LA 70551 | CREDITOR ID: 306950-39<br>RAQUEL M FONSECA<br>1141 W 42 ST<br>HIALEAH FL 33012 |
| CREDITOR ID: 306951-39<br>RAQUEL SALDIVAR<br>44 SW 17TH AVE<br>HOMESTEAD FL 33030 | CREDITOR ID: 306952-39<br>RATNA TRIPATHI SHARMA<br>151/125 UNCHA MANDI<br>ALLAHABAD 211003 U P<br>INDIA | CREDITOR ID: 306953-39<br>RATUS A JOHNSON<br>123 16TH ST S<br>IRONDALE AL 35210 |
| CREDITOR ID: 306954-39<br>RATUS A JOHNSON & BARBARA K<br>JOHNSON JT TEN<br>123 16TH ST S<br>IRONDALE AL 35210 | CREDITOR ID: 306955-39<br>RAUL ANCHETA & HENRY ANCHETA<br>JT TEN<br>6714 SW 31ST ST<br>MIAMI FL 33155 | CREDITOR ID: 306956-39<br>RAUL B DENIS<br>2845 SW 125 COURT<br>MIAMI FL 33175 |
| CREDITOR ID: 306957-39<br>RAUL HERNANDEZ & CARMEN<br>HERNANDEZ JT TEN<br>11960 SW 199TH ST<br>MIAMI FL 33177 | CREDITOR ID: 306958-39<br>RAUL IBALMEA<br>5104 SW 133 CT DR<br>MIAMI FL 33175 | CREDITOR ID: 306959-39<br>RAUL J GONCE<br>7560 SW 134TH CT<br>MIAMI FL 33183 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306960-39<br>RAUL MENCHACA & VELMA P<br>MENCHACA JT TEN<br>135 BURGE DR<br>DEL RIO TX 78840 | CREDITOR ID: 306961-39<br>RAUL MORALES<br>2535 HICKORY AVE<br>CONCORD NC 28027 | CREDITOR ID: 306962-39<br>RAUL VILLANUEVA<br>4511 S W 137TH CT<br>MIAMI FL 33175 |
| CREDITOR ID: 306965-39<br>RAURY B MONTGOMERY CUST<br>JOSHUA P MONTGOMERY UNIF<br>TRANS MIN ACT SC<br>701 WREN ST<br>SUMTER SC 29150 | CREDITOR ID: 306964-39<br>RAURY B MONTGOMERY CUST<br>JORDAN B MONTGOMERY UNIF<br>TRANS MIN ACT SC<br>701 WREN ST<br>SUMTER SC 29150 | CREDITOR ID: 306963-39<br>RAURY B MONTGOMERY CUST<br>JAMES H MONTGOMERY UNIF<br>TRANS MIN ACT SC<br>701 WREN ST<br>SUMTER SC 29150 |
| CREDITOR ID: 306966-39<br>RAVAN MEREDITH<br>112 LIZARD LICK LN<br>CAMERON NC 28326 | CREDITOR ID: 306967-39<br>RAVEN E TOLLISON JR<br>34 BRISTOL DR<br>TAYLORS SC 29687 | CREDITOR ID: 306968-39<br>RAVENA C DELLINGER<br>2651 KEEVER DAIRY FARM RD<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 306969-39<br>RAVIS J MENARD<br>122 CHICOT DR<br>VILLE PLATTE LA 70586 | CREDITOR ID: 306970-39<br>RAVIS JOSEPH MENARD &<br>KARLEEN H MENARD JT TEN<br>122 CHICOT DR<br>VILLE PLATTE LA 70586 | CREDITOR ID: 306971-39<br>RAY A POWELL<br>963 SHADOW LAKE DR<br>RIDGELAND MS 39157 |
| CREDITOR ID: 306972-39<br>RAY ANTHONY GIARRUSSO<br>100 VANSHIRE RD<br>FORT WORTH TX 76108 | CREDITOR ID: 306973-39<br>RAY ANTONE<br>3125 PORT CHARLOTTE BLVD<br>PT CHARLOTTE FL 33952 | CREDITOR ID: 306974-39<br>RAY ARNOLD WARLICK<br>1338 MARYS GROVE CH RD<br>KINGS MOUNTAIN NC 28086 |
| CREDITOR ID: 306975-39<br>RAY BRANSON<br>220 NIZHONI BLVD, APT 1<br>GALLUP NM 87301 | CREDITOR ID: 306976-39<br>RAY C BAILEY<br>2724 W DORIS ST<br>KISSIMMEE FL 34741 | CREDITOR ID: 306977-39<br>RAY C SAYLOR & THERESA G<br>SAYLOR JT TEN<br>256 E PALMYRA LAKE RD<br>PALMYRA IN 47164 |
| CREDITOR ID: 306978-39<br>RAY COCHRAN<br>714 PEACH FARM RD<br>ASHFORD AL 36312-3444 | CREDITOR ID: 306979-39<br>RAY CURRY JR<br>2692 BOULDER POINTE WY<br>ELLENWOOD GA 30049 | CREDITOR ID: 306980-39<br>RAY DEAN SLOAN<br>52 OAK DRIVE<br>CONCORD NC 28025 |
| CREDITOR ID: 306981-39<br>RAY EDWARD HUTTON<br>285 GILBERT ROAD<br>LONDON KY 40741 | CREDITOR ID: 306983-39<br>RAY EVANS<br>119 EVANSVILLAGE<br>SEABROOK SC 29940 | CREDITOR ID: 306982-39<br>RAY EVANS<br>119 EVANS VILLAGE DR<br>SEABROOK SC 29940 |
| CREDITOR ID: 306984-39<br>RAY F SOHN TR U-A 04-23-83<br>RAY F SOHN & THELMA E SOHN<br>TRUST<br>1985 GRATIOT<br>MARYSVILLE MI 48040 | CREDITOR ID: 306985-39<br>RAY FRED SOHN TTEE U-A DTD<br>04-26-83 RAY FRED SOHN &<br>THELMA E SOHN TRUST<br>1985 GRATIOT BLVD<br>MARYSVILLE MI 48040 | CREDITOR ID: 306987-39<br>RAY G BOYCE<br>500 ALMAKA<br>POOLVILLE TX 76487 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 306988-39<br>RAY H CLINE & HAZEL O CLINE<br>JT TEN<br>2401 PENNINGER RD<br>CONCORD NC 28025 | CREDITOR ID: 306989-39<br>RAY HILL & SHIRLEY HILL<br>JT TEN<br>UNIT # 156<br>6400 N SCENIC HWY<br>LAKE  WHALES FL 33898 | CREDITOR ID: 306990-39<br>RAY J COOPER & DOROTHY B<br>COOPER JT TEN<br>8342 CORALBERRY LANE<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 306991-39<br>RAY KASPER<br>4895 AUSTIN STREET<br>SPRINGFIELD OH 45502 | CREDITOR ID: 306992-39<br>RAY L RIGGINS & MARI W<br>RIGGINS JT TEN<br>72 S LEE ST<br>FORSYTH GA 31029 | CREDITOR ID: 306993-39<br>RAY LAMAR RHODES & PATRICIA<br>D RHODES JT TEN<br>26212 BUSH ISLE RD<br>ANDALUSIA AL 36420 |
| CREDITOR ID: 306994-39<br>RAY LERNER & KERSTIN E<br>LERNER JT TEN<br>10 MAXINE AVENUE<br>PLAINVIEW NY 11803 | CREDITOR ID: 306995-39<br>RAY MCCONATHY<br>6873 STEPHENSON LEVEY RD<br>BURLESON TX 76028 | CREDITOR ID: 306996-39<br>RAY OMER LANNOM<br>4738 LACKAWANNA LN<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 306998-39<br>RAY S MEYERS & ANN MEYERS<br>JT TEN<br>1217 FLORIDA ST<br>PRATTVILLE AL 36067 | CREDITOR ID: 306999-39<br>RAY S SCHINDEL<br>2867 66TH TERR S<br>SAINT  PETERSBURG FL 33712 | CREDITOR ID: 307000-39<br>RAY T BALTHROP JR<br>503 EXCELL RD<br>CLARKSVILLE TN 37043 |
| CREDITOR ID: 307001-39<br>RAY V JONES<br>188 BEAVER DAM CREEK RD<br>LEXINGTON NC 27295 | CREDITOR ID: 307002-39<br>RAY VINSON EASTERLING<br>4448 CO RD 304<br>DUBLIN TX 76446 | CREDITOR ID: 307003-39<br>RAY VON JONES & DORIS JOANN<br>JONES JT TEN<br>188 BEAVER DAM CREEK RD<br>LEXINGTON NC 27295 |
| CREDITOR ID: 307005-39<br>RAY W HANKS<br>4101 EDITH DRIVE<br>ALBANY GA 31707 | CREDITOR ID: 307006-39<br>RAY W WRIGHT<br>225 SUNRISE AVE<br>SATELLITE  BCH FL 32937 | CREDITOR ID: 280034-39<br>RAY, ALLEN<br>1302 SMALLHOUSE RD APT A<br>BOWLING  GREEN KY 42104 |
| CREDITOR ID: 307007-39<br>RAYBURN K PRICE & SARAH F<br>PRICE JT TEN<br>PO BOX 356<br>OKEECHOBEE FL 34973 | CREDITOR ID: 307008-39<br>RAYBURN L BARFIELD<br>1105 WILDLIFE TRAIL<br>TALLAHASSEE FL 32312 | CREDITOR ID: 307010-39<br>RAYE A BODY<br>8147 NO MAYFIELD LN<br>MECHANICSVILLE VA 23111 |
| CREDITOR ID: 307011-39<br>RAYE DARLENE KOSPELICH<br>2129 SUTHERLAND PL<br>HARVEY LA 70058 | CREDITOR ID: 307012-39<br>RAYFORD B ALLEN JR & ANNIE L<br>ALLEN JT TEN<br>6420 N 23RD ST<br>TAMPA FL 33610 | CREDITOR ID: 307013-39<br>RAYGENE BUFF<br>33 NE AVE E<br>BELLE  GLADE FL 33430 |
| CREDITOR ID: 307014-39<br>RAYLENE M KOHLER<br>236 MERCURY DR<br>ORANGE  PARK FL 32073 | CREDITOR ID: 307015-39<br>RAYMOND A EDWARDS &<br>MARGUERITE J EDWARDS JT TEN<br>207 E OLD PASS RD<br>LONG  BEACH MS 39560 | CREDITOR ID: 307016-39<br>RAYMOND A HERMIDA<br>1452 HILL AVE<br>MELBOURNE FL 32940 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 307017-39<br>RAYMOND A PIZZOLATO<br>3052 S PALM DR<br>SLIDELL LA 70458 | CREDITOR ID: 307018-39<br>RAYMOND A PIZZOLATO JR<br>117 W PINEWOOD DRIVE<br>SLIDELL LA 70458 | CREDITOR ID: 307019-39<br>RAYMOND A PREWITT & BARBARA<br>E PREWITT JT TEN<br>11713 MONDAMON DR<br>LOUISVILLE KY 40272 |
| CREDITOR ID: 307020-39<br>RAYMOND A SCULLIN JR<br>617 BROUILLY DR<br>KENNER LA 70065 | CREDITOR ID: 307021-39<br>RAYMOND ANTHONY IVEY<br>466 JONESBORO RD<br>DUNN NC 28334 | CREDITOR ID: 307022-39<br>RAYMOND B BARR & PATRICIA D<br>BARR JT TEN<br>479 POUNDS LN<br>SIMPSONVILLE KY 40067 |
| CREDITOR ID: 307023-39<br>RAYMOND B REVIS & JOYCE B<br>REVIS JT TEN<br>7103 SAN SOUCI RD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 307024-39<br>RAYMOND BOYD<br>6153 MANILA RD<br>GOSHEN OH 45122 | CREDITOR ID: 307025-39<br>RAYMOND BRENT BOYKIN<br>236 LEMMON STREET<br>SUMTER SC 29150 |
| CREDITOR ID: 307026-39<br>RAYMOND C BROWN & BARBARA M<br>BROWN JT TEN<br>7220 LADYFISH DRIVE<br>ST JAMES CITY FL 33956 | CREDITOR ID: 307027-39<br>RAYMOND C BUTTS<br>1218 TATER CREEK RD<br>LUVERNE AL 36049 | CREDITOR ID: 307028-39<br>RAYMOND C BUTTS & TAMMY<br>BUTTS JT TEN<br>1218 TATER CREEK RD<br>LUVERNE AL 36049 |
| CREDITOR ID: 307029-39<br>RAYMOND C CAMPBELL<br>PO BOX 96<br>EASTOVER SC 29044 | CREDITOR ID: 307030-39<br>RAYMOND C COGGINS<br>PO BOX 98<br>ZIRCONIA NC 28790 | CREDITOR ID: 307031-39<br>RAYMOND C HARRIS & THELMA B<br>HARRIS JT TEN<br>155 CHURCHHILL CT<br>FAYETTEVILLE GA 30214 |
| CREDITOR ID: 307035-39<br>RAYMOND C MOOREY<br>163 MOONLIGHT DR<br>MELBOURNE BCH FL 32951 | CREDITOR ID: 307036-39<br>RAYMOND C REECE<br>695 TANNER RD<br>MERIDIAN MS 39301 | CREDITOR ID: 307037-39<br>RAYMOND C ROBERTS JR<br>5716 NW 27TH ST<br>MARGATE FL 33063 |
| CREDITOR ID: 307038-39<br>RAYMOND C ROBERTS JR & CHRIS<br>K ROBERTS JT TEN<br>5716 NW 27TH ST<br>MARGATE FL 33063 | CREDITOR ID: 307039-39<br>RAYMOND CATHCART<br>10450 SW 198TH ST<br>MIAMI FL 33157 | CREDITOR ID: 307040-39<br>RAYMOND CHOATE & JANICE<br>CHOATE JT TEN<br>1000 LARIAT CIRCLE<br>RED OAK TX 75154 |
| CREDITOR ID: 307041-39<br>RAYMOND CURRENT<br>8926 S SHADOW BAY DR<br>ORLANDO FL 32825 | CREDITOR ID: 307042-39<br>RAYMOND D BUCHERT<br>3654 BOOMER ROAD<br>CINCINNATI OH 45247 | CREDITOR ID: 307044-39<br>RAYMOND D MCDONALD II<br>2990 SPARKLEBERRY DR<br>MIDDLEBURY FL 33068 |
| CREDITOR ID: 307045-39<br>RAYMOND D MINGES & DEBRA A<br>MINGES JT TEN<br>617 MELLENBACHER RD<br>LARGO FL 34640 | CREDITOR ID: 307046-39<br>RAYMOND D SMITH<br>107 RHODEHAVEN DR<br>ANDERSON SC 29625 | CREDITOR ID: 307047-39<br>RAYMOND DRUIN & REBA DRUIN<br>JT TEN<br>516 CATALPA<br>SHELBYVILLE KY 40065 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 307048-39
RAYMOND E BARBER & BONNIE F
BARBER JT TEN
1101 CINDY ST
CROWLEY TX 76036

CREDITOR ID: 307049-39
RAYMOND E BOWMAN & STEPHANIE
S BOWMAN JT TEN
4458 SAWMILLS SCHOOL RD
GRANITE  FALLS NC 28630

CREDITOR ID: 307050-39
RAYMOND E GOSS & CHRISTINE T
GOSS JT TEN
5540 TYLOR AVE
JACKSONVILLE FL 32254

CREDITOR ID: 307051-39
RAYMOND E GOSS & DONNA GOSS
JT TEN
5540 TYLER AVE
JACKSONVILLE FL 32254

CREDITOR ID: 307053-39
RAYMOND E HOSTLER & LINDA M
HOSTLER TEN ENT
PO BOX 121
MEDICINE  BOW WY 82329

CREDITOR ID: 307052-39
RAYMOND E HOSTLER & LINDA M
HOSTLER JT TEN
PO BOX 121
MEDICINE  BOW WY 82329

CREDITOR ID: 307054-39
RAYMOND E SMILEY
35415 SOLON RD
SOLON OH 44139

CREDITOR ID: 307055-39
RAYMOND E SMITH
315 QUAIL AVE
SEBRING FL 33872

CREDITOR ID: 307056-39
RAYMOND E STEWART
1708 CHELMSFORD
LEXINGTON KY 40505

CREDITOR ID: 307057-39
RAYMOND E STEWART JR
3696 THOMPSON ROAD
LANCASTER SC 29720

CREDITOR ID: 307058-39
RAYMOND EDWARD MCNEILL
860 NE 49TH ST
OCALA FL 34479

CREDITOR ID: 307059-39
RAYMOND F CREEL & SHIRLEY
SNOWDEN CREEL JT TEN
7877 PINE SPRINGS RD
MERIDIAN MS 39305

CREDITOR ID: 307060-39
RAYMOND F WHITE & WENDY A
WHITE JT TEN
6240 SW 16TH CT
POMPANO  BEACH FL 33068

CREDITOR ID: 307061-39
RAYMOND G GORDON
4301 NW 32ND AV
FORT  LAUDERDALE FL 33309

CREDITOR ID: 307062-39
RAYMOND G PROVOST
9512WHITE CARRIAGE DR
WAKE  FOREST NC 27587

CREDITOR ID: 307063-39
RAYMOND G SADLOWSKI
2601 NE 10TH AVE
POMPANO  BEACH FL 33064

CREDITOR ID: 307064-39
RAYMOND G SMITH
15366 CHARLENE LN
COVINGTON LA 70435

CREDITOR ID: 307067-39
RAYMOND GERARD LIPPS III
693 HAILEY AVE
SLIDELL LA 70458

CREDITOR ID: 307069-39
RAYMOND H DAUGHERTY JR &
JUDITH L DAUGHERTY JT TEN
7203 ALDERMAN ROAD
JACKSONVILLE FL 32211

CREDITOR ID: 307070-39
RAYMOND H DEASEY & VIRGINIA
M DEASEY JT TEN
2631 FRENCH AVE
LAKELAND FL 33801

CREDITOR ID: 307071-39
RAYMOND H NYDAM JR & JEAN E
NYDAM JT TEN
1944 BLAKE PL
DAYTONA  BEACH FL 32119

CREDITOR ID: 307072-39
RAYMOND H PIERCE & CARLENE P
PIERCE JT TEN
4999 SABLE PINE CIR APT C2
WEST  PALM  BEACH FL 33417

CREDITOR ID: 307073-39
RAYMOND H SMITH JR & DALILA
SMITH JT TEN
274 HOWARD BLVD
LONGWOOD FL 32750

CREDITOR ID: 307074-39
RAYMOND H WILLIAMS & DELORES
B WILLIAMS JT TEN
553 PANAMA DR
CRESTVIEW FL 32536

CREDITOR ID: 307075-39
RAYMOND J DURAND
1954 POMERANIAN CT
APOPKA FL 32712

CREDITOR ID: 307076-39
RAYMOND J FAULK & DOROTHY J
FAULK JT TEN
10700 GRAYSON CT
JACKSONVILLE FL 32220

CREDITOR ID: 307077-39
RAYMOND J FREEMAN
1422 S PINE ST
NICEVILLE FL 32578

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307078-39<br>RAYMOND J KLAYBOR<br>168 S 9TH ST<br>DUBOIS IL 62831 | CREDITOR ID: 307079-39<br>RAYMOND J MARTINEZ JR<br>C-O HENRY L MARTINEZ SR<br>BOX 445<br>CALLAHAN FL 32011 | CREDITOR ID: 307080-39<br>RAYMOND J MCKNIGHT & FAYE T<br>MCKNIGHT JT TEN<br>6206 NW 81 ST<br>GAINESVILLE FL 32653 |
| CREDITOR ID: 307081-39<br>RAYMOND J MOSBRUCKER<br>7018 61ST DR NE<br>MARYSVILLE WA 98270 | CREDITOR ID: 307082-39<br>RAYMOND J PORET & FANNIE<br>PORET JT TEN<br>1244 MILTON ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 307083-39<br>RAYMOND J RENTON JR<br>201 CYPRESS BAYOU LN<br>KENNER LA 70065 |
| CREDITOR ID: 307084-39<br>RAYMOND J SCHMIDT<br>100 ANDREA STREET<br>RIVER RIDGE LA 70123 | CREDITOR ID: 307085-39<br>RAYMOND JAMES & ASSOCIATES INC<br>880 CARILLON PARKWAY<br>PO BOX 12749<br>ST PETERSBURG FL 33733-2749 | CREDITOR ID: 307086-39<br>RAYMOND JAY TURNER<br>2817 HURST RD<br>AUBURNDALE FL 33823 |
| CREDITOR ID: 307087-39<br>RAYMOND JEROME CLAITT<br>P O BOX 143<br>AVON PARK LAKES FL 33825 | CREDITOR ID: 307089-39<br>RAYMOND KAMEI & RODNEY KAMEI<br>JT TEN<br>P O BOX 124<br>PAHALA HI 96777 | CREDITOR ID: 307090-39<br>RAYMOND KNIPPER JR & GAY MAY<br>KNIPPER TEN COM<br>9409 BELLE CHERIE PL<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 307091-39<br>RAYMOND L GRAVES<br>55 HORSESHOE LANE NORTH<br>HENRIETTA NY 14467 | CREDITOR ID: 307092-39<br>RAYMOND L MOSES<br>504 PRINCE ST<br>FLORENCE SC 29506 | CREDITOR ID: 307093-39<br>RAYMOND L SMITH<br>9308 DAFFODIL DR<br>RALEIGH NC 27603 |
| CREDITOR ID: 307094-39<br>RAYMOND L WEYRAUCH<br>10303 N ASHLEY ST<br>TAMPA FL 33612 | CREDITOR ID: 307095-39<br>RAYMOND LOUIS KNIPPER JR &<br>GAY MAY KNIPPER JT TEN<br>9409 BELLE CHERIE PL<br>RIVER RIDGE LA 70123 | CREDITOR ID: 307097-39<br>RAYMOND M DAIGLE JR<br>215 KILCHRIST RD<br>CARENCRO LA 70520 |
| CREDITOR ID: 307098-39<br>RAYMOND M LAYFIELD &<br>ETHELLENE LAYFIELD JT TEN<br>140 LAYFIELD DR<br>REMLAP AL 35133 | CREDITOR ID: 307099-39<br>RAYMOND M MANFORD<br>2910 ABIGAIL DR APT 1<br>LOUISVILLE KY 40205 | CREDITOR ID: 307100-39<br>RAYMOND MAX JONES & SUSAN<br>HELENE JONES JT TEN<br>2015 ISSAQUAH<br>CUYAHOGA FALLS OH 44221 |
| CREDITOR ID: 307101-39<br>RAYMOND MEALEY & MARY MEALEY<br>JT TEN<br>#204<br>6022 WESTGATE DR<br>ORLANDO FL 32835 | CREDITOR ID: 307102-39<br>RAYMOND N CLEVENGER & BETTY<br>L CLEVENGER JT TEN<br>383 SAN JOSE<br>WINTER HAVEN FL 33884 | CREDITOR ID: 307103-39<br>RAYMOND NOWACZYK<br>3354 HARNESS CIR<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 307104-39<br>RAYMOND NOWACZYK & KIM<br>NOWACZYK TEN ENT<br>3354 HARNESS CIR<br>LAKE WORTH FL 33467 | CREDITOR ID: 307105-39<br>RAYMOND O MARTIN & BOBBIE J<br>MARTIN JT TEN<br>7680 HWY 58<br>RUSSELLVILLE AL 35653 | CREDITOR ID: 307106-39<br>RAYMOND P ECKERT<br>9936 HIGHWAY 441 SE<br>OKEECHOBEE FL 34974 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307107-39<br>RAYMOND P ETCHELL<br>91 SCENIC DR<br>BELMONT NH 03220-4454 | CREDITOR ID: 307108-39<br>RAYMOND P LAPRE<br>PO BOX 291<br>ALTOONA FL 32702 | CREDITOR ID: 307109-39<br>RAYMOND P LENTZ<br>2805 BLEVINS GAP RD<br>LOUISVILLE KY 40272 |
| CREDITOR ID: 307110-39<br>RAYMOND P LENTZ & NORMA J<br>LENTZ JT TEN<br>2805 BLEVINS GAP RD<br>LOUISVILLE KY 40272 | CREDITOR ID: 307111-39<br>RAYMOND R ALLMARAS<br>1944 ROSEDALE DR<br>ROSEVILLE MN 55113 | CREDITOR ID: 307112-39<br>RAYMOND R MARQUEZ<br>7830 SANDPIPER<br>NEW ORLEANS LA 70128 |
| CREDITOR ID: 307113-39<br>RAYMOND S AUSTIN<br>1318 BRYANT ST<br>BENBROOK TX 76126 | CREDITOR ID: 307114-39<br>RAYMOND S KRYESKE<br>25 LIBERTY ST<br>WEST ORANGE NJ 07052-5501 | CREDITOR ID: 307115-39<br>RAYMOND SHARSWOOD RINGLEB<br>5972 BENT PINE DR 165<br>ORLANDO FL 32822 |
| CREDITOR ID: 307116-39<br>RAYMOND T CHASSEREAU<br>5830 12TH ST N<br>SAINT PETERSBURG FL 33703 | CREDITOR ID: 307117-39<br>RAYMOND T LITTLE<br>5309 RAINBOW DR<br>TEMPLE TERRACE FL 33617 | CREDITOR ID: 307118-39<br>RAYMOND T STRASBURGER &<br>TERESA L STRASBURGER JT TEN<br>7809 BANKERS DR<br>FAYETTEVILLE NC 28311 |
| CREDITOR ID: 307119-39<br>RAYMOND T TORP & PAULA J<br>TORP JT TEN<br>310 KINDAID AVE<br>WHARTON TX 77488 | CREDITOR ID: 307120-39<br>RAYMOND T TROY TRUSTEE U-A<br>DTD 05-01-98 RAYMOND T TROY<br>LIVING TRUST<br>8292 CORONA AVE<br>HESPERIA CA 92345 | CREDITOR ID: 307123-39<br>RAYMOND W LANE JR<br>PO BOX 247<br>AVON PARK FL 33825 |
| CREDITOR ID: 307124-39<br>RAYMOND W MCNEIL & HELEN<br>ELIZABETH MCNEIL JT TEN<br>125 LANCASTER PIKE<br>OXFORD PA 19363 | CREDITOR ID: 307125-39<br>RAYMOND WHALEY & CARLA T<br>WHALEY JT TEN<br>26 MCCAIN RD<br>FOXWORTH MS 39483 | CREDITOR ID: 307126-39<br>RAYMOND WHITE<br>6240 S W 16TH CT<br>POMPANO BEACH FL 33068 |
| CREDITOR ID: 307127-39<br>RAYMOND WOODIE<br>1008 31ST ST E<br>PALMETTO FL 34221 | CREDITOR ID: 307128-39<br>RAYNA CORNELIUS<br>2476 VERBENA ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 307129-39<br>RAYNA H STANDARD<br>518 HARPER ROAD<br>MCDONOUGH GA 30252 |
| CREDITOR ID: 307130-39<br>RAYNELL C TURNER & BRENDA T<br>TURNER JT TEN<br>1017 TURTLE CREEK DR N<br>JACKSONVILLE FL 32218 | CREDITOR ID: 307131-39<br>RAYNETTE THERESA PREVOST<br>4543 DANNEEL ST<br>NEW ORLEANS LA 70115 | CREDITOR ID: 307133-39<br>RAYWOOD C LEIBENSPERGER JR<br>2446 LAKE TALMADGE DR<br>DELAND FL 32724 |
| CREDITOR ID: 307134-39<br>REAGAN ELIZABETH SHIRLEY<br>342 BERNARD ST<br>P O BOX 3614<br>LEESVILLE SC 29070 | CREDITOR ID: 282044-39<br>REAGIN, BETTY LOUISE<br>998 FALCONCREST DR<br>LAWRENCEVILLE GA 30043 | CREDITOR ID: 307135-39<br>REANEE THOMAS<br>2510 4TH AVE EAST<br>TUSCALOOSA AL 35401 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307136-39<br>REASON PORTER<br>4823 NEWTON CIRCLE<br>VALDOSTA GA 31601 | CREDITOR ID: 280366-39<br>REAUX, CAITLYN C (MINOR)<br>C/O ANGEL REAUX CUST<br>320 S RAILROAD<br>DELCAMBRE LA 70528 | CREDITOR ID: 280365-39<br>REAUX, CATHERINE A (MINOR)<br>C/O ANGEL REAUX CUST<br>320 SOUTH RAILROAD<br>DELCAMBRE LA 70528 |
| CREDITOR ID: 307137-39<br>REBA A HICKS<br>1301 SEARING ST<br>STARKE FL 32091 | CREDITOR ID: 307138-39<br>REBA A WEBSTER<br>6061 OLD ALABAMA RD<br>ACWORTH GA 30102 | CREDITOR ID: 307139-39<br>REBA ATTAWAY HOLLAND<br>221 S ROBERTS CUT OFF<br>FORT  WORTH TX 76114 |
| CREDITOR ID: 307140-39<br>REBA B NORTH<br>1647 E 14TH ST<br>JACKSONVILLE FL 32206 | CREDITOR ID: 307141-39<br>REBA C MCCLAIN<br>20 DENDY ST<br>PELZER SC 29669 | CREDITOR ID: 307142-39<br>REBA F WILLIAMS<br>PO BOX 216<br>ASHEBORO NC 27204 |
| CREDITOR ID: 307143-39<br>REBA FAYE ELLIOTT & ANITA<br>ELLIOTT SHOPE JT TEN<br>PO BOX 615<br>OTTO NC 28763 | CREDITOR ID: 307144-39<br>REBA K WOODARD & W DALE<br>WOODARD JT TEN<br>4486 OLD WALTERTOWN RD<br>WAYCROSS GA 31501 | CREDITOR ID: 307145-39<br>REBA P BLANTON & WALLACE<br>BLANTON JT TEN<br>6939 CLOVIS RD<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 307146-39<br>REBA S ANDERS<br>PO BOX 845<br>WEAVERVILLE NC 28787 | CREDITOR ID: 307147-39<br>REBA T BAKER<br>540 MIDWAY ESTATES RD<br>JACKSONS  GAP AL 36861 | CREDITOR ID: 307148-39<br>REBA W DUBUISSON<br>14603 W DAVID DR<br>HAMMOND LA 70401 |
| CREDITOR ID: 307149-39<br>REBA WALTERS<br>4 BRANCH ST<br>GAINESVILLE GA 30501 | CREDITOR ID: 307150-39<br>REBECCA A COOK & DONALD W<br>COOK JT TEN<br>4211 GARRISON LN B<br>FORT  PIERCE FL 34982 | CREDITOR ID: 307151-39<br>REBECCA A EDWARDS<br>308 FOXCROFT DR<br>WINSTON  SALEM NC 27103 |
| CREDITOR ID: 307152-39<br>REBECCA A HAIL<br>860 HIGH MOORE RD<br>LONDON KY 40741 | CREDITOR ID: 307153-39<br>REBECCA A JACKSON<br>831 TORREY PINES CIR<br>BHAM AL 35215 | CREDITOR ID: 307154-39<br>REBECCA A ODEN<br>7467 SETTLERS RUN<br>GREENVILLE IN 47124 |
| CREDITOR ID: 307155-39<br>REBECCA A SMITH<br>17714 COFFMAN RD<br>ELKMONT AL 35620 | CREDITOR ID: 307156-39<br>REBECCA ANN BROWN<br>404 CHTISTMAS TREE LANE<br>CLOVER SC 29710 | CREDITOR ID: 307157-39<br>REBECCA ANN CRAWFORD<br>8621 N SOUTHGATE SHORES CIRCLE<br>TAMARAC FL 33321 |
| CREDITOR ID: 307158-39<br>REBECCA ANN KLAEGE<br>410 PINE RIDGE DR<br>SALINA KS 67401 | CREDITOR ID: 307159-39<br>REBECCA ANN LAW & LARRY LAW<br>JT TEN<br>212 RIVERSIDE RD<br>THOMASTON GA 30286 | CREDITOR ID: 307160-39<br>REBECCA ANNE MARTIN<br>122 STONY RANCH RD<br>SHELBY NC 28150 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307161-39<br>REBECCA B BASS & CHARLES R<br>BASS JR JT TEN<br>249 E FARMINGTON TRACE<br>PIKE  ROAD AL 36064 | CREDITOR ID: 307162-39<br>REBECCA B BUTLER<br>BOX 296<br>NINETY-SIX SC 29666 | CREDITOR ID: 307163-39<br>REBECCA BETH KENNEDY<br>6167 ANITA ST<br>DALLAS TX 75214 |
| CREDITOR ID: 307164-39<br>REBECCA BROOME JONES<br>136 FREEZE AVE NW<br>CONCORD NC 28025 | CREDITOR ID: 307166-39<br>REBECCA C DUBOSE & JERRY<br>DUBOSE JT TEN<br>8520 TIMBERLANE DR<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 307167-39<br>REBECCA C MARCHANT &<br>LAWRENCE MARCHANT JT TEN<br>16036 PUSKITA TRAIL<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 307168-39<br>REBECCA CATHERINE GONZALO &<br>STEPHEN JOSEPH GONZALO JT TEN<br>1901 E 114TH AVE<br>TAMPA FL 33612 | CREDITOR ID: 307169-39<br>REBECCA COLLINS & STEPHEN<br>COLLINS JT TEN<br>469 STEWART RD<br>THOMASVILLE GA 31792 | CREDITOR ID: 307170-39<br>REBECCA D MILLER & MICHAEL J<br>MILLER JT TEN<br>501 PINEHURST PL NE<br>LENOIR NC 28645 |
| CREDITOR ID: 307171-39<br>REBECCA D STRICKLAND<br>12027 EAST NC 97<br>ROCKY  MOUNT NC 27803 | CREDITOR ID: 307172-39<br>REBECCA E EDWARDS<br>308 FOXCRAFT DR<br>WINSTON  SALEM NC 27103 | CREDITOR ID: 307173-39<br>REBECCA EDWARDS THAMES<br>439 REDFIELD DR<br>CANTON GA 30114 |
| CREDITOR ID: 307174-39<br>REBECCA F ADAMS CUST ALLISON<br>C ADAMS UNIF TRANS MIN ACT FL<br>6965 SENECA AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 307175-39<br>REBECCA F ADAMS CUST REBEKAH<br>E ADAMS UNIF TRANS MIN ACT FL<br>6965 SENECA AVENUE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 307176-39<br>REBECCA F LANLUE<br>3610 EROYAL PALM CIR<br>TAMPA FL 33629 |
| CREDITOR ID: 307177-39<br>REBECCA G ELLISON<br>4703 GREAT OAKS DR<br>ANDERSON SC 29625 | CREDITOR ID: 307178-39<br>REBECCA GLYNDON BEACH<br>3711 S VIEW DRIVE<br>BRANDON FL 33511 | CREDITOR ID: 307179-39<br>REBECCA H PETERS<br>5184 CLARION HAMMOCK DR<br>ORLANDO FL 32808 |
| CREDITOR ID: 307180-39<br>REBECCA HOLLAND<br>1024 E BALTIMORE AVE<br>FORT  WORTH TX 76104 | CREDITOR ID: 307181-39<br>REBECCA J BAILEY<br>2112 DUNCIL<br>CHARLESTOWN IN 47111 | CREDITOR ID: 307182-39<br>REBECCA J CAMPBELL<br>10 TWISTED OAK TRAIL<br>SHALIMAR FL 32579 |
| CREDITOR ID: 307183-39<br>REBECCA J CLAPP<br>6821 SIMPSON AVE APT 1<br>CINCINNATI OH 45239 | CREDITOR ID: 307184-39<br>REBECCA J DORGAN<br>4111 CIRCLEWOOD DR<br>ERLANGER KY 41018 | CREDITOR ID: 307185-39<br>REBECCA J LOWERY<br>7619 KING RICHARD<br>CHARLOTTE NC 28227 |
| CREDITOR ID: 307186-39<br>REBECCA J MCKENZIE & JOHN M<br>MCKENZIE SR JT TEN<br>920 OAK AVE<br>LEHIGH  ACRES FL 33936 | CREDITOR ID: 307187-39<br>REBECCA J OLINDE<br>1733 LYNN ST APT 2<br>THIBODAUX LA 70301 | CREDITOR ID: 307188-39<br>REBECCA J PERKINS<br>1004 W NASSAU ST<br>TAMPA FL 33607 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 307189-39<br>REBECCA J WOLLMANN<br>5416 RAMSEY DR<br>THE COLONY TX 75056 | CREDITOR ID: 307190-39<br>REBECCA JEAN KENNEMER<br>712 BARKRIDGE TRL<br>BURLESON TX 76028 | CREDITOR ID: 307191-39<br>REBECCA L ANDERSON<br>633 REBECCA ST NW<br>LILBURN GA 30247 |
| CREDITOR ID: 307192-39<br>REBECCA L COLBERT<br>3770 FOXLAKE RD<br>TITUSVILLE FL 32796 | CREDITOR ID: 307193-39<br>REBECCA L CORBETT<br>365 DEER TRACE DR<br>WALTON KY 41094 | CREDITOR ID: 307194-39<br>REBECCA L MANSFIELD<br>15328 LANSING DR<br>BILOXI MS 39532 |
| CREDITOR ID: 307195-39<br>REBECCA L MELTON<br>517 SOUTH ST<br>HIGHLAND SPRINGS VA 23075 | CREDITOR ID: 307196-39<br>REBECCA L MULLINO<br>5615 TERN CT<br>TAMPA FL 33625 | CREDITOR ID: 307197-39<br>REBECCA L PACK<br>1311 WINDSOR HARBOR DR<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 307198-39<br>REBECCA L PARROTT<br>900 LONDONDERRY LN 165<br>DENTON TX 76205 | CREDITOR ID: 307199-39<br>REBECCA L ROBERTS<br>177 POB 177<br>WOODVILLE FL 32362 | CREDITOR ID: 307200-39<br>REBECCA L SANTIAGO<br>304 E HAMPTON RD<br>CROWLEY TX 76036 |
| CREDITOR ID: 307201-39<br>REBECCA L SAWYER & THOMAS L<br>SAWYER JT TEN<br>5757 CHERRY LAUREL DR<br>JACKSONVILLE FL 32210 | CREDITOR ID: 307202-39<br>REBECCA L TROUP<br>222 ROLLING HILL RD<br>ELKINS PARK PA 19027 | CREDITOR ID: 307203-39<br>REBECCA LYNN COLDIRON<br>3025 SE 20<br>DEL CITY OK 73115 |
| CREDITOR ID: 307204-39<br>REBECCA LYNN GAUSE<br>3501 SWANEE RD NE<br>PORT CHARLOTTE FL 33980 | CREDITOR ID: 307205-39<br>REBECCA LYNN JOHNSON & MARK<br>ALLEN JOHNSON JT TEN<br>PO BOX 350804<br>JACKSONVILLE FL 32235 | CREDITOR ID: 307206-39<br>REBECCA M DRAFTS<br>113 ALLENDALE DR<br>WEST COLUMBIA SC 29169 |
| CREDITOR ID: 307207-39<br>REBECCA M JENKINS CUST FOR<br>JONATHAN MICHAEL JENKINS<br>U/SC/U/G/T/M/A<br>C/O MRS FRANCES J ADAMS<br>134 CLAIRMONT ROAD<br>UNION SC 29379 | CREDITOR ID: 307208-39<br>REBECCA M MORRIS TTEE U-A<br>DTD 07-10-92 REBECCA M<br>MORRIS ADMIN TRUST<br>2907 W SAN MIGUEL ST<br>TAMPA FL 33629 | CREDITOR ID: 307209-39<br>REBECCA M THOMPSON<br>15910 SEDGEWYCH CIR S<br>DAVIE FL 33331 |
| CREDITOR ID: 307210-39<br>REBECCA M WAGNER<br>136 HIDDEN LAKE DR<br>HULL GA 30646 | CREDITOR ID: 307211-39<br>REBECCA MARIE GAY<br>136 HIDDEN LAKE DR<br>HULL GA 30646 | CREDITOR ID: 307212-39<br>REBECCA MOSLEY<br>1805 CYPRESS ST<br>VALDOSTA GA 31601 |
| CREDITOR ID: 307213-39<br>REBECCA P HUNDLEY<br>10600 GLENMARY FARM DR<br>LOUISVILLE KY 40291 | CREDITOR ID: 307214-39<br>REBECCA P SCOTT<br>1780 HOOD SWAMP RD<br>LA GRANGE NC 28551 | CREDITOR ID: 307215-39<br>REBECCA R LINGERFELT<br>984 FLATWOOD RD<br>BLUFF CITY TN 37618 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307216-39<br>REBECCA R WAGNER<br>5558 FISHERMAN CT<br>VILLA RICA GA 30180 | CREDITOR ID: 307217-39<br>REBECCA RUTH SAVAGE<br>141 ZEB CLINE RD<br>SHELBY NC 28150 | CREDITOR ID: 307218-39<br>REBECCA S BEARD<br>2524 PINEVIEW DR<br>LANCASTER SC 29720 |
| CREDITOR ID: 307219-39<br>REBECCA S SCHWEER<br>4142 JAMESTOWN<br>CINCINNATI OH 45205 | CREDITOR ID: 307220-39<br>REBECCA SARTAIN<br>2604 KILDARE ST<br>HUNTSVILLE AL 35811 | CREDITOR ID: 307221-39<br>REBECCA SHELL<br>1905 BEVERLY DR<br>CHARLOTTE NC 28207 |
| CREDITOR ID: 307222-39<br>REBECCA SHELL & SCOTT SHELL<br>JT TEN<br>1905 BEVERLY DR<br>CHARLOTTE NC 28207 | CREDITOR ID: 307223-39<br>REBECCA STRICKLAND & SIDNEY<br>STRICKLAND JT TEN<br>12027 E NC 97<br>ROCKY MOUNT NC 27803 | CREDITOR ID: 307224-39<br>REBECCA SUE GALBAUGH<br>54 BECCAS DR<br>HOSCHTON GA 30548 |
| CREDITOR ID: 307225-39<br>REBECCA W RIKARD<br>5804 AUGUST HWY<br>LEESVILLE SC 29070 | CREDITOR ID: 307226-39<br>REBECCA WALLACE BLACKARD<br>RR 1 BOX 533<br>HOBOKEN GA 31542 | CREDITOR ID: 307227-39<br>RECTOR H KAPPELL<br>3421 MARY ANDERSON RD<br>WADESVILLE IN 47638 |
| CREDITOR ID: 307228-39<br>RECTOR H KAPPELL & JO ANN E<br>KAPPELL JT TEN<br>3421 MARY ANDERSON RD<br>WADESVILLE IN 47638 | CREDITOR ID: 298791-39<br>REED, KENNETH<br>5635 SW BRAHMA AVE<br>ARCADIA FL 34266 | CREDITOR ID: 307229-39<br>REEDA S WARD<br>RT 1 BOX 238<br>SALUDA NC 28773 |
| CREDITOR ID: 307230-39<br>REEDS CONSTRUCTION<br>SPECIALTIES INC<br>3955 SAINT AUGUSTINE RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 307231-39<br>REES J HEYCOCK JR<br>1234 DINNERBELL LNE<br>DUNEDIN FL 34698 | CREDITOR ID: 279714-39<br>REEVES, ALAN L & CHRISTINE E JT TEN<br>6025 WINDSOR CREEK DR<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 287127-39<br>REEVES, DELORES A & JEFFERY C JT TE<br>1802 OLD LOGANVILLE RD<br>LOGANVILLE GA 30052 | CREDITOR ID: 307232-39<br>REGENE M BUTLER<br>1230 S FULTON ST<br>SALISBURY NC 28144 | CREDITOR ID: 307233-39<br>REGGIE BELL<br>2009 DOC MCTIER RD<br>BAXLEY GA 31513 |
| CREDITOR ID: 307234-39<br>REGGIE BLANC<br>830 NE 205TH ST<br>MIAMI FL 33179 | CREDITOR ID: 307237-39<br>REGGIE SCOTT COLEMAN CUST<br>SYDNEE LAYNE COLEMAN UNIF<br>TRANS MIN ACT FL<br>11059 RIDGE POINT DRIVE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 307236-39<br>REGGIE SCOTT COLEMAN CUST<br>HALEY ELIZABETH COLEMAN UNIF<br>TRANS MIN ACT FL<br>11059 RIDGE POINT DRIVE<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 307238-39<br>REGINA ANN FOX<br>201 N BROAD ST<br>LAMPASAS TX 76550 | CREDITOR ID: 307239-39<br>REGINA B HALL & JEFFREY A<br>HALL JT TEN<br>RR 1 BOX 188<br>LA CROSSE VA 23950 | CREDITOR ID: 307240-39<br>REGINA B REEVES<br>5810 W CHAPEL HILL RD<br>DOUGLASVILLE GA 30135 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307241-39<br>REGINA B SHACKELFORD &<br>NATHAN SHACKELFORD JT TEN<br>PO BOX 247<br>GRAY KY 40734 | CREDITOR ID: 307242-39<br>REGINA C BAKER & HOWARD G<br>BAKER JT TEN<br>117 WILBURN DR<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 307243-39<br>REGINA C SALUSTRI<br>377 OTTAWA COURT<br>ROYAL PALM BEACH FL 33411 |
| CREDITOR ID: 307244-39<br>REGINA C SELLERS<br>8327 BURNS ST<br>PANAMA CITY BCH FL 32413 | CREDITOR ID: 307245-39<br>REGINA CLANTON ARMSTRONG &<br>RAYMOND ARMSTRONG JT TEN<br>163 BIRCHWOOD DR<br>MAITLAND FL 32751 | CREDITOR ID: 307246-39<br>REGINA DOMINO<br>82 COOPER RD<br>CLAYTON AL 36016 |
| CREDITOR ID: 307247-39<br>REGINA F MOORE<br>188 WINDY HILL DR<br>FOREST CITY NC 28043 | CREDITOR ID: 307248-39<br>REGINA G MUHS<br>1117 LIAR AVE<br>METAIRIE LA 70003 | CREDITOR ID: 307249-39<br>REGINA GAIL DANIEL<br>C/O REGINA GAIL DANIEL CHANCEY<br>5612 42ND ST E<br>BRADENTON FL 34203 |
| CREDITOR ID: 307250-39<br>REGINA GAIL DANIEL CHANCEY<br>5612 42ND ST E<br>BRADENTON FL 34203 | CREDITOR ID: 307251-39<br>REGINA GAINES<br>1036 ROBMAR RD<br>DUNEDIN FL 34698 | CREDITOR ID: 307252-39<br>REGINA GOSNELL HUDSON<br>217 HIGHLAND DR<br>GREER SC 29651 |
| CREDITOR ID: 307253-39<br>REGINA K FOREMAN<br>1050 WYOMING AVE<br>WAYCROSS GA 31503 | CREDITOR ID: 307254-39<br>REGINA KEENE HINES<br>P O BOX 1670<br>NEWBERRY FL 32669 | CREDITOR ID: 307255-39<br>REGINA KIM POWELL<br>ATTN REGINA K SANDERS<br>3169 SHEELY RD<br>LENOIR NC 28645 |
| CREDITOR ID: 307256-39<br>REGINA LUCILLE ALDAY<br>4928 N MELROSE AVE<br>TAMPA FL 33629 | CREDITOR ID: 307257-39<br>REGINA M GOODSON<br>3125 HERSCHEL ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 307259-39<br>REGINA MARIE MEADE<br>620 S SAXON BV<br>DELTONA FL 32725 |
| CREDITOR ID: 307260-39<br>REGINA R OLIVER<br>555 RAGSDALE RD<br>PROSPECT TN 38477 | CREDITOR ID: 307261-39<br>REGINA RIDDLE & HARRY P<br>RIDDLE SR JT TEN<br>6941 S LLOYD TERRACE<br>FLORAL CITY FL 34436 | CREDITOR ID: 307262-39<br>REGINA ROSS<br>123 LULLWATER LN 17<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 307263-39<br>REGINA SANSONI CUST FOR LISA<br>D SANSONI U/T/M/A/LA<br>1229 ORCHID DR<br>HARVEY LA 70058 | CREDITOR ID: 307264-39<br>REGINA THOMPSON<br>26151 OSCEOLA RD<br>LORANGE LA 70446 | CREDITOR ID: 307265-39<br>REGINA WHITE<br>7815 NEWBEDFORD APT 4<br>CINCINNATI OH 45237 |
| CREDITOR ID: 307266-39<br>REGINA WHITE & STEPHEN WHITE<br>JT TEN<br>RT 1 BOX 337 AAA<br>MONTGOMERY AL 36105 | CREDITOR ID: 307267-39<br>REGINA WIGGINS<br>159 BURLINGTON RD<br>WALTERBORO SC 29488 | CREDITOR ID: 307268-39<br>REGINA WOOD<br>34795 OAK LANE<br>STAPLETON AL 36578 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307269-39<br>REGINALD A RICHARDSON<br>817 STUMP LN<br>SPRINGFIELD OH 45506 | CREDITOR ID: 307270-39<br>REGINALD DEWAYNE JONES<br>2269 NANNAS LOOP<br>TALLAHASSEE FL 32303 | CREDITOR ID: 307271-39<br>REGINALD G HALL<br>2014 SHERIDAN RD<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 307272-39<br>REGINALD K BULLARD<br>12577 NC 210  S<br>ROSEBORO NC 28382 | CREDITOR ID: 307273-39<br>REGINALD L DAVIS & TAMMY C<br>DAVIS JT TEN<br>3617 ARBOR RUN DR<br>VALDOSTA GA 31605 | CREDITOR ID: 307274-39<br>REGINALD L GOBBLE<br>270 LEONARD RD<br>SALISBURY NC 28146 |
| CREDITOR ID: 307275-39<br>REGINALD M TODD<br>5021 DONCASTER AVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 307276-39<br>REGINALD RIGAUD<br>6741 SW 20 CT<br>MIRAMAR FL 33023 | CREDITOR ID: 307277-39<br>REGINALD T AINLEY<br>1074 BIRCHWOOD DR<br>ORANGE  PARK FL 32065 |
| CREDITOR ID: 307278-39<br>REGINALD T TARVER<br>1121 UTAH ST<br>SELMA AL 36701 | CREDITOR ID: 307279-39<br>REGINALD TAYLOR<br>5850 BRIDLE PATH LN<br>MONTGOMERY AL 36116 | CREDITOR ID: 307280-39<br>REGINALD WITHERSPOON<br>241 LOIS LN<br>SUMTER SC 29150 |
| CREDITOR ID: 307281-39<br>REGINIA L MARTIN<br>21278 NELSON LANE<br>ATHENS AL 35611 | CREDITOR ID: 307282-39<br>REGINIA P DICKERSON<br>P O BOX 316<br>HAHIRA GA 31632 | CREDITOR ID: 307283-39<br>REID MCCORMICK & JACQUELINE<br>J MCCORMICK JT TEN<br>400 W TROTTERS DR<br>MAITLAND FL 32751 |
| CREDITOR ID: 286104-39<br>REID, DARNELL A<br>929 ELLISON CT<br>AUSTELL GA 30168 | CREDITOR ID: 307284-39<br>REINALDO HERNANDEZ<br>4973 SW 91ST AVE<br>COOPER  CITY FL 33328 | CREDITOR ID: 307285-39<br>RELIFORD R LEWIS & VIRGINIA<br>LEWIS JT TEN<br>406 S NELSON ST<br>HAHIRA GA 31632 |
| CREDITOR ID: 307286-39<br>RENAE DAVIS<br>2115 FLORIDA MANGO RD<br>WEST  PALM  BEACH FL 33406 | CREDITOR ID: 307287-39<br>RENAE W BOWEN<br>3047 BRISTLEWOOD LANE<br>MARIETTA GA 30064 | CREDITOR ID: 307288-39<br>RENARDO CHRISTOPHER JR<br>1620 NW 122ND STREET<br>NORTH  MIAMI FL 33167 |
| CREDITOR ID: 307289-39<br>RENATE C WILLIAMS & RAYMOND<br>A WILLIAMS JT TEN<br>2906 LAKE SAXON DR<br>LAND  O  LAKES FL 34639 | CREDITOR ID: 307290-39<br>RENATE DONNER<br>1937 SUNFLOWER CIRCLE<br>SEBRING FL 33872 | CREDITOR ID: 307291-39<br>RENDA B FUNDERBURK<br>2117 MONROE ST<br>WILMINGTON NC 28401 |
| CREDITOR ID: 307293-39<br>RENDY DODSON & PAUL DODSON<br>JT TEN<br>P O BOX 13<br>BELLEVIEW FL 34421 | CREDITOR ID: 307294-39<br>RENE A BREAUX<br>2530 SCHULE RD<br>CROWLEY LA 70526 | CREDITOR ID: 307295-39<br>RENE BREAUX<br>2350 SCHULE RD<br>CROWLEY LA 70526 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                     CASE:  05-03817-3F1

CREDITOR ID: 307296-39
RENE CUADRA & EDELMA CUADRA
JT TEN
17060 SW 142 PLACE
MIAMI FL 33177

CREDITOR ID: 307299-39
RENE JOSE FUNDORA
10100 SW 48TH ST
MIAMI FL 33165

CREDITOR ID: 307300-39
RENE K KANNO & REAGAN T
KANNO JT TEN
94-649 HIKIANALIA PL
WAHIAWA HI 96789

CREDITOR ID: 307301-39
RENE L DUBON
2950 NW 90TH ST
MIAMI FL 33147

CREDITOR ID: 307302-39
RENE PALMA
4722 SW 162 PL
MIAMI FL 33185

CREDITOR ID: 307303-39
RENE ROS
521 NW 32ND CT
MIAMI FL 33125

CREDITOR ID: 307304-39
RENEA M HENEGAR
1712 NUREMBERG BLVD
PUNTA  GORDA FL 33983-6017

CREDITOR ID: 307305-39
RENEE A COLUZZI
8538 YEARLING LN
NEW  PORT  RICHEY FL 34653

CREDITOR ID: 307306-39
RENEE COMESANAS & ZEYDA
COMESANAS JT TEN
10069 COSTA DEL SOL BLVD
MIAMI FL 33178

CREDITOR ID: 307307-39
RENEE DAWN RAYBOURN
224 SW 19TH APT 1
FORT  LAUDERDALE FL 33315

CREDITOR ID: 307308-39
RENEE DETHROW
P O BOX 2097
MOUNT  PLEASANT TX 75456

CREDITOR ID: 307309-39
RENEE E JOY
1607 STEEPLECHASE DR
JARRETTSVILLE MD 21084

CREDITOR ID: 307310-39
RENEE HAMILTON
11921 40TH ST N
WEST  PALM  BCH FL 33411

CREDITOR ID: 307311-39
RENEE HASSELBUSCH & AARON L
HASSELBUSCH JT TEN
8699 MOCKINGBIRD LANE
CINCINNATI OH 45231

CREDITOR ID: 307312-39
RENEE HUNT BECKUM
ATTN RENEE H RAMP
112 MACEDONIA RD
NORTH  AUGUSTA SC 29841

CREDITOR ID: 307313-39
RENEE HURLEY CUST DANIEL S
HURLEY UNDER THE MA UNIF
TRAN MIN ACT
82 OAK HILL DR
ARLINGTON MA 02474

CREDITOR ID: 307314-39
RENEE HURLEY CUST MADISON R
HURLEY UNDER THE MA UNIF
TRAN MIN ACT
82 OAK HILL DR
ARLINGTON MA 02474

CREDITOR ID: 307315-39
RENEE J TUCKER & HAROLD L
TUCKER JT TEN
6504 ST RT 48
GOSHEN OH 45122

CREDITOR ID: 307316-39
RENEE KIRK BEAN
1762 NEW EASTWOOD CIRCLE
MORGANTON NC 28655

CREDITOR ID: 307317-39
RENEE L HALL
20083 BALTY RD
RUTHER  GLEN VA 22546

CREDITOR ID: 307318-39
RENEE LEANNE PAYNE
5420 WHITE HERON LANE
MELBOURNE FL 32934

CREDITOR ID: 307319-39
RENEE M CRANK & KEITH W
CRANK JT TEN
19811 BELAIRE DRIVE
MIAMI FL 33157

CREDITOR ID: 307320-39
RENEE M FOLSE
227 EVELYN DR
LULING LA 70070

CREDITOR ID: 307321-39
RENEE M ROLLING
C/O RENE DANIELS
15432 COUNTY RD 9
SUMMERDALE AL 36580

CREDITOR ID: 307322-39
RENEE RAGANS
1418 LONGLEAF DR SW
LIVE  OAK FL 32060

CREDITOR ID: 307324-39
RENEE S REYNOLDS
C/O RENEE S HOBBS
3124 COUNTRY CREEK LANE
ST  AUGUSTINE FL 32086

CREDITOR ID: 307325-39
RENEE SHEPPARD
3226 US HIGHWAY 321 N
WINNSBORO SC 29180

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:**    WINN-DIXIE STORES, INC., ET AL.                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307326-39<br>RENEE SHERMAN<br>2297 N DONOVAN AVE<br>CRYSTAL RIVER FL 34428 | CREDITOR ID: 307327-39<br>RENELDA C BELL<br>ATTN RENELDA C YOUNT<br>7928 WEATHER VANE DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 307328-39<br>RENETTA DODD<br>PO BOX 245<br>MONTMORENCI SC 29839 |
| CREDITOR ID: 307329-39<br>RENETTE ILLAIT<br>2569 SW 10TH CT<br>BOYTON BCH FL 33426 | CREDITOR ID: 307330-39<br>RENITA J KITCHENS<br>PO BOX 66<br>RAINBOW TX 76077 | CREDITOR ID: 307331-39<br>RESSIE JANE JUSTICE<br>1476 W PENN AVE EXT<br>SO  PINES NC 28387 |
| CREDITOR ID: 307332-39<br>RESSIE JUSTICE & JAMES R<br>JUSTICE JT TEN<br>1476 PENN AVE EXT W<br>SOUTHERN  PINES NC 28387 | CREDITOR ID: 307333-39<br>RETHA WHITE<br>5615 REDPOLL AVE<br>JACKSONVILLE FL 32219 | CREDITOR ID: 307334-39<br>RETTA J NORRIS & FRANK H<br>NORRIS JT TEN<br>6152 NW 226TH WAY<br>LAWTEY FL 32058 |
| CREDITOR ID: 307335-39<br>REUBEN F ABERNETHY JR & ANNE<br>E ABERNETHY JT TEN<br>7 CHANCELOR DR<br>NEWARK DE 19713 | CREDITOR ID: 307336-39<br>REUBEN G WHITE<br>3182 WHITESVILLE RD<br>MARIANNA FL 32446 | CREDITOR ID: 307337-39<br>REUBEN H HULL<br>105 GRANADA DR<br>WEATHERFORD TX 76086 |
| CREDITOR ID: 307338-39<br>REUBEN HERRERA<br>245 SW RAND<br>BURLESON TX 76028 | CREDITOR ID: 307339-39<br>REUBEN JAMES GRIFFIN JR<br>6419 CONIFER CIR<br>INDIAN  TRAIL NC 28079 | CREDITOR ID: 307340-39<br>REUBEN P WESTBROOK JR<br>5340 BANANA AVE<br>COCOA FL 32926 |
| CREDITOR ID: 307341-39<br>REVA L MASSEY & KATHRYN B<br>MASSEY JT TEN<br>PO BOX 625<br>QUINCY FL 32353 | CREDITOR ID: 307342-39<br>REVENAL E WINGE<br>2329 CARSWELL<br>WAYCROSS GA 31503 | CREDITOR ID: 307343-39<br>REX A MAJORS<br>839 COUNTY RD 58<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 307344-39<br>REX B SLAGLE<br>4119 N CENTRAL AVE<br>TAMPA FL 33603 | CREDITOR ID: 307347-39<br>REX E WICKER<br>14 W J LOWMAN CT<br>COLUMBIA SC 29212 | CREDITOR ID: 307348-39<br>REX H REDDISH<br>15 COCHGALECHEE CREEK RD<br>PHENIX  CITY AL 36869 |
| CREDITOR ID: 307349-39<br>REX K REGISTER<br>5805 BOYETTE RD<br>HAHIRA GA 31632 | CREDITOR ID: 307350-39<br>REX L CAIN<br>PO BOX 907617<br>GAINESVILLE GA 30501 | CREDITOR ID: 307351-39<br>REX M DIVINE<br>13 OXFORD CT<br>SAVANNAH GA 31419 |
| CREDITOR ID: 307352-39<br>REX P PORTER<br>2839 SPRING HILL CH RD<br>LILLINGTON NC 27546 | CREDITOR ID: 307353-39<br>REX P PORTER & SANDRA K<br>PORTER JT TEN<br>2839 SPRING HILL CH RD<br>LILLINGTON NC 27546 | CREDITOR ID: 307354-39<br>REX PAUL MUMPHREY<br>14145 ADAM ARCENEAUX DR<br>GONZALES LA 70737 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307355-39<br>REXFORD OLDROYD & ISABELLE C<br>OLDROYD JT TEN<br>RR 3 BOX 53<br>COLUMBIA  CROSSROADS PA 16914 | CREDITOR ID: 301016-39<br>REXRODE, DAYNELLE M (MINOR)<br>C/O LUCILLE REXRODE CUST<br>25 PALM POINT DR<br>INGLIS FL 34449 | CREDITOR ID: 307356-39<br>REYBURN D BURFORD<br>16606 SATURN LN<br>HOUSTON TX 77062 |
| CREDITOR ID: 307357-39<br>REYNA I NORTON<br>9319 GENNA TRACE TRAIL<br>JACKSONVILLE FL 32257 | CREDITOR ID: 307358-39<br>REYNOL OJEDA<br>831 NW 34 AVE<br>MIAMI FL 33125 | CREDITOR ID: 307359-39<br>REYNOL OJEDA & EMMA OJEDA<br>JT TEN<br>1855 W 60TH ST APT 310<br>HIALEAH FL 33012 |
| CREDITOR ID: 307360-39<br>REYNOLDS & CO<br>120 BROADWAY<br>NEW YORK NY 10005 | CREDITOR ID: 307361-39<br>REZA GHAZI HOSSEINI & KAREN<br>KATO GHAZI HOSSEINI JT TEN<br>6317 112TH AVENUE<br>TEMPLE  TERRACE FL 33617 | CREDITOR ID: 307362-39<br>RHEBA L BURKHALTER<br>585 N WEKIWA SPRINGS RD<br>APOPKA FL 32712 |
| CREDITOR ID: 307363-39<br>RHEBA L BURKHALTER & BILLY R<br>BURKHALTER JT TEN<br>585 N WEKIWA SPRINGS RD<br>APOPKA FL 32712 | CREDITOR ID: 280248-39<br>RHEE, AMY W<br>1252 FAIRWAY VILLAGE DRIVE<br>ORANGE  PARK FL 32003 | CREDITOR ID: 307364-39<br>RHETA M NEWBERRY<br>6320 BAYBERRY BLVD<br>WINTER  AHVEN FL 33881 |
| CREDITOR ID: 307365-39<br>RHETT COLE<br>4237 RHINEHART DR<br>AUSTELL GA 30106 | CREDITOR ID: 307366-39<br>RHODA MICHILLE BUSEMAN<br>C/O MICHILLE R GOSS<br>9 ACRUX CT<br>SEWELL NJ 08080 | CREDITOR ID: 307367-39<br>RHODIE WILLIAMS<br>4215 NW 183RD ST<br>OPA  LOCKA FL 33055 |
| CREDITOR ID: 307368-39<br>RHONA G REPP<br>4704 WINDOM PL NW<br>WASHINGTON DC 20016 | CREDITOR ID: 307369-39<br>RHONDA A GIARRUSSO<br>147 N LONGHORN<br>WEATHERFORD TX 76086 | CREDITOR ID: 307370-39<br>RHONDA A WILLIAMS<br>79 DUPRIEST CIR<br>NORTH  AUGUSTA SC 29841 |
| CREDITOR ID: 307371-39<br>RHONDA ANN MCKINNEY<br>4 BENT WOOD DR<br>NEBO NC 28761 | CREDITOR ID: 307372-39<br>RHONDA C RAGEN<br>1080 HILLTOP DR<br>NAPLES FL 34103 | CREDITOR ID: 307373-39<br>RHONDA CAROL PELFREY<br>9726 VILLIERS DR S<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 307374-39<br>RHONDA D BOWEN<br>905 RAILROAD DR<br>CHINA  GROVE NC 28023 | CREDITOR ID: 307375-39<br>RHONDA D ELLIS<br>RR 1 BOX 79 A<br>CLAYTON LA 71326 | CREDITOR ID: 307376-39<br>RHONDA D HARRIS<br>9167 SE STAR ISLAND WY<br>HOBE  SOUND FL 33455 |
| CREDITOR ID: 307377-39<br>RHONDA DIANE SNIPES<br>936 LYLE BOYD RD<br>ROCK  HILL SC 29730 | CREDITOR ID: 307378-39<br>RHONDA E BRUEGGERT<br>5751 SOUTH BROSIUS AVENUE<br>TUCSON AZ 85706 | CREDITOR ID: 307379-39<br>RHONDA E HOLDEN & ALAN S<br>HOLDEN JT TEN<br>2166 ROTHBURY DR<br>JACKSONVILLE FL 32221 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307380-39<br>RHONDA F GEORGE<br>PO BOX 243<br>NICHOLSON MS 39463 | CREDITOR ID: 307381-39<br>RHONDA FREEMAN<br>10922 GRAND TRUNK LN<br>JACKSONVILLE FL 32257 | CREDITOR ID: 307382-39<br>RHONDA GRANGER<br>3936 TALCOTT AVE<br>WINSTON  SALEM NC 27106 |
| CREDITOR ID: 307383-39<br>RHONDA HALE<br>507 AVILLA AVE<br>ST  AUGUSTINE FL 32095 | CREDITOR ID: 307384-39<br>RHONDA HARRISON SULLIVAN<br>P O BOX 144<br>HENRIETTA NC 28076 | CREDITOR ID: 307385-39<br>RHONDA J CREWS<br>RT 21 BOX 3000-9<br>LAKE  CITY FL 32024 |
| CREDITOR ID: 307386-39<br>RHONDA J DRAKE<br>CO RHONDA J BROOKS<br>6232 DORSETT WOODS DRIVE<br>MOUNT  OLIVE AL 35117 | CREDITOR ID: 307387-39<br>RHONDA J KEYES<br>4453 SATYRE CT<br>LILBURN GA 30247 | CREDITOR ID: 307388-39<br>RHONDA J MAULDIN<br>530 BIG CREEK RD<br>BELTON SC 29627 |
| CREDITOR ID: 307389-39<br>RHONDA JEAN KENYON<br>115 TURTLE CREEK DR<br>BRUNSWICK GA 31525 | CREDITOR ID: 307390-39<br>RHONDA KAYE BLACKBURN<br>37900 BURHANS ROAD<br>EUSTIS FL 32736 | CREDITOR ID: 307391-39<br>RHONDA L CAMPBELL<br>3001 SE ASTER LANE, APT 901<br>STUART FL 34994 |
| CREDITOR ID: 307392-39<br>RHONDA L FREEMAN<br>1715 HARRIS RD<br>FORT  MILL SC 29708 | CREDITOR ID: 307393-39<br>RHONDA L HOYT<br>P O BOX 2477<br>MANDEVILLE LA 70470 | CREDITOR ID: 307394-39<br>RHONDA L JOHNSON<br>500 SOPHIA ST<br>NEW  ORLEANS LA 70123 |
| CREDITOR ID: 307395-39<br>RHONDA L JOHNSON & NICKY D<br>JOHNSON TEN COM<br>500 SOPHIA ST<br>RIVER  RIDGE LA 70123 | CREDITOR ID: 307396-39<br>RHONDA L OWENS<br>PO BOX 634<br>MADISON FL 32341 | CREDITOR ID: 307397-39<br>RHONDA LOCKLEY & GREG<br>LOCKLEY JT TEN<br>4011 DRIFTING SAND TR<br>DESTIN FL 32541 |
| CREDITOR ID: 307398-39<br>RHONDA LYNN THORPE<br>2462 LORRIE DR<br>MARRIETTA GA 30066 | CREDITOR ID: 307399-39<br>RHONDA M KAY & VICTOR L KAY<br>JT TEN<br>RR 1 BOX 49C<br>DERRY LA 71421 | CREDITOR ID: 307400-39<br>RHONDA POIRIER<br>10888 124TH AV 1602<br>LARGO FL 33778 |
| CREDITOR ID: 307401-39<br>RHONDA PUTNAM<br>1644 ASTROS DR<br>PRATTVILLE AL 36067 | CREDITOR ID: 307402-39<br>RHONDA R CHRISTIE<br>1418 LONGLEAF DR SW<br>LIVE  OAK FL 32064 | CREDITOR ID: 307403-39<br>RHONDA R JOINER<br>802 LAKEVIEW DR<br>WIMAUMA FL 33598 |
| CREDITOR ID: 307404-39<br>RHONDA R PLUMLEY<br>215 SUFFOLK AVE<br>COLONIAL  HGTS VA 23834 | CREDITOR ID: 307405-39<br>RHONDA RAYMOND<br>6026 EVANGELINE<br>BATON  ROUGE LA 70805 | CREDITOR ID: 307406-39<br>RHONDA SHELTON GARNER<br>818 CHURCH ST EXT<br>REIDSVILLE NC 27320 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 307407-39
RHONDA SMITH
2200 SHEFFIELD LN
CAYCE SC 29033

CREDITOR ID: 307408-39
RHONDA SPRAGGINS BRASWELL
151 WEBB RD
WEST POINT GA 31833

CREDITOR ID: 307409-39
RHONDA SUE HEJL CUST EMILY
ELIZABETH HEJL UNDER THE TX
UNIF TRAN MIN ACT
19113 GANTON COURT
PFLUGERVILLE TX 78660

CREDITOR ID: 307410-39
RHONDA SUSAN BELL
PO BOX 780656
SEBASTIAN FL 32978

CREDITOR ID: 307411-39
RHONDA TAUB
600 WOODHILL CIR
RICHARDSON TX 75081

CREDITOR ID: 307412-39
RHONDA VALENTIN
1236 TIFFINY SOUTH EAST
PALM BAY FL 32909

CREDITOR ID: 307413-39
RHONDA W SKEEN CUST MEGAN
ELIZABETH SKEEN KIM UNIF
GIFT MIN ACT NC
2322 KRIST'KIM DR
HIGHPOINT NC 27265

CREDITOR ID: 307414-39
RHONDA WRIGHT SKEEN
2322 KRISTA KIM DRIVE
HIGH POINT NC 27265

CREDITOR ID: 307415-39
RHONDA Y MILLER
C/O RHONDA MAURICE
517 FOREST DR
STUARTS DRAFT VA 24477

CREDITOR ID: 307416-39
RHOUNETTE LEWIS & RICHARD
LEWIS JT TEN
1841 SUMTER ST
GEORGETOWN SC 29440

CREDITOR ID: 307417-39
RHUDENE E W MORGAN
724 SOUTH TROUP
VALDOSTA GA 31601

CREDITOR ID: 307418-39
RHUDOLPH SCOTT JR
2227 COURTNEY DR
JACKSONVILLE FL 32208

CREDITOR ID: 307419-39
RHUDOLPH SCOTT JR & DELORIS
SCOTT JT TEN
2227 COURTNEY DR
JACKSONVILLE FL 32208

CREDITOR ID: 307420-39
RICARDO A CEDENO
203 SHORE AVE
BIG COPPITT KEY
KEY WEST FL 33040

CREDITOR ID: 307421-39
RICARDO A CEDENO & OLGA L
CEDENO JT TEN
203 SHORE AVE
BIG COPPITT KEY
KEY WEST FL 33040

CREDITOR ID: 307422-39
RICARDO ARNAO
17769 SW 139TH CT
MIAMI FL 33177

CREDITOR ID: 307423-39
RICARDO F FIDALGO
117 4TH ST
NAPLES FL 33962

CREDITOR ID: 307424-39
RICARDO GARCIA
14867 SW 56TH TERRACE
MIAMI FL 33193

CREDITOR ID: 307425-39
RICARDO IRIAS
APARTADO POSTAL 68
LACEIBA
HONDURAS

CREDITOR ID: 313193-39
RICE, ALLEN JAY (MINOR)
C/O TIMOTHY RAY RICE CUST
PO BOX 866
BUSHNELL FL 33513

CREDITOR ID: 313142-39
RICE, TIMOTHY CLYDE (MINOR)
C/O TIMOTHY JAY RICE CUST
PO BOX 866
BUSHNELL FL 33513

CREDITOR ID: 307426-39
RICH SEA PAK CORPORATION
ATTN JAMES C HARDEK
PO BOX 20670
ST SIMONS ISLANDS GA 31522

CREDITOR ID: 307427-39
RICHARD A BERMAN
4112 OXBOW DR
COCONUT CREEK FL 33073

CREDITOR ID: 307428-39
RICHARD A BLACKMON CUST
VIRGINIA A BLACKMON UNIF
TRANS MIN ACT SC
104 YORK ST
CLINTON SC 29325

CREDITOR ID: 307429-39
RICHARD A BLACKMON CUSTODIAN
FOR VIRGINIA A BLACKMON
UNDER THE VA UNIFORM
TRANSFERS TO MINORS ACT
104 YORK ST
CLINTON SC 29325

CREDITOR ID: 307430-39
RICHARD A BROWN
2154 ARIANA BLVD
AUBURNDALE FL 33823

CREDITOR ID: 307431-39
RICHARD A BURTON
11304 STONEBRIAR LANE
KNOXVILLE TN 37932

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307432-39<br>RICHARD A CORRADO<br>23437 ROCKET AVE<br>PT CHARLOTTE FL 33954 | CREDITOR ID: 307433-39<br>RICHARD A CREASY & DEBRA A<br>CREASY JT TEN<br>5251 BOX TURTLE CIR<br>SARASOTA FL 34232 | CREDITOR ID: 307434-39<br>RICHARD A CRUMPTON<br>6016 SAINT LUKES CHURCH RD<br>PROSPERITY SC 29127 |
| CREDITOR ID: 307435-39<br>RICHARD A GARNER<br>9805 LAKESHORE DR<br>CLERMONT FL 34711 | CREDITOR ID: 307436-39<br>RICHARD A GASH<br>641 PARK GATE RD<br>GAFFNEY SC 29341 | CREDITOR ID: 307437-39<br>RICHARD A GLASER<br>4150 CLOUGH LANE<br>CINCINNATI OH 45245 |
| CREDITOR ID: 307439-39<br>RICHARD A GRUBER<br>915 CALHOUN AVE<br>BRONX NY 10465 | CREDITOR ID: 307440-39<br>RICHARD A HAM & MARY D HAM<br>JT TEN<br>1219 CHERAW RD<br>CASSATT SC 29032 | CREDITOR ID: 307441-39<br>RICHARD A HEATON<br>4917 TRAFALGAR RD<br>TOBYHANNA PA 18466 |
| CREDITOR ID: 307442-39<br>RICHARD A HILL & MARGUARITE<br>A HILL JT TEN<br>1301 LIZABETH LN<br>WAUKEGAN IL 60087 | CREDITOR ID: 307443-39<br>RICHARD A HOLT & PATRICIA D<br>HOLT JT TEN<br>2817 W ROBSON ST<br>TAMPA FL 33614 | CREDITOR ID: 307444-39<br>RICHARD A JORDAN<br>5220 CR 579 LOT 27<br>SEFFNER FL 33584 |
| CREDITOR ID: 307445-39<br>RICHARD A KADLEC TRUSTEE U-A<br>DTD 09-18-97/RICHARD A<br>KADLEC LIVING TRUST<br>119 SAINT GEORGE DR<br>CROSSVILLE TN 38558 | CREDITOR ID: 307446-39<br>RICHARD A LAWTON<br>14169 IVYIGAIL DR N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 307447-39<br>RICHARD A LEIBOLD<br>702 VILLAGE LN<br>WINTER PARK FL 32792 |
| CREDITOR ID: 307448-39<br>RICHARD A LEWIS<br>1030 NW 70TH WAY<br>HOLLYWOOD FL 33024 | CREDITOR ID: 307449-39<br>RICHARD A MANN<br>7226 S LAKE JOANNA DR<br>PANAMA CITY FL 32404 | CREDITOR ID: 307450-39<br>RICHARD A MELTON<br>2529 RUNNING OAK CT<br>SPRING HILL FL 34608 |
| CREDITOR ID: 307451-39<br>RICHARD A MUELLER & SANDRA J<br>MUELLER JT TEN<br>12057 ELKWOOD<br>CINCINNATI OH 45240 | CREDITOR ID: 307452-39<br>RICHARD A NELSON<br>4456 RIVER FOREST RD<br>MARIANNA FL 32446 | CREDITOR ID: 307453-39<br>RICHARD A POOLE<br>PO BOX 210456<br>WEST PALM BEACH FL 33421 |
| CREDITOR ID: 307454-39<br>RICHARD A POWELL<br>99 JAMES F BRYNES<br>BEAUFORT SC 29902 | CREDITOR ID: 307455-39<br>RICHARD A RIVARD & MYRA<br>RIVARD JT TEN<br>1905 W LINEBAUGH AVE<br>TAMPA FL 33612 | CREDITOR ID: 307456-39<br>RICHARD A SHEPPERD<br>2419 N END ST<br>ORLANDO FL 32837 |
| CREDITOR ID: 307457-39<br>RICHARD A SIMONAITIS<br>43 SOUTH CROMWELL ROAD<br>SAVANNAH GA 31410 | CREDITOR ID: 307458-39<br>RICHARD A STEPHENS<br>31002 JACANA DR<br>WESLEY CHAPEL FL 33544 | CREDITOR ID: 307459-39<br>RICHARD A STEVENS SR<br>4510 GRAINARY AVE<br>TAMPA FL 33624 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307460-39<br>RICHARD A SWANSON<br>10812 ANITA DR<br>MASON  NECK VA 22079 | CREDITOR ID: 307461-39<br>RICHARD A THOMAS<br>6309 VANDIKE ST<br>PHILADELPHIA PA 19135 | CREDITOR ID: 307462-39<br>RICHARD A WILLINGER<br>2023 BLUEBONNET WAY<br>ORANGE  PARK FL 32003 |
| CREDITOR ID: 307463-39<br>RICHARD A WOLFE<br>7806 AMHERST ST<br>TAMPA FL 33625 | CREDITOR ID: 307464-39<br>RICHARD A WOLFE CUST JACLYN<br>ELAINE WOLFE UNIF TRANS MIN<br>ACT FL<br>7807 AMHERST ST<br>TAMPA FL 33625 | CREDITOR ID: 307465-39<br>RICHARD A WOLFE CUST JUSTIN<br>RICHARD WOLFE UNIF TRANS MIN<br>ACT FL<br>7807 AMHERST ST<br>TAMPA FL 33625 |
| CREDITOR ID: 307466-39<br>RICHARD ALAN CARROLL<br>5205 MATTERHORN CT<br>LOUISVILLE KY 40216 | CREDITOR ID: 307467-39<br>RICHARD ALAN FRENCH<br>716 HILTON DR<br>FAYETTEVILLE NC 28311 | CREDITOR ID: 307468-39<br>RICHARD ALAN STEWART<br>205 OAKRIDGE DR<br>RADCLIFF KY 40160 |
| CREDITOR ID: 307469-39<br>RICHARD ALAN YAGER SR<br>6229 FLAME TREE DR<br>APOLLO  BEACH FL 33572 | CREDITOR ID: 307470-39<br>RICHARD ALLAN CLARK<br>11279 WINDTREE DRIVE EAST<br>JACKSONVILLE FL 32257 | CREDITOR ID: 307471-39<br>RICHARD ALLAN WEISE<br>273 E 165TH ST<br>HARVEY IL 60426 |
| CREDITOR ID: 307472-39<br>RICHARD ALLEN COGHILL<br>2425 DICK SMITH RD<br>KITTRELL NC 27544 | CREDITOR ID: 307473-39<br>RICHARD ALLEN JOHNSON<br>445 LIBERTY RD<br>CHELSEA AL 35043 | CREDITOR ID: 307474-39<br>RICHARD ALLEN MODENHAUER &<br>MARGARET MARY MOLDENHAUER JT TEN<br>15120 FRANKLIN DR<br>BROOKFIELD WI 53005 |
| CREDITOR ID: 307475-39<br>RICHARD ANDREW PIPPIN<br>43 CREEKWOOD RD<br>HARTWELL GA 30643 | CREDITOR ID: 307476-39<br>RICHARD ANDREWS<br>9860 NW 24 PL<br>SUNRISE FL 33322 | CREDITOR ID: 307477-39<br>RICHARD ANTHONY ALTOBELLIS<br>320 PONTE VEDRA BLVD<br>PONTE  VEDRA  BEACH FL 32082 |
| CREDITOR ID: 307480-39<br>RICHARD B BOWERS JR<br>PO BOX 374<br>MINERAL  SPRINGS NC 28108 | CREDITOR ID: 307481-39<br>RICHARD B CAINE & PRISCILLA<br>CAINE JT TEN<br>BOX 1131<br>ST  AUGUSTINE FL 32085 | CREDITOR ID: 307482-39<br>RICHARD B CASS & SUSAN B<br>CASS TEN COM<br>9913 CRAIG ST<br>OVERLAND  PARK KS 66212 |
| CREDITOR ID: 307483-39<br>RICHARD B COBLE & LESLEY C<br>COBLE JT TEN<br>5511 ANTOINETTE ST<br>SARASOTA FL 34232 | CREDITOR ID: 307484-39<br>RICHARD B JENNESS<br>6699 HWY 95-A<br>MOLINO FL 32577 | CREDITOR ID: 307485-39<br>RICHARD B MCLAUGHLIN & SUSAN<br>M MCLAUGHLIN JT TEN<br>109 ELAINE DR<br>AUBURNDALE FL 33823 |
| CREDITOR ID: 307486-39<br>RICHARD B RIVAS & REGINA K<br>RIVAS JT TEN<br>PO BOX 143<br>CRAWFORD TX 76638 | CREDITOR ID: 307487-39<br>RICHARD B SMITH<br>P O BOX 26704<br>GREENVILLE SC 29616 | CREDITOR ID: 307488-39<br>RICHARD B SMITH JR<br>706 OLD CEDAR ROCK RD<br>EASLEY SC 29640 |