# EXHIBIT A
# SERVICE LIST

## (R through Z)

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307489-39<br>RICHARD B SMITH SR<br>113 SKYLAND DR<br>EASLEY SC 29640 | CREDITOR ID: 307490-39<br>RICHARD BAKER<br>2 BUENA VISTA RD<br>PO BOX 95<br>UNIONVILLE CT 06085 | CREDITOR ID: 307491-39<br>RICHARD BAYLESS<br>803 AUTUMN LAKE<br>ALLEN TX 75002 |
| CREDITOR ID: 307492-39<br>RICHARD BAYLESS & DIANNA<br>BAYLESS JT TEN<br>803 AUTUMN LAKE<br>ALLEN TX 75002 | CREDITOR ID: 307493-39<br>RICHARD BELL<br>604 BAYLEAF CIR<br>CLAYTON NC 27520 | CREDITOR ID: 307494-39<br>RICHARD BENSON<br>166 PATRICIA DRIVE<br>SMITHFIELD NC 27577 |
| CREDITOR ID: 307496-39<br>RICHARD BETHUNE<br>POST OFFICE BOX 1417<br>MOUNT  PLEASANT NC 28124 | CREDITOR ID: 307497-39<br>RICHARD BIRDSALL & SHELLY R<br>BIRDSALL JT TEN<br>7737 VALENCIA RD<br>SEBRING FL 33870 | CREDITOR ID: 307498-39<br>RICHARD BLACKMER SMITH<br>6705 PERSIMMON TREE RD<br>BETHESDA MD 20817 |
| CREDITOR ID: 307499-39<br>RICHARD BLANCO<br>1634 PAMELA LORRAINE DR<br>CHARLOTTE NC 28213 | CREDITOR ID: 307500-39<br>RICHARD BRADLEY CORBIN<br>153 WEWT KELLEY LK<br>BRLLKS GA 30205 | CREDITOR ID: 307501-39<br>RICHARD BURRELL MADDOX<br>101 MAULDEN ST<br>SPARTANBURG SC 29302 |
| CREDITOR ID: 307502-39<br>RICHARD C ABBOTT<br>4700 CARBERRY CT<br>CHARLOTTE NC 28226 | CREDITOR ID: 307503-39<br>RICHARD C ARNOLD<br>BOX 12332<br>SAINT  PETERSBURG FL 33733 | CREDITOR ID: 307504-39<br>RICHARD C BARNES<br>PO BOX 1175<br>SMITHS AL 36877 |
| CREDITOR ID: 307505-39<br>RICHARD C CURRIER<br>230 EAST VOORHIS AVE<br>DELAND FL 32724 | CREDITOR ID: 307506-39<br>RICHARD C FORTSON<br>1788 SHOAL CREEK CIR<br>GREEN  COVE  SPRINGS FL 32043 | CREDITOR ID: 307507-39<br>RICHARD C FREEMAN III<br>473 BLANTON RD<br>ATLANTA GA 30342 |
| CREDITOR ID: 307508-39<br>RICHARD C GARNER<br>1009 TURNBRIDGE RD<br>LEXINGTON KY 40515 | CREDITOR ID: 307510-39<br>RICHARD C KNUTH<br>282 SHERWOOD DR<br>BRADENTON FL 34210 | CREDITOR ID: 307511-39<br>RICHARD C PICKETT<br>3127 PICKETT RD<br>DURHAM NC 27705 |
| CREDITOR ID: 307513-39<br>RICHARD C STREBE<br>179 MARIA LN<br>FOND  DU  LAC WI 54935 | CREDITOR ID: 307514-39<br>RICHARD C SWEEBE<br>3611 FAIRWOOD COVE<br>MEMPHIS TN 38125 | CREDITOR ID: 307515-39<br>RICHARD C SWEEBE CUST ANDREW<br>C SWEEBE UND UNIF GIFT MIN<br>ACT TN<br>3611 FAIRWOOD COVE<br>MEMPHIS TN 38125 |
| CREDITOR ID: 307516-39<br>RICHARD C SWEEBE CUST MARY M<br>SWEEBE UND UNIF GIFT MIN ACT<br>TN<br>3611 FAIRWOOD COVE<br>MEMPHIS TN 38125 | CREDITOR ID: 307517-39<br>RICHARD C TALBOTT<br>216 MILL RUN DR<br>SHEPHERDSVILLE KY 40165 | CREDITOR ID: 307518-39<br>RICHARD C YATES & JOAN R<br>YATES JT TEN<br>202 ROCK CREEK CT<br>YORKTOWN VA 23693 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307519-39<br>RICHARD CANNINGTON<br>2773 CARLENE CT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 307521-39<br>RICHARD CHRIS DRUM<br>703 BROOKGREEN DR<br>CARY NC 27511 | CREDITOR ID: 307522-39<br>RICHARD CLAY JENKINS<br>4625 COUNTRY OAKS DR<br>ROCK  HILL SC 29732 |
| CREDITOR ID: 307523-39<br>RICHARD CURTIS BABER<br>1491 ROBLE LN<br>DELTONA FL 32738 | CREDITOR ID: 307524-39<br>RICHARD D ARROWOOD<br>305 REAVIS MT RD<br>BALL  GROUND GA 30107 | CREDITOR ID: 307525-39<br>RICHARD D ARROWOOD & TERESA<br>A ARROWOOD JT TEN<br>305 REAVIS MOUNTAIN RD<br>BALL  GROUND GA 30107 |
| CREDITOR ID: 307526-39<br>RICHARD D BAUMLER & SARAH L<br>BAUMLER JT TEN<br>343 MARY LANE<br>WARNER  ROBINS GA 31088 | CREDITOR ID: 307528-39<br>RICHARD D BRADLEY<br>1149 BLUEFIELD ROAD<br>LEXINGTON SC 29073 | CREDITOR ID: 307529-39<br>RICHARD D BRAZILL &<br>JACQUELINE J BRAZILL JT TEN<br>PO BOX 343<br>TOWANDA KS 67144 |
| CREDITOR ID: 307530-39<br>RICHARD D BRIANS & MARY NELL<br>BRIANS JT TEN<br>P O BOX 157<br>COOSADA AL 36020 | CREDITOR ID: 307531-39<br>RICHARD D CRAIN<br>5754 MOUNTAIN VIEW RD<br>TAYLORS SC 29687 | CREDITOR ID: 307532-39<br>RICHARD D CRAWFORD<br>1 HORSEMAN COVE<br>LONGWOOD FL 32750 |
| CREDITOR ID: 307533-39<br>RICHARD D FRITH<br>20118 ONE PLAZA DRIVE<br>PONCHATOULA LA 70454 | CREDITOR ID: 307535-39<br>RICHARD D FRITH & DEBORAH F<br>FRITH TEN COM<br>20118 ONE PLAZA DR<br>PONCHATOULA LA 70454 | CREDITOR ID: 307534-39<br>RICHARD D FRITH & DEBORAH F<br>FRITH JT TEN<br>20118 ONE PLAZA DRIVE<br>PONCHATOULA LA 70454 |
| CREDITOR ID: 307536-39<br>RICHARD D GALLOWAY &<br>SHERRILL GALLOWAY TEN COM<br>100 GALLOWAY CT<br>LAPLACE LA 70068 | CREDITOR ID: 307537-39<br>RICHARD D HENDRICK & DEBRA W<br>HENDRICK JT TEN<br>915 JIMM ELLIOTT RD<br>LAWNDALE NC 28090 | CREDITOR ID: 307538-39<br>RICHARD D HOLLEY<br>127 ADAMSON RD<br>FITZGERALD GA 31750 |
| CREDITOR ID: 307539-39<br>RICHARD D JENKINS JR<br>601 BLAINE DR SW<br>DECATUR AL 35603 | CREDITOR ID: 307540-39<br>RICHARD D MCCOY & RHONDA F<br>MCCOY JT TEN<br>3935 WINTER RD<br>ROCK  HILL SC 29730 | CREDITOR ID: 307541-39<br>RICHARD D MCCURDY & LINDA M<br>MCCURDY JT TEN<br>8056 SOMERSET DR<br>LARGO FL 33773-2935 |
| CREDITOR ID: 307542-39<br>RICHARD D NYDICK<br>3201 W BALMORAL AVE<br>CHICAGO IL 60625 | CREDITOR ID: 307543-39<br>RICHARD D ODDY & ELIZABETH M<br>ODDY JT TEN<br>PO BOX 121<br>RED  WING MN 55066 | CREDITOR ID: 307544-39<br>RICHARD D ODDY & MILDRED<br>ODDY JT TEN<br>10524 PROPER DR LOT 3<br>HUDSON FL 34667 |
| CREDITOR ID: 307545-39<br>RICHARD D RANDELS II<br>109 QUAIL LN<br>GRIFFIN GA 30223 | CREDITOR ID: 307546-39<br>RICHARD D SAFFY<br>200 HILLSIDE DR<br>GREER SC 29651 | CREDITOR ID: 307547-39<br>RICHARD D SMITH<br>3000 SYLVANIA DR<br>RALEIGH NC 27607 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 307548-39<br>RICHARD D STANTON<br>P O BOX 266<br>SHARPES FL 32959 | CREDITOR ID: 307549-39<br>RICHARD D WOOD<br>1257 BEE STREET N<br>ORANGE  PARK FL 32065 | CREDITOR ID: 307550-39<br>RICHARD DALE BLAIR & MARGIE<br>K BLAIR JT TEN<br>2537 WRIGHT RD<br>ALCOA TN 37701 |
| CREDITOR ID: 307551-39<br>RICHARD DALE MACY SR<br>PO BOX 12847<br>FORT  PIERCE FL 34979 | CREDITOR ID: 307552-39<br>RICHARD DALE THOMAS<br>316 HILL ST<br>NEW  BERN NC 28560 | CREDITOR ID: 307553-39<br>RICHARD DALTON<br>5343 OLD WINDER HWY<br>BRASELTON GA 30517 |
| CREDITOR ID: 307554-39<br>RICHARD DANIEL COURCHENE<br>12307 GOLDEN OAK CIRCLE<br>HUDSON FL 34669 | CREDITOR ID: 307555-39<br>RICHARD DAVID PRESTON<br>3458 PINEHURST DR<br>TRUSSVILLE AL 35173 | CREDITOR ID: 307556-39<br>RICHARD DAVID SANTIAGO<br>102 OAKS BLVD<br>BAY  SAINT  LOUIS MS 39520 |
| CREDITOR ID: 307557-39<br>RICHARD DAVIS<br>5743 WILTSHIRE DR<br>COLUMBUS GA 31909 | CREDITOR ID: 307558-39<br>RICHARD DEAN HUFFMAN CUST FOR<br>RICHARD CHASE HUFFMAN UNDER<br>THE TX UNIFORM TRANSFERS TO<br>MINORS ACT<br>2005 WHISPERING OAK<br>BURLESON TX 76028 | CREDITOR ID: 307559-39<br>RICHARD DEAN MATTHEWS<br>2622 BODIE CURRIN RD<br>OXFORD NC 27565 |
| CREDITOR ID: 307560-39<br>RICHARD DOLL<br>102 CORTES AVE<br>ROYAL  PALM  BEACH FL 33411 | CREDITOR ID: 307561-39<br>RICHARD DUGDALE<br>60832 WILLOW CREEK LOOP<br>BEND OR 97702 | CREDITOR ID: 307562-39<br>RICHARD E BAZAR & LISA A<br>BAZAR JT TEN<br>22 LOFTON SQUARE<br>YULEE FL 32097 |
| CREDITOR ID: 307563-39<br>RICHARD E BAZAR JR<br>22 LOFTON SQUARE<br>YULEE FL 32097 | CREDITOR ID: 307564-39<br>RICHARD E BERKEFELD<br>1615 BIG HORN DR<br>HOUSTON TX 77090 | CREDITOR ID: 307565-39<br>RICHARD E BLYAR JR<br>10471 ROXBURY LN<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 307566-39<br>RICHARD E BROCK<br>1832 METZEROTT RD 106<br>ADELPH MD 20783 | CREDITOR ID: 307567-39<br>RICHARD E ENSTICE<br>1689 COUNTRY COVE CIR<br>MALABAR FL 32950 | CREDITOR ID: 307568-39<br>RICHARD E FISHER<br>10938 RIDGE RD<br>MADINA NY 14103 |
| CREDITOR ID: 307569-39<br>RICHARD E FORE<br>434 HORSESHOE CIR<br>ATMORE AL 36502 | CREDITOR ID: 307570-39<br>RICHARD E FORE & DEBORAH A<br>FORE JT TEN<br>434 HORSESHOE CIR<br>ATMORE AL 36502 | CREDITOR ID: 307571-39<br>RICHARD E GREEN<br>410 30TH ST N<br>PELL  CITY AL 35125 |
| CREDITOR ID: 307572-39<br>RICHARD E HAGER<br>505 LANCASTER ST APT 5D<br>JACKSONVILLE FL 32204-4136 | CREDITOR ID: 307573-39<br>RICHARD E HALEY<br>411 ELM AVE<br>SEBRING FL 33870 | CREDITOR ID: 307574-39<br>RICHARD E HENRY<br>985 WREN CT<br>MONROE OH 45050 |

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307575-39<br>RICHARD E JANDRO<br>PO BOX 1337<br>MARCO  ISLAND FL 34146 | CREDITOR ID: 307576-39<br>RICHARD E LINDNER III<br>3542 HERSCHEL VIEW ST<br>CINCINNATI OH 45208 | CREDITOR ID: 307577-39<br>RICHARD E PRESCOTT<br>13960 BARBADOS DR<br>SEMINOLE FL 33776 |
| CREDITOR ID: 307578-39<br>RICHARD E SCHORTEMEIER &<br>LINDA SUE SCHORTEMEIER JT TEN<br>9019 SW 1ST ST<br>BOCA  RATON FL 33428 | CREDITOR ID: 307580-39<br>RICHARD E SCHUSTER<br>32 EARNSCLIFF CT<br>FT  THOMAS KY 41075 | CREDITOR ID: 307579-39<br>RICHARD E SCHUSTER<br>32 EARNSCLIFF COURT<br>FORT  THOMAS KY 41075 |
| CREDITOR ID: 307581-39<br>RICHARD E TORRONOTOR<br>8803 EDGEWOOD BLVD<br>TAMPA FL 33635 | CREDITOR ID: 307582-39<br>RICHARD E TURNER & ADRIENNE<br>N TURNER JT TEN<br>3310 ENTERPRISE RD E<br>SAFETY  HARBOR FL 34695 | CREDITOR ID: 307583-39<br>RICHARD E WALLER<br>4610 MUD LANE<br>LOUISVILLE KY 40229 |
| CREDITOR ID: 307584-39<br>RICHARD E WARD & RUTHALEE M<br>WARD JT TEN<br>38211 CR 439<br>EUSTIS FL 32736 | CREDITOR ID: 307585-39<br>RICHARD E WEBER JR & DEBBIE<br>L WEBER JT TEN<br>4302 SE SATINLEAF PL<br>STUART FL 34997 | CREDITOR ID: 307586-39<br>RICHARD EARL CHURCHMAN &<br>ROBERTA I CHURCHMAN JT TEN<br>6002 SUMMIT VIEW LN<br>CRESTWOOD KY 40014 |
| CREDITOR ID: 307587-39<br>RICHARD EARL COLHOUER JR<br>3923 W CRENSHAW<br>TAMPA FL 33614 | CREDITOR ID: 307588-39<br>RICHARD EDWARD CLIFTON<br>1730 ELEY RD<br>WHITE  PLAINS GA 30678 | CREDITOR ID: 307589-39<br>RICHARD EDWARDS<br>3528 PLUM STREET<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 307590-39<br>RICHARD EILAND<br>4680 OAK TREE RD<br>MILLBROOK AL 36054 | CREDITOR ID: 307591-39<br>RICHARD ELLWOOD STEPHENS<br>250 NE 41 ST<br>OAKLAND  PARK FL 33334 | CREDITOR ID: 307592-39<br>RICHARD ELTON THOMPSON<br>7536 RAILROAD AVE<br>PANAMA  CITY FL 32409 |
| CREDITOR ID: 307593-39<br>RICHARD F BERMAN<br>1250 SW 70TH TER<br>PLANTATION FL 33317 | CREDITOR ID: 307594-39<br>RICHARD F FROWINE<br>2808 REEVES LANE<br>ALBANY GA 31707 | CREDITOR ID: 307596-39<br>RICHARD F ISAACS<br>BOX 15597<br>DURHAM NC 27704 |
| CREDITOR ID: 307597-39<br>RICHARD F JOLLY<br>6621 POWDER HORN CT<br>EIGHT  MILE AL 36613 | CREDITOR ID: 307598-39<br>RICHARD F LITTLE & MARGARET<br>E LITTLE JT TEN<br>4720 LAFAYETTE AVE<br>FORT  WORTH TX 76107 | CREDITOR ID: 307599-39<br>RICHARD F MIHALICH & MICHELE<br>M MIHALICH JT TEN<br>2144 PORTSMOUTH CI<br>TALLAHASSEE FL 32311 |
| CREDITOR ID: 307600-39<br>RICHARD F POMMIER<br>814 LAKEMONT HILLS BLVD<br>BRANDON FL 33510 | CREDITOR ID: 307601-39<br>RICHARD FILLGROVE<br>3517 PRESTWICK DR<br>MARTINEZ GA 30907 | CREDITOR ID: 307602-39<br>RICHARD FISCHER<br>215 N GERSAM AVE<br>HAMILTON OH 45013 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307603-39<br>RICHARD FREEMAN<br>23 MAHAN CT<br>WINCHESTER KY 40391 | CREDITOR ID: 307604-39<br>RICHARD FRIED CUST WARREN B<br>FRIED UNIF GIFT MIN ACT NY<br>133 SPOOK ROCK RD<br>SUFFERN NY 10901 | CREDITOR ID: 307605-39<br>RICHARD G ALLEN<br>5858 ROCKFORD DR<br>GROVETOWN GA 30813 |
| CREDITOR ID: 307606-39<br>RICHARD G BOWEN JR<br>2085 W BARLINGTON DR<br>DELTONA FL 32725 | CREDITOR ID: 307607-39<br>RICHARD G CHASTAIN<br>425 GLENWOOD DR<br>THOMASVILLE GA 31792 | CREDITOR ID: 307608-39<br>RICHARD G DILLENBECK<br>300 W OSCEOLA RD<br>GENEVA FL 32732 |
| CREDITOR ID: 307609-39<br>RICHARD G GAY<br>PO BOX 744<br>KINGSLAND GA 31548 | CREDITOR ID: 307611-39<br>RICHARD G HURTT & LORA M<br>HURTT JT TEN<br>1693 DOGWOOD CIRCLE<br>DOCTORS INLET FL 32068 | CREDITOR ID: 307612-39<br>RICHARD G JAMISON<br>490 POMONA DR<br>APOPKA FL 32712 |
| CREDITOR ID: 307613-39<br>RICHARD G KERR<br>422 N ARNOLD ST<br>MOUNT PLEASANT MI 48858 | CREDITOR ID: 307614-39<br>RICHARD G POWELL & NANCY C<br>POWELL JT TEN<br>3417 FRANKLIN ST<br>HIGHLAND IN 46322 | CREDITOR ID: 307615-39<br>RICHARD G ROBBINS<br>8202 SEAFORTH DR<br>LOUISVILLE KY 40258 |
| CREDITOR ID: 307616-39<br>RICHARD G TILLETT<br>5731 NW 57TH WAY<br>GAINESVILLE FL 32653 | CREDITOR ID: 307617-39<br>RICHARD GEORGE LEE<br>105-B N MADISON ST<br>QUINCY FL 32351 | CREDITOR ID: 307618-39<br>RICHARD GIROFALO &<br>CELLISTEEN GIROFALO JT TEN<br>118 REEDY ST<br>CHESTER SC 29706 |
| CREDITOR ID: 307619-39<br>RICHARD GLENN HOWELL<br>268 ROSINDALE RD<br>CLARKTON NC 28433 | CREDITOR ID: 307621-39<br>RICHARD GOLDBERG CUST<br>DEBORAH SAMANTHA NOVAK<br>GOLDBERG UNDER THE IL UNIF<br>TRAN MIN ACT<br>125 PARK LANE<br>DEERFIELD IL 60015 | CREDITOR ID: 307620-39<br>RICHARD GOLDBERG CUST<br>DEBORAH SAMANTHA GOLDBERG<br>UNDER THE IL UNIF TRAN MIN<br>ACT<br>125 PARK LANE<br>DEERFIELD IL 60015 |
| CREDITOR ID: 307623-39<br>RICHARD GOLDBERG CUST RACHEL<br>ELENA NOVAK GOLDBERG UNDER<br>THE IL UNIF TRAN MIN ACT<br>125 PARK LANE<br>DEERFIELD IL 60015 | CREDITOR ID: 307624-39<br>RICHARD GORDON HOLLOWAY<br>803 CARROL AVE<br>LUFKIN TX 75901 | CREDITOR ID: 307625-39<br>RICHARD GREGORY SUBER III<br>409 E KING ST<br>QUINCY FL 32351 |
| CREDITOR ID: 307626-39<br>RICHARD H ALONSO<br>112 DRU CT<br>LEESBURG GA 31763 | CREDITOR ID: 307627-39<br>RICHARD H BOEHNING & RUTH J<br>BOEHNING JT TEN<br>13 HOLLYRIDGE LANE<br>TRYON NC 28782 | CREDITOR ID: 307628-39<br>RICHARD H DROTLEFF & JUDITH<br>A DROTLEFF JT TEN<br>246 DAISY AVE<br>FORT MYERS FL 33908 |
| CREDITOR ID: 307629-39<br>RICHARD H FLANAGAN JR &<br>CAROLYN B FLANAGAN JT TEN<br>6712 NUTCRACKER PL<br>CHARLOTTE NC 28212 | CREDITOR ID: 307630-39<br>RICHARD H FLODIN<br>5902 W MAPLE AVE<br>BERKELEY IL 60163 | CREDITOR ID: 307631-39<br>RICHARD H HAMILTON & SUSAN C<br>HAMILTON JT TEN<br>4850 ACKERMAN ST<br>NEW PORT RICHEY FL 34653 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                        CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 307632-39<br>RICHARD H HAMMOND JR &<br>MERIAM E HAMMOND JT TEN<br>16200 W TROON CIR<br>HIALEAH FL 33014 | CREDITOR ID: 307633-39<br>RICHARD H HYDRICK JR<br>304 ARRON CT<br>OLD  HICKORY TN 37138 | CREDITOR ID: 307634-39<br>RICHARD H LEE<br>RR 1 BOX 185<br>SOLSBERRY IN 47459 |
| CREDITOR ID: 307636-39<br>RICHARD H PARMELEE & FRANCES<br>G PARMELEE JT TEN<br>7075 HANSON DR N<br>JACKSONVILLE FL 32210 | CREDITOR ID: 307637-39<br>RICHARD H SMITH<br>151 VENABLE RD<br>TEMPLE GA 30179 | CREDITOR ID: 307638-39<br>RICHARD H SMITH & GEORGIA M<br>SMITH JT TEN<br>151 VENABLE RD<br>TEMPLE GA 30179 |
| CREDITOR ID: 307640-39<br>RICHARD H TASKER<br>403 NANCY ROSS DR<br>EUFAULA AL 36027 | CREDITOR ID: 307641-39<br>RICHARD H TOMKIEVICH<br>4717 BLUE HERON PL<br>DELEON  SPRINGS FL 32130 | CREDITOR ID: 307643-39<br>RICHARD H TRACY<br>3510 WEST GALBRAITH<br>CINCINNATI OH 45239 |
| CREDITOR ID: 307642-39<br>RICHARD H TRACY<br>3510 W GALBRAITH RD<br>CINCINNATI OH 45239 | CREDITOR ID: 307644-39<br>RICHARD HANNON<br>4459 LAMBING ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 307645-39<br>RICHARD HENRY LEE<br>RR 1 BOX 185<br>SOLSBERRY IN 47459 |
| CREDITOR ID: 307646-39<br>RICHARD HILL JR<br>5800 LAWN MEADOW DR<br>CHARLOTTE NC 28216 | CREDITOR ID: 307647-39<br>RICHARD HUGH HEFNER<br>123 DOGWOOD TRL # 66<br>NEW  HAVEN KY 40051 | CREDITOR ID: 307648-39<br>RICHARD HUNTER<br>RT 3 BOX 171 A<br>GREENVILLE FL 32331 |
| CREDITOR ID: 307649-39<br>RICHARD I MCKEOWN<br>2985 OLDE GATE RD<br>MOBILE AL 36695 | CREDITOR ID: 307650-39<br>RICHARD IAN PHILLIPS<br>3120 VALLEY PARK DR<br>BIRMINGHAM AL 35243 | CREDITOR ID: 307651-39<br>RICHARD J ACHILLE<br>PO BOX 2782<br>TALLAHASSEE FL 32316 |
| CREDITOR ID: 307652-39<br>RICHARD J BISHOP<br>2998 NIXON LOOP<br>MADISON FL 32340 | CREDITOR ID: 307653-39<br>RICHARD J BLAHUT JR<br>2144 CROMWELL RD<br>JACKSONVILLE FL 32246 | CREDITOR ID: 307655-39<br>RICHARD J CONNER & LINDA<br>GAIL CONNER JT TEN<br>3570 DANIELS CT<br>GRANBURY TX 76048 |
| CREDITOR ID: 307656-39<br>RICHARD J COSTIGAN<br>35 QUEENS RD<br>ROCKAWAY NJ 07866 | CREDITOR ID: 307657-39<br>RICHARD J FERENCE<br>1301 FULLERS CROSS RD<br>WINTER  GARDEN FL 34787 | CREDITOR ID: 307658-39<br>RICHARD J FERENCE & MARILYN<br>J FERENCE JT TEN<br>1301 FULLERS CROSS RD<br>WINTER  GARDEN FL 34787 |
| CREDITOR ID: 307659-39<br>RICHARD J GESUALDO<br>PO BOX 332<br>POTTER  VALLEY CA 95469 | CREDITOR ID: 307660-39<br>RICHARD J GLASS<br>1163 VILLAGE GLEN DR<br>BATAVIA OH 45103 | CREDITOR ID: 307661-39<br>RICHARD J HARPSTER<br>1747 PATRICIA LN<br>ORANGE  PARK FL 32073 |

SERVICE LIST

## Notice of Chapter 11 Bankruptcy Case,
## Meeting of Creditors, Deadlines

### Notice of Deadline Requiring Filing of Proofs of Claim
### on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 307662-39<br>RICHARD J KENNEY<br>3858 BLUEBILL PLACE<br>STUART FL 34997 | CREDITOR ID: 307663-39<br>RICHARD J KERRN<br>907 JERRY SMITH RD<br>DOVER FL 33527 | CREDITOR ID: 307664-39<br>RICHARD J LEE<br>1233 DOGWOOD ACRES TRL<br>SAINT MATTHEWS SC 29135 |
| CREDITOR ID: 307665-39<br>RICHARD J LEE & MARTHA M LEE<br>JT TEN<br>1233 DOGWOOD ACRES TRL<br>SAINT MATTHEWS SC 29135 | CREDITOR ID: 307666-39<br>RICHARD J LEHMAN CUST<br>CYRSTAL LEHMAN G/M/A/FL<br>14327 REFLECTION LAKES DR<br>FORT MYERS FL 33907 | CREDITOR ID: 307667-39<br>RICHARD J MEONI<br>2820 NW 106 DR<br>CORAL SPRINGS FL 33065 |
| CREDITOR ID: 307668-39<br>RICHARD J PATTERSON<br>11719 MANGO CROSS CT<br>SEFFNER FL 33584 | CREDITOR ID: 307669-39<br>RICHARD J REECE<br>323 KELLY LANE<br>DALLAS GA 30132 | CREDITOR ID: 307670-39<br>RICHARD J SCHUTZENHOFER<br>391-L RALPH MCGILL BLVD NE<br>ATLANTA GA 30312 |
| CREDITOR ID: 307671-39<br>RICHARD J SHAFER JR<br>745 OATMAN ST<br>YORK PA 17404 | CREDITOR ID: 307672-39<br>RICHARD J TERRY<br>1700 N FORREST ST<br>VALDOSTA GA 31601 | CREDITOR ID: 307673-39<br>RICHARD J WAGNER<br>4220 WINCHESTER LANE<br>WEST PALM BEACH FL 33406 |
| CREDITOR ID: 307674-39<br>RICHARD J WEBB<br>4404 COBALT ST<br>PALATKA FL 32177 | CREDITOR ID: 307675-39<br>RICHARD JAY MCKIBBEN<br>12 LAKE DR<br>P O BOX 26<br>PINE MT VALLEY GA 31823 | CREDITOR ID: 307676-39<br>RICHARD JOHN SCHNEIDER SR &<br>ROSE ANNA SCHNEIDER JT TEN<br>620 NE 4TH PL<br>HIALEAH FL 33010 |
| CREDITOR ID: 307677-39<br>RICHARD JOHNSON<br>495 E CHAPEL ROAD<br>ROCK HILL SC 29730 | CREDITOR ID: 307678-39<br>RICHARD JOSEPH BOVE JR<br>#605<br>1575 NW 13TH ST<br>BOCA RATON FL 33486 | CREDITOR ID: 307679-39<br>RICHARD K CARSON JR<br>4668 GALAXY LN<br>CINCINNATI OH 45244 |
| CREDITOR ID: 307680-39<br>RICHARD K GOFRON SR<br>71 WATERGATE DRIVE<br>BARRINGTON IL 60010 | CREDITOR ID: 307681-39<br>RICHARD K OSHIRO<br>4100 N PONTIAC AVE<br>CHICAGO IL 60634 | CREDITOR ID: 307682-39<br>RICHARD KATZ &<br>BETTY KATZ JT TEN<br>2214 MCMINN ST<br>ALIQUIPPA PA 15001-2715 |
| CREDITOR ID: 307683-39<br>RICHARD KEITH MINOR<br>PO BOX 922237<br>NORCROSS GA 30092 | CREDITOR ID: 307684-39<br>RICHARD KING & JANET L KING<br>JT TEN<br>25413 WATERBROOK COURT<br>LEESBURG FL 34748 | CREDITOR ID: 307685-39<br>RICHARD KOPPENHOEFER & CARA<br>KOPPENHOEFER JT TEN<br>92 RYAN DR<br>HARRISON OH 45030 |
| CREDITOR ID: 307686-39<br>RICHARD KVESET<br>5844 PORTSMOUTH DR<br>TAMPA FL 33615 | CREDITOR ID: 307687-39<br>RICHARD L ADAMS<br>3737 SOUTH VALLEY RD<br>SOUTHSIDE AL 35901 | CREDITOR ID: 307688-39<br>RICHARD L BEARAK & KAREN B<br>SZOMORU CO-TTEES U-A DTD 12-05-96<br>CHARLES & MINNIE BEARAK E TR<br>ATTN INA BEARAK HELFAND<br>3792 WILDWOOD ST<br>YORKTOWN NY 10598 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307689-39<br>RICHARD L BENTON<br>8125 BOHANNON RD<br>FAIRBURN GA 30213 | CREDITOR ID: 307690-39<br>RICHARD L BUCK JANN L BUCK<br>10874 S W 80TH CT<br>OCALA FL 34481 | CREDITOR ID: 307691-39<br>RICHARD L BUECHELE & LOU ANN<br>BUECHELE JT TEN<br>3119 LYNNWOOD WAY<br>LOUISVILLE KY 40299 |
| CREDITOR ID: 307692-39<br>RICHARD L CAMPBELL<br>9064 EAGLES RIDGE DR<br>TALLAHASSEE FL 32312 | CREDITOR ID: 307693-39<br>RICHARD L CHRETIEN<br>3029 VALLEY FORGE TRL<br>FORT WORTH TX 76140 | CREDITOR ID: 307694-39<br>RICHARD L CLARK AND RAJ M CLARK JT TEN<br>12314 ORLEANS<br>BARRETT/ STATION/ TX 77532 |
| CREDITOR ID: 307695-39<br>RICHARD L CLECKLEY III<br>1110 W LANCEWOOD PL<br>DELRAY BEACH FL 33445 | CREDITOR ID: 307696-39<br>RICHARD L DISHAROON<br>1800 ROCKMART HWY<br>CEDARTOWN GA 30125 | CREDITOR ID: 307697-39<br>RICHARD L GUETHLE<br>8014 PEPPERMINT LN<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 307698-39<br>RICHARD L HAMMOCK<br>1209 S RAILROAD ST<br>PHENIX CITY AL 36867 | CREDITOR ID: 307699-39<br>RICHARD L HOYT & JUDITH R<br>HOYT JT TEN<br>1535 CARR ST<br>RALEIGH NC 27608 | CREDITOR ID: 307700-39<br>RICHARD L JOHANNES &<br>MARCELLA M JOHANNES JT TEN<br>210 COLFAX ST<br>SCHUYLER NE 68661 |
| CREDITOR ID: 307701-39<br>RICHARD L LLOYD<br>54219 HERON RD<br>CALLAHAN FL 32011 | CREDITOR ID: 307703-39<br>RICHARD L MIKULSKY &<br>CATHERINE L MIKULSKY JT TEN<br>312 YAMASSEE RD<br>WAXHAW NC 28173 | CREDITOR ID: 307704-39<br>RICHARD L QUEVEDO & DOLORES<br>G QUEVEDO JT TEN<br>6516 ARTHUR DR<br>FORT WORTH TX 76134 |
| CREDITOR ID: 307706-39<br>RICHARD L REYNOLDS<br>1615 NW 16 DR<br>GAINESVILLE FL 32605 | CREDITOR ID: 307707-39<br>RICHARD L SAUNDERS & DOREEN<br>A SAUNDERS JT TEN<br>3711 KELLY ST<br>FT MYERS FL 33901 | CREDITOR ID: 307708-39<br>RICHARD L SCOTT SR & MARGIE<br>B SCOTT JT TEN<br>127 STOVALL ST<br>HOUMA LA 70364 |
| CREDITOR ID: 307709-39<br>RICHARD L SHAW & ANGELA SHAW<br>JT TEN<br>R R #4 BOX 7909<br>GARDINER ME 04345 | CREDITOR ID: 307711-39<br>RICHARD L SMITH<br>5611 E MANSLICK RD<br>LOUISVILLE KY 40219 | CREDITOR ID: 307710-39<br>RICHARD L SMITH<br>4392 OAKVIEW RD<br>WAYCROSS GA 31501 |
| CREDITOR ID: 307712-39<br>RICHARD L WIGGINS<br>6170 PARK ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 307713-39<br>RICHARD L WILLIAMS<br>1501 SE 8TH AVE<br>OKEECHOBEE FL 34974 | CREDITOR ID: 307715-39<br>RICHARD LANG HIGHFILL<br>802 W MONROE ST<br>MAYODON NC 27027 |
| CREDITOR ID: 307716-39<br>RICHARD LANG HIGHFILL &<br>RHONDA CAROLE HIGHFILL JT TEN<br>802 W MONROE ST<br>MAYODON NC 27027 | CREDITOR ID: 307717-39<br>RICHARD LARRY ABERCROMBIE<br>5114 HOPEWELL CHURCH RD<br>GAINESVILLE GA 30506 | CREDITOR ID: 307718-39<br>RICHARD LAVON ADAMS<br>3737 SOUTH VALLEY RD<br>SOUTHSIDE AL 35901 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307719-39<br>RICHARD LEE BRENNAN<br>5825 BOB SMITH AVE<br>PLANT CITY FL 33565 | CREDITOR ID: 307720-39<br>RICHARD LEE CREECY & DEBORAH<br>JUNE CREECY JT TEN<br>425 H SW<br>ARDMORE OK 73401 | CREDITOR ID: 307721-39<br>RICHARD LEE DAWLEY<br>135 AUL BERN DRIVE EAST<br>MOUNT WASHINGTON KY 40047 |
| CREDITOR ID: 307722-39<br>RICHARD LEE STAFFORD<br>2918 MARCUS JANES RD<br>FAYETEVILLE NC 28306 | CREDITOR ID: 307723-39<br>RICHARD LEE WHYLE SR &<br>PATRICIA K WHYLE JT TEN<br>708 SW GRAFF WAY<br>LEE'S SUMMIT MO 64081 | CREDITOR ID: 307724-39<br>RICHARD LESTER & NANCY<br>LESTER JT TEN<br>4 FOXWOOD DR<br>ROCK ISLAND IL 61201 |
| CREDITOR ID: 307725-39<br>RICHARD LEWIS GAULDIN<br>4340 7TH ST N<br>ST PETERSBURG FL 33703 | CREDITOR ID: 307726-39<br>RICHARD LOMBARDO<br>219 N COLORADO ST<br>GUNNISON CO 81230 | CREDITOR ID: 307727-39<br>RICHARD LUCERO & TILLIE T<br>LUCERO JT TEN<br>813 ALAMEDA BLVD NW<br>ALAMEDA NM 87114 |
| CREDITOR ID: 307728-39<br>RICHARD LYMAN CHANDLER<br>11806 EAGLE PASS DR<br>CHESTERFIELD VA 23838 | CREDITOR ID: 307729-39<br>RICHARD LYNN GIBSON<br>110 HOLLYWOOD RD<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 307730-39<br>RICHARD M ADAMS<br>BOX 81425<br>AUSTIN TX 78708 |
| CREDITOR ID: 307731-39<br>RICHARD M ADAMSON<br>3156 LAUREL GROVE N<br>JACKSONVILLE FL 32223 | CREDITOR ID: 307732-39<br>RICHARD M BAYLOR<br>PO BOX 238<br>MONTGOMERY AL 36101 | CREDITOR ID: 307733-39<br>RICHARD M BELL<br>3900 COLEBROOK RD<br>CHARLOTTE NC 28215 |
| CREDITOR ID: 307734-39<br>RICHARD M GADDIS II<br>1407 N LAKESHORE DR<br>MARION IN 46952 | CREDITOR ID: 307735-39<br>RICHARD M HARRIS & NORMA<br>RUTH M HARRIS JT TEN<br>163 NONIE LANE<br>DEATSVILLE AL 36022 | CREDITOR ID: 307736-39<br>RICHARD M MONGE<br>730 SOUTH MCDUFF AVE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 307737-39<br>RICHARD M WAGNER<br>1900 PARK FOREST BLVD<br>MT DORA FL 32757 | CREDITOR ID: 307738-39<br>RICHARD M WAGNER & CHRISTINE<br>H WAGNER JT TEN<br>1900 PARK FOREST BLVD<br>MOUNT DORA FL 32757 | CREDITOR ID: 307739-39<br>RICHARD M WIBEL<br>2825 AMBERLY HILLS TRL<br>DACULA GA 30019 |
| CREDITOR ID: 307740-39<br>RICHARD MAAS & CAROL MAAS<br>JT TEN<br>3832 CHATWOOD CT<br>CINCINATTI OH 45248 | CREDITOR ID: 307741-39<br>RICHARD MARCUS GILL<br>817 SCOTT PL<br>ABILENE TX 79601 | CREDITOR ID: 307743-39<br>RICHARD MEYER<br>724 VINCENT DR<br>TAYLOR MILL KY 41015 |
| CREDITOR ID: 307744-39<br>RICHARD MICHAEL BOWMAN<br>676 HEMITS COVE<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 307745-39<br>RICHARD MICHAEL WATSON<br>316 CAPELLA RD<br>ORANGE PARK FL 32073 | CREDITOR ID: 307746-39<br>RICHARD MICHAEL WINTERS<br>134 RAY MAR DR<br>ORMOND BEACH FL 32176 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 307747-39
RICHARD MITCHELL JR
6505 GREENBOWER LN
COLLEGE PARK GA 30349

CREDITOR ID: 307748-39
RICHARD MITCHELL JR & TONI W
MITCHELL JT TEN
210 FIDDERS RIDGE
FAIRBURN GA 30213

CREDITOR ID: 307749-39
RICHARD N LUCAS
1141 WOODSMERE PKWY
ROCKLEDGE FL 32955

CREDITOR ID: 307752-39
RICHARD N WOLLMANN
5416 RAMSEY DR
THE  COLONY TX 75056

CREDITOR ID: 307753-39
RICHARD O CLOUTHIER & LOISE
CLOUTHIER JT TEN
911 LENORE AVENUE
ST  CLOUD FL 34769

CREDITOR ID: 307754-39
RICHARD O RUSH
6025 SUITS RD
ARCHDALE NC 27263-3992

CREDITOR ID: 307755-39
RICHARD O SHANNON
41 OCEAN AVE # B
NEW  LONDON CT 06320

CREDITOR ID: 307756-39
RICHARD P BETTS
1203 S STARLING DR
HOBBS NM 88240

CREDITOR ID: 307757-39
RICHARD P CAMPER
624 SEABREEZE DR
PANAMA  CITY FL 32413

CREDITOR ID: 307758-39
RICHARD P HANKS
615 GEORGIA AVE
ROANOKE  RAPIDS NC 27870

CREDITOR ID: 307759-39
RICHARD P JUMP
1711 ROLLING ROAD
GREENSBORO NC 27403

CREDITOR ID: 307760-39
RICHARD P KLENOTICH &
BEATRICE R KLENOTICH JT TEN
2220 PINE MEADOW AVE
W  MELBOURNE FL 32904

CREDITOR ID: 307761-39
RICHARD P ODONOVAN
6610 16TH ST
ZEPHYRHILLS FL 33542

CREDITOR ID: 307762-39
RICHARD P RIZZO
7500 BLACK HAWK TR
SPRING  HILL FL 34606

CREDITOR ID: 307763-39
RICHARD P WETTSTEIN & ROMA J
WETTSTEIN JT TEN
1131 COUNTY ROAD 800 N
EUREKA IL 61530

CREDITOR ID: 307764-39
RICHARD PAGE MILES
6527 MERCER ST
SAN  DIEGO CA 92122

CREDITOR ID: 307765-39
RICHARD PARKES
637 WOODCREST DR
HURST TX 76053

CREDITOR ID: 307766-39
RICHARD PARROTT
2645 ROANOKE AVE
NEW  ALBANY IN 47150

CREDITOR ID: 307767-39
RICHARD PAUL MASKE JR
7740 NW 35TH ST
HOLLYWOOD FL 33024

CREDITOR ID: 307769-39
RICHARD PAUL SUNDBERG &
BONNY MICHAEL SUNDBERG JT TEN
1116 W BLAINE ST
SEATTLE WA 98119

CREDITOR ID: 307768-39
RICHARD PAUL SUNDBERG &
BONNEY MICHAEL SUNDBERG JT TEN
C/O BONNEY PALLASCH
1116 W BLAINE ST
SEATTLE WA 98119

CREDITOR ID: 307770-39
RICHARD POPE & HENRIETTA J
POPE JT TEN
2846 TANSY RD
MIDDLEBURG FL 32068

CREDITOR ID: 307771-39
RICHARD R CAPPADONA
9801 OLD BAYMEADERS RD APT 46
JACKSONVILLE FL 32256

CREDITOR ID: 307772-39
RICHARD R CLOONAN
5125 N AMARILLO DRIVE
BEVERLY  HILLS FL 34465

CREDITOR ID: 307773-39
RICHARD R ELMY
2510 CREIGHTON AVENUE
PARKVILLE MD 21234

CREDITOR ID: 307775-39
RICHARD R KRUNOSKY
2506 W DALLAS AVE
SELMA AL 36701

CREDITOR ID: 307776-39
RICHARD R MOHME
BOX 30812
SANTA  BARBARA CA 93130

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307777-39<br>RICHARD R POISSON & SHIRLEY<br>A POISSON JT TEN<br>32572 LIPAROTO DRIVE<br>ROCKWOOD MI 48173 | CREDITOR ID: 307778-39<br>RICHARD R PRINCE<br>2798 NE 13 TERR<br>POMPANO FL 33064 | CREDITOR ID: 307779-39<br>RICHARD R REES<br>16451 MAJESTIC OAK DR<br>PRAIRIEVILLE LA 70769 |
| CREDITOR ID: 307780-39<br>RICHARD R RICE<br>308 LIVE OAK ST APT 5<br>METAIRIE LA 70005 | CREDITOR ID: 307781-39<br>RICHARD R ROMANO II<br>1276 BELAIRE DR<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 307782-39<br>RICHARD R TILLMAN & ARA L<br>TILLMAN JT TEN<br>3300 N HOUSTON ST<br>FORT  WORTH TX 76106 |
| CREDITOR ID: 307783-39<br>RICHARD R TILLMAN & ARA LOU<br>TILLMAN TEN COM<br>3300 N HOUSTON ST<br>FORT  WORTH TX 76106 | CREDITOR ID: 307784-39<br>RICHARD R WAGNER<br>735 DIANE CIR<br>CASSELBERRY FL 32707 | CREDITOR ID: 307785-39<br>RICHARD RAMP<br>112 MACEDONIA RD<br>NORTH  AUGUSTA SC 29860 |
| CREDITOR ID: 307786-39<br>RICHARD REH<br>402 REIDER AVE<br>LONGWOOD FL 32750 | CREDITOR ID: 307787-39<br>RICHARD ROSENBUSH<br>1261 WINTERGREEN WAY<br>WINTER  GARDEN FL 34787 | CREDITOR ID: 307788-39<br>RICHARD RYAN BRADY<br>101 HEAFNER DR<br>SHELBY NC 28150 |
| CREDITOR ID: 307789-39<br>RICHARD S BACHTELL<br>505 LAURA DR N<br>MANDEVILLE LA 70448 | CREDITOR ID: 307790-39<br>RICHARD S BARTULA JR<br>19351 FENTON DEDEAUX RD<br>KILN MS 39556 | CREDITOR ID: 307791-39<br>RICHARD S BONNER<br>1510 HICKORY RD<br>VALDOSTA GA 31601 |
| CREDITOR ID: 307792-39<br>RICHARD S DALY<br>812 W MLK M<br>SEFFNER FL 33584 | CREDITOR ID: 307793-39<br>RICHARD S DOUD<br>P O BOX 612<br>GREENEVILLE TN 37744 | CREDITOR ID: 307794-39<br>RICHARD S HALDEMAN<br>2907 HAVEN RD<br>YULEE FL 32097 |
| CREDITOR ID: 307795-39<br>RICHARD S HERRERA<br>504 WOODROW<br>ARLINGTON TX 76012 | CREDITOR ID: 307796-39<br>RICHARD S KING SR<br>983 LEBANON CHURCH RD<br>FOUNTAIN  RUN KY 42133 | CREDITOR ID: 307797-39<br>RICHARD S MILLER<br>6312 DAVID DR<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 307798-39<br>RICHARD S PEDRAZA JR & KAREN<br>L PEDRAZA JT TEN<br>CALLE 3 GG158<br>EXT ONEILL<br>MANATI PR 00674 | CREDITOR ID: 307799-39<br>RICHARD S SYDERS<br>4120 COCKROACH BAY RD<br>LOT 7<br>RUSKIN FL 33570 | CREDITOR ID: 307800-39<br>RICHARD SCHMIDT & DEBORAH<br>SCHMIDT JT TEN<br>2839 UNIVERSITY CIRCLE<br>CRESTVIEW  HILLS KY 41017 |
| CREDITOR ID: 307801-39<br>RICHARD SCOTT MARR<br>12734 PLUMMER GRANT RD<br>JACKSONVILLE FL 32223 | CREDITOR ID: 307802-39<br>RICHARD SCOTT PAGINGTON &<br>HEATHER PAGINGTON JT TEN<br>913 59TH AVE DR E<br>BRADENTON FL 34203 | CREDITOR ID: 307803-39<br>RICHARD SHEPHERD<br>118 DESTIN DR<br>FORT  WALTON  BEACH FL 32548 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307804-39<br>RICHARD SPURGEON & CACHETA<br>SPURGEON JT TEN<br>9970 NW 44TH COURT<br>SUNRISE FL 33351 | CREDITOR ID: 307805-39<br>RICHARD STEVEN CHILDERS<br>1800 WILSON DR<br>LAURENS SC 29360 | CREDITOR ID: 307806-39<br>RICHARD T CLARK<br>6710 RIDGETOP DR<br>NEW PORT RICHEY FL 34655 |
| CREDITOR ID: 307807-39<br>RICHARD T CONGO<br>207 WESCHASE ROW<br>HUNTSVILLE AL 35801 | CREDITOR ID: 307808-39<br>RICHARD T COWART & KIMBERLY<br>R COWART JT TEN<br>5293 GOLF DR<br>LAKE PARK GA 31636 | CREDITOR ID: 307809-39<br>RICHARD T HARMAN<br>P O BOX 1076<br>BURLESON TX 76097 |
| CREDITOR ID: 307810-39<br>RICHARD T HASKINS<br>851 THREE INLANDS BLVD<br>HALLANDALE BEACH FL 33009 | CREDITOR ID: 307811-39<br>RICHARD T TRITSCHLER & MARY<br>E TRITSCHLER JT TEN<br>948 NE 152ND CT<br>WILLISTON FL 34293 | CREDITOR ID: 307812-39<br>RICHARD THOMAS ROSZELL<br>1090 SWANSON DR<br>DELTONA FL 32738 |
| CREDITOR ID: 307813-39<br>RICHARD TODD GULLIAN<br>9030 SPRING HILL DRIVE<br>SPRING HILL FL 34608 | CREDITOR ID: 307814-39<br>RICHARD TORRES<br>2519 56 AVE E<br>BRADENTON FL 34203 | CREDITOR ID: 307815-39<br>RICHARD TURNER & LINDA<br>TURNER JT TEN<br>6582 HALEY RD<br>CINCINNATI OH 45227 |
| CREDITOR ID: 307816-39<br>RICHARD V DARBY & WANDA C<br>DARBY JT TEN<br>547 PINCKNEY RD<br>CHESTER SC 29706 | CREDITOR ID: 307817-39<br>RICHARD VARNADO<br>42 BARTH RD<br>POPLARVILLE MS 39470 | CREDITOR ID: 307818-39<br>RICHARD W ALEXANDER JR<br>815 6AFITTE ST<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 307819-39<br>RICHARD W BRANDON & PAULINE<br>BRANDON JT TEN<br>460 FRIDAY ROAD<br>QUINCY FL 32351 | CREDITOR ID: 307820-39<br>RICHARD W CALVITT & THERESA M<br>CALVITT JT TEN<br>PO BOX 502<br>LIVE OAK FL 32064 | CREDITOR ID: 307821-39<br>RICHARD W CARBO SR<br>14476 W MARCIE RD<br>GULFPORT MS 39503 |
| CREDITOR ID: 307822-39<br>RICHARD W DORRIS<br>791 PLUM RIDGE TRL<br>SIDNEY OH 45365 | CREDITOR ID: 307823-39<br>RICHARD W FOUNTAIN<br>954 CR 217<br>JACKSONVILLE FL 32234 | CREDITOR ID: 307824-39<br>RICHARD W GASTON & ROSE S<br>GASTON JT TEN<br>P O BOX 375<br>203 E BASE STREET<br>MADISON FL 32341 |
| CREDITOR ID: 307825-39<br>RICHARD W HALE<br>34 CRYSTAL LAKE<br>COVINGTON KY 41017 | CREDITOR ID: 307826-39<br>RICHARD W HEINTZ<br>1008 HIGHFIELD RD<br>BETHEL PARK PA 15102 | CREDITOR ID: 307827-39<br>RICHARD W HOERTER<br>1353 TEXAS ST<br>LOUISVILLE KY 40217 |
| CREDITOR ID: 307828-39<br>RICHARD W HOOVER<br>18 LARCHMONT LN<br>LEXINGTON MA 02173 | CREDITOR ID: 307829-39<br>RICHARD W HOUSEWRIGHT &<br>PATRICIA A HOUSERIGHT JT TEN<br>10482 CHEETAH WINDS<br>LITTLETON CO 80124 | CREDITOR ID: 307830-39<br>RICHARD W ICE<br>129 PENNSYLVANIA AVE<br>PALM HARBOR FL 34683 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307831-39<br>RICHARD W IRVING<br>1028 SW EMBERS TERR<br>CAPE CORAL FL 33991 | CREDITOR ID: 307832-39<br>RICHARD W IVERSTINE<br>10547 WADE DR<br>DEMHAM SPRINGS LA 70726 | CREDITOR ID: 307833-39<br>RICHARD W LAYENDECKER<br>1429 OVERBROOK RD<br>ENGLEWOOD FL 34223 |
| CREDITOR ID: 307834-39<br>RICHARD W LOHR & INUS J LOHR<br>TEN ENT<br>214 WEST KING STREET<br>WAYNESBORO PA 17268 | CREDITOR ID: 307835-39<br>RICHARD W NICHOLS<br>3429 SHANNA OAKS DR<br>JACKSONVILLE FL 32277 | CREDITOR ID: 307836-39<br>RICHARD W NICHOLS CUST SARAH<br>MAE NICHOLS UNIF TRAN MIN<br>ACT FL<br>3429 SHAUNA OAKS DR<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 307837-39<br>RICHARD W OREAR & SANDRA A<br>OREAR JT TEN<br>408 CUTLASS DR<br>KNOXVILLE TN 37922 | CREDITOR ID: 307838-39<br>RICHARD W PARKER<br>6208 W RIVER CIR<br>MACCLENNY FL 32063 | CREDITOR ID: 307839-39<br>RICHARD W SCHNEIDER & JOAN A<br>SCHNEIDER JT TEN<br>PO BOX 5221<br>SALT SPRINGS FL 32134 |
| CREDITOR ID: 307840-39<br>RICHARD W SHOWERS<br>122 WALNUT DRIVE<br>GARNER NC 27529 | CREDITOR ID: 307841-39<br>RICHARD W SPRADLEY<br>2210 ANDREWS RD<br>LYNN HAVEN FL 32444 | CREDITOR ID: 307842-39<br>RICHARD W SULLIVAN<br>722 OAK DR<br>TRUSSVILLE AL 35173 |
| CREDITOR ID: 307843-39<br>RICHARD W TEAGUE & TRACEE A<br>TEAGUE JT TEN<br>309 RIDGECREST DR<br>KING NC 27021 | CREDITOR ID: 307844-39<br>RICHARD W TUCKER<br>4221 RUFE SNOW DR APT 1121<br>NORTH RICHLAND HILLS TX 76180 | CREDITOR ID: 307845-39<br>RICHARD W VANHOOK<br>6706 BLACKSMITH PLACE<br>GEORGETOWN IN 47122 |
| CREDITOR ID: 307846-39<br>RICHARD WARREN GREENE JR<br>301 PARK YORK LANE<br>CARY NC 27519 | CREDITOR ID: 307847-39<br>RICHARD WARREN HEMMETER<br>1542 APACHE DR<br>NAPERVILLE IL 60563 | CREDITOR ID: 307849-39<br>RICHARD WEIR<br>1310 PARKS MILL TRACE<br>GREENSBORO GA 30642 |
| CREDITOR ID: 307850-39<br>RICHARD WILLIAM AUGUST<br>713 DEERWOOD AVE<br>ORLANDO FL 32825 | CREDITOR ID: 307851-39<br>RICHARD WILLIAM MEDHUS<br>4870 HWY 93 S<br>WHITEFISH MT 59937 | CREDITOR ID: 307852-39<br>RICHARD WILLIAM PAUL<br>3100 YANCEYVILLE ST APT E<br>GREENSBORO NC 27405 |
| CREDITOR ID: 307853-39<br>RICHARD WILSON<br>15 BRACEBRIDGE RD<br>NEWTON CENTRE MA 02459 | CREDITOR ID: 307854-39<br>RICHARD WORRINGHAM<br>33 GLENWOOD AVE<br>RUMFORD RI 02916 | CREDITOR ID: 307855-39<br>RICHARD YAWN<br>507 25TH AVE E<br>CORELE GA 31015 |
| CREDITOR ID: 307856-39<br>RICHARD YEATON<br>9370 NW 43RD ST<br>SUNRISE FL 33351 | CREDITOR ID: 279850-39<br>RICHARDS, ALFONSO & ESTHER JT TEN<br>2108 NW 24TH RD<br>OCALA FL 34475 | CREDITOR ID: 280076-39<br>RICHARDSON, ALMA R & ROBERT E JT TE<br>7265 SAN PEDRO RD<br>JACKSONVILLE FL 32217 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 285756-39
RICHARDSON, DALLAS W
6415 GORDON STREET
LITHIA SPRINGS GA 30122

CREDITOR ID: 307857-39
RICHELA WESNER MADDREY
257 ROLLINGWOOD DR
NEWPORT NC 28570

CREDITOR ID: 307858-39
RICHIE N BILLINGS
582 GILLIAM RD
N  WILKESBORO NC 28659

CREDITOR ID: 307859-39
RICHIE WINEBRENNER &
STEPHANIE WINEBRENNER JT TEN
8417 MANSON WAY
LOUISVILLE KY 40258

CREDITOR ID: 307860-39
RICHMOND P BOYDEN
213 RAYMOND DR
SEAFORD VA 23696

CREDITOR ID: 280639-39
RICHMOND, ANN
2018 PUCKETTS DRIVE
LILBURN GA 30047

CREDITOR ID: 307861-39
RICK A LADICH
707 MORGAN ST
ELIZABETH  CITY NC 27909

CREDITOR ID: 307862-39
RICK A PATTERSON
770 SWAYING PALM DR
APOPKA FL 32712

CREDITOR ID: 307863-39
RICK CLINTON
215 SW 14TH AV 215
DELRAY  BEACH FL 33444

CREDITOR ID: 307864-39
RICK DOLLINS
12018 LANEVIEW DR
HOUSTON TX 77070

CREDITOR ID: 307865-39
RICK EHLEBRACHT
5501 S W 8TH ST
MARGATE FL 33068

CREDITOR ID: 307866-39
RICK J DOREY
128 LONGFELLOW DR
PALM  SPRINGS FL 33461

CREDITOR ID: 307867-39
RICK JACKSON
1608 SAINT CATHERINE DR E
DUNEDIN FL 34698

CREDITOR ID: 307868-39
RICK L HEDDEN & HEATHER R
HEDDEN JT TEN
P O BOX 326
DALLAS GA 30132

CREDITOR ID: 307869-39
RICK MCCONNELL
341 OLD PORTER PI
BOWLING  GREEN KY 42103

CREDITOR ID: 307870-39
RICK T ADAMS
10250 SW 102 TERRACE
MIAMI FL 33176

CREDITOR ID: 307871-39
RICK TRISCHLER & JUILE
TRISCHLER JT TEN
4133 MATSON AVE
CINCINNATI OH 45236

CREDITOR ID: 307872-39
RICK WADDELL
1601 22ND
WICHITA  FALLS TX 76301

CREDITOR ID: 307873-39
RICK WALTER ROBBINS
3301 W FISHER RD
AVON  PARK  LAKES FL 33825

CREDITOR ID: 307874-39
RICKEY A JOHNSON CUST FOR
WILLIAM BRADLEY JOHNSON
U/TX/U/G/T/M/A
2044 VALLEY VIEW
BURLESON TX 76028

CREDITOR ID: 307875-39
RICKEY ANTHONY ROBINSON
9757 NW 76TH ST
TAMARAC FL 33321

CREDITOR ID: 307876-39
RICKEY B SMITH
3109 W 45TH ST
JACKSONVILLE FL 32209

CREDITOR ID: 307877-39
RICKEY C PICKERING
310 DEAN RD
WEATHERFORD TX 76087

CREDITOR ID: 307878-39
RICKEY D TAYLOR
PO BOX 4
COVINGTON LA 70434

CREDITOR ID: 307879-39
RICKEY DALE COYLE
433 SMOKE RIDGE RD
GAFFNEY SC 29340

CREDITOR ID: 307880-39
RICKEY DIAZ
130 TURNER WARNELL RD
MANSFIELD TX 76063

CREDITOR ID: 307881-39
RICKEY G CROWE
592 GORDON RD
NEWNAN GA 30263

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                           CASE:   05-03817-3F1

CREDITOR ID: 307882-39
RICKEY H GILL
760 COLD SPRINGS RD
SEVIERVILLE TN 37876

CREDITOR ID: 307883-39
RICKEY L HOLT
920 MEADOWVIEW DR
CROWLEY TX 76036

CREDITOR ID: 307884-39
RICKEY L PELFREY
152 WRIGHT RD
LEXINGTON NC 27292

CREDITOR ID: 307885-39
RICKEY L ROBERTSON & MARCIA
SUE ROBERTSON JT TEN
809 CORWIN AVE
HAMILTON OH 45015

CREDITOR ID: 307886-39
RICKIE C STANLEY
4854 REECE RD
PLANT CITY FL 33567

CREDITOR ID: 307887-39
RICKIE D JONES & PAMELA S
JONES JT TEN
48 CRISTY DR
DALLAS GA 30157

CREDITOR ID: 307888-39
RICKIE JODIE SPRATLIN-GOSDIN
601 ROCKY BRANCH ROAD
VILLA RICA GA 30180

CREDITOR ID: 307889-39
RICKY A NEWMAN & RHONDA C
NEWMAN JT TEN
PO BOX 344
MINNEOLA FL 34755

CREDITOR ID: 307890-39
RICKY ALLEN LANEY
32003 AUSTIN RD
NEW LONDON NC 28127

CREDITOR ID: 307891-39
RICKY C CAUGHMAN
2605 PINE ST
NEWBERRY SC 29108

CREDITOR ID: 307892-39
RICKY C SUTTON
1076 TARHEEL RD
BENSON NC 27504

CREDITOR ID: 307893-39
RICKY CREED
94 SKINNER BR
CLAY CITY KY 40312

CREDITOR ID: 307894-39
RICKY D BLEDSOE
4407 JEFFERSON CIR S
ATLANTA GA 30341

CREDITOR ID: 307895-39
RICKY D ROYALS
708 N JACKSON ST
NASHVILLE GA 31639

CREDITOR ID: 307896-39
RICKY D SAPP
391 SWEET PEA RD
ROCHELLE GA 31079

CREDITOR ID: 307897-39
RICKY D THOMAS & SHERINA K
THOMAS JT TEN
951 WINDSOR LANE
SPRINGTOWN TX 76082

CREDITOR ID: 307898-39
RICKY D WETHINGTON
461 DUBLIN CIRCLE
LOUISVILLE KY 40229

CREDITOR ID: 307899-39
RICKY DALE STALLINGS
1095 EVERGREEN DR
NASHVILLE NC 27856

CREDITOR ID: 307900-39
RICKY FRANKLIN VARNOM
46 MCCARD RD
THOMASTON GA 30286

CREDITOR ID: 307901-39
RICKY GENE COSSER
710 123RD AVE
TREASURE ISLAND FL 33706

CREDITOR ID: 307902-39
RICKY GERROD MUSGROVE
529 KELLY CT
FORT WORTH TX 76120

CREDITOR ID: 307903-39
RICKY H PRIEST
1609 NORTH COUNTY LINE
LITHIA SPRINGS GA 30122

CREDITOR ID: 307904-39
RICKY HAYES & MISSY HAYES
JT TEN
169 NE PURSLANE ST
MADISON FL 32340

CREDITOR ID: 307905-39
RICKY HOLDEN
158 BELAIR CIR
FLORENCE KY 41042

CREDITOR ID: 307906-39
RICKY HUBERT SMITH
636 BARNES ROAD
SENECA SC 29672

CREDITOR ID: 307907-39
RICKY HUDSON & HEATHER
HUDSON JT TEN
RT 1 BOX 241 A
GREENVILLE FL 32331

CREDITOR ID: 307908-39
RICKY J HICKMAN
7077 WOODALE FOREST LANE
THOMASVILLE NC 27360

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

CREDITOR ID: 307909-39
RICKY J WHITEFORD
6888 HOWALT DRIVE
JACKSONVILLE FL 32277

CREDITOR ID: 307910-39
RICKY KILLIAN
4220 LAKEWOOD DRIVE
FT WORTH TX 76135

CREDITOR ID: 307911-39
RICKY L EDWARDS
6476 KISKE CT APT C
COLORADO SPGS CO 80913

CREDITOR ID: 307912-39
RICKY L FAIRCLOTH
368 N BOYD ST
WINTER GARDEN FL 34787

CREDITOR ID: 307913-39
RICKY L FRANCIS
2877 MOUNT VERNON RD
LITHIA SPRINGS GA 30057

CREDITOR ID: 307914-39
RICKY L HARGETT
168 MTN. HOME CHURCH ROAD
RUSSELLVILLE AL 35653

CREDITOR ID: 307915-39
RICKY L HYATT
3886 ELKWOOD CT
CONCORD NC 28025

CREDITOR ID: 307916-39
RICKY L JOHNSON
4994 PINE VIEW RD
WAYCROSS GA 31501

CREDITOR ID: 307918-39
RICKY L PARKER
6839 NC 50 SOUTH
BENSON NC 27504

CREDITOR ID: 307917-39
RICKY L PARKER
1215 CHARLES AVE
BESSEMER AL 35020

CREDITOR ID: 307919-39
RICKY L PARKER & CAROL L
PARKER JT TEN
6839 NC 50 SOUTH
BENSON NC 27504

CREDITOR ID: 307920-39
RICKY L WRIGHT & TONYA D
WRIGHT JT TEN
305 GUADALDE DR
SAGINAW TX 76179

CREDITOR ID: 307921-39
RICKY LEE SANDERS
1045 STOYKE HATTAWAY RD
DANIELSVILLE GA 30633

CREDITOR ID: 307922-39
RICKY LYNN TRINKLE
1084 PLANTATION TRL
GASTONIA NC 28056

CREDITOR ID: 307923-39
RICKY M RANDELL & MELISSA K
RANDELL JT TEN
6401 MELINDA CT
WATAUGA TX 76148

CREDITOR ID: 307924-39
RICKY MARSTON
47 TWIN OAKS DR
ANGIER NC 27501

CREDITOR ID: 307925-39
RICKY ORAN TILL
302 COUNTRY MEADOW
MANSFIELD TX 76063

CREDITOR ID: 307926-39
RICKY P BARNETT
509 COLLEGE ST
GREENSBORO AL 36744

CREDITOR ID: 307927-39
RICKY R BRUMFIELD
25082 VERNON SUBDIVISION RD
MT HERMON LA 70450

CREDITOR ID: 307928-39
RICKY R SAULS
3615 ALPINE ST
HUNTSVILLE AL 35805

CREDITOR ID: 307929-39
RICKY R WEAVER
168 PEACH ORCHARD DR
BENSON NC 27504

CREDITOR ID: 307930-39
RICKY S BEANE CUST JARED S
BEANE UNDER THE OK UNIF
TRAN MIN ACT
BOX 354
LONE GROVE OK 73443

CREDITOR ID: 307931-39
RICKY S TEMPLETON
1501 FT MANOR DR
LYNCHBURG VA 24502

CREDITOR ID: 307932-39
RICKY S THOMPSON
2220 JOHN DODD RD
WELLFORD SC 29385

CREDITOR ID: 307933-39
RICKY SPEED
1304 HIGHLAND DR
MANSFIELD TX 76063

CREDITOR ID: 307934-39
RICKY SPEED & JERIANN SPEED
JT TEN
1304 HIGHLAND DRIVE
MANSFIELD TX 76063

CREDITOR ID: 307935-39
RICKY W MORGAN
3916 TUCKASEGLE RDACE
CHARLOTTE NC 28208

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                         CASE:  05-03817-3F1

CREDITOR ID: 307936-39
RILEY A ARMSTRONG
225 RONALD RD
LAKEWOOD NJ 08701

CREDITOR ID: 307937-39
RILEY KEITH ISENBERG
2006 GLASGOW-PARK CITY RD
GLASGOW KY 42141

CREDITOR ID: 286829-39
RILEY, DEBORAH A
10340 SE 159TH ST
SUMMERFIELD FL 34491

CREDITOR ID: 307938-39
RINA G BORDERS & RICHARD K
BORDERS JT TEN
380 BROAD FORD RD
MUNFORDVILLE KY 42765

CREDITOR ID: 307939-39
RINERIO CAIRO JR
33 SW 113TH AVE UNIT 101
MIAMI FL 33174

CREDITOR ID: 307940-39
RISER FOODS INC
ATTN CONTROLLER
101 KAPPA DR
PITTSBURGH PA 15238

CREDITOR ID: 307941-39
RITA A BEK
3996 PINE MOUNTAIN RD
KENNESAW GA 30144

CREDITOR ID: 307942-39
RITA A BODE
10704 SILVERBROOK DR
CINCINNATI OH 45240

CREDITOR ID: 307943-39
RITA A CLIFFORD TTEE U A DTD
09-07-95 THE RITA A CLIFFORD
REV LIV TR
1500 EDGEFIELD RD
LYNDHURST OH 44124

CREDITOR ID: 307944-39
RITA A LEONARD
111 TIMOTHY ST
PIERRE  PART LA 70339

CREDITOR ID: 307945-39
RITA A LINDSTEDT
11400 NW 12 ST
FORT  LAUDERDALE FL 33323

CREDITOR ID: 307946-39
RITA AMELIA BROOKS
4037 MAC GREGOR DRIVE
JACKSONVILLE FL 32210

CREDITOR ID: 307947-39
RITA B LANG
4625 FOREST GREEN DR
SUGAR  HILL GA 30518

CREDITOR ID: 307948-39
RITA C GRIMSLEY & GEORGE H
GRIMSLEY JT TEN
5376 FLINTWOOD CIRCLE
PENSACOLA FL 32504

CREDITOR ID: 307949-39
RITA C MCABEE
51 GROCE MEADOW RD
TAYLORS SC 29687

CREDITOR ID: 307950-39
RITA DEVLIN
2615 BAY RD
BLACKSHEAR GA 31516

CREDITOR ID: 307951-39
RITA DIAMOND
10911 N LANTANA AVE
TAMPA FL 33612

CREDITOR ID: 307952-39
RITA E BOCOCK
PO BOX 307
ZEBULON NC 27597

CREDITOR ID: 307953-39
RITA E CAMPBELL & ROY K
CAMPBELL JT TEN
38 HAMILTON ST
ASHEVILLE NC 28801

CREDITOR ID: 307954-39
RITA F BOYLES
201 KENDALL MILL ROAD
THOMASVILLE NC 27360

CREDITOR ID: 307955-39
RITA F PETERSON
1621 DOUGLAS ST SE
CULLMAN AL 35055

CREDITOR ID: 307956-39
RITA FAYE NASH
96 WEST INDIAN CREEK RANCH RD
DEFUNIAK  SPRINGS FL 32433

CREDITOR ID: 307957-39
RITA HERMAN BEARD
28 BOST NURSERY RD
MAIDEN NC 28650

CREDITOR ID: 307958-39
RITA J COLEMAN
2410 NW 117 PL
BRANFORD FL 32008

CREDITOR ID: 307959-39
RITA K COWGILL & DAVID E
COWGILL JT TEN
117 DOWNING ST
PANAMA  CITY FL 32413

CREDITOR ID: 307960-39
RITA K HENDRICK
2200 HOWARD ST
KNOXVILLE TN 37917

CREDITOR ID: 307961-39
RITA L EDWARDS
414A SEA LN N
FORT  WALTON  BEACH FL 32548

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 307962-39<br>RITA M ELLIS<br>P O BOX 1374<br>HIGH  SPRINGS FL 32655 | CREDITOR ID: 307963-39<br>RITA M HERRING<br>3818 CAPPER ROAD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 307964-39<br>RITA NEEDLE & PAULINE E<br>COHEN JT TEN<br>3800 KENDALE RD<br>ANNANDALE VA 22003 |
| CREDITOR ID: 307965-39<br>RITA P BRISCOE<br>301 GRANT RD<br>CLEMMONS NC 27012 | CREDITOR ID: 307966-39<br>RITA R BROMLEY<br>3809 WILLIAMS PL<br>JEFFERSON LA 70121 | CREDITOR ID: 307967-39<br>RITA RUTH COCKRELL<br>4500 FOREST DR<br>COLUMBIA SC 29206 |
| CREDITOR ID: 307968-39<br>RITA SADLER ROBERTS & GLENN<br>R ROBERTS JT TEN<br>4480 LONDONTOWN RD<br>TITUSVILLE FL 32796 | CREDITOR ID: 307969-39<br>RITA V RICE<br>2907 POPLAR ST<br>HOPEWELL VA 23860 | CREDITOR ID: 307970-39<br>RIVE-REINE LE LACHEUR<br>114 CH MARC CHEVALIER<br>ST SAUVEUR  QC J0R 1R2<br>CANADA |
| CREDITOR ID: 290721-39<br>RIX, GALENA M<br>1223 N ALHAMBRA CR 2<br>NAPLES FL 34105 | CREDITOR ID: 281656-39<br>ROACH, BECKY E<br>4161 GOLDEN GATE PKY<br>NAPLES FL 34116 | CREDITOR ID: 307971-39<br>ROB DAVIS<br>8192 SABAL OAK WAY<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 307972-39<br>ROB L DOLL<br>4275 DELRYAN DRIVE<br>CINCINNATI OH 45238 | CREDITOR ID: 307973-39<br>ROBBIE CANNADY<br>7663 SADDLE RD<br>JACKSONVILLE FL 32221 | CREDITOR ID: 307974-39<br>ROBBIE D GARDNER & DUSTIN C<br>GARDNER JT TEN<br>1354 SCOTT RD<br>KERSHAW SC 29067 |
| CREDITOR ID: 307975-39<br>ROBBIE D WATERS<br>1423 VICTORIA PLACE CT<br>LOGANVILLE GA 30052 | CREDITOR ID: 307976-39<br>ROBBIE FAYE THOMAS BENNETT<br>463 THERESA BV<br>PORT  CHARLOTTE FL 33954 | CREDITOR ID: 307977-39<br>ROBBIE H BARKLEY<br>141 REBECCA DR<br>HENDERSONVILLE TN 37075 |
| CREDITOR ID: 307978-39<br>ROBBIE J JACKSON<br>RR 3 BOX 25A<br>GRAPELAND TX 75844 | CREDITOR ID: 307979-39<br>ROBBIE L WHITLEY<br>86 DALLAS RD<br>JESUP GA 31545 | CREDITOR ID: 307980-39<br>ROBBIE LEE ALLEN MCCARTY<br>1101 MCCARTY RD<br>WATKINSVILLE GA 30677 |
| CREDITOR ID: 307981-39<br>ROBBIE LYNN WEBB<br>138 POPE RD<br>BAINBRIDGE GA 31717 | CREDITOR ID: 307982-39<br>ROBBIE NELL ROBERSON<br>2513 GLADSTONE DR<br>HUNTSVILLE AL 35811 | CREDITOR ID: 307983-39<br>ROBBIE S LEMONS<br>PO BOX 2094<br>MARTINSVILLE VA 24113 |
| CREDITOR ID: 307984-39<br>ROBBIE STEVEN HARMON<br>2078 ST MARTINS DR W<br>JACKSONVILLE FL 32246 | CREDITOR ID: 307985-39<br>ROBBIN DENISE MILES<br>1731 SW 72ND AV<br>FORT  LAUDERDALE FL 33317 | CREDITOR ID: 307986-39<br>ROBER D HAWKINS & REBECCA D<br>HAWKINS JT TEN<br>5108 GENTRY RD<br>ANDERSON SC 29621 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                    **CASE:   05-03817-3F1**

CREDITOR ID: 307988-39
ROBERLIN DORLEAN
10730 EMBER ST
BOCA RATON FL 33428

CREDITOR ID: 307987-39
ROBERLIN DORLEAN
1070 W AUBURN A CI
DELRAY BEACH FL 33444

CREDITOR ID: 307989-39
ROBERT A BAIR
P O BOX 543074
MERRITT ISLAND FL 32954

CREDITOR ID: 307990-39
ROBERT A BAXTER
10920 WHITWORTH CT
JACKSONVILLE FL 32225

CREDITOR ID: 307991-39
ROBERT A BEAN
4803 FEGENBUSH LANE
LOUISVILLE KY 40228

CREDITOR ID: 307992-39
ROBERT A BENNETT
1002 GRASMERE DR
MARTINEZ GA 30907

CREDITOR ID: 307993-39
ROBERT A BIGLOW
1536 FALLEN OAKS CT
AUBURN AL 36830

CREDITOR ID: 307994-39
ROBERT A BOWMAN
4204 SEAGRAPE RD
LOUISVILLE KY 40299

CREDITOR ID: 307995-39
ROBERT A BROWN & WILMA JEAN
BROWN JT TEN
18081 SE COUNTRY CLUB DR 7-66
TEQUESTA FL 33469

CREDITOR ID: 307996-39
ROBERT A CAMM
#298
10791 NW 14 ST
PLANTATION FL 33322

CREDITOR ID: 307997-39
ROBERT A COPELAND JR
3997 MELINDA LN
VALDOSTA GA 31601

CREDITOR ID: 307998-39
ROBERT A DE SALVO & DEBORAH
H DE SALVO JT TEN
3525 S CASS CT APT 614
OAK BROOK IL 60523

CREDITOR ID: 307999-39
ROBERT A DESALVO
3525 S CASS CT APT 614
OAK BROOK IL 60523

CREDITOR ID: 308000-39
ROBERT A DESALVO & DEBORAH A
DESALVO JT TEN
3525 S CASS CT APT 614
OAK BROOK IL 60523

CREDITOR ID: 308001-39
ROBERT A DESALVO CUST JAMES
MICHAEL DESALVO UND UNIF
GIFT MIN ACT ILL
#614
3525 CASS AVE
OAK BROOK IL 60523

CREDITOR ID: 308002-39
ROBERT A DESALVO CUST SUSAN
MARIE DESALVO UND UNIF GIFT
MIN ACT ILL
3525 S CASS CT APT 614
OAK BROOK IL 60523

CREDITOR ID: 308003-39
ROBERT A DYER
2101 NW 185TH ST
OPA LOCKA FL 33056

CREDITOR ID: 308004-39
ROBERT A ESTES SR
PO BOX 664
STANDISH ME 04084

CREDITOR ID: 308005-39
ROBERT A EVANS TRUSTEE U-A
DTD 12-31-93|GERTRUDE E
EVANS TRUST B
20 W LUCERNE CIR
ORLANDO FL 32801

CREDITOR ID: 308006-39
ROBERT A FAUST & MYRA B
FAUST TEN COM
PO BOX 231
ST BENARD LA 70085

CREDITOR ID: 308007-39
ROBERT A FAUST JR & MYRA B
FAUST JT TEN
PO BOX 231
SAINT BERNARD LA 70085

CREDITOR ID: 308008-39
ROBERT A FERTITTA CUST FOR
AMY LYNN FERTITTA UNDER THE
MS UNIFORM TRANSFERS TO
MINORS ACT
12357 LUNDY ROAD
GULFPORT MS 39503

CREDITOR ID: 308010-39
ROBERT A FORD JR
206 PEACHTREE ST
BELMONT NC 28012

CREDITOR ID: 308011-39
ROBERT A FOURNIER
2680 HWY 301 S
JESSUP GA 31599

CREDITOR ID: 308012-39
ROBERT A FRIDLUND SR &
SULPICIA Q FRIDLUND JT TEN
P O BOX 763
2405 8TH AVE E
HIBBING MN 55746

CREDITOR ID: 308013-39
ROBERT A GODWIN
2828 ASHLEY AV
MONTGOMERY AL 36109

CREDITOR ID: 308014-39
ROBERT A GRAFF
9813 ELM WAY
TAMPA FL 33635

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308015-39<br>ROBERT A GUILLOT<br>365 EAST SUNCREST LOOP<br>SLIDELL LA 70458 | CREDITOR ID: 308016-39<br>ROBERT A HAMPTON<br>130 PLAZA DR<br>HARRISBURG NC 28075 | CREDITOR ID: 308018-39<br>ROBERT A HOERSKE<br>1501 COLAPISSA ST<br>METAIRIE LA 70001 |
| CREDITOR ID: 308019-39<br>ROBERT A JENSEN JR<br>31642 N CORBIN RD<br>WALKER LA 70785 | CREDITOR ID: 308020-39<br>ROBERT A JOHNSON & JO A<br>JOHNSON JT TEN<br>6201 16TH CT SW<br>POMPANO  BEACH FL 33068 | CREDITOR ID: 308021-39<br>ROBERT A JONES<br>591 LAKE GENEVA RD<br>GENEVA FL 32732 |
| CREDITOR ID: 308023-39<br>ROBERT A LENN II<br>7125 BUCKRAM OAK<br>MONTGOMERY AL 36117 | CREDITOR ID: 308024-39<br>ROBERT A LEVIN<br>9524 FOX HOLLOW DR<br>POTOMAC MD 20854 | CREDITOR ID: 308025-39<br>ROBERT A MACKEY JR<br>1635 HEATHERFIELDS CT<br>ORANGE  PARK FL 32003 |
| CREDITOR ID: 308026-39<br>ROBERT A MERCER SR<br>505 WILLOW BROOK STREET<br>ST  AUGUSTINE FL 32086 | CREDITOR ID: 308027-39<br>ROBERT A MICHAELS & TERESA A<br>MICHAELS JT TEN<br>5530 E LAKE RD<br>SHEFFIELD  LAKE OH 44054 | CREDITOR ID: 308028-39<br>ROBERT A NOELCKE JR<br>1504 HIGH ROCK PLACE NE<br>ALBUQUERQUE NM 87112 |
| CREDITOR ID: 308029-39<br>ROBERT A PIRRELLO<br>1766 CALICO LN<br>TOMS  RIVER NJ 08753 | CREDITOR ID: 308030-39<br>ROBERT A PLASTER<br>10085 WARDS RD<br>RUSTBURG VA 24588 | CREDITOR ID: 308031-39<br>ROBERT A PUGH<br>3336 QUAIL DR<br>DELTONA FL 32738 |
| CREDITOR ID: 308032-39<br>ROBERT A ROGERS<br>4520 ELITE DR<br>ORLANDO FL 32822 | CREDITOR ID: 308033-39<br>ROBERT A ROURKE<br>BOX 4<br>KATTSKILL  BAY NY 12844 | CREDITOR ID: 308034-39<br>ROBERT A SCHULTZ & SANDRA<br>SCHULTZ JT TEN<br>13141 SOUTHAMPTON DR<br>BONITA  SPRINGS FL 33923 |
| CREDITOR ID: 308035-39<br>ROBERT A SKUBA<br>PO BOX 120<br>MENDHAM NJ 07945 | CREDITOR ID: 308036-39<br>ROBERT A SMITH<br>13542 OVERTON AVE<br>PORT  CHARLOTTE FL 33981 | CREDITOR ID: 308037-39<br>ROBERT A SWEZY<br>3504 E 34 ST<br>BRADENTON FL 34208 |
| CREDITOR ID: 308038-39<br>ROBERT A SWIFT<br>689 ROCHESTER CT<br>NEW  SMYRNA  BEACH FL 32168 | CREDITOR ID: 308039-39<br>ROBERT A THOMAS & CAROLYN M<br>THOMAS JT TEN<br>283 BOOT RD # 4<br>MALVERN PA 19355 | CREDITOR ID: 308040-39<br>ROBERT A WILLIAMS<br>3090 W CARMINE RD<br>AVON  PARK FL 33825 |
| CREDITOR ID: 308041-39<br>ROBERT A WILLIAMS JR<br>PO BOX 34<br>LAWTEY FL 32258 | CREDITOR ID: 308042-39<br>ROBERT ALAN ELDER<br>5709 SHORT HORN RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 308043-39<br>ROBERT ALAN KEMPER<br>1412 SAPLING DRIVE<br>ORANGE  PARK FL 32073 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308044-39<br>ROBERT ALAN MYERS<br>1578 DRUID RD S<br>BELLEAIR FL 34616 | CREDITOR ID: 308045-39<br>ROBERT ALLEN MCNAY<br>330 DELMAR PL<br>COVINGTON KY 41011 | CREDITOR ID: 308046-39<br>ROBERT ALLEN SWEAT<br>6817 DICK FORD RD<br>KNOXVILLE TN 37920 |
| CREDITOR ID: 308047-39<br>ROBERT ANDREW GOLDSMITH<br>PO BOX 1521<br>WEBSTER FL 33597 | CREDITOR ID: 308048-39<br>ROBERT ANDREW ROUCH CUST<br>RYAN ANDREW ROUCH UNIF TRANS<br>MIN ACT FL<br>5488 N RIVER RD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 308049-39<br>ROBERT ARAUJO<br>811 RUNNING CREEK DR<br>ARLINGTON TX 76017 |
| CREDITOR ID: 308050-39<br>ROBERT ARNOLD<br>P O BOX 85244<br>HALLANDALE FL 33008 | CREDITOR ID: 308052-39<br>ROBERT B BAKER<br>4485 BARBOURVILLE RD<br>LONDON KY 40744 | CREDITOR ID: 308051-39<br>ROBERT B BAKER<br>100 MORGAN INDUSTRIAL BLVD<br>GARDEN CITY GA 31408 |
| CREDITOR ID: 308053-39<br>ROBERT B BEVERIDGE & JOAN B<br>BEVERIDGE TR 12/11/92 OF THE<br>BEVERIDGE FAMILY TRUST<br>8012 BLUE CASCADE AVE<br>LAS VEGAS NV 89128 | CREDITOR ID: 308054-39<br>ROBERT B BLOUNT III<br>71297 KELLER ST<br>ABITA SPRINGS LA 70420 | CREDITOR ID: 308056-39<br>ROBERT B CHESTNUT & WILMA L<br>CHESTNUT JT TEN<br>1691 MIDDLETON ST<br>GEORGETOWN SC 29440 |
| CREDITOR ID: 308057-39<br>ROBERT B DUFEK<br>107 SOLANO WOODS DR<br>PONTE VEDRA FL 32082 | CREDITOR ID: 308059-39<br>ROBERT B FORE<br>10013 CARLSBAD DR<br>SHREVEPORT LA 71115 | CREDITOR ID: 308060-39<br>ROBERT B HARTLEY<br>183 LIGE BRANCH LANE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 308061-39<br>ROBERT B LAXTON JR<br>1404 WOODMONT DR<br>GREENEVILLE TN 37743 | CREDITOR ID: 308062-39<br>ROBERT B MACDONALD &<br>LOUISE E MACDONALD JT TEN<br>69 FERNDALE LN<br>PALM COAST FL 32137 | CREDITOR ID: 308063-39<br>ROBERT B MADILL & KATHLEEN A<br>MADILL JT TEN<br>3110 BUTTERCUP ST<br>SEFFNER FL 33584 |
| CREDITOR ID: 308064-39<br>ROBERT B NEWMAN<br>1460 RACETRACK RD<br>SUMTER SC 29150 | CREDITOR ID: 308065-39<br>ROBERT B THOMSEN & FRANKIE W<br>THOMSEN JT TEN<br>APT 9 I<br>5353 ARLINGTON EXPRESSWAY<br>JACKSONVILLE FL 32211 | CREDITOR ID: 308066-39<br>ROBERT BALLENTINE<br>511 SQUIRE CIR<br>CLEMSON SC 29631 |
| CREDITOR ID: 308067-39<br>ROBERT BASHIAN<br>396 E BALFOUR<br>FRESNO CA 93720 | CREDITOR ID: 308068-39<br>ROBERT BAUER<br>2802 CHARDALE CT<br>CINCINNATI OH 45248 | CREDITOR ID: 308069-39<br>ROBERT BENEVEDS<br>5311 SHERRI DR<br>GAINESVILLE GA 30504 |
| CREDITOR ID: 308071-39<br>ROBERT BOONE MILLEDGE & JOHN<br>BOONE MILLEDGE JT TEN<br>6992 DEER HAVEN ROAD<br>PINSON AL 35126 | CREDITOR ID: 308074-39<br>ROBERT BRUCE DWYER CUST FOR<br>CRAIG S SZCZEPKOWSKI<br>U/T/AZ/U/G/T/M/A<br>4235 N 9TH AVE<br>PHOENIX AZ 85013 | CREDITOR ID: 308073-39<br>ROBERT BRUCE DWYER CUST FOR<br>BRIAN A SZCZEPKOWSKI<br>U/T/AZ/U/G/T/M/A<br>4235 N 9TH AVE<br>PHOENIX AZ 85013 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308075-39<br>ROBERT BUCK & DEBRA BUCK<br>JT TEN<br>5401 COUNTRY LN<br>MILFORD OH 45150 | CREDITOR ID: 308076-39<br>ROBERT C ANDERSON<br>P O BOX 703<br>CUMBY TX 75433 | CREDITOR ID: 308077-39<br>ROBERT C AUCREMANN & MARY R<br>AUCREMANN JT TEN<br>5085 1ST ST NE APT 240<br>ST PETERSBURG FL 33703 |
| CREDITOR ID: 308078-39<br>ROBERT C BENNETT<br>356 CHEROKEE DR<br>CROSSVILLE TN 38555 | CREDITOR ID: 308079-39<br>ROBERT C BRACKEN & ELIZABETH<br>B BRACKEN JT TEN<br>4189 COUNTY ROAD 217<br>TRINITY AL 35673 | CREDITOR ID: 308080-39<br>ROBERT C BRUCE<br>2755 IVY CHASE LOOP<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 308081-39<br>ROBERT C CAMPBELL & ERIKA<br>CAMPBELL JT TEN<br>1890 PORPOISE ST<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 308082-39<br>ROBERT C CLANCY SR<br>RR 1 BOX 324<br>AUSTIN PA 16720 | CREDITOR ID: 308083-39<br>ROBERT C E CRAVEN & KATHRYN<br>A C CRAVEN JT TEN<br>PO BOX 1110<br>GULF BREEZE FL 32562 |
| CREDITOR ID: 308084-39<br>ROBERT C HEFLIN<br>5314 JERSEY AVE SO<br>GULFPORT FL 33707 | CREDITOR ID: 308085-39<br>ROBERT C HERALD<br>922 EAST SHADOWLAWN<br>TAMPA FL 33603 | CREDITOR ID: 308086-39<br>ROBERT C HERN<br>3044 DETROIT CIR<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 308087-39<br>ROBERT C HERN & BARBARA J<br>HERN JT TEN<br>3044 DETROIT CIR S<br>JACKSONVILLE FL 32254 | CREDITOR ID: 308088-39<br>ROBERT C HUDSON JR<br>3231 REGAL LANE<br>CINCINNATI OH 45251 | CREDITOR ID: 308089-39<br>ROBERT C KEMP<br>117 MASSEE DR<br>DOTHAN AL 36301 |
| CREDITOR ID: 308090-39<br>ROBERT C LAKE III<br>1325 MAIN ST<br>NEWBERRY SC 29108 | CREDITOR ID: 308091-39<br>ROBERT C LAKE JR<br>710 BROWN AVE<br>BELTON SC 29627 | CREDITOR ID: 308092-39<br>ROBERT C MACKAY<br>249 WOODINGHAM TRL<br>VENICE FL 34292 |
| CREDITOR ID: 308093-39<br>ROBERT C MILLIGAN<br>5459 S RENN ROAD<br>FREDERICK MD 21703 | CREDITOR ID: 308094-39<br>ROBERT C MINNICK<br>4401 SUMMERFIELD CT<br>PACE FL 32571 | CREDITOR ID: 308099-39<br>ROBERT C PERICH<br>1603 ANNA ST APT 1<br>SCHERVILLE IN 46375 |
| CREDITOR ID: 308100-39<br>ROBERT C PITTMAN<br>1656 CROSSLAND RD<br>CLOVER SC 29710 | CREDITOR ID: 308101-39<br>ROBERT C RUBLE & DOLORES<br>RUBLE JT TEN<br>1731 CROWLEY DR<br>DELLWOOD MO 63136 | CREDITOR ID: 308102-39<br>ROBERT C SIMMS<br>4662 DREUX<br>NEW ORLEANS LA 70126 |
| CREDITOR ID: 308103-39<br>ROBERT C SOUTHARD JR &<br>MARGARET E SOUTHARD JT TEN<br>BOX 631758<br>NACOGDOCHES TX 75963 | CREDITOR ID: 308104-39<br>ROBERT C STEWART<br>5101 FIELDING DR<br>RALEIGH NC 27606 | CREDITOR ID: 308105-39<br>ROBERT C SWANSON<br>2508 INDIANA AVE<br>KENNER LA 70062 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308106-39<br>ROBERT CHARLES VARBLE JR<br>4039 ROYSTER RD<br>LEXINGTON KY 40516 | CREDITOR ID: 308107-39<br>ROBERT CHARLES VARBLE JR &<br>ANNA MARGARET VARBLE JT TEN<br>4039 ROYSTER RD<br>LEXINGTON KY 40516 | CREDITOR ID: 308108-39<br>ROBERT CHRISTOPHER LUTEN &<br>BRENDA LEE LUTEN JT TEN<br>4526 ISH BRANT RD W<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 308110-39<br>ROBERT CHRISTOPHER WALSH<br>2601 CACHE DR<br>NEW PRT RCHY FL 34655 | CREDITOR ID: 308111-39<br>ROBERT CODE<br>845 GUARDIAN AVE<br>GRETNA LA 70056 | CREDITOR ID: 308112-39<br>ROBERT COLEGROVE<br>247 LEAWOOD CI<br>NAPLES FL 34104 |
| CREDITOR ID: 308113-39<br>ROBERT COOK<br>PO BOX 523<br>SALIDA CO 81201 | CREDITOR ID: 308114-39<br>ROBERT CORBITT<br>14040 BISCAYNE BLVD<br>APT 512<br>NORTH MIAMI FL 33181 | CREDITOR ID: 308116-39<br>ROBERT CRAIG PARKER<br>1500 HILLCREST RD APT #214<br>MOBILE AL 36695 |
| CREDITOR ID: 308117-39<br>ROBERT CREECH<br>126 E PINE LAKE DAV<br>WEST POINT GA 31833 | CREDITOR ID: 308118-39<br>ROBERT D BARKER & DONNA C<br>BARKER JT TEN<br>9818 RIVERVIEW DR<br>RIVERVIEW FL 33569 | CREDITOR ID: 308119-39<br>ROBERT D BATCHELDER &<br>VIRGINIA A BATCHELDER JT TEN<br>38 PLANTATION RD<br>MYRTLE BEACH SC 29575 |
| CREDITOR ID: 308120-39<br>ROBERT D BERGER & DENISE C<br>BERGER JT TEN<br>2520 SUMMEROAK DR<br>TUCKER GA 30084 | CREDITOR ID: 308121-39<br>ROBERT D BRENNAN & DIANN G<br>BRENNAN JT TEN<br>1784 MANCHESTER DR NE<br>GRAFTON WI 53024 | CREDITOR ID: 308123-39<br>ROBERT D BROWN SR<br>5920 MAURIE<br>FT WORTH TX 76148 |
| CREDITOR ID: 308124-39<br>ROBERT D FOWLER<br>1108 WILLOW GLEN DR<br>DENHAM SPRINGS LA 70726 | CREDITOR ID: 308125-39<br>ROBERT D FREEMAN<br>27080 DAVE THOMAS RD<br>ANGIE LA 70426 | CREDITOR ID: 308126-39<br>ROBERT D GOSSELIN<br>21331 SW 376TH ST<br>HOMESTEAD FL 33034 |
| CREDITOR ID: 308127-39<br>ROBERT D HAMMETT<br>114 HORSESHOE ROAD<br>BELVEDERE SC 29841 | CREDITOR ID: 308128-39<br>ROBERT D HORICK<br>1221 DELRAY LAKES DR<br>DELRAY BEACH FL 33444 | CREDITOR ID: 308129-39<br>ROBERT D HORSTMAN & LINDA<br>HORSTMAN JT TEN<br>7805 STONEWOOD CT<br>LOUISVILLE KY 40220 |
| CREDITOR ID: 308130-39<br>ROBERT D KIHNLEY<br>5717 SOUTHERN PKWY<br>LOUISVILLE KY 40214 | CREDITOR ID: 308131-39<br>ROBERT D KILPATRICK<br>PO BOX 6990<br>FORT WORTH TX 76115 | CREDITOR ID: 308132-39<br>ROBERT D KIMBLE<br>100 HILLCREST ST<br>CLOVER SC 29710 |
| CREDITOR ID: 308133-39<br>ROBERT D KNOWLES & DEBORAH K<br>KNOWLES JT TEN<br>8605 GRANPAW CT<br>JACKSONVILLE FL 32220 | CREDITOR ID: 308134-39<br>ROBERT D LORICK<br>953 PERRY TAYLOR RD<br>LEESVILLE SC 29070 | CREDITOR ID: 308135-39<br>ROBERT D MALIN<br>569 CROWELLS BOG RD<br>BREWSTER MA 02631 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                        CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 308136-39<br>ROBERT D MURRAY<br>4021 RETFORD DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 308137-39<br>ROBERT D SLAUGHTER JR &<br>ROBERT D SLAUGHTER SR JT TEN<br>8031 DEMOCRACY CT<br>SPRING TX 77379 | CREDITOR ID: 308138-39<br>ROBERT D SMITH<br>1411 MELTON RD<br>LIBERTY SC 29657 |
| CREDITOR ID: 308140-39<br>ROBERT D STANSELL &<br>JOSEPHINE R STANSELL JT TEN<br>25312 FAIRGREEN<br>MISSION VIEJO CA 92692 | CREDITOR ID: 308141-39<br>ROBERT D STRINGFIELD JR<br>11608 GROVEWOOD AVENUE<br>THONOTOSASSA FL 33592 | CREDITOR ID: 308142-39<br>ROBERT D W BRADLEY<br>1727 MINERAL SPRINGS RD<br>CONWAY SC 29527 |
| CREDITOR ID: 308143-39<br>ROBERT D YOUNG<br>3900 ESSEX ST<br>TITUSVILLE FL 32796 | CREDITOR ID: 308144-39<br>ROBERT D YUNKER<br>BOX 278<br>HAYS KS 67601 | CREDITOR ID: 308145-39<br>ROBERT DAMA<br>1040 44TH ST<br>BROOKLYN NY 11219-1801 |
| CREDITOR ID: 308146-39<br>ROBERT DANNY SMITH<br>1200 FERNWOOD DRVIE<br>WATKINSVILLE GA 30677 | CREDITOR ID: 308147-39<br>ROBERT DARIN WIGGINS<br>9646 YUKON WAY<br>COLORADO SPRINGS CO 80925 | CREDITOR ID: 308148-39<br>ROBERT DAWSON<br>4310 SANTA VILLA DR<br>MILTON FL 32571 |
| CREDITOR ID: 308149-39<br>ROBERT DE SALVO & DEBORAH DE<br>SALVO JT TEN<br>3525 S CASS CT<br>APT# 614<br>OAK BROOK IL 60523 | CREDITOR ID: 308150-39<br>ROBERT DEAN SMITH<br>1411 MELTON RD<br>LIBERTY SC 29657 | CREDITOR ID: 308151-39<br>ROBERT DELANVEZ<br>7300 W 29 LN<br>HIALEAH FL 33016 |
| CREDITOR ID: 308152-39<br>ROBERT DI CRISTINA & ELLEN<br>DI CRISTINA JT TEN<br>230 GROGANS LAKE POINTE DR<br>ATLANTA GA 30350 | CREDITOR ID: 308153-39<br>ROBERT DOMBROSKI & JUDITH B<br>DOMBROSKI JT TEN<br>1842 LYNTON CIR<br>WELLINGTON FL 33414 | CREDITOR ID: 308154-39<br>ROBERT DONATO<br>10013 WINDING LAKES RD NO<br>109B31<br>FORT LAUDERDALE FL 33351 |
| CREDITOR ID: 308155-39<br>ROBERT E BEAUCHAMP<br>219 W LIPAN DRIVE<br>LIPAN TX 76462 | CREDITOR ID: 308156-39<br>ROBERT E BLACK & JOHNNIE P<br>BLACK JT TEN<br>3765 ADMIRAL DR<br>CHAMBLEE GA 30341 | CREDITOR ID: 308157-39<br>ROBERT E BLACKSTON<br>1209 BRANYON RD<br>HONEA PATH SC 29654 |
| CREDITOR ID: 308158-39<br>ROBERT E BRASHEARS &<br>PATRICIA F BRASHEARS JT TEN<br>731 HILLMAN ST<br>MONTGOMERY AL 36109 | CREDITOR ID: 308159-39<br>ROBERT E BUNDRICK<br>2320 WELLBROOK RD<br>COLUMBIA SC 29223 | CREDITOR ID: 308160-39<br>ROBERT E BUTLER JR<br>2324 HODGE RD<br>KNIGHTDALE NC 27545 |
| CREDITOR ID: 308161-39<br>ROBERT E CASSIDY III<br>11807 DUNSTER CT<br>PARRISH FL 34219 | CREDITOR ID: 308163-39<br>ROBERT E CORBETT<br>537 LEADMINE ST<br>GAFFNEY SC 29340 | CREDITOR ID: 308164-39<br>ROBERT E COTHRAN<br>6539 OLD CONCORD RD<br>CHARLOTTE NC 28213 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 308165-39<br>ROBERT E CRAMPTON<br>6664 TIMBERWOOD CIR<br>PINELLAS  PARK FL 34665 | CREDITOR ID: 308166-39<br>ROBERT E DOWD<br>614 CENTRAL SCHOOL ROAD<br>POMARIA SC 29126 | CREDITOR ID: 308167-39<br>ROBERT E DOWNING<br>5415 HICKORY GROVE RD<br>VALDOSTA GA 31606 |
| CREDITOR ID: 308168-39<br>ROBERT E FLEMING<br>1220 W 20TH AVE<br>COVINGTON LA 70433 | CREDITOR ID: 308169-39<br>ROBERT E FORNEY<br>PO BOX 4421<br>APOPKA FL 32704 | CREDITOR ID: 308170-39<br>ROBERT E FREE & LELIA E FREE<br>JT TEN<br>5860 COWLEY LN<br>MCCALLA AL 35111 |
| CREDITOR ID: 308171-39<br>ROBERT E FRITZ<br>1324 HARRISBURG PIKE<br>COLUMBUS OH 43223 | CREDITOR ID: 308172-39<br>ROBERT E GRAETTINGER<br>32 GEORGETOWN ST<br>FORT  MYERS FL 33919 | CREDITOR ID: 308173-39<br>ROBERT E GRANT<br>310 SE 5TH ST<br>SENECA SC 29678 |
| CREDITOR ID: 308174-39<br>ROBERT E HARGRAVE<br>PO BOX 114<br>BELLE  MINA AL 35615 | CREDITOR ID: 308175-39<br>ROBERT E HARGRAVE & SYLVIA<br>HARGRAVE JT TEN<br>PO BOX 114<br>BEL  MINA AL 35615 | CREDITOR ID: 308176-39<br>ROBERT E HODGES<br>3217 ASBURY LANE<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 308177-39<br>ROBERT E HOOD JR<br>703 BARONESS AVE<br>LOUISVILLE KY 40203 | CREDITOR ID: 308179-39<br>ROBERT E JEWELL & GRETCHEN F<br>JEWELL JT TEN<br>12611 MEMORY LANE<br>BOWIE MD 20715 | CREDITOR ID: 308180-39<br>ROBERT E JONES<br>1120 CARTERS GROVE RD<br>HAZEL  GREEN AL 35750 |
| CREDITOR ID: 308181-39<br>ROBERT E KROMMES & REBECCA M<br>KROMMES TEN ENT<br>10 PINCKNEY DRIVE<br>BLUFFTON SC 29910 | CREDITOR ID: 308182-39<br>ROBERT E LOGAN<br>141 ORMOND MEADOWS DR<br>DESTREHAN LA 70047 | CREDITOR ID: 308183-39<br>ROBERT E MC CARTHY & SUSAN<br>JANE MC CARTHY JT TEN<br>5201 SW 99TH CT<br>MIAMI FL 33165 |
| CREDITOR ID: 308184-39<br>ROBERT E MCCAHILL & FRANCES<br>T MCCAHILL COMMUNITY<br>PROPERTY<br>9 OLYMPIC ST<br>KENNER LA 70065 | CREDITOR ID: 308185-39<br>ROBERT E MCCAHILL CUST<br>COURTNEY T MCCAHILL UND UNIF<br>GIFT MIN ACT LA<br>9 OLYMPIC ST<br>KENNER LA 70065 | CREDITOR ID: 308186-39<br>ROBERT E MCKINNEY<br>1625 BANANA AVE<br>BARTOW FL 33830 |
| CREDITOR ID: 308187-39<br>ROBERT E MCLAMB<br>1824 LANCASTER DR<br>GARNER NC 27529 | CREDITOR ID: 308188-39<br>ROBERT E MCWHORTER & GLORIA<br>E MCWHORTER JT TEN<br>7813 TERRY ST<br>FORT  WORTH TX 76108 | CREDITOR ID: 308190-39<br>ROBERT E MUNSON &<br>RACHEL I MUNSON JT TEN<br>140 STATE LINE RD<br>VESTAL NY 13850-6222 |
| CREDITOR ID: 308191-39<br>ROBERT E MURPHY<br>460 CYPRESS ST<br>TARPON  SPRINGS FL 34689 | CREDITOR ID: 308192-39<br>ROBERT E NEEDS & ARCELIA J<br>NEEDS JT TEN<br>11268 SW 59 CT<br>COOPER  CITY FL 33330-4531 | CREDITOR ID: 308193-39<br>ROBERT E PARHAM JR<br>14501 LOAMY CIR<br>CHESTERFIELD VA 23838 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 308194-39
ROBERT E PETERSON
2131 POB 2131
BOYES  HOT  SPRING CA 95416

CREDITOR ID: 308195-39
ROBERT E PITTMAN
144 KELSEY COVE SE
CALHOUN GA 30701

CREDITOR ID: 308196-39
ROBERT E ROUNDTREE
STE C
1342 E KINGSLEY ST
SPRINGFIELD MO 65804

CREDITOR ID: 308197-39
ROBERT E SCALLORN
516 BRASENOSE ST
CROWLEY TX 76036

CREDITOR ID: 308198-39
ROBERT E SCOTT
61 LEE RD 283
SALEM AL 36874

CREDITOR ID: 308199-39
ROBERT E SLATER JR
495 NW 107 AVE
CORAL  SPRINGS FL 33071

CREDITOR ID: 308200-39
ROBERT E SLATER SR
840 NW GREENWICH CT
PORT  ST  LUCIE FL 34983

CREDITOR ID: 308201-39
ROBERT E SLOTTAG
3740 PINEBROOK CIR APT 201
BRADENTON FL 34209

CREDITOR ID: 308202-39
ROBERT E SLOTTAG & JOAN M
BORRELLI JT TEN
3740 PINEBROOK CIR #201
BRADENTON FL 34209

CREDITOR ID: 308206-39
ROBERT E STREETMAN & MILDRED
S STREETMAN JT TEN
681 REED RD
SMYRNA GA 30082

CREDITOR ID: 308207-39
ROBERT E SURBER & GEORGENE G
SURBER JT TEN
1813 G ST
BELLEVILLE KS 66935

CREDITOR ID: 308208-39
ROBERT E SWARTHOUT
284 CATHERINE LANE
GROVELAND FL 34736

CREDITOR ID: 308209-39
ROBERT E THOMPSON
36260 FINGER RD
MT  PLEASANT NC 28124

CREDITOR ID: 308210-39
ROBERT E TOWNSEND III
2445 LANTERN LN
ATLANTA GA 30349

CREDITOR ID: 308211-39
ROBERT E TUCKER
BRIGHTON STATION
PO BOX 10209
ROCHESTER NY 14610

CREDITOR ID: 308212-39
ROBERT E WEHRLE
4800 WESLEY CT
LEXINGTON KY 40515

CREDITOR ID: 308213-39
ROBERT E WHITE
3520 E GASKINS RD LOT 30
BARTOW FL 33830

CREDITOR ID: 308214-39
ROBERT E WILLIAMS
13156 LAKE ARNEADRA CR
COKER AL 35452

CREDITOR ID: 308215-39
ROBERT EARL STEWART
214 WOODLAND DR
GREENWOOD SC 29646

CREDITOR ID: 308216-39
ROBERT EDGAR MELENDEZ
14802 N FLORIDA AVE
UNIT B 32
TAMPA FL 33613

CREDITOR ID: 308217-39
ROBERT EDWARD GILLEY
8488 NW 196 TERR
MIAMI  LAKES FL 33015

CREDITOR ID: 308218-39
ROBERT EDWARD GREENE
4635 RIVERWOOD AVE
SARASOTA FL 34231

CREDITOR ID: 308219-39
ROBERT ELLIS
341 COORS DR
SHELBY KY 40065

CREDITOR ID: 308220-39
ROBERT ERNEST RADITZ
6 W MONTCLAIR AVE
GREENVILLE SC 29609

CREDITOR ID: 308221-39
ROBERT EUGENE COOK CUST FOR
MICKEL N COOK UNDER THE
FLORIDA GIFTS TO MINORS ACT
7024 GLENVIEW DR
TAMPA FL 33619

CREDITOR ID: 308222-39
ROBERT F BALLIETTE
115 E RIVO ALTO DR
MIAMI  BEACH FL 33139

CREDITOR ID: 308223-39
ROBERT F BARNA
112 BEECHWOOD DR
MADISON CT 06443

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308224-39<br>ROBERT F DE BUSK<br>43 HOOPERS FOREST DR<br>FLETCHER NC 28732 | CREDITOR ID: 308225-39<br>ROBERT F DELMONACHE II<br>3971 SHAMROCK DR<br>VENICE FL 34293 | CREDITOR ID: 308226-39<br>ROBERT F DROWNE & CLAIRE<br>DROWNE JT TEN<br>1529 FARRINDON CIR<br>HEATHROW FL 32746 |
| CREDITOR ID: 308227-39<br>ROBERT F HANSEN<br>4609 71ST AVE<br>PINELLAS  PARK FL 34665 | CREDITOR ID: 308228-39<br>ROBERT F HOPPER<br>418 EAST DAVIDSON AVE<br>GASTONIA NC 28054 | CREDITOR ID: 308229-39<br>ROBERT F KINSELLA III &<br>MAUREEN M KINSELLA JT TEN<br>705 CAPRI ESTATES CT<br>ARNOLD MD 21012 |
| CREDITOR ID: 308230-39<br>ROBERT F MELVIN<br>10532 ASHWOOD CT<br>RAPID  CITY SD 57702 | CREDITOR ID: 308231-39<br>ROBERT F NANCE<br>28 LINDLEY AVE<br>SUMTER SC 29150 | CREDITOR ID: 308232-39<br>ROBERT F OELLING<br>3361 QUEEN CITY AVE APT 2<br>CINCINNATI OH 45238 |
| CREDITOR ID: 308233-39<br>ROBERT F PAVELKA<br>PO BOX 1019<br>JACKSONVILLE FL 32201 | CREDITOR ID: 308234-39<br>ROBERT F SIGREST<br>10824 SUGAR PINE DR<br>GREENWELL  SPRINGS LA 70739 | CREDITOR ID: 308236-39<br>ROBERT F SMITH<br>6170 RUPE RD<br>BROOKSVILLE FL 34602 |
| CREDITOR ID: 308235-39<br>ROBERT F SMITH<br>103 WOODVALE CIR<br>GREER SC 29651 | CREDITOR ID: 308237-39<br>ROBERT F STURM JR<br>2931 SARDIS RD<br>GAINESVILLE GA 30506 | CREDITOR ID: 308238-39<br>ROBERT F THOMAS<br>5032 HANLEY RD<br>CINCINNATI OH 45247 |
| CREDITOR ID: 308239-39<br>ROBERT F WEAVER & MARY O<br>WEAVER JT TEN<br>3861 RIPPLE LEAF CIR<br>BIRMINGHAM AL 35216 | CREDITOR ID: 308240-39<br>ROBERT FARLEY<br>1444 SW 25TH WAY<br>DEERFIELD  BEACH FL 33442 | CREDITOR ID: 308241-39<br>ROBERT FIKTUS<br>1379 REDWOOD CT<br>COLUMBUS OH 43229 |
| CREDITOR ID: 308242-39<br>ROBERT FINLEY SNIPES JR<br>1607 KENAN ST<br>WILSON NC 27893 | CREDITOR ID: 308243-39<br>ROBERT FLORA<br>4109 OLD MILL COVE TRL W<br>JACKSONVILLE FL 32211 | CREDITOR ID: 308244-39<br>ROBERT FLOYD GRAVELY<br>851 SMITH RD<br>MARTINSVILLE VA 24112 |
| CREDITOR ID: 308245-39<br>ROBERT FRANCIS KNUTH<br>4560 70TH STREET W APT 101<br>BRADENTON FL 34210 | CREDITOR ID: 308247-39<br>ROBERT FRANK WILLIAMS JR<br>5075 FLAKES MILL RD<br>ELLENWOOD GA 30049 | CREDITOR ID: 308249-39<br>ROBERT FULLARD HANSEN<br>4609 71ST AVE<br>PINELLAS  PARK FL 34665 |
| CREDITOR ID: 308250-39<br>ROBERT G BROWN<br>707 N 7TH ST<br>MACCLENNY FL 32063 | CREDITOR ID: 308251-39<br>ROBERT G CARLIN<br>3731 161 TERRACE<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 308252-39<br>ROBERT G COOPER<br>104 OLD RIDGE CT<br>COLUMBIA SC 29212 |

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308253-39<br>ROBERT G FULCHER<br>98 OLD OAK RD<br>PROSPECT VA 23960 | CREDITOR ID: 308255-39<br>ROBERT G GLOVER<br>6811 GALVIN RD<br>TRAVERSE  CITY MI 49684 | CREDITOR ID: 308256-39<br>ROBERT G HOUSE & ANNIE FAY<br>HOUSE JT TEN<br>2771 COOLIDGE RD<br>FORT  PIERCE FL 34945 |
| CREDITOR ID: 308257-39<br>ROBERT G LEIGH-MANUELL<br>411 HILLSIDE AVE<br>WEST  SAYVILLE NY 11796 | CREDITOR ID: 308258-39<br>ROBERT G MAYS JR CUST FOR<br>ROBERT G MAYS III<br>A/M/U/T/L/O/GA<br>8810 FIRST BLOOM RD<br>CHARLOTTE NC 28277 | CREDITOR ID: 308259-39<br>ROBERT G MILES JR<br>351 PROCTOR LANE<br>SHEPERDSVILLE KY 40165 |
| CREDITOR ID: 308260-39<br>ROBERT G READ CUST LACEY<br>RENEA READ UNDER THE FL UNIF<br>TRAN MIN ACT<br>1859 NIGHTFALL DR<br>NEPTUNE  BEACH FL 32266 | CREDITOR ID: 308261-39<br>ROBERT G READ CUST ROBERT<br>BLAKE READ UNDER THE FL UNIF<br>TRAN MIN ACT<br>1859 NIGHTFALL DR<br>NEPTUNE  BEACH FL 32266 | CREDITOR ID: 308262-39<br>ROBERT G REISCH & HELEN M<br>REISCH JT TEN<br>630 SOUTH BREVARD AVE<br>UNIT #1132<br>COCOA  BEACH FL 32931 |
| CREDITOR ID: 308263-39<br>ROBERT G ROSE<br>5029 KATI LYNN DR<br>APOPKA FL 32712 | CREDITOR ID: 308264-39<br>ROBERT G SAGLIME<br>1530 NW 96TH AVE<br>PMBK  PINES FL 33024 | CREDITOR ID: 308265-39<br>ROBERT G SAMPLES & AMY J<br>SAMPLES JT TEN<br>4400 CALIFORNIA DR<br>DES  MOINES IA 50312 |
| CREDITOR ID: 308266-39<br>ROBERT G SMITH<br>501 GREENHILL WAY<br>LOGANVILLE GA 30052 | CREDITOR ID: 308267-39<br>ROBERT G SUMMA JR<br>913 DEPAUL DR<br>JACKSONVILLE FL 32218 | CREDITOR ID: 308268-39<br>ROBERT G TACKETT & LANA S<br>TACKETT JT TEN<br>10103 NANKA RD<br>LOUISVILLE KY 40272 |
| CREDITOR ID: 308269-39<br>ROBERT G WALKER<br>2605 EVERGREEN AVE<br>SAVANNAH GA 31404 | CREDITOR ID: 308270-39<br>ROBERT G WALTERS & LETITIA V<br>WALTERS<br>4285 HIGHWAY 414<br>LANDRUM SC 29356 | CREDITOR ID: 308271-39<br>ROBERT G WILLIAMS & GAIL H<br>WILLIAMS JT TEN<br>2401 HWY 39<br>ZEBULON NC 27597 |
| CREDITOR ID: 308272-39<br>ROBERT G YOUNG & MICHELLE<br>YOUNG JT TEN<br>9916 ART ACRES RD 33527<br>DOVER FL 33527 | CREDITOR ID: 308273-39<br>ROBERT GARDNER<br>13031 NW 5TH ST<br>PLANTATION FL 33325 | CREDITOR ID: 308274-39<br>ROBERT GARTH MORBACH CUST<br>SARA PEARL MORBACH UNIF TRAN<br>MIN ACT FL<br>1615 SW 84TH AVE<br>MIAMI FL 33155 |
| CREDITOR ID: 308275-39<br>ROBERT GARY SHIELDS & GLORIA<br>J SHIELDS JT TEN<br>1756 SW BARNETT WAY<br>LAKE  CITY FL 32025 | CREDITOR ID: 308276-39<br>ROBERT GENE MATTHEWS<br>PO BOX 1624<br>HENDERSON NC 27536 | CREDITOR ID: 308277-39<br>ROBERT GEORGE BACH<br>1935 63RD CT<br>VERO  BEACH FL 32966 |
| CREDITOR ID: 308278-39<br>ROBERT GEORGE MONACO<br>9357 GENNA TRACE TRAIL<br>JACKSONVILLE FL 32257 | CREDITOR ID: 308279-39<br>ROBERT GLENN NEELY<br>1089 FARM POND LN<br>ROCK  HILL SC 29732 | CREDITOR ID: 308281-39<br>ROBERT GLENN SKINNER<br>39 SIDNEY LANE<br>DAWSONVILLE GA 30534 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308282-39<br>ROBERT GORDON OWENS III<br>1942 TIMBER LANE<br>BOULDER CO 80304 | CREDITOR ID: 308283-39<br>ROBERT GRANT CALHOUN<br>216 DARES FERRY ROAD<br>SPARTANBURG SC 29302 | CREDITOR ID: 308284-39<br>ROBERT GUTIERREZ<br>16142 SW 96 TERR<br>MIAMI FL 33196 |
| CREDITOR ID: 308285-39<br>ROBERT H BECKHAM & PATRICIA<br>L BECKHAM JT TEN<br>975 N VILLAGE DR<br>DELTONA FL 32725 | CREDITOR ID: 308286-39<br>ROBERT H BELLAMY JR<br>1261 RIDGE RD NE<br>PALM  BAY FL 32905 | CREDITOR ID: 308287-39<br>ROBERT H BOSWELL<br>7400 N COCOA BLVD APT 206<br>COCOA FL 32927 |
| CREDITOR ID: 308288-39<br>ROBERT H BRANNAN<br>6074 WEST CIRCLE<br>ATHENS TX 75751 | CREDITOR ID: 308289-39<br>ROBERT H CURLEE<br>2508 WOODVIEW DR<br>GREENSBORO NC 27408 | CREDITOR ID: 308290-39<br>ROBERT H CURLEE & ELOISE H<br>CURLEE JT TEN<br>2508 WOODVIEW DR<br>GREENSBORO NC 27408 |
| CREDITOR ID: 308291-39<br>ROBERT H DAVIS & MERRILY S<br>DAVIS JT TEN<br>960 WESTGATE DR<br>JACKSONVILLE FL 32221 | CREDITOR ID: 308293-39<br>ROBERT H DURHAM<br>7346 BOYETTE RD<br>ZEPHRYRHILLS FL 33544 | CREDITOR ID: 308294-39<br>ROBERT H ENCINOSA & SONJA C<br>ENCINOSA JT TEN<br>366 POB 366<br>VALRICO FL 33595 |
| CREDITOR ID: 308295-39<br>ROBERT H ENCINOSA JR<br>12406 WEXFORD HILLS RD<br>RIVERVIEW FL 33569 | CREDITOR ID: 308296-39<br>ROBERT H GRIEBNER<br>117 TURNER AVE<br>BUFFALO NY 14220 | CREDITOR ID: 308297-39<br>ROBERT H HAIR<br>314 WILSON ST<br>EDEN NC 27288 |
| CREDITOR ID: 308299-39<br>ROBERT H KENDRICK<br>PO BOX  3123<br>SHELBY NC 28151 | CREDITOR ID: 308300-39<br>ROBERT H LEAR<br>16744 INDIAN MOUND RD<br>ALBEMARLE NC 28001 | CREDITOR ID: 308301-39<br>ROBERT H LEAR & ELAINE J<br>LEAR JT TEN<br>16744 INDIAN MOUND RD<br>ALBEMARLE NC 28001 |
| CREDITOR ID: 308302-39<br>ROBERT H PAYNE & A LUCILLE<br>PAYNE JT TEN<br>503 TWIG TRL<br>DELAND FL 32724 | CREDITOR ID: 308303-39<br>ROBERT H RUMLER<br>937 WALLACE AVE<br>CHAMBERSBURG PA 17201 | CREDITOR ID: 308304-39<br>ROBERT H SELF<br>ATTN NBSC<br>2 CAHU<br>TAYLORS SC 29687 |
| CREDITOR ID: 308306-39<br>ROBERT H SIKES & SHIRLEY E<br>SIKES JT TEN<br>12929 PEACEFUL RD<br>JACKSONVILLE FL 32226 | CREDITOR ID: 308307-39<br>ROBERT H SMITH<br>1440 S GLENCOE RD<br>NEW  SMYRNA  BEACH FL 32168 | CREDITOR ID: 308309-39<br>ROBERT H SONHEIM<br>C/O SONHEIM HELM & LESS<br>7050 NEWCOMBE ST<br>ARVADA CO 80004 |
| CREDITOR ID: 308308-39<br>ROBERT H SONHEIM<br>7050 NEWCOMBE ST<br>ARVADA CO 80004 | CREDITOR ID: 308310-39<br>ROBERT H SONHEIM & BARBARA L<br>SONHEIM JT TEN<br>7050 NEWCOMBE ST<br>ARVADA CO 80004 | CREDITOR ID: 308311-39<br>ROBERT H SONHEIM CUST KATIE<br>GOWEN UNDER THE CO UNIF TRAN<br>MIN ACT<br>7050 NEWCOMBE ST<br>ARVADA CO 80004 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

CREDITOR ID: 308312-39
ROBERT H SPOERL & ANNE R
SPOERL JT TEN
BOX 114
SCOTLAND CT 06264

CREDITOR ID: 308313-39
ROBERT H SYKES
PO BOX 156
BETHANY WV 26032

CREDITOR ID: 308315-39
ROBERT H VAUGHAN JR
101 MANASSAS DR
SIMPSONVILLE SC 29681

CREDITOR ID: 308316-39
ROBERT H WEBB
613 KIRBY STREET
RALEIGH NC 27606

CREDITOR ID: 308317-39
ROBERT H ZERHUSEN & MARY
ZERHUSEN JT TEN
4209 PAXTON AVE
CINCINNATI OH 45209

CREDITOR ID: 308318-39
ROBERT HAGAN & SUZANNE HAGAN
JT TEN
33684 U S HWY 280
CHILDERSBURG AL 35044

CREDITOR ID: 308319-39
ROBERT HALE
205 PINECREST RD
CLARKESVILLE GA 30523

CREDITOR ID: 308320-39
ROBERT HALE & JOAN P HALE
JT TEN
205 PINECREST RD
CLARKESVILLE GA 30523

CREDITOR ID: 308321-39
ROBERT HARRELL BUNN
204 GLEN EDEN RD
DURHAM NC 27713

CREDITOR ID: 308322-39
ROBERT HENRY PETTIGREW JR
RR 1 BOX 132
CALHOUN  FALLS SC 29628

CREDITOR ID: 308323-39
ROBERT HIGGINS
1781 NE FLORIDIAN CIR
ARCADIA FL 34266

CREDITOR ID: 308325-39
ROBERT HILL SMITH CUST
WARREN HAMILTON SMITH
BOX 11248
TALLAHASSEE FL 32302

CREDITOR ID: 308324-39
ROBERT HILL SMITH CUST
VIRGINIA AUSTIN SMITH UNIF
TRANS MIN ACT FL
BOX 11248
TALLAHASSEE FL 32302

CREDITOR ID: 308326-39
ROBERT HUGH CORZINE
110 BURNHAM CT
GARNER NC 27529

CREDITOR ID: 308327-39
ROBERT HUNTER TAYLOR
5925 TRUMAN MTN RD
GAINESVILLE GA 30506

CREDITOR ID: 308328-39
ROBERT I BIEDERWOLF &
KATHRYN M BIEDERWOLF JT TEN
1015 W STATE ST
MARSHFIELD WI 54449

CREDITOR ID: 308329-39
ROBERT I LYTLE
2 HICKORY TRL
FLEMINGTON NJ 08822

CREDITOR ID: 308330-39
ROBERT J ALLEN & NANCY L
ALLEN JT TEN
157 5TH AVE SW
LARGO FL 34640

CREDITOR ID: 308331-39
ROBERT J ANSELMO
1541 SPRUCE AVE
HANOVER  PARK IL 60103

CREDITOR ID: 308332-39
ROBERT J BELL
7238 KNOLL DR
NEW  PRT  RCHY FL 34653

CREDITOR ID: 308333-39
ROBERT J BORDNER
15535 RENEE LANE
HUDSON FL 34669

CREDITOR ID: 308334-39
ROBERT J COLLINS
531 REDLAND BLVD
ROCKVILLE MD 20850-6026

CREDITOR ID: 308335-39
ROBERT J COMPRETTA
904 OLD SPANISH TRAIL
BAY  ST  LOUIS MS 39520

CREDITOR ID: 308336-39
ROBERT J COTTON
1145 WAGES BRIDGE RD
WICHOLSON GA 30565

CREDITOR ID: 308337-39
ROBERT J COULTER
#203
1401 BAY RD
MIAMI  BEACH FL 33139

CREDITOR ID: 308338-39
ROBERT J DALTON
4527 OTSEGO ST
DULUTH MN 55804

CREDITOR ID: 308339-39
ROBERT J DUPONT JR
123 DIXIE DRIVE
DES  ALLEMANDS LA 70030

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 308340-39<br>ROBERT J FISCHER<br>9704 LOUDOUN AVE<br>MANASSAS VA 20109 | CREDITOR ID: 308341-39<br>ROBERT J FORBECK<br>727 RACE TRACK RD<br>ALEXANDRIA KY 41001 | CREDITOR ID: 308342-39<br>ROBERT J FREDERICKS<br>1000 COLONY POINT CIRCLE #220<br>PEMBROKE  PINES FL 33026 |
| CREDITOR ID: 308343-39<br>ROBERT J FUGATE<br>1511 GAINES RD<br>WINTER  HAVEN FL 33880 | CREDITOR ID: 308344-39<br>ROBERT J GAYDOSH & ANN K<br>GAYDOSH JT TEN<br>126 WEST END AVE<br>PLAINFIELD NJ 07060 | CREDITOR ID: 308345-39<br>ROBERT J GESEMYER<br>PO BOX 11428<br>TAMPA FL 33680 |
| CREDITOR ID: 308346-39<br>ROBERT J HARRIS<br>PO BOX 863<br>FORT  MC  COY FL 32134 | CREDITOR ID: 308347-39<br>ROBERT J HEAD CUST ROBERT D<br>REISHUS UNIF TRAN MIN ACT FL<br>548 SEGOVIA RD<br>ST  AUGUSTINE FL 32086 | CREDITOR ID: 308348-39<br>ROBERT J HEAD JR CUST HARLEA<br>EDWARD WHEELESS<br>U/T/FL/G/T/M/A<br>3369 PENNY LANE<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 308349-39<br>ROBERT J HEAD JR CUST ROBERT<br>J WHEELESS UNIF TRANS MIN<br>ACT FL<br>2901 GUTHER PLACE<br>VIRGINIA  BEACH VA 23456 | CREDITOR ID: 308350-39<br>ROBERT J HEDDEN JR<br>1726 32ND ST SW<br>ALLENTOWN PA 18103 | CREDITOR ID: 308351-39<br>ROBERT J HICKEY<br>7119 DARTMOUTH AVE N<br>SAINT  PETERSBURG FL 33710 |
| CREDITOR ID: 308352-39<br>ROBERT J HICKS<br>2930 GLENSTONE RD<br>ROCK  HILL SC 29730 | CREDITOR ID: 308353-39<br>ROBERT J HOWELL<br>1656 LOWELL BETHESDA RD B<br>GASTONIA NC 28056 | CREDITOR ID: 308354-39<br>ROBERT J JOHNSON<br>1208 OAK ST<br>JESUP GA 31545 |
| CREDITOR ID: 308355-39<br>ROBERT J JORDAN<br>1020 GLENWOOD TER<br>ANNISTON AL 36201 | CREDITOR ID: 308356-39<br>ROBERT J KEYES III<br>2603 FREELAND DR<br>VALRICO FL 33594 | CREDITOR ID: 308357-39<br>ROBERT J KROLL<br>253 JAMAICA ST<br>DANIA FL 33004 |
| CREDITOR ID: 308358-39<br>ROBERT J KYLE<br>3614 ROYAL FERN CIRCLE<br>DELAND FL 32724 | CREDITOR ID: 308359-39<br>ROBERT J LEIMGRUBER<br>896 SE SWEETBAY AVE<br>PORT  SAINT  LUCIE FL 34983 | CREDITOR ID: 308360-39<br>ROBERT J LEWIS<br>4406 TROPICAL DRIVE<br>PANAMA  CITY FL 32404 |
| CREDITOR ID: 308361-39<br>ROBERT J LYNCH SR<br>11 W 2ND ST<br>MOORESTOWN NJ 08057 | CREDITOR ID: 308362-39<br>ROBERT J MAYET & KAREN T<br>MAYET JT TEN<br>4572 HWY 1<br>RACELAND LA 70394 | CREDITOR ID: 308363-39<br>ROBERT J MAYNARD<br>216 PASTURE LN<br>TABB VA 23693 |
| CREDITOR ID: 308364-39<br>ROBERT J NORRIS<br>15 DAMERON AVE<br>GREENVILLE SC 29607 | CREDITOR ID: 308365-39<br>ROBERT J PECK<br>11820 W 74TH AVE<br>ARVADA CO 80005 | CREDITOR ID: 308366-39<br>ROBERT J REMINGTON<br>12143 66TH ST N<br>WEST  PALM  BCH FL 33412 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308367-39<br>ROBERT J RIVARD<br>4700 JAY DR<br>SAINT  CLOUD FL 34772 | CREDITOR ID: 308368-39<br>ROBERT J ROMANELLO CUST JOHN<br>BRIAN ROMANELLO UNDER THE<br>UNIF TRAN MIN ACT NC<br>5413 WHIPPERS-IN TRAIL<br>PFAFFTOWN NC 27040 | CREDITOR ID: 308369-39<br>ROBERT J RUIZ JR<br>5630 RENDON EST<br>MANSFIELD TX 76063 |
| CREDITOR ID: 308370-39<br>ROBERT J RUIZ JR & BRENDA D<br>RUIZ JT TEN<br>5630 RENDON EST<br>MANSFIELD TX 76063 | CREDITOR ID: 308371-39<br>ROBERT J SIEGFRIED<br>908 IVANHOE CIRCLE<br>WIMAUMA FL 33598 | CREDITOR ID: 308372-39<br>ROBERT J SIRKLE<br>988 JIMSON CT<br>GALLOWAY OH 43119 |
| CREDITOR ID: 308373-39<br>ROBERT J SNYDER<br>1593 CABONOSE ST<br>LUTCHER LA 70071 | CREDITOR ID: 308374-39<br>ROBERT J STARR & LETITA H<br>STARR JT TEN<br>2604 MCCLAY RD<br>ST  CHARLES MO 63303 | CREDITOR ID: 308375-39<br>ROBERT J STIEF<br>5119 19TH ST W<br>BRADENTON FL 34207 |
| CREDITOR ID: 308376-39<br>ROBERT J VAN BUREN<br>3608 HEATHROW DR<br>WINSTON  SALEM NC 27127 | CREDITOR ID: 308377-39<br>ROBERT J WADE<br>1152 ELLEN AVE<br>ROCK  HILL SC 29732 | CREDITOR ID: 308378-39<br>ROBERT J WALKER<br>653 RAVENWOOD DR<br>FORT  MILL SC 29715 |
| CREDITOR ID: 308379-39<br>ROBERT J WALKER & JERRI H<br>WALKER JT TEN<br>653 RAVENWOOD DR<br>FORT  MILL SC 29715 | CREDITOR ID: 308380-39<br>ROBERT J WATKINS<br>4187 LAFAYETTE BLVD<br>LINCOLN  PARK MI 48146 | CREDITOR ID: 308381-39<br>ROBERT J WIMBERLEY<br>1809 NOEL RD<br>CHURCH  POINT LA 70525 |
| CREDITOR ID: 308382-39<br>ROBERT J WOOD & SUZANNE Y<br>WOOD JT TEN<br>1626 OAKMONT CIR<br>NICEVILLE FL 32578 | CREDITOR ID: 308384-39<br>ROBERT JAMES LATIMER<br>PO BOX 306<br>LAKE  HAMILTON FL 33851 | CREDITOR ID: 308385-39<br>ROBERT JAMES RUTHERFORD JR<br>720 COVENTRY CT<br>RALEIGH NC 27609 |
| CREDITOR ID: 308386-39<br>ROBERT JASON SPEEGLE<br>1120 ILLINOIS AVE<br>LYNN  HAVEN FL 32444 | CREDITOR ID: 308387-39<br>ROBERT JAY CONLEY<br>2016 BELMAR AVE<br>SPRING  HILL FL 34608 | CREDITOR ID: 308388-39<br>ROBERT JEB FIELDS<br>1227 N LAKE OTIS DR SE<br>WINTER  HAVEN FL 33880 |
| CREDITOR ID: 308389-39<br>ROBERT JEFF MAGEE<br>45 MAYHAW DR<br>COVINGTON LA 70433 | CREDITOR ID: 308390-39<br>ROBERT JEFFREY BRANTLEY<br>112 ALMA DR<br>ALMONTE  SPRINGS FL 32714 | CREDITOR ID: 308391-39<br>ROBERT JEROME SAWYER JR<br>APT A<br>3520 HARDEN RD<br>RALEIGH NC 27607 |
| CREDITOR ID: 308392-39<br>ROBERT JOHN FUNARI<br>1775 LAKEWOOD DR SOUTH<br>ST  PETERSBURG FL 33712 | CREDITOR ID: 308393-39<br>ROBERT JOHN NORRIS<br>15 DAMERON AVE<br>GREENVILLE SC 29607 | CREDITOR ID: 308394-39<br>ROBERT JOHN ONEAL<br>404 E OAK<br>ARCADIA FL 33821 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 308395-39
ROBERT JOHN YODER
10660 HABITAT TRAIL
BOKEELIA FL 33922

CREDITOR ID: 308396-39
ROBERT K DEWEY
1014 MEADOWOOD POINTE
LAKELAND FL 33811

CREDITOR ID: 308397-39
ROBERT K MINTZ
8378 CREEK BRIDGE DR
GERMANTOWN TN 38138

CREDITOR ID: 308398-39
ROBERT K PATTERSON &
CAROLINE W PATTERSON JT TEN
3914 SUE LN
RALEIGH NC 27604

CREDITOR ID: 308399-39
ROBERT K WEINKLE
123 TRUMPET LN
ASHEVILLE NC 28803

CREDITOR ID: 308400-39
ROBERT K WILLIAMS
103 RIVER DR
RICHLANDS NC 28574

CREDITOR ID: 308402-39
ROBERT KEITH LOFLIN
4 HILLCREST DR
GREAT  FALLS SC 29055

CREDITOR ID: 308403-39
ROBERT KELEHER
1803 ROCKHURST AVE
ORLANDO FL 32826

CREDITOR ID: 308404-39
ROBERT KEY JR & MARY
DALE KEY JT TEN
10438 HAHN RD
SEALY TX 77474

CREDITOR ID: 308405-39
ROBERT KING CUST ROBERT KING
JR UNIF TRANSFER TO MINORS
ACT AL
P O BOX 265
CHELSEA AL 35043

CREDITOR ID: 308406-39
ROBERT KROBOTH & PETRONELLA
J KROBOTH JT TEN
257 NE 103RD ST
MIAMI  SHORES FL 33138

CREDITOR ID: 308407-39
ROBERT L ALBAN & PATRICIA L
ALBAN JT TEN
9170 48TH AVE
LIVE  OAK FL 32060

CREDITOR ID: 308408-39
ROBERT L BAKER & MARCIE K
BAKER JT TEN
4344 SPRING LANE
LAKELAND FL 33811

CREDITOR ID: 308409-39
ROBERT L BASS
2622 COURTLAND AVE
COLUMBUS GA 31907

CREDITOR ID: 308410-39
ROBERT L BIDDLE & SANDRA L
BIDDLE JT TEN
4121 STRATFORD AVE
INDIANAPOLIS IN 46201

CREDITOR ID: 308412-39
ROBERT L BOSSMEYER
7808 DAFFODIL DR
LOUISVILLE KY 40258

CREDITOR ID: 308413-39
ROBERT L BOWENS
300 N 4TH ST
EASLEY SC 29640

CREDITOR ID: 308414-39
ROBERT L BRANNON
647 TABBYSTONE ST
MARIETTA GA 30064

CREDITOR ID: 308415-39
ROBERT L BROWN JR
PO BOX 100
IUKA MS 38852

CREDITOR ID: 308416-39
ROBERT L BROWN SR
8211 OLD KINGS RD
JACKSONVILLE FL 32219

CREDITOR ID: 308417-39
ROBERT L BRUCE
PO BOX 1201
MARSHALL TX 75671

CREDITOR ID: 308418-39
ROBERT L BURMEISTER
2933 GARDEN TER NE
PALM  BAY FL 32905

CREDITOR ID: 308419-39
ROBERT L CASTLES & SUE S
CASTLES TEN COM
348 CROCKETT RD
COLUMBIA SC 29212

CREDITOR ID: 308420-39
ROBERT L CRONK
695 COUNTY RTE 53
OSWEGO NY 13126

CREDITOR ID: 308421-39
ROBERT L CURTIS
1805 12TH STREET
EDGEWATER FL 32132

CREDITOR ID: 308422-39
ROBERT L DICKIE
4702 GLENROSE ROAD
LOUISVILLE KY 40229

CREDITOR ID: 308423-39
ROBERT L DUNN
1301 BELLE POINT DRIVE
MT  PLEASANT NC 29464

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 308424-39<br>ROBERT L EUBANK<br>1958 PROPHET RD<br>GOODE VA 24556 | CREDITOR ID: 308425-39<br>ROBERT L FINE<br>1328 C LAKE SHORE DR<br>COLUMBUS OH 43204 | CREDITOR ID: 308426-39<br>ROBERT L FOSTER<br>PO BOX 367<br>NORTH  MYRTLE  BEACH SC 29597 |
| CREDITOR ID: 308428-39<br>ROBERT L GRIFFIN<br>2177 RIFLE RANGE ROAD<br>WETUMPKA AL 36092 | CREDITOR ID: 308427-39<br>ROBERT L GRIFFIN<br>2177 RIFLE RANGE RD<br>WETUMPKA AL 36092 | CREDITOR ID: 308429-39<br>ROBERT L HALE & JOAN P HALE<br>JT TEN<br>205 PINECREST RD<br>CLARKESVILLE GA 30523 |
| CREDITOR ID: 308430-39<br>ROBERT L HAMILTON<br>6245 SHAMROCK CT<br>FORT  WORTH TX 76119 | CREDITOR ID: 308431-39<br>ROBERT L HEAVENER<br>262 FORESTERIA DR<br>LAKE  PARK FL 33403 | CREDITOR ID: 308432-39<br>ROBERT L HICKS<br>983 SEQUOIA COURT<br>WINTER  SPRINGS FL 32708 |
| CREDITOR ID: 308433-39<br>ROBERT L HOLT<br>615 N 41ST STREET<br>FORT  SMITH AR 72903 | CREDITOR ID: 308434-39<br>ROBERT L JOHNSON<br>8344 ROYAL HEIGHTS DR<br>CINCINNATI OH 45239 | CREDITOR ID: 308435-39<br>ROBERT L JONES JR<br>2152 NE SNOW ST<br>ARCADIA FL 34266 |
| CREDITOR ID: 308436-39<br>ROBERT L KIDD<br>100 CRAWFORD ST<br>OAK  HILL WV 25901 | CREDITOR ID: 308437-39<br>ROBERT L LAFOLLETTE & MARLOW<br>P LAFOLLETTE JT TEN<br>20683 CROOKED RIVER PL<br>HILLIARD FL 32046 | CREDITOR ID: 308438-39<br>ROBERT L LESTER SR & HATTIE<br>LESTER JT TEN<br>1551 W 9TH ST<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 308439-39<br>ROBERT L LINDSEY JR<br>700 COLVILLE ROAD<br>CHARLOTTE NC 28207 | CREDITOR ID: 308440-39<br>ROBERT L MATHIS<br>1135 STANLEY LN<br>BAKER FL 32531 | CREDITOR ID: 308441-39<br>ROBERT L MAY<br>115 STERNS STREET<br>LANTANA FL 33462 |
| CREDITOR ID: 308442-39<br>ROBERT L MCCLENDON<br>2400 HEYWOOD AVE<br>CHARLOTTE NC 28208 | CREDITOR ID: 308443-39<br>ROBERT L MCGRANE<br>1030 RUSSELL STREET<br>COVINGTON KY 41011 | CREDITOR ID: 308444-39<br>ROBERT L MOORE & BETSY J<br>MOORE JT TEN<br>4805 COUESTOGA CIR<br>GARNER NC 27529 |
| CREDITOR ID: 308445-39<br>ROBERT L MOSS JR<br>507 SANDY CREEK DR<br>BRANDON FL 33511 | CREDITOR ID: 308446-39<br>ROBERT L OAKES<br>1709 ROBERTA AVE<br>SEBRING FL 33870 | CREDITOR ID: 308447-39<br>ROBERT L ODOM<br>165 TILDEN NURSERY RD<br>LEXINGTON NC 27292 |
| CREDITOR ID: 308449-39<br>ROBERT L PARKER CUST FOR<br>ANGELA PARKER U/T/FL/G/T/M/A<br>8879 BENSON PI<br>BAGDAD KY 40003 | CREDITOR ID: 308450-39<br>ROBERT L POPLIN & MINNIE LEE<br>POPLIN JT TEN<br>PO BOX 172<br>LILESVILLE NC 28091 | CREDITOR ID: 308451-39<br>ROBERT L RAGIN<br>8026 NE 305TH CT<br>SALT  SPRINGS FL 32134 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308452-39<br>ROBERT L REECE & KATHRYN J<br>REECE JT TEN<br>14135 TIMOTHY DR<br>ORLAND  PARK IL 60462 | CREDITOR ID: 308453-39<br>ROBERT L REHARD<br>6101 NE 2ND TERRACE<br>FORT  LAUDERDALE FL 33334 | CREDITOR ID: 308454-39<br>ROBERT L RINGGOLD III<br>6902 GLEN RIDGE CIRCLE<br>APT C-4<br>GLEN  BURNIE MD 21061 |
| CREDITOR ID: 308455-39<br>ROBERT L RINGGOLD JR &<br>OTILLIA F RINGGOLD JT TEN<br>13400 COASTAL HWY APT 804<br>OCEAN  CITY MD 21842 | CREDITOR ID: 308456-39<br>ROBERT L SCHMITT & WILETTA V<br>SCHMITT JT TEN<br>1901 75TH AVE N<br>ST  PETERSBURG FL 33702 | CREDITOR ID: 308457-39<br>ROBERT L SCHOETTINGER JR<br>37 HOLLY LN<br>FORT  THOMAS KY 41075 |
| CREDITOR ID: 308458-39<br>ROBERT L SCHOETTINGER JR &<br>MELISSA SCHOETTINGER JT TEN<br>37 HOLLY LN<br>FORT  THOMAS KY 41075 | CREDITOR ID: 308459-39<br>ROBERT L SELLS<br>144 WATERFORD PL<br>ACWORTH GA 30101 | CREDITOR ID: 308460-39<br>ROBERT L SMITH<br>345 WEAVER ST<br>DAYTONA  BEACH FL 32114 |
| CREDITOR ID: 308461-39<br>ROBERT L SOWKA<br>5425 ROUND LAKE RD<br>APOPKA FL 32712 | CREDITOR ID: 308462-39<br>ROBERT L SPENCER & MARGARET<br>V SPENCER JT TEN<br>C/O BUTTERFIELD<br>18995 CR 4072<br>KEMP TX 75143 | CREDITOR ID: 308463-39<br>ROBERT L STAHL<br>125 BISHOP HOLLOW RD<br>MEDIA PA 19063 |
| CREDITOR ID: 308464-39<br>ROBERT L STAHL & ELIZABETH M<br>STAHL JT TEN<br>125 BISHOP HOLLOW RD<br>MEDIA PA 19063 | CREDITOR ID: 308465-39<br>ROBERT L STEARNS<br>20 INDIA ST<br>PAWTUCKET RI 02860 | CREDITOR ID: 308466-39<br>ROBERT L STEINMETZ & RUTH P<br>STEINMETZ JT TEN<br>1628 NIGHTINGALE RD<br>LOUISVILLE KY 40213 |
| CREDITOR ID: 308467-39<br>ROBERT L SUNDERMAN & MARCIA<br>A SUNDERMAN JT TEN<br>600 GORDON DR<br>SIOUX  FALLS SD 57110 | CREDITOR ID: 308468-39<br>ROBERT L TAYLOR & MARILYN M<br>TAYLOR TTEES U-A DTD<br>05-02-95 F-B-O ROBERT TAYLOR<br>& MARILYN TAYLOR TRUST<br>427 S NORRIS AVE<br>NORTH  VERNON IN 47265 | CREDITOR ID: 308469-39<br>ROBERT L TREMBLE<br>6738 RHODE ISLAND DR E<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 308470-39<br>ROBERT L TUCKER<br>99 DIOGENES ST<br>DUNEDIN FL 34698 | CREDITOR ID: 308471-39<br>ROBERT L UNDERWOOD<br>4095 PALMETTO DR<br>MULBERRY FL 33860 | CREDITOR ID: 308472-39<br>ROBERT L WEBER<br>380 S E YARDLEY TERRACE<br>PORT  SAINT  LUCIE FL 34983 |
| CREDITOR ID: 308473-39<br>ROBERT L WEDDINGS<br>PO BOX 342<br>SELMA NC 27576 | CREDITOR ID: 308474-39<br>ROBERT L WHITE<br>1007 ALABAMA AVE NW<br>FORT  PAYNE AL 35967 | CREDITOR ID: 308475-39<br>ROBERT L WILLIAMS & JABARI<br>WILLIAMS JT TEN<br>3069 BROWNING ST<br>SARASOTA FL 34237 |
| CREDITOR ID: 308476-39<br>ROBERT L WILLIAMS & JONE S<br>WILLIAMS JT TEN<br>3069 BROWNING ST<br>SARASOTA FL 34237 | CREDITOR ID: 308477-39<br>ROBERT L WILSON & AILEEN D<br>WILSON JT TEN<br>23201 EAGLES WATCH DR<br>LAND  O  LAKES FL 34639 | CREDITOR ID: 308478-39<br>ROBERT L WOLFORD & JEAN M<br>WOLFORD JT TEN<br>1160 BRISTOL AVE<br>DAVIE FL 33325 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308479-39<br>ROBERT L WOODRUFF<br>PO BOX 1709<br>ROCKLAND ME 04841 | CREDITOR ID: 308480-39<br>ROBERT L ZARRELLA JR<br>2811 NW 108TH TER<br>SUNRISE FL 33322 | CREDITOR ID: 308481-39<br>ROBERT LEE BRICKLE<br>107 TRESCOT CT<br>EAST  PALATKA FL 32131 |
| CREDITOR ID: 308482-39<br>ROBERT LEE CARNEY<br>14027 LELANI DR<br>WEEKI  WACHEE FL 34614 | CREDITOR ID: 308483-39<br>ROBERT LEE CRITCHFIELD<br>7352 VIVIAN LANE<br>ORLANDO FL 32818 | CREDITOR ID: 308484-39<br>ROBERT LEE DAVIDSON & TERESA<br>S A DAVIDSON JT TEN<br>2138 STRATFORD DRIVE<br>SARASOTA FL 34232 |
| CREDITOR ID: 308485-39<br>ROBERT LEE EVANS<br>1533 NEPTUNE TER<br>VINELAND NJ 08360 | CREDITOR ID: 308486-39<br>ROBERT LEE FREE<br>6241 OAK RIDGE DR<br>FLOWERY  BRANCH GA 30542 | CREDITOR ID: 308487-39<br>ROBERT LEE HAYES<br>403 BLAND ST<br>POCAHONTAS AR 72455 |
| CREDITOR ID: 308488-39<br>ROBERT LEE HUDSON CUST<br>ROBERT JAMES HUDSON UNIF<br>TRAN MIN ACT TN<br>12501 SOUTHRIDGE DR<br>LITTLE  ROCK AR 72212 | CREDITOR ID: 308489-39<br>ROBERT LEE JONES & DENIA MOE<br>JONES JT TEN<br>11332 NW 22ND AVENUE RD<br>MIAMI FL 33167 | CREDITOR ID: 308490-39<br>ROBERT LEE LA FOLLETTE<br>20683 CROOKED RINER PLACE<br>HILLIARD FL 32046 |
| CREDITOR ID: 308491-39<br>ROBERT LEE MARTINEZ & MARY LEE<br>MARTINEZ JT TEN<br>12070 GAY RIO DRIVE<br>LAKESIDE CA 92040 | CREDITOR ID: 308492-39<br>ROBERT LEE ODHAM III<br>209 HEDINGHAM LN<br>WILMINGTON NC 28412 | CREDITOR ID: 308493-39<br>ROBERT LEE WHITE II<br>1947 FURMAN CT<br>COCOA FL 32922 |
| CREDITOR ID: 308494-39<br>ROBERT LENON HARRIS JR<br>7724 SECRETARIAT DRIVE<br>MIDLOTHIAN VA 23112 | CREDITOR ID: 308495-39<br>ROBERT LEWIS<br>324 W 68TH ST<br>JACKSONVILLE FL 32206 | CREDITOR ID: 308496-39<br>ROBERT LEWIS BROWN JR<br>3316 SW 41ST PL APT 22<br>GAINESVILLE FL 32608 |
| CREDITOR ID: 308497-39<br>ROBERT LEWIS SMITH<br>370 BOB SMITH DRIVE<br>LEXINGTON NC 27292 | CREDITOR ID: 308498-39<br>ROBERT LEWIS WARD<br>PO BOX 73<br>HOLLISTER FL 32147 | CREDITOR ID: 308499-39<br>ROBERT LINDSAY FLOWER &<br>ESTHER LACY FLOWER<br>CO-TRUSTEES U-A DTD 07-28-83<br>FLOWER FAMILY TRUST<br>12000 NORTH 90TH ST  APT 2101<br>SCOTTSDALE AZ 85260 |
| CREDITOR ID: 308500-39<br>ROBERT LINKER<br>163 ROUNDHILL RD<br>ROSLYN  HEIGHTS NY 11577 | CREDITOR ID: 308501-39<br>ROBERT LOUIS HOPKINS<br>305 GILMORE ST 2ND<br>BALTIMORE MD 21223 | CREDITOR ID: 308502-39<br>ROBERT LOUIS WARREN<br>8801 BROWN AUSTIN RD<br>FAIRDALE KY 40118 |
| CREDITOR ID: 308503-39<br>ROBERT LOWELL BRUNER<br>2620 NW 3RD AVE<br>OCALA FL 32670 | CREDITOR ID: 308504-39<br>ROBERT LUTHER POPLIN<br>PO BOX 172<br>LILESVILLE NC 28091 | CREDITOR ID: 308505-39<br>ROBERT M BALDONADO<br>2426 SHERBROOKE CT<br>ATLANTA GA 30345 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                   **CASE:   05-03817-3F1**

CREDITOR ID: 308506-39
ROBERT M BININGER
1360 ORANGE AV
WINTER PARK FL 32789

CREDITOR ID: 308507-39
ROBERT M BROYLES JR
3121 HENDERSON CIR W
LAKELAND FL 33803

CREDITOR ID: 308508-39
ROBERT M CARLISLE III
1416 PECAN AVENUE
CHARLOTTE NC 28205

CREDITOR ID: 308509-39
ROBERT M CRUM JR
5904 CHERRY LANE
CRESTWOOD KY 40014

CREDITOR ID: 308510-39
ROBERT M FALCON & JOSIE M
FALCON JT TEN
3624 REEVES ST
FORT WORTH TX 76117

CREDITOR ID: 308511-39
ROBERT M FORBIS & SHIRLEY M
FORBIS JT TEN
603 SUNSET AVE
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 308512-39
ROBERT M GALLANT III
70 HONEYSUCKLE LANE
BEAUFORT SC 29902

CREDITOR ID: 308513-39
ROBERT M GOLDMAN & MARTINA M
GOLDMAN JT TEN
9914 FERN CREEK RD
FERN CREEK KY 40291

CREDITOR ID: 308514-39
ROBERT M HALE & MAURINE U
HALE JT TEN
PO BOX 155
WILLIAMSFIELD IL 61489

CREDITOR ID: 308515-39
ROBERT M HUNT
2190 NW 33RD TERR
COCONUT CREEK FL 33066

CREDITOR ID: 308516-39
ROBERT M LOVELESS
RT 4 BOX 139
BANNER ELK NC 28604

CREDITOR ID: 308517-39
ROBERT M LOWERY & VOLET H
LOWERY JT TEN
1719 E GRAUWYLER RD APT 102
IRVING TX 75061

CREDITOR ID: 308518-39
ROBERT M MCINTYRE & DOROTHY
A MCINTYRE JT TEN
57 GREENWOOD FOREST SOUTH
ETOWAH NC 28729

CREDITOR ID: 308519-39
ROBERT M MCLEOD
APT A-19
550 W STANFILL
HAHIRA GA 31632

CREDITOR ID: 308520-39
ROBERT M MCLEOD & DAPHANE L
MCLEOD JT TEN
550 W STANFILL ST LOT A19
HAHIRA GA 31632

CREDITOR ID: 308521-39
ROBERT M METZ
5413 LARIAT DRIVE
CINCINNATI OH 45238

CREDITOR ID: 308522-39
ROBERT M MITCHELL
337 W 17TH ST
COVINGTON KY 41014

CREDITOR ID: 308523-39
ROBERT M MORRIS
950 ESTESBURG RD
EUBANK KY 42567

CREDITOR ID: 308524-39
ROBERT M OCONNELL
4751 OAKTREE ROAD LOT 30
MILLBROOK AL 36054

CREDITOR ID: 308525-39
ROBERT M PAIT & BARBARA A
PAIT JT TEN
P O BOX 26
BLADENBORO NC 28320

CREDITOR ID: 308528-39
ROBERT M PARRISH CUST ROBERT
SAMUEL PARRISH UNDER THE
UNIF TRAN MIN ACT NC
2532 WASHINGTON AVE
CREEDMOOR NC 27522

CREDITOR ID: 308527-39
ROBERT M PARRISH CUST ROBERT
JACKSON PARRISH UNDER THE
UNIF TRAN MIN ACT NC
5201 ALLEN RD EAST
CHARLOTTE NC 28269

CREDITOR ID: 308526-39
ROBERT M PARRISH CUST ROBERT
BRIAN PARRISH UNDER THE UNIF
TRAN MIN ACT NC
5201 ALLEN RD E
CHARLOTTE NC 28221

CREDITOR ID: 308529-39
ROBERT M ROUSE JR
BOX 102
LABELLE MO 63447

CREDITOR ID: 308530-39
ROBERT M SCHIRMER & ROSEMARY
R SCHIRMER JT TEN
14 MEADOW DR #6
MILFORD OH 45150

CREDITOR ID: 308531-39
ROBERT M SIEGFRIED CUST FOR
JASON P SIEGFRIED UNDER THE
NY UNIFORM TRANSFERS TO
MINORS ACT
425 WAUKENA AVE
OCEANSIDE NY 11572

CREDITOR ID: 308532-39
ROBERT M SMITH & LOUISE G
SMITH JT TEN
204 N ORANGE ST
MADISON FL 32340

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 308533-39
ROBERT M SMITH JR
3412 SUNNYSIDE DR
JACKSONVILLE FL 32207

CREDITOR ID: 308534-39
ROBERT M SMITH TR U/A/D
07/25/94 ROBERT M SMITH REV
TRUST
2710 MIDDLESEX RD
ORLANDO FL 32803

CREDITOR ID: 308535-39
ROBERT M TEMPLE
1902 HIGH VISTA DR
LAKELAND FL 33813

CREDITOR ID: 308536-39
ROBERT M TESTON
4320 CLOVE ST
MIDDLEBURG FL 32068

CREDITOR ID: 308537-39
ROBERT M TESTON & N JILL
HAYES TESTON TEN COM
4320 CLOVE ST
MIDDLEBURG FL 32068

CREDITOR ID: 308538-39
ROBERT M TOMBERLIN
3475 WOODLEY PARK PL
OVIEDO FL 32765

CREDITOR ID: 308539-39
ROBERT M VIAMONTE & JOSEPH R
VIAMONTE JT TEN
4007 LEVONSHIRE PL
VALRICO FL 33594

CREDITOR ID: 308540-39
ROBERT M WEINKAUF
400 S 4TH ST
PONCHATOULA LA 70454

CREDITOR ID: 308541-39
ROBERT M WHITE
500 GROVE CT
ALTAMONTE  SPRINGS FL 32714

CREDITOR ID: 308542-39
ROBERT M WILSON
201 VILLAGE DR
LAGRANGE GA 30240

CREDITOR ID: 308543-39
ROBERT M WYNNE & EDITH B
WYNNE JT TEN
227 LURGAN AVE
SHIPPENSBURG PA 17257

CREDITOR ID: 308544-39
ROBERT MAHONEY
511 E 3RD ST
SWEETWATER TX 79556

CREDITOR ID: 308545-39
ROBERT MANLEY & DIANE MANLEY
JT TEN
885 DEER RUN DR
VIERA FL 32940

CREDITOR ID: 308546-39
ROBERT MARK ROBITZSCH &
LINDA SUE ROBITZSCH JT TEN
1851 DATE PALM DR
EDGEWATER FL 32141

CREDITOR ID: 308547-39
ROBERT MARONEY & NANCY
MARONEY JT TEN
8010 HAWTHORN TRL NW
WALKER MN 56484

CREDITOR ID: 308548-39
ROBERT MARTONE & DOREEN
MARTONE JT TEN
2655 W JAMAICA DR
MIRAMAR FL 33023

CREDITOR ID: 308549-39
ROBERT MATTHEW OVERBY
421 HUNTINGTON WAY
SMITHFIELD VA 23430

CREDITOR ID: 308550-39
ROBERT MCLRAVY
505 RICHARD AVE
LANSING MI 48917

CREDITOR ID: 308551-39
ROBERT MERCADO
P.O. BOX 52171
SARASOTA FL 34232

CREDITOR ID: 308552-39
ROBERT MERRILL PITTMAN
694 TOWERS AVE
BRUNSWICK GA 31520

CREDITOR ID: 308553-39
ROBERT MICHAEL CUBERT
7707 SW 22ND AVE
GAINESVILLE FL 32607

CREDITOR ID: 308554-39
ROBERT MICHAEL HOOVER
3508 PROSPERITY AVE
FAIRFAX VA 22031

CREDITOR ID: 308555-39
ROBERT MICHAEL KING JR
3112 EDONIA DR
KNOXVILLE TN 37918

CREDITOR ID: 308556-39
ROBERT MICHAEL MILES
2924 ASHTON RD
SARASOTA FL 34231

CREDITOR ID: 308558-39
ROBERT MICHAEL POLAND &
CYNTHIHA LUEDERS POLAND JT
TEN
2328 BEACHCOMBER TRAIL
ATLANTIC  BEACH FL 32233

CREDITOR ID: 308557-39
ROBERT MICHAEL POLAND &
CYNTHIA LUEDERS POLAND JT TEN
2328 BEACHOMBER TRAIL
ATLANTIC  BEACH FL 32233

CREDITOR ID: 308559-39
ROBERT MICHAEL SIKES
6420 DIAMOND LEAK CT N
JACKSONVILLE FL 32244

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308560-39<br>ROBERT MILES HERBST<br>101 TIMBERLANE<br>SILSBEE TX 77656 | CREDITOR ID: 308561-39<br>ROBERT MILLS MEYER<br>301 CHESAPEAKE DR<br>KANNAPOLIS NC 28083 | CREDITOR ID: 308562-39<br>ROBERT MILTON GRANT<br>402 FIRST AVE<br>WETUMPKA AL 36092 |
| CREDITOR ID: 308563-39<br>ROBERT MONROE<br>1762 RIVERBIRCH HOLLOW<br>TALLAHASSEE FL 32308 | CREDITOR ID: 308564-39<br>ROBERT MOORE<br>2715 CAVALIER DR<br>DECATUR GA 30034 | CREDITOR ID: 308565-39<br>ROBERT MORGAN JOHNSON<br>4795 OAKLAND DR<br>PENSACOLA FL 32526 |
| CREDITOR ID: 308566-39<br>ROBERT MULET<br>4805 NW 196TH TER<br>OPA  LOCKA FL 33055 | CREDITOR ID: 308567-39<br>ROBERT N DAVIS<br>256 GRAHAM CEMETERY RD<br>POMARIA SC 29126 | CREDITOR ID: 308568-39<br>ROBERT N MITCHELL<br>12712 HWY 96 N<br>ZEBULON NC 27597 |
| CREDITOR ID: 308569-39<br>ROBERT N SHAPIRO & ELAINE K<br>SHAPIRO TEN ENT<br>754 PELICAN BAY DR<br>DAYTONA  BEACH FL 32119 | CREDITOR ID: 308570-39<br>ROBERT N TUDOR JR<br>125 TUTTLE LN<br>WADDY KY 40076 | CREDITOR ID: 308571-39<br>ROBERT NEAL HUNTER III<br>2205 NEW GARDEN RD 4511<br>GREENSBORO NC 27410 |
| CREDITOR ID: 308573-39<br>ROBERT NORMAN BRIDGES<br>5425 SUN VALLEY DR<br>FORT  WORTH TX 76119 | CREDITOR ID: 308574-39<br>ROBERT O COOMBS<br>777 W BRIARWOOD AVE<br>LITTLETON CO 80120 | CREDITOR ID: 308575-39<br>ROBERT O GOOLSBY<br>3202 W ROBSON ST<br>TAMPA FL 33614 |
| CREDITOR ID: 308576-39<br>ROBERT O KAY JR & MARCIA M<br>KAY TRUSTEES U-A DTD<br>02-06-91 ROBERT O KAY JR<br>LIVING TRUST<br>8408 KIM RD<br>JACKSONVILLE FL 32217 | CREDITOR ID: 308577-39<br>ROBERT O PARRISH<br>625 RIVER RD<br>HATTIESBURG MS 39401 | CREDITOR ID: 308578-39<br>ROBERT O SMITH & DANIELA C<br>SMITH JT TEN<br>148 PRINCE DR E<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 308579-39<br>ROBERT O TUCKER & GAIL D<br>TUCKER JT TEN<br>102 EAST TAYLOR STREET<br>SAVANNAH GA 31401 | CREDITOR ID: 308580-39<br>ROBERT OMAX LITTLE<br>401 W COLLEGE ST<br>WHITEVILLE NC 28472 | CREDITOR ID: 308581-39<br>ROBERT ONEAL RABON<br>920 ALWYN BL<br>LADSON SC 29485 |
| CREDITOR ID: 308582-39<br>ROBERT P BENSON<br>BOX 410681<br>MELBOURNE FL 32941 | CREDITOR ID: 308583-39<br>ROBERT P DOOLITTE & KATHY A<br>DOOLITTLE JT TEN<br>10457 INNISRROOK DR<br>JACKSONVILLE FL 32222 | CREDITOR ID: 308584-39<br>ROBERT P GAFFORD<br>4025 PINETREE LANE N<br>LAKELAND FL 33811 |
| CREDITOR ID: 308585-39<br>ROBERT P KEEFE<br>2112 RAINBOW AVE<br>SEBRING FL 33870 | CREDITOR ID: 308586-39<br>ROBERT P KOESTER<br>6222 CHARITY DR<br>CINCINNATI OH 45248 | CREDITOR ID: 308587-39<br>ROBERT P LLOYD JR<br>326 BLITCH ST<br>VALDOSTA GA 31601 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308589-39<br>ROBERT P STOKES & MARJORIE B<br>STOKES JT TEN<br>3485 SUMMIT TRAIL<br>CUMMING GA 30131 | CREDITOR ID: 308590-39<br>ROBERT P TEMPLET & MARJORIE<br>S TEMPLET JT TEN<br>7908 RICHARD ST<br>METAIRIE LA 70003 | CREDITOR ID: 308592-39<br>ROBERT P WINTERSGILL &<br>CYNTHIA T WINTERSGILL JT TEN<br>1909 PEPPERELL DRIVE<br>NEW  PORT  RICHEY FL 34655 |
| CREDITOR ID: 308593-39<br>ROBERT PATRICK & IRENE<br>PATRICK JT TEN<br>3803 PENTON ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 308594-39<br>ROBERT PAUL CANDERS<br>2124 KENTWOOD TR DIRVE<br>MATTHEW NC 28105 | CREDITOR ID: 308595-39<br>ROBERT PAUL TEMPLET<br>7908 RICHARD ST<br>METAIRIE LA 70003 |
| CREDITOR ID: 308596-39<br>ROBERT PEASE<br>3224 MCINTOSH ROAD<br>SARASOTA FL 34232 | CREDITOR ID: 308597-39<br>ROBERT PELLICANO<br>18 REED RD<br>HOWELL NJ 07731 | CREDITOR ID: 308600-39<br>ROBERT PERSICKETTI CUST<br>EMILY PERSICKETTI UNDER THE<br>IL UNIF TRAN MIN ACT<br>24920 LISMORE LANE<br>MANHATTAN IL 60442 |
| CREDITOR ID: 308599-39<br>ROBERT PERSICKETTI CUST<br>ELISE PERSICKETTI UNDER THE<br>IL UNIF TRAN MIN ACT<br>24920 LISMORE LANE<br>MANHATTAN IL 60442 | CREDITOR ID: 308598-39<br>ROBERT PERSICKETTI CUST<br>ABIGAIL PERSICKETTI UNDER<br>THE IL UNIF TRAN MIN ACT<br>24920 LISMORE LANE<br>MANHATTAN IL 60442 | CREDITOR ID: 308601-39<br>ROBERT PHILLIP DENT<br>968 SUMMIT AVE<br>MACON GA 31211 |
| CREDITOR ID: 308602-39<br>ROBERT R CONWAY<br>537 PARKDALE BLVD<br>LEHIGH  ACRES FL 33936 | CREDITOR ID: 308603-39<br>ROBERT R DINKINS<br>BOX 1176<br>SUMTER SC 29151 | CREDITOR ID: 308604-39<br>ROBERT R EVERIDGE JR &<br>JANELLE H EVERIDGE JT TEN<br>631 BONITA RD<br>WINTER  SPRINGS FL 32708 |
| CREDITOR ID: 308605-39<br>ROBERT R FEGAN<br>2930 SLIPPERY ROCK AVE<br>ORLANDO FL 32826 | CREDITOR ID: 308606-39<br>ROBERT R FOUNTAIN<br>916 COUNTY RD 217<br>JACKSONVILLE FL 32234 | CREDITOR ID: 308607-39<br>ROBERT R GETSINGER<br>1221 SUNNYMEADE DR<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 308608-39<br>ROBERT R MCANAW<br>56 SEA MEADOW CIR<br>CENTERVILLE MA 02632 | CREDITOR ID: 308609-39<br>ROBERT R MILLER & ETHEL L<br>MILLER JT TEN<br>2955 WINDSONG LN<br>SAINT  CLOUD FL 34772 | CREDITOR ID: 308610-39<br>ROBERT R POUPARD & HELEN A<br>POUPARD JT TEN<br>5050 NE 155 AVE<br>WILLISTON FL 32696 |
| CREDITOR ID: 308611-39<br>ROBERT R RICHARDSON & MARY J<br>RICHARDSON JT TEN<br>522 N SINCLAIR AVE<br>TAVARES FL 32778 | CREDITOR ID: 308613-39<br>ROBERT RAY CLARK JR<br>4700 THOMPSON BRIDGE RD<br>GAINESVILLE GA 30506 | CREDITOR ID: 308614-39<br>ROBERT RAY SEAVERS<br>738 METLER DR<br>KNOXVILLE TN 37912 |
| CREDITOR ID: 308615-39<br>ROBERT REY<br>55349 11TH A<br>MALONE FL 32445 | CREDITOR ID: 308616-39<br>ROBERT RICE<br>1009 HICKORY CIRCLE<br>MANSFIELD TX 76063 | CREDITOR ID: 308617-39<br>ROBERT RICHARD HAGEN<br>PO BOX 728<br>LARGO FL 33778 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 308618-39
ROBERT RICHARD STERNER
310 ELECTRA DR
CARY NC 27513

CREDITOR ID: 308620-39
ROBERT RICHARD STERNER CUST
ROBERT RICHARD STERNER JR
UNIF TRAN MIN ACT NC
310 ELECTRA DR
CARY NC 27513

CREDITOR ID: 308619-39
ROBERT RICHARD STERNER CUST
KRISTINE NICOLE STERNER UNIF
TRAN MIN ACT NC
310 ELECTRA DR
CARY NC 27513

CREDITOR ID: 308621-39
ROBERT RILEY JR
4064 BILLOPS ST
BATON ROUGE LA 70802

CREDITOR ID: 308623-39
ROBERT RODRIGUEZ
5362 NW 60 DR
CORAL SPRINGS FL 33067

CREDITOR ID: 308622-39
ROBERT RODRIGUEZ
1201 W 82ND ST
HIALEAH FL 33014

CREDITOR ID: 308624-39
ROBERT ROTONDO & SHERRY
ROTONDO JT TEN
1404 4TH ST W
PALMETTO FL 34221

CREDITOR ID: 308625-39
ROBERT ROY DAVIS
1028 THURMAN ST
NORTH AUGUSTA SC 29841

CREDITOR ID: 308626-39
ROBERT RUFFIN BARROW
1810 E FOX LN
MILWAUKEE WI 53217

CREDITOR ID: 308627-39
ROBERT S BURNS &
JEANNE L BURNS TR UA 01/15/91
FBO BURNS LIVING TRUST A/C 3
BOX 1268
TEMECULA CA 92593

CREDITOR ID: 308628-39
ROBERT S CANGELOSI
29 SUNSET CT
KEY LARGO FL 33037

CREDITOR ID: 308629-39
ROBERT S DYAL & LYN W DYAL
JT TEN
194 SE 145TH ST
SUMMERFIELD FL 34491

CREDITOR ID: 308630-39
ROBERT S FRANK JR
4 SWAN RD
WINCHESTER MA 01890

CREDITOR ID: 308631-39
ROBERT S GELLES
2395 CEDAR SHORES CIRCLE
JACKSONVILLE FL 32210

CREDITOR ID: 308632-39
ROBERT S HAMMETT
202 PINK DILL MILL RD
GREER SC 29651

CREDITOR ID: 308633-39
ROBERT S MCKENZIE
6741 NW 44TH TER
COCONUT CREEK FL 33073

CREDITOR ID: 308634-39
ROBERT S NOLES
6125 R C SARVIS RD
MYRTLE BEACH SC 29588

CREDITOR ID: 308635-39
ROBERT S OLDS & NANCY J OLDS
JT TEN
7009 FENCE LINE DR
AUSTIN TX 78749

CREDITOR ID: 308636-39
ROBERT S PANEPINTO
512 4 HARDING RD
FREEHOLD NJ 07728

CREDITOR ID: 308637-39
ROBERT S PENUEL
1511 IRISHWOOD CT
MIDDLEBURG FL 32068

CREDITOR ID: 308638-39
ROBERT S POPE
6725 HAMPTON DR
SILVERTON OH 45236

CREDITOR ID: 308639-39
ROBERT S SEAY
111 PEBBLE CREEK RD
SUMMERVILLE SC 29483

CREDITOR ID: 308640-39
ROBERT S WARE
231 ALVARADO ST
VEGUITA NM 87062

CREDITOR ID: 308641-39
ROBERT S ZANE
585 MARY ADAMS RD
FRANKLIN KY 42134

CREDITOR ID: 308642-39
ROBERT SAVAGE & TONI SAVAGE
JT TEN
2515 ENTERPRISE ROAD
ORANGE CITY FL 32763

CREDITOR ID: 308643-39
ROBERT SCOGNAMILLO & SUSAN
SCOGNAMILLO JT TEN
1560 LAKE BREEZE DR
WELLINGTON FL 33414

CREDITOR ID: 308644-39
ROBERT SOUTHERLAND OLIVE
2520 LITTLE JOHN COURT
CUMMING GA 30040

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                      **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 308645-39<br>ROBERT STANLEY HOPKINS<br>4244 PRIOR STATION RD<br>CEDARTOWN GA 30125 | CREDITOR ID: 308646-39<br>ROBERT STANLEY MULLINAX<br>P O BOX 5697<br>GAINESVILLE GA 30504 | CREDITOR ID: 308647-39<br>ROBERT STANLEY RUTHERFORD<br>4416 RESERVOIR ROAD<br>GENESEO NY 14454 |
| CREDITOR ID: 308648-39<br>ROBERT STEPHENS<br>299 JAMES ST<br>CRESTVIEW FL 32536 | CREDITOR ID: 308649-39<br>ROBERT STEVENS<br>2137 OAKDALE DR<br>BATON ROUGE LA 70810 | CREDITOR ID: 308650-39<br>ROBERT STORMS & KIM STORMS<br>JT TEN<br>905 DELCIE RD<br>ST AUGUSTINE FL 32086 |
| CREDITOR ID: 308651-39<br>ROBERT SVOBODA<br>2340 S PALM BEACH LOOP<br>HOMOSASSA FL 34448 | CREDITOR ID: 308652-39<br>ROBERT T ALLEN<br>883 MARLENE DR<br>OCOEE FL 34761 | CREDITOR ID: 308653-39<br>ROBERT T CALDWELL<br>1456 DEACON STREET<br>SALEM VA 24153 |
| CREDITOR ID: 308654-39<br>ROBERT T CARTER<br>285 EAST HOFFMAN STREET<br>LAKE ALFRED FL 33850 | CREDITOR ID: 308655-39<br>ROBERT T DICKEY<br>7248 MUCK POND RD<br>DOVER FL 33527 | CREDITOR ID: 308656-39<br>ROBERT T HALE & LORRAINE<br>HALE TRUSTEES U-A DTD<br>03-13-97 ROBERT T HALE &<br>LORRAINE HALE REVOCABLE LIVING TR<br>740 ARBORDALE CT<br>ENGLEWOOD FL 34223 |
| CREDITOR ID: 308657-39<br>ROBERT T LANE & SHARON K<br>GATES JT TEN<br>25 N STEWART ST<br>MUSKEGON MI 49442 | CREDITOR ID: 308658-39<br>ROBERT T LYNCH<br>4261 NW 9TH CT<br>COCONUT CREEK FL 33066 | CREDITOR ID: 308659-39<br>ROBERT T MCHUGH JR<br>711 DELMAR<br>COVINGTON KY 41014 |
| CREDITOR ID: 308660-39<br>ROBERT T MILLER<br>5750 STOCKHOLM PLACE<br>DULLES VA 20189 | CREDITOR ID: 308661-39<br>ROBERT T MORAN JR & ALICE M<br>MORAN JT TEN<br>1213 14TH CIR SE<br>LARGO FL 33771 | CREDITOR ID: 308668-39<br>ROBERT T ROBINETTE III<br>633 SESSIONS LN<br>KENNER LA 70065 |
| CREDITOR ID: 308669-39<br>ROBERT T SANDERS JR<br>730 BARKSDALE ST<br>PENSACOLA FL 32514 | CREDITOR ID: 308670-39<br>ROBERT T SHUMATE JR<br>1428 BAYFIELD CT<br>FLORENCE KY 41042 | CREDITOR ID: 308673-39<br>ROBERT TEMPLET<br>7908 RICHARD ST<br>METAIRIE LA 70003 |
| CREDITOR ID: 308674-39<br>ROBERT TEMPLETON<br>107 SUGARCREEK CT<br>GROVETOWN GA 30813 | CREDITOR ID: 308675-39<br>ROBERT TERRELL<br>511 TAMARACK DR<br>LODI CA 95240 | CREDITOR ID: 308676-39<br>ROBERT THOMAS<br>5032 HANLEY RD<br>CINCINNATI OH 45247 |
| CREDITOR ID: 308677-39<br>ROBERT THOMSON & JO ANNE<br>THOMSON JT TEN<br>3408 VISCOUNT DRIVE<br>ARLINGTON TX 76016 | CREDITOR ID: 308678-39<br>ROBERT TURNER<br>6582 HALEY RD<br>CINCINNATI OH 45227 | CREDITOR ID: 308680-39<br>ROBERT V CRONIN JR CUST<br>ALEXA NICOLE CRONIN UNIF<br>TRAN MIN ACT FL<br>12769 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                       **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308682-39<br>ROBERT V RUSSELL CUST LAUREN<br>M RUSSELL UND UNIF GIFT MIN<br>ACT FL<br>7117 NEW LIGHT TRL<br>CHAPEL  HILL NC 27516 | CREDITOR ID: 308683-39<br>ROBERT V WILLIAMS & JUANITA<br>C WILLIAMS TEN ENT<br>113 CANTERBURY DR<br>WALLINGFORD PA 19086 | CREDITOR ID: 308684-39<br>ROBERT VALLANCE & MARYBETH<br>VALLANCE JT TEN<br>74 ENDICOTT LANE<br>HUNTINGTON WV 25705 |
| CREDITOR ID: 308685-39<br>ROBERT VAN RENSSELAER<br>16 KENNADAY RD<br>MENDHAM NJ 07920 | CREDITOR ID: 308686-39<br>ROBERT VARNADORE JR &<br>LUCINDA E VARNADORE JT TEN<br>3320 COMMONWEALTH AVE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 308687-39<br>ROBERT VENA<br>12229 COBBLESTONE CIR S<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 308688-39<br>ROBERT VINCENT STRIANESE<br>800 POINSETTIA AVE<br>TITUSVILLE FL 32796 | CREDITOR ID: 308689-39<br>ROBERT W AMLING TR U-A<br>03-30-89<br>25 LONG BEN LN<br>NOKOMIS FL 34275 | CREDITOR ID: 308690-39<br>ROBERT W BARLOW<br>813 N FRANKLIN ST<br>WAKE  FOREST NC 27587 |
| CREDITOR ID: 308691-39<br>ROBERT W BRANDT & MARTHA J<br>BRANDT TR U-A U-A 03-31-93<br>BRANDT FAMILY TRUST<br>2013 REDWOOD CIR NE<br>PALM  BAY FL 32905 | CREDITOR ID: 308693-39<br>ROBERT W BURLESON<br>9947 E CARMEL CT<br>BATON  ROUGE LA 70818 | CREDITOR ID: 308694-39<br>ROBERT W CADE<br>1004 SIMEON VALARY<br>SAINT  MARTINVILLE LA 70582 |
| CREDITOR ID: 308695-39<br>ROBERT W CARMICHAEL JR<br>P O BOX 2714<br>MELBOURNE FL 32902 | CREDITOR ID: 308696-39<br>ROBERT W CARTER III<br>2941 WYCOMBE WAY<br>PALM  HARBOR FL 34685 | CREDITOR ID: 308697-39<br>ROBERT W DAVIS<br>15143 SW 179TH ST<br>MIAMI FL 33187 |
| CREDITOR ID: 308698-39<br>ROBERT W DEATON<br>BOX 1021<br>STATESVILLE NC 28687 | CREDITOR ID: 308699-39<br>ROBERT W DUNN & MARILYN J<br>DUNN JT TEN<br>122 RONNIE LAMBERT RD<br>BAINBRIDGE GA 31717 | CREDITOR ID: 308700-39<br>ROBERT W ETHRIDGE<br>58 RAINTREE DR<br>PORT  ORANGE FL 32127 |
| CREDITOR ID: 308701-39<br>ROBERT W EVANS<br>531 SUNSET DR SW<br>ARDMORE OK 73401 | CREDITOR ID: 308702-39<br>ROBERT W FENDER<br>200 E STANFIL STREET<br>HAHIRA GA 31632 | CREDITOR ID: 308703-39<br>ROBERT W FRANCIS<br>5692 SE LAGUNA AVE<br>STUART FL 34997 |
| CREDITOR ID: 308704-39<br>ROBERT W GETZAN<br>9827-2 JUPITER COURT SOUTH<br>JACKSONVILLE FL 32246 | CREDITOR ID: 308705-39<br>ROBERT W GLOVER<br>408 BRIARBROOK CT<br>MONTGOMERY AL 36110 | CREDITOR ID: 308706-39<br>ROBERT W GOAD<br>PO BOX 191<br>BEDFORD VA 24523 |
| CREDITOR ID: 308707-39<br>ROBERT W HALSEY<br>PO BOX 443<br>EDENTON NC 27932 | CREDITOR ID: 308708-39<br>ROBERT W HAYES<br>PO BOX 653<br>RENDLEMAN NC 27317 | CREDITOR ID: 308710-39<br>ROBERT W HOLLIS<br>9817 WILSON BLVD<br>BLYTHEWOOD SC 29016 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                           CASE:   05-03817-3F1

CREDITOR ID: 308712-39
ROBERT W KELEHER
9325 S CLIFTON PARK AVE
EVERGREEN  PARK IL 60642

CREDITOR ID: 308713-39
ROBERT W L JONES
PO BOX 522
DURAND MI 48429

CREDITOR ID: 308714-39
ROBERT W LANGLEY
814 E HARBOUR CT
OCOEE FL 34761

CREDITOR ID: 308715-39
ROBERT W MCANALLEN
844 SW DUNCAN TERRACE
PORT  ST  LUCIE FL 34953

CREDITOR ID: 308716-39
ROBERT W MCDARIS
10463 HUNTERS HAVEN BLVD
RIVERVIEW FL 33569

CREDITOR ID: 308717-39
ROBERT W MCDARIS & MELISSA L
MCDARIS JT TEN
10463 HUNTERS HAVEN BLVD
RIVERVIEW FL 33569

CREDITOR ID: 308718-39
ROBERT W MCELWEE
P O BOX 1774
NATALBANY LA 70451

CREDITOR ID: 308719-39
ROBERT W MCMILLEN & JUDY ANN
MCMILLEN JT TEN
10602 LEVEN BLVD
LOUISVILLE KY 40229

CREDITOR ID: 308720-39
ROBERT W MILLER
44 ESSEX CT
GREENVILLE SC 29609

CREDITOR ID: 308721-39
ROBERT W NABORS & DENISE S
NABORS JT TEN
PO BOX 495
STAPLETON AL 36578

CREDITOR ID: 308722-39
ROBERT W NEAL & JANET T NEAL
JT TEN
6360 MILL SPRING LN
BELEW  CREEK NC 27009

CREDITOR ID: 308723-39
ROBERT W PARKER
9216 MOSER AVE
OCEAN  SPRINGS MS 39565

CREDITOR ID: 308724-39
ROBERT W RAWLINGS
4815 W JOSEPHINE RD
LAKE  PLACID FL 33852

CREDITOR ID: 308725-39
ROBERT W RICHES
15616 COUNCIL AVE
BATON  ROUGE LA 70817

CREDITOR ID: 308727-39
ROBERT W SWEAT JR
4043 CAMDEN RD
FAYETTEVILLE NC 28306

CREDITOR ID: 308728-39
ROBERT W TEDDER
1120 GOLFVIEW WOODS DR
RUSKIN FL 33573

CREDITOR ID: 308729-39
ROBERT W TOMS
5874 HALTER PLACE
BRYCEVILLE FL 32009

CREDITOR ID: 308730-39
ROBERT W VAN HORN
107 CARLSBAD DRIVE
MANSFIELD TX 76063

CREDITOR ID: 308731-39
ROBERT W WALKER
2085 ROSWELL RD APT 1022
MARIETTA GA 30062

CREDITOR ID: 308732-39
ROBERT W WATTWOOD & JULIE M
WATTWOOD TEN ENT
560 BAHAMA DR
INDIALANTIC FL 32903

CREDITOR ID: 308733-39
ROBERT W WINKELSTERN
58 CEDAR HILL RD
BRIDGEWATER CT 06752

CREDITOR ID: 308734-39
ROBERT W YOUNG
1538 BRADLEY DR
COLUMBIA SC 29204

CREDITOR ID: 308735-39
ROBERT WAYNE STANLEY
138 PECANWOOD DR
JONESBOROUGH TN 37659

CREDITOR ID: 308736-39
ROBERT WAYNE TAYLOR & EDITH
C TAYLOR JT TEN
215 LOCUST HTS
NICHOLASVILLE KY 40356

CREDITOR ID: 308737-39
ROBERT WESLEY MCAFEE
9802 LOCKYEAR CT
LOUISVILLE KY 40241

CREDITOR ID: 308738-39
ROBERT WHITE & ELLEN E WHITE
TEN COM
5980 EASTOVER DR
NEW  ORLEANS LA 70128

CREDITOR ID: 308739-39
ROBERT WHITE DEATON
333 W GLENN EAGLES RD
STATESVILLE NC 28677

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308740-39<br>ROBERT WILLIAM MARKLAND<br>4442 N GULF CIRCLE<br>N  FT  MYERS FL 33903 | CREDITOR ID: 308741-39<br>ROBERT WILLINGHAM<br>RR 2 BOX 405<br>LAKE  BUTLER FL 32054 | CREDITOR ID: 308743-39<br>ROBERT WILSON<br>806 LAKE CLUB DR<br>ROCK  HILL SC 29732 |
| CREDITOR ID: 308742-39<br>ROBERT WILSON<br>4619 OLD STILESBORO RD<br>ACWORTH GA 30101 | CREDITOR ID: 308744-39<br>ROBERT WILSON WRIGHT &<br>RACHEL C WRIGHT JT TEN<br>211 HARRIS RD<br>SMITHFIELD NC 27577 | CREDITOR ID: 308745-39<br>ROBERT WOODY JR<br>3948 WARWICK AVENUE<br>CINCINNATI OH 45229 |
| CREDITOR ID: 308746-39<br>ROBERT WYLIE CELY<br>17 CULPEPPER CIR<br>COLUMBIA SC 29209 | CREDITOR ID: 308747-39<br>ROBERT Z WUCHTER<br>1403 SEIBEL ROAD<br>WALL  TOWNSHIP NJ 07719 | CREDITOR ID: 308748-39<br>ROBERT Z WUCHTER & ELEANOR F<br>WUCHTER JT TEN<br>1403 SEIBEL RD<br>WALL NJ 07719 |
| CREDITOR ID: 308749-39<br>ROBERTA A HOUSTON & FRANCIS<br>J HOUSTON JT TEN<br>PO BOX 5596<br>DELTONA FL 32728 | CREDITOR ID: 308750-39<br>ROBERTA B KORFHAGE<br>3393 DIAMOND HILL RD<br>CUMBERLAND RI 02864 | CREDITOR ID: 308751-39<br>ROBERTA CASWELL<br>1609 E 24TH ST<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 308752-39<br>ROBERTA DE BLASIO<br>PO BOX 696<br>OCEAN  BEACH NY 11770 | CREDITOR ID: 308753-39<br>ROBERTA FREEMAN<br>1838 LAKE TERRACE DR<br>EUSTIS FL 32726-5740 | CREDITOR ID: 308754-39<br>ROBERTA J CAUTHEN<br>1011 ELDORADO AVE<br>CLEARWATER FL 33767 |
| CREDITOR ID: 308755-39<br>ROBERTA J HAND<br>5109 COCHITA DR<br>ORLANDO FL 32808 | CREDITOR ID: 308756-39<br>ROBERTA J HAND & CHARLES L<br>HAND JT TEN<br>5109 COCHITA DR<br>ORLANDO FL 32808 | CREDITOR ID: 308757-39<br>ROBERTA K MARKOW<br>1415 PETRONIA ST<br>KEY  WEST FL 33040 |
| CREDITOR ID: 308758-39<br>ROBERTA L SCHMIDT<br>1706 NW 14TH AVE<br>FORT  LAUDERDALE FL 33311 | CREDITOR ID: 308759-39<br>ROBERTA M TELLER<br>9256 GLEN MOORE LANE<br>PORT  RICHEY FL 34668 | CREDITOR ID: 308760-39<br>ROBERTA S STEWARD<br>2697 HAVERKNOLL DR<br>CINCINNATI OH 45231 |
| CREDITOR ID: 308761-39<br>ROBERTA TRUEMAN<br>19 WHITE DOVE LANE<br>PALM  COAST FL 32164 | CREDITOR ID: 308762-39<br>ROBERTO A PADRON<br>3054 NW 29TH ST<br>MIAMI FL 33142 | CREDITOR ID: 308763-39<br>ROBERTO C ANGELONE<br>510 FAIR OAKS ST<br>MCKEES  ROCKS PA 15136 |
| CREDITOR ID: 308764-39<br>ROBERTO CHACON<br>6173 RICKER RD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 308765-39<br>ROBERTO F GONZALEZ<br>336 SW 13TH AVE 302B<br>MIAMI FL 33135 | CREDITOR ID: 308766-39<br>ROBERTO J GONZALEZ & GLORIA<br>O GONZALEZ & ROBERTO<br>R GONZALEZ JT TEN<br>7285 WEST 10 COURT<br>HIALEAH FL 33014 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308767-39<br>ROBERTO M LOPEZ<br>5909 CREEKWOOD DR<br>LAKELAND FL 33811 | CREDITOR ID: 308768-39<br>ROBERTO MENDEZ SR<br>33 SISSON AVE<br>HARTFORD CT 06106 | CREDITOR ID: 308769-39<br>ROBERTO RAMON CUNILL<br>779 W 64 DR<br>HIALEAH FL 33012 |
| CREDITOR ID: 308770-39<br>ROBERTO S DELGADO JR & MARIA<br>DEJESUS DELGADO JT TEN<br>6904 STEPHEN HILL RD<br>FT  WORTH TX 76140 | CREDITOR ID: 308771-39<br>ROBERTO V CARINO<br>8275 PEAR RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 308772-39<br>ROBERTS DE MICHELE INVESTMENT<br>CLUB A PARTNERSHIP<br>130 BROWN ROAD<br>SCARSDALE NY 10583 |
| CREDITOR ID: 279566-39<br>ROBERTS, ABEL & CATHERINE E. JT TEN<br>400 AVENUE U NE<br>WINTER  HAVEN FL 33881 | CREDITOR ID: 279565-39<br>ROBERTS, ABEL J. & LADONNA C. JT TE<br>5979 HECKSCHER DR<br>JACKSONVILLE FL 32226 | CREDITOR ID: 280108-39<br>ROBERTS, ALTON & MURIEL, JT TEN<br>394 SPRING DR<br>MARS  HILL NC 28754-6522 |
| CREDITOR ID: 308773-39<br>ROBIN A BURST<br>101 UNION CT<br>LAPLACE LA 70068 | CREDITOR ID: 308774-39<br>ROBIN A MILLS<br>123 GARY BREWER RD<br>COBB GA 31735 | CREDITOR ID: 308775-39<br>ROBIN A NOWELL<br>1641 BRADLEY LANE<br>NEW  IBERIA LA 70560 |
| CREDITOR ID: 308776-39<br>ROBIN A PIERCE<br>2970 SPRINGVALLEY RD<br>ROCK  HILL SC 29730 | CREDITOR ID: 308777-39<br>ROBIN ARMSTRONG<br>129 SAMANTHA ROAD<br>HUNTSVILLE AL 35806 | CREDITOR ID: 308778-39<br>ROBIN B HUFF CUST JAMIE L<br>HUFF UNIF TRANS MIN ACT SC<br>50 CATHCART CIR<br>LAURENS SC 29360 |
| CREDITOR ID: 308779-39<br>ROBIN B LEWIS<br>101 UNION CT<br>LAPLACE LA 70068 | CREDITOR ID: 308780-39<br>ROBIN B ORR<br>2924 NW 12TH AVE<br>WILTON  MANORS FL 33311 | CREDITOR ID: 308781-39<br>ROBIN B PRICE<br>461 OLD MT OLIVE HWY<br>DUDLEY NC 28333 |
| CREDITOR ID: 308782-39<br>ROBIN COPPING<br>12637 3RD STREET S E<br>FT  MYERS FL 33905 | CREDITOR ID: 308783-39<br>ROBIN D CLOUD<br>8415 JENSEN TRAIL<br>GAINESVILLE GA 30506 | CREDITOR ID: 308784-39<br>ROBIN D CORTEZ<br>105 BAYOU WOODS DR<br>SCHRIEVER LA 70395 |
| CREDITOR ID: 308785-39<br>ROBIN D JONES<br>2800 PATES HILL RD<br>MOSHEIM TN 37818 | CREDITOR ID: 308786-39<br>ROBIN E CASH<br>1118 FINNEY DR<br>VINTON VA 24179 | CREDITOR ID: 308787-39<br>ROBIN E FILLINGIM<br>ATTN ROBIN E ROBERTS<br>SUITE 2-131<br>40 W NINE MILE RD<br>PENSACOLA FL 32534 |
| CREDITOR ID: 308788-39<br>ROBIN EAVES<br>319 RITA LANE<br>LONG  BEACH MS 39560 | CREDITOR ID: 308789-39<br>ROBIN EILEEN RASKIN<br>171 SWEET BRIER BRANCH LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 308790-39<br>ROBIN ELAINE LINDEN<br>3050 MANDA DR<br>SAN  JOSE CA 95124 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308792-39<br>ROBIN F WADE & MARK ALAN<br>WADE JT TEN<br>8708 DENISE DRIVE<br>LOUISVILLE KY 40219 | CREDITOR ID: 308793-39<br>ROBIN GAIL WATKINS<br>544  PATRICK ST<br>EDEN NC 27288 | CREDITOR ID: 308794-39<br>ROBIN H BYRD & CHARLES E J<br>BYRD JT TEN<br>6520 TELIA DR<br>PINSON AL 35126 |
| CREDITOR ID: 308795-39<br>ROBIN H EVERHART<br>3029 RIVERSIDE AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 308796-39<br>ROBIN H WARNER & BONNIE L<br>WARNER JT TEN<br>6121 SABAL POINT CIRCLE<br>PORT  ORANGE FL 32124 | CREDITOR ID: 308797-39<br>ROBIN HERING CUST MARC CORY<br>HERING UND UNIF GIFT MIN ACT<br>NY<br>420 PAWNEE COURT<br>SUFFERN NY 10901 |
| CREDITOR ID: 308798-39<br>ROBIN HINEBAUGH<br>7905 WEST THUNDERBIRD RD, UNIT 315<br>PEORIA AZ 85381 | CREDITOR ID: 308799-39<br>ROBIN HUCKABEE BOOTH<br>4645 NOTTINGHAM ROAD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 308800-39<br>ROBIN J RAMSER<br>2506 DELOR AVE<br>LOUISVILLE KY 40217 |
| CREDITOR ID: 308801-39<br>ROBIN JENKINS<br>1901 NE 49TH ST<br>OCALA FL 34479 | CREDITOR ID: 308802-39<br>ROBIN JOHNSON HELMS<br>5106 SIKES MILL RD<br>MONROE NC 28110 | CREDITOR ID: 308803-39<br>ROBIN K CULBERHOUSE &<br>TIMOTHY A CULBERHOUSE JT TEN<br>8314 OLD PLANK RD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 308804-39<br>ROBIN K JONES<br>512 EGAN DR<br>ORLANDO FL 32822 | CREDITOR ID: 308805-39<br>ROBIN KAY GRINDROD<br>2009 N 115TH ST<br>WAUWATOSA WI 53226 | CREDITOR ID: 308806-39<br>ROBIN KELLEY<br>6315 BOUNDS RD<br>MERIDIAN MS 39307 |
| CREDITOR ID: 308807-39<br>ROBIN L ALLEN<br>7237 WINDCREST LN<br>NORTH  RICHLAND  HILLS TX 76180 | CREDITOR ID: 308808-39<br>ROBIN L BURDEN<br>1670 LOMA LINDA ST<br>SARASOTA FL 34239 | CREDITOR ID: 308809-39<br>ROBIN L GIST & LISTON D GIST<br>JT TEN<br>PO BOX 354<br>WADE NC 28395 |
| CREDITOR ID: 308810-39<br>ROBIN L GREGOIRE<br>21897 NOBLE REAMES RD<br>ZACHARY LA 70791 | CREDITOR ID: 308811-39<br>ROBIN L HETTINGER<br>ATT ROBIN FOWLER<br>829 ST KITTS COVE<br>NICEVILLE FL 32578 | CREDITOR ID: 308812-39<br>ROBIN L SHELL<br>9216 WATER HILL DR<br>KNOXVILLE TN 37922 |
| CREDITOR ID: 308813-39<br>ROBIN LEDFORD<br>840 BEA LN<br>JACKSONVILLE FL 32220 | CREDITOR ID: 308814-39<br>ROBIN LEIGH NORRIS<br>1901 NE 49TH ST<br>OCALA FL 34479 | CREDITOR ID: 308815-39<br>ROBIN LYNN GAUGH<br>441 BUCKNER<br>ELSMERE KY 41018 |
| CREDITOR ID: 308816-39<br>ROBIN M BLACKMON<br>SM 18 LAKE CHEROKEE<br>HENDERSON TX 75652 | CREDITOR ID: 308817-39<br>ROBIN M HOVIS & GREGORY T<br>HOVIS JT TEN<br>10714 RIDGE ACRES RD<br>CHARLOTTE NC 28214 | CREDITOR ID: 308818-39<br>ROBIN M HURST<br>1008 CHICKASAW TRL<br>COLUMBIA MS 39429 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 308819-39
ROBIN M LAICHE
2007 ANITA ST
HAMMOND LA 70403

CREDITOR ID: 308820-39
ROBIN M LINDSEY
39037 OAKWOOD RD
PONCHATOULA LA 70454

CREDITOR ID: 308821-39
ROBIN M PREVO
5242 N IRISH RD
DAVISON MI 48423

CREDITOR ID: 308822-39
ROBIN M SMITH
& JACKIE T MADDOX JT TEN
4220 MARJORIE RD
SNELLVILLE GA 30039

CREDITOR ID: 308823-39
ROBIN MAR
8946 FLEETWING AVE
LOS ANGELES CA 90045

CREDITOR ID: 308824-39
ROBIN MARIE VOSBURG
12074
NEWCASTLE AVE #507
BATON ROUGE LA 70816

CREDITOR ID: 308825-39
ROBIN MASCHEL SYKES
216 ALPHA AVENUE
LOUISVILLE KY 40218

CREDITOR ID: 308826-39
ROBIN MCGILL MELTON
157 BRIDGES ROAD
BESSEMER CITY NC 28016

CREDITOR ID: 308827-39
ROBIN MEYER
231 W 72 TERR
HOLLYWOOD FL 33024

CREDITOR ID: 308828-39
ROBIN ORBERG
1008 S WOODWARD AV
DELAND FL 32720

CREDITOR ID: 308830-39
ROBIN R MOORE
4419 REEPSVILLE RD
VALE NC 28168

CREDITOR ID: 308831-39
ROBIN REID COURTNEY
1125 ERMINE AVE
WINTER SPRINGS FL 32708

CREDITOR ID: 308832-39
ROBIN S BOHANNON
10212 SHREWSBURY RD
LEITCHFIELD KY 42754

CREDITOR ID: 308833-39
ROBIN S CHAVIS
1095 PLEASENT GROVE RD
LYNCHBURG SC 29080

CREDITOR ID: 308834-39
ROBIN S COX
112 SPAREMINUTE AVE
DANVILLE KY 40422

CREDITOR ID: 308835-39
ROBIN S ELLWOOD
1869 SPRINGTIME AVE
CLEARWATER FL 34615

CREDITOR ID: 308836-39
ROBIN S JONES & DAVID A
JONES JT TEN
PO BOX 7062
CHESTNUT MONTAIN GA 30502

CREDITOR ID: 308837-39
ROBIN S PERDUE
9816 BLUE LICK RD
LOUISVILLE KY 40229

CREDITOR ID: 308838-39
ROBIN S RAY
195 BRIZENDINE LANE
VINE GROVE KY 40175

CREDITOR ID: 308839-39
ROBIN T ELDRIDGE & WYLE L
ELDRIDGE JT TEN
284 SUMMERSET DR
APOPKA FL 32712

CREDITOR ID: 308840-39
ROBIN T GUILLOT
7343 HWY 1 SOUTH
DONALDSONVILLE LA 70346

CREDITOR ID: 308841-39
ROBIN TAYLOR & WARREN TAYLOR
JT TEN
RT 2 BOX 750-B
LAKE BUTLER FL 32054

CREDITOR ID: 308842-39
ROBIN TERRITO & CHARLES
TERRITO TEN COM
1511 BULLRUSH DR
BATON ROUGE LA 70810

CREDITOR ID: 308843-39
ROBIN WRIGHT
2445 CEDARVILLE RD
GOSHEN OH 45122

CREDITOR ID: 308844-39
ROBIN YANKEE
6930 KAYLOR AVE
COCOA FL 32927

CREDITOR ID: 279654-39
ROBINSON, AGNES M & TAYLOR,
NANCY M JT TEN
1155 BELMORE TERR
WEST PALM BEACH FL 33414

CREDITOR ID: 291646-39
ROBINSON, GORDON B & CINDY
2709 CHIMNEY ROCK LANE SW
CONYERS GA 30094

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308846-39<br>ROBYN BLALOCK GIACONE<br>13000 GALLOWAY GARDENS<br>WALKER LA 70785 | CREDITOR ID: 308847-39<br>ROBYN D BUCHANAN & LEROY<br>BUCHANAN JT TEN<br>497 NE  PINE RIDGE RANCH RD<br>MADISON FL 32340 | CREDITOR ID: 308848-39<br>ROBYN E RADER<br>125 RIVERSIDE CT<br>SHARPSBURG GA 30277 |
| CREDITOR ID: 308849-39<br>ROBYN HONORA<br>7137 MODESTO AVENUE<br>BATON  ROUGE LA 70811 | CREDITOR ID: 308850-39<br>ROBYN L KLAMER<br>838 ROSALIA DR<br>SANFORD FL 32771 | CREDITOR ID: 308851-39<br>ROBYN L WALKER<br>5821 NORDE DR W<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 308852-39<br>ROBYN LYNN BARWICK<br>PO BOX 267<br>GULF  HAMMOCK FL 32639 | CREDITOR ID: 308853-39<br>ROBYN R RICHARDSON<br>518 N SINCLAIR AVE<br>TAVARES FL 32778 | CREDITOR ID: 297960-39<br>ROCHE, BRYANT C  (MINOR)<br>C/O KAREN A ROCHE CUST<br>12976 PLANTERS CREEK CIR S<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 297961-39<br>ROCHE, DAVIS S  (MINOR)<br>C/O KAREN A ROCHE CUST<br>12976 PLANTERS CREEK CIR S<br>JACKSONVILLE FL 32224 | CREDITOR ID: 308854-39<br>ROCHELLE A FIGUEROA<br>4712 MALABAR DRIVE<br>BRUNSWICK GA 31525 | CREDITOR ID: 308855-39<br>ROCHELLE FRADKIN<br>6891 LYNNFIELD CT APT 219<br>CINCINNATI OH 45243 |
| CREDITOR ID: 308856-39<br>ROCHELLE FRANKLIN MEYERS<br>#318<br>1302 S 101ST ST<br>OMAHA NE 68124 | CREDITOR ID: 308857-39<br>ROCIO H CARRASQUILLA<br>8917 SW 12 ST<br>MIAMI FL 33174 | CREDITOR ID: 308858-39<br>ROCKLAND L HUDSON<br>103 COLLINWOOD LANE<br>TAYLORS SC 29687 |
| CREDITOR ID: 308859-39<br>ROD L GABEL<br>2305 STAFFORD DR<br>ORANGE  PARK FL 32073 | CREDITOR ID: 308860-39<br>ROD STAMPA<br>40405 NW 23 WY<br>OKEECHOBEE FL 34972 | CREDITOR ID: 308861-39<br>RODDY ALAN MICKEL<br>526 NICOLE RD<br>QUINCY FL 32351 |
| CREDITOR ID: 308862-39<br>RODDY G JILES<br>4919 WILLOW ST<br>NEW  ORLEANS LA 70115 | CREDITOR ID: 308863-39<br>RODDY J HARDEN<br>1003 RIDGEFIELD AVENUE<br>OCOEE FL 34761 | CREDITOR ID: 308864-39<br>RODDY J HARDEN & HELEN D<br>HARDEN JT TEN<br>1003 RIDGEFIELD AVE<br>OCOEE FL 34761 |
| CREDITOR ID: 308865-39<br>RODERIC CHARLES HEARN<br>3828 SHEEDY CT<br>ANTELOPE CA 95843 | CREDITOR ID: 308866-39<br>RODERICK J BELLINGER<br>17045 S W 109TH CT<br>MIAMI FL 33157 | CREDITOR ID: 308867-39<br>RODERICK L REEVES<br>PO BOX 94<br>BAKER FL 32531 |
| CREDITOR ID: 308868-39<br>RODERICK L TROTTI<br>1309 STONE CREEK DR<br>TARPON  SPRINGS FL 34689 | CREDITOR ID: 308869-39<br>RODERICK LAMAR JACKSON<br>1053 WINBURN DIRVE KY 31<br>LEXINGTON KY 40511 | CREDITOR ID: 308870-39<br>RODERICK LANIER HYATT<br>2634 LYNDELL WAY<br>LANCASTER SC 29720 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308871-39<br>RODGER ALLEN HUMMEL<br>14320 97TH ST<br>FELLSMERE FL 32945 | CREDITOR ID: 308872-39<br>RODGER D HAND<br>349 WALKER DR<br>MOUNTAIN VIEW CA 94043 | CREDITOR ID: 308873-39<br>RODGER D HASSLER JR<br>24 FARMBROOK DR<br>CARTERSVILLE GA 30120 |
| CREDITOR ID: 308874-39<br>RODGER DALE BREWINGTON<br>4609 AIRPORT RD<br>SPRINGFIELD TN 37172 | CREDITOR ID: 308875-39<br>RODGER GARY DILL & ELIZABETH<br>A DILL JT TEN<br>8951 KENDALE PL<br>LAKE WORTH FL 33467 | CREDITOR ID: 308876-39<br>RODGER GARY DILL JR<br>3200 CHURCH HILL DR<br>BOYNTON BEACH FL 33435 |
| CREDITOR ID: 308879-39<br>RODGER GARY DILL SR CUST<br>STEPHEN JASON DILL UND UNIF<br>GIFT MIN ACT FL<br>8951 KENDALE PL<br>LAKE WORTH FL 33467 | CREDITOR ID: 308878-39<br>RODGER GARY DILL SR CUST<br>RODGER GARY DILL JR UND UNIF<br>GIFT MIN ACT FL<br>3200 CHURCH HILL DR<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 308877-39<br>RODGER GARY DILL SR CUST<br>KRISTINE LYNN DILL UND UNIF<br>GIFT MIN ACT FL<br>8951 KENDALE PL<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 308880-39<br>RODGER HOLCOMBE<br>3093 MOOREFIELD MEM HWY<br>PICKENS SC 29671 | CREDITOR ID: 308881-39<br>RODGER WAYNE ELLINGWOOD<br>4461 SUMMERLIN PL<br>ROCK HILL SC 29732 | CREDITOR ID: 308882-39<br>RODNEY A PORTER & CARLA A<br>PORTER JT TEN<br>4705 WESTWIND DR<br>PLANT CITY FL 33567 |
| CREDITOR ID: 308883-39<br>RODNEY A WHALEY<br>116 SPRING DR<br>JACKSONVILLE NC 28540 | CREDITOR ID: 308884-39<br>RODNEY ARNETT & RITA ARNETT<br>JT TEN<br>13903 BLUFFS ROAD<br>CARLINVILLE IL 62626 | CREDITOR ID: 308885-39<br>RODNEY C POWELL<br>1309 MESA VERDE<br>WACO TX 76712 |
| CREDITOR ID: 308886-39<br>RODNEY D BLEVINS<br>2541 E LAKE DR<br>DELAND FL 32724 | CREDITOR ID: 308887-39<br>RODNEY DEAN CUEVAS<br>15042 FLEMING RD<br>PICAYUNE MS 39466 | CREDITOR ID: 308888-39<br>RODNEY E HICKS<br>550 BREWSTER RD<br>MADISONVILLE LA 70447 |
| CREDITOR ID: 308889-39<br>RODNEY E PRITCHETT & JUDY E<br>PRITCHETT TEN COM<br>P O BOX 309 OAK STREET<br>ROSELAND LA 70456 | CREDITOR ID: 308890-39<br>RODNEY ENNIS<br>11199 LAKEVIEW DR<br>UNION KY 41091 | CREDITOR ID: 308891-39<br>RODNEY EUGENE DEBORD CUST<br>FOR RHONDA VALERIE DEBORD<br>UNIF TRANS MIN ACT FL<br>273 BAYWEST NEIGHBORS CIR<br>ORLANDO FL 32835 |
| CREDITOR ID: 308892-39<br>RODNEY EVANS ROSS<br>211 CHADWICK DR<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 308894-39<br>RODNEY GERALD MULLINS<br>5865 DEATSVILLE HWY<br>DEATSVILLE AL 36022 | CREDITOR ID: 308895-39<br>RODNEY H FRIED<br>8112 MARIE LN<br>FORT WORTH TX 76123 |
| CREDITOR ID: 308896-39<br>RODNEY H GIBSON<br>15975 NW 37TH PL<br>OPA LOCKA FL 33054 | CREDITOR ID: 308897-39<br>RODNEY HAYNES<br>15 WATSON WYND<br>SHARPSBURG GA 30277 | CREDITOR ID: 308898-39<br>RODNEY HOWARD & LINDA J<br>HOWARD JT TEN<br>41 HIGHRIDGE DR<br>LOVELAND OH 45140 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308900-39<br>RODNEY J MADISE<br>1418 BERNICE ST<br>MORGAN CITY LA 70380 | CREDITOR ID: 308901-39<br>RODNEY J SAUNDERS & LINDA<br>SAUNDERS JT TEN<br>173861 POB 173861<br>HIALEAH FL 33017 | CREDITOR ID: 308902-39<br>RODNEY J THIBODEAUX & LAURA<br>D THIBODEAUX JT TEN<br>2798 HWY 93<br>SUNSET LA 70584 |
| CREDITOR ID: 308905-39<br>RODNEY JANES<br>8811 TIMBERLINE DR<br>LOUISVILLE KY 40291 | CREDITOR ID: 308906-39<br>RODNEY JOHN THIBODEAUX<br>2798 HWY 93<br>SUNSET LA 70584 | CREDITOR ID: 308907-39<br>RODNEY K BAILEY & VERNONICA<br>BAILEY JT TEN<br>5681 LANNY DR<br>POWDER SPRINGS GA 30127 |
| CREDITOR ID: 308908-39<br>RODNEY K KAMEI<br>PO BOX 835<br>PAHALA HI 96777 | CREDITOR ID: 308909-39<br>RODNEY K KAMEI & RAYMOND J<br>KAMEI JT TEN<br>MAILE ST PO BOX 835<br>PAHALA HI 96777 | CREDITOR ID: 308910-39<br>RODNEY KEITH BAILEY<br>5681 LANNY DR<br>POWDER SPRINGS GA 30127 |
| CREDITOR ID: 308911-39<br>RODNEY L COOK<br>PO BOX 841<br>LANCASTER SC 29721 | CREDITOR ID: 308912-39<br>RODNEY L ELLIS<br>534 FAIRBANKS AVENUE<br>CLARKSVILLE IN 47129 | CREDITOR ID: 308913-39<br>RODNEY L JACKSON<br>3329 PHYLLIS ST<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 308914-39<br>RODNEY L THOMAS & GINA M<br>THOMAS JT TEN<br>2382 MIDDLETON CT<br>FAYETTEVILLE NC 28306 | CREDITOR ID: 308915-39<br>RODNEY L WRIGHT<br>3034 DOBBS CIR<br>MONTGOMERY AL 36116 | CREDITOR ID: 308916-39<br>RODNEY MCELRATH<br>RR 24 BOX 293<br>EDINBURG TX 78541 |
| CREDITOR ID: 308917-39<br>RODNEY P LUCKEY<br>5638 BENEVA RD<br>SARASOTA FL 34233 | CREDITOR ID: 308918-39<br>RODNEY REECE<br>2008 EDGEWOOD DRIVE<br>HIGH POINT NC 27262 | CREDITOR ID: 308919-39<br>RODNEY RUCKER<br>1082 BEASON RD<br>ORANGEBURG SC 29115 |
| CREDITOR ID: 308920-39<br>RODNEY S HIGASHI<br>1408 HOOHUI ST<br>PEARL CITY HI 96782 | CREDITOR ID: 308921-39<br>RODNEY SUMMEROUR<br>3224 CALEY MILL DR<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 308922-39<br>RODNEY T GARDNER<br>39916 COUNTY ROAD 452<br>LEESBURG FL 34788 |
| CREDITOR ID: 308923-39<br>RODNEY W RAY<br>RR 2 BOX 77<br>WADESBORO NC 28170 | CREDITOR ID: 308924-39<br>RODNEY WALKER<br>2604 PARROTT STREET<br>WACO TX 76707 | CREDITOR ID: 308925-39<br>RODNEY WARREN FACIANE<br>72067 LANGE ST<br>ABITA SPRINGS LA 70420 |
| CREDITOR ID: 308926-39<br>RODNEY WARREN TR U-A<br>04-29-94 THE|JAMES H RAWL|<br>TRUST F-B-O JAMES H RAWL<br>168 S WRENWOOD ST<br>LEXINGTON SC 29073 | CREDITOR ID: 308927-39<br>RODNEY WAYNE BOWMAN<br>525 BERNARD RD<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 308928-39<br>RODNEY WAYNE RAY & FAYE<br>GRAHAM RAY JT TEN<br>1159 E CASWELL ST<br>WADESBORO NC 28170 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                      CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 308929-39<br>RODNEY WILLIAM BURNS<br>10240 LITTLE VALLEY RD<br>FORT WORTH TX 76108 | CREDITOR ID: 308930-39<br>RODOLFO A ZAMORA<br>10167 AGAVE RD<br>JACKSONVILLE FL 32246 | CREDITOR ID: 308931-39<br>RODOLFO E AGUILAR<br>12714 S W 33 TERRA<br>MIAMI FL 33175 |
| CREDITOR ID: 308932-39<br>RODOLFO RIVAS<br>2120 SW 12TH ST<br>MIAMI FL 33135 | CREDITOR ID: 308933-39<br>RODOLPH D HARDY & CARA L<br>HARDY JT TEN<br>1620 CANAL CT<br>TAVARES FL 32778 | CREDITOR ID: 308934-39<br>RODRICK E BAKER<br>77 NE 6TH CT<br>DEERFIELD BEACH FL 33441 |
| CREDITOR ID: 279567-39<br>RODRIGUEZ, ABEL & DELMA ROSE JT TEN<br>7521 NW 3RD AVE<br>MIAMI FL 33150 | CREDITOR ID: 279723-39<br>RODRIGUEZ, ALAN & MONICA JT TEN<br>320 PANAMA CIRCLE<br>WINTR SPRINGS FL 32708 | CREDITOR ID: 308935-39<br>ROETTA J COLLER<br>4855 NE 26 TERR<br>OCALA FL 34479 |
| CREDITOR ID: 308936-39<br>ROGELIO T GOZUM & CELY M<br>GOZUM JT TEN<br>2131S NATURES GATE COURT<br>FERNANDINA BCH FL 32034 | CREDITOR ID: 308937-39<br>ROGER A LONGTEMPS & MARY S<br>LONGTEMPS JT TEN<br>19200 SW 220TH ST<br>MIAMI FL 33170 | CREDITOR ID: 308938-39<br>ROGER A SUSANEK<br>320 JEFF SHARPE RD<br>GASTON SC 29053 |
| CREDITOR ID: 308939-39<br>ROGER A TAYLOR & DIANA<br>TAYLOR JT TEN<br>1251 SORRELLS CT<br>JACKSONVILLE FL 32221 | CREDITOR ID: 308940-39<br>ROGER A TOMLINSON<br>PO BOX 141<br>WHITE SPRINGS FL 32096 | CREDITOR ID: 308941-39<br>ROGER A TOMLINSON & MARY A<br>TOMLINSON JT TEN<br>PO BOX 141<br>WHITE SPRINGS FL 32096 |
| CREDITOR ID: 308942-39<br>ROGER A WILLIAMS REVOCABLE<br>TRUST AGREEMENT DTD 10-13-89<br>138 N CENTRAL AVE<br>APOPKA FL 32703 | CREDITOR ID: 308943-39<br>ROGER ALFORD & YVONNE ALFORD<br>JT TEN<br>104 WESTFIELD AVE<br>GREER SC 29651 | CREDITOR ID: 308944-39<br>ROGER ALLEN & JANICE ALLEN<br>JT TEN<br>4575 S ATLANTIC AVE<br>TOWER 6/UNIT 6505<br>DAYTONA BEACH FL 32127 |
| CREDITOR ID: 308945-39<br>ROGER ALLEN HAWKINS<br>24 ESEK DRIVE<br>LEICESTER NC 28748 | CREDITOR ID: 308946-39<br>ROGER ARABIE<br>202 SEVILLE BLVD<br>LAFAYETTE LA 70503 | CREDITOR ID: 308947-39<br>ROGER BLUM<br>2100 KREBBS COURT<br>GREENSBORO NC 27405 |
| CREDITOR ID: 308948-39<br>ROGER BRADFORD<br>2180 N CYPRESS RD<br>POMPANO BEACH FL 33060 | CREDITOR ID: 308949-39<br>ROGER C ALLEN<br>7170 RUSSELL CAVE RD<br>GEORGETOWN KY 40324 | CREDITOR ID: 308950-39<br>ROGER C DEVINEY<br>3907 JENKINS RD<br>CLOVER SC 29710 |
| CREDITOR ID: 308951-39<br>ROGER CARL ROSS<br>4301 WINDSONG WAY<br>TRUSSVILLE AL 35173 | CREDITOR ID: 308952-39<br>ROGER CARL ROSS & LAYNE<br>DOWNS ROSS JT TEN<br>4301 WINDSONG WAY<br>TRUSSVILLE AL 35173 | CREDITOR ID: 308953-39<br>ROGER CLIFFORD YEARBY &<br>ORMAJEAN D YEARBY JT TEN<br>7575 WEOKA ROAD<br>WETUMPKA AL 36092 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308954-39<br>ROGER D BENNETT<br>RT 2 BOX 2712<br>STARKE FL 32091 | CREDITOR ID: 308955-39<br>ROGER D BOLT<br>207 MARIA DR<br>ANDERSON SC 29625 | CREDITOR ID: 308956-39<br>ROGER D CANNON<br>PO BOX 713<br>ALTOONA AL 35952 |
| CREDITOR ID: 308957-39<br>ROGER D CRUMP<br>PO BOX 98<br>CATAWBA SC 29704 | CREDITOR ID: 308958-39<br>ROGER D DAVIS JR<br>15820 OLD OLGA RD<br>ALVA FL 33920 | CREDITOR ID: 308959-39<br>ROGER D ESSICK<br>2118 RHODES RD<br>LEXINGTON NC 27292 |
| CREDITOR ID: 308960-39<br>ROGER D HAWES<br>161 NW 2ND ST<br>OAK ISLAND NC 28465 | CREDITOR ID: 308961-39<br>ROGER D HAWKINS & REBECCA D<br>HAWKINS JT TEN<br>5108 GENTRY ROAD<br>ANDERSON SC 29621 | CREDITOR ID: 308962-39<br>ROGER D HICKS<br>RR 1 BOX 224<br>HEADLAND AL 36345 |
| CREDITOR ID: 308963-39<br>ROGER D LOLLIS<br>208 PAMELA DR<br>WILLIAMSTON SC 29697 | CREDITOR ID: 308964-39<br>ROGER D MUNN<br>4131 WELLING AVE<br>CHARLOTTE NC 28208 | CREDITOR ID: 308965-39<br>ROGER D MURRHEE & SUSAN M<br>MURRHEE JT TEN<br>246 VELVET DR<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 308966-39<br>ROGER D NEAL<br>PO BOX 1745<br>ABINGDON VA 24210 | CREDITOR ID: 308967-39<br>ROGER D PETERSON<br>1602 ILCHESTER CT<br>GREENSBORO NC 27408 | CREDITOR ID: 308968-39<br>ROGER D PRIEWE<br>4717 WAYFARER PL<br>ORLANDO FL 32807 |
| CREDITOR ID: 308970-39<br>ROGER D REYNOLDS<br>P O BOX 847<br>RHOME TX 76078 | CREDITOR ID: 308971-39<br>ROGER D REYNOLDS & SANDY<br>REYNOLDS JT TEN<br>P O BOX 847<br>RHOME TX 76078 | CREDITOR ID: 308972-39<br>ROGER D RICHARDS & MARIA S<br>RICHARDS JT TEN<br>133 BUTLER STREET<br>SELMA AL 36701 |
| CREDITOR ID: 308973-39<br>ROGER D STEVENSON<br>2501 SANDSTONE CT<br>ARLINGTON TX 76017 | CREDITOR ID: 308975-39<br>ROGER DALE TRIPLETT<br>1740 TAYLORSVILLE RD<br>LENOIR NC 28645 | CREDITOR ID: 308976-39<br>ROGER DEAN THOMPSON<br>HC 62 BOX 274 N<br>DURANT OK 74701 |
| CREDITOR ID: 308977-39<br>ROGER E GRANT<br>974 ALLGOOD BRIDGE RD<br>PICKENS SC 29671 | CREDITOR ID: 308978-39<br>ROGER E HORNE<br>2501 LEDO RD<br>ALBANY GA 31707 | CREDITOR ID: 308979-39<br>ROGER E RIDDLE<br>205 EAGIN CEMETERY RD<br>ARDMORE TN 38449 |
| CREDITOR ID: 308980-39<br>ROGER F BEEM<br>1108 S VALLEY RD<br>FRUITLAND PARK FL 34731 | CREDITOR ID: 308981-39<br>ROGER F ROTOLANTE<br>5701 SW 77TH TER<br>MIAMI FL 33143 | CREDITOR ID: 308982-39<br>ROGER GERALD MULLINS<br>2028 US HIGHWAY 31 N 2<br>DEATSVILLE AL 36022 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 308983-39<br>ROGER J HUTER JR<br>3015 JUNIPER HILL RD<br>LOUISVILLE KY 40206 | CREDITOR ID: 308984-39<br>ROGER JOSEPH GLYNN<br>131 DIJON DR<br>SLIDELL LA 70458 | CREDITOR ID: 308985-39<br>ROGER K STEWART JR<br>3485 CHICKASAW CIR<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 308986-39<br>ROGER L ARNOLD<br>390 S TYNDALL PKY 165<br>PANAMA CITY FL 32404 | CREDITOR ID: 308987-39<br>ROGER L BATISTA JR<br>1163 SW 131 AVE<br>MIAMI FL 33184 | CREDITOR ID: 308988-39<br>ROGER L CLAIBORNE<br>101 THOROUGHBRED CT<br>GEORGETOWN KY 40324 |
| CREDITOR ID: 308989-39<br>ROGER L CONNELLY & SUSAN D<br>CONNELLY JT TEN<br>05320 TWIN PALMS RD<br>FRUITLAND PARK FL 34731 | CREDITOR ID: 308990-39<br>ROGER L PRICE<br>PO BOX 605<br>SANDERSON FL 32087 | CREDITOR ID: 308991-39<br>ROGER L WALKER<br>3 CORBIN DRIVE<br>NEWPORT NEWS VA 23606 |
| CREDITOR ID: 308992-39<br>ROGER L WILCOXEN<br>HC 85 BOX 288<br>MOOREFIELD WV 26836 | CREDITOR ID: 308993-39<br>ROGER M BEARD<br>3395 HAYNES DRIVE<br>MAIDEN NC 28650 | CREDITOR ID: 308994-39<br>ROGER M SCARBOROUGH<br>PO BOX 421<br>LAKE HAMILTON FL 33851 |
| CREDITOR ID: 308995-39<br>ROGER M WARREN<br>7350 RR 2 BOX<br>TALIHINA OK 74571 | CREDITOR ID: 308996-39<br>ROGER N EVANS<br>282 WEBB RD<br>ELLENBORO NC 28040 | CREDITOR ID: 308997-39<br>ROGER NEAL MOORE<br>834 TRAILS END RD<br>MORAVIAN FALLS NC 28654 |
| CREDITOR ID: 308998-39<br>ROGER P BUMP JR<br>1578 LIVE OAK DR<br>JACKSONVILLE FL 32246 | CREDITOR ID: 308999-39<br>ROGER P KAYE & GERALYN H<br>KAYE JT TEN<br>3700 ELAINE DR<br>LAKE WORTH FL 33463 | CREDITOR ID: 309000-39<br>ROGER P PETERS & MARY LOU<br>PETERS JT TEN<br>23238 MULHOLLAND HWY<br>CALABASAS CA 91302 |
| CREDITOR ID: 309001-39<br>ROGER PAT RIPLEY<br>1023 FLORIDA AVE<br>ST CLOUD FL 34769 | CREDITOR ID: 309002-39<br>ROGER R TANG HAP<br>16246 MARIPOSA CIRCLE NORTH<br>PEMBROKE PINES FL 33331 | CREDITOR ID: 309003-39<br>ROGER SCOTT HELWIG<br>711 NW 8TH AVE<br>DANIA FL 33004 |
| CREDITOR ID: 309004-39<br>ROGER THOMAS JERKINS<br>BOX 208<br>BLOUNTSTOWN FL 32424 | CREDITOR ID: 309005-39<br>ROGER TODD COLLINS<br>2461 WEBER BLVD<br>FORT MYERS FL 33905 | CREDITOR ID: 309006-39<br>ROGER TRIPLETT & PENNY<br>TRIPLETT JT TEN<br>1740 TAYLORSVILLE RD<br>LENOIR NC 28645 |
| CREDITOR ID: 309007-39<br>ROGER W BAILEY JR<br>P O BOX 1832<br>DAVENPORT FL 33836 | CREDITOR ID: 309008-39<br>ROGER W BRADSHAW JR<br>8301 WHITE SETTLEMENT RD<br>FORT WORTH TX 76108 | CREDITOR ID: 309009-39<br>ROGER W BUTLER<br>7048 WRENS CREEK LN<br>KNOXVILLE TN 37918 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 309010-39<br>ROGER W HOMAN<br>10 S 194 RIDGE RD<br>NAPERVILLE IL 60565 | CREDITOR ID: 309011-39<br>ROGER W HOOD<br>12400 S PFLUMM RD<br>OLATHE KS 66062 | CREDITOR ID: 309012-39<br>ROGER W MARSHALL<br>RTE 2 BOX 9<br>BEAVER OK 73932 |
| CREDITOR ID: 309013-39<br>ROGER W PUCKETT<br>APT 19<br>198 CRESCENT AVE<br>LOUISVILLE KY 40206 | CREDITOR ID: 309014-39<br>ROGER WILLIAMS<br>RT 2 BOX 136<br>GREENVILLE FL 32331 | CREDITOR ID: 309015-39<br>ROGERS V HEMPHILL CUST<br>ALEXIS M HEMPHILL UNIF TRANS<br>MIN ACT MN<br>1034 COUNTRY CLUB ESTATES DR<br>CASTLE  ROCK CO 80104 |
| CREDITOR ID: 309016-39<br>ROGERS V HEMPHILL CUST ROGER<br>V HEMPHILL UNIF TRANS MIN<br>ACT MN<br>1034 COUNTRY CLUB ESTATES DR<br>CASTLE  ROCK CO 80104 | CREDITOR ID: 296944-39<br>ROGERS, JULIA RUTH<br>C/O JONATHAN Y ROGERS CUST<br>4733 SECRET HARBOR DRIVE NORTH<br>JACKSONVILLE FL 32257 | CREDITOR ID: 309017-39<br>ROHAN WILLIAMS & ARLENE<br>WALKER WILLIAMS JT TEN<br>3041 W MISSIONWOOD LANE<br>MIRAMAR FL 33025 |
| CREDITOR ID: 309018-39<br>ROIDI REGALADO<br>6285 NW 111TH TERRACE<br>HIALEAH FL 33012 | CREDITOR ID: 309020-39<br>ROLAND DEAN KIMBALL JR<br>6261 WESCONNETT BLVD APT 1<br>JACKSONVILLE FL 32244 | CREDITOR ID: 309021-39<br>ROLAND F LAMB III<br>1678 BAXLEY RD<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 309022-39<br>ROLAND H JOHNSON<br>2612 E GENESSEE ST<br>TAMPA FL 33610 | CREDITOR ID: 309023-39<br>ROLAND I THOMPSON<br>2236 LINCOLN AVE<br>CINCINNATI OH 45224 | CREDITOR ID: 309024-39<br>ROLAND J ARNOLD<br>818 SE 11TH ST<br>OKEECHOBEE FL 34974 |
| CREDITOR ID: 309025-39<br>ROLAND J ARNOLD & BRENDA K<br>ARNOLD JT TEN<br>818 SE 11TH ST<br>OKEECHOBEE FL 34974 | CREDITOR ID: 309026-39<br>ROLAND J BOUDREAUX<br>200 KRAMER ST<br>HOUMA LA 70364 | CREDITOR ID: 309027-39<br>ROLAND J LALONDE<br>1108 WEBSTER ST<br>KENNER LA 70062 |
| CREDITOR ID: 309028-39<br>ROLAND LLOYD DEROUEN JR<br>8400 PARC PERDUE<br>NEW  IBERIA LA 70560 | CREDITOR ID: 309029-39<br>ROLAND O MARTINEZ & JOSIE M<br>MARTINEZ JT TEN<br>3253 LAKE SAXON DR<br>LAND  O  LAKES FL 34639 | CREDITOR ID: 309030-39<br>ROLAND PAUL ABSHIRE<br>1111 NORTH AVE G<br>CROWLEY LA 70526 |
| CREDITOR ID: 309031-39<br>ROLAND TROY MORRIS<br>2192 7 LKS S<br>WEST  END NC 27376 | CREDITOR ID: 309032-39<br>ROLAND W MAYNARD & MARION F<br>MAYNARD JT TEN<br>3725 12TH ST<br>MICCO FL 32976 | CREDITOR ID: 309033-39<br>ROLAND W MONCRIEF<br>4281 CLAUDE FLEA HOP RD<br>TALLAHASSEE AL 36078 |
| CREDITOR ID: 309034-39<br>ROLAND W WINTERFIELD TRUSTEE<br>U-A DTD 09-11-98 THE|ROLAND<br>W WINTERFIELD REVOCABLE<br>LIVING TRUST<br>2233 INDIAN TRAIL DRIVE<br>WEST  LAFAYETTE IN 47906 | CREDITOR ID: 309035-39<br>ROLANDO A MORALES<br>995 NE 170 ST 126<br>NORTH  MIAMI  BEACH FL 33168 | CREDITOR ID: 309036-39<br>ROLANDO DAMAS<br>8341 SW 158TH AV<br>MIAMI FL 33193 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309037-39<br>ROLANDO SALINAS<br>10000 GATE PKWY N APT 412<br>JACKSONVILLE FL 32246 | CREDITOR ID: 309038-39<br>ROLINDA L BOYD<br>HC 02 BOX 1112A<br>BRYCEVILLE FL 32009 | CREDITOR ID: 309039-39<br>ROLINDA STONEBRAKER &<br>RICHARD E STONEBRAKER JT TEN<br>8216 PLEASANT LN<br>RIVERVIEW FL 33569 |
| CREDITOR ID: 309040-39<br>ROLLAND J LETOURNEAU &<br>ELIZABETH A LETOURNEAU TEN<br>ENT<br>143 COGGINS POINT RD<br>HILTON  HEAD SC 29928 | CREDITOR ID: 309042-39<br>ROMA HAVRON<br>2540 PRIVADA DRIVE<br>LADY  LAKE FL 32159 | CREDITOR ID: 309043-39<br>ROMA JOAN BUCKELEW<br>320 BOWDON STREET<br>TALLAPOSSA GA 30176 |
| CREDITOR ID: 309044-39<br>ROMA JOAN BUCKELEW & CECIL<br>ALLEN BUCKELEW JT TEN<br>320 BOWDON STREET<br>TALLAPOSSA GA 30176 | CREDITOR ID: 309045-39<br>ROMA L CARROLL & CHARLES O<br>CARROLL JT TEN<br>5901 DELL ROSE DR<br>LOUISVILLE KY 40258 | CREDITOR ID: 309046-39<br>ROMAN J SOWALA & KAREN S<br>SOWALA JT TEN<br>1105 LEVICH CIRCLE<br>HANFORD CA 93230 |
| CREDITOR ID: 309047-39<br>ROMANO PIERLEONI<br>20 LYNCOURT PK<br>ROCHESTER NY 14612 | CREDITOR ID: 309048-39<br>ROMIA JETER<br>13442 US HWY 176<br>NEWBERRY SC 29108 | CREDITOR ID: 309049-39<br>RON BODLEY<br>1387 GIBSON RD<br>LOVELAND OH 45140 |
| CREDITOR ID: 309050-39<br>RON CARMAN JR & DARLA CARMAN<br>JT TEN<br>2402 MADISON ST<br>INVERNESS FL 34453 | CREDITOR ID: 309051-39<br>RON G SCOTT<br>6086 CURTIS RD<br>PACE FL 32571 | CREDITOR ID: 309052-39<br>RON GRANT JR<br>898 SEVEN GABLES CIR SE<br>PALM  BAY FL 32909 |
| CREDITOR ID: 309054-39<br>RON MOLL<br>833 ALLENWOOD CT<br>CINCINNATI OH 45238 | CREDITOR ID: 309055-39<br>RON SAPPENFIELD & DEBBIE<br>SAPPENFIELD JT TEN<br>628 DENTON DRIVE<br>SELLERSBURG IN 47172 | CREDITOR ID: 309056-39<br>RON W DAVIS<br>719 ASH NW<br>ARDMORE OK 73401 |
| CREDITOR ID: 309057-39<br>RONALD A BONNER JR<br>2124 D STANLEY DR<br>ALBANY GA 31707 | CREDITOR ID: 309058-39<br>RONALD A CUSTER<br>138 LYNESS ST<br>MANCHESTER CT 06040 | CREDITOR ID: 309060-39<br>RONALD A WALKER<br>P O BOX 45<br>GLEN  LYON PA 18617 |
| CREDITOR ID: 309061-39<br>RONALD A WIK<br>921 SW 8TH STREET<br>BOCA  RATON FL 33486 | CREDITOR ID: 309062-39<br>RONALD B AKERS<br>170 GEORGE CHAPMAN<br>MERIDIANVILLE AL 35759 | CREDITOR ID: 309063-39<br>RONALD B GILBERT<br>339 WISE ROAD<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 309064-39<br>RONALD BART CANNON & RENA<br>FOXX CANNON JT TEN<br>315 CO RD 182<br>FLORENCE AL 35633 | CREDITOR ID: 309065-39<br>RONALD C BARTHOLET<br>103 MILL RIDGE RD<br>DOTHAN AL 36303 | CREDITOR ID: 309066-39<br>RONALD C BATCHELOR<br>125 W SPRINGFIELD ST A<br>SAINT  JAMES MO 65559 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 309067-39
RONALD C DILEO & BEVERLY A
DILEO JT TEN
860 THOMAS RD
LAFAYETTE  HL PA 19444

CREDITOR ID: 309068-39
RONALD C FUSELIER
PO BOX 578
ELTON LA 70532

CREDITOR ID: 309069-39
RONALD C LOYD
200 TREELINE DR
BELMONT NC 28012

CREDITOR ID: 309070-39
RONALD C MASON
836 CHEVY CHASE ST
FAYETTEVILLE NC 28306

CREDITOR ID: 309071-39
RONALD C MOLINARO
8027 OAKWOOD CT W
HOUSTON TX 77040

CREDITOR ID: 309072-39
RONALD C TENHAGEN
936 LONG RIDGE CT
ORANGE  PARK FL 32065

CREDITOR ID: 309073-39
RONALD C TURNER & BETTY JO
TURNER JT TEN
1604 WILLIS DR
HARTSVILLE SC 29550

CREDITOR ID: 309074-39
RONALD C WHEELER & JANICE L
WHEELER JT TEN
1326 LAKEWOOD DR
JACKSONVILLE FL 32259

CREDITOR ID: 309075-39
RONALD CORNELL
7 RANGER ST SW
FT  WALTON  BCH FL 32548

CREDITOR ID: 309076-39
RONALD CRAIG LEVIN
1336 GROSVENOR SQUARE DR
JACKSONVILLE FL 32207

CREDITOR ID: 309077-39
RONALD D ADAMS
3683 ROSEDALE CIR
GAINESVILLE GA 30506

CREDITOR ID: 309078-39
RONALD D BROOKS & SHARON D
BROOKS JT TEN
322 WEST FRON ST
LIBERTY SC 29657

CREDITOR ID: 309079-39
RONALD D BYRD
401 N PRIDGEN ST
GENEVA AL 36340

CREDITOR ID: 309080-39
RONALD D COUSINEAU
2119 BARKSDALE DR
ORLANDO FL 32822

CREDITOR ID: 309081-39
RONALD D CRAYTON
18383 JACK ALLEN RD
LIVINGSTON LA 70754

CREDITOR ID: 309082-39
RONALD D HALVERSON
8 ROLLING ACRES RD
HOPE  HULL AL 36043

CREDITOR ID: 309084-39
RONALD D HUGHES & SHARON L
HUGHES JT TEN
3789 DOE RUN DR
ELIZABETHTOWN KY 42701

CREDITOR ID: 309085-39
RONALD D HUNT & JANETTE W
HUNT JT TEN
432 HOLLY TREE DR
WILKESBORO NC 28697

CREDITOR ID: 309086-39
RONALD D JACKSON & RITA L
JACKSON JT TEN
292 S 3RD ST B
LAKE  MARY FL 32746

CREDITOR ID: 309087-39
RONALD D MCCAMMON
4905 FLEETWOOD DR
KNOXVILLE TN 37921

CREDITOR ID: 309088-39
RONALD D MOORE
2267 MANOR COURT
CLEARWATER FL 33763

CREDITOR ID: 309089-39
RONALD D PARRISH
139 HARBOR POINTE DRIVE
BRUNSWICK GA 31523

CREDITOR ID: 309090-39
RONALD D REHBERG
10154 SUMMER PINES CT
JACKSONVILLE FL 32257

CREDITOR ID: 309091-39
RONALD D REHBERG & CYNTHIA B
REHBERG JT TEN
10154 SUMMER PINES CT
JACKSONVILLE FL 32257

CREDITOR ID: 309092-39
RONALD D RIPPEE
108 W TAYLOR
MC  ALESTER OK 74501

CREDITOR ID: 309093-39
RONALD D SELITTO
9925 CYPRESSMEDE DR
ELLICOTT  CITY MD 21042

CREDITOR ID: 309094-39
RONALD D SMITH JR
1004 ROXBORO RD
HAW  RIVER NC 27258

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 309095-39<br>RONALD D TRUELOVE JR<br>651 HERMAN WINKLER RD<br>CLEVELAND GA 30528 | CREDITOR ID: 309098-39<br>RONALD D WILLIAMS &<br>CARRIE H WILLIAMS JT TEN<br>8947 SNELLGROVE AVE E<br>JACKSONVILLE FL 32220 | CREDITOR ID: 309099-39<br>RONALD DARLING JR<br>13847 JACKSON ST<br>MIAMI FL 33176 |
| CREDITOR ID: 309100-39<br>RONALD DARRIN JONES<br>11175 KENNEDY MILL RD<br>TUSCALOOSA AL 35404 | CREDITOR ID: 309101-39<br>RONALD DAVID WITT & FAYE L<br>WITT JT TEN<br>57 YOULAN DR<br>BASSETT  FORKS VA 24055 | CREDITOR ID: 309102-39<br>RONALD DENNIS HUNT<br>432 HOLLYTREE DR<br>WILKESBORO NC 28697 |
| CREDITOR ID: 309103-39<br>RONALD DOUGLAS WILLIAMS<br>8947 SNELLGROVE AVE E<br>JACKSONVILLE FL 32220 | CREDITOR ID: 309104-39<br>RONALD E ARD & BONNIE O ARD<br>JT TEN<br>PO BOX 6<br>CHERAW SC 29520 | CREDITOR ID: 309105-39<br>RONALD E BEARD<br>7718 PARK STREET<br>VENTRESS LA 70783 |
| CREDITOR ID: 309107-39<br>RONALD E BROWNING<br>704 GAINES AVENUE<br>HIGH  POINT NC 27263 | CREDITOR ID: 309108-39<br>RONALD E BUTLER JR<br>7049 MAIDSTONE CT<br>NEW  PRT  RCHY FL 34653 | CREDITOR ID: 309109-39<br>RONALD E EVANS<br>10689 HWY 764 N<br>WHITESVILLE KY 42378 |
| CREDITOR ID: 309110-39<br>RONALD E GOLDSTEIN<br>DURHAM D APT 208<br>DEERFIELD  BEACH FL 33442 | CREDITOR ID: 309111-39<br>RONALD E JOHNSON JR & DEBBIE<br>L JOHNSON JT TEN<br>1605 ORCHARD AVE<br>LOUISVILLE KY 40213 | CREDITOR ID: 309112-39<br>RONALD E KALENDA<br>314 N MERRILL AVE<br>DUNCANVILLE TX 75116 |
| CREDITOR ID: 309113-39<br>RONALD E PERRY<br>PO BOX 17862<br>COVINGTON KY 41017 | CREDITOR ID: 309114-39<br>RONALD E TURNEY<br>9467 LAKE SERENA DR<br>BOCA  RATON FL 33496 | CREDITOR ID: 309115-39<br>RONALD E WEAVER<br>PO BOX 1284<br>KINGS  MTN NC 28086 |
| CREDITOR ID: 309116-39<br>RONALD E WILLIAMS<br>2557 RED ROBIN DR E<br>JACKSONVILLE FL 32210 | CREDITOR ID: 309117-39<br>RONALD EARL JOHNSON JR<br>1605 ORCHARD AVE<br>LOUISVILLE KY 40213 | CREDITOR ID: 309118-39<br>RONALD EDWARD DEYTON<br>BOX 661<br>BURNSVILLE NC 28714 |
| CREDITOR ID: 309119-39<br>RONALD ELMO BYRD<br>5937 MEADVILLE RD<br>LIBERTY MS 39645 | CREDITOR ID: 309120-39<br>RONALD EUGENE BAUCOM JR<br>305 FOURTH ST<br>LAURINBURG NC 28352 | CREDITOR ID: 309121-39<br>RONALD F COSBY<br>2208 ROCK SPRINGS RD<br>DOTHAN AL 36303 |
| CREDITOR ID: 309122-39<br>RONALD F ROBERTS & MARY H<br>WESTER JT TEN<br>BOX 31<br>SNEADS FL 32460 | CREDITOR ID: 309123-39<br>RONALD G COLLINS & DIANE R<br>COLLINS JT TEN<br>464 WESLEY RD<br>GREEN  COVE  SPRINGS FL 32043 | CREDITOR ID: 309125-39<br>RONALD G ELY<br>8146 SPRINGTREE RD<br>JACKSONVILLE FL 32210 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:    05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 309126-39<br>RONALD G GARRISON<br>2258 HUFFMAN MILL RD<br>BURLINGTON NC 27215 | CREDITOR ID: 309127-39<br>RONALD G GREEN<br>7107 HABABA AVE N<br>TAMPA FL 33614 | CREDITOR ID: 309128-39<br>RONALD G GREEN & KATHLEEN L<br>GREEN JT TEN<br>913 E 19TH ST N<br>NEWTON IA 50208 |
| CREDITOR ID: 309129-39<br>RONALD G GREEN & TERESSA S<br>GREEN JT TEN<br>7107 HABANA AVE N<br>TAMPA FL 33614 | CREDITOR ID: 309130-39<br>RONALD G WHITEARD<br>3842 FERNGLEN DR<br>JACKSONVILLE FL 32277 | CREDITOR ID: 309131-39<br>RONALD G ZEUNGES & ANN H<br>ZEUNGES TEN ENT<br>8981 EARHART ST<br>SAN DIEGO CA 92123 |
| CREDITOR ID: 309132-39<br>RONALD GENE COOPER<br>P O BOX 2038<br>FRANKLIN NC 28744 | CREDITOR ID: 309133-39<br>RONALD H JOYCE<br>BOX 1448<br>MOUNT AIRY NC 27030-1448 | CREDITOR ID: 309134-39<br>RONALD H SHAVER & MARIE H<br>SHAVER JT TEN<br>521 WALKERTOWN GUTHRIE RD<br>WINSTON SALEM NC 27101 |
| CREDITOR ID: 309135-39<br>RONALD H WILSON & JANET<br>WILSON JT TEN<br>253 KETCH DRIVE<br>SUNRISE FL 33326 | CREDITOR ID: 309136-39<br>RONALD HEARLEY BARNES<br>2250 CARSON GREGORY RD<br>ANGIER NC 27501 | CREDITOR ID: 309137-39<br>RONALD HOWARD POND<br>7011 NW 66TH TER<br>TAMARAC FL 33321 |
| CREDITOR ID: 309138-39<br>RONALD HURT<br>2968 STOCK PEN RD<br>VALDOSTA GA 31601 | CREDITOR ID: 309139-39<br>RONALD I DUNN<br>5118 PINETREE RD<br>PANAMA CITY FL 32404 | CREDITOR ID: 309140-39<br>RONALD IAN SINCLAIR JR<br>PO BOX 3135<br>NEW BERN NC 28564 |
| CREDITOR ID: 309141-39<br>RONALD J BAYHAM & VICKIE<br>BAYHAM JT TEN<br>7014 JUNO DR<br>BAKER LA 70714 | CREDITOR ID: 309142-39<br>RONALD J BREATH & KAREN H<br>BREATH TEN COM<br>6901 VETERANS MEMORIAL BLVD<br>APT 74<br>METAIRIE LA 70003 | CREDITOR ID: 309143-39<br>RONALD J BROOKS<br>218 PATRICIAN DRIVE<br>HAMPTON VA 23666 |
| CREDITOR ID: 309144-39<br>RONALD J CHARBONNET<br>42306 SEALS ROAD<br>FRANKLINTON LA 70438 | CREDITOR ID: 309145-39<br>RONALD J FREDERICK & DARLYNN<br>J FREDERICK JT TEN<br>22824 CANTERBURY<br>SAINT CLAIR SHORES MI 48080 | CREDITOR ID: 309146-39<br>RONALD J HALE & MASAYO O<br>HALE JT TEN<br>9810 EASTON DR<br>BEVERLY HILLS CA 90210 |
| CREDITOR ID: 309147-39<br>RONALD J HODA<br>9 DOVER DR<br>GULFPORT MS 39503 | CREDITOR ID: 309148-39<br>RONALD J HUDSON<br>8584 US 701 SOUTH BOX 110B<br>NEWTON GROVE NC 28366 | CREDITOR ID: 309149-39<br>RONALD J HUDSON & WANDA J<br>HUDSON JT TEN<br>8584 US 701 S<br>NEWTON GROVE NC 28366 |
| CREDITOR ID: 309150-39<br>RONALD J MULL<br>3027 IRONHILL WAY<br>WOODSTOCK GA 30189 | CREDITOR ID: 309152-39<br>RONALD J THERIOT & MAXINE L<br>THERIOT TEN COM<br>907 N MARTIN LUTHER KING JR DR<br>SAINT MARTINVILLE LA 70582 | CREDITOR ID: 309151-39<br>RONALD J THERIOT & MAXINE L<br>THERIOT JT TEN<br>907 N MARTIN LUTHER KING DR<br>SAINT MARTINVILLE LA 70582 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309153-39<br>RONALD J VINELLI<br>5251 SW 1ST ST<br>PLANTATION FL 33317 | CREDITOR ID: 309154-39<br>RONALD J WHALEN<br>639 MARPHIL LOOP<br>BRANDON FL 33511 | CREDITOR ID: 309155-39<br>RONALD J ZEWISKI & JOYCE M<br>ZEWISKI JT TEN<br>1771 PARROTTS POINTE RD<br>GREENSBORO GA 30642 |
| CREDITOR ID: 309157-39<br>RONALD JAMES BAYHAM<br>7014 JUNO DR<br>BAKER LA 70714 | CREDITOR ID: 309159-39<br>RONALD JASON LAND<br>140 STONEHEDGE DR<br>INMAN SC 29349 | CREDITOR ID: 309160-39<br>RONALD JILEK & GLORIA P<br>JILEK JT TEN<br>7809 GASTON AVE<br>FORT WORTH TX 76116 |
| CREDITOR ID: 309161-39<br>RONALD JOE MILLER<br>2807 TARA DRIVE<br>CLAYTON NC 27520 | CREDITOR ID: 309162-39<br>RONALD JOSEPH BREATH<br>6901 VETERANS MEMORIAL BLVD<br>APT 74<br>METAIRIE LA 70003 | CREDITOR ID: 309163-39<br>RONALD K JORDAN<br>13280 COUNTY RD 9<br>MOULTON AL 35650 |
| CREDITOR ID: 309164-39<br>RONALD K PICKARD<br>16941 SW 304TH ST<br>HOMESTEAD FL 33030 | CREDITOR ID: 309165-39<br>RONALD K RIGSBY<br>237 GREENBRIER DR<br>SIMPSONVILLE SC 29680 | CREDITOR ID: 309166-39<br>RONALD K TAYLOR<br>1860 FRANCIS RD<br>CONYERS GA 30094 |
| CREDITOR ID: 309167-39<br>RONALD K ZELLER<br>141 PATTON ST SOUTHWINDS<br>NAPLES FL 34104 | CREDITOR ID: 309168-39<br>RONALD L AMOS JR<br>12404 COOL MIST LN<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 309169-39<br>RONALD L BACHMAN<br>PO BOX 1312<br>WILLIAMSPORT PA 17703 |
| CREDITOR ID: 309170-39<br>RONALD L BLOYD<br>1917 BLAKE ST<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 309171-39<br>RONALD L COLLINS<br>228 W BOWNE BLVD<br>CLARKSVILLE IN 47129 | CREDITOR ID: 309172-39<br>RONALD L COX<br>7989 SADDLEBACK PL<br>MAINEVILLE OH 45039 |
| CREDITOR ID: 309173-39<br>RONALD L ESTES & LYNDA C<br>ESTES JT TEN<br>1678 BUDDY JOHNSON RD<br>DUBLIN GA 31021 | CREDITOR ID: 309175-39<br>RONALD L GUYNN<br>391 WATERMELON RD<br>ANDERSONVILLE GA 31711 | CREDITOR ID: 309176-39<br>RONALD L HAGAN & NANCY J<br>HAGAN JT TEN<br>1061 GLENHARBOR CIR<br>WINTER GARDEN FL 34787 |
| CREDITOR ID: 309177-39<br>RONALD L LIGHTSEY<br>163 COUNTRY CLUB RD<br>BDGE GA | CREDITOR ID: 309178-39<br>RONALD L MILLER & JAYNE E<br>MILLER JT TEN<br>179 MAIN ST<br>GROVELAND MA 01834 | CREDITOR ID: 309179-39<br>RONALD L PIKE<br>1006 WILD ELM ST<br>CELEBRATION FL 34747 |
| CREDITOR ID: 309180-39<br>RONALD L POFF<br>2001 NE 18TH AVE<br>CAPE CORAL FL 33909 | CREDITOR ID: 309181-39<br>RONALD L SARGENT<br>3473 HWY 16 E<br>SHARPSBURG GA 30277 | CREDITOR ID: 309182-39<br>RONALD L SHAW SR<br>170 BRAYMOOR CIR<br>FAYETTEVILLE GA 30214 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:   05-03817-3F1

CREDITOR ID: 309183-39
RONALD L SHIELDS JR
1109 UNION RD
GASTONIA NC 28054

CREDITOR ID: 309184-39
RONALD L SMITH
PO BOX 641
INDEPENDENCE LA 70443

CREDITOR ID: 309185-39
RONALD L STEVENS
400 GARY DR
MOUNT  OLIVE AL 35117

CREDITOR ID: 309186-39
RONALD L VOGEL
2401 CEDARFIELD LN
KISSIMMEE FL 34744

CREDITOR ID: 309187-39
RONALD L WEISS
3224 SE 32 AVE
OCALA FL 34471

CREDITOR ID: 309188-39
RONALD L ZYGMUNTOWSKI
5970 NE 2ND AVE
FT  LAUDERDALE FL 33332

CREDITOR ID: 309189-39
RONALD LEE MATHEWS
8240 SW 102 STREET
MIAMI FL 33156

CREDITOR ID: 309190-39
RONALD LEE QUAVE
6705 POSTOAK DR
OCEAN  SPRINGS MS 39564

CREDITOR ID: 309191-39
RONALD LEE ROGERS
202 ZANER DR
JACKSONVILLE NC 28540

CREDITOR ID: 309192-39
RONALD LINDNER & JOSEPHINE
LINDNER JT TEN
5554 SUNNYWOODS LANE
CINCINNATI OH 45239

CREDITOR ID: 309194-39
RONALD M BALLENTINE
941 WORTHINGTON CT
OVIEDO FL 32765

CREDITOR ID: 309196-39
RONALD MACHACEK
4534 SCARBOROUGH LANE NW
ROCHESTER MN 55901

CREDITOR ID: 309197-39
RONALD MARION GULOTTA
46203 N MORRISON BLVD
HAMMOND LA 70401

CREDITOR ID: 309198-39
RONALD MOORE
951 AUDUBON RD
MERRITT  ISLAND FL 32953

CREDITOR ID: 309199-39
RONALD MORGAN & CAROL
MORGAN JT TEN
2880 OLD SALEM RD
CONYERS GA 30013

CREDITOR ID: 309200-39
RONALD MORGAN BALLENTINE
941 WORTHINGTON COURT
OVIEDO FL 32765

CREDITOR ID: 309201-39
RONALD MYERS & ANNE GAYLE
MYERS JT TEN
PO BOX 4735
GREENVILLE SC 29608

CREDITOR ID: 309202-39
RONALD N ARINAH & JOAN D
ARINAH JT TEN
12950 NW 18 CT
MIAMI FL 33167

CREDITOR ID: 309203-39
RONALD N GREEN
7236 BRICKYARD CIR
LAKE  WORTH FL 33467

CREDITOR ID: 309204-39
RONALD N PHELPS
606 WHITEPATH RD NW
DALTON GA 30721

CREDITOR ID: 309205-39
RONALD N WEAVER JR
2825 NE 64TH LN
OCALA FL 34479

CREDITOR ID: 309206-39
RONALD NOGLE
1452 KING CT
WINTER  SPRING FL 32708

CREDITOR ID: 309207-39
RONALD O PERRY & KIMBERLY D
PERRY JT TEN
4471 GLENWILLOW DR
BATAVIA OH 45103

CREDITOR ID: 309208-39
RONALD ODWIN TURNER
2605 PINEKNOLL DRIVE
0701445 AL 36801

CREDITOR ID: 309209-39
RONALD OTIS JACKSON
111 SOUTH BROADWAY
SYLACAUGA AL 35150

CREDITOR ID: 309210-39
RONALD P ADAMS
1916 E MARSDEN PLACE
BATON  ROUGE LA 70816

CREDITOR ID: 309211-39
RONALD P CRUIKSHANK
1324 SW LAKEVIEW DR
SEBRING FL 33870

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309212-39<br>RONALD P SLY<br>155 HARDTFORD DRIVE<br>BILOXI MS 39532 | CREDITOR ID: 309213-39<br>RONALD PARKER<br>235 N FERN ST 113<br>CAMBRIDGE MN 55008 | CREDITOR ID: 309214-39<br>RONALD PAUL MERCER<br>866 JONATHAN ROAD<br>BALDWIN FL 32234 |
| CREDITOR ID: 309215-39<br>RONALD PODOLSKI<br>11220 CARAVEL CIR #106<br>FORT MYERS FL 33908 | CREDITOR ID: 309216-39<br>RONALD R DENENEA<br>77463 K C CAMP RD<br>COVINGTON LA 70433 | CREDITOR ID: 309217-39<br>RONALD R HALL<br>1063 KEENE TROY PI<br>VERSAILLES KY 40383 |
| CREDITOR ID: 309218-39<br>RONALD R MORGAN & CAROL B<br>MORGAN JT TEN<br>2880 OLD SALEM RD<br>CONYERS GA 30013 | CREDITOR ID: 309219-39<br>RONALD R RAPAPORT<br>130 COASTAL OAK CIR<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 309220-39<br>RONALD RAY ALTMAN<br>5328 E GLYNN AVE<br>BRUNSWICK GA 31525 |
| CREDITOR ID: 309221-39<br>RONALD RAY MORTON<br>PO BOX 247<br>NEW LONDON NC 28127 | CREDITOR ID: 309222-39<br>RONALD RAY PAGE<br>4675 MINNIE HALL RD<br>AUTRYVILLE NC 28318 | CREDITOR ID: 309223-39<br>RONALD REATHERFORD<br>10639 BREEZY ACRES DR<br>CINCINNATI OH 45251 |
| CREDITOR ID: 309224-39<br>RONALD ROBERT THILL<br>3055 56TH AVE N<br>SAINT PETERSBURG FL 33714 | CREDITOR ID: 309226-39<br>RONALD S OWENS<br>5702 W FAIRFIELD DR<br>PENSACOLA FL 32506 | CREDITOR ID: 309227-39<br>RONALD S STEIN<br>9987 BOCA GARDENS TR B<br>BOCA RATON FL 33496 |
| CREDITOR ID: 309228-39<br>RONALD S WILSON<br>44 SOMMERSET DR<br>PHENIX CITY AL 36869 | CREDITOR ID: 309229-39<br>RONALD S WILSON & JILL C<br>WILSON JT TEN<br>44 SOMERSET DR<br>PHENIX CITY AL 36869 | CREDITOR ID: 309230-39<br>RONALD SANTOS & DIANA<br>SANTOS TTEES U-A DTD<br>04-13-00 RONALD L SANTOS &<br>DIANA J SANTOS REV TRUST<br>1005 E UNIVERSITY AVE<br>DELAND FL 32724 |
| CREDITOR ID: 309231-39<br>RONALD SNYDER T-O-D & AMY<br>STACI|& DANNY PERCHICK<br>40 ISLE VENICE 9<br>FT LAUDERDALE FL 33301 | CREDITOR ID: 309232-39<br>RONALD STUELCKEN<br>10116 FARMINGDALE PL<br>TAMPA FL 33624 | CREDITOR ID: 309233-39<br>RONALD T FAIR & I KAY FAIR<br>JT TEN<br>2920 LINDALE MT HOLLY RD<br>AMELIA OH 45102 |
| CREDITOR ID: 309234-39<br>RONALD T SANDEFUR<br>8539 CHASE RD<br>LOUISVILLE KY 40272 | CREDITOR ID: 309236-39<br>RONALD V BRANNING &<br>MARIALICE BRANNING JT TEN<br>320 S RHODES STREET<br>MOUNT DORA FL 32757 | CREDITOR ID: 309237-39<br>RONALD W BOLING<br>8216 JUSTIN RD N<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 309238-39<br>RONALD W BRUST<br>8439 149TH ST<br>HOWARD BEACH NY 11414 | CREDITOR ID: 309241-39<br>RONALD W CAWBY<br>105 SEVILLE CHASE DRIVE<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 309242-39<br>RONALD W KINLAW<br>1310 E HWY 316<br>CITRA FL 32113 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                          CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 309243-39<br>RONALD W MOORE<br>3725 SLADE BLVD<br>FORT  WORTH TX 76116 | CREDITOR ID: 309244-39<br>RONALD W MOTT<br>P O BOX 14<br>ARCADIA FL 34265 | CREDITOR ID: 309246-39<br>RONALD W SINGLETON<br>567 GARDENDALE DR<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 309247-39<br>RONALD W TEDDER<br>3 KERSEY CT<br>DURHAM NC 27713 | CREDITOR ID: 309248-39<br>RONALD W WOODRUFF<br>5550 TOBACCO RD<br>LA  GRANGE KY 40031 | CREDITOR ID: 309250-39<br>RONALD WAYNE BOYKIN &<br>KATHYLN YORK BOYKIN JT TEN<br>704 RUDY DR<br>CLAYTON NC 27520 |
| CREDITOR ID: 309251-39<br>RONALD WAYNE PATTERSON<br>607 CASTLEWOOD DR<br>GASTONIA NC 28056 | CREDITOR ID: 309252-39<br>RONALD WAYNE SHOUSE &<br>JEANINE WAYNE SHOUSE JT TEN<br>3551 INEZ AVE<br>BETHEL OH 45106 | CREDITOR ID: 309253-39<br>RONALD WILLIAM BROOKS &<br>PAULA LAWRENCE BROOKS JT TEN<br>755 34TH CT SW<br>VERO  BCH FL 32968 |
| CREDITOR ID: 309254-39<br>RONALD WILLIAM SMITH<br>16673 ST MARTIN RD<br>ALBEMARLE NC 28001 | CREDITOR ID: 309255-39<br>RONALD WINCHESTER<br>63343 CAMPGROUND RD<br>WASHINGTON MI 48095 | CREDITOR ID: 309256-39<br>RONALD ZEB BAUGHER<br>5423 KINGSBERRY STREET<br>COLUMBUS GA 31907 |
| CREDITOR ID: 309257-39<br>RONDA A GARNER<br>19 COOL WATER CT<br>PALM  COAST FL 32137 | CREDITOR ID: 309258-39<br>RONDA B FINLEY<br>9860 NW 4TH ST<br>PEMBROKE  PINES FL 33024 | CREDITOR ID: 309259-39<br>RONDA B HASKELL<br>9860 NW 4TH ST<br>PEMBROKE  PINES FL 33024 |
| CREDITOR ID: 309260-39<br>RONDA D BURNHAM<br>561 ADAMS RD<br>MOUNTAIN  CITY TN 37683 | CREDITOR ID: 309261-39<br>RONDA D SARGENT<br>RR 1 BOX 1390<br>MOUNT  PLEASANT TX 75455 | CREDITOR ID: 309262-39<br>RONDA GRAHAM & STEVE GRAHAM<br>JT TEN<br>PO BOX 516  516<br>LANDIS NC 28088 |
| CREDITOR ID: 309263-39<br>RONDA HANDY & RICHARD HANDY<br>JT TEN<br>PO BOX 2102<br>MARTINSVILLE VA 24113 | CREDITOR ID: 309264-39<br>RONDA J ORAM<br>1840 CLOVER RD<br>NORTHBROOK IL 60062 | CREDITOR ID: 309265-39<br>RONDA KAY RUSNAK<br>8131 DONEGAL  LANE<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 309266-39<br>RONDA KELLER<br>1010 BLUEJACK OAK DR<br>OVIEDO FL 32765 | CREDITOR ID: 309267-39<br>RONDAL R FIELDS<br>6929 KENNIMER RD<br>CLERMONT GA 30527 | CREDITOR ID: 309268-39<br>RONDIE D BRADBERRY<br>1975 E BEND CIR APT M<br>BIRMINGHAM AL 35215 |
| CREDITOR ID: 309269-39<br>RONI R WHITAS<br>107 N MARIE DR<br>PANAMA  CITY FL 32401 | CREDITOR ID: 309270-39<br>RONNEL D WILLIAMS<br>302 MONTEGO CT SE<br>WINTER  HAVEN FL 33884 | CREDITOR ID: 309271-39<br>RONNIE A SMITH<br>4008 COUNTRY DR<br>BOURG LA 70343 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309272-39<br>RONNIE A THAMES & CONNIE J<br>THAMES JT TEN<br>703 NW 22ND AVE<br>GAINESVILLE FL 32609 | CREDITOR ID: 309273-39<br>RONNIE B HOLMES<br>5656 E LIVE OAK LN<br>INVERNESS FL 34450 | CREDITOR ID: 309274-39<br>RONNIE B OGLESBY<br>423 MARIMAR ST<br>LAKELAND FL 33813 |
| CREDITOR ID: 309275-39<br>RONNIE C HOGAN<br>2490 DIANNE DR<br>COCOA FL 32926 | CREDITOR ID: 309276-39<br>RONNIE C PERRY & DONNA L<br>PERRY JT TEN<br>1940 YORKTOWNE DR<br>LA PLACE LA 70068 | CREDITOR ID: 309277-39<br>RONNIE C THOMAS JR<br>15741 FERRELL AVE<br>BATON ROUGE LA 70817 |
| CREDITOR ID: 309278-39<br>RONNIE CHANEY<br>1447 CREST HWY<br>THOMASTON GA 30286 | CREDITOR ID: 309279-39<br>RONNIE DALE KENNEDY<br>820 BAY ST<br>MYRTLE BEACH SC 29577 | CREDITOR ID: 309280-39<br>RONNIE DALE STARNES<br>7401 CONCORD HWY<br>MONROE NC 28110 |
| CREDITOR ID: 309281-39<br>RONNIE DARRELL SAMMONS<br>9150 MARTIN RD<br>ROSWELL GA 30076 | CREDITOR ID: 309282-39<br>RONNIE DARRELL SAMMONS &<br>KATHY A SAMMONS JT TEN<br>9150 MARTIN RD<br>ROSWELL GA 30076 | CREDITOR ID: 309283-39<br>RONNIE DAY<br>1461 SW 44TH TERR<br>FORT LAUDERDALE FL 33317 |
| CREDITOR ID: 309284-39<br>RONNIE DEAN ENGLISH<br>1025 RED BRICK RD<br>GARNER NC 27529 | CREDITOR ID: 309285-39<br>RONNIE DUNCAN & JACKIE M<br>DUNCAN JT TEN<br>725 FRUIT COVE DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 309286-39<br>RONNIE E TERRELL & CYNTHIA A<br>TERRELL JT TEN<br>6264 MICHELE RD<br>MACCLENNY FL 32063 |
| CREDITOR ID: 309287-39<br>RONNIE E WINTON & KATHY R<br>WINTON JT TEN<br>PO BOX 491<br>EASTABOGA AL 36260 | CREDITOR ID: 309288-39<br>RONNIE EDWARD STOKES<br>1189 HIGWAY 80 E<br>VICKSBURG MS 39180 | CREDITOR ID: 309289-39<br>RONNIE EUGENE RUSS<br>1998 OLD BONIFAY RD<br>CHIPLEY FL 32428 |
| CREDITOR ID: 309290-39<br>RONNIE F STEWART & DANEILLE<br>D STEWART JT TEN<br>5681 12TH AVENUE NW<br>NAPLES FL 33999 | CREDITOR ID: 309291-39<br>RONNIE G DAUGHTRY<br>485 SEAFOOD HOUSE RD<br>SELMA NC 27576 | CREDITOR ID: 309292-39<br>RONNIE GAMBERI<br>393 N PALESTINE RD<br>NATCHEZ MS 39120 |
| CREDITOR ID: 309293-39<br>RONNIE HARVEY & DENISE<br>HARVEY JT TEN<br>970 FINLEY DR<br>MACCLENNY FL 32063 | CREDITOR ID: 309294-39<br>RONNIE HEDRICK<br>P O BOX 64392<br>FAYETTEVILLE NC 28306 | CREDITOR ID: 309296-39<br>RONNIE JACKSON<br>4846 MT PLEASANT RD<br>QUINCY FL 32351 |
| CREDITOR ID: 309297-39<br>RONNIE JAY HUDGINS<br>6418 FARM RIDGE CT<br>FLOWERY BRANCH GA 30542 | CREDITOR ID: 309298-39<br>RONNIE KEITH PITTMAN<br>210 LEGRAND BLVD<br>GREENVILLE SC 29607 | CREDITOR ID: 309299-39<br>RONNIE L BOSWELL<br>611 S GRAHAM HOPEDALE RD<br>BURLINGTON NC 27217 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309300-39<br>RONNIE L COMANS<br>806 W 17TH ST<br>BOGALUSA LA 70427 | CREDITOR ID: 309301-39<br>RONNIE L COMANS & CHERYL<br>COMANS JT TEN<br>806 W 17TH ST<br>BOGALUSA LA 70427 | CREDITOR ID: 309302-39<br>RONNIE L COMANS & CHERYL B<br>COMANS TEN COM<br>806 WEST 17TH ST<br>BOGALUSA LA 70427 |
| CREDITOR ID: 309303-39<br>RONNIE L JORDAN<br>RR 1 BOX 200<br>MORVEN NC 28119 | CREDITOR ID: 309304-39<br>RONNIE L MCCOLLUM<br>3631 OLD 41 HWY NW<br>KENNESAW GA 30144 | CREDITOR ID: 309305-39<br>RONNIE LEE STARBUCK & JOYCE<br>B STARBUCK JT TEN<br>223 OWENS RD<br>LEXINGTON NC 27292 |
| CREDITOR ID: 309306-39<br>RONNIE LEE TAYLOR<br>1609 NW 11TH WAY<br>FORT  LAUDERDALE FL 33311 | CREDITOR ID: 309307-39<br>RONNIE M PITTMAN<br>161 N BATES RD<br>TAYLORS SC 29687 | CREDITOR ID: 309308-39<br>RONNIE M PORTER<br>6270 FERGUSON DR<br>PENSACOLA FL 32503 |
| CREDITOR ID: 309309-39<br>RONNIE MCNEELY<br>622 BURLY DR<br>ORANGEBURG SC 29115 | CREDITOR ID: 309310-39<br>RONNIE O WALLER<br>2199 FERRY ROAD<br>CLARKSVILLE TN 37040 | CREDITOR ID: 309311-39<br>RONNIE S REEDER<br>2500 THRUSH DR<br>HOPKINSVILLE KY 42240 |
| CREDITOR ID: 309312-39<br>RONNIE SWAFFORD<br>343 OTTER CREEK RD<br>MANCHESTER KY 40962 | CREDITOR ID: 309313-39<br>RONNIE W MAYHUE & EDWINA R<br>MAYHUE JT TEN<br>2611 NW 21ST CT<br>FORT  LAUDERDALE FL 33313 | CREDITOR ID: 309314-39<br>RONNIE W RHODES<br>2833 IVANRIDGE LANE<br>GARLAND TX 75044 |
| CREDITOR ID: 309315-39<br>RONNOE LEE CONROY JR<br>1901 WOODRIDGE LN<br>FLORISSANT MO 63033 | CREDITOR ID: 309316-39<br>RONNY L MCKENZIE<br>PO BOX 511<br>HOPEHULL AL 36043 | CREDITOR ID: 309317-39<br>RONNY L MCKENZIE & NATALIE J<br>MCKENZIE JT TEN<br>PO BOX 511<br>HOPEHULL AL 36043 |
| CREDITOR ID: 309318-39<br>RONNY T JONES<br>7773 CANTRELL RD<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 309319-39<br>RONZEL BLANKENSHIP<br>1047 GROVE LN NW<br>ROANOKE VA 24012 | CREDITOR ID: 309320-39<br>ROOKIE TODD COX<br>768 DAWNVILLE RD NE<br>DALTON GA 30721 |
| CREDITOR ID: 309321-39<br>ROOSEVELT ARTHUR JR<br>21 DIVINE DR.<br>BISHOPVILLE SC 29010 | CREDITOR ID: 309322-39<br>ROOSEVELT FERGUSON<br>2322 SE 13TH ST<br>GAINESVILLE FL 32601 | CREDITOR ID: 309323-39<br>ROOSEVELT FRYSON<br>3277 EL SEGUNDO WA<br>ORLANDO FL 32808 |
| CREDITOR ID: 309324-39<br>ROOSEVELT JONES<br>8974 DEVONSHIRE BLVD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 309325-39<br>ROOSEVELT L GUTHRIE<br>6720 S INDIAN GRAVE RD<br>BOONES  MILL VA 24065 | CREDITOR ID: 309326-39<br>ROOSEVELT MELLION<br>ATTN THERESA M MELLION<br>10248 WINDERMERE CHASE BLVD<br>GOTHA FL 34734 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309327-39<br>ROOSEVELT TARRANCE & ILEAN<br>TARRANCE JT TEN<br>451 LIBERTY ST<br>MONTGOMERY AL 36108 | CREDITOR ID: 309328-39<br>ROOSEVELT WILLIAMS<br>5443 WATT RD<br>CAMILLA GA 31730 | CREDITOR ID: 285723-39<br>ROOT, DALE L<br>7019 JARVIS RD<br>SARASOTA FL 34241 |
| CREDITOR ID: 309329-39<br>ROQUE G LEAL<br>16731 NW 52ND AVE<br>CAROL  CITY FL 33055 | CREDITOR ID: 309330-39<br>RORY STEPHEN CLARK<br>5700 RANSOM FREE RD<br>CLERMONT GA 30527 | CREDITOR ID: 309331-39<br>ROSA A JOHNSON<br>14520 SW 103RD AVE<br>MIAMI FL 33176 |
| CREDITOR ID: 309332-39<br>ROSA ANN JOHNSON<br>14520 SW 103RD AVENUE<br>MIAMI FL 33176 | CREDITOR ID: 309334-39<br>ROSA B HUNTER & JIM R HUNTER<br>JT TEN<br>RR 3 BOX 149A<br>GREENVILLE FL 32331 | CREDITOR ID: 309333-39<br>ROSA B HUNTER & JIM R HUNTER<br>JR JT TEN<br>RR 3 BOX 149A<br>GREENVILLE FL 32331 |
| CREDITOR ID: 309335-39<br>ROSA CUETARA CRUZ<br>6886 W 30 AVE<br>HIALEAH FL 33016 | CREDITOR ID: 309336-39<br>ROSA DOCKERY LEONARD<br>277 SMITH RD<br>TRAFFORD AL 35172 | CREDITOR ID: 309337-39<br>ROSA E GRAY<br>474 NE 210TH CIRCLE TE 203<br>MIAMI FL 33179 |
| CREDITOR ID: 309338-39<br>ROSA E HUDGINS<br>3124 MIDWAY RD<br>DECATUR GA 30032 | CREDITOR ID: 309339-39<br>ROSA E OLIVA<br>1667 WATAUGA AVE APT 201<br>ORLANDO FL 32812 | CREDITOR ID: 309340-39<br>ROSA E RODRIGUEZ<br>11767 CUXHAM DR<br>ORLANDO FL 32837 |
| CREDITOR ID: 309341-39<br>ROSA GENNA<br>1081 CASSEL AVENUE<br>BAY  SHORE NY 11706 | CREDITOR ID: 309342-39<br>ROSA GRAU<br>18043 GALVESTON STREET<br>SPRING  HILL FL 34610 | CREDITOR ID: 309343-39<br>ROSA HAYNES DONALDSON<br>323 S TELEMACHUS ST<br>NEW  ORLEANS LA 70119 |
| CREDITOR ID: 309344-39<br>ROSA I ARTHUR<br>6242 ARTUDO LN<br>JACKSONVILLE FL 32244 | CREDITOR ID: 309345-39<br>ROSA I JOLLY<br>PO BOX 147<br>ROARING  RIVER NC 28669 | CREDITOR ID: 309346-39<br>ROSA J YARBROUGH CUST ADAM<br>WILSON YARBROUGH UNIF TRAN<br>MIN ACT FL<br>304 LITTLERIDGE CT<br>ORANGE  PARK FL 32065 |
| CREDITOR ID: 309347-39<br>ROSA L ANDERSON & BARBARA P<br>DARTUS JT TEN<br>7604 12TH AVE NE<br>OLYMPIA WA 98516 | CREDITOR ID: 309348-39<br>ROSA L HICKS & TIFFANEY HICKS<br>JT TEN<br>2651 NW 87 ST<br>MIAMI FL 33147 | CREDITOR ID: 309349-39<br>ROSA LEE CONGER TRUSTEE U-A<br>DTD 11-28-98 ROSA LEE CONGER<br>TRUST<br>1419 PERSAY DRIVE<br>PUNTA  GORDA FL 33982 |
| CREDITOR ID: 309350-39<br>ROSA LEE EVANS BROWN<br>3414 BELLINGHAM RD<br>COLUMBIA SC 29203 | CREDITOR ID: 309351-39<br>ROSA LEE RAMSEY<br>2244 LISBON DR<br>SUMTER SC 29154 | CREDITOR ID: 309352-39<br>ROSA LINDA CRUZ<br>1817 1/2 JETTON AVE<br>TAMPA FL 33606 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:  05-03817-3F1

CREDITOR ID: 309353-39
ROSA M SPERLING
920 KINGS BLVD
SUN  CITY  CENTER FL 33573

CREDITOR ID: 309354-39
ROSA MAE WILLIAMS
190 HOWE RD
BRUNSWICK GA 31525

CREDITOR ID: 309355-39
ROSA R WARREN
165 RESERVOIR CIR
WILKESBORO NC 28697

CREDITOR ID: 309356-39
ROSA SILBER TRUSTEE U-A
DTD 06-13-94 ROSA SILBER
REVOCABLE TRUST
1001 SW141 ST AVE APT 201K
PEMBROKEPINES FL 33027

CREDITOR ID: 309357-39
ROSA T CHERRY
505 NORTH ACADEMY STREET
KINGSTREE SC 29556

CREDITOR ID: 309358-39
ROSA W MADDOX
3561 ROBERT E LEE DR
MILLBROOK AL 36054

CREDITOR ID: 309359-39
ROSABEL F MILLER
6 SAN CARLOS AVE
JEFFERSON LA 70121

CREDITOR ID: 309360-39
ROSALIE C DRISCOLL
19 S UNIVERSITY
VERMILLION SD 57069

CREDITOR ID: 309361-39
ROSALIE C GATZKE
244 LILY ROAD
ST  AUGUSTINE FL 32086

CREDITOR ID: 309362-39
ROSALIE E BLOMQUIST
8441 BOCA GLADES
BOCA  RATON FL 33434

CREDITOR ID: 309363-39
ROSALIE M RICH
3763 ARDILLA RD
ATASCADERO CA 93422

CREDITOR ID: 309364-39
ROSALIE MARS EDWARDS
18425 ESTERBROOK RD
PONCHATOULA LA 70454

CREDITOR ID: 309365-39
ROSALIE TEPPER & ROBERT
TEPPER JT TEN
1911 SW 95TH RD APT 201
FORT  LAUDERDALE FL 33324

CREDITOR ID: 309366-39
ROSALINA DAVILA
8051 ROARING CREEK CT
KISSIMMEE FL 34747

CREDITOR ID: 309367-39
ROSALIND RAYMOND
12033 CREEKBEND DR
RESTON VA 20194

CREDITOR ID: 309368-39
ROSALINDA H FILOMENO
7821 ANISEED CT
JACKSONVILLE FL 32244

CREDITOR ID: 309369-39
ROSALYN GILLMAN
1331 FIRST STREET N. #903
JACKSONVILLE  BEACH FL 32250

CREDITOR ID: 309370-39
ROSALYNNE BLACKMON MCNEILL
629 TRACE DRIVE
WILMINGTON NC 28405

CREDITOR ID: 309371-39
ROSANNE M CHAPMAN
6125 MORNINGVIEW DR
LAKELAND FL 33813

CREDITOR ID: 309372-39
ROSANNE M JONES & ERIK W
JONES JT TEN
515 75TH STREET NW
BRADENTON FL 34209

CREDITOR ID: 309373-39
ROSARIO PRIVITERA
2591 COUNTRYSIDE BLVD
UNIT 206
CLEARWATER FL 33761

CREDITOR ID: 309374-39
ROSARY J MANGANO
BOX 45
HUNTER NY 12442

CREDITOR ID: 309375-39
ROSCOE J HINES
247 GRAVELY ST
MOUNT  AIRY NC 27030

CREDITOR ID: 309376-39
ROSCOE LUNN JR
313 S SPAIN ST
DARLINGTON SC 29532

CREDITOR ID: 309377-39
ROSCOE O LOEWE
1300 EAST AVERY ST
PENSACOLA FL 32503

CREDITOR ID: 309378-39
ROSCOE W LYNN JR
5855 STAFFORD RD
BRYCEVILLE FL 32009

CREDITOR ID: 309195-39
ROSCOE, RONALD M
2746 VALENCIA GROVE DR
VALRICO FL 33594

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:  05-03817-3F1**

CREDITOR ID: 309379-39
ROSE A DUNAVIN
203 LAURA DR
BURLESON TX 76028

CREDITOR ID: 309380-39
ROSE A FOWLER CUST FOR
WILLIAM D WINGARD UNDER THE
AL UNIFORM TRANSFERS TO
MINORS ACT
RT 2 BOX 14A
LUVERNE AL 36049

CREDITOR ID: 309381-39
ROSE A KESSEL
25 APPLEWOOD LANE
BRADFORD PA 16701

CREDITOR ID: 309382-39
ROSE A SHANKER & HERBERT
SHANKER JT TEN
57 HACKING CIRCLE
MASHPEE MA 02649

CREDITOR ID: 309383-39
ROSE ANNE JORDAN GANT
1016 W DAVIS ST
BURLINGTON NC 27215

CREDITOR ID: 309384-39
ROSE B MCKINNEY
6076 RANSOM RD
BIRMINGHAM AL 35210

CREDITOR ID: 309385-39
ROSE B NYDICK
3201 W BALMORAL AVE
CHICAGO IL 60625

CREDITOR ID: 309386-39
ROSE DE PADUA
1205 MONUMENT RD STE 203
JACKSONVILLE FL 32225

CREDITOR ID: 309387-39
ROSE E JONES & JOHN E JONES
JT TEN
6936 GREENBROOK DR
KNOXVILLE TN 37931

CREDITOR ID: 309388-39
ROSE ESPEJO
PO BOX 558281
MIAMI FL 33255

CREDITOR ID: 309389-39
ROSE ESPEJO & EDWARD ESPEJO
JT TEN
PO BOX 558281
MIAMI FL 33255

CREDITOR ID: 309390-39
ROSE FODERA GENNA
1081 CASSELL AVE
BAY  SHORE NY 11706

CREDITOR ID: 309391-39
ROSE GRATTA
3806 60TH ST W
BRADENTON FL 34209

CREDITOR ID: 309392-39
ROSE M BARTULA
2228 INDIANA AVE
KENNER LA 70062

CREDITOR ID: 309393-39
ROSE M BUCKMAN
8703 PINE SPRINGS DR APT 2
LOUISVILLE KY 40291

CREDITOR ID: 309394-39
ROSE M DICICCO & DOMINK J
DICICCO JT TEN
2828 PHEASANT RUN
CLEARWATER FL 34619

CREDITOR ID: 309395-39
ROSE M EZELL
PO BOX 53
VENTRESS LA 70783

CREDITOR ID: 309396-39
ROSE M HARPER
1304 SW 2ND AVE
DANIA FL 33004

CREDITOR ID: 309397-39
ROSE M JOHNSON
4615 WINONA TE 2
CINCINNATI OH 45227

CREDITOR ID: 309398-39
ROSE M MINK & JACKIE E MINK
JT TEN
6 WALNUT ST
READING OH 45215

CREDITOR ID: 309399-39
ROSE M MORGAN
201 WOODFIELD RD
BELTON SC 29627

CREDITOR ID: 309400-39
ROSE M REESE
107 BEACON MILL LN
PALM  COAST FL 32137

CREDITOR ID: 309401-39
ROSE M ROUILLIER
PO BOX 451
GRAMERCY LA 70052

CREDITOR ID: 309402-39
ROSE M RUSSELL
1016 BORDER ST
PORT  CHARLOTTE FL 33938

CREDITOR ID: 309403-39
ROSE M STEVENS
226 SAMDIN BLVD
HAMILTON NJ 08610

CREDITOR ID: 309404-39
ROSE M STEVENS & RONALD C
STEVENS JT TEN
226 SAMDIN BLVD
HAMILTON NJ 08610

CREDITOR ID: 309405-39
ROSE MARIA T WILSON
1300 POLLARD DR
ATLANTA GA 30301

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309406-39<br>ROSE MARIE BELCHER<br>5283 LOUIS LANE<br>MIDDLEBURG FL 32068 | CREDITOR ID: 309407-39<br>ROSE MARIE BOULDIN<br>1217 MORNINGSIDE MEADOW LN<br>MATTHEWS NC 28104 | CREDITOR ID: 309408-39<br>ROSE MARIE CARONNA<br>4817 TCHOUPITOULAS ST<br>NEW  ORLEANS LA 70115 |
| CREDITOR ID: 309409-39<br>ROSE MARIE GAMBA<br>707 BONGART ROAD<br>WINTER  PARK FL 32792 | CREDITOR ID: 309410-39<br>ROSE MARIE ROBINSON<br>21150 SE 152ND 152  S<br>UMATILLA FL 32784 | CREDITOR ID: 309411-39<br>ROSE MARIE SERGILE & RAOUL<br>SERGILE JR JT TEN<br>2458 FIELDINGWOOD ROAD<br>MAITLAND FL 32751 |
| CREDITOR ID: 309412-39<br>ROSE MARY G JOUBERT<br>505 CICCONE DR<br>HENDERSONVILLE NC 28739 | CREDITOR ID: 309413-39<br>ROSE MARY GEIGER<br>RR NO 2 BOX 63<br>CALIFORNIA KY 41007 | CREDITOR ID: 309414-39<br>ROSE MARY GREEN<br>3837 OLD POST RD<br>SAN  ANGELO TX 76904 |
| CREDITOR ID: 309415-39<br>ROSE MCELIECE<br>2108 CHADWICK ROAD<br>AUGUSTA GA 30906 | CREDITOR ID: 309416-39<br>ROSE MEISELAS<br>928 E 46TH ST<br>BROOKLYN NY 11203 | CREDITOR ID: 309418-39<br>ROSE PUZIO<br>4119 KEATS DR<br>SARASOTA FL 34241 |
| CREDITOR ID: 309419-39<br>ROSE SHILL<br>4608 ZIRKLE DR<br>KNOXVILLE TN 37918 | CREDITOR ID: 309420-39<br>ROSE SHILL & JAMES SHILL<br>JT TEN<br>4608 ZIRKLE DR<br>KNOXVILLE TN 37918 | CREDITOR ID: 309421-39<br>ROSE STORR<br>4260 29TH AVE<br>P O BOX 6891<br>VERO  BEACH FL 32961 |
| CREDITOR ID: 309423-39<br>ROSEANN LUSK<br>4881  AVOCADO AVE<br>COCOA FL 32926 | CREDITOR ID: 309424-39<br>ROSEANN PELLEGRINI<br>110 JEFFERSON ST<br>NEWARK NJ 07105 | CREDITOR ID: 309425-39<br>ROSELINE A RHODES & PAUL E<br>RHODES JT TEN<br>1913 NE 52ND ST<br>OCALA FL 34479 |
| CREDITOR ID: 309426-39<br>ROSELLA DECKER<br>875 WATSON SCHOOL RD # A<br>LEITCHFIELD KY 42754 | CREDITOR ID: 309427-39<br>ROSELLA FAYE TRUESDALE<br>2257 UNITED DRIVE<br>HUGER SC 29450 | CREDITOR ID: 309428-39<br>ROSELYN D WOLFF<br>2934 QUEEN CITY AVE APT 2<br>CINCINNATI OH 45238 |
| CREDITOR ID: 309429-39<br>ROSELYN J BOBO<br>1018 BOILING SPRINGS RD<br>OXFORD AL 36203 | CREDITOR ID: 309430-39<br>ROSELYN M REID<br>702 INVERNESS AVENUE<br>NASHVILLE TN 37204 | CREDITOR ID: 309431-39<br>ROSEMARIE A MACHANSKA<br>700 PORPOISE RD<br>VENICE FL 34293 |
| CREDITOR ID: 309432-39<br>ROSEMARIE CASTILLO<br>603 MIRAWOOD TRAIL NE<br>CONCORD NC 28025 | CREDITOR ID: 309433-39<br>ROSEMARIE D SMITH<br>575 TWO NOTCH ROAD<br>LEXINGTON SC 29073 | CREDITOR ID: 309434-39<br>ROSEMARIE HIGH<br>1015 LINMAR AVENUE<br>FRUITLAND  PARK FL 34731 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309435-39<br>ROSEMARIE L HAAS<br>108 WHEELER LANE<br>WEST LAFAYETTE IN 47906 | CREDITOR ID: 309436-39<br>ROSEMARIE WARNER<br>6110 TUSCONY CIR<br>JACKSONVILLE FL 32277 | CREDITOR ID: 309437-39<br>ROSEMARIE WARREN<br>2063 NE CHRISTOPHER CT<br>JENSEN BEACH FL 34957 |
| CREDITOR ID: 309438-39<br>ROSEMARY A BRUCK<br>1701 WILLIAMS ST APT D<br>VALDOSTA GA 31602 | CREDITOR ID: 309439-39<br>ROSEMARY A EVANS<br>14390 TURNER LOOP<br>SPRING HILL FL 34610 | CREDITOR ID: 309440-39<br>ROSEMARY ALBIN<br>PO BOX 481<br>ALBANY LA 70711 |
| CREDITOR ID: 309441-39<br>ROSEMARY B CARUSO<br>2612 ROSETTA DR<br>CHALMETTE LA 70043 | CREDITOR ID: 309442-39<br>ROSEMARY BALFOUR<br>5511 ROSEWOOD DR<br>GALVESTON TX 77551 | CREDITOR ID: 309443-39<br>ROSEMARY BOYD<br>531 ST ROSE AVENUE<br>SAINT ROSE LA 70087 |
| CREDITOR ID: 309444-39<br>ROSEMARY COPELAND<br>1008 TOWERVIEW ST SW<br>DECATUR AL 35601 | CREDITOR ID: 309445-39<br>ROSEMARY CRISTAFARO<br>210 NE 1ST CT<br>DANIA FL 33004 | CREDITOR ID: 309446-39<br>ROSEMARY D GATEWOOD<br>732 NORTH SUPERIOR AVE<br>DECATUR GA 30033 |
| CREDITOR ID: 309447-39<br>ROSEMARY D HOOD<br>275 FORESTDALE LN<br>OXFORD AL 36203 | CREDITOR ID: 309448-39<br>ROSEMARY ELLIOTT LEWIS<br>13752 FLAGSTONE LN<br>DALLAS TX 75240 | CREDITOR ID: 309449-39<br>ROSEMARY EVERETT<br>243 NASSAU OAKS CIRCL<br>CALLAHAN FL 32011 |
| CREDITOR ID: 309450-39<br>ROSEMARY FARLEY<br>3 ALDHAM CT<br>WILMINGTON DE 19803 | CREDITOR ID: 309451-39<br>ROSEMARY HODGE & JOSEPH SAM<br>PULEO JT TEN<br>792 COLUMBUS AVE #12E<br>NEW YORK NY 10025 | CREDITOR ID: 309452-39<br>ROSEMARY J BRESLOW<br>8251 SW 87TH TER<br>MIAMI FL 33143 |
| CREDITOR ID: 309453-39<br>ROSEMARY KRAUSE<br>110 JUNEWOOD DR<br>LEVITTOWN PA 19055 | CREDITOR ID: 309454-39<br>ROSEMARY L WILLIAMS<br>PO BOX 70851<br>FT LAUDERDALE FL 33307 | CREDITOR ID: 309455-39<br>ROSEMARY MARTORELL<br>1749 TROY AVE<br>BROOKLYN NY 11234 |
| CREDITOR ID: 309456-39<br>ROSEMARY MCKEEN<br>9380 OLDE HICKORY CIRCLE<br>FT MYERS FL 33912 | CREDITOR ID: 309457-39<br>ROSEMARY N JOYNER<br>1623 OLD GRANTHAM RD<br>GOLDSBORO NC 27530 | CREDITOR ID: 309458-39<br>ROSEMARY OWENS<br>1523 C ROAD<br>LOXAHATCHEE FL 33470 |
| CREDITOR ID: 309459-39<br>ROSEMARY P SCALZITTI &<br>WILLIAM L SCALZITTI JT TEN<br>125 SW PECKHAM ST<br>PT CHARLOTTE FL 33952 | CREDITOR ID: 309460-39<br>ROSEMARY REEVES<br>24540 CUTSAIL DRIVE<br>DAMASCUS MD 20872 | CREDITOR ID: 309461-39<br>ROSEMARY RILINGER<br>PO BOX 8771<br>PORT ST LUCIE FL 34985 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 309462-39
ROSEMARY S CAUGHRON
1031 WILLOW CREEK CIR
MARYVILLE TN 37804

CREDITOR ID: 309463-39
ROSEMARY SPALLINO
9511 NW 23RD ST
PEMBROKE PINES FL 33024

CREDITOR ID: 309464-39
ROSEMARY Y GRIFFIN
154 LINCOLN AVE
FITZGERALD GA 31750

CREDITOR ID: 309465-39
ROSENE C PORTER
126 PONDEROSA LN
LITTLE MOUNTAIN SC 29075

CREDITOR ID: 309466-39
ROSENE D UNDERWOOD
5146 COLEY CREEK RD
ALEXANDER CITY AL 35010

CREDITOR ID: 309467-39
ROSETTA A DENSMORE
PO BOX 83
CASSADAGA FL 32706

CREDITOR ID: 309468-39
ROSETTA CONLEY
10716 RIDDLES RUN RD
UNION KY 41091

CREDITOR ID: 309470-39
ROSEY L MCKINLEY & W B
MCKINLEY JT TEN
RR 2 BOX 63
SULPHUR OK 73086

CREDITOR ID: 309471-39
ROSIA B GREEN
2714 ROBERT STREET
NEW ORLEANS LA 70115

CREDITOR ID: 309473-39
ROSIE L LEWIS
404 SAINT CHARLES AVE SW
BIRMINGHAM AL 35211

CREDITOR ID: 309474-39
ROSIE MICHELLE BRUSTER &
BOBBY JASON BRUSTER JT TEN
RT 4 BOX 200
MADILL OK 73446

CREDITOR ID: 309475-39
ROSILAND GUIDRY
3019 DOYLE AVE
COLUMBUS GA 31907

CREDITOR ID: 309476-39
ROSITA PEREZ
2936 NW 23RD DR
GAINESVILLE FL 32605

CREDITOR ID: 309477-39
ROSLYN J MCKENZIE
3698 NW 35 STREET
LAUDERDALE LAKES FL 33309

CREDITOR ID: 309478-39
ROSLYN MAJORS & DEWAYNE
MAJORS JT TEN
22 HOLLEY'S GROVE COURT
LAGRANGE GA 30240

CREDITOR ID: 309479-39
ROSS L BARRY
11500 RIDENOUR RD
THORNVILLE OH 43076

CREDITOR ID: 303610-39
ROSS, AUSTIN K (MINOR)
C/O MICHAEL D DLUBAC CUST
11050 HIGHWAY 280
RICHLAND GA 31825

CREDITOR ID: 309480-39
ROSSIE M WELLS
1654 UNIVERSITY ST
JACKSONVILLE FL 32209

CREDITOR ID: 309481-39
ROSSIE THEO DUREN
7009 DEAUVILLE RD
JACKSONVILLE FL 32205

CREDITOR ID: 279707-39
ROTH, ALAN J
2598 POSTON DR
WALDORF MD 20602

CREDITOR ID: 286513-39
ROTOLANTE, FRANK D (MINOR)
C/O DAVID N ROTOLANTE CUST
9031 SW 62ND COURT
MIAMI FL 33156

CREDITOR ID: 286514-39
ROTOLANTE, JESSICA A (MINOR)
C/O DAVID N ROTOLANTE CUST
9031 SW 62ND COURT
MIAMI FL 33156

CREDITOR ID: 296283-39
ROTOLANTE, KAI L (MINOR)
C/O JOHN F ROTOLANTE CUST
4811 POMPANO RD
VENICE FL 34293

CREDITOR ID: 295991-39
ROTOLANTE, LAUREL J (MINOR)
C/O JOEL S ROTOLANTE CUST
PO BOX 372015
SATELITE BEACH FL 32937

CREDITOR ID: 296282-39
ROTOLANTE, SAWYER F (MINOR)
C/O JOHN F ROTOLANTE CUST
4811 POMPANO RD
VENICE FL 34293

CREDITOR ID: 295992-39
ROTOLANTE, STEPHAN J (MINOR)
C/O JOEL S ROTOLANTE CUST
PO BOX 372015
SATELLITE BEACH FL 32937

CREDITOR ID: 309482-39
ROUCHELLE ROSE
920 CYPRESS ST
VILLE PLATTE LA 70586

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                               **CASE:  05-03817-3F1**

CREDITOR ID: 309483-39
ROVERTO C RICHARDSON
1990 TREEBARK DR
CHARLESTON SC 29414

CREDITOR ID: 309484-39
ROWENA A MARTIN
771 NEW HOPE CHURCH ROAD
FOXWORTH MS 39483

CREDITOR ID: 309485-39
ROXANA E CARMONA
1865 BRICKELL AVE #A413
MIAMI FL 33129

CREDITOR ID: 309486-39
ROXANA L SOULIS
1811 E HWY 388
SOUTHPORT FL 32409

CREDITOR ID: 309487-39
ROXANN J SHEETS
3413 ROMEO ST
SEBRING FL 33872

CREDITOR ID: 309488-39
ROXANN M WATKINS
213 CLAXON DRIVE
FLORENCE KY 41042

CREDITOR ID: 309489-39
ROXANNA D GILLIAM
6797 OLD US HWY 421
ZIONVILLE NC 28698

CREDITOR ID: 309490-39
ROXANNA D PEREZ AS CUST FOR
ASHLEY GIOVACCHINI UNDER
CA UNIF GIFT MIN ACT
397 GREENPARK WAY
SAN  JOSE CA 95136

CREDITOR ID: 309491-39
ROXANNE E DIEBOLD
30172 TITUS SMITH ROAD
LACOMBE LA 70445

CREDITOR ID: 309492-39
ROXANNE J COUPAS
1022 DUTTON AVE
DELAND FL 32720-5010

CREDITOR ID: 309493-39
ROXANNE L MIDULLA
3022 W PATTERSON ST
TAMPA FL 33614

CREDITOR ID: 309494-39
ROXANNE L MIDULLA & TIMOTHY
M MIDULLA JT TEN
3022 W PATTERSON ST
TAMPA FL 33614

CREDITOR ID: 309495-39
ROXANNE M BROWN
P O BOX 554
KRUM TX 76249

CREDITOR ID: 309496-39
ROXANNE M PELLEGRIN
PO BOX 375
BOURG LA 70343

CREDITOR ID: 309497-39
ROXANNE POULOS ATTANASIO
2330 KEATON CHASE DRIVE
ORANGE  PARK FL 32003

CREDITOR ID: 309498-39
ROXANNE R FINNICK & MICHAEL
J FINNICK JT TEN
1332 STARLING RD
MIDDLEBURG FL 32068

CREDITOR ID: 309499-39
ROXANNE RENEE FINNICK
1332 STARLING RD
MIDDLEBURG FL 32068

CREDITOR ID: 309500-39
ROXIE LYNN BLOUNT
2385 LAKE DEBRA DR 2414
ORLANDO FL 32835

CREDITOR ID: 309501-39
ROY A BAUMGARDNER
1912 WOODBINE ST
KINGSPORT TN 37660

CREDITOR ID: 309502-39
ROY A BOGGS JR & BRENDA L
BOGGS JT TEN
211 LENTZ RD
BRANDON FL 33510

CREDITOR ID: 309503-39
ROY B TROTMAN JR
11338 CONCH CT
JACKSONVILLE FL 32223

CREDITOR ID: 309504-39
ROY B WALKER
2014 TRAWICK RD
RALEIGH NC 27604

CREDITOR ID: 309505-39
ROY B WALKER & HELEN K
WALKER JT TEN
2014 TRAWICK RD
RALEIGH NC 27604

CREDITOR ID: 309506-39
ROY BREELAND
150 N 15TH ST
PONCHATOULA LA 70454

CREDITOR ID: 309507-39
ROY C BELCHER
PO BOX 657R
BONIFAY FL 32425

CREDITOR ID: 309508-39
ROY C HOOPER JR
101 FOREST LAKE DR
SIMPSONVILLE SC 29681

CREDITOR ID: 309509-39
ROY C RAY
10345 SEAL RD
JACKSONVILLE FL 32225

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309510-39<br>ROY C WHITE & CLAUDIA S<br>WHITE JT TEN<br>102 ASHURST AVE<br>TALLASSEE AL 36078 | CREDITOR ID: 309511-39<br>ROY D CHANDLER<br>1877 CHANDLER CRK RD<br>MARS  HILL NC 28754 | CREDITOR ID: 309512-39<br>ROY D FARMER<br>1454 HOWARD ST<br>GROVELAND FL 34736 |
| CREDITOR ID: 309513-39<br>ROY D OLIVER JR<br>110 BLANTON ST<br>KINGS  MOUNTAIN NC 28086 | CREDITOR ID: 309514-39<br>ROY D PARRISH JR<br>943 GIPSON ST<br>PRATTVILLE AL 36066 | CREDITOR ID: 309515-39<br>ROY D TREADWELL<br>107 E MIDLAND AVE<br>WINDER GA 30680 |
| CREDITOR ID: 309516-39<br>ROY DALE SMITH & JUDITH KAY<br>SMITH JT TEN<br>3110 S 65TH WEST AVE<br>TULSA OK 74107 | CREDITOR ID: 309517-39<br>ROY E ESTILL<br>PO BOX 134<br>MOUNT  STERLING KY 40353 | CREDITOR ID: 309518-39<br>ROY ENGEL<br>1005 PAPWORTH AVE<br>METAIRIE LA 70005 |
| CREDITOR ID: 309519-39<br>ROY EUGENE BEATTY<br>109 GARCIA ST<br>INTERLACHEN FL 32148 | CREDITOR ID: 309520-39<br>ROY F HOYLE<br>1228 DANIEL RD<br>YORK SC 29745 | CREDITOR ID: 309521-39<br>ROY G WORTHAM<br>PO BOX 9<br>WEDOWEE AL 36278 |
| CREDITOR ID: 309522-39<br>ROY GAFFOUR<br>15768 SW 91 ST<br>MIAMI FL 33196 | CREDITOR ID: 309523-39<br>ROY H ALLIGOOD JR<br>25425 NW 173RD STREET<br>ALACHUA FL 32615 | CREDITOR ID: 309524-39<br>ROY H THOMAS & DELORISE A<br>THOMAS JT TEN<br>3972 COVE ST JOHNS RD<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 309525-39<br>ROY HARRY & NORA M HARRY JT<br>TEN<br>8974 JACKSON AVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 309526-39<br>ROY IRWIN GILMORE<br>105 CELESTE CIRCLE<br>SLIDELL LA 70458 | CREDITOR ID: 309527-39<br>ROY J BOARD<br>3200 S CRUMS LN<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 309529-39<br>ROY J LABORDE SR & KATHERINE<br>B LABORDE TEN COM<br>513 CAMELIA STREET<br>LA  PLACE LA 70068 | CREDITOR ID: 309530-39<br>ROY J SMITH<br>4746 WILDWOOD ST<br>RALEIGH NC 27612 | CREDITOR ID: 309531-39<br>ROY J WHITELOCK JR<br>1323 STIMSON ST<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 309532-39<br>ROY K PIPPIN<br>1350 E LAKE RD N<br>TARPON  SPRINGS FL 34688 | CREDITOR ID: 309533-39<br>ROY KENNETH BYRD JR<br>2444 2 PL SW<br>VERO  BEACH FL 32968 | CREDITOR ID: 309534-39<br>ROY L BRAHAM & SUSAN M<br>BRAHAM JT TEN<br>6349 CANOGA RD<br>AUBURN NY 13021 |
| CREDITOR ID: 309535-39<br>ROY L CURRY JR<br>292 MORRIS TAYLOR RD<br>FELDA FL 33930 | CREDITOR ID: 309536-39<br>ROY L HALL<br>1004 CATES RD<br>VALDOSTA GA 31602 | CREDITOR ID: 309537-39<br>ROY L JOHNSON<br>109 KAYE ST<br>EASLEY SC 29640 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309538-39<br>ROY L ODELL & PAMELA D ODELL<br>JT TEN<br>7133 MISTY MEADOW DR S<br>FORT  WORTH TX 76133 | CREDITOR ID: 309539-39<br>ROY L RANDLE & LINDA J<br>RANDLE JT TEN<br>800 ATLANTA ST<br>FORT  WORTH TX 76104 | CREDITOR ID: 309540-39<br>ROY L RICHARDSON & JEAN S<br>RICHARDSON JT TEN<br>860 THANKSGIVING VFD RD<br>SELMA NC 27576 |
| CREDITOR ID: 309541-39<br>ROY L ROBBINS<br>705 SULPHUR SPRINGS CH RD<br>FOREST  CITY NC 28043 | CREDITOR ID: 309542-39<br>ROY L ROGERS<br>PO BOX 858<br>MINNEOLA FL 34755 | CREDITOR ID: 309543-39<br>ROY L WALSDORF<br>96 HWY 17 92 NORTH<br>HAINES  CITY FL 33844 |
| CREDITOR ID: 309544-39<br>ROY L WEBB JR<br>253 SE HIAWATHA TR<br>LEE FL 32059 | CREDITOR ID: 309545-39<br>ROY LAMAR LOFTIN<br>2254 HWY 19 S<br>DUBLIN GA 31021 | CREDITOR ID: 309546-39<br>ROY LEE KIMREY<br>614 CLARENCE SECREST RD<br>MONROE NC 28110 |
| CREDITOR ID: 309547-39<br>ROY LEE MOORE<br>108 CEDAR BROOK CIR<br>BRISTOL TN 37620 | CREDITOR ID: 309548-39<br>ROY LEE MOORE & LILLIAN C<br>MOORE JT TEN<br>108 CEDAR BROOK CIR<br>BRISTOL TN 37620 | CREDITOR ID: 309549-39<br>ROY LEE RICHARDSON & MARY<br>JEAN S RICHARDSON TEN COM<br>860 THANKSGIVING VFD RD<br>SELMA NC 27576 |
| CREDITOR ID: 309550-39<br>ROY LEE SNYDER<br>9035 SALEM ROAD<br>HOLOPAW FL 34773 | CREDITOR ID: 309551-39<br>ROY LEE THARPE<br>604 LONGVIEW DR<br>THOMASVILLE NC 27360 | CREDITOR ID: 309552-39<br>ROY LEE TYLER<br>2582 TARA HEIGHTS CIR<br>AUGUSTA GA 30906 |
| CREDITOR ID: 309553-39<br>ROY M HARWOOD<br>3318 COLONY DRIVE<br>JAMESTOWN NC 27282 | CREDITOR ID: 309554-39<br>ROY M JOHNSON<br>1010 SW 9TH ST<br>OKEECHOBEE FL 34974 | CREDITOR ID: 309555-39<br>ROY M SCROGGS<br>60585 SCROGGS LN W<br>BOGALUSA LA 70427 |
| CREDITOR ID: 309556-39<br>ROY O SHOEMAKER & SUE ANN<br>SHOEMAKER JT TEN<br>15 E COMPRESS RD<br>ARTESIA NM 88210 | CREDITOR ID: 309557-39<br>ROY P BEAVER<br>6405 LAKE EMMA RD<br>GROVELAND FL 34736 | CREDITOR ID: 309558-39<br>ROY P GALBREAITH & RITA J<br>GALBREAITH JT TEN<br>3079 N HEARTH AVE<br>MERIDIAN ID 83642 |
| CREDITOR ID: 309559-39<br>ROY P TERRY JR<br>105 BROOKWOOD DR<br>CLEMSON SC 29631 | CREDITOR ID: 309560-39<br>ROY PATE<br>8475 ESTELLE ST<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 309561-39<br>ROY R HAYES JR<br>115 BEAVER CREEK RUN<br>SHARPSBURG GA 30277 |
| CREDITOR ID: 309562-39<br>ROY ROBERT KIRK<br>3615 TROPIC ST<br>BIG  PINE  KEY FL 33043 | CREDITOR ID: 309563-39<br>ROY ROBERTS<br>6928 STURGEON RD<br>WARFIELD VA 23889 | CREDITOR ID: 309564-39<br>ROY S ADAMS<br>292 MERIDAN DRIVE<br>ROCK  HILL SC 29730 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309565-39<br>ROY S BRADBURY<br>53 ALMA AVE<br>BELMONT MA 02178 | CREDITOR ID: 309566-39<br>ROY SHARPE<br>6616 BLVD OF CHAMPIONS<br>N LAUDERDALE FL 33068 | CREDITOR ID: 309567-39<br>ROY SOUTHWELL & LISA<br>SOUTHWELL JT TEN<br>905 B 18TH AVE E<br>CORDELE GA 31015 |
| CREDITOR ID: 309568-39<br>ROY THOMAS LATIMER JR CUST<br>FOR EMORY DAVIS LATIMER<br>UNDER AL UNIFORM TRANSFERS<br>TO MINORS ACT<br>2641 CANTERBURY RD<br>BIRMINGHAM AL 35223 | CREDITOR ID: 309569-39<br>ROY V COLLIER<br>15656 CENTRAL PLANK RD<br>ECLECTIC AL 36024 | CREDITOR ID: 309570-39<br>ROY VERNON<br>420 BROADWAY RD<br>ENON OH 45323 |
| CREDITOR ID: 309571-39<br>ROY W BIGBY JR<br>1109 HIGHWAY 178 N<br>HONEA PATH SC 29654 | CREDITOR ID: 309572-39<br>ROY W BROADWAY JR & MELBA H<br>BROADWAY JT TEN<br>15415 MERRYWEATHER TRAIL<br>RAMER AL 36069 | CREDITOR ID: 309573-39<br>ROY W JOHNSON<br>820 WEIDNER RD APT #304<br>BUFFALO GROVE IL 60089 |
| CREDITOR ID: 309574-39<br>ROY W MCGILL<br>416 GASTON WAY<br>GASTONIA NC 28054 | CREDITOR ID: 309575-39<br>ROY ZENO<br>1312 HALL LN<br>SEAGOVILLE TX 75159 | CREDITOR ID: 309576-39<br>ROYCE DANIEL JOHNSON<br>946 MCCLELLAN RD<br>ALEXANDRIA AL 36250 |
| CREDITOR ID: 309577-39<br>ROYCE SCHIFFBAUER<br>18324 OAKDALE RD<br>ATHENS AL 35613 | CREDITOR ID: 309578-39<br>ROYCE T DUFOUR<br>57983 BORRUANO DR<br>PLAQUEMINE LA 70764 | CREDITOR ID: 309579-39<br>ROYCE T DYER<br>515 OLD BEACON LT RD<br>HARTWELL GA 30643 |
| CREDITOR ID: 309580-39<br>ROYCE THERESE CILANO<br>C/O ROYCE THERESE DUFOUR<br>57983 BORRUANO DR<br>PLAQUEMINE LA 70764 | CREDITOR ID: 309582-39<br>ROYCHESTER CAMPBELL<br>1414 BOYER ST<br>RALEIGH NC 27610 | CREDITOR ID: 309583-39<br>ROYIEELLEN BROWN<br>712 BAIN ST<br>WEAVER AL 36277 |
| CREDITOR ID: 309584-39<br>RUBEN A MONTALVO<br>208 MAGNOLIA PL<br>STATESBORO GA 30458 | CREDITOR ID: 309585-39<br>RUBEN A MONTALVO & ANN E<br>MONTALVO JT TEN<br>208 MAGNOLIA PL<br>STATESBORO GA 30458 | CREDITOR ID: 309586-39<br>RUBEN ANDERS<br>1007 GOLDEN ST<br>FRANKLINTON LA 70438 |
| CREDITOR ID: 309587-39<br>RUBEN IRIZARRY JR<br>8122 ROLLING LOG DR<br>ORLANDO FL 32817 | CREDITOR ID: 309588-39<br>RUBEN MARTINEZ & HOLLIE C<br>MARTINEZ JT TEN<br>1025 N TOWER LN<br>LAKE WALES FL 33853 | CREDITOR ID: 309589-39<br>RUBEN MARTINEZ JR<br>1025 N TOWER LN<br>LAKE WALES FL 33853 |
| CREDITOR ID: 309590-39<br>RUBON T RABON<br>1107 WINDYHILL DR<br>CONWAY SC 29526 | CREDITOR ID: 309591-39<br>RUBY A LANGSTON & C F BROOKE<br>SMITH JT TEN<br>C/O BROOKE SMITH MD<br>711 EAST 1ST ST<br>APT 4 W<br>SANFORD FL 32771 | CREDITOR ID: 309592-39<br>RUBY B GOBBLE<br>2006 SUNRISE CIRCLE<br>LEXINGTON NC 27292 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 309593-39<br>RUBY C BAILEY<br>35 WILDWOOD ACRES RD<br>ASHEVILLE NC 28806 | CREDITOR ID: 309594-39<br>RUBY D CLEMENT<br>506 CEDAR ST<br>LA  PLACE LA 70068 | CREDITOR ID: 309595-39<br>RUBY DORIS QUERO<br>2014 LANA CT N<br>YULEE FL 32097 |
| CREDITOR ID: 309596-39<br>RUBY E HYATT<br>943 JAKE SHOAF RD<br>LEXINGTON NC 27292 | CREDITOR ID: 309597-39<br>RUBY F PATE<br>PO BOX 133<br>ALLENHURST GA 31301 | CREDITOR ID: 309598-39<br>RUBY G DAVIS<br>ATTN BEA BROWN<br>554 OAKLAND AVENUE<br>MONTGOMERY IL 60538 |
| CREDITOR ID: 309599-39<br>RUBY G WHITE<br>112 GINGER LANE<br>MOORESVILLE NC 28115 | CREDITOR ID: 309600-39<br>RUBY JEWELL DAVIDSON<br>18700 LONE DOVE LN<br>CLERMONT FL 34711 | CREDITOR ID: 309601-39<br>RUBY L CALDWELL<br>115 SYBLE JEAN DR<br>BURLESON TX 76028 |
| CREDITOR ID: 309602-39<br>RUBY L MUDD<br>5241 SADLER RD<br>LEITCHFIELD KY 42754 | CREDITOR ID: 309603-39<br>RUBY LEE GOLDEN<br>8 LILLIS PARK CIR<br>DENISON TX 75020 | CREDITOR ID: 309604-39<br>RUBY LOETA BROADWELL<br>23959 BEECHWOOD TRAIL<br>KIRKSVILLE MO 63501 |
| CREDITOR ID: 309605-39<br>RUBY M HOWARD<br>3162 DORSEY PL<br>CALLAHAN FL 32011 | CREDITOR ID: 309606-39<br>RUBY M MARTIN<br>3439 EAST ST<br>MONTGOMERY AL 36110 | CREDITOR ID: 309607-39<br>RUBY M ROBERTS<br>RR 4 BOX 15<br>ARDMORE OK 73401 |
| CREDITOR ID: 309608-39<br>RUBY N LOWE<br>2174 W 30TH STREET<br>JACKSONVILLE FL 32209 | CREDITOR ID: 309609-39<br>RUBY ODOM<br>1638 GRANT MILL RD<br>BENNETTSVILLE SC 29512 | CREDITOR ID: 309610-39<br>RUBY REYNOLDS & MARV F<br>WINDCHESTER JT TEN<br>9270 PICKENS<br>SPRING  HILL FL 34608 |
| CREDITOR ID: 309611-39<br>RUBY REYNOLDS AND OSCAR R<br>KENNEDY JT TEN<br>9270 PICKENS<br>SPRING  HILL FL 34608 | CREDITOR ID: 309612-39<br>RUBY S BROWN<br>624 MURPHY RD<br>MERIDIAN MS 39301 | CREDITOR ID: 309613-39<br>RUBY TALLENT & HOWARD<br>TALLENT JT TEN<br>1066 ROUNDSTONE PL<br>PALM  HARBOR FL 34683 |
| CREDITOR ID: 309614-39<br>RUBYE D HOLLOWAY<br>8972 ADAMS AVE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 309615-39<br>RUBYE J DODSON<br>701 FINNEY DR<br>WEATHERFORD TX 76085 | CREDITOR ID: 309616-39<br>RUBYE S TERRILL<br>127 MEADOWBROOK RD<br>CALHOUN GA 30701 |
| CREDITOR ID: 309617-39<br>RUDOLPH B HUGHES<br>230 TREMONT RD<br>FLORENCE SC 29506 | CREDITOR ID: 309618-39<br>RUDOLPH G GILL JR<br>PO BOX 10718<br>KILLEEN TX 76547 | CREDITOR ID: 309619-39<br>RUDOLPH HERBERT VALLE SR<br>520 DIPLOMAT ST<br>GRETNA LA 70056 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309620-39<br>RUDOLPH J FISHER<br>PO BOX 306<br>WILBRAHAM MA 01095 | CREDITOR ID: 309621-39<br>RUDOLPH J IRION & REBA LYLES<br>IRION JT TEN<br>4641 CRESTWOOD WAY<br>SACRAMENTO CA 95822 | CREDITOR ID: 309622-39<br>RUDOLPH JOHNSON & LA MERLE<br>JOHNSON JT TEN<br>3949 SUNSET DR<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 309623-39<br>RUDOLPH MIHELICH JR TR U-A 11/18/99<br>RUDOLPH MIHLECH JR FAMILY TRUST<br>1305 N MAY STREET<br>JOLIET IL 60435 | CREDITOR ID: 309624-39<br>RUDOLPH N PATTERSON JR<br>2305 INGLESIDE AVE<br>MACON GA 31204 | CREDITOR ID: 309625-39<br>RUDOLPH N PATTERSON JR CUST<br>MARIA B PATTERSON<br>GA UNIF TRAN MIN ACT<br>2305 INGLESIDE AVE<br>MACON GA 31204-2033 |
| CREDITOR ID: 309626-39<br>RUDOLPH STEPHENS SR & BETTY<br>W STEPHENS JT TEN<br>990 COUNTY RD 359<br>MAPLESVILLE AL 36750 | CREDITOR ID: 309627-39<br>RUDOLPH T SHUPING<br>P O BOX 153<br>LINCOLN  CITY OR 97367 | CREDITOR ID: 309628-39<br>RUDOLPH VICKERY<br>190 HOLLY LN<br>ATHENS GA 30606 |
| CREDITOR ID: 309629-39<br>RUDY C HARDMAN<br>1570 NW 85 TERRACE<br>PLANTATION FL 33322 | CREDITOR ID: 309630-39<br>RUDY C HARDMAN & WANDA L<br>HARDMAN JT TEN<br>1570 NW 85 TERR<br>PLANTATION FL 33322 | CREDITOR ID: 309631-39<br>RUDY C MISUTKA & HELEN<br>MISUTKA JT TEN<br>145 NAGYS HILL RD<br>BANGOR PA 18013 |
| CREDITOR ID: 309632-39<br>RUDY L STARLING & JANIE B<br>STARLING JT TEN<br>66 MASSENGILL FARM RD<br>BENSON NC 27504 | CREDITOR ID: 309633-39<br>RUDY PEREZ<br>100 WEST ST<br>EARLY TX 76802 | CREDITOR ID: 309634-39<br>RUFUS E PARKER JR<br>RR 1 BOX 44-A<br>BREVARD NC 28712 |
| CREDITOR ID: 309635-39<br>RUFUS EARL BERDEAUX<br>4144 HARRISON AVE<br>COLUMBUS GA 31904 | CREDITOR ID: 309636-39<br>RUFUS L DAVIS<br>PO BOX 105<br>WAKE  FOREST NC 27588 | CREDITOR ID: 309637-39<br>RUFUS L MONROE<br>342 SE 10TH ST<br>WILLISTON FL 32696 |
| CREDITOR ID: 309638-39<br>RUFUS L PUMPHREY<br>107 HONEYSUCKLE DR<br>STEENS MS 39766 | CREDITOR ID: 309639-39<br>RUFUS M HUCKABY JR<br>4713 SHELL RIDGE DR<br>FORT  WORTH TX 76133 | CREDITOR ID: 309640-39<br>RUFUS S MERRITT<br>673 PISTOL CLUB RD<br>EASLEY SC 29640 |
| CREDITOR ID: 283347-39<br>RUIZ, CARLOS<br>367 LA PAZ DR<br>KISSIMMEE, FL 34743 | CREDITOR ID: 309641-39<br>RUJING ZONG<br>APT 196<br>220 SO OAKLAND AVE B<br>PASADENA CA 91101 | CREDITOR ID: 279879-39<br>RUNGER, ALFRED & HELEN, JT TEN<br>1 JEFFERSON FERRY DR, APT 4135<br>S  SETAUKET NY 11720 |
| CREDITOR ID: 309642-39<br>RUPERT E STEWART<br>9753 NC 27E<br>BENSON NC 27504 | CREDITOR ID: 309643-39<br>RUPERT G BROOKS<br>704 NW 17TH AV<br>FORT  LAUDERDALE FL 33311 | CREDITOR ID: 309644-39<br>RUPERT H MCGINTY JR<br>4051 CO RD 54 E<br>NOTASULGA AL 36866 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 309645-39
RUPERT J HENRY & CISLYN
HENRY JT TEN
608 CHEETAH LANE
KISSIMMEE FL 34759

CREDITOR ID: 309647-39
RUSS REIDE
3289 BEAVER CREEK DR
LEXINGTON KY 40515

CREDITOR ID: 309648-39
RUSSEL EDWARD KETCHAM
13 HIGHLANDS
SORRENTO FL 32776

CREDITOR ID: 309649-39
RUSSELL A CAPLE
8609 W KNIGHTS GRIFFIN RD
PLANT  CITY FL 33565

CREDITOR ID: 309650-39
RUSSELL ALLEN CAPLE &
VIRGINIA D CAPLE JT TEN
8609 W KNIGHTS GRIFFIN RD
PLANT  CITY FL 33565

CREDITOR ID: 309651-39
RUSSELL B ELWELL
339 PLANTATION CIR
RIVERDALE GA 30296

CREDITOR ID: 309652-39
RUSSELL B JONES
PO BOX 160326
MIAMI FL 33116

CREDITOR ID: 309653-39
RUSSELL BATTEN
1108 OAK GROVE RD
BURLESON TX 76028

CREDITOR ID: 309654-39
RUSSELL BONITATIBUS & GRACE
BONITATIBUS JT TEN
5829 SONORA DR WEST
JACKSONVILLE FL 32244

CREDITOR ID: 309655-39
RUSSELL C ADAMS & PAULA D
ADAMS JT TEN
3247 BAGLEY DR
CHAMBLEE GA 30341

CREDITOR ID: 309656-39
RUSSELL C CARTER
PO BOX 233
LAKE  PARK GA 31636

CREDITOR ID: 309657-39
RUSSELL C DELLINGER JR
2438 BIRCHDALE DR
LENOIR NC 28645

CREDITOR ID: 309658-39
RUSSELL C DRURY & MICHELLE R
DRURY JT TEN
7105 SUNSET GROVE CT
LAKELAND FL 33813

CREDITOR ID: 309659-39
RUSSELL C FOX TR U-A
06-18-81 RUSSELL C FOX TRUST
1746 CAXTON CT
WHEATON IL 60187

CREDITOR ID: 309660-39
RUSSELL C GROSS & ANNETTE F
GROSS TEN COM
38427 HIGHWAY 10
FRANKLINTON LA 70438

CREDITOR ID: 309661-39
RUSSELL D GLADDEN
3007 BLUE WING CT.
ROCK  HILL SC 29732

CREDITOR ID: 309662-39
RUSSELL D MULLIS & JOANNE T
MULLIS JT TEN
PO BOX 357
RAY  CITY GA 31645

CREDITOR ID: 309663-39
RUSSELL D MULLIS JR
PO BOX 357
RAY  CITY GA 31645

CREDITOR ID: 309664-39
RUSSELL DRIGGERS
5605 SW 35TH AV
JASPER FL 32052

CREDITOR ID: 309665-39
RUSSELL E GARNER SR
208 S SEVERN CIR
EASLEY SC 29642

CREDITOR ID: 309666-39
RUSSELL E GEHRES
7108 SANTA BARBARA STREET
PENSACOLA FL 32526

CREDITOR ID: 309667-39
RUSSELL E WILBURN
9919 BIG ROCK RD
SILVER  SPRING MD 20901

CREDITOR ID: 309668-39
RUSSELL FUNK
POST OFFICE BOX 7905
COLUMBUS GA 31908

CREDITOR ID: 309669-39
RUSSELL G COOLEY
5513 LITTLERIDGE DRIVE
LOUISVILLE KY 40229

CREDITOR ID: 309670-39
RUSSELL H BROCK
PO BOX 124
LAUREL FL 34272

CREDITOR ID: 309671-39
RUSSELL INGRAM
2503 EVERETT AV B
RALEIGH NC 27607

CREDITOR ID: 309672-39
RUSSELL J FERRARA JR
5911 FREDERICK DR
BATON  ROUGE LA 70817

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309673-39<br>RUSSELL J FERRARA JR & JOYCE<br>A FERRARA TEN COM<br>5911 FREDERICK DR<br>BATON ROUGE LA 70817 | CREDITOR ID: 309674-39<br>RUSSELL J GUILBEAU<br>113 SAN CARLOS CIR<br>LAFAYETTE LA 70506 | CREDITOR ID: 309675-39<br>RUSSELL L CHRYSLER<br>1021 ORCHARD AVE<br>MOSCOW ID 83843 |
| CREDITOR ID: 309676-39<br>RUSSELL L GINGRICH<br>419 WILSHIRE BLVD<br>CLEONA PA 17042 | CREDITOR ID: 309677-39<br>RUSSELL L NEWLAND & GERTRUDE<br>G NEWLAND JT TEN<br>BOX 510<br>LONG BEACH MS 39560 | CREDITOR ID: 309678-39<br>RUSSELL L STOKES<br>PO BOX 876<br>QUINCEY FL 32353 |
| CREDITOR ID: 309679-39<br>RUSSELL L TRAINOR<br>2208 PAUL RUSSELL CIR<br>TALLAHASSEE FL 32301 | CREDITOR ID: 309680-39<br>RUSSELL MARCUM<br>APT 89<br>850 LAKEVIEW DR<br>SHELBYVILLE KY 40065 | CREDITOR ID: 309681-39<br>RUSSELL MARTIN BURNS JR<br>3695 LEWIS SPEEDWAY<br>ST AUGUSTINE FL 32095 |
| CREDITOR ID: 309682-39<br>RUSSELL N KNIGHT<br>4530 SHILOH UNITY ROAD<br>LANCASTER SC 29720 | CREDITOR ID: 309683-39<br>RUSSELL PAUL GOSSETT<br>503 THAMS RD<br>PIEDMONT SC 29673 | CREDITOR ID: 309684-39<br>RUSSELL R DIXON<br>981 WALL ST<br>AKRON OH 44310 |
| CREDITOR ID: 309685-39<br>RUSSELL ROBERTS<br>374 CATALINA DR<br>MOORESVILLE NC 28117 | CREDITOR ID: 309687-39<br>RUSSELL S DOUGLAS<br>806 BEARD<br>MADILL OK 73446 | CREDITOR ID: 309688-39<br>RUSSELL S EDMONDSON<br>1701 FOREST HAVEN BLVD<br>EDISON NJ 08817 |
| CREDITOR ID: 309689-39<br>RUSSELL S LAWRENCE<br>1681 GOLD OAKS ROAD<br>DELTONA FL 32725 | CREDITOR ID: 309691-39<br>RUSSELL TULL<br>6303 SIMCA DR<br>JACKSONVILLE FL 32277 | CREDITOR ID: 309692-39<br>RUSSELL V CHASE<br>38 BLUFF ROAD<br>REXFORD NY 12148 |
| CREDITOR ID: 309693-39<br>RUSSELL W CUMMINGS & LEILA T<br>CUMMINGS & SUSAN C HARDEMAN JT TEN<br>382 RALEIGH RD<br>JACKSONVILLE FL 32225 | CREDITOR ID: 309694-39<br>RUSSELL W HATCHELL<br>107 WALTERS CT<br>ROCKINGHAM NC 28379 | CREDITOR ID: 309695-39<br>RUSSELL W HAYS<br>2731 INDIGO HILLS CT<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 309696-39<br>RUSSELL W LEE<br>1143 HWY 211 NE<br>WINDER GA 30680 | CREDITOR ID: 309697-39<br>RUSSELL W MOCKBEE<br>8522 LINDERWOOD LANE<br>CINCINNATI OH 45255 | CREDITOR ID: 309698-39<br>RUSSELL WHITFORD & RUTH<br>WHITFORD JT TEN<br>2318 WILSON ST<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 309699-39<br>RUSSELL YEOMANS<br>6945 WEST ATLANTIC BLVD<br>MARGATE FL 33063 | CREDITOR ID: 309700-39<br>RUSSELL ZERVOS<br>426 NW BAYSHORE BLVD<br>PORT SAINT LUCIE FL 34983 | CREDITOR ID: 309701-39<br>RUTH A CARD & LYNN G CARD<br>JT TEN<br>121 WAYSIDE DR<br>WEST COLUMBIA SC 29170 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                            CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 309702-39<br>RUTH A CARLSON<br>218 BLUE HERON DR<br>SUMMERVILLE SC 29485 | CREDITOR ID: 309703-39<br>RUTH A HAAG<br>680 LAUREL RUN RD<br>PORT  MATILDA PA 16870 | CREDITOR ID: 309704-39<br>RUTH A NEWSOME<br>2740 NW 10TH PL<br>FT  LAUDERDALE FL 33311 |
| CREDITOR ID: 309705-39<br>RUTH A SCHAFFNER<br>P O BOX 141498<br>SPOKANE WA 99214 | CREDITOR ID: 309706-39<br>RUTH AKERS<br>720 GROVER REECE RD<br>TRADE TN 37691 | CREDITOR ID: 309707-39<br>RUTH ANN ALLEN<br>3221 N 20TH A STREET<br>WACO TX 76708 |
| CREDITOR ID: 309708-39<br>RUTH ANN BRUMLEY<br>720 DAWSON HILL RD<br>LOUISVILLE KY 40299 | CREDITOR ID: 309709-39<br>RUTH ANN GAVIN & HERBERT K<br>GAVIN JT TEN<br>APT E 3<br>431 VAN BUREN<br>FORT  MYERS FL 33916 | CREDITOR ID: 309710-39<br>RUTH ANN PROCTOR<br>P O BOX 417<br>MULDRAUGH KY 40155 |
| CREDITOR ID: 309711-39<br>RUTH ANN WOMACK<br>4620 ANVILE WAY<br>MOORE  HAVEN FL 33471 | CREDITOR ID: 309712-39<br>RUTH ANNE OSENBERG<br>5378 N BUCKHORN DRIVE<br>TUCSON AZ 85750 | CREDITOR ID: 309713-39<br>RUTH ANNE QUATTLEBAUM<br>802 ORLANDO AVE<br>BRADENTON FL 34207 |
| CREDITOR ID: 309714-39<br>RUTH B CLARK<br>627 CEDRICK LN<br>STONE  MOUNTAIN GA 30087 | CREDITOR ID: 309715-39<br>RUTH B DAVIS<br>3503 STONE CREEK CIR<br>JEFFERSONVILLE IN 47130 | CREDITOR ID: 309716-39<br>RUTH B FISHER<br>136 TALL PINES DR<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 309717-39<br>RUTH B FRANCE<br>512 HUTCHESON RD<br>SEYMOUR TN 37865 | CREDITOR ID: 309718-39<br>RUTH B OROURKE<br>310 CHICK SPRINGS RD<br>GREENVILLE SC 29609 | CREDITOR ID: 309719-39<br>RUTH BAGLEY<br>PO BOX 1838<br>DUNNELLON FL 34430 |
| CREDITOR ID: 309720-39<br>RUTH BAWEL & RUDOLPH D BAWEL<br>JT TEN<br>5712 GOLDEN RD<br>SEBRING FL 33872 | CREDITOR ID: 309721-39<br>RUTH BAYLES ATEN & LAWRENCE<br>EDWARD ATEN JT TEN<br>524 N ORANGE AVE<br>DE  LAND FL 32720 | CREDITOR ID: 309722-39<br>RUTH C COX & FLOYD R COX SR<br>JT TEN<br>907 N WHEELER ST<br>PLANT  CITY FL 33566 |
| CREDITOR ID: 309723-39<br>RUTH C GRASSIANO & JAMES F<br>GRASSIANO JT TEN<br>55 COTTONWOOD CT<br>WANTAGH NY 11793 | CREDITOR ID: 309724-39<br>RUTH C MONGER<br>1144 LONDONDERRY DR<br>ORANGE  PARK FL 32065 | CREDITOR ID: 309725-39<br>RUTH D FRANCIS<br>PO BOX 323<br>WAYNESVILLE NC 28786 |
| CREDITOR ID: 309726-39<br>RUTH D GARRETT<br>203 DAVIDSON RD<br>GREENVILLE SC 29609 | CREDITOR ID: 309727-39<br>RUTH D HARDISKY & ANDREW B<br>HARDISKY JT TEN<br>1135 CHERRY HILL RD<br>ELLWOOD PA 16117 | CREDITOR ID: 309728-39<br>RUTH D WALTZ<br>408 CALDWELL DR<br>ELSMERE KY 41018 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309729-39<br>RUTH DARLENE LANDSTROM<br>1531 E SCHWARTZ BLVD<br>LADY LAKE FL 32159 | CREDITOR ID: 309730-39<br>RUTH DAVIS MOSELEY<br>5209 FAIRFIELD BLVD<br>VIRGINIA  BEACH VA 23464 | CREDITOR ID: 309731-39<br>RUTH E BEAR<br>C\O SUSAN A BRUNING<br>16 FREEMAN AVE<br>MIDDLEPORT NY 14105 |
| CREDITOR ID: 309732-39<br>RUTH E MACHE<br>PO BOX 12<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 309733-39<br>RUTH E PARTRIDGE<br>29924 SW 150 CT<br>HOMESTEAD FL 33033 | CREDITOR ID: 309734-39<br>RUTH E PERRY<br>25210 E HIGHWAY 316<br>FORT  MC  COY FL 32134 |
| CREDITOR ID: 309735-39<br>RUTH E PERRY & CATHY PERRY<br>WILLIAMS JT TEN<br>25210 E HIGHWAY 316<br>FORT  MC  COY FL 32134 | CREDITOR ID: 309736-39<br>RUTH E SCHOOLEY & STEPHEN L<br>SCHOOLEY JT TEN<br>27642 SW 162 NC CT<br>HOMESTEAD FL 33031 | CREDITOR ID: 309737-39<br>RUTH E SMITH & THOMAS SMITH<br>JT TEN<br>404 ANISE LANE<br>KISSIMMEE FL 34759 |
| CREDITOR ID: 309738-39<br>RUTH E SOWERS<br>1524 SANTREE ST<br>GREENVILLE NC 27834 | CREDITOR ID: 309739-39<br>RUTH E SPIVEY<br>9426 SILHOUETTE LANE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 309740-39<br>RUTH E WEEKS<br>1965 HARPSWELL NECK RD<br>HARPSWELL ME 04079 |
| CREDITOR ID: 309741-39<br>RUTH E WIDDIS<br>138 W VIRGIL ST<br>APOPKA FL 32712 | CREDITOR ID: 309742-39<br>RUTH EUGENE<br>5303 EAGLE CAY CT<br>COCONUT  CREEK FL 33073 | CREDITOR ID: 309743-39<br>RUTH G MILAM<br>851 BURNT HICKORY RD SW<br>CARTERSVILLE GA 30120 |
| CREDITOR ID: 309744-39<br>RUTH G RUNNELS & MARY R<br>JOHNSON & LLOYD R RUNNELS JR<br>& KAREN E SHANNON & FOREST P<br>RUNNELS SR JT TEN<br>2625 N LUTHERAN CHURCH ROAD<br>DAYTON OH 45426 | CREDITOR ID: 309745-39<br>RUTH G WILLIAMS<br>1868 HERFORD RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 309746-39<br>RUTH H BODIE<br>447 CALHOUN DRIVE<br>GARDEN  CITY SC 29576 |
| CREDITOR ID: 309747-39<br>RUTH H BURNETTE<br>1112 FORBES DR<br>SMITHFIELD NC 27577 | CREDITOR ID: 309748-39<br>RUTH HUNT<br>4779 SHIRLEY AV<br>JACKSONVILLE FL 32210 | CREDITOR ID: 309749-39<br>RUTH I OVERMIER & EUGENE<br>OVERMIER JT TEN<br>1006 SE 21ST TERRACE<br>CAPE  CORAL FL 33990 |
| CREDITOR ID: 309750-39<br>RUTH J BISHOP CAMPUS BOX 018<br>DEPARTMENT OF GOVERNMENT<br>GEORGIA COLLEGE<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 309751-39<br>RUTH J DAVIS<br>4016 IVERNESS LN<br>W  BLOOMFIELD MI 48323 | CREDITOR ID: 309752-39<br>RUTH J ROLIN TRUSTEE U-A DTD<br>09-24-99 THE\RUTH J ROLIN<br>REVOCABLE TRUST<br>1507 FULLERS CROSS RD<br>WINTER  GARDEN FL 34787 |
| CREDITOR ID: 309753-39<br>RUTH JOHNSON & WILLIE<br>JOHNSON JT TEN<br>110 COMBS CIR<br>LONDON KY 40741 | CREDITOR ID: 309754-39<br>RUTH JUANITA MCCALL<br>771 SAN SALVADOR DRIVE<br>DUNEDIN FL 34698 | CREDITOR ID: 309755-39<br>RUTH KAY JENSEN<br>7709 EATON AVE<br>JACKSONVILLE FL 32211 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309756-39<br>RUTH L BAKER<br>8941 MIDDLEBORO RD<br>NEW ORLEANS LA 70127 | CREDITOR ID: 309757-39<br>RUTH L GRACE<br>3910 OXHILL RD<br>SPRING TX 77388 | CREDITOR ID: 309758-39<br>RUTH L GRANGER & MICHAEL<br>GRANGER JT TEN<br>676 TORCHWOOD DR<br>DELAND FL 32724 |
| CREDITOR ID: 309759-39<br>RUTH L RUDOFSKY TR U-A<br>2/13/86<br>8538 NW 77TH ST<br>TAMARAC FL 33321 | CREDITOR ID: 309760-39<br>RUTH L SPIRES<br>RR 1 BOX 301<br>SPARKS GA 31647 | CREDITOR ID: 309761-39<br>RUTH LESPERANCE<br>452 BEACON STREET<br>BOSTON MA 02115 |
| CREDITOR ID: 309762-39<br>RUTH M DEVITO<br>9300 LIME BAY BLVD APT 202<br>TAMARAC FL 33321 | CREDITOR ID: 309763-39<br>RUTH M POPE & SAMUEL W POPE<br>JT TEN<br>RR 1 BOX 92<br>STEDMAN NC 28391 | CREDITOR ID: 309764-39<br>RUTH M ROBISON<br>1561 W 25TH ST<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 309765-39<br>RUTH MARY HARDIMAN<br>7385 NW 83 CT ROAD<br>OCALA FL 34482 | CREDITOR ID: 309766-39<br>RUTH N MAIERLE<br>11463 KALEEL ROAD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 309767-39<br>RUTH NEWSOME & DELTON<br>NEWSOME JT TEN<br>2740 NW 10 PLACE<br>FORT LAUDERDALE FL 33311 |
| CREDITOR ID: 309768-39<br>RUTH P HAWKINS<br>121 EAST BAY ST<br>DOERUN GA 31744 | CREDITOR ID: 309769-39<br>RUTH PEREZ<br>PO BOX 815<br>GROVETOWN GA 30813 | CREDITOR ID: 309770-39<br>RUTH PERKINS & JACQUELINE L<br>PERKINS JT TEN<br>3724 SHADY OAK R W<br>LAKELAND FL 33810 |
| CREDITOR ID: 309771-39<br>RUTH R BARFIELD<br>3889 WILMINGTON HWY<br>JACKSONVILLE NC 28540 | CREDITOR ID: 309772-39<br>RUTH R FLOYD<br>4615 S MAIN ST<br>HOPEMILLS NC 28348 | CREDITOR ID: 309773-39<br>RUTH R HARRINGTON<br>PRESBYTERIAN HOME<br>UNIT 98<br>700 DA VEGA DRIVE<br>LEXINGTON SC 29073 |
| CREDITOR ID: 309774-39<br>RUTH RABON OTT<br>2113 PINE LAKE DR<br>WEST COLUMBIA SC 29169 | CREDITOR ID: 309775-39<br>RUTH S HURLOCK<br>4309 N CHARLES ST<br>BALTIMORE MD 21218 | CREDITOR ID: 309776-39<br>RUTH S VELAZQUEZ<br>13371 SW 68TH ST<br>MIAMI FL 33183 |
| CREDITOR ID: 309777-39<br>RUTH T BECK<br>518 BELLECASTLE ST<br>NEW ORLEANS LA 70115 | CREDITOR ID: 309778-39<br>RUTH THOMPSON<br>2035 REYNOLDS RD<br>LAKELAND FL 33801 | CREDITOR ID: 309779-39<br>RUTH TIERNEY CUST JASON A<br>TIERNEY UND UNIF GIFT MIN<br>ACT SC<br>387 BROOK RD<br>CLINTON SC 29325 |
| CREDITOR ID: 309780-39<br>RUTH TUNIS SELESNICK<br>6785 KORCZAK CRESCENT<br>APT 1407<br>COTE ST LUC QC H4W 2W6<br>CANADA | CREDITOR ID: 309781-39<br>RUTH W HALEY<br>10704 FERN HILL DR<br>RIVERVIEW FL 33569 | CREDITOR ID: 309782-39<br>RUTH W MCGAHA<br>7014 WESTMINSTER ST<br>TAMPA FL 33635 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 309783-39
RUTHANN BRANCH
2411 CRYSTALHILL LOOP W
LAKELAND FL 33801

CREDITOR ID: 309784-39
RUTHANN WROBEL
767 FALCON DR
PORT  ORANGE FL 32127

CREDITOR ID: 309785-39
RUTHIE A DOWDELL
22110 SW 114 AVE
GOULDS FL 33170

CREDITOR ID: 309786-39
RUTHIE L NOBLES & QUANNA D
BENSON JT TEN
1856 WOODLAND AVE S W
BIRMINGHAM AL 35211

CREDITOR ID: 309787-39
RUTHIE M YOUNG & A J YOUNG
JT TEN
11660 129TH AVE NO
LARGO FL 34648

CREDITOR ID: 309788-39
RUTHIE W SMITH
206 S WARD STREET
QUINCY FL 32351

CREDITOR ID: 309789-39
RYAL W TAYLOE
P O BOX 7068
WILMINGTON NC 28406

CREDITOR ID: 309790-39
RYAL WOODALL TAYLOE
2126 GLOUCESTER PL
WILMINGTON NC 28403

CREDITOR ID: 301916-39
RYALS, MARJORIE J.
102 BERRY ST
KINGSLAND GA 31548

CREDITOR ID: 309791-39
RYAN C AARON
378 JEANIE LANE
PELL  CITY AL 35128

CREDITOR ID: 309792-39
RYAN D STEFFEY
2929 ENGLAND WAY
MORGANTON NC 28655

CREDITOR ID: 309793-39
RYAN G ADAMS
21 ENCHANTED WA
SANTA  ROSA  BEACH FL 32459

CREDITOR ID: 309794-39
RYAN J BANEY
325 CAREYWOOD RD
WAMPUM PA 16157

CREDITOR ID: 309795-39
RYAN J MOREAUX JR
6516 BELLAIRE DR
NEW  ORLEANS LA 70124

CREDITOR ID: 309796-39
RYAN L RENDLEMAN & CRISTINA
H RENDLEMAN JT TEN
3627 HOLLAND DR
MONTGOMERY AL 36109

CREDITOR ID: 309797-39
RYAN MICHAEL SEYMOUR
4407 FIRST ST SOUTH
VALDOSTA GA 31601

CREDITOR ID: 309798-39
RYAN R PIEL
520 LAUREN AVE
BOWLING  GREEN KY 42104

CREDITOR ID: 309799-39
RYAN REVERE RELIHAN
144 AZALEA DRIVE
WINDER GA 30680

CREDITOR ID: 309800-39
RYAN TAYLOR
3571 SE COBIA TER
STUART FL 34997

CREDITOR ID: 309801-39
RYMAN C MATHIS III
105 HAMILTON DR
NEWNAN GA 30263

CREDITOR ID: 309802-39
RYNDAL K PERKINS
3318 SPENCER PRESTON RD
MARTINSVILLE VA 24112

CREDITOR ID: 309803-39
RYNDAL K PERKINS & CHARLENE
R PERKINS JT TEN
3318 SPENCER PRESTON RD
MARTINSVILLE VA 24112

CREDITOR ID: 309804-39
S ANNETTE FLOURNOY
618 W KING ST
QUINCY FL 32351

CREDITOR ID: 309805-39
S C BEXLEY JR & SC BEXLEY
JR TTEES U-A DTD 05-24-94
S C BEXLEY JR TRUST
BOX 887
LAND  O  LAKES FL 34639

CREDITOR ID: 309806-39
S CRAIG SLAUGHTER
506 VAN DYKE AVE
TAYLORSVILLE KY 40071-9743

CREDITOR ID: 309807-39
S D SCHAPER
1717 WATERFORD LANDING DR
ORANGE FL 32003

CREDITOR ID: 309808-39
S EUGENE SALL CUST CHARLES
RONALD SHULMAN UND UNIF GIFT
MIN ACT PA
APT 321
1900 JOHN F KENNEDY BLVD
PHILADELPHIA PA 19103

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309809-39<br>S EUGENE SALL CUST JOEL YALE<br>SHULMAN UND UNIF GIFT MIN<br>ACT PA<br>APT 321<br>1900 JOHN F KENNEDY BLVD<br>PHILADELPHIA PA 19103 | CREDITOR ID: 309810-39<br>S FRALEY BOST<br>147 IVY CIRCLE<br>ADVANCE NC 27006 | CREDITOR ID: 309812-39<br>S J SHAFFRAN & JANE WARD<br>SHAFFRAN TEN ENT<br>4889 OAKCREST DR<br>FAIRFAX VA 22030 |
| CREDITOR ID: 309814-39<br>S L PARKER<br>615 38TH AVE NE<br>SAINT PETERSBURG FL 33704 | CREDITOR ID: 309815-39<br>S LATHAN RODDEY III<br>BOX 850<br>SUMTER SC 29151 | CREDITOR ID: 309817-39<br>S NELSON WESTON JR<br>1433 KATHWOOD DR<br>COLUMBIA SC 29206 |
| CREDITOR ID: 309818-39<br>S P ODOM JR<br>PO BOX 181<br>LEE FL 32059 | CREDITOR ID: 309819-39<br>S PIERCE KAY<br>C/O MERRILL LYNCH<br>A/C 742-86757 VERA LEE MACKLEY<br>PO BOX 1918<br>JACKSONVILLE FL 32201 | CREDITOR ID: 309820-39<br>S T DERIESTHAL<br>1705 WATERFORD LANDING DR<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 309821-39<br>SABATINO D LEO & CATHERINE D<br>LEO JT TEN<br>8094 N IBSEN DR<br>CITRUS SPRINGS FL 34433 | CREDITOR ID: 309822-39<br>SABITA PERSAUD<br>6817 NW 29TH STREET<br>SUNRISE FL 33313 | CREDITOR ID: 309823-39<br>SABRINA A CRAWFORD<br>618 STRAIN BLVD<br>LAKELAND FL 33801 |
| CREDITOR ID: 309824-39<br>SABRINA G THOMPSON & WENDELL<br>S THOMPSON JT TEN<br>136 LEE ANN RD<br>FITZGERALD GA 31750 | CREDITOR ID: 309825-39<br>SABRINA IRVIN<br>PO BOX 1753<br>WAUCHULA FL 33873 | CREDITOR ID: 309826-39<br>SABRINA JANE WARD<br>4704 CHIPPEWA LANE<br>PELHAM AL 35124 |
| CREDITOR ID: 309827-39<br>SABRINA L HIGGS<br>280 BEECH BROOK ST<br>JACKSONVILLE FL 32259 | CREDITOR ID: 309828-39<br>SABRINA S MORRIS<br>3017 SILVERWOOD DR<br>AUGUSTA GA 30907 | CREDITOR ID: 309829-39<br>SABRINA SMITH<br>881 12TH AVE SOUTH<br>JACKSONVILLE BCH FL 32250 |
| CREDITOR ID: 309830-39<br>SABRINA T BROWN & H B BROWN<br>JR JT TEN<br>290 BROWNS XING<br>FAYETTEVILLE GA 30215 | CREDITOR ID: 309831-39<br>SADAT A TREISH<br>7904 TRIANGLE TRIALS<br>WHITIKERS NC 27891 | CREDITOR ID: 309832-39<br>SADIE A SHELDON<br>35941 BOYKIN BLVD<br>LILLIAN AL 36549 |
| CREDITOR ID: 309833-39<br>SADIE E CARR<br>1049 LOWER LIBERTY RD<br>NATHALIE VA 24577 | CREDITOR ID: 309834-39<br>SADIE F VANSCOVICH & LINDA M<br>VERRILLI & PAUL B VANSCOVICH<br>& JOHN VANSCOVICH JT TEN<br>19384 SW 98TH PLACE ROAD<br>DUNNELLON FL 34432 | CREDITOR ID: 309836-39<br>SADIE H LASSITER TOD<br>CONNIE L HENDRICK SUBJECT TO<br>STA RULES<br>616 CHURCHLAND RD NW<br>ROANOKE VA 24017 |
| CREDITOR ID: 309835-39<br>SADIE H LASSITER TOD<br>CAROLYN L ALLIE SUBJECT TO<br>STA TOD RULES<br>616 CHURCHLAND RD NW<br>ROANOKE VA 24017 | CREDITOR ID: 309837-39<br>SADIE H SANDERS & VERNON L<br>SANDERS JT TEN<br>ATTN MAYOR VERNON SANDERS II<br>105 CAMBRIDGE CIR<br>GAFFNEY SC 29341 | CREDITOR ID: 309838-39<br>SADIE HUGHES<br>802 11TH STREET SE<br>GRAYSVILLE AL 35073 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 309839-39<br>SADIE M WILLIAMS<br>1050 OAK ST<br>MONTGOMERY AL 36108 | CREDITOR ID: 309840-39<br>SADIE SILVER GOODMAN<br>1014 MINERVA AVE<br>DURHAM NC 27701 | CREDITOR ID: 309841-39<br>SADYE HAUSER BARGER<br>117 CRESTVIEW DR<br>MOCKSVILLE NC 27028 |
| CREDITOR ID: 309842-39<br>SAFEWAY STORES INC<br>5918 STONERIDGE MALL ROAD<br>PLEASANTVILLE CA 94588 | CREDITOR ID: 309843-39<br>SAFICGO INVESTMENT CLUB<br>ATTN LEONARD STADTMUELLER<br>TREASURER<br>430 S MADISON ST<br>CHILTON WI 53014 | CREDITOR ID: 309844-39<br>SAID Y AKEL & SUAD S AKEL<br>JT TEN<br>9910 MERLIN DR E<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 309845-39<br>SALLIE A BUICE<br>260 WALLACE CIR<br>LEXINGTON SC 29073 | CREDITOR ID: 309846-39<br>SALLIE DIGGS & ARZELL DIGGS<br>JR JT TEN<br>2012 HAMILTON ST<br>QUINCY FL 32351 | CREDITOR ID: 309847-39<br>SALLIE E WILLIS<br>BOX 97<br>GREENSBORO FL 32330 |
| CREDITOR ID: 309848-39<br>SALLIE M DWINELL<br>79 OLIVE DRIVE<br>OCALA FL 34472 | CREDITOR ID: 309849-39<br>SALLIE M PEARSON<br>1727 LONEY LANE<br>LOUISVILLE KY 40216 | CREDITOR ID: 309850-39<br>SALLIE P JOHNSON<br>5527 DAKOTA DRIVE<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 309851-39<br>SALLIE RUTH NAVE<br>18885 HWY 251<br>ATHENS AL 35611 | CREDITOR ID: 309852-39<br>SALLY A HEMPHILL<br>3844 DARLENE DR<br>LOUISVILLE KY 40216 | CREDITOR ID: 309853-39<br>SALLY A HEMPHILL & MICHAEL V<br>HEMPHILL JT TEN<br>3844 DARLENE DR<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 309854-39<br>SALLY A MASSE<br>1714 BIRMINGHAM AVE<br>HOLLY  HILL FL 32117 | CREDITOR ID: 309855-39<br>SALLY A MASSE & MICHAEL R<br>MASSE JT TEN<br>1714 BIRMINGHAM AVE<br>HOLLY  HILL FL 32117 | CREDITOR ID: 309856-39<br>SALLY A PARKIN<br>10623 EASTVIEW DR<br>ORLANDO FL 32825 |
| CREDITOR ID: 309857-39<br>SALLY A SANCHEZ<br>419 S SPRUCE AVE<br>ROSWELL NM 88201 | CREDITOR ID: 309858-39<br>SALLY A WOLF<br>3523 LAWRENCE DR SOUTH<br>MACON GA 31216 | CREDITOR ID: 309859-39<br>SALLY ANN TOMLINSON<br>1904 PTARMIGAN STREET #2<br>WALNUT  CREEK CA 94595 |
| CREDITOR ID: 309860-39<br>SALLY BROWNING<br>900 BROWARD RD 127<br>JACKSONVILLE FL 32218 | CREDITOR ID: 309861-39<br>SALLY COLE HANSEN<br>4505 BRANCH VIEW DR<br>ARLINGTON TX 76017 | CREDITOR ID: 309862-39<br>SALLY DRESSMAN<br>3534 BEHYMER RD<br>CINCINNATI OH 45245 |
| CREDITOR ID: 309863-39<br>SALLY FISH<br>PO BOX 874<br>WATERLOO IA 50704 | CREDITOR ID: 309864-39<br>SALLY G DICKEY<br>530 RIDGEWOOD DRIVE<br>FLORENCE SC 29501 | CREDITOR ID: 309865-39<br>SALLY HARMON FRANKLIN<br>ATTN SALLY A HARMON<br>900 CLEAR CREEK RD<br>BURNSVILLE NC 28714 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**        **CASE: 05-03817-3F1**

CREDITOR ID: 309866-39
SALLY JEAN OAKES
415 MARION PL
CLINTON SC 29325

CREDITOR ID: 309867-39
SALLY JO WILLICK
900 BROWARD RD 127
JACKSONVILLE FL 32218

CREDITOR ID: 309868-39
SALLY KOESTER
6100 CHARITY DRIVE
CINCINNATI OH 45248

CREDITOR ID: 309869-39
SALLY L CARLSON
488 AVANTI WAY BLVD
N  FT  MYERS FL 33917

CREDITOR ID: 309870-39
SALLY M CHUMLEY
6960 AIRPORT BLVD APT #C-1A
MOBILE AL 36608

CREDITOR ID: 309871-39
SALLY M RHOADES
5622 LESSER DRIVE
ORLANDO FL 32818

CREDITOR ID: 309872-39
SALLY M ROGERS & GERALD W
ROGERS JT TEN
502 SCOT DRIVE
NEWPORT NC 28570

CREDITOR ID: 309873-39
SALLY MIDDLETON MOENCH
2421 BEAR RD
NASHVILLE TN 37215

CREDITOR ID: 309874-39
SALLY P HAGER & THOMAS H
HAGER JR JT TEN
RD1 BOX 841
LANDISBURG PA 17040

CREDITOR ID: 309875-39
SALLY PADGETT WILLIS
C/O JIMMY E WELSH
PO BOX 1215
MARION NC 28752

CREDITOR ID: 309876-39
SALLY R OTTING & KAREN K
COPP JT TEN
150 OAK ST
DOWNINGTOWN PA 19335

CREDITOR ID: 309877-39
SALLY R OTTING & WILLIAM C
OTTING JT TEN
150 OAK STREET
DOWNINGTON PA 19335

CREDITOR ID: 309880-39
SALLY SHULL TEDEN CUST
SAMUEL SHULL TEDEN UNDER THE
NC UNIF TRAN MIN ACT
2428 MECKLENBURG AVE
CHARLOTTE NC 28205

CREDITOR ID: 309881-39
SALLY SHULL TEDEN CUST
WILLIAM DEWEY TEDEN UNDER
THE NC UNIF TRAN MIN ACT
2428 MECKLENBURG AVE
CHARLOTTE NC 28205

CREDITOR ID: 309879-39
SALLY SHULL TEDEN CUST
CHARLES CLEMENT TEDEN UNDER
THE NC UNIF TRAN MIN ACT
2428 MECKLENBURG AVE
CHARLOTTE NC 28205

CREDITOR ID: 309878-39
SALLY SHULL TEDEN CUST
ANDREW C TEDEN UNDER THE NC
UNIF TRAN MIN ACT
2428 MECKLENBURG AVE
CHARLOTTE NC 28205

CREDITOR ID: 309882-39
SALLY TANUZ & ARTHUR TANUZ
JT TEN
708 JEFFERSON NE
ALBUQUERQUE NM 87110

CREDITOR ID: 309883-39
SALLY V HOLM
7 CENTRAL LANE
ANDOVER MA 01810

CREDITOR ID: 309884-39
SALLY WHICKER LINVILLE
140 OLD WOOD LN
KERNERSVILLE NC 27284

CREDITOR ID: 280689-39
SALTER, ANNA M & JOHNNY B, JT TEN
213 MARSHALL DR
GARDENDALE AL 35071

CREDITOR ID: 309886-39
SALVADOR V GIARDINA & DEANNA
C GIARDINA JT TEN
43242 H LITTLE ITALY RD
HAMMOND LA 70403

CREDITOR ID: 309887-39
SALVADOR V GULOTTA & GAIL H
GULOTTA TEN COM
12152 OLD BATON ROUGE HGWY
LOT # 10
HAMMOND LA 70403

CREDITOR ID: 309888-39
SALVADOR VANEGAS & ROSA V
VANEGAS JT TEN
9115 SW 134TH CT
MIAMI FL 33186

CREDITOR ID: 309889-39
SALVATORE A FERRANTI
778 BRICKELL ST SE
PALM  BAY FL 32909

CREDITOR ID: 309890-39
SALVATORE ARENA
3975 LAUREL WOOD LN
DELRAY  BEACH FL 33445

CREDITOR ID: 309891-39
SALVATORE E REINA & PHYLLIS
J REINA JT TEN
8590 RIPPLINGWATERS RD
BLAIRSVILLE GA 30512

CREDITOR ID: 309892-39
SALVATORE GIANSIRACUSA
1110 NW 93 AVE
PEMBROKE  PINES FL 33024

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

CREDITOR ID: 309893-39
SALVATORE GUZZO
1000 CLOVE RD  APT #4P
STATEN  ISLAND NY 10301

CREDITOR ID: 309894-39
SALVATORE R OCCULTO &
CAROLYN A OCCULTO JT TEN
8949 1ST AVE
JACKSONVILLE FL 32208

CREDITOR ID: 309895-39
SALVATORE RALPH OCCULTO
8949 1ST AVE
JACKSONVILLE FL 32208

CREDITOR ID: 309896-39
SALVATORE T RICCIARDI
12069 NW 9TH CT
CORAL  SPRINGS FL 33071

CREDITOR ID: 309897-39
SAM A MUSCARELLA
16 PRICE ST
JAMESTOWN NY 14701

CREDITOR ID: 309898-39
SAM C VANN
RR 1 BOX 11A
LAMONT FL 32336

CREDITOR ID: 309899-39
SAM D HUTCHINS & MARY SANDRA
HUTCHINS JT TEN
542 GREER LANE
BARDSTOWN KY 40004

CREDITOR ID: 309900-39
SAM E WHITTAKER
THE COTTAGE 251-A
ROYAL POINCIANA WAY
NW  PALM  BEACH FL 33480

CREDITOR ID: 309901-39
SAM E WOOD JR
6 FOREST DRIVE
COLLEGE  STATION TX 77840

CREDITOR ID: 309902-39
SAM FRANK & HINDA FRANK JT
TEN
10 FALLON LANE
PALM  COAST FL 32137

CREDITOR ID: 309903-39
SAM FRANKLIN CRAVEN
1695 UNION GROVE RD
LENOIR NC 28645

CREDITOR ID: 309905-39
SAM GLANELL & DOROTHY
GLANELL TTEES 05-03-76 OF
THE GLANELL FAMILY TRUST
42023 VILLAGE 42
CAMARILLO CA 93012

CREDITOR ID: 309904-39
SAM GLANELL & DOROTHY
GLANELL TR U A 05-03-76 OF
THE GLANELL FAMILY TRUST
42023 VILLAGE 42
CAMARILLO CA 93012

CREDITOR ID: 309906-39
SAM IVY
1917 SAMANTHA LANE
VALRICO FL 33594

CREDITOR ID: 309907-39
SAM IVY & DOROTHY IVY JT TEN
10530 - SW 20TH ST
MIRAMAR FL 33025

CREDITOR ID: 309908-39
SAM IVY & MARY E IVY JT TEN
1917 SAMANTHA LN
VALRICO FL 33594

CREDITOR ID: 309909-39
SAM J CAMPAGNA
1717 KENT AVE
METAIRIE LA 70001

CREDITOR ID: 309910-39
SAM J FENN
3539 LAKEVIEW DR
TALLAHASSEE FL 32310

CREDITOR ID: 309911-39
SAM J JARCZYNSKI
2311 MESSENGER CIR
SAFETY  HARBOR FL 34695

CREDITOR ID: 309912-39
SAM L MORTON
1908 WHISPERING OAKS ST
BURLESON TX 76028

CREDITOR ID: 309913-39
SAM L WHIPPLE & JANE M
WHIPPLE JT TEN
6226 CHESAPEAKE
MOUNT  VERNON IN 47620

CREDITOR ID: 309914-39
SAM LORINO JR & PATRICIA L
LORINO JT TEN
24078 152ND LN NE
FORT  MC  COY FL 32134

CREDITOR ID: 309915-39
SAM M DURAN & MARILYN DURAN
JT TEN
1605 TUBEROSE ST
LAKE  PLACID FL 33852

CREDITOR ID: 309916-39
SAM MAINOR JR
P O BOX 907
HILLIARD FL 32046

CREDITOR ID: 309917-39
SAM PRESS
ATTN SUE YUSSIM
5626-105 ATWATER DR
GREENSBORO NC 27407

CREDITOR ID: 309918-39
SAM RADY & JULIA RADY JT TEN
951 PARKRIDGE CIR WEST
JACKSONVILLE FL 32211

CREDITOR ID: 309919-39
SAM RUSSELL JR
109 MITSY LANE
EARLY TX 76802

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 309920-39<br>SAM S CAMPAGNA<br>1717 KENT AVE<br>METAIRIE LA 70001 | CREDITOR ID: 309921-39<br>SAM SPITALE JR<br>900 COTTONWOOD ST<br>MORGAN CITY LA 70380 | CREDITOR ID: 309922-39<br>SAM STRUM<br>400 N SURF RD<br>APT PH5<br>HOLLYWOOD FL 33019 |
| CREDITOR ID: 309923-39<br>SAM T KINCAID II<br>4033 AMHERST AVE<br>DALLAS TX 75225 | CREDITOR ID: 309924-39<br>SAM W REVELS & LILA P REVELS<br>JT TEN<br>181 AUSTIN RD<br>YORK SC 29745 | CREDITOR ID: 309925-39<br>SAMANTHA JACKSON<br>130 W FLEMING RD<br>MONTGOMERY AL 36105 |
| CREDITOR ID: 309926-39<br>SAMANTHA M ANDRY<br>3944 SAN JOSE BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 309927-39<br>SAMANTHA M MAY<br>513 S ANTIOCH CIR # A<br>OPELIKA AL 36801 | CREDITOR ID: 309928-39<br>SAMANTHA M MCIVERY<br>P O BOX 1383<br>BOWLING GREEN FL 33834 |
| CREDITOR ID: 309929-39<br>SAMANTHA STRUM<br>215 PARKSIDE CLUB COURT<br>DULUTH GA 30097 | CREDITOR ID: 309930-39<br>SAMANTHA TINDAL<br>810 CAROLINA AV 1<br>TARPON SPGS FL 34689 | CREDITOR ID: 309931-39<br>SAMBRA L BAYER<br>459 SAINT RONAN ST<br>NEW HAVEN CT 06511 |
| CREDITOR ID: 309932-39<br>SAMI SAID<br>20 DOGWOOD DRIVE<br>STONY BROOK NY 11790 | CREDITOR ID: 309933-39<br>SAMIR A PATEL<br>4422 AYLESBURY DR<br>KNOXVILLE TN 37918 | CREDITOR ID: 309934-39<br>SAMIRA E PANO<br>3303 MORAN RO<br>TAMPA FL 33618 |
| CREDITOR ID: 309935-39<br>SAMIRA PANO & ELIAS PANO<br>JT TEN<br>3303 MORAN RD<br>TAMPA FL 33618 | CREDITOR ID: 309936-39<br>SAMMIE L HOUSTON<br>128 AVENUE D<br>HEREFORD TX 79045 | CREDITOR ID: 309937-39<br>SAMMIE L WALKER<br>RT 5 BOX 6903<br>MADISON FL 32340 |
| CREDITOR ID: 309938-39<br>SAMMY C STULTS<br>358 DUNCAN DR<br>RUSSELLVILLE AL 35654 | CREDITOR ID: 309939-39<br>SAMMY H EASON & PATSY C<br>EASON JT TEN<br>3897 RED HILL ROAD<br>WHITEVILLE NC 28472 | CREDITOR ID: 309940-39<br>SAMMY K MASSEY<br>3760 LIVE OAK RD<br>CAMILLA GA 31730 |
| CREDITOR ID: 309941-39<br>SAMMY L ELROD<br>135 WELBORN RD<br>PICKENS SC 29671 | CREDITOR ID: 309942-39<br>SAMMY L HARRIS<br>106 EISENHOWER DR<br>GREENVILLE SC 29607 | CREDITOR ID: 309943-39<br>SAMMY RHYMES<br>1088 TOWER RD<br>HAZELHURST MS 39083 |
| CREDITOR ID: 309944-39<br>SAMMY ROSS & KAREN ROSS<br>JT TEN<br>110 CLARENDON AVE<br>BALTIMORE MD 21208 | CREDITOR ID: 309945-39<br>SAMMY T SCHILLING<br>54112 HWY 16<br>BOGALUSA LA 70427 | CREDITOR ID: 309946-39<br>SAMMY V MANN<br>322 BURKETT DR 1E<br>PANAMA CITY FL 32404 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 309947-39
SAMNADEN DOORSAMMY
6784 THOMAS JEFFERSON WAY
ORLANDO FL 32809

CREDITOR ID: 309948-39
SAMUEL A FIORE
PO BOX 291643
DAVIE FL 33329

CREDITOR ID: 309949-39
SAMUEL A SPENCER IV
1285 B LOVETT RD
ORANGE  PARK FL 32065

CREDITOR ID: 309950-39
SAMUEL A TOWNSEND & NANCY A
TOWNSEND JT TEN
2111 N TEMPL AVENUE
STARKE FL 32091

CREDITOR ID: 309951-39
SAMUEL A YEARGIN & BARRILYN
C YEARGIN JT TEN
130 JULIA CIRCLE
ANDERSON SC 29625

CREDITOR ID: 309952-39
SAMUEL ANDERSON
P O BOX 183
DE  BERRY TX 75689

CREDITOR ID: 309953-39
SAMUEL ANDREW FIORE & KAREN
V FIORE JT TEN
PO BOX 291643
DAVIE FL 33329

CREDITOR ID: 309954-39
SAMUEL ARTHUR PINKSTON JR
PO BOX 3148
LAGRANGE GA 30241

CREDITOR ID: 309955-39
SAMUEL B CRANOR
10105 TRUITT CT
HUNTERSVILLE NC 28078

CREDITOR ID: 309956-39
SAMUEL B DIAZ JR & GLORIA
DIAZ JT TEN
104 COLLINS CT
FORT  WORTH TX 76131

CREDITOR ID: 309957-39
SAMUEL BETHEA
1205 CLINTON RD
DURHAM NC 27703

CREDITOR ID: 309958-39
SAMUEL BLUM
4316 LORMAR RD
GREENSBORO NC 27406

CREDITOR ID: 309959-39
SAMUEL BUONAGURA
CAMBERIDGE A APT 20
WEST  PALM  BEACH FL 33417

CREDITOR ID: 309960-39
SAMUEL BUONAGURA CUST FOR
GABRIELLE BUONAGURA UNDER THE
NY UNIFORM TRANSFERS TO
MINORS ACT
21 LAURENDALE ST
ALBANY NY 12205

CREDITOR ID: 309961-39
SAMUEL C SWEARINGEN
4910 GARDEN GREEN WAY
LOUISVILLE KY 40218

CREDITOR ID: 309962-39
SAMUEL CLARKE
325 SW 14TH STREET
DANIA FL 33004

CREDITOR ID: 309963-39
SAMUEL CURTISS HOLLINGSWORTH
PO BOX 2261
GREENWOOD SC 29646

CREDITOR ID: 309964-39
SAMUEL D ANDERSON
P O BOX 3322
WINTER  PARK FL 32790

CREDITOR ID: 309965-39
SAMUEL D BOYD
PO BOX 63
SIMPSON NC 27879

CREDITOR ID: 309966-39
SAMUEL D BUNDY JR
904 LANGFORD PL
RALEIGH NC 27609

CREDITOR ID: 309967-39
SAMUEL D MOCKVOCIAK & LINDA
K MOCKVCIAK JT TEN
2778 MAN OF WAR CIR
SARASOTA FL 34240

CREDITOR ID: 309968-39
SAMUEL DAMERON & DELPHA F
DAMERON JT TEN
CARDINAL HOUSE
163 MEADOW PK DR
CAMBRIDGE OH 43725

CREDITOR ID: 309970-39
SAMUEL E JOHNSON TRUSTEE U-A
DTD 06-02-97|JOHNSON
REVOCABLE TRUST
PO BOX 271
YUBA  CITY CA 95992

CREDITOR ID: 309971-39
SAMUEL E OLDHAM
209 AVENUE  A
BROOKHAVEN MS 39601

CREDITOR ID: 309972-39
SAMUEL E SCOTT
605 GARDEN PL
TROY OH 45373

CREDITOR ID: 309973-39
SAMUEL E THOMLEY
20680 GIDDINS ROAD
PERDIDO AL 36562

CREDITOR ID: 309974-39
SAMUEL E WARNER
88 BROOKSIDE WAY
VILLA  RICA GA 30180

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 309975-39<br>SAMUEL E WHITEHEAD<br>P O BOX 1871<br>GREENVILLE SC 29602 | CREDITOR ID: 309976-39<br>SAMUEL FRALEY BOST<br>147 IVY CIRCLE<br>ADVANCE NC 27006 | CREDITOR ID: 309977-39<br>SAMUEL G DANIEL<br>117 GLENN JACOBS ROAD<br>ELGIN SC 29045 |
| CREDITOR ID: 309978-39<br>SAMUEL G KEE CUST FOR<br>MICHAEL CHRISTOPHER KEE<br>UNDER THE FL GIFTS TO MINORS<br>ACT<br>1007 WILLIS FARM RD<br>CLOVER SC 29710 | CREDITOR ID: 309979-39<br>SAMUEL G KEE JR<br>1007 WILLIS FARM RD<br>CLOVER SC 29710 | CREDITOR ID: 309980-39<br>SAMUEL GORDON<br>9 WARREN LN<br>JERICHO NY 11753 |
| CREDITOR ID: 309981-39<br>SAMUEL GORDON CUST ALISA<br>BETH GORDON G/M/A/FL<br>3014 BRICKELL AVE<br>MIAMI FL 33129 | CREDITOR ID: 309982-39<br>SAMUEL GORDON CUST DEBRA ANN<br>GORDON G/M/A/FL<br>3014 BRICKELL AVE<br>MIAMI FL 33129 | CREDITOR ID: 309983-39<br>SAMUEL GORDON CUST LYNN<br>ELLEN GORDON G/M/A/FL<br>3014 BRICKELL AVE<br>MIAMI FL 33129 |
| CREDITOR ID: 309984-39<br>SAMUEL GORDON CUST ROBERTA<br>JOY GORDON G/M/A/FL<br>3014 BRICKELL AVE<br>MIAMI FL 33129 | CREDITOR ID: 309985-39<br>SAMUEL H CLARK<br>816 OAK AVE<br>LEHIGH  ACRES FL 33936 | CREDITOR ID: 309986-39<br>SAMUEL H JAMES<br>303 GARDEN LN<br>PETAL MS 39465 |
| CREDITOR ID: 309988-39<br>SAMUEL H SOLOMON IV CUST<br>SAMUEL MATTHEW SOLOMON UNDER<br>THE FL UNIF TRAN MIN ACT<br>414 CALDWELL ST<br>QUINCY FL 32351 | CREDITOR ID: 309987-39<br>SAMUEL H SOLOMON IV CUST<br>ASHLEY E SOLOMON UNDER THE<br>FL UNIF TRAN MIN ACT<br>414 CALDWELL ST<br>QUINCY FL 32351 | CREDITOR ID: 309989-39<br>SAMUEL HUBERT STEWART<br>54594 SPRING LAKE DR<br>CALLAHAN FL 32011 |
| CREDITOR ID: 309991-39<br>SAMUEL J BOLDRICK<br>PO BOX 11349<br>MIAMI FL 33101-1349 | CREDITOR ID: 309990-39<br>SAMUEL J BOLDRICK<br>BOX 011349<br>MIAMI FL 33101 | CREDITOR ID: 309992-39<br>SAMUEL J HARRIS & MARIE<br>HARRIS JT TEN<br>5339 FULTON MILL RD<br>MACON GA 31206 |
| CREDITOR ID: 309993-39<br>SAMUEL J LEWIS<br>1338 CLARENCE BEAM RD<br>CHERRYVILLE NC 28021 | CREDITOR ID: 309994-39<br>SAMUEL J NALBONE<br>21 MARIO DR<br>TRENTON NJ 08690 | CREDITOR ID: 309995-39<br>SAMUEL J PANTALEO & HELENA K<br>PANTALEO JT TEN<br>10550 NEW 24 ST<br>SUNRISE FL 33322 |
| CREDITOR ID: 309996-39<br>SAMUEL J SUMMERS IV<br>PO BOX 621<br>CAMERON SC 29030 | CREDITOR ID: 309997-39<br>SAMUEL JOHN HART<br>582 STATE ST<br>COMMERCE GA 30529 | CREDITOR ID: 309998-39<br>SAMUEL K SUTHERLAND<br>2048 HWY 28 N<br>ABBEVILLE SC 29620 |
| CREDITOR ID: 309999-39<br>SAMUEL L DECKER & BETTYE<br>JEAN DECKER JT TEN<br>3824 CASSIA DR<br>ORLANDO FL 32828 | CREDITOR ID: 310000-39<br>SAMUEL L ELMORE<br>5001 NW 34TH ST APT 110<br>LAUD  LAKES FL 33319 | CREDITOR ID: 310001-39<br>SAMUEL L FERGUSON<br>1599 AVOCADO AVE<br>MELBOURNE FL 32935 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310002-39<br>SAMUEL L FRAZIER<br>2490 NW 1ST ST<br>BOYNTON  BEACH FL 33435 | CREDITOR ID: 310003-39<br>SAMUEL L FRAZIER & JOYCE E<br>FRAZIER JT TEN<br>2490 NW 1ST ST<br>BOYNTON  BEACH FL 33435 | CREDITOR ID: 310004-39<br>SAMUEL L JONES SR<br>P O BOX 9369<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 310005-39<br>SAMUEL L SAVAGE JR<br>2503 8TH ST W<br>LEHIGH  ACRES FL 33971 | CREDITOR ID: 310006-39<br>SAMUEL L SAVAGE JR & ROSA B<br>SAVAGE JT TEN<br>2503 8TH ST W<br>LEHIGH  ACRES FL 33971 | CREDITOR ID: 310007-39<br>SAMUEL LANE MCCARTHY<br>4002 GROVE AV<br>CINCINNATI OH 45227 |
| CREDITOR ID: 310008-39<br>SAMUEL LEE JACKSON<br>2650 LAZY ACRE RD<br>MASCOTTE FL 34753 | CREDITOR ID: 310009-39<br>SAMUEL LYNN BURNETT & KELLY<br>C BURNETT JT TEN<br>1267 PEARSON TOWN RD<br>MOORE SC 29369 | CREDITOR ID: 310010-39<br>SAMUEL M DAY<br>4444 MCGIRTS BLVD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 310011-39<br>SAMUEL M GAY<br>2211 COROT DR<br>JACKSONVILLE FL 32210 | CREDITOR ID: 310013-39<br>SAMUEL M WEAVER & EDNA J<br>WEAVER JT TEN<br>4317 KINGS CIR N<br>FORT  WORTH TX 76111 | CREDITOR ID: 310015-39<br>SAMUEL MARION PRUGH SR &<br>MARIE R PRUGH JT TEN<br>4 OCEANS W BLVD -205A<br>DAYTONA  BEACH FL 32118 |
| CREDITOR ID: 310014-39<br>SAMUEL MARION PRUGH SR &<br>CATHRYN L PRUGH JT TEN<br>4 OCEANS WEST BLVD #205A<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 310016-39<br>SAMUEL MARK STEWART<br>4738 STRATTON RD<br>CALLAHAN FL 32011 | CREDITOR ID: 310017-39<br>SAMUEL MICHEAL DAVIS<br>3 LEE ST<br>HONEA  PATH SC 29654 |
| CREDITOR ID: 310018-39<br>SAMUEL NISWANDER II<br>446 CO RD 53<br>CLANTON AL 35045 | CREDITOR ID: 310019-39<br>SAMUEL OTT LAUGHLIN III<br>22 PARK ROAD<br>WHEELING WV 26003 | CREDITOR ID: 310020-39<br>SAMUEL P RUIZ<br>2003 9TH ST<br>BROWNWOOD TX 76801 |
| CREDITOR ID: 310021-39<br>SAMUEL PROCH<br>166 NORMAN ST<br>PORT  CHARLOTTE FL 33954 | CREDITOR ID: 310022-39<br>SAMUEL PROCH & MARGARET<br>PROCH JT TEN<br>166 NORMAN ST<br>PORT  CHARLOTTE FL 33954 | CREDITOR ID: 310023-39<br>SAMUEL R HASSEN JR & SANDRA<br>S HASSEN JT TEN<br>1081 COVE RD<br>SEVIERVILLE TN 37876 |
| CREDITOR ID: 310024-39<br>SAMUEL R POOLE & MICHELLE L<br>POOLE JT TEN<br>11101 SOUTHGATES DRIVE<br>LAURINBURG NC 28352 | CREDITOR ID: 310025-39<br>SAMUEL T RAMES & YALONDA I<br>RAMES JT TEN<br>6221 W JULIE DR<br>GLENDALE AZ 85308 | CREDITOR ID: 310026-39<br>SAMUEL VILLARREAL JR &<br>SHARON VILLARREAL JT TEN<br>408 W CLEBURNE RD<br>CROWLEY TX 76036 |
| CREDITOR ID: 310027-39<br>SAMUEL W DIXON JR<br>4000 ELDERWOOD RD<br>KNOXVILLE TN 37921 | CREDITOR ID: 310028-39<br>SAMUEL W ISLEY<br>501 FOUNTAIN PL<br>BURLINGTON NC 27215 | CREDITOR ID: 310029-39<br>SAMUEL W NORTON<br>324 LAKEVIEW DR<br>LIBERTY SC 29657 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                         CASE:   05-03817-3F1

CREDITOR ID: 310030-39
SAMUEL WATERS & PAMELA
WATERS JT TEN
RT 1 BOX 628
BRYCEVILLE FL 32009

CREDITOR ID: 310031-39
SANDA HUNGLER
19631 NW 57TH CT
HIALEAH FL 33015

CREDITOR ID: 310032-39
SANDEEP S WILKHU
2760 WASSUM TRAIL
CHULUOTA FL 32766

CREDITOR ID: 310033-39
SANDI K YOUNGS
212 PINEHURST DR
AUBURNDALE FL 33823

CREDITOR ID: 310034-39
SANDI L SAPP
2207 SHUBERT CT
FERNANDINA FL 32034

CREDITOR ID: 310035-39
SANDRA A BOWLING & CHARLIE J
BOWLING JT TEN
2015 WAIKIKI WAY
TAMPA FL 33619

CREDITOR ID: 310036-39
SANDRA A CAHOE
1236 BOURBON AVE
LOUISVILLE KY 40213

CREDITOR ID: 310037-39
SANDRA A GANNON
1214 LABELLE ST APT 203
JACKSONVILLE FL 32205

CREDITOR ID: 310038-39
SANDRA A NAEGEL
1394 COLLINSDALE AV
CINCINNATI OH 45230

CREDITOR ID: 310039-39
SANDRA A REILLY
9260 BONES ROAD
TABERG NY 13471

CREDITOR ID: 310040-39
SANDRA A SCHELL & DANIEL K
SCHELL JT TEN
2165 CENTURY BLVD
ST  AUGUSTINE FL 32086

CREDITOR ID: 310041-39
SANDRA A SHAW & JAMES R SHAW
JT TEN
250 ANDROS DR
MERRITT  ISLAND FL 32952

CREDITOR ID: 310042-39
SANDRA A SKAGGS
445 SUNSET DR
VINE  GROVE KY 40175

CREDITOR ID: 310043-39
SANDRA A SOUDER & H RAY
SOUDER JT TEN
12025 FREESTONE CT
CINCINNATI OH 45240

CREDITOR ID: 310044-39
SANDRA ANDREWS YEARY
104 BROOKSIDE LANE
PIEDMONT SC 29673

CREDITOR ID: 310045-39
SANDRA ANN MAGNER
131 LAKE DRIVE
ORLANDO FL 32835

CREDITOR ID: 310046-39
SANDRA ATKINS
5725 BRECKENRIDGE AVE
BATON  ROUGE LA 70805

CREDITOR ID: 310047-39
SANDRA B ELLIOTT
214 HAMMETT BRIDGE RD
GREER SC 29650

CREDITOR ID: 310048-39
SANDRA BARTLEY
8841 BARCELONA PLAZA
WESTMINSTER CA 92683

CREDITOR ID: 310049-39
SANDRA BLAKE WELBANKE
1310 S 14TH ST
LANTANA FL 33462

CREDITOR ID: 310050-39
SANDRA C ARBAUGH
130 VINEYARD BLVD
SUMMERVILLE SC 29483

CREDITOR ID: 310051-39
SANDRA C ARBAUGH CUST FOR
HARLEY LAUREN ARBAUGH UNDER
THE SC UNIFORM GIFTS TO
MINORS ACT
130 VINEYARD BLVD
SUMMERVILLE SC 29483

CREDITOR ID: 310052-39
SANDRA C DAVIS
PO BOX 2331
ELIZABETH  CITY NC 27906

CREDITOR ID: 310053-39
SANDRA C GRIFFIN
33477 CHRISTANNA HWY
BLACKSTONE VA 23824

CREDITOR ID: 310054-39
SANDRA C KELLEY
1718 EVANS DR
CLEARWATER FL 34619

CREDITOR ID: 310055-39
SANDRA C TAYLOR
1329 CLOVER ST
MANDEVILLE LA 70448

CREDITOR ID: 310056-39
SANDRA CARDWELL FARRINGTON
506 W ACADEMY STREET
MADISON NC 27025

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                              CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310057-39<br>SANDRA CATHERINE KOWALESKI<br>10401 BOYNTON PLACE CIR<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 310058-39<br>SANDRA CHRISTINE LOPEZ<br>5645 STRAWBERRY LKS CIRCLE<br>LAKE WORTH FL 33463 | CREDITOR ID: 310059-39<br>SANDRA D BYRD<br>2231 LEELANAU AVE<br>READING OH 45215 |
| CREDITOR ID: 310060-39<br>SANDRA D GARZA<br>1013 WARDEN<br>BENBROOK TX 76126 | CREDITOR ID: 310061-39<br>SANDRA D GRAVES &<br>GEORGE H GRAVES JT TEN<br>1215 S SPRING GARDEN AVE<br>DELAND FL 32720-8477 | CREDITOR ID: 310062-39<br>SANDRA D MAHONEY<br>1686 ED RICKARD ROAD<br>LEXINGTON NC 27295 |
| CREDITOR ID: 310063-39<br>SANDRA D MITCHELL<br>609 DICKSONIA CIR<br>LEXINGTON KY 40517 | CREDITOR ID: 310064-39<br>SANDRA D PUMPHREY<br>PO BOX 1073<br>HAVANA FL 32333 | CREDITOR ID: 310065-39<br>SANDRA D SANDERS<br>PO BOX 206<br>WALDO FL 32694 |
| CREDITOR ID: 310066-39<br>SANDRA D STRICKLAND & STEVE<br>J STRICKLAND JT TEN<br>409 N 8TH AVENUE<br>WAUCHULA FL 33873 | CREDITOR ID: 310067-39<br>SANDRA D VELLNER & GLENN R<br>VELLNER JT TEN<br>8563 SANTALIA AVE<br>JACKSONVILLE FL 32211 | CREDITOR ID: 310068-39<br>SANDRA DAVIS STEPHENS<br>PO BOX 2100<br>PEACHTREE CITY GA 30269 |
| CREDITOR ID: 310069-39<br>SANDRA DENISE MONK<br>PO BOX 645<br>LAUREL HILL NC 28351 | CREDITOR ID: 310070-39<br>SANDRA DENISE TURNER & JOHN<br>P TURNER JR JT TEN<br>622 ROSEMARIE AVE<br>BRANDON FL 33511 | CREDITOR ID: 310071-39<br>SANDRA E BLACKBURN TOD<br>SHERRI D BLACKBURN SUBJECT TO<br>STA TOD RULES<br>350 S OLD GREENSBORO RD<br>THOMASVILLE NC 27360 |
| CREDITOR ID: 310072-39<br>SANDRA E BUCK<br>PO BOX 3667<br>LAKE CITY FL 32056 | CREDITOR ID: 310073-39<br>SANDRA E CABALLERO<br>3781 S W 27TH LANE<br>MIAMI FL 33134 | CREDITOR ID: 310074-39<br>SANDRA E DOUGLAS<br>2142 CHESTNUT OAKS RD<br>POWHATAN VA 23139 |
| CREDITOR ID: 310075-39<br>SANDRA E ELLSMORE<br>29924 SW 150 CT<br>HOMESTEAD FL 33033 | CREDITOR ID: 310076-39<br>SANDRA E MCKNIGHT<br>240 MELBA AVE NW<br>PALM BAY FL 32907 | CREDITOR ID: 310077-39<br>SANDRA E MONTAVON<br>600 N BOUNDARY AVE APT 101B<br>DELAND FL 32720 |
| CREDITOR ID: 310078-39<br>SANDRA E OATES<br>1018 SAN ANTONIO STREET<br>LONGVIEW TX 75602 | CREDITOR ID: 310079-39<br>SANDRA ELLEN SORRELL<br>9330 COTTON PATCH LANE<br>MILTON FL 32583 | CREDITOR ID: 310080-39<br>SANDRA F MCCLAIN & JAMES T<br>MCCLAIN JT TEN<br>153 PIONEER DR<br>WOODSTOCK GA 30188 |
| CREDITOR ID: 310081-39<br>SANDRA F SWIFT<br>1385 WEST ST RD 434<br>LONGWOOD FL 32750 | CREDITOR ID: 310082-39<br>SANDRA FAY JONES<br>7915 LANCIA ST<br>JACKSONVILLE FL 32244 | CREDITOR ID: 310083-39<br>SANDRA FISHER<br>5613 DUVAL ST<br>PENSACOLA FL 32503 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

CREDITOR ID: 310084-39
SANDRA G ADAMS
10250 SW 102 TERR
MIAMI FL 33176

CREDITOR ID: 310085-39
SANDRA G HERBERT
1012 BUTTERCUP LN
ORLANDO FL 32825

CREDITOR ID: 310086-39
SANDRA G SWANSON
1259 SERISSA CT
ORLANDO FL 32818

CREDITOR ID: 310087-39
SANDRA G SWANSON & KENT J
SWANSON JT TEN
1259 SERISSA CT
ORLANDO FL 32818

CREDITOR ID: 310088-39
SANDRA GAIL FOX
7225 KNOWLES RD
POLK  CITY FL 33868

CREDITOR ID: 310089-39
SANDRA GARLAND
175 SPARKY RD
JOHNSON  CITY TN 37601

CREDITOR ID: 310090-39
SANDRA H GAMMON
1588 HUTSON RD
DRY  FORK VA 24549

CREDITOR ID: 310091-39
SANDRA H HOKE
1285 LAURA LANE
NICEVILLE FL 32578

CREDITOR ID: 310092-39
SANDRA H TALLMAN
10960 BEACH BLVD LOT 588
JACKSONVILLE FL 32216

CREDITOR ID: 310093-39
SANDRA HIGH & TIMOTHY HIGH
JT TEN
380 JOHN GORDON PL
CARROLLTON GA 30116

CREDITOR ID: 310094-39
SANDRA HOFFMAN
112 MUSCADINE DRIVE
MAULDIN SC 29662

CREDITOR ID: 310095-39
SANDRA HOMAN
444 S HULL ST
MONTGOMERY AL 36104

CREDITOR ID: 310096-39
SANDRA HORN
2010 WELLS LANDING RD
DANVILLE KY 40422

CREDITOR ID: 310097-39
SANDRA HOSKINS HILTZ
280 STURGES RD
FAIRFIELD CT 06430

CREDITOR ID: 310098-39
SANDRA HOWARD
3567 HERSCHEL ST
JACKSONVILLE FL 32205

CREDITOR ID: 310099-39
SANDRA I CARDONA
5921 WASHINGTON ST APT 117
HOLLYWOOD FL 33023

CREDITOR ID: 310100-39
SANDRA J BUTLER
CO WILLMA SCARBROUGH
PO BOX 141
KEYSTONE  HEIGHTS FL 32656

CREDITOR ID: 310101-39
SANDRA J GHELARDUCCI
4543 MESA VERDE DR
ST  CLOUD FL 34769

CREDITOR ID: 310102-39
SANDRA J GHELARDUCCI & LEO H
GHELARDUCCI JT TEN
4543 MESA VERDE DR
ST  CLOUD FL 34769

CREDITOR ID: 310103-39
SANDRA J HOVEY & G H HOVEY
JT TEN
700 NE RIDGE LOOP
MADISON FL 32340

CREDITOR ID: 310104-39
SANDRA J INGRAM
2301 W E JEFFCOAT RD
PELION SC 29123

CREDITOR ID: 310105-39
SANDRA J KETTLER
611 MAGNOLIA DR
JENNINGS LA 70546

CREDITOR ID: 310106-39
SANDRA J LEARY CUST FOR
CHRISTOPHER J LEARY UNDER THE
TN UNIFORM TRANSFERS TO
MINORS ACT
325 DELAWARE AVE
DAYTON TN 37321

CREDITOR ID: 310107-39
SANDRA J NULF
2260 MARINER BLVD
SPRING  HILL FL 34609

CREDITOR ID: 310108-39
SANDRA J SAMMONS
116 CARDINAL RD
ST  AUGUSTINE FL 32086

CREDITOR ID: 310109-39
SANDRA J SIMS
1202 MAPLE ST
HENDERSONVILLE NC 28792

CREDITOR ID: 310110-39
SANDRA J WHATLEY
P O BOX 71542
NEWNAN GA 30271

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310111-39<br>SANDRA J WOOD<br>10632 EVENINGWOOD CT<br>NEW PORT RICHEY FL 34655 | CREDITOR ID: 310113-39<br>SANDRA JEAN DATES CUST<br>JOSHUA CLAYTON DATES UND<br>UNIF GIFT MIN ACT FL<br>1101 CHEETAH TRL<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 310114-39<br>SANDRA JEAN DATES CUST FOR<br>SHAWN DAVID DATES<br>U/T/FL/G/T/M/A<br>1101 CHEETAH TRAIL<br>WINTER SPRINGS FL 32708 |
| CREDITOR ID: 310115-39<br>SANDRA JOHNS BICE<br>58 TEN COAT LANE<br>SHELTON CT 06484 | CREDITOR ID: 310116-39<br>SANDRA K COUTTS<br>314 GIBBS AVE SW<br>NEW PHILADELPHIA OH 44663 | CREDITOR ID: 310117-39<br>SANDRA K DODGE<br>ATTN SANDRAY KAY GAYDOS<br>869 MADELINE AVE<br>PORT ORANGE FL 32119 |
| CREDITOR ID: 310118-39<br>SANDRA K ENGLISH & SAMUEL J<br>ENGLISH JT TEN<br>72749 BRIAR TER<br>PIEDMONT OH 43983 | CREDITOR ID: 310119-39<br>SANDRA K HOLLOWAY & ROGER L<br>HOLLOWAY JT TEN<br>7252 FORT DADE AVE<br>BROOKSVILLE FL 34601 | CREDITOR ID: 310120-39<br>SANDRA K HYATT<br>2805 SEVIERVILLE RD<br>MARYVILLE TN 37804 |
| CREDITOR ID: 310122-39<br>SANDRA K JOHNSON<br>1701 FOXWOOD DR<br>GARNER NC 27529 | CREDITOR ID: 310123-39<br>SANDRA K PERRON & JOSEPH D<br>PERRON JT TEN<br>2370 DOLPHIN AVENUE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 310124-39<br>SANDRA K ROBERTS<br>1103 TIMBER OAK DR<br>LOUISVILLE KY 40223 |
| CREDITOR ID: 310125-39<br>SANDRA K VALENTINE<br>6937 CLOWERS DR<br>KNOXVILLE TN 37924 | CREDITOR ID: 310126-39<br>SANDRA K WELCOME<br>12455 SE 142ND AVE<br>P O BOX 1457<br>OCKLAWAHA FL 32183 | CREDITOR ID: 310127-39<br>SANDRA K WILLIAMS<br>5444 WHITMAN AVE<br>FORT WORTH TX 76133 |
| CREDITOR ID: 310128-39<br>SANDRA K WINTZ<br>1656 19TH PL SW<br>VERO BEACH FL 32962 | CREDITOR ID: 310129-39<br>SANDRA KAY BALISE<br>6939 SYLVAN WOODS DR<br>SANFORD FL 32771 | CREDITOR ID: 310130-39<br>SANDRA KAY JONES<br>14325 HIGHGROVE RD<br>BROOKSVILLE FL 34609 |
| CREDITOR ID: 310131-39<br>SANDRA KAYE GRIFFIN<br>PO BOX 394<br>FORT MILL SC 29716 | CREDITOR ID: 310132-39<br>SANDRA KAYE NORMAND<br>PO BOX 920<br>WELAKA FL 32193 | CREDITOR ID: 310133-39<br>SANDRA L ARNOTT<br>110 WOODSPUR ROAD<br>IRMO SC 29063 |
| CREDITOR ID: 310134-39<br>SANDRA L BRADBURY<br>5866 92ND TER N<br>PINELLAS PARK FL 33782 | CREDITOR ID: 310135-39<br>SANDRA L CARTER<br>500 S CHAFFEE RD APT 107<br>JACKSONVILLE FL 32221 | CREDITOR ID: 310136-39<br>SANDRA L EVERETT<br>9 BERTHA WILSON RD<br>BLANCH NC 27212 |
| CREDITOR ID: 310137-39<br>SANDRA L GOODWIN<br>5570 -118TH STREET<br>JACKSONVILLE FL 32244 | CREDITOR ID: 310138-39<br>SANDRA L GREER<br>715 E COAST AVE #B<br>LANTANA FL 33462 | CREDITOR ID: 310139-39<br>SANDRA L MCDANIEL<br>821 CRAIG AVE<br>SALEM VA 24153 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 310140-39
SANDRA L MCGUIRE
906 EASTWOOD DR
BRANDON FL 33511

CREDITOR ID: 310141-39
SANDRA L MOLLEMA CUST
DANIELLE MOLLEMA UNDER MI
UNIF GIFTS TO MINORS ACT
929 146TH ST
WAYLAND MI 49348

CREDITOR ID: 310142-39
SANDRA L MORENO
5310 QUEEN CT
LAKE  DALLAS TX 75065

CREDITOR ID: 310143-39
SANDRA L O BRYANT CUST
AMANDA L O BRYANT UND UNIF
GIFT MIN ACT SC
RR 2
GREER SC 29651

CREDITOR ID: 310144-39
SANDRA L OBRYANT CUST
CHRISTOPHER M OBRYANT UND
UNIF GIFT MIN ACT SC
3944 JORDAN RD
GREER SC 29651

CREDITOR ID: 310145-39
SANDRA L OXLEY
732 RIDGEWOOD CLUB DR
MELBOURNE FL 32934

CREDITOR ID: 310146-39
SANDRA L RAFELD & KEITH V
RAFELD JT TEN
126 BUNKER RD
ROTUNDA  WEST FL 33947

CREDITOR ID: 310147-39
SANDRA L RIEMER
590 BUFORD AVE
ORANGE  CITY FL 32763

CREDITOR ID: 310148-39
SANDRA L TAYLOR
811 39TH ST
WEST PALM  BEACH FL 33407

CREDITOR ID: 310149-39
SANDRA L THOMPSON
172 MIDNITE LN
ABBEVILLE SC 29620

CREDITOR ID: 310150-39
SANDRA L W EAKES
4067 BRIAR PATCH LANE
TYNER NC 27980

CREDITOR ID: 310151-39
SANDRA L WATKINS
107 STAPLEFORD PARK DR
GREENVILLE SC 29607

CREDITOR ID: 310152-39
SANDRA L WYNN
4067 BRIAR PATCH LANE
TYNER NC 27980

CREDITOR ID: 310153-39
SANDRA LAZAR
1342 LONE OAK RD LOT 3
GROVETOWN GA 30813

CREDITOR ID: 310154-39
SANDRA LEE JUHAN & JAMES K
JUHAN JT TEN
6583 BIG STONE DR
JACKSONVILLE FL 32244

CREDITOR ID: 310155-39
SANDRA LEE OLSON
1241 TWELVE MILE RD
NEW  RICHMOND OH 45157

CREDITOR ID: 310156-39
SANDRA LEE WARREN & JOHN D
WARREN JT TEN
2112 CLEMSON RD
JACKSONVILLE FL 32217

CREDITOR ID: 310157-39
SANDRA LINKER
7229 HEATHERLY SQ
LOUISVILLE KY 40242

CREDITOR ID: 310158-39
SANDRA LYNN PAYTAS
809 HIGH POINT DR
DAYTONA  BEACH FL 32127

CREDITOR ID: 310159-39
SANDRA LYNNE GIGUERE
3422 KY HWY 1284 E
CYNTHIANA KY 41031

CREDITOR ID: 310160-39
SANDRA M COMPTON
LOT 23
3800 BROAD STR EXT
SUMTER SC 29154

CREDITOR ID: 310161-39
SANDRA M DEVISE
3680 GROVEDALE PLACE
CINCINNATI OH 45208

CREDITOR ID: 310162-39
SANDRA M DILLION & WILLIAM L
DILLION JT TEN
7180 THOMPSON RD
PO BOX 689
GOSHEN OH 45122

CREDITOR ID: 310163-39
SANDRA M GRAY
6108 LOWERGATE DR
WAXHAW NC 28173

CREDITOR ID: 310164-39
SANDRA M LOWN
17291 NORTH EAST 28TH ST
WILISTON FL 32696

CREDITOR ID: 310166-39
SANDRA M MAHOSKY
2904 W PEARL AV WE
TAMPA FL 33611

CREDITOR ID: 310167-39
SANDRA M MURDIE
2825 BEAL ST
DELTONA FL 32738

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310168-39<br>SANDRA M PARRAS BREWER<br>PO BOX 1645<br>SNELLVILLE GA 30278 | CREDITOR ID: 310169-39<br>SANDRA M VICK<br>709 OBERLIN DR<br>CLEARWATER FL 33765 | CREDITOR ID: 310170-39<br>SANDRA MCLEOD & CALVIN<br>MCLEOD JT TEN<br>7015 GATOR BONE RD<br>KEYSTONE  HEIGHTS FL 32656 |
| CREDITOR ID: 310171-39<br>SANDRA MEADOWS & KEITH<br>MEADOWS JT TEN<br>213 MN MEADOWS LANE<br>OCHLOCKNEE GA 31773 | CREDITOR ID: 310172-39<br>SANDRA MUNN SNIPES<br>2324 SANDY LN<br>MEBANE NC 27302 | CREDITOR ID: 310173-39<br>SANDRA O DOOLITTLE<br>7051 CYPRESS BRIDGE DR S<br>PONTE  VEDRA  BEACH FL 32082 |
| CREDITOR ID: 310174-39<br>SANDRA P THOELKE & CARY W<br>THOELKE JT TEN<br>2617 NE 12TH AVE<br>POMPANO  BEACH FL 33064 | CREDITOR ID: 310175-39<br>SANDRA PIERCE<br>1212 EGYPT RD<br>BLUFF  CITY TN 37618 | CREDITOR ID: 310176-39<br>SANDRA QUIST<br>2 BOBCAT SPUR LN<br>HENDERSONVILLE NC 28792 |
| CREDITOR ID: 310177-39<br>SANDRA R BROWN<br>3706 E 38TH AVE<br>TAMPA FL 33610 | CREDITOR ID: 310178-39<br>SANDRA R COLLINS<br>555 NC HIGHWAY 55W<br>NEW  BERN NC 28560 | CREDITOR ID: 310179-39<br>SANDRA R GASPARD<br>1712 KILDARE ST<br>NEW IBERIA LA 70563 |
| CREDITOR ID: 310180-39<br>SANDRA R HOLMAN<br>PO BOX 247<br>GRANITE  FALLS NC 28630 | CREDITOR ID: 310181-39<br>SANDRA R ROSS & GREGORY N<br>ROSS JT TEN<br>2820 RAVINES RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 310182-39<br>SANDRA R WHEELER & LARRY<br>WHEELER JT TEN<br>3917 MCGARY DR<br>CINCINNATI OH 45245 |
| CREDITOR ID: 310183-39<br>SANDRA S BOSSOM<br>13213 DEPEN ST<br>GONZALES LA 70737 | CREDITOR ID: 310184-39<br>SANDRA S FLETCHER<br>600 N 14TH ST<br>QUINCY FL 32351 | CREDITOR ID: 310185-39<br>SANDRA S HUNGLER & DONALD<br>ARTHUR HUNGLER JR JT TEN<br>19631 NW 57TH CT<br>HIALEAH FL 33015 |
| CREDITOR ID: 310186-39<br>SANDRA S KELLEY<br>P O BOX 417<br>MONTGOMERY LA 71454 | CREDITOR ID: 310187-39<br>SANDRA S MARSIGLIA<br>41468 E I-55 SERV RD<br>HAMMOND LA 70403 | CREDITOR ID: 310188-39<br>SANDRA S MARSIGLIA & VINCENT<br>J MARSIGILA TEN COM<br>41468 E I55 SERV RD<br>HAMMOND LA 70403 |
| CREDITOR ID: 310189-39<br>SANDRA S MCDONALD<br>109A PRINCESS LN<br>STATESBORO GA 30461 | CREDITOR ID: 310190-39<br>SANDRA S MCINTYRE & EDWARD H<br>MCINTYRE JT TEN<br>5240 TWO NOTCH RD<br>LEESVILLE SC 29070 | CREDITOR ID: 310191-39<br>SANDRA S MILLER<br>2454 MT HERMON HEIGHTS<br>HUDSON NC 28638 |
| CREDITOR ID: 310192-39<br>SANDRA S POUNCEY<br>625 MIDDLEBURG LOOP<br>NEW  SMYRNA  BEACH FL 32168 | CREDITOR ID: 310193-39<br>SANDRA S SCHIFERL<br>3253 DEBORAH LANE<br>CINCINNATI OH 45239 | CREDITOR ID: 310194-39<br>SANDRA SHERRETT & HOWARD C<br>SHERRETT SR JT TEN<br>654 DEERFIELD<br>HARRISON OH 45030 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310195-39<br>SANDRA SWITZER<br>3128 SCHUBERT AVE<br>CINCINNATI OH 45213 | CREDITOR ID: 310196-39<br>SANDRA TAYLOR<br>5507 LONG BRANCH RD<br>JACKSONVILLE FL 32234 | CREDITOR ID: 310197-39<br>SANDRA TAYLOR CUST DYLAN<br>MICHAEL RYAN TAYLOR<br>5507 LONGBRANCH RD<br>JACKSONVILLE FL 32234 |
| CREDITOR ID: 310198-39<br>SANDRA TAYLOR CUST JUSTIN<br>DAVID EVAN TAYLOR<br>5507 LONGBRANCH RD<br>JACKSONVILLE FL 32234 | CREDITOR ID: 310199-39<br>SANDRA U SMITH<br>507 N MOORE ST<br>SANFORD NC 27330 | CREDITOR ID: 310200-39<br>SANDRA V MCNEAL<br>10660 SW 68 TERRACE<br>OCALA FL 34476 |
| CREDITOR ID: 310201-39<br>SANDRA VALCHER<br>9654 WINDSWEPT<br>HOUSTON TX 77063 | CREDITOR ID: 310202-39<br>SANDRA W COLLINS & LESTER M<br>COLLINS JT TEN<br>191 DARRELL DAVIS RD<br>BURLINGTON NC 27217 | CREDITOR ID: 310203-39<br>SANDRA W LEIGH<br>395 WESTHAVEN DR<br>PLYMOUTH NC 27962 |
| CREDITOR ID: 310204-39<br>SANDRA W LYNN & SCOTT LYNN<br>JT TEN<br>1975 HWY 81 N<br>OXFORD GA 30267 | CREDITOR ID: 310205-39<br>SANDRA W SPIVEY<br>460 PINEVALLEY BOX DR 40<br>ROANOKE AL 36274 | CREDITOR ID: 310206-39<br>SANDRA WATSON KIMBEL<br>13180 N 102ND PL<br>SCOTTSDALE AZ 85260 |
| CREDITOR ID: 310207-39<br>SANDRA WHITELEY<br>RR 1 BOX 501<br>BRADY TX 76825 | CREDITOR ID: 310208-39<br>SANDRA WILLIAMS DICKERSON<br>PO BOX 799<br>YORK SC 29745 | CREDITOR ID: 310210-39<br>SANDUSCO INC<br>ATTN HARRY SINGER PRES<br>11012 AURORA HUDSON RD<br>STREETSBORO OH 44241 |
| CREDITOR ID: 310211-39<br>SANDY A LERSCH<br>2208 KING ALPINES COURT<br>WINTER  PARK FL 32792 | CREDITOR ID: 310212-39<br>SANDY DUGGER & STEVE DUGGER<br>JT TEN<br>2210 LOBROOK LN<br>AMELIA OH 45102 | CREDITOR ID: 310213-39<br>SANDY HOWARD<br>226 DAVIS AVE<br>LANCASTER KY 40444 |
| CREDITOR ID: 310214-39<br>SANDY K WORKMAN<br>828 WATERFORD RD<br>MT  WASHINGTON KY 40047 | CREDITOR ID: 310215-39<br>SANDY L WILLIAMS<br>12351 SW OVERSTREET AVE<br>LAMONT FL 32336 | CREDITOR ID: 310216-39<br>SANDY M BAUCOM<br>4555 KERNERSVILLE RD<br>KERNERSVILLE NC 27284 |
| CREDITOR ID: 310217-39<br>SANDY REYNOLDS<br>P O BOX 847<br>RHOME TX 76078 | CREDITOR ID: 310218-39<br>SANDY STYRON<br>PO BOX 143<br>PINE  LEVEL NC 27568 | CREDITOR ID: 310219-39<br>SANDY VORNHAGEN & CHARLES<br>VORNHAGEN JT TEN<br>16156 COLONIAL DRIVE<br>WILLIAMSBURG OH 45176 |
| CREDITOR ID: 310220-39<br>SANDY WHATLEY<br>11768 SAWGRASS CT<br>FAYETTEVILLE GA 30215 | CREDITOR ID: 310221-39<br>SANFORD CARROLL KIRKUS<br>120 STEGALL CIRCLE<br>GREENVILLE SC 29611 | CREDITOR ID: 310222-39<br>SANFORD GOODMAN CUST DAVID P<br>GOODMAN U/G/M/A/NY<br>5956 PINE TREE DRIVE<br>MIAMI  BEACH FL 33140 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310223-39<br>SANTIAGO GONZALEZ &<br>MARGARITA G GONZALEZ JT TEN<br>9071 NW 193 TERRACE<br>MIAMI FL 33015 | CREDITOR ID: 310224-39<br>SANTIAGO HERNANDEZ<br>1690 PARDEE RD<br>AVON  PARK FL 33825 | CREDITOR ID: 310225-39<br>SANTIAGO M LOMILLO<br>1772 NW 91ST AVE<br>PLANTATION FL 33322 |
| CREDITOR ID: 310226-39<br>SANTIAGO RODRIGUEZ<br>3265 NE 17TH AVE<br>OCALA FL 34479 | CREDITOR ID: 310227-39<br>SANTORIA KING<br>1910 HONEYSUCKLE RD APT 229E<br>DOTHAN AL 36305 | CREDITOR ID: 310228-39<br>SARA A BURNETTE<br>3939 COLEBROOK RD<br>CHARLOTTE NC 28215 |
| CREDITOR ID: 310229-39<br>SARA A HARDEE<br>10551 NW 66TH AVE<br>CHIEFLAND FL 32626 | CREDITOR ID: 310230-39<br>SARA B SMITH<br>PO BOX 108<br>GRAND  BLANC MI 48439 | CREDITOR ID: 310231-39<br>SARA BAKER<br>PO BOX 3263<br>VALDEZ AK 99686 |
| CREDITOR ID: 310232-39<br>SARA BUSBEE<br>1010 FT MASON DR<br>EUSTIS FL 32726 | CREDITOR ID: 310233-39<br>SARA C KWAKENAT<br>100 ELIZABETH ST<br>APT 117<br>DULUTH MN 55803 | CREDITOR ID: 310234-39<br>SARA C WATSON<br>RR 2 BOX 285C<br>GEORGETOWN GA 31754 |
| CREDITOR ID: 310235-39<br>SARA CHIKOVSKY & FRED<br>CHIKOVSKY TEN ENT<br>6028 LILAC RD<br>BOCA  RATON FL 33496 | CREDITOR ID: 310236-39<br>SARA CREASMAN HEFNER<br>93 DOGWOOD GROVE<br>ASHEVILLE NC 28805 | CREDITOR ID: 310237-39<br>SARA CUNNINGHAM<br>1216 PALMETTO ROAD<br>EUSTIS FL 32726 |
| CREDITOR ID: 310238-39<br>SARA D LOWELL & BERNARD L<br>LOWELL JT TEN<br>104 COACHLIGHT AVE<br>N  FT  MYERS FL 33917 | CREDITOR ID: 310239-39<br>SARA D MOORE<br>251 CUDDLE COVE<br>WALHALLA SC 29691 | CREDITOR ID: 310240-39<br>SARA DODSON & WILLIAM DODSON<br>JT TEN<br>P O BOX 163<br>LEESBURG NJ 08327 |
| CREDITOR ID: 310241-39<br>SARA E SETZER<br>125 OUTING CLUB RD<br>AIKEN SC 29801 | CREDITOR ID: 310242-39<br>SARA ELISABETH DIGIUSTO<br>59 SHOREWOOD DR<br>ASHEVILLE NC 28804 | CREDITOR ID: 310243-39<br>SARA ELIZABETH COPE<br>1204 AMAZON DR<br>KISSIMMEE FL 34759 |
| CREDITOR ID: 310244-39<br>SARA ELIZABETH DAMPMAN<br>9225 W FISHBOWL DR<br>HOMOSASSA FL 34448 | CREDITOR ID: 310246-39<br>SARA F FAULKENBERRY<br>211 S MATSON ST<br>KERSHAW SC 29067 | CREDITOR ID: 310247-39<br>SARA F FERGUSON<br>6 HILLCREST<br>GREAT  FALLS SC 29055 |
| CREDITOR ID: 310248-39<br>SARA F MORBACH<br>1615 SW 84 AVE<br>MIAMI FL 33155 | CREDITOR ID: 310249-39<br>SARA F YOUNG<br>1895 CHEROKEE RD<br>WINTERVILLE GA 30683 | CREDITOR ID: 310250-39<br>SARA G MECHE<br>P O BOX 563<br>RAYNE LA 70578 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310251-39<br>SARA GOLDEN SKARDON<br>317 WOODLAND WAY<br>CLEMSON SC 29631 | CREDITOR ID: 310252-39<br>SARA GRACE SHELNUTT<br>3034 CHAPEL HILL RD<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 310253-39<br>SARA H FRALEIGH<br>PO BOX 268<br>MADISON FL 32340 |
| CREDITOR ID: 310254-39<br>SARA H HUGHES & JOHN B HUGHES<br>TRUSTEES U-A DTD<br>03-05-01 JOHN B HUGHES SR &<br>SARA H HUGHES LIVING TRUST<br>967 ARROWHEAD DRIVE<br>ROCK HILL SC 29730 | CREDITOR ID: 310255-39<br>SARA J SLATER<br>1260 RIVERMONT DR<br>MELBOURNE FL 32935 | CREDITOR ID: 310256-39<br>SARA J WRIGHT<br>3188 GRASS FARM RD<br>EQUALITY AL 36026 |
| CREDITOR ID: 310257-39<br>SARA JOY OSTEEN<br>BOX 47213<br>JACKSONVILLE FL 32247-7213 | CREDITOR ID: 310258-39<br>SARA L HAYNER<br>285 BRIAR BAY CIR<br>ORLANDO FL 32825 | CREDITOR ID: 310259-39<br>SARA L O'NEAL & CAROLYN<br>WICHMANN JT TEN<br>429 PINCREST DR<br>MIAMI SPRINGS FL 33166 |
| CREDITOR ID: 310260-39<br>SARA LIGON HUTCHESON<br>213 BEECHWOOD DR<br>SPARTANBURG SC 29307 | CREDITOR ID: 310261-39<br>SARA M TRYAN<br>129 LAKE EAGLE DR<br>THOMASVILLE GA 31792 | CREDITOR ID: 310262-39<br>SARA MARQUEZ<br>7697 NW 179 ST<br>MIAMI FL 33015 |
| CREDITOR ID: 310263-39<br>SARA N MILLER<br>3212 FELLOWSHIP RD<br>BASKING RIDGE NJ 07920 | CREDITOR ID: 310264-39<br>SARA NELL GRAN<br>2307 GORHAM AVE<br>FORT MYERS FL 33907 | CREDITOR ID: 310265-39<br>SARA ONEAL & JAMES F ONEAL<br>JT TEN<br>429 PINECREST DR<br>MIAMI SPRINGS FL 33166 |
| CREDITOR ID: 310266-39<br>SARA P E RANDALL<br>313 RIVER WALK DR<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 310267-39<br>SARA P E RANDALL CUST<br>CLARICE TOWNSEND RANDALL<br>UNDER CA UNIFORM TRANSFERS<br>TO MINORS ACT<br>313 RIVERWALK DR<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 310269-39<br>SARA P WILLHOIT<br>7861 W NICHOLS AVE<br>LITTLETON CO 80123 |
| CREDITOR ID: 310270-39<br>SARA REEVES<br>418 COFFEE ST E<br>TALLADEGA AL 35160 | CREDITOR ID: 310271-39<br>SARA ROBIN CULPEPPER<br>10340 HAMLET GLEN DR 1125<br>JACKSONVILLE FL 32221 | CREDITOR ID: 310272-39<br>SARA TILLERY JOHNSON<br>#705<br>4343 WARM SPRING RD<br>COLUMBUS GA 31909 |
| CREDITOR ID: 310273-39<br>SARA TUCKER ZUBER<br>ONE KING ARTHUR COURT<br>CASSELBERRY FL 32707 | CREDITOR ID: 310274-39<br>SARA V PRICKETT<br>RR 1 BOX 23<br>MC RAE GA 31055 | CREDITOR ID: 310275-39<br>SARA W EDMONDSON<br>1219 MOUNTAIN RD<br>ASHEBORO NC 27203 |
| CREDITOR ID: 310276-39<br>SARAH A BUCHANAN<br>RR 1 BOX 273A<br>GREENVILLE FL 32331 | CREDITOR ID: 310277-39<br>SARAH A COTE<br>1882 BARCELONA DR<br>DUNEDIN FL 34698 | CREDITOR ID: 310278-39<br>SARAH A HEETER & KENTON A<br>HEETER JT TEN<br>26 PIRATES DR PO BOX 2254<br>KEY LARGO FL 33037 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310279-39<br>SARAH A HOLLAND<br>2703 PINE VALLEY RD<br>ALBANY GA 31707 | CREDITOR ID: 310280-39<br>SARAH A MASTERSON<br>12801 STATE HWY 94<br>GRADY AL 36036 | CREDITOR ID: 310281-39<br>SARAH A STONE<br>5211 LAKEWOOD ROAD<br>SEBRING FL 33872 |
| CREDITOR ID: 310282-39<br>SARAH A WALES<br>601 OCEAN 14<br>1301 S 1ST ST<br>JACKSONVILLE  BEACH FL 32250 | CREDITOR ID: 310283-39<br>SARAH ALICE FRYER<br>102 N WARD ST<br>QUINCY FL 32351 | CREDITOR ID: 310284-39<br>SARAH ANN BENNETT<br>4368 COLEMAN RD S<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 310285-39<br>SARAH ANN WILSON<br>59 CRAWFORD TERRACE<br>MARION NC 28752 | CREDITOR ID: 310286-39<br>SARAH ANN WRIGHT<br>228 MCKINLEY DR<br>PENSACOLA FL 32505 | CREDITOR ID: 310287-39<br>SARAH B PALMER<br>26 POINSETTIA DR<br>DELAND FL 32724 |
| CREDITOR ID: 310288-39<br>SARAH BARNES<br>14330 SW 268 ST<br>NARANJA FL 33032 | CREDITOR ID: 310289-39<br>SARAH BETH POWERS & JAMES<br>PHILLIP POWERS JT TEN<br>669 CHERRY GROVE ROAD<br>ORANGE  PARK FL 32073 | CREDITOR ID: 310290-39<br>SARAH C WALLACE<br>2617 CRYSTAL CT<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 310291-39<br>SARAH CARLSON<br>2027 SEABREEZE ST<br>THOUSAND  OAKS CA 91320 | CREDITOR ID: 310292-39<br>SARAH CASHIN WILHELM<br>102 BERRY ST<br>CLEMSON SC 29631 | CREDITOR ID: 310293-39<br>SARAH CATHERINE NANNEY<br>212 N WASHINGTON ST<br>RUTHERFORDTON NC 28139 |
| CREDITOR ID: 310294-39<br>SARAH COLBERT SHAW<br>5600 SCOUT ISLAND CIRCLE<br>AUSTIN TX 78731 | CREDITOR ID: 310295-39<br>SARAH D WILLIE<br>23616 SOUTHPOINT DR<br>DENHAM  SPGS LA 70726 | CREDITOR ID: 310296-39<br>SARAH E BEASLEY<br>5011 OAK DR<br>VALDOSTA GA 31605 |
| CREDITOR ID: 310297-39<br>SARAH E CHESTER<br>8330 CALENTO ST<br>JACKSONVILLE FL 32211 | CREDITOR ID: 310298-39<br>SARAH E HEATON & LLOYD W<br>HEATON JT TEN<br>504 LAKEVIEW ST<br>BRISTOL TN 37620 | CREDITOR ID: 310299-39<br>SARAH E STOLLBERG<br>3656 ARALIA CT<br>WEST  PALM  BEACH FL 33406 |
| CREDITOR ID: 310300-39<br>SARAH F HORNE<br>3728 SUNNYSIDE SCHOOL ROAD<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 310301-39<br>SARAH F MORROW<br>P O BOX 3344<br>LA  GRANGE GA 30241 | CREDITOR ID: 310302-39<br>SARAH FRANCES PHILLIPS<br>970 COMET CIR<br>FAYETTEVILLE NC 28314 |
| CREDITOR ID: 310303-39<br>SARAH G BROOME<br>2603 BLOCK ST<br>TALLAHASSEE FL 32304 | CREDITOR ID: 310304-39<br>SARAH H ALLEN<br>3515 VESTA DR<br>RALEIGH NC 27603 | CREDITOR ID: 310305-39<br>SARAH H ALLEN & HERERT M<br>ALLEN JT TEN<br>3515 VESTA DR<br>RALEIGH NC 27603 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 310306-39
SARAH H BOX TRUSTEE U-A DTD
03-12-98 THE SARAH H BOX
REVOCABLE LIVING TRUST
6211 AUTLAN DR
JACKSONVILLE FL 32210

CREDITOR ID: 310307-39
SARAH HALL
3800 NORTH RD
N  FORT  MYERS FL 33917

CREDITOR ID: 310308-39
SARAH J BARNES
928 SANBORN STREET
ROCK  HILL SC 29730

CREDITOR ID: 310309-39
SARAH J HAGUE
BOX 889  ELLISON ROAD
BALDWIN FL 32234

CREDITOR ID: 310310-39
SARAH J HAGUE & LONNIE N
ANDERSON JT TEN
BOX 1132  ELLISON ROAD
BALDWIN FL 32234

CREDITOR ID: 310311-39
SARAH J ROSS
433 BROOKEDGE ST NE
PALM  BAY FL 32907

CREDITOR ID: 310312-39
SARAH J SAGUL
2308 WALTER SMITH RD
AZLE TX 76020

CREDITOR ID: 310313-39
SARAH J SUMASKY
1351 LEISURE AVE
ARCADIA FL 33821

CREDITOR ID: 310315-39
SARAH JO BRELAND
2842 AFFIRMED CT
GREEN  COVE  SPRINGS FL 32043

CREDITOR ID: 310316-39
SARAH JUNE FOSTER & CHARLES
STANLEY FOSTER JT TEN
129 N MORGAN DR
GRIFFIN GA 30223

CREDITOR ID: 310317-39
SARAH K BOUTWELL
2045 JORDAN RD
FLOMATON AL 36441

CREDITOR ID: 310318-39
SARAH L BARNETT
2001 NEW BRUCE RD
GREER SC 29651

CREDITOR ID: 310319-39
SARAH L HONOR
PO BOX 44
BOUTTE LA 70039

CREDITOR ID: 310320-39
SARAH L LEBOEUF & RAYMOND P
LEBOEUF JT TEN
15545 LEISURE DR
HOMESTEAD FL 33033

CREDITOR ID: 310321-39
SARAH L PATRICK CUST FOR
MIRANDA F PATRICK UNDER
MO TRANSFERS TO MINORS LAW
550 GREENEST
PEARIDGE AR 72751

CREDITOR ID: 310322-39
SARAH L SEABOCK
#7
2433 1ST ST NW
HICKORY NC 28601

CREDITOR ID: 310323-39
SARAH L WILLIAMS
918 GARFIELD STREET
JACKSONVILLE FL 32209

CREDITOR ID: 310324-39
SARAH LEIGH MEREDITH
3034 FERMANAGH DR
TALLAHASSEE FL 32309

CREDITOR ID: 310325-39
SARAH LOU BAISDEN
306 CENTRAL AVE
LOGAN WV 25601

CREDITOR ID: 310326-39
SARAH LOUIE
635 E 12TH ST APT 10-E
NEW  YORK NY 10009

CREDITOR ID: 310327-39
SARAH M BETANCOURT
3253 SW GOLDEN LANE
PALM  CITY FL 34990

CREDITOR ID: 310328-39
SARAH N POOLE & HOWARD A
POOLE JT TEN
22425 EASTERN VALLEY RD
MC  CALLA AL 35111

CREDITOR ID: 310329-39
SARAH N SCOTT TOD JAMES A
SCOTT SUBJECT TO STA TOD
RULES
P O BOX 112
GRACEVILLE FL 32440

CREDITOR ID: 310330-39
SARAH O WHITMIRE
PO BOX 19252
JACKSONVILLE FL 32245

CREDITOR ID: 310331-39
SARAH P AMBLER
61 PONSBURY RD
MOUNT  PLEASANT SC 29464

CREDITOR ID: 310332-39
SARAH P MOORE
902 JUDY LN
VALDOSTA GA 31601

CREDITOR ID: 310333-39
SARAH R EARLY
21 SAGEWOOD DR
ROME GA 30161

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                     **CASE:   05-03817-3F1**

CREDITOR ID: 310334-39
SARAH R MCASSEY
121 MAIN ST
BOISE ID 83702

CREDITOR ID: 310335-39
SARAH RHODES
11 CLIFFSIDE LANE
GREENVILLE SC 29605

CREDITOR ID: 310336-39
SARAH ROWELL
8373 OAK HURST RD
SEMINOLE FL 33776

CREDITOR ID: 310337-39
SARAH V B LORD
1921 TRAVERS CIR
LAWRENCEVILLE GA 30244

CREDITOR ID: 310338-39
SARAH VERHART & HELEN V
KENNARD & JOHN C DURHAM &
JERRY H DURHAM JT TEN
4531 NW 69TH ST  #19
COCONUT  CREEK FL 33073

CREDITOR ID: 310339-39
SARAH W HARRISON
PO BOX 1669
FERRIDAY LA 71334

CREDITOR ID: 310340-39
SARAH WALLIN
119 MERRILL DR
NEWPORT NC 28570

CREDITOR ID: 310342-39
SARAH WILLIAMS
937 JACKSON RD
JACKSONVILLE FL 32225

CREDITOR ID: 310341-39
SARAH WILLIAMS
4553 HOPEWELL RD
COLLEGE  PARK GA 30337

CREDITOR ID: 310343-39
SARAH WOOD
235 COUNTRY CIRCLE DR E
DAYTONA  BEACH FL 32128

CREDITOR ID: 310344-39
SARASWATHY ITHIKATT
724 ROOSEVELT AVE
VIRGINIA  BEACH VA 23452

CREDITOR ID: 310345-39
SARIM TEK BOU
201 SOUTH CAMDEN
BRELKENRIDGE TX 76424

CREDITOR ID: 300882-39
SATMARIA, LOUIS A.
4345 ANDOVER CAY BLVD
ORLANDO FL 32825

CREDITOR ID: 310346-39
SATURINO LUERAS & EVA LUERAS
JT TEN
841 LOMA HERMOSA DR NW
ALBUQUERQUE NM 87105

CREDITOR ID: 310347-39
SATURNINO J ALVAREZ & HILDA
ALVAREZ JT TEN
209 BIG TREE RD
DAYTONA  BEACH FL 32119

CREDITOR ID: 310348-39
SATURNINO JOE ALVAREZ
209 BIG TREE RD
DAYTONA  BEACH FL 32119

CREDITOR ID: 310349-39
SATWINDER K SINGH
8450 LAGOS DE COMPO BLVD #307
TAMARAC FL 33321

CREDITOR ID: 310350-39
SAUL EICHNER &
BELLA EICHNER JT TEN
2800 PINE ISL RD BL 62 AP 207
SUNRISE FL 33322

CREDITOR ID: 310351-39
SAUNDRA HOWARD
3567 HERSCHEL ST
JACKSONVILLE FL 32205

CREDITOR ID: 310352-39
SAUNDRA HOWARD CUST SARAH
HOWARD UNDER THE UNIF TRAN
MIN ACT FL
3567 HERSCHEL ST
JACKSONVILLE FL 32205

CREDITOR ID: 310353-39
SAUNDRA J CONSTANT & JOSEPH
H CONSTANT JT TEN
13525 DANSVILLE DR
PINEVILLE NC 28134

CREDITOR ID: 310354-39
SAUNDRA KAYE SILVA
110 DUNKIRK LANE
BRUNSWICK GA 31523

CREDITOR ID: 310355-39
SAUNDRA L JONES
6185 DEMAGGIO ROAD
JACKSONVILLE FL 32244

CREDITOR ID: 310356-39
SAUNDRA LEWIS JOLLY
4209 40TH AVE N
BIRMINGHAM AL 35217

CREDITOR ID: 310357-39
SAUNDRA MARIA PRICE
PO BOX 94
LACOMBE LA 70445

CREDITOR ID: 287486-39
SAYLOR, REBECCA L (MINOR)
C/O DIANE M SAYLOR CUST
150 KEY PALM RD
BOCA  RATON FL 33432

CREDITOR ID: 310359-39
SCARLETT C SPENCER & GREG W
SPENCER JT TEN
137 BRENTWOOD DR
WILMINGTON NC 28401

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310360-39<br>SCARLETT G WILSON & SHERRILL<br>WILSON JT TEN<br>492 NEWPORT DRIVE<br>ORANGE  PARK FL 32073 | CREDITOR ID: 310361-39<br>SCARLETT R SNIDER<br>124 PAULINE DRIVE<br>LEXINGTON NC 27295 | CREDITOR ID: 280492-39<br>SCARPETTI, ANGELO & LORETTA, JT TEN<br>4884 SHELL STREAM BLVD<br>NEW  PORT  RICHEY FL 34652 |
| CREDITOR ID: 310362-39<br>SCHAWANDA FAYE BAILEY<br>PO BOX 1537<br>LULING LA 70070 | CREDITOR ID: 304892-39<br>SCHEER, LORI S (MINOR)<br>C/O NED C SCHEER CUST<br>17500 SW 93 AVENUE<br>MIAMI FL 33157 | CREDITOR ID: 310363-39<br>SCHERER & CO<br>PO BOX 43069<br>PROVIDENCE RI 02940 |
| CREDITOR ID: 310364-39<br>SCHERYL A JOHNSON<br>7102 GEORGES RD<br>FT  PIERCE FL 34951 | CREDITOR ID: 289951-39<br>SCHOLZ, EVELYN & JOHN E JT TEN<br>21 GROSBEAK LN<br>NAPLES FL 33961 | CREDITOR ID: 279587-39<br>SCHOUEST, ADAM A JR<br>169 GARDEN RD<br>RIVER  RIDGE LA 70123 |
| CREDITOR ID: 280669-39<br>SCHULER, ANNA J & PAUL J, JT TEN<br>2825 CARTER RD UNIT 73<br>SUMTER SC 29150 | CREDITOR ID: 280645-39<br>SCINOCCA, ANN & WILLIAM, JT TEN<br>32 DIANA DRIVE<br>DOWNSVIEW  ON M3M 2W4<br>CANADA | CREDITOR ID: 310365-39<br>SCOT A VANPELT<br>3949 VALLEY BROOK RD<br>SHELLVILLE GA 30278 |
| CREDITOR ID: 310366-39<br>SCOT HEISSENBERG<br>1951 NE 28 COURT<br>LIGHTHOUSE  POINT FL 33064 | CREDITOR ID: 310367-39<br>SCOTT A BRANNON<br>126 MUSCAT CT<br>WATKINSVILLE GA 30677 | CREDITOR ID: 310368-39<br>SCOTT A HARDING<br>416 HIDDEN LAKES LN<br>BRUNSWICK GA 31525 |
| CREDITOR ID: 310369-39<br>SCOTT A MATTHIES<br>500 S OXALIS AVE<br>ORLANDO FL 32807 | CREDITOR ID: 310371-39<br>SCOTT A MORRIS<br>PO BOX 15226<br>WEST  PALM  BEACH FL 33416 | CREDITOR ID: 310372-39<br>SCOTT A OKO & LYNN G OKO<br>JT TEN<br>824 BUCKEYE LANE W<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 310373-39<br>SCOTT A SCHONEFELD<br>2705 MARY ANN DRIVE<br>SULPHUR LA 70663 | CREDITOR ID: 310374-39<br>SCOTT A SELLERS & JULIE M<br>SELLERS JT TEN<br>6383 OXFORD-MILFORD RD<br>OXFORD OH 45056 | CREDITOR ID: 310375-39<br>SCOTT A THOMAS<br>1820 BALTZER RD<br>WETUMPKA AL 36092 |
| CREDITOR ID: 310376-39<br>SCOTT A TURNER & JEAN F<br>TURNER JT TEN<br>1313 KINGSBURY COURT<br>POWDER  SPRINGS GA 30127 | CREDITOR ID: 310377-39<br>SCOTT A TYREE<br>224 SUTTON PL<br>LEXINGTON KY 40504 | CREDITOR ID: 310378-39<br>SCOTT A WHITE & CHRISTINA L<br>WHITE JT TEN<br>695 RANDON TER<br>LAKE  MARY FL 32746 |
| CREDITOR ID: 310379-39<br>SCOTT A WILDER<br>4327 SNOWCREST LN<br>RALEIGH NC 27616 | CREDITOR ID: 310380-39<br>SCOTT ALAN ZACKAL<br>6226 EAGLEBROOK AVE<br>TAMPA FL 33625 | CREDITOR ID: 310381-39<br>SCOTT ANTHONY FETNER<br>2475 COUNTY ROAD 44<br>MOUNDVILLE AL 35474 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:  WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 310382-39
SCOTT B MCCOY
PO BOX 23671
NEW ORLEANS LA 70183

CREDITOR ID: 310383-39
SCOTT C BROWN
6199 EWING BLVD
ARLINGTON TN 38002

CREDITOR ID: 310384-39
SCOTT C HILL
5716 37TH ST N
ST PETERSBURG FL 33714

CREDITOR ID: 310385-39
SCOTT C OLSEN
8861 SW 142ND AVE APT 9-31
MIAMI FL 33186

CREDITOR ID: 310386-39
SCOTT CARTER
1114 WEST HACKBERRY ST
CLIFTON TX 76634

CREDITOR ID: 310387-39
SCOTT D DIONNE
22409 CATHERINE AVE
PORT CHARLOTTE FL 33952

CREDITOR ID: 310388-39
SCOTT D FLOWER
201 E 87TH ST #21P
NEW YORK NY 10128

CREDITOR ID: 310389-39
SCOTT D HUMPHREY
33749 E LAKE JOANNA
EUSTIS FL 32736

CREDITOR ID: 310390-39
SCOTT D MARKEL
7237 CHERRY PASS RD
OCALA FL 34472

CREDITOR ID: 310391-39
SCOTT DAVID BAIRNSFATHER
1912 GREEN ACRES RD
METAIRIE LA 70003

CREDITOR ID: 310392-39
SCOTT DWAIN WILSON
262 SCHWAN LN
WACO TX 76712

CREDITOR ID: 310393-39
SCOTT E BELSLEY TTEE U-A DTD
02-23-89 BBB TRUST
1924 DREW ST
RICHARDSON TX 75085

CREDITOR ID: 310394-39
SCOTT E BIVENS
3341 MORGANTON RD
MARYVILLE TN 37801

CREDITOR ID: 310397-39
SCOTT E SHUFORD CUST FOR
WILLIAM RONALD SHUFORD UNDER
THE GA UNIFORM TRANSFERS TO
MINORS ACT
4484 HEATHFIELD TRACE
SUWANEE GA 30024

CREDITOR ID: 310396-39
SCOTT E SHUFORD CUST FOR
ELIZABETH ANN SHUFORD UNDER
THE GA UNIFORM TRANSFERS TO
MINORS ACT
4484 HEATHFIELD TRACE
SUWANEE GA 30024

CREDITOR ID: 310395-39
SCOTT E SHUFORD CUST FOR
ANDREW EMERSON SHUFORD UNDER
THE GA UNIFORM TRANSFERS TO
MINORS ACT
4484 HEATHFIELD TRCE
SUWANEE GA 30024

CREDITOR ID: 310398-39
SCOTT F MIELE
4879 LAKE RIDGE RD
ORLANDO FL 32808

CREDITOR ID: 310399-39
SCOTT FULFORD
5938 SE MITZI LANE
STUART FL 34997

CREDITOR ID: 310400-39
SCOTT H POHLMEYER
4386 HOBBLE RD
CINCINNATI OH 45247

CREDITOR ID: 310401-39
SCOTT H POHLMEYER &
ELIZABETH M POHLMEYER JT TEN
4386 HOBBLE RD
CINCINNATI OH 45247

CREDITOR ID: 310402-39
SCOTT H SCHWINGEL
5001 SW 20TH ST 5804
OCALA FL 34474

CREDITOR ID: 310404-39
SCOTT HORNE
107 SNOWY OWL DRIVE
SILVER SPRING MD 20901

CREDITOR ID: 310405-39
SCOTT IRA WORMAN
204 BROAD ST
JACKSONVILLE FL 32202

CREDITOR ID: 310406-39
SCOTT J HAYDEL
210 IBERIA ST # A
NEW IBERIA LA 70560

CREDITOR ID: 310407-39
SCOTT J LENGLE CUST FOR
OLIVIA LEIGH LENGLE UNDER THE
OH UNIFORM TRANSFERS TO
MINORS ACT
7436 BRANDSHIRE LN
DUBLIN OH 43017

CREDITOR ID: 310409-39
SCOTT J PELLETIER
729 CIRCLE DR
NEW BERN NC 28562

CREDITOR ID: 310410-39
SCOTT J RICHARD
812 AVE B
MARRERO LA 70072

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310411-39<br>SCOTT J SCHEXNAYDER<br>158 W SECOND ST<br>RESERVE LA 70084 | CREDITOR ID: 310412-39<br>SCOTT J WILLIAMS<br>12201 GLENSHIRE DR<br>RIVERVIEW FL 33569 | CREDITOR ID: 310413-39<br>SCOTT K GREEN & CYNTHIA E<br>GREEN JT TEN<br>5116 SUNNYDALE CIR NORTH<br>SARASOTA FL 34233 |
| CREDITOR ID: 310414-39<br>SCOTT K PERRY<br>8171 E CR 48<br>CENTER  HILL FL 33514 | CREDITOR ID: 310415-39<br>SCOTT K PIERCY<br>123 TYLER CT<br>SPARTANBURG SC 29301 | CREDITOR ID: 310416-39<br>SCOTT KASS & RENEE KASS<br>JT TEN<br>7940 RUTH CT<br>WESTCHESTER OH 45069 |
| CREDITOR ID: 310417-39<br>SCOTT KIBBEE<br>1110 HAMMARCHER AVENUE SW<br>PALM  BAY FL 32908 | CREDITOR ID: 310419-39<br>SCOTT L BROOKS<br>837 PERSONS RD<br>WETUMPKA AL 36092 | CREDITOR ID: 310420-39<br>SCOTT L HURLBURT & KATHLEEN<br>U HURLBURT JT TEN<br>8960 E. 3RD STREET<br>TUCSON AZ 85710 |
| CREDITOR ID: 310421-39<br>SCOTT L LAJEUNESSE<br>34632 LAPLACE COURT<br>EUSTIS FL 32736 | CREDITOR ID: 310422-39<br>SCOTT M BATES<br>493 S/E WOODS EDGE TRAIL<br>STUART FL 34997 | CREDITOR ID: 310423-39<br>SCOTT M BENDER<br>8341 WRENS WAY<br>LARGO FL 33773 |
| CREDITOR ID: 310424-39<br>SCOTT M DAVIS<br>215 MT AIRY DRIVE<br>WAVERLY  HALL GA 31831 | CREDITOR ID: 310425-39<br>SCOTT M RINEHART CUST<br>MELANIE F RINEHART UNIF TRAN<br>MIN ACT FL<br>5900 KINT YRE CT NW<br>CONCORD NC 28027 | CREDITOR ID: 310426-39<br>SCOTT M RINEHART CUST MORGAN<br>S RINEHART UNIF TRAN MIN ACT FL<br>5900 KINT YRE CT NW<br>CONCORD NC 28027 |
| CREDITOR ID: 310427-39<br>SCOTT M WILLIAMS CUST<br>MATTHEW R WILLIAMS UNIF TRAN<br>MIN ACT TX<br>P O BOX 1674<br>BRENHAMS TX 77834 | CREDITOR ID: 310428-39<br>SCOTT M WILLIAMS SR<br>PO BOX 1674<br>BRENHAM TX 77834 | CREDITOR ID: 310431-39<br>SCOTT M WILLIAMS SR CUST<br>SCOTT M WILLIAMS JR UNIF<br>TRAN MIN ACT TX<br>P O BOX 1674<br>BRENHAMS TX 77834 |
| CREDITOR ID: 310430-39<br>SCOTT M WILLIAMS SR CUST<br>ANDREW C WILLIAMS UNIF TRAN<br>MIN ACT TX<br>P O BOX 1674<br>BRENHAMS TX 77834 | CREDITOR ID: 310429-39<br>SCOTT M WILLIAMS SR CUST<br>ALLISON M WILLIAMS UNIF TRAN<br>MIN ACT TX<br>P O BOX 1674<br>BRENHAMS TX 77834 | CREDITOR ID: 310432-39<br>SCOTT MAY<br>3435 ROSTAN LANE<br>LAKE  WORTH FL 33461 |
| CREDITOR ID: 310433-39<br>SCOTT MCNULTY<br>8114 SPRING HILL DR<br>SPRING  HILL FL 34606 | CREDITOR ID: 310434-39<br>SCOTT MITCHELL PATRONIS<br>2041 STEEPLECHASE CT<br>JACKSONVILLE NC 28540 | CREDITOR ID: 310435-39<br>SCOTT MULLIGAN<br>P O BOX  1584<br>FLAGLER  BEACH FL 32136 |
| CREDITOR ID: 310436-39<br>SCOTT P STEPHENS<br>12 HORSESHOE LN<br>SAINT  ROSE LA 70087 | CREDITOR ID: 310437-39<br>SCOTT PETTER CUSTODIAN FOR<br>LINDSEY PETTER UNDER THE<br>AR UNIFORM TRANSFERS TO<br>MINORS ACT<br>68 COUNTY RD 278<br>EUREKE APRING PR | CREDITOR ID: 310438-39<br>SCOTT PHILLIP HURD<br>820 LEDBETTER RD<br>MAYODAN NC 27027 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                      **CASE:** 05-03817-3F1

CREDITOR ID: 310439-39
SCOTT Q CARTER &
LINDA CARTER TEN ENT
28536 TUPPER RD
WESLEY  CHAPEL FL 33544-4300

CREDITOR ID: 310440-39
SCOTT R BUB & KATHRYN R BUB
JT TEN
94 WEST LANSDOWNE CT
THE  WOODLANDS TX 77382

CREDITOR ID: 310441-39
SCOTT R GRIFFIN
222 PINE LEVEL CHURCH RD
FITZGERALD GA 31750

CREDITOR ID: 310443-39
SCOTT R THORPE
2462 LORRIE DR
MARIETTA GA 30066

CREDITOR ID: 310444-39
SCOTT RICHARDS
21012 CORNELL AVE
PT  CHARLOTTE FL 33952

CREDITOR ID: 310445-39
SCOTT RUBACK
PO BOX 771616
CORAL  SPRINGS FL 33077

CREDITOR ID: 310446-39
SCOTT S EDMONDS
635 CRESANT RIDGE RD EAST
TUSCALOOSA AL 35404

CREDITOR ID: 310447-39
SCOTT S SANDERBECK
4472 HUNTINGTON POINTE
VALDOSTA GA 31602

CREDITOR ID: 310448-39
SCOTT S SANDERBECK & JULIE S
SANDERBECK JT TEN
4472 HUNTINGTON POINTE
VALDOSTA GA 31602

CREDITOR ID: 310449-39
SCOTT SEAN SEAL
10153 N LANGDON RD
DUNNELLON FL 34434

CREDITOR ID: 310450-39
SCOTT SPARKS
954 MONTCLAIR AVE
ROCKINGHAM NC 28379

CREDITOR ID: 310451-39
SCOTT STURM & CHRISTA STURM
JT TEN
PSC 41 BOX 4277
APO AE 09464

CREDITOR ID: 310452-39
SCOTT SUHOR
6186 SHAWNEE ST
KILN MS 39556

CREDITOR ID: 310453-39
SCOTT TIMOTHY HOOPER
425 SUNSET DR
WINSTON  SALEM NC 27107

CREDITOR ID: 310454-39
SCOTT VASSILOU
10374 BOCAENTRADA BLVD
BOCA  RATON FL 33428

CREDITOR ID: 310455-39
SCOTT W SCHULLY
124 INCARNATE WORD DR
KENNER LA 70065

CREDITOR ID: 310456-39
SCOTT W STRONCEK & KATHRYN M
STRONCEK JT TEN
20882 SPRINGS TERR
BOCA  RATON FL 33428

CREDITOR ID: 310457-39
SCOTT W WAND
134 CANNON AVE
GOOSE  CREEK SC 29445

CREDITOR ID: 310458-39
SCOTT W WARLICK
1146 HOWARDS CREEK MILL ROAD
VALE NC 28168

CREDITOR ID: 310459-39
SCOTT WAYNE SHARPE
2074 PRESCOTT WA
SPRING  HILL TN 37174

CREDITOR ID: 310460-39
SCOTT WILLIAM LYNCH
12 N HENDRY AVE
FORT  MEADE FL 33841

CREDITOR ID: 310461-39
SCOTT WILLIAM SAMPLE
112 E FLEMING FARM DR
YOUNGSVILLE NC 27596

CREDITOR ID: 310462-39
SCOTT WITTMAN
4004 GILMORE ST
JACKSONVILLE FL 32205

CREDITOR ID: 310463-39
SCOTTIE JOHN HEBERT
5013 RENIE DR
ERATH LA 70533

CREDITOR ID: 310464-39
SCOTTIE W JONES & DWIGHT B
JONES JT TEN
2105 CHANTICLEER ST
ROCK  HILL SC 29732

CREDITOR ID: 310465-39
SCOTTOLOGY FOUNDATION
445 NORA COURT
WALNUT  CREEK CA 94596

CREDITOR ID: 310466-39
SCOTTY J MCGINN
5009 CLAUDE VIATOR RD
NEW  IBERIA LA 70560

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 310467-39
SEADALIA B WEAVER
5059 COUNTY RD 144
WILDWOOD FL 34785

CREDITOR ID: 310469-39
SEAN BURNS
11308 WESTON POINTE DR APT 201
BRANDON FL 33511

CREDITOR ID: 310470-39
SEAN C BAGWELL
1728 WINWAY DRIVE
RALEIGH NC 27610

CREDITOR ID: 310471-39
SEAN C ZIMMERMAN
APT 206
8214 PRINCETON SQUARE BLVD E
JACKSONVILLE FL 32256

CREDITOR ID: 310472-39
SEAN D HILL
1155 ROUNDTABLE DR
CASSELBERRY FL 32707

CREDITOR ID: 310474-39
SEAN ENGLISH &
ANNEMARIE ENGLISH JT TEN
4010 WILLIAM CLARK TRAIL
MONROE NC 28110

CREDITOR ID: 310475-39
SEAN G REIMOLD
325 CHAMBERLAIN DR
LEXINGTON KY 40517

CREDITOR ID: 310476-39
SEAN HEATH ALBRECHT
475 COUNTY RD 3265
CLIFTON TX 76634

CREDITOR ID: 310477-39
SEAN KENNEDY
7540 PINEWALK DR S
MARGATE FL 33063

CREDITOR ID: 310478-39
SEAN KEVIN NEILLAND II
1219 51ST AVE E LOT 130
BRADENTON FL 34203

CREDITOR ID: 310479-39
SEAN M DOLLE
6801 SPOURTLAND DR
LOUISVILLE KY 40228

CREDITOR ID: 310481-39
SEAN M MCDONOUGH & SANDRA L
MURPHY JT TEN
13 D STREET
NATICK MA 01760

CREDITOR ID: 310482-39
SEAN M WATSON
3030 WOODLAND CT
MILLBROOK AL 36054

CREDITOR ID: 310483-39
SEAN MCMEEL
576 N YONGE ST
ORMOND  BEACH FL 32174

CREDITOR ID: 310484-39
SEAN MICHAEL FORGIT
335 MALCOLM AVE
SPRING  HILL FL 34606

CREDITOR ID: 310485-39
SEAN P HARRIS & SANDY L
HARRIS JT TEN
154 SQUIRE LN LOT 16A
MYRTLE  BCH SC 29575

CREDITOR ID: 310486-39
SEAN P KENAN
4600 BOOMER RD
CINCINNATI OH 45247

CREDITOR ID: 310487-39
SEAN PETER LOUVIERE
543 MONTMARTRE ST
MANDEVILLE LA 70448

CREDITOR ID: 310488-39
SEAN R OBANNON
901 WHIPPOORWILL ROW
WEST  PALM  BEACH FL 33411

CREDITOR ID: 310489-39
SEAN W NAVARRE
1135 SE WALDEN BV
PALM  BAY FL 32909

CREDITOR ID: 310490-39
SEBASTIAN J CAROLLO
2031 NOBLETON AVE
SPRING  HILL FL 34608

CREDITOR ID: 279802-39
SEGLIE, ALDO & GENEVIEVE JT TEN
4429 AIRLIE WAY
ANNANDALE VA 22003

CREDITOR ID: 310491-39
SEGUNDO S GARCIA
1231 S W 29 TERRACE
FT  LAUDERDALE FL 33312

CREDITOR ID: 279755-39
SEISER, ALBERT J & CATHERINE JT TEN
6860 NW 62ND STREET RD
OCALA FL 34482

CREDITOR ID: 310492-39
SELENA A HICKS
8244 YOLANDA CT
JACKSONVILLE FL 32210

CREDITOR ID: 310493-39
SELENA KAY ADAIR
1016 KENMORE DR
BRADON FL 33510

CREDITOR ID: 310494-39
SELENER B MOSS
2277 BETHUNE CI
MORROW GA 30260

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310495-39<br>SELIM H SIWADY<br>5821 ANNUNCIATION ST<br>NEW ORLEANS LA 70115 | CREDITOR ID: 310496-39<br>SELINA J SMITH<br>925 AUSTIN ST SW<br>DECATUR AL 35601 | CREDITOR ID: 310497-39<br>SELINA L WILLIAMS<br>1109 APPLEGATE PL<br>LENOIR NC 28645 |
| CREDITOR ID: 310498-39<br>SELMA GORE CUST BENJAMIN<br>GORE U/G/M/A/NY<br>3 MANOR LN<br>WOODMERE NY 11598 | CREDITOR ID: 310499-39<br>SELMA LAJCHA<br>8007 THEOTA AVE<br>PARMA OH 44129 | CREDITOR ID: 310500-39<br>SELMA ROSEMAN TR U-A<br>10-24-94 THE|SELMA ROSEMAN|<br>REV TRUST TUSCANY B 104<br>DELRAY BEACH FL 33446 |
| CREDITOR ID: 310501-39<br>SELWYN LOUIS LAWRENCE<br>19767 ESTANCIA TER<br>ASHBURN VA 20147 | CREDITOR ID: 310502-39<br>SENA JOAN CORBETT<br>161 CRANES LAKE DRIVE<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 310503-39<br>SENNIE WILLIAMS<br>1353 SE 4TH AVE<br>ARCADIA FL 34266 |
| CREDITOR ID: 310504-39<br>SENOVIO FERNANDEZ<br>7550 NDCBU<br>TAOS NM 87571 | CREDITOR ID: 310505-39<br>SENOVIO FERNANDEZ & ROSALIND<br>FERNANDEZ JT TEN<br>7550 NDCBU<br>TAOS NM 87571 | CREDITOR ID: 310506-39<br>SENTAL M FOSTER<br>1 CRAVEN ST APT 7<br>GREENVILLE SC 29611 |
| CREDITOR ID: 310507-39<br>SEQUITTA MAPP WINGARD<br>514 TERRY DR<br>GRIFFIN GA 30223 | CREDITOR ID: 310508-39<br>SERAFINA R GOMEZ-CORTES<br>3536 NW 17TH ST<br>MIAMI FL 33125 | CREDITOR ID: 310509-39<br>SERBRINA BAKER<br>338 WASHINGTON STREET<br>TIFTON GA 31794 |
| CREDITOR ID: 310510-39<br>SERENA F BRADY<br>CARTER ACRES<br>240 SUBURBAN DR<br>MORRISTOWN TN 37814 | CREDITOR ID: 310511-39<br>SERENA SERIANNI<br>2448 MOON HARBOR WAY<br>MIDDLEBURG FL 32068 | CREDITOR ID: 310512-39<br>SERETHA C JOHNSOTON & CATHY<br>RENEE DWYER JT TEN<br>125 W TRADWINDS RD<br>WINTER SPRINGS FL 32708 |
| CREDITOR ID: 310513-39<br>SERGIO CABRERA<br>2633 SW 181 TERR<br>MIRAMAR FL 33029 | CREDITOR ID: 310514-39<br>SERGIO JARAMILLO<br>6630 SW 46 ST<br>MIAMI FL 33155 | CREDITOR ID: 310515-39<br>SERGIO P BENITEZ<br>2776 SW 137 PL<br>MIAMI FL 33175 |
| CREDITOR ID: 310516-39<br>SERGIO QUINTERO<br>1700 SW 19TH ST APT 18<br>MIAMI FL 33145 | CREDITOR ID: 310517-39<br>SERGIO VILLALOBOS &<br>EVANGELINA VILLALOBOS JT TEN<br>115 W 28 ST APT 16<br>HIALEAH FL 33010 | CREDITOR ID: 310518-39<br>SERVANDO AGUIRRE<br>6187 ALLEN ST<br>JUPITER FL 33458 |
| CREDITOR ID: 310520-39<br>SETH H MARTIN<br>1435 MEADOW ST<br>METAIRIE LA 70003 | CREDITOR ID: 310521-39<br>SETH L DOLAN<br>2612 RICARDO CT<br>LA VERNE CA 91750 | CREDITOR ID: 310522-39<br>SETH RYAN<br>PO BOX 574<br>SLIDELL LA 70459 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 310524-39
SEYMOUR M HORNE
107 SNOWY OWL DR
SILVER  SPRING MD 20901

CREDITOR ID: 310525-39
SEYMOUR M SMALHEISER
3441 LEXINGTON AVE
MOHEGAN  LAKE NY 10547-1278

CREDITOR ID: 310526-39
SHADY ORANGE & TESSIE ORANGE
JT TEN
509 N 1ST
NOLANVILLE TX 76559

CREDITOR ID: 310527-39
SHAFQAT ANWAR
1600 VILLAGE DRIVE
APT # 1426
EULESS TX 76039

CREDITOR ID: 310528-39
SHAKUNTLA SHARMA DUTTA
3403 CANYON RD
GRAND  PRAIRIE TX 75052

CREDITOR ID: 310529-39
SHALANDA JOHNSON
59477 JAVERY RD
SLIDELL LA 70460

CREDITOR ID: 310530-39
SHALANDA MARCA HOLLIS
2420 NW 168TH ST
MIAMI FL 33055

CREDITOR ID: 310531-39
SHALONDIA N WILLIAMS
110 LINCOLN ST
LAKE  PLACID FL 33852

CREDITOR ID: 310532-39
SHAMEEM MOHAMED
6740 SW 16 ST
MIAMI FL 33155

CREDITOR ID: 310533-39
SHAMIM ELHAI
10808 OAK GLEN CIR
ORLANDO FL 32817

CREDITOR ID: 310534-39
SHANDA M PRUGH
35025 RAINTREE DR
FRUITLAND  PK FL 34731

CREDITOR ID: 310535-39
SHANE A JUDICE
LOT 5
1010 JULIA ST
NEW  IBERIA LA 70560

CREDITOR ID: 310536-39
SHANE BOWEN
2743 HUNTCLUB LANE
ORLANDO FL 32826

CREDITOR ID: 310537-39
SHANE C DIGGS
6417 GLENDALE RD
LOUISVILLE KY 40291

CREDITOR ID: 310538-39
SHANE C GASQUE
LOT 30
5442 EVERETTE ST
MYRTLE  BEACH SC 29577

CREDITOR ID: 310539-39
SHANE C GATLIN
149 HARRIS FERRY
PINEVILLE LA 71360

CREDITOR ID: 310540-39
SHANE GARLETTS
9860 NW 24TH PL
SUNRISE FL 33322

CREDITOR ID: 310541-39
SHANE GUILLOT
1212 OLD OAKS DRIVE
WESTWEGO LA 70094

CREDITOR ID: 310542-39
SHANE K FORNEY & EILEEN M
FORNEY JT TEN
690 GREENHILL FARMS DRIVE
RUTHERFORDTON NC 28139

CREDITOR ID: 310543-39
SHANE L TURCOTTE
306 OLD TORY TRL
AIKEN SC 29801

CREDITOR ID: 310544-39
SHANE PALMER
6711 PERSIMMON RD
CLAYTON GA 30525

CREDITOR ID: 310545-39
SHANE R COX
1360 DUTCH ELM DRIVE
ALTAMONTE  SPRING FL 32714

CREDITOR ID: 310546-39
SHANE S STRUM
3500 N 53RD AVE
HOLLYWOOD FL 33021

CREDITOR ID: 310547-39
SHANNA BOLOTTE
27076 SHELBY BOOTY RD
MOUNT  HERMON LA 70450

CREDITOR ID: 310548-39
SHANNA E BELL
2 ALLEN DR
FT  WALTON  BCH FL 32547

CREDITOR ID: 310549-39
SHANNAN D WALKER
RT 2 BOX 164
LENOX GA 31637

CREDITOR ID: 310550-39
SHANNON ALBERT DANIEL
71177 SLOOPE PL
ABITA  SPRINGS LA 70420

SERVICE LIST
**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310551-39<br>SHANNON BURNS<br>3205 GALENE CT<br>LOUISVILLE KY 40299 | CREDITOR ID: 310552-39<br>SHANNON D BRADLEY<br>5421 COVINGTON HWY #1005<br>DECATUR GA 30035 | CREDITOR ID: 310553-39<br>SHANNON D SMITH<br>3559 NEW HOPE RD<br>POMARIA SC 29126 |
| CREDITOR ID: 310554-39<br>SHANNON DUNN<br>2535 CREEKVIEW DR<br>MARIETTA GA 30060 | CREDITOR ID: 310555-39<br>SHANNON G WILLIAMS<br>262 WILD MEADOWS DR<br>GASTON SC 29053 | CREDITOR ID: 310556-39<br>SHANNON GARNER COX<br>2924 BRADFORD WAY<br>MARYVILLE TN 37803 |
| CREDITOR ID: 310557-39<br>SHANNON GILLIS<br>103 CARMEL BAY DR<br>SANFORD FL 32771 | CREDITOR ID: 310558-39<br>SHANNON HALLMAN MERONEK<br>4294 MONTEREY DR<br>FLORENCE SC 29501 | CREDITOR ID: 310560-39<br>SHANNON HELMS & PEGGY HELMS<br>JT TEN<br>597 WEYBURN DR<br>CONCORD NC 28027 |
| CREDITOR ID: 310561-39<br>SHANNON J MENARD<br>3118 ROMERO RD<br>YOUNGSVILLE LA 70592 | CREDITOR ID: 310562-39<br>SHANNON KILLOUGH<br>4306 WHITE ACRES RD<br>MONTGOMERY AL 36106 | CREDITOR ID: 310563-39<br>SHANNON L HOLT<br>220 GUILFORD ST<br>DANVILLE VA 24540 |
| CREDITOR ID: 310564-39<br>SHANNON L OCONNOR<br>1228 S SAN REMO AVE<br>CLEARWATER FL 33756 | CREDITOR ID: 310565-39<br>SHANNON LEE INGWERSEN<br>8656 W FAIRWAY DR<br>BATON  ROUGE LA 70809 | CREDITOR ID: 310566-39<br>SHANNON LESLIE DONNELLY<br>200 WOOD DOCK RD<br>COLUMBIA SC 29223 |
| CREDITOR ID: 310567-39<br>SHANNON LOBELL<br>7933 FERRARA DR<br>HARAHAN LA 70123 | CREDITOR ID: 310568-39<br>SHANNON M GUINN<br>4917 INDIGO DRIVE NW<br>ALBUQUERQUE NM 87120 | CREDITOR ID: 310569-39<br>SHANNON M PARK<br>ATTN SHANNON M LOVELY<br>1406 PINEY BRANCH CIR<br>VALRICO FL 33594 |
| CREDITOR ID: 310570-39<br>SHANNON MORRISON<br>605 CHURCH ST<br>WILKESBORO NC 28697 | CREDITOR ID: 310571-39<br>SHANNON MULLER KNIGHT<br>102 WARNER DR<br>GUYTON GA 31312 | CREDITOR ID: 310572-39<br>SHANNON RENA SMITH BUSH<br>3312 BARREN RIVER CT<br>LEXINGTON KY 40515 |
| CREDITOR ID: 310573-39<br>SHANNON RUTH DELLINGER<br>1257 RIDGE RD<br>BOONE NC 28607 | CREDITOR ID: 310574-39<br>SHANNON SCOTT DISHMAN<br>PO BOX 1606<br>CONOVER NC 28613 | CREDITOR ID: 310575-39<br>SHANNON SMITH<br>401 GREENHILL DR<br>MARTINSVILLE VA 24112 |
| CREDITOR ID: 310576-39<br>SHANNON THOMPSON<br>633 CYPRESS DR<br>DIBERVILLE MS 39532 | CREDITOR ID: 310577-39<br>SHANNON W BUSH<br>400 VALLEY GREEN DR NE<br>ATLANTA GA 30342 | CREDITOR ID: 310578-39<br>SHANNON WAYNE GUIDRY<br>29860 JOE STAFFORD ST<br>WALKER LA 70785 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310579-39<br>SHANTI L MCLAUGHLIN<br>BOX 27<br>OLD OLDTOWN RD<br>SPRING  GAP MD 21560 | CREDITOR ID: 310580-39<br>SHARENE D WILSON<br>834 GARDENER RD<br>ROCKLEDGE FL 32955 | CREDITOR ID: 310581-39<br>SHARENE WILSON & RODNEY<br>WILSON JT TEN<br>834 GARDNER RD<br>ROCKLEDGE FL 32955 |
| CREDITOR ID: 310582-39<br>SHAREY E CAIRE<br>PO BOX 74<br>EDGARD LA 70049 | CREDITOR ID: 310583-39<br>SHARI L BARSAN<br>643 CHARLES PINCKNEY ST<br>ORANGE  PARK FL 32073 | CREDITOR ID: 310584-39<br>SHARI L COOK<br>4607 MANCHESTER RD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 310586-39<br>SHARI L YOUNGBLOOD CUST FOR<br>ALLEN FREL YOUNGBLOOD UNDER<br>THE NC UNIFORM TRANSFERS TO<br>MINORS ACT<br>P O BOX 152<br>HARKERS  IS NC 28531 | CREDITOR ID: 310585-39<br>SHARI L YOUNGBLOOD CUST FOR<br>AARON DUDLEY YOUNGBLOOD UNDER<br>THE NC UNIFORM TRANSFERS TO<br>MINORS ACT<br>P O BOX 152<br>HARKENS  ISLAND NC 28516 | CREDITOR ID: 310587-39<br>SHARIE C BERTHELOT<br>3404 PARK BLVD<br>CHALMETTE LA 70043 |
| CREDITOR ID: 310588-39<br>SHARLA JAMISON MARKS<br>101 SAGEFIELD SQ<br>CANTON MS 39046 | CREDITOR ID: 310589-39<br>SHARLENE ALONA MORBACH<br>ATTN SHARLENE MOORE<br>407 SCORPIO LN<br>ORANGE  PARK FL 32073 | CREDITOR ID: 310590-39<br>SHARLENE M MURPHY<br>RR 1 BOX 406 LOT 22<br>KEMPNER TX 76539 |
| CREDITOR ID: 310591-39<br>SHARLENE WATERS<br>5097 SW 82ND AVE<br>DAVIE FL 33328 | CREDITOR ID: 310592-39<br>SHARMA SMITHART<br>257 SW WINTHROP PLACE<br>FORT  WHITE FL 32038 | CREDITOR ID: 310593-39<br>SHARMON E MEIGS<br>155 PROVIDENT LN<br>MOBILE AL 36608 |
| CREDITOR ID: 310594-39<br>SHARON A AUSTIN<br>111 SW 97TH TERR<br>PEMBROKE  PINES FL 33025 | CREDITOR ID: 310595-39<br>SHARON A HARRIS<br>35 VALLEY DR<br>WINCHESTER KY 40391 | CREDITOR ID: 310596-39<br>SHARON A HATCHER<br>303 NW 35TH TER<br>GAINESVILLE FL 32607 |
| CREDITOR ID: 310597-39<br>SHARON A SKANK & JAMES A<br>SKANK JT TEN<br>24347 CR 561<br>ASTATULA FL 34705 | CREDITOR ID: 310598-39<br>SHARON ANN DILLEY CUST FOR<br>BARBARA ANNE DILLEY UNDER THE<br>CA UNIFORM TRANSFERS TO<br>MINORS ACT<br>2981 SAN FERNANDO DR<br>MINDEN NV 89423 | CREDITOR ID: 310599-39<br>SHARON ANN SHEW<br>6814 ERIK DRIVE<br>TRINITY NC 27370 |
| CREDITOR ID: 310600-39<br>SHARON B BATEY<br>6089 28TH TERRANCE NORTH<br>ST  PETERSBURG FL 33710 | CREDITOR ID: 310601-39<br>SHARON B GINN<br>3016 E MIDWAY RD<br>PLANT  CITY FL 33565 | CREDITOR ID: 310602-39<br>SHARON B GINN CUST LANCE A<br>GINN UNIF TRANS MIN ACT FL<br>3016 EAST MIDWAY RD<br>PLANT  CITY FL 33565 |
| CREDITOR ID: 310603-39<br>SHARON BARBARA COTO YOUNG<br>PO BOX 483<br>PINE  LAKE GA 30072 | CREDITOR ID: 310604-39<br>SHARON BEASLEY CUST JOHN<br>BEASLEY UNIF TRAN MIN ACT TX<br>13314 RED FERN LN<br>DALLAS TX 75240 | CREDITOR ID: 310605-39<br>SHARON BEHME & LUKE BEHME JT<br>TEN<br>17212 SEVEN HILLS LANE<br>CARLINVILLE IL 62626 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                   **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310606-39<br>SHARON BERRIOS<br>18000 NW 68TH AVE APT 107<br>MIAMI FL 33015 | CREDITOR ID: 310607-39<br>SHARON BORDERS<br>7062 WILDWOOD CIR APT 124<br>LOUISVILLE KY 40291 | CREDITOR ID: 310608-39<br>SHARON BROWN & MICHAEL BROWN<br>JT TEN<br>107 TILGHMAN DR<br>GOLDSBORO NC 27534 |
| CREDITOR ID: 310609-39<br>SHARON BROWNING & CARL<br>BROWNING JT TEN<br>30 APPLE LANE<br>CINCINNATI OH 45255 | CREDITOR ID: 310610-39<br>SHARON C MCFARLAND<br>HC 2 BOX 575<br>PLAINVIEW VA 23156 | CREDITOR ID: 310611-39<br>SHARON C MYERS<br>521 SAN MATEO RD LOT #4<br>SAN  MATEO FL 32187 |
| CREDITOR ID: 310612-39<br>SHARON C PATE<br>301 MILL BRANCH RD PO BX 97<br>SHARPSBURG NC 27878 | CREDITOR ID: 310613-39<br>SHARON C SUIT<br>161 LURA LN<br>MERRITT  ISLAND FL 32953 | CREDITOR ID: 310614-39<br>SHARON D ALLEN<br>85 COUNTY 179<br>PIEDMONT AL 36272 |
| CREDITOR ID: 310615-39<br>SHARON D BROWN<br>PO BOX 608<br>EASTOVER SC 29044 | CREDITOR ID: 310616-39<br>SHARON D CHADWICK<br>378 ORIOLE LN<br>SLIDELL LA 70458 | CREDITOR ID: 310617-39<br>SHARON D DYER<br>5333 TAYLOR<br>FORT  WORTH TX 76114 |
| CREDITOR ID: 310618-39<br>SHARON D FERRY CUST JENNIFER<br>ANN FERRY UNDER THE FL UNIF<br>TRAN MIN ACT<br>1054 LOST CREEK RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 310619-39<br>SHARON D FERRY CUST STEPHEN<br>FERRY UNDER THE FL UNIF TRAN<br>MIN ACT<br>1054 LOST CREEK RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 310620-39<br>SHARON D GEORGE<br>21023 DELAKE AVE<br>PORT  CHARLOTTE FL 33954 |
| CREDITOR ID: 310621-39<br>SHARON D HAWTHORNE<br>1231 BRYN MAWR<br>LAKE  WALES FL 33853 | CREDITOR ID: 310622-39<br>SHARON D HERNANDEZ<br>36320 PINEY RIDGE BLVD<br>FRUITLAND  PARK FL 34731 | CREDITOR ID: 310624-39<br>SHARON D LOWE CUST FOR<br>TIMOTHY M LOWE JR UNDER THE<br>LA UNIFORM TRANSFERS TO<br>MINORS ACT<br>10504 SALEM ST<br>RIVER  RIDGE LA 70123 |
| CREDITOR ID: 310623-39<br>SHARON D LOWE CUST FOR<br>CHRISTOPHER M LOWE UNDER THE<br>LA UNIFORM TRANSFERS TO<br>MINORS ACT<br>10504 SALEM ST<br>RIVER  RIDGE LA 70123 | CREDITOR ID: 310625-39<br>SHARON D MCGEE<br>3110 CHICKADEE RD<br>LOUISVILLE KY 40213 | CREDITOR ID: 310626-39<br>SHARON D MCKINNON<br>5040 CARRIAGE DR<br>LAKE  PARK GA 31636 |
| CREDITOR ID: 310627-39<br>SHARON D PINKARD & DANIEL G<br>PINKARD JT TEN<br>RR 1 BOX 1195<br>MADISON FL 32340 | CREDITOR ID: 310628-39<br>SHARON D TABBERT<br>2168 BARCELONA DR<br>CLEARWATER FL 34624 | CREDITOR ID: 310629-39<br>SHARON D THOMPSON<br>2204 HORACE WALTERS RD<br>RAEFORD NC 28376 |
| CREDITOR ID: 310630-39<br>SHARON DENISE HERNANDEZ &<br>WILLIAM HERNANDEZ JT TEN<br>36320 PINEY RIDGE BLVD<br>FRUITLAND  PARK FL 34731 | CREDITOR ID: 310631-39<br>SHARON DENISE MCGHEE<br>1740 NW 186TH STREET<br>OPA  LOCKA FL 33056 | CREDITOR ID: 310632-39<br>SHARON DENISE MENDENHALL<br>13629 HWY 41 S<br>FAIRMONT NC 28340 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 310633-39
SHARON DIANN RICKETTS
1305 15TH AVE N
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 310634-39
SHARON E MCNAMEE
C/O SHARON E PARKER
16534 69TH STREET NORTH
LOXAHATCHEE FL 33470

CREDITOR ID: 310635-39
SHARON E PARKER
16534 69TH STREET NORTH
LOXAHATCHEE FL 33470

CREDITOR ID: 310636-39
SHARON E RUSSELL
6434 OSPREY LAKE CIR
RIVERVIEW FL 33569

CREDITOR ID: 310637-39
SHARON E SEXTON
503 DUEL LN
JONESBOROUGH TN 37659

CREDITOR ID: 310638-39
SHARON ELAINE GILMORE
10022 SW 170 TERR
MIAMI FL 33157

CREDITOR ID: 310639-39
SHARON ELAINE KELLY
3543 SO URBANA-LISBON RD
SOUTH  CHARLESTON OH 45368

CREDITOR ID: 310640-39
SHARON G BROOKS & RONALD D
BROOKS JT TEN
322 WEST FRONT ST
LIBERTY SC 29657

CREDITOR ID: 310641-39
SHARON GAUTIER
1203 AVE A
WESTWEGO LA 70094

CREDITOR ID: 310642-39
SHARON GLENN
109 HIGH RIDGE DR
AZLE TX 76020

CREDITOR ID: 310643-39
SHARON GOODWIN
3350 HWY 293 N
PRICNETON KY 42445

CREDITOR ID: 310644-39
SHARON GUILLORY & KIRT
GUILLORY TEN COM
1019 MAYEAUXVILLE ROAD
VILLE  PLATTE LA 70586

CREDITOR ID: 310645-39
SHARON H AUSTIN & STEVEN W
AUSTIN JT TEN
19400 VARANDA LN
COLONIAL  HEIGHTS VA 23834

CREDITOR ID: 310646-39
SHARON H DODD
5652 E TORY POINTE
HIGHLANDS  RANCH CO 80130

CREDITOR ID: 310647-39
SHARON H EDWARDS
371 MURRAY RD
BOSTIC NC 28018

CREDITOR ID: 310648-39
SHARON H GREGORY
400 SANDY AVE
CHARLOTTE NC 28213

CREDITOR ID: 310649-39
SHARON HENRY
1709 W ORMSBY AVE
LOUISVILLE KY 40210

CREDITOR ID: 310650-39
SHARON J HEADY TRUSTEE U-A
DTD 11-14-97 THE|SHARON J
HEADY REVOCABLE TRUST
117 FLINT RIDGE ROAD
SHELBYVILLE KY 40065

CREDITOR ID: 310651-39
SHARON J MILNE
4622 IROQUOIS AVE
JACKSONVILLE FL 32210

CREDITOR ID: 310652-39
SHARON J NEWMAN
P O BOX 6372
CHESAPEAKE VA 23323

CREDITOR ID: 310653-39
SHARON J ROBINSON
12970 54TH ST N
WEST  PALM  BEACH FL 33411

CREDITOR ID: 310654-39
SHARON K BARICHELLO
1606 JOSEPH ST
STREATOR IL 61364

CREDITOR ID: 310655-39
SHARON K BOWEN
P O BOX 92916
HENDERSON NV 89009

CREDITOR ID: 310656-39
SHARON K BRADSHAW
8391 HWY 76 W
CLAYTON GA 30525

CREDITOR ID: 310657-39
SHARON K CALVO
15 THAYER STREET
SOUTH  DEERFIELD MA 01373

CREDITOR ID: 310658-39
SHARON K CARDINES
132 WILLOW OAK DR
WINCHESTER TN 37398

CREDITOR ID: 310659-39
SHARON K GAUTREAU
13133 S BRAXTON AVE
BATON  ROUGE LA 70817

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310660-39<br>SHARON K GRAMMER<br>22211 ROAN FOREST<br>SAN ANTONIO TX 78259 | CREDITOR ID: 310661-39<br>SHARON K HAYNES<br>6111 W THONOTOSASSA RD<br>PLANT CITY FL 33565 | CREDITOR ID: 310662-39<br>SHARON K HENDRICKS<br>8680 MARIETTA MEADOWS DR<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 310663-39<br>SHARON K HERSHEY & RAYMOND C<br>HERSHEY JT TEN<br>12526 DAVIS BLVD SE<br>FORT MYERS FL 33905 | CREDITOR ID: 310664-39<br>SHARON K MCLAUGHLIN<br>4904 VALLEY TRAIL<br>CONCORD NC 28025 | CREDITOR ID: 310665-39<br>SHARON K SHOOK<br>1208 BIG OAKS CT<br>LENOIR NC 28645 |
| CREDITOR ID: 310666-39<br>SHARON K VEACH<br>900 EAST MAIN<br>CASEY IL 62420 | CREDITOR ID: 310667-39<br>SHARON K WALLER<br>241 KINGSWOOD DR<br>TAYLORSVILLE KY 40071 | CREDITOR ID: 310669-39<br>SHARON KAY G ALSOBROOK CUST<br>WILLIAM NORRIS ALSOBROOK JR<br>UND UNIF GIFT MIN ACT AL<br>2550 SAMAR<br>MONTGOMERY AL 36106 |
| CREDITOR ID: 310668-39<br>SHARON KAY G ALSOBROOK CUST<br>FOR EARL GOODWIN ALSOBROOK<br>U/AL/U/G/T/M/A<br>2 WILLOW CIR<br>SELMA AL 36701 | CREDITOR ID: 310670-39<br>SHARON KAY THOMAS & JOE C<br>THOMAS JT TEN<br>7138 WASHINGTON ST<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 310671-39<br>SHARON KEE SKINNER<br>7228 LAUREL HILL RD<br>ORLANDO FL 32818 |
| CREDITOR ID: 310672-39<br>SHARON L BADER & BRETT D<br>BADER JT TEN<br>8036 STIMP CAY CT<br>BOYNTON BCH FL 33436 | CREDITOR ID: 310673-39<br>SHARON L BLAKE<br>4005 SIOUX CIR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 310674-39<br>SHARON L CALDWELL<br>PO BOX 1770<br>ZOLFO SPRINGS FL 33890 |
| CREDITOR ID: 310675-39<br>SHARON L CAMPBELL<br>4279 HURT RD S<br>SMYRNA GA 30082 | CREDITOR ID: 310676-39<br>SHARON L DEAR<br>612 BRITTANY COURT<br>CASSELBERRY FL 32707 | CREDITOR ID: 310677-39<br>SHARON L FAIRL<br>ATTN SHARON CARDEN<br>APT E1<br>213<br>323 LEE RD<br>PHENIX CITY AL 36870 |
| CREDITOR ID: 310678-39<br>SHARON L FOX & RICHARD G FOX<br>JR JT TEN<br>344 20TH AV NE 48<br>BIRMINGHAM AL 35215 | CREDITOR ID: 310679-39<br>SHARON L GARDNER<br>1101 PERRY ST<br>KINSTON NC 28501 | CREDITOR ID: 310680-39<br>SHARON L HYLAND & PATRICK J<br>HYLAND JT TEN<br>3871 HAWTHORNE DR<br>MOBILE AL 36693 |
| CREDITOR ID: 310681-39<br>SHARON L JEWETT<br>1 ASHLEY CIR<br>FRANKLIN MA 02038 | CREDITOR ID: 310682-39<br>SHARON L MEADOWS<br>242 PARKVIEW SHORES<br>SCOTTSVILLE KY 42164 | CREDITOR ID: 310683-39<br>SHARON L MORRIS & DONALD G<br>MORRIS JT TEN<br>8908 W KINGS AVE<br>PEORIA AZ 85382 |
| CREDITOR ID: 310684-39<br>SHARON L NASH<br>5106 KING COTTON LN<br>MIDLOTHIAN VA 23112 | CREDITOR ID: 310685-39<br>SHARON L PICHLER<br>14136 S CYRESS COVE CIRCLE<br>DAVIE FL 33325 | CREDITOR ID: 310686-39<br>SHARON L SCHNEIDER<br>1422 SW 30 STREET<br>FT LAUDERDALE FL 33315 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310687-39<br>SHARON L THYSELL<br>50 S FAIRFAX AV<br>WINTER  SPRINGS FL 32708 | CREDITOR ID: 310688-39<br>SHARON L WILKERSON<br>132 HOLLINGTON DR<br>HUNTSVILLE AL 35811 | CREDITOR ID: 310689-39<br>SHARON L WILLIAMS<br>2200 E 25TH 1/2 ST<br>MISSION TX 78572 |
| CREDITOR ID: 310690-39<br>SHARON LAMERSON & KRISTOPHER<br>LAMERSON JT TEN<br>5724 TILLMAN RD<br>LAKELAND FL 33810 | CREDITOR ID: 310691-39<br>SHARON LEE CAUSEY<br>714 BEN GAUSE RD<br>COWARD SC 29530 | CREDITOR ID: 310692-39<br>SHARON LEE STEERMAN<br>ATTN SHARON STEERMAN<br>MACEACHERN<br>1426 CHURCHILL DR<br>GASTONIA NC 28054 |
| CREDITOR ID: 310693-39<br>SHARON LOUISE COX<br>3225 CHICA ST<br>COCOA FL 32926 | CREDITOR ID: 310694-39<br>SHARON LYNN JOYCE YOUNT<br>4240 CLARKSBURG RD<br>CLEMMONS NC 27012 | CREDITOR ID: 310695-39<br>SHARON M BAKER<br>PO BOX 231<br>MORGANZA LA 70759 |
| CREDITOR ID: 310696-39<br>SHARON M CALLAHAN<br>9832 TEN TEN ROAD<br>RALEIGH NC 27603 | CREDITOR ID: 310697-39<br>SHARON M ELLIS<br>11456 SW 162ND AV<br>BROOKER FL 32622 | CREDITOR ID: 310698-39<br>SHARON M LYNCH<br>8020  TREMAINE CT APT F<br>CHARLOTTE NC 28227 |
| CREDITOR ID: 310699-39<br>SHARON M WHEELER<br>324 24TH AVENUE NE<br>BIRMINGHAM AL 35215 | CREDITOR ID: 310700-39<br>SHARON N ANELLO<br>190 E OLMSTEAD DRIVE APT F 28<br>TITUSVILLE FL 32780 | CREDITOR ID: 310701-39<br>SHARON N COKER<br>41 MCELHANEY RD<br>TAYLORS SC 29687 |
| CREDITOR ID: 310702-39<br>SHARON NAN SUTPHIN<br>589 CRABAPPLE DR<br>THOMASVILLE GA 31757 | CREDITOR ID: 310703-39<br>SHARON PERRY KIRBY<br>65 GOVERNMENT RD<br>CLAYTON NC 27520 | CREDITOR ID: 310704-39<br>SHARON R GRONAU<br>301 COCOS DR<br>ORLANDO FL 32807 |
| CREDITOR ID: 310705-39<br>SHARON R SIMONS<br>8021 SOUTHGATE BLVD G5<br>NORTH  LAUDERDALE FL 33068 | CREDITOR ID: 310706-39<br>SHARON RAMBO<br>1103 N 14TH ST<br>HONEY  GROVE TX 75446 | CREDITOR ID: 310707-39<br>SHARON RENEE DAVID<br>RT 1 BOX 305<br>ARNAUDVILLE LA 70512 |
| CREDITOR ID: 310708-39<br>SHARON RYAN<br>PO BOX 667<br>NORRIS TN 37828 | CREDITOR ID: 310709-39<br>SHARON S BUNDY<br>6116 FAIRHAVEN DR<br>CHARLOTTE NC 28213 | CREDITOR ID: 310710-39<br>SHARON SINGLETON<br>1343 S W HIBISCUS ST<br>PORT  ST  LUCIE FL 34983 |
| CREDITOR ID: 310711-39<br>SHARON T COAR<br>6562 KENNY LN<br>BLACKSHEAR GA 31516 | CREDITOR ID: 310712-39<br>SHARON TAYLOR<br>2613 ONYX TRAIL<br>TALLAHESSEE FL 32303 | CREDITOR ID: 310713-39<br>SHARON V BROWN & SAMUELL J<br>BROWN JT TEN<br>6632 EMIL AVE<br>COCOA FL 32927 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310714-39<br>SHARON VIRGO<br>4521 NW 175TH ST<br>MIAMI FL 33055 | CREDITOR ID: 310715-39<br>SHARON W BOYD<br>ATTN SHARON BOYD HARPER<br>4568 BEAMAN OLD CREEK RD<br>WALSTONBURG NC 27888 | CREDITOR ID: 310716-39<br>SHARON W JONES<br>PO BOX 262<br>IRON  STATION NC 28080 |
| CREDITOR ID: 310717-39<br>SHARON W RUSSELL & ARMAND S<br>RUSSELL JT TEN<br>3544 CONNECTICUT AVE<br>KENNER LA 70065 | CREDITOR ID: 310718-39<br>SHARON WIBERG ESTES<br>15 ROLLING ACRES RD<br>SIDNEY ME 04330 | CREDITOR ID: 310719-39<br>SHARRON BRADLEY TOWNSON & H<br>DAVID TOWNSON JT TEN<br>442 CO RD 868<br>MONTEVALLO AL 35115 |
| CREDITOR ID: 310720-39<br>SHARRON ELIZABETH PORTER<br>126 KINGSWOOD DR<br>PRATTVILLE AL 36067 | CREDITOR ID: 310721-39<br>SHARRON HAWKINS<br>137 HICKORY TRAIL<br>GUN  BARREL TX 75147 | CREDITOR ID: 310722-39<br>SHARYN A LOBRANO<br>10420 SYLVAN LANE WEST<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 310723-39<br>SHARYN N MCWHORTER<br>901 MACKENSEY DRIVE<br>PAPILLION NE 68046 | CREDITOR ID: 310724-39<br>SHARYN RAKITYAN<br>6306 EVANSTON RD<br>WILMINGTON NC 28412 | CREDITOR ID: 310725-39<br>SHAUN A C DRYDEN<br>1103 LARKSPUR LN<br>SEABROOK TX 77586 |
| CREDITOR ID: 310726-39<br>SHAUN E WILSON<br>24 LITTLE JOHN LANE<br>ROCKLEDGE FL 32955 | CREDITOR ID: 310727-39<br>SHAUN I PATTON<br>PO BOX 734<br>VALDESE NC 28690 | CREDITOR ID: 310728-39<br>SHAUN W ELLINGWOOD<br>4431 LEILA AVE<br>TAMPA FL 33616 |
| CREDITOR ID: 310729-39<br>SHAUNA J JORDAN<br>1117 WOODSIDE DR<br>HANAHAN SC 29406 | CREDITOR ID: 310730-39<br>SHAUNE P REARDON<br>2935 WOODRUFF DR<br>ORLANDO FL 32837 | CREDITOR ID: 310731-39<br>SHAUNIE SUE EPLER<br>8055 FALLS OF ROUGH RD<br>FALLS  ROUGH KY 40119 |
| CREDITOR ID: 310732-39<br>SHAWN ARON HOWARD<br>27479 CRICKET HILL RD<br>BROOKSVILLE FL 34602 | CREDITOR ID: 310733-39<br>SHAWN BROOKS<br>1926-C TOPSIDE RD<br>LOUISVILLE TN 37777 | CREDITOR ID: 310735-39<br>SHAWN CHRISTOPHER HAINES<br>6014 N GUNLOCK AVE<br>TAMPA FL 33614 |
| CREDITOR ID: 310736-39<br>SHAWN COLLINS<br>1547 GLASTONBERRY RD<br>MAITLAND FL 32751 | CREDITOR ID: 310737-39<br>SHAWN HUFF<br>23-07 32ND ST APT 1D<br>ASTORIA NY 11105 | CREDITOR ID: 310738-39<br>SHAWN J THOMAS<br>220 MADEWOOD DRIVE<br>DONALDSONVILLE LA 70346 |
| CREDITOR ID: 310739-39<br>SHAWN L CURRIER<br>160 MELINDA DR<br>LYNCHBURG VA 24502 | CREDITOR ID: 310740-39<br>SHAWN L KING<br>P O BOX 3<br>MADISON FL 32341 | CREDITOR ID: 310741-39<br>SHAWN M DUCKWORTH<br>8441 NW 17TH CT<br>PEMBROKE  PINES FL 33024 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:  WINN-DIXIE STORES, INC., ET AL.                              CASE:  05-03817-3F1

CREDITOR ID: 310744-39
SHAWN M WILLIAMS
3201 ROMAN ST  D
METAIRIE LA 70001

CREDITOR ID: 310745-39
SHAWN MARIE PETERSON
1706 HEDWIG DR
ALLISON  PARK PA 15101

CREDITOR ID: 310746-39
SHAWN ROSE HUNTER
2629 DANTE ST
NEW  ORLEANS LA 70118

CREDITOR ID: 310748-39
SHAWN T BROUGHTON & DAVID E
BROUGHTON JT TEN
433 TOBIANO DR
RICHMOND KY 40475

CREDITOR ID: 310749-39
SHAWN T HOBBS & JENNIFER J
HOBBS JT TEN
900 GREENWAY DRIVE
ELIZABETHTOWN KY 42701

CREDITOR ID: 310750-39
SHAWN T KRZANIK
722 ADIRONDACK AVE
ORLANDO FL 32807

CREDITOR ID: 310751-39
SHAWN TAYLOR
7950 WESTPORT BAY CT
JACKSONVILLE FL 32244

CREDITOR ID: 310752-39
SHAWN TIBBITTS
ATTN SHAWN TIBBITTS PURCELL
562 MOUNTAIN RD
DALLAS GA 30132

CREDITOR ID: 310753-39
SHAWN W SPENCER
870 MADISON AVE
DAYTONA  BEACH FL 32114

CREDITOR ID: 310754-39
SHAWNA LYNN GRIFFITHS
3416 28TH STREET WEST
BRADENTON FL 34205

CREDITOR ID: 310755-39
SHAWNIE SILIANO
RD#1 BOX 27A
TIDIOUTE PA 16351

CREDITOR ID: 310756-39
SHAYLA J GAUDLOCK
780 NORWOOD ST
GAINESVILLE GA 30501

CREDITOR ID: 310757-39
SHAYNE L COURSEN
10601 HWY K4
MAPLE  HILL KS 66507

CREDITOR ID: 310758-39
SHEARON F ROBERTS
41 WESTALL AVENUE
ASHVILLE NC 28804

CREDITOR ID: 310759-39
SHEENA S TAFF
C/O SHEENA TAFF COOPER
105 MULBERRY CIRCLE
CRAWFORDVILLE FL 32327

CREDITOR ID: 310760-39
SHEERE L BROCK & ROBERT
BROCK JT TEN
2522 MONTANA AVE
CINCINNATI OH 45211

CREDITOR ID: 310761-39
SHEIL CHAPEL
2110 SHERIDAN RD
EVANSTON IL 60201

CREDITOR ID: 310762-39
SHEILA A BARNES
1031 NEW JERSEY AVE
ALTAMONTE  SPRINGS FL 32714

CREDITOR ID: 310763-39
SHEILA A BRUCE
6779 CANTER TRL
MONTGOMERY AL 36117

CREDITOR ID: 310764-39
SHEILA A FERGUSON
5214 PEPPERTREE LANE
TRUSSVILLE AL 35173

CREDITOR ID: 310765-39
SHEILA A GROS
2537 WEATHERLY PL
MARRERO LA 70072

CREDITOR ID: 310766-39
SHEILA A MASON
64 WEBSTER AVE
GLENS  FALLS NY 12801

CREDITOR ID: 310767-39
SHEILA A MCGEE
327 LONDON RD
HOLLY  HILL FL 32117

CREDITOR ID: 310768-39
SHEILA ANN GRAHAM
1238 30TH ST NW
WINTER  HAVEN FL 33881

CREDITOR ID: 310769-39
SHEILA ANN WILSON
11505 SW 173 ST
MIAMI FL 33157

CREDITOR ID: 310770-39
SHEILA ARLENE DILWORTH
70 SCARLET WOODS COURT
THE  WOODLANDS TX 77380

CREDITOR ID: 310771-39
SHEILA C HARMAN CUST FOR
LAURA OLIVIA HERMAN UNDER THE
SC UNIFORM GIFTS TO MINORS
ACT
2013 ROLLING PINES DR
COLUMBIA SC 29206

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:  05-03817-3F1

CREDITOR ID: 310773-39
SHEILA C HERMAN CUST FOR
JAMES ALLAN HERMAN UNDER THE
SC UNIFORM GIFTS TO MINORS
ACT
2013 ROLLING PINES DR
COLUMBIA SC 29206

CREDITOR ID: 310772-39
SHEILA C HERMAN CUST FOR
EMILY LYNN HERMAN UNDER THE
SC UNIFORM GIFTS TO MINORS
ACT
2013 ROLLING PINES DR
COLUMBIA SC 29206

CREDITOR ID: 310774-39
SHEILA D RICE & JAMES M RICE
JT TEN
3040 SAGEFIELD RD
TUSCALOOSA AL 35405

CREDITOR ID: 310775-39
SHEILA D TARVIN
ATTN SHEILA D LEAR
2616 DOCK RD
HONORAVILLE AL 36042

CREDITOR ID: 310776-39
SHEILA D VESSELS
313 DEEPWOOD DRIVE
ELIZABETHTOWN KY 42701

CREDITOR ID: 310777-39
SHEILA FAYE WOODS
26 ORCHARD CIR
BLANCHESTER OH 45107

CREDITOR ID: 310778-39
SHEILA G ADAMS
5840 NE 1ST TER
FORT LAUDERDALE FL 33334

CREDITOR ID: 310779-39
SHEILA G ORANGE & MICHAEL E
ORANGE JT TEN
7830 ANISEED CT
JACKSONVILLE FL 32244

CREDITOR ID: 310780-39
SHEILA G SPURLOCK
2260 SE BRASHFORD ST
PORT ST LUCIE FL 34952

CREDITOR ID: 310781-39
SHEILA H JORDAN
5744 RUFFIN RD
JAMESTOWN NC 27282

CREDITOR ID: 310782-39
SHEILA HUNT BOYKIN
3955 CORNWALLIS RD
GARNER NC 27529

CREDITOR ID: 310783-39
SHEILA J BJORKLUND PERSONAL
REPRESENTATIVE ESTATE MARY S
HALE
3016 EVERWOOD DRIVE
RIVERSIDE CA 92503

CREDITOR ID: 310784-39
SHEILA J POLLARD
10135 SHORELINE PKWY
VILLARICA GA 30180

CREDITOR ID: 310785-39
SHEILA JANE RICHARDSON
4744 COUNTY RD 15
FLORENCE AL 35633

CREDITOR ID: 310786-39
SHEILA JITTA EDMAN
9453 NW 42ND STREET
SUNRISE FL 33351

CREDITOR ID: 310787-39
SHEILA JOHNSON
P O BOX 740052
ORANGE CITY FL 32774

CREDITOR ID: 310788-39
SHEILA K HUTTON
244 LAKE DR
ORLANDO FL 32835

CREDITOR ID: 310789-39
SHEILA L TERRY
14225 SE 100TH AVENUE
SUMMERFIELD FL 34491

CREDITOR ID: 310790-39
SHEILA L WILKES
2326 THAIRDELL RD
ROCKLEDGE GA 30454

CREDITOR ID: 310792-39
SHEILA M BUIE
13671 CR 737
WEBSTER FL 33597

CREDITOR ID: 310793-39
SHEILA M DONEGAN
1782 ABBEY RD APT E102
WEST PALM BCH FL 33415

CREDITOR ID: 310794-39
SHEILA M KNAPP
470 BLACKBURN ST
ENGLEWOOD FL 34223

CREDITOR ID: 310795-39
SHEILA M MCALLISTER
GOLDEN VALLEY LOT D-6
DOUGLASVILLE GA 30134

CREDITOR ID: 310796-39
SHEILA M MICKEL
PO BOX 744
VALDOSTA GA 31603

CREDITOR ID: 310797-39
SHEILA P GREENE
882 MCKOWNS MT RD
GAFFNEY SC 29340

CREDITOR ID: 310798-39
SHEILA PARSONS
5609 CARTHAGE AVE
NORWOOD OH 45212

CREDITOR ID: 310799-39
SHEILA PRESTON & DAVID
PRESTON JT TEN
1929 EPWORTH LN
OWENSBORO KY 42303

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310800-39<br>SHEILA R EVANS & ARTHUR G<br>EVANS JR JT TEN<br>P O BOX 555<br>HOMASASSA  SPRINGS FL 34447 | CREDITOR ID: 310801-39<br>SHEILA R GARDNER<br>5504 SW 82ND TER<br>GAINESVILLE FL 32608 | CREDITOR ID: 310802-39<br>SHEILA R JORDAN<br>5744 RUFFIN RD<br>JAMESTOWN NC 27282 |
| CREDITOR ID: 310803-39<br>SHEILA R PICKETT & JOHN T<br>PICKETT JR JT TEN<br>1390 LAKES BLVD E<br>KINGSLAND GA 31548 | CREDITOR ID: 310804-39<br>SHEILA RENEE NORTON<br>808 ENTERPRISE RD<br>LEXINGTON NC 27295 | CREDITOR ID: 310805-39<br>SHEILA ROBBINS<br>22380 SW 66TH AVE<br>BOCA  RATON FL 33428 |
| CREDITOR ID: 310806-39<br>SHEILA SOLEY<br>RTE 1 BOX 1550<br>ST  GEORGE GA 31562 | CREDITOR ID: 310807-39<br>SHEILA WAGNER &<br>SHARON THRASH TEN COM<br>116 BROOKSIDE CIRCLE<br>CLINTON MS 39056 | CREDITOR ID: 310808-39<br>SHEILA WILLIAMS<br>3890 W JEFFERSON ST<br>ORLANDO FL 32805 |
| CREDITOR ID: 310809-39<br>SHELBY B SHERRILL<br>135 GRAYSON PARK RD<br>STATESVILLE NC 28677 | CREDITOR ID: 310810-39<br>SHELBY FOSHEE WRIGHT<br>5201 W AL CHRISTIAN DR, APT 330<br>MONTGOMERY AL 36109 | CREDITOR ID: 310811-39<br>SHELBY HEDGEPATH<br>2612 HARRINGTON<br>NEWBERRY SC 29108 |
| CREDITOR ID: 310812-39<br>SHELBY J HANES & MARVIN L<br>HANES SR<br>4160 WOOD DRIVE<br>MOUNT  DORA FL 32757 | CREDITOR ID: 310813-39<br>SHELBY J KIMBLE<br>214 WESTOVER HILLS DR<br>CARY NC 27513 | CREDITOR ID: 310814-39<br>SHELBY J SPURLOCK<br>300 KATHY LN<br>MARGATE FL 33068 |
| CREDITOR ID: 310815-39<br>SHELBY JEAN YENNY<br>SATTERFIELD<br>1647 HOLLINGSHED RD<br>IRMO SC 29063 | CREDITOR ID: 310816-39<br>SHELBY K TAYLOR<br>49 SAM POWELL DAIRY ROAD<br>ROANOKE  RAPIDS NC 27870 | CREDITOR ID: 310817-39<br>SHELBY P SHUBERT<br>4315 HWY 20 SE<br>CONYERS GA 30013 |
| CREDITOR ID: 310818-39<br>SHELBY S SIMPSON<br>14850 N L BLVD B1P<br>HOMESTEAD FL 33032 | CREDITOR ID: 310819-39<br>SHELBY TIMMONS III<br>APT 618<br>2151 CUMBERLAND PKWY SE<br>ATLANTA GA 30339 | CREDITOR ID: 310820-39<br>SHELBY WAYNE KNIGHT & ANDREA<br>LANIER KNIGHT JT TEN<br>455 PERRY RD<br>ZEBULON NC 27597 |
| CREDITOR ID: 310821-39<br>SHELDON D BROWN<br>2200 BOOTS BRANCH ROAD<br>SUMTER SC 29153 | CREDITOR ID: 310822-39<br>SHELDON D REPP<br>4704 WINDOM PL NW<br>WASHINGTON DC 20016 | CREDITOR ID: 310823-39<br>SHELDON IAN PINDER<br>2840 NW 171 ST<br>CAROL  CITY FL 33056 |
| CREDITOR ID: 310824-39<br>SHELDON M CLEMENT & KARLA B<br>CLEMENT TEN COM<br>RR 2 BOX 167<br>PRENTISS MS 39474 | CREDITOR ID: 284879-39<br>SHELDON, CHRISTOPHER MARK<br>12081 SPINNAKER DR<br>FORT  MILL SC 29708 | CREDITOR ID: 310825-39<br>SHELEY FRADEN ALTERMAN<br>3815 SCHOENWALD LN<br>JACKSONVILLE FL 32223 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310826-39<br>SHELIA BAKER<br>P O BOX 680332<br>FORT  PAYNE AL 35968 | CREDITOR ID: 310827-39<br>SHELIA J HOEHN<br>987 OLD AUTHON RD<br>WEATHERFORD TX 76088 | CREDITOR ID: 310828-39<br>SHELIA J SMITH & PAUL K<br>SMITH JR JT TEN<br>1061 WINFIELD AVE<br>CINCINNATI OH 45205 |
| CREDITOR ID: 310829-39<br>SHELIA KAY KELLEY<br>9690 OLD SPRINGVILLE<br>TRUSSVILLE AL 35146 | CREDITOR ID: 310830-39<br>SHELIA L MILLER<br>215 W ST JEAN BATIST ST<br>CHALMETTE LA 70043 | CREDITOR ID: 310831-39<br>SHELIA L SIMON<br>5125 INDIALANTIC DR<br>ORLANDO FL 32808 |
| CREDITOR ID: 310832-39<br>SHELIA M HILL<br>WENDY DRIVE<br>13476 WENDY DR<br>MADISON AL 35758 | CREDITOR ID: 310833-39<br>SHELIA MARIE FALKNER<br>61 HWY 471<br>STERRETT AL 35147 | CREDITOR ID: 310834-39<br>SHELIA MARTIN<br>49392 LAWRENCE CREEK RD<br>FRANKLINTON LA 70438 |
| CREDITOR ID: 310835-39<br>SHELIA R HARRIS<br>1240 NW 67TH PL<br>OCALA FL 34475 | CREDITOR ID: 310836-39<br>SHELIA S HELTON<br>2201 WOODLAWN DR<br>HUDSON NC 28638 | CREDITOR ID: 310837-39<br>SHELIA STEPHENS<br>750 W BULLOCK ST<br>DENISON TX 75020 |
| CREDITOR ID: 310838-39<br>SHELIA YEVONNE THOMPSON<br>2400 MATANZAS AVE<br>FORT  PIERCE FL 34946 | CREDITOR ID: 310839-39<br>SHELLA GREENE BENNETT<br>1232 MILL SPRINGS RD<br>JONESBOROUGH TN 37659 | CREDITOR ID: 310840-39<br>SHELLEY A COOK<br>38039 LEONDIAS DR<br>ZEPHYRHILLS FL 33542 |
| CREDITOR ID: 310841-39<br>SHELLEY ANN STROUT<br>217 LAUREL CREEK DR<br>BESSEMER  CITY NC 28016 | CREDITOR ID: 310842-39<br>SHELLEY BELANGER<br>510 N FRESNO AVE<br>HERNANDO FL 34442 | CREDITOR ID: 310843-39<br>SHELLEY C TONG<br>342 E WOODY CREEK CT<br>SPRINGTOWN TX 76082 |
| CREDITOR ID: 310844-39<br>SHELLEY CHAFFIN<br>801 MEADOWLARK DR<br>BOWLING  GREEN KY 42103 | CREDITOR ID: 310845-39<br>SHELLEY D WALL<br>4601 HWY 64<br>UNION MILLS NC 28167 | CREDITOR ID: 310846-39<br>SHELLEY M STRONG<br>ATTN SHELLEY LEVEN BECKWITH<br>887 VICTORY GARDEN DR<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 310847-39<br>SHELLEY M TURNER<br>3 POB 3<br>MILNER GA 30257 | CREDITOR ID: 310848-39<br>SHELLEY RABON & DEWAYNE<br>RABON JT TEN<br>992 BLACKBERRY LN<br>JACKSONVILLE FL 32259 | CREDITOR ID: 310849-39<br>SHELLI GARRETT<br>1903 SE 26 AVENUE<br>MINERAL  WELLS TX 76067 |
| CREDITOR ID: 310850-39<br>SHELLI R TAYLOR<br>11209 62ND ST N<br>PINELLAS  PARK FL 34666 | CREDITOR ID: 310851-39<br>SHELLY ANN SPAULDING<br>331 LITTLE JOHN LANE<br>HAVELOCK NC 28532 | CREDITOR ID: 310852-39<br>SHELLY ANN WEST<br>2793 TEAK PLACE<br>LAKE  MARY FL 32746 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 310853-39
SHELLY E VITELLO
1101 6TH ST
ORANGE  CITY FL 32763

CREDITOR ID: 310854-39
SHELLY M FLOREN
1815 MAYWOOD ROAD
WINTER  PARK FL 32792

CREDITOR ID: 310855-39
SHELLY MAURICE FIELDS
1308 KENDALL DR
DURHAM NC 27703

CREDITOR ID: 310856-39
SHELLY WHITE SMITH
1218 DRY RIDGE RD
ST  LOUIS MO 63131

CREDITOR ID: 310857-39
SHELTON C SCAIFE CUST JOSHUA
DAVID SCAIFE UNIF TRANS MIN
ACT FL
2530 WILLOW CREEK DR
ORANGE  PARK FL 32003

CREDITOR ID: 310858-39
SHELTON T REEVES
2420 SW 44 AVE
FT  LAUDERDALE FL 33317

CREDITOR ID: 310859-39
SHELTON T REEVES & DARLENE D
REEVES JT TEN
2420 SW 44 AVE
FT  LAUDERDALE FL 33317

CREDITOR ID: 310860-39
SHELTON WOODS
2052 MASON AVE BESSEMER AL
BESSEMER AL 35020

CREDITOR ID: 310861-39
SHELVIA J GRANT
P O BOX 351
COPPERHILL TN 37317

CREDITOR ID: 310862-39
SHELVIA J HARTLEY
C/O SHELVIA MATRAZZO
PO BOX 7155
TALLAHASSEE FL 32314

CREDITOR ID: 310863-39
SHENA GREEN LEWIS
5544 FOSTERS MILL RD
CAVE  SPRING GA 30124

CREDITOR ID: 310864-39
SHEPPARD E WATTS JR
19460 N 6TH ST
CITRONELLE AL 36522

CREDITOR ID: 310865-39
SHEPPARD L ELLISON JR
4984 WINDMILL CT
MIDDLEBURG FL 32068

CREDITOR ID: 310866-39
SHEREE L KIDD
RR 1 BOX 1590B
ALVARADO TX 76009

CREDITOR ID: 310867-39
SHEREE PETERSON
9 MEADOWS PARK LN
BOYNTON  BEACH FL 33436

CREDITOR ID: 310868-39
SHERI BERGEN
C/O SHERI M BROWN
2629 169TH AVE NE
BELLEVUE WA 98008

CREDITOR ID: 310869-39
SHERI G POTTER
255 BEECHWOOD DR
CRAWFORDVILLE FL 32327

CREDITOR ID: 310870-39
SHERI L GALLIHER &
JOHN R GALLIHER JR JT TEN
2538 41ST STREET NE
CANTON OH 44705

CREDITOR ID: 310871-39
SHERI LYN STEELE
400 PICKETTS LAKE DRIVE
ACWORTH GA 30101

CREDITOR ID: 310872-39
SHERI PAXTON
1308 POND BRANCH RD
GILBERT SC 29054

CREDITOR ID: 310873-39
SHERILYN JEAN GREGORY
3800 MOUNTAIN VISTA DR
GRANBURY TX 76048

CREDITOR ID: 310874-39
SHERLEY JONES RICHTER
1110 FRAIR TUCK
STARKVILLE MS 39759

CREDITOR ID: 310875-39
SHERLOCK BYNUM
1412 CYPRESS ST
GREENSBORO NC 27405

CREDITOR ID: 310876-39
SHERMAN C WILLIAMS
10 PROSPER DR
APOPKA FL 32703

CREDITOR ID: 310877-39
SHERMAN E CHAUDOIN & LOUVINA
M G CHAUDOIN JT TEN
504 DEPOT ST
PRINCETON KY 42445

CREDITOR ID: 310878-39
SHERMAN I GHOLSTON & KAREN P
GHOLSTON JT TEN
4631 VANDERBILT DR
MONTGOMERY AL 36116

CREDITOR ID: 310879-39
SHERMAN L GOODWIN
4302 COUNTY RD
CLEBURNE TX 76031

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:  05-03817-3F1**

CREDITOR ID: 310880-39
SHERON WILSON
290 STUPLES HALLOW RD
CRAIGSVILLE VA 24430

CREDITOR ID: 310881-39
SHERRAN F CLEM
352 BEDFORD TE
PRATTVILLE AL 36066

CREDITOR ID: 310882-39
SHERREL CAMERON
512 JENKINS ST
LAGRANGE GA 30240

CREDITOR ID: 310883-39
SHERRELL ANN HOLMES
2574 NORTH RD
GARDENDALE AL 35071

CREDITOR ID: 310884-39
SHERRI A LANGDON
3148 GLENMORE AVE
CINCINNATI OH 45211

CREDITOR ID: 310885-39
SHERRI A WEISS & JAMES M
WEISS JT TEN
27130 VALLEY VISTA DR
WEST  HARRISON IN 47060

CREDITOR ID: 310886-39
SHERRI B COX
1193 HARVEST DALE CT
STONE  MOUNTAIN GA 30080

CREDITOR ID: 310887-39
SHERRI D HONEYCUTT
2724 CEDAR TRAIL LN
WINGATE NC 28174

CREDITOR ID: 310888-39
SHERRI D NEWCOMB
ATTN SHERRI NEWCOMB PEEDIN
304 PRINCETON RD
PRINCETON NC 27569

CREDITOR ID: 310889-39
SHERRI DUBAY
PO BOX 1867
YULEE FL 32041

CREDITOR ID: 310890-39
SHERRI E TOCCO
2174 DEBORAH DR
SPRING  HILL FL 34609

CREDITOR ID: 310891-39
SHERRI JARRETT
ATTN SHERRI HYLTON
1728 SUFFOLK DR
CLEARWATER FL 33756

CREDITOR ID: 310892-39
SHERRI KAY PROSSER & DANIEL
JOSEPH PROSSER JT TEN
812 E 14TH AVE
NEW SMYRNA  BEACH FL 32169

CREDITOR ID: 310893-39
SHERRI KREIDLER
97 SHERWOOD DR
INDEPENDENCE KY 41021

CREDITOR ID: 310894-39
SHERRI L HALL CUST
CHRISTOPHER ANDREW HALL
8865 SOUTHERN ORCHARD RD N
DAVIE FL 33328

CREDITOR ID: 310895-39
SHERRI L LEUGERS
140 AQUARIUS WAY #H
CAPE  CANAVERAL FL 32920

CREDITOR ID: 310896-39
SHERRI L LOBMAN
P O BOX 78
SUMMERFIELD FL 34492

CREDITOR ID: 310897-39
SHERRI L PARET
1083 SWANSON DR
DELTONA FL 32738

CREDITOR ID: 310898-39
SHERRI LAWHORN ABBOTT &
LOTTIE MILLS JT TEN
6724 FRANCIS ST
COLUMBIA SC 29209

CREDITOR ID: 310899-39
SHERRI LYNN EVANS
208 WOODIE WAY
FORT  WORTH TX 76108

CREDITOR ID: 310900-39
SHERRI M STEWART
ATTN SHERRI M PHILLIPS
402 THOMPSON RD
ANDERSON SC 29624

CREDITOR ID: 310901-39
SHERRI R KRIGER
P O BOX 1301
GOLDSBORO NC 27533

CREDITOR ID: 310902-39
SHERRI T TEMPLETON
518 WOODY RD
GRAY  COURT SC 29645

CREDITOR ID: 310903-39
SHERRI W CAMPBELL & RAYMOND
F CAMPBELL JT TEN
1552 CO RD 222
PLANTERSVILLE AL 36758

CREDITOR ID: 310904-39
SHERRICK A MUELLER & MELISSA
W MUELLER JT TEN
7717 SADDLE CREEK TR
SARASOTA FL 34241

CREDITOR ID: 310905-39
SHERRIE A PIPPIN
3837 FREDRICKSON ST
PANAMA  CITY FL 32409

CREDITOR ID: 310906-39
SHERRIE JOHNS MARKEY
2101 SALISBURY ST
YORK PA 17404

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:  WINN-DIXIE STORES, INC., ET AL.                                           CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310907-39<br>SHERRIE L BROWN<br>2025 BURNING TREE DR<br>TITUSVILLE FL 32780 | CREDITOR ID: 310908-39<br>SHERRIE ORTAGUS & ERNEST W<br>ORTAGUS JT TEN<br>2541 HEBB RD<br>AUBURNDALE FL 33823 | CREDITOR ID: 310909-39<br>SHERRILL F MORRIS JR<br>141 LAKESIDE CIR<br>WILLOW  SPRING NC 27592 |
| CREDITOR ID: 310910-39<br>SHERRILL LEE & SANDRA J LEE<br>JT TEN<br>105 ROWE AVE<br>ABERDEEN NC 28315 | CREDITOR ID: 310911-39<br>SHERRILL T INSCO<br>26008 LA RUTH RD<br>BROOKSVILLE FL 34601 | CREDITOR ID: 310912-39<br>SHERRILL T INSCO & ELIZABETH<br>A INSCO JT TEN<br>26008 LA RUTH RD<br>BROOKSVILLE FL 34601 |
| CREDITOR ID: 310913-39<br>SHERROD L GILLEY<br>500 SW 10TH AVE<br>HOMESTEAD FL 33030 | CREDITOR ID: 310914-39<br>SHERRY A BAUGHMAN & IVVIE J<br>BAUGHMAN JT TEN<br>18660 SE 24TH PL<br>SILVER  SPRINGS FL 32688 | CREDITOR ID: 310915-39<br>SHERRY A PHILBECK<br>8215 WYNWOOD DRIVE<br>HELENA AL 35080 |
| CREDITOR ID: 310916-39<br>SHERRY A RODTS<br>C/O KELLEY<br>62 MAPLE ST<br>SHERBORN MA 01770 | CREDITOR ID: 310917-39<br>SHERRY B ATKINSON & ROBERT D<br>ATKINSON JT TEN<br>6211 JUDAS TREE LN<br>CHARLOTTE NC 28227 | CREDITOR ID: 310918-39<br>SHERRY B WARD<br>456 ROBERTS ST<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 310919-39<br>SHERRY CRANE & CARL D CRANE<br>III JT TEN<br>2251 NW 21ST PL<br>GAINESVILLE FL 32605 | CREDITOR ID: 310920-39<br>SHERRY D BENTLEY<br>1544 MURPHY ROAD<br>MOUNT  EDEN KY 40046 | CREDITOR ID: 310921-39<br>SHERRY D JOHNSON<br>915 W MILLER ST<br>FRUITLAND  PARK FL 34731 |
| CREDITOR ID: 310922-39<br>SHERRY D MOSLEY & IRVING R<br>MOSLEY JT TEN<br>3583 CR 218 E<br>MIDDLEBURG FL 32068 | CREDITOR ID: 310923-39<br>SHERRY DENISE NAVE<br>162-A FIRE TOWER ROAD<br>MOUNTAIN  CITY TN 37683 | CREDITOR ID: 310924-39<br>SHERRY E OBRIEN<br>ATTN SHERRY E O BRIEN FARLEY<br>555 WILSON AVE<br>SATELLITE  BCH FL 32937 |
| CREDITOR ID: 310925-39<br>SHERRY E PETRO<br>111 BENTON FARMS LN<br>HORSE  SHOE NC 28742 | CREDITOR ID: 310926-39<br>SHERRY GALATINE<br>P O BOX 1092<br>DE  LEON  SPRINGS FL 32130 | CREDITOR ID: 310927-39<br>SHERRY GIBSON<br>37279 3RD ST<br>SLIDELL LA 70460 |
| CREDITOR ID: 310928-39<br>SHERRY H TOLAR<br>1207 THATFORD CT<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 310929-39<br>SHERRY J DENNIS<br>922 CO RD 422<br>CLANTON AL 35045 | CREDITOR ID: 310931-39<br>SHERRY JEAN EVANS<br>985 ROBERT HARDEMAN RD<br>WINTERVILLE GA 30683 |
| CREDITOR ID: 310932-39<br>SHERRY JEAN STEELE<br>116 BROOKSTONE DR<br>EASLEY SC 29642 | CREDITOR ID: 310933-39<br>SHERRY JOHNSON RIEDLINGER<br>6101 MORTON ST<br>METAIRIE LA 70003 | CREDITOR ID: 310934-39<br>SHERRY K CASON<br>2598 SW COUNTY RD 778<br>FT  WHITE FL 32038 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                  CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310935-39<br>SHERRY KAYE SEETON<br>3600 SAN RAMON DRIVE<br>ARLINGTON TX 76013 | CREDITOR ID: 310936-39<br>SHERRY L ALFANO<br>2640 MONTA DR<br>CONCORD NC 28025 | CREDITOR ID: 310937-39<br>SHERRY L BADGER<br>2772 S COLLINS AVE<br>ST  AUGUSTINE FL 32095 |
| CREDITOR ID: 310939-39<br>SHERRY L DIES<br>2917 HWY 1<br>RACELAND LA 70394 | CREDITOR ID: 310940-39<br>SHERRY L FIELDS<br>3707 SAYBROOK AVE<br>CINCINNATI OH 45208 | CREDITOR ID: 310941-39<br>SHERRY L GREEN & DANNY F<br>GREEN JT TEN<br>386 CORDERS CROSSROADS<br>FAYETTEVILLE TN 37334 |
| CREDITOR ID: 310942-39<br>SHERRY L GREER<br>1866 JOHN W RD #170<br>DALLAS TX 75228 | CREDITOR ID: 310944-39<br>SHERRY L WATTERS<br>3268 CHIPPEWA INDIAN TRL<br>MONROE MI 48162 | CREDITOR ID: 310945-39<br>SHERRY L WHITE<br>2417 QUAIL COVE CT<br>KISSIMMEE FL 34744 |
| CREDITOR ID: 310946-39<br>SHERRY LYNN OEN & RONALD<br>MARTIN OEN JT TEN<br>402 E SHADYSIDE CIRCLE<br>WEST  PALM  BEACH FL 33415 | CREDITOR ID: 310947-39<br>SHERRY LYNN TRIPP<br>407 WEST PEARL STREET<br>CLERMONT FL 34711 | CREDITOR ID: 310948-39<br>SHERRY M CASTAGNO<br>802 EDENWOOD CIR<br>LOUISVILLE KY 40243 |
| CREDITOR ID: 310949-39<br>SHERRY M HALL<br>7521 ROLLING MEADOWS LN<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 310950-39<br>SHERRY MARKWELL<br>1925 TAFFETA DR<br>LOUISVILLE KY 40272 | CREDITOR ID: 310951-39<br>SHERRY MATTIS<br>9 MEACHAM LN<br>TAMARAC FL 33319 |
| CREDITOR ID: 310952-39<br>SHERRY OLLIFF<br>4711 RON CIRCLE<br>LAKELAND FL 33805 | CREDITOR ID: 310953-39<br>SHERRY P SPIVEY &<br>WINFRED M SPIVEY JT TEN<br>1225 CHARNWOOD DR<br>MONTGOMERY AL 36109 | CREDITOR ID: 310954-39<br>SHERRY R HUGHES & DAVID W<br>HUGHES JT TEN<br>1604 ROYSTER RD<br>FORT  WORTH TX 76134 |
| CREDITOR ID: 310956-39<br>SHERRY RAMSEY MOOSE<br>1360 CANTER LN<br>YORK SC 29745 | CREDITOR ID: 310957-39<br>SHERRY RODDAN<br>5230 EULACE RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 310958-39<br>SHERRY S GRAGG<br>P O BOX 444<br>LAKEMONT GA 30552 |
| CREDITOR ID: 310959-39<br>SHERRY SEDMAN<br>456 E ATWATER AVE<br>EUSTIS FL 32726 | CREDITOR ID: 310960-39<br>SHERRY SEYMOUR STONE<br>6627 VALLEY DR<br>GLOUCESTER VA 23061 | CREDITOR ID: 310961-39<br>SHERRY SLATTERY<br>3040 IRONWOOD DR<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 310962-39<br>SHERRY SMITH<br>160 COLONEL DR<br>BRUNSWICK GA 31523 | CREDITOR ID: 310963-39<br>SHERRY SMITH MYERS<br>PO BOX 955<br>STONEVILLE NC 27048 | CREDITOR ID: 310964-39<br>SHERRY TURNER & JAMIE TURNER<br>JT TEN<br>356 VANCE PRICE RD<br>FOREST  CITY NC 28043 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 310965-39<br>SHERRY VILLON<br>20450 NW 15TH AVE # S-2<br>MIAMI FL 33169 | CREDITOR ID: 310966-39<br>SHERRY WILLIAMS<br>12113 WILDBROOK DR<br>RIVERVIEW FL 33569 | CREDITOR ID: 310967-39<br>SHERRYL A WHITAKER<br>2402 NW 51ST PL<br>GAINESVILLE FL 32605 |
| CREDITOR ID: 310968-39<br>SHERRYL COLE-EHLINGER<br>5341 LANCELOT LANE<br>DAVIE FL 33331 | CREDITOR ID: 310969-39<br>SHERWIN Z DAVIS TTEE U A DTD<br>02-24-93 F-B-O SHERWIN Z<br>DAVIS REVOCABLE TRUST<br>237 RANDALL HILL RD<br>SPRINGFIELD VT 05156 | CREDITOR ID: 310970-39<br>SHERYL A GREAUX<br>1910 GRAY ST<br>TAMPA FL 33606 |
| CREDITOR ID: 310971-39<br>SHERYL ANN COOLEY FOWLER &<br>SCOTT WEST FOWLER JT TEN<br>ATTN SHERYL FOWLER<br>768 HEARD AVE<br>AUBURN AL 36830 | CREDITOR ID: 310972-39<br>SHERYL ANN MEROLA<br>4388 ELWOOD RD<br>SPRING  HILL FL 34609 | CREDITOR ID: 310973-39<br>SHERYL B SEBASTIAN<br>2449 NE 13TH TER<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 310974-39<br>SHERYL B WALLACE<br>224 NELSON ST<br>AUBURNDALE FL 33823 | CREDITOR ID: 310975-39<br>SHERYL DENISE VITELLI<br>320 E TERRACE DR<br>PLANT  CITY FL 33565 | CREDITOR ID: 310976-39<br>SHERYL G KENYON<br>1044 S FAIRWOOD LN<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 310977-39<br>SHERYL HARRIS XIMINES<br>8260 MCGUIRE DR<br>RALEIGH NC 27604 | CREDITOR ID: 310978-39<br>SHERYL L SCANTLAND<br>4484 SW SHADD ST<br>PORT  ST LUCIE FL 34953 | CREDITOR ID: 310979-39<br>SHERYL M SPIGNER<br>2088321 HWY  N<br>WINNSBORO SC 29180 |
| CREDITOR ID: 310980-39<br>SHERYL PEELER LANDRY<br>3027 SPRINGFIELD DR<br>HOUMA LA 70360 | CREDITOR ID: 310981-39<br>SHEWANDA P LEWIS<br>16100 NW 17 PL<br>OPA  LOCKA FL 33054 | CREDITOR ID: 310982-39<br>SHEWELL M NASH<br>205 PRUITT DRIVE<br>ALPHARETTA GA 30201 |
| CREDITOR ID: 288294-39<br>SHIDEMAN, DOROTHY J<br>1561 S JEFFERSON AVE<br>CLEARWATER FL 33756 | CREDITOR ID: 310983-39<br>SHIELA DAWN WALDRON<br>27011 DAYFLOWER BLVD<br>WESLEY  CHAPEL FL 33544 | CREDITOR ID: 310984-39<br>SHILEEN ARNOLD<br>321 MANSFIELD AVE<br>WILLIMANTIC CT 06226 |
| CREDITOR ID: 310985-39<br>SHING WAH WONG & MARITZA LEE<br>WONG JT TEN<br>39-56 59 ST<br>WOODSIDE NY 11377 | CREDITOR ID: 310986-39<br>SHIRA G ALTIER & THOMAS P<br>ALTIER JT TEN<br>2188 E HARLEY ST<br>INVERNESS FL 32650 | CREDITOR ID: 310987-39<br>SHIREENE RENEE BUNTIN<br>119 W ELM ST<br>TAMPA FL 33604 |
| CREDITOR ID: 310988-39<br>SHIRLDON ELLIS<br>7405 BLUE LAKE CIR<br>BLACKSHEAR GA 31516 | CREDITOR ID: 310989-39<br>SHIRLEAN R MURPHY<br>PO BOX 152 120 WILLIAMS ST<br>SEABOARD NC 27876 | CREDITOR ID: 310990-39<br>SHIRLEEN B DONALD<br>2662 NORTH ARLINGTON<br>NEW  SMYRNA  BEACH FL 32168 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors,  Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                   CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 310991-39<br>SHIRLENA FYOCK<br>2156 BROAD RUNCH DR<br>PORT  CHARLOTTE FL 33948 | CREDITOR ID: 310992-39<br>SHIRLENE M OSMON & W C OSMON<br>JT TEN<br>2801 COVENTRY RD<br>CROWLEY TX 76036 | CREDITOR ID: 310993-39<br>SHIRLEY A BARRICK<br>RR 1 BOX 60<br>ARDMORE OK 73401 |
| CREDITOR ID: 310994-39<br>SHIRLEY A BERNSTEIN<br>14274 SR 188<br>COLLIDGE GA 31738 | CREDITOR ID: 310995-39<br>SHIRLEY A BRASWELL<br>625 CASABLANCA RD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 310996-39<br>SHIRLEY A DRAUCKER<br>95350 O S HWY BOX 3<br>KEY  LARGO FL 33037 |
| CREDITOR ID: 310997-39<br>SHIRLEY A FAIN<br>143 TAMWORTH DR<br>DANVILLE VA 24540 | CREDITOR ID: 310998-39<br>SHIRLEY A FERREIRA<br>103 PARKSIDE CIRCLE<br>VINE  GROVE KY 40175 | CREDITOR ID: 310999-39<br>SHIRLEY A GAITHER & BILLY J<br>GAITHER JT TEN<br>378 GROGAN RD<br>TALLADEGA AL 35160 |
| CREDITOR ID: 311000-39<br>SHIRLEY A GENT<br>3006 MONTANA AVE<br>BRYAN TX 77803 | CREDITOR ID: 311001-39<br>SHIRLEY A GOLISCH<br>350 CROSSING BLVD, APT 406<br>ORANGE  PARK FL 32073 | CREDITOR ID: 311002-39<br>SHIRLEY A JACKSON<br>4412 WILL SCARLET RD<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 311003-39<br>SHIRLEY A JACKSON & LARRY F<br>JACKSON JT TEN<br>319 F ST<br>THOMASTON GA 30286 | CREDITOR ID: 311004-39<br>SHIRLEY A LOGAN & GLENN A<br>LOGAN JT TEN<br>6462 YELVINGTON RD<br>EAST  PALATKA FL 32131 | CREDITOR ID: 311005-39<br>SHIRLEY A MCGINNIS<br>8505 TAZEWELL PIKE NE<br>CORRYTON TN 37721 |
| CREDITOR ID: 311006-39<br>SHIRLEY A NAPPER & JOHN E<br>NAPPER JT TEN<br>17326 SE 140 AVE<br>WEIRSDALE FL 32195 | CREDITOR ID: 311007-39<br>SHIRLEY A ONG TRUSTEE U-A DTD<br>12-31-97 SHIRLEY A ONG<br>REVOCABLE TRUST<br>6 COSWORTH CIR<br>NASHUA NH 03062 | CREDITOR ID: 311008-39<br>SHIRLEY A PAUSTENBACH<br>13421 NAMOZINE RD<br>AMELIA VA 23002 |
| CREDITOR ID: 311009-39<br>SHIRLEY A RODDY<br>11541 SEDGEMOORE DR S<br>JACKSONVILLE FL 32223 | CREDITOR ID: 311010-39<br>SHIRLEY A SANDERS<br>3657 RED ELF LN<br>CONWAY SC 29526 | CREDITOR ID: 311011-39<br>SHIRLEY A SAUNDERS<br>9801 NW 26TH AVENUE<br>MIAMI FL 33147 |
| CREDITOR ID: 311012-39<br>SHIRLEY A WELLS<br>709 KIMSEY DAIRY RD<br>TURTLETOWN TN 37391 | CREDITOR ID: 311013-39<br>SHIRLEY A WHITEHEAD<br>1711 E LEE ST<br>PENSACOLA FL 32503 | CREDITOR ID: 311014-39<br>SHIRLEY A WILLIAMS<br>2319 PERSHINGS ST BLDG 8 APT 2<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 311015-39<br>SHIRLEY A WILLIAMS & GEORGE<br>WILLIAMS JT TEN<br>2319 KPERSHING ST # 2<br>HOLLYWOOD FL 33020 | CREDITOR ID: 311016-39<br>SHIRLEY A WOODWARD<br>4007 RONNIE ST<br>COLUMBIA SC 29203 | CREDITOR ID: 311017-39<br>SHIRLEY A WRIGHT<br>3610 COUNTRY LANE<br>LAKELAND FL 33810 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311018-39<br>SHIRLEY ALTHEA LUNSFORD<br>7920 ALABAMA ST<br>NEW ORLEANS LA 70126 | CREDITOR ID: 311019-39<br>SHIRLEY ANN BARBERI<br>115 DOVE PT<br>COVINGTON GA 30016 | CREDITOR ID: 311020-39<br>SHIRLEY ANN CAMPBELL<br>C/O SHIRLEY PIERCE<br>2092 GRAYSTONE PK WAY<br>GRAYSON GA 30221 |
| CREDITOR ID: 311021-39<br>SHIRLEY ANN GILLESPIE<br>9066 103RD AVE<br>VERO  BEACH FL 32967 | CREDITOR ID: 311022-39<br>SHIRLEY ANN KINSEY<br>2033 THELMA DR NW<br>WINTER  HAVEN FL 33881 | CREDITOR ID: 311023-39<br>SHIRLEY ARNOLD BAKER<br>3338 UNION RIDGE RD<br>BURLINGTON NC 27217 |
| CREDITOR ID: 311024-39<br>SHIRLEY B LYNN DOBBINS<br>3537 GARWOOD DRIVE<br>FT  WORTHT TX 76117 | CREDITOR ID: 311025-39<br>SHIRLEY B STRIPLIN CUST<br>MARGARET L STRIPLIN<br>U/G/M/A/VA<br>344 E ILLINOIS<br>SPEARFISH SD 57783 | CREDITOR ID: 311026-39<br>SHIRLEY BLAKE<br>1569 JAMESON RD<br>EASLEY SC 29640 |
| CREDITOR ID: 311027-39<br>SHIRLEY BOOKER & DAVID M<br>BOOKER JR JT TEN<br>1006 N MARY LAND AVE<br>PLANT  CITY FL 33566 | CREDITOR ID: 311028-39<br>SHIRLEY BROOKS<br>8296 JACKSON SCHOOL RD<br>BLOOMSDALE MO 63627 | CREDITOR ID: 311029-39<br>SHIRLEY BROOKS WARREN<br>3466 KING BRADFORD, APT 3<br>BATON  ROUGE LA 70816 |
| CREDITOR ID: 311030-39<br>SHIRLEY C CAULDER<br>1636 PECAN RD<br>REIDSVILLE NC 27320 | CREDITOR ID: 311031-39<br>SHIRLEY C COPELAND<br>220 MIZE DR<br>BRANCHVILLE AL 35120 | CREDITOR ID: 311032-39<br>SHIRLEY C COX<br>266 E DAWN DR<br>KELLER TX 76248 |
| CREDITOR ID: 311033-39<br>SHIRLEY C FABRE<br>5361 LAVEY LANE<br>BAKER LA 70714 | CREDITOR ID: 311034-39<br>SHIRLEY CLARK<br>7937 EMBER OAKS DR<br>N  RICHLND  HLS TX 76180 | CREDITOR ID: 311035-39<br>SHIRLEY COKER KIGER & ROBERT<br>CHRISTOPHER KIGER & MARK<br>RYAN KIGER JT TEN<br>P O BOX 458<br>CAMDEN SC 29020 |
| CREDITOR ID: 311036-39<br>SHIRLEY COLLINS<br>2208 MAHONEY AVE<br>LEESBURG FL 34748 | CREDITOR ID: 311037-39<br>SHIRLEY D HUNT<br>104 ROBIN HOOD RD<br>SOUTH  BOSTON VA 24592 | CREDITOR ID: 311038-39<br>SHIRLEY D KELLEY<br>566 PRATERS CREEK RD<br>PICKENS SC 29671 |
| CREDITOR ID: 311039-39<br>SHIRLEY D MISHOE<br>7950 KIPLING ST<br>PENSACOLA FL 32514 | CREDITOR ID: 311040-39<br>SHIRLEY D MISHOE & GEORGE T<br>MISHOE JT TEN<br>7950 KIPLING ST<br>PENSACOLA FL 32514 | CREDITOR ID: 311041-39<br>SHIRLEY DEHEVE & STEVEN<br>PATRICK CANNEDY & JESSICA L<br>CANNEDY JT TEN<br>201 E MADISON ST<br>AUBURN IL 62615 |
| CREDITOR ID: 311042-39<br>SHIRLEY DOWNEY<br>1432 MAPLE SPRINGS DR<br>WAYNESVILLE NC 28785 | CREDITOR ID: 311043-39<br>SHIRLEY E UADAN<br>6641 HAVEN AVE<br>COCOA FL 32927 | CREDITOR ID: 311044-39<br>SHIRLEY F BENSON & BILLY R<br>BENSON JT TEN<br>9515 GIPSON RD<br>COLLINSVILLE MS 39325 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

CREDITOR ID: 311045-39
SHIRLEY F DUCK
6415 ELKAHATCHEE RD
ALEXANDER  CITY AL 35010

CREDITOR ID: 311046-39
SHIRLEY F ENGELSKIND &
ARTHUR W ENGELSKIND JT TEN
9870 SW 55TH CT
FORT  LAUDERDALE FL 33328

CREDITOR ID: 311047-39
SHIRLEY F JEFFERS & JOHN G
JEFFERS JT TEN
18028 THOMAS BLVD
HUDSON FL 34667

CREDITOR ID: 311048-39
SHIRLEY F RUTHERFORD &
WILLIAM N RUTHERFORD JT TEN
9003 MEADOW DR
LITHIA  SPRINGS GA 30057

CREDITOR ID: 311049-39
SHIRLEY G SCHEMER & MITCHELL
SCHEMER JT TEN
1940 SWEET BRIAN LANE
JACKSONVILLE FL 32217

CREDITOR ID: 311050-39
SHIRLEY G STICKNEY
1325 MOLLIE ROAD
DAYTONA  BEACH FL 32114

CREDITOR ID: 311051-39
SHIRLEY G TRAHAN
633 HOLLY POINT LANE
NOBLE LA 71462

CREDITOR ID: 311052-39
SHIRLEY G WILLIAMS
222 RAINTREE DRIVE
ALBANY GA 31705

CREDITOR ID: 311053-39
SHIRLEY H BROOKS
35 DAVIS DR
MONTGOMERY AL 36105

CREDITOR ID: 311054-39
SHIRLEY H MARKLAND
701 HARRISON RD
SELAH WA 98942

CREDITOR ID: 311055-39
SHIRLEY I FRITZ
5040 SARGENT PLAZA
OMAHA NE 68152

CREDITOR ID: 311056-39
SHIRLEY I HARBOUR
4 HESTER TRL
WILDWOOD FL 34785

CREDITOR ID: 311057-39
SHIRLEY I NEWBOLD & PHIL
NEWBOLD JT TEN
2919 MOUNTAIN LAKE CUTOFF RD
LAKE  WALES FL 33853

CREDITOR ID: 311058-39
SHIRLEY I RANK & JOHN W RANK
JT TEN
1435 CORONET DR
DELTONA FL 32725

CREDITOR ID: 311059-39
SHIRLEY IRENE KICKLIGHTER
7351 TALLOWTREE LA
ORLANDO FL 32835

CREDITOR ID: 311060-39
SHIRLEY J BALLENGER
1 COLLINWOOD LANE
TAYLORS SC 29687

CREDITOR ID: 311061-39
SHIRLEY J DREWRY
5111 JEANNINE CT
ORLANDO FL 32807

CREDITOR ID: 311062-39
SHIRLEY J GIARRATANO
285 CASE RD
LABELLE FL 33935

CREDITOR ID: 311063-39
SHIRLEY J JONES
2196 BULLS BAY HWY
JACKSONVILLE FL 32220

CREDITOR ID: 311064-39
SHIRLEY J MOTT & STEPHEN D
MOTT JT TEN
803 HICKORY LN
EASTON PA 18045

CREDITOR ID: 311065-39
SHIRLEY J WORK
1200 RIVER LAUREL DR
SUWANEE GA 30024

CREDITOR ID: 311066-39
SHIRLEY JEAN BRAGG & WILBUR
C BRAGG JT TEN
806 PONDEROSA DR
VALDOSTA GA 31601

CREDITOR ID: 311067-39
SHIRLEY JOHNSON
194 MASON ST NW
ORANGEBURG SC 29115

CREDITOR ID: 311068-39
SHIRLEY K CALLOWAY
8244 SHOWS RD
MCKENZIE AL 36456

CREDITOR ID: 311069-39
SHIRLEY K DUBEK
17400 ARIZONA RD
FT  MYERS FL 33912

CREDITOR ID: 311070-39
SHIRLEY K KENNEDY
PO BOX 1034
MADISON FL 32341

CREDITOR ID: 311071-39
SHIRLEY KAY WHITE & BRET
ALAN WHITE JT TEN
3007 MOON CT
GRANBURY TX 76049

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**           **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311072-39<br>SHIRLEY L EHLERT<br>4418 HUNTERS LANDING DR<br>CHESTERFIELD VA 23832 | CREDITOR ID: 311074-39<br>SHIRLEY L SMITH TRUSTEE U-A<br>DTD 02-12-97 THE SHIRLEY L<br>SMITH 1997 REVOCABLE TRUST<br>4810 WATER OAK LANE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 311075-39<br>SHIRLEY LEASE<br>APT 114<br>1485 FRONT ST<br>EAST MEADOW NY 11554 |
| CREDITOR ID: 311076-39<br>SHIRLEY LEE LAMUNYON & JOHN<br>S LAMUNYON JT TEN<br>8644 SHADY PINES DR<br>LAS VEGAS NV 89143 | CREDITOR ID: 311077-39<br>SHIRLEY LILL OTUEL<br>698 E WASHINGTON STREET EX<br>ROCKINGHAM NC 28379 | CREDITOR ID: 311078-39<br>SHIRLEY LOUISE BROWNLEE<br>270 WOODSTOWN RD<br>SALEM NJ 08079 |
| CREDITOR ID: 311079-39<br>SHIRLEY M BROWN<br>3931 W BAY VISTA AVE<br>TAMPA FL 33611 | CREDITOR ID: 311080-39<br>SHIRLEY M COLE<br>101 GARDEN AVE<br>FT PIERCE FL 34982 | CREDITOR ID: 311081-39<br>SHIRLEY M COLLINS<br>3255 WHITE SULPHUR RD<br>GAINESVILLE GA 30501 |
| CREDITOR ID: 311082-39<br>SHIRLEY M GREER & W L GREER<br>JT TEN<br>17909 WELLS RD<br>JACKSONVILLE FL 32234 | CREDITOR ID: 311083-39<br>SHIRLEY M MAY<br>27047 OMNI LANE<br>PORT CHARLOTTE FL 33983 | CREDITOR ID: 311084-39<br>SHIRLEY M NEEDHAM<br>APT# D 548<br>4600 MIDDLETON PARK CIR E<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 311085-39<br>SHIRLEY M SANGER<br>2720 HANOVER AVE<br>DALLAS TX 75225 | CREDITOR ID: 311086-39<br>SHIRLEY M SANGER & JOHN H<br>SANGER & ROBERT C SANGER<br>TTEES DTD 11/22/91 U-W<br>JOSEPH L SANGER FAMILY TRUST<br>2720 HANOVER AVE<br>DALLAS TX 75225 | CREDITOR ID: 311087-39<br>SHIRLEY M THOMAS<br>1549 MILMO DR<br>FT WORTH TX 76134 |
| CREDITOR ID: 311088-39<br>SHIRLEY MAE GASTON<br>3207 S 27TH ST<br>FORT SMITH AR 72901 | CREDITOR ID: 311089-39<br>SHIRLEY MARIA DAVIS<br>1521 MCDONALD AVE<br>EUSTIS FL 32726 | CREDITOR ID: 311090-39<br>SHIRLEY MARIE CAUTHEN<br>BOX 2811 OLIVE BRANCH RD<br>MARSHVILLE NC 28103 |
| CREDITOR ID: 311091-39<br>SHIRLEY MAXWELL<br>27 DONALD ROSS DRIVE<br>GRANVILLE OH 43023 | CREDITOR ID: 311092-39<br>SHIRLEY MCGUIRE<br>PO BOX 1032<br>KREBS OK 74554 | CREDITOR ID: 311093-39<br>SHIRLEY N DEES & JAMES E<br>DEES JT TEN<br>3314 SUNNYBROOK AVE S<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 311094-39<br>SHIRLEY NOLLEY<br>11414 UNITED BLVD<br>LOUISVILLE KY 40229 | CREDITOR ID: 311095-39<br>SHIRLEY P STAHL & EDWARD M<br>STAHL JT TEN<br>8013 N CAMERON AVE<br>TAMPA FL 33614 | CREDITOR ID: 311096-39<br>SHIRLEY POWELL<br>5501 SUNSET AVE<br>PANAMA CITY FL 32408 |
| CREDITOR ID: 311097-39<br>SHIRLEY Q WABEKE<br>2750 JARVIS CIR<br>PALM HARBOR FL 34683 | CREDITOR ID: 311098-39<br>SHIRLEY R HUTCHESON<br>2217 CARRALLTON HWY 113 S<br>TEMPLE GA 30179 | CREDITOR ID: 311099-39<br>SHIRLEY R HUTCHESON & BOBBY<br>J HUTCHESON JT TEN<br>2217 CARROLLTON HWY 113 S<br>TEMPLE GA 30179 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311100-39<br>SHIRLEY R SPARKS & ROBERT D<br>SPARKS JT TEN<br>15025 LILY AVE<br>BATON  ROUGE LA 70816 | CREDITOR ID: 311101-39<br>SHIRLEY ROBERTS<br>129 CHERRYWINCHIE RD<br>OAKDALE LA 71463 | CREDITOR ID: 311102-39<br>SHIRLEY S FUQUA & GEORGE C<br>FUQUA JT TEN<br>3796 S US 301<br>BUSHNELL FL 33513 |
| CREDITOR ID: 311103-39<br>SHIRLEY S JAMES<br>6922 END HAVEN LANE<br>CHARLOTTE NC 28277 | CREDITOR ID: 311104-39<br>SHIRLEY S NOBLES<br>1201 N BRACEWELL DR<br>PLANT  CITY FL 33566 | CREDITOR ID: 311105-39<br>SHIRLEY S VAUGHAN<br>125 LAUREL WAY<br>COVINGTON GA 30209 |
| CREDITOR ID: 311106-39<br>SHIRLEY S VAUGHAN GDN APRIL<br>ROSE VAUGHAN<br>125 LAUREL WAY<br>COVINGTON GA 30209 | CREDITOR ID: 311107-39<br>SHIRLEY T BURNS<br>7322 BUNION DR<br>JACKSONVILLE FL 32222 | CREDITOR ID: 311108-39<br>SHIRLEY T TURNEY<br>RT 1 BOX 44<br>WEOGUFKA AL 35183 |
| CREDITOR ID: 311109-39<br>SHIRLEY T WYSONG<br>2745 WILD PINES LN #527<br>NAPLES FL 34112 | CREDITOR ID: 311110-39<br>SHIRLEY VAUGHN & ROBERT<br>VAUGHN JT TEN<br>PO BOX 64<br>TAVERNIER FL 33070 | CREDITOR ID: 311111-39<br>SHIRLEY VIOLET SHIVER HALL<br>1066 FLOURNEY RD<br>WARWICK GA 31796 |
| CREDITOR ID: 311112-39<br>SHIRLEY WHIDBY<br>32353 SAN JUAN CREEK RD APT105<br>SAN  JUAN  CAPISTRANO CA 92675 | CREDITOR ID: 311113-39<br>SHIRLEY Y CHANDLER<br>708 DAILEY ST<br>BREWTON AL 36426 | CREDITOR ID: 311114-39<br>SHOAL P ASHKAR & HAZEL M<br>ASHKAR JT TEN<br>12632 GREEN OAK LN<br>DADE  CITY FL 33525 |
| CREDITOR ID: 311115-39<br>SIBYL P ROPER & C J ROPER<br>JT TEN<br>5724 DOVE DR<br>PACE FL 32571 | CREDITOR ID: 311116-39<br>SID BURNS<br>7 JONES KELLEY RD<br>TRAVERLERS  REST SC 29690 | CREDITOR ID: 311117-39<br>SID W HEARD<br>1518 OAKVIEW RD<br>DECATUR GA 30030 |
| CREDITOR ID: 280430-39<br>SIDENER, ANGELA M & TERRY, JT TEN<br>1648 WELLESLEY CIRCLE APT 6<br>NAPLES FL 34116 | CREDITOR ID: 311119-39<br>SIDNEY BRUNELL<br>6222 S 117TH ST<br>SEATTLE WA 98178 | CREDITOR ID: 311120-39<br>SIDNEY C WHITE<br>11201 SW 55TH ST APT 248<br>HOLLYWOOD FL 33025 |
| CREDITOR ID: 311121-39<br>SIDNEY CHARLES NELSON<br>3114 LINDELL AVENUE<br>TAMPA FL 33610 | CREDITOR ID: 311122-39<br>SIDNEY CONNELL WHALEY<br>2740 PINEWOOD DR<br>KINSTON NC 28504 | CREDITOR ID: 311123-39<br>SIDNEY DICK TOD MYRTLE M<br>DICK SUBJECT TO STA TOD RULES<br>PO BOX 81-4031<br>HOLLYWOOD FL 33081 |
| CREDITOR ID: 311124-39<br>SIDNEY DRUCKER<br>633 W MANCHESTER AVE<br>LOS  ANGELES CA 90044 | CREDITOR ID: 311125-39<br>SIDNEY E BELL<br>RT 1 BOX 173<br>ST  GEORGE GA 31646 | CREDITOR ID: 311126-39<br>SIDNEY F TODD<br>5845 HAMMOND DR<br>NORCROSS GA 30071 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311127-39<br>SIDNEY FISHER PASOUR<br>10724 MARLBOROUGH RD<br>FAIRFAX VA 22032 | CREDITOR ID: 311128-39<br>SIDNEY J SCURICH<br>720 WALDO ST<br>METAIRIE LA 70003 | CREDITOR ID: 311129-39<br>SIDNEY L COOPER<br>135 SECOND ST<br>WETUMPKA AL 36092 |
| CREDITOR ID: 311130-39<br>SIDNEY L COOPER & GEORGIA<br>ANN COOPER JT TEN<br>135 2ND ST<br>WETUMPKA AL 36092 | CREDITOR ID: 311131-39<br>SIDNEY L GIBSON JR & MARION<br>J GIBSON JT TEN<br>10010 N 23RD ST<br>TAMPA FL 33612 | CREDITOR ID: 311132-39<br>SIDNEY L LANIER JR & JO ANN B<br>LANIER JT TEN<br>P O BOX 128<br>WEDOWEE AL 36278 |
| CREDITOR ID: 311133-39<br>SIDNEY LEWIS LAWSON<br>989 MEANSVILLE RD<br>UNION SC 29379 | CREDITOR ID: 311134-39<br>SIDNEY S YOUNG<br>3401 CALDWELL DR<br>RALEIGH NC 27607 | CREDITOR ID: 311135-39<br>SIDNEY SCOTT LILE<br>609 CAROL ST<br>OWENSBORO KY 42301 |
| CREDITOR ID: 311136-39<br>SIDNEY TATUM<br>PO BOX 3943<br>JACKSONVILLE FL 32206 | CREDITOR ID: 311137-39<br>SIEGRIED R GETZAN & WILLIAM<br>A GETZAN JT TEN<br>11531 SEDGEMOORE DR E<br>JACKSONVILLE FL 32223 | CREDITOR ID: 311138-39<br>SIGMUND S SARKADY<br>5286 PALM DR<br>MELBOURNE  BCH FL 32951 |
| CREDITOR ID: 311139-39<br>SIGURD LOVDAL<br>6546 DAMASCUS CIR<br>TALBOTT TN 37877 | CREDITOR ID: 311140-39<br>SIHAM S AKEL<br>1161 OWEN AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 311141-39<br>SILAS WILLIAM ALTMAN<br>306 LIVE OAK LANE<br>BRUNSWICK GA 31525 |
| CREDITOR ID: 311142-39<br>SILDA ELLISON TRUSTEE U-A<br>DTD 12-03-99 THE\|SILDA<br>ELLISON REVOCABLE LIVING<br>TRUST<br>4890 N W 15 AV<br>POMPANO  BEACH FL 33064 | CREDITOR ID: 311143-39<br>SILER FAULKNER<br>PO BOX 724962<br>ATLANTA GA 31139 | CREDITOR ID: 311144-39<br>SILKE KARGUS<br>907 LAKE THOMAS RD<br>LAKE  WALES FL 33853 |
| CREDITOR ID: 311145-39<br>SILVANA M LOWD<br>1917 BROYHILL LANE<br>PENSACOLA FL 32526 | CREDITOR ID: 311146-39<br>SIM J PERTUIT<br>246 COUNTRY LN<br>MOBILE AL 36608 | CREDITOR ID: 311147-39<br>SIMON A WILLIAMS<br>45 ELDORADO DR<br>CARROLLTON GA 30117 |
| CREDITOR ID: 311148-39<br>SIMON APPLE & BEATRICE APPLE<br>JT TEN<br>345 S LAS PALMAS AVE<br>LOS  ANGELES CA 90020 | CREDITOR ID: 311149-39<br>SIMON L C WALTER<br>1022 BATH ST # B<br>SANTA  BARBARA CA 93101 | CREDITOR ID: 311150-39<br>SIMON STYRON & REBEKAH<br>STYRON JT TEN<br>PO BOX 143<br>PINE  LEVEL NC 27568 |
| CREDITOR ID: 303583-39<br>SIMS, LAUREN E (MINOR)<br>C/O MICHAEL C SIMS CUST<br>RT 2 BOX 103<br>LUVERNE AL 36049 | CREDITOR ID: 303585-39<br>SIMS, M BROCK (MINOR)<br>C/O MICHAEL C SIMS CUST<br>RT 2 BOX 103<br>LUVERNE AL 36049 | CREDITOR ID: 303584-39<br>SIMS, SOMMER L (MINOR)<br>C/O MICHAEL C SIMS CUST<br>RT 2 BOX 103<br>LUVERNE AL 36049 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311152-39<br>SINDA RUSSELL<br>47 PAM AV<br>CENTREVILLE AL 35042 | CREDITOR ID: 311153-39<br>SINDY R FITZPATRICK<br>336 MITNIK DR<br>DELTONA FL 32738 | CREDITOR ID: 311154-39<br>SINESIO CANSECO<br>2337 RIVER QUEEN DR<br>VIOLET LA 70092 |
| CREDITOR ID: 287214-39<br>SINKA, MEGAN R (MINOR)<br>C/O DENISE SINKA CUST<br>303 OLD STAGE RD<br>SPOTSWOOD NJ 08884 | CREDITOR ID: 311155-39<br>SISSIE L HAGA<br>12348 SILENT BROOK TR N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 308845-39<br>SITMER, ROBYN ANN<br>485 WESTLAKE BLVD APT 72<br>PALM HARBOR FL 34683 |
| CREDITOR ID: 284765-39<br>SKELLEY, CHRISTINE<br>1142 LANCASTER CLOSE<br>LAWRENCEVILLE GA 30043 | CREDITOR ID: 311156-39<br>SKYLAR ANNALEE BATSON<br>MCCLOSKEY<br>2456 PERKERSON RD SW<br>ATLANTA GA 30315 | CREDITOR ID: 311157-39<br>SKYLAR DAVIS<br>1908 N 1ST ST<br>JACKSONVILLE  BEACH FL 32250 |
| CREDITOR ID: 283101-39<br>SLABAUGH, C B & JANE E JT TEN<br>14218 PLAYA DEL REY<br>CORPUS  CHRISTI TX 78418 | CREDITOR ID: 311158-39<br>SLOAN Y BASHINSKY<br>PO BOX 531205<br>BIRMINGHAM AL 35258-1205 | CREDITOR ID: 279581-39<br>SMELKO, ADA ESTELLE  & STONE,<br>PATRICIA I ., JT TEN<br>361 LILAC RD<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 311159-39<br>SMH ENTERPRISES LP<br>PARTNERSHIP<br>9440 SW 91ST ST<br>MIAMI FL 33176 | CREDITOR ID: 311160-39<br>SMITA PATEL & NARENDRA PATEL<br>JT TEN<br>9762 SPARROW PL<br>MASON OH 45040 | CREDITOR ID: 279543-39<br>SMITH, A. REED  & ANGELA,  JT TEN<br>537 UPTON TALLEY RD<br>UPTON KY 42784 |
| CREDITOR ID: 286215-39<br>SMITH, DAVID A<br>883 BLUEBIRD ST<br>NAPLES FL 34104 | CREDITOR ID: 286353-39<br>SMITH, DAVID G  & PATRICIA<br>KOSIBA JT TEN<br>1839 OAK PARK DRIVE<br>CLEARWATER FL 33764 | CREDITOR ID: 312681-39<br>SMITH, THERESE B<br>311 AUTUMN OAKS DRIVE<br>BATON  ROUGE LA 70810 |
| CREDITOR ID: 298091-39<br>SMITH-EILER, DAVID (MINOR)<br>C/O KARL A SMITH CUST<br>11937 RIVERHAVEN DR<br>HOMOSASSA FL 34448 | CREDITOR ID: 311161-39<br>SMITTY J STUCKEY & PATSY W<br>STUCKEY JT TEN<br>1506 SHARON RD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 311162-39<br>SNADRA HOWARD CUST SARAH<br>HOWARD UNIF TRANS MIN ACT FL<br>3567 HERSCHEL ST<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 312358-39<br>SNELLEN, TERESA F<br>400 BOTLAND LP<br>BARDSTOWN, KY 40004 | CREDITOR ID: 311164-39<br>SODANG DAN SOU<br>4807 GLIDING HAWK WAY<br>JACKSONVILLE FL 32217 | CREDITOR ID: 311165-39<br>SOGHRA FARIDEH SEYEDZADEH<br>2549 ALNWICK DR<br>DULUTH GA 30096 |
| CREDITOR ID: 311166-39<br>SOL C JOHNSON<br>102 PO BOX 102<br>CARTHAGE MS 39051 | CREDITOR ID: 311167-39<br>SOLISA C MORAN & KENDALL B<br>MORAN JT TEN<br>13560 LAKES WY<br>ORLANDO FL 32828 | CREDITOR ID: 311168-39<br>SONDRA MUELLER<br>435 BLOSSOM ST<br>TERRYTOWN LA 70056 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311169-39<br>SONDRA S GAMBLE<br>6705 FLO CT<br>FORT WORTH TX 76118 | CREDITOR ID: 311170-39<br>SONDRA YOUNG<br>154 CITRUS RD NE<br>LAKE PLACID FL 33852 | CREDITOR ID: 311171-39<br>SONIA A MISNER & DONALD R<br>MISNER JT TEN<br>3470 CHIEFMATE DR<br>PENSACOLA FL 32506 |
| CREDITOR ID: 311172-39<br>SONIA E SHOTO<br>8272 W HAMDEN RD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 311173-39<br>SONIA H MOOTOOSINGH<br>9913-B WATERMILL CIRCLE<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 311174-39<br>SONIA J GONZALES<br>1528 WINDSOR DRIVE<br>GLENN HEIGHTS TX 75154 |
| CREDITOR ID: 311175-39<br>SONIA P PATTERSON<br>6004 NW 201ST TERRACE<br>MICHIGAN LAKES FL 33015 | CREDITOR ID: 311176-39<br>SONIA TORRES & DELFINO<br>TORRES JT TEN<br>550 NORTH 19TH ST NO31<br>IMMOKALEE FL 33934 | CREDITOR ID: 311177-39<br>SONIA WALKER TAYLOR<br>13250 SW 88TH TERRACE APT 306<br>MIAMI FL 33186 |
| CREDITOR ID: 311178-39<br>SONIA WEINSTEIN JONES &<br>LAURENCE M JONES JT TEN<br>1210 MARIA CT<br>LADY LAKE FL 32159 | CREDITOR ID: 311179-39<br>SONIA Y POLLARD<br>170 NE 27TH AVE<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 311180-39<br>SONIA ZOANN WHITFIELD<br>132 GLENLOCH PY<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 311181-39<br>SONJA DOWNS<br>4893 CANDLER POND RD<br>GAINESVILLE GA 30507 | CREDITOR ID: 311182-39<br>SONJA G GRIFFIN<br>1011 W 10TH ST<br>PANAMA CITY FL 32401 | CREDITOR ID: 311183-39<br>SONJA GORDON<br>145 GLENWAY ST<br>BOSTON MA 02121 |
| CREDITOR ID: 311184-39<br>SONJA KEOLETIAN<br>8219 SW 108TH PLACE RD<br>OCALA FL 34481 | CREDITOR ID: 311185-39<br>SONJA L GEHRKE<br>P O BOX 932<br>LECANTO FL 34460 | CREDITOR ID: 311186-39<br>SONJA M JEFFERS<br>PO BOX 64<br>BRYCEVILLE FL 32009 |
| CREDITOR ID: 311187-39<br>SONJA M STEINKAMP & ROBERT<br>STEINKAMP JT TEN<br>4530 ONAWAY RIDGE PLACE<br>SARASOTA FL 34233 | CREDITOR ID: 311188-39<br>SONJA NAN CHILDREE<br>1202 E CHESTNUT AVE<br>CRESTVIEW FL 32536 | CREDITOR ID: 311189-39<br>SONJA SHINDLER<br>1818 S E 11TH TER<br>CAPE CORAL FL 33990 |
| CREDITOR ID: 311190-39<br>SONNY M HALL<br>748 HEATHROW AVE<br>LADY LAKE FL 32159 | CREDITOR ID: 311193-39<br>SONYA D DALBY<br>1400 WINDERMERE RD<br>WINTER GARDEN FL 34787 | CREDITOR ID: 311194-39<br>SONYA HUTCHISON & RONALD<br>HUTCHISON JT TEN<br>741 ROCKDALE ST<br>ROCK HILL SC 29730 |
| CREDITOR ID: 311195-39<br>SONYA L SMITH<br>7764 ALLSPICE CIR EAST<br>JACKSONVILLE FL 32244 | CREDITOR ID: 311196-39<br>SONYA L SMITH CUST CHARLESA<br>LOUISE VERDELL UNIF TRAN MIN<br>ACT GA<br>7764 ALLSPICE CIR E<br>JACKSONVILLE FL 32244 | CREDITOR ID: 311197-39<br>SONYA L SMITH CUST NIA<br>DAVITA ODIASE UNIF TRAN MIN<br>ACT GA<br>7764 ALLSPICE CIR E<br>JACKSONVILLE FL 32244 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 311198-39<br>SONYA T BASLER<br>1265 KELLEYTOWN RD<br>MC DONOUGH GA 30252 | CREDITOR ID: 311199-39<br>SONYA UHL<br>2825 HIGHWAY 337 SE<br>CORYDON IN 47112 | CREDITOR ID: 311200-39<br>SONYA VALARIA CAMPBELL<br>3792 KEWANEE RD<br>LANTANA FL 33462 |
| CREDITOR ID: 311201-39<br>SOPHIA AUSTIN<br>1218 KELLEY ST SW<br>VIENNA VA 22180 | CREDITOR ID: 311202-39<br>SOPHIA WALKER<br>5304 FLETCHER AVE<br>FORT WORTH TX 76107 | CREDITOR ID: 311203-39<br>SOPHIE A WISE<br>4455 ST LUKES CHURCH RD<br>PROSPERITY SC 29127 |
| CREDITOR ID: 311204-39<br>SOPHIE DOERING<br>3044 EASTLAND BLVD APT I-107<br>CLEARWATER FL 34621 | CREDITOR ID: 311205-39<br>SOPHIE E ROBINSON & GARY R<br>ROBINSON JT TEN<br>6421 FARM RIDGE CT<br>FLOWERY BRANCH GA 30542 | CREDITOR ID: 311206-39<br>SOPHIE R MCCALLUM<br>40 EAST 62ND STREET<br>NEW YORK NY 10021 |
| CREDITOR ID: 311207-39<br>SOREN SIMONSEN<br>2015 E BROADWAY APT 404<br>LONG BEACH CA 90803 | CREDITOR ID: 311208-39<br>SOUTH INVESTMENT CORP<br>5701 SW 77TH TER<br>MIAMI FL 33143 | CREDITOR ID: 311209-39<br>SOUTHEAST FROZEN FOODS CO LP<br>DOUGLAS D MYERS CFO<br>18770 NE 6TH AVE<br>MIAMI FL 33179 |
| CREDITOR ID: 311210-39<br>SPCS INC<br>PO BOX 220<br>DENVER CO 80201 | CREDITOR ID: 311211-39<br>SPENCER C HUSSER<br>15414 HUSSER LN<br>OMAHA AR 72662 | CREDITOR ID: 311212-39<br>SPENCER C THOMAS<br>PO BOX 188<br>WEST UNION SC 29696 |
| CREDITOR ID: 311213-39<br>SPERO HAGIAS<br>605 MEADOW LN<br>TRENTON OH 45067 | CREDITOR ID: 279636-39<br>SPIDLE , ADRIAN P. III &<br>JEANNETTE JT TEN<br>P O BOX 732<br>HARPERS FERRY WV 25425 | CREDITOR ID: 280499-39<br>SPOONAMORE, ANGIE & TABB, JT TEN<br>2705 WAKEFIELD DR<br>CLARKSVILLE TN 37043 |
| CREDITOR ID: 282573-39<br>SPOONER, BRADLEY S<br>2002 RIVERGATE DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 311214-39<br>SPORMAN CALLINS JR & LESSIE<br>CALLINS JT TEN<br>818 E CEDAR DR<br>MELBAUR NC FL 32901 | CREDITOR ID: 311215-39<br>SPURGEON D CRAWFORD & SHERRY<br>P CRAWFORD JT TEN<br>14430 DOVE RD<br>GROVELAND FL 34736 |
| CREDITOR ID: 311216-39<br>SRIVERA E COBB & EUGENE A<br>COBB JT TEN<br>260 TURNER RD<br>WETUMPKA AL 36092 | CREDITOR ID: 311217-39<br>ST ELOI JOSEPH<br>74 NW 70TH ST<br>MIAMI FL 33150 | CREDITOR ID: 311218-39<br>ST EUGENE COMMUNITY HOSPITAL<br>301 E JACKSON ST<br>DILLON SC 29536 |
| CREDITOR ID: 311219-39<br>ST JOHN THE DIVINE GREEK<br>ORTHODOX CHURCH<br>3850 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 311220-39<br>STACEY A MACMAHON<br>13115 TREATY RD<br>SPRINGHILL FL 34610 | CREDITOR ID: 311221-39<br>STACEY A SCAIFE CUST WILLIAM<br>D SCAIFE IV UNIF TRANS MIN<br>ACT FL<br>10426 INNISBROOK DR<br>JACKSONVILLE FL 32222 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311222-39<br>STACEY ALLEN RAMEY<br>568 MARSHALL CLARK ROAD<br>HOSCHTON GA 30548 | CREDITOR ID: 311223-39<br>STACEY ANN JUBE ROCHA<br>20053 PALM BLVD<br>COVINGTON LA 70433 | CREDITOR ID: 311224-39<br>STACEY ANN KAMINSKI CUST<br>JASON ANDREW KAMINSKI UNIF<br>TRANS MIN ACT FL<br>10820 CAPSTAN LAKE  DR<br>RIVERVIEW FL 33569 |
| CREDITOR ID: 311225-39<br>STACEY BERG<br>416 LAKESIDE DR APT 127<br>MARGATE FL 33063 | CREDITOR ID: 311226-39<br>STACEY DIXON<br>5821 SAN JUAN AV 125<br>JACKSONVILLE FL 32210 | CREDITOR ID: 311227-39<br>STACEY ELLEN GREENBERG<br>1 EAST BROADWAY<br>APT 6D<br>LONG  BEACH NY 11561 |
| CREDITOR ID: 311228-39<br>STACEY JUSTICE<br>1500 S FREDRICA AV<br>CLEARWATER FL 33756 | CREDITOR ID: 311229-39<br>STACEY L CHILICKI<br>1883 SW DALMATION AVE<br>PORT  SAINT  LUCIE FL 34953 | CREDITOR ID: 311230-39<br>STACEY L DUKES<br>4916 HWY 5<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 311231-39<br>STACEY L GRESHAM<br>625 PINE ST<br>HAYNEVILLE AL 36040 | CREDITOR ID: 311232-39<br>STACEY L HANNAN & TONY L<br>HANNAN JT TEN<br>738 STONE BRIDGE CRESCENT<br>LITHONIA GA 30058 | CREDITOR ID: 311233-39<br>STACEY LUCKER<br>231 SHELL PT E<br>MAITLAND FL 32751 |
| CREDITOR ID: 311234-39<br>STACEY LYNN GONZALEZ<br>2225 KING ALPINES CT<br>WINTER  PARK FL 32792 | CREDITOR ID: 311235-39<br>STACEY LYNN ROSEN<br>7600 NW 28TH STREET<br>MARGATE FL 33063 | CREDITOR ID: 311236-39<br>STACEY M STRICKLAND<br>10000 GATES PARKWAY NO<br>#2124<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 311237-39<br>STACEY MAYEAUX & JACQUELINE<br>MAYEAUX TEN COM<br>521 SCENIC DR<br>VILLE  PLATTE LA 70586 | CREDITOR ID: 311238-39<br>STACEY MURDOCK<br>985 BROOKS RACKLEY RD<br>DALLAS GA 30157 | CREDITOR ID: 311239-39<br>STACEY P LOVATO<br>522 SOUTH LEE ST<br>MARKSVILLE LA 71351 |
| CREDITOR ID: 311240-39<br>STACEY T HOWARD & TRAVOR A<br>HOWARD JT TEN<br>3706 ROBIN HOOD TRL<br>SAN  ANGELO TX 76901 | CREDITOR ID: 311241-39<br>STACIE A SABINO<br>1401 WINCHESTER RD N<br>SAINT  PETERSBURG FL 33710 | CREDITOR ID: 311242-39<br>STACIE PITFIELD<br>239 EGRET ST<br>COVINGTON LA 70433 |
| CREDITOR ID: 311243-39<br>STACY A DYER<br>211 CEDAR ST<br>SPARTANBURG SC 29307 | CREDITOR ID: 311244-39<br>STACY B LANIER JR CUSTODIAN<br>FOR TAYLOR D LANIER UNDER<br>THE NC UNIFORM TRANSFERS TO<br>MINORS ACT<br>110 ABINGDON CIRCLE<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 311245-39<br>STACY BERNARD<br>6292 HWY 452<br>MARKSVILLE LA 71351 |
| CREDITOR ID: 311246-39<br>STACY BROWN & JAMES BROWN<br>JT TEN<br>4354 WEST OAKLAWN ST<br>LECANTO FL 34461 | CREDITOR ID: 311247-39<br>STACY C HOLLAND JR<br>1102 NORTHVIEW DR<br>SANFORD NC 27330 | CREDITOR ID: 311248-39<br>STACY DRUMWRIGHT & JONATHAN<br>DRUMWRIGHT JT TEN<br>1434 CUB LAKE RD<br>ROXBORO NC 27573 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311249-39<br>STACY E NEVILLE<br>PO BOX 188<br>WEST UNION SC 29696 | CREDITOR ID: 311250-39<br>STACY ELAINE CORBIN<br>4683 GALAXY LANE<br>CINCINNATI OH 45244 | CREDITOR ID: 311251-39<br>STACY FARRIS<br>5020 RENA ST N<br>ST PETERSBURG FL 33709 |
| CREDITOR ID: 311252-39<br>STACY H MEASIMER & JOYCE R<br>MEASIMER JT TEN<br>2015 BREAKWOOD LANE<br>CONCORD NC 28025 | CREDITOR ID: 311253-39<br>STACY J HORTON<br>5210 EUBANKS RD<br>JEFFERSON SC 29718 | CREDITOR ID: 311254-39<br>STACY JOYNER FULTZ<br>199 BRANNON ST SW<br>MELBOURNE FL 32908 |
| CREDITOR ID: 311255-39<br>STACY KEITH WISENER<br>55 FRANCES DRIVE<br>DALLAS GA 30132 | CREDITOR ID: 311256-39<br>STACY L ANGIER & TODD E<br>ANGIER JT TEN<br>1913 NW 79TH TERRACE<br>MARGATE FL 33063 | CREDITOR ID: 311257-39<br>STACY L BURKE<br>1220 HIGHWAY 14 W 2<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 311258-39<br>STACY L HITCHCOCK<br>5524 LYNN LANE<br>PINSON AL 35126 | CREDITOR ID: 311259-39<br>STACY L WATSON<br>6217 NC HWY 904<br>FAIRMONT NC 28340 | CREDITOR ID: 311260-39<br>STACY ONEAL<br>121 NORTH RD<br>YARMOUTH ME 04096 |
| CREDITOR ID: 311261-39<br>STACY PARKER<br>120 CUMBERLAND ST<br>SOUTH HILL VA 23970 | CREDITOR ID: 311262-39<br>STACY SKIPPER<br>631 SOUTH BAY SPRINGS RD<br>DOTHAN AL 36301 | CREDITOR ID: 311263-39<br>STACY VANDIVER<br>1075 CORONADO DR<br>ROCKLEDGE FL 32955 |
| CREDITOR ID: 311264-39<br>STACY W BOUTWELL<br>5709 VAL DEL ROAD<br>HAHIRA GA 31632 | CREDITOR ID: 289181-39<br>STAGG, ELIZABETH ANN<br>14019 89TH AVE N<br>SEMINOLE FL 33776 | CREDITOR ID: 311265-39<br>STAN ALLEN BURRIS<br>1033 CONEFLOWER TRL<br>FORT WORTH TX 76131 |
| CREDITOR ID: 311266-39<br>STAN C LILLY<br>2761 MAGNOLIA RD<br>DELAND FL 32720 | CREDITOR ID: 311267-39<br>STAN C LILLY & JAN FERRARA<br>LILLY JT TEN<br>2761 MAGNOLIA RD<br>DELAND FL 32720 | CREDITOR ID: 311268-39<br>STANLEY A LEVANDUSKI<br>49 GINGER CIRCLE<br>LEESBURG FL 34748 |
| CREDITOR ID: 311269-39<br>STANLEY A MEYER<br>1814 DAHLIA CT<br>MIDDLEBURG FL 32068 | CREDITOR ID: 311270-39<br>STANLEY A TOPOREK & KAAREN A<br>TOPOREK JT TEN<br>4406 N LOCKWOOD AVE<br>CHICAGO IL 60630 | CREDITOR ID: 311271-39<br>STANLEY ALTMAN CUST<br>ELIZABETH ALTMAN UND UNIF<br>GIFT MIN ACT IOWA<br>#202<br>1110 PLEASANT VIEW RD<br>MIDDLETON WI 53562 |
| CREDITOR ID: 311272-39<br>STANLEY ARSENEAUX<br>103 DONELON DR<br>HARAHAN LA 70123 | CREDITOR ID: 311273-39<br>STANLEY ARSENEAUX CUST AMY<br>ARSENEAUX A/M/U/T/LA/T/M/A<br>103 DONELON DR<br>HARAHAN LA 70123 | CREDITOR ID: 311274-39<br>STANLEY ARSENEAUX CUST MEGAN<br>ARSENEAUX UNIF TRANS MIN ACT<br>LA<br>103 DONELON DR<br>HARAHAN LA 70123 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311275-39<br>STANLEY B LAPINSKI<br>15529 POB 15529<br>PANAMA CITY FL 32406 | CREDITOR ID: 311276-39<br>STANLEY DALE SANDERS<br>2376 LAVONIA HWY<br>BOWERSVILLE GA 30516 | CREDITOR ID: 311277-39<br>STANLEY DAVIS<br>6409 BATTLE BRIDGE RD<br>RALEIGH NC 27610 |
| CREDITOR ID: 311278-39<br>STANLEY FISCHER TRUSTEE U-A<br>DTD 05-17-79 U-W ESTHER<br>FISCHER F-B-O ANDREW & HEDY FISCHER<br>5701 COACH GATE WYNDE APT 58<br>LOUISVILLE KY 40207 | CREDITOR ID: 311279-39<br>STANLEY G BOUCHARD<br>7038 EATON AVE<br>JACKSONVILLE FL 32211 | CREDITOR ID: 311280-39<br>STANLEY G SHOBER<br>1181 ALTADENA AVE<br>CINCINNATI OH 45230 |
| CREDITOR ID: 311281-39<br>STANLEY GOLASASZEWSKI &<br>NEVADA J GOLASASZEWSKI JT<br>TEN<br>BOX 635<br>FOLKSTON GA 31537 | CREDITOR ID: 311282-39<br>STANLEY HOPKINS<br>4244 PRIOR STATION RD<br>CEDARTOWN GA 30125 | CREDITOR ID: 311283-39<br>STANLEY J DEVORE JR<br>10809 HOBBS STATION RD<br>LOUISVILLE KY 40223 |
| CREDITOR ID: 311284-39<br>STANLEY J GILL & STEPHANIE<br>GILL JT TEN<br>2365 CAMBRIDGE DRIVE<br>SARASOTA FL 34232 | CREDITOR ID: 311285-39<br>STANLEY J HOLLIDAY JR<br>4813 GRAND TERRE DR<br>MARRERO LA 70072 | CREDITOR ID: 311286-39<br>STANLEY J SLIAKIS<br>RT 3 BOX 136<br>WHITE STONE VA 22578 |
| CREDITOR ID: 311287-39<br>STANLEY J STANKIEWICZ &<br>CLARA B STANKIEWICZ TTEES<br>UA DTD 02-24-95 STANLEY J STANKIEWICZ<br>& CLARA B STANKIEWICZ LIVING TRUST<br>102 SE SECOND AVENUE<br>CRYSTAL RIVER FL 34429 | CREDITOR ID: 311289-39<br>STANLEY LAMAR GABRIEL<br>642 SMITHONIA RD<br>WINTERVILLE GA 30683 | CREDITOR ID: 311290-39<br>STANLEY M STEVENS<br>5539 LEON CIRCLE<br>ORLANDO FL 32810 |
| CREDITOR ID: 311291-39<br>STANLEY MARK BURRELL<br>3 WHEE PL<br>PALM COAST FL 32164 | CREDITOR ID: 311292-39<br>STANLEY MICHAELIDES &<br>MERSINA KOPATSIS JT TEN<br>2314 PAULWYNN RD<br>WILMINGTON DE 19810 | CREDITOR ID: 311293-39<br>STANLEY N COX<br>70 WOODGLEN CT 5157<br>ELLIJAY GA 30540 |
| CREDITOR ID: 311294-39<br>STANLEY O WILLIAMS<br>122 FLOWERWOOD DR<br>MERIDIANVILLE AL 35759 | CREDITOR ID: 311295-39<br>STANLEY O WILLIAMS & PEGGY L<br>WILLIAMS JT TEN<br>122 FLOWERWOOD DR<br>MERIDIANVILLE AL 35759 | CREDITOR ID: 311296-39<br>STANLEY Q FORD<br>7017 GREENLEE ST<br>FT WORTH TX 76112 |
| CREDITOR ID: 311299-39<br>STANLEY RAY GREER JR & ALANA<br>C GREER JT TEN<br>2505 MISTY LANE SE<br>BOGUE CHITTO MS 39629 | CREDITOR ID: 311300-39<br>STANLEY ROCK HARDIN<br>549 ASBURY DR<br>SAGINAW TX 76179 | CREDITOR ID: 311301-39<br>STANLEY SAVAGE<br>270 N LOMBARDY POINT<br>LECANTO FL 34461 |
| CREDITOR ID: 311302-39<br>STANLEY SMITH EVERHART<br>310 CREEKSIDE LN<br>LEXINGTON NC 27295 | CREDITOR ID: 311303-39<br>STANLEY T GALIK JR<br>1415 SHADOW RUN<br>WEATHERFORD TX 76086 | CREDITOR ID: 311304-39<br>STANLEY W STEINER<br>754 ROLLING HILLS DR<br>SEBASTIAN FL 32958 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311305-39<br>STANLEY W STEINER & JEWELL F<br>STEINER JT TEN<br>754 ROLLING HILLS DR<br>SEBASTIAN FL 32958 | CREDITOR ID: 311306-39<br>STANLEY WADE THOMPSON<br>1923 ROCK REST RD<br>WINGATE NC 28174 | CREDITOR ID: 311307-39<br>STANLEY WALTER DESULIS<br>10801 BRANBERRY LN<br>RICHMOND VA 23233 |
| CREDITOR ID: 311308-39<br>STANLEY WAYNE CLARK<br>1401 CORINNE DR<br>DURANT OK 74701 | CREDITOR ID: 311309-39<br>STANLEY WAYNE WHITLEY<br>1627 MARY BETH DR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 311310-39<br>STANLEY WORLEY<br>PO BOX 1481<br>LILLINGTON NC 27546 |
| CREDITOR ID: 311311-39<br>STANTON D SIMMONS<br>433 WINCHESTER DR<br>KING NC 27021 | CREDITOR ID: 311118-39<br>STARKS, SIDNEY B<br>703 WOODGREEN DRIVE<br>DURHAM NC 27704 | CREDITOR ID: 311312-39<br>STARLA R GOSS<br>3702 FARWOOD DR<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 311313-39<br>STARLYN L HESTER<br>5537 ADA JOHNSON RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 286803-39<br>STARR, HALEY (MINOR)<br>C/O DEBBIE STARR CUST<br>10 OAKWOOD DR<br>WETUMPKA AL 36092 | CREDITOR ID: 311315-39<br>STATE OF LOUISIANA<br>DEPARTMENT OF TREASURY<br>UNCLAIMED PROPERTY<br>626 MAIN ST<br>BATON  ROUGE LA 70801 |
| CREDITOR ID: 312571-39<br>STATE OF TEXAS COMP OF PUBLIC ACCTS<br>208 EAST 16TH ST<br>AUSTIN TX 78701 | CREDITOR ID: 311316-39<br>STEFANIE LUTZEN<br>2404 E NICHOLS CIR<br>CENTENNIAL CO 80122 | CREDITOR ID: 311317-39<br>STEFANO BELLONCI<br>949 EARLY AVE<br>WINTER  PARK FL 32789 |
| CREDITOR ID: 311318-39<br>STEFANO MANIGLIA<br>152 NORWOOD CT<br>ATHENS GA 30605 | CREDITOR ID: 311319-39<br>STEFFANIE LYNNE HENNESS<br>630 CEDAR GROVE DRIVE<br>BRANDON FL 33511 | CREDITOR ID: 279577-39<br>STEINBERG, ABRAHAM I &<br>ANNETTE, TEN ENT<br>6617 DEANCROFT RD<br>BALTIMORE MD 21209 |
| CREDITOR ID: 311320-39<br>STELL QUINTEN EVANS<br>286 MINNIE KNIGHT RD<br>TITUS AL 36080 | CREDITOR ID: 311321-39<br>STELLA HERMAN CUST BASTA<br>ORATZ U/G/M/A/NY<br>1531 58TH ST<br>BROOKLYN NY 11219 | CREDITOR ID: 311322-39<br>STELLA HERMAN CUST DAVID<br>ORATZ U/G/M/A/NY<br>1531 58TH ST<br>BROOKLYN NY 11219 |
| CREDITOR ID: 311323-39<br>STELLA M LOWRY<br>151 E MYRTLE ST<br>APOPKA FL 32703 | CREDITOR ID: 311324-39<br>STELLA R WILLIAMS<br>203 FRIENDSHIP RD<br>SENECA SC 29678 | CREDITOR ID: 311325-39<br>STELLA ROSENBLOOM<br>8025 WHISPERING PALM DR<br>BOCA  RATON FL 33496 |
| CREDITOR ID: 311326-39<br>STELLA T MOUNT<br>2901 HELEN AVE<br>ORLANDO FL 32804 | CREDITOR ID: 311327-39<br>STELLAR SHACKELFORD<br>2106 MONROE ST NE<br>PALM  BAY FL 32905 | CREDITOR ID: 311328-39<br>STEPHANE LAMIGERE<br>360 NW 129TH STREET<br>MIAMI FL 33168 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

CREDITOR ID: 311329-39
STEPHANIE A BARLOW
1175 GALLATIN ROAD
HAZLEHURST MS 39083

CREDITOR ID: 311330-39
STEPHANIE A COUSSOU
9754 GRAND TETON AVE
BATON  ROUGE LA 70814

CREDITOR ID: 311331-39
STEPHANIE A MACDONALD
8496 NEWTON RD
JACKSONVILLE FL 32216

CREDITOR ID: 311332-39
STEPHANIE A WHITE
841 SUGARLOAF BLVD
SUGARLOAF  KEY FL 33042

CREDITOR ID: 311333-39
STEPHANIE A WILLE
255 W 5TH ST
LA  PLACE LA 70068

CREDITOR ID: 311334-39
STEPHANIE ANNE BARANOVIC
4833 FOLSE DR
METAIRIE LA 70006

CREDITOR ID: 311335-39
STEPHANIE ANNE RISLEY
4638 LANCELOT LANE
JACKSONVILLE FL 32210

CREDITOR ID: 311336-39
STEPHANIE BEAVER
PO BOX 116
TANGERINE FL 32777

CREDITOR ID: 311337-39
STEPHANIE DEFILIPPO CUST
DANIEL T DEFILIPPO UNDER THE
CT UND UNIF GIFT MIN ACT
82 TALL TIMBERS LANE
GLASTONBURY CT 06033

CREDITOR ID: 311338-39
STEPHANIE DEROSIN
2956 DAYTON ST
BATON  ROUGE LA 70805

CREDITOR ID: 311339-39
STEPHANIE DEROUEN & DEAN
DEROUEN TEN COM
7871 HWY 87
JEANERETTE LA 70544

CREDITOR ID: 311340-39
STEPHANIE DIANNE WILSON
2818 150TH ST
WOODWARD IA 50276

CREDITOR ID: 311341-39
STEPHANIE E STONE
1109 PRINCETON DR
MADISON AL 35758

CREDITOR ID: 311342-39
STEPHANIE F DEFILIPPO CUST
MICHAEL J DEFILIPPO UND UNIF
GIFT MIN ACT CT
82 TALL TIMBERS LANE
GLASTONBURY CT 06033

CREDITOR ID: 311343-39
STEPHANIE FEINGOLD
RD 2
BOX 132 BONNIE BRAE CT
GRANITE  SPRINGS NY 10527

CREDITOR ID: 311344-39
STEPHANIE FLOURNOY
5362 PEMBRIDGE PL
TALLAHASSEE FL 32309

CREDITOR ID: 311345-39
STEPHANIE G DAVID
1066 DOCTOR HARDY CIR
DILLON SC 29536

CREDITOR ID: 311346-39
STEPHANIE G DAVIS
814 N JEFFERSON ST
PRINCETON KY 42445

CREDITOR ID: 311347-39
STEPHANIE GREENWOOD
PO BOX
TATUM TX 75691

CREDITOR ID: 311348-39
STEPHANIE HARRIS
1771 N HARBISON AVE
INDIANAPOLIS IN 46219

CREDITOR ID: 311349-39
STEPHANIE JAYNE JACKLIN
5000 SE 183RD AVE RD
OKLAWAHA FL 32179

CREDITOR ID: 311350-39
STEPHANIE L WILLIAMSON
1453 THERMAL RD
CHARLOTTE NC 28212

CREDITOR ID: 311351-39
STEPHANIE LYNN ANDERSON
2504 BRIGHTON DR
LOUISVILLE KY 40205

CREDITOR ID: 311352-39
STEPHANIE LYNN HALL
6929 REX LANE
SARASOTA FL 34243

CREDITOR ID: 311353-39
STEPHANIE LYNN JEFFREY
P O BOX 279
SATSUMA FL 32189

CREDITOR ID: 311354-39
STEPHANIE M JOHNSON
1536 SEAGULL DR APT 202
PALM  HARBOR FL 34685

CREDITOR ID: 311355-39
STEPHANIE M SAUER
148 WINTERWOOD DRIVE
LONDONDERRY NH 03053

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 311356-39<br>STEPHANIE M YOUNGBLOOD &<br>MICHAEL J YOUNGBLOOD JT TEN<br>339 SPROLES SMITH RD<br>DALLAS NC 28034 | CREDITOR ID: 311357-39<br>STEPHANIE MONROE<br>APT 7204<br>2639 MAITLAND CROSSING WAY<br>ORLANDO FL 32810 | CREDITOR ID: 311358-39<br>STEPHANIE MOORE<br>865 MYSTIE AVE<br>GRETNA LA 70056 |
| CREDITOR ID: 311359-39<br>STEPHANIE N CLOUSE<br>2568 WATAUGA RD<br>FRANKLIN NC 28734 | CREDITOR ID: 311360-39<br>STEPHANIE R JENNINGS<br>3101 USINA RD<br>ST AUGUSTINE FL 32095 | CREDITOR ID: 311361-39<br>STEPHANIE REYNOLDS<br>3396 STARDUST CI<br>DECATUR GA 30034 |
| CREDITOR ID: 311362-39<br>STEPHANIE RICE JONES<br>1104 DONALD DR<br>LONGVIEW TX 75604 | CREDITOR ID: 311363-39<br>STEPHANIE RUSSELL<br>773 NW 108TH STREET<br>MIAMI FL 33168 | CREDITOR ID: 311364-39<br>STEPHANIE SEPCIC<br>8500 GREEN ST<br>PORT RICHEY FL 34668 |
| CREDITOR ID: 311365-39<br>STEPHANIE V RUCKER<br>4320 WINNFIELD DR<br>FLOWERY BRANCH GA 30542 | CREDITOR ID: 311366-39<br>STEPHANIE VOLCY<br>8511 NW 11TH CT<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 311367-39<br>STEPHANIE W WADEWITZ &<br>RACHEL B WADEWITZ JT TEN<br>7 RED OAK RD<br>ASHEVILLE NC 28804 |
| CREDITOR ID: 311368-39<br>STEPHANIE WADEWITZ<br>7 RED OAK RD<br>ASHEVILLE NC 28804 | CREDITOR ID: 311369-39<br>STEPHANIE Y WILLIAMS<br>58112 BARROW ST<br>PLAGUEMINE LA 70764 | CREDITOR ID: 311370-39<br>STEPHANIE YOUNG<br>143 KARE FRE BLVD<br>WEST UNION SC 29696 |
| CREDITOR ID: 311371-39<br>STEPHANIE YVETTE HODGES<br>8942 SIBBALD ROAD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 311372-39<br>STEPHEN A BOK CUST ALEX S<br>BOK UNIF TRAN MIN ACT MI<br>07577 SEEVERS RD<br>HICKSVILLE OH 43526 | CREDITOR ID: 311373-39<br>STEPHEN A BOK CUST AUSTIN J<br>BOK UNIF TRAN MIN ACT MI<br>07577 SEEVERS RD<br>HICKSVILLE OH 43526 |
| CREDITOR ID: 311375-39<br>STEPHEN A CULPEPPER<br>300 ANGELA ST<br>PRATTVILLE AL 36066 | CREDITOR ID: 311376-39<br>STEPHEN A FERGER<br>250 BRIDGE CREEK BLVD<br>OCOEE FL 34761 | CREDITOR ID: 311377-39<br>STEPHEN A LINDSEY<br>29 AMHERST CT<br>FLORENCE KY 41042 |
| CREDITOR ID: 311378-39<br>STEPHEN A MOORE<br>17490 SW 288TH ST<br>HOMESTEAD FL 33030 | CREDITOR ID: 311379-39<br>STEPHEN A MORGAN<br>PO BOX 914<br>ROANOKE TX 76262 | CREDITOR ID: 311380-39<br>STEPHEN A SMITH<br>4715 BRAEBURN DR<br>BELLAIRE TX 77401 |
| CREDITOR ID: 311381-39<br>STEPHEN ANDERSON<br>145 NICOLE LANE<br>CRESTVIEW FL 32539 | CREDITOR ID: 311382-39<br>STEPHEN ANTHONY BLAIR<br>5426 LAWFORD LANE<br>FORT WAYNE IN 46815 | CREDITOR ID: 311383-39<br>STEPHEN ANTHONY ROSS JR<br>2303 LOWELL - BETHESDA RD<br>GASTONIA NC 28056 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311384-39<br>STEPHEN ARNESS MURDOCK<br>5212 SW 19TH ST<br>HOLLYWOOD FL 33023 | CREDITOR ID: 311385-39<br>STEPHEN B MANUEL<br>11505 WOODVIEW CT<br>HAGERSTOWN MD 21742 | CREDITOR ID: 311386-39<br>STEPHEN B PASCOE<br>101 FAUNAWOOD DR<br>SIMPSONVILLE SC 29680 |
| CREDITOR ID: 311388-39<br>STEPHEN BELIECH<br>11179 MARJORAM DR<br>PALM  BEACH  GARDENS FL 33418 | CREDITOR ID: 311389-39<br>STEPHEN C CALHOUN & VERONICA<br>JO CALHOUN JT TEN<br>1826 LIVE OAK S<br>ROCKLEDGE FL 32955 | CREDITOR ID: 311390-39<br>STEPHEN C CALIFANO<br>21400 NE 23 AVE<br>NO  MIAMI  BEACH FL 33180 |
| CREDITOR ID: 311391-39<br>STEPHEN C SCORGIE<br>4252 SW TUMBLE ST<br>PORT  SAINT  LUCIE FL 34953 | CREDITOR ID: 311392-39<br>STEPHEN C SNYDER<br>2915 ANNISTON RD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 311393-39<br>STEPHEN C THOMAS<br>123 PROSPECT AVE<br>WINTER  HAVEN FL 33880 |
| CREDITOR ID: 311396-39<br>STEPHEN CRAIG ALLEN<br>464 HARRISON ST # 3<br>CHARLESTOWN IN 47111 | CREDITOR ID: 311395-39<br>STEPHEN CRAIG ALLEN<br>4328 EDGEWATER DR UNIT 207C<br>ORLANDO FL 32804 | CREDITOR ID: 311397-39<br>STEPHEN CRAIG CALHOUN<br>1826 LIVE OAK DR S<br>ROCKLEDGE FL 32955 |
| CREDITOR ID: 311399-39<br>STEPHEN DAVID GLEASON<br>801 N HOWARD ST #400<br>ALEXANDRIA VA 22304-5460 | CREDITOR ID: 311400-39<br>STEPHEN DELRE<br>313 MANHATTAN DR<br>LEXINGTON KY 40505 | CREDITOR ID: 311401-39<br>STEPHEN E ANNIS<br>7950 26TH AVE N<br>ST  PETE FL 33710 |
| CREDITOR ID: 311402-39<br>STEPHEN E CUSHMAN & STANLI J<br>CUSHMAN JT TEN<br>PO BOX 294<br>THORNDALE PA 19372 | CREDITOR ID: 311403-39<br>STEPHEN E GARRISON<br>20679 AL 33 HW<br>MOULTON AL 35650 | CREDITOR ID: 311404-39<br>STEPHEN E MCCULLEN<br>PO BOX 404<br>CAMERON NC 28326 |
| CREDITOR ID: 311405-39<br>STEPHEN E THORNTON<br>100 ZACHERY RD<br>DOTHAN AL 36301 | CREDITOR ID: 311406-39<br>STEPHEN EARL WOODS<br>STE 194<br>4600 GREENVILLE AVE<br>DALLAS TX 75206 | CREDITOR ID: 311407-39<br>STEPHEN ELLIOTT TOUCHTON<br>1019 CHEROKEE AVE<br>VALDOSTA GA 31602 |
| CREDITOR ID: 311408-39<br>STEPHEN F DUBE<br>103 MAGAZINE COURT<br>SUMMERVILLE SC 29485 | CREDITOR ID: 311409-39<br>STEPHEN F GAUGHRAN & DEBRA L<br>GAUGHRAN JT TEN<br>1913 FLINTSHIRE CT<br>TITUSVILLE FL 32796 | CREDITOR ID: 311410-39<br>STEPHEN F JONES<br>125 ROLLAND ROAD<br>MONITA VA 24121 |
| CREDITOR ID: 311411-39<br>STEPHEN F KILLOUGH & CLAY<br>KILLOUGH JT TEN<br>3947 BOULEVARD CENTER DR #197<br>JACKSONVILLE FL 32207 | CREDITOR ID: 311412-39<br>STEPHEN F RICE<br>386 FERNWAY DR<br>CENTRAL SC 29630 | CREDITOR ID: 311413-39<br>STEPHEN G BARTKO<br>46347 APPLE LN<br>MACOMB  TOWNSHIP MI 48044 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311414-39<br>STEPHEN G HANEY<br>7614 NORTHEAST 75TH TERRACE<br>KANSAS CITY MO 64158 | CREDITOR ID: 311415-39<br>STEPHEN G HUNSEDER & DIANE L<br>HUNSEDER JT TEN<br>8022 MILDMAY CT<br>CINCINNATI OH 45239 | CREDITOR ID: 311416-39<br>STEPHEN G LESSNER<br>1418 STEEPLE CT<br>COLS GA 31904 |
| CREDITOR ID: 311417-39<br>STEPHEN G SKINKER<br>2545 KINLOCH CIR<br>LANSING MI 48911 | CREDITOR ID: 311418-39<br>STEPHEN GALATIS<br>521 S E 13 CT<br>POMPANO BEACH FL 33060 | CREDITOR ID: 311419-39<br>STEPHEN H NORRIS & SANDRA<br>RITZ NORRIS JT TEN<br>2565 CHESTERFIELD CT<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 311420-39<br>STEPHEN H STARK<br>1906 S W 86 AVE<br>NORTH LAUDERDALE FL 33068 | CREDITOR ID: 311421-39<br>STEPHEN HOLMQUIST CUST<br>SYDNEY C HOLMQUIST UNIF TRAN<br>MIN ACT FL<br>2442 INDIAN OAK CT<br>PALM HARBOR FL 34683 | CREDITOR ID: 311422-39<br>STEPHEN HONAKER<br>5004 LILLILEA LN<br>NEW PORT RICHEY FL 34653 |
| CREDITOR ID: 311423-39<br>STEPHEN J BACK & DEBRA A<br>BACK JT TEN<br>10392 HUMPHREY RD<br>CINCINNATI OH 45242 | CREDITOR ID: 311424-39<br>STEPHEN J BINKOSKI &<br>PATRICIA D BINKOSKI JT TEN<br>401 DORCHESTER PLACE C55<br>SUN CITY CENTER FL 33573 | CREDITOR ID: 311425-39<br>STEPHEN J CARNEY<br>2711 NE 10TH TERR<br>GAINESVILLE FL 32609 |
| CREDITOR ID: 311426-39<br>STEPHEN J DILL & RODGER G<br>DILL SR JT TEN<br>8951 SO KENDALE CIR<br>LAKE WORTH FL 33467 | CREDITOR ID: 311427-39<br>STEPHEN J DUBAN<br>8730 RUPP FARM DR<br>WEST CHESTER OH 45069 | CREDITOR ID: 311428-39<br>STEPHEN J FOLEY<br>PO BOX 120885<br>CLERMONT FL 34712 |
| CREDITOR ID: 311430-39<br>STEPHEN J GLUCKMAN TRUSTEE<br>U-A 06-29-92 STEPHEN J<br>GLUCKMAN TRUST A<br>PO BOX 84365<br>LOS ANGELES CA 90073 | CREDITOR ID: 311429-39<br>STEPHEN J GLUCKMAN TRUSTEE<br>THE STEPHEN J GLUCKMAN TRUST<br>B DTD 06-29-92<br>PO BOX 84365<br>LOS ANGELES CA 90073 | CREDITOR ID: 311431-39<br>STEPHEN J GOMEZ<br>15834 WOODMOSS DR<br>BATON ROUGE LA 70816 |
| CREDITOR ID: 311432-39<br>STEPHEN J HAMILTON<br>120 N SIBLEY ST<br>METAIRIE LA 70003 | CREDITOR ID: 311433-39<br>STEPHEN J HUGHES<br>4616 HEATHERWOOD WY<br>PACE FL 32571 | CREDITOR ID: 311434-39<br>STEPHEN J LEMOINE<br>308 RIVER OAKS<br>LULING LA 70070 |
| CREDITOR ID: 311435-39<br>STEPHEN J NICASTRO<br>28 PHILMONT LN<br>PALM COAST FL 32164 | CREDITOR ID: 311436-39<br>STEPHEN J OAKLEY<br>PO BOX 1100 DC#120318<br>AVON PARK FL 33826-1100 | CREDITOR ID: 311439-39<br>STEPHEN JAMES DILL<br>8951 SO KENDALE CIR<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 311441-39<br>STEPHEN K POLLHEIN<br>10777 SLEEPY BROOK WAY<br>BOCA RATON FL 33428 | CREDITOR ID: 311442-39<br>STEPHEN KEITH MANGUM<br>4617 POND HOUSE RD<br>FLOWERY BRANCH GA 30542 | CREDITOR ID: 311443-39<br>STEPHEN KENNETH KYER<br>131 CROSSBOW DR<br>PIKEVILLE NC 27863 |

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

CREDITOR ID: 311444-39
STEPHEN L BANNISTER
1168 MIDNIGHT RD
INMAN SC 29349

CREDITOR ID: 311445-39
STEPHEN L BROWN
1330 HANSBOROUGH RD
FRANKFORT KY 40601

CREDITOR ID: 311447-39
STEPHEN L HENDERSON
3730 NW 29 ST
LAUDERDALE  LAKES FL 33311

CREDITOR ID: 311448-39
STEPHEN L KIRKLAND
3921 NW 23RD DR
GAINESVILLE FL 32605

CREDITOR ID: 311449-39
STEPHEN L PATTERSON
328 COLD SPRING
STANFORD KY 40484

CREDITOR ID: 311450-39
STEPHEN LEE JONKER
260 N LYON AVE SPACE #96
HEMET CA 92543-3808

CREDITOR ID: 311451-39
STEPHEN LETULLE CUST FOR
RICHARD STEPHEN LETULLE UNDER
THE LA UNIFORM TRANSFERS TO
MINORS ACT
4008 HAMLET DR
CHALMETTE LA 70043

CREDITOR ID: 311452-39
STEPHEN LOUIS
13251 PATIN DYKE ROAD
VENTRESS LA 70783

CREDITOR ID: 311453-39
STEPHEN M BILL & RENEE R
BILL JT TEN
320 OAKWOOD PARK DRIVE
CINCINNATI OH 45238

CREDITOR ID: 311454-39
STEPHEN M BURKE
2154 ORANGE AVENUE
ORANGE  PARK FL 32073

CREDITOR ID: 311455-39
STEPHEN M DUGAN & MARGARET B
DUGAN JT TEN
13000 READING RD
GOSHEN KY 40026

CREDITOR ID: 311456-39
STEPHEN M EDMONDSON
113 CROATAN DR
NEWPORT NC 28570

CREDITOR ID: 311457-39
STEPHEN M HAYNES
69 PLACID LAKE DR
DE  FUNIAK  SPRINGS FL 32433

CREDITOR ID: 311458-39
STEPHEN M LAU
201 EMPIRE LANE
HUNTSVILLE AL 35811

CREDITOR ID: 311459-39
STEPHEN M MILLER & JENNIFER
A MILLER JT TEN
3 QUIGLEY LANE
BOOTHWYN PA 19061

CREDITOR ID: 311460-39
STEPHEN M RAABE
7500 NW 9TH ST
PLANTATION FL 33317

CREDITOR ID: 311461-39
STEPHEN M SHEPARD & KELLY
SHEPARD JT TEN
6276 FLAG RUN DR
JACKSONVILLE FL 32234

CREDITOR ID: 311462-39
STEPHEN M TONAKI
2749 PILIWAI ST
HONOLULU HI 96819

CREDITOR ID: 311463-39
STEPHEN MIRRA
10616 JANE EYRE DR
ORLANDO FL 32825

CREDITOR ID: 311464-39
STEPHEN N SCHEER
17500 S W 93 AVE
MIAMI FL 33157

CREDITOR ID: 311465-39
STEPHEN NACHT & JUDY NACHT JT
TEN
14 HEIGHWOOD TR
SPARTA NJ 07871

CREDITOR ID: 311466-39
STEPHEN NASH TRUSTEE THE
STEPHEN NASH REVOCABLE TRUST
U A DTD 6/21/89
118 EASTERN FRK
LONGWOOD FL 32750

CREDITOR ID: 311467-39
STEPHEN P KAECHER
2654 GLENVIEW DR
LAND  O LAKE FL 34639

CREDITOR ID: 311468-39
STEPHEN P REEVES
140 BIVINS RD
VILLA  RICA GA 30180

CREDITOR ID: 311469-39
STEPHEN PAPP
803 BARKER TEN MILE RD
LUMBERTON NC 28358

CREDITOR ID: 311470-39
STEPHEN PARKER MULL
225 S MAGNOLIA ST
MARYVILLE TN 37803

CREDITOR ID: 311471-39
STEPHEN PATRICK WILSON
6241 RIVIERA MANOR DR
JACKSONVILLE FL 32216

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311472-39<br>STEPHEN PAUL MEYER<br>3306 W CORONA ST<br>TAMPA FL 33629 | CREDITOR ID: 311473-39<br>STEPHEN PAUL REEVES<br>140 BIVINS RD<br>VILLA RICA GA 30180 | CREDITOR ID: 311474-39<br>STEPHEN PAUL SIMZER<br>2019 SEACREST BV<br>BOYNTON BEACH FL 33435 |
| CREDITOR ID: 311475-39<br>STEPHEN PRESTON LEWIS<br>3709 ELVEDEN RD<br>NEW BERN NC 28562 | CREDITOR ID: 311476-39<br>STEPHEN R BORTZ<br>4411 BEE RIDGE RD SUITE 139<br>SARASOTA FL 34233 | CREDITOR ID: 311477-39<br>STEPHEN R HORVATH<br>11243 NARRAGANSETT BAY CT<br>WELLINGTON FL 33414 |
| CREDITOR ID: 311478-39<br>STEPHEN R LAVERGNE<br>10937 HARRIS LANE<br>MAURICE LA 70555 | CREDITOR ID: 311479-39<br>STEPHEN R ODUM<br>4313 CANEY FORK CIR<br>BRASELTON GA 30517 | CREDITOR ID: 311480-39<br>STEPHEN R OLER<br>6101 DARTMOUTH AVE N<br>ST PETERSBURG FL 33710 |
| CREDITOR ID: 311481-39<br>STEPHEN R POHLIT<br>12233 94TH ST N<br>LARGO FL 34643 | CREDITOR ID: 311482-39<br>STEPHEN RASKIN & DORIS<br>RASKIN JT TEN<br>171 SWEETBRIER BANCH LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 311483-39<br>STEPHEN RAY LEVERING<br>5476 DENGAIL DR<br>CINCINNATI OH 45238 |
| CREDITOR ID: 311484-39<br>STEPHEN RICHARD WEISS<br>3801 RAVENWOOD PL<br>SARASOTA FL 34243 | CREDITOR ID: 311485-39<br>STEPHEN ROYALS<br>8339 CABIN HILL RD<br>TALLAHASSEE FL 32311 | CREDITOR ID: 311486-39<br>STEPHEN RUSSELL<br>13535 PLANTATION LAKE CIRCLE<br>HUDON FL 34669 |
| CREDITOR ID: 311487-39<br>STEPHEN S ELLIOTT<br>727 CAVE RD<br>ANNISTON AL 36206 | CREDITOR ID: 311488-39<br>STEPHEN S MARCUM CUST EMMA<br>MARIE MARCUM UNDER THE OH<br>UNIF TRAN MIN ACT<br>BOX 747<br>HAMILTON OH 45012 | CREDITOR ID: 311489-39<br>STEPHEN T LATIMER<br>1158 WAYSIDE RD<br>CARROLLTON GA 30116 |
| CREDITOR ID: 311490-39<br>STEPHEN T TURNER<br>600 FOURTH ST SW APT 402<br>ROCHESTER MN 55902 | CREDITOR ID: 311492-39<br>STEPHEN TERRY WATERS<br>122 HUMMINGBIRD LN<br>EASLEY SC 29640 | CREDITOR ID: 311493-39<br>STEPHEN TURNER<br>3733 STARLITE CT<br>CINCINNATI OH 45248 |
| CREDITOR ID: 311495-39<br>STEPHEN W BARRINGER CUST<br>VERONICA BARRINGER UNDER THE<br>NC UNIF TRAN MIN ACT<br>BOX 2628<br>DURHAM NC 27715 | CREDITOR ID: 311494-39<br>STEPHEN W BARRINGER CUST<br>GRACE H BARRINGER UNDER THE<br>NC UNIF TRAN MIN ACT<br>BOX 2628<br>DURHAM NC 27715 | CREDITOR ID: 311496-39<br>STEPHEN W BELL<br>4890 BRUNNING CT<br>DULUTH GA 30136 |
| CREDITOR ID: 311497-39<br>STEPHEN W CHAPARIAN & SANDRA<br>A CHAPARIAN JT TEN<br>5855 W NOBIS CIR<br>HOMOSASSA FL 34448 | CREDITOR ID: 311498-39<br>STEPHEN W PURWIN & CAROL D<br>PURWIN JT TEN<br>A-066030<br>PO BOX 221<br>RAIFORD FL 32083 | CREDITOR ID: 311499-39<br>STEPHEN W SEBREE<br>11601 SUN DIAL CT<br>LOUISVILLE KY 40272 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311500-39<br>STEPHEN W SELF<br>6 ENCLAVE WAY<br>HAWTHORN  WOODS IL 60047 | CREDITOR ID: 311501-39<br>STEPHEN W SELF & PAMELA K<br>SELF JT TEN<br>6 ENCLAVE WAY<br>HAWTHORN  WOODS IL 60047 | CREDITOR ID: 311502-39<br>STEPHENIE HUBER<br>2563 JEFFERSON RIVER RD<br>JEFFERSON GA 30549 |
| CREDITOR ID: 311503-39<br>STEPHENS E WELSH & MATTHEW S<br>WELSH JT TEN<br>10640 TULSA RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 311504-39<br>STEPHINE M BOWDEN<br>3608 LINCOLN JONES WAY<br>ELLENWOOD GA 30049 | CREDITOR ID: 311505-39<br>STEPHNIE D MAPLES<br>7090 ARBOR PKWY APT 1408<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 311506-39<br>STEPHUN P DALRYMPLE<br>783 E WASHINGTON ST<br>NO  ATTLEBORO MA 02760 | CREDITOR ID: 311507-39<br>STERLING E GREEN & EILEEN E<br>GREEN JT TEN<br>326 ROSA LEE AVE<br>FORT  MYERS FL 33908 | CREDITOR ID: 311508-39<br>STEVE A ANDERSON<br>5781 TIMBERLANE DR<br>PHILPOT KY 42366 |
| CREDITOR ID: 311509-39<br>STEVE A GRIFFITH<br>2 TINA LANE #238<br>NAPLES FL 34104 | CREDITOR ID: 311510-39<br>STEVE A JACKSON<br>1019 MAUPIN RD<br>CHUCKEY TN 37641 | CREDITOR ID: 311511-39<br>STEVE A THOMAS<br>9248 11TH AVE<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 311512-39<br>STEVE A WHITE & JUDITH S<br>WHITE JT TEN<br>1029 QUINCY ST SE<br>ALBUQUERQUE NM 87108 | CREDITOR ID: 311513-39<br>STEVE ALFRED HEARN<br>1514 15TH ST APT A<br>SACRAMENT0 CA 95814 | CREDITOR ID: 311514-39<br>STEVE B ALLEN<br>P O BOX 516<br>CROWLEY TX 76036 |
| CREDITOR ID: 311515-39<br>STEVE B AYERS & DONNA M<br>AYERS JT TEN<br>44 CARDINAL LN<br>BREMEN GA 30110 | CREDITOR ID: 311516-39<br>STEVE BUNTON<br>458 BORNHOLM PL<br>CINCINNATI OH 45244 | CREDITOR ID: 311519-39<br>STEVE C NAGY & KATHRYN J<br>NAGY JT TEN<br>3522 KIRKWOOD DR<br>FAIRFAX VA 22031 |
| CREDITOR ID: 311520-39<br>STEVE C STEINBAUGH<br>645 PARKLAND CT<br>WINSTON  SALEM NC 27127 | CREDITOR ID: 311521-39<br>STEVE CANTRELL CUST MICHAEL<br>CANTRELL U/G/M/A/MS<br>15949 ALBANY DR<br>BILOXI MS 39532 | CREDITOR ID: 311522-39<br>STEVE D MCKINNEY<br>P O BOX 66<br>WILDWOOD FL 34785 |
| CREDITOR ID: 311523-39<br>STEVE D SPENCER<br>8322 EAST COVINGTON DRIVE<br>COTTONDALE AL 35453 | CREDITOR ID: 311524-39<br>STEVE D SPENCER & DEBBIE W<br>SPENCER JT TEN<br>8322 E COVINGTON DR<br>COTTONDALE AL 35453 | CREDITOR ID: 311526-39<br>STEVE E CARSON<br>743 SE 29TH TERR<br>OCALA FL 34471 |
| CREDITOR ID: 311527-39<br>STEVE E DICKENS<br>8691 NW 4TH ST<br>PMBK  PINES FL 33024 | CREDITOR ID: 311529-39<br>STEVE E MATHEWS CUST ADAM C<br>MATHEWS UNIF TRANS MIN ACT<br>FLORIDA<br>8777 SAN JOSE BLVD BLDG E<br>JACKSONVILLE FL 32217 | CREDITOR ID: 311530-39<br>STEVE E MCDONALD<br>206 PEPPERTREE LN<br>SIMPSONVILLE SC 29681 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311531-39<br>STEVE FERREE TTEE<br>DTD 9-13-02<br>STEVE FERREE TR<br>606 2ND AVE<br>PO BOX 234<br>VAN HORNE IA 52346 | CREDITOR ID: 311532-39<br>STEVE FERREE TTEE U A<br>12/14/93 STEVE FERREE &<br>LORETTA FERREE REV TRUST<br>BOX 234<br>VAN HORNE IA 52346 | CREDITOR ID: 311533-39<br>STEVE FRERICK<br>5503 DRYRIDGE RD<br>CINCINNATI OH 45252 |
| CREDITOR ID: 311534-39<br>STEVE G BRANNEN<br>2696 LAKESIDE DR 3<br>PERRY FL 32348 | CREDITOR ID: 311535-39<br>STEVE G SILVEY & NANCY B<br>SILVEY JT TEN<br>3235 CONTINENTAL DR<br>CUMMINGS GA 30131 | CREDITOR ID: 311536-39<br>STEVE GRABERT<br>139 DANS LN<br>DES ALLEMANDS LA 70030 |
| CREDITOR ID: 311537-39<br>STEVE H MORRIS<br>2044 MANNING RD<br>GREENVILLE NC 27858 | CREDITOR ID: 311538-39<br>STEVE HAMBERG<br>151 STONEGATE DRIVE<br>ALEXANDRIA KY 41001 | CREDITOR ID: 311539-39<br>STEVE HOLLOWAY<br>293 VALENCIA RD<br>DE BARY FL 32713 |
| CREDITOR ID: 311540-39<br>STEVE HUGHES<br>31 ELIZABETH DR NE<br>FORT PAYNE AL 35967 | CREDITOR ID: 311541-39<br>STEVE HUPMAN & DEBRA HUPMAN<br>JT TEN<br>2000 DELONG RD<br>LEXINGTON KY 40515 | CREDITOR ID: 311542-39<br>STEVE J BENE<br>2014 EAST CATALPA ST<br>GONZALES LA 70737 |
| CREDITOR ID: 311543-39<br>STEVE J MARUD<br>5361 SERENITY CV<br>BOKEELIA FL 33922 | CREDITOR ID: 311544-39<br>STEVE J MEDVE<br>1678 ROUTE 68<br>CANTON NY 13617 | CREDITOR ID: 311545-39<br>STEVE J PIVKKOWSKI & ARMIDA<br>L PIVKKOWSKI JT TEN<br>300 SE 11TH AVE APT 302<br>POMPANO BCH FL 33060 |
| CREDITOR ID: 311546-39<br>STEVE JENKINS<br>1584 ROSCOE DAVIS RD<br>MONROE GA 30656 | CREDITOR ID: 311547-39<br>STEVE K MORRIS<br>5628 LANSING DR<br>CHARLOTTE NC 28270 | CREDITOR ID: 311548-39<br>STEVE K PIERCE<br>1157 9 MILE RD<br>RICHLANDS NC 28574 |
| CREDITOR ID: 311550-39<br>STEVE K REEVES<br>295 HAPPY HOLLOW RD<br>HAMPTON GA 30228 | CREDITOR ID: 311551-39<br>STEVE KELIEN & MICHELE<br>KELIEN JT TEN<br>6612 HOLLOW TREE RD<br>LOUISVILLE KY 40228 | CREDITOR ID: 311552-39<br>STEVE KEVIN NEWMAN<br>13224 OLD SPANISH TRAIL<br>MIDLAND LA 70559 |
| CREDITOR ID: 311553-39<br>STEVE L SALLEY<br>5141 WYOMING CT #106<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 311554-39<br>STEVE M HAWKINS<br>1900 LITTLE TEXAS RD<br>TRAVELERS REST SC 29690 | CREDITOR ID: 311555-39<br>STEVE M SMITH<br>439 JAKE MEETZE RD<br>CHAPIN SC 29036 |
| CREDITOR ID: 311556-39<br>STEVE M WATKINS III<br>544 MOSS VIEW WAY<br>TALLAHASSEE FL 32312 | CREDITOR ID: 311557-39<br>STEVE MALSBARY<br>3831 CARRIE AVE<br>CINCINNATI OH 45211 | CREDITOR ID: 311558-39<br>STEVE P MCKEE<br>3275 MOORESVILL HWY<br>LEWISBURG TN 37091 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

CREDITOR ID: 311559-39
STEVE POUNDS
141 N SPRUCE AVE
HIGHLAND SPRINGS VA 23075

CREDITOR ID: 311560-39
STEVE R CLUGGISH
1901 SW 85TH AVE
NORTH  LAUDERDALE FL 33068

CREDITOR ID: 311561-39
STEVE R CRABB
1337 SANDY CREEK ROAD
DANVILLE VA 24540

CREDITOR ID: 311562-39
STEVE R HALL
81 PLUMAGE LANE
WEST PALM BEACH FL 33415

CREDITOR ID: 311563-39
STEVE R PARADIS
1044 BERNICE RD
ROCKLEDGE FL 32955

CREDITOR ID: 311564-39
STEVE R RAULERSON
8231 JENNIFER LANE
BRYCEVILLE FL 32009

CREDITOR ID: 311565-39
STEVE REGISTER
40 ASPEN LAKE DR
NEWNAN GA 30263

CREDITOR ID: 311566-39
STEVE RICHARDSON
1501 JACKSON DR
PHENIX  CITY AL 36869

CREDITOR ID: 311567-39
STEVE RUHE
5670 VICTORY DR
CINCINNATI OH 45233

CREDITOR ID: 311568-39
STEVE RUSHING & BRUCE DONATO
JT TEN
11290 63RD LN N
WEST PALM  BEACH FL 33412

CREDITOR ID: 311569-39
STEVE SALYEROS
114 IMPERIAL HEIGHTS DRIVE
ORMOND  BEACH FL 32176

CREDITOR ID: 311570-39
STEVE SHIRAH
508 S CLARK ST
GENEVA AL 36340

CREDITOR ID: 311571-39
STEVE SKINNER
8811 HILLSDALE DR
ORLANDO FL 32818

CREDITOR ID: 311573-39
STEVE T KERN
11179 GOSLING RD
CINCINNATI OH 45252

CREDITOR ID: 311574-39
STEVE T WILLIAMS
508 PENDLETON SPRINGS RD
LYONS GA 30436

CREDITOR ID: 311575-39
STEVE THOMAS BARTLEY
6 BROWN THRASHER WAY
SAVANNAH GA 31419

CREDITOR ID: 311576-39
STEVE TORREZ
18727 HIGHLAND TRL
HOUSTON TX 77084

CREDITOR ID: 311577-39
STEVE TURNER & SELINA TURNER
JT TEN
RTE 5 BOX 53
DECATUR AL 35603

CREDITOR ID: 311578-39
STEVE VALDES
HCR 60 BOX 54A
LODIBURG KY 40146

CREDITOR ID: 311579-39
STEVE W LINGEFELT
3309 WARREN RD
DOUGLASVILLE GA 30135

CREDITOR ID: 311580-39
STEVE W LOFTIS
220 FAMILY DRIVE
SENECA SC 29678

CREDITOR ID: 311581-39
STEVE WAMPLER
116 LOYOLA RD
SAINT  AUGUSTINE FL 32086

CREDITOR ID: 311582-39
STEVE WILSON VOLANTE
6520 DOUGLAS ST
ARABI LA 70032

CREDITOR ID: 311584-39
STEVEN A ARMISTEAD
8211 FROST ST SOUTH
JACKSONVILLE FL 32221

CREDITOR ID: 311585-39
STEVEN A CAIN
307 LITTLE ROSSIE RD
NEWBERN NC 28560

CREDITOR ID: 311586-39
STEVEN A CARTER
3634 WISTERIA LN
SMYRNA GA 30082

CREDITOR ID: 311587-39
STEVEN A COCHRAN & TERESA M
COCHRAN JT TEN
1425 MIXON DR
FT  WALTON  BEACH FL 32547

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311588-39<br>STEVEN A HEADLEY<br>472 MURPHREE VALLEY RD<br>SPRINGVILLE AL 35146 | CREDITOR ID: 311589-39<br>STEVEN A HOY<br>213 MORRIS ST<br>FRANKLIN LA 70538 | CREDITOR ID: 311590-39<br>STEVEN A P KEEFER<br>1809 KENWOOD AVENUE<br>CHARLOTTE NC 28205 |
| CREDITOR ID: 311591-39<br>STEVEN A RICKLICK TTEE U-A<br>DTD 06-23-98 THE THERESA<br>RICKLICK SUMMERTON<br>IRREVOCABLE EDUCATION TRUST<br>10330 SW 198TH ST<br>MIAMI FL 33157 | CREDITOR ID: 311592-39<br>STEVEN A SIEMS<br>255 PINEDO DR<br>TITUSVILLE FL 32780 | CREDITOR ID: 311593-39<br>STEVEN ANDREW CLAPSADLE<br>35 PATRICK CT<br>COVINGTON GA 30209 |
| CREDITOR ID: 311594-39<br>STEVEN ANTHONY WILLIAMS<br>123 SILVER LAKE RD<br>AU  SABLE  FORKS NY 12912 | CREDITOR ID: 311595-39<br>STEVEN ARSENEAUX<br>563 RANDOLPH AVE<br>NEW  ORLEANS LA 70123 | CREDITOR ID: 311596-39<br>STEVEN B BENNETT & KAREN M<br>BENNETT JT TEN<br>3154 GEORGIA AVE<br>APPLING GA 30802 |
| CREDITOR ID: 311597-39<br>STEVEN B HAZELWOOD<br>3015 CURRY STATION RD<br>MUNFORD AL 36268 | CREDITOR ID: 311598-39<br>STEVEN B MIDGETT<br>1774 BOYD LOOP RD<br>PINETOWN NC 27865 | CREDITOR ID: 311599-39<br>STEVEN BALLARD<br>830 TOMLINSON TE<br>LAKE  MARY FL 32746 |
| CREDITOR ID: 311600-39<br>STEVEN BARTOLOTTA<br>78 BANNBURY LANE<br>PALM  COAST FL 32137 | CREDITOR ID: 311601-39<br>STEVEN BLOOMFIELD &<br>CHRISTINA BLOOMFIELD JT TEN<br>9009 WESTERN LAKE DRIVE<br>#510<br>JACKSONVILLE FL 32256 | CREDITOR ID: 311604-39<br>STEVEN C HEAPE & IRMA G<br>HEAPE JT TEN<br>3196 LANNIE RD<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 311605-39<br>STEVEN C HILL<br>4301 CRIMSON LEAF COVE<br>MEMPHIS TN 38125 | CREDITOR ID: 311606-39<br>STEVEN C YOUNG<br>1200 MARYLAND AVE<br>STEUBENVILLE OH 43952 | CREDITOR ID: 311607-39<br>STEVEN CARVEL<br>72 STROUDWATER RD<br>PORTLAND ME 04102 |
| CREDITOR ID: 311608-39<br>STEVEN CLANTON<br>601 HIGHLAND AVE<br>DUNDEE FL 33838 | CREDITOR ID: 311609-39<br>STEVEN CONNERY<br>28 LUCY ST<br>TIVERTON RI 02878 | CREDITOR ID: 311610-39<br>STEVEN D CLARK & LISA H<br>CLARK JT TEN<br>715 MELROSE AVE<br>SANTA  CRUZ CA 95062 |
| CREDITOR ID: 311611-39<br>STEVEN D DURRANCE<br>1503 N FOREST AVE<br>ORLANDO FL 32803 | CREDITOR ID: 311612-39<br>STEVEN D MILLER<br>9120 SW 49TH ST<br>COOPER  CITY FL 33328 | CREDITOR ID: 311613-39<br>STEVEN D RAGAN & VALERIE R<br>RAGAN JT TEN<br>6318 MOSSWOOD DR<br>SEFFNER FL 33584 |
| CREDITOR ID: 311614-39<br>STEVEN DALE DURRANCE<br>26 BROWN CHAPEL RD<br>SAINT  CLOUD FL 34769 | CREDITOR ID: 311615-39<br>STEVEN DAUGHERTY<br>7808 SPRINGSIDE LANE<br>TAMPA FL 33615 | CREDITOR ID: 311616-39<br>STEVEN DINKELS<br>8787 SOUTHSIDE BLVD #3403<br>JACKSONVILLE FL 32256 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311617-39<br>STEVEN E AMIS<br>108 GRAND OAK BLVD<br>CLINTON MS 39056 | CREDITOR ID: 311619-39<br>STEVEN E BOYD<br>3151 CEDAR SPRINGS DR<br>SPARTANBURG SC 29302 | CREDITOR ID: 311620-39<br>STEVEN E COOK<br>8017 LAZY LANE RD<br>NORTH  RICHLAND  HILLS TX 76180 |
| CREDITOR ID: 311621-39<br>STEVEN E LUETHJE & PATRICIA<br>A LUETHJE JT TEN<br>4750 CANGRO ST<br>COCOA FL 32926 | CREDITOR ID: 311622-39<br>STEVEN E MUNDY<br>PO BOX 1067<br>ABBEVILLE SC 29620 | CREDITOR ID: 311623-39<br>STEVEN E PARKER<br>11448 137TH STREET, APT 311D<br>LANGO FL 33774 |
| CREDITOR ID: 311624-39<br>STEVEN E TAYLOR<br>5539 GA HWY 122 E<br>HAHIRA GA 31632 | CREDITOR ID: 311625-39<br>STEVEN EILERS<br>36 TRAMINER DRIVE<br>KENNER LA 70065 | CREDITOR ID: 311626-39<br>STEVEN ETTER<br>119 RAZZWAY RD<br>TONEY AL 35773 |
| CREDITOR ID: 311627-39<br>STEVEN EUGENE<br>1641 LINCOLN AV<br>MARRERO LA 70072 | CREDITOR ID: 311628-39<br>STEVEN F CLAYTOR<br>6308 STONEHENGE WAY<br>GLOUCESTER VA 23061 | CREDITOR ID: 311629-39<br>STEVEN G BARNES<br>3905 15TH ST<br>COUER  D  ALENE ID 83815 |
| CREDITOR ID: 311630-39<br>STEVEN G CARRUBBA<br>20036 PINEVILLE RD<br>LONG  BEACH MS 39560 | CREDITOR ID: 311631-39<br>STEVEN G JOHNSON<br>413 RUSSELL LN<br>WEAVER AL 36277 | CREDITOR ID: 311632-39<br>STEVEN G RHODIN<br>7574 PINEWALK DR S<br>MARGATE FL 33063 |
| CREDITOR ID: 311633-39<br>STEVEN G STALVEY<br>RT 17 BOX 1820<br>LAKE  CITY FL 32055 | CREDITOR ID: 311634-39<br>STEVEN G SWANGER<br>101 N RIVERSIDE DR APT 812<br>NEW  SMYRNA FL 32168 | CREDITOR ID: 311635-39<br>STEVEN GARY DI LORENZO<br>337 ROBIN RD<br>LAKELAND FL 33803 |
| CREDITOR ID: 311636-39<br>STEVEN GLENN STANDFORD<br>5612 BUCHANAN ST<br>HOLLYWOOD FL 33021 | CREDITOR ID: 311640-39<br>STEVEN H KAUFMAN<br>933 GREER DR<br>SARASOTA FL 34237 | CREDITOR ID: 311641-39<br>STEVEN I GOLDFARB<br>1904 BERMUDA CIRCLE APT E-1<br>COCONUT  CREEK FL 33066 |
| CREDITOR ID: 311642-39<br>STEVEN INFANTE<br>10 SAGAMORE TRAIL<br>SPARTA NJ 07871 | CREDITOR ID: 311643-39<br>STEVEN INFANTE CUST ANTHONY<br>INFANTE UND UNIF GIFT MIN<br>ACT NY<br>10 SAGAMORE TRAIL<br>SPARTA NJ 07871 | CREDITOR ID: 311644-39<br>STEVEN INFANTE CUST MICHAEL<br>INFANTE UNIF GIFT MIN ACT NY<br>10 SAGAMORE TRAIL<br>SPARTA NJ 07871 |
| CREDITOR ID: 311645-39<br>STEVEN INFANTE CUST OLIVIA<br>INFANTE UNIF TRANS MIN ACT N<br>J<br>10 SAGARMORE TRAIL<br>SPARTA NJ 07891 | CREDITOR ID: 311646-39<br>STEVEN J BALLANS<br>518 HYDE PARK DR<br>CRESTVIEW FL 32539 | CREDITOR ID: 311647-39<br>STEVEN J DUPRE & DEBRA R<br>DUPRE JT TEN<br>13456 CEDAR RIDGE<br>BATON  ROUGE LA 70817 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311648-39<br>STEVEN J GROOMS & CYNTHIA D<br>GROOMS JT TEN<br>148 WALTER RAWL RD<br>LEXINGTON SC 29072 | CREDITOR ID: 311649-39<br>STEVEN J HAY<br>1431 QUAILEY AVE<br>ORLANDO FL 32804 | CREDITOR ID: 311650-39<br>STEVEN J HUBBARD<br>5119 EAST 126TH ST<br>GARFIELD  HTS OH 44125 |
| CREDITOR ID: 311651-39<br>STEVEN J LEGENDRE<br>7700 MEANS AVE<br>NEW  ORLEANS LA 70127 | CREDITOR ID: 311652-39<br>STEVEN J MACKEY<br>43236 NEWPORT ST<br>FREMONT CA 94538 | CREDITOR ID: 311654-39<br>STEVEN JACKSON<br>22 PHLOX LANE<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 311655-39<br>STEVEN JAMES LANKFORD<br>2066 MARSH FLOWER LN<br>CHARLESTON SC 29414 | CREDITOR ID: 311657-39<br>STEVEN JOHN BOTTUM<br>2700 PIERCE ST<br>SAN  FRANCISCO CA 94123 | CREDITOR ID: 311658-39<br>STEVEN JOHN DREIFUS<br>12550 SE 58TH LANE<br>MORRISTON FL 32668 |
| CREDITOR ID: 311659-39<br>STEVEN JOHN TORRES<br>7050 S US HIGHWAY 1<br>GRANT FL 32949 | CREDITOR ID: 311660-39<br>STEVEN JON SANSOUSSI<br>115 PECAN PASS<br>OCALA FL 34472 | CREDITOR ID: 311661-39<br>STEVEN KLEIN CUST<br>CHRISTOPHER KLEIN UNDER THE<br>FL UNIF TRAN MIN ACT UNTIL<br>AGE 21<br>4445 61ST COURT<br>VERO  BEACH FL 32967 |
| CREDITOR ID: 311662-39<br>STEVEN KLEIN CUST TRACY<br>KLEIN UNDER THE FL UNIF TRAN<br>MIN ACT UNTIL AGE 21<br>4445 61ST COURT<br>VERO  BEACH FL 32967 | CREDITOR ID: 311663-39<br>STEVEN L ABERCROMBIE<br>752 CLINTON ST<br>WYANDOTTE MI 48192 | CREDITOR ID: 311664-39<br>STEVEN L ACTON<br>733 CAMP MILTON LANE<br>WHITEHOUSE FL 32220 |
| CREDITOR ID: 311665-39<br>STEVEN L CROUCH & VICTORIA J<br>CROUCH JT TEN<br>13560 DEL PRADO DRIVE S<br>LARGO FL 33774 | CREDITOR ID: 311667-39<br>STEVEN L FOLCIK<br>325 RIVER VILLAGE LN<br>AFTON TN 37616 | CREDITOR ID: 311668-39<br>STEVEN L GANNON<br>1944 SOUTHWIND CIR<br>PENSACOLA FL 32506 |
| CREDITOR ID: 311669-39<br>STEVEN L HYERS<br>BOX 10403<br>JACKSONVILLE FL 32247 | CREDITOR ID: 311670-39<br>STEVEN L LANDE &<br>BRIANA N LANDE JT TEN<br>600 N BROOKDALE DR<br>SCHAUMBURG IL 60194 | CREDITOR ID: 311671-39<br>STEVEN L MILLER<br>PO BOX 8047<br>LAKE  WORTH FL 33465 |
| CREDITOR ID: 311672-39<br>STEVEN L PERRY CUST NATALIE<br>HURST PERRY UND UNIF GIFT<br>MIN ACT WA<br>375 SIGURD HANSON ROAD<br>POULSBO WA 98370 | CREDITOR ID: 311673-39<br>STEVEN L SEGERS<br>1460 FALLING ROCK CR<br>ALABASTER AL 35007 | CREDITOR ID: 311674-39<br>STEVEN L SHY<br>PO BOX 273 PEAR DR<br>PAVO GA 31778 |
| CREDITOR ID: 311675-39<br>STEVEN L VANEVERY<br>4000 AMICK AVE<br>DES  MOINES IA 50310 | CREDITOR ID: 311676-39<br>STEVEN LEE<br>13216 85TH RD N<br>WEST  PALM  BCH FL 33412 | CREDITOR ID: 311677-39<br>STEVEN LEVINUS & CHRISTINA<br>LEVINUS JT TEN<br>332 E ORANGE ST<br>ALTAMONTE  SPRINGS FL 32701 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors,  Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311678-39<br>STEVEN M AMSTER<br>4228 LOGAN CIR<br>LAKE  WORTH FL 33463 | CREDITOR ID: 311679-39<br>STEVEN M ELLIS<br>2901 N DALE MABRY HWY APT 1513<br>TAMPA FL 33607 | CREDITOR ID: 311680-39<br>STEVEN M GREMER<br>576 FERNWOOD RD<br>MURRELLS  INLET SC 29576 |
| CREDITOR ID: 311681-39<br>STEVEN M HINDS<br>731 SANDY FORD RD<br>MOUNT  HOLLY NC 28120 | CREDITOR ID: 311682-39<br>STEVEN M KINISHI<br>3716 TATUM TRACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 311683-39<br>STEVEN M LEHNING<br>135 MILLER DRIVE<br>WINTER  HAVEN FL 33884 |
| CREDITOR ID: 311685-39<br>STEVEN M PEAR<br>1122 PONTE VEDRA BLVD<br>PONTE  VEDRA  BEACH FL 32082 | CREDITOR ID: 311686-39<br>STEVEN M ROLL<br>106 WILLOW PEAK RD<br>HENDERSONVILLE NC 28739 | CREDITOR ID: 311687-39<br>STEVEN M RULE<br>2822 GOLDEN POINCIANA<br>SARASOTA FL 34232 |
| CREDITOR ID: 311688-39<br>STEVEN M SWEET<br>1501 S 23RD ST<br>COPPERAS  COVE TX 76522 | CREDITOR ID: 311689-39<br>STEVEN M WESTBROOK & LINDA L<br>WESTBROOK JT TEN<br>453 S LIMUEL COURT<br>WICHITA KS 67235 | CREDITOR ID: 311690-39<br>STEVEN M WITHERSPOON<br>791 PITTS RD<br>SUMTER SC 29154 |
| CREDITOR ID: 311691-39<br>STEVEN MADDUX & SUSAN MADDUX<br>JT TEN<br>10518 SCHLOTTMAN RD<br>LOVELAND OH 45140 | CREDITOR ID: 311692-39<br>STEVEN MARTINEZ JR<br>855 AVALON CT<br>LAFAYETTE CA 94549 | CREDITOR ID: 311693-39<br>STEVEN N WATERCUTTER<br>1929 BLOSSOM LN<br>MAITLAND FL 32751 |
| CREDITOR ID: 311694-39<br>STEVEN OBARR<br>PO BOX 1155<br>LEEDS AL 35094 | CREDITOR ID: 311695-39<br>STEVEN OELLING & CHERYL<br>OELLING JT TEN<br>6200 MERNIC DR<br>CINCINNATI OH 45248 | CREDITOR ID: 311696-39<br>STEVEN P CASH<br>124 TILLMON RD<br>GAFFNEY SC 29341 |
| CREDITOR ID: 311697-39<br>STEVEN P HYLEK SR<br>25241 SW 5TH AVE<br>NEWBERRY FL 32669 | CREDITOR ID: 311698-39<br>STEVEN P OMALLEY<br>7126 TWO NOTCH RD<br>BATESBURG SC 29006 | CREDITOR ID: 311699-39<br>STEVEN P RESETAR<br>2350 FLORIDA BLVD APT C<br>DELRAY  BEACH FL 33483 |
| CREDITOR ID: 311700-39<br>STEVEN PAUL MERCER<br>1741 BOB WHITE LN<br>ROCKY  MOUNT NC 27804 | CREDITOR ID: 311701-39<br>STEVEN PERSICO<br>6422 SKYLINE CT<br>SPRING  HILL FL 34606 | CREDITOR ID: 311702-39<br>STEVEN PHILIP FLEMING<br>25404 WINDING WAY<br>PASS  CHRISTIAN MS 39571 |
| CREDITOR ID: 311703-39<br>STEVEN PHILLIPS<br>811 E LOUISINA AVE<br>SWEETWATER TX 79556 | CREDITOR ID: 311704-39<br>STEVEN R DICKERSON<br>4004 CASTLE CT<br>RALEIGH NC 27613 | CREDITOR ID: 311705-39<br>STEVEN R GRINSTEAD<br>2205 BRIDGE VIEW LANE<br>PLANO TX 75093 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 311706-39<br>STEVEN R GRISWELL<br>1763 SEAYES RD<br>MABLETON GA 30126 | CREDITOR ID: 311707-39<br>STEVEN R HALL<br>1551 GRACE LAKE CIR<br>LONGWOOD FL 32750 | CREDITOR ID: 311708-39<br>STEVEN R LINDLY<br>247 MARIE STREET<br>JACKSONVILLE NC 28546 |
| CREDITOR ID: 311709-39<br>STEVEN R MCDOWELL<br>597 CO 40 W<br>PRATTVILLE AL 36067 | CREDITOR ID: 311710-39<br>STEVEN R MURPHY<br>2116 CARRIAGE LN E<br>TUSCALOOSA AL 35404 | CREDITOR ID: 311711-39<br>STEVEN S FUTRAL<br>30 PARKFORD CT<br>SHARPSBURG GA 30277 |
| CREDITOR ID: 311712-39<br>STEVEN S RODICK<br>APT 7E<br>3300 WALL BLVD<br>GRETNA LA 70056 | CREDITOR ID: 311713-39<br>STEVEN S SCHAUB<br>4663 NORTH RIDGE DRIVE<br>BATAVIA OH 45103 | CREDITOR ID: 311715-39<br>STEVEN SCOTT ATKINS<br>2365 PINE NEEDLE DRIVE<br>VALDOSTA GA 31601 |
| CREDITOR ID: 311714-39<br>STEVEN SCOTT ATKINS<br>107 HYDE PARK AVE<br>VALDOSTA GA 31601 | CREDITOR ID: 311716-39<br>STEVEN T BROWN<br>1200 MCALLISTAR DR<br>LOCUST GROVE GA 30248 | CREDITOR ID: 311717-39<br>STEVEN T HOLMES SR & CAROL A<br>HOLMES JT TEN<br>4401 CRYSTAL LAKE DR 201<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 311718-39<br>STEVEN T LABARRE<br>1371 RURAL HALL ST<br>DELTONA FL 32725 | CREDITOR ID: 311719-39<br>STEVEN T LATHAM CUST LAUREN<br>E LATHAM UNIF TRAN MIN ACT FL<br>3104 ROCOCO CT<br>ORANGE PARK FL 32073 | CREDITOR ID: 311720-39<br>STEVEN T LATHAM CUST STEVEN<br>T LATHAM JR UNIF TRAN MIN<br>ACT FL<br>85 DEBARRY AVE APT 2074<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 311721-39<br>STEVEN T LORE<br>2166 SOFTWIND TRL W<br>JACKSONVILLE FL 32224 | CREDITOR ID: 311722-39<br>STEVEN TROY GUILBEAU &<br>ROXANNE L GUILBEAU TEN COM<br>114 FRIEND ST<br>NEW IBERIA LA 70563 | CREDITOR ID: 311723-39<br>STEVEN V PAUL<br>112 HOLLIS BRIDGE CT<br>LEESBURG GA 31763 |
| CREDITOR ID: 311724-39<br>STEVEN VICTOR BAHR<br>2709 KNOLLWOOD TRL<br>EUSTIS FL 32726 | CREDITOR ID: 311725-39<br>STEVEN W CARNES<br>7631 MICHAEL LN<br>VENTRESS LA 70783 | CREDITOR ID: 311726-39<br>STEVEN W HOWARD<br>646 MAIN ST<br>JEMISON AL 35085 |
| CREDITOR ID: 311727-39<br>STEVEN W JARRETT<br>3113 N EAST AVE<br>PANAMA CITY FL 32405 | CREDITOR ID: 311728-39<br>STEVEN W ROGUSKI & IRENE P<br>ROGUSKI TEN ENT<br>9503 M KINGSCROFT TERR<br>PERRY HALL MD 21128 | CREDITOR ID: 311729-39<br>STEVEN WAYNE MULLIS<br>936 RALEIGH ST<br>ROANOKE RAPIDS NC 27870 |
| CREDITOR ID: 311730-39<br>STEVEN YBARRA<br>PO BOX 138<br>ZOLFO SPRINGS FL 33890 | CREDITOR ID: 311731-39<br>STEVENS R HEATH<br>15335 COUNTY ROAD 9<br>SUMMERDALE AL 36580 | CREDITOR ID: 279787-39<br>STEVENS, ALBERT W & BRENDA J JT TEN<br>1314 NE 42ND AVE<br>OCALA FL 34471 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 284594-39<br>STEVENS, CHESTER F<br>2875 CITRUS LAKE DR M101<br>NAPLES FL 34109 | CREDITOR ID: 311733-39<br>STEWART H SCHENCK<br>39 WEST AVE<br>ESSEX CT 06426 | CREDITOR ID: 311734-39<br>STEWART L RIVERS<br>STE 113<br>124 EDINBURGH CT<br>GREENVILLE SC 29607 |
| CREDITOR ID: 311735-39<br>STEWART W WINDHAUS & CHERYEL<br>R WINDHAUS JT TEN<br>3750 BARMER DR<br>JACKSONVILLE FL 32210 | CREDITOR ID: 279547-39<br>STEWART, A WAYNE<br>6170 TEMPLE ST<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 285823-39<br>STEWART, DANEILLE D & RONNIE F JT T<br>5681 12TH AVE NW<br>NAPLES FL 34119 |
| CREDITOR ID: 281964-39<br>STIREWALT, BETTY H  & GLENN M<br>STIREWALT JT TEN<br>485 WINDING WAY<br>SALISBURY NC 28147 | CREDITOR ID: 280393-39<br>STOKES, EMILY ELIZABETH (MINOR)<br>ANGELA D STOKES CUST<br>4 BOLES DR<br>JOHNSON  CITY TN 37604 | CREDITOR ID: 280385-39<br>STOKES, KEVIN MICHAEL (MINOR)<br>C/O ANGELA C STOKES CUST<br>4 BOLES DR<br>JOHNSON  CITY TN 37604 |
| CREDITOR ID: 311572-39<br>STOLLINGS, STEVE<br>P O BOX 1143<br>HAZARD, KY 41702 | CREDITOR ID: 280434-39<br>STONE, ANGELA MARIE<br>13569 74TH AVE N<br>SEMINOLE FL 33776 | CREDITOR ID: 311736-39<br>STONEY L MINTER<br>124 LANCASTER ST<br>CHESTER SC 29706 |
| CREDITOR ID: 308205-39<br>STORMS, ROBERT E<br>905 DELCIE RD<br>ST  AUGUSTINE FL 32086 | CREDITOR ID: 285503-39<br>STRAUB, CURTIS<br>3440 FROSTY WAY APT 2<br>NAPLES FL 34112 | CREDITOR ID: 290930-39<br>STRAUB, GAYLE M  & GARY B<br>901 BRIDLE PATH RD<br>FORT  MILL SC 29715 |
| CREDITOR ID: 280134-39<br>STROLE, ALVIN P & ELLEN M JT TEN<br>5977 KRAMER DRIVE<br>ALEXANDRIA KY 41001 | CREDITOR ID: 311737-39<br>STUART C STOCKTON<br>9916 ELM CREEK LN<br>CHARLOTTE NC 28277 | CREDITOR ID: 311738-39<br>STUART D PORTNOY & IRIS<br>PORTNOY TRUSTEES U-A DTD<br>05-31-00 STUART D PORTNOY &<br>IRIS PORTNOY REVOCABLE LIVING TRUST<br>1778 MAPLEWOOD CIRCLE<br>COCONUT  CREEK FL 33063 |
| CREDITOR ID: 311739-39<br>STUART EHREN<br>7618 NW 87 AVE<br>TAMARAC FL 33321 | CREDITOR ID: 311740-39<br>STUART J BELL<br>230 E GREENE ST<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 311741-39<br>STUART PARKER 3RD<br>PO BOX 542<br>LAWTEY FL 32058 |
| CREDITOR ID: 311742-39<br>STUART S ROUGH TTEE OF THE<br>ROUGH FAMILY TRUST U A DTD<br>2/14/86<br>3343-C BAHIA BLANCA EAST<br>LAGUNA  HILLS CA 92653 | CREDITOR ID: 311744-39<br>STUART YORK BENSON<br>1 N 6TH ST<br>WILMINGTON NC 28401 | CREDITOR ID: 311745-39<br>STUART YUDOFSKY CUST ELISSA<br>ANN YUDOFSKY UND UNIF GIFT<br>MIN ACT PA<br>11010 WICKWOOD<br>HOUSTON TX 77024 |
| CREDITOR ID: 311746-39<br>STUART YUDOFSKY CUST LYNNE<br>MARIE YUDOFSKY UND UNIF GIFT<br>MIN ACT PA<br>11010 WICKWOOD<br>HOUSTON TX 77024 | CREDITOR ID: 286199-39<br>STUART, AMIE D  (MINOR)<br>C/O DAVID A EBERLY CUST<br>5530 REMAGEN RD APT D<br>FT  CARSON CO 80913 | CREDITOR ID: 286200-39<br>STUART, LIAM J  (MINOR)<br>C/O DAVID A EBERLY CUST<br>5530 REMAGEN RD APT D<br>FT  CARSON CO 80913 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 299551-39<br>STURDIVANT, LAURA ANN<br>7414 3RD AVE NW<br>BRADENTON FL 34209 | CREDITOR ID: 311747-39<br>SUANNA L HELTON<br>4619 COUNTY RD 118<br>WILDWOOD FL 34785 | CREDITOR ID: 311748-39<br>SUE A MONCADA<br>311 W LOUISIANA AVE<br>SWEETWATER TX 79556 |
| CREDITOR ID: 311749-39<br>SUE ANN SMITH<br>100 BRUNSON LANE<br>GARLAND NC 28441 | CREDITOR ID: 311750-39<br>SUE ANNA SPELGER<br>320 CHOCTAW CT LOT 48<br>MOUNT WASHINGTON KY 40047 | CREDITOR ID: 311751-39<br>SUE B KNIGHT<br>507 4TH AVE<br>DOTHAN AL 36301 |
| CREDITOR ID: 311752-39<br>SUE BALES<br>5575 KIMBALL RD<br>MULBERRY FL 33860 | CREDITOR ID: 311753-39<br>SUE BROOKS HANCOCK<br>184 PROCTOR ST<br>PELHAM GA 31779 | CREDITOR ID: 311754-39<br>SUE D GILLMAN<br>1909 WAINWRIGHT AVE<br>PANAMA CITY FL 32405 |
| CREDITOR ID: 311755-39<br>SUE DOVER HAYES<br>807 RHODES AVE<br>KINGS MOUNTAIN NC 28086 | CREDITOR ID: 311756-39<br>SUE E GUTBEZAHL<br>10 WAVERLY PL<br>ALBANY NY 12203 | CREDITOR ID: 311757-39<br>SUE E WOLF<br>2929 MAPLETREE CT<br>CINCINNATI OH 45236 |
| CREDITOR ID: 311758-39<br>SUE ELLEN HILLER & WILLIAM<br>HILLER JT TEN<br>3320 SPICEWOOD PLACE<br>MELBOURNE FL 32940 | CREDITOR ID: 311759-39<br>SUE ELLEN MARSH<br>741 YORKSHIRE PL<br>LILBURN GA 30047 | CREDITOR ID: 311760-39<br>SUE ELLEN STONEROCK & DAVID<br>L STONEROCK JT TEN<br>611 SE 33RD ST<br>CAPE CORAL FL 33904 |
| CREDITOR ID: 311761-39<br>SUE H HENDERSON<br>PO BOX 310<br>CADIZ KY 42211 | CREDITOR ID: 311762-39<br>SUE HAYSLIP<br>115 MOHAWK<br>WEATHERFORD TX 76087 | CREDITOR ID: 311763-39<br>SUE JONES<br>25 WILLOW WAY<br>SAINT CHARLES MO 63304 |
| CREDITOR ID: 311764-39<br>SUE KINSEY LUCAS<br>1916 PARLIAMENT RD<br>CAYCE SC 29033 | CREDITOR ID: 311765-39<br>SUE L ADAMS & NOEL W ADAMS<br>JT TEN<br>7355 129TH PL<br>SEBASTIAN FL 32958 | CREDITOR ID: 311766-39<br>SUE MILITELLO & SAM<br>MILITELLO JT TEN<br>2744 SW 14TH DR<br>DEERFIELD BCH FL 33442 |
| CREDITOR ID: 311767-39<br>SUE N BEDFORD & JACKIE D<br>BEDFORD JT TEN<br>2877 TANGLEWOOD BLVD<br>ORANGE PARK FL 32065 | CREDITOR ID: 311768-39<br>SUE R HAGER<br>225 CHINOE RD<br>LEXINGTON KY 40502 | CREDITOR ID: 311769-39<br>SUE R MOLSBERRY<br>3345 HWY 132<br>RAYVILLE LA 71269 |
| CREDITOR ID: 311770-39<br>SUE R NICHOLS & WILLARD E<br>NICHOLS JT TEN<br>4934 US HWY 80 W<br>SELMA AL 36701 | CREDITOR ID: 311771-39<br>SUE REED CUST MEGAN KATHRYN<br>MARTIN UNIF TRANS MIN ACT KS<br>507 NE AVE<br>HUGOTON KS 67951 | CREDITOR ID: 311772-39<br>SUEY W WANG TRUSTEE U-A DTD<br>11-10-99 SUEY W WANG TRUST<br>2276 ANAPANAPA ST<br>PEARL CITY HI 96782 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

| CREDITOR ID: 311773-39 | CREDITOR ID: 311774-39 | CREDITOR ID: 311775-39 |
|---|---|---|
| SUK HUI GUFFEY | SULO A MATHESON | SULO ARNOLD MATHESON |
| P O BOX 2605 | 2913 DOCTORS LAKE DRIVE | 2913 DOCTORS LAKE DR |
| IMMOKALEE FL 34143 | ORANGE  PARK FL 32073 | ORANGE  PARK FL 32073 |

| CREDITOR ID: 311776-39 | CREDITOR ID: 311777-39 | CREDITOR ID: 311778-39 |
|---|---|---|
| SUMITRA MERRITT-ADHAHN | SUMMER L GODFREY | SUMNER A MARCUS |
| 2441 L DON DODSON | 4941 N HELTON RD | 97 FULLER ST |
| #2115 | WINSTON GA 30187 | BROOKLINE MA 02146 |
| BEDFORD TX 76021 | | |

| CREDITOR ID: 311779-39 | CREDITOR ID: 311780-39 | CREDITOR ID: 311781-39 |
|---|---|---|
| SUNDAY R DAVIS | SUNDAY R HALL | SUNDOWN VITAMINS INC |
| 3702 KENTUCKY HWY 30 E | 3702 KENTUCKY HIGHWAY 30 E | 851 BROKEN SOUND PARKWAY NW |
| NOCTOR KY 41339 | NOCTOR KY 41339 | BOCA  RATON FL 33487 |

| CREDITOR ID: 311782-39 | CREDITOR ID: 311783-39 | CREDITOR ID: 311784-39 |
|---|---|---|
| SUNG THI JOHNSON | SUNSHINE SANTIAGO | SURAYA NAJAR WALKER & |
| 3818 S EAST PARK WAY | P O BOX 671 | MICHAEL F WALKER JT TEN |
| HOMOSASSA FL 32646 | AVON  PARK FL 33826 | P  O BOX 744 |
| | | FOLKSTON GA 31537 |

| CREDITOR ID: 311785-39 | CREDITOR ID: 311786-39 | CREDITOR ID: 311787-39 |
|---|---|---|
| SURLESTEEN DAWKINS | SUSAN A DURHAM CUST TAYLOR A | SUSAN A MCLEOD |
| 6250 FALLING LEAF COURT | DURHAM UNIF TRANS MIN ACT FL | 1015 GREENLEAF RD |
| PINELLAS  PARK FL 34666 | 13121 EASON ISLAND CT | HARTSVILLE SC 29550 |
| | JACKSONVILLE FL 32224 | |

| CREDITOR ID: 311788-39 | CREDITOR ID: 311789-39 | CREDITOR ID: 311790-39 |
|---|---|---|
| SUSAN A MOODY | SUSAN A SIMCOX | SUSAN A WHITAKER |
| 33780 WALKER N RD | 2 TEAL CT | 2408 CASINO DR |
| WALKER LA 70785 | OCEAN  VIEW DE 19970 | COVINGTON KY 41011 |

| CREDITOR ID: 311791-39 | CREDITOR ID: 311792-39 | CREDITOR ID: 311793-39 |
|---|---|---|
| SUSAN A WINGO | SUSAN ADAMS WINGO | SUSAN ALAHMAD & ABDEL M |
| 100 HOLLY DRIVE | 100 HOLLY DR | ALAHMAD JT TEN |
| UNION SC 29379 | UNION SC 29379 | 13303 FELSON PL |
| | | CERRITOS CA 90703 |

| CREDITOR ID: 311794-39 | CREDITOR ID: 311795-39 | CREDITOR ID: 311796-39 |
|---|---|---|
| SUSAN ANDERSON | SUSAN ANN PATER | SUSAN ANN PATER & GERALD |
| 1120 MARTIN ROAD | 610 CRESCENT RD | PATER JT TEN |
| SPARTANBURG SC 29301 | HAMILTON OH 45013 | 610 CRESCENT RD |
| | | HAMILTON OH 45013 |

| CREDITOR ID: 311797-39 | CREDITOR ID: 311798-39 | CREDITOR ID: 311799-39 |
|---|---|---|
| SUSAN ANN WARREN | SUSAN ANNETTE BAREFOOT | SUSAN B BELVEDERE |
| 2722 S E MELALEUCA BLVD | PO BOX 1523 | 4300 BUCHANAN ST |
| FORT  LUCI FL 34952 | GREER SC 29652 | HOLLYWOOD FL 33021 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 311800-39<br>SUSAN B COOK<br>4300 BUCHANAN ST<br>HOLLYWOOD FL 33021 | CREDITOR ID: 311802-39<br>SUSAN B JENKINS<br>7638 B NORRIS FREEWAY<br>KNOXVILLE TN 37938 | CREDITOR ID: 311803-39<br>SUSAN BANDI<br>9057 CR 647 S<br>BUSHNELL FL 33513 |
| CREDITOR ID: 311804-39<br>SUSAN BEASLEY CUST AMELIA<br>SCHRODER BEASLEY UNDER THE<br>SC UNIFORM GIFTS TO MINORS<br>ACT<br>4745 WAVERLY LN<br>JACKSONVILLE FL 32210 | CREDITOR ID: 311805-39<br>SUSAN BEAVER APPLE<br>8000 WOOD CREEK CIR<br>ARGYLE TX 76226 | CREDITOR ID: 311806-39<br>SUSAN BELL<br>2625 SE FIVE COURT<br>HOMESTEAD FL 33033 |
| CREDITOR ID: 311807-39<br>SUSAN BERLOGAR CUST FOR<br>CARRIE CLARK BERLOGA<br>U/T/CA/G/T/M/A<br>2200 VINEYARD AVENUE<br>PLEASANTON CA 94566 | CREDITOR ID: 311808-39<br>SUSAN BERLOGER CUST FOR<br>KATHERINE CLARK BERLOGAR<br>U/T/CA/U/G/T/M/A<br>1403 TAMMY WAY<br>SANTA  ROSA CA 95401 | CREDITOR ID: 311809-39<br>SUSAN BETH HURWITZ & JANICE<br>HURWITZ JT TEN<br>14 HAMPTON RD<br>SHARON MA 02067 |
| CREDITOR ID: 311810-39<br>SUSAN BISHOP & JOHNNY R<br>BISHOP JT TEN<br>308 NE AVE<br>PANAMA  CITY FL 32401 | CREDITOR ID: 311811-39<br>SUSAN BOGENSCHUTZ & ROBERT<br>BOGENSCHUTZ JT TEN<br>677 BALBRIGGAN CT<br>CINCINNATI OH 45255 | CREDITOR ID: 311812-39<br>SUSAN BOUGES<br>4215 BETHEL CHURCH RD K2<br>COLUMBIA SC 29206 |
| CREDITOR ID: 311813-39<br>SUSAN C BELVEDERE & MICHAEL<br>A BELVEDERE JT TEN<br>4300 BUCHANAN ST<br>HOLLYWOOD FL 33021 | CREDITOR ID: 311814-39<br>SUSAN C BRYNER<br>PO BOX 1807<br>CHESTER CA 96020 | CREDITOR ID: 311815-39<br>SUSAN C CONDON<br>1320 NE 202ND ST<br>MIAMI FL 33179 |
| CREDITOR ID: 311816-39<br>SUSAN C DUNCAN<br>407 BASIL CIR<br>POINCIANA FL 34759 | CREDITOR ID: 311817-39<br>SUSAN C MCKENZIE<br>1707 SPRY STREET<br>GREENSBORO NC 27405 | CREDITOR ID: 311818-39<br>SUSAN C NELSON<br>1900 S KANNER HWY<br>3-206<br>STUART FL 34994 |
| CREDITOR ID: 311819-39<br>SUSAN C POTTER<br>C/O DIANE HARPER<br>3422 TRENT RD<br>NEW  BERN NC 28562 | CREDITOR ID: 311820-39<br>SUSAN C RITCHEY<br>92 REESE ST #8<br>IRVINE KY 40336 | CREDITOR ID: 311821-39<br>SUSAN CASON PICKETT<br>1640 JONES RD<br>JACKSONVILLE FL 32220 |
| CREDITOR ID: 311822-39<br>SUSAN CEJKA<br>2177 NW 139TH AV<br>PEMBROKE  PINES FL 33028 | CREDITOR ID: 311823-39<br>SUSAN CLAIRE BARKSDALE<br>8814 VALLEY VIEW DR<br>HUNTSVILLE AL 35802 | CREDITOR ID: 311824-39<br>SUSAN CLARK<br>1635 HEARTHSTONE WAY<br>JONESBORO GA 30236 |
| CREDITOR ID: 311825-39<br>SUSAN CLARK BERLOGAR<br>ATTN SUSAN M CLARK<br>725 MONROE ST<br>SANTA  ROSA CA 95404 | CREDITOR ID: 311826-39<br>SUSAN CLEO WORRELL<br>5361 WEST MOUNT DRIVE<br>NASHVILLE NC 27856 | CREDITOR ID: 311827-39<br>SUSAN D BESTEN<br>9810 TIVERTON WAY<br>LOUISVILLE KY 40242 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311828-39<br>SUSAN D BRIDGES<br>P O BOX 757<br>ASHFORD AL 36312 | CREDITOR ID: 311830-39<br>SUSAN D SEWELL & EUDENE<br>SEWELL JT TEN<br>6967 HIDDEN RIDGE DR<br>WEST CHESTER OH 45069 | CREDITOR ID: 311829-39<br>SUSAN D SEWELL & EUDENE<br>SEWELL JR JT TEN<br>6967 HIDDEN RIDGE DRIVE<br>WESTCHESTER OH 45069 |
| CREDITOR ID: 311831-39<br>SUSAN D SMITH<br>5951 BAVARIA PL<br>HUBER HEIGHTS OH 45424 | CREDITOR ID: 311832-39<br>SUSAN DANIELLE SADLER<br>3025 NEW UNIVERSITY TRL<br>CUMMING GA 30041 | CREDITOR ID: 311833-39<br>SUSAN DAWN MORRIS<br>ATTN SUSAN M PULLIAM<br>479 DOT CIR<br>SALEM VA 24153 |
| CREDITOR ID: 311834-39<br>SUSAN DAY DIBRELL II<br>104 ALEXANDER DR<br>BREWTON AL 36426 | CREDITOR ID: 311835-39<br>SUSAN DEANN ALLEN<br>1020 REGIS ATTSUE C ALLEN<br>JACKSONVILLE FL 32218 | CREDITOR ID: 311836-39<br>SUSAN DIANE ARTHRELL<br>66 RAEMOOR DR<br>PALM COAST FL 32164 |
| CREDITOR ID: 311837-39<br>SUSAN DOSTAL NICHOLS<br>549 GLENWOOD RD<br>DE LAND FL 32720 | CREDITOR ID: 311838-39<br>SUSAN DUDLEY<br>166 OAKDALE CIR<br>LYNCHBURG VA 24502 | CREDITOR ID: 311839-39<br>SUSAN DUGAN<br>C/O JOAN M RING<br>995 GLENEAGLES DR<br>YORK PA 17404 |
| CREDITOR ID: 311840-39<br>SUSAN E COLBERT & JOHN T<br>COLBERT JT TEN<br>2859 DOE RUN TRAIL<br>ORANGE CITY FL 32763 | CREDITOR ID: 311841-39<br>SUSAN E EMORE<br>2813 FOREST GLEN PKWY<br>WOODRIDGE IL 60517 | CREDITOR ID: 311842-39<br>SUSAN E FANGMANN<br>APT 2B<br>4450 CLOVERHILL TERRACE<br>CINCINNATI OH 45238 |
| CREDITOR ID: 311843-39<br>SUSAN E GODBOLD<br>4321 WOODLEY SQ APT 233<br>MONTGOMERY AL 36116 | CREDITOR ID: 311844-39<br>SUSAN E KELLY & JAMES P<br>KELLY JT TEN<br>7336 BLUE BOAR CT<br>CINCINNATI OH 45230 | CREDITOR ID: 311845-39<br>SUSAN E LESKE & WILLIAM J<br>LESKE JT TEN<br>8785 W HAMMER LN<br>LAS VEGAS NV 89149 |
| CREDITOR ID: 311846-39<br>SUSAN E MAYEUR<br>4115 SANFORD ST APT 19<br>METAIRIE LA 70002 | CREDITOR ID: 311847-39<br>SUSAN E MOORE<br>3511 BUENA VISTA RD<br>WINSTON SALEM NC 27106 | CREDITOR ID: 311848-39<br>SUSAN E MUNAS<br>4402 CROOKED BROOK CT<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 311849-39<br>SUSAN E RICHENBERGER &<br>RUSSELL K RICHENBERGER JT TEN<br>3729 YOSEMITE<br>PLANO TX 75023 | CREDITOR ID: 311850-39<br>SUSAN E TAYLOR<br>2806 TYNDALL DR<br>VALDOSTA GA 31602 | CREDITOR ID: 311851-39<br>SUSAN E TESTERMAN<br>1512 SABAL PALM DRIVE<br>EDGEWATER FL 32132 |
| CREDITOR ID: 311852-39<br>SUSAN E WYNN<br>6899 NW COUNTY ROAD 143<br>JASPER FL 32052 | CREDITOR ID: 311853-39<br>SUSAN EGAN &<br>KATHRYN EGAN JT TEN<br>1111 S LAKE SHORE BLVD<br>LAKE WALES FL 33853 | CREDITOR ID: 311854-39<br>SUSAN ELAINE KEARNS<br>6204 ROCKWELL DR<br>INDIAN TRAIL NC 28079 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 311855-39
SUSAN ELIZABETH LOVING
6418 FARM RIDGE CT
FLOWERY BRANCH GA 30542

CREDITOR ID: 311856-39
SUSAN ELIZABETH SUMMAR
920 WOODMONT BLVD STE N-7
NASHVILLE TN 37204

CREDITOR ID: 311857-39
SUSAN ELIZABETH WALKER &
RICHARD THOMAS WALKER JT TEN
438 S 9TH AVE
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 311858-39
SUSAN ELKINS
4963 CREEK RD
VERNON FL 32462

CREDITOR ID: 311859-39
SUSAN F BAILEY
7001 60TH ST NORTH
PINELLAS PARK FL 33781

CREDITOR ID: 311860-39
SUSAN F FOGG & WILLIAM J
FOGG JT TEN
8694 BLUE SPRINGS
ATHENS AL 35611

CREDITOR ID: 311861-39
SUSAN F GILLESPIE
33 COCO CT
DESTIN FL 32541

CREDITOR ID: 311862-39
SUSAN F GILLESPIE & THOMAS M
GILLESPIE JT TEN
33 COCO CT
DESTIN FL 32541

CREDITOR ID: 311863-39
SUSAN F LECOQ
9340 EL CAJON DRIVE
BATON ROUGE LA 70815

CREDITOR ID: 311864-39
SUSAN FAYE STANLEY
2086 GREENWOOD DR
TALLAHASSEE FL 32303

CREDITOR ID: 311865-39
SUSAN FITTS CUST KYLE S
FARWICK UNDER THE FL UNIF
TRAN MIN ACT
1918 NE 21ST TERRACE
JENSEN BEACH FL 34957

CREDITOR ID: 311866-39
SUSAN G BITELY
14206 TROON DR # 13C
LOUISVILLE KY 40245

CREDITOR ID: 311867-39
SUSAN G CAYLOR
ATTN SUSAN G BLANTON
18162 CANAL POINT ST
TAMPA FL 33647

CREDITOR ID: 311868-39
SUSAN G KAZILAS
784 COUNTY HIGHWAY #110
BROADALBIN NY 12025

CREDITOR ID: 311869-39
SUSAN G LEONARD
381 1ST CI
LEXINGTON NC 27292

CREDITOR ID: 311870-39
SUSAN G TUCKER
3104 ENGLISH RD
PLANT CITY FL 33567

CREDITOR ID: 311871-39
SUSAN GAIL SHREINER
45975 N GREENS REST DR
GREAT MILLS MD 20634

CREDITOR ID: 311872-39
SUSAN GARDNER
222 ARBOR DR
COLUMBIA SC 29206

CREDITOR ID: 311873-39
SUSAN GIAMETTA
104 MILL BROOK LN
CARRIERE MS 39426

CREDITOR ID: 311874-39
SUSAN GRAY
1201 CUNNINGHAM CREEK DR
JACKSONVILLE FL 32259

CREDITOR ID: 311875-39
SUSAN H BARNHILL & DAVIS A
BARNHILL JT TEN
7080 LAKE EAGLEBROOKE WAY
LAKELAND FL 33813

CREDITOR ID: 311876-39
SUSAN H FOGG
8694 BLUE SPRINGS DR
ATHENS AL 35611

CREDITOR ID: 311877-39
SUSAN H FOGG & WILLIAM J
FOGG JT TEN
8694 BLUE SPRINGS DRIVE
ATHENS AL 35611

CREDITOR ID: 311879-39
SUSAN H FOGG CUST TENNILLE
FOGG U/T/M/A/AL
8694 BLUE SPRINGS DR
ATHENS AL 35611

CREDITOR ID: 311880-39
SUSAN H LOGAN
P O BOX 603
BOONE NC 28607

CREDITOR ID: 311881-39
SUSAN H ROBINSON
4000 TCHOUPITOULAS ST
NEW ORLEANS LA 70115

CREDITOR ID: 311882-39
SUSAN HERSOME
130 LIMEWOOD PLACE #3
ORMOND BEACH FL 32174

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311883-39<br>SUSAN HOLMES & CLYDE HOLMES<br>JT TEN<br>928 N D STREET<br>LAKE  WORTH FL 33460 | CREDITOR ID: 311884-39<br>SUSAN I HUGHES & BRYANT A<br>HUGHES & MELISSA S HUGHES JT<br>TEN<br>761 MANCHESTER AVE<br>DELTONA FL 32725 | CREDITOR ID: 311885-39<br>SUSAN I MCCARTHY<br>80 BUCKS HILL RD<br>DURHAM NH 03824 |
| CREDITOR ID: 311886-39<br>SUSAN IRENE LANGLOIS<br>APT B<br>202 OLINDE ST<br>NEW  ROADS LA 70760 | CREDITOR ID: 311887-39<br>SUSAN J BOAG<br>140 SW 8TH ST APT 5<br>POMPANO BEACH FL 33060 | CREDITOR ID: 311888-39<br>SUSAN J EGAN<br>1111 SOUTH LAKE SHORE BLVD<br>LAKE  WALES FL 33853 |
| CREDITOR ID: 311889-39<br>SUSAN J GOODBERLET<br>814 SE CELTIC AVE<br>PORT  SAINT  LUCIE FL 34983 | CREDITOR ID: 311890-39<br>SUSAN J MARTIN & DANNY R<br>MARTIN JT TEN<br>11135 BROADWOOD DR<br>PINELLAS  PARK FL 34666 | CREDITOR ID: 311891-39<br>SUSAN J MAYO<br>10736 57TH ST<br>PINELLAS  PARK FL 33782 |
| CREDITOR ID: 311892-39<br>SUSAN J MILLER<br>10510 FRONT BEACH ROAD<br>PANAMA  CITY  BEACH FL 32407 | CREDITOR ID: 311893-39<br>SUSAN J VAN ESSENDELFT &<br>DONALD A VAN ESSENDELFT JT<br>TEN<br>177 ROLLSTONE AVE<br>WEST  SAYVILLE NY 11796 | CREDITOR ID: 311894-39<br>SUSAN JOAN DAVIS TRUSTEE U-A<br>DTD 06-12-00|SUSAN JOAN<br>DAVIS FAMILY TRUST<br>4503 MARLOMA DRIVE<br>ROLLING  HILLS  ESTATES CA 90274 |
| CREDITOR ID: 311895-39<br>SUSAN K ATKINSON<br>6710 COLLINS RD APT 1409<br>JACKSONVILLE FL 32244 | CREDITOR ID: 311896-39<br>SUSAN K DUPRE<br>402 CAROL RD<br>MORGAN  CITY LA 70380 | CREDITOR ID: 311897-39<br>SUSAN K FLITTNER<br>P O BOX 2711<br>EVANSVILLE IN 47728 |
| CREDITOR ID: 311898-39<br>SUSAN K GAUVEY<br>7 MIDVALE ROAD<br>BALTIMORE MD 21210 | CREDITOR ID: 311899-39<br>SUSAN K GRUBBE<br>3847 S CIRCLE DR APT 17<br>HOLLYWOOD FL 33021 | CREDITOR ID: 311900-39<br>SUSAN K MALPHRUS<br>1801 PARK AVE<br>BEAUFORT SC 29902 |
| CREDITOR ID: 311901-39<br>SUSAN K MCCLELLAN<br>553 LORING VILLAGE CT<br>ORANGE  PARK FL 32073 | CREDITOR ID: 311902-39<br>SUSAN K MOODY & GUY B MOODY<br>JT TEN<br>9506 RED APPLE LN<br>COLUMBIA MD 21046 | CREDITOR ID: 311903-39<br>SUSAN K PEACOCK<br>2964 LAKE BRADFORD RD<br>TALLAHASSEE FL 32310 |
| CREDITOR ID: 311904-39<br>SUSAN KAY ROWLAND & GEORGE F<br>ROWLAND JT TEN<br>107 NORTHSIDE DR<br>LEXINGTON NC 27295 | CREDITOR ID: 311905-39<br>SUSAN KELLY THOMPSON<br>156 WHITETAIL LN<br>HAVANA FL 32333 | CREDITOR ID: 311907-39<br>SUSAN KREITZMAN<br>122 PLYMOUTH BLVD<br>SMITHTOWN NY 11787 |
| CREDITOR ID: 311908-39<br>SUSAN KROH BRYANT<br>5914 DINWIDDIE ST<br>SPRINGFIELD VA 22150 | CREDITOR ID: 311909-39<br>SUSAN L CRIST<br>221 DOGWOOD LN<br>HENDERSONVILLE NC 28739 | CREDITOR ID: 311910-39<br>SUSAN L ELTOFT<br>1504 INDIAN MEADOWS DR<br>FRANKLIN TN 37064 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                     CASE:  05-03817-3F1

CREDITOR ID: 311911-39
SUSAN L GRIFFIN
1212 DOWD DAIRY RD
WHITE  OAK NC 28399

CREDITOR ID: 311912-39
SUSAN L GUNN
205 BRINGOL RD
MARKSVILLE LA 71351

CREDITOR ID: 311913-39
SUSAN L HAWKINS
175 HUNTINGTON CT
ATHENS GA 30606

CREDITOR ID: 311914-39
SUSAN L HUDSON
6134 OLD NC 18
CONNELLY  SPRINGS NC 28612

CREDITOR ID: 311915-39
SUSAN L JOHNSON
366 RUTH CIR
HUNTSVILLE AL 35811

CREDITOR ID: 311916-39
SUSAN L KENNEDY
899 HARTH DR
WEST  PALM  BEACH FL 33415

CREDITOR ID: 311917-39
SUSAN L LEE & JEFFERY S LEE
JT TEN
543 S E BROOKSIDE
PPRT  ST  LUCIE FL 34983

CREDITOR ID: 311918-39
SUSAN L RUSSELL
5401 96TH AVE NO
PINELLAS  PARK FL 34666

CREDITOR ID: 311919-39
SUSAN L SCHRADER
4266 REGINA LN
LOUISVILLE KY 40213

CREDITOR ID: 311920-39
SUSAN L TAYLOR
1441 OLD CHAPIN RD APT 123
LEXINGTON SC 29072

CREDITOR ID: 311921-39
SUSAN LAROTONDA
5650 NORTH BANANA RIVER BLD #5
COCOA  BEACH FL 32931

CREDITOR ID: 311922-39
SUSAN LARSON
2226 NAPLES RD
BIG  PINE  KEY FL 33043

CREDITOR ID: 311923-39
SUSAN LEIGH JOYCE
7055 OLD OAK LANE
CHARLOTTE NC 28227

CREDITOR ID: 311924-39
SUSAN LOWREY
110 STAGECOACH DR
MADISON AL 35758

CREDITOR ID: 311925-39
SUSAN LYNN APRIL
1401 RTE 35
SOUTH  SALEM NY 10590

CREDITOR ID: 311926-39
SUSAN LYNN JACKSON
2331 GREENWOOD ST
DELTONA FL 32738

CREDITOR ID: 311927-39
SUSAN LYNN PARKER
2328 SUFFOLK CIR
LAKELAND FL 33801

CREDITOR ID: 311928-39
SUSAN LYNN SHEALY
3175 CRESTMONT WAY NW
KENNESAW GA 30152-4679

CREDITOR ID: 311929-39
SUSAN LYNNE SMALL
346 LEAFMORE DR
CHARLOTTE NC 28213

CREDITOR ID: 311930-39
SUSAN M ALTMAN
5975 C R 352
KEYSTONE  HEIGHTS FL 32656

CREDITOR ID: 311931-39
SUSAN M BRASILE & ALBERT N
BRASILE JT TEN
4212 DEERBROOK WAY SW
LILBURN GA 30247

CREDITOR ID: 311932-39
SUSAN M BRIGNAC
PO BOX 286
PAULINA LA 70763

CREDITOR ID: 311933-39
SUSAN M DUNCAN
407 BASIL CIR
POINCIANA FL 34759

CREDITOR ID: 311934-39
SUSAN M HAGEMAN
2106 W LOWRY AVE
PLANT  CITY FL 33567

CREDITOR ID: 311935-39
SUSAN M KISH
C/O SUSAN KISH LILLY
581 SW 169TH TER
FORT  LAUDERDALE FL 33326

CREDITOR ID: 311936-39
SUSAN M LITCHHOLT
4594 ELLSBERRY CT
BATAVIA OH 45103

CREDITOR ID: 311937-39
SUSAN M MALYSZKA
1611 MAXWELL LN
DELTONA FL 32738

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                           CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 311938-39<br>SUSAN M MILLS<br>PO BOX 281<br>SUMMERLAND KEY FL 33042 | CREDITOR ID: 311940-39<br>SUSAN M MOORE<br>7292 CRUMP RD<br>ALANSON MI 49706 | CREDITOR ID: 311939-39<br>SUSAN M MOORE<br>2629 DRAYTON DRIVE<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 311941-39<br>SUSAN M NICHOLS<br>549 GLENWOOD RD<br>DE LAND FL 32720 | CREDITOR ID: 311942-39<br>SUSAN M REED<br>761 BANKS ST NW<br>PALM BAY FL 32907 | CREDITOR ID: 311943-39<br>SUSAN M RODGERS<br>P O BOX 831681<br>OCALA FL 34483 |
| CREDITOR ID: 311944-39<br>SUSAN M SULLIVAN<br>966 ARABELLA LN<br>COCOA FL 32927 | CREDITOR ID: 311945-39<br>SUSAN M WATERS<br>11512 GROVEWOOD BLVD<br>LAND O LAKES FL 34639 | CREDITOR ID: 311946-39<br>SUSAN MADDUX & STEVE MADDUX<br>JT TEN<br>10518 SCHLOTTMAN RD<br>LOVELAND OH 45140 |
| CREDITOR ID: 311947-39<br>SUSAN MARIE MASON<br>597 S OAKS CT<br>WAYCROSS GA 31503 | CREDITOR ID: 311948-39<br>SUSAN MARIE WOLFGARTH<br>235 BELLINGHAM DR<br>BARRINGTON IL 60010 | CREDITOR ID: 311949-39<br>SUSAN MARLENE ADAMS<br>285 EPLEY RD<br>RUTHERFORDTON NC 28139 |
| CREDITOR ID: 311951-39<br>SUSAN MAXINE ENGLE<br>2212 SE WALTON LKS DR<br>PORT SAINT LUCIE FL 34952 | CREDITOR ID: 311952-39<br>SUSAN MCCLOE & ROBERT MCCLOE<br>SR JT TEN<br>2344 ROXBURT CIR<br>N PORT FL 34287 | CREDITOR ID: 311953-39<br>SUSAN MILLER<br>19 STRONG RD<br>GANSEVOORT NY 12831 |
| CREDITOR ID: 311954-39<br>SUSAN MILLER & JAMES C<br>MILLER JT TEN<br>7749 SUZANNE DR<br>NORTH CHARLESTON SC 29418 | CREDITOR ID: 311955-39<br>SUSAN MIRE LANDRY<br>620 WALKER DR<br>HOUMA LA 70364 | CREDITOR ID: 311956-39<br>SUSAN MYERS HAMILTON<br>1700 BRANDON RD<br>CHARLOTTE NC 28207 |
| CREDITOR ID: 311957-39<br>SUSAN N MCDANIEL<br>108 ROYAL OAK RD<br>GREENVILLE SC 29607 | CREDITOR ID: 311958-39<br>SUSAN OVERBY DAVIDSON<br>514 MAPLETREE DRIVE<br>KNOXVILLE TN 37922 | CREDITOR ID: 311960-39<br>SUSAN OWENS<br>P O BOX 856<br>BALDWINSVILLE NY 13027 |
| CREDITOR ID: 311959-39<br>SUSAN OWENS<br>15630 SW 289 TERR<br>HOMESTEAD FL 33033 | CREDITOR ID: 311961-39<br>SUSAN P ALCORN & BRUCE N<br>ALCORN JT TEN<br>11061 111TH RD<br>LIVE OAK FL 32060 | CREDITOR ID: 311962-39<br>SUSAN P BARRIE<br>1400 49TH AVE NE<br>SAINT PETERSBURG FL 33703 |
| CREDITOR ID: 311963-39<br>SUSAN P KENNEDY & WADE P<br>KENNEDY JT TEN<br>805 S COLLEGE ST<br>AUBURN AL 36830 | CREDITOR ID: 311964-39<br>SUSAN PADWEE<br>453 14TH ST<br>BROOKLYN NY 11215 | CREDITOR ID: 311965-39<br>SUSAN PARSONS TURBERG<br>558 RIDGE RD<br>WINNETKA IL 60093 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311966-39<br>SUSAN PICKEL BARRIE<br>1400 49TH AVE NE<br>ST  PETERSBURG FL 33703 | CREDITOR ID: 311967-39<br>SUSAN PORTNOY<br>1778 MAPLEWOOD CIRCLE<br>COCONUT  CREEK FL 33063 | CREDITOR ID: 311968-39<br>SUSAN Q SCOTT<br>5200 GOLF COURSE DRIVE<br>JACKSONVILLE FL 32277 |
| CREDITOR ID: 311969-39<br>SUSAN R ANTROBUS<br>434 82ND STREET OCEAN<br>MARATHON FL 33050 | CREDITOR ID: 311970-39<br>SUSAN R ANTROBUS & JAMES E<br>ANTROBUS JT TEN<br>434 82ND STREET OCEAN<br>MARATHON FL 33050 | CREDITOR ID: 311971-39<br>SUSAN R AUNE<br>RT 19 BOX 860<br>LAKE  CITY FL 32055 |
| CREDITOR ID: 311972-39<br>SUSAN R BALL<br>1110 DIXON BLVD<br>COCOA FL 32922 | CREDITOR ID: 311973-39<br>SUSAN R BULLARD<br>406 ASHLEY ST<br>KINGSLAND GA 31548 | CREDITOR ID: 311974-39<br>SUSAN R GIBSON<br>2523 ACCASIA DR<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 311975-39<br>SUSAN R IMBURGIA<br>PO BOX 82<br>SEAFORD VA 23696 | CREDITOR ID: 311976-39<br>SUSAN R VAUGHN<br>2015 PROSPER ST<br>PALATKA FL 32177 | CREDITOR ID: 311977-39<br>SUSAN RAPOSO & PETER RAPOSO<br>JT TEN<br>4350 SAVERA DR<br>COCOA FL 32825 |
| CREDITOR ID: 311978-39<br>SUSAN REYNOLDS CUST FOR<br>ANDREW PAUL REYNOLDS UNDER<br>THE GA UNIFORM TRANSFERS TO<br>MINORS ACT<br>490 BEAVERS RD<br>CANTON GA 30115 | CREDITOR ID: 311979-39<br>SUSAN RHODES<br>PO BOX 55<br>MITCHELL GA 30820 | CREDITOR ID: 311980-39<br>SUSAN ROCHE & JOSEPH ROCHE<br>JT TEN<br>P O BOX 741<br>EASTPOINT FL 32328 |
| CREDITOR ID: 311981-39<br>SUSAN RODOLFICH & WAYNE<br>RODOLFICH TEN COM<br>7646 MADISON DR<br>BILOXI MS 39532 | CREDITOR ID: 311983-39<br>SUSAN ROONEY<br>124 SPRING ST<br>WILKES-BARRE PA 18702 | CREDITOR ID: 311984-39<br>SUSAN ROSENHOCH<br>3171 CARMEL DR<br>DOUGLASVILLE GA 30135 |
| CREDITOR ID: 311985-39<br>SUSAN S FELTGEN & JOHN W<br>FELTGEN JT TEN<br>5983 NW 71ST TER<br>POMPANO  BEACH FL 33067 | CREDITOR ID: 311986-39<br>SUSAN S HERRMANN<br>1254 AMHURST CT<br>COCOA FL 32922 | CREDITOR ID: 311987-39<br>SUSAN S HERRON & VERNON W<br>HERRON JT TEN<br>3913 MCCALLEY PL SW<br>HUNTSVILLE AL 35805 |
| CREDITOR ID: 311989-39<br>SUSAN S JACKSON<br>15204 SE 25TH LN<br>STARKE FL 32091 | CREDITOR ID: 311988-39<br>SUSAN S JACKSON<br>1001 PA METTS RD<br>PROSPERITY SC 29127 | CREDITOR ID: 311990-39<br>SUSAN S REISS<br>2775 E 12TH ST APT 717<br>BROOKLYN NY 11235 |
| CREDITOR ID: 311991-39<br>SUSAN S WHITE & SUSAN W<br>PERSAK TTEES U-A DTD<br>09/23/92 SUSAN STRIBLING<br>WHITE TRUST<br>395 NORTH ROAD<br>CHESTER NJ 07930 | CREDITOR ID: 311992-39<br>SUSAN S WILLIAMS<br>10425 KEVIN DR<br>PASCAGOULA MS 39581 | CREDITOR ID: 311993-39<br>SUSAN SCINOCCA GDN FOR<br>WILLIAM SCINOCCA<br>10 MEADOW CLIFFE DR<br>TORONTO ON M1M2X9<br>CANADA |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 311994-39<br>SUSAN SCINOCCA GDN FOR SAM<br>SCINOCCA<br>10 MEADOWCLIFFE DRIVE<br>TORONTO ON<br>CANADA | CREDITOR ID: 311995-39<br>SUSAN SHANNON KLEMMT<br>2127 FORBES ST<br>JACKSONVILLE FL 32204 | CREDITOR ID: 311996-39<br>SUSAN STAR C ABBOTT<br>717 MOULTON RD<br>LOUISBURG NC 27549 |
| CREDITOR ID: 311997-39<br>SUSAN T CONE<br>110 ADAMSVILLE SPRING DR<br>NORTH  AUGUSTA SC 29860 | CREDITOR ID: 311998-39<br>SUSAN T MACLAREN<br>1377 TAMARIND WAY<br>BOCA  RATON FL 33486 | CREDITOR ID: 311999-39<br>SUSAN T ROJ<br>117 PRINCETON PLACE<br>KINGSLAND GA 31548 |
| CREDITOR ID: 312000-39<br>SUSAN T WALTER & WILLIAM T<br>WALTER TRUSTEES U-A DTD<br>02-02-96 SUSAN T WALTER<br>REVOCABLE TRUST<br>344 WEST HILLS ROAD<br>HUNTINGTON NY 11743 | CREDITOR ID: 312001-39<br>SUSAN T WILLIAMS<br>2740 UNIVERSITY DR<br>LANCASTER SC 29720 | CREDITOR ID: 312003-39<br>SUSAN VION DEJACOMO<br>RR 7 BOX 7776<br>BROWNS  MILLS NJ 08015 |
| CREDITOR ID: 312004-39<br>SUSAN W STANLEY<br>10 BERTHIER PL<br>RICHFIELD CT 06877 | CREDITOR ID: 312005-39<br>SUSAN WATHEN<br>3314 SHERRY DRIVE<br>ORLANDO FL 32810 | CREDITOR ID: 312006-39<br>SUSANA ROGERS<br>1962 TRENT RD<br>KRUM TX 76249 |
| CREDITOR ID: 312007-39<br>SUSANNAH A BROWN<br>2235 PELHAM AVE<br>BALTIMORE MD 21213 | CREDITOR ID: 312008-39<br>SUSANNAH E BEXLEY<br>PO BOX 9247<br>TAMPA FL 33674 | CREDITOR ID: 312009-39<br>SUSANNE T HILTON<br>15392 SQUIRES WAY DR<br>CHESTERFIELD MO 63017 |
| CREDITOR ID: 312010-39<br>SUSANNE V ROMINES<br>60 BROADLANDS DR<br>WHITE GA 30184 | CREDITOR ID: 312011-39<br>SUSANNE V ROMINES & DAVID T<br>ROMINES JT TEN<br>60 BROADLANDS DR<br>WHITE GA 30184 | CREDITOR ID: 312012-39<br>SUSIE A MILLER<br>7749 SUZANNE DR<br>NORTH  CHARLESTON SC 29418 |
| CREDITOR ID: 312013-39<br>SUSIE A SANKEY<br>16673 LAPINE HWY<br>GRADY AL 36036 | CREDITOR ID: 312014-39<br>SUSIE A SIMONEAUX<br>623 HWY 55<br>MONTEGUT LA 70377 | CREDITOR ID: 312015-39<br>SUSIE A STEWART<br>512 SUGARCONE RD<br>DILLON SC 29536 |
| CREDITOR ID: 312016-39<br>SUSIE D PORTER<br>1357 CANTERBURY LN<br>JACKSON MS 39212 | CREDITOR ID: 312017-39<br>SUSIE GOODWIN<br>5413 NEW CASTLETON LN<br>FORT  WORTH TX 76135 | CREDITOR ID: 312018-39<br>SUSIE JACKSON MCCLENAGHAN<br>14 OTTAWAY DR<br>GREENVILLE SC 29605 |
| CREDITOR ID: 312019-39<br>SUSIE L HAYS<br>665 COUNTY ROAD 4810<br>COPPERAS  COVE TX 76522 | CREDITOR ID: 312020-39<br>SUSIE MAE KING<br>274 GORDON RD<br>LA  GRANGE GA 30240 | CREDITOR ID: 312021-39<br>SUSIE SCHLEY<br>1508 KEATS RD<br>JACKSONVILLE FL 32208 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

CREDITOR ID: 312022-39
SUSIE SLOMKOWSKI
1103PINE AVE SW
LIVE OAK FL 32060

CREDITOR ID: 280606-39
SUTTON, ETHAN LYLE
C/O ANN L SUTTON, CUST
59 NAZARENE WY, APT 1
WAYNESVILLE NC 28785

CREDITOR ID: 312023-39
SUWANNE SCHMOE
C/O SUWANNE S SHUNTICH
56 PONDEROSA DR
HOLLAND PA 18966

CREDITOR ID: 312024-39
SUWANNEE REINSURANCE CO LTD
BOX 38
OLD TOWN FL 32680

CREDITOR ID: 312025-39
SUYEN PEREZ
4333 SW 147 CT
MIAMI FL 33185

CREDITOR ID: 312026-39
SUZAN A REMEDY & PRESTON M
REMEDY JT TEN
203 CAT TAIL COURT
GREENSBORO NC 27455

CREDITOR ID: 312027-39
SUZAN D KISER
P5C 76 BOX 4715
APO AP 96319

CREDITOR ID: 312028-39
SUZAN F WARD
4320 MAYAN
LAKE WORTH TX 76135

CREDITOR ID: 312029-39
SUZAN K REESE
104 N 8TH AVE
MADILL OK 73446

CREDITOR ID: 312030-39
SUZAN ROMONA SELLERS
710 LEGION DR PL
DESTIN FL 32541

CREDITOR ID: 312031-39
SUZANNA GOLDSMITH
503 NEWTON AVE
MOUNTAIN HOME AR 72653

CREDITOR ID: 312032-39
SUZANNAH M LAND
195 VILLAGE DRIVE
EDEN NC 27288

CREDITOR ID: 312033-39
SUZANNE ARNONE
47040 GRECO RD
HAMMOND LA 70401

CREDITOR ID: 312034-39
SUZANNE BLAYLOCK
14722 FOREST GROVE APT A
BATON ROUGE LA 70818

CREDITOR ID: 312035-39
SUZANNE E JEWELL
2450 PENDOWER LN
KESWICK VA 22947

CREDITOR ID: 312036-39
SUZANNE H OWENS & DAVID M
OWENS JT TEN
436 SALT LICK LANE
SHEPHERDSVILLE KY 40165

CREDITOR ID: 312037-39
SUZANNE HENSON
5206 N HIGHWAY 101
TAYLORS SC 29687

CREDITOR ID: 312038-39
SUZANNE L FRYMAN
903 CANE RUN RO
GEORGETOWN KY 40324

CREDITOR ID: 312039-39
SUZANNE L GILMORE
P O BOX 3096
BAY ST LOUIS MS 39521

CREDITOR ID: 312040-39
SUZANNE L KING
9519 W 89TH CIR
BROOMFIELD CO 80021

CREDITOR ID: 312041-39
SUZANNE L VIRGIN
PO BOX 901
CRYSTAL PARK FL 34423

CREDITOR ID: 312042-39
SUZANNE LEROY MULCAY
3523 PRINCETON CORNERS LANE
MARIETTA GA 30062

CREDITOR ID: 312043-39
SUZANNE M BAXTER
10920 WHITWORTH CT
JACKSONVILLE FL 32225

CREDITOR ID: 312044-39
SUZANNE M DENEMARK &
DAVID A DENEMARK JT TEN
BOX 788
KEYSTONE HEIGHTS FL 32656

CREDITOR ID: 312045-39
SUZANNE M FLOWERS
6017 JAYTRACE POX 28D
MONTGOMERY AL 36108

CREDITOR ID: 312046-39
SUZANNE M GOODMAN & JIMMIE L
GOODMAN JT TEN
22318 WEEKS BLVD
LAND O'LAKES FL 34639

CREDITOR ID: 312047-39
SUZANNE M KING
PO BOX 3012
BUNNELL FL 32110

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 312048-39<br>SUZANNE M UPPERMAN<br>PO BOX 523426<br>MARATHON FL 33052 | CREDITOR ID: 312049-39<br>SUZANNE MARIE MILANO<br>144 RANCH RD<br>SLIDELL LA 70460 | CREDITOR ID: 312050-39<br>SUZANNE MILITELLO &<br>SALVATORE MILITELLO JT TEN<br>2744 SW 14TH DRIVE<br>DEERFIELD  BCH FL 33442 |
| CREDITOR ID: 312051-39<br>SUZANNE RICHTER<br>3111 JUDITH DRIVE<br>BELLMORE NY 11710 | CREDITOR ID: 312052-39<br>SUZANNE S HOWARD CUST JOHN F<br>HOWARD JR UNDER THE FL UNIF<br>TRAN MIN ACT<br>4215 SHERWOOD RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 312053-39<br>SUZANNE THOMPSON<br>107 SEAGRAPE DR<br>JACKSONVILLE FL 32250 |
| CREDITOR ID: 312054-39<br>SUZANNE V DAMSKE & ROBERT A<br>DAMSKE JT TEN<br>2448 LAWANNA DR<br>ORLANDO FL 32807 | CREDITOR ID: 312055-39<br>SUZANNE VANTASSELL<br>7067 BUCKSKIN RD<br>TALLAHASSEE FL 32309 | CREDITOR ID: 312056-39<br>SUZETTE HOOPER<br>3286 PASSMORE DRIVE<br>ROCK  HILL SC 29730 |
| CREDITOR ID: 312057-39<br>SUZIE A BLANCHARD<br>5012 MANDY DRIVE<br>SULPHUR LA 70663 | CREDITOR ID: 293221-39<br>SWEAT, JACK ANTHONY  (MINOR)<br>C/O JACK RANDALL SWEAT CUST<br>12232 SOCIETY CT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 303687-39<br>SWOKOWSKI, MICHAEL E<br>380 ALAN CIR<br>SALISBURY NC 28144 |
| CREDITOR ID: 312058-39<br>SYBIL DOSS REAVES & RAYMOND<br>EBER REAVES JT TEN<br>PO BOX 1011<br>ANNISTON AL 36202 | CREDITOR ID: 312059-39<br>SYBIL HEARD<br>4450 CO RD 33<br>WADLEY AL 36276 | CREDITOR ID: 312060-39<br>SYBIL HEARD & MIKE HEARD<br>JT TEN<br>4450 COUNTY RD 33<br>WADLEY AL 36276 |
| CREDITOR ID: 312061-39<br>SYBIL JOHNSON<br>69 HOWLAND AVE<br>RIVER  EDGE NJ 07661 | CREDITOR ID: 312062-39<br>SYBIL M SUSSMAN<br>2219 BANBURY ST<br>CHARLOTTESVILLE VA 22901 | CREDITOR ID: 312063-39<br>SYBIL P WALLACE<br>PO BOX 1306<br>CLEMMONS NC 27012 |
| CREDITOR ID: 312064-39<br>SYBIL PATTERSON<br>503 PARK DR<br>CHERRYVILLE NC 28021 | CREDITOR ID: 312065-39<br>SYBIL RIDINGS<br>GREEN HILLS TERRACE CONDO<br>1900 RICHARD JONES RD APT H-2<br>NASHVILLE TN 37215 | CREDITOR ID: 312066-39<br>SYBLE H BARR & DANIEL T BARR<br>JT TEN<br>10 FENWICK LN<br>GREENVILLE SC 29617 |
| CREDITOR ID: 312067-39<br>SYDNEY A LAMSON<br>7920 ROGUE RIVER TRL<br>FORT  WORTH TX 76137 | CREDITOR ID: 312068-39<br>SYDNEY LAURA STEINMEIER<br>PO BOX 2642<br>SITKA AK 99835 | CREDITOR ID: 312069-39<br>SYED MOGHISUDDIN<br>APT 2104<br>14100 MONTFORT DR<br>DALLAS TX 75240 |
| CREDITOR ID: 312070-39<br>SYLENIA D SHARPE<br>8131 127TH ST N<br>SEMINOLE FL 34646 | CREDITOR ID: 312071-39<br>SYLVAN J MANUEL<br>547 RUE DAUPHINE<br>EUNICE LA 70535 | CREDITOR ID: 312072-39<br>SYLVESTER KING<br>1121 LAKE COMO DR<br>LUTZ FL 33549 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312073-39<br>SYLVESTER KING & VICKY A<br>KING JT TEN<br>1121 LAKE COMO DR<br>LUTZ FL 33549 | CREDITOR ID: 312074-39<br>SYLVESTER LEE TERRY<br>10641 BOLYARD DRIVE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 312077-39<br>SYLVIA A MCCULLAR<br>PO BOX 1758<br>CHIEFLAND FL 32644 |
| CREDITOR ID: 312078-39<br>SYLVIA A MCCULLAR CUST<br>CHARLES MCCULLAR UNDER THE<br>UNIF TRAN MIN ACT FL<br>BOX 1758<br>CHIEFLAND FL 32644 | CREDITOR ID: 312079-39<br>SYLVIA ANN GAINES<br>321 DELEGATE DR<br>WESTWEGO LA 70094 | CREDITOR ID: 312080-39<br>SYLVIA ANN PRESLEY<br>303 CALHOUN AVENUE<br>PENSACOLA FL 32507 |
| CREDITOR ID: 312081-39<br>SYLVIA ANN RUSSELL<br>3624 SPRINGVILLE DR<br>VALRICO FL 33594 | CREDITOR ID: 312082-39<br>SYLVIA BAILEY & H V BAILEY<br>JT TEN<br>13829 HARBOR CREEK PL<br>JACKSONVILLE FL 32224 | CREDITOR ID: 312083-39<br>SYLVIA BERNSTEIN<br>834 CORNAGA AVE<br>FAR ROCKAWAY NY 11691 |
| CREDITOR ID: 312084-39<br>SYLVIA D CARR<br>532 27TH ST SE APT 1<br>MOULTRIE GA 31788 | CREDITOR ID: 312085-39<br>SYLVIA D MIZELLE<br>1910 FAIRVIEW WAY<br>GREENVILLE NC 27858 | CREDITOR ID: 312086-39<br>SYLVIA D OSBORNE<br>300 SANDY SHORES DR<br>TOWNVILLE SC 29689 |
| CREDITOR ID: 312087-39<br>SYLVIA DENDINGER<br>408 ELMEER AVE<br>METAIRIE LA 70005 | CREDITOR ID: 312088-39<br>SYLVIA DEVAUX<br>524 MARY AVE<br>NEW SMYRNA BEACH FL 32168 | CREDITOR ID: 312089-39<br>SYLVIA G LADNER<br>14092 FELTON RD<br>GULFPORT MS 39503 |
| CREDITOR ID: 312090-39<br>SYLVIA G SEHER<br>730 CANTON ST<br>JEFFERSON LA 70121 | CREDITOR ID: 312091-39<br>SYLVIA H LA SALLE<br>2329 ST CHARLES ST<br>MONTGOMERY AL 36107 | CREDITOR ID: 312092-39<br>SYLVIA HAWKINS<br>8820 SKITT MT RD<br>LULA GA 30554 |
| CREDITOR ID: 312093-39<br>SYLVIA I VILLANUEVA & JOSE F<br>VILLANUEVA JT TEN<br>PO BOX 335<br>SOUTH BAY FL 33493 | CREDITOR ID: 312094-39<br>SYLVIA J WEYER<br>5222 MAGNOLIA OAKS LANE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 312095-39<br>SYLVIA JAFFA CUST ELIANA NOA<br>JAFFA UNDER THE FL UNIF TRAN<br>MIN ACT<br>3461 BEAUCLERC COVE PL<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 312096-39<br>SYLVIA JEAN BRATZ & TRACEY<br>LEE WILKEN JT TEN<br>18435 TOWNSEND HOUSE RD<br>DADE CITY FL 33523 | CREDITOR ID: 312097-39<br>SYLVIA L DAVIS<br>4700 LAKE BORGNE AVE<br>METAIRIE LA 70006 | CREDITOR ID: 312098-39<br>SYLVIA L DAVIS & DENISE<br>LACOMBE TEN COM<br>4700 LAKE BORGNE AVE<br>METAIRIE LA 70006 |
| CREDITOR ID: 312099-39<br>SYLVIA L LONG & LEONARD A<br>LONG JT TEN<br>5899 CARDINAL DR<br>MABLETON GA 30059 | CREDITOR ID: 312100-39<br>SYLVIA L SELLERS<br>350 JOHN LANE SW<br>BAXLEY GA 31513 | CREDITOR ID: 312101-39<br>SYLVIA L W BEACHAM & HERBERT<br>C BEACHAM & GREGORY A BEACHAM JT TE<br>512 SNELLINGS DRIVE<br>TALLAHASSEE FL 32310 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312102-39<br>SYLVIA LEE HALLMAN<br>713 LINWOOD RD<br>KINGS  MOUNTAIN NC 28086 | CREDITOR ID: 312103-39<br>SYLVIA M CASTLES<br>841 GARDENDALE DR<br>COLUMBIA SC 29210 | CREDITOR ID: 312104-39<br>SYLVIA MEDFORD<br>4639 BRIARCLIFF DR<br>MABLETON GA 30059 |
| CREDITOR ID: 312105-39<br>SYLVIA P LANE<br>243 CHURCH ST<br>LATTA SC 29565 | CREDITOR ID: 312106-39<br>SYLVIA P MILLER TRUSTEE U-A<br>DTD 03-28-97 SYLVIA P MILLER<br>TRUST<br>6108 TARRAGONA DRIVE<br>SAN  DIEGO CA 92115 | CREDITOR ID: 312107-39<br>SYLVIA PRITCHETT<br>3836 OLD JASPER HIGHWAY<br>ADAMSVILLE AL 35005 |
| CREDITOR ID: 312108-39<br>SYLVIA R GOULD<br>512 WILSON AVE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 312110-39<br>SYLVIA S ROLAND<br>108 SHADY LANE<br>CAYCE SC 29033 | CREDITOR ID: 312111-39<br>SYLVIA SLUDER<br>PO BOX 1096<br>RISING  SUN MD 21911 |
| CREDITOR ID: 312112-39<br>SYLVIA TOLLIS<br>17514 7TH CT NW<br>PEMBROKE  PINES FL 33029 | CREDITOR ID: 312113-39<br>SYLVIA W BRANNEN<br>513 SHADY GREEN LANE<br>BLUFFTON SC 29910 | CREDITOR ID: 312114-39<br>SYLVIA W STRIEGEL<br>PINE HOUSE<br>SPRINGFIELD  CENTER NY 13468 |
| CREDITOR ID: 312115-39<br>SYLVIA Y VAUGHN<br>2523 SUNNY CREST<br>REIDSVILLE NC 27320 | CREDITOR ID: 312116-39<br>SYLVIE JUTRAS MELANCON &<br>ANDRE MELANCON JT TEN<br>8300 NW 24TH PL<br>SUNRISE FL 33322 | CREDITOR ID: 312117-39<br>SYNNOVE BERGE & REBECCA S<br>BERGE BUSS JT TEN<br>701 100TH AVE NE<br>BINFORD ND 58416 |
| CREDITOR ID: 312118-39<br>T C HOMESLEY JR<br>330 S MAIN ST<br>MOORESVILLE NC 28115 | CREDITOR ID: 312119-39<br>T EDWARD BEATON<br>12620 ESCADA DR<br>CHESTERFIELD VA 23832 | CREDITOR ID: 312120-39<br>T EDWARD HUTCHINS<br>971 OLD MORGANTON RD<br>UNION  MILLS NC 28167 |
| CREDITOR ID: 312122-39<br>T FLEMING MATTOX<br>15 HALIDON DR<br>GREENVILLE SC 29605 | CREDITOR ID: 312123-39<br>T FRANK COMPTON<br>11682 HAVENNER RD<br>FAIRFAX  STATION VA 22039 | CREDITOR ID: 312124-39<br>T L WILLIAMS<br>104 CARRIAGE CT<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 312125-39<br>T L WILLIAMS & SYLVIA L W<br>BEACHAM & CURTIS W WILLIAMS &<br>HARRY L WILLIAMS JT TEN<br>4029 RIBAULT RIVER LANE<br>JACKSONVILLE FL 32208 | CREDITOR ID: 312126-39<br>T O KESLER IV LGN<br>4125 TERRI WOOD AVE<br>ORLANDO FL 32812 | CREDITOR ID: 312127-39<br>T PLEAS STRICKLAND<br>3845 KIMMER ROWE DR<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 312128-39<br>T SCOTT HOWELL<br>553 W HANCOCK AVE<br>ATHENS GA 30601 | CREDITOR ID: 312129-39<br>T SCOTT SMITH<br>128 MARITIME TRAIL<br>LEXINGTON SC 29072 | CREDITOR ID: 312130-39<br>T W NELSON<br>827 HIGHLAND AVE<br>WESTFIELD NJ 07090 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 312132-39
T WAYNE DAVIS CUST AUSTIN
ELIZABETH SAFFELL UNIF TRAN
MIN ACT FL
1910 SAN MARCO BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 312133-39
T WAYNE DAVIS CUST CAMERON
CHASE SAFFELL UNIF TRAN MIN
ACT FL
1910 SAN MARCO BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 312134-39
T WAYNE DAVIS CUST FOR
ELIZABETH CHANDLER LEVIN
UNDER THE FL UNIFORM
TRANSFERS TO MINORS ACT
1910 SAN MARCO BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 312135-39
T WAYNE DAVIS CUST FOR SARAH
KATHERINE LEVIN UNDER FL
UNIF TRANSFERS TO MINORS ACT
1910 SAN MARCO BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 312136-39
TAB L GARRISON & JENNIFER G
GARRISON JT TEN
3591 COUNTY RD 17
MOUNT  HOPE AL 35651

CREDITOR ID: 312137-39
TABATHA L GEORGE
4321 TREERIDGE LANE
PALM  BAY FL 32905

CREDITOR ID: 312138-39
TABATHA RENEE JOHNS
5769 PAYTON CH RD
VALDOSTA GA 31601

CREDITOR ID: 312139-39
TABETHA EASON
16649 NEELY HILL LOOP
ATHENS AL 35611

CREDITOR ID: 312140-39
TAKESHA L MCINTYRE
1950 NW 47 STREET
MIAMI FL 33142

CREDITOR ID: 312141-39
TALLIE P RUSHING
741 DETROIT ST
JACKSONVILLE FL 32254

CREDITOR ID: 312142-39
TALMADGE O FOXWORTH
9 VALGREEN LN NE
ROME GA 30161

CREDITOR ID: 312143-39
TALMAGE B BOOTH III TTEE
|NANCY B RITTER|RETIREMENT
TRUST U-A DTD 05-14-91
251 W CENTRAL AVE #160
SPRINGBORO OH 45066

CREDITOR ID: 312144-39
TALMAGE G TART & JAYME S
TART JT TEN
9803 ORANGE BLOSSOM RD
HOWEY FL 34737

CREDITOR ID: 312145-39
TAM NGUYEN
10100 S W 63 PL
MIAMI FL 33156

CREDITOR ID: 312146-39
TAMARA A MILLER
2359 TYRONE RD
MIDDLEBURG FL 32068

CREDITOR ID: 312147-39
TAMARA AMMERMAN & LOWELL
AMMERMAN JT TEN
758 TURNER RIDGE RD
FALMOUTH KY 41040

CREDITOR ID: 312148-39
TAMARA ANNETTE MCCOY
ATTN TAMARA MCCOY HOUK
798 MICOL AVE NE
VALDESE NC 28690

CREDITOR ID: 312149-39
TAMARA C COX
627 HUNTER OAK DR
KANNAPOLIS NC 28083

CREDITOR ID: 312150-39
TAMARA FRANCIS
189 MARTLING AVE
TARRYTOWN NY 10591

CREDITOR ID: 312151-39
TAMARA J ENGBERG
2316 STANDREWS CIRCLE
MELBOURNE FL 32901

CREDITOR ID: 312152-39
TAMARA J GAUTHREAUX
PO BOX 2965
BAY  ST  LOUIS MS 39521

CREDITOR ID: 312153-39
TAMARA L BINDER
7458 NW 34TH STREET
FORT  LAUDERDALE FL 33319

CREDITOR ID: 312154-39
TAMARA L GLOVER
1453 DARTMOUTH DR
HOLIDAY FL 34691

CREDITOR ID: 312155-39
TAMARA L POPKEY
972 DAWSON DR
DELTONA FL 32725

CREDITOR ID: 312156-39
TAMARA LYNN DUNNINGTON
P O BOX 243
POINT  HARBOR NC 27964

CREDITOR ID: 312157-39
TAMARA P COX
6054 HAROLD MEADOW RD
JULIAN NC 27283

CREDITOR ID: 312158-39
TAMARA SIDES TOMLIN
2980 SHERRILLS FORD RD
SALISBURY NC 28147

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312159-39<br>TAMATHA WALDRIDGE<br>92 POB 92<br>LA PLACE LA 70069 | CREDITOR ID: 312160-39<br>TAMELA E BONACE & ROBERT C<br>BONACE JT TEN<br>2122 INNER CASS CIR<br>SARASOTA FL 34231 | CREDITOR ID: 312161-39<br>TAMERA DAYLE BURGHART<br>314 FOURTH ST<br>ST AUGUSTINE FL 32095 |
| CREDITOR ID: 312162-39<br>TAMI ALYSE SMITH<br>2706 SUE ELLEN DR<br>KNOXVILLE TN 37921 | CREDITOR ID: 312163-39<br>TAMI JO HARDEN<br>2705 MULLIGAN DR<br>YANKTON SD 57078 | CREDITOR ID: 312164-39<br>TAMI KAY MORALES<br>8124 RISING MEADOW RD<br>CHARLOTTE NC 28277 |
| CREDITOR ID: 312165-39<br>TAMI L WHITTEN<br>6721 ARQUES RD<br>JACKSONVILLE FL 32205 | CREDITOR ID: 312166-39<br>TAMI N TOPHAM & MICHAEL D<br>TOPHAM JT TEN<br>10740 OLD GAINESVILLE RD<br>JACKSONVILLE FL 32221 | CREDITOR ID: 312167-39<br>TAMI S STEPHENS<br>1031 STRATFORD PL<br>MASON OH 45040 |
| CREDITOR ID: 312168-39<br>TAMMARA L SHELTON<br>4252 DEADWYLER DR<br>FAYETTEVILLE NC 28311 | CREDITOR ID: 312169-39<br>TAMMERA L PATTERSON<br>1113 SW 22ND TERRACE<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 312170-39<br>TAMMEY REVELS<br>RR 2 6365<br>MADISON FL 32340 |
| CREDITOR ID: 312171-39<br>TAMMI KEATING<br>113 HARRY ST<br>LA PLACE LA 70068 | CREDITOR ID: 312172-39<br>TAMMIE D BROWN<br>8304 BROKEN ARROW DR<br>KNOXVILLE TN 37923 | CREDITOR ID: 312173-39<br>TAMMIE FAYE CARTY & VESTER<br>CARTY JT TEN<br>HCR 87 BOX 1000<br>MEANS KY 40346 |
| CREDITOR ID: 312174-39<br>TAMMIE MORGAN<br>8875 TEAL CT<br>JONESBORO GA 30236 | CREDITOR ID: 312175-39<br>TAMMY A DICKSON<br>990 SABLON ST SE<br>PALM BAY FL 32909 | CREDITOR ID: 312176-39<br>TAMMY BARTLEY TEASLEY<br>5031 BRAGG RD<br>WOODRUFF SC 29388 |
| CREDITOR ID: 312177-39<br>TAMMY BATTLES<br>PO BOX 374<br>WILSON OK 73463 | CREDITOR ID: 312179-39<br>TAMMY BUTTS & RAYMOND C<br>BUTTS JT TEN<br>1218 TATER CREEK DR<br>LUVERNE AL 36049 | CREDITOR ID: 312180-39<br>TAMMY DENISE BLAZIER<br>ATTN TANNY ATKINS<br>4106 CARNATIO DR<br>MORRISTOWN TN 37814 |
| CREDITOR ID: 312181-39<br>TAMMY DENNEY CHEEK<br>1512 YORKMONT CIR<br>BIRMINGHAM AL 35226 | CREDITOR ID: 312182-39<br>TAMMY DIAN BLITCH<br>9156 NW 44TH COURT<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 312183-39<br>TAMMY DIANE LANGS<br>5816 LINCOLN MEADOWS PL<br>APT 508<br>FORT WORTH TX 76112 |
| CREDITOR ID: 312184-39<br>TAMMY E JOHNSON<br>4810 JOHNSON RD APT 219<br>WICHITA FALLS TX 76310 | CREDITOR ID: 312185-39<br>TAMMY E PSCHESANG<br>65 MOUND AVE<br>MILFORD OH 45150 | CREDITOR ID: 312186-39<br>TAMMY E SHONUGA<br>1210 S HOUSTON SCHOOL RD<br>LANCASTER TX 75146 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors,  Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                              CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 312188-39<br>TAMMY FARLOW<br>PO BOX 3422<br>HOMOSASSA  SPRINGS FL 34447 | CREDITOR ID: 312189-39<br>TAMMY FOSTER<br>435 MILLS AVE<br>EUSTIS FL 32726 | CREDITOR ID: 312190-39<br>TAMMY G LEE<br>75 CO RD 559<br>MOULTON AL 35650 |
| CREDITOR ID: 312191-39<br>TAMMY G LOVE<br>808 MAPLE ST<br>MANSFIELD MA 02048 | CREDITOR ID: 312192-39<br>TAMMY GIBSON<br>8607 MICHAEL RAY DR<br>LOUISVILLE KY 40219 | CREDITOR ID: 312193-39<br>TAMMY HENDERSON BALLARD &<br>MICHAEL WAYNE BALLARD JT TEN<br>4985 DEATSVILLE RD<br>COY  S  CREEK KY 40013 |
| CREDITOR ID: 312194-39<br>TAMMY HIGHTOWER<br>471 MCEWEN RD<br>MT  CITY TN 37683 | CREDITOR ID: 312195-39<br>TAMMY J CLEMONS<br>3832 LAKE PARK<br>DOUGLASVILLE GA 30135 | CREDITOR ID: 312196-39<br>TAMMY J CREWS<br>5746 CRESTVIEW RD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 312197-39<br>TAMMY J DONAHUE<br>6695 CAIRO RD<br>COCOA FL 32927 | CREDITOR ID: 312198-39<br>TAMMY J LAWRENCE CUST FOR<br>DANIELLE L LAWRENCE UNDER THE<br>IN UNIFORM TRANSFERS TO<br>MINORS ACT<br>6344 PORTAGE AVE<br>PORTAGE IN 46368 | CREDITOR ID: 312199-39<br>TAMMY J ORMOND<br>5354 MURPHY RD<br>PINK  HILL NC 28572 |
| CREDITOR ID: 312200-39<br>TAMMY JEAN KELLY<br>4214 LIME ST<br>METAIRIE LA 70006 | CREDITOR ID: 312201-39<br>TAMMY K COUNTS & BRYAN<br>COUNTS JT TEN<br>3427 WILLIAMS STREET<br>HOKES  BLUFF AL 35903 | CREDITOR ID: 312203-39<br>TAMMY L BATISTA<br>10405 GANNET AVENUE<br>BROOKSVILLE FL 34613 |
| CREDITOR ID: 312202-39<br>TAMMY L BATISTA<br>10405 GANNET AVE<br>BROOKSVILLE FL 34613 | CREDITOR ID: 312204-39<br>TAMMY L BERUBE<br>P O BOX 387<br>OLIVIA NC 28368 | CREDITOR ID: 312205-39<br>TAMMY L BRUCE<br>P O BOX 1198<br>YULEE FL 32041 |
| CREDITOR ID: 312206-39<br>TAMMY L CARMEN<br>317 KING AVE<br>KEY  LARGO FL 33037 | CREDITOR ID: 312207-39<br>TAMMY L COATNEY<br>ATTN TAMMY C FARRENS<br>62 E LAKE DR<br>HAINES  CITY FL 33844 | CREDITOR ID: 312208-39<br>TAMMY L EASTIN<br>3914 GLENN AVE<br>COVINGTON KY 41015 |
| CREDITOR ID: 312209-39<br>TAMMY L JOHNSON<br>3151 N BEAR WALLOW RD<br>HENDERSONVILLE NC 28792 | CREDITOR ID: 312210-39<br>TAMMY L KELLY<br>12941 KEDRICK LN<br>JACKSONVILLE FL 32220 | CREDITOR ID: 312211-39<br>TAMMY L MEDINA & JOSEPH P<br>MEDINA JT TEN<br>7801 POINT MEADOWS DR #1308<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 312212-39<br>TAMMY L PATTERSON<br>8533 WILLOW CREEK RD NW<br>ROANOKE VA 24019 | CREDITOR ID: 312213-39<br>TAMMY L PHILLIPS<br>2515 ALTON RD<br>ROCK  HILL SC 29730 | CREDITOR ID: 312214-39<br>TAMMY L PRYOR<br>1590 CHESTNUT GAP RD<br>HENDERSONVILLE NC 28792 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                              **CASE:  05-03817-3F1**

CREDITOR ID: 312215-39
TAMMY L RAY
77 COUNTRY RD 1161
CULLMAN AL 35057

CREDITOR ID: 312216-39
TAMMY L TOUCHET
ATTN TAMMY L TOUCHET MCGINN
5009 CLAUDE VIATOR ROAD
NEW  IBERIA LA 70560

CREDITOR ID: 312217-39
TAMMY LEE HENDRICKS
2233 SEMINOLE RD APT 40
ATLANTIC  BCH FL 32233

CREDITOR ID: 312218-39
TAMMY LYNN DEBRITO
1835 S GARNCH ST
HENDERSON NC 27536

CREDITOR ID: 312219-39
TAMMY LYNN HERNDON
5031 DOUGLAS THALMAN STREET
BRUNSWICK GA 31523

CREDITOR ID: 312220-39
TAMMY LYNN POLCYN
8150 FIELD HARVEST COURT
JACKSONVILLE FL 32244

CREDITOR ID: 312221-39
TAMMY M BENTLEY
724 ST MAURICE AVE
NEW  ORLEANS LA 70117

CREDITOR ID: 312222-39
TAMMY M FARSTER & JAMES L
FARSTER
P O BOX 526
SAN  MATEO FL 32187

CREDITOR ID: 312223-39
TAMMY M GODWIN
4501 SUGARLOAF PL
FAYETTEVILLE NC 28311

CREDITOR ID: 312224-39
TAMMY M HAMILTON
51 WALNUT GRV
WETUMPKA AL 36092

CREDITOR ID: 312225-39
TAMMY M HOPKINS
3742 ST MARYS RD
COLUMBUS GA 31906

CREDITOR ID: 312226-39
TAMMY M POULIN
8908 BIRCH PARK CIRCLE
EAGLE  RIVER AK 99577

CREDITOR ID: 312227-39
TAMMY M REYNOSO
13250 SW 264TH ST
HOMESTEAD FL 33032

CREDITOR ID: 312228-39
TAMMY MELTON
1930 DARBYTOWN RD
RICHMOND VA 23231

CREDITOR ID: 312229-39
TAMMY MICHELE HENDERSON
RR 1 BOX 20-A
MILAN GA 31060

CREDITOR ID: 312230-39
TAMMY P DEVINEY
116 WISTERIA ST
MANSFIELD TX 76063

CREDITOR ID: 312231-39
TAMMY P OWENS
202 PATRICK AVE
EASLEY SC 29642

CREDITOR ID: 312232-39
TAMMY PAULINE CLARK COLLINS
50 LEE RD 442
PHENIX  CITY AL 36870

CREDITOR ID: 312233-39
TAMMY R MARTIN
1612 REYNOLDS RD
DELEON  SPRINGS FL 32028

CREDITOR ID: 312234-39
TAMMY R MOORE & JEFFERY L
MOORE JT TEN
170 CLEO GRIFFIN HOMES
CLAXTON GA 30417

CREDITOR ID: 312235-39
TAMMY R WILLIAMS
6665 JAY CROSS RD
FREMONT NC 27830

CREDITOR ID: 312236-39
TAMMY RENA COSSON
592 PLEASANT RIDGE RD
DEFUNIAK  SPRINGS FL 32433

CREDITOR ID: 312237-39
TAMMY ROSENBERGER
2215 CHARING WA 2215
CINCINNATI OH 45246

CREDITOR ID: 312238-39
TAMMY RUTH CRABTREE
506 THOMAS ST
FLORENCE AL 35633

CREDITOR ID: 312239-39
TAMMY S ROBITAILLE
3100 NORTH SEDGWICK
AVON  PARK FL 33825

CREDITOR ID: 312240-39
TAMMY SUE JEWELL
18134 GARVIN AVE
PORT  CHARLOTTE FL 33948

CREDITOR ID: 312241-39
TAMMY W WELLS
3216 COOL WATER DR
LEXINGTON KY 40515

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

CREDITOR ID: 312242-39
TAMMY WELLS
510 FARMER BROWN RD
LAKELAND FL 33801

CREDITOR ID: 312243-39
TAMMY WILLIAMS WOODING
2051 WOODING RD
SUTHERLIN VA 24594

CREDITOR ID: 312244-39
TAMMY Y POOLE
123 LESLEY RD
PELZER SC 29669

CREDITOR ID: 312245-39
TANA SUE ORANGE
1549 SW SKUTTLE COVE
SNELLVILLE GA 30278

CREDITOR ID: 312246-39
TANDY MARTIN WOODS IV
218 MEADOW RD
LAURENS SC 29360

CREDITOR ID: 312247-39
TANDY R PERRY JR
647 WHITE HORSE ROAD EX
TRAVELERS  REST SC 29690

CREDITOR ID: 312248-39
TANGELA R LASH
13007 BENTWATER DR
JACKSONVILLE FL 32246

CREDITOR ID: 312249-39
TANGELA R RAVN
1715 HODGES BLVD APT 403
JACKSONVILLE FL 32099

CREDITOR ID: 312250-39
TANGELA WILLIAMS
2052 UPTON AV
SARASOTA FL 34232

CREDITOR ID: 312251-39
TANIA JENKINS
4311 GREENRIDGE
WICHITA  FALLS TX 76305

CREDITOR ID: 312252-39
TANYA A MALCOLM
9149 SE MYSTIC COVE T
HOBE  SOUND FL 33455

CREDITOR ID: 312253-39
TANYA BAKER & RANDY BAKER
JT TEN
2113 GLENSIDE AVE
NORWOOD OH 45212

CREDITOR ID: 312254-39
TANYA FORD & MARK FORD
JT TEN
11080 LAKECREST DR
SANGER TX 76266

CREDITOR ID: 312255-39
TANYA J STANLEY
551 CAMELOT DR
WAYNESVILLE NC 28786

CREDITOR ID: 312256-39
TANYA L CORLEY
APT 1237
1675 ROSWELL ROAD
MARIETTA GA 30062

CREDITOR ID: 312257-39
TANYA L DAVIS & MICHAEL L
DAVIS JT TEN
7807 24TH AVE S
TAMPA FL 33619

CREDITOR ID: 312258-39
TANYA M HENNING
LOT 243
4701 LYONS RD
CORAL  SPRINGS FL 33073

CREDITOR ID: 312259-39
TANYA R SAILERS
11809 LANIER CREEK DRIVE
JACKSONVILLE FL 32258

CREDITOR ID: 312260-39
TAPAS SAHA
9801 SW 53RD TER
MIAMI FL 33165

CREDITOR ID: 312261-39
TARA A PRICE
1056 PINECREST LANE
MELBOURNE FL 32935

CREDITOR ID: 312262-39
TARA C RHOADES
590 COLLINS ROAD
CHINA  GROVE NC 28023

CREDITOR ID: 312263-39
TARA C SWANCEY
108 KASEY LANE
NINETY  SIX SC 29666

CREDITOR ID: 312264-39
TARA DAWN FELL
410 MONROE AVE APT L102
CAPE  CANAVERAL FL 32920

CREDITOR ID: 312265-39
TARA DIANE BOBO
8404 SOUTH EVERETT WAY
# E
LITTLETON CO 80128

CREDITOR ID: 312266-39
TARA GABRIEL
260 HARGROVE LAKE RD
CRAWFORD GA 30630

CREDITOR ID: 312267-39
TARA L SMITH
105 HOLDEN LN
YORKTOWN VA 23692

CREDITOR ID: 312268-39
TARA M GONZALES
1674 RIDGEWOOD AVE
HOLLY  HILL FL 32117

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312269-39<br>TARA MAUCK<br>8221 TODD PL<br>PLANT CITY FL 33565 | CREDITOR ID: 312270-39<br>TARA MURRAY TOSH<br>1400 WEXFORD DRIVE S<br>PALM HARBOR FL 34683 | CREDITOR ID: 312271-39<br>TARA PADGETT<br>2016 KOLOKO CT H<br>WAHIAWA HI 96786 |
| CREDITOR ID: 312272-39<br>TARA SHANAI PRESSLEY<br>716 NW 4TH ST<br>HALLANDALE BEACH FL 33009 | CREDITOR ID: 312273-39<br>TARACHAN SINGH<br>1371 NE 175TH ST<br>N MIAMI BEACH FL 33162 | CREDITOR ID: 312274-39<br>TARANCE L SCOTT<br>600 9CT SE<br>HIALEAH FL 33010 |
| CREDITOR ID: 312275-39<br>TARMECA BARNES<br>P O BOX 15370<br>NEW ORLEANS LA 70175 | CREDITOR ID: 312276-39<br>TASHA D M KOLLOR<br>5000 CHEYENNE TRAIL<br>STAGECOACH NV 89429 | CREDITOR ID: 312277-39<br>TAYLOR ADAMS & PHYLLIS J<br>ADAMS JT TEN<br>604 BIG CREEK RD<br>WEATHERFORD TX 76087 |
| CREDITOR ID: 312278-39<br>TAYLOR MARION<br>3562 QUAKER CHURCH RD<br>PINNACLE NC 27043 | CREDITOR ID: 312279-39<br>TECHLER SAINTEUS<br>15501 NE 6TH AV 210<br>MIAMI FL 33162 | CREDITOR ID: 312280-39<br>TED A BAEDER JR<br>167 ALEX LN<br>HAZEL GREEN AL 35750 |
| CREDITOR ID: 312281-39<br>TED A BISHOP & SUSAN BISHOP<br>JT TEN<br>5230 DAMASCUS RD N<br>JACKSONVILLE FL 32207 | CREDITOR ID: 312282-39<br>TED ANDREW ADAMS<br>2124 COLBER GROVE CHURCH RD<br>COLBERT GA 30628 | CREDITOR ID: 312283-39<br>TED BERGGREN<br>49 CHATEAU TRIANON DR<br>KENNER LA 70065 |
| CREDITOR ID: 312284-39<br>TED E RAGSDALE<br>P O BOX 7<br>BLAIR SC 29015 | CREDITOR ID: 312285-39<br>TED EUGENE GREENE<br>2927 SANDY BRANCH LANE<br>JACKSONVILLE FL 32257 | CREDITOR ID: 312286-39<br>TED G AUGSPURGER<br>9525 BLIND PASS RD APT 807<br>ST PETE BEACH FL 33706 |
| CREDITOR ID: 312287-39<br>TED G AUGSPURGER & LORETTA<br>AUGSPURGER JT TEN<br>9525 BLIND PASS RD APT 807<br>ST PETE BEACH FL 33706 | CREDITOR ID: 312288-39<br>TED G MODLIN<br>3276 ASHE AV<br>DUNN NC 28334 | CREDITOR ID: 312289-39<br>TED L TINSLEY<br>111 TOLLISON RD<br>PELZER SC 29669 |
| CREDITOR ID: 312290-39<br>TED M JAMES CUST FOR<br>FREDERICK A JAMES<br>P O BOX 340<br>BUXTON NC 27920 | CREDITOR ID: 312291-39<br>TED M JAMES CUST FOR SARA C<br>JAMES U/FL/G/T/M/A<br>PO BOX 340<br>BUXTON NC 27920 | CREDITOR ID: 312292-39<br>TED M JAMES CUST FREDERICK A<br>JAMES UNIF TRAN MIN ACT FL<br>PO BOX 340<br>BUXTON NC 27920 |
| CREDITOR ID: 312293-39<br>TED MARSH<br>7366 HEATHLEY DR<br>LAKE WORTH FL 33467 | CREDITOR ID: 312294-39<br>TED MOORE<br>3951 COUNTRYSIDE LANE<br>CLAREMONT NC 28610 | CREDITOR ID: 312295-39<br>TED MOORE & CAROL L MOORE<br>JT TEN<br>3951 COUNTRYSIDE LANE<br>CLAREMONT NC 28610 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312296-39<br>TED V WAGONER<br>262 RUBY LANE<br>LEXINGTON NC 27292 | CREDITOR ID: 312297-39<br>TED W HARVEY<br>20260 SALLIE DR<br>PLAQUEMINE LA 70764 | CREDITOR ID: 279765-39<br>TEDDER, ALBERT LEE SR &<br>LORETTA JT TEN<br>211 MCCOLL ST<br>BENNETTSVILLE SC 29512 |
| CREDITOR ID: 312298-39<br>TEDDY A JOHNSON<br>RR 1 BOX 427-C<br>IRVINGTON KY 40146 | CREDITOR ID: 312299-39<br>TEDDY ADAMS<br>853 COUNTY RD 420<br>OPP AL 36467 | CREDITOR ID: 312300-39<br>TEDDY DWAYNE TARBET<br>2500 SEMINOLE DRIVE<br>BIG SPRING TX 79720 |
| CREDITOR ID: 312302-39<br>TEDDY HAGWOOD<br>2695 OCONNE CIR<br>GAINESVILLE GA 30501 | CREDITOR ID: 312304-39<br>TEDDY R BATEH & JACQUELINE M<br>BATEH JT TEN<br>1107 MONTEGO RD W<br>JACKSONVILLE FL 32216 | CREDITOR ID: 280690-39<br>TEJERA, ANNA M & PEDRO J, JT TEN<br>PO BOX 1745<br>EUSTIS FL 32727 |
| CREDITOR ID: 312305-39<br>TELLIE W BATES<br>523 COLONIAL DR<br>ATHENS TX 75751 | CREDITOR ID: 312306-39<br>TEMPER ENROLLMENT SERVICE<br>555 THEODORE FREMD AVE<br>SUITE B103<br>RYE NY 10580 | CREDITOR ID: 312307-39<br>TEMPLE BETH ELOHIM<br>10 BETHEL RD<br>WELLESLEY MA 02481 |
| CREDITOR ID: 312308-39<br>TENA C RAINES<br>404 LONG POND RD<br>LAKE PARK GA 31636 | CREDITOR ID: 312309-39<br>TEODORA DASILVA & LUIS<br>DASILVA JT TEN<br>612 MEDIRON DR<br>KISSIMMEE FL 34759 | CREDITOR ID: 312310-39<br>TEODORO AYALA<br>151 SE 8TH ST APT 108<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 312311-39<br>TEODORO MEZA<br>P O BOX 1785<br>RUSKIN FL 33570 | CREDITOR ID: 312312-39<br>TEQUILA D GASPER<br>4618 LONGFELLOW DR<br>NEW ORLEANS LA 70127 | CREDITOR ID: 312313-39<br>TERALYN COFFEE & KENNETH R<br>COFFEE JT TEN<br>312 COUNTRY RD<br>WICHITA FALLS TX 76310 |
| CREDITOR ID: 312314-39<br>TERENA L ORTENZIO<br>5927 MYRTLE HILL DR W<br>LAKELAND FL 33811 | CREDITOR ID: 312315-39<br>TERENCE C BOWERS<br>PO BOX 353<br>WALTERBORO SC 29488 | CREDITOR ID: 312316-39<br>TERENCE R BRADLEY & CINDY K<br>BRADLEY JT TEN<br>4141 LEAFY GLADE PL<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 312317-39<br>TERENCE W LONG & JANE E LONG<br>JT TEN<br>4108 CHANCELLOR DR<br>THOMPSONS STATION TN 37179 | CREDITOR ID: 312318-39<br>TERES A FADDIS & JERRY<br>FADDIS JT TEN<br>832 SPRING ST<br>WILLIAMSBURG OH 45176 | CREDITOR ID: 312319-39<br>TERESA A DANIELS<br>3942 WINDY GALE DR N<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 312320-39<br>TERESA A DUNCAN<br>3980 SE 100TH ST<br>BELLEVIEW FL 34420 | CREDITOR ID: 312321-39<br>TERESA A GASLIN CUST SAMUEL<br>THOMAS GASLIN UNIF TRANS MIN<br>ACT FL<br>937 GOLDRIDGE CT<br>ORANGE PARK FL 32065 | CREDITOR ID: 312322-39<br>TERESA A GEIS CUST ROBERT<br>NEIL GEIS II UNIF TRANS MIN<br>ACT FL<br>1021 F AVE<br>VIRGINIA BEACH VA 23454 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312323-39<br>TERESA A GUNNELLS<br>5441 ELM ST<br>MILLBROOK AL 36054 | CREDITOR ID: 312324-39<br>TERESA A HAYSLETT<br>955 CHISWICK CI<br>NEWPORT NEWS VA 23608 | CREDITOR ID: 312325-39<br>TERESA A HORNE<br>PO BOX 123<br>MARSHVILLE NC 28103 |
| CREDITOR ID: 312326-39<br>TERESA A KHOURY<br>95 WEST GROUSE LN<br>SWANSVILLE ME 04915 | CREDITOR ID: 312327-39<br>TERESA A LAVENDER<br>614 GOYNE DR<br>JEFFERSONVILLE IN 47130 | CREDITOR ID: 312328-39<br>TERESA A LUCEY & PATRICIA A<br>LUCEY JT TEN<br>232 S LA GRANGE RD<br>LA GRANGE IL 60525 |
| CREDITOR ID: 312329-39<br>TERESA A MOULTRIE<br>166 S COUNTY ROAD 21<br>HAWTHORNE FL 32640 | CREDITOR ID: 312330-39<br>TERESA A OBRIEN<br>11611 SW 83 TERRACE<br>MIAMI FL 33173 | CREDITOR ID: 312332-39<br>TERESA A STOWBRIDGE<br>P.O. BOX 1290<br>CLARKSTON GA 30021 |
| CREDITOR ID: 312333-39<br>TERESA A ULLUM & ROBERT L<br>ULLUM JR JT TEN<br>452 EASTVIEW DRIVE<br>LEBANON OH 45036 | CREDITOR ID: 312334-39<br>TERESA A WASHINGTON<br>410 MATTOON ST B<br>CHARLOTTE NC 28216 | CREDITOR ID: 312335-39<br>TERESA ANN BROWN<br>4811 E HWY 316<br>CITRA FL 32113 |
| CREDITOR ID: 312336-39<br>TERESA B HALL<br>202 PLEASANT GROVE CH RD SE<br>BAXLEY GA 31513 | CREDITOR ID: 312337-39<br>TERESA B LENORMAND<br>3020 38TH STREET<br>METAIRIE LA 70001 | CREDITOR ID: 312338-39<br>TERESA BELL<br>12 SUMMIT COMMONS CT<br>NORTH AUGUSTA SC 29841 |
| CREDITOR ID: 312339-39<br>TERESA C OSHIELDS & DAVID M<br>OSHIELDS JT TEN<br>106 CALVIN CIR<br>SELMA AL 36703 | CREDITOR ID: 312340-39<br>TERESA C WHEELER<br>6347 JOHNNIE CIRCLE W<br>JACKSONVILLE FL 32244 | CREDITOR ID: 312341-39<br>TERESA CAROL JONES<br>1492 BENNETT RD<br>GRAYSON GA 30017 |
| CREDITOR ID: 312342-39<br>TERESA COLLINS<br>C/O TERESA BENNETT<br>311 WISENBAKER LN<br>VALDOSTA GA 31601 | CREDITOR ID: 312343-39<br>TERESA CURTIS<br>5301 MONROE ST<br>HOLLYWOOD FL 33021 | CREDITOR ID: 312344-39<br>TERESA D BRUNSON<br>791 LANG JENNINGS DR<br>SUMTER SC 29150 |
| CREDITOR ID: 312345-39<br>TERESA D EASON<br>PO BOX 404<br>WILSONS MILLS NC 27593 | CREDITOR ID: 312346-39<br>TERESA D EASON & CLIFTON E<br>EASON JT TEN<br>PO BOX 404<br>WILSONS MILLS NC 27593 | CREDITOR ID: 312347-39<br>TERESA D MACK<br>P O BOX 986<br>NEBO NC 28761 |
| CREDITOR ID: 312348-39<br>TERESA D SEAY<br>456 COLONIAL DR<br>COLLINSVILLE VA 24078 | CREDITOR ID: 312349-39<br>TERESA DIANE LYLE<br>5646 SPRINGFIELD URBANA PI<br>URBANA OH 43078 | CREDITOR ID: 312350-39<br>TERESA DUCKWORTH<br>2228 WHISPER WIND CIR<br>MELBOURNE FL 32935 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

CREDITOR ID: 312351-39
TERESA E COLLINS
P O BOX 2017
CALLAHAN FL 32011

CREDITOR ID: 312354-39
TERESA E COLLINS CUST FOR
RANDALL BLAKE GREEN UNDER
THE FL GIFTE TO MIN ACT
P O BOX 2017
CALLAHAN FL 32011

CREDITOR ID: 312353-39
TERESA E COLLINS CUST FOR
MATTHEW KYLE GREEN UNDER THE
FL GIFTS TO MINOR ACT
P O BOX 2017
CALLAHAN FL 32011

CREDITOR ID: 312352-39
TERESA E COLLINS CUST FOR
BRANDON MICHAEL GREEN UNDER
THE FL GIFTS TO MINOR ACT
P O BOX 2017
CALLAHAN FL 32011

CREDITOR ID: 312355-39
TERESA E COLLINS CUST TYLER
JACOB GREEN UNIF TRANS MIN
ACT FL
P O BOX 2017
CALLAHAN FL 32011

CREDITOR ID: 312356-39
TERESA E CURTIS & ROSE M
CURTIS JT TEN
5301 MONROE ST
HOLLYWOOD FL 33021

CREDITOR ID: 312357-39
TERESA F HULSE
1925 WOODBINE ST
KINGSPORT TN 37660

CREDITOR ID: 312359-39
TERESA F SNELLEN & JAMES T
SNELLEN JT TEN
400 BOTLAND LP
BARDSTOWN KY 40004

CREDITOR ID: 312360-39
TERESA FAYE STAMPER
2278 BEECHWOOD DRIVE
FAIRFIELD OH 45014

CREDITOR ID: 312361-39
TERESA FONSECA
9777 NW 127 TERRACE
HIALEAH  GARDEN FL 33016

CREDITOR ID: 312362-39
TERESA FORTENBERRY
1163 HELENA AVE NW
MELBOURNE FL 32907

CREDITOR ID: 312363-39
TERESA G SNEAD
5802 SW 113TH PL
WEBSTER FL 33597

CREDITOR ID: 312364-39
TERESA GROGAN LANGLEY
C/O TERESA L. SHAW
396 HARRIS BEAMER RD
CALHOUN GA 30701

CREDITOR ID: 312365-39
TERESA HUFFSTETLER
2238 NC 16 HWY SOUTH
NEWTON NC 28658

CREDITOR ID: 312366-39
TERESA IDA CARDASCIA
4651 W EAU GALLIE BLVD LOT #41
MELBOURNE FL 32934

CREDITOR ID: 312367-39
TERESA J GENTRY & F ALLAN
GENTRY JT TEN
2232 ALDERNEY CT
MIDDLEBURG FL 32068

CREDITOR ID: 312368-39
TERESA J WRIGHT
9535 INDALE DR
NEW  PORT  RICHEY FL 34654

CREDITOR ID: 312369-39
TERESA JAMES
4008 ARDSLEY CT
GREENSBORO NC 27407

CREDITOR ID: 312370-39
TERESA JEANETTE SLUITER
ATTN THERESA J POWERS
7156 TEABERRY ST
ENGLEWOOD FL 34224

CREDITOR ID: 312371-39
TERESA K BAYLESS & WILLIAM H
BAYLESS JT TEN
4328 BEECHMONT DR
CINCINNATI OH 45244

CREDITOR ID: 312372-39
TERESA K VICKERS & BARBARA W
VICKERS JT TEN
4601 MTN VIEW RD
OAKWOOD GA 30566

CREDITOR ID: 312373-39
TERESA KOPPLE
CO TERESA KOPPLE MIDDLETON
22511 BROKEN MANOR
KATY TX 77449

CREDITOR ID: 312374-39
TERESA L BOIVIN
101 SE 8 TH ST
POMPANO  BEACH FL 33060

CREDITOR ID: 312375-39
TERESA L BROWN
316 E NAOMI ST
RANDLEMAN NC 27317

CREDITOR ID: 312376-39
TERESA L COMPTON
742 PONTIUS RD
CINCINNATI OH 45233

CREDITOR ID: 312377-39
TERESA L GAUSE
4782 CEDAR LAKE DR
CONYERS GA 30208

CREDITOR ID: 312378-39
TERESA L HARRISON
5149 BEATLINE RD
LONG  BEACH MS 39560

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 312379-39
TERESA L JOLLY
6621 POWDER HORN CT
EIGHTMILE AL 36613

CREDITOR ID: 312380-39
TERESA L KENDRIX
ATTN TERESA L CRANE
516 SMALLWOOD HILL DR
COMMERCE GA 30530

CREDITOR ID: 312381-39
TERESA L REESE
213 N WILLOW ST
MANSFIELD TX 76063

CREDITOR ID: 312382-39
TERESA L SPAIN
1244 LAWNDALE RD
GRAHAM NC 27253

CREDITOR ID: 312383-39
TERESA L THERIOT
262 ANNEX ST
RESERVE LA 70084

CREDITOR ID: 312384-39
TERESA L WRIGHT & WILLIAM D
WRIGHT JT TEN
1414 FRUITCOVE FOREST RD N
JACKSONVILLE FL 32259

CREDITOR ID: 312385-39
TERESA M CISNEY
500 OCOEE HILLS RD
OCOEE FL 34761

CREDITOR ID: 312386-39
TERESA MARGARET WRIGHT EX
U-W LILLIAN P WRIGHT
2906 LOYOLA LANE
AUSTIN TX 78723

CREDITOR ID: 312387-39
TERESA MAXWELL
1107 RICHARDSON ST
ELIZABETHTOWN NC 28337

CREDITOR ID: 312388-39
TERESA N JENNINGS & DAN
JENNINGS JT TEN
528 JULIA AVE
BELMONT NC 28012

CREDITOR ID: 312389-39
TERESA P HICKS
1919 BEECHWOOD CIR
GASTONIA NC 28054

CREDITOR ID: 312390-39
TERESA PAGE BROWN
3211 US 158 EAST
REIDSVILLE NC 27320

CREDITOR ID: 312391-39
TERESA PARKER
1920 SE REDWING CIR
PORT SAINT LUCIE FL 34952

CREDITOR ID: 312392-39
TERESA R WILSON
3414 SPRING VALLEY RD
FLORENCE SC 29501

CREDITOR ID: 312394-39
TERESA SMITH
7117 TIMBER CREEK TR
GRAHAM NC 27253

CREDITOR ID: 312396-39
TERESA THOMAS
2812 W 8TH ST
JACKSONVILLE FL 32254

CREDITOR ID: 312397-39
TERESA WEAVER CREECH
304 WESTFIELD DR
DUNN NC 28334

CREDITOR ID: 312398-39
TERESITA BERNARD KEITH NOACK
LAKE POCOTOPAUG 180
P O BOX 180
EAST HAMPTON CT 06424

CREDITOR ID: 312399-39
TERESITA M HORN
4988 PATRICIA ST
COCOA FL 32927

CREDITOR ID: 312400-39
TERESSA D CARLINI
PO BOX 1868
LAKE PLACID FL 33862

CREDITOR ID: 312401-39
TERI DALE SIMMONS
ATT TERI S HARRIS
4187 STEPNEY DRIVE
GAINESVILLE VA 20155

CREDITOR ID: 312402-39
TERI L GRAHAM
1007 S LAKESIDE DR
LAKE WORTH FL 33460

CREDITOR ID: 312403-39
TERI L HICKS
PO BOX 1816
APOPKA FL 32704

CREDITOR ID: 312404-39
TERI L POULNOT & GLENDA L
POULNOT JT TEN
1711 E FRIERSON AV
TAMPA FL 33610

CREDITOR ID: 312405-39
TERI M GARRETT
4660 ROBERT STREET
COCOA FL 32927

CREDITOR ID: 312406-39
TERINA A ROBERSON
1311 CR 124
FLORENCE AL 35633

CREDITOR ID: 312407-39
TERRA R FERGUSON
6444 EMERALD DRIVE
WACO TX 76708

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312408-39<br>TERRANCE WALKER CUST TAMARA<br>GAY WALKER U/G/M/A/TX<br>65 BEECHMONT STREET<br>WORCESTER MA 01609 | CREDITOR ID: 312409-39<br>TERRELL A SUBLETT<br>1512 JASPER AVE NW<br>PALM  BAY FL 32907 | CREDITOR ID: 312410-39<br>TERRELL D SCARBOROUGH<br>4170 TANNER RD<br>HAINES  CITY FL 33844 |
| CREDITOR ID: 312411-39<br>TERRELL L SHANNON & ANN D<br>SHANNON JT TEN<br>775 CAMP FRANCIS JOHNSON ROAD<br>ORANGE  PARK FL 32065 | CREDITOR ID: 312412-39<br>TERRELL TOURELLE<br>413 ANNA ST<br>DESTIN FL 32541 | CREDITOR ID: 312413-39<br>TERRELL W OFALLON<br>267 MOHAWK CIR<br>SEYMOUR TN 37865 |
| CREDITOR ID: 312414-39<br>TERRELL WAYNE VADEN<br>P O BOX 12074<br>NEW  BERN NC 28561 | CREDITOR ID: 312415-39<br>TERRENCE B LANIER<br>4131 WATERVIEW RD<br>HIGH  POINT NC 27265 | CREDITOR ID: 312416-39<br>TERRENCE B LANIER SR<br>2598 SWEETBRIAR RD<br>SOPHIA NC 27350 |
| CREDITOR ID: 312417-39<br>TERRENCE J GRATIA<br>16090 E PARADISE PARK LANE<br>INDEPENDENCE LA 70443 | CREDITOR ID: 312418-39<br>TERRENCE J REES<br>5005 WHITEWOOD CT<br>CINCINNATI OH 45244 | CREDITOR ID: 312420-39<br>TERRENCE L WATSON<br>709 GALLOWAY DR<br>FAYETTEVILLE NC 28303 |
| CREDITOR ID: 312421-39<br>TERRENCE M DOZIER<br>PO BOX 11162<br>RIVIERA  BEACH FL 33419 | CREDITOR ID: 312422-39<br>TERRENCE P CRAWFORD JR<br>2200 SANDALWOOD DR<br>FERN  PARK FL 32730 | CREDITOR ID: 312423-39<br>TERRI A BEESON<br>7002 ZIEGLERS GROVE<br>RICHMOND TX 77469 |
| CREDITOR ID: 312424-39<br>TERRI A PAWLAK<br>1225 MANNING ROAD<br>FT  WORTH TX 76126 | CREDITOR ID: 312425-39<br>TERRI ANN PATTON<br>826 HENRY ST<br>WAUNAKEE WI 53597 | CREDITOR ID: 312426-39<br>TERRI BRADFORD KURETSKI<br>18685 BREEZEWOOD CT<br>JUPITER FL 33458 |
| CREDITOR ID: 312427-39<br>TERRI J HOEHN<br>13929 CITRUS GROVE BLVD<br>WEST  PALM  BEACH FL 33412 | CREDITOR ID: 312428-39<br>TERRI J PETERS & EARLY W<br>PETERS SR JT TEN<br>2614 223RD ST E<br>BRADENTON FL 34202 | CREDITOR ID: 312429-39<br>TERRI JO LEASHER<br>2905 CALCIUM RD<br>FAYETTEVILLE NC 28301 |
| CREDITOR ID: 312430-39<br>TERRI KROBOTH & JOHN KROBOTH<br>JT TEN<br>225 RIGGS AVE<br>MELBOURNE  BEACH FL 32951 | CREDITOR ID: 312431-39<br>TERRI L DAVIS<br>271 BREWSTER DR<br>FAYETTEVILLE NC 28303 | CREDITOR ID: 312432-39<br>TERRI L LIVENGOOD<br>315 N COURT ST<br>ULYSSES KS 67880 |
| CREDITOR ID: 312433-39<br>TERRI L MATTOX<br>308 CELERY AVE S<br>JACKSONVILLE FL 32220 | CREDITOR ID: 312434-39<br>TERRI L SMILEY<br>ATTN TERRI DAWSEY<br>617 MCKINLEY WY<br>CONWAY SC 29526 | CREDITOR ID: 312435-39<br>TERRI L YOST<br>978 SANDCREST DRIVE<br>PORT  ORANGE FL 32127 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312436-39<br>TERRI LEWIS<br>11571 SUNKEN MEADOW CT<br>JACKSONVILLE FL 32218 | CREDITOR ID: 312437-39<br>TERRI LYNN HOPE PHILLIPS<br>103 BLOCK HOUSE RD<br>GREENVILLE SC 29615 | CREDITOR ID: 312438-39<br>TERRI LYNN RICHEY CUST EMILY<br>GRACE RICHEY UNDER THE TX<br>UNIF TRANSFERS TO MINORS ACT<br>2928 WHISPERING CREEK LN<br>BURLESON TX 76028 |
| CREDITOR ID: 312439-39<br>TERRI LYNN RICHEY CUST FOR<br>LEANNA WILDER RICHEY UNDER<br>THE TX UNIFORM TRANSFERS TO<br>MINORS ACT<br>2928 WHISPERING CREEK LN<br>BURLESON TX 76028 | CREDITOR ID: 312440-39<br>TERRI PHILLIPS<br>2449 SUMMERLIN DRIVE<br>CLEARWATER FL 34624 | CREDITOR ID: 312441-39<br>TERRI S HILL & RANDI L HILL<br>JT TEN<br>2589 CATAWBA RIDGE CT<br>ORANGE  PARK FL 32065 |
| CREDITOR ID: 312442-39<br>TERRI S JOHNSON & DARRELL S<br>JOHNSON JT TEN<br>7369 S AMANDAS CROSSING<br>JACKSONVILLE FL 32244 | CREDITOR ID: 312443-39<br>TERRI S WAINWRIGHT<br>PO BOX 181<br>COOSADA AL 36020 | CREDITOR ID: 312444-39<br>TERRI WALTON<br>112 EASY ST<br>HAZEL  GREEN AL 35750 |
| CREDITOR ID: 312445-39<br>TERRIAL P PARKER<br>RR 1 BOX 44A<br>BREVARD NC 28712 | CREDITOR ID: 312446-39<br>TERRICIA MEAD<br>RT 10 BOX 207 U<br>WACO TX 76708 | CREDITOR ID: 312447-39<br>TERRIE L BENEVEDS<br>5311 SHERRI DR<br>GAINESVILLE GA 30504 |
| CREDITOR ID: 312448-39<br>TERRIE L FOLSOM<br>3255 NE 72ND PL<br>OCALA FL 32670 | CREDITOR ID: 312449-39<br>TERRIE M LEMOND & RODNEY A<br>LEMOND JT TEN<br>32422 WEKIVA PINES BLVD<br>SORRENTO FL 32776 | CREDITOR ID: 312450-39<br>TERRIE M RICE<br>6 S BEAR CREEK RD<br>ASHEVILLE NC 28806 |
| CREDITOR ID: 312451-39<br>TERRILYN DURANT<br>104 RIDGE WAY LN<br>CLAYTON NC 27520 | CREDITOR ID: 312452-39<br>TERRIS RICHARDSON<br>733 SW 2ND ST<br>DANIA FL 33004 | CREDITOR ID: 312453-39<br>TERRIS T HADLEY<br>18155 OLD BRADY RD<br>BAY  MINETTE AL 36507 |
| CREDITOR ID: 312454-39<br>TERRY A GERSTNER<br>4001 PELHAM RD APT 54<br>GREER SC 29650 | CREDITOR ID: 312455-39<br>TERRY A HOUSE<br>4260 W LINDA DR<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 312456-39<br>TERRY A SANDERS<br>3930 LANGFORD RD<br>NEW  SMYRNA  BEACH FL 32168 |
| CREDITOR ID: 312458-39<br>TERRY A WINN & TAMITHIA WINN<br>JT TEN<br>PO BOX 190<br>OSTEEN FL 32764 | CREDITOR ID: 312459-39<br>TERRY ALAN GRIFFIN<br>362 BIRCH CIRCLE DR<br>HUDSON NC 28638 | CREDITOR ID: 312460-39<br>TERRY ALAN MURRY<br>2013 SATURN DRIVE<br>BASTROP LA 71220 |
| CREDITOR ID: 312461-39<br>TERRY ALEXANDER<br>P O BOX 1771<br>CULLMAN AL 35056 | CREDITOR ID: 312462-39<br>TERRY ALVIN MOORE<br>206 PRAIRIE CREEK RD<br>RED  OAK TX 75154 | CREDITOR ID: 312463-39<br>TERRY B BENFIELD<br>PO BOX 178<br>RABUN GA 30568 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312464-39<br>TERRY B BROWN<br>800 MARGATE AVE<br>KANNAPOLIS NC 28081 | CREDITOR ID: 312465-39<br>TERRY B WIGGINS<br>20140 NW 13 AVE<br>MIAMI FL 33169 | CREDITOR ID: 312466-39<br>TERRY BOYKIN<br>8452 CAPRICORN ST<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 312467-39<br>TERRY BRADLEY<br>209 W CUMMINGS ST<br>VALDOSTA GA 31601 | CREDITOR ID: 312468-39<br>TERRY BROWN<br>5070 JETT DR<br>GRANITE  FALLS NC 28630 | CREDITOR ID: 312469-39<br>TERRY C SHAVER<br>2815 BELFAST ROAD<br>NEWBERRY SC 29108 |
| CREDITOR ID: 312470-39<br>TERRY COPPOCK<br>4161 HERRING<br>P O BOX 576<br>CALLAHAN FL 32011 | CREDITOR ID: 312471-39<br>TERRY CRAIG SEALS<br>960 REED BULL RD<br>NEW  MARKET TN 37820 | CREDITOR ID: 312472-39<br>TERRY D CURTIS<br>14208 CANDLEWICK ROAD<br>MIDLOTHIAN VA 23112 |
| CREDITOR ID: 312473-39<br>TERRY D CURTIS & DAVID<br>CURTIS JT TEN<br>14208 CANDLEWICK ROAD<br>MIDLOTHIAN VA 23112 | CREDITOR ID: 312474-39<br>TERRY D FLOYD<br>534 UNION AVE<br>CRESCENT  CITY FL 32112 | CREDITOR ID: 312475-39<br>TERRY D STEPNEY<br>20601 NW 22ND CT<br>OPA  LOCKA FL 33056 |
| CREDITOR ID: 312476-39<br>TERRY DANIEL ANDERSON<br>508 PERKINS ST<br>ALMA GA 31510 | CREDITOR ID: 312477-39<br>TERRY DUTHU & JEANNE S DUTHU<br>JT TEN<br>5226 AMBERTON PATH<br>POWDER  SPRINGS GA 30127 | CREDITOR ID: 312478-39<br>TERRY DYKES<br>1310 NEALS CREEK RD<br>STANFORD KY 40484 |
| CREDITOR ID: 312480-39<br>TERRY E BROWNLEE<br>93 LEIGH COVE<br>COLUMBUS MS 39702 | CREDITOR ID: 312481-39<br>TERRY E HANEY & DEEANN HANEY<br>JT TEN<br>498 MAIN<br>WOODLAND PA 16881 | CREDITOR ID: 312482-39<br>TERRY E JACOB<br>723 N MONTZ ST<br>GRAMERCY LA 70052 |
| CREDITOR ID: 312483-39<br>TERRY E MCCOY JR<br>3851 ARBOR GREEN DR<br>CINCINNATI OH 45255 | CREDITOR ID: 312484-39<br>TERRY EUGENE BEAVER<br>7217 JAFFERY CT<br>ORLANDO FL 32835 | CREDITOR ID: 312485-39<br>TERRY F BATCHELOR<br>165 BATCHELOR RD<br>RICHLANDS NC 28574 |
| CREDITOR ID: 312486-39<br>TERRY F OLMSTEAD<br>109 HILLSIDE DR EAST<br>BURLESON TX 76028 | CREDITOR ID: 312487-39<br>TERRY FRANKLIN JONES<br>970 FLETCHER BRANCH RD<br>VILAS NC 28692 | CREDITOR ID: 312488-39<br>TERRY G SALASSI<br>2336 STATE ST<br>NEW  ORLEANS LA 70118 |
| CREDITOR ID: 312489-39<br>TERRY GUTHRIE<br>5313 VALENCIA DR<br>ROWLETT TX 75088 | CREDITOR ID: 312490-39<br>TERRY HESS<br>P O BOX 251111<br>WOODBURY MN 55125 | CREDITOR ID: 312491-39<br>TERRY HOGUE<br>6927 LABOITEAUX AVE<br>CINCINNATI OH 45239 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                               **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312492-39<br>TERRY I MILLER & JANET R<br>MILLER JT TEN<br>302 BOB MILLER RD<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 312493-39<br>TERRY I SZLOSEK<br>715 ERNEST DRIVE<br>PORT  ORANGE FL 32127 | CREDITOR ID: 312494-39<br>TERRY J CONNON<br>1400 NE 53RD COURT, APT 9<br>FORT  LAUDERDALE FL 33334 |
| CREDITOR ID: 312495-39<br>TERRY J DUGAS SR<br>104 S MANOR DR<br>LAFAYETTE LA 70501 | CREDITOR ID: 312496-39<br>TERRY J GILLMAN<br>2714 BETTY PL<br>HOLIDAY FL 34691 | CREDITOR ID: 312497-39<br>TERRY J KOLJESKI & DAVID A<br>KOLJESKI JT TEN<br>455 ORANGE AVE<br>BALDWIN FL 32234 |
| CREDITOR ID: 312498-39<br>TERRY J PIKE & KRISTY P PIKE<br>TEN COM<br>241 PLIMSOL CT<br>SLIDELL LA 70460 | CREDITOR ID: 312499-39<br>TERRY J RAY<br>8531 ROCK KNOLL DR<br>JACKSONVILLE FL 32221 | CREDITOR ID: 312501-39<br>TERRY JONES<br>2801 PINE MANOR LN<br>ALBANY GA 31707 |
| CREDITOR ID: 312502-39<br>TERRY JUST<br>310 RIDGE HOLLOW TR<br>VENUS TX 76084 | CREDITOR ID: 312503-39<br>TERRY KANE CUST DEAN KANE<br>G/M/A/FL<br>8 BELLCHASE COURT<br>BALTIMORE MD 21208 | CREDITOR ID: 312504-39<br>TERRY KEITH STEWART<br>8609 MARIGOLD ST<br>RALEIGH NC 27603 |
| CREDITOR ID: 312505-39<br>TERRY L BAILEY<br>1208 CARRIE SHEALY RD<br>IRMO SC 29063 | CREDITOR ID: 312506-39<br>TERRY L BROWN<br>349 NW SUMMERCREST BLVD<br>BURLESON TX 76028 | CREDITOR ID: 312507-39<br>TERRY L CHASTAIN<br>24 HEMLOCK TERR PASS<br>OCALA FL 34472 |
| CREDITOR ID: 312508-39<br>TERRY L DOMSCHKE<br>88 N MCLEAN BLVD<br>ELGIN IL 60123 | CREDITOR ID: 312509-39<br>TERRY L EXLEY<br>5380 POPPY DR<br>JACKSONVILLE FL 32205 | CREDITOR ID: 312510-39<br>TERRY L GRIFFIS<br>14453-1 GROVER ROAD<br>JACKSONVILLE FL 32226 |
| CREDITOR ID: 312511-39<br>TERRY L MALTIMORE<br>1709 RED RD<br>CLEWISTON FL 33440 | CREDITOR ID: 312512-39<br>TERRY L SCOTT<br>6178 JENNINGS CREEK RD<br>BUCHANAN VA 24066 | CREDITOR ID: 312513-39<br>TERRY L SEATON<br>1042 LARKSPUR LOOP<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 312514-39<br>TERRY L STEVENS<br>9005 CAMSHIRE DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 312515-39<br>TERRY L TENNEY<br>290 LAKESIDE LN<br>DELTA AL 36258 | CREDITOR ID: 312516-39<br>TERRY L THOMPSON<br>148 VENTURE DR<br>LIBERTY SC 29657 |
| CREDITOR ID: 312517-39<br>TERRY L WILSON<br>107 LAUREL CT<br>PEACHTREE  CITY GA 30269 | CREDITOR ID: 312518-39<br>TERRY LAMAR BAYNARD<br>ROUTE 4 BOX 94<br>RUTHERFORDTON NC 28139 | CREDITOR ID: 312519-39<br>TERRY LEE BAER & KIMBERLY<br>SUE BAER JT TEN<br>9918 PENTEL LN<br>LOUISVILE KY 40291 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 312520-39
TERRY LEE BRADY
8411 PALO PINTO HWY
MINERAL  WELLS TX 76067

CREDITOR ID: 312521-39
TERRY LEE KENDRICK
132 GRACE AVE SE
CALHOUN GA 30701

CREDITOR ID: 312523-39
TERRY LEON CASEY
1401 14TH STREET
PLEASANT  GROVE AL 35127

CREDITOR ID: 312524-39
TERRY LYNN NEWMAN
4430 MANNER DALE DR
LOUISVILLE KY 40220

CREDITOR ID: 312525-39
TERRY LYNN NEWMAN CUST ERIC
A NEWMAN U/G/M/A/KY
4430 MANNER DALE DR
LOUISVILLE KY 40220

CREDITOR ID: 312526-39
TERRY LYNN QUEEN
6331 FOX BRIAR TRL
ORLANDO FL 32818

CREDITOR ID: 312527-39
TERRY LYNN WATSON
15923 LAKE HILLS DR
NORTHPORT AL 35475

CREDITOR ID: 312528-39
TERRY M ENNIS
11809 LEWIS GREEN WAY
ORLANDO FL 32824

CREDITOR ID: 312529-39
TERRY M GLENKLER & JENNIFER
L GLENKLER JT TEN
8552 HIDDEN CRK
UNION KY 41091

CREDITOR ID: 312530-39
TERRY M KILLIAN
2525 POINT STREET
CLAREMONT NC 28610

CREDITOR ID: 312531-39
TERRY M NIXON
2449 SABLE DRIVE
KISSIMMEE FL 34744

CREDITOR ID: 312532-39
TERRY M TAYNTON
8001 S INDIAN RIVER DR
FT  PIERCE FL 34952

CREDITOR ID: 312533-39
TERRY M WESTPHAL
4229 COW CREEK RD
EDGEWATER FL 32141

CREDITOR ID: 312534-39
TERRY MARLENE CREWS TRUSTEE
OF THE TERRY MARLENE CREWS
LIVING TRUST U A 12/22/90
3504 GEORGETOWN ST
HOUSTON TX 77005

CREDITOR ID: 312535-39
TERRY MILLER
7630 YUCAN RD
DENHAM  SPRINGS LA 70726

CREDITOR ID: 312536-39
TERRY MILTON
5017 BIRCH DR
FORT  PIERCE FL 34982

CREDITOR ID: 312537-39
TERRY NIEHAUS & TRILIA
NIEHAUS JT TEN
208 EAGLE VIEW WAY
CINCINNATI OH 45215

CREDITOR ID: 312538-39
TERRY PACE
166 DIXIE PLZ
RICHMOND KY 40475

CREDITOR ID: 312539-39
TERRY PAPIN
276 CENTERVIEW DR
CINCINNATI OH 45238

CREDITOR ID: 312540-39
TERRY PRELL JONES & KATHLINE
ANN JONES JT TEN
PO BOX 14
GLANDORF OH 45848

CREDITOR ID: 312541-39
TERRY R ADAMS CUST KEVIN B
ADAMS UNDER THE FL UNIF TRAN
MIN ACT
1515 E MAIN ST
PAHOKEE FL 33476

CREDITOR ID: 312543-39
TERRY R FREEZE & CATHY B
FREEZE JT TEN
180 BLACKSMITH LANE
MOORESVILLE NC 28115

CREDITOR ID: 312544-39
TERRY R FRIDENBERGS
550 N 8 STREET
PONCHATOULA LA 70454

CREDITOR ID: 312545-39
TERRY R GRAYSON
548 ROOSEVELT AVE
GLENDORA NJ 08029

CREDITOR ID: 312546-39
TERRY R MUNYON & BEVERLY J
MUNYON JT TEN
257 LOON LN
NAPLES FL 33961

CREDITOR ID: 312547-39
TERRY R SCOTT SR
3775A KENNEDLE NEW HOPE RD
KENNEDLE TX 76060

CREDITOR ID: 312548-39
TERRY R TAUNTON & LIBBY G
TAUNTON JT TEN
461 HILLABEE DR
MONTGOMERY AL 36117

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312549-39<br>TERRY R VAUGHN & TRUDIE L<br>VAUGHN JT TEN<br>1403 28TH ST<br>NICEVILLE FL 32578 | CREDITOR ID: 312550-39<br>TERRY RAY MILLINGTON<br>22580 NW 60TH LN<br>LAWTEY FL 32058 | CREDITOR ID: 312551-39<br>TERRY RAY SEAY<br>P O BOX 763<br>TRAVELERS  REST SC 29690 |
| CREDITOR ID: 312552-39<br>TERRY S CORBETT<br>162 JOE SANDLIN RD<br>LAKE  PARK GA 31636 | CREDITOR ID: 312553-39<br>TERRY S HANNAH<br>411 SPRING MEADOW RD<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 312554-39<br>TERRY S HOUSTON<br>226 HILLANDALE DR<br>BOONE NC 28607 |
| CREDITOR ID: 312555-39<br>TERRY S SHARP<br>60587 DOGWOOD LN<br>AMITE LA 70422 | CREDITOR ID: 312556-39<br>TERRY S WATKINS<br>1106 WELLS RD<br>BELLEVUE TX 76228 | CREDITOR ID: 312557-39<br>TERRY SCOTT SIZEMORE<br>RT 1 BOX 551<br>ONEIDA KY 40972 |
| CREDITOR ID: 312558-39<br>TERRY TEDESCO<br>5077 TEBBE DR<br>HAMILTON OH 45013 | CREDITOR ID: 312559-39<br>TERRY W PAYNE<br>60236 NINA DR<br>PO BOX 1212<br>LACOMBE LA 70445 | CREDITOR ID: 312561-39<br>TERRY W STATEN<br>7820 N MIAMI AVE APT 303<br>MIAMI FL 33150 |
| CREDITOR ID: 312562-39<br>TERRY WATKINS<br>PO BOX 3571<br>SOMERSET KY 42564 | CREDITOR ID: 312563-39<br>TERRY WAYNE FOWLER<br>507 LIA WAY<br>EASLEY SC 29642 | CREDITOR ID: 312564-39<br>TERRY WAYNE HARRELSON<br>PO BOX 98  98<br>ARLINGTON AL 36722 |
| CREDITOR ID: 312565-39<br>TERRY WENDELL BISHOP<br>2067 S W 76TH ST<br>JASPER FL 32052 | CREDITOR ID: 312566-39<br>TERRYL B NANTZ<br>102 ALBERT LANE<br>DALLAS NC 28034 | CREDITOR ID: 312567-39<br>TERTTU Y WILLIAMS<br>500 DYKES RD S<br>MOBILE AL 36608 |
| CREDITOR ID: 312568-39<br>TERTTU Y WILLIAMS & ROBERT E<br>WILLIAMS JT TEN<br>500 DYKES RD S<br>MOBILE AL 36608 | CREDITOR ID: 312569-39<br>TESARIUS HATCH<br>2319 WOODHURST RD<br>RICHMOND VA 23233 | CREDITOR ID: 312570-39<br>TESHIA ALLEN<br>1605 ALTA VISTA DRIVE<br>COLA SC 29223 |
| CREDITOR ID: 312572-39<br>THADDEA GAYLE HARRELSON<br>P O BOX 800<br>HOLUALOA HI 96725 | CREDITOR ID: 312573-39<br>THADDEUS A C DRYDEN<br>1103 LARKSPUR LN<br>SEABROOK TX 77586 | CREDITOR ID: 312574-39<br>THADDEUS LEE WERTS<br>335 ALVIN HIPP RD<br>NEWBERRY SC 29108 |
| CREDITOR ID: 312575-39<br>THADDUS RENE STIKELEATHER<br>292 LITTLE FARM RD<br>STATESVILLE NC 28677 | CREDITOR ID: 312576-39<br>THAIL JANINE CHAPMAN<br>GUARDIAN OF THE PROPERTY OF<br>BENJAMIN H ADDAIR III<br>35 DORNOCH DR<br>PAWLEYS  ISLAND SC 29585 | CREDITOR ID: 312577-39<br>THALIA L HEDRICK<br>18 33RD AVE NW<br>HICKORY NC 28601 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                         CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 312578-39<br>THANH-HUYE N PHAM<br>16264 SW 18TH PLACE<br>MIRAMAR FL 33027 | CREDITOR ID: 312579-39<br>THAO N NGUYEN<br>13954 MY VIET DR<br>NEW ORLEANS LA 70129 | CREDITOR ID: 312580-39<br>THAO T HARDESTY & BINH D<br>HARDESTY JT TEN<br>47644 CORNER SQUARE<br>STERLING VA 20165 |
| CREDITOR ID: 312582-39<br>THE FARMERS NATIONAL BANK<br>OF PROPHETSTOWN<br>700 US HWY 6 E BOX 180<br>GENESEO IL 61254-0180 | CREDITOR ID: 312583-39<br>THE MONEYPAPER INC<br>C/O BETH PARKS<br>P O BOX 1114<br>WAINSCOTT NY 11970 | CREDITOR ID: 312586-39<br>THEDA C WHITE & RALPH J<br>WHITE JT TEN<br>12005 REEDY CREEK RD<br>BRISTOL VA 24202 |
| CREDITOR ID: 312587-39<br>THEDA J HERRING<br>558 DAN CROSBY RD<br>LAKE PARK GA 31636 | CREDITOR ID: 312588-39<br>THEIN SINT<br>9949 ALOMA BEND LANE<br>OVIEDO FL 32765 | CREDITOR ID: 312589-39<br>THELMA ANN ROBBINS<br>12401 SW 185TH TER<br>MIAMI FL 33177 |
| CREDITOR ID: 312590-39<br>THELMA C CLARK & GENE CLARK<br>JT TEN<br>117 PUCKETT DR<br>FITZGERALD GA 31750 | CREDITOR ID: 312591-39<br>THELMA E STADTFELD<br>1365 NE 39 ST<br>OAKLAND PARK FL 33334 | CREDITOR ID: 312592-39<br>THELMA F HUFFMAN & FLOYD D<br>HUFFMAN JT TEN<br>1489 21ST ST NE<br>HICKORY NC 28601 |
| CREDITOR ID: 312593-39<br>THELMA G OTT<br>434 COOLIDGE ST<br>JEFFERSON LA 70121 | CREDITOR ID: 312594-39<br>THELMA HENSON MITCHELL<br>113 MICHELLE DR<br>OWENS CROSS RDS AL 35763 | CREDITOR ID: 312595-39<br>THELMA I CAMPBELL<br>17 HIGHBURY GROVE COURT<br>ISLINGTON<br>LONDON N5 2NG<br>ENGLAND |
| CREDITOR ID: 312596-39<br>THELMA J MULDER & C B MULDER<br>JT TEN<br>4885 KEATS GROVE LN<br>LEXINGTON KY 40513 | CREDITOR ID: 312597-39<br>THELMA JUNE COOK<br>6120 MC CULLAR RD<br>FORT WORTH TX 76117 | CREDITOR ID: 312598-39<br>THELMA KATRINA DEES & GLENDA<br>LOIS DEES JT TEN<br>335 SAM VANHOOK LANE<br>FRANKLIN NC 28734 |
| CREDITOR ID: 312599-39<br>THELMA KENDRICK<br>405 NOBLES RD<br>WETUMPKA AL 36092 | CREDITOR ID: 312600-39<br>THELMA L JOHNSON<br>PO BOX 253<br>SEVILLE FL 32190 | CREDITOR ID: 312601-39<br>THELMA L STEWART & GERALDINE<br>DEDGE JT TEN<br>857 MAPLEWOOD LN<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 312602-39<br>THELMA L STEWART & WAYNE F<br>FISHER JT TEN<br>857 MAPLEWOOD LN<br>ORANGE PARK FL 32065 | CREDITOR ID: 312603-39<br>THELMA LOUISE JOHNSON &<br>JAMES LEE JOHNSON JT TEN<br>PO BOX 253<br>SEVILLE FL 32190 | CREDITOR ID: 312604-39<br>THELMA M CONKLIN<br>18612 EVERGREEN RD<br>FORT MYERS FL 33912 |
| CREDITOR ID: 312605-39<br>THELMA MARIE PRATT<br>3253 WINDFALL DR<br>SALEM VA 24153 | CREDITOR ID: 312606-39<br>THELMA P ARANYOSI<br>31888 STRAWBERRY LN<br>HAMMOND LA 70403 | CREDITOR ID: 312607-39<br>THELMA R GARRICK<br>1913 FRANCIS ST NE<br>ORANGEBURG SC 29118 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 312608-39
THELMA S ROMER
2922 CURRAN RD
LOUISVILLE KY 40205

CREDITOR ID: 312609-39
THELMA S SCOTT
111 W MARKHAM AVE
DURHAM NC 27701

CREDITOR ID: 312610-39
THELMA U SCHNELL
7700 NALAN DR
LOUISVILLE KY 40291

CREDITOR ID: 312611-39
THELMA WATTS & DONALD WATTS
JT TEN
RR BOX 410
LAKEMONT GA 30552

CREDITOR ID: 312612-39
THEO BRANAM
102 LYNNVIEW DRIVE
AMERICUS GA 31709

CREDITOR ID: 312613-39
THEO BRIAN GOSNELL & ALISON
GOSNELL JT TEN
383 W MCELHANEY RD
TAYLORS SC 29687

CREDITOR ID: 312614-39
THEODORA ARNELL
24 S BROAD ST
NORWICH NY 13815

CREDITOR ID: 312615-39
THEODORA F MUENSTER
646 EDELWEISS DR
MOUNT  AIRY GA 30563

CREDITOR ID: 312616-39
THEODORE A SEAY
ROUTE 1 BOX 341
MANASSAS GA 30438

CREDITOR ID: 312617-39
THEODORE D CLEMENT & MARTHA
MCCAIN CLEMENT JT TEN
110 LINWOOD AVE
GREENVILLE SC 29615

CREDITOR ID: 312618-39
THEODORE D W REED CUST
THEODORE D REED UND UNIF
GIFT MIN ACT NC
3520 UTICA DR
RALEIGH NC 27609

CREDITOR ID: 312619-39
THEODORE E MILLER
20 DEVONWOOD DR APT 252
FARMINGTON CT 06032

CREDITOR ID: 312620-39
THEODORE E STITELER
220 FRANKLIN AVE
NORTHFIELD NJ 08225

CREDITOR ID: 312621-39
THEODORE E TARVIN & LUANN
TARVIN JT TEN
9770 MONTCLAIRE DR
MASON OH 45040

CREDITOR ID: 312622-39
THEODORE F BUSTANCE & SUSAN
M BUSTANCE JT TEN
525 N MONROE ST
HASTINGSS MI 49058

CREDITOR ID: 312623-39
THEODORE F KIRN JR
4744 FRANKLIN AVE
NEW ORLEANS LA 70122

CREDITOR ID: 312624-39
THEODORE H BROWN III
2325 FLORA AVE
FORT  MYERS FL 33907

CREDITOR ID: 312625-39
THEODORE H WHITE
5550 BLAND DAIRY DR
VALDOSTA GA 31601

CREDITOR ID: 312626-39
THEODORE H WHITE & EMILY R
WHITE JT TEN
5550 BLAND DAIRY DR
VALDOSTA GA 31601

CREDITOR ID: 312627-39
THEODORE H WILLIAMS
9711 CARIBBEAN BLVD
MIAMI FL 33189

CREDITOR ID: 312628-39
THEODORE J LEHR
9950 WOODRIDGE COURT
PORT  RICHEY FL 34668

CREDITOR ID: 312629-39
THEODORE KRYNITZKY
4651 CONFEDERATE OAKS DR
JACKSONVILLE FL 32210

CREDITOR ID: 312630-39
THEODORE LINCOLN WILLIAMS
406 BARKER TEN MILE RD
LUMBERTON NC 28358

CREDITOR ID: 312631-39
THEODORE R HIRSCH
808 NE 73RD ST
BOCA  RATON FL 33487

CREDITOR ID: 312632-39
THEODORE S BICZ TRUSTEE U-A
DTD 06-13-02 THEODORE S BICZ
TRUST
125 VICTORIA BLVD
KENMORE NY 14217

CREDITOR ID: 312633-39
THEODORE W KUKLIS
5 BURROUGHS LN
DENVILLE NJ 07834

CREDITOR ID: 312634-39
THEOFANO NIGIANNIS
1228 OMAHA ST
PALM  HARBOR FL 34683

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312635-39<br>THEONE BRIEDE WIMBERLY<br>446 DEVON DR<br>MANDEVILLE LA 70448 | CREDITOR ID: 312636-39<br>THEOPHILUS A ARCHER<br>3830 NW 176TH ST<br>OPA  LOCKA FL 33055 | CREDITOR ID: 312637-39<br>THERAMENE G DUCINVIL<br>2541 SW 10TH ST<br>BOYNTON  BCH FL 33426 |
| CREDITOR ID: 312638-39<br>THEREASA G DOAN & DANA C<br>DOAN JT TEN<br>920 N GHOLSTON ST<br>CARTHAGE TX 75633 | CREDITOR ID: 312639-39<br>THERESA A ENAS<br>159 COUNTY RD 491 W<br>LAKE  PANASOFFKEE FL 33538 | CREDITOR ID: 312641-39<br>THERESA A MEDINA<br>959 SE WACONA ST<br>PALM  BAY FL 32909 |
| CREDITOR ID: 312642-39<br>THERESA A ORTAGUS & HENRY A<br>ORTAGUS JT TEN<br>PO BOX 667<br>BOSTWICK FL 32007 | CREDITOR ID: 312643-39<br>THERESA A PAZIER<br>2945 S DEVINNEY CT<br>LAKEWOOD CO 80228 | CREDITOR ID: 312644-39<br>THERESA A PEACOCK<br>13 TAPPAN ZEE LANE<br>LONGWOOD FL 32750 |
| CREDITOR ID: 312645-39<br>THERESA A WALSH<br>29500 HEATHERCLIFF RD SPC 41<br>MALIBU CA 90265 | CREDITOR ID: 312646-39<br>THERESA ANN ARMISTEAD<br>8211 FROST ST SOUTH<br>JACKSONVILLE FL 32221 | CREDITOR ID: 312647-39<br>THERESA ANN KRUSE<br>3423 LEXINGTON RD<br>LOUISVILLE KY 40207 |
| CREDITOR ID: 312648-39<br>THERESA B LAMBERT<br>3032 GILES PL<br>TALLAHASSEE FL 32309 | CREDITOR ID: 312649-39<br>THERESA C ABEL AS CUST FOR<br>KRISTINA LORRAINE ABEL UNDER<br>THE UNIF GIFTS TO MIN ACT VA<br>118 RIDGEWAY ST<br>FREDERICKSBURG VA 22401 | CREDITOR ID: 312650-39<br>THERESA D BRAND<br>174 ROMA BV<br>MADISON AL 35758 |
| CREDITOR ID: 312651-39<br>THERESA D MUNDER<br>345 CAROLINA JASMINE LN<br>JACKSONVILLE FL 32259 | CREDITOR ID: 312652-39<br>THERESA E RICKLICK<br>19501 BELVIEW DR<br>MIAMI FL 33157 | CREDITOR ID: 312653-39<br>THERESA ESCALANTE<br>10118 EAST PARK AVENUE<br>HOUMA LA 70363 |
| CREDITOR ID: 312654-39<br>THERESA F DAVIDSON<br>10382 SHELBY CREEK RD NORTH<br>JACKSONVILLE FL 32221 | CREDITOR ID: 312655-39<br>THERESA G GREENE<br>81 ROSE BUD LN<br>LITTLE  RIVER SC 29566 | CREDITOR ID: 312656-39<br>THERESA H BRUNSON<br>1687 CHARLES AVE<br>LANCASTER SC 29720 |
| CREDITOR ID: 312657-39<br>THERESA HAMILTON<br>4714 MEADOW DR<br>ST  CLOUD FL 34772 | CREDITOR ID: 312658-39<br>THERESA KAY ROBINSON<br>2661 BRYCE LN<br>SARASOTA FL 34231 | CREDITOR ID: 312659-39<br>THERESA KOHUT & GEORGE KOHUT<br>JT TEN<br>182 SANIBEL STREET<br>NOKOMOIS FL 34275 |
| CREDITOR ID: 312660-39<br>THERESA KRAVA<br>3549 MADEIRA DR<br>BATON  ROUGE LA 70810 | CREDITOR ID: 312661-39<br>THERESA L CASPER<br>3701 LOCKLEE RD<br>LOUISVILLE KY 40214 | CREDITOR ID: 312662-39<br>THERESA L DAVIS<br>7 QUAIL RIDGE DR<br>BURTON SC 29902 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312663-39<br>THERESA L DOYLE<br>6220 VINEYARD LN<br>MELBOURNE KY 41059 | CREDITOR ID: 312664-39<br>THERESA L JUHASE<br>5407 TUGHILL DR<br>TAMPA FL 33624 | CREDITOR ID: 312665-39<br>THERESA L STEVENS<br>8014 GLADIOLA AVE<br>ST  ANGELO TX 76901 |
| CREDITOR ID: 312666-39<br>THERESA L WILLIAMS & ANGELYN<br>P TROUTMAN & BRIAN E<br>TROUTMAN JT TEN<br>PO BOX 531121<br>MIAMI FL 33153 | CREDITOR ID: 312667-39<br>THERESA L WILLIAMS & JOAN E<br>WILLIAMS JT TEN<br>330 NE 150TH ST<br>MIAMI FL 33161 | CREDITOR ID: 312668-39<br>THERESA L WILLIAMS & R LEE<br>WILLIAMS JT TEN<br>238 NE OLD VALDOSTA RD<br>PINETTA FL 32350 |
| CREDITOR ID: 312669-39<br>THERESA HILLIARD & FRANK W<br>HILLIARD JT TEN<br>1805 WHISPERWOOD WY<br>HUNTSVILLE AL 35806 | CREDITOR ID: 312670-39<br>THERESA M MONAHAN & JOHN J<br>MONAHAN JT TEN<br>11321 NW 29TH MNR  29<br>FORT  LAUDERDALE FL 33323 | CREDITOR ID: 312671-39<br>THERESA M REYNOLDS<br>332 SHAMROCK RD<br>SAINT  AUGUSTINE FL 32086 |
| CREDITOR ID: 312672-39<br>THERESA M WELLS<br>5210 NE 19TH AVE<br>FORT  LAUDERDALE FL 33308 | CREDITOR ID: 312673-39<br>THERESA MC CORMICK TTEE U-A<br>DTD 04-26-94 THERESA<br>MC CORMICK REVOCABLE LIVING<br>TRUST<br>17560 SW 88TH AVE<br>MIAMI FL 33157 | CREDITOR ID: 312674-39<br>THERESA MUSGNUG & EDWARD<br>MUSGNUG JT TEN<br>3347 ALLEN ROAD<br>ZEPHYRHILLS FL 33541 |
| CREDITOR ID: 312675-39<br>THERESA P ROBERTS<br>1179 JERRY DUNN ROAD<br>DAWSON GA 39842 | CREDITOR ID: 312676-39<br>THERESA PARTIN<br>242 STORY PARTIN ROAD<br>ORLANDO FL 32833 | CREDITOR ID: 312677-39<br>THERESA R MCCUSKER<br>609 HOWELL CT<br>DUNEDIN FL 34698 |
| CREDITOR ID: 312678-39<br>THERESA SERIJACK MYCOFF CUST<br>FOR DIANA ALEXANDRA MYCOFF<br>UNDER FL UNIFORM TRANSFERS<br>TO MINORS ACT<br>PO BOX 1558<br>HIGH  SPRINGS FL 32655 | CREDITOR ID: 312680-39<br>THERESA SMITH<br>4533 SKYVIEW DRIVE<br>NEW  ORLEANS LA 70126 | CREDITOR ID: 312682-39<br>THERESE CLENDENNING<br>3021 WINCHESTER DR<br>COCOA FL 32926 |
| CREDITOR ID: 312683-39<br>THERESE M SIMONEAU &<br>ALPHONSE G SIMONEAU JT TEN<br>200 AVENUE K SE APT 225<br>WINTER  HAVEN FL 33880 | CREDITOR ID: 312684-39<br>THERESE WISE MCBRIDE<br>830 PARKWAY DR<br>LOUISVILLE KY 40217 | CREDITOR ID: 312685-39<br>THERESEA L HINERMAN<br>5112 MINOR AVE<br>BOWLING  GREEN FL 33834 |
| CREDITOR ID: 312686-39<br>THERMON D COLLINS & SHAWN D<br>COLLINS JT TEN<br>3533 SE MONTGOMERY CIR<br>ARCADIA FL 34266 | CREDITOR ID: 312687-39<br>THERON A WEBB & MARIE WEBB<br>JT TEN<br>PO BOX 152<br>GRAHAM FL 32042 | CREDITOR ID: 312688-39<br>THERON B BURNS<br>107 COLEMAN CT<br>GREENVILLE SC 29609 |
| CREDITOR ID: 312689-39<br>THERON E BARNETT<br>2276 N HIGHWAY 101<br>GREER SC 29651 | CREDITOR ID: 312690-39<br>THERON V ADAMS JR & DEBRA<br>FLETCHER ADAMS JT TEN<br>16102 TAMPA ST<br>LUTZ FL 33549 | CREDITOR ID: 312691-39<br>THI MARSHBURN<br>1615 SW 7TH ST<br>HOMESTEAD FL 33030 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                      **CASE:  05-03817-3F1**

CREDITOR ID: 312692-39
THISBY B COOK
1060 RUSTIC ESTATES DRIVE
LAKELAND FL 33811

CREDITOR ID: 312693-39
THOIS T MASTERS
PO BOX 330
MOUNTAIN  CITY GA 30562

CREDITOR ID: 312694-39
THOM VAN LE TRAN
1617 CIRCLE OAK DR
SCHERTZ TX 78154

CREDITOR ID: 312695-39
THOMAS A ARCHAMBAULT
201 W SUMMERHILL CT
CLERMONT FL 34711

CREDITOR ID: 312696-39
THOMAS A ARRENDALE
NO 1 BROILER BLVD
BALDWIN GA 30511

CREDITOR ID: 312697-39
THOMAS A BENJAMIN
2002 DALE RD
NORWOOD OH 45212

CREDITOR ID: 312698-39
THOMAS A BENJAMIN & SHARON L
BENJAMIN JT TEN
2002 DALE RD
NORWOOD OH 45212

CREDITOR ID: 312699-39
THOMAS A BOSCO
11125 PARK BLVD 104-201
SEMINOLE FL 34642

CREDITOR ID: 312700-39
THOMAS A BURNHAM & SONDRA S
BURNHAM TEN COM
3558 HEMLOCK ST
ZACHARY LA 70791

CREDITOR ID: 312701-39
THOMAS A CASH & REBECCA S
CASH JT TEN
11300 SW 42ND TER
MIAMI FL 33165

CREDITOR ID: 312702-39
THOMAS A COWGILL
#6 AMARILLO TRL
GREER SC 29651

CREDITOR ID: 312703-39
THOMAS A COX & MAUREEN C COX
JT TEN
BOX 228
PEARL  RIVER NY 10965

CREDITOR ID: 312704-39
THOMAS A FARRINGTON & PENNY
K FARRINGTON JT TEN
5323 N SHADE AVE
SARASOTA FL 34234

CREDITOR ID: 312705-39
THOMAS A GARNER
915 OLD NEWBERRY HIGHWAY
WHITMIRE SC 29178

CREDITOR ID: 312706-39
THOMAS A GREENE
PO BOX 315
BELTON SC 29627

CREDITOR ID: 312707-39
THOMAS A HARRIS
2978 AFFIRMED DR
CINCINNATI OH 45052

CREDITOR ID: 312708-39
THOMAS A JAMES
1385 HUCKLEBERRY LN
WINTERVILLE NC 28590

CREDITOR ID: 312709-39
THOMAS A KOHLWAIES & NATALIE
B KOHLWAIES JT TEN
448 PERRY AVE
GREENACRES  CITY FL 33463

CREDITOR ID: 312710-39
THOMAS A LANGSTON
PO BOX 125
HONEA  PATH SC 29654

CREDITOR ID: 312711-39
THOMAS A LEGER
216 KIRKSEY DR
SUMMERVILLE SC 29485

CREDITOR ID: 312712-39
THOMAS A LEWIS JR
229 ROSS RD
RICHMOND VA 23229

CREDITOR ID: 312713-39
THOMAS A MCNEILL
219 PINE RIDGE DR
HIGH  POINT NC 27262

CREDITOR ID: 312714-39
THOMAS A MEIER
2100 MEREDITH DR
SPRING  HILL FL 34608

CREDITOR ID: 312715-39
THOMAS A ROWAN & JILL J
ROWAN JT TEN
7000 SPICEWOOD LN
TALLAHASSEE FL 32312

CREDITOR ID: 312716-39
THOMAS A ROWAN CUST ESTHER
FAITH ROWAN UNIF TRANS MIN
ACT FL
7000 SPICEWOOD LN
TALLAHASSEE FL 32312

CREDITOR ID: 312717-39
THOMAS A SALES JR
1854 WATERCREST CIR
LAWRENCEVILLE GA 30043

CREDITOR ID: 312718-39
THOMAS A SHIRLEY
RT 1 BOX 208
FAYETTE AL 35555

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312719-39<br>THOMAS A SHORTER<br>908 NW 3RD ST<br>OKEECHOBEE FL 34972 | CREDITOR ID: 312720-39<br>THOMAS A SILVIA<br>11816 KESTREL DRIVE<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 312721-39<br>THOMAS A SILVIA & JULIE M<br>SILVIA JT TEN<br>11816 KESTREL DRIVE<br>NEW PORT RICHEY FL 34654 |
| CREDITOR ID: 312722-39<br>THOMAS ADAIR<br>6300 TROTMAN ROAD<br>MONTGOMERY AL 36116 | CREDITOR ID: 312723-39<br>THOMAS ALLEN CONNOR JR<br>RT 1 BOX 25AA<br>BAKER RD<br>JEFFERSON SC 29718 | CREDITOR ID: 312724-39<br>THOMAS ALLEN DAVIS III<br>1515 SHARON RD<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 312725-39<br>THOMAS ALLEN WAITS<br>205 REBECCA CIR<br>LONGVIEW TX 75601 | CREDITOR ID: 312726-39<br>THOMAS ANDREW CONDRON<br>9406 MANATI ST<br>SPRING HILL FL 34608 | CREDITOR ID: 312727-39<br>THOMAS ANDREW MEIER<br>2100 MEREDITH DR<br>SPRING HILL FL 34608 |
| CREDITOR ID: 312728-39<br>THOMAS ANGELICA<br>10100 SW 38TH TER<br>MIAMI FL 33165 | CREDITOR ID: 312729-39<br>THOMAS ANTHONY LEES<br>333 S PATRICK DR APT 25<br>SATELLITE BEACH FL 32937 | CREDITOR ID: 312730-39<br>THOMAS ARCE<br>17300 NW 48 PL<br>CAROL CITY FL 33055 |
| CREDITOR ID: 312731-39<br>THOMAS ARLIE GREENWAY<br>978 BRANMAN FIELD RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 312732-39<br>THOMAS ASA DOBSON<br>1504 LINDA VISTA DR<br>BIRMINGHAM AL 35226 | CREDITOR ID: 312733-39<br>THOMAS ASA DOBSON & HELEN<br>HERD DOBSON JT TEN<br>1504 LINDA VISTA DR<br>BIRMINGHAM AL 35226 |
| CREDITOR ID: 312734-39<br>THOMAS ASHBY GRESSETTE<br>19 GOVERNORS HILL<br>COLUMBIA SC 29201 | CREDITOR ID: 312735-39<br>THOMAS AURIEMMA & LAURA<br>AURIEMMA JT TEN<br>22 GALASSI CT<br>JACKSON NJ 08527 | CREDITOR ID: 312736-39<br>THOMAS B CLARK JR<br>231 EMANUEL CHURCH ROAD<br>BRUNSWICK GA 31525 |
| CREDITOR ID: 312737-39<br>THOMAS B ELLERBE<br>301 SHERARD RD<br>GREENWOOD SC 29646 | CREDITOR ID: 312738-39<br>THOMAS B HACKNEY<br>620 CLYDE AVE<br>WILSON NC 27893 | CREDITOR ID: 312739-39<br>THOMAS B LOVELL & DONNA J<br>LOVELL JT TEN<br>6125 PINE DRIVE<br>LANTANA FL 33462 |
| CREDITOR ID: 312740-39<br>THOMAS B MCGOLDRICK<br>16493 67TH CT N<br>LOXAHATCHEE FL 33470 | CREDITOR ID: 312741-39<br>THOMAS BAKER<br>3665 57TH AVE<br>VERO BEACH FL 32966 | CREDITOR ID: 312742-39<br>THOMAS BRENT LAWHON<br>2026 LARCHMONT LANE<br>TALLAHASSEE FL 32311 |
| CREDITOR ID: 312743-39<br>THOMAS C BINKOWSKI<br>PO BOX 23222<br>MACON GA 31212 | CREDITOR ID: 312744-39<br>THOMAS C COX & PATRICIA A<br>COX JT TEN<br>1657 LISA DAWN DR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 312745-39<br>THOMAS C DRYDEN<br>1103 LAKSPUR DR<br>SEABROOK TX 77586 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 312746-39
THOMAS C LAW
4206 GLENHAVEN RD
CINCINNATI OH 45238

CREDITOR ID: 312747-39
THOMAS C MCCALL
104 DORIS LANE
PICKENS SC 29671

CREDITOR ID: 312748-39
THOMAS C MEYERS
777 N MICHIGAN AVE APT 1509
CHICAGO IL 60611

CREDITOR ID: 312749-39
THOMAS C ROSS
204 BAYARD ST
GREEN CV SPGS FL 32043

CREDITOR ID: 312750-39
THOMAS C SCHAUB & DENISE M
SCHAUB JT TEN
6275 N BISCAYNE DR
NORTH PORT FL 34287

CREDITOR ID: 312751-39
THOMAS C SCHAUB JR &
STEPHANIE A SCHAUB JT TEN
8137 GALBUT AVE
NORTH PORT FL 34287

CREDITOR ID: 312752-39
THOMAS C SMITH
PO BOX 2175
JENA LA 71342

CREDITOR ID: 312753-39
THOMAS C STROM
300 WHISPERING CIR APT 13
SAINT AUGUSTINE FL 32084

CREDITOR ID: 312754-39
THOMAS C THOMPSON
26 SPRING ST
HARRINGTON PK NJ 07640

CREDITOR ID: 312755-39
THOMAS C WALDROP & CHARLOTTE
D WALDROP TRUSTEES U-A DTD
12-17-96 WALDROP LIVING
TRUST
302 MITCHELL RD
GREENVILLE SC 29615

CREDITOR ID: 312756-39
THOMAS CHARLES COURTRIGHT
1609 GOLDMAN JOHNSON RD # A
LINCOLNTON GA 30817

CREDITOR ID: 312757-39
THOMAS CHRISTOPHER BROWN SR
1834 PETERKIN RD
BENNETTSVILLE SC 29512

CREDITOR ID: 312758-39
THOMAS D ARANT JR
1219 FORT MOTTE RD
ST MATTHEWS SC 29135

CREDITOR ID: 312759-39
THOMAS D BARB & SHARON K
BARB JT TEN
3303 FLAMINGO BLVD
SPRING HILL FL 34607

CREDITOR ID: 312760-39
THOMAS D BOLDEN
148 PRINDLE DR
JACKSONVILLE FL 32225

CREDITOR ID: 312761-39
THOMAS D COMPTON
815 BURGESS ST
MARTINSVILLE VA 24112

CREDITOR ID: 312762-39
THOMAS D CRISP & LYDIA M
CRISP JT TEN
6836 MONTROSE AVE N
JACKSONVILLE FL 32210

CREDITOR ID: 312763-39
THOMAS D GOODMAN
353 FLAT ROCK RD
LAWNDALE NC 28090

CREDITOR ID: 312764-39
THOMAS D LIBBERT
77016 PO BOX
WASHINGTON DC 20013

CREDITOR ID: 312765-39
THOMAS D MAGILL
PO BOX 1715
LA PORTE IN 46352

CREDITOR ID: 312768-39
THOMAS D STEWART
10670 CHERRY AVE
PEMBROKE PINES FL 33026

CREDITOR ID: 312769-39
THOMAS DAVID SCOTT JR
4067 SIGNAL RDG SW
LILBURN GA 30247

CREDITOR ID: 312770-39
THOMAS DEAN CHRISTIE
568 W HOWELL ST
HARTWELL GA 30643

CREDITOR ID: 312771-39
THOMAS DOWDY
957 NW 16TH TER
FORT LAUDERDALE FL 33311

CREDITOR ID: 312772-39
THOMAS DREW CLANTON
943 SUGARWOOD DR
MARYVILLE TN 37803

CREDITOR ID: 312773-39
THOMAS E BARNEY
1335 SCOVILLE AVE
BERWYN IL 60402

CREDITOR ID: 312774-39
THOMAS E BELL JR & MARY C
BELL JT TEN
4425 COLUMBIA RD
ORANGEBURG SC 29115

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 312775-39<br>THOMAS E BROOME JR<br>8 DIBY DR<br>GREENVILLE SC 29609 | CREDITOR ID: 312776-39<br>THOMAS E BUTTS<br>RT 2 BOX 173<br>NICHOLLS GA 31554 | CREDITOR ID: 312777-39<br>THOMAS E CARNELL<br>4124 LENOX DR<br>FAIRFAX VA 22032 |
| CREDITOR ID: 312778-39<br>THOMAS E COX & ROMA A COX<br>JT TEN<br>6252 BUCK DR<br>JACKSONVILLE FL 32221 | CREDITOR ID: 312779-39<br>THOMAS E DOWNEY JR<br>BOX 920<br>ESTERO FL 33928 | CREDITOR ID: 312780-39<br>THOMAS E DURDEN & IDA F<br>DURDEN JT TEN<br>212 BOUGAINVILLEA CIR<br>DOTHAN AL 36301 |
| CREDITOR ID: 312781-39<br>THOMAS E ELLIS<br>319 BURGESS ROAD<br>GAFFNEY SC 29341 | CREDITOR ID: 312782-39<br>THOMAS E FLYNN CUST MARY ANN<br>FLYNN UND UNIF GIFT MIN ACT<br>FLA<br>251 BUTTONWOOD DR<br>KEY  BISCAYNE FL 33149 | CREDITOR ID: 312783-39<br>THOMAS E FLYNN CUST VICTORIA<br>J FLYNN UND UNIF GIFT MIN<br>ACT FLA<br>251 BUTTONWOOD DR<br>KEY  BISCAYNE FL 33149 |
| CREDITOR ID: 312784-39<br>THOMAS E GODWIN<br>455 NW 20TH ST<br>HOMESTEAD FL 33030 | CREDITOR ID: 312785-39<br>THOMAS E GODWIN & MARION<br>GODWIN JT TEN<br>455 NW 20TH ST<br>HOMESTEAD FL 33030 | CREDITOR ID: 312786-39<br>THOMAS E HENSON & ELIZABETH<br>S HENSON JT TEN<br>114 SANDERS ST<br>DARLINGTON SC 29532 |
| CREDITOR ID: 312787-39<br>THOMAS E HITCHENS<br>P O BOX 1609<br>TAVERNIER FL 33070 | CREDITOR ID: 312788-39<br>THOMAS E HOOKS<br>2615 CARLSBAD DR NW<br>HUNTSVILLE AL 35810 | CREDITOR ID: 312789-39<br>THOMAS E HORTON JR<br>148 FANNIN<br>HEWITT TX 76643 |
| CREDITOR ID: 312790-39<br>THOMAS E HUMPHREYS<br>3880 SIERRA DR<br>LAKE  WORTH FL 33461 | CREDITOR ID: 312791-39<br>THOMAS E HURST<br>1008 CHICKASAW TRL<br>COLUMBIA MS 39429 | CREDITOR ID: 312792-39<br>THOMAS E IRBY<br>823 N 20 CT<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 312793-39<br>THOMAS E IRBY & JOAN R IRBY<br>JT TEN<br>823 N 20 CT<br>HOLLYWOOD FL 33020 | CREDITOR ID: 312794-39<br>THOMAS E JOHNSON<br>8037 ASPEN GREEN LN<br>LOUISVILLE KY 40291 | CREDITOR ID: 312795-39<br>THOMAS E JOHNSON & CAROL A<br>JOHNSON JT TEN<br>4904 ULRICH RD<br>LOUISVILLE KY 40299 |
| CREDITOR ID: 312796-39<br>THOMAS E KERBER<br>1650 N NEWLAND AVE<br>CHICAGO IL 60635 | CREDITOR ID: 312797-39<br>THOMAS E KUBIN TRUSTEE U-A DTD<br>9-12-95 THE KUBIN FAMILY 1995<br>TRUST<br>1108 CHESHIRE LN<br>HOUSTON TX 77018 | CREDITOR ID: 312798-39<br>THOMAS E MAULTSBY<br>7225 DODA DR<br>FAYETTEVILLE NC 28306 |
| CREDITOR ID: 312799-39<br>THOMAS E MC CUTCHEN<br>6 HEATHWOOD CIR<br>COLUMBIA SC 29205 | CREDITOR ID: 312800-39<br>THOMAS E PERSON JR<br>707 S MAIN ST<br>FUQUAY  VARINA NC 27526 | CREDITOR ID: 312801-39<br>THOMAS E RICH<br>85 BENNINGTON CT<br>STOCKBRIDGE GA 30281 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312802-39<br>THOMAS E SELCH<br>8608 WOODED GLEN RD<br>LOUISVILLE KY 40220 | CREDITOR ID: 312803-39<br>THOMAS E SIDES<br>3954 PAULDIN RD #D<br>MERIDIAN MS 39307-9534 | CREDITOR ID: 312804-39<br>THOMAS E SMITH<br>4704 SW 195TH WAY<br>MIRAMAR FL 33029 |
| CREDITOR ID: 312805-39<br>THOMAS E TYLER<br>2901 STRAWBERRY RD<br>LORIS SC 29569 | CREDITOR ID: 312806-39<br>THOMAS E WARNICK & JENNIE<br>WARNICK JT TEN<br>4010 WOODRIDGE RD<br>PANAMA CITY FL 32405 | CREDITOR ID: 312807-39<br>THOMAS E WATSON<br>4040 US HWY 319 SOUTH<br>TIFTON GA 31794 |
| CREDITOR ID: 312808-39<br>THOMAS E WILKERSON JR<br>1488 CO RD 28<br>UNION SPRINGS AL 36089 | CREDITOR ID: 312809-39<br>THOMAS EARL TEAGUE<br>5031 CIRCLE DR<br>COLA SC 29206 | CREDITOR ID: 312810-39<br>THOMAS EARL TRIPP<br>2610 ROYAL OAK DRIVE<br>FRANKLINTON NC 27525 |
| CREDITOR ID: 312811-39<br>THOMAS EDWARD COUCH JR<br>RR 1 BOX 256<br>SALUDA NC 28773 | CREDITOR ID: 312812-39<br>THOMAS EDWARD REED<br>1310 N CENTRAL ST<br>KNOXVILLE TN 37917 | CREDITOR ID: 312813-39<br>THOMAS EDWIN EVANS JR<br>BOX 684<br>JACKSON NC 27845 |
| CREDITOR ID: 312814-39<br>THOMAS EGLES<br>4012 96TH AVE E<br>PARRISH FL 34219 | CREDITOR ID: 312815-39<br>THOMAS EUGENE MCCOY &<br>DEBORAH ROSE MCCOY JT TEN<br>147 BIG JOE ROAD<br>MONTICELLO FL 32344 | CREDITOR ID: 312816-39<br>THOMAS F CHESS<br>11935 SW 102ND AVE<br>MIAMI FL 33176 |
| CREDITOR ID: 312817-39<br>THOMAS F COOK JR<br>9603A RHODE ISLAND CT<br>CLOVIS NM 88101 | CREDITOR ID: 312818-39<br>THOMAS F DUGAN<br>2325 NAUTILUS COVE<br>FT WAYNE IN 46814 | CREDITOR ID: 312820-39<br>THOMAS F HUCKABEE CUST KAREN<br>KELLY HUCKABEE UND UNIF GIFT<br>MIN ACT FLA<br>ATTN KAREN KELLY HUCKABEE-VARN<br>5516 FAIRLANE DR<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 312821-39<br>THOMAS F LONG<br>108 LIVE OAKS DRIVE<br>MILLBROOK AL 36054 | CREDITOR ID: 312823-39<br>THOMAS F NOLAND JR & DONA R<br>NOLAND JT TEN<br>8625 WYNFORD PL<br>MONTGOMERY AL 36117 | CREDITOR ID: 312824-39<br>THOMAS F OCONNELL & EDITH<br>OCONNELL JT TEN<br>11004 CASA GRANDE CIRCLE<br>SPRING HILL FL 34608 |
| CREDITOR ID: 312825-39<br>THOMAS F WARREN<br>610 SATURN AVE<br>SARASOTA FL 34243 | CREDITOR ID: 312826-39<br>THOMAS F WRIGHT III<br>140A S REEVES DR<br>BEVERLY HILLS CA 90212 | CREDITOR ID: 312827-39<br>THOMAS FAUCETTE & LORI<br>FAUCETTE JT TEN<br>10301 LAKE GROVE DR<br>ODESSA FL 33556 |
| CREDITOR ID: 312828-39<br>THOMAS G BLACKMAN & MELISSA<br>B BLACKMAN JT TEN<br>6020 BRIARFOREST RD N<br>JACKSONVILLE FL 32277 | CREDITOR ID: 312829-39<br>THOMAS G BORCHERS<br>875 CARPENTER RD<br>LOVELAND OH 45140 | CREDITOR ID: 312831-39<br>THOMAS G KLEIER & JANET LEE<br>KLEIER JT TEN<br>2907 BUTLER CT<br>LOUISVILLE KY 40218 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312832-39<br>THOMAS G KLEIER CUST SEAN<br>THOMAS KLEIER UNIF TRANS MIN ACT KY<br>2907 BUTLER COURT<br>LOUISVILLE KY 40218 | CREDITOR ID: 312833-39<br>THOMAS G LAY JR<br>425 MEADOWLAND RD<br>SEBRING FL 33870 | CREDITOR ID: 312834-39<br>THOMAS G MURMAN SR<br>628 CEDAR GROVE DR<br>BRANDON FL 33511 |
| CREDITOR ID: 312835-39<br>THOMAS G WRIGHT<br>239 FLINT RD<br>FITZGERALD GA 31750 | CREDITOR ID: 312836-39<br>THOMAS G WRIGHT CUST<br>HARRISON STEWART WRIGHT UNIF<br>TRANS MIN ACT FL<br>LOT 42<br>2094 SW 45TH DRIVE<br>FT  LAUDERDALE FL 33315 | CREDITOR ID: 312837-39<br>THOMAS G WRIGHT CUST ASHLEY<br>NICHELLE WRIGHT UNIF TRANS<br>MIN ACT FL<br>LOT 42<br>2094 S W 45TH DR<br>FT  LAUDERDALE FL 33315 |
| CREDITOR ID: 312838-39<br>THOMAS GALLMAN<br>204 BRIDGEWATER DRIVE<br>GREENVILLE SC 29615 | CREDITOR ID: 312839-39<br>THOMAS GERALD BRAY<br>2 LEXINGTON-CARLTON RD<br>LEXINGTON GA 30648 | CREDITOR ID: 312840-39<br>THOMAS GERALD BULGER<br>ATTN PERF CHEV<br>P O BOX 2966<br>WARNER  ROBINS GA 31099 |
| CREDITOR ID: 312841-39<br>THOMAS GREMILLION<br>207 GRAND LAKE DR<br>ARNAUDVILLE LA 70512 | CREDITOR ID: 312842-39<br>THOMAS GROCE & TAMMY GROCE<br>JT TEN<br>1720 TEMPLE HILL RD<br>GLASGOW KY 42141 | CREDITOR ID: 312843-39<br>THOMAS H BERNARD<br>1016 MICHIGAN AVE<br>KENNER LA 70062 |
| CREDITOR ID: 312844-39<br>THOMAS H CARTWRIGHT<br>PO BOX 63<br>ALGONAC MI 48001 | CREDITOR ID: 312845-39<br>THOMAS H CATO JR<br>718 WILDWOOD CREEK TR TR<br>CATAWBA SC 29704 | CREDITOR ID: 312846-39<br>THOMAS H FISH JR<br>4994 VANDIVEER RD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 312847-39<br>THOMAS H FREELAND 3RD &<br>JUDITH H FREELAND JT TEN<br>PO BOX 269<br>OXFORD MS 38655 | CREDITOR ID: 312848-39<br>THOMAS H FREEMAN<br>217 AMANDA LANE<br>PRATTVILLE AL 36066 | CREDITOR ID: 312849-39<br>THOMAS H GABLE<br>PO BOX 192 DENBY ST<br>TROY SC 29848 |
| CREDITOR ID: 312850-39<br>THOMAS H HAYES & PAULINE B<br>HAYES JT TEN<br>173 HOMESPUN HILLS RD<br>BOONE NC 28607 | CREDITOR ID: 312851-39<br>THOMAS H LUKE<br>407 PINE BLUFF RD<br>ALBANY GA 31705 | CREDITOR ID: 312852-39<br>THOMAS H MULHERON & BECKY B<br>MULHERON JT TEN<br>4648 ROBIE RD<br>LILBURN GA 30047 |
| CREDITOR ID: 312853-39<br>THOMAS HAYES DAVENPORT<br>206 DEER CREEK TRL<br>MARIETTA GA 30060 | CREDITOR ID: 312854-39<br>THOMAS HUGH STEWART<br>4200 MURRAYHILL RD<br>CHARLOTTE NC 28209 | CREDITOR ID: 312855-39<br>THOMAS I WHITE JR<br>1527 HOLLY OAKS LAKE RD E<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 312856-39<br>THOMAS IRVIN TART & SYBIL K<br>TART JT TEN<br>2531 W NEWCASTLE RD<br>FLORENCE SC 29501 | CREDITOR ID: 312857-39<br>THOMAS J BEGGS III CUST MARY<br>SUSAN BEGGS G/M/A/FL<br>106 S RANGE ST<br>MADISON FL 32340 | CREDITOR ID: 312858-39<br>THOMAS J BOSOLD & SUSAN M<br>BOSOLD JT TEN<br>8734 SETTING DR SE<br>ADA MI 49301 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 312859-39<br>THOMAS J BRONZO<br>16636 LATRINA CT<br>WINTER GARDEN FL 34787 | CREDITOR ID: 312860-39<br>THOMAS J BRUNER<br>3657 LONGBOW ROAD<br>COCOA FL 32926 | CREDITOR ID: 312861-39<br>THOMAS J EVATT<br>6 WILLIAMS ST<br>TAYLORS SC 29687 |
| CREDITOR ID: 312862-39<br>THOMAS J FORD<br>2978 LAKESIDE DR NE<br>ORANGEBURG SC 29118 | CREDITOR ID: 312863-39<br>THOMAS J HEIDLER & JUDITH A<br>HEIDLER JT TEN<br>5226 WAKEFIELD PLACE<br>NORWOOD OH 45212 | CREDITOR ID: 312864-39<br>THOMAS J HERREN<br>17435 COUNTY RD 87<br>WOODLAND AL 36280 |
| CREDITOR ID: 312865-39<br>THOMAS J HIRSCH & SUZANNE W<br>HIRSCH JT TEN<br>1120 SELWOOD DR<br>VIRGINA BEACH VA 23464 | CREDITOR ID: 312867-39<br>THOMAS J KANASZKA<br>1925 TANGLEWOOD ROAD<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 312866-39<br>THOMAS J KANASZKA<br>1925 TANGLEWOOD RD<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 312868-39<br>THOMAS J KAVANAUGH<br>17553 SW 85TH AVE<br>MIAMI FL 33157 | CREDITOR ID: 312869-39<br>THOMAS J LAIZER SR USUFRUCTUARY BONITA<br>L DUBOURG & BRENDA L WALL & BARBARA L<br>HERBERGER & THOMAS L LAIZER JR &<br>KENNETH J LAIZER NAKED OWNERS<br>282 WALTER RD<br>RIVER RIDGE LA 70123 | CREDITOR ID: 312870-39<br>THOMAS J LANGFORD JR<br>PO BOX 284<br>PISGAH FOREST NC 28768 |
| CREDITOR ID: 312871-39<br>THOMAS J MISKELL<br>33 MADISON AVENUE<br>AUBURN NY 13021 | CREDITOR ID: 312872-39<br>THOMAS J OWEN<br>1774 CANYON VIEW CT<br>ST LOUIS MO 63017 | CREDITOR ID: 312874-39<br>THOMAS J WACHA<br>1311 GEORGETOWNE CIR<br>SARASOTA FL 34232 |
| CREDITOR ID: 312875-39<br>THOMAS J WALLET<br>45 JAMESTOWN CIRCLE<br>CINCINNATI OH 45241 | CREDITOR ID: 312876-39<br>THOMAS J YOUNG & FLORENCE A<br>YOUNG JT TEN<br>2466 LARCHWOOD ST<br>ORANGE PARK FL 32065 | CREDITOR ID: 312877-39<br>THOMAS JOHN MC CROAN<br>6153 FORT RD<br>GREENWOOD FL 32443 |
| CREDITOR ID: 312878-39<br>THOMAS JOHN MC CROAN & ANNIE<br>LOUISE MC CROAN JT TEN<br>6153 FORT RD<br>GREENWOOD FL 32443 | CREDITOR ID: 312879-39<br>THOMAS JOSEPH LAIZER<br>282 WALTER RD<br>NEW ORLEANS LA 70123 | CREDITOR ID: 312880-39<br>THOMAS K HADLOCK<br>1192 PARK AVE<br>NEW YORK NY 10128 |
| CREDITOR ID: 312881-39<br>THOMAS K MENEFEE & DEBORAH<br>JEAN MENEFEE JT TEN<br>22056 FELTON AVE NE<br>PORT CHARLOTTE FL 33952 | CREDITOR ID: 312882-39<br>THOMAS K WALKER<br>12271 CURRY DR<br>SPRING HILL FL 34608 | CREDITOR ID: 312883-39<br>THOMAS KARL RUCKER<br>606 GINGER DR<br>KINGS MOUNTAIN NC 28086 |
| CREDITOR ID: 312884-39<br>THOMAS KEITH THOMAS<br>RR 3<br>SOUTH RIVER NC | CREDITOR ID: 312885-39<br>THOMAS KRETKOWSKI &<br>ELIZABETH KRETKOWSKI JT TEN<br>3 WOODBROOK CIR<br>WESTFIELD NJ 07090 | CREDITOR ID: 312886-39<br>THOMAS L ADKINS<br>BOX 26581<br>JACKSONVILLE FL 32226 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312887-39<br>THOMAS L BROCK JR<br>1217 EAGLE ROCK RD<br>WENDELL NC 27591 | CREDITOR ID: 312888-39<br>THOMAS L BROWN<br>2145 QUARTER HORSE CIRCLE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 312889-39<br>THOMAS L BURDICK<br>441 PARK AVE<br>LOCKPORT NY 14094 |
| CREDITOR ID: 312890-39<br>THOMAS L CAMPBELL<br>5647 GETZ DR<br>TIMBERVILLE VA 22853-2413 | CREDITOR ID: 312891-39<br>THOMAS L COBB<br>1700 SAN PABLO  706<br>JACKSONVILLE FL 32224 | CREDITOR ID: 312892-39<br>THOMAS L CRABB<br>731 APOLLO CIR NE<br>PALM  BAY FL 32905-5402 |
| CREDITOR ID: 312893-39<br>THOMAS L CULPEPPER & CHERYL<br>L CULPEPPER JT TEN<br>2010 LAKESIDE AVE<br>MELBOURNE FL 32934 | CREDITOR ID: 312894-39<br>THOMAS L FECKE<br>3500 RIVERLAND DR<br>CHALMETTE LA 70043 | CREDITOR ID: 312895-39<br>THOMAS L GORDON<br>25 HOLY CROSS PL<br>KENNER LA 70065 |
| CREDITOR ID: 312896-39<br>THOMAS L HAWK<br>4801 SHINING STAR TRL<br>RIO  VISTA TX 76093 | CREDITOR ID: 312897-39<br>THOMAS L LANKFORD JR CUST<br>THOMAS MICHAEL LANKFORD UND<br>UNIF GIFT MIN ACT ALA<br>104 ALAMO CT<br>DOTHAN AL 36303 | CREDITOR ID: 312898-39<br>THOMAS L LUMPKIN<br>4642 CONFEDERATE OAKS DR<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 312899-39<br>THOMAS L OLIVER<br>227 WHITE FERN RD<br>BEECH  BLUFF TN 38313 | CREDITOR ID: 312900-39<br>THOMAS L RICHIE<br>#4<br>1034 N MILWAUKEE<br>CHICAGO IL 60622 | CREDITOR ID: 312901-39<br>THOMAS L SELANDER & CAROLYN F<br>SELANDER JT TEN<br>1093 HESS LAKE DRIVE<br>GRANT MI 49327 |
| CREDITOR ID: 312903-39<br>THOMAS LANE BURGESS<br>4427 BAYBREEZE RD<br>ORLANDO FL 32808 | CREDITOR ID: 312905-39<br>THOMAS LANE BURGESS CUST<br>THOMAS ALLEN BURGESS UNDER<br>FL UNIF TRANSFERS TO MINORS<br>ACT<br>4427 BAYBREEZE RD<br>ORLANDO FL 32808 | CREDITOR ID: 312904-39<br>THOMAS LANE BURGESS CUST<br>BRANDON ROSS BURGESS UNDER<br>FL UNIF TRANSFERS TO MINORS<br>ACT<br>4427 BAYBREEZE RD<br>ORLANDO FL 32808 |
| CREDITOR ID: 312906-39<br>THOMAS LEE CULPEPPER<br>2010 LAKESIDE AVE<br>MELBOURNE FL 32934 | CREDITOR ID: 312907-39<br>THOMAS LEE SANDERS<br>12023 CHARLOCK COURT<br>PROSPECT KY 40059 | CREDITOR ID: 312908-39<br>THOMAS LEE SMITH<br>1531 NW 17TH ST<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 312909-39<br>THOMAS LONGO<br>100 WHITE HAMPTON LN<br>PITTSBURGH PA 15236 | CREDITOR ID: 312910-39<br>THOMAS M BAGNAL<br>PO BOX 5847<br>COLUMBIA SC 29250 | CREDITOR ID: 312911-39<br>THOMAS M BLISS CUST THOMAS<br>MANNING BLISS II UNIF TRAN<br>MIN ACT FL<br>4920 ORTEGA BLVD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 312912-39<br>THOMAS M COWART<br>2077 MOSLEY RD<br>CLAXTON GA 30417 | CREDITOR ID: 312913-39<br>THOMAS M DELAND<br>PO BOX 678<br>CALVERTON NY 11933 | CREDITOR ID: 312914-39<br>THOMAS M GOLEMBESKI<br>6539 WATERFORD CIR<br>SARASOTA FL 34238 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 312915-39<br>THOMAS M GREEN & ANN GREEN<br>JT TEN<br>2120 RICHVIEW RD<br>MOUNT  VERNON IL 62864 | CREDITOR ID: 312916-39<br>THOMAS M HUGHES<br>12380 FLYNN RD<br>JACKSONVILLE FL 32223 | CREDITOR ID: 312917-39<br>THOMAS M LEE<br>5929 BACK BAY LN<br>AUSTIN TX 78739 |
| CREDITOR ID: 312918-39<br>THOMAS M MCDONALD &<br>JUDITH A MCDONALD JT TEN<br>5 OLD COUNTY WAY<br>SCITUATE MA 02066-3772 | CREDITOR ID: 312919-39<br>THOMAS M MCMAHON TR<br>115 WATER ST<br>WILLIAMSTOWN MA 01267 | CREDITOR ID: 312920-39<br>THOMAS M REEDER<br>720 MEADOWLAKE DR<br>OZARK AL 36360 |
| CREDITOR ID: 312921-39<br>THOMAS M STOVER<br>3006 KERSHAW HWY<br>WESTVILLE SC 29175 | CREDITOR ID: 312922-39<br>THOMAS M SULLIVAN II<br>55 WIDEWATER RD<br>HILTON  HEAD SC 29926 | CREDITOR ID: 312923-39<br>THOMAS M WILLIAMS<br>8735 OLDE HICKORY AVENUE<br>APT 8207<br>SARASOTA FL 34238 |
| CREDITOR ID: 312924-39<br>THOMAS M WINKLER<br>11447 41ST CT N<br>WEST  PALM  BEACH FL 33411 | CREDITOR ID: 312925-39<br>THOMAS MARTIN FRAZER<br>52 SCHOOL ST<br>LOWNDSBORO AL 36752 | CREDITOR ID: 312926-39<br>THOMAS MAXWELL<br>2963 COMPTON WAY<br>TALLAHASSEE FL 32309 |
| CREDITOR ID: 312927-39<br>THOMAS MAXWELL KARRH<br>758 KARRH RD<br>PRATTVILLE AL 36067 | CREDITOR ID: 312928-39<br>THOMAS MELVIN ABBOTT<br>PO BOX 826<br>WEDOWEE AL 36278 | CREDITOR ID: 312929-39<br>THOMAS MEYERS<br>777 N MICHIGAN AVE APT 1509<br>CHICAGO IL 60611 |
| CREDITOR ID: 312930-39<br>THOMAS MOODY<br>84 HOLLIS AVE<br>BRAINTREE MA 02184 | CREDITOR ID: 312931-39<br>THOMAS N TURNER<br>RT 1 BOX 218A<br>LOST  CREEK WV 26385 | CREDITOR ID: 312932-39<br>THOMAS N YOHO<br>79 FAIRGLEN DR<br>TITUSVILLE FL 32796 |
| CREDITOR ID: 312933-39<br>THOMAS NEAL ARNOLD & DONNA<br>JOHNSON ARNOLD JT TEN<br>2026 MAGNOLIA RD<br>LEEDS AL 35094 | CREDITOR ID: 312934-39<br>THOMAS NORMAN COOK<br>704 E PRAIRIE VIEW RD<br>CROWLEY TX 76036 | CREDITOR ID: 312935-39<br>THOMAS O MILLS<br>195 HAMLIN AVE<br>DANVILLE VA 24540 |
| CREDITOR ID: 312936-39<br>THOMAS O MURPHY<br>312 JEFFERSON AVE<br>PORT  ORANGE FL 32127 | CREDITOR ID: 312937-39<br>THOMAS O REED<br>5920 WASSMAN RD<br>KNOXVILLE TN 37912 | CREDITOR ID: 312938-39<br>THOMAS O REED & LESA A REED<br>JT TEN<br>1310 N CENTRAL<br>KNOXVILLE TN 37917 |
| CREDITOR ID: 312939-39<br>THOMAS ODELL KESLER<br>4125 TERIWOOD AVE<br>ORLANDO FL 32812 | CREDITOR ID: 312940-39<br>THOMAS P CICCARIELLA & LINDA<br>M CICCARIELLA JT TEN<br>8 PARKE AVE<br>NEWARK DE 19711 | CREDITOR ID: 312941-39<br>THOMAS P MAGEE<br>113 LAKESIDE CIR<br>SANFORD FL 32773 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:  05-03817-3F1**

CREDITOR ID: 312942-39
THOMAS P SCHULLER
5475 OXEN TRL
ROCKLEDGE FL 32955

CREDITOR ID: 312944-39
THOMAS P WILLIAMS & CAROL A
WILLIAMS JT TEN
4404 DAWSON AVE
NORTH  LITTLE  ROCK AR 72116

CREDITOR ID: 312945-39
THOMAS PAUL FORBES & LISA M
FORBES JT TEN
1474 BEAVER DAM RD
ODUM GA 31555

CREDITOR ID: 312947-39
THOMAS PETER ALTIER JR
2188 E HARLEY STREET
INVERNESS FL 34453

CREDITOR ID: 312948-39
THOMAS R CANNON
2103 EDGEWOOD AVE
LEESBURG FL 34748

CREDITOR ID: 312949-39
THOMAS R CARROLL JR
5142 CONCORD RD
HILLSBORO OH 45133

CREDITOR ID: 312950-39
THOMAS R CLARK
599 FAWN LANE
LOGANVILLE GA 30249

CREDITOR ID: 312951-39
THOMAS R CROSBY & FAY M
CROSBY JT TEN
PO BOX 488
PLYMOUTH FL 32768

CREDITOR ID: 312952-39
THOMAS R DEINERT
640 INDUS RD
VENICE FL 34293

CREDITOR ID: 312953-39
THOMAS R GAILLARD
415 MCSWAN RD
CHESNEE SC 29323

CREDITOR ID: 312954-39
THOMAS R GARRETT & JEANETTE
GAIL GARRETT JT TEN
430 CR 4591
BOYD TX 76023

CREDITOR ID: 312955-39
THOMAS R GODFREY
545 COVERED BRIDGE TRAIL
FAIRBURN GA 30213

CREDITOR ID: 312956-39
THOMAS R GRACE JR & DEBORAH
GRACE JT TEN
8431 CHADWICK LANE
CINCINNATI OH 45255

CREDITOR ID: 312957-39
THOMAS R HARDEE
BOX 450
MADISON FL 32340

CREDITOR ID: 312959-39
THOMAS R LOWEN
60410 WOODSIDE LOOP
BEND OR 97702

CREDITOR ID: 312960-39
THOMAS R ROSAMOND & MURIEL S
ROSAMOND TRUSTEES U-A DTD
08-25-03 ROSAMOND FAMILY
REVOCABLE LIVING TRUST
3385 HEATHCLIFF LN
JACKSONVILLE FL 32257

CREDITOR ID: 312961-39
THOMAS R SUTTON
4859 MATTERHORN
WICHITA  FALLS TX 76310

CREDITOR ID: 312962-39
THOMAS R WATKINS JR
12216 NOBLEMAN DR
JACKSONVILLE FL 32223

CREDITOR ID: 312963-39
THOMAS R WILSON
385 TWINWOOD ST
THOMASTON GA 30286

CREDITOR ID: 312964-39
THOMAS RAYMOND WALTZ
256 NE 11TH ST
DELRAY  BEACH FL 33444

CREDITOR ID: 312966-39
THOMAS ROBERT HAWKINS
12204 DOVE HOLLOW DR
DENHAM  SPRINGS LA 70726

CREDITOR ID: 312967-39
THOMAS ROBERT LAROUE
5546 DUNCAN DR
NEW  PORT  RICHEY FL 34653

CREDITOR ID: 312968-39
THOMAS ROBERT MCPHERSON
3216 W WALNUT ST
JOHNSON  CITY TN 37604

CREDITOR ID: 312969-39
THOMAS ROBERTSON
2240 HOLLY RUN DR
JONESBORO GA 30236

CREDITOR ID: 312970-39
THOMAS S BIRCKHEAD JR
309 E MAIN ST
MANASQUAN NJ 08736

CREDITOR ID: 312971-39
THOMAS S BULL
101 TAPPEL DR
DALEVILLE AL 36322

CREDITOR ID: 312972-39
THOMAS S BURNETT
348 RIDGE WAY AVE
CINCINNATI OH 45215

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

CREDITOR ID: 312973-39
THOMAS S FLOYD JR
2958 SAND VALLEY RD
REMLAP AL 35133

CREDITOR ID: 312974-39
THOMAS S JAMES CUST HUGH
GRAHAM JAMES UND UNIF GIFT
MIN ACT S C
300 OVERBROOK ROAD
GREENVILLE SC 29607

CREDITOR ID: 312975-39
THOMAS S KILGORE
1016 ANTIETAM RD SE
HUNTSVILLE AL 35803

CREDITOR ID: 312976-39
THOMAS S KRYSZCZUK
11256 CABOOSE CT
JACKSONVILLE FL 32257

CREDITOR ID: 312977-39
THOMAS S LOBRANO III
2110 HERSCHEL STREET
JACKSONVILLE FL 32204

CREDITOR ID: 312978-39
THOMAS S LOBRANO III CUST
THOMAS S LOBRANO IV UNIF
TRAN MIN ACT FL
2110 HERSCHEL STREET
JACKSONVILLE FL 32204

CREDITOR ID: 312979-39
THOMAS S MOLOCH
2061 OAKCREEK DR
LITHIA  SPRINGS GA 30057

CREDITOR ID: 312980-39
THOMAS S PERKINS & MARIA I
PERKINS JT TEN
1043 RAMSEY DR
MONETA VA 24121

CREDITOR ID: 312981-39
THOMAS S PILLER & REBA ANN
PILLER JT TEN
2011 BEACH DR
SEBRING FL 33870

CREDITOR ID: 312985-39
THOMAS SCOTT FREDERICK
2038 LIVE OAK BLVD
ST  CLOUD FL 34771

CREDITOR ID: 312986-39
THOMAS STYLIANOS
38 CHARLOTTE AVE
NASHUA NH 03060

CREDITOR ID: 312987-39
THOMAS T RAWLS & MILDRED C
RAWLS JT TEN
1832 LOWRYS HWY
CHESTER SC 29706

CREDITOR ID: 312988-39
THOMAS TEWS
115 PALISADE ST
MEMPHIS TN 38111

CREDITOR ID: 312989-39
THOMAS TROY HAGAN
9455 BROOK FOREST CI
HELENA AL 35080

CREDITOR ID: 312990-39
THOMAS TRUJILLO
8465 SW 137TH AVE
MIAMI FL 33183

CREDITOR ID: 312991-39
THOMAS W BAKER & DIANE E
BAKER JT TEN
10317 MILLER RD
SWARTZ  CREEK MI 48473

CREDITOR ID: 312992-39
THOMAS W BIGGS
365 AIRWAY RD
SPENCER VA 24165

CREDITOR ID: 312993-39
THOMAS W BYRNE
1407 TAR POINT RD
PASADENA MD 21122

CREDITOR ID: 312994-39
THOMAS W CELY JR CUST THOMAS
W CELY 4TH UNDER THE LAWS OF
GA
PO BOX 1189
EASLEY SC 29641

CREDITOR ID: 312995-39
THOMAS W CORDELL JR
94 ALPINE WAY
ASHEVILLE NC 28805

CREDITOR ID: 312997-39
THOMAS W MITCHELL &
ELIZABETH R MITCHELL TEN COM
33845 JOHN BARBER RD
HOLDEN LA 70744

CREDITOR ID: 312998-39
THOMAS W MURRAY & SYLVIA C
MURRAY JT TEN
6110 HILLVIEW CT
JAX FL 32244

CREDITOR ID: 312999-39
THOMAS W OTTO
1614 N NIX
AMARILLO TX 79107

CREDITOR ID: 313000-39
THOMAS W SAMUELS
6433 HIDDEN FOREST DR
CHARLOTTE NC 28213

CREDITOR ID: 313001-39
THOMAS W SHANNON
833 ROCHELLE DR SW
ATLANTA GA 30310

CREDITOR ID: 313002-39
THOMAS W SMITH
401 EVERGREEN AVENUE
HIGH  POINT NC 27262

CREDITOR ID: 313003-39
THOMAS W STANFIELD
624 STANFIELD RD
BURLINGTON NC 27217

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313004-39<br>THOMAS W STEVENSON & BETTY J<br>STEVENSON JT TEN<br>RD 1 BOX 48<br>TIONESTA PA 16353 | CREDITOR ID: 313005-39<br>THOMAS W SWISHER<br>619 GOSHEN RD<br>MORGANTOWN WV 26508 | CREDITOR ID: 313006-39<br>THOMAS W WALSH & GRACE M<br>WALSH JT TEN<br>6313 ADELIA AVE<br>TAMPA FL 33616 |
| CREDITOR ID: 313007-39<br>THOMAS W WILLIAMS JR<br>18 ELLIS AVE<br>WILLIAMSTON SC 29697 | CREDITOR ID: 313008-39<br>THOMAS WAYNE DANIELS<br>5409 CREEKBEND CT<br>GARNER NC 27529 | CREDITOR ID: 313009-39<br>THOMAS WAYNE GURLEY<br>20 HIGHLAND MEADOWS CIR APT 5<br>HIGHLAND HEIGHTS KY 41076 |
| CREDITOR ID: 313010-39<br>THOMAS WAYNE PHARR<br>4387 HWY 16 N<br>CONOVER NC 28613 | CREDITOR ID: 313011-39<br>THOMAS WILLIAM FOURNIER<br>1702 SE 5TH CT<br>CAPE CORAL FL 33990 | CREDITOR ID: 313012-39<br>THOMAS WILLIAM LEDBETTER<br>5428 ROCKHURST DRIVE<br>COLUMBUS GA 31907 |
| CREDITOR ID: 313014-39<br>THOMAS Z MARTIN & JACQUELINE<br>S MARTIN JT TEN<br>8442 JACINTO ST<br>JACKSONVILLE FL 32211 | CREDITOR ID: 313015-39<br>THOMAS ZAPCHENK JR & VENESSA<br>ZAPCHENK JT TEN<br>24212 VOLBRECHT RD<br>CRETE IL 60417 | CREDITOR ID: 279721-39<br>THOMAS, ALAN R & REBECCA T JT TEN<br>BOX 723<br>BAINBRIDGE GA 39818 |
| CREDITOR ID: 280119-39<br>THOMAS, ALVIN A & BERNICE J JT TEN<br>748 ISAR AVENUE NW<br>PALM BAY FL 32907 | CREDITOR ID: 280334-39<br>THOMAS, ANDREW S & EDWINA L JT TEN<br>824 SHETTER AVE<br>JAXVILLE BCH FL 32250 | CREDITOR ID: 313016-39<br>THOMASENE JOHNSON<br>10941 SW 217TH STREET<br>MIAMI FL 33170 |
| CREDITOR ID: 284199-39<br>THOMPSON, CHARLES HENRY<br>2675 MANOR PL<br>ELLENWOOD GA 30049 | CREDITOR ID: 313017-39<br>THONG Q LUU<br>2545 OLD POND DR<br>LINCOLNTON NC 28092 | CREDITOR ID: 313018-39<br>THORSEN KIRSCHNER<br>SCHWELM 58332<br>BARNER STR 76<br>GERMANY |
| CREDITOR ID: 313020-39<br>THOS J JONES JR<br>16 SOUTH 9TH ST<br>SUITE 302<br>DUNCAN OK 73533 | CREDITOR ID: 313021-39<br>THU THI VU<br>994 ALLADIN DR<br>DELTONA FL 32725 | CREDITOR ID: 313022-39<br>THUHA NGUYEN-CONTI<br>1116 ABADY CT<br>DELTONA FL 32725 |
| CREDITOR ID: 313023-39<br>THURMAN HOSKINS<br>10 LYNNHURST DR #104<br>ORMOND BEACH FL 32176 | CREDITOR ID: 313024-39<br>THURMAN HOSKINS & DOROTHY<br>PLANCE JT TEN<br>10 LYNNHURST DR #104<br>ORMOND BEACH FL 32176 | CREDITOR ID: 313025-39<br>THURMAN O R MILLS<br>171 FOSTER STREET<br>COWPENS SC 29330 |
| CREDITOR ID: 290918-39<br>THURSTON, GAY H<br>1341 17TH ST SW<br>NAPLES FL 34117 | CREDITOR ID: 313026-39<br>TIFFANY ANN FRITZ & DONALD T<br>FRITZ JT TEN<br>8371 NW 28TH PL<br>SUNRISE FL 33322 | CREDITOR ID: 313027-39<br>TIFFANY C REID<br>805 27TH STREET<br>KENNER LA 70062 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313028-39<br>TIFFANY HAMILTON HARMESON<br>6295 103RD AVE N<br>PINELLAS PARK FL 33782 | CREDITOR ID: 313029-39<br>TIFFANY HAMILTON HARMESON &<br>DENNIS L HARMESON JT TEN<br>6295 103RD AVE N<br>PINELLAS PARK FL 33782 | CREDITOR ID: 313030-39<br>TIFFANY MARTIN<br>412 VALERIE WAY #102<br>NAPLES FL 34104 |
| CREDITOR ID: 313031-39<br>TIFFNEY DIANE HICKS<br>2240 MAXCY ST<br>CHARLESTON SC 29412 | CREDITOR ID: 313033-39<br>TILLMAN BENJAMIN ACORN<br>600 4TH AVE S<br>JASPER AL 35501 | CREDITOR ID: 313034-39<br>TILLMAN C FUDGE CUST FOR<br>JASON K FUDGE U/T/FL/G/M/A<br>3074 REED LANE<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 313035-39<br>TIM A BRIDGES<br>659 LONG HOLLOW PK<br>GOODLETTSVILLE TN 37072 | CREDITOR ID: 313036-39<br>TIM C JUNEAU<br>95 CREAGON AVE<br>GRETNA LA 70053 | CREDITOR ID: 313037-39<br>TIM DAVEZAC & DAWN DAVEZAC<br>TEN COM<br>4470 PARKWOOD SQ<br>NICEVILLE FL 32578 |
| CREDITOR ID: 313038-39<br>TIM E ROGERS<br>103 SOMERSET LN<br>ANDERSON SC 29625 | CREDITOR ID: 313039-39<br>TIM F BLAKELY<br>2610 WARRIOR VALLEY RD<br>ALTOONA AL 35952 | CREDITOR ID: 313040-39<br>TIM H ALTMAN<br>POST OFFICE BOX 1776<br>LEXINGTON SC 29071 |
| CREDITOR ID: 313041-39<br>TIM HENDRICK<br>4506 EPINAY CT<br>LOUISVILLE KY 40272 | CREDITOR ID: 313042-39<br>TIM J MAYFIELD<br>502 WEST B NORTH ST<br>RAYNE LA 70578 | CREDITOR ID: 313043-39<br>TIM J PRUES<br>9941 CEDAR KNOLL DR<br>MASON OH 45040 |
| CREDITOR ID: 313044-39<br>TIM KELLY<br>136 SELLERS LN<br>REPTON AL 36475 | CREDITOR ID: 313045-39<br>TIM L HOLT & JULIE W HOLT<br>JT TEN<br>516-23RD AVE NE<br>BIRMINGHAM AL 35215 | CREDITOR ID: 313046-39<br>TIM L WHITE<br>103 N CENTER ST<br>WINDER GA 30680 |
| CREDITOR ID: 313047-39<br>TIM LEBLANC<br>706 OLD KAPLAN HWY<br>ABBEVILLE LA 70510 | CREDITOR ID: 313048-39<br>TIM LEUGERS<br>2960 COOL BREEZE CIRCLE<br>SAINT CLOUD FL 34769 | CREDITOR ID: 313049-39<br>TIM LITMER & KAREN LITMER<br>JT TEN<br>98 LAKEFIELD DR<br>MILFORD OH 45150 |
| CREDITOR ID: 313050-39<br>TIM LOGAN<br>152 LUFKIN DR<br>PELZER SC 29669 | CREDITOR ID: 313051-39<br>TIM MCDONALD<br>628 ELLWORTH ST<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 313052-39<br>TIM MCDOWELL<br>4929 PROSPECT AVE<br>CINCINNATI OH 45242 |
| CREDITOR ID: 313053-39<br>TIM RAMSEY<br>4111 CIRLCEWOOD DR<br>ERLANGER KY 41018 | CREDITOR ID: 313054-39<br>TIM RICHARDS<br>10825 CONNALLY LANE<br>RALEIGH NC 27814 | CREDITOR ID: 313055-39<br>TIM WELLS<br>1501 MOONEY AVE<br>HAMMOND LA 70403 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313056-39 | CREDITOR ID: 313057-39 | CREDITOR ID: 313058-39 |
| TIMES PUBLISHING COMPANY | TIMMY BENNETT | TIMMY SEAY & LEEANN SEAY |
| CO GENERAL LEDGER DEPT | 2818 VANDEMAN RD | JT TEN |
| BOX 1121 | VALDOSTA GA 31601 | 3419 GOOD PLACE RD |
| ST PETERSBURG, FL 33731 | | ROCK HILL SC 29732 |
| CREDITOR ID: 313059-39 | CREDITOR ID: 313060-39 | CREDITOR ID: 313061-39 |
| TIMOTHY A BJERKE | TIMOTHY A BOOHER | TIMOTHY A BOUDREAUX |
| 4514 CLARKSDALE CT | 193 WOODLAWN AV | 312 E SHANNON LN |
| ORLANDO FL 32812 | BLUE RIDGE VA 24064 | HARAHAN LA 70123 |
| CREDITOR ID: 313062-39 | CREDITOR ID: 313063-39 | CREDITOR ID: 313064-39 |
| TIMOTHY A CRONIN | TIMOTHY A CUMMINGS & ANNE E | TIMOTHY A FROEHLICH |
| 665 OAK AVE | CUMMINGS JT TEN | 1609 WATER TOWER COURT EAST |
| HARAHAN LA 70123 | 18323 OAK LANE AVENUE | FORT WORTH TX 76179 |
| | BATON ROUGE LA 70816 | |
| CREDITOR ID: 313065-39 | CREDITOR ID: 313066-39 | CREDITOR ID: 313067-39 |
| TIMOTHY A HARRINGTON | TIMOTHY A MYLAND | TIMOTHY A TOWLE |
| 106 S WESTWOOD AVE | 4928 SPIRIT CT | 4536 FLAGG STREET |
| DELAND FL 32720 | STONE MOUNTAIN GA 30087 | ORLANDO FL 32812 |
| CREDITOR ID: 313068-39 | CREDITOR ID: 313069-39 | CREDITOR ID: 313070-39 |
| TIMOTHY ALAN HOOIE | TIMOTHY B MORANDO | TIMOTHY BRUCE FOX |
| 3505 E GRANDVIEW DR | 22229 SW 65TH TER | PO BOX 1013 |
| BLOOMINGTON IN 47408 | BOCA RATON FL 33428 | GRANITE FALLS NC 28630 |
| CREDITOR ID: 313071-39 | CREDITOR ID: 313072-39 | CREDITOR ID: 313073-39 |
| TIMOTHY C BELLWOOD | TIMOTHY C LIPPARD | TIMOTHY C SMITH |
| 7424 DEEPWOOD DRIVE N | 8302 N PACKWOOD AVE | 665 LAKE RD SW |
| JACKSONVILLE FL 32244 | TAMPA FL 33604-2712 | CORYDON IN 47112 |
| CREDITOR ID: 313074-39 | CREDITOR ID: 313075-39 | CREDITOR ID: 313076-39 |
| TIMOTHY C SMITH & TERESA A | TIMOTHY CRAIG PETERS | TIMOTHY D BICE & GINA M BICE |
| SMITH JT TEN | 4390 HERSCHEL ST U#7 | JT TEN |
| 665 LAKE RD SW | JACKSONVILLE FL 32210 | 2433 ALEXANDER LAKE DR |
| CORYDON IN 47112 | | MARIETTA GA 30064 |
| CREDITOR ID: 313077-39 | CREDITOR ID: 313078-39 | CREDITOR ID: 313079-39 |
| TIMOTHY D BRAUSCH | TIMOTHY D BROCK | TIMOTHY D BUSSEY |
| 5010 MALLARD CROSSING LANE | 220 EASTFIELD AVE | 5067 FRANKLIN ST |
| CINCINNATI OH 45247 | STEDMAN NC 28391 | ROCKY MOUNT VA 24151 |
| CREDITOR ID: 313080-39 | CREDITOR ID: 313081-39 | CREDITOR ID: 313082-39 |
| TIMOTHY D HAWKINS | TIMOTHY D MEARS | TIMOTHY D MELANCON |
| 3917 DISTANTMOON CT | 606 CENTER ST | 17325 BUD MCMORRIS DRIVE |
| JACKSONVILLE FL 32210 | OCOEE FL 34761 | LIVINGSTON LA 70754 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313083-39<br>TIMOTHY D MIXON<br>184 EAST OHIO AVE<br>MACCLENNY FL 32063 | CREDITOR ID: 313084-39<br>TIMOTHY D MUMAU<br>1250 CHICHESTER ST<br>ORLANDO FL 32803 | CREDITOR ID: 313085-39<br>TIMOTHY D RAIL CUST KACEY B<br>RAIL A MINOR U/T/L/O/GA<br>4495 HILL GATE CT<br>GAINESVILLE GA 30506 |
| CREDITOR ID: 313086-39<br>TIMOTHY D SAWYER<br>1798 COUNTY ROAD 309<br>HILLSBORO AL 35643 | CREDITOR ID: 313087-39<br>TIMOTHY D SEAY<br>3419 GOOD PLACE RD<br>ROCK  HILL SC 29732 | CREDITOR ID: 313088-39<br>TIMOTHY DALE MARTIN<br>3002 CHEROKEE AVE<br>GAFFNEY SC 29340 |
| CREDITOR ID: 313089-39<br>TIMOTHY DAVID BICE<br>2433 ALEXANDER LAKE DR<br>MARIETTA GA 30064 | CREDITOR ID: 313090-39<br>TIMOTHY DEZARN<br>46 PUGION ROOST RD<br>MANCHESTER KY 40962 | CREDITOR ID: 313091-39<br>TIMOTHY E CARLSON<br>AS CALIFORNIA SEPARATE PROP<br>257 LOMBARDI CIRCLE<br>WALNUT  CREEK CA 94598 |
| CREDITOR ID: 313092-39<br>TIMOTHY E COOK<br>518 CARDINAL DR<br>CONWAY SC 29526 | CREDITOR ID: 313093-39<br>TIMOTHY E GRAVES<br>560 RUDD LANE<br>SPRINGFIELD KY 40069 | CREDITOR ID: 313094-39<br>TIMOTHY E HAMILTON<br>216 KEEL WAY<br>OSPREY FL 34229 |
| CREDITOR ID: 313095-39<br>TIMOTHY E LONG<br>2103 BENT OAK COURT<br>PANAMA  CITY  BEACH FL 32408 | CREDITOR ID: 313096-39<br>TIMOTHY E NORRIS<br>407 HANOVER RD<br>ABBEVILLE SC 29620 | CREDITOR ID: 313097-39<br>TIMOTHY E PERREAULT &<br>PATRICIA A PERREAULT JT TEN<br>4323 WABASSO AVE<br>NORTH  PORT FL 34287 |
| CREDITOR ID: 313098-39<br>TIMOTHY E SNEED<br>5250 FAYANN STREET<br>ORLANDO FL 32812 | CREDITOR ID: 313099-39<br>TIMOTHY ELIJAH PURVIS<br>1449 MARSH ROAD<br>BLADENBORO NC 28320 | CREDITOR ID: 313100-39<br>TIMOTHY EUGENE DAVIS<br>PO BOX 555<br>PIEDMONT SC 29673 |
| CREDITOR ID: 313101-39<br>TIMOTHY F GRAHAM & SUSAN C<br>GRAHAM JT TEN<br>9923 57TH WAY<br>PINELLAS  PARK FL 34666 | CREDITOR ID: 313104-39<br>TIMOTHY F MILBOURN<br>63 LEE RD 624<br>OPELIKA AL 36801 | CREDITOR ID: 313105-39<br>TIMOTHY F SHIVLEY<br>381 GRAVEL HILL RD<br>RUFFIN NC 27326 |
| CREDITOR ID: 313107-39<br>TIMOTHY FAILLA<br>220 AMANA AVE<br>BRANDON FL 33510 | CREDITOR ID: 313108-39<br>TIMOTHY FRANKLIN LANHAM<br>1539 LITTLE TEXAS RD<br>TRAVERLERS  REST SC 29690 | CREDITOR ID: 313109-39<br>TIMOTHY G CLINKSCALES<br>535 KINGCREST DRIVE<br>FLAT  ROCK NC 28731 |
| CREDITOR ID: 313110-39<br>TIMOTHY G ROSSELOT<br>1910 W LOVELAND AVE<br>LOVELAND OH 45140 | CREDITOR ID: 313111-39<br>TIMOTHY G STOREY & LUCY J<br>STOREY JT TEN<br>8432 DELAWARE DR<br>SPRING  HILL FL 34607 | CREDITOR ID: 313112-39<br>TIMOTHY GEORGE STOREY & LUCY<br>J STOREY JT TEN<br>8432 DELAWARE DR<br>SPRING  HILL FL 34607 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313113-39<br>TIMOTHY GREEN<br>1526 MAGNOLIA MANOR DR LOT 2<br>GULF  BREEZE FL 32561 | CREDITOR ID: 313114-39<br>TIMOTHY H CORDELL<br>10568 RED OAKS CT<br>MIDLAND NC 28107 | CREDITOR ID: 313115-39<br>TIMOTHY H HAWKINS<br>54 CENTER RD<br>TRAVELERS  REST SC 29690 |
| CREDITOR ID: 313116-39<br>TIMOTHY H JOHNSON<br>2803 BERKLEY RD<br>BURLINGTON NC 27217 | CREDITOR ID: 313117-39<br>TIMOTHY H KYLE & DEBORAH C<br>KYLE JT TEN<br>9707 N 16TH ST<br>TAMPA FL 33612 | CREDITOR ID: 313118-39<br>TIMOTHY H MAYERS<br>2172 ROTHBURY DR<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 313119-39<br>TIMOTHY H OAKES<br>206 RANDOLPH DR<br>IVA SC 29655 | CREDITOR ID: 313120-39<br>TIMOTHY H TAYLOR<br>5250 SW 101 AVE<br>COOPER  CITY FL 33328 | CREDITOR ID: 313121-39<br>TIMOTHY HALE<br>RR 3 BOX 7H<br>GREENVILLE FL 32331 |
| CREDITOR ID: 313122-39<br>TIMOTHY HARTSFIELD<br>PO BOX 1885<br>APEX NC 27502 | CREDITOR ID: 313123-39<br>TIMOTHY HORACE SOUTHALL<br>5418 PINE HILLS CIR<br>ORLANDO FL 32808 | CREDITOR ID: 313124-39<br>TIMOTHY J BROWN<br>7865 SW 100 ST<br>MIAMI FL 33156 |
| CREDITOR ID: 313125-39<br>TIMOTHY J CAMPBELL<br>2031 HUGH EDWARDS DRIVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 313126-39<br>TIMOTHY J CARROLL<br>6227 COUNTY RD 28<br>SLOCOMB AL 36375 | CREDITOR ID: 313127-39<br>TIMOTHY J CHORBA<br>5512 EARLE RD<br>RALEIGH NC 27606 |
| CREDITOR ID: 313128-39<br>TIMOTHY J COCHRAN<br>11609 BLACKWOODS LN<br>WEST  PALM  BCH FL 33412 | CREDITOR ID: 313129-39<br>TIMOTHY J COCHRAN &<br>STEPHANIE G COCHRAN JT TEN<br>11609 BLACKWOODS LN<br>WEST  PALM  BCH FL 33412 | CREDITOR ID: 313130-39<br>TIMOTHY J DEAN<br>11607 CYPRESS PARK ST<br>TAMPA FL 33624 |
| CREDITOR ID: 313131-39<br>TIMOTHY J DURHAM<br>213 DRURY LN<br>MAULDIN SC 29662 | CREDITOR ID: 313132-39<br>TIMOTHY J LORENZ<br>1406 3RD ST<br>SOUTHPORT FL 32409 | CREDITOR ID: 313133-39<br>TIMOTHY J MACKIE & KAREN<br>MACKIE JT TEN<br>1900 STRATHCONA DR<br>DETROIT MI 48203 |
| CREDITOR ID: 313134-39<br>TIMOTHY J MATTHEW<br>3339 BRIDGEWATER DR<br>HARVEY LA 70058 | CREDITOR ID: 313135-39<br>TIMOTHY J MORRIS & DEBBIE R<br>MORRIS JT TEN<br>2500 PORTER DR<br>WAXHAW NC 28173 | CREDITOR ID: 313136-39<br>TIMOTHY J RINGGOLD<br>106 WELLHAM AVE<br>GLEN  BURNIE MD 21061 |
| CREDITOR ID: 313137-39<br>TIMOTHY J SALVANT<br>220 ARLINGTON DR<br>METAIRIE LA 70001 | CREDITOR ID: 313138-39<br>TIMOTHY J SEIFREIT<br>2618 TUPELO AVE<br>MIMS FL 32754 | CREDITOR ID: 313139-39<br>TIMOTHY J WATTS<br>504B BELLEVUE PL<br>AUSTIN TX 78705 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                       CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 313140-39<br>TIMOTHY J WELDON<br>14401 MILITARY TRAIL-APT F207<br>DELRAY BEACH FL 33484 | CREDITOR ID: 313141-39<br>TIMOTHY JACOBS<br>2220 MT OLIVE CH RD<br>LUMBERTON NC 28358 | CREDITOR ID: 313143-39<br>TIMOTHY JOSEPH QUINT SR<br>3536 ST MARYS RD LOT D-10<br>COLUMBUS GA 31906 |
| CREDITOR ID: 313144-39<br>TIMOTHY K CARDER<br>753 LONGWOOD DR NW<br>ATLANTA GA 30305 | CREDITOR ID: 313145-39<br>TIMOTHY K LLOYD<br>8933 NARCISSUS AVE<br>SEMINOLE FL 33777 | CREDITOR ID: 313146-39<br>TIMOTHY K MANGOLD<br>4463 ALI DR<br>MORAINE OH 45439 |
| CREDITOR ID: 313147-39<br>TIMOTHY K OWEN<br>1331 WINESAP CT<br>CONYERS GA 30208 | CREDITOR ID: 313148-39<br>TIMOTHY KARAMIHALIS<br>3266 PINE FOREST DR<br>PALM HARBOR FL 34684 | CREDITOR ID: 313149-39<br>TIMOTHY KENNON THOMPSON<br>500 MOSELLE SEMINARY RD<br>MOSELLE MS 39459 |
| CREDITOR ID: 313150-39<br>TIMOTHY L CARR<br>3215 48TH AVE NE<br>NAPLES FL 34120 | CREDITOR ID: 313151-39<br>TIMOTHY L DEVINE<br>48 WESTWOOD LN<br>BIRMINGHAM AL 35214 | CREDITOR ID: 313152-39<br>TIMOTHY L DEVINE & WANDA M<br>DEVINE JT TEN<br>48 WESTWOOD LN<br>BIRMINGHAM AL 35214 |
| CREDITOR ID: 313153-39<br>TIMOTHY L DRAKE<br>339 JOHNSON DR<br>BRASELTON GA 30517 | CREDITOR ID: 313154-39<br>TIMOTHY L FERGUSON<br>4455 KINGSLYNN RD<br>NICEVILLE FL 32578 | CREDITOR ID: 313155-39<br>TIMOTHY L GILLIAM<br>4312 WELLINGTON DR<br>CINCINNATI OH 45245 |
| CREDITOR ID: 313156-39<br>TIMOTHY L KELLY<br>919 WHISPERWOOD TRL NE<br>CLEVELAND TN 37312 | CREDITOR ID: 313157-39<br>TIMOTHY L KOLLENBERG<br>8606 WILLOWRUN COURT<br>PEWEE VALLEY KY 40056 | CREDITOR ID: 313158-39<br>TIMOTHY L PHELPS<br>28232 JAMES CREEK RD<br>FRANKLINTON LA 70438 |
| CREDITOR ID: 313159-39<br>TIMOTHY L TROUTMAN<br>6513 ELMWOOD AVENUE<br>LOUISVILLE KY 40216 | CREDITOR ID: 313160-39<br>TIMOTHY LAROY SMITH<br>3226 BUTTONWOOD LN<br>MIDDLEBURG FL 32068 | CREDITOR ID: 313161-39<br>TIMOTHY LEE CATHCART<br>10820 CROSSCHURCH LANE<br>RALEIGH NC 27614 |
| CREDITOR ID: 313162-39<br>TIMOTHY LEE HENDRIX<br>3173 EASYPATH RD<br>MARIANNA FL 32446 | CREDITOR ID: 313163-39<br>TIMOTHY LEE HETTINGER<br>9226 LANTANA DR<br>LOUISVILLE KY 40229 | CREDITOR ID: 313164-39<br>TIMOTHY LEN LEWIS<br>140 DEBBIE LANE<br>DANVILLE VA 24540 |
| CREDITOR ID: 313165-39<br>TIMOTHY LEWIS JOHNSON<br>113 CAMELLIA DR<br>PRATTVILLE AL 36067 | CREDITOR ID: 313166-39<br>TIMOTHY M HOWARD<br>1666 CAMBRIDGE DR<br>CLEARWATER FL 34616 | CREDITOR ID: 313167-39<br>TIMOTHY M LAU<br>2629 SW 3RD PL<br>FORT MYERS FL 33914 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 313168-39<br>TIMOTHY M LOWE<br>10504 SALEM STREET<br>RIVER RIDGE LA 70123 | CREDITOR ID: 313169-39<br>TIMOTHY M SAWYER<br>11 SEABREEZE DR<br>BOURNE MA 02532 | CREDITOR ID: 313170-39<br>TIMOTHY M WELCH<br>BOX 158<br>FOUNTAIN INN SC 29644 |
| CREDITOR ID: 313171-39<br>TIMOTHY M WHITE<br>8324 OLD FEDERAL ROAD<br>MONTGOMERY AL 36117 | CREDITOR ID: 313172-39<br>TIMOTHY MARK BARGIOL<br>141 SHANNON DR<br>ANDERSON SC 29625 | CREDITOR ID: 313173-39<br>TIMOTHY MARVIN KELLY<br>RR 3 BOX 33C<br>WADESBORO NC 28170 |
| CREDITOR ID: 313174-39<br>TIMOTHY MORGAN MCNEILL<br>4194 BROWN OAK RD<br>RANDLEMAN NC 27317 | CREDITOR ID: 313175-39<br>TIMOTHY N GOODMAN<br>128 BEREFORD RD<br>REIDSVILLE NC 27320 | CREDITOR ID: 313176-39<br>TIMOTHY N HAGER<br>386 MAIN ST<br>CAMILLA GA 31730 |
| CREDITOR ID: 313178-39<br>TIMOTHY P BROUSSARD & MARY B<br>BROUSSARD TEN COM<br>3508 CALIFORNIA AVE<br>KENNER LA 70065 | CREDITOR ID: 313179-39<br>TIMOTHY P KOONE<br>13 CURRAN ST<br>LA GRANGE GA 30240 | CREDITOR ID: 313180-39<br>TIMOTHY P MANNING<br>101 HAZEL DR<br>NEW ORLEANS LA 70123 |
| CREDITOR ID: 313181-39<br>TIMOTHY P RIVIERE<br>6271 PAYNE RD<br>KEYSTONE HEIGHTS FL 32656 | CREDITOR ID: 313182-39<br>TIMOTHY PATRICK HAGGERTY<br>PO BOX 50129<br>POMPANO BEACH FL 33074 | CREDITOR ID: 313183-39<br>TIMOTHY PAUL ABNEY<br>4208 FAIRVIEW DR<br>COLUMBUS GA 31907 |
| CREDITOR ID: 313184-39<br>TIMOTHY PAUL COFFEY<br>242 LITTLE FARMS AVE<br>NEW ORLEANS LA 70123 | CREDITOR ID: 313185-39<br>TIMOTHY PAUL WILSON<br>2915 20TH ST LN NE<br>HICKORY NC 28601 | CREDITOR ID: 313186-39<br>TIMOTHY PELLIGRIN<br>617 DILTON AVE<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 313187-39<br>TIMOTHY Q CAIN<br>2825 BROADWAY APT 3<br>RIVIERA BEACH FL 33404 | CREDITOR ID: 313188-39<br>TIMOTHY R BAILEY<br>262 TWO HITCH RD<br>GOOSE CREEK SC 29445 | CREDITOR ID: 313189-39<br>TIMOTHY R CHADWICK<br>1060 POPLAR LN<br>LOGANVILLE GA 30052 |
| CREDITOR ID: 313190-39<br>TIMOTHY R CLARK<br>8363 SCOTTISH CT<br>JACKSONVILLE FL 32244 | CREDITOR ID: 313191-39<br>TIMOTHY R GARDNER<br>855 POPE FARM RD<br>STANTONSBURG NC 27883 | CREDITOR ID: 313192-39<br>TIMOTHY R HOLMES<br>2032 MYRTLEWOOD DR<br>MONTGOMERY AL 36111 |
| CREDITOR ID: 313194-39<br>TIMOTHY S DETER<br>593 DESMOND DR<br>LAWRENCEVILLE GA 30244 | CREDITOR ID: 313195-39<br>TIMOTHY S RICHARDS<br>7608 W ROSEDALE DR<br>HOMOSASSA FL 34448 | CREDITOR ID: 313196-39<br>TIMOTHY S WATSON JR<br>1441 SUGARBERRY LANE<br>ST CLOUD FL 34772 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313197-39<br>TIMOTHY SCOTT CLARK<br>1030 NW 45TH CT<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 313198-39<br>TIMOTHY SHANE HENDRICKS<br>209 ARIAL ST<br>EASLEY SC 29640 | CREDITOR ID: 313199-39<br>TIMOTHY SHAWN MARTIN<br>RT 10 BOX 8210<br>NACOGDACHES TX 75964 |
| CREDITOR ID: 313200-39<br>TIMOTHY SPAULDING<br>GENERAL DELIVERY<br>HCR 61 BOX 76<br>OCHOPEE FL 34141 | CREDITOR ID: 313201-39<br>TIMOTHY SUNG<br>117 OAK ROAD<br>ORINDA CA 94563 | CREDITOR ID: 313202-39<br>TIMOTHY W ALLEN<br>8402 PLUM RUN<br>SELLERSBURG IN 47172 |
| CREDITOR ID: 313203-39<br>TIMOTHY W BAKER<br>1987 HWY 46<br>RUSSELLVILLE AL 35653 | CREDITOR ID: 313204-39<br>TIMOTHY W COY<br>1587 BLUE CREEK RD<br>PONCE DE LEON FL 32455 | CREDITOR ID: 313205-39<br>TIMOTHY W GINN<br>823 NE MACEDONIA CHURCH ROAD<br>LEE FL 32059 |
| CREDITOR ID: 313206-39<br>TIMOTHY W KEY<br>710 GREENLEAF ST<br>ELIZABETH CITY NC 27909 | CREDITOR ID: 313207-39<br>TIMOTHY W KING<br>795 W LANSDOWNE AVE<br>ORANGE CITY FL 32763 | CREDITOR ID: 313208-39<br>TIMOTHY W MACK<br>2216 W HOME PARK CIR<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 313209-39<br>TIMOTHY W MCCARTY<br>2074 KOLD RIDGE COURT<br>MARIETTA GA 30008 | CREDITOR ID: 313210-39<br>TIMOTHY W MEYER<br>9504 SPARE DR<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 313211-39<br>TIMOTHY W POOLE<br>2480 DEERFIELD DR<br>KENNESAW GA 30144 |
| CREDITOR ID: 313212-39<br>TIMOTHY W SMITH<br>8154 FOXWORTH TRL<br>POWELL TN 37849 | CREDITOR ID: 313213-39<br>TIMOTHY W YATES & DAWN Y<br>YATES JT TEN<br>264 FULTZ RD<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 313214-39<br>TIMOTHY WAYNE ROBINSON<br>167 RED BANK RD<br>WAYNESVILLE NC 28786 |
| CREDITOR ID: 313215-39<br>TIMOTHY WAYNE WILSON &<br>CYNTHIA LOUISE WILSON JT TEN<br>329 N CHURCH ST<br>SILVERTON OR 97381 | CREDITOR ID: 313216-39<br>TIMOTHY WOLTER<br>3921 SANDPATH RD<br>BONIFAY FL 32425 | CREDITOR ID: 313217-39<br>TIMOTHY WRIGHT & MATTIE L<br>WRIGHT JT TEN<br>DIGGER WASP NW TRL<br>RTE 4 BOX 6060<br>MADISON FL 32340-9772 |
| CREDITOR ID: 313218-39<br>TINA B EBRAHIMPOUR<br>1809 BUTTERNUT AVE<br>METAIRIE LA 70001 | CREDITOR ID: 313219-39<br>TINA BARNHILL & MARK<br>BARNHILL JT TEN<br>5636 MERWOOD CT<br>MOBILE AL 36619 | CREDITOR ID: 313220-39<br>TINA BERRY<br>110 SKAGGS PL<br>SAN ANTONIO TX 78235 |
| CREDITOR ID: 313221-39<br>TINA C LAZOS<br>2360 IRISH LANE 12<br>CLEARWATER FL 33763 | CREDITOR ID: 313222-39<br>TINA D DESLATTE<br>1514 HOPKINS<br>NEW IBENA LA 70560 | CREDITOR ID: 313223-39<br>TINA DYAR-HANCOCK<br>ATTN TINA DYAR LEE<br>414 N ELM ST<br>PENDLETON SC 29670 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313224-39<br>TINA GUILLORY & MITCHELL W<br>GUILLORY TEN COM<br>1444 DARREL RD<br>VILLE  PLATTE LA 70586 | CREDITOR ID: 313225-39<br>TINA HAWKINS<br>3819 DELACHAISE ST<br>NEW  ORLEANS LA 70125 | CREDITOR ID: 313226-39<br>TINA J AARONS<br>2805 HEATH AVE<br>BRONX NY 10463 |
| CREDITOR ID: 313227-39<br>TINA J DUCOTE<br>2375 NE CHATHAM WY<br>PALM  BAY FL 32905 | CREDITOR ID: 313229-39<br>TINA JOYCE LEWIS CUST<br>CHRISTINA MARIE LEWIS UNIF<br>TRAN MIN ACT FL<br>3520 CHART PRINE RD<br>LAKELAND FL 33810 | CREDITOR ID: 313228-39<br>TINA JOYCE LEWIS CUST<br>CHRISTINA MARIE LEWIS UNDER<br>THE FL UNIF TRAN MIN ACT<br>3520 CHART PRINE RD<br>LAKELAND FL 33810 |
| CREDITOR ID: 313230-39<br>TINA JOYCE YOUNG CUST<br>CHRISTINA LEWIS UNDER THE FL<br>UNIF TRAN MIN ACT<br>5115 ANTIQUA CT<br>LAKELAND FL 33813 | CREDITOR ID: 313231-39<br>TINA L MARTIN<br>201 WHITERAPIDS CT<br>ORLANDO FL 32828 | CREDITOR ID: 313232-39<br>TINA L ODOM<br>811 NW 70TH AVE<br>HOLLYWOOD FL 33024 |
| CREDITOR ID: 313233-39<br>TINA L SHEFFIELD<br>4555 LEISURE LAKE DR<br>CHIPLEY FL 32428 | CREDITOR ID: 313234-39<br>TINA L TERRO<br>165 GINA STREET<br>RAYNE LA 70578 | CREDITOR ID: 313235-39<br>TINA L WASHBURN<br>69 SHERBURNE HILL ROAD<br>NORTHWOOD NH 03261 |
| CREDITOR ID: 313236-39<br>TINA L WILLIAMS<br>6189 POSEY BRIDGE RD<br>BILOXI MS 39532 | CREDITOR ID: 313237-39<br>TINA LAZOS<br>2360 IRISH LANE, APT 12<br>CLEARWATER FL 33763 | CREDITOR ID: 313238-39<br>TINA LIBERTI<br>10527 55 AVE N<br>SEMINOLE FL 34642 |
| CREDITOR ID: 313239-39<br>TINA LOUISE POOLE<br>436 BESSTOWN RD<br>BESSEMER  CITY NC 28016 | CREDITOR ID: 313240-39<br>TINA LOUISE SCHWEDLER<br>5573 56TH WAY N<br>KENNETH  CITY FL 33709 | CREDITOR ID: 313241-39<br>TINA LOUISE WILLIAMSON<br>1820 MANDY CT<br>KINGDOM  CITY MO 65262 |
| CREDITOR ID: 313242-39<br>TINA M ANNAS & MAYNARD H<br>ANNAS JT TEN<br>4384 LOWER CEDAR VALLEY RD<br>HUDSON NC 28638 | CREDITOR ID: 313243-39<br>TINA M CARMICHAEL<br>11160 GENERAL AVE<br>WHITEHOUSE FL 32220 | CREDITOR ID: 313244-39<br>TINA M CARTER<br>299 POB 299<br>EDGEWATER FL 32132 |
| CREDITOR ID: 313245-39<br>TINA M FARRIS<br>6038 S PRESTON<br>LEBANON  JUNCTION KY 40150 | CREDITOR ID: 313246-39<br>TINA M HARDEMON<br>1310 CANYON HILLS DR<br>COTTONDALE AL 35453 | CREDITOR ID: 313247-39<br>TINA M HOWARD<br>303 PINEHILL RD<br>DUBLIN GA 31021 |
| CREDITOR ID: 313248-39<br>TINA M LANGLOIS<br>P O BOX 636<br>NEW ROADS LA 70760 | CREDITOR ID: 313249-39<br>TINA M PRATHER<br>5301 CR 208<br>ST  AUGUSTINE FL 32092 | CREDITOR ID: 313250-39<br>TINA M SOREY<br>1514 CLEARLAKE RD APT 70<br>COCOA FL 32922 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

| CREDITOR ID: 313251-39 | CREDITOR ID: 313252-39 | CREDITOR ID: 313253-39 |
|---|---|---|
| TINA M SOUDER & TONY R SOUDER JT TEN 5640 GLEN OAK MASON OH 45040 | TINA M WILSON 120 JACK RD FITZGERALD GA 31750 | TINA MARIE LESTER 3201 VAIDENS POND RD LANEXA VA 23089 |
| CREDITOR ID: 313254-39 | CREDITOR ID: 313255-39 | CREDITOR ID: 313256-39 |
| TINA MCDONALD CUST KYLE MCDONALD UNDER THE AL UNIF TRAN MIN ACT 1808 DUNNAVANT RD SE LEEDS AL 35094 | TINA MICHELLE CATHEY 703 MODERA ST GASTONIA NC 28054 | TINA MICHELLE MYERS RT 3 BOX 253-A KEMP TX 75143 |
| CREDITOR ID: 313257-39 | CREDITOR ID: 313258-39 | CREDITOR ID: 313259-39 |
| TINA MOON SMITH 251 OLD GREENWOOD HWY ABBEVILLE SC 29620 | TINA MORABITO FRADY CUST BOBBY JOHN FRADY UNIF TRAN MIN ACT FL 1691 HALSEMA RD N JACKSONVILLE FL 32220 | TINA R DARNELL 392 MINGA RD KINGSPORT TN 37663 |
| CREDITOR ID: 313260-39 | CREDITOR ID: 313261-39 | CREDITOR ID: 313262-39 |
| TINA RENAE GUICE 4204 GREEN MEADOW DRIVE MONTGOMERY AL 36108 | TINA S BROUSSARD 40086 ALISE AVE PRAIRIEVILLE LA 70769 | TINA SHULL HOLLAR 5285 RAMBLEWOODS AVE CLAREMONT NC 28610 |
| CREDITOR ID: 313263-39 | CREDITOR ID: 313265-39 | CREDITOR ID: 313264-39 |
| TINA T LOUVIERE 1907 PEMBROKE ST NEW IBERIA LA 70563 | TINA TERESA COBB CUST STEPHANIE NICOLE COBB UNIF TRANS MIN ACT VA 102 FRALEY AV DUFFIELD VA 24244 | TINA TERESA COBB CUST SAMANTHA ANNE COBB UNIF TRANS MIN ACT VA 102 FRALEY AV DUFFIELD VA 24244 |
| CREDITOR ID: 313266-39 | CREDITOR ID: 290744-39 | CREDITOR ID: 313267-39 |
| TINA YOUNG CUST MATTHEW PAUL YOUNG UNDER THE FL UNIF TRAN MIN ACT 3520 CHART PRINE RD LAKELAND FL 33810 | TINDALL, GARRY PRESTON BOX 82131 CONYERS GA 30013 | TIONNA D HATCHETT CUST ZACHARY DAVIS DUKE UNIF TRAN MIN ACT FL 6708 EPPING FOREST WAY NORTH JACKSONVILLE FL 32217 |
| CREDITOR ID: 313268-39 | CREDITOR ID: 313269-39 | CREDITOR ID: 313270-39 |
| TIRANA K CRAVEN 2521 FOREST DR MELBOURNE FL 32901 | TISHA D JONES 2400 NW 22 STREET APT 33-D FORT LAUDERDALE FL 33311 | TITONIA F JACKSON 2219 DEVERON DR LOUISVILLE KY 40216 |
| CREDITOR ID: 313271-39 | CREDITOR ID: 313272-39 | CREDITOR ID: 313273-39 |
| TITSWORTH TRAILER SALES & SERV OF OHIO INC 2055 BONNIE DONNE DR OREGON OH 43618 | TOBY D FRIERSON 52 WIND N OAKS ROAD CARRIERE MS 39426 | TOBY G THOMPSON 2269 HOME RD DELAWARE OH 43015 |
| CREDITOR ID: 313274-39 | CREDITOR ID: 313275-39 | CREDITOR ID: 313276-39 |
| TOBY GROSSMAN 4604 HANNETT AVE NE ALBUQUERQUE NM 87110 | TOBY MARCUS CTSY BASIC INVESTORS INC 105 MITCHEL AVE LONG BEACH NY 11561 | TOBY R HALL & N TANICE HALL JT TEN PO BOX 482 MASCOTTE FL 34753 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313277-39<br>TOBY S CROSBY & TRACY L<br>CROSBY JT TEN<br>5233 SCOTLAND DR<br>CINCINNATI OH 45238 | CREDITOR ID: 313278-39<br>TODD A BROCK<br>733 ENDEAVOUR DR S<br>WINTER  SPGS FL 32708 | CREDITOR ID: 313279-39<br>TODD A PONS<br>3456 MONTANO AVE.<br>SPRING  HILL FL 34609 |
| CREDITOR ID: 313280-39<br>TODD A SIGLER<br>209 MARENGO ST<br>CLEBURNE TX 76031 | CREDITOR ID: 313281-39<br>TODD A STEINBERGER<br>278 PENNSYLVANIA AVE<br>MARION OH 43302 | CREDITOR ID: 313282-39<br>TODD A WATTS<br>2700 TYBEE DR<br>BUFORD GA 30519 |
| CREDITOR ID: 313283-39<br>TODD AARON BERGMAN<br>906 68TH AVENUE DRIVE WEST<br>BRADENTON FL 34207 | CREDITOR ID: 313284-39<br>TODD BUTLER<br>710 TANGLEWOOD AV<br>AUBURN AL 36832 | CREDITOR ID: 313285-39<br>TODD CHARLES MARTIN<br>1673 SPRING LOOP WAY<br>WINTER  GARDEN FL 34787 |
| CREDITOR ID: 313286-39<br>TODD D BLACKMON<br>480 WHITE ASH DR<br>GOLDEN CO 80403 | CREDITOR ID: 313287-39<br>TODD D HARRIMAN<br>25305 UNION HILL ROAD<br>ARDMORE TN 38449 | CREDITOR ID: 313288-39<br>TODD DOUGLAS BOWMAN<br>1530 MAY ROAD<br>GRANITE  FALLS NC 28630 |
| CREDITOR ID: 313289-39<br>TODD E GILES<br>1925 DEER RIDGE RD<br>MORRISTOWN TN 37814 | CREDITOR ID: 313290-39<br>TODD E JEWELL<br>25929 FREDERICK RD<br>CLARKSBURG MD 20871 | CREDITOR ID: 313291-39<br>TODD E KREEGER<br>APT 607<br>8335 FREEDOM CROSSING TRL<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 313292-39<br>TODD E SMITH CUST CHRISTINA<br>NOEL WHITE UNIF TRANS MIN<br>ACT MO<br>1218 DRY RIDGE RD<br>ST  LOUIS MO 63131 | CREDITOR ID: 313293-39<br>TODD E SMITH CUST HALEY<br>SPENCER SMITH UND UNIF GIFT<br>TO MIN ACT<br>1218 DRY RIDGE RD<br>ST  LOUIS MO 63131 | CREDITOR ID: 313294-39<br>TODD E SMITH CUST HARPER<br>FRANCES SMITH UNIF TRAN MIN<br>ACT MO<br>1218 DRY RIDGE RD<br>ST  LOUIS MO 63131 |
| CREDITOR ID: 313295-39<br>TODD E THOMAS<br>89 PINEWOOD LN<br>FORT  PIERCE FL 34947 | CREDITOR ID: 313296-39<br>TODD EUGENE KAHILL<br>2964 GRIER ST<br>NEWTON NC 28658 | CREDITOR ID: 313297-39<br>TODD EVERETTE SMITH<br>806 CURTISS DR<br>GARNER NC 27529 |
| CREDITOR ID: 313298-39<br>TODD GENTY<br>67 SHERIDAN AVE<br>SEASIDE  HEIGHTS NJ 08751 | CREDITOR ID: 313299-39<br>TODD GRIFFIN CARAWAY<br>14563 CRYSTAL VIEW LN<br>JACKSONVILLE FL 32250 | CREDITOR ID: 313300-39<br>TODD J DUPLANTIS<br>109 TIGERLILY DR<br>HOUMA LA 70360 |
| CREDITOR ID: 313301-39<br>TODD J WEIHMEIR<br>959 N HERON CIR<br>WINTER  HAVEN FL 33884 | CREDITOR ID: 313302-39<br>TODD JASON LYNAS<br>1919 36TH AVE N<br>ST  PETERSBURG FL 33713 | CREDITOR ID: 313303-39<br>TODD KARSHNER<br>145 SW 3RD ST<br>POMPANO  BEACH FL 33060 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313304-39<br>TODD L CORN<br>115 HOLLY AVE<br>EAST FLAT ROCK NC 28726 | CREDITOR ID: 313305-39<br>TODD L MULLIS<br>802 W 3RD ST<br>VIDALIA GA 30474 | CREDITOR ID: 313306-39<br>TODD L SUMPTER<br>713 FARROWWOOD DR<br>COLUMBIA SC 29223 |
| CREDITOR ID: 313307-39<br>TODD L SWAFFORD<br>BOX 1022<br>HUGOTON KS 67951 | CREDITOR ID: 313308-39<br>TODD LEVINE<br>218 SIESTA DRIVE<br>PUEBLO CO 81007 | CREDITOR ID: 313309-39<br>TODD LONG<br>2003 PINEAPPLE AVE<br>MELBOURNE FL 32935 |
| CREDITOR ID: 313310-39<br>TODD M EICHENAUER<br>PO BOX 4525<br>SHERWOOD OH 43556 | CREDITOR ID: 313311-39<br>TODD M FADEN<br>PO BOX 242<br>TANGERINE FL 32777 | CREDITOR ID: 313312-39<br>TODD M JACOBS & SUSAN T<br>JACOBS JT TEN<br>109 BROXTON CT<br>HEADLAND AL 36345 |
| CREDITOR ID: 313313-39<br>TODD M LOCASCIO & MARGARET G<br>LOCASCIO JT TEN<br>10524 HORIZON DR<br>SPRINGHILL FL 34608 | CREDITOR ID: 313314-39<br>TODD M SAWYER<br>P O BOX 6005<br>JACKSONVILLE FL 32236 | CREDITOR ID: 313315-39<br>TODD M SMITH<br>6544 SW 27TH ST<br>MIRAMAR FL 33023 |
| CREDITOR ID: 313316-39<br>TODD MYNATT<br>7840 CAMBERLEY DRIVE<br>POWELL TN 37849 | CREDITOR ID: 313317-39<br>TODD P NORMAN<br>1779 N GALVEZ<br>NEW ORLEANS LA 70119 | CREDITOR ID: 313318-39<br>TODD P SAUNDERS<br>107 NATCHEZ CT<br>SAINT MARYS GA 31558 |
| CREDITOR ID: 313319-39<br>TODD PRESTON KROPP<br>725 JANUARY DR<br>PLANO TX 75025 | CREDITOR ID: 313320-39<br>TODD R LEHMAN<br>632 MURPHY RD<br>WINTER SPRINGS FL 32708 | CREDITOR ID: 313321-39<br>TODD RALSTON & DARLENE<br>RALSTON JT TEN<br>3058 AUTUMNRIDGE DR<br>CINCINNATI OH 45251 |
| CREDITOR ID: 313322-39<br>TODD S ALLEN<br>513 KATIE DR<br>HOUMA LA 70360 | CREDITOR ID: 313323-39<br>TODD S RUSSELL<br>1013 SILCOX BRANCH CIR<br>OVIEDO FL 32765 | CREDITOR ID: 313324-39<br>TODD SHIRKEY<br>283 CROSSWIND LOOP<br>WESTERVILLE OH 43081 |
| CREDITOR ID: 313325-39<br>TODD THIEL<br>2228 LAKEVIEW DR<br>MELBOURNE FL 32935 | CREDITOR ID: 313326-39<br>TODD W BUELL<br>187 NW 264TH ST<br>NEWBERRY FL 32669 | CREDITOR ID: 313327-39<br>TODD W ELLIS<br>1860 NANCE RD<br>ALAMO TN 38001 |
| CREDITOR ID: 313328-39<br>TODD W JOHNSON<br>135 REGENCY BLVD<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 313329-39<br>TODD W ROMERO<br>1305 CAPTAIN CADE RD<br>NEW IBERIA LA 70560 | CREDITOR ID: 313330-39<br>TODD WHETSELL<br>12148 FRUITWOOD DR<br>RIVERVIEW FL 33569 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors,  Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313331-39<br>TODD WILLIAM PERRY<br>501 N 12TH ST<br>LA  PORTE TX 77571 | CREDITOR ID: 294203-39<br>TODESCO JR, JAMES<br>3008 KANSAS AVE<br>KENNER LA 70065 | CREDITOR ID: 313332-39<br>TOKIKO KIRBY<br>26205 SW 124TH CT<br>HOMESTEAD FL 33032 |
| CREDITOR ID: 313333-39<br>TOLEDO J BRADFORD<br>105 HAZEL DR<br>WARNER  ROBINS GA 31088 | CREDITOR ID: 313334-39<br>TOLIVER W BLACKARD<br>615 CHUB LAKE ST<br>ROXBORO NC 27573 | CREDITOR ID: 313335-39<br>TOLUTOMI AGUNBIADE<br>1016 N BEVERLY<br>WICHITA  FALLS TX 76305 |
| CREDITOR ID: 313336-39<br>TOM A FARRER & DOROTHY V<br>FARRER JT TEN<br>317 GROVE CIRCLE<br>AVON  PARK FL 33825 | CREDITOR ID: 313337-39<br>TOM BLACKWELL JR<br>11371 SW 13TH ST<br>DAVIE FL 33325 | CREDITOR ID: 313338-39<br>TOM CHAMBERLAIN & HELEN<br>CHAMBERLAIN JT TEN<br>3263 JAMESTOWN ST<br>PORT  CHARLOTTE FL 33952 |
| CREDITOR ID: 313339-39<br>TOM CUNNINGHAM<br>11B<br>10 10 NE 8TH AVE<br>DELRAY  BEACH FL 33483 | CREDITOR ID: 313340-39<br>TOM E MILES<br>3709 SWALLOWTAIL TRACE<br>TALLAHASSEE FL 32309 | CREDITOR ID: 313341-39<br>TOM E MOBLEY<br>RT 3 BOX 1670<br>MADISON FL 32340 |
| CREDITOR ID: 313342-39<br>TOM F NEELEY<br>10598 OLD FEDERAL RD<br>QUINCY FL 32351 | CREDITOR ID: 313343-39<br>TOM HARBULAK<br>185 BROADWAY AVE<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 313344-39<br>TOM K LUM &<br>FRANCES FU LI LUM JT TEN<br>925 S MUIRFIELD RD<br>LOS  ANGELES CA 90019 |
| CREDITOR ID: 313345-39<br>TOM LEWIS OAKES & ETHEL R<br>OAKES JT TEN<br>181 RIVERWOOD DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 313346-39<br>TOM LITTLE<br>2812 GLENNIS CT<br>TALLAHASSEE FL 32303 | CREDITOR ID: 313347-39<br>TOM SCANGARELLO<br>13113 SHERIDAN DR<br>HUDSON FL 34667 |
| CREDITOR ID: 313348-39<br>TOM SYLVESTER<br>561 GREISON TRL APT 1D<br>NEWNAN GA 30263 | CREDITOR ID: 313349-39<br>TOM VATH & SHEREE VATH JT TEN<br>2716 W MONTECITO DR<br>RIALTO CA 92377 | CREDITOR ID: 313350-39<br>TOM W DAVIES & JULIE G<br>DAVIES JT TEN<br>2142 MARION DRIVE<br>LAPLACE LA 70068 |
| CREDITOR ID: 313351-39<br>TOM W STANSFIELD<br>1403 ELIZABETH AVE<br>COCOA FL 32922 | CREDITOR ID: 280247-39<br>TOMAN, AMY & JAMES T LE,  JT TEN<br>710 N EMMA DR<br>ARLINGTON TX 76002 | CREDITOR ID: 313352-39<br>TOMAS CINTRON III<br>907 BALLARD ST C<br>ALTAMONTE  SPRINGS FL 32701 |
| CREDITOR ID: 313353-39<br>TOMAS GARCIA & MARGOT A<br>GARCIA JT TEN<br>554 HIALEAH DR<br>HIALEAH FL 33010 | CREDITOR ID: 313354-39<br>TOMAS MINOR & PAT MINOR<br>JT TEN<br>92 RIDGE CREEK DRIVE<br>LEXINGTON SC 29072 | CREDITOR ID: 313355-39<br>TOMASA DEL TORO<br>18875 NW 62ND AVE #205<br>MIAMI  LAKES FL 33055 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 313356-39
TOMI F DEAN
5232 SAN JUAN AVE
JACKSONVILLE FL 32210

CREDITOR ID: 313357-39
TOMI F DEAN CUST DANIELLE J
DEAN UNIF TRANS MIN ACT FL
5232 SAN JUAN AVE
JACKSONVILLE FL 32210

CREDITOR ID: 313358-39
TOMI F DEAN CUST JOHSUA
SHAWN DEAN UNIF TRANS MIN
ACT FL
5232 SAN JUAN AVE
JACKSONVILLE FL 32210

CREDITOR ID: 313359-39
TOMIA L FINGERLE & GARY W
FINGERLE JT TEN
2816 RIVER BEND RD
PLAINVILLE GA 30733

CREDITOR ID: 313361-39
TOMMIE D HODGES & BARBARA G
HODGES JT TEN
2509 RIVER DR
GAINESVILLE GA 30506

CREDITOR ID: 313362-39
TOMMIE G GREENE
240 RICHARDSON RD
SIMPSONVILLE SC 29681

CREDITOR ID: 313363-39
TOMMIE J KERN
935 CLARKS LN
LOUISVILLE KY 40217

CREDITOR ID: 313364-39
TOMMIE LEE ROBERTS
2921 NW 44TH TER
LAUDERDALE LAKES FL 33313

CREDITOR ID: 313365-39
TOMMIE LOUISE AMASON
2711 MCDONOUGH RD
HAMPTON GA 30228

CREDITOR ID: 313366-39
TOMMY A LAFRANCE
211 BAY OAKS DR
BAY SAINT LOUIS MS 39520

CREDITOR ID: 313367-39
TOMMY A LEE
2825 VILLA DR
MARRERO LA 70072

CREDITOR ID: 313368-39
TOMMY A LENTZ
2570 LENTZ RD
CHINA GROVE NC 28023

CREDITOR ID: 313369-39
TOMMY A TAYLOR
PO BOX 774
WESTMINSTER TX 75096

CREDITOR ID: 313370-39
TOMMY ABSTON
35050 SILVER OAK DR
LEESBURG FL 34788

CREDITOR ID: 313371-39
TOMMY ALBERT CORSA
322 ROBERT RICKISON RD
BROXTON GA 31519

CREDITOR ID: 313372-39
TOMMY ALVIN SHARPE
4853 BURNS RD
GRANITE FALLS NC 28630

CREDITOR ID: 313373-39
TOMMY BAILEY & JOYCE ANN
BAILEY JT TEN
4817 SPRING BROOK DR
HAHIRA GA 31632

CREDITOR ID: 313374-39
TOMMY BAILEY & JOYCE BAILEY
JT TEN
4817 SPRING BROOK DR
HAHIRA GA 31632

CREDITOR ID: 313375-39
TOMMY C JORDAN
756 DUBUQUE DR
MONTGOMERY AL 36109

CREDITOR ID: 313376-39
TOMMY C RUSSELL
1391 KNOWLING LOOP RD
TALBOTT TN 37877

CREDITOR ID: 313377-39
TOMMY C STROM
3840 LAUREL STREET
S AUGUSTINE FL 32095

CREDITOR ID: 313378-39
TOMMY D GATES
1481 OAKLAND AVE
MONTGOMERY AL 36108

CREDITOR ID: 313379-39
TOMMY D GLEASON
3711 SHAMROCK STREET - APT. 9173
TALLAHASSEE FL 32309

CREDITOR ID: 313380-39
TOMMY D LEAMON
PO BOX 1412
SPRINGTOWN TX 76082

CREDITOR ID: 313381-39
TOMMY D THRELKELD
6258 WHITEHORSE RD
GREENVILLE SC 29611

CREDITOR ID: 313382-39
TOMMY F RYAN
4001 PINE PL
VALDOSTA GA 31605

CREDITOR ID: 313383-39
TOMMY G SIMMONS
110 BLUE RIDGE DR
GREER SC 29651

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313384-39<br>TOMMY J ELLIS<br>510 BREMERTON DR<br>GREENVILLE NC 27858 | CREDITOR ID: 313385-39<br>TOMMY J JENKINS<br>1059 TALBOT AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 313386-39<br>TOMMY L KENDRICK<br>57421 CYPRESS AVE<br>SLIDELL LA 70461 |
| CREDITOR ID: 313387-39<br>TOMMY L MARTIN<br>104 BELLE CHERIE DR<br>SLIDELL LA 70461 | CREDITOR ID: 313388-39<br>TOMMY L PINCKARD<br>352 GEORGE STRICKLAND RD<br>CLAXTON GA 30417 | CREDITOR ID: 313389-39<br>TOMMY L SUMMERS<br>7412 FOSTER DR<br>FT WORTH TX 76135 |
| CREDITOR ID: 313390-39<br>TOMMY L TAYLOR<br>P O BOX 1393<br>LYNN HAVEN FL 32444 | CREDITOR ID: 313392-39<br>TOMMY LANIER KISER<br>402 CONNER ST NW<br>LIVE OAK FL 32060 | CREDITOR ID: 313393-39<br>TOMMY LYNN LANFORD<br>1060 N HUNT CLUB LN N<br>SPARTANBURG SC 29301 |
| CREDITOR ID: 313394-39<br>TOMMY M VAKOC<br>2318 NEAL ST<br>AUGUSTA GA 30906 | CREDITOR ID: 313395-39<br>TOMMY M WATKINS<br>3109 BUNCOMBE RD<br>GREENVILLE SC 29609 | CREDITOR ID: 313396-39<br>TOMMY MARGIOTTA II<br>PO BOX 941<br>PICAYUNE MS 39466 |
| CREDITOR ID: 313397-39<br>TOMMY MICHAEL ODDO II<br>3263 NICKS PL<br>CLEARWATER FL 34621 | CREDITOR ID: 313398-39<br>TOMMY PAUL WILLIAMS<br>101 DOGWOOD PL<br>WOODSTOCK GA 30188 | CREDITOR ID: 313399-39<br>TOMMY R HULL<br>6393 FM 113<br>MILLSAP TX 76066 |
| CREDITOR ID: 313400-39<br>TOMMY R MCCULLARS<br>PO BOX 451<br>ALEXANDRIA AL 36250 | CREDITOR ID: 313401-39<br>TOMMY R STACY<br>1528 HAMSTED ST<br>FORT WORTH TX 76115 | CREDITOR ID: 313402-39<br>TOMMY RAY DILL<br>5390 STRATFORD RD<br>WEST PALM BEACH FL 33415 |
| CREDITOR ID: 313403-39<br>TOMMY RAY YOUNG & JOYCE<br>BURKS YOUNG JT TEN<br>10678 HWY 43<br>KILLEN AL 35645 | CREDITOR ID: 313404-39<br>TOMMY REINA JR<br>510 AMELIA GROVE LN<br>LAWRENCEVILLE GA 30045 | CREDITOR ID: 313405-39<br>TOMMY S DENMARK<br>728 DEWBERRY DRIVE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 313406-39<br>TOMMY SETTERS<br>3838 TURLEY RD<br>MT STERLING KY 40353 | CREDITOR ID: 313407-39<br>TOMMY STINSON<br>13879 HEARTHSIDE DR<br>GRANGER IN 46530 | CREDITOR ID: 313408-39<br>TOMMY W THOMAS<br>5155 PALOMINO WAY<br>ORLANDO FL 32810 |
| CREDITOR ID: 313409-39<br>TOMMY WAYNE SPENDLOVE<br>1432 PEACEFUL VALLEY RD<br>EASTABOGA AL 36260 | CREDITOR ID: 313410-39<br>TOMMY-W-WHITESIDES JR<br>268 N BURRIS RD<br>SHARON SC 29742 | CREDITOR ID: 313411-39<br>TONETTA FRY & ERNEST LEE FRY<br>JT TEN<br>226 W WINBOURNE AVE<br>CLARKSVILLE IN 47129 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313412-39<br>TONEY HOWARD CUST FOR<br>ELIZABETH ANN HOWARD UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>11320 7TH ST<br>TREASURE ISLAND FL 33706 | CREDITOR ID: 313413-39<br>TONGELA E KING<br>2803 BRETT RD<br>HUNTSVILLE AL 35810 | CREDITOR ID: 313414-39<br>TONI A INFANTE<br>2399 EAST 21ST ST<br>BROOKLYN NY 11229 |
| CREDITOR ID: 313415-39<br>TONI A ZAFOOT<br>412 CALCUTTA DR<br>WEST COLUMBIA SC 29172 | CREDITOR ID: 313416-39<br>TONI ADAMS DECUIRE & LARRY<br>LOUIS DECUIRE JT TEN<br>1550 SPANISH OAKS DR<br>HARVEY LA 70058 | CREDITOR ID: 313417-39<br>TONI ANN CRAWFORD<br>PO BOX 6269<br>HILTON HEAD SC 29938 |
| CREDITOR ID: 313418-39<br>TONI ANNE CHIMEL<br>256 21ST AVE<br>VERO BEACH FL 32962 | CREDITOR ID: 313419-39<br>TONI C VAN ANTWERP<br>1532 SW 30 AVE<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 313420-39<br>TONI DIANA MCELVEEN<br>5730 N ANDREWS AVE<br>FORT LAUDERDALE FL 33309 |
| CREDITOR ID: 313421-39<br>TONI G THOMAS<br>BOX 734<br>CLAYTON LA 71326 | CREDITOR ID: 313422-39<br>TONI K LONG<br>380 COUNTY ROAD 364<br>ENTERPRISE MS 39330 | CREDITOR ID: 313423-39<br>TONI L WILLIAMS<br>3500 MORNINGSIDE DRIVE<br>KISSIMMEE FL 34744 |
| CREDITOR ID: 313427-39<br>TONI LYNN THOMAS CUST<br>VICTORIA NICOLE THOMAS UNDER<br>SC UNIFORM GIFTS TO MINORS<br>ACT<br>3095 MAPLEWOOD DR<br>NORTH AUGUSTA SC 29841 | CREDITOR ID: 313426-39<br>TONI LYNN THOMAS CUST<br>HEATHER BROOKE THOMAS UNIF<br>TRANS MIN ACT SC<br>3095 MAPLEWOOD DR<br>N AUGUSTA SC 29841 | CREDITOR ID: 313425-39<br>TONI LYNN THOMAS CUST<br>CHRISTOPHER MICHAEL THOMAS<br>UNIF TRANS MIN ACT SC<br>3095 MAPLEWOOD DR<br>N AUGUSTA SC 29841 |
| CREDITOR ID: 313424-39<br>TONI LYNN THOMAS CUST<br>ANTHONY JAMES THOMAS UNIF<br>TRANS MIN ACT SC<br>3095 MAPLEWOOD DR<br>N AUGUSTA SC 29841 | CREDITOR ID: 313428-39<br>TONI LYNN THOMAS CUST FOR<br>SEAN M THOMAS UNDER THE SC<br>UNIFORM GIFTS TO MINORS ACT<br>3095 MAPLEWOOD DRIVE<br>NORTH AUGUST SC 29841 | CREDITOR ID: 313429-39<br>TONI MARIE RADLEY & RANDY<br>RADLEY JT TEN<br>1224 38TH ST W<br>BRADENTON FL 34205 |
| CREDITOR ID: 313430-39<br>TONI NICHOLS<br>16425 MAGNOLIA BRIDGE RD<br>GREENWELL SPRINGS LA 70739 | CREDITOR ID: 313431-39<br>TONI PALMERI<br>20120 NE 2ND AVENUE<br>NORTH MIAMI BEAACH FL 33179 | CREDITOR ID: 313433-39<br>TONI SHAFER<br>921 CARIBBEAN PL<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 313434-39<br>TONI T ANWEILER<br>6221 ISLAND FOREST DR<br>ORANGE PARK FL 32003 | CREDITOR ID: 313435-39<br>TONIA COX CHIN<br>403 SO DEANS ST<br>WILSON NC 27893 | CREDITOR ID: 313436-39<br>TONIA MARIE RICHARDSON<br>627 JONES RD<br>MOLENA GA 30258 |
| CREDITOR ID: 313437-39<br>TONJA O ANDERSON & SHERMAN<br>ANDERSON JT TEN<br>561 DOCKERY RD<br>ROCKINGHAM NC 28379 | CREDITOR ID: 313438-39<br>TONJA RENEE GANS<br>3128 BRAXTON CAMPBELL CT<br>CINCINNATI OH 45206 | CREDITOR ID: 313439-39<br>TONNYA ALBANESE & NICK C<br>ALBANESE JT TEN<br>3224 TURTLE CREEK ROAD<br>ST AUGUSTINE FL 32086 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313440-39<br>TONY ALAN HAWKINS<br>RR 1 BOX 272<br>MADILL OK 73446 | CREDITOR ID: 313441-39<br>TONY BRUCE BEASLEY<br>1376 GEORGE PERRY LEE RD<br>DUNN NC 28334 | CREDITOR ID: 313442-39<br>TONY C BARTLEY<br>3250 SW GREATVIEW PL<br>OAK HARBOR WA 98277 |
| CREDITOR ID: 313443-39<br>TONY C GASTER & CAROLENE E<br>GASTER JT TEN<br>2854 STRAND CIR<br>OVIEDO FL 32765 | CREDITOR ID: 313444-39<br>TONY CEREKWICKI<br>P O BOX 502<br>EAGLE LAKE FL 33839 | CREDITOR ID: 313445-39<br>TONY CICHANSKI<br>APT 208<br>912 DELANCY CIR<br>BRANDON FL 33511 |
| CREDITOR ID: 313446-39<br>TONY CLIFFORD WALLACE<br>255 24TH AVE SE<br>ST PETERSBURG FL 33705 | CREDITOR ID: 313447-39<br>TONY CORRETJER<br>2541 NW 14TH COURT<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 313448-39<br>TONY D COPELAND<br>1863 OAK TR<br>CALLAHAN FL 32011 |
| CREDITOR ID: 313449-39<br>TONY D LEHMAN<br>10023 DEAN CHASE BLVD<br>ORLANDO FL 32825 | CREDITOR ID: 313450-39<br>TONY ELIJAH WISE<br>3759 ROANOKE ROAD<br>NEWTON GROVE NC 28366 | CREDITOR ID: 313451-39<br>TONY HOLT<br>922 CARPENTER RD<br>LOVELAND OH 45140 |
| CREDITOR ID: 313452-39<br>TONY JOHNSON<br>2348 NW 80TH ST<br>MIAMI FL 33147 | CREDITOR ID: 313453-39<br>TONY JORGES<br>8330 WEST 18TH LANE<br>HIALEAH FL 33014 | CREDITOR ID: 313454-39<br>TONY KACZKOWSKI<br>2104 QUEENS CT<br>WAUKESHA WI 53188 |
| CREDITOR ID: 313455-39<br>TONY L ELLENBURG<br>205 MEADOW LN<br>EASLEY SC 29642 | CREDITOR ID: 313456-39<br>TONY L MCJUNKIN<br>253 EARLS BRIDGE RD<br>PICKENS SC 29671 | CREDITOR ID: 313457-39<br>TONY L SANDERS & HAZEL<br>SANDERS JT TEN<br>4808 85TH RD<br>LIVE OAK FL 32060 |
| CREDITOR ID: 313458-39<br>TONY L WELLS<br>7112 BARBADOS<br>FT WORTH TX 76180 | CREDITOR ID: 313461-39<br>TONY L WILLIAMS & DONNA G<br>WILLIAMS JT TEN<br>104 CARRIAGE CT<br>JACKSONVILLE NC 28540 | CREDITOR ID: 313462-39<br>TONY M BAKER & CYNTHIA<br>DENISE BAKER JT TEN<br>PO BOX 493<br>MOUNT VERNON GA 30445 |
| CREDITOR ID: 313463-39<br>TONY M WILLIAMSON<br>4125 SADDLEHORN DR<br>EVANS GA 30809 | CREDITOR ID: 313464-39<br>TONY MARTINS<br>97 ROSE DR<br>PALM COAST FL 32164 | CREDITOR ID: 313465-39<br>TONY MCALHANEY<br>9 CHEROKEE OAKS LN<br>BURTON SC 29906 |
| CREDITOR ID: 313466-39<br>TONY MULLIS<br>PO BOX 876<br>HELENA GA 31037 | CREDITOR ID: 313467-39<br>TONY OWENS & KAREN OWENS<br>JT TEN<br>2844 BILTMORE AVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 313468-39<br>TONY R BRYAN<br>4 RR 4 POB 94Q<br>ARDMORE OK 73401 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313469-39<br>TONY R DIXON<br>242 COUNTY HIGHWAY 183 N<br>DEFUNIAK  SPGS FL 32433 | CREDITOR ID: 313470-39<br>TONY R LARKE<br>427 STYLES RD<br>TAYLORS SC 29687 | CREDITOR ID: 313471-39<br>TONY SALINAS JR & GRACIE<br>SALINAS JT TEN<br>4305 CAMPION LN<br>FT  WORTH TX 76137 |
| CREDITOR ID: 313472-39<br>TONY SANDERS & EULA SANDERS<br>JT TEN<br>4808 85TH RD<br>LIVE  OAK FL 32060 | CREDITOR ID: 313473-39<br>TONY TYRONE WEBB<br>700 KAMERA RD 151<br>DOUGLAS GA 31535 | CREDITOR ID: 313474-39<br>TONY W SEARS<br>108 W THOMPSON ST<br>APEX NC 27502 |
| CREDITOR ID: 313475-39<br>TONYA D GRAMMER<br>9201 DEERLAKE DR<br>NEW  KENT VA 23124 | CREDITOR ID: 313476-39<br>TONYA D KAY<br>251 S LAMAR ST<br>BAINBRIDGE GA 39817 | CREDITOR ID: 313477-39<br>TONYA D SHELTON<br>119 BRIXTON CT<br>SPARTANBURG SC 29301 |
| CREDITOR ID: 313478-39<br>TONYA D SYLVESTER<br>1679 DEBAILLON PLANTATION RD<br>VILLE  PLATTE LA 70586 | CREDITOR ID: 313479-39<br>TONYA JO RICH<br>PO BOX 17406<br>TAMPA FL 33682 | CREDITOR ID: 313480-39<br>TONYA L CARPENTER<br>5690 APPLEWHITE<br>WENDELL NC 27569 |
| CREDITOR ID: 313481-39<br>TONYA L LONDON<br>3003 ST CLAIRE DR NE<br>ATLANTA GA 30329 | CREDITOR ID: 313482-39<br>TONYA M COKER<br>3339 KIMBERLY RD<br>KENNESAW GA 30144 | CREDITOR ID: 313483-39<br>TONYA MCDANIEL<br>305 N AVENUE B<br>SPRINGTOWN TX 76082 |
| CREDITOR ID: 313484-39<br>TONYA R BRADLEY<br>315 PRAIRIE ROSE LANE<br>BOCA  RATON FL 33487 | CREDITOR ID: 313485-39<br>TONYA R RYAN<br>PO BOX 22<br>CLARKS  HILL SC 29821 | CREDITOR ID: 313486-39<br>TONYA ROGERS<br>207 PARK PL<br>MARSHALL TX 75672 |
| CREDITOR ID: 313487-39<br>TONYA TUMMOND<br>2347 NW 111TH AVENUE<br>SUNRISE FL 33322 | CREDITOR ID: 313488-39<br>TONYA W THORNTON<br>213 MARLIN LN<br>PIKEVILLE NC 27863 | CREDITOR ID: 313489-39<br>TONYA WILLIAMS<br>20 ARROWHEAD TR<br>ANNISTON AL 36206 |
| CREDITOR ID: 313490-39<br>TONYA WORLEY & PAUL WORLEY<br>JT TEN<br>18 EDEN DR<br>SMITHFIELD NC 27577 | CREDITOR ID: 313491-39<br>TONYAH L NICHOLS<br>P O BOX 835<br>KILGORE TX 75663 | CREDITOR ID: 313492-39<br>TOPEKA Z JONES<br>C/O TOPEKA Z HUMPHRIES<br>112 ARLINGTON DRIVE<br>PANAMA  CITY FL 32404 |
| CREDITOR ID: 313493-39<br>TORIAN AARON SHORT<br>2898 DUCAN PLACE<br>DECATER GA 30034 | CREDITOR ID: 313494-39<br>TORRAN D DISMUKE<br>RR 2 BOX 1995<br>STARKE FL 32091 | CREDITOR ID: 313495-39<br>TORRAN D DISMUKE CUSTODIAN<br>FOR HAILEY HANNAH DISMUKE<br>UNDER THE FL UNIFORM<br>TRANSFERS TO MINORS ACT<br>RR 2 BOX 1995<br>STARKE FL 32091 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313496-39<br>TORRELLE LEE BROOKS<br>803 LYNNWOOD DR<br>BURLINGTON NC 27215 | CREDITOR ID: 313497-39<br>TORRIE ANN HEBERT<br>4020 LAKE VILLA DR<br>METAIRIE LA 70002 | CREDITOR ID: 313498-39<br>TORY WILKINS<br>6433 GOLDENROD CT<br>RICHMOND VA 23231 |
| CREDITOR ID: 313499-39<br>TOSHA JO JOHNSON<br>419 ANDERSON STREET<br>GROVELAND FL 34736 | CREDITOR ID: 313500-39<br>TOURIE R BRIGGS<br>1068 SCHOONER TRAIL<br>SUMMERTON SC 29148 | CREDITOR ID: 313501-39<br>TOWANNA L WHITE<br>207 SMITH GROVE RD<br>FOREST  CITY NC 28043 |
| CREDITOR ID: 313502-39<br>TOWANNA WILSON<br>C/O TOWANNA WHITE<br>207 SMITH GROVE RD<br>FOREST  CITY NC 28043 | CREDITOR ID: 309235-39<br>TOWNSEND, RONALD<br>13440 ELLSWORTH LANE<br>JACKSONVILLE, FL 32225 | CREDITOR ID: 313503-39<br>TOYOKO SHEPHERD<br>RT 1<br>CHAUNCEY GA 31011 |
| CREDITOR ID: 313504-39<br>TRACEY A DETWILER<br>1514 CLEARLAKE ROAD APT 78<br>COCOA FL 32922 | CREDITOR ID: 313505-39<br>TRACEY BAKER<br>36332 CR COUNTY RD 439<br>EUSTIS FL 32736 | CREDITOR ID: 313506-39<br>TRACEY CUMBIE<br>1501 HWY 82<br>MIDWAY AL 36053 |
| CREDITOR ID: 313507-39<br>TRACEY E SECHREST<br>3089 FRIENDSHIP LEDFORD RD<br>WINSTON-SALEM NC 27107 | CREDITOR ID: 313508-39<br>TRACEY F WILLIAMS<br>1614 BONNIE DR<br>VALDOSTA GA 31601 | CREDITOR ID: 313509-39<br>TRACEY L KEITT<br>6248 COVE CREEK DR<br>CHARLOTTE NC 28215 |
| CREDITOR ID: 313510-39<br>TRACEY LEE SCHNELL<br>3017WOLF RIDGE DRIVE<br>NEW  ALBANY IN 47150 | CREDITOR ID: 313511-39<br>TRACEY R MASON<br>11935 BLUE SPRUCE COURT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 313512-39<br>TRACEY YATES<br>209 LARKWOOD LN<br>CARY NC 27511 |
| CREDITOR ID: 313513-39<br>TRACI BATES MARTIN<br>2408 NORTH RIDGE DRIVE<br>CORALVILLE IA 52241 | CREDITOR ID: 313514-39<br>TRACI L VITTITOW<br>2319 PARK RIDGE RD<br>VAN  BUREN AR 72956 | CREDITOR ID: 313515-39<br>TRACI NEELY<br>6707 ROCKERGATE DR<br>MISSOURI  CITY TX 77489 |
| CREDITOR ID: 313516-39<br>TRACI SMITH<br>1819 N LINDSAY LN<br>ATHENS AL 35613 | CREDITOR ID: 313517-39<br>TRACI SUSAN SMITH<br>2413 WINBURN AV<br>DURHAM NC 27704 | CREDITOR ID: 313518-39<br>TRACI YVONNE RAHMING<br>APT 111<br>13925 NE 6TH AVE<br>NORTH  MIAMI FL 33161 |
| CREDITOR ID: 313519-39<br>TRACIE ELAINE WARDLAW<br>2708 DELLWOOD LANE<br>ANDERSON SC 29621 | CREDITOR ID: 313520-39<br>TRACIE GODWIN<br>ATTN TRACIE CORE<br>34 KEITH STREET<br>DUNN NC 28334 | CREDITOR ID: 313521-39<br>TRACIE HUGHES<br>2850 COLHAM FERRY RD<br>WATKINSVILLE GA 30677 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 313522-39
TRACY A COBB
1001 DICKEL DR
WAKE  FOREST NC 27587

CREDITOR ID: 313523-39
TRACY A KRUM
8941 KENNSINGTON ST
FRISCO TX 75034

CREDITOR ID: 313524-39
TRACY ANNE HILLEN
671 COUNTY ROAD 461
HANCEVILLE AL 35077

CREDITOR ID: 313525-39
TRACY B LEWIS
3821 DEERRUN LN
HARVEY LA 70058

CREDITOR ID: 313526-39
TRACY BERTRAND & ROBIN
BETRAND TEN COM
1013 BEAR CREEK CIR
BREAUX  BRIDGE LA 70517

CREDITOR ID: 313527-39
TRACY BLOOM
724 ERIN DR
STOCKBRIDGE GA 30281

CREDITOR ID: 313528-39
TRACY C SCHUCK
824 MT TABOR RD
OXFORD GA 30054

CREDITOR ID: 313529-39
TRACY CHADDICK
125 EVA LN
EUNICE LA 70535

CREDITOR ID: 313530-39
TRACY CHADDICK CUST FOR JACOB
MICHAEL DUPLECHAIN UNDER THE
LA UNIFORM TRANSFERS TO
MINORS ACT
125 EVA LANE
EUNICE LA 70535

CREDITOR ID: 313531-39
TRACY D HINES
PO BOX 161
TANNER AL 35671

CREDITOR ID: 313532-39
TRACY D MORRIS
PO BOX 168
PLYMOUTH FL 32768

CREDITOR ID: 313533-39
TRACY D MOSELEY
2439 ORIOLE LN
SOUTH  DAYTONA FL 32119

CREDITOR ID: 313534-39
TRACY DAVIDSON
6008 DAVIDSON DR
MATTHEWS NC 28105

CREDITOR ID: 313535-39
TRACY DAVIS
945 BETHANY CHURCH ROAD
FOREST  CITY NC 28043

CREDITOR ID: 313536-39
TRACY DIANE WATSON
104 JEFFERSON ST
BIG  SPRING TX 79720

CREDITOR ID: 313537-39
TRACY E THOMAS
208 SYPHERD DR
NEWARK DE 19711

CREDITOR ID: 313538-39
TRACY FARFAGLIA
ATTN TRACY F VANDEVEER
703 PLEASANTDALE DR
WILDWOOD FL 34785

CREDITOR ID: 313539-39
TRACY G LEDFORD
1515 LOKEY DR
COLUMBUS GA 31904

CREDITOR ID: 313540-39
TRACY HARRIS
1015 W RIVIERA BLVD
OVIEDO FL 32765

CREDITOR ID: 313541-39
TRACY J DAVIS
6419 BENNETT DRIVE
REX GA 30273

CREDITOR ID: 313542-39
TRACY JO JOHNSON
200 RANKIN STREET
BELMONT NC 28012

CREDITOR ID: 313543-39
TRACY JOHNSON HARVEY
200 RANKIN ST
BELMONT NC 28012

CREDITOR ID: 313544-39
TRACY KRISTIN PARKER
220 HORIZON RIDGE DR
ORANGE  CITY FL 32763

CREDITOR ID: 313545-39
TRACY L GROGAN
3604 A CADET SHERIDAN RD
WAHIAWA HI 96786

CREDITOR ID: 313546-39
TRACY L HETTINGER
1116 BLACKJACK RIDGE ST
MINNEOLA FL 34715

CREDITOR ID: 313547-39
TRACY L JONES
625 CENTENNIAL PKWY APT 207
RALEIGH NC 27606

CREDITOR ID: 313548-39
TRACY L PERRY
380 OAK KNOLL DR
THOMASVILLE NC 27360

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors,  Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313549-39<br>TRACY L ROUNSAVALL<br>213 SPRING BRANCH ST<br>LUFKIN TX 75904 | CREDITOR ID: 313550-39<br>TRACY LEE HOFFMAN<br>5322 GARDEN COVE RD<br>PANAMA  CITY FL 32404 | CREDITOR ID: 313551-39<br>TRACY M DELLINGER<br>449 PRINGLE DR<br>SUMTER SC 29150 |
| CREDITOR ID: 313552-39<br>TRACY M GREEN<br>118 POB 118<br>STARKE FL 32091 | CREDITOR ID: 313553-39<br>TRACY M KIRTON<br>PO BOX 436<br>ODENVILLE AL 35120 | CREDITOR ID: 313554-39<br>TRACY M MCCUBBIN<br>1785 IVY STONE CT<br>BUFORD GA 30519 |
| CREDITOR ID: 313555-39<br>TRACY M WHITLEY<br>7132 CISCO GARDEN RD E<br>JACKSONVILLE FL 32219 | CREDITOR ID: 313556-39<br>TRACY MORAWSKI<br>724 AUTUMN GLEN DRIVE<br>MELBOURNE FL 32940 | CREDITOR ID: 313557-39<br>TRACY P TYNAN CUST MATHEW<br>MCBRIDE UNIF TRANS MIN ACT<br>CA<br>6230 DEL VALLE DRIVE<br>LOS  ANGELAS CA 90048 |
| CREDITOR ID: 313558-39<br>TRACY P TYNAN CUST RUBY<br>MCBRIDE UNIF TRAN MIN ACT CA<br>6230 DEL VALLEY DRIVE<br>LAS  ANGELES CA 90048 | CREDITOR ID: 313559-39<br>TRACY R GILL<br>10323 TARABY COURT<br>ORLANDO FL 32817 | CREDITOR ID: 313560-39<br>TRACY R HICKS<br>6217 GETTYSBURG DR<br>ARLINGTON TX 76002 |
| CREDITOR ID: 313561-39<br>TRACY R MACKIE<br>3605 LAKE KRISTIN DR<br>GRETNA LA 70056 | CREDITOR ID: 313562-39<br>TRACY REEVES<br>16018 GRASS LAKE DR<br>TAMPA FL 33618 | CREDITOR ID: 313563-39<br>TRACY S BRADY<br>361 TERRIO DR<br>RESERVE LA 70084 |
| CREDITOR ID: 313564-39<br>TRACY S MOORE<br>432 CIRCLE DRIVE<br>QUINCY FL 32351 | CREDITOR ID: 313565-39<br>TRACY SMITH<br>8019 SUMMA AVE APT B<br>BATON  ROUGE LA 70809 | CREDITOR ID: 313566-39<br>TRACY SMITT<br>6247 108TH AVE N<br>PINELLAS  PARK FL 34666 |
| CREDITOR ID: 313567-39<br>TRACY SUE COSPER & ALAN R<br>COSPER JT TEN<br>1860 SUNNYMEADE DR<br>JACKSONVILLE FL 32211 | CREDITOR ID: 313568-39<br>TRACY T TEDDER<br>2541 RHODES DR<br>AUGUSTA GA 30906 | CREDITOR ID: 313569-39<br>TRACY W MOORE<br>800 E 26TH AV<br>NEW  SMYRNA  BEACH FL 32169 |
| CREDITOR ID: 313570-39<br>TRACY Y COX<br>824 MT TABOR RD<br>OXFORD GA 30054 | CREDITOR ID: 313572-39<br>TRAVIS AARON YOUNG<br>5760 COLIMA PL<br>JACKSONVILLE FL 32210 | CREDITOR ID: 313573-39<br>TRAVIS ADAMS & HEATHER ADAMS<br>JT TEN<br>105 LITTLE RD<br>JACKSON GA 30233 |
| CREDITOR ID: 313574-39<br>TRAVIS D ADAMS & BARBARA R<br>ADAMS JT TEN<br>511 BIRCH ST<br>TRUSSVILLE AL 35173 | CREDITOR ID: 313575-39<br>TRAVIS F SANDERS<br>10543 NORTHDALE DR<br>BATON  ROUGE LA 70811 | CREDITOR ID: 313576-39<br>TRAVIS KEVIN MCLAIN<br>22277 MARTHA SHARP RD<br>BUSH LA 70431 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 313577-39<br>TRAVIS L ALEXANDER<br>RR 1 BOX 947<br>MADISON FL 32340 | CREDITOR ID: 313578-39<br>TRAVIS LEE GREEN<br>9482 SUN ISLE DR<br>ST PETERSBURG FL 33702 | CREDITOR ID: 313580-39<br>TRAVIS M BARFIELD CUST<br>TRAVIS NICOLE BARFIELD UNDER<br>THE NC UNIF TRAN MIN ACT<br>3889 WILMINGTON HWY<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 313579-39<br>TRAVIS M BARFIELD CUST<br>FARRAH RENEE BARFIELD UNDER<br>THE NC UNIF TRAN MIN ACT<br>3889 WILMINGTON HWY<br>JACKSONVILLE NC 28540 | CREDITOR ID: 313582-39<br>TRAVIS MCCLISH<br>40329 LIME ST<br>EUSTIS FL 32736 | CREDITOR ID: 313583-39<br>TRAVIS TRAWINSKI<br>12925 KELLYWOOD CIR<br>HUDSON FL 34669 |
| CREDITOR ID: 313584-39<br>TRAVIS W LEWIS<br>978 SO GOODMAN ST<br>ROCHESTER NY 14620 | CREDITOR ID: 313585-39<br>TRAVIS W OVERSTREET<br>99 TIMBERLINE DR<br>BLUE RIDGE VA 24064 | CREDITOR ID: 280145-39<br>TREECE, ALYCE F & CLARENCE V JR JT<br>521 GAYE DRIVE<br>JEFFERSON CITY TN 37760 |
| CREDITOR ID: 313586-39<br>TRELLIS A JACKSON<br>1901 MISSISSIPPI AVE<br>KENNER LA 70062 | CREDITOR ID: 313587-39<br>TRENA FAYE JONES<br>1708 CHARLESTON CT<br>LEXINGTON KY 40505 | CREDITOR ID: 313588-39<br>TRENICE CORANN DAVIS<br>4642 HAUCK DR<br>NEW ORLEANS LA 70127 |
| CREDITOR ID: 313589-39<br>TRESSA DIGBY & BRAD DIGBY<br>JT TEN<br>258 BLUE BIRD TR<br>WICHITA FALLS TX 76310 | CREDITOR ID: 313590-39<br>TRESSA MAE IVY<br>APT 702<br>TREYTON OAK TOWERS<br>211 W OAK ST<br>LOUISVILLE KY 40203 | CREDITOR ID: 313591-39<br>TRESSYE S KNIGHT ESTATE OF<br>TRESSYE S KNIGHT<br>ATTN W D KNIGHT<br>7 CLUB DRIVE SW<br>ROME GA 30161 |
| CREDITOR ID: 313592-39<br>TREVA ROSS<br>5534 BUZZIE LN<br>MIDDLEBURG FL 32068 | CREDITOR ID: 313593-39<br>TREVA SOMMERS<br>5001 LOVELL AVE<br>FT WORTH TX 76107 | CREDITOR ID: 313594-39<br>TREVOR ALLEN GIBSON<br>57 N ROSCOE BLVD<br>PONTE VERDE BEACH FL 32082 |
| CREDITOR ID: 313595-39<br>TREVOR CRUTCHLEY<br>980 NW 203RD ST<br>MIAMI FL 33169 | CREDITOR ID: 313596-39<br>TREVOR H MATHIS<br>8595 LONGFORD DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 313597-39<br>TRI COUNTY SHOPPER INC<br>SHIRLI SPIVEY PRES<br>230 BANKLODGE DR<br>DOUGLAS GA 31533 |
| CREDITOR ID: 313598-39<br>TRI D HOANG<br>24 BRACKEN LN<br>PALM COAST FL 32137 | CREDITOR ID: 313599-39<br>TRICIA LEIGH MILLER<br>6726 N VELVETEEN PT<br>DUNNELLON FL 34433 | CREDITOR ID: 313600-39<br>TRICIA LINTON<br>828 PATRICIA ST<br>IRVING TX 75060 |
| CREDITOR ID: 313601-39<br>TRINA HADLEY<br>1470 CHRISTOPHER CV<br>ALBANY GA 31705 | CREDITOR ID: 313602-39<br>TRINA L DAVIS<br>11095 21ST PL NW<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 313603-39<br>TRINA L OBERHEIM<br>11095 NW 21 PLACE<br>CORAL SPRINGS FL 33071 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313604-39<br>TRINETTE MARIE GAVINOVICH<br>142 BEACH 96TH ST 96TH<br>ROCKAWAY BEACH NY 11693 | CREDITOR ID: 313605-39<br>TRINITY LUTHERAN CHURCH<br>1415 S MCDUFF AVE<br>JACKSONVILLE FL 32099 | CREDITOR ID: 313606-39<br>TRISH T WATSON<br>1808 DAN PEELE RD<br>WILLIAMSTON NC 27892 |
| CREDITOR ID: 313607-39<br>TRISHA ANN PARKER & ROBERT<br>DAVID PARKER JT TEN<br>2001 HALLOVER AVE<br>SPRING HILL FL 34608 | CREDITOR ID: 313608-39<br>TRISHA J LAKES<br>1286 SANBORN CT<br>CINCINATTI OH 45215 | CREDITOR ID: 313609-39<br>TRISHA L FREEMAN TOD HERMAN<br>Q YATES SUBJECT TO STA TOD<br>RULES<br>3470 N W 6 COURT<br>FT LAUDERDALE FL 33311 |
| CREDITOR ID: 313610-39<br>TRISHA MONCEAUX<br>212 1/2 E 6TH ST<br>CROWLEY LA 70526 | CREDITOR ID: 313611-39<br>TRISHA STEFANCIK<br>13216 85TH RD N<br>WEST PALM BCH FL 33412 | CREDITOR ID: 313612-39<br>TRISHAN CHARLES<br>1701 CARTIER DR<br>LAPLACE LA 70068 |
| CREDITOR ID: 313613-39<br>TROPICAL CHRISTIAN SCHOOL<br>12001 S W 72 ST<br>MIAMI FL 33183 | CREDITOR ID: 280493-39<br>TROUTMAN, ANGELYN W & BRIAN E, JT T<br>8399 NW 12TH AVE<br>MIAMI FL 33150 | CREDITOR ID: 313614-39<br>TROY A ATWOOD & DEBORAH<br>ATWOOD JT TEN<br>3900 SCHILLINGER RD<br>SEMMES AL 36575 |
| CREDITOR ID: 313615-39<br>TROY A MCNEELY<br>105 PINE RD<br>EASLEY SC 29642 | CREDITOR ID: 313616-39<br>TROY A SYLVE<br>108 OZONE DR<br>HAMMOND LA 70403 | CREDITOR ID: 313617-39<br>TROY C GAUBERT & NADINE B<br>GAUBERT JT TEN<br>613 DIANE DR<br>LULING LA 70070 |
| CREDITOR ID: 313618-39<br>TROY D BELL<br>1996 VENESA CIR<br>AUSTELL GA 30001 | CREDITOR ID: 313619-39<br>TROY D GILLIHAN<br>440 BLUFF MT DR<br>WALLAND TN 37886 | CREDITOR ID: 313620-39<br>TROY DALE HUNT<br>307 MEADOWOOD ST<br>GREENSBORO NC 27409 |
| CREDITOR ID: 313621-39<br>TROY DOUGLAS GIRDNER &<br>JEANETTE L GIRDNER JT TEN<br>1801 SUNDANCE DR<br>SAINT CLOUD FL 34771 | CREDITOR ID: 313622-39<br>TROY E ALEXANDER<br>1170 ABBNEY CIRCLE NORTH<br>PALM BAY FL 32905 | CREDITOR ID: 313623-39<br>TROY E PERRY<br>3012 PASSAIC AVE<br>CHESTER VA 23831 |
| CREDITOR ID: 313624-39<br>TROY E WILLIAMS<br>1009 RIVERGATE MEADOWS DR<br>GOODLETTSVILLE TN 37072 | CREDITOR ID: 313625-39<br>TROY H LUEDTKE<br>RT 1 BOX 3040<br>BRYCEVILLE FL 32009 | CREDITOR ID: 313626-39<br>TROY J LATIOLAIS<br>1074 LATIOLAIS LOOP<br>BREAUX BRIDGE LA 70517 |
| CREDITOR ID: 313627-39<br>TROY JAMES OLIVIER<br>3208 OLIVIER RD<br>JEANERETTE LA 70544 | CREDITOR ID: 313628-39<br>TROY L SNEAD<br>3512 BARJAR PL<br>PLANT CITY FL 33565 | CREDITOR ID: 313629-39<br>TROY LEACH<br>11397 CLAGGETT AVE<br>PT CHARLOTTE FL 33981 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313630-39<br>TROY LEE KIDD & JO ANN KIDD<br>JT TEN<br>1859 RIDGEVIEW<br>YPSILANTI MI 48198 | CREDITOR ID: 313631-39<br>TROY M CARNES<br>4641 TRAWICK DR<br>JACKSON MS 39211 | CREDITOR ID: 313632-39<br>TROY M PANDA & JENNIFER A<br>PANDA JT TEN<br>1530 WEST PKWY<br>DELAND FL 32724 |
| CREDITOR ID: 313633-39<br>TROY P MARTIN JR<br>10750 PEAIRS ROAD<br>ZACKARY LA 70791 | CREDITOR ID: 313634-39<br>TROY PARNELL & SUZANNE E<br>PARNELL TEN COM<br>PO BOX 1991<br>FAYETTEVILLE AR 72702 | CREDITOR ID: 313635-39<br>TROY THORNTON MARTIN JR<br>316 BAGFORD CT<br>LEXINGTON SC 29072 |
| CREDITOR ID: 313637-39<br>TROY W MARTIN & RAINIE<br>MARTIN JT TEN<br>85 DELPH MARTIN RD<br>LONDON KY 40741 | CREDITOR ID: 313638-39<br>TRUDIE L VAUGHN &<br>TERRY R VAUGHN JT TEN<br>1403 28TH ST<br>NICEVILLE FL 32578 | CREDITOR ID: 313639-39<br>TRUDY ANN WILLIAMS<br>229 FALCON CREST TRAIL<br>JONESBORO GA 30236 |
| CREDITOR ID: 313640-39<br>TRUDY L ANDERSON<br>4382 SANDNER DRIVE<br>SARASOTA FL 34243 | CREDITOR ID: 313641-39<br>TRUDY O WHITTLE<br>830 POND DR<br>WEST COLUMBIA SC 29170-2500 | CREDITOR ID: 313642-39<br>TRUDY S STEWART<br>C/O JOHN R STEWART JR<br>265 WYNGATE CIRCLE<br>FAYETTEVILLE GA 30215 |
| CREDITOR ID: 313643-39<br>TRUDYLEE G ROWBURY<br>14929 NE 147TH CT<br>WOODINVILLE WA 98072 | CREDITOR ID: 313644-39<br>TRUETT P HUX JR & JUDITH A<br>HUX TEN COM<br>3024 EDGEHILL RD<br>FORT WORTH TX 76116 | CREDITOR ID: 313645-39<br>TRUMAN D CHAVERS<br>3106 DEXTER RD<br>WETUMPKA AL 36092 |
| CREDITOR ID: 313646-39<br>TSUNEKO MARIA MCKEE<br>PO BOX 494<br>NICEVILLE FL 32578 | CREDITOR ID: 313647-39<br>TSUTE YANG & LUCY YANG<br>JT TEN<br>1333 W STEELE LANE  # 661<br>SANTA ROSA CA 95403 | CREDITOR ID: 313648-39<br>TUCKER MOSELEY<br>4721 BLOUNT AVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 280315-39<br>TUCKNOTT DECLARATION OF TRUST<br>C/O ANDREW K & HELEN M TUCKNOTT<br>603 HIAWATHA DR<br>CAROL STREAM IL 60188 | CREDITOR ID: 313649-39<br>TUESDAY K SALE<br>5268 EAGLE BLVD<br>LAND O LAKES FL 34639 | CREDITOR ID: 313650-39<br>TULLIA H HOOVER<br>410 LAKEWOOD DR<br>LEXINGTON NC 27292 |
| CREDITOR ID: 313651-39<br>TULLIS C KIRKLAND JR<br>2120 JAMMES RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 313652-39<br>TWILA J ALJOE<br>1327 OLD EASLEY HWY<br>EASLEY SC 29640 | CREDITOR ID: 313653-39<br>TWILAH L HAND<br>211 HAND LN<br>PRATTVILLE AL 36067 |
| CREDITOR ID: 313654-39<br>TWYLA L MORRIS<br>RT 1 BOX 9<br>GOLCONDA IL 62938 | CREDITOR ID: 313655-39<br>TWYLA M HOPKINS<br>8122 ROLLING LOG DR # 2<br>ORLANDO FL 32817 | CREDITOR ID: 313656-39<br>TY HANSEN<br>PO BOX 1831<br>PONTE VEDRA FL 32004 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313657-39<br>TY LEE HUTCHESON<br>224 NEWCASTLE DR<br>FORT WALTON BEACH FL 32547 | CREDITOR ID: 313658-39<br>TY ROBERT TOWSE<br>224 43RD ST # A<br>MANHATTAN BCH CA 90266 | CREDITOR ID: 313659-39<br>TYBEE STONER<br>6910 AVENUE U #5E<br>BROOKLYN NY 11234-6130 |
| CREDITOR ID: 313660-39<br>TYLER B BIER<br>3834 THE PRADO<br>MACON GA 31204 | CREDITOR ID: 313661-39<br>TYLER J CLARK<br>PO BOX 353<br>LORANGER LA 70446 | CREDITOR ID: 313662-39<br>TYLER LANGLEY<br>46-484 MAKENA ST<br>KANEOHE HI 96744 |
| CREDITOR ID: 313663-39<br>TYLER T STONE<br>1140 N 65TH<br>LINCOLN NE 68505 | CREDITOR ID: 313664-39<br>TYLER WALKER HOWLE<br>2320 MICA MINE LN<br>WAKE FOREST NC 27587 | CREDITOR ID: 313665-39<br>TYLER WAYNE LOWRANCE<br>230 MALLARD RD<br>MADISON NC 27025 |
| CREDITOR ID: 313666-39<br>TYMON R HEAD<br>1024 LANE ST<br>ROANOKE AL 36274 | CREDITOR ID: 313667-39<br>TYNA K JONES<br>726 E NORTH ST<br>TALLADEGA AL 35160 | CREDITOR ID: 313668-39<br>TYNA MARIA RODRIGUES<br>2920 UMBRELLA TREE DR<br>EDGEWATER FL 32141 |
| CREDITOR ID: 313669-39<br>TYNESHA KENDRICK<br>508 SOUTH ENGLISH STREET<br>LEITCHFIELD KY 42754 | CREDITOR ID: 313670-39<br>TYRONE CRENSHAW<br>1109 LAKE DRIVE<br>GREENVILLE AL 36037 | CREDITOR ID: 313671-39<br>TYRONE HOWARD<br>10041 RICHARDSON COURT<br>ORLANDO FL 32825 |
| CREDITOR ID: 313672-39<br>TYRONE SMITH<br>19179 NW 33RD AVE<br>CAROL CITY FL 33056 | CREDITOR ID: 313673-39<br>TYRONE STEVENS<br>11016 KEY HAVEN BLVD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 313674-39<br>TYRONE THORNTON<br>1161 RED HILL RD<br>JESUP GA 31545 |
| CREDITOR ID: 313675-39<br>TYRONE W CRESSY<br>1702 CAMBRONNE ST<br>NEW ORLEANS LA 70118 | CREDITOR ID: 313676-39<br>TYRUS R COBB JR & LINDA P<br>COBB JT TEN<br>105 HIAWATHA DR<br>GREENVILLE SC 29615 | CREDITOR ID: 313677-39<br>UBAID R KHAN<br>11900 HOBBY HORSE CT APT 124<br>AUSTIN TX 78758 |
| CREDITOR ID: 313678-39<br>UDES CLARE BEECH<br>2601 NW 48 TERR BLDG 8 APT 242<br>LAUDERDALE LAKES FL 33313 | CREDITOR ID: 313679-39<br>UDUAK EKPO<br>APT 103<br>1735 DEWEY ST<br>HOLLYWOOD FL 33020 | CREDITOR ID: 279734-39<br>UJEUTA, ALBA L & CARLOS L JT TEN<br>13240 NW 9TH TER<br>MIAMI FL 33182 |
| CREDITOR ID: 313680-39<br>ULMER D MC CAREETH<br>902 CATALPA LN<br>OXFORD AL 36203 | CREDITOR ID: 313681-39<br>ULMER D MCCAREETH & CAROLYN<br>MCCAREETH JT TEN<br>902 CATALPA LN<br>OXFORD AL 36203 | CREDITOR ID: 313682-39<br>ULYESSE HONORE<br>3133 METROPOLITAN ST<br>NEW ORLEANS LA 70126 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313683-39<br>ULYSEES J ROGERS & FLOREEN P<br>ROGERS JT TEN<br>10809 OAK POND CIR<br>CHARLOTTE NC 28277 | CREDITOR ID: 313685-39<br>ULYSSES JACKSON<br>4460 NW 7TH CT<br>PLANTATION FL 33317 | CREDITOR ID: 313686-39<br>ULYSSES S BURNS & ANNE L<br>BURNS JT TEN<br>516 SAINT JOHN PL<br>INGLEWOOD CA 90301 |
| CREDITOR ID: 313687-39<br>ULYSSES S BURNS CUST<br>KATHERINE V BURNS UNIF TRAN<br>MIN ACT CA<br>516 SAINT JOHN PL<br>INGLEWOOD CA 90301 | CREDITOR ID: 313688-39<br>ULYSSES WESLEY<br>RR 4 BOX 1201<br>MADISON FL 32340 | CREDITOR ID: 313689-39<br>UMESH RAJAGOPAL<br>2901 SPRING BROOK DR<br>GARLAND TX 75044 |
| CREDITOR ID: 313690-39<br>UN CHONG PRIESCHL<br>4347 CAMBRIDGE ST<br>LAKE WORTH FL 33461 | CREDITOR ID: 313691-39<br>UNDEEN G PRICE<br>306 PYLE AVE<br>ANNISTON AL 36201 | CREDITOR ID: 280135-39<br>UNDERWOOD, ALVIN R &<br>CHERYL A TEN COM<br>5960 FALCON WAY<br>LIZELLA GA 31052 |
| CREDITOR ID: 313692-39<br>UPENDRA A PATEL<br>78 SPINNAKER CIR<br>SOUTH DAYTONA FL 32119 | CREDITOR ID: 313693-39<br>UPTON M PEARSON<br>77 VERSAILLES BLVD<br>NEW ORLEANS LA 70125 | CREDITOR ID: 313694-39<br>URANA HELEN NOTNAGLE<br>15726 NORTHSIDE DR W<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 313695-39<br>URANIA A BEDOLLA<br>13275 SW 57TH TERRACE#3<br>MIAMI FL 33183 | CREDITOR ID: 313696-39<br>URBANO R DIEPPA<br>14851 SW 43RD COURT<br>MIRAMAR FL 33027 | CREDITOR ID: 313697-39<br>URMILA SINGH & PRATAP SINGH<br>JT TEN<br>2 BLACK WILLOW CT<br>WILLMINGTON DE 19808 |
| CREDITOR ID: 313698-39<br>URSULA B BELL<br>16110 DARTOLO RD<br>RAMONA CA 92065 | CREDITOR ID: 313699-39<br>URSULA KENT<br>601 NW 42ND CT 206<br>POMPANO BEACH FL 33064 | CREDITOR ID: 313700-39<br>URSULA KNIPPER<br>3324 BALSAM DR<br>WESTLAKE OH 44145 |
| CREDITOR ID: 313701-39<br>URSULA L VAUGHN<br>2310 LOURANCE BLVD<br>GREENSBORO NC 27407 | CREDITOR ID: 313702-39<br>URSULA M ZINICH<br>852 EAST HEDGES AVENUE<br>FRESNO CA 93728 | CREDITOR ID: 313703-39<br>URSULA NELSON<br>8420 COUNTY RD 10 E<br>WACONIA MN 55387 |
| CREDITOR ID: 313704-39<br>URSULINE PROV CENTRAL PROV U S<br>COLEGIO UNION PUEBLA<br>% DR EDWARD E LEVY<br>6939 CANAL BLVD<br>NEW ORLEANS LA 70124 | CREDITOR ID: 313705-39<br>URY H MAYEUX<br>772 S JACK RD<br>HESSMER LA 71341 | CREDITOR ID: 313706-39<br>USLEY J LEBLANC JR<br>507 OAK ALLEE DRIVE<br>LAPLACE LA 70068 |
| CREDITOR ID: 313707-39<br>V L CREASEY JR<br>309 COVE POINT TRL<br>MONETA VA 24121 | CREDITOR ID: 313708-39<br>V T DEVITO JR<br>2443 HIGHWAY 301<br>ELLENTON FL 34222 | CREDITOR ID: 313709-39<br>VACINDA L GRAY CUST ANDREW W<br>GRAY UNIF TRAN MIN ACT GA<br>190 SHORELINE DR<br>FAYETTEVILLE GA 30215 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313710-39<br>VACINDA L GRAY CUST RACHEL N<br>GRAY UNIF TRANS MIN ACT GA<br>190 SHORELINE DR<br>FAYETTEVILLE GA 30215 | CREDITOR ID: 313711-39<br>VALARIE M COBURN<br>19667 NW 71ST AVE<br>STARKE FL 32091 | CREDITOR ID: 313712-39<br>VALDON L PHILLIPS<br>3300 TIMBERBROOK DR H<br>CHARLOTTE NC 28208 |
| CREDITOR ID: 313713-39<br>VALENTIN C FERNANDEZ & GILDA<br>FERNANDEZ JT TEN<br>739 EAST 36 ST<br>HIALEAH FL 33013 | CREDITOR ID: 313714-39<br>VALER B DEVUYST JR<br>2062 POLO GARDENS DR 204<br>WELLINGTON FL 33414 | CREDITOR ID: 313715-39<br>VALERIE A BRIGNOLA<br>8440 52 LANE N<br>PINELLAS  PARK FL 34665 |
| CREDITOR ID: 313716-39<br>VALERIE A REAUME<br>6011 10TH AVE W<br>BRADENTON FL 34209 | CREDITOR ID: 313718-39<br>VALERIE B REISS<br>2775 E 12TH ST APT 717<br>BROOKLYN NY 11235 | CREDITOR ID: 313719-39<br>VALERIE BENHAM<br>1701 THE GREENS WAY APT 626<br>JACKSONVILLE  BEACH FL 32250 |
| CREDITOR ID: 313720-39<br>VALERIE C BRADLEY<br>819 S 37TH ST<br>LOUISVILLE KY 40211 | CREDITOR ID: 313721-39<br>VALERIE DENISE COOPER<br>PO BOX 333<br>WAYCROSS GA 31502 | CREDITOR ID: 313722-39<br>VALERIE DIANE MORAN<br>2000 PLUM STREET<br>SALEM VA 24153 |
| CREDITOR ID: 313723-39<br>VALERIE E MAY<br>2976 MONTEREY PINE LANE<br>LANTANA FL 33462 | CREDITOR ID: 313724-39<br>VALERIE EVANS<br>3760 JACKSON BLVD<br>FT  LAUDERDALE FL 33309 | CREDITOR ID: 313725-39<br>VALERIE G WARHUL & RONALD H<br>WARHUL JT TEN<br>5837 BARRY LN<br>TAMPA FL 33634 |
| CREDITOR ID: 313726-39<br>VALERIE H SCHULZE & SHERRY S<br>BROWN JT TEN<br>1901 NE 2 ST<br>POMPANO  BEACH FL 33060 | CREDITOR ID: 313727-39<br>VALERIE J HENRY<br>6871 CHICKERING RD APT 267<br>FORT  WORTH TX 76116 | CREDITOR ID: 313728-39<br>VALERIE J SMITH CUST J COLBY<br>SMITH U/T/M/A/FL<br>5339 BAYCREST RD<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 313729-39<br>VALERIE J SMITH CUST JENNA M<br>SMITH U/T/M/A/FL<br>5339 BAYCREST RD<br>JACKSONVILLE FL 32205 | CREDITOR ID: 313730-39<br>VALERIE J WILEY<br>6625 PINNOCHIO DR<br>JACKSONVILLE FL 32210 | CREDITOR ID: 313731-39<br>VALERIE JOYCE BRELAND &<br>JAMES A BRELAND JT TEN<br>RT 3 BOX 148<br>MARION AL 36756 |
| CREDITOR ID: 313732-39<br>VALERIE K COLLINS<br>9006 STONEMOUR WAY<br>CHARLESTOWN IN 47111 | CREDITOR ID: 313733-39<br>VALERIE L LOGUE<br>352 BRIDLERIDGE RD<br>LEXINGTON SC 29073 | CREDITOR ID: 313734-39<br>VALERIE LONGO<br>4629 LARNER ST<br>THE  COLONY TX 75056 |
| CREDITOR ID: 313736-39<br>VALERIE LUTEMAN POLLET<br>USUFRUCTUARY BRENDA POLLET<br>PORTINARI NAKED OWNER<br>524 BETZ AVE<br>JEFFERSON LA 70121 | CREDITOR ID: 313735-39<br>VALERIE LUTEMAN POLLET<br>USUFRUCTUARY BRENDA POLLET<br>PORTINARI NAKED OWNER<br>408 CENTRAL AVE<br>JEFFERSON LA 70121 | CREDITOR ID: 313737-39<br>VALERIE M CHAPMAN<br>3237 LEGENDARY LN<br>MELBOURNE FL 32935 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 313738-39
VALERIE M DALTON
2000 PLUM STREET
SALEM VA 24153

CREDITOR ID: 313739-39
VALERIE M MCCAIN
5935 EMMA AVE
SAINT LOUIS MO 63101

CREDITOR ID: 313740-39
VALERIE M WALTZ & CHARLES E
WALTZ JR JT TEN
P O BOX 5027
SUN  CITY  CENTER FL 33571

CREDITOR ID: 313741-39
VALERIE NANNEY
6011 10TH AV W
BRADENTON FL 34209

CREDITOR ID: 313742-39
VALERIE NICOLE PADGETT
3005 HANOVER DR
ARLINGTON TX 76014

CREDITOR ID: 313743-39
VALERIE P WILSON
1080 54TH AVE S
SAINT  PETERSBURG FL 33705

CREDITOR ID: 313744-39
VALERIE RENEE BYRD
825 APRIL CR
MONTGOMERY AL 36105

CREDITOR ID: 313745-39
VALERIE SZCZEPANIAK
618 RODNEY DR
ALTAMONTE  SPRINGS FL 32701

CREDITOR ID: 313746-39
VALERIE ZWAYER
519 O ST RT 95
MOUNT  GILEAD OH 43338

CREDITOR ID: 313747-39
VALERY L SENGEL
5542 JAMAICA RD
COCOA FL 32927

CREDITOR ID: 313748-39
VALIA SALLUSTIO & LINDA
SCOTT JT TEN
5532 COSTELLO AVE
VAN  NUYS CA 91401

CREDITOR ID: 313749-39
VALLAREE G BLACKWELL
131 GLENWOOD DR
ROCK  HILL SC 29732

CREDITOR ID: 313750-39
VALMONT T TERREBONNE JR &
GAYLE B TERREBONNE JT TEN
2728 CHELSEA COVE DR
JACKSONVILLE FL 32223

CREDITOR ID: 313751-39
VALORES KING
4606 EASTBOURNE DR
INDIANAPOLIS IN 46226

CREDITOR ID: 313752-39
VALRIE GUDAL
2166 FUNSTON SIGSBEE ROAD
MOULTRIE GA 31768

CREDITOR ID: 313753-39
VALRIE GUDAL BELL
2166 FUNSTON-SIGSBEE RD
MOULTRIE GA 31768

CREDITOR ID: 313754-39
VAN A DESCANT
2245 SMITH ST
HESSMER LA 71341

CREDITOR ID: 313755-39
VAN A MAY & KATHY M MAY JT
TEN
5475 BROOKSTONE DRIVE
ACWORTH GA 30101

CREDITOR ID: 313756-39
VAN C GUICE
PO BOX 739
MARKSVILLE LA 71351

CREDITOR ID: 313757-39
VAN DER VEER VARNER
1 W 81ST ST
NEW  YORK NY 10024

CREDITOR ID: 313758-39
VANCE C MCIVER
PO BOX 310
SANFORD NC 27331

CREDITOR ID: 313759-39
VANCE G ANDERSON
104 N MYRTLE AVE
NEW  SMYRNA  BEACH FL 32168

CREDITOR ID: 313760-39
VANCE G ANDERSON & VERA H
ANDERSON JT TEN
104 N MYRTLE AVE
NEW  SMYRNA  BEACH FL 32168

CREDITOR ID: 313762-39
VANCE HARTMANN & KATHY
HARTMANN TEN COM
17251 PENNY DR
PONCHATOULA LA 70454

CREDITOR ID: 313763-39
VANCE R PHILIPS
PO BOX 721
OLDSMAR FL 34677

CREDITOR ID: 313764-39
VANCE T COLLINS
2708 CLEARSTREAM CT
NEW  ALBANY IN 47150

CREDITOR ID: 291681-39
VANDEFORD, GRACE K
234 HUSTON DR
LAWRENCEVILLE GA 30044

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 280691-39<br>VANDERBERG, ANNA M & RONALD F, JT T<br>5795 SALEMWOOD DR<br>ACWORTH GA 30102 | CREDITOR ID: 313765-39<br>VANDIE Z FINKS<br>1927 ELM WOOD CIRLCE<br>SNELLVILLE GA 30078 | CREDITOR ID: 313766-39<br>VANECIA L HARDESTY<br>945 S 5TH ST CHAPEL APT 915<br>LOUISVILLE KY 40203 |
| CREDITOR ID: 313767-39<br>VANESS G CAIN & DYLAN C CAIN<br>JT TEN<br>1105 CROWN DRIVE<br>JACKSONVILLE FL 32221 | CREDITOR ID: 313768-39<br>VANESSA A BUCKMAN<br>1344 W 5TH ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 313769-39<br>VANESSA A MARTIN<br>843 PRAIRIE RD N 1<br>FRANKLIN LA 70538 |
| CREDITOR ID: 313770-39<br>VANESSA A MCIVER<br>4249 OLD BATTLEGROUND RD<br>GREENSBORO NC 27410 | CREDITOR ID: 313771-39<br>VANESSA D WELLS<br>1407 MOCKINGBIRD LANE<br>NEW  BERN NC 28562 | CREDITOR ID: 313772-39<br>VANESSA G ALLISON & JAMES C<br>ALLISON III JT TEN<br>2204 BROADHEAD PL<br>LEXINGTON KY 40515 |
| CREDITOR ID: 313774-39<br>VANESSA LEONARD<br>3055 W 19TH ST<br>JACKSONVILLE FL 32254 | CREDITOR ID: 313775-39<br>VANESSA MATTHEWS<br>66 CHARLOTTE PL<br>HIRAM GA 30141 | CREDITOR ID: 313776-39<br>VANESSA W TODD<br>536 FAIRWAY DR<br>WOODSTOCK GA 30188 |
| CREDITOR ID: 313777-39<br>VANIA M NGUYEN<br>6915 W HANNA AVE<br>TAMPA FL 33634 | CREDITOR ID: 313778-39<br>VANN G ROBESON<br>3207 DEERFIELD POINTE DRIVE<br>ORANGE  PARK FL 32073 | CREDITOR ID: 313779-39<br>VANNETTE M TAYLOR<br>1033 DAWES RD<br>FROSTPROOF FL 33843 |
| CREDITOR ID: 313780-39<br>VARINA S SHIPE<br>1620 WYATTS RIDGE RD<br>CROWNSVILLE MD 21032 | CREDITOR ID: 279525-39<br>VARRATO, A F JR TTEE ANTHONY<br>F VARRATO JR TRUST U-A<br>4-19-89<br>PO BOX 49754<br>SARASOTA FL 34230 | CREDITOR ID: 313781-39<br>VASHONDA VASSEUR<br>483 SAINT PATRICK AVE<br>OPELOUSAS LA 70570 |
| CREDITOR ID: 313782-39<br>VAUGHN BUCKLEY & DONNA<br>BUCKLEY JT TEN<br>1922 NE 28 ST<br>OCALA FL 34470 | CREDITOR ID: 313783-39<br>VAUGHN O MAXWELL<br>3800 LIBERTY RD<br>VILLA  RICA GA 30180 | CREDITOR ID: 313784-39<br>VEDA A VANFLEET & E H<br>VANFLEET JT TEN<br>3080 COREY RD<br>MALABAR FL 32950 |
| CREDITOR ID: 313785-39<br>VEDA J GOODWIN<br>329 COUNTY ROAD 232<br>FORT  PAYNE AL 35967 | CREDITOR ID: 313786-39<br>VELMA B DENNISON & EDWIN<br>DENNISON JT TEN<br>7718 HERMITS RUN RD<br>LOUISVILLE KY 40291 | CREDITOR ID: 313787-39<br>VELMA BASS<br>24 SOUTH 20TH AVE<br>BIRMINGHAM AL 35205 |
| CREDITOR ID: 313789-39<br>VELMA J STARRETT<br>919 CR 1802<br>YANTIS TX 75497 | CREDITOR ID: 313790-39<br>VELMA V BLUM<br>7711 NOKOMIS RD<br>DAVISVILLE FL 32568 | CREDITOR ID: 313791-39<br>VELNA I MANN & RALPH H MANN<br>JT TEN<br>12806 ED DENISON RD<br>THONOTOSSASSA FL 33592 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313792-39<br>VELORIA W PREYER<br>706 SATSUMA AVE<br>PANAMA CITY FL 32401 | CREDITOR ID: 313793-39<br>VENETIA F WILLIAMS<br>7205 REINDEER RD<br>TAMPA FL 33619 | CREDITOR ID: 313794-39<br>VENEZULLA WOODS<br>13438 S FOXHAVEN DR<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 313795-39<br>VERA ANN RUSH & BILLY F RUSH<br>JT TEN<br>612 FAUN DR<br>EULESS TX 76040 | CREDITOR ID: 313796-39<br>VERA B LEEVER<br>2441 C H ARNOLD RD<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 313797-39<br>VERA BERNATH & MADALYN<br>BERNATH SEGUIN JT TEN<br>P O BOX 2896<br>CAREFREE AZ 85377 |
| CREDITOR ID: 313798-39<br>VERA BLOMQUIST & RICHARD<br>BLOMQUIST JT TEN<br>3708 LIVE OAK<br>WACO TX 76708 | CREDITOR ID: 313799-39<br>VERA E GIBSON<br>300 ACRES OF SHADE DR LOT C9<br>CATAULA GA 31804 | CREDITOR ID: 313800-39<br>VERA H CARTER CUST FOR<br>WILSON PATRICK CARTER UNDER<br>THE SC UNIFORM GIFTS TO<br>MINORS ACT<br>1705 RUTLAND CT<br>COLUMBIA SC 29206 |
| CREDITOR ID: 313801-39<br>VERA HARRIS<br>648 BARBADOS RD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 313803-39<br>VERA HELEN CARTER CUST FOR<br>LORA TAYLOR CARTER UNDER THE<br>SC UNIFORM GIFTS TO MINORS<br>ACT<br>1705 RUTLAND COURT<br>COLUMBIA SC 29206 | CREDITOR ID: 313802-39<br>VERA HELEN CARTER CUST FOR<br>JOSEPH KENNETH CARTER III<br>UNDER THE SC UNIFORM GIFTS<br>TO MINORS ACT<br>1705 RUTLAND COURT<br>COLUMBIA SC 29206 |
| CREDITOR ID: 313804-39<br>VERA J CLARK<br>333 SOLITARY MEADOW CIR<br>WAYNESVILLE NC 28786 | CREDITOR ID: 313805-39<br>VERA J LISTER<br>1124 S HIGH AVE<br>FREEPORT IL 61032 | CREDITOR ID: 313806-39<br>VERA JOHNSON<br>15 W 18TH ST<br>APOPKA FL 32703 |
| CREDITOR ID: 313807-39<br>VERA L STEWART<br>3827 MUSKET TRAIL<br>JACKSONVILLE FL 32277 | CREDITOR ID: 313808-39<br>VERA LEDOUX ACKLEY<br>3882 LEVEE LOOP<br>LAKE CHARLES LA 70607 | CREDITOR ID: 313809-39<br>VERA VANCE<br>920 HOLLOWAY AVE<br>SAN FRANCISCO CA 94132 |
| CREDITOR ID: 313810-39<br>VERDA LAWSON<br>C/O VERDA LAWSON GREEN<br>4120 GENERAL OGDEN ST<br>NEW ORLEANS LA 70118 | CREDITOR ID: 313811-39<br>VERENDA J MCELWAIN<br>PO BOX 335<br>GOODLAND FL 34140 | CREDITOR ID: 313812-39<br>VERENDA J MCELWAIN & KEITH<br>MCELWAIN JT TEN<br>P O BOX 335<br>GOODLAND FL 34140 |
| CREDITOR ID: 313813-39<br>VERLIE R WARDEN CUST PAIGE<br>JERRA JOHNSON UNIF TRAN MIN ACT KY<br>PO BOX 844<br>BURLINGTON KY 41005 | CREDITOR ID: 313814-39<br>VERLY LUBIN<br>2427 SHERMAN ST<br>HOLLYWOOD FL 33020 | CREDITOR ID: 313815-39<br>VERMA A HAILEY<br>1815 ARAPAHOE ST<br>GOLDEN CO 80401 |
| CREDITOR ID: 313816-39<br>VERMELLE L KUDULIS<br>4779 SOLLIE RD<br>MOBILE AL 36619 | CREDITOR ID: 313817-39<br>VERNA B DEAN<br>4997 HWY 58 SOUTH<br>POLLOCKSVILLE NC 28573 | CREDITOR ID: 313818-39<br>VERNA F HAAS<br>2540 WATER ST<br>STEVENS POINT WI 54481 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313819-39<br>VERNA L GUTHRIE & ROBERT D<br>GUTHRIE JR JT TEN<br>898 S BARDSTOWN RD<br>MT  WASHINGTON KY 40047 | CREDITOR ID: 313820-39<br>VERNARD M LEVELL<br>2227 NW 82ND ST<br>MIAMI FL 33147 | CREDITOR ID: 313821-39<br>VERNE P AUSTIN<br>APT 207<br>2251 HIGHLAND AVE S<br>BIRMINGHAM AL 35205 |
| CREDITOR ID: 313822-39<br>VERNELIA CRAWFORD FIRST<br>UNION NATIONAL BANK<br>48 MAPLE AVE<br>FRANKLINVILLE NY 14737 | CREDITOR ID: 313823-39<br>VERNELL PROCTOR<br>RR 3 BOX 60<br>MADISON FL 32340 | CREDITOR ID: 313824-39<br>VERNELL PROCTOR & RUFUS<br>PROCTOR JT TEN<br>1743 DUVAL POND ROAD<br>MADISON FL 32340 |
| CREDITOR ID: 313825-39<br>VERNESHA M SWOOPE<br>1426 N 35TH STREET<br>FORT  PIERCE FL 34947 | CREDITOR ID: 313826-39<br>VERNETHA JEFFERSON<br>PO BOX 122<br>ST  HELENA  ISLAND SC 29920 | CREDITOR ID: 313827-39<br>VERNIA L LARRIS<br>205 SOUTH ST CLAIR ST<br>WILDWOOD FL 32785 |
| CREDITOR ID: 313828-39<br>VERNICE L THOMAS<br>202 SW 8TH ST<br>DELRAY  BEACH FL 33444 | CREDITOR ID: 313829-39<br>VERNON A HAYWOOD & ELIZABETH<br>B HAYWOOD JT TEN<br>PO BOX 335<br>HAYES VA 23072 | CREDITOR ID: 313830-39<br>VERNON D MAYO<br>23050 ROAD 262<br>PICAYUNE MS 39466 |
| CREDITOR ID: 313831-39<br>VERNON D MAYO & SHIRLEY R<br>MAYO JT TEN<br>23050 ROAD 262<br>PICAYUNE MS 39466 | CREDITOR ID: 313832-39<br>VERNON DEREIMER III<br>3163 FIREPLACE TRL<br>SNELLVILLE GA 30278 | CREDITOR ID: 313833-39<br>VERNON F LUTHER<br>PO BOX 933<br>THOMASVILLE NC 27361 |
| CREDITOR ID: 313834-39<br>VERNON G IVESTER<br>213 CLEARVIEW HTS<br>BOILING  SPRINGS SC 29316 | CREDITOR ID: 313835-39<br>VERNON GEORGE KOONTZ<br>19 VISTA TRL<br>WAYNE NJ 07470 | CREDITOR ID: 313836-39<br>VERNON H TRAMMELL<br>113 BEECHWOOD DR<br>SIMPSONVILLE SC 29681 |
| CREDITOR ID: 313837-39<br>VERNON J DISNEY<br>5 SWAN LAKE DR<br>SUMTER SC 29150 | CREDITOR ID: 313838-39<br>VERNON J HUNT<br>16352 OLD HAMMOND HWY LOT<br>250<br>BATON  ROUGE LA 70816 | CREDITOR ID: 313839-39<br>VERNON JIMMY BRITT & KAREN S<br>BRITT JT TEN<br>25 BALDWIN RD<br>SULPHUR OK 73086 |
| CREDITOR ID: 313840-39<br>VERNON L ALLEN<br>1625 SUNSET PLACE<br>FORT  MYERS FL 33901 | CREDITOR ID: 313841-39<br>VERNON M MATHENEY<br>163 DOBBINS RD<br>ELLENBORO NC 28040 | CREDITOR ID: 313842-39<br>VERNON MEEKS<br>2810 SUBURBAN RD<br>LYNCHBURG VA 24501 |
| CREDITOR ID: 313843-39<br>VERNON O BRUNSON<br>1102 F M 113 N<br>WEATHERFORD TX 76088 | CREDITOR ID: 313844-39<br>VERNON P DEREIMER III<br>3163 FIREPLACE TRL<br>SNELLVILLE GA 30278 | CREDITOR ID: 313845-39<br>VERNON R IVEY III<br>3512 S CARNATION CT<br>TALLAHASSEE FL 32303 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313846-39 | CREDITOR ID: 313847-39 | CREDITOR ID: 313848-39 |
| VERNON RHODAN | VERNON S PEER & JANET H PEER | VERNON S SMITH |
| 5 A POINT COMFORT CLUB | JT TEN | 3917 WINTERFIELD PLACE |
| HILTON HEAD ISLAND SC 29928 | 7253 KUMQUAT RD | CHARLOTTE NC 28205 |
| | FORT MYERS FL 33912 | |
| CREDITOR ID: 313849-39 | CREDITOR ID: 313850-39 | CREDITOR ID: 313851-39 |
| VERNON S SMITH & CAROL F | VERNON SIDNEY JOHNSON | VERNON SIGREST |
| SMITH JT TEN | 2371 OZARK TRAIL SW | 6210 LOWER ZACHARY RD |
| 3917 WINTERFIELD PL | ATLANTA GA 30301 | ZACHARY LA 70791 |
| CHARLOTTE NC 28205 | | |
| CREDITOR ID: 313852-39 | CREDITOR ID: 313853-39 | CREDITOR ID: 313854-39 |
| VERONICA BARKER & ROBERT | VERONICA E BUJOLD | VERONICA J NEIDERT & EDWARD |
| BARKER JT TEN | 721 NW 207TH AVE | C NEIDERT JT TEN |
| 169 WEST GOLDENTUFT COURT | PEMBROKE PINES FL 33029 | 765 SOUTHVIEW CIRCLE |
| BEVERLY HILLS FL 34465 | | KODAK TN 37764 |
| CREDITOR ID: 313855-39 | CREDITOR ID: 313856-39 | CREDITOR ID: 313857-39 |
| VERONICA K URSINI | VERONICA L HOWARD | VERONICA L MARQUEZ |
| 1638 ROBLE LN | 656 OAKFORD WA | 7830 SANDPIPER |
| DELTONA FL 32738 | ORLANDO FL 32811 | NEW ORLEANS LA 70128 |
| CREDITOR ID: 313858-39 | CREDITOR ID: 313859-39 | CREDITOR ID: 313860-39 |
| VERONICA L MASON | VERONICA M CYZIO | VERONICA M JOHNSON |
| PO BOX 1072 | 339 MARLIN AVE | 575 NEW YORK RD |
| NATALBANY LA 70451 | ROYAL OAK MI 48067 | LEESBURG GA 31763 |
| CREDITOR ID: 313861-39 | CREDITOR ID: 313862-39 | CREDITOR ID: 313863-39 |
| VERONICA M RICHARDSON | VERONICA MAUBRAY | VERONICA MOUBRAY & KELLY |
| 3557 WILLOW TREE TRCE | 901 YOUTH CAMP RD | MOUBRAY JT TEN |
| DECATUR GA 30034 | GROVELAND FL 34736 | 901 YOUTH CAMP RD |
| | | GROVELAND FL 34736 |
| CREDITOR ID: 313864-39 | CREDITOR ID: 313865-39 | CREDITOR ID: 313866-39 |
| VERONICA S WATKINS | VERONICA SANTOS | VERONICA TEMEKA SIMMONS |
| 2995 E CROWNE DR | 1222 WELSON RD | 400 WEST GORDON ST |
| INVERNESS FL 34453 | ORLANDO FL 32837 | VALDOSTA GA 31601 |
| CREDITOR ID: 313867-39 | CREDITOR ID: 313868-39 | CREDITOR ID: 313869-39 |
| VERTELL HENDERSON | VERTIS J MADISON | VERTIS W HOLT |
| 402 LINWOOD AVENUE | 1304 12TH ST NW | 224 E BUSH ST |
| JACKSONVILLE FL 32206 | MOULTRIE GA 31768 | GASTONIA NC 28056 |
| CREDITOR ID: 313871-39 | CREDITOR ID: 313872-39 | CREDITOR ID: 289767-39 |
| VETRICE ANN FORD | VETTA L STRICKLAND & DERRYAL | VETZEL, ETHEL L |
| 607 POPLAR AVE | R STRICKLAND JT TEN | 12359 W STANDISH DR |
| KANNAPOLIS NC 28081 | 8972 ADAMS WALK DR | HOMOSASSA FL 34448 |
| | JACKSONVILLE FL 32257 | |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 313873-39
VICKI ADAMS
5370 HAWKINS LANE
ETHEL LA 70730

CREDITOR ID: 313874-39
VICKI C THOMAS
P O BOX 997
DUDLEY NC 28333

CREDITOR ID: 313875-39
VICKI CONNOR & BRIAN CONNOR
JT TEN
684 WOODGATE RD
CINCINNATI OH 45244

CREDITOR ID: 313876-39
VICKI D BRUCE
604 PEACH PLACE
LOGANVILLE GA 30052

CREDITOR ID: 313877-39
VICKI DARLENE SMITH
7205 GREENBRIAR ST
OCEAN SPRINGS MS 39564

CREDITOR ID: 313878-39
VICKI E TRENT
6755 SW COUNTY ROAD 225
STARKE FL 32091

CREDITOR ID: 313879-39
VICKI G DRUERY
418 HIGHWOOD DR
SLIDELL LA 70458

CREDITOR ID: 313880-39
VICKI GAIL PORTER
PO BOX 657
GREENSBORO GA 30642

CREDITOR ID: 313881-39
VICKI GILLEY
249 COUNTY RD 1661
CULLMAN AL 35058

CREDITOR ID: 313882-39
VICKI H RANDALL
36 OLD MILLER RD
BLUFFTON SC 29910

CREDITOR ID: 313883-39
VICKI J TANNER & CHARLIE A
TANNER JR JT TEN
1103 BUCKINGHAM RD
GARNER NC 27529

CREDITOR ID: 313884-39
VICKI L BALLARD & STEVEN W
BALLARD JT TEN
2023 WOODCREST DR
INDEPENDENCE KY 41051

CREDITOR ID: 313885-39
VICKI L BALLWEY
6344 WYNDOTTE RD
PENSACOLA FL 32526

CREDITOR ID: 313886-39
VICKI L BURCH
1057 21ST ST N
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 313887-39
VICKI L CLARK
7409 PALISADE DR
PORT RICHEY FL 34668

CREDITOR ID: 313888-39
VICKI L KENNEDY
PO BOX 335
NORMAN PARK GA 31771

CREDITOR ID: 313889-39
VICKI L SALERNO
2610 COBALT CT
ORLANDO FL 32837

CREDITOR ID: 313890-39
VICKI L STRESSENGER
23 BLUEBERRY LN
HOPKINTON MA 01748

CREDITOR ID: 313891-39
VICKI LEIGH LONG
2407 LULA COURT
DENTON TX 76205

CREDITOR ID: 313892-39
VICKI LYNN KIRK & STEPHANIE
L KIRK JT TEN
4121 WEST POINTE DRIVE
KENNESAW GA 30152

CREDITOR ID: 313893-39
VICKI P FONSECA
332 COLONIAL CLUB DR
HARAHAN LA 70123

CREDITOR ID: 313894-39
VICKI PLANTHOLT
12 CHERRYWOOD LANE
ALEXANDRIA KY 41001

CREDITOR ID: 313895-39
VICKI PLANTHOLT & FRANK
PLANTHOLT JT TEN
12 CHERRYWOOD LANE
ALEXANDRIA KY 41001

CREDITOR ID: 313897-39
VICKI S SPENCER
P O BOX 1105
CLAYTON GA 30525

CREDITOR ID: 313898-39
VICKI UNDERWOOD
6373 KILCREASE ROAD
BAKER FL 32531

CREDITOR ID: 313899-39
VICKI YOUNG
3258 MARCH TERR
CINCINNITA OH 45239

CREDITOR ID: 313900-39
VICKIE A COCHRAN & NORMAN A
COCHRAN JT TEN
5153 US HWY 41 S
JASPER FL 32052

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313901-39<br>VICKIE A GODFREY & ARNOLD W<br>GODFREY JT TEN<br>147 MARY AUSTIN RD<br>CORDOVA AL 35550 | CREDITOR ID: 313902-39<br>VICKIE ANN FRONEK<br>1800 SHERWOOD DR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 313903-39<br>VICKIE BUXTON<br>182 PAYNE RD<br>OAKDALE LA 71463 |
| CREDITOR ID: 313904-39<br>VICKIE CAREY<br>157 BOUGANVILLA DR<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 313905-39<br>VICKIE CAROL CAMPBELL<br>4782 CHARLIE CRAWLEY RD<br>MORGANTON NC 28655 | CREDITOR ID: 313906-39<br>VICKIE CRUM<br>835 REHWINKEL RD<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 313907-39<br>VICKIE D BAXLEY<br>2916 RUIDOSA ST<br>LONGVIEW TX 75605 | CREDITOR ID: 313908-39<br>VICKIE D MATTHEWS<br>RR 1 BOX 166<br>PURDON TX 76679 | CREDITOR ID: 313909-39<br>VICKIE D SHELTON<br>2959 CHARLES CT<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 313910-39<br>VICKIE DELRIE<br>3570 REVERE PL<br>MARTINEZ GA 30907 | CREDITOR ID: 313911-39<br>VICKIE E WETZEL<br>15620 ARABIAN WAY<br>MONTVERDE FL 34746 | CREDITOR ID: 313912-39<br>VICKIE ELLIOTT<br>257 PRICE RD<br>ELIZABETHTON TN 37643 |
| CREDITOR ID: 313913-39<br>VICKIE G OQUINN & ANTHONY D<br>OQUINN JT TEN<br>RR 2 BOX 149<br>GREENVILLE FL 32331 | CREDITOR ID: 313914-39<br>VICKIE J LEGER & JOSEPH L<br>LEGER TEN COM<br>235 FOREST RD<br>EUNICE LA 70535 | CREDITOR ID: 313915-39<br>VICKIE KATHLEEN CLEMONS<br>215 BUTTERNUT STAGE DR<br>ST PETERS MO 63376 |
| CREDITOR ID: 313916-39<br>VICKIE L CLANTON & JERRY R<br>CLANTON JT TEN<br>1514 SKYLAND BLVD E #325<br>TUSCALOOSA AL 35405 | CREDITOR ID: 313917-39<br>VICKIE L MORRIS<br>1818 BATTS BLVD<br>SPRINGFIELD TN 37172 | CREDITOR ID: 313918-39<br>VICKIE L TRIPLETT<br>1019 E BEECH ST<br>OSGOOD IN 47037 |
| CREDITOR ID: 313919-39<br>VICKIE LANDRY & DWIGHT<br>LANDRY TEN COM<br>36645 HWY 69<br>WHITE CASTLE LA 70788 | CREDITOR ID: 313920-39<br>VICKIE MARIE THOMAS<br>9700 CR 528<br>BURLESON TX 76028 | CREDITOR ID: 313921-39<br>VICKIE NELSON<br>40 CAPE DRIVE NORTH WEST<br>FORT WALTON BEACH FL 32548 |
| CREDITOR ID: 313922-39<br>VICKIE R GANTT<br>2576 LINCOLN PARK ST<br>LINCOLNTON NC 28092 | CREDITOR ID: 313923-39<br>VICKIE S CARTER<br>PO BOX 113<br>ORANGE LAKE FL 32681 | CREDITOR ID: 313924-39<br>VICKIE S MOOCK<br>216 CHESSINGTON CIR<br>SUMMERVILLE SC 29485 |
| CREDITOR ID: 313925-39<br>VICKIE STROUD GREEN & JADE<br>STROUD GREEN JT TEN<br>C/O VICKI STROUD GREEN CARTER<br>P O BOX 113<br>ORANGE LAKE FL 32608-3268 | CREDITOR ID: 313926-39<br>VICKY A JOSEPH<br>1068 JULES BROUSSARD RD<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 313927-39<br>VICKY A WALKER<br>7917 ARROWHEAD FOREST CT<br>MONTGOMERY AL 36117 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

CREDITOR ID: 313928-39
VICKY B KENNINGTON
PO BOX 988
RIDGEWAY VA 24148

CREDITOR ID: 313929-39
VICKY B STONE
P O BOX 988
RIDGEWAY VA 24148

CREDITOR ID: 313930-39
VICKY C YONDERS
11113 LANSFORD DR
LOUISVILLE KY 40272

CREDITOR ID: 313931-39
VICKY GAIL BOOSE CUST
CHEROKEE LYNN BOOSE UNDER
THE FL UNIF TRAN MIN ACT
UNTIL AGE 21
7610 N BRAHMA TER
CRYSTAL  RIVER FL 34428

CREDITOR ID: 313932-39
VICKY GAIL BOOSE CUST CIARA
MARIE BOOSE UNDER THE FL
UNIF TRAN MIN ACT UNTIL AGE
21
7610 N BRAHMA TER
CRYSTAL  RIVER FL 34428

CREDITOR ID: 313933-39
VICKY GLENK
2500 BROADWAY
FORT  MYERS FL 33901

CREDITOR ID: 313934-39
VICKY H MARTIN
8237 BARRACUDA RD
JACKSONVILLE FL 32244

CREDITOR ID: 313935-39
VICKY J LEMONS & DANNY W
LEMONS JT TEN
104 WILDWOOD AVE
MARTINSVILLE VA 24112

CREDITOR ID: 313936-39
VICKY JOHNSON
RT 3 BOX 311
VINTON VA 24179

CREDITOR ID: 313937-39
VICKY L BAKER & ROGER L
BAKER JT TEN
122 MOUNTAIN VIEW RD
BESSEMER  CITY NC 28016

CREDITOR ID: 313938-39
VICKY L BOUCHER
706 MICHAEL DR
CALLAWAY FL 32404

CREDITOR ID: 313939-39
VICKY L DUNN
27 SIMMONS RD
PAVO GA 31778

CREDITOR ID: 313940-39
VICKY R BURTON
9534 N DARTMOUTH AVE
TAMPA FL 33612

CREDITOR ID: 313941-39
VICTOR A VALENTE
3117 SHADOW OAKS DR
HOLIDAY FL 34690

CREDITOR ID: 313942-39
VICTOR ANDERSON & ANGELA
ANDERSON JT TEN
CHURCH ST
PO BOX 715
DUE  WEST SC 29639

CREDITOR ID: 313943-39
VICTOR B PATRICK
900 W ARLINGTON BLVD
GREENVILLE NC 27834

CREDITOR ID: 313944-39
VICTOR C RICHARD
4642 ADDISON ST
BOCA  RATON FL 33428

CREDITOR ID: 313945-39
VICTOR D CHIN
233 MADORA DRIVE
POWELL TN 37849

CREDITOR ID: 313946-39
VICTOR G DOWLESS JR
159 CARSONS PL
MOORESVILLE NC 28117

CREDITOR ID: 313947-39
VICTOR G GENTILE
7712 BOGART DR
N  FT  MYERS FL 33917

CREDITOR ID: 313948-39
VICTOR HOUSTON
5249 GOLF VALLEY WY
STONE  MOUNTAIN GA 30088

CREDITOR ID: 313949-39
VICTOR J ALICEA
41 CUNNINGHAM RD
DE  BARY FL 32713

CREDITOR ID: 313950-39
VICTOR J SANTIAGO
304 E HAMPTON RD
CROWLEY TX 76036

CREDITOR ID: 313951-39
VICTOR J SOURDRY
1321 E OAK ST
NEW  ALBANY IN 47150

CREDITOR ID: 313952-39
VICTOR L SANDERS
847 LAKE EMORY RD
FRANKLIN NC 28734

CREDITOR ID: 313953-39
VICTOR L WILLIAMS
6513 MANASSAS DR
PEWEE  VALLEY KY 40056

CREDITOR ID: 313954-39
VICTOR M GLASER
9 HOLMES COURT
PARADISE RD
STOCKWELL
LONDON SW4 6QJ
ENGLAND

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 313955-39<br>VICTOR N QUEEN<br>7225 BEARA RD<br>WINSTON GA 30187 | CREDITOR ID: 313956-39<br>VICTOR N SIMPSON<br>4395 FLOOD ST<br>COCOA FL 32927 | CREDITOR ID: 313957-39<br>VICTOR P COMPE & MARION D<br>COMPE JT TEN<br>2255 RIVER RIDGE RD<br>DELAND FL 32720 |
| CREDITOR ID: 313958-39<br>VICTOR P FERNANDEZ & VALERIE<br>A FERNANDEZ JT TEN<br>177 STEEPLE CHASE CIR<br>SANFORD FL 32771 | CREDITOR ID: 313959-39<br>VICTOR R CASSADA<br>133 SUNSET LN<br>SOUTH  HILL VA 23970 | CREDITOR ID: 313960-39<br>VICTOR R CASSADA & SHEILA B<br>CASSADA JT TEN<br>133 SUNSET LN<br>SOUTH  HILL VA 23970 |
| CREDITOR ID: 313961-39<br>VICTOR R HUDSON JR<br>6820 THOMAS ST<br>HOLLYWOOD FL 33024 | CREDITOR ID: 313962-39<br>VICTOR ROSSI<br>P O BOX 249<br>BOONVILLE CA 95415 | CREDITOR ID: 313963-39<br>VICTOR SPAGNUOLO<br>APT 102<br>2017 SW GOLF LN<br>BOYNTON  BEACH FL 33426 |
| CREDITOR ID: 313964-39<br>VICTORIA C CRAPPS<br>503 LOBLOLLY RD<br>ELGIN SC 29045 | CREDITOR ID: 313965-39<br>VICTORIA E GORDON<br>2609 LIGUSTRUM RD<br>JACKSONVILLE FL 32211 | CREDITOR ID: 313966-39<br>VICTORIA GLOVER<br>408 SAGE CT<br>STOCKBRIDGE GA 30281 |
| CREDITOR ID: 313967-39<br>VICTORIA I DUBOICE<br>PO BOX 2023<br>SEBRING FL 33871 | CREDITOR ID: 313968-39<br>VICTORIA J BALLENTINE<br>113 WYNDHAM CT<br>GREENVILLE SC 29615 | CREDITOR ID: 313969-39<br>VICTORIA K VICKERS<br>6634 HOMECITY AVE<br>CINCINNATI OH 45233 |
| CREDITOR ID: 313970-39<br>VICTORIA L BACHTELL<br>PO BOX 1153<br>HOBE  SOUND FL 33475 | CREDITOR ID: 313971-39<br>VICTORIA L DOCKERY<br>617 E STADIUM DR<br>EDEN NC 27288 | CREDITOR ID: 313972-39<br>VICTORIA L HEIL<br>11112 OAK BEND CT<br>LOUISVILLE KY 40241 |
| CREDITOR ID: 313973-39<br>VICTORIA L VERGARA<br>4625 SW 87TH AVE<br>MIAMI FL 33165 | CREDITOR ID: 313974-39<br>VICTORIA L WEBB<br>1313 DUNSINANE DRIVE<br>WEST  CHESTER PA 19380 | CREDITOR ID: 313975-39<br>VICTORIA LEE C GUNTER<br>114 S PINE ST<br>BATESBURG SC 29006 |
| CREDITOR ID: 313976-39<br>VICTORIA LYNN BROWN<br>136 VALLEY DR<br>MOUNT  WASHINGTON KY 40047 | CREDITOR ID: 313977-39<br>VICTORIA M GARDNER<br>3675 S SEAS ST<br>BIG  PINE  KEY FL 33043 | CREDITOR ID: 313978-39<br>VICTORIA M GOMEZ<br>309 W LOUISIANA AVE<br>SWEETWATER TX 79556 |
| CREDITOR ID: 313979-39<br>VICTORIA P SERACK<br>904 ANTHONY WAYNE DR<br>BADEN PA 15005 | CREDITOR ID: 313980-39<br>VICTORIA SUE MILLER<br>3363 ALPINE PLACE 35<br>CINCINNATI OH 45211 | CREDITOR ID: 313981-39<br>VIDA DIANE HALL & WILLIAM R<br>HALL JT TEN<br>1285 KNOLLWOOD DR<br>CORYDON IN 47112 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 313982-39<br>VIDA E CASEY<br>5489 HOLDEN ROAD<br>COCOA FL 32927 | CREDITOR ID: 313983-39<br>VIDA E MOLL<br>28 W THRUSH ST<br>APOPKA FL 32712 | CREDITOR ID: 313984-39<br>VIEUNE RINEHART<br>522 W 8TH ST<br>ANDERSON IN 46016 |
| CREDITOR ID: 313985-39<br>VIKAS WALIA<br>102 WHILEAWAY CT<br>TAYLORS SC 29687 | CREDITOR ID: 313986-39<br>VIKKI L MUSGROVE<br>181 SE PINE DR<br>LAKE CITY FL 32025 | CREDITOR ID: 313987-39<br>VIKKI SHELTON WILSON<br>2915 20TH ST LANE NE<br>HICKORY NC 28601 |
| CREDITOR ID: 313988-39<br>VILA M HANSFORD & DIANE H<br>COGSDALE JT TEN<br>110 SOUTH ATLAS DRIVE<br>APOPKA FL 32703 | CREDITOR ID: 313989-39<br>VILLA M PENDERGRASS<br>124 ALLEN MOON LN<br>OWENS CROSS ROADS AL 35763 | CREDITOR ID: 313990-39<br>VINA L STEPHENSON<br>2400 HIGHWAY 210 EAST<br>HAMPSTEAD NC 28443 |
| CREDITOR ID: 313991-39<br>VINCE C MOORE<br>100 GAYNELL CT<br>HOUMA LA 70364 | CREDITOR ID: 313992-39<br>VINCE E DAVIS & PAM S DAVIS<br>JT TEN<br>365 ALPINE LN<br>CROWLEY TX 76036 | CREDITOR ID: 313993-39<br>VINCE O REVELS<br>N HWY 145<br>MADISON FL 32340 |
| CREDITOR ID: 313994-39<br>VINCENT A BURNS & EDUVIGIS<br>BURNS JT TEN<br>2157 BETSY DR<br>JACKSONVILLE FL 32210 | CREDITOR ID: 313995-39<br>VINCENT A VAN SKIVER<br>2878 MIDDLETON CIR<br>KISSIMMEE FL 34743 | CREDITOR ID: 313996-39<br>VINCENT C BOVA<br>17452 ANNINA LANE<br>HAMMOND LA 70403 |
| CREDITOR ID: 313997-39<br>VINCENT CANTELMI<br>3913 DIVOT RD<br>SEBRING FL 33872 | CREDITOR ID: 313998-39<br>VINCENT COSTIGAN<br>17 CLIFFORD PL<br>RED BANK NJ 07701 | CREDITOR ID: 313999-39<br>VINCENT DERRICK MCCRAW<br>1118 MONTAGUE ST<br>NORFOLK VA 23518 |
| CREDITOR ID: 314000-39<br>VINCENT DI UMBERTO & MARLENE<br>DI UMBERTO JT TEN<br>3035 EDMONTON GREEN CT<br>ALPHARETTA GA 30022 | CREDITOR ID: 314001-39<br>VINCENT E CARTER<br>1131 WAVERLY PLACE DR L<br>COLUMBIA SC 29229 | CREDITOR ID: 314002-39<br>VINCENT E CARTER & MYRA<br>HALE-CARTER JT TEN<br>1131 WAVERLY PLACE DR L<br>COLUMBIA SC 29229 |
| CREDITOR ID: 314003-39<br>VINCENT E CHIRCOP<br>3424 SE 22ND AVE<br>CAPE CORAL FL 33904 | CREDITOR ID: 314004-39<br>VINCENT E JACKSON<br>69 EAGLE PASS<br>SWAINSBORO GA 30401 | CREDITOR ID: 314005-39<br>VINCENT E JAY<br>316 GARDENIA ST APT 10<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 314006-39<br>VINCENT E SALAC<br>P O BOX 401<br>SUMMERDALE AL 36580 | CREDITOR ID: 314007-39<br>VINCENT E STEPHENSON<br>593 QUEENS MIRROR CIRCLE<br>CASSELBERRY FL 32707 | CREDITOR ID: 314008-39<br>VINCENT ED CHAMBERS<br>1665 VALEVIEW CT<br>APOPKA FL 32712 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 314009-39<br>VINCENT F ARGENZIO JR<br>8531 NW 8TH ST<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 314010-39<br>VINCENT F DESALVO II<br>11403 MOTOR YACHT DR N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 314011-39<br>VINCENT FRISINA & EDITH<br>FRISINA JT TEN<br>3 BACKCOURT RD<br>STORMVILLE NY 12582 |
| CREDITOR ID: 314012-39<br>VINCENT G LETO & JUDY S LETO<br>JT TEN<br>732 N ATLANTA ST<br>METAIRIE LA 70003 | CREDITOR ID: 314013-39<br>VINCENT J ALBARADO JR<br>1209 JUNG BLVD<br>MARRERO LA 70072 | CREDITOR ID: 314015-39<br>VINCENT J DANTONI<br>113 S TISH DR<br>AVONDALE LA 70094 |
| CREDITOR ID: 314016-39<br>VINCENT J DI LORENZO<br>425 GLENEAGLES CT<br>WINTER HAVEN FL 33884 | CREDITOR ID: 314018-39<br>VINCENT J KAUP<br>3010 OAKWOOD DR<br>JACKSONVILLE NC 28546 | CREDITOR ID: 314020-39<br>VINCENT K WILSON<br>10373 SHELBY CREEK RD S<br>JACKSONVILLE FL 32221 |
| CREDITOR ID: 314021-39<br>VINCENT L RINGGOLD & JANET L<br>RINGGOLD JT TEN<br>941 KLEES MILL ROAD<br>WESTMINSTER MD 21157 | CREDITOR ID: 314022-39<br>VINCENT LEMME & CAROLE LEMME<br>JT TEN<br>9906 AMAZON DR<br>NEW PORT RICHEY FL 34655 | CREDITOR ID: 314023-39<br>VINCENT M LONGTON<br>3720 MAYO CIR<br>ORMOND BEACH FL 32174 |
| CREDITOR ID: 314024-39<br>VINCENT MAURICI<br>465 WINTHROP ST<br>WINTHROP MA 02152 | CREDITOR ID: 314025-39<br>VINCENT P EDMAN<br>1061 PIEDMONT OAKS DRIVE<br>APOPKA FL 32703 | CREDITOR ID: 314026-39<br>VINCENT PERUGINI JR<br>406 JOSHUA LN<br>MIDDLETOWN DE 19709 |
| CREDITOR ID: 314027-39<br>VINCENT POLSINELLI &<br>MICHELLE DISTEL JT TEN<br>1544 LASHLEY<br>LONGMONT CO 80501 | CREDITOR ID: 314028-39<br>VINCENT POLSINELLI & AMY<br>SPERLING JT TEN<br>1544 LASHLEY<br>LONGMONT CO 80501 | CREDITOR ID: 314029-39<br>VINCENT POLSINELLI & JASON<br>SPERLING JT TEN<br>1544 LASHLEY<br>LONGMONT CO 80501 |
| CREDITOR ID: 314030-39<br>VINCENT POLSINELLI CUST<br>SARAH VAN NESS UNIF TRAN MIN<br>ACT CO<br>1544 LASHLEY<br>LONGMONT CO 80501 | CREDITOR ID: 314031-39<br>VINCENT POLSINELLI CUST JOHN<br>D KUMPF UNIF TRAN MIN ACT CO<br>1544 LASHLEY<br>LONGMONT CO 80501 | CREDITOR ID: 314032-39<br>VINCENT R ROSETTI<br>11583 HOLLY BLUFF CIR<br>BILOXI MS 39532 |
| CREDITOR ID: 314033-39<br>VINCENT S MARSIGLIA JR<br>42066 W YELLOW WATER RD<br>HAMMOND LA 70403 | CREDITOR ID: 314034-39<br>VINCENT T PRYOR<br>5829 CHATMOSS DR<br>RALEIGH NC 27610 | CREDITOR ID: 314035-39<br>VINCIENT HEARD<br>341 NW 144TH ST<br>MIAMI FL 33168 |
| CREDITOR ID: 314036-39<br>VINSON M ROUNTREE & DIANE<br>ROUNTREE JT TEN<br>3142 LAURA LN<br>LITHIA SPRINGS GA 30057 | CREDITOR ID: 314037-39<br>VIOLA BLANCHARD & LELAND<br>BLANCHARD SR JT TEN<br>PO BOX 113<br>THREE SPRINGS PA 17264 | CREDITOR ID: 314038-39<br>VIOLA I BROOKS & SAMUEL<br>BROOKS JR JT TEN<br>1782 HIGHWAY 177-A<br>BONIFAY FL 32425 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314039-39<br>VIOLA V CHANCEY<br>228 WEDGEWOOD CIRCLE<br>ORMOND  BEACH FL 32176 | CREDITOR ID: 314040-39<br>VIOLET ANN ORDOYNE<br>526 MILLET N PO BOX 452<br>GRAMERCY LA 70052 | CREDITOR ID: 314041-39<br>VIOLET BOUGHTON<br>PO BOX 324<br>GREAT  FALLS MT 59403 |
| CREDITOR ID: 314042-39<br>VIOLET F BULLOCK<br>317 BOWEN ST<br>FRANKLINTON NC 27525 | CREDITOR ID: 314043-39<br>VIOLET G RUTHERFORD<br>213 ALLEN CT<br>MARYVILLE TN 37804 | CREDITOR ID: 314044-39<br>VIOLET L IVEY<br>6496 LOWER DIXIE<br>LAKE ROAD<br>UNION  CITY GA 30291 |
| CREDITOR ID: 314045-39<br>VIOLET L NICKERSON<br>1539 JUNIOR RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 314046-39<br>VIOLET L PATTON<br>896 LA JOLLA RANCHO RD<br>LA  JOLLA CA 92037 | CREDITOR ID: 314047-39<br>VIOLET M BINKLEY<br>3909 ARROW CT<br>FLORENCE KY 41042 |
| CREDITOR ID: 314048-39<br>VIOLET MCBEE<br>904 THOMAS ST<br>KEY  WEST FL 33040 | CREDITOR ID: 314049-39<br>VIOLETA MATOS<br>17130 NW 48 PL<br>MIAMI FL 33055 | CREDITOR ID: 314050-39<br>VIONETTE M BERNIS<br>C/O CALVIN P MELANCON<br>105 WILLIAM DRIVE<br>LAFAYETTE LA 70508 |
| CREDITOR ID: 314051-39<br>VIRDIS MAE POWELL<br>7501 CHRISTIN LEE CIR<br>KNOXVILLE TN 37931 | CREDITOR ID: 314052-39<br>VIRETTA M ROBINSON<br>3628 FREEMAN RD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 314053-39<br>VIRGIE GOINS<br>5017 MORGANTON RD<br>GREENBACK TN 37742 |
| CREDITOR ID: 314054-39<br>VIRGIE O SMITH<br>3401 N MILTON ST<br>MUNCIE IN 47304 | CREDITOR ID: 314056-39<br>VIRGIL B SIMPSON & BOBBIE P<br>SIMPSON TTEES U-A DTD<br>07-17-92 VIRGIL B & BOBBIE<br>P SIMPSON LIVING TRUST<br>3 FAIRLANE DR<br>MAULDIN SC 29662 | CREDITOR ID: 314057-39<br>VIRGIL CASH<br>431 NEW STERLING RD<br>BRUNSWICK GA 31520 |
| CREDITOR ID: 314058-39<br>VIRGIL J HERTEL<br>582 VIRGINIA LN<br>CINCINNATI OH 45244 | CREDITOR ID: 314059-39<br>VIRGIL JENKINS & PEGGY<br>JENKINS JT TEN<br>701 STRINGER LN<br>MOUNT  WASHINGTON KY 40047 | CREDITOR ID: 314060-39<br>VIRGIL L MOBLEY<br>PO BOX 201<br>HIGHLAND  CITY FL 33846 |
| CREDITOR ID: 314061-39<br>VIRGIL L YODER & LORI A<br>YODER JT TEN<br>5912 NUTMEG AVE<br>SARASOTA FL 34231 | CREDITOR ID: 314062-39<br>VIRGIL LEE BRASHER<br>404 N MAIN ST<br>COLUMBIANA AL 35051 | CREDITOR ID: 314063-39<br>VIRGIL WAYNE BENNETT<br>3802 MAX ROAD<br>MYAKKA  CITY FL 34251 |
| CREDITOR ID: 314064-39<br>VIRGINIA A BIPS<br>577 HERRING ROAD<br>NEWNAN GA 30265 | CREDITOR ID: 314065-39<br>VIRGINIA A CALLAHAN & PAUL M<br>CALLAHAN JT TEN<br>1413 SUNRISE DRIVE<br>LOVELAND OH 45140 | CREDITOR ID: 314066-39<br>VIRGINIA A DANIEL<br>222 HAYES DR<br>INTERLACHEN FL 32148 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314067-39<br>VIRGINIA A DAVIS<br>RT 2 BOX 220-C<br>GREENVILLE FL 32331 | CREDITOR ID: 314068-39<br>VIRGINIA A FRICK<br>67 EAST FOUR SEASONS RD<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 314069-39<br>VIRGINIA A KEMPER<br>503 EASTBRIDGE COURT<br>LOUISVILLE KY 40223 |
| CREDITOR ID: 314070-39<br>VIRGINIA A MILLER<br>13741 SE 25TH AVE<br>SUMMERFIELD FL 34491 | CREDITOR ID: 314071-39<br>VIRGINIA A PARKS<br>1011 CEDAR WOOD DR SW<br>DECATUR AL 35603 | CREDITOR ID: 314072-39<br>VIRGINIA A PINTO<br>6239 12TH AVE<br>NEW PORT RICHEY FL 34653 |
| CREDITOR ID: 314073-39<br>VIRGINIA A STARKS<br>10960 BEACH BLVD 341<br>JACKSONVILLE FL 32246 | CREDITOR ID: 314074-39<br>VIRGINIA A STEVENS<br>PO BOX 1776<br>BLOWING ROCK NC 28605 | CREDITOR ID: 314075-39<br>VIRGINIA A TREADAWAY<br>C/O VIRGINIA A OWENS<br>101 LAZY CIRCLE<br>WAYNESVILLE NC 28786 |
| CREDITOR ID: 314076-39<br>VIRGINIA ADDINGTON & KENNETH<br>ADDINGTON JT TEN<br>204 STERRETT AVE<br>COVINGTON KY 41014 | CREDITOR ID: 314077-39<br>VIRGINIA B BIRCKHEAD<br>309 MAIN ST<br>MANASQUAN NJ 08736 | CREDITOR ID: 314078-39<br>VIRGINIA B CHERRY TTEE U-A<br>DTD 11-12-88<br>VIRGINIA B CHERRY REVOCABLE TR<br>BOX 128<br>LEE FL 32059 |
| CREDITOR ID: 314079-39<br>VIRGINIA B CICERO<br>943 TAHITI RD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 314080-39<br>VIRGINIA B HARTMAN TTEE<br>U/A DTD 10-02/01<br>HARTMAN SURVIVOR TRUST<br>4006 MARIAH CIRCLE<br>FT PIERCE FL 34947 | CREDITOR ID: 314081-39<br>VIRGINIA B HODGE & FRED P<br>HODGE TEN COM<br>1445 NICHOLSON RD<br>SANGER TX 76266 |
| CREDITOR ID: 314082-39<br>VIRGINIA B MARTIN<br>507 WISTERIA DR<br>DALTON GA 30720 | CREDITOR ID: 314083-39<br>VIRGINIA C DAVIS<br>52 TWIN LAKES RD<br>LAKE PLACID FL 33852 | CREDITOR ID: 314084-39<br>VIRGINIA C EAVES<br>262 ROBERTSVILLE RD<br>OAK RIDGE TN 37830 |
| CREDITOR ID: 314085-39<br>VIRGINIA C HARDIN<br>2404 N FAYETTEVILLE ST<br>ASHEBORO NC 27203 | CREDITOR ID: 314086-39<br>VIRGINIA C HIGH<br>1015 LINMAR AVE<br>FRUITLAND PARK FL 34731 | CREDITOR ID: 314087-39<br>VIRGINIA CRESCENZO<br>8671 SW 18 CT<br>DAVIE FL 33324 |
| CREDITOR ID: 314088-39<br>VIRGINIA D BLALOCK<br>21417 PALM AVE<br>PANAMA CITY BEACH FL 32413 | CREDITOR ID: 314089-39<br>VIRGINIA D COLE &<br>GAIL C COBB JT TEN<br>1406 HAMPTON DR<br>AUBURN AL 36830 | CREDITOR ID: 314090-39<br>VIRGINIA D CURTIS<br>1900 LINFORD DR<br>ALLEN TX 75013 |
| CREDITOR ID: 314091-39<br>VIRGINIA DELL B HOBBS<br>1729 MAYVIEW RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 314092-39<br>VIRGINIA DOUCIERE SMITH<br>INDIVIDUALLY & AS<br>USUFRUCTUARY OF KEITH B<br>SMITH & SANDRA D SMITH<br>24678 PECAN PLACE DRIVE<br>PLAQUEMINE LA 70764 | CREDITOR ID: 314093-39<br>VIRGINIA DOUCIEVE SMITH<br>INDIVIDUALLY & AS<br>USUFRUCTUARY OF KEITH B SMITH<br>& SANDRA D SMITH<br>24678 PECAN PL DR<br>PLAQUEMINE LA 70764 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314094-39<br>VIRGINIA E ALESHIRE<br>PO BOX 421582<br>KISSIMMEE FL 34742 | CREDITOR ID: 314095-39<br>VIRGINIA F SHEAROUSE<br>1640 WARNER AVE<br>MC LEAN VA 22101 | CREDITOR ID: 314096-39<br>VIRGINIA FAYE JOHNSON &<br>FREDDIE T JOHNSON JT TEN<br>PO BOX 103<br>DAVENPORT FL 33837 |
| CREDITOR ID: 314097-39<br>VIRGINIA FISHBURNE STONE<br>PO BOX 202<br>CHILMARK MA 02535 | CREDITOR ID: 314098-39<br>VIRGINIA G ENGLAND<br>12300 6TH ST EAST<br>TREASURE ISLAND FL 33706 | CREDITOR ID: 314099-39<br>VIRGINIA G GILLIS<br>2637 DELL AVE NE<br>ROANOKE VA 24012 |
| CREDITOR ID: 314100-39<br>VIRGINIA G HYDE<br>704 CENTER ST<br>BILTMORE STATION<br>ASHEVILLE NC 28803 | CREDITOR ID: 314101-39<br>VIRGINIA G SEDBERRY<br>6645 PERIWINKLE DR<br>JACKSONVILLE FL 32244 | CREDITOR ID: 314102-39<br>VIRGINIA GAITAN<br>13980 LAKE LURE CT<br>HIALEAH FL 33014 |
| CREDITOR ID: 314103-39<br>VIRGINIA H BARNETT<br>827 S CRESCENT AVE<br>PARK RIDGE IL 60068 | CREDITOR ID: 314104-39<br>VIRGINIA H COOK<br>1025 MIDDLE AVE<br>MARION VA 24354 | CREDITOR ID: 314105-39<br>VIRGINIA H GALLIEN<br>161 NW 2ND ST<br>OAK ISLAND NC 28465 |
| CREDITOR ID: 314106-39<br>VIRGINIA H HYRONS<br>15430 SR 19<br>GROVELAND FL 34736 | CREDITOR ID: 314107-39<br>VIRGINIA H WHISNANT<br>3506 FRANK WHISNANT RD<br>MORGANTON NC 28655 | CREDITOR ID: 314108-39<br>VIRGINIA HAPPERFIELD & VICKI<br>H NASH & CHERYL H MORRIS JT<br>TEN<br>137 NORTH CHURCH STREET<br>UNION SC 29379 |
| CREDITOR ID: 314109-39<br>VIRGINIA HEHLE<br>166 DERRY LANE<br>BARNWELL SC 29812 | CREDITOR ID: 314110-39<br>VIRGINIA HENDRIX<br>1198<br>OLD STAGECOACH ROAD<br>CAMDEN SC 29020 | CREDITOR ID: 314111-39<br>VIRGINIA HOLLAWAY<br>126 SHADY LANE<br>SYLVESTER GA 31707 |
| CREDITOR ID: 314112-39<br>VIRGINIA HUNTER<br>126 SHADY LANE<br>SYLVESTER GA 31707 | CREDITOR ID: 314113-39<br>VIRGINIA J WIMBERLY<br>5616 TODD ST<br>PACE FL 32571 | CREDITOR ID: 314114-39<br>VIRGINIA JENNY MOBLEY<br>PO BOX 844<br>FREEPORT FL 32439 |
| CREDITOR ID: 314115-39<br>VIRGINIA JOAN CAIRE<br>4833 FOLSE DRIVE<br>METAIRIE LA 70006 | CREDITOR ID: 314116-39<br>VIRGINIA K BUTTS<br>PO BOX 825<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 314117-39<br>VIRGINIA K ENGLISH<br>804 RAGSDALE RD<br>JAMESTOWN NC 27282 |
| CREDITOR ID: 314118-39<br>VIRGINIA KELLY<br>1580 KENILWORTH ST<br>SARASOTA FL 34231 | CREDITOR ID: 314119-39<br>VIRGINIA KELLY & HELEN K<br>TUCKER JT TEN<br>1133 SEMINOLE DR<br>TALLAHASSEE FL 32301 | CREDITOR ID: 314120-39<br>VIRGINIA KING SHELTON<br>P O BOX 30044<br>KNOXVILLE TN 37930 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314121-39<br>VIRGINIA KOCHAN CUST RYAN<br>FORBES UNIF TRANS MIN ACT AZ<br>727 W MAIN ST<br>MADISON WI 53715 | CREDITOR ID: 314122-39<br>VIRGINIA L BAIR & STEVEN P<br>BAIR JT TEN<br>521 MAPLE AV<br>NICEVILLE FL 32578 | CREDITOR ID: 314123-39<br>VIRGINIA L DANNER<br>4431 LYNNVIEW DR<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 314124-39<br>VIRGINIA L GANAS<br>RT 1 BOX 1050<br>NAYLOR GA 31641 | CREDITOR ID: 314125-39<br>VIRGINIA L HONEYCUTT<br>3821 HAMMOND BLVD<br>HAMILTON OH 45015 | CREDITOR ID: 314126-39<br>VIRGINIA L OVERTURF<br>123 ST KITTS CIIRCLE<br>WINTER HAVEN FL 33884 |
| CREDITOR ID: 314127-39<br>VIRGINIA L RIDDLE<br>6717 ORPHELIA AVE NE<br>ALBUQUERQUE NM 87109 | CREDITOR ID: 314128-39<br>VIRGINIA L SCHIPPMANN<br>890 ELLEN DR<br>KEY LARGO FL 33037 | CREDITOR ID: 314129-39<br>VIRGINIA L SCOTT<br>759 S GREEN ST<br>WICHITA KS 67211 |
| CREDITOR ID: 314130-39<br>VIRGINIA L SHELTON<br>215 SHIPE RD<br>POWELL TN 37849 | CREDITOR ID: 314131-39<br>VIRGINIA L SYLVESTER &<br>ROBERT W SYLVESTER JT TEN<br>348 KIRK RD<br>JACKSONVILLE FL 32218 | CREDITOR ID: 314132-39<br>VIRGINIA LADD TUCKER<br>4213 OLD LEEDS RD<br>BIRMINGHAM AL 35213 |
| CREDITOR ID: 314133-39<br>VIRGINIA LEE<br>120 BELVIEW CI 4<br>PELZER SC 29669 | CREDITOR ID: 314134-39<br>VIRGINIA LEE COOPER DAVIS<br>212 CHAPPELLS HWY<br>SALUDA SC 29138 | CREDITOR ID: 314135-39<br>VIRGINIA LEE PHILPOTT<br>12 CLIFTON PL<br>BROOKLYN NY 11238 |
| CREDITOR ID: 314136-39<br>VIRGINIA M AMBERSON<br>7717 JOHN PELHAM TR<br>MCCALLA AL 35111 | CREDITOR ID: 314137-39<br>VIRGINIA M ANDERSON<br>26 FOREST LN<br>GREENVILLE SC 29605 | CREDITOR ID: 314138-39<br>VIRGINIA M CHARLTON<br>2116 17TH AVE SW<br>VERO BCH FL 32962 |
| CREDITOR ID: 314139-39<br>VIRGINIA M DETWILER<br>1342 LYNNE DR<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 314140-39<br>VIRGINIA M MACKEY &<br>EUGENE REPPENHAGEN JT TEN<br>99 2ND AVE<br>GLOVERSVILLE NY 12078 | CREDITOR ID: 314141-39<br>VIRGINIA M MCMURRAY<br>566A SHARON DR<br>LAWRENCEVILLE GA 30245 |
| CREDITOR ID: 314142-39<br>VIRGINIA M MINGES<br>150 LONGMEADOW RD<br>GREENVILLE NC 27858 | CREDITOR ID: 314143-39<br>VIRGINIA M PENNEY<br>2646 CR 3655<br>BRIDGEPORT TX 76026 | CREDITOR ID: 314144-39<br>VIRGINIA M PENNEY & DONALD<br>PENNEY JT TEN<br>2646 CR 3655<br>BRIDGEPORT TX 76026 |
| CREDITOR ID: 314145-39<br>VIRGINIA M WATKINS<br>3109 BUNCOMBE RD<br>GREENVILLE SC 29609 | CREDITOR ID: 314146-39<br>VIRGINIA N DOZIER<br>1614 N COLLEGE PARK DR<br>GREENSBORO NC 27403 | CREDITOR ID: 314147-39<br>VIRGINIA N MCCONNELL &<br>RICHARD H ANSON & PATRICIA<br>ANSON MCCULLOUGH & THOMAS J<br>ANSON JT TEN<br>5496 LAMOYA AVE<br>JACKSONVILLE FL 32210 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 314148-39<br>VIRGINIA NAIRNE CHILDERS<br>1901 WINNERS CIR<br>LAWRENCVILLE GA 30243 | CREDITOR ID: 314149-39<br>VIRGINIA NEELY DOZIER<br>1614 COLLEGE PARK DR<br>GREENSBORO NC 27403 | CREDITOR ID: 314150-39<br>VIRGINIA P BENNETT<br>5573 BUCK RD<br>WAYCROSS GA 31503 |
| CREDITOR ID: 314152-39<br>VIRGINIA PAULINE DEAN &<br>JAMES WESLEY DEAN JT TEN<br>PO BOX 5145<br>LIGHTHOUSE POINT FL 33074 | CREDITOR ID: 314153-39<br>VIRGINIA R CAMPBELL<br>26 S LUNAR TERRACE<br>INVERNESS FL 34450 | CREDITOR ID: 314154-39<br>VIRGINIA R FARMER<br>1130 ROUNDTABLE DR<br>CASSELBERRY FL 32707 |
| CREDITOR ID: 314155-39<br>VIRGINIA R HOOK & ROBERT E<br>HOOK JT TEN<br>4302 NEWARK RD<br>OXFORD PA 19363 | CREDITOR ID: 314156-39<br>VIRGINIA R LYNCH<br>92 SOUTHERN HILLS PKWY<br>CALERA AL 35040 | CREDITOR ID: 314157-39<br>VIRGINIA RAE ELLIS<br>8240 SUNDAY DR<br>RICHMOND VA 23231 |
| CREDITOR ID: 314158-39<br>VIRGINIA RUTH ANDERSON<br>1812 DEMORIE AVE NW<br>CULLMAN AL 35055 | CREDITOR ID: 314159-39<br>VIRGINIA RUTH KURKENDALL<br>1395 COVE RD<br>RUTHERFORDTON NC 28139 | CREDITOR ID: 314160-39<br>VIRGINIA RUTH POMEROY<br>3889 MITCHELL RD<br>RIDGEWAY VA 24148 |
| CREDITOR ID: 314161-39<br>VIRGINIA S ATKINSON<br>500 TRINITY WAY<br>GREENVILLE SC 29609 | CREDITOR ID: 314162-39<br>VIRGINIA STEELE<br>197 SHIRWAY RD<br>LEXINGTON SC 29073 | CREDITOR ID: 314163-39<br>VIRGINIA W COBB<br>#15<br>4242 ORTEGA BLVD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 314164-39<br>VIRGINIA WANDER & RICHARD<br>WANDER JT TEN<br>4681 SW 42 AVE<br>FT LAUDEDALE FL 33314 | CREDITOR ID: 314165-39<br>VIRGINIA WILDS WILLIAMSON<br>1026 CHERAN DR<br>FLORENCE SC 29501 | CREDITOR ID: 314166-39<br>VIRGINIA Y COX & WILLIAM R<br>COX JT TEN<br>9254 CASTALIAN ST<br>DURANT MS 39063 |
| CREDITOR ID: 314167-39<br>VIRGINIA YURASKA<br>2554 MUD CREEK ROAD<br>AITO GA 30510 | CREDITOR ID: 281094-39<br>VITELLI, ARNOLD T<br>322 E TERRACE DR<br>PLANT CITY FL 33563 | CREDITOR ID: 314168-39<br>VITTORIA RANDAZZO<br>112 TAHITI RD<br>MARCO ISLAND FL 33937 |
| CREDITOR ID: 314169-39<br>VIVA BUFFINGTON<br>1026 N 17 CT<br>HOLLYWOOD FL 33020 | CREDITOR ID: 314170-39<br>VIVIAN A LAMOTT<br>105 NORTHLAKE DRIVE APT 208A<br>ORANGE CITY FL 32763 | CREDITOR ID: 314171-39<br>VIVIAN B TAYLOR<br>C/O VIVIAN B FISCHER<br>PO BOX 3530<br>MARTINSVILLE VA 24115 |
| CREDITOR ID: 314172-39<br>VIVIAN DE DIOS<br>2337 OKLAHOMA ST<br>WEST PALM BCH FL 33406 | CREDITOR ID: 314173-39<br>VIVIAN F BOWDEN<br>545 INLET RD<br>EUFAULA AL 36027 | CREDITOR ID: 314174-39<br>VIVIAN L CRAWFORD<br>LOT 3<br>2051 HATCHERY ROAD<br>BURLINGTON NC 27215 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314175-39<br>VIVIAN L SNODDY<br>PO BOX 470<br>DENVER NC 28037 | CREDITOR ID: 314176-39<br>VIVIAN LEAH SMITH<br>1531 S STATE HIGHWAY 121, APT 3031<br>LEWISVILLE TX 75067 | CREDITOR ID: 314177-39<br>VIVIAN M PEARSON<br>9119 HWY 321<br>BUTLER TN 37640 |
| CREDITOR ID: 314178-39<br>VIVIAN M RYDER<br>9151 MORGAN PATH<br>SEBRING FL 33872 | CREDITOR ID: 314179-39<br>VIVIAN M YOUNG<br>8740 CR 674<br>BUSHNELL FL 33513 | CREDITOR ID: 314180-39<br>VIVIAN N CASTELLI<br>4687 BLUE PINE CIR<br>LAKE WORTH FL 33463 |
| CREDITOR ID: 314181-39<br>VIVIAN OWNBEY<br>118 BROOKER DR<br>DALTON GA 30721 | CREDITOR ID: 314182-39<br>VIVIAN Q HENDERSON<br>703 45TH AVE N<br>MYRTLE BEACH SC 29577 | CREDITOR ID: 314183-39<br>VIVIAN S VESELY & MARK J<br>VESELY JT TEN<br>4324 TIMOR PL<br>SARASOTA FL 34241 |
| CREDITOR ID: 314184-39<br>VIVIAN V MURRAY<br>8001 WICHITA WAY<br>TAMPA FL 33619 | CREDITOR ID: 314185-39<br>VIVIAN WALKER MATTAIR<br>6002 W THONOTOSSA RD<br>PLANT CITY FL 33565 | CREDITOR ID: 314186-39<br>VIVIAN WILLIAMS<br>3720 NW 7TH AVE<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 314187-39<br>VIVIEN SHAUGHNESS TRUSTEE<br>U-A DTD 07-09-87/VIVIEN<br>SHAUGHNESS REVOCABLE LIVING<br>TRUST<br>2107 MONTPELIAR ST<br>WESTON FL 33326 | CREDITOR ID: 314188-39<br>VIVIENNE A BROWN<br>13961 NE 3RD CT<br>MIAMI FL 33161 | CREDITOR ID: 314189-39<br>VIVIENNE JILL JOLLES TR U-A<br>08-29-88 ELLEN JOLLES TRUST<br>4730 K LA VILLA MARINA DR<br>MARINA DEL REY CA 90292 |
| CREDITOR ID: 314190-39<br>VOLINE D REYNOLDS<br>9752 COUNTY RD 121<br>WILDWOOD FL 34785-9157 | CREDITOR ID: 314191-39<br>VONCILLE E MCKENZIE<br>2112 WOODLAND BLVD<br>LEESBURG FL 34748 | CREDITOR ID: 314192-39<br>VONDA G EMORY<br>5236 HAMIK LAKE DRIVE<br>JACKSONVILLE FL 32226 |
| CREDITOR ID: 314193-39<br>VONDA K GARBUTT<br>127 CHARITY CIR<br>BRUNSWICK GA 31525 | CREDITOR ID: 314194-39<br>VONNIE ELIZABETH MCCLAIN<br>2150 N BARCLAY RD<br>AVON PARK FL 33825 | CREDITOR ID: 314196-39<br>W ALLEN GILLIAM<br>406 WOODVILLE RD<br>PELZER SC 29669 |
| CREDITOR ID: 314197-39<br>W ANDERSON MATTOX<br>821 BERMUDA ST<br>JAMES ISLAND SC 29412 | CREDITOR ID: 314199-39<br>W BRUCE WHITE JR<br>2207 RACQUET CLUB CT<br>ARLINGTON TX 76017 | CREDITOR ID: 314200-39<br>W CLAYTON HOWE<br>P O BOX 250<br>MURFREESBORO NC 27855 |
| CREDITOR ID: 314202-39<br>W D RAYMOND<br>2934 NODOSA DRIVE<br>SARASOTA FL 34232 | CREDITOR ID: 314201-39<br>W D RAYMOND<br>2934 NODOSA DR<br>SARASOTA FL 34232 | CREDITOR ID: 314203-39<br>W DAVID COLLINS<br>145 TRANTHAM TRL<br>CLAYTON NC 27520 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 314204-39
W DAVID HOLLINGS & WILLIAM D
HOLLINGS JR JT TEN
PO BOX 198616
NASHVILLE TN 37219

CREDITOR ID: 314205-39
W E KRAUSE
3516 CARTWAY LANE
RALEIGH NC 27604

CREDITOR ID: 314207-39
W F JOHNSON & JOYCE JOHNSON
JT TEN
3788 VILLA SPRINGS CIRCLE
POWDER SPRINGS GA 30127

CREDITOR ID: 314208-39
W FRANK BRAGG & JO ANNE
BRAGG JT TEN
1690 CAMP CREEK RD
WHITTIER NC 28789

CREDITOR ID: 314209-39
W H BOYCE
12445 CORMORANT DR
JACKSONVILLE FL 32223

CREDITOR ID: 314210-39
W HAMPTON DOWLING III
961 PARK PL
MACON GA 31201

CREDITOR ID: 314211-39
W HAROLD ARNOLD III
742 DRAGOON DR
MOUNT PLEASANT SC 29464

CREDITOR ID: 314212-39
W HOWARD PETERSON TTEE U A
02-17-93 W HOWARD PETERSON
REVOCABLE TR
4200 NW 21ST DRIVE
GAINSEVILLE FL 32605

CREDITOR ID: 314213-39
W JAY HORNE
178 HIGHLAND DR
GREENWOOD SC 29649

CREDITOR ID: 314214-39
W JEROME KNAUER III
2535 RIVERSIDE AVE
JACKSONVILLE FL 32204

CREDITOR ID: 314216-39
W KELSEA ECKERT & LARRY L
ECKERT JT TEN
BOX 124
JACKSONVILLE FL 32201

CREDITOR ID: 314215-39
W KELSEA ECKERT & LARRY L
ECKERT JT TEN
170 N RIDGE DR
ORANGE PARK FL 32073

CREDITOR ID: 314217-39
W L PEEK
PO BOX 202
BERLIN GA 31722

CREDITOR ID: 314219-39
W MORRIS STRICKLAND & LINDA
E STRICKLAND JT TEN
4501 W SAM ALLAN RD
PLANT CITY FL 33565

CREDITOR ID: 314220-39
W PETE SCHREIBER
203 WICKLOW DR
GRANVILLE OH 43023

CREDITOR ID: 314221-39
W R MANGUM
PO BOX 483
MC COLL SC 29570

CREDITOR ID: 314222-39
W RILEY SHEPHERD
508 BLACK FOREST RUN
DOUGLASVILLE GA 30134

CREDITOR ID: 314223-39
W ROSS BOUNDS & VIRGINIA H
BOUNDS JT TEN
1821 38TH ST
MERIDIAN MS 39305

CREDITOR ID: 314224-39
W SCOTT WILSON
560 1ST ST
MACON GA 31201

CREDITOR ID: 314225-39
W THERESA MATTHEWS
1103 NEWPORT AVE
LAKELAND FL 33801

CREDITOR ID: 314226-39
W TIMOTHY NORMAN
2519 HIGHWAY 25 S
GREENWOOD SC 29646

CREDITOR ID: 314227-39
W W BENBOW JR
318 RUTLEDGE ST
SUMTER SC 29150

CREDITOR ID: 314228-39
W WAYNE CHRISTIAN & EARLINE
D CHRISTIAN JT TEN
10054 MITCHELL RD
WILMER AL 36587

CREDITOR ID: 314229-39
W WESTON WELDON
2610 SPRING ST
FLORENCE SC 29505

CREDITOR ID: 314231-39
WADE A TUCKER
655 CORBIN ROAD
HONEA PATH SC 29654

CREDITOR ID: 314232-39
WADE C LAMB
2001 ISABEL RD OESTE S W 1
BOCA RATON FL 33486

CREDITOR ID: 314233-39
WADE M DEVOSS
152 SCRUBBY BLUFF RD # 23
KINGSLAND GA 31548

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314234-39<br>WADE MCCRAW<br>15994 ROMULUS ROAD<br>BUHL AL 35446 | CREDITOR ID: 314235-39<br>WADE R GASTON<br>1437 MILK SPRINGS RD<br>TUSCUMBIA AL 35674 | CREDITOR ID: 314236-39<br>WADE W BAGWELL<br>5 SHERATON CT<br>GREENVILLE SC 29615 |
| CREDITOR ID: 314237-39<br>WADE W TURNER<br>172 LAKE BROOK DR<br>VONORE TN 37885 | CREDITOR ID: 314238-39<br>WADNER JOSAPHAT<br>3920 TUSKEDEE  DRIVE<br>LAKEWORTH FL 33462 | CREDITOR ID: 314239-39<br>WAH H GO<br>12620 SW 113TH CT<br>MIAMI FL 33176 |
| CREDITOR ID: 314240-39<br>WAH H GO & MARLENE M GO<br>JT TEN<br>12620 SW 113TH CT<br>MIAMI FL 33176 | CREDITOR ID: 314241-39<br>WALDER L LEDFORD SR<br>1515 LOKEY DR<br>COLUMBUS GA 31904 | CREDITOR ID: 314242-39<br>WALDER L LEDFORD SR &<br>ESTELLE S LEDFORD JT TEN<br>1515 LOKEY DR<br>COLUMBUS GA 31904 |
| CREDITOR ID: 314243-39<br>WALKER JORDAN JR<br>11460 TROUPEVILLE<br>VALDOSTA GA 31602 | CREDITOR ID: 314244-39<br>WALKER W SLOAN<br>426 TANGLEWOOD DR<br>FT  WALTON  BEACH FL 32547 | CREDITOR ID: 304313-39<br>WALL, ANDREW J (MINOR)<br>C/O MILDRED E GARRETSON CUST<br>3533 TYRONE DR<br>LOUISVILLE KY 40218 |
| CREDITOR ID: 304314-39<br>WALL, NICHOLAS A (MINOR)<br>C/O MILDRED E GARRETSON CUST<br>3533 TYRONE DRIVE<br>LOUISVILLE KY 40218 | CREDITOR ID: 304315-39<br>WALL, ROCHELLE N (MINOR)<br>C/O MILDRED E GARRETSON CUST<br>3533 TYRONE DRIVE<br>LOUISVILLE KY 40218 | CREDITOR ID: 314245-39<br>WALLACE A WETHERBEE & PAULA<br>J WETHERBEE JT TEN<br>12194 NORTH STATE ROAD 121<br>MACCLENNY FL 32063 |
| CREDITOR ID: 314246-39<br>WALLACE BROWN & BETTY BROWN<br>JT TEN<br>8989 OLD WIRE PL<br>BRYCEVILLE FL 32009 | CREDITOR D: 314247-39<br>WALLACE D BOYCE<br>4257 HIGHWAY 72W<br>CLINTON SC 29325 | CREDITOR ID: 314248-39<br>WALLACE D GIBBS CUST IRENE H<br>GIBBS UND UNIF GIFT MIN ACT<br>N C<br>2528 SHERWOOD AVE<br>CHARLOTTE NC 28207 |
| CREDITOR ID: 314249-39<br>WALLACE E BERRYHILL<br>1029 PINE LOG FORD RD<br>TRAVELERS  REST SC 29690 | CREDITOR ID: 314250-39<br>WALLACE E PARKER<br>226 SEEGERS DR<br>ARLINGTON TX 76018 | CREDITOR ID: 314251-39<br>WALLACE E PARKER & GINA E<br>PARKER JT TEN<br>226 SEEGERS DR<br>ARLINGTON TX 76018 |
| CREDITOR ID: 314252-39<br>WALLACE E TRAWICK<br>104 OKLAHOMA CT<br>WARNER  ROBINS GA 31093 | CREDITOR ID: 314253-39<br>WALLACE FREDERICK<br>50 LITTLE DEER TR<br>MCDONOUGH GA 30253 | CREDITOR ID: 314254-39<br>WALLACE FREDERICK & MARTHA<br>DIANNE FREDERICK JT TEN<br>50 LITTLE DEER TRAIL<br>MCDONOUGH GA 30253 |
| CREDITOR ID: 314255-39<br>WALLACE L COTTRILL<br>1846 FAR-VIEW ROAD<br>AKRON OH 44312 | CREDITOR ID: 314256-39<br>WALLACE L ORR<br>513 CHRISTOPHER LN<br>CHESTER SC 29706 | CREDITOR ID: 314257-39<br>WALLACE L THOMPSON<br>5836 NASHVILLE AVE<br>BATON  ROUGE LA 70812 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314258-39<br>WALLACE M EVANS<br>1394 MOUNTAIN CREEK DR<br>PENDERGRASS GA 30567 | CREDITOR ID: 314259-39<br>WALLACE S PATTULLO<br>82 MONARCH LN<br>PENSACOLA FL 32503 | CREDITOR ID: 314260-39<br>WALLACE SEABORN SWEAT &<br>JACQUELYN SWEAT JT TEN<br>4427 BARNES RD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 314261-39<br>WALLACE T ABNEY & GLENNA Y<br>ABNEY JT TEN<br>105 BILTMORE TERR<br>WARNER ROBINS GA 31088 | CREDITOR ID: 314262-39<br>WALLACE T GILL & MARY V GILL<br>CO TTEES U A DTD 06-02-93<br>F-B-O GILL LIVING TRUST<br>#7<br>8750 BONHAM<br>LOWER LAKE CA 95457 | CREDITOR ID: 314263-39<br>WALLACE T NOVAK<br>10478 E DOCKSIDER DR<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 314264-39<br>WALLICE KATHERINE LANPHEAR<br>1293 HILLCREST WAY<br>LAWRENCEVILLE GA 30243 | CREDITOR ID: 314265-39<br>WALSER H ALLEN JR<br>2221 OLEANDER DR<br>WILMINGTON NC 28403 | CREDITOR ID: 314266-39<br>WALTER A E BROWN<br>1103 CIRCLE DR<br>MONROE NC 28112 |
| CREDITOR ID: 314267-39<br>WALTER A KEMP<br>524 WEST 28TH ST<br>JACKSONVILLE FL 32206 | CREDITOR ID: 314268-39<br>WALTER A PAYNE<br>541 HEATHER GLEN DR<br>WINTER HAVEN FL 33884 | CREDITOR ID: 314269-39<br>WALTER A PERRITT<br>222 CHEROKEE TRAIL<br>SEYMOUR TN 37865 |
| CREDITOR ID: 314270-39<br>WALTER B ROY<br>2208 ROCKSPRINGS RD<br>DOTHAN AL 36303 | CREDITOR ID: 314271-39<br>WALTER BRUCE SNOW<br>9015 REIDVILLE RD<br>GREER SC 29651 | CREDITOR ID: 314272-39<br>WALTER C ALPAUGH & MARGARET<br>JOAN ALPAUGH JT TEN<br>220 MONACAN PARK RD<br>MADISON HEIGHTS VA 24572 |
| CREDITOR ID: 314273-39<br>WALTER C HITE<br>PO BOX 9523<br>DENVER CO 80209 | CREDITOR ID: 314274-39<br>WALTER C HOWELL<br>145 CENTER DR<br>TAYLORS SC 29687 | CREDITOR ID: 314275-39<br>WALTER C JONES<br>2026 FIRE TOWER RD<br>SMITHFIELD NC 27577 |
| CREDITOR ID: 314276-39<br>WALTER C MCDANIEL & PATRICK<br>SAMUEL HILLEGASS JT TEN<br>501 NORTH OCEAN ST<br>SUITE 1404<br>JACKSONVILLE FL 32202 | CREDITOR ID: 314277-39<br>WALTER D MCLANE<br>4120 N 105TH LN<br>PHOENIX AZ 85037 | CREDITOR ID: 314278-39<br>WALTER DEE HAIL<br>300 WEDGEWOOD DR<br>SOMERSET KY 42503 |
| CREDITOR ID: 314279-39<br>WALTER DOBLER CUST FOR<br>JEANNIE DOBLER<br>U/NY/U/G/T/M/A<br>1 PLANETREE LN<br>DIX HILLS NY 11746 | CREDITOR ID: 314280-39<br>WALTER DOUGLAS KILLOUGH<br>1730 WILLOW SPRINGS RD<br>WETUMPKA AL 36092 | CREDITOR ID: 314281-39<br>WALTER E BADENHAUSEN JR<br>490 LIGHTFOOT RD<br>LOUISVILLE KY 40207 |
| CREDITOR ID: 314282-39<br>WALTER E BUESCHEL &<br>GLORIA S BUESCHEL JT TEN<br>13145 CHADWICK CT APT 15<br>WEST PALM BEACH FL 32770 | CREDITOR ID: 314283-39<br>WALTER E HOWELL & POLLIE J<br>HOWELL JT TEN<br>P O BOX 822<br>CARRABELLE FL 32322 | CREDITOR ID: 314284-39<br>WALTER E KILGORE & ALIF<br>EUDORA KILGORE JT TEN<br>1119 PINEWOOD AVE<br>LAKELAND FL 33801 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 314286-39
WALTER ERNEST CHANCEY JR
PO BOX 255
NICHOLSON GA 30565

CREDITOR ID: 314287-39
WALTER F BABBIN JR & ELEANOR
BABBIN JT TEN
78 SUPERIOR AVE
SPRINGFIELD MA 01151

CREDITOR ID: 314288-39
WALTER G FRANCISCO
3010 STANHOPE AVE
LAKELAND FL 33803

CREDITOR ID: 314289-39
WALTER G STEC & ROSE STEC
TRUSTEES U-A DTD
04-03-97 WALTER G STEC & ROSE
STEC TRUST
6349 BARBARA AVENUE
TINLEY PARK IL 60477

CREDITOR ID: 314290-39
WALTER GILMOR
2654 ARLINGTON AVE
NEW SMYRNA BCH FL 32168

CREDITOR ID: 314291-39
WALTER GRECULA
1427 NW 64TH ST 4
SEATTLE WA 98107

CREDITOR ID: 314292-39
WALTER HAYES
612 KELLY BRANCH ROAD
LONDON KY 40741

CREDITOR ID: 314293-39
WALTER HOWARD SHEALY
649 FARMERS HIGH RD
CARROLLTON GA 30117

CREDITOR ID: 314294-39
WALTER J KLEIN
4349 W SOUTHERN ST
LECANTO FL 32661

CREDITOR ID: 314295-39
WALTER J KLEIN JR & JULIE A
KLEIN JT TEN
4349 W SOUTHERN ST
LECANTO FL 32661

CREDITOR ID: 314296-39
WALTER J ROY
4732 NORTH POINTE CT
PENSACOLA FL 32514

CREDITOR ID: 314297-39
WALTER J WIGHTMAN III &
BETTY L WIGHTMAN JT TEN
8538 HILMA RD
JACKSONVILLE FL 32244

CREDITOR ID: 314298-39
WALTER JERRY HOOD JR
1605 TREE CROSSINGS PKWY
HOOVER AL 35244

CREDITOR ID: 314299-39
WALTER L CHAMBERS & BARBARA
D CHAMBERS JT TEN
2036 GREEN ACRES DR
MONTGOMERY AL 36110

CREDITOR ID: 314300-39
WALTER L GARRETT TTEE
U/A DTD 12/28/2004
WALTER L GARRETT TRUST NO 1
5570 CURVE RD RTE 3
FREELAND MI 48623

CREDITOR ID: 314301-39
WALTER L HUTT
5493 57TH AVE N
ST PETERSBURG FL 33709

CREDITOR ID: 314302-39
WALTER L LANIER JR
3409 BORE ST
METAIRIE LA 70001

CREDITOR ID: 314303-39
WALTER L LEDFORD
1515 LOKEY DR
COLUMBUS GA 31904

CREDITOR ID: 314304-39
WALTER L MYERS
453G RIVEROAKS BLVD
MYRTLE BEACH SC 29579

CREDITOR ID: 314305-39
WALTER L PERRY & ROBERTA E
PERRY JT TEN
1109 S CASS ST
DE LAND FL 32720

CREDITOR ID: 314306-39
WALTER L SIMMONS JR
3856 SAUNDERS GROVE DR
MONETA VA 24121

CREDITOR ID: 314307-39
WALTER M BOYLES & JANICE M
BOYLES JT TEN
5514 GOLDEN POND
NORTHPORT AL 35476

CREDITOR ID: 314308-39
WALTER M CARRIER
4860 NEW HORIZON DR SW
LOGANVILLE GA 30249

CREDITOR ID: 314309-39
WALTER M HUBER
340 COFFEE POT RIVIERA ST NE
SAINT PETERSBURG FL 33704

CREDITOR ID: 314310-39
WALTER M STEWART
601 BEL AIR BLVD STE 315
MOBILE AL 36606

CREDITOR ID: 314311-39
WALTER M WILLEY & CHERYL R
WILLEY JT TEN
13667 UNION RD
WATERFORD PA 16441

CREDITOR ID: 314312-39
WALTER MACAJLAY
3470 ST AUGUSTINE RD
JACKSONVILLE FL 32207

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314313-39<br>WALTER MINGER<br>802 BREWSTER ST<br>PIKE  RD AL 36064 | CREDITOR ID: 314314-39<br>WALTER P BELOUIN<br>2665 MOSSDALE DR<br>NASHVILLE TN 37217 | CREDITOR ID: 314315-39<br>WALTER P BROWN<br>2919 MORGAN ST SW<br>HUNTSVILLE AL 35805 |
| CREDITOR ID: 314316-39<br>WALTER P HIPPS & SHARON<br>HIPPS JT TEN<br>138 DENTON SLACK RD<br>FORDSVILLE KY 42343 | CREDITOR ID: 314317-39<br>WALTER PARKER & SOLANGE G<br>PARKER JT TEN<br>2520C AMERICA ST<br>MANDEVILLE LA 70448 | CREDITOR ID: 314318-39<br>WALTER R ASHLEY<br>519 WELCOME HOME CH RD<br>NORTH  WILKESBORO NC 28659 |
| CREDITOR ID: 314319-39<br>WALTER R BROWN<br>P O BOX 664<br>MIDDLEBURG FL 32068 | CREDITOR ID: 314320-39<br>WALTER R HOLLEY JR & BARBARA<br>J HOLLEY JT TEN<br>118 TANGLEWOOD DR<br>UNION SC 29379 | CREDITOR ID: 314321-39<br>WALTER R PARR<br>1805 ROSWELL RD 11M<br>MARIETTA GA 30067 |
| CREDITOR ID: 314322-39<br>WALTER REED<br>PO BOX 246<br>BOWLING  GREEN FL 33834 | CREDITOR ID: 314323-39<br>WALTER RUSSELL<br>P O BOX 170655<br>HIALEAH FL 33017 | CREDITOR ID: 314324-39<br>WALTER S HILL JR<br>3440 AIRPORT RD SE<br>SOUTHPORT NC 28461 |
| CREDITOR ID: 314325-39<br>WALTER S MARIN<br>4470 NE 2ND COURT<br>OCALA FL 34479 | CREDITOR ID: 314326-39<br>WALTER SCOTT HAIL<br>300 WEDGEWOOD DR<br>SOMERSET KY 42501 | CREDITOR ID: 314327-39<br>WALTER STEVEN MILLER<br>12266 HALL ROAD<br>BOGALUSA LA 70427 |
| CREDITOR ID: 314328-39<br>WALTER STEWART PEDEN<br>2153 FAIRVIEW RD<br>FOUNTAIN  INN SC 29644 | CREDITOR ID: 314329-39<br>WALTER THOMAS DICKERSON<br>1823 CHELTENHAM LN<br>COLUMBIA SC 29223 | CREDITOR ID: 314330-39<br>WALTER V ARMSTRONG<br>515 SPRING CLUB DRIVE<br>ALTAMONTE  SPRINGS FL 32714 |
| CREDITOR ID: 314331-39<br>WALTER VAUGHN<br>2928 CALHOUN ST<br>NEW  ORLEANS LA 70118 | CREDITOR ID: 314332-39<br>WALTER W CHRISTIAN<br>10054 MITCHELL RD<br>WILMER AL 36587 | CREDITOR ID: 314333-39<br>WALTER W KANTER<br>PO BOX 9621<br>SAVANNAH GA 31412 |
| CREDITOR ID: 314334-39<br>WALTER W WRZESIEN<br>30 ARCHIE ST<br>CHICOPEE MA 01020-1702 | CREDITOR ID: 314335-39<br>WALTER WILLIAMS<br>1416 PINETREE DR<br>BIRMINGHAM AL 35235 | CREDITOR ID: 314336-39<br>WALTRUD I CILAR & FRANK<br>CILAR JR JT TEN<br>4354 BANKS ROAD<br>MIDDLEBURG FL 32068 |
| CREDITOR ID: 314337-39<br>WANDA A ALLEN<br>8225 HARWELL RD<br>CITRONELLE AL 36522 | CREDITOR ID: 314338-39<br>WANDA A HAWKINS<br>222 DUKE RD<br>MARYVILLE TN 37803 | CREDITOR ID: 314339-39<br>WANDA B REEVES<br>188 SALVADORE DRIVE<br>CRESTVIEW FL 32536 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314340-39<br>WANDA BREEDLOVE WILLIAMS<br>321 TINSLEY RD<br>BREVARD NC 28712 | CREDITOR ID: 314341-39<br>WANDA CYNTHIA MADDOX<br>1618 SOUTH AVE<br>SHELBY NC 28150 | CREDITOR ID: 314342-39<br>WANDA D LAW<br>P O BOX 11071<br>JACKSONVILLE FL 32239 |
| CREDITOR ID: 314343-39<br>WANDA DONOVAN<br>811 NURSERY AVENUE<br>METAIRIE LA 70005 | CREDITOR ID: 314344-39<br>WANDA E BENNETT<br>1818 MILLIGAN AVE<br>CRESTVIEW FL 32536 | CREDITOR ID: 314345-39<br>WANDA E VAZQUEZ<br>1433 CUMBIE AVE<br>ORLANDO FL 32804 |
| CREDITOR ID: 314346-39<br>WANDA E WISE<br>8895 56TH ST<br>PINELLAS  PARK FL 33782 | CREDITOR ID: 314347-39<br>WANDA G CAMPBELL<br>6002 AXELROD ROAD<br>TAMPA FL 33634 | CREDITOR ID: 314348-39<br>WANDA G OWEN<br>1734 DAMON ST<br>TARRANT AL 35217 |
| CREDITOR ID: 314349-39<br>WANDA G SPENCE & DAVID D<br>SPENCE JT TEN<br>5555 CAMBRIDGE BAY DR<br>CHARLOTTE NC 28269 | CREDITOR ID: 314350-39<br>WANDA GAIL DILLON<br>803 5TH ST<br>RADFORD VA 24141 | CREDITOR ID: 314351-39<br>WANDA J ODELL<br>PO BOX 1788<br>RIVERVIEW FL 33568 |
| CREDITOR ID: 314352-39<br>WANDA J SCOTT<br>304 WILMA AVE TRL 289<br>LOUISVILLE KY 40229 | CREDITOR ID: 314353-39<br>WANDA J SEIGLER<br>4617 PURITAN CIR<br>TAMPA FL 33617 | CREDITOR ID: 314354-39<br>WANDA J THOMPSON<br>4771 W ST RD 200<br>CALLAHAN FL 32011 |
| CREDITOR ID: 314355-39<br>WANDA JEAN STEEN<br>615 WOODRIDGE DR<br>GLEN  DALE WV 26038 | CREDITOR ID: 314356-39<br>WANDA JEAN WALTERS<br>3380 COUNTY ROAD 252<br>WELLBORN FL 32094 | CREDITOR ID: 314357-39<br>WANDA JOYCE PUGH<br>1310 BERGEN LN<br>MANSFIELD TX 76063 |
| CREDITOR ID: 314358-39<br>WANDA K ASHLEY<br>171 COUNTY ROAD 233<br>RAINSVILLE AL 35986 | CREDITOR ID: 314359-39<br>WANDA K MAGEE<br>5386 HWY 27<br>EDWARDS MS 39066 | CREDITOR ID: 314360-39<br>WANDA K SMITH<br>100 S CROFT ST<br>LYMAN SC 29385 |
| CREDITOR ID: 314361-39<br>WANDA KAY SHARP<br>29686 S PALMETTO ST 4<br>WALKER LA 70785 | CREDITOR ID: 314362-39<br>WANDA KILPATRICK<br>RR 10  466<br>ANDALUSIA AL 36420 | CREDITOR ID: 314363-39<br>WANDA L BEVERLAND<br>PO BOX 2012<br>OLDSMAR FL 34677 |
| CREDITOR ID: 314364-39<br>WANDA L COLE<br>6288 BOB WHITE DR<br>ENGLEWOOD FL 34224 | CREDITOR ID: 314365-39<br>WANDA L DAVIS<br>449 RUBIN LANE<br>YULEE FL 32097 | CREDITOR ID: 314366-39<br>WANDA L DURR<br>210 BIENVILLE DR<br>GRETNA LA 70056 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314367-39<br>WANDA L FREEMAN<br>55745 HWY 436<br>ANGIE LA 70426 | CREDITOR ID: 314368-39<br>WANDA L RAMSEY<br>201 FERN LANE<br>SHELBYVILLE KY 40065 | CREDITOR ID: 314369-39<br>WANDA L SMITH<br>344 SMITH HITEMAN RD<br>ALEXADRIA KY 41001 |
| CREDITOR ID: 314370-39<br>WANDA LEE ROZA<br>7803 NE 20TH CT<br>OCALA FL 34479 | CREDITOR ID: 314371-39<br>WANDA LINDSEY<br>3540 ELM DR<br>BATON ROUGE LA 70805 | CREDITOR ID: 314372-39<br>WANDA LYNNE WALKER & W E<br>WALKER JT TEN<br>PO BOX 231<br>HONEA PATH SC 29654 |
| CREDITOR ID: 314373-39<br>WANDA M BELL<br>204 W N ST<br>ERWIN NC 28339 | CREDITOR ID: 314374-39<br>WANDA M CRICKENBERGER<br>PO BOX 387<br>LA CROSSE VA 23950 | CREDITOR ID: 314375-39<br>WANDA M MAUPPIN<br>2112 RUSTLING ELM ST<br>BURLESON TX 76028 |
| CREDITOR ID: 314376-39<br>WANDA M SMITH & KENNETH J<br>SMITH JT TEN<br>9804 BOXFORD CT<br>LOUISVILLE KY 40242 | CREDITOR ID: 314377-39<br>WANDA M STEWART<br>11510 CERCA DEL RIO PL<br>TEMPLE TERRACE FL 33617 | CREDITOR ID: 314378-39<br>WANDA M TURNER & JAMES K<br>TURNER JR JT TEN<br>PO BOX 636<br>WETUMPKA AL 36092 |
| CREDITOR ID: 314379-39<br>WANDA MITCHELL MARSH<br>2425 PINEWOOD PLACE<br>AUBURN AL 36830 | CREDITOR ID: 314380-39<br>WANDA MOONEY<br>215 FAIR ST<br>LOGANVILLE GA 30249 | CREDITOR ID: 314381-39<br>WANDA P LONG<br>2746 STOCKWOOD DR<br>GASTONIA NC 28056 |
| CREDITOR ID: 314382-39<br>WANDA P TAYLOR & GARY L<br>TAYLOR JT TEN<br>9755 OLD PLANK RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 314383-39<br>WANDA PATRICIA TAYLOR<br>9755 OLD PLANK RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 314384-39<br>WANDA PRESTON<br>1400 S MAIN ST<br>KENDALLVILLE IN 46755 |
| CREDITOR ID: 314385-39<br>WANDA R MCCLELLAN<br>11556 FRANCIS DRAKE DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 314386-39<br>WANDA R MORRISON<br>4610 CRESCENT AVE<br>JEFFERSONVILLE IN 47130 | CREDITOR ID: 314387-39<br>WANDA R RANKIN<br>805 JAMBACK RD<br>ANNISTON AL 36207 |
| CREDITOR ID: 314388-39<br>WANDA R WILLIS<br>1102 W KEYSVILLE RD<br>PLANT CITY FL 33567 | CREDITOR ID: 314389-39<br>WANDA RICKS TAYLOR<br>RTE 1 BOX 74<br>CONWAY NC 27820 | CREDITOR ID: 314390-39<br>WANDA S OLIVER<br>102 E CHAPMAN RD<br>PLANT CITY FL 33565 |
| CREDITOR ID: 314391-39<br>WANDA STACEY<br>PO BOX 2526<br>BUSHNELL FL 33513 | CREDITOR ID: 314392-39<br>WANDA SUE ESSICK<br>264 WREN BLVD<br>LEXINGTON NC 27292 | CREDITOR ID: 314393-39<br>WANDA SUE MICHAELS<br>4090 GRASS FARM ROAD<br>WETUMPKA AL 36092 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                             **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 314394-39<br>WANDA T EASTER<br>165 SALEM CHURCH RD<br>LINCOLNTON NC 28092 | CREDITOR ID: 314396-39<br>WANDA VAUGHT & HENRY A<br>VAUGHT JT TEN<br>17 CLAY ST<br>LAKE PLACID FL 33852 | CREDITOR ID: 314395-39<br>WANDA VAUGHT & HENRY A<br>VAUGHT JR JT TEN<br>17 CLAY ST<br>LAKE PLACID FL 33852 |
| CREDITOR ID: 314397-39<br>WANDA W KING & J STANFORD<br>KING JT TEN<br>1001 HALSEMA RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 314398-39<br>WANDA WITTMER & MARK T<br>WITTMER JT TEN<br>4628 CLIFF AVENUE<br>LOUISVILLE KY 40215 | CREDITOR ID: 314399-39<br>WANDA Y JOHNS<br>975 N KEPLER RD<br>DELAND FL 32724 |
| CREDITOR ID: 314400-39<br>WANDA YORK<br>2260 ADAMS AVE<br>NORWOOD OH 45212 | CREDITOR ID: 314401-39<br>WANE CARLISLE & MELANIE<br>CARLISLE JT TEN<br>4113 BEN HILL RD<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 314402-39<br>WANETA C DREILING & RICHARD<br>A DREILING SR JT TEN<br>1035 SLAYTON DR<br>ROCKLEDGE FL 32955 |
| CREDITOR ID: 314403-39<br>WARD A BROWN & JANET R BROWN<br>JT TEN<br>5504 40TH AVE E<br>BRADENTON FL 34208 | CREDITOR ID: 314404-39<br>WARD L COLE & BETTY Y COLE<br>JT TEN<br>110 MAGNOLIA BLUFF<br>JACKSONVILLE FL 32211 | CREDITOR ID: 314405-39<br>WARD S MILLER<br>8112 SW 16TH PL<br>GAINESVILLE FL 32607 |
| CREDITOR ID: 314406-39<br>WARNER A ROLLINGS JR & MARY E<br>WALKER JT TEN<br>6894 NE COLIN KELLY<br>MADISON FL 32340 | CREDITOR ID: 314407-39<br>WARNER R EDWARDS<br>44 LINDSAY DR<br>PALM COAST FL 32137 | CREDITOR ID: 314408-39<br>WARNER STRICKLAND & VICKI D<br>STRICKLAND JT TEN<br>BOX 28<br>EARLETON FL 32631 |
| CREDITOR ID: 314409-39<br>WARREN A BOIVIN<br>101 SE 8TH ST<br>POMPANO BCH FL 33060 | CREDITOR ID: 314411-39<br>WARREN B KNOPF<br>3224 PINE CLUB DR<br>PLANT CITY FL 33567 | CREDITOR ID: 314412-39<br>WARREN B MERRILL & JENNIFER<br>L MERRILL JT TEN<br>PO BOX 61556<br>VANCOUVER WA 98666 |
| CREDITOR ID: 314413-39<br>WARREN BURRELL<br>5309 STEEPLECHASE DR APT B<br>FREDERICKSBURG VA 22407 | CREDITOR ID: 314414-39<br>WARREN CLIFFORD STONE<br>BOX 2301<br>MELBOURNE FL 32902 | CREDITOR ID: 314415-39<br>WARREN D BAILEY<br>1192 ROCK CHAPEL RD<br>LITHONIA GA 30058 |
| CREDITOR ID: 314417-39<br>WARREN D KELLY<br>106 YORK AVE<br>KANNAPOLIS NC 28083 | CREDITOR ID: 314418-39<br>WARREN DARRELL DAVIS<br>6600 KELLY LANE<br>CALLAHAN FL 32011 | CREDITOR ID: 314419-39<br>WARREN DOUGLAS MAGGARD &<br>LORRAINE MAGGARD JT TEN<br>7206 DERBY DR<br>CRESTWOOD KY 40014 |
| CREDITOR ID: 314420-39<br>WARREN E MOCKBEE JR<br>131 TAMMY DR<br>LAPLACE LA 70068 | CREDITOR ID: 314421-39<br>WARREN E SMEDDEY & MARY A<br>SMEDDEY JT TEN<br>ATTN GRACE HOSMER<br>2101 SW 22ND WAY<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 314422-39<br>WARREN E SPAIN & JEAN REID<br>SPAIN TTEES U-A DTD 03-27-96<br>SPAIN REVOCABLE TRUST<br>3517 SUNSET BLVD<br>LOS ANGELES CA 90026 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314423-39<br>WARREN EDWARD MARKHAM<br>141 FOXWOOD DR<br>GOODE VA 24556 | CREDITOR ID: 314424-39<br>WARREN G ARTIGUE<br>8304 VALOR DR<br>CHALMETTE LA 70043 | CREDITOR ID: 314425-39<br>WARREN H HEILBRONNER<br>163 HEATHER STONE LN<br>ROCHESTER NY 14618 |
| CREDITOR ID: 314426-39<br>WARREN HARDY MCQUEEN<br>448 ARROWHEAD DR<br>MONTGOMERY AL 36117 | CREDITOR ID: 314427-39<br>WARREN INVESTMENT CLUB<br>A PARTNERSHIP<br>C/O CHARLES E WARREN<br>11042 LONE STAR RD<br>MORENO  VALLEY CA 92557 | CREDITOR ID: 314428-39<br>WARREN J ANDRES & KAREN E<br>ANDRES JT TEN<br>2 DANBURY LN<br>MAULDIN SC 29662 |
| CREDITOR ID: 314429-39<br>WARREN KOHN JR<br>6576 JAMMES RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 314430-39<br>WARREN KOVARIK<br>807 S RAVEN RD<br>SHOREWOOD IL 60431 | CREDITOR ID: 314431-39<br>WARREN L THOMAS<br>PO BOX 40145<br>JACKSONVILLE FL 32203 |
| CREDITOR ID: 314432-39<br>WARREN LEE COHEN<br>2071A DIXIE BELLE DR<br>ORLANDO FL 32812 | CREDITOR ID: 314433-39<br>WARREN LEON COLVIN<br>318 24TH AVE E<br>TUSCALOOSA AL 35404 | CREDITOR ID: 314434-39<br>WARREN M MOTLEY<br>2427 SNOWY EGRET DRIVE<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 314435-39<br>WARREN MAYES & MARTHA M<br>MAYES TEN COM<br>46 QUAIL COURT<br>CARRIERE MS 39426 | CREDITOR ID: 314436-39<br>WARREN MILLER & MARJORIE<br>MILLER JT TEN<br>1857 BROOKSIDE STREET NE<br>PALM  BAY FL 32907 | CREDITOR ID: 314437-39<br>WARREN P DEBAUTTE JR<br>13254 DALE DR<br>PONCTHAULA LA 70454 |
| CREDITOR ID: 314438-39<br>WARREN P DEBAUTTE JR & ROBIN<br>DEBAUTTE TEN COM<br>13254 DALE DR<br>PONCTHAULA LA 70454 | CREDITOR ID: 314439-39<br>WARREN P LEBLANC<br>2238 HWY 1<br>RACELAND LA 70394 | CREDITOR ID: 314440-39<br>WARREN REBACKOFF & SANDY<br>REBACKOFF JT TEN<br>2707 ALCLOVE CIRCLE<br>OCOEE FL 34761 |
| CREDITOR ID: 314442-39<br>WARREN S DUNGAN<br>901 SW CASHEW CIR<br>BAREFOOT  BAY FL 32976 | CREDITOR ID: 314443-39<br>WARREN SCOTT DAVIDSON<br>2517 YUMA DR<br>BOWLING  GREEN KY 42104 | CREDITOR ID: 314444-39<br>WARREN SHULZ<br>575 DOUGLAS<br>CALUMET  CITY IL 60409 |
| CREDITOR ID: 314445-39<br>WARREN THEVENOT<br>1304 N UPLAND AVE<br>METAIRIE LA 70003 | CREDITOR ID: 314446-39<br>WARREN W DAVIES<br>911 CHEROKEE ROAD APT 1<br>LOUISVILLE KY 40204 | CREDITOR ID: 314447-39<br>WARREN W ELFRANK<br>2910 BLUFF CREEK DR #317<br>COLUMBIA MO 65201-3522 |
| CREDITOR ID: 314448-39<br>WARREN W WILSON<br>4221 BRACKWOOD DRIVE<br>SEFFNER FL 33584 | CREDITOR ID: 314449-39<br>WARREN W WILSON CUST CHERYLL<br>LYNN WILSON U/FL/G/T/M/A<br>4221 BRACKWOOD DRIVE<br>SEFFNER FL 33584 | CREDITOR ID: 314451-39<br>WARREN W WILSON CUST FOR<br>TAMMY ANN WILSON<br>U/FL/G/T/M/A<br>4221 BRACKWOOD DRIVE<br>SEFFNER FL 33584 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314450-39<br>WARREN W WILSON CUST FOR<br>LESLEY WARREN WILSON<br>U/FL/G/T/M/A<br>4221 BRACKWOOD DRIVE<br>SEFFNER FL 33584 | CREDITOR ID: 314452-39<br>WARREN WHELCHEL VICKERS<br>2812 VILLAGE COURT<br>GAINESVILLE GA 30506 | CREDITOR ID: 287873-39<br>WARREN, DONALD R. II<br>835 NE 30TH AV<br>OCALA FL 34470 |
| CREDITOR ID: 314454-39<br>WATSON E CAMP<br>101 HILLCREST CIR<br>EASLEY SC 29640 | CREDITOR ID: 314455-39<br>WATSON ISDELL & CHARLES<br>ISDELL & JAMES R ISDELL JT<br>TEN<br>1987 HIGDON ST<br>AGUSTA GA 30906 | CREDITOR ID: 280311-39<br>WATSON, ANDREW J<br>2639 ODUM ST<br>SNELLVILLE GA 30078 |
| CREDITOR ID: 284563-39<br>WATTS, CHERYL M<br>7019 12TH CT E<br>SARASOTA FL 34243 | CREDITOR ID: 314456-39<br>WAYLON MICHAEL BLACKMON<br>105 BEN WEST DR<br>CEDARTOWN GA 30125 | CREDITOR ID: 314457-39<br>WAYLON PAUL DAVIS & WILLIE<br>PEARL DAVIS JT TEN<br>RR 2 BOX 332<br>KINSTON AL 36453 |
| CREDITOR ID: 314458-39<br>WAYMOND HENDERSON<br>1111 ROBERTS STREET<br>GREEN  COVE  SPRINGS FL 32043 | CREDITOR ID: 314459-39<br>WAYNE A FOX<br>538 DYKE BRANCH RD<br>DOVER DE 19901-1547 | CREDITOR ID: 314460-39<br>WAYNE A JOSEPH<br>474 NW 21ST AV<br>POMPANO  BEACH FL 33069 |
| CREDITOR ID: 314461-39<br>WAYNE A JULSON<br>11144 SW 61ST CIR<br>OCALA FL 34476 | CREDITOR ID: 314462-39<br>WAYNE A KURTH & BARBARA G<br>KURTH JT TEN<br>1331 FATIO RD<br>DE  LAND FL 32720 | CREDITOR ID: 314463-39<br>WAYNE A LEAR<br>4193 WABASSO AVE<br>NORTH  PORT FL 34287 |
| CREDITOR ID: 314464-39<br>WAYNE A LENDERMAN<br>205 PIEDMONT PARK RD<br>GREENVILLE SC 29609 | CREDITOR ID: 314465-39<br>WAYNE A NORTON<br>5036 RIDGEWOOD DR<br>DANVILLE VA 24540 | CREDITOR ID: 314466-39<br>WAYNE A ROTOLANTE<br>5701 SW 77TH TER<br>SOUTH  MIAMI FL 33143 |
| CREDITOR ID: 314467-39<br>WAYNE A SCHLOSSER<br>1706 BEACON ST<br>CINCINNATI OH 45230 | CREDITOR ID: 314468-39<br>WAYNE A SCHROEDER<br>1320 PINE LARK DR<br>CANTON GA 30114 | CREDITOR ID: 314469-39<br>WAYNE A TESH JR<br>200 QUINCANNON RD<br>COLUMBIA SC 29212 |
| CREDITOR ID: 314470-39<br>WAYNE A THOMPSON CUST<br>MARISSA D MANKIN UND UNIF<br>GIFT MIN ACT SC<br>443 GREENGARDEN DR<br>CHAPIN SC 29036 | CREDITOR ID: 314471-39<br>WAYNE A VILLEMUER<br>208 OAKMONT DR<br>SLIDELL LA 70460 | CREDITOR ID: 314472-39<br>WAYNE AARON DICK<br>151 MEADOWVIEW LANE<br>GREENWOOD SC 29646 |
| CREDITOR ID: 314473-39<br>WAYNE ADAMS CUST SCOTT E<br>ADAMS UND UNIF GIFT MIN ACT FL<br>4713 MARINER POINT DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 314474-39<br>WAYNE B HARRIS SR<br>1104 W FIRST AVE<br>ALBANY GA 31707 | CREDITOR ID: 314475-39<br>WAYNE BUTLER & TERESA A<br>BUTLER JT TEN<br>3331 FLANDERS DR<br>PORTER TX 77365 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314476-39<br>WAYNE C BERRIER & KEITH A<br>HICKS JT TEN<br>6585 LAKE DALE WAY<br>CLEMMONS NC 27012 | CREDITOR ID: 314477-39<br>WAYNE COLLIER<br>2750 N LAKE REEDY DR<br>FROSTPROOF FL 33843 | CREDITOR ID: 314478-39<br>WAYNE CROWE & BRENDA CROWE<br>JT TEN<br>330 WILEY COURT<br>MARIETTA GA 30060 |
| CREDITOR ID: 314479-39<br>WAYNE D HAMILTON<br>4869 SAND STONE CT<br>EVANS GA 30809 | CREDITOR ID: 314481-39<br>WAYNE DAVID VANDERVER<br>75 WHITE LEAVE DR<br>DALLAS GA 30157 | CREDITOR ID: 314482-39<br>WAYNE DELMORE PHILLIPS<br>6405 WILLOW WOOD CT<br>TAMPA FL 33634 |
| CREDITOR ID: 314483-39<br>WAYNE E BARBIER<br>1021 ORCHID DR<br>HARVEY LA 70058 | CREDITOR ID: 314485-39<br>WAYNE E ENGLAND<br>P O BOX 7312<br>CHARLOTTE NC 28241 | CREDITOR ID: 314486-39<br>WAYNE E LIPSCOMB<br>1709 SWANBROOKE RD<br>BEDFORD VA 24523 |
| CREDITOR ID: 314487-39<br>WAYNE EISENBERG CUST FOR<br>CLARICE EISENBERG<br>U/T/CA/U/G/T/M/A<br>541 COLUMBIA CREEK DR<br>SAN  RAMON CA 94583 | CREDITOR ID: 314488-39<br>WAYNE F SEITL CUST CELIA E<br>SEITL UNIF TRAN MIN ACT FL<br>3665 BEERIDGE RD  300<br>SARASOTA FL 34233 | CREDITOR ID: 314489-39<br>WAYNE G LEBOEUF<br>312 ELM DR<br>RACELAND LA 70394 |
| CREDITOR ID: 314490-39<br>WAYNE G WILLIAMS<br>402 BEREA FOREST CIR<br>GREENVILLE SC 29611 | CREDITOR ID: 314491-39<br>WAYNE GERTH<br>2628 CANTERBURY AVE<br>CINCINNATI OH 45237 | CREDITOR ID: 314492-39<br>WAYNE H ALLEN<br>5282 MARONEY MILL RD<br>DOUGLASVILLE GA 30134 |
| CREDITOR ID: 314493-39<br>WAYNE H ATKINSON<br>2837 BRUSHY CREEK RD<br>EASLEY SC 29642 | CREDITOR ID: 314494-39<br>WAYNE H SPENCER & JEANETTE S<br>SPENCER JT TEN<br>109 1/2 N DRAKE ST<br>GASTONIA NC 28052 | CREDITOR ID: 314495-39<br>WAYNE H SULLIVAN<br>2987 NW 39TH STREET<br>JENNINGS FL 32053 |
| CREDITOR ID: 314496-39<br>WAYNE HALLER & VALERIE<br>HALLER JT TEN<br>638 FOUR MILE<br>CINCINNATI OH 45230 | CREDITOR ID: 314497-39<br>WAYNE HARRY RABORN<br>19013 OAK HILL DR<br>COVINGTON LA 70435 | CREDITOR ID: 314498-39<br>WAYNE J BARRILLEAUX<br>8961 PINE MOSS DR<br>BATON  ROUGE LA 70817 |
| CREDITOR ID: 314500-39<br>WAYNE J HEBERT JR<br>1921 MICHELLE DR<br>ST  BERNARD LA 70085 | CREDITOR ID: 314502-39<br>WAYNE J LYONS & ELIZABETH M<br>LYONS TEN COM<br>1623 HWY 754<br>SUNSET LA 70584 | CREDITOR ID: 314501-39<br>WAYNE J LYONS & ELIZABETH M<br>LYONS JT TEN<br>1623 HWY 754<br>SUNSET LA 70584 |
| CREDITOR ID: 314503-39<br>WAYNE J PIECHOWIAK & JANICE<br>L PIECHOWIAK JT TEN<br>2713 MORRISON AVE<br>TAMPA FL 33629 | CREDITOR ID: 314504-39<br>WAYNE J SHERIFF<br>121 HOPEWELL CHURCH RD<br>WESTMINSTER SC 29693 | CREDITOR ID: 314505-39<br>WAYNE JEFFREY DEAHL<br>2548 WOOD ST<br>RIVER  GROVE IL 60171 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314506-39<br>WAYNE K BROWER<br>2227 WESTMINSTER TERRACE<br>OVIEDO FL 32765 | CREDITOR ID: 314507-39<br>WAYNE K BROWER & MARY P<br>BROWER JT TEN<br>2227 WESTMINSTER TER<br>OVIEDO FL 32765 | CREDITOR ID: 314508-39<br>WAYNE L COLEMAN & RITA J<br>COLEMAN CO TTEES U/T/D 4-15-96<br>WAYNE L COLEMAN & RITA J COLEMAN TR<br>C/O CAROLINE & LEE ATTORNEYS<br>2410 NW 117TH PLACE<br>BRANFORD FL 32008 |
| CREDITOR ID: 314509-39<br>WAYNE L LAWSON<br>2719 19TH ST W<br>BRADENTON FL 34205 | CREDITOR ID: 314510-39<br>WAYNE L LAWSON & KAREN H<br>LAWSON JT TEN<br>2719 19TH ST W<br>BRADENTON FL 34205 | CREDITOR ID: 314511-39<br>WAYNE LANCLOS<br>1304 TREE HAVEN DR<br>WESTWEGO LA 70094 |
| CREDITOR ID: 314512-39<br>WAYNE M BUTTRAM & DORIS A<br>BUTTRAM JT TEN<br>29 KELLY COURT<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 314513-39<br>WAYNE M DARENSBOURG<br>277 WEST AVE<br>HARAHAN LA 70123 | CREDITOR ID: 314514-39<br>WAYNE M HAMAN<br>1260 HAMMITT HILL RD<br>BOWLING  GREEN KY 42101 |
| CREDITOR ID: 314515-39<br>WAYNE M RHODEN & CATHY C<br>RHODEN JT TEN<br>5625 MARTIN RHODEN LN<br>MACCLENNY FL 32063 | CREDITOR ID: 314516-39<br>WAYNE MELLON<br>2049 MEADOW RD<br>YORK SC 29745 | CREDITOR ID: 314517-39<br>WAYNE P ANDERSON<br>2637 BRETON DRIVE<br>MARRERO LA 70072 |
| CREDITOR ID: 314518-39<br>WAYNE PAUL GRAF<br>729 HEATHROW AVENUE<br>LADY  LAKE FL 32159 | CREDITOR ID: 314519-39<br>WAYNE PEARSALL<br>P O BOX 392<br>AMHERST OH 44001 | CREDITOR ID: 314520-39<br>WAYNE PETER PASANEN & LINDLE<br>M PASANEN JT TEN<br>6315 WESCONNETT BLVD<br>JACKSONVILLE FL 32244 |
| CREDITOR ID: 314521-39<br>WAYNE PIERCE<br>3611 ABBEVILLE HWY<br>ANDERSON SC 29624 | CREDITOR ID: 314522-39<br>WAYNE PREJEAN & SUSETTEM<br>PREJEAN TEN COM<br>602 FIFTH ST<br>JENNINGS LA 70546 | CREDITOR ID: 314523-39<br>WAYNE PRINCE & DEBRA J<br>PRINCE JT TEN<br>2805 BOSTON DR<br>TITUSVILLE FL 32780 |
| CREDITOR ID: 314524-39<br>WAYNE R HIGHT<br>105 ALDERSGATE DRIVE<br>GREEN  COVE  SPRGS FL 32043 | CREDITOR ID: 314525-39<br>WAYNE R JONES<br>169 FOXBOROUGH RD<br>GOOSE  CREEK SC 29445 | CREDITOR ID: 314526-39<br>WAYNE R THOMAS<br>2820 AEIN RD<br>ORLANDO FL 32817 |
| CREDITOR ID: 314527-39<br>WAYNE S DRUMM & BARBARA L<br>DRUMM JT TEN<br>3898 BRAVE TRAIL<br>KENNESAW GA 30144 | CREDITOR ID: 314528-39<br>WAYNE T HALL<br>16005 MOLOKAI DR<br>TEGA  CAY SC 29708 | CREDITOR ID: 314529-39<br>WAYNE T MAGGARD<br>2317 FINCHER RD<br>FORT  WORTH TX 76117 |
| CREDITOR ID: 314530-39<br>WAYNE T SCARBOROUGH JR<br>224 BOWLES ST<br>NEPTUNE  BEACH FL 32266 | CREDITOR ID: 314531-39<br>WAYNE V BLESSITT<br>2465 BENJAMIN E MAYS DR SW<br>ATLANTA GA 30311 | CREDITOR ID: 314532-39<br>WAYNE W CHAMBERS<br>9370 MOUNT TABOR RD<br>AURORA IN 47001 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

CREDITOR ID: 281625-39
WAYNE, MAJID A (MINOR)
C/O BASHIR A WAYNE CUSTODIAN
10370 SW 37 STREET
MIAMI FL 33165

CREDITOR ID: 314533-39
WAYNETTA ROBINSON
2171 CALIFORNIA DR
LUMBERTON NC 28358

CREDITOR ID: 314534-39
WEATHERLY R WHITENER &
GREGORY A WHITENER JT TEN
5814 SULPHUR SPRINGS RD NE
HICKORY NC 28601

CREDITOR ID: 290346-39
WEAVER, FRANK A. JR
6350 WILLIAMSON RD
ROCK HILL SC 29730

CREDITOR ID: 279959-39
WEBB, ALICIA R & DAVID J JT TEN
202 QUAIL LAKE DR
YORK SC 29745

CREDITOR ID: 280554-39
WEBB, ANITA
1303 EAST RIVER ROAD
BAINBRIDGE GA 39817

CREDITOR ID: 287192-39
WEBB, DENISE L
149 POPE RD
BAINBRIDGE GA 39817

CREDITOR ID: 293445-39
WEBB, JAMES A
111 PISTOL CLUB RD
EASLEY SC 29640

CREDITOR ID: 309422-39
WEGNER, ROSE
HERITAGE HILLS OF WESTCHESTER, 360B
SOMERS NY 10589

CREDITOR ID: 280679-39
WELCH, ANNA LISA
11912 MCMULLEN LP
RIVERVIEW FL 33596

CREDITOR ID: 285534-39
WELCH, CYNTHIA ANN
1960 SHORELINE TRACE
GRAYSON GA 30017

CREDITOR ID: 314535-39
WELCOME HOST OF AMERICA INC
13953 PERKINS ROAD
BATON ROUGE LA 70810

CREDITOR ID: 314536-39
WELDON JEFFREY RUPP
11226 RUSTIC PINES CIR W
JACKSONVILLE FL 32257

CREDITOR ID: 314537-39
WELDON LEE MCLEA JR
8941 BREEZEWOOD RD
SANFORD NC 27330

CREDITOR ID: 313459-39
WELLS, DYLAN C  (MINOR)
C/O TONY L WELLS CUST
7112 BARBADOS DR
FT WORTH TX 76180

CREDITOR ID: 313460-39
WELLS, JUSTIN T (MINOR)
C/O TONY L WELLS CUST
7112 BARBADOS DR
FT WORTH TX 76180

CREDITOR ID: 314538-39
WELTON LOCKLEAR
1122 CANAL RD
PEMBROKE NC 28372

CREDITOR ID: 314539-39
WEN CHI KONG
2814 DEKALB ST
DURHAM NC 27705

CREDITOR ID: 314540-39
WENDALL T CLATT & ELSIE M
CLATT JT TEN
15829 MAISON ORLEANS
BATON ROUGE LA 70817

CREDITOR ID: 314541-39
WENDELL A MILEY SR
PO BOX 318
LORANGER LA 70446

CREDITOR ID: 314542-39
WENDELL B NIX & ANITA K NIX
JT TEN
1401 OAK DR
BAINBRIDGE GA 31717

CREDITOR ID: 314543-39
WENDELL C MATHIS
3866 SW 77 BLVD
JASPER FL 32052

CREDITOR ID: 314544-39
WENDELL CRAIG KUHN
105 CURTIS PL
GRAND PRAIRIE TX 75051

CREDITOR ID: 314545-39
WENDELL DEAN LEWIS
6242 S GRADY AVE
TAMPA FL 33616

CREDITOR ID: 314546-39
WENDELL H ROGERS
1079 ROBERTS AMAN ROAD
PERRY FL 32347

CREDITOR ID: 314547-39
WENDELL K BASS
PO BOX 3513
VALDOSTA GA 31604

CREDITOR ID: 314548-39
WENDELL L GASKIN
3820 N W 7TH STREET
FORT LAUDERDALE FL 33311

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                      CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 314549-39<br>WENDELL L MOODY & DOROTHY H<br>MOODY JT TEN<br>4650 IVNHOE RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 314550-39<br>WENDELL L YOUNG<br>5004 PARETE CIR<br>JACKSONVILLE FL 32218 | CREDITOR ID: 314551-39<br>WENDELL P MORRIS<br>14884 PEARS RD<br>ZACHARY LA 70791 |
| CREDITOR ID: 314552-39<br>WENDI ELLEN BERG<br>132 BOB SHARPE PT<br>LEESVILLE SC 29070 | CREDITOR ID: 314553-39<br>WENDI LYNN BLINSKI<br>10411 QUITO STREET<br>COOPER CITY FL 33026 | CREDITOR ID: 314554-39<br>WENDIE J OPRY<br>4370 W ELLIS RD<br>GRIFFIN GA 30223 |
| CREDITOR ID: 314555-39<br>WENDY A BELL<br>4076 PINTO RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 314556-39<br>WENDY A PRIDDY<br>11106 LADINO STREET<br>BOCA RATON FL 33428 | CREDITOR ID: 314557-39<br>WENDY ADELE SAWYER<br>199 N WHITNEY ST<br>ST AUGUSTINE FL 32084 |
| CREDITOR ID: 314558-39<br>WENDY B BLAKESLEE<br>108 THOMAS ST<br>BAINBRIDGE GA 31717 | CREDITOR ID: 314559-39<br>WENDY B CRUZ<br>6952 WEST 30TH AVE<br>HIALEAH FL 33016 | CREDITOR ID: 314560-39<br>WENDY BRUNET ROBINSON<br>2113 ETIENNE DR<br>MERAUX LA 70075 |
| CREDITOR ID: 314561-39<br>WENDY C HINTZ<br>13168 PEACH ST<br>SOUTHGATE MI 48195 | CREDITOR ID: 314562-39<br>WENDY D SHORT<br>3901 29TH AVE N<br>ST PETERSBURG FL 33713 | CREDITOR ID: 314563-39<br>WENDY DENISE SUMARA<br>101 TIMBERWOOD TER<br>EAST PALATKA FL 32131 |
| CREDITOR ID: 314564-39<br>WENDY E JENKINS<br>436 ONTARIO ST NW<br>PALM BAY FL 32907 | CREDITOR ID: 314565-39<br>WENDY ELIZABETH BAILEY<br>5642 THOMPSON CHAPEL CH RD<br>WILSON NC 27896 | CREDITOR ID: 314566-39<br>WENDY G LEBARRON<br>5101 BLACKBURN ST<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 314567-39<br>WENDY G WHITTINGTON<br>4845 ST LOUIS ST<br>ZACHARY LA 70791 | CREDITOR ID: 314568-39<br>WENDY HOLLAND<br>C/O WENDY H YAWN<br>RT 1 BOX 254A<br>LUMBER CITY GA 31549 | CREDITOR ID: 314569-39<br>WENDY K SIMS<br>467 RIVER OAKS DR<br>WETUMPKA AL 36092 |
| CREDITOR ID: 314570-39<br>WENDY KAY KILPATRICK<br>624B 47TH ST<br>DESTIN FL 32541 | CREDITOR ID: 314571-39<br>WENDY L ATHERTON<br>118 HODGES ST<br>LOS FRESNOS TX 78566 | CREDITOR ID: 314572-39<br>WENDY L ELDRETH<br>311 WRIGHTENBERRY ST<br>HIGH POINT NC 27260 |
| CREDITOR ID: 314573-39<br>WENDY L JONES<br>RT 1 BOC 293<br>SANDERSON FL 32087 | CREDITOR ID: 314574-39<br>WENDY LYNN CLIFTON<br>1620D ESPANOLA AVE<br>HOLLY HILL FL 32117 | CREDITOR ID: 314575-39<br>WENDY LYNN MUSGROVE<br>1123 PHILLIP CAUSEY RD<br>DOERUN GA 31744 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                          CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 314576-39<br>WENDY M HAVENS<br>4872 ANNAMOHR DR<br>FAIRFAX VA 22030 | CREDITOR ID: 314577-39<br>WENDY MARSHALL<br>6405 CARMEN ST<br>METAIRIE LA 70003 | CREDITOR ID: 314578-39<br>WENDY MULLINS<br>5720 CARLTON RD<br>PORT  SAINT  LUCIE FL 34987 |
| CREDITOR ID: 314579-39<br>WENDY N BEVAN<br>4189 WATER LILY COURT<br>MIDDLEBURG FL 32068 | CREDITOR ID: 314580-39<br>WENDY PAYNE<br>10025 PREVATT ST<br>GIBSONTON FL 33534 | CREDITOR ID: 314581-39<br>WENDY PERE<br>APT 101<br>1504 COULU KINNEY<br>ABBEVILLE LA 70510 |
| CREDITOR ID: 314582-39<br>WENDY R BETANCOURT<br>9803 CREEK FRONT RD #1205<br>JACKONSVILLE FL 32256 | CREDITOR ID: 314583-39<br>WENDY R BORDEAUX<br>1130 NORTH OLD MILL DR<br>DELTONA FL 32725 | CREDITOR ID: 314584-39<br>WENDY R GARRETT<br>10261 NE 23 TER<br>BRANFORD FL 32008 |
| CREDITOR ID: 314585-39<br>WENDY S BOYD<br>4926 KANGAROO CIR<br>MIDDLEBURG FL 32068 | CREDITOR ID: 314586-39<br>WENDY SUE POLOSKI<br>261 CLEARBROOK TER NE<br>MELBOURNE FL 32907 | CREDITOR ID: 314587-39<br>WENDY TURNER<br>231 TAHOE DR<br>BASSETT VA 24055 |
| CREDITOR ID: 314588-39<br>WENONA K HARDEN<br>659 FIRST STREET SE<br>GRAYSVILLE AL 35073 | CREDITOR ID: 314589-39<br>WENONA KAY HARDEN & GEORGE A<br>HARDEN JT TEN<br>659 FIRST STREET SE<br>GRAYSVILLE AL 35073 | CREDITOR ID: 314590-39<br>WERNER G HEIL<br>1101 52ND ST N<br>SAINT  PETERSBURG FL 33710 |
| CREDITOR ID: 314591-39<br>WERNER HEIL & DONNA HEIL<br>JT TEN<br>1101 52ND ST N<br>SAINT  PETERSBURG FL 33710 | CREDITOR ID: 314592-39<br>WERNER W KOENIGHAUS & EDITH<br>I KOENIGHAUS JT TEN<br>5325 FALLWOOD DR<br>APT 102<br>INDIANAPOLIS IN 46220 | CREDITOR ID: 314593-39<br>WESLEY A WICE<br>129 GARNER-ADELL ROAD<br>WEATHERFORD TX 76086 |
| CREDITOR ID: 314594-39<br>WESLEY C HYRONS & JOY D<br>HYRONS JT TEN<br>411 HERMITS TRL<br>ALTAMONTE  SPRINGS FL 32701 | CREDITOR ID: 314595-39<br>WESLEY C STEWART<br>2315 SUNNYSIDE DR<br>LANCASTER SC 29720 | CREDITOR ID: 314596-39<br>WESLEY D JOHNSON<br>111 BYARS ST<br>GREER SC 29651 |
| CREDITOR ID: 314597-39<br>WESLEY D SMITH<br>425 OLDFIELD DR<br>ORANGE  PARK FL 32003 | CREDITOR ID: 314599-39<br>WESLEY E MCCALL JR<br>5112 GREENSBORO DR<br>MONTGOMERY AL 36108 | CREDITOR ID: 314600-39<br>WESLEY G CREARY<br>413 SW MEADOW TERR<br>PORT ST LUCIE FL 34953 |
| CREDITOR ID: 314601-39<br>WESLEY JACKSON<br>RR 1 BOX 3010<br>WILBURN OK 74578 | CREDITOR ID: 314602-39<br>WESLEY K CRAWFORD<br>151 COWBOY ROAD<br>GROVELAND FL 32647 | CREDITOR ID: 314603-39<br>WESLEY K MOORE<br>6581 PINELEAF DR<br>ELMORE AL 36025 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 314605-39
WESLEY MARTIN RAGLE
1250 BALLARD RD
WEATHERFORD TX 76086

CREDITOR ID: 314606-39
WESLEY MILLER
413 ASPEN GLEN DR
HAMDEN CT 06518

CREDITOR ID: 314607-39
WESLEY P HATMAKER & DIONNE
HATMAKER JT TEN
609 GREENWOOD DR
CLINTON TN 37716

CREDITOR ID: 314608-39
WESLEY S HAVINGA & ANNETTE
HAVINGA JT TEN
811 BENNINGER DRIVE
BRANDON FL 33510

CREDITOR ID: 314609-39
WESLEY S TURNIPSEED &
JEANETTE TURNIPSEED JT TEN
11505 ORILLA DEL RIO PL
TEMPLE  TERRACE FL 33617

CREDITOR ID: 314610-39
WESLEY SCOTT HAVINGA
811 BENNINGER DR
BRANDON FL 33510

CREDITOR ID: 314611-39
WESLEY SCOTT WINDSOR
113 RICE RD
LONGVIEW TX 75605

CREDITOR ID: 314612-39
WESLEY SWITZER
3933 AUGUSTA STREET
METAIRIE LA 70001

CREDITOR ID: 314613-39
WESLEY T HALL
697 NW KILPATRICK AVENUE
PORT  ST  LUCIE FL 34983

CREDITOR ID: 314614-39
WESLEY WILSON JR
818 NE 214TH LN APT 1
MIAMI FL 33179

CREDITOR ID: 281209-39
WESTMORELAND, AUDIE RAY  &
JUDITH ANN JT TEN
109 LAKE WOOD DRIVE
AZLE TX 76020

CREDITOR ID: 314615-39
WEYMAN A DARDEN II
PO BOX 481
BOSTON MA 02117

CREDITOR ID: 314616-39
WHEELER C SPICER
2960 NW 66TH ST
MIAMI FL 33147

CREDITOR ID: 314617-39
WHEELER M THACKSTON JR
43 LINNAEAN ST APT 26
CAMBRIDGE MA 02138

CREDITOR ID: 280250-39
WHEELER, AMY  & STEVE,  JT TEN
1481 VERDALE
CINCINNATI OH 45230

CREDITOR ID: 280909-39
WHEELESS, ANTHONY P
2901 GUTHER PL
VIRGINIA  BEACH VA 23453

CREDITOR ID: 308974-39
WHEELIS, ROGER D  & MARY ANN
4553 ELAM ROAD
VALDOSTA GA 31605

CREDITOR ID: 299280-39
WHITE, L D
7990 BAYMEADOWS RD E, APT 928
JACKSONVILLE FL 32256

CREDITOR ID: 279797-39
WHITEHEAD, ALCHUS EUGENE &
BONNIE M JT TEN
2209 BRANDON ST
FORT  MYERS FL 33907

CREDITOR ID: 311394-39
WHITLEY, STEPHEN C
4560 DELTA AVE
JACKSONVILLE, FL 32205

CREDITOR ID: 314618-39
WHITNEY D HAMILTON CUST JADE
NICCOLE HAMILTON UNIF TRANS
MIN ACT FL
ATTN SADE NICCOLE HAMILTON
13386 LA MIRADA CIR
WEST  PALM  BEACH FL 33414

CREDITOR ID: 314619-39
WHITNEY GARY & MILDRED GARY
TEN COM
4505 LEROY ROAD
MAURICE LA 70555

CREDITOR ID: 280252-39
WIETHE, AMY & KEITH, JT TEN
9113 WINDSTONE DR
OOLTEWAH TN 37363

CREDITOR ID: 314620-39
WIGBERTO ROSARIO JR
123 ALABAMA AVE #A
FT  WALTON  BCH FL 32548

CREDITOR ID: 314621-39
WILBERT CRAWFORD JR
1739 RICARDO DR
VALDOSTA GA 31601

CREDITOR ID: 314622-39
WILBERT HUGH PURVIS
807 W GRAHAM ST
MC  RAE GA 31055

CREDITOR ID: 314623-39
WILBERT M PRYOR
339 VANN ST S E
JACKSONVILLE AL 36265

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314624-39<br>WILBERT T JENKINS<br>PO BOX 1544<br>WINSTON  SALEM NC 27102 | CREDITOR ID: 314625-39<br>WILBUR C KENT<br>8453 PUMP STATION RD<br>LAND  O  LAKES FL 34639 | CREDITOR ID: 314626-39<br>WILBUR D GRIFFIS<br>PO BOX 897 3209 LONGFORD RD<br>JESUP GA 31545 |
| CREDITOR ID: 314627-39<br>WILBUR D HENDERSON<br>1504 UNDERWOOD RD<br>RUSSELLVILLE AL 35654 | CREDITOR ID: 314629-39<br>WILBUR F MILLER TTEE U-A DTD<br>03-03-98 THE\|WILBUR F MILLER<br>TRUST<br>2656 WOZNIAK RD<br>MICHIGAN  CITY IN 46360 | CREDITOR ID: 314630-39<br>WILBUR G WHITE & MARY ANN<br>WHITE JT TEN<br>PO BOX 6<br>MONTROSE GA 31065 |
| CREDITOR ID: 314631-39<br>WILBUR J MAYER<br>2100 LONGWOOD DR<br>LA  PLACE LA 70068 | CREDITOR ID: 314632-39<br>WILBUR O ELKINS & BETTY W<br>ELKINS JT TEN<br>825 W 53RD ST<br>ANNISTON AL 36206 | CREDITOR ID: 314633-39<br>WILBUR W BAZEMORE & EDWINA J<br>BAZEMORE JT TEN<br>2310 ARRIVISTE WAY<br>PENSACOLA FL 32504 |
| CREDITOR ID: 314634-39<br>WILBUR W LUKE<br>166 WHITEWATER RD #B<br>FITZGERALD GA 31750 | CREDITOR ID: 314635-39<br>WILBUR W WOOD TOD BRENDA W<br>SCHROPE SUBJECT TO STA TOD<br>RULES<br>C-O BRENDA SCHROPE<br>1335 SWEETBRIAR RD<br>ORLANDO FL 32806 | CREDITOR ID: 314636-39<br>WILBUR WINDHAM WYNN<br>1407 HILL SPUN RD<br>ALABASTER AL 35007 |
| CREDITOR ID: 314637-39<br>WILBURN LISTER & RUTH W<br>LISTER JT TEN<br>PO BOX 879<br>RIVERVIEW FL 33569 | CREDITOR ID: 314638-39<br>WILDA D KILPER & ROBERT M<br>KILPER JT TEN<br>205 MEREDITH DR<br>ENGLEWOOD FL 34223 | CREDITOR ID: 314639-39<br>WILDA L ELLENBURG<br>2418 HIGHWAY 31 N<br>HARTSELLE AL 35640 |
| CREDITOR ID: 314640-39<br>WILEY C PAYNE &<br>GLORIA J PAYNE JT TEN<br>3902 S 31ST ST<br>TEMPLE TX 76502 | CREDITOR ID: 314641-39<br>WILEY J DAIGLE JR<br>2001 VALLEYVIEW DR<br>PINEVILLE LA 71360 | CREDITOR ID: 314642-39<br>WILEY SCOTT HARRIS CUST NOAH<br>SINCLAIR HARRIS UND UNIF<br>GIFT MIN ACT SC<br>3505 OAKS WAY<br>UNIT 303<br>POMPANO  BEACH FL 33069 |
| CREDITOR ID: 314643-39<br>WILEY U PRIDGEN<br>1111 HOLLY HILL RD<br>DAVENPORT FL 33837 | CREDITOR ID: 314644-39<br>WILFORD G LAWRENCE<br>30698 N SHORE DR # R6<br>ELKHART IN 46514 | CREDITOR ID: 314645-39<br>WILFORD GENE CARPENTER<br>406 ALEX SLUDER DR<br>SENECA SC 29678 |
| CREDITOR ID: 314646-39<br>WILFRED A SANDERS TTEE U-A<br>DTD 01-29-98 THE\|WILFRED A<br>SANDERS REVOCABLE TRUST<br>4505 ORANGE BROOK DR<br>ORLANDO FL 32810 | CREDITOR ID: 314647-39<br>WILFREDO DIAZ<br>6008 N OLIVE AVE<br>TAMPA FL 33614 | CREDITOR ID: 314648-39<br>WILFREDO J MONROIG<br>520 BIRCH CT<br>ALTAMONTE  SPRINGS FL 32714 |
| CREDITOR ID: 314649-39<br>WILFREDO LEAL<br>10800 NE 10TH AVE<br>BISCAYNE  PARK FL 33161 | CREDITOR ID: 314650-39<br>WILFREDO LOPEZ<br>1310 N HUDSON ST<br>ORLANDO FL 32808 | CREDITOR ID: 314651-39<br>WILFREDO PEREZ<br>7355 WEST 30 LANE<br>HIALIAH FL 33016 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

CREDITOR ID: 314652-39
WILFRID BRUTUS
9330 NW 37TH COURT
SUNRISE FL 33351

CREDITOR ID: 314655-39
WILHELMINA BLAKE & ROBERT E
BLAKE JT TEN
22333 EDGEWATER DR
PORT  CHARLOTTE FL 33980

CREDITOR ID: 314656-39
WILL CONGLETON
BOX 205
STOKES NC 27884

CREDITOR ID: 314657-39
WILL ELL T CHILDRESS
404 SADIE AVE
METAIRIE LA 70003

CREDITOR ID: 314658-39
WILL T HOGAN & DIANNE L
HOGANJT TEN
2505 PATSY ANNE DR
JACKSONVILLE FL 32207

CREDITOR ID: 314659-39
WILLA ANN HURST
RT 6 BOX 1819
STARKE FL 32091

CREDITOR ID: 314660-39
WILLA DEAN ROWE & TIMOTHY
JAMES ROWE JT TEN
ROUTE 5 BOX 148-E
PIKEVILLE TN 37367

CREDITOR ID: 314661-39
WILLA E KING
112 ROSE LANDING DRIVE
GOLDSBORO NC 27530

CREDITOR ID: 314662-39
WILLA MAE TERRY
1263 MARIPOSA DR NE
PALM  BAY FL 32905

CREDITOR ID: 314663-39
WILLA W PARMENTER
2074 TANAGER DRIVE
ORANGE  PARK FL 32073

CREDITOR ID: 314664-39
WILLADINE SEARCY
C/O WILLADINE S SPENCE
581 E LINCOLN AVE
LA  BELLE FL 33935

CREDITOR ID: 314665-39
WILLARD C DILLON & PATRICIA
A DILLON JT TEN
2321 ROYAL PALM DR
EDGEWATER FL 32141

CREDITOR ID: 314666-39
WILLARD C PIERSON JR
3624 LUBBOCK DR
RALEIGH NC 27612

CREDITOR ID: 314667-39
WILLARD D KING
48184 MORRIS ROAD
HAMMOND LA 70401

CREDITOR ID: 314668-39
WILLARD DALE YOUNG
2447 ELDRIDGE RD
NEWTON  GROVE NC 28366

CREDITOR ID: 314669-39
WILLARD G VIERS JR &
GERTRUDE F VIERS JT TEN
106 E 58TH ST
SAVANNAH GA 31405

CREDITOR ID: 314670-39
WILLARD L ANDERSON
4343 NORTH SHORE RD
LYNN  HAVEN FL 32444

CREDITOR ID: 314671-39
WILLARD L GANNAWAY
PO BOX 11
TRINITY NC 27370

CREDITOR ID: 314672-39
WILLARD L WRIGHT
11236 SAINT MARTINS PKWY
BERLIN MD 21811

CREDITOR ID: 314673-39
WILLARD M SALLEY
13360 WESLEYAN DR
LAURINBURG NC 28352

CREDITOR ID: 314674-39
WILLARD P HODGE
4997 PLATT SPRINGS RD
WEST  COLUMBIA SC 29170

CREDITOR ID: 314675-39
WILLIAM A BALD & MARGARET H
BALD JT TEN
1157 JAMAICA RD W
JACKSONVILLE FL 32216

CREDITOR ID: 314676-39
WILLIAM A BEECH
1956 WEST KINGSFIELD RD
CANTONMENT FL 32533

CREDITOR ID: 314677-39
WILLIAM A BENFIELD JR
P O BOX 1455
MOUNT  JULIET TN 37121

CREDITOR ID: 314678-39
WILLIAM A BENFIELD JR CUST
MICHAEL BRANDON BENFIELD UND
UNIF GIFT MIN ACT TN
P O BOX 1455
MOUNT  JULIET TN 37121

CREDITOR ID: 314679-39
WILLIAM A BLAICH
517 WINTHROP ST
FT  WALTON  BCH FL 32547

CREDITOR ID: 314680-39
WILLIAM A CALLAHAN
1856 W 28TH ST
JACKSONVILLE FL 32209

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314681-39<br>WILLIAM A CARPENTER<br>PO BOX 214<br>ELK  PARK NC 28622 | CREDITOR ID: 314682-39<br>WILLIAM A CLARK<br>4801 SOUTHERN PKWY<br>LOUISVILLE KY 40214 | CREDITOR ID: 314683-39<br>WILLIAM A COHEN<br>93 ASHWORTH RD<br>QUINCY MA 02171 |
| CREDITOR ID: 314684-39<br>WILLIAM A CUMBIE<br>4143 MCLEOD DR<br>TALLAHASSEE FL 32303 | CREDITOR ID: 314685-39<br>WILLIAM A CUMBIE & JANET<br>CUMBIE JT TEN<br>4143 MCLEOD DR<br>TALLAHASSEE FL 32303 | CREDITOR ID: 314686-39<br>WILLIAM A FOWLER JR<br>3044 COUNTY ROAD 38 W<br>FAYETTE AL 35555 |
| CREDITOR ID: 314689-39<br>WILLIAM A GETZAN JR<br>11531 SEDGEMOORE DR E<br>JACKSONVILLE FL 32223 | CREDITOR ID: 314690-39<br>WILLIAM A HARPER<br>195 BIRCHWOOD DR<br>SHEPHERDSVILLE KY 40165 | CREDITOR ID: 314691-39<br>WILLIAM A HAYDEN<br>109 BRECON ACCESS ROAD<br>TALLADEGA AL 35160 |
| CREDITOR ID: 314692-39<br>WILLIAM A HORTON<br>109 QUEEN DRIVE<br>LAGRANGE NC 28551 | CREDITOR ID: 314693-39<br>WILLIAM A JOHNSON<br>7417 N SHEFFIELD CT<br>LANESVILLE IN 47136 | CREDITOR ID: 314694-39<br>WILLIAM A JONES<br>2704 S ADAMS ST<br>FORT  WORTH TX 76110 |
| CREDITOR ID: 314695-39<br>WILLIAM A KAMMERER III<br>1431 OAKWOOD DRIVE<br>STEPHENVILLE TX 76401 | CREDITOR ID: 314696-39<br>WILLIAM A LEA<br>PO BOX 465 SHERMAN RD<br>ALBANY LA 70711 | CREDITOR ID: 314697-39<br>WILLIAM A MCCLELLAN<br>3404 MINOT AVE<br>FORT  WORTH TX 76133 |
| CREDITOR ID: 314698-39<br>WILLIAM A MCCLELLAN &<br>ELIZABETH C MCCLELLAN JT TEN<br>3404 MINOT AVE<br>FORT  WORTH TX 76133 | CREDITOR ID: 314699-39<br>WILLIAM A MCTAGGART<br>12235 NW 17TH PLACE<br>MIAMI FL 33167 | CREDITOR ID: 314700-39<br>WILLIAM A ROBINSON<br>2475 WINCHESTER LANE<br>ST  AUGUSTINE FL 32092 |
| CREDITOR ID: 314701-39<br>WILLIAM A SCHERER<br>493 CHOCTAW DR<br>ABITA  SPRINGS LA 70420 | CREDITOR ID: 314702-39<br>WILLIAM A SHARKEY<br>3833 EDWARDS RD<br>NORWOOD OH 45209 | CREDITOR ID: 314703-39<br>WILLIAM A THOMAS & VERONICA<br>M THOMAS JT TEN<br>411 CINNAMON OAK CT<br>LAKE  MARY FL 32746 |
| CREDITOR ID: 314704-39<br>WILLIAM A VAN DYKE JR &<br>ALBERTA W VAN DYKE JT TEN<br>8604 TUPELO DR<br>TAMPA FL 33637 | CREDITOR ID: 314705-39<br>WILLIAM A WATSON<br>236 MANTH AVE<br>COCOA FL 32927 | CREDITOR ID: 314706-39<br>WILLIAM A WHEELER & MARIE H<br>WHEELER JT TEN<br>PO BOX 150361<br>ALTAMONTE  SPRINGS FL 32715 |
| CREDITOR ID: 314707-39<br>WILLIAM A WILLIAMS<br>10535 SERENA DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 314708-39<br>WILLIAM A WINSTON<br>4606 EASTBOURNE DR<br>INDIANAPOLIS IN 46226 | CREDITOR ID: 314709-39<br>WILLIAM ABBOT HOWARD<br>1340 BILTMORE DR<br>CHARLOTTE NC 28207 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314710-39<br>WILLIAM ADICKS CUMBIE<br>4143 MCLEOD DR<br>TALLAHASSEE FL 32303 | CREDITOR ID: 314711-39<br>WILLIAM ALAN HARRIS<br>RR 4  1625<br>FOLKSTON GA 31537 | CREDITOR ID: 314712-39<br>WILLIAM ALLEN OCTIGAN<br>2236 KATHLEEN DR<br>GREENVILLE NC 27858 |
| CREDITOR ID: 314713-39<br>WILLIAM AMENDOLIA<br>121 COSMOS DR<br>ORLANDO FL 32807 | CREDITOR ID: 314714-39<br>WILLIAM ANDREW ULRICH<br>1121 SPLIT SILK STREET<br>VALRICO FL 33594 | CREDITOR ID: 314715-39<br>WILLIAM ANTHONY CALLAHAN<br>1856 W 28TH ST<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 314716-39<br>WILLIAM ANTHONY CUMMING<br>1252 SE 5TH ST<br>OCALA FL 34471 | CREDITOR ID: 314717-39<br>WILLIAM ARCHIE JERNIGAN<br>PO BOX 575<br>HAMLET NC 28345 | CREDITOR ID: 314718-39<br>WILLIAM AVERY KELLY JR & JAN<br>P KELLY JT TEN<br>PO BOX 506<br>CALLAHAN FL 32011 |
| CREDITOR ID: 314719-39<br>WILLIAM B BAILEY<br>105 SWEETBRIAR CIR<br>ANDERSON SC 29624 | CREDITOR ID: 314720-39<br>WILLIAM B BOYKIN<br>PO BOX 95<br>SIMS NC 27880 | CREDITOR ID: 314722-39<br>WILLIAM B CAPPS JR & CAROLE P<br>CAPPS JT TEN<br>171 PLANTATION RD<br>AUBURN AL 36832 |
| CREDITOR ID: 314723-39<br>WILLIAM B COX JR PERSONAL<br>REPRESENTATIVE OF THE ESTATE<br>OF G HOBART DENNING<br>1012 8TH AVE SW<br>SURFSIDE  BEACH SC 29575 | CREDITOR ID: 314724-39<br>WILLIAM B CRANFORD<br>4395 GALILEO AVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 314725-39<br>WILLIAM B DEWSON<br>1867 HACIENDA DRIVE<br>EL  CAJON CA 92020 |
| CREDITOR ID: 314726-39<br>WILLIAM B EDELEN<br>2711 SACK DR E<br>JACKSONVILLE FL 32216 | CREDITOR ID: 314727-39<br>WILLIAM B ESCH<br>3660 NW 111TH AVE<br>CORAL  SPRINGS FL 33065 | CREDITOR ID: 314728-39<br>WILLIAM B FAISON<br>3191 CABIN MUSEUM RD<br>TURKEY NC 28393 |
| CREDITOR ID: 314729-39<br>WILLIAM B GARREN<br>1006 WRIGHT ST SW<br>LENOIR NC 28645 | CREDITOR ID: 314730-39<br>WILLIAM B GRAY III<br>12363 WITHERIDGE DR<br>TAMPA FL 33624 | CREDITOR ID: 314731-39<br>WILLIAM B HAYNES CUST EMILY<br>A HAYNES UNIF TRAN MIN ACT<br>NC<br>114 WINDY OAK WY<br>GREER SC 29651 |
| CREDITOR ID: 314732-39<br>WILLIAM B HILTON JR<br>517 FORREST ST<br>HILLSBOROUGH NC 27278 | CREDITOR ID: 314733-39<br>WILLIAM B KEATING & ALICE L<br>KEATING JT TEN<br>2798 FISH BRANCH RD<br>ZOLFO  SPRINGS FL 33890 | CREDITOR ID: 314734-39<br>WILLIAM B LOMAX<br>133 LOLLIS RD<br>PELZER SC 29669 |
| CREDITOR ID: 314735-39<br>WILLIAM B MCABEE JR<br>655 BILL LOHR RD<br>LEXINGTON NC 27292 | CREDITOR ID: 314736-39<br>WILLIAM B MCADAMS & LINDA B<br>MCADAMS JT TEN<br>1911 OLIVE AVE<br>DEMOPOLIS AL 36732 | CREDITOR ID: 314737-39<br>WILLIAM B ORBERSON JR<br>1060 CHAPEL CREEK TRAIL<br>NEW  ALBANY IN 47150 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314738-39<br>WILLIAM B PEPITONE<br>PO BOX 536<br>GLEN ST MARY FL 32040 | CREDITOR ID: 314739-39<br>WILLIAM B POMEROY & ALICE M<br>POMEROY JT TEN<br>17740 BROADWAY AVE<br>FT MYERS BEACH FL 33931 | CREDITOR ID: 314740-39<br>WILLIAM B REEVES III &<br>MARIANNA K REEVES JT TEN<br>2609 SUMMERFIELD RD<br>WINTER PARK FL 32792 |
| CREDITOR ID: 314741-39<br>WILLIAM B RICH<br>2263 SULTAN CIRCLE<br>CHULUOTA FL 32766 | CREDITOR ID: 314742-39<br>WILLIAM B ROBINSON TR U-A<br>MAR 07 85<br>PO BOX 1883<br>VERO BEACH FL 32961 | CREDITOR ID: 314743-39<br>WILLIAM B SUBER JR<br>403 HIGHLAND AVE<br>QUINCY FL 32351 |
| CREDITOR ID: 314744-39<br>WILLIAM B WELLS<br>800 HAMPTON HILLS DR<br>COLUMBIA SC 29209 | CREDITOR ID: 314745-39<br>WILLIAM B WILSON<br>6 PINEHURST DR<br>TAYLORS SC 29687 | CREDITOR ID: 314746-39<br>WILLIAM B WOODY CUST<br>CAROLINE MAHLER WOODY UND<br>UNIF GIFT MIN ACT MI<br>PO BOX 1561<br>TRYON NC 28782 |
| CREDITOR ID: 314747-39<br>WILLIAM B WOODY CUST STUART<br>AUSTIN WOODY UND UNIF GIFT<br>MIN ACT MI<br>PO BOX 1561<br>TRYON NC 28782 | CREDITOR ID: 314748-39<br>WILLIAM BIRCH<br>3128 WHIRLAWAY TRAIL<br>TALLAHASSEE FL 32308 | CREDITOR ID: 314749-39<br>WILLIAM BOYCE CHEEK<br>PO BOX 1209<br>JACKSONVILLE NC 28540 |
| CREDITOR ID: 314750-39<br>WILLIAM BOYD LUMPKIN &<br>SHIRLEY T LUMPKIN JT TEN<br>16 C J SEALS RD<br>POPLARVILLE MS 39470 | CREDITOR ID: 314751-39<br>WILLIAM BRADFORD & JEAN<br>BRADFORD JT TEN<br>7500 NW 5TH PLACE<br>APT 101<br>MARGATE FL 33063 | CREDITOR ID: 314752-39<br>WILLIAM BRENT MCCRACKEN<br>2103 3 INDIAN RIDGE RD<br>JOHNSON CITY TN 37604 |
| CREDITOR ID: 314753-39<br>WILLIAM BRIAN ANGLIN<br>3372 SEPTEMBER MORN<br>NORCROSS GA 30092 | CREDITOR ID: 314754-39<br>WILLIAM BROWARD CLARK &<br>MARILYN R CLARK JT TEN<br>P O BOX 721<br>LIVE OAK FL 32064 | CREDITOR ID: 314755-39<br>WILLIAM BRUCE STARLING &<br>CATHY A STARLING JT TEN<br>117 LAUREN LN<br>PANAMA CITY FL 32404 |
| CREDITOR ID: 314756-39<br>WILLIAM BRUCE TOLERSON<br>3135 MONTEZUMA RD<br>MONTGOMERY AL 36106 | CREDITOR ID: 314757-39<br>WILLIAM BUTLER<br>2204 SEAVIEW ST<br>SEBRING FL 33870 | CREDITOR ID: 314758-39<br>WILLIAM C BRYANT<br>404 BELLEVUE DR<br>LAPLACE LA 70068 |
| CREDITOR ID: 314760-39<br>WILLIAM C BURRIS II & MARY<br>MARGARET BURRIS JT TEN<br>1282 OAK GROVE CHURCH RD<br>LINCOLNTON NC 28092 | CREDITOR ID: 314761-39<br>WILLIAM C CARMICHAEL<br>3919 KERNSTOWN CT<br>FAIRFAX VA 22033 | CREDITOR ID: 314762-39<br>WILLIAM C DANIEL JR<br>6305 GUNTER STREET<br>ANNISTON AL 36206 |
| CREDITOR ID: 314763-39<br>WILLIAM C DERRICK<br>2568 SC HWY 219<br>PROSPERITY SC 29127 | CREDITOR ID: 314764-39<br>WILLIAM C DICKENS<br>PO BOX 2774<br>CHAPEL HILL NC 27515 | CREDITOR ID: 314765-39<br>WILLIAM C DIXON IV CUST FOR<br>JOHN HENRY GRAY DIXON UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>227 REDLAND BLVD<br>ROCKVILLE MD 20850 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 314766-39
WILLIAM C DIXON IV CUSTODIAN
FOR|CATHERINE ELISABETH
DIXON UNIF TRANS MIN ACT FL
227 REDLAND BLVD
ROCKVILLE MD 20850

CREDITOR ID: 314767-39
WILLIAM C DOBBS
2120 NE 55TH CT
FORT  LAUDERDALE FL 33308

CREDITOR ID: 314768-39
WILLIAM C DODSON
310 BENJAMIN CR
FAYETTEVILLE GA 30214

CREDITOR ID: 314769-39
WILLIAM C FAIRCLOTH
1741 EDDINS RD
DOTHAN AL 36301

CREDITOR ID: 314770-39
WILLIAM C FUSSELL
5249 PARK ST
PANAMA  CITY FL 32404

CREDITOR ID: 314771-39
WILLIAM C GAY & LOIS A GAY JT
TEN
1125 ALDEN RD
ALEXANDRIA VA 22308

CREDITOR ID: 314772-39
WILLIAM C HUTCHISON III
360 RIDGEWAY AVE
LOUISVILLE KY 40207

CREDITOR ID: 314773-39
WILLIAM C HUTCHISON JR
610 MCCREADY AVE
LOUISVILLE KY 40206

CREDITOR ID: 314774-39
WILLIAM C JASON BRAWNER &
DANA W BRAWNER JT TEN
ATTN DANA JW DOTSON
1340 LUCAS RD
SMITHFIELD KY 40068

CREDITOR ID: 314775-39
WILLIAM C JOHNSON & LINDA B
JOHNSON JT TEN
1609 ENDLESS CAVERNS RD
NEW  MARKET VA 22844

CREDITOR ID: 314776-39
WILLIAM C JOYCE SR
167 HALL RD
COLLINSVILLE VA 24078

CREDITOR ID: 314777-39
WILLIAM C KAUFFMAN & PEGGY J
KAUFFMAN JT TEN
PO BOX# 1247
LADY  LAKE FL 32158

CREDITOR ID: 314778-39
WILLIAM C LARSEN
1532 PENROSE ST
MANDEVILLE LA 70448

CREDITOR ID: 314779-39
WILLIAM C MASON
2420 HARNETT CENTRAL RD
ANGIER NC 27501

CREDITOR ID: 314780-39
WILLIAM C MOSS & JANICE M
MOSS JT TEN
12500 COBURN ROAD
EADS TN 38028

CREDITOR ID: 314781-39
WILLIAM C OWEN III CUST JOHN
MERCER OWEN UND THE FL UNIF
TRAN MIN ACT
1939 IMPERIAL GOLF COURSE BLVD
NAPLES FL 34100-1062

CREDITOR ID: 314782-39
WILLIAM C PRASKIEVICZ & ECHO
L PRASKIEVICZ JT TEN
3512 5TH DR W
PALMETTO FL 34221

CREDITOR ID: 314783-39
WILLIAM C RAGANS
1418 LONGLEAF DR SW
LIVE  OAK FL 32060

CREDITOR ID: 314784-39
WILLIAM C SMITH & ANN M
SMITH JT TEN
1621 SW 98TH AVE
PEMBROKE  PINES FL 33025

CREDITOR ID: 314785-39
WILLIAM C STRICKLAND JR
1207 THATFORD CT
FAYETTEVILLE NC 28304

CREDITOR ID: 314787-39
WILLIAM C WEST
607 YORKTOWN DR
CHAPEL  HILL NC 27516

CREDITOR ID: 314788-39
WILLIAM C WHITESIDE
588 LAKE VISTA LANE
TAYLORSVILLE NC 28681

CREDITOR ID: 314789-39
WILLIAM C WILSON & REBECCA D
WILSON JT TEN
4901 SOUTH PANDORA PLACE
PLANT  CITY FL 33566

CREDITOR ID: 314791-39
WILLIAM C YOUNG
282 SAINT PATRICK AVE
PENSACOLA FL 32503

CREDITOR ID: 314792-39
WILLIAM CHAD LYLE
2213 TOWN NORTH DR
CLEBURNE TX 76033

CREDITOR ID: 314793-39
WILLIAM CHAD MORGAN
150 PINE TRL
WILLIAMSTON SC 29697

CREDITOR ID: 314794-39
WILLIAM CHARLES FORESTER
3 PLEASANT HILL RD
WHEELING WV 26003

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                              CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 314795-39 | CREDITOR ID: 314796-39 | CREDITOR ID: 314797-39 |
| WILLIAM CLYDE FREEMAN JR | WILLIAM COOK | WILLIAM CRAWFORD JR & |
| 15055 N. 172ND LANE | 120 CRESTONE AVE | BEVERLY F CRAWFORD JT TEN |
| SURPRISE AZ 85379 | SALIDA CO 81201 | 3970 THOMAS AVE |
| | | MONTGOMERY AL 36111 |
| CREDITOR ID: 314798-39 | CREDITOR ID: 314799-39 | CREDITOR ID: 314800-39 |
| WILLIAM D BENNETT & CYNTHIA | WILLIAM D BESTPITCH | WILLIAM D BRITT |
| A BENNETT JT TEN | 512 KENDRICK CT | 2120 MONROE ST |
| 9903 OGALLA AVE | RICHMOND VA 23236 | WILMINGTON NC 28401 |
| JACKSONVILLE FL 32219 | | |
| CREDITOR ID: 314801-39 | CREDITOR ID: 314802-39 | CREDITOR ID: 314803-39 |
| WILLIAM D CHISOLM & BEVERLY | WILLIAM D COLLEY | WILLIAM D CONNER |
| J CHISOLM JT TEN | 117 SEVEN DR | 6309 SHALLOWFORD WAY |
| 1601 STATE ST | CHAPIN SC 29036 | DOUGLASVILLE GA 30135 |
| CAYCE SC 29033 | | |
| CREDITOR ID: 314804-39 | CREDITOR ID: 314805-39 | CREDITOR ID: 314806-39 |
| WILLIAM D FERRY | WILLIAM D GADDY | WILLIAM D GADDY & PATRICIA C |
| 553 EAST BARBEE AVE | 5204 MELBOURNE RD | GADDY JT TEN |
| LOUISVILLE KY 40217 | RALEIGH NC 27606 | 5204 MELBOURNE RD |
| | | RALEIGH NC 27806 |
| CREDITOR ID: 314807-39 | CREDITOR ID: 314808-39 | CREDITOR ID: 314809-39 |
| WILLIAM D GRIFFIS | WILLIAM D HICKEY & BETTY P | WILLIAM D HOUNSHELL |
| 74 SUGARHILL RD | HICKEY JT TEN | 2564 WOODLAND RIDGE BLVD |
| MONROEVILLE AL 36460 | 508 LEMON DROP LN | BATON  ROUGE LA 70816 |
| | LEXINGTON KY 40511 | |
| CREDITOR ID: 314810-39 | CREDITOR ID: 314811-39 | CREDITOR ID: 314812-39 |
| WILLIAM D JENKINS | WILLIAM D LEWIS | WILLIAM D LOGAN |
| 600 GREFER AVE | 836 FLOYD ST | P O BOX 36 |
| HARVEY LA 70058 | GREEN  COVE  SPRINGS FL 32043 | HANKSVILLE UT 84734 |
| CREDITOR ID: 314813-39 | CREDITOR ID: 314814-39 | CREDITOR ID: 314815-39 |
| WILLIAM D MCCARRELL | WILLIAM D MCCLASKEY | WILLIAM D MERIWETHER JR |
| 2003 GODFREY AVE N | 101 MOUNTAIN VIEW CIR | 306 RIDGEWAY DR |
| FORT  PAYNE AL 35967 | HAMPTON TN 37658 | METAIRIE LA 70001 |
| CREDITOR ID: 314816-39 | CREDITOR ID: 314817-39 | CREDITOR ID: 314818-39 |
| WILLIAM D PENDLEY & DENISE A | WILLIAM D PENDLEY CUST | WILLIAM D RIVERS JR |
| PENDLEY JT TEN | AMANDA ROSE PENDLEY | 33 CEDARCREST CIR |
| 15 WILDWOOD RD | U/T/M/A/KY | BEAUFORT SC 29902 |
| JEFFERSONVILLE IN 47130 | 15 WILDWOOD RD | |
| | JEFFERSONVILLE IN 47130 | |
| CREDITOR ID: 314819-39 | CREDITOR ID: 314820-39 | CREDITOR ID: 314821-39 |
| WILLIAM D RUTLEDGE & | WILLIAM D SULLIVAN & ZOLA J | WILLIAM D VINSON |
| JANE L RUTLEDGE JT TEN | SULLIVAN JT TEN | P O BOX 610 |
| 2210 HWY 19 S | 11601 SW 141 ST | DAVIDSON NC 28036 |
| MERIDIAN MS 39301-8215 | MIAMI FL 33176 | |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314822-39<br>WILLIAM D WAGNER & WANDA<br>WAGNER JT TEN<br>9766 W HIGH ST<br>ORRVILLE OH 44667 | CREDITOR ID: 314823-39<br>WILLIAM DALE FITZGERALD<br>381-5 SWANSBORO LOOP RD<br>SWANSBORO NC 28584 | CREDITOR ID: 314824-39<br>WILLIAM DAVID FRANK<br>8151 VERTNER ROAD<br>YAKIMA WA 98908 |
| CREDITOR ID: 314826-39<br>WILLIAM DAVID FRANK CUST<br>ANDREW WILLIAM FRANK UNIF<br>TRANS MIN ACT WA<br>8151 VERTNER RD<br>YAKIMA WA 98908 | CREDITOR ID: 314825-39<br>WILLIAM DAVID FRANK CUST<br>ALEXANDER SHAW FRANK UNIF<br>TRANS MIN ACT WA<br>8151 VERTNER RD<br>YAKIMA WA 98908 | CREDITOR ID: 314827-39<br>WILLIAM DAVID JOHNSON<br>309 ROANE ST<br>OLIVER  SPRINGS TN 37840 |
| CREDITOR ID: 314828-39<br>WILLIAM DAVID KNIGHT<br>11214 OSWALT RD<br>CLERMONT FL 34711 | CREDITOR ID: 314829-39<br>WILLIAM DAVID MC SHEEHAN<br>700 W FRANKLIN ST<br>MONROE NC 28112 | CREDITOR ID: 314830-39<br>WILLIAM DAVID RAY THOMPSON<br>3753 KITTY HAWK RD<br>ORLANDO FL 32808 |
| CREDITOR ID: 314831-39<br>WILLIAM DEAN GOURLEY JR<br>7084 BRUCE ACADEMY C<br>MECHANICSVILLE VA 23111 | CREDITOR ID: 314832-39<br>WILLIAM DELANE PERKINS<br>4016 PINEY RD<br>MORGANTON NC 28655 | CREDITOR ID: 314833-39<br>WILLIAM DENNIS WEST<br>5090 S COBB SCH ROAD<br>MABLETON GA 30059 |
| CREDITOR ID: 314834-39<br>WILLIAM DESMOND POWELL<br>2036 HIGHWOOD RD<br>ROCK  HILL SC 29732 | CREDITOR ID: 314835-39<br>WILLIAM DEXTER RIGHTS<br>5631 RACIN DR<br>WINSTON-SALEM NC 27105 | CREDITOR ID: 314836-39<br>WILLIAM DONALDSON & LARAINE<br>B DONALDSON JT TEN<br>7630 PRAVER CT<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 314837-39<br>WILLIAM DYER<br>14241 WILLIAMS RD<br>ZACHARY LA 70791 | CREDITOR ID: 314838-39<br>WILLIAM E ADICKS JR<br>1937 PINEBROOK ST<br>ORANGEBURG SC 29118 | CREDITOR ID: 314839-39<br>WILLIAM E ARRINGTON<br>737 HOLMES ST<br>SOUTH  HILL VA 23970 |
| CREDITOR ID: 314840-39<br>WILLIAM E BENNETT & VICTORIA<br>BENNETT JT TEN<br>3210 AINSLIE WAY<br>LOUISVILLE KY 40220 | CREDITOR ID: 314841-39<br>WILLIAM E BOAZ<br>2411 ST JOHN DR<br>WILSON NC 27893 | CREDITOR ID: 314842-39<br>WILLIAM E BRIGGS & EVELYN C<br>BRIGGS TRUSTEES U-A DTD<br>09-12-94 WILLIAM E BRIGGS &<br>EVELYN C BRIGGS REVOCABLE TRUST<br>45002 CLEMMONS RD<br>CALLAHAN FL 32011 |
| CREDITOR ID: 314843-39<br>WILLIAM E CLOUD<br>617 S MAIN ST<br>BLAKELY GA 31723 | CREDITOR ID: 314844-39<br>WILLIAM E CLOUD & HARRIET<br>CLOUD JT TEN<br>617 S MAIN ST<br>BLAKELY GA 31723 | CREDITOR ID: 314845-39<br>WILLIAM E CROMER<br>251 WALTER TAYLOR RD<br>GILBERT SC 29054 |
| CREDITOR ID: 314846-39<br>WILLIAM E DEW & TERESA I DEW<br>JT TEN<br>110 VINTAGE LN<br>PALATKA FL 32177 | CREDITOR ID: 314847-39<br>WILLIAM E DOAN<br>102 LEYSWOOD DR<br>GREENVILLE SC 29615 | CREDITOR ID: 314848-39<br>WILLIAM E DOLAN CUST BRIAN C<br>DOLAN UNDER THE FL UNIF TRAN<br>MIN ACT<br>2916 PORTULACA AVE<br>JACKSONVILLE FL 32224 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314849-39<br>WILLIAM E FISHER JR<br>142 LAKESIDE CIR<br>SANFORD FL 32773 | CREDITOR ID: 314850-39<br>WILLIAM E GIBSON<br>20 MAULDIN CIRCLE<br>GREENVILLE SC 29609 | CREDITOR ID: 314851-39<br>WILLIAM E GOODMAN<br>11160 W SIMENOLE PL<br>HOMOSASSA FL 34487 |
| CREDITOR ID: 314852-39<br>WILLIAM E GREENE<br>116 MAPLEWOOD DR<br>GAFFNEY SC 29340 | CREDITOR ID: 314853-39<br>WILLIAM E GUTHRIE JR<br>4833 OAK RD<br>ROANOKE VA 24017 | CREDITOR ID: 314854-39<br>WILLIAM E HARDEN<br>1186 RED LANE RD<br>PLEASANT  GARDEN NC 27313 |
| CREDITOR ID: 314856-39<br>WILLIAM E HELMS III<br>PO BOX 450<br>WHITE  ROCK SC 29177 | CREDITOR ID: 314858-39<br>WILLIAM E JOHNSON<br>117 ED JOHNSON RD<br>HARVEST AL 35749 | CREDITOR ID: 314859-39<br>WILLIAM E JONES & FRANCES H<br>JONES JT TEN<br>10232 MAYAN DR<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 314860-39<br>WILLIAM E KNIGHT<br>727 EVELYN ST<br>ROCK  HILL SC 29730 | CREDITOR ID: 314861-39<br>WILLIAM E KNIGHT & RUTH D<br>KNIGHT JT TEN<br>727 EVELYN ST<br>ROCK  HILL SC 29730 | CREDITOR ID: 314862-39<br>WILLIAM E KRUEGER<br>RR 1 BOX 50-U<br>GEORGETOWN GA 31754 |
| CREDITOR ID: 314863-39<br>WILLIAM E MAYS<br>PO BOX 1173<br>SENECA SC 29679 | CREDITOR ID: 314864-39<br>WILLIAM E MEDINA<br>617 MERRYHILL LANE<br>LOUISVILLE KY 40207 | CREDITOR ID: 314865-39<br>WILLIAM E MILLS III<br>690 ABERDEEN LN<br>WINTER  SPRINGS FL 32708 |
| CREDITOR ID: 314866-39<br>WILLIAM E MORGAN<br>113 SUMMER DR<br>EASLEY SC 29642 | CREDITOR ID: 314867-39<br>WILLIAM E MOUCH & ROBERTA<br>WAVRA MOUCH JT TEN<br>8711 DALY RD<br>CINCINNATI OH 45231 | CREDITOR ID: 314868-39<br>WILLIAM E NEIDNER JR<br>110 NW 12TH ST<br>DELRAY  BEACH FL 33444 |
| CREDITOR ID: 314870-39<br>WILLIAM E NYE<br>40 MARSHLAND RD UNIT #29<br>HILTON  HEAD SC 29926 | CREDITOR ID: 314871-39<br>WILLIAM E OLIVER JR<br>1191 TRESS SHOP RD<br>TRENTON KY 42286 | CREDITOR ID: 314872-39<br>WILLIAM E PARKER JR<br>18 JOEL CT<br>DURHAM NC 27703 |
| CREDITOR ID: 314873-39<br>WILLIAM E PATTERSON & JOAN L<br>PATTERSON JT TEN<br>220 OLD HARTLEY RD<br>BANNER  ELK NC 28604 | CREDITOR ID: 314874-39<br>WILLIAM E PHILLIPS<br>1026 TUCKER CHURCH RD<br>COHUTTA GA 30710 | CREDITOR ID: 314875-39<br>WILLIAM E REED SR & THERESA<br>G REED JT TEN<br>4131 DOGWOOD ST<br>MACCLENNY FL 32063 |
| CREDITOR ID: 314876-39<br>WILLIAM E SPEARMAN & MARY E<br>SPEARMAN JT TEN<br>116 CINDY LANE<br>EASLEY SC 29642 | CREDITOR ID: 314877-39<br>WILLIAM E STALNAKER<br>PO BOX 576<br>HIGH  SPRINGS FL 32643 | CREDITOR ID: 314878-39<br>WILLIAM E SUGGS<br>PO BOX 31<br>WATERLOO SC 29384 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 314879-39
WILLIAM E TORODE III AND
JUDY B TORODE TRUSTEES U-A
DTD 10-20-98 THE WILLIAM E
TORODE III REVOCABLE LIVING TRUST
P O BOX 801
PALATKA FL 32178

CREDITOR ID: 314881-39
WILLIAM E WILLIS JR
BOX 97
GREENSBORO FL 32330

CREDITOR ID: 314882-39
WILLIAM E WINKLES & GREGORY
A WINKLES TEN COM
6504 LARRY DR S
JACKSONVILLE FL 32216

CREDITOR ID: 314883-39
WILLIAM EARL BOWMAN
P O BOX 203
TITUSVILLE FL 32781

CREDITOR ID: 314884-39
WILLIAM EARL WEST & SHIRLEY
L WEST JT TEN
312 NORTH SUBER ROAD
GREER SC 29651

CREDITOR ID: 314885-39
WILLIAM EDGAR HELMS III
PO BOX 450
WHITE ROCK SC 29177

CREDITOR ID: 314886-39
WILLIAM EDWARD ADAMS
279 E JESSUP AVE
LONGWOOD FL 32750

CREDITOR ID: 314887-39
WILLIAM EDWARD GIBSON
20 MAULDIN CIRCLE
GREENVILLE SC 29609

CREDITOR ID: 314888-39
WILLIAM ELLIOTT
17 COLLINWOOD AVENUE
MONTGOMERY AL 36105

CREDITOR ID: 314889-39
WILLIAM ELLIS SMITH JR &
GLORIA SMITH JT TEN
340 NORTH AVE
VILLA RICA GA 30180

CREDITOR ID: 314890-39
WILLIAM ELMER HIPSLEY &
JERRY PAUL HIPSLEY JT TEN
109 GLORIA ST
ORANGE TX 77630

CREDITOR ID: 314891-39
WILLIAM ERIC DARCANGELO
632 CORVETTE DR
LARGO FL 34641

CREDITOR ID: 314892-39
WILLIAM ERNEST POWERS
2924 FOREST BLVD
JACKSONVILLE FL 32216

CREDITOR ID: 314893-39
WILLIAM EUGENE YOUNG
609 SQUIRES RD
LEXINGTON KY 40515

CREDITOR ID: 314894-39
WILLIAM F BRANTLEY & MARIE C
BRANTLEY JT TEN
6527 ALTAMA RD
JACKSONVILLE FL 32216

CREDITOR ID: 314896-39
WILLIAM F BRUMITT CUST ELLA
A BRUMITT UNDER THE IL UNIF
TRAN MIN ACT
59 WILLIAMSBURG RD
EVANSTON IL 60203

CREDITOR ID: 314897-39
WILLIAM F CLEWE III
240 WINDING MEADOW WAY
MONUMENT CO 80132

CREDITOR ID: 314898-39
WILLIAM F CRONIER & BRENDA C
CRONIER JT TEN
PO BOX 141
EXCEL AL 36439

CREDITOR ID: 314899-39
WILLIAM F D ETLING
BOX 857
GRUVER TX 79040

CREDITOR ID: 314901-39
WILLIAM F EDMONDSON 4TH
1501 E YELLOWWOOD DR
SIMPSONVILLE SC 29681

CREDITOR ID: 314902-39
WILLIAM F GILLIAM
510 GOLDEN POND RD
MONTICELLO KY 42633

CREDITOR ID: 314903-39
WILLIAM F GREEN
HC-69 BOX 665
HUGO OK 74743

CREDITOR ID: 314904-39
WILLIAM F GREEN & VICKI L
GREEN JT TEN
HC 69 BOX 665
HUGO OK 74743

CREDITOR ID: 314905-39
WILLIAM F JABLONSKI
4616 TURNING LEAF DR
GILLSVILLE GA 30543

CREDITOR ID: 314906-39
WILLIAM F KOHSMANN
622 ORANGE DR NUMBER 234
ALTAMONTE SPG FL 32701

CREDITOR ID: 314907-39
WILLIAM F LEASURE
2221 N HIAWASSEE RD
ORLANDO FL 32818

CREDITOR ID: 314908-39
WILLIAM F MARCI & ANITA S
MARCI JT TEN
3320 OXFORD CIR S
ALLENTOWN PA 18104

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314909-39<br>WILLIAM F MASON<br>2151 MOUNTAIN VIEW TER SW<br>ROANOKE VA 24015 | CREDITOR ID: 314910-39<br>WILLIAM F MATHIS<br>2103 GALE ST<br>ORLANDO FL 32803 | CREDITOR ID: 314911-39<br>WILLIAM F MCCAUGHEY JR &<br>ROSE MCCAUGHEY JT TEN<br>44 NAUTILUS DR<br>BEVERLY BEACH FL 32136 |
| CREDITOR ID: 314912-39<br>WILLIAM F OBOYLE<br>142 JAMAR DR<br>WEATHERFORD TX 76088 | CREDITOR ID: 314913-39<br>WILLIAM F RYDER & MARY G<br>RYDER JT TEN<br>520 8TH ST<br>BROOKLYN NY 11215 | CREDITOR ID: 314914-39<br>WILLIAM F SANDERS & BARBARA J<br>SANDERS TEN COM<br>216 WILSHIRE DR<br>COPPELL TX 75019 |
| CREDITOR ID: 314915-39<br>WILLIAM F WIGGINTON<br>8605 RAINTREE DR<br>LOUISVILLE KY 40220 | CREDITOR ID: 314916-39<br>WILLIAM FAULK REGISTER &<br>MINNIE JUNE REGISTER JT TEN<br>705 SUMMER LN<br>PRATTVILLE AL 36066 | CREDITOR ID: 314917-39<br>WILLIAM FLETCHER MANGUM<br>6509 WOODEN SHOE LN<br>RALEIGH NC 27613 |
| CREDITOR ID: 314918-39<br>WILLIAM FLETCHER MASON<br>2151 MOUNTAIN VIEW TER<br>ROANOKE VA 24015 | CREDITOR ID: 314919-39<br>WILLIAM FRADEN<br>9711 SHARING CROSS DR<br>JACKSONVILLE FL 32257 | CREDITOR ID: 314920-39<br>WILLIAM FRANCIS & MARSHA<br>FRANCIS JT TEN<br>41 PINNACLE RD<br>VERNON CT 06066 |
| CREDITOR ID: 314921-39<br>WILLIAM FRANK COX III<br>PO BOX 426<br>DADE  CITY FL 33526 | CREDITOR ID: 314924-39<br>WILLIAM G BATCHELDER<br>513 E WASHINGTON ST<br>MEDINA OH 44256 | CREDITOR ID: 314925-39<br>WILLIAM G BESS<br>133 SUMMER PLACE<br>CHERRYVILLE NC 28021 |
| CREDITOR ID: 314926-39<br>WILLIAM G BOROUGHS<br>381 W MCELHANEY RD<br>TAYLORS SC 29687 | CREDITOR ID: 314927-39<br>WILLIAM G BRADY & PAULINE G<br>BRADY JT TEN<br>P O BOX 186<br>GALESVILLE MD 20765 | CREDITOR ID: 314928-39<br>WILLIAM G BRISTOL<br>2107 GREAT OAK DR<br>TALLAHASSEE FL 32303 |
| CREDITOR ID: 314929-39<br>WILLIAM G FLOYD<br>1175 PLEASANT RIDGE RD<br>DEFUNIAK FL 32435 | CREDITOR ID: 314930-39<br>WILLIAM G HARBOVE<br>565 PARK AVE<br>MERRITT  ISLAND FL 32953 | CREDITOR ID: 314931-39<br>WILLIAM G HEUSON TTEE U-A<br>DTD 8-3-95 F-B-O WILLIAM G<br>HEUSON DECLARATION OF TRUST<br>5978 MILLER DR<br>MIAMI FL 33155 |
| CREDITOR ID: 314932-39<br>WILLIAM G KILPATRICK<br>6058 COPPERFIELD DR #914<br>FT  WORTH TX 76132 | CREDITOR ID: 314933-39<br>WILLIAM G MATTHEWS &<br>WAYNETTE L MATTHEWS TEN COM<br>1107 ROBINDALE DR<br>KILLEEN TX 76542 | CREDITOR ID: 314934-39<br>WILLIAM G MITCHELL<br>4520 GRAVES DR<br>LEXINGTON KY 40515 |
| CREDITOR ID: 314935-39<br>WILLIAM G MORAN<br>745 PLANTATION CIR<br>BRUNSWICK GA 31525 | CREDITOR ID: 314936-39<br>WILLIAM G OKIEF<br>ATTN  MR JERRY OKIEF<br>P O BOX 766<br>VALENTINE NE 69201 | CREDITOR ID: 314937-39<br>WILLIAM G PITTS<br>39 VISTA GARDENS TRAIL #202<br>VERO  BEACH FL 32962-0709 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314938-39<br>WILLIAM G RATHSAM &<br>NATIVIDAD RATHSAM JT TEN<br>11438 65TH AVE<br>SEMINOLE FL 34642 | CREDITOR ID: 314939-39<br>WILLIAM G THOMAS<br>PO BOX 314<br>SATSUMA FL 32189 | CREDITOR ID: 314940-39<br>WILLIAM G TURNER JR<br>PO BOX 26<br>PINK HILL NC 28572 |
| CREDITOR ID: 314941-39<br>WILLIAM G VEASEY &<br>SUSAN E VEASEY JT TEN<br>BOX 1532<br>GIBSONTON FL 33534-1532 | CREDITOR ID: 314942-39<br>WILLIAM G WARREN<br>110 STARR PLACE #110<br>GRAPEVINE TX 76051 | CREDITOR ID: 314943-39<br>WILLIAM G WASHBURN & JUDY K<br>WASHBURN JT TEN<br>3724 MULBERRY PIKE<br>EMINENCE KY 40019 |
| CREDITOR ID: 314944-39<br>WILLIAM G WILEY<br>1508 N 40TH AVE<br>HOLLYWOOD FL 33021 | CREDITOR ID: 314946-39<br>WILLIAM G WRAY JR<br>18608 NORTH LAKESHORE DR<br>LUTZ FL 33549 | CREDITOR ID: 314947-39<br>WILLIAM GEOFFREY GNAU<br>9302 HUDSON LN<br>LOUISVILLE KY 40291 |
| CREDITOR ID: 314948-39<br>WILLIAM GLASGOW JR<br>3541 HOLLY DR<br>MILLBROOK AL 36054 | CREDITOR ID: 314949-39<br>WILLIAM GORDON YOUNG<br>5143 GREBEL LN<br>SARASOTA FL 34232 | CREDITOR ID: 314950-39<br>WILLIAM GREGORY BENDALL<br>38 IRBY DR<br>RUSSELLVILLE AL 35654 |
| CREDITOR ID: 314951-39<br>WILLIAM GREGORY HOOD<br>121 POCAHONTAS TRAIL<br>GLASGOW KY 42141 | CREDITOR ID: 314952-39<br>WILLIAM GREGORY SMITH<br>5458 COLONY TRACE CT<br>SATSUMA AL 36572 | CREDITOR ID: 314953-39<br>WILLIAM H BAKER<br>451 CANAL ST<br>NEW BREMEN OH 45869 |
| CREDITOR ID: 314954-39<br>WILLIAM H BROWN & LOUISE<br>BROWN JT TEN<br>PO BOX 950143<br>LAKE MARY FL 32795 | CREDITOR ID: 314956-39<br>WILLIAM H BUCKALEW JR<br>273 WEST I ST<br>BENICIA CA 94510 | CREDITOR ID: 314957-39<br>WILLIAM H CHAPMAN JR<br>1601 LAKE SHORE DR<br>ORLANDO FL 32803 |
| CREDITOR ID: 314958-39<br>WILLIAM H CHAPMAN JR &<br>KATHLEEN ELEANOR CHAPMAN JT TEN<br>1601 LAKE SHORE DR<br>ORLANDO FL 32803 | CREDITOR ID: 314959-39<br>WILLIAM H COWGILL & AUGUSTA<br>L COWGILL & RITA K COWGILL JT TEN<br>127 SEA OATS DR<br>PANAMA CITY BEACH FL 32413 | CREDITOR ID: 314960-39<br>WILLIAM H CURTIS & REBECCA<br>CURTIS JT TEN<br>209 ARLINGTON ST<br>FOREST CITY NC 28043 |
| CREDITOR ID: 314961-39<br>WILLIAM H DEW JR & MARY R<br>DEW JT TEN<br>4522 RIVER RD<br>HILLIARD FL 32046 | CREDITOR ID: 314962-39<br>WILLIAM H DUNSTONE<br>4211 MACEACHEN BLVD<br>SARASOTA FL 34233 | CREDITOR ID: 314963-39<br>WILLIAM H EAGERS & MARY K<br>EAGERS TEN ENT<br>PO BOX 38142<br>BALTIMORE MD 21231 |
| CREDITOR ID: 314964-39<br>WILLIAM H EPPLEY<br>434 ADAMS AVE<br>CAPE CANAVERAL FL 32920 | CREDITOR ID: 314965-39<br>WILLIAM H FLOUNDERS<br>5305 SEAFOAM DR<br>NEW PORT RICHEY FL 34652 | CREDITOR ID: 314966-39<br>WILLIAM H FULCHER & BETTY F<br>FULCHER JT TEN<br>5017 REESE RD<br>MERIDIAN MS 39301 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

CREDITOR ID: 314967-39
WILLIAM H GOODWIN III
2337 HONESUCKLE
FT WORTH TX 76111

CREDITOR ID: 314968-39
WILLIAM H H HOEDT & PHYLLIS
J HOEDT JT TEN
202 W LUTZ LAKE FERN RD
LUTZ FL 33548

CREDITOR ID: 314969-39
WILLIAM H HAGAN & PATRICIA K
HAGAN JT TEN
1912 OAK AVE
NICEVILLE FL 32578

CREDITOR ID: 314970-39
WILLIAM H HARLESS &
GERALDINE R HARLESS JT TEN
2833 COUNTY 547 N
DAVENPORT FL 33837

CREDITOR ID: 314971-39
WILLIAM H HOMAN JR
305 FAIRWAY DR
FORT MILL SC 29715

CREDITOR ID: 314972-39
WILLIAM H JOHANNINGMEIER JR
109 SHADY OAKS DR
LA GRANGE GA 30240

CREDITOR ID: 314973-39
WILLIAM H JOHNSON
22370 SEA BASS DRIVE
BOCA RATON FL 33420

CREDITOR ID: 314974-39
WILLIAM H LADSON
303 OLD PARIS MOUNTAIN ROAD
GREENVILLE SC 29609

CREDITOR ID: 314975-39
WILLIAM H LOVELETTE
123 KENTWOOD TRL
ALABASTER AL 35007

CREDITOR ID: 314976-39
WILLIAM H LYON
603 NALLY COURT
BARDSTOWN KY 40004

CREDITOR ID: 314977-39
WILLIAM H MASON JR
1244 RAUM ST NE 20
WASHINGTON DC 20002

CREDITOR ID: 314978-39
WILLIAM H MEYERS JR & JOYCE
A MEYERS JT TEN
5409 VILLAGE RUN
ROANOKE VA 24014

CREDITOR ID: 314979-39
WILLIAM H MILLENDER
RR 2 BOX 328
SAINT MATTHEWS SC 29135

CREDITOR ID: 314980-39
WILLIAM H MILLER & MERLE D
MILLER JT TEN
80 DECHENE DR
THOMASVILLE GA 31792

CREDITOR ID: 314981-39
WILLIAM H NICHOLS & MAGALENE
E NICHOLS TTEES U-A DTD
09-03-98 THE NICHOLS FAMILY
TRUST
PO BOX 490981
LEESBURG FL 34749

CREDITOR ID: 314982-39
WILLIAM H NICHOLS II
22 STORM MIST PL
THE WOODLANDS TX 77381

CREDITOR ID: 314983-39
WILLIAM H PATE & SALLY PATE
JT TEN
PO BOX 1385
SANTA ROSA BCH FL 32459

CREDITOR ID: 314984-39
WILLIAM H PATRICK
2740 ARCHWAY APT D
CHAMBLEE GA 30341

CREDITOR ID: 314985-39
WILLIAM H PAUL
11889 E BATES CIRCLE
AURORA CO 80014

CREDITOR ID: 314986-39
WILLIAM H PAYNE
22 LULLWATER RD
GREENVILLE SC 29607

CREDITOR ID: 314987-39
WILLIAM H PILLOW JR
6843 E SHEENA
SCOTTSDALE AZ 85254

CREDITOR ID: 314988-39
WILLIAM H PROCHASKA
2011 GULF SHORE BLVD N
NAPLES FL 34102

CREDITOR ID: 314989-39
WILLIAM H REED
6365 QUEENS RD
DOUGLASVILLE GA 30135

CREDITOR ID: 314991-39
WILLIAM H ROBINSON
PO BOX 5682
WINTER PARK FL 32793

CREDITOR ID: 314990-39
WILLIAM H ROBINSON
1616 JAMESON RD
EASLEY SC 29640

CREDITOR ID: 314992-39
WILLIAM H SMITH
9421 FARMSTEAD LN
LOUISVILLE KY 40291

CREDITOR ID: 314993-39
WILLIAM H STIERHEIM
5202 NUTMEG DR
PALM BEACH GARDENS FL 33418

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 314994-39<br>WILLIAM H STIERHEIN V<br>5203 PEPPERCORN ST<br>PALM  BEACH  GARDENS FL 33418 | CREDITOR ID: 314996-39<br>WILLIAM H THOMASSON<br>3719 PRENTICE AVE<br>COLUMBIA SC 29205 | CREDITOR ID: 314997-39<br>WILLIAM H THOMPSON<br>1936 MAPLEWOOD DR<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 314999-39<br>WILLIAM H VANDYKE SR & ANNE<br>Z VANDYKE JT TEN<br>3173 TINDALL FARMS RD<br>ST  AUGUSTINE FL 32084 | CREDITOR ID: 315000-39<br>WILLIAM H WANGERIN<br>1880 OLDEN GLN<br>DE  PERE WI 54115 | CREDITOR ID: 315001-39<br>WILLIAM H WARREN JR<br>12328 CANOLDER ST<br>RALEIGH NC 27614 |
| CREDITOR ID: 315002-39<br>WILLIAM H YATES<br>400 OLD CARROLLTON RD<br>RICHMOND VA 23236 | CREDITOR ID: 315003-39<br>WILLIAM HALL DUPREE<br>303 SILVERCLIFF TRAIL<br>CARY NC 27513 | CREDITOR ID: 315004-39<br>WILLIAM HAMPTON DOWLING II &<br>BONNIE C DOWLING GDN WILLIAM<br>HAMPTON DOWLING IV<br>961 PARK PL<br>MACON GA 31201 |
| CREDITOR ID: 315005-39<br>WILLIAM HAROLD EMES<br>16 MALVERN PL<br>GLEN  ROCK NJ 07452 | CREDITOR ID: 315006-39<br>WILLIAM HAROLD THOMPSON<br>1936 MAPLEWOOD PL<br>LOUISVILLE KY 40205 | CREDITOR ID: 315007-39<br>WILLIAM HAYSE HOWARD SR<br>3335 KENNY RD<br>AUGUSTA GA 30906 |
| CREDITOR ID: 315008-39<br>WILLIAM HENRY ANDREWS<br>PO BOX 1034<br>MADISON FL 32340 | CREDITOR ID: 315009-39<br>WILLIAM HENRY DEMPSEY<br>216 PATRICK ST<br>OXFORD AL 36203 | CREDITOR ID: 315010-39<br>WILLIAM HENRY HUGGINS III<br>213 WINDEMERE RD<br>WILMINGTON NC 28405 |
| CREDITOR ID: 315012-39<br>WILLIAM HENRY MOYNAN<br>221 W MAPLE RIDGE DR<br>METAIRIE LA 70001 | CREDITOR ID: 315013-39<br>WILLIAM HENRY PUCKETT<br>PO BOX 362<br>SOUTH  BOSTON VA 24592 | CREDITOR ID: 315014-39<br>WILLIAM HOWARD RIVERA SR<br>618 SR 62<br>BOWLING  GREEN FL 33834 |
| CREDITOR ID: 315015-39<br>WILLIAM I BACHMAN<br>3804 TIMBER VIEW WAY<br>REISTERSTOWN MD 21136 | CREDITOR ID: 315016-39<br>WILLIAM I FERREE<br>1441 SAN HELEN DR<br>DUNEDIN FL 34698 | CREDITOR ID: 315017-39<br>WILLIAM I STARR<br>774 DRYTOWN RD<br>HOLTWOOD PA 17532 |
| CREDITOR ID: 315018-39<br>WILLIAM I WILLIAMS<br>15131 COUNTY ROAD 124<br>SANDERSON FL 32087 | CREDITOR ID: 315019-39<br>WILLIAM J AIRD & BRENDA H<br>AIRD JT TEN<br>6444 SLEEPY RIDGE RD<br>FALLS  CHURCH VA 22042 | CREDITOR ID: 315022-39<br>WILLIAM J ANDERSON<br>4019 S SINGLETON STATION RD<br>ROCKFORD TN 37853 |
| CREDITOR ID: 315023-39<br>WILLIAM J BARKSDALE<br>8814 VALLEY VIEW DR SE<br>HUNTSVILLE AL 35802 | CREDITOR ID: 315024-39<br>WILLIAM J BEDZYK & GINA MAE<br>BEDZYK JT TEN<br>34518 MUTTS WAY<br>GOLD  BEACH OR 97444 | CREDITOR ID: 315026-39<br>WILLIAM J COLLINS<br>ROLLING GREEN RET VILLAGE<br>HOKESMITH BLVD<br>APT C 103<br>GREENVILLE SC 29605 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315027-39<br>WILLIAM J COLLINS & SARA W<br>COLLINS JT TEN<br>3 HOKE SMITH BLVD #C103<br>GREENVILLE SC 29615-5311 | CREDITOR ID: 315028-39<br>WILLIAM J CRUM<br>PO BOX 665<br>MARTIN KY 41649 | CREDITOR ID: 315030-39<br>WILLIAM J CRUTCHFIELD JR<br>3141 TIPPERARY DR<br>TALLAHASSEE FL 32308 |
| CREDITOR ID: 315031-39<br>WILLIAM J DANIELS & BRIDGET<br>B DANIELS JT TEN<br>152 MIDDLESEX AVE<br>ISELIN NJ 08830 | CREDITOR ID: 315032-39<br>WILLIAM J DELLINGER<br>1343 MISTLETOE  RIDGE PLACE<br>CONCORD NC 28027 | CREDITOR ID: 315033-39<br>WILLIAM J DOHMER & LILLIAN<br>DOHMER JT TEN<br>226 BRISTOL CIR<br>SANFORD FL 32773 |
| CREDITOR ID: 315034-39<br>WILLIAM J FARMER<br>1343 BEE STREET NORTH<br>ORANGE  PARK FL 32065 | CREDITOR ID: 315035-39<br>WILLIAM J FOGG<br>8694 BLUE SPRINGS DR<br>ATHENS AL 35611 | CREDITOR ID: 315038-39<br>WILLIAM J GONZALEZ<br>14271 SW 74 ST<br>MIAMI FL 33183 |
| CREDITOR ID: 315039-39<br>WILLIAM J HAAS III & CAROLYN<br>B HAAS JT TEN<br>945 CANDLELIGHT CT<br>MARRERO LA 70072 | CREDITOR ID: 315040-39<br>WILLIAM J HARP & BARBARA J<br>HARP JT TEN<br>3532 FITCH ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 315041-39<br>WILLIAM J HERMAN & LINDA P<br>HERMAN JT TEN<br>5950 1ST STREET SW<br>VERO  BEACH FL 32968 |
| CREDITOR ID: 315042-39<br>WILLIAM J HESTER<br>7102 FONTENDLEAU WY<br>LOUISVILLE KY 40291 | CREDITOR ID: 315043-39<br>WILLIAM J HICKS<br>219 MELANIE LN<br>ALEXANDRIA AL 36250 | CREDITOR ID: 315044-39<br>WILLIAM J HICKS JR<br>160 SPRIGGS LN<br>REEDVILLE VA 22539 |
| CREDITOR ID: 315045-39<br>WILLIAM J HILLIS & MARY E<br>HILLIS JT TEN<br>2986 ST RR 13 NE<br>NEW  LEXINGTON OH 43764 | CREDITOR ID: 315046-39<br>WILLIAM J HOOPER<br>2354 PINE CIRCLE E-1<br>GAINESVILLE GA 30504 | CREDITOR ID: 315047-39<br>WILLIAM J JAMES & CINDY F<br>JAMES JT TEN<br>3815 PELZER AVE<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 315048-39<br>WILLIAM J KUEBBELER JR<br>2714 W LEON ST<br>LAKE  CITY FL 32055 | CREDITOR ID: 315049-39<br>WILLIAM J LANGLEY JR<br>323 SW 39TH CT<br>LANETT AL 36863 | CREDITOR ID: 315050-39<br>WILLIAM J LEVY<br>202 FARWELL DR<br>MADISON WI 53704 |
| CREDITOR ID: 315051-39<br>WILLIAM J LEWIS<br>1125 W FOREST AVE<br>DELAND FL 32720 | CREDITOR ID: 315052-39<br>WILLIAM J LIGGIO<br>3201 IOWA AVE<br>KENNER LA 70065 | CREDITOR ID: 315053-39<br>WILLIAM J MALMBERG II<br>7680 HENDERSON SMITH RD<br>MILTON FL 32570 |
| CREDITOR ID: 315055-39<br>WILLIAM J MARTIN JR & EMILE<br>ROSALIE MARTIN JT TEN<br>1251 SW 134 WAY<br>UNIT 107<br>PEMBROOK  PINES FL 33027 | CREDITOR ID: 315056-39<br>WILLIAM J METZGER<br>6206 WATERS AVE # 102<br>SAVANNAH GA 31406 | CREDITOR ID: 315057-39<br>WILLIAM J MOORE & NANCY J<br>MOORE JT TEN<br>1371 BAYVIEW DR<br>CLEARWATER FL 34616 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315058-39<br>WILLIAM J NORTON<br>704 GROVE PARK BLVD<br>JACKSONVILLE FL 32216 | CREDITOR ID: 315059-39<br>WILLIAM J PAPPALARDO<br>806 WELLHOUSE DR<br>JACKSONVILLE FL 32220 | CREDITOR ID: 315060-39<br>WILLIAM J PARK<br>915 BERKELEY DR<br>CLEMSON SC 29631 |
| CREDITOR ID: 315061-39<br>WILLIAM J PATTERSON & GINA W<br>PATTERSON JT TEN<br>16 MEADOW MIST TRL<br>GREER SC 29650 | CREDITOR ID: 315062-39<br>WILLIAM J PILLARS & SHERRI L<br>PILLARS JT TEN<br>HC 69 BOX 565-1<br>HUGO OK 74743 | CREDITOR ID: 315063-39<br>WILLIAM J R LINKER SR<br>918 PACKARD AVE<br>LOUISVILLE KY 40217 |
| CREDITOR ID: 315064-39<br>WILLIAM J ROSS<br>229 SEVENTH ST<br>BAY  SAINT  LOUIS MS 39520 | CREDITOR ID: 315065-39<br>WILLIAM J RUCKER<br>4022 57TH ST N #259<br>KENNETH  CITY FL 33709 | CREDITOR ID: 315066-39<br>WILLIAM J SCHMITZ III<br>101 WEST 1ST ST. APT 301<br>CORNING NY 14830 |
| CREDITOR ID: 315067-39<br>WILLIAM J STOKES<br>3791 GARNER ROAD<br>TIMMONSVILLES SC 29161 | CREDITOR ID: 315068-39<br>WILLIAM J TURNER<br>1315 WHITLEY DR<br>DALLAS TX 75217 | CREDITOR ID: 315069-39<br>WILLIAM J WHITE & KATHERINE<br>M WHITE JT TEN<br>PO BOX 792<br>SAINT  MARYS GA 31558 |
| CREDITOR ID: 315070-39<br>WILLIAM J WIEDERHOLD &<br>SANDRA K WIEDERHOLD JT TEN<br>5445 BUCKTOWN RD<br>WILLIAMSBURG OH 45176 | CREDITOR ID: 315071-39<br>WILLIAM J WOLF III<br>1232 EDNA CT<br>PORT  ORANGE FL 32119 | CREDITOR ID: 315072-39<br>WILLIAM J ZWOSTA JR & DIANE<br>ZWOSTA JT TEN<br>P O BOX 123<br>ROSMAN NC 28772 |
| CREDITOR ID: 315075-39<br>WILLIAM JAMES LOUIS ADAMS<br>279 E JESSUP AVE<br>LONGWOOD FL 32750 | CREDITOR ID: 315076-39<br>WILLIAM JAMES NORRIS<br>2176 WESTRIVERS RD<br>CHARLESTON SC 29412 | CREDITOR ID: 315077-39<br>WILLIAM JEROME KNAUER III<br>2535 RIVERSIDE AVE<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 315078-39<br>WILLIAM JERRY GREEN & SANDRA<br>LEE GREEN JT TEN<br>6360 BEAR LAKE TER<br>APOPKA FL 32703 | CREDITOR ID: 315079-39<br>WILLIAM JOHN BROWN JR<br>20133 GARLAND ST<br>COVINGTON LA 70435 | CREDITOR ID: 315080-39<br>WILLIAM JOSEPH HITCH<br>3309 CHILDERS ST<br>RALEIGH NC 27612 |
| CREDITOR ID: 315081-39<br>WILLIAM JOSEPH LIPPUS &<br>JANIE RUTH LIPPUS JT TEN<br>226 BRICKYARD RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 315082-39<br>WILLIAM JOSEPH ROUSE<br>221 CITRUS RD<br>RIVER  RIDGE LA 70123 | CREDITOR ID: 315083-39<br>WILLIAM K BOYD & LINDA Y BOYD<br>JT TEN<br>3501 MONZA DRIVE<br>SEBRING FL 33872 |
| CREDITOR ID: 315084-39<br>WILLIAM K BROOKS SR TTEE U-A<br>DTD 08-01-96 WILLIAM K<br>BROOKS SR TRUST<br>BOX 2209<br>MELBOURNE FL 32902 | CREDITOR ID: 315085-39<br>WILLIAM K CARPENTER<br>1713 HOLLIS RD<br>ELLENBORO NC 28040 | CREDITOR ID: 315086-39<br>WILLIAM K CARTLEDGE<br>1822 PUEBLO PASS<br>EVANSVILLE IN 47715 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 315087-39
WILLIAM K CLEMENTS & JAMES B
CLEMENTS JT TEN
BOX 331
BEULAH WY 82712

CREDITOR ID: 315088-39
WILLIAM K DUKATE JR
153 ACACIA AVE
BILOXI MS 39530

CREDITOR ID: 315089-39
WILLIAM K EIDEN SR
7102 BEDUM LANE
LOUISVILLE KY 40258

CREDITOR ID: 315090-39
WILLIAM K RIDGEWAY
2316 EASTGATE DR
SNELLVILLE GA 30078

CREDITOR ID: 315091-39
WILLIAM K RINGLER & MARY E
RINGLER JT TEN
MARY E RINGLER
C/O ROBERT HENUBER
5385 RIVERVIEW DRIVE
SAINT AUGUSTINE FL 32080

CREDITOR ID: 315092-39
WILLIAM K ROPER
318 COUNTRYSIDE RD
KINGS MOUNTAIN NC 28086

CREDITOR ID: 315093-39
WILLIAM K THOMPSON & LORI A
THOMPSON JT TEN
1980 OLD STATE RD 8
VENUS FL 33960

CREDITOR ID: 315094-39
WILLIAM K WATKINS
P O BOX 147
DENALI PARK AK 99755

CREDITOR ID: 315095-39
WILLIAM KEITH ROSE
P O BOX 127
FAISON NC 28341

CREDITOR ID: 315096-39
WILLIAM KELLY RIDGEWAY
2316 EASTGATE DR
SNELLVILLE GA 30078

CREDITOR ID: 315097-39
WILLIAM KENNEBREW
408 PEYTON RD SW
ATLANTA GA 30311

CREDITOR ID: 315098-39
WILLIAM KENNETH MCFARLAND
11106 LADINO STREET
BOCA RATON FL 33428

CREDITOR ID: 315099-39
WILLIAM KEVIN WALES
1674 BELLROSE DR
BATON ROUGE LA 70815

CREDITOR ID: 315100-39
WILLIAM KIMAK
560 BAY RIDGE RD
JACKSONVILLE FL 32216

CREDITOR ID: 315101-39
WILLIAM KING
119 RUSHING WIND RD
IRMO SC 29063

CREDITOR ID: 315102-39
WILLIAM KLENK & CAROLYN
KLENK JT TEN
105 WESTFIELD DR
HARRISON OH 45030

CREDITOR ID: 315103-39
WILLIAM L ADAMS
3329 CARRIAGE LANE
LEXINGTON KY 40517

CREDITOR ID: 315104-39
WILLIAM L AVES & RUTH AVES
JT TEN
1703 HILLTOP LN
ARLINGTON TX 76013

CREDITOR ID: 315106-39
WILLIAM L BRIGHAM JR
224 CAMILLE AVE
GREENVILLE SC 29605

CREDITOR ID: 315107-39
WILLIAM L BROWN
4725 CHAPPELL DR
VALDOSTA GA 31602

CREDITOR ID: 315108-39
WILLIAM L BUSBEE
2740 BRANCHWAY RD
MILLBROOK AL 36054

CREDITOR ID: 315109-39
WILLIAM L BUTLER & BEVERLY B
BUTLER JT TEN
PO BOX 668
RUSKIN FL 33570

CREDITOR ID: 315110-39
WILLIAM L CHILDREY
1082 TURKEY RUN RD
HALIFAX VA 24558

CREDITOR ID: 315111-39
WILLIAM L FLAUSE
1038 MARCHETA LN
PEBBLE BEACH CA 93953

CREDITOR ID: 315112-39
WILLIAM L GREEN
3416 28TH ST W
BRADENTON FL 34205

CREDITOR ID: 315113-39
WILLIAM L HANOUSEK & LYNN M
HANOUSEK JT TEN
25-42 42ND ST
LONG ISLAND CITY NY 11103

CREDITOR ID: 315114-39
WILLIAM L HETHINGTON & GAIL
C HETHINGTON JT TEN
C-O KEITH A HETHINGTON
21 USHER CIRCLE
PENSACOLA FL 32506

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315115-39<br>WILLIAM L HEWARD & JILL<br>DARDIG JT TEN<br>6949 CANDACE PL<br>WORTHINGTON OH 43085 | CREDITOR ID: 315116-39<br>WILLIAM L HUNTER<br>3518 CYPRESS CLUB DR, UNIT 108<br>CHARLOTTE NC 28210 | CREDITOR ID: 315117-39<br>WILLIAM L KALLAM<br>401 HUNTINGTON RD<br>GREENVILLE SC 29615 |
| CREDITOR ID: 315118-39<br>WILLIAM L KALLAM TRUSTEE U-W<br>OF PATRICIA L KALLAM TRUST B<br>401 HUNTINGTON RD<br>GREENVILLE SC 29615 | CREDITOR ID: 315119-39<br>WILLIAM L KIMBRELL<br>55 EASTWOOD CIRCLE<br>COVINGTON GA 30209 | CREDITOR ID: 315120-39<br>WILLIAM L KRUMENAKER JR<br>760 SUGARWOOD WAY<br>VENICE FL 34292 |
| CREDITOR ID: 315122-39<br>WILLIAM L LITTLEFIELD<br>7006 TRIBBLE GAP RD<br>ALTO GA 30510 | CREDITOR ID: 315123-39<br>WILLIAM L MARCHESE & THELMA<br>A MARCHESE TTEES U A DTD<br>8-19-94 WILLIAM L MARCHESE &<br>THELMA A MARCHESE LIVING TR<br>21256 BERKSHIRE AVE<br>PUNTA  GORDA FL 33954 | CREDITOR ID: 315124-39<br>WILLIAM L MEYER & JUDITH A<br>MEYER JT TEN<br>2910 KELLOGG STREET #A5<br>SAN  DIEGO CA 92106 |
| CREDITOR ID: 315125-39<br>WILLIAM L MOSS<br>3420 SPRINGWOOD CT<br>WISC  RAPIDS WI 54494 | CREDITOR ID: 315126-39<br>WILLIAM L MOSS JR<br>433 GOLD ROCK RD<br>ROCKY  MOUNT NC 27804 | CREDITOR ID: 315127-39<br>WILLIAM L NEWHOUSE<br>5794 DEER HOLLOW TRL<br>SARASOTA FL 34232 |
| CREDITOR ID: 315128-39<br>WILLIAM L OLSON<br>4101 CORAL TREE CIR APT 318<br>POMPANO BCH FL 33064<br>COCONUT  CREEK FL 33073 | CREDITOR ID: 315131-39<br>WILLIAM L ROZAR & VICTORY A<br>ROZAR JT TEN<br>934 CRAWFORD RD<br>GROVELAND FL 34736 | CREDITOR ID: 315132-39<br>WILLIAM L SANDS & SHARON L<br>SANDS JT TEN<br>8470 THOUSAND PINES CIR<br>WEST  PALM  BEACH FL 33411 |
| CREDITOR ID: 315133-39<br>WILLIAM L SCHAFFER & SHARON<br>R SCHAFFER JT TEN<br>2337 MOORE HAVEN DR W<br>CLEARWATER FL 34623 | CREDITOR ID: 315134-39<br>WILLIAM L SHIVER<br>RT 4 BOX 40395<br>MONTICELLO FL 32344 | CREDITOR ID: 315135-39<br>WILLIAM L TATE III<br>1507 DACUSVILLE HWY<br>EASLEY SC 29640 |
| CREDITOR ID: 315136-39<br>WILLIAM L TATE III & SUSAN H<br>TATE JT TEN<br>1507 DACUSVILLE HWY<br>EASLEY SC 29640 | CREDITOR ID: 315137-39<br>WILLIAM L TRUITT & JUDITH L<br>TRUITT JT TEN<br>2085 KAREN CT<br>MERCED CA 95340 | CREDITOR ID: 315138-39<br>WILLIAM L WRAY JR<br>212 PERRY LN RD<br>BRUNSWICK GA 31525 |
| CREDITOR ID: 315139-39<br>WILLIAM LAMAR TUCKER &<br>TERESA LYNN TUCKER JT TEN<br>801 VILLAGE LAKE DR N<br>DE  LAND FL 32724 | CREDITOR ID: 315140-39<br>WILLIAM LARRY ALLEN & JUDY E<br>ALLEN JT TEN<br>11788 RALEIGH RD<br>FOUR  OAKS NC 27524 | CREDITOR ID: 315141-39<br>WILLIAM LEAKE HAMER<br>220 DYELEAF RD<br>FAIRVIEW NC 28730 |
| CREDITOR ID: 315142-39<br>WILLIAM LEAKE HAMER CUST<br>LINCOLN H HAMER UNDER THE SC<br>UNIF GIFT MIN ACT<br>220 DYE LEAF RD<br>FAIRVIEW NC 28730 | CREDITOR ID: 315143-39<br>WILLIAM LEE MENIKHEIM<br>506 WESTFIELD LN<br>GIBSONVILLE NC 27249 | CREDITOR ID: 315144-39<br>WILLIAM LEE SHANNON<br>3401 W HIGHWAY 22<br>CRESTWOOD KY 40014 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315145-39<br>WILLIAM LEON GREENWELL &<br>ANGELA M GREENWELL JT TEN<br>146 SAMUELS LOOP<br>COXS CREEK KY 40013 | CREDITOR ID: 315146-39<br>WILLIAM LEWIS KASPER<br>630 W 246TH ST<br>BRONX NY 10471 | CREDITOR ID: 315147-39<br>WILLIAM LLOYD GAITHER LIFE<br>TENANT U-W NELL LONG<br>612 GORE DR<br>ROCKINGHAM NC 28379 |
| CREDITOR ID: 315149-39<br>WILLIAM LUCAS<br>109 STAR LAKE DR<br>JACKSON GA 30233 | CREDITOR ID: 315150-39<br>WILLIAM LYNN MOENCH JR<br>WEST POINT LANE 6<br>SAINT LOUIS MO 63131 | CREDITOR ID: 315151-39<br>WILLIAM M AVERY JR CUST<br>WILLIAM HERBERT AVERY<br>G/T/M/A/FL<br>PO BOX 763<br>MURRAY KY 42071 |
| CREDITOR ID: 315152-39<br>WILLIAM M BOND JR<br>191 SW PALM DR APT 106<br>PORT ST LUCIE FL 34986 | CREDITOR ID: 315153-39<br>WILLIAM M BRADFORD II<br>1112 MILL HOUSE DR<br>ROCK HILL SC 29730 | CREDITOR ID: 315154-39<br>WILLIAM M BREEZE<br>PO BOX 3694<br>MERIDIAN MS 39303 |
| CREDITOR ID: 315155-39<br>WILLIAM M CHILDRESS<br>612 CRUSE ROAD<br>SALISBURY NC 28146 | CREDITOR ID: 315157-39<br>WILLIAM M GARNER<br>915 OLD NEWBERRY HIGHWAY<br>WHITMIRE SC 29178 | CREDITOR ID: 315158-39<br>WILLIAM M GOINS III EXECUTOR<br>ESTATE OF WILLIAM ZACHARY<br>GOINS<br>690 BYERLY RD<br>LEXINGTON NC 27295 |
| CREDITOR ID: 315159-39<br>WILLIAM M GOZA<br>5875 N W 75TH AVE<br>OCALA FL 34482-6777 | CREDITOR ID: 315160-39<br>WILLIAM M HARBISON<br>640 ENOLA RD<br>MORGANTON NC 28655 | CREDITOR ID: 315161-39<br>WILLIAM M HOLSENBECK<br>10705 SE 49TH AVE<br>STARKE FL 32091 |
| CREDITOR ID: 315162-39<br>WILLIAM M JETT JR<br>100 RIDGE SPRINGS DR<br>TAYLORS SC 29687 | CREDITOR ID: 315163-39<br>WILLIAM M KEITH & IRMA P<br>KEITH JT TEN<br>5300 ANGELES DR<br>KNOXVILLE TN 37918 | CREDITOR ID: 315164-39<br>WILLIAM M LATHEM<br>249 ALEX DR<br>EASLEY SC 29640 |
| CREDITOR ID: 315165-39<br>WILLIAM M LYNN<br>16989-1 WELLS RD<br>JACKSONVILLE FL 32234 | CREDITOR ID: 315166-39<br>WILLIAM M MATHENY<br>153 GOUCHER GREEN BETHEL RD<br>GAFFNEY SC 29340 | CREDITOR ID: 315167-39<br>WILLIAM M MAYS<br>PO BOX 7483<br>COLUMBIA SC 29202 |
| CREDITOR ID: 315168-39<br>WILLIAM M MILLER JR<br>1108 VIRGINIA AVE<br>DURHAM NC 27705 | CREDITOR ID: 315169-39<br>WILLIAM N NORRIS JR<br>127 OAK SPRINGS DR<br>GREER SC 29651 | CREDITOR ID: 315170-39<br>WILLIAM M PARKER & CHARLOTTE<br>H PARKER TEN ENT<br>710 EASTLAKE DR<br>TARPON SPRINGS FL 34689 |
| CREDITOR ID: 315171-39<br>WILLIAM M PARTELOW III<br>3770 MYRTLE HILL WAY<br>LAKELAND FL 33811 | CREDITOR ID: 315172-39<br>WILLIAM M PERRY JR<br>1171 CANDLELGHT DR<br>ROCK HILL SC 29732 | CREDITOR ID: 315173-39<br>WILLIAM M SCHMIT<br>2209 ROSALINE ST<br>DUBUQUE IA 52001 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315174-39<br>WILLIAM M SCOTT JR<br>308 SOUTHWAY ST<br>EASLEY SC 29640 | CREDITOR ID: 315175-39<br>WILLIAM M TODD<br>150 WALLNUT HALL CIR<br>WOODSTOCK GA 30189 | CREDITOR ID: 315176-39<br>WILLIAM M TYRRELL & MONIKA B<br>TYRRELL JT TEN<br>6201 HWY 41N 2097<br>PALMETTO FL 34221 |
| CREDITOR ID: 315177-39<br>WILLIAM M WEAVER<br>846 OLD FIELDS CREEK RD<br>GRASSY  CREEK NC 28631 | CREDITOR ID: 315179-39<br>WILLIAM M WELLS & DIXIE H<br>WELLS TEN COM<br>PO BOX 445<br>LAURINBURG NC 28353 | CREDITOR ID: 315178-39<br>WILLIAM M WELLS & DIXIE H<br>WELLS JT TEN<br>PO BOX 445<br>LAURINBURG NC 28353 |
| CREDITOR ID: 315180-39<br>WILLIAM M WYNNE<br>3103 MARLOWE RD N<br>WILSON NC 27893 | CREDITOR ID: 315181-39<br>WILLIAM MANLEY NORRIS JR<br>127 OAK SPRINGS DR<br>GREER SC 29651 | CREDITOR ID: 315182-39<br>WILLIAM MARK BYRON<br>15460 CEDAR BLUFF PL<br>WELLINGTON FL 33414 |
| CREDITOR ID: 315183-39<br>WILLIAM MARK NELSON<br>RR 1 BOX 88<br>CLAYTON LA 71326 | CREDITOR ID: 315184-39<br>WILLIAM MARK WELLS<br>62 HIDDEN WOODS LANE<br>NEWNAN GA 30265 | CREDITOR ID: 315185-39<br>WILLIAM MATTHEW NIPPER &<br>KATHLYN M NIPPER JT TEN<br>4904 PRINCE EDWARD RD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 315186-39<br>WILLIAM MCEWAN & BOBBIE<br>MCEWAN JT TEN<br>160 ESTER LN<br>RAMER TN 38367 | CREDITOR ID: 315187-39<br>WILLIAM MCTAGGART & DOREEN<br>MCTAGGART JT TEN<br>12235 NW 17TH PLACE<br>MIAMI FL 33167 | CREDITOR ID: 315188-39<br>WILLIAM MEYERS & DOLORES M<br>MEYERS JT TEN<br>808 CONSTANCE RD<br>VENICE FL 34293 |
| CREDITOR ID: 315189-39<br>WILLIAM MICHAEL LOWRY<br>2 SUMMERBROOK CT<br>COLUMBUS GA 31909 | CREDITOR ID: 315190-39<br>WILLIAM MICHAEL THOMPSON &<br>KATHERINE W THOMPSON JT TEN<br>644 BAKER PLACE RD<br>LANCASTER SC 29720 | CREDITOR ID: 315191-39<br>WILLIAM MONROE BAKER JR<br>248 PLEASANT VIEW LOOP<br>MORGANTON NC 28655 |
| CREDITOR ID: 315192-39<br>WILLIAM MONROE HEARN III<br>406 WELLINGTON ST<br>ATHENS AL 35613 | CREDITOR ID: 315193-39<br>WILLIAM MORRIS & JILL MORRIS<br>JT TEN<br>475 ELIZABETH DR<br>ROANOKE AL 36274 | CREDITOR ID: 315194-39<br>WILLIAM MORRIS ANDREWS<br>2314 VAN DYKE AVENUE<br>RALEIGH NC 27607 |
| CREDITOR ID: 315195-39<br>WILLIAM MOULTON & DIANE<br>MOULTON JT TEN<br>479 MERLIN WAY<br>TALLAHASSEE FL 32301 | CREDITOR ID: 315196-39<br>WILLIAM MULLINS JR & MARSHA<br>MULLINS JT TEN<br>304 RUE DE GRAVELLE LOT 40<br>NEW  IBERIA LA 70563 | CREDITOR ID: 315197-39<br>WILLIAM N CONFER<br>1203 CHANDLER RD<br>HUNTSVILLE AL 35801 |
| CREDITOR ID: 315198-39<br>WILLIAM N HOLM JR<br>147 SHAKER RD<br>LONGMEADOW MA 01106 | CREDITOR ID: 315199-39<br>WILLIAM N MEADORS & EVA A<br>MEADORS JT TEN<br>2531 OREGON HILL RD<br>RUFFIN NC 27326 | CREDITOR ID: 315200-39<br>WILLIAM N REEVES<br>PO BOX 1530<br>AMERICUS GA 31709 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, _Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315201-39<br>WILLIAM N WATSON<br>5536 STEWART ST<br>MILTON FL 32570 | CREDITOR ID: 315202-39<br>WILLIAM N WELLS JR & PHYLLIS<br>B WELLS JT TEN<br>PO BOX 712<br>REIDSVILLE NC 27320 | CREDITOR ID: 315204-39<br>WILLIAM NEDOSZYTKO JR CUST<br>MARGARET A NEDOSZYTKO UND<br>UNIF GIFT MIN ACT NY<br>739 1ST ST<br>GREENPORT NY 11944 |
| CREDITOR ID: 315203-39<br>WILLIAM NEDOSZYTKO JR CUST<br>KATHRYN NEDOSZYTKO UND UNIF<br>GIFT MIN ACT NY<br>739 1ST ST<br>GREENPORT NY 11944 | CREDITOR ID: 315205-39<br>WILLIAM NOLAND CRISWELL TTEE<br>U-A DTD 12/24/69<br>ATTN COL & MS L MYRTON<br>4775 BELDEN CIRCLE<br>PALM HARBOR FL 34685 | CREDITOR ID: 315206-39<br>WILLIAM O BELL JR<br>14511 RAILRAOD ST<br>LIVE  OAK FL 32060 |
| CREDITOR ID: 315207-39<br>WILLIAM O E HENRY<br>P O BOX 1526<br>ORLANDO FL 32802 | CREDITOR ID: 315208-39<br>WILLIAM O PUGH<br>8528 OLD TEEN PIKE RD<br>PINSON AL 35126 | CREDITOR ID: 315211-39<br>WILLIAM O SCOTT<br>20 MAUDIE ST<br>GREENVILLE SC 29605 |
| CREDITOR ID: 315212-39<br>WILLIAM O TRAYNHAM JR<br>2314 NEEDHAM DR<br>VALRICO FL 33594 | CREDITOR ID: 315213-39<br>WILLIAM OKELLEY<br>4389 CARROLLWOOD DR<br>STONE  MOUNTAIN GA 30085 | CREDITOR ID: 315214-39<br>WILLIAM OLIVER GREEN JR<br>1920 S 35TH ST<br>FORT  PIERCE FL 34947 |
| CREDITOR ID: 315215-39<br>WILLIAM ORTIZ<br>140 TAMIAMI CANAL RD<br>MIAMI FL 33144 | CREDITOR ID: 315216-39<br>WILLIAM OTIS GOSNELL<br>1093 MILFORD CHURCH RD<br>TAYLORS SC 29687 | CREDITOR ID: 315217-39<br>WILLIAM OTIS SCOTT<br>20 MAUDIE ST<br>GREENVILLE SC 29605 |
| CREDITOR ID: 315219-39<br>WILLIAM P BRANT TR U A<br>12/12/84 HUNTER PARISH BRANT<br>IREV LIVING TRUST<br>1365 CADDELL DR<br>JACKSONVILL FL 32217 | CREDITOR ID: 315218-39<br>WILLIAM P BRANT TR U A<br>12/12/84 HEATHER E BRANT<br>IREV LIVING TRUST<br>1365 CADDELL DR<br>JACKSONVILL FL 32217 | CREDITOR ID: 315220-39<br>WILLIAM P CURRIER<br>2126 E 7TH ST APT 102<br>CHARLOTTE NC 28204 |
| CREDITOR ID: 315221-39<br>WILLIAM P DUPUIS<br>11242 SW 79TH AVE<br>OCALA FL 34476 | CREDITOR ID: 315222-39<br>WILLIAM P FRICK<br>209 PLUM THICKATT RD<br>CHERAW SC 29520 | CREDITOR ID: 315223-39<br>WILLIAM P GIANOTIS & STELLA<br>GIANOTIS JT TEN<br>304 ANDOVER ST<br>LOWELL MA 01852 |
| CREDITOR ID: 315224-39<br>WILLIAM P GUTHRIE<br>P O BOX 1023<br>BROOKNEAL VA 24528 | CREDITOR ID: 315225-39<br>WILLIAM P JOHNSON<br>1773 VAL CT<br>BURLINGTON KY 41005 | CREDITOR ID: 315226-39<br>WILLIAM P LAWSON<br>1004 83RD  ST NW<br>BRADENTON FL 34209 |
| CREDITOR ID: 315227-39<br>WILLIAM P POLLY & PAMELA J<br>POLLY JT TEN<br>813 S HAMPSHIRE ST<br>SAGINAW TX 76179 | CREDITOR ID: 315228-39<br>WILLIAM P ROBERTS<br>PO BOX 97<br>TAVERNIER FL 33070 | CREDITOR ID: 315229-39<br>WILLIAM P SNEAD<br>PO BOX 1915<br>ALACHUA FL 32615 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315230-39<br>WILLIAM P SNEAD CUST WILLIAM<br>KIRBY SNEAD UNIF TRAN MIN<br>ACT FL<br>PO BOX 1915<br>ALACHUA FL 32615 | CREDITOR ID: 315231-39<br>WILLIAM P VETS & ELAINE M<br>VETS JT TEN<br>806 LIBERTY LANE<br>TURNERSVILLE NJ 08012 | CREDITOR ID: 315232-39<br>WILLIAM P WHITFIELD<br>150 BILBAO STREET<br>ROYAL  PALM  BEACH FL 33411 |
| CREDITOR ID: 315233-39<br>WILLIAM P ZILLMAN TRUSTEE<br>U-A DTD 06-25-91 PAUL<br>ZILLMAN & MARY BELLE ZILLMAN<br>TRUST<br>414 W DICKENS # 1E<br>CHICAGO IL 60614 | CREDITOR ID: 315234-39<br>WILLIAM PARKER GODBEHERE<br>400 STRADER ROAD<br>POWELL TN 37849 | CREDITOR ID: 315235-39<br>WILLIAM PATRICK POLK<br>28428 MARVIN MAGEE RD<br>FRANKLINTON LA 70438 |
| CREDITOR ID: 315236-39<br>WILLIAM PAUL BAXLEY<br>1959 NC HIGHWAY 711<br>LUMBERTON NC 28360 | CREDITOR ID: 315237-39<br>WILLIAM PAUL LOWE JR<br>700 SEMINOLA BLVD<br>CASSELBERRY FL 32707 | CREDITOR ID: 315238-39<br>WILLIAM PAUL TAYLOR<br>4 WILLOWLEAF CT<br>GREENVILLE SC 29617 |
| CREDITOR ID: 315239-39<br>WILLIAM PERALTA & RETHA A<br>PERALTA JT TEN<br>901 W 24TH ST<br>SANFORD FL 32771 | CREDITOR ID: 315240-39<br>WILLIAM PFEIL<br>6711 MASON DALE PL<br>RICHMOND VA 23234 | CREDITOR ID: 315241-39<br>WILLIAM PYLES<br>7 DALE DR<br>GREENVILLE SC 29607 |
| CREDITOR ID: 315242-39<br>WILLIAM Q BELL JR<br>14511 RAILRAOD ST<br>LIVE  OAK FL 32060 | CREDITOR ID: 315243-39<br>WILLIAM R BAIRD<br>107 GREENLEAF DR<br>WETUMPKA AL 36092 | CREDITOR ID: 315244-39<br>WILLIAM R BEHELER<br>PO BOX 867<br>DALLAS NC 28034 |
| CREDITOR ID: 315245-39<br>WILLIAM R BLANKENSHIP<br>5422 CR 49<br>CLANTON AL 35045 | CREDITOR ID: 315246-39<br>WILLIAM R BLOUNT & PATRICIA<br>D BLOUNT JT TEN<br>13314 76 TERRACE<br>LIVE  OAK FL 32060 | CREDITOR ID: 315247-39<br>WILLIAM R BRADSHAW<br>BOX 35 GREEN ST<br>RUTHERFORD  CO NC 28671 |
| CREDITOR ID: 315248-39<br>WILLIAM R C COCKE & JANET A<br>COCKE JT TEN<br>8801 15TH LANE NORTH<br>ST  PETERSBURG FL 33702 | CREDITOR ID: 315249-39<br>WILLIAM R C COCKE TRUSTEE U-A<br>DTD 11-13-98 WILLIAM R C<br>COCKE III TRUST<br>8801 15TH LANE NORTH<br>ST  PETERSBURG FL 33702 | CREDITOR ID: 315250-39<br>WILLIAM R COOK<br>1463 GLENDALE AV<br>MACON GA 31201 |
| CREDITOR ID: 315251-39<br>WILLIAM R CORBY & NINA J<br>CORBY JT TEN<br>1601 FRANCES DRIVE<br>APOPKA FL 32703 | CREDITOR ID: 315253-39<br>WILLIAM R COTE & ANN M COTE<br>JT TEN<br>11 OAKWOOD ST<br>ENFIELD CT 06082 | CREDITOR ID: 315254-39<br>WILLIAM R CRABB<br>10316 COLLAR DR<br>SAN  ANTONIO FL 33576 |
| CREDITOR ID: 315255-39<br>WILLIAM R CULLEN<br>92 PICKERING DR<br>KISSIMMEE FL 34746 | CREDITOR ID: 315257-39<br>WILLIAM R DEAN<br>172 AVALON DR<br>WALHALLA SC 29691 | CREDITOR ID: 315258-39<br>WILLIAM R ERSKINE<br>6114 ANDERSON HWY<br>BELTON SC 29627 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                        CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 315260-39<br>WILLIAM R FOURAKERS<br>RT 1 BOX 141 A<br>PINETTA FL 32350 | CREDITOR ID: 315261-39<br>WILLIAM R FREY & JOANNA R<br>FREY JT TEN<br>4502 POST HOUSE DRIVE<br>PLANT CITY FL 33565 | CREDITOR ID: 315263-39<br>WILLIAM R GRAY<br>408 OAK PARK CI<br>ORMOND BEACH FL 32174 |
| CREDITOR ID: 315264-39<br>WILLIAM R GREENWALD<br>528 LAKE DR<br>MIDDLETOWN DE 19709 | CREDITOR ID: 315265-39<br>WILLIAM R HARPER<br>905 HARPER RD<br>CRESCENT PA 15046 | CREDITOR ID: 315266-39<br>WILLIAM R HASELWOOD<br>208 SHAWNEE DR<br>HODGENVILLE KY 42748 |
| CREDITOR ID: 315267-39<br>WILLIAM R HATCHETT IV<br>6708 EPPING FOREST WAY NORTH<br>JACKSONVILLE FL 32217 | CREDITOR ID: 315268-39<br>WILLIAM R HELLMANN<br>405 W MAPLE AVE<br>MORRISVILLE PA 19067 | CREDITOR ID: 315269-39<br>WILLIAM R HOCK & JOAN M HOCK<br>TRUSTEES U-A DTD 05-14-02<br>HOCK LIVING TRUST<br>84 FAIRWAY LANE<br>COLUMBINE VALLEY CO 80123 |
| CREDITOR ID: 315270-39<br>WILLIAM R KARALFA<br>1807 BILLAGE GRN BL 110<br>JEFFERSONVILLE IN 47130 | CREDITOR ID: 315271-39<br>WILLIAM R KNICELEY JR<br>119 BONAVENTURE GLEN<br>EASLEY SC 29640 | CREDITOR ID: 315272-39<br>WILLIAM R LEIGH-MANUELL &<br>ALLISON J LEIGH-MANUELL JT TEN<br>411 HILLSIDE AVE<br>WEST SAYVILLE NY 11796 |
| CREDITOR ID: 315273-39<br>WILLIAM R LEONARD<br>633 S ANDREWS AVE SUITE 402<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 315274-39<br>WILLIAM R LEWIS JR<br>2644 QUEENS HOLLOW CT<br>MONTGOMERY AL 36117 | CREDITOR ID: 315275-39<br>WILLIAM R LICHT & DOROTHY Z<br>COCKRELL JT TEN<br>3533 REGENT COURT<br>ALLENTOWN PA 18103 |
| CREDITOR ID: 315276-39<br>WILLIAM R LIPFORD<br>4415 MAGNOLIA RD<br>MARIANNA FL 32448 | CREDITOR ID: 315278-39<br>WILLIAM R MOULTON & SHIRLEY<br>ANN MOULTON JT TEN<br>468 PELLINORE PL<br>TALLAHASSEE FL 32301 | CREDITOR ID: 315279-39<br>WILLIAM R MOULTON CUST<br>WILLIAM RICHARD MOULTON<br>UNDER THE FL UNIF TRAN MIN<br>ACT<br>468 PELLINORE PL<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 315280-39<br>WILLIAM R ODROBINAK<br>4721 CRESTWICKE DR<br>LAKELAND FL 33801 | CREDITOR ID: 315283-39<br>WILLIAM R POLLARD<br>411 OLD MILL RD<br>MAULDIN SC 29662 | CREDITOR ID: 315284-39<br>WILLIAM R RENZ<br>1428 HICKORY AVE APT A<br>HARAHAN LA 70123 |
| CREDITOR ID: 315285-39<br>WILLIAM R REYNOLDS JR &<br>RHONDA J REYNOLDS JT TEN<br>127 NORMAN DR<br>CORAOPOLIS PA 15108 | CREDITOR ID: 315286-39<br>WILLIAM R RIENZI<br>12 D HARBOUR VILLAGE<br>BRANFORD CT 06405 | CREDITOR ID: 315287-39<br>WILLIAM R ROBEYSEK<br>4015 52ND ST CT WEST<br>BRADENTON FL 34209 |
| CREDITOR ID: 315288-39<br>WILLIAM R SAUVE<br>5060 WALKABOUT PATH<br>HERNANDO FL 34442 | CREDITOR ID: 315289-39<br>WILLIAM R STEWART<br>30 BON HAVEN<br>WINCHESTER KY 40391 | CREDITOR ID: 315290-39<br>WILLIAM R TAYLOR<br>7415 SOUTHWEST 146TH COURT<br>MIAMI FL 33183 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315291-39<br>WILLIAM R VOSS & SARA L VOSS<br>JT TEN<br>8281 FAWNLAKE CT<br>CINCINNATI OH 45247 | CREDITOR ID: 315292-39<br>WILLIAM R WAGSTAFF<br>376 TURLINGTON DRIVE<br>BENSON NC 27504 | CREDITOR ID: 315293-39<br>WILLIAM R WARD JR<br>P O BOX 2595<br>LAKELAND FL 33806 |
| CREDITOR ID: 315294-39<br>WILLIAM R WEBSTER & NORMA P<br>WEBSTER JT TEN<br>305 FOSTER KNOLL DR<br>JOPPA MD 21085 | CREDITOR ID: 315295-39<br>WILLIAM R WILL<br>PO BOX 60691<br>JACKSONVILLE FL 32236 | CREDITOR ID: 315296-39<br>WILLIAM R WILL SR<br>4607 MANCHESTER RD<br>JACKSONVILLE FL 32210-4233 |
| CREDITOR ID: 315297-39<br>WILLIAM R WOLFE III<br>3897 CORVETTE LN<br>NORTH  PORT FL 34287 | CREDITOR ID: 315298-39<br>WILLIAM R WOODEN & MARY H<br>WOODEN TRUSTEES U-A DTD<br>03-18-02 WOODEN LIVING TRUST<br>2709 MCGIRTS COVE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 315299-39<br>WILLIAM RANDY GUS STEPHENS<br>1260 SHELTER ROCK RD<br>ORLANDO FL 32835 |
| CREDITOR ID: 315300-39<br>WILLIAM RAY POLLARD &<br>BEATRICE P POLLARD JT TEN<br>411 OLD MILL RD<br>MAULDIN SC 29662 | CREDITOR ID: 315301-39<br>WILLIAM RICHARD COTE & ANN<br>MARY COTE JT TEN<br>11 OAKWOOD ST<br>ENFIELD CT 06082 | CREDITOR ID: 315302-39<br>WILLIAM RICHARD MURPHREE<br>30 MURPHREE LN<br>GOSHEN AL 36035 |
| CREDITOR ID: 315303-39<br>WILLIAM RILEY ROBERTS & MARY<br>LOU ROBERTS TRUSTEES U-A DTD<br>10-07-97 WILLIAM RILEY<br>ROBERTS & MARY LOU ROBERTS TRUST<br>13355 KINGSBURY DR<br>WELLINGTON FL 33414 | CREDITOR ID: 315305-39<br>WILLIAM ROGER HANEY<br>416 GRANDIN AVE # 416B<br>SPRINGDALE OH 45246 | CREDITOR ID: 315306-39<br>WILLIAM RUIZ<br>1310 143RD ST NE<br>MIAMI FL 33161 |
| CREDITOR ID: 315307-39<br>WILLIAM RUSSELL JR<br>PO BOX 1483<br>TAYLORS SC 29687 | CREDITOR ID: 315308-39<br>WILLIAM S BAZLEY & JOAN J<br>BAZLEY JT TEN<br>BOX 868<br>GREEN  COVE  SPRINGS FL 32043 | CREDITOR ID: 315309-39<br>WILLIAM S BOZZI<br>111 LAKE MAMIE RD<br>DE  LAND FL 32724 |
| CREDITOR ID: 315310-39<br>WILLIAM S CHAVERS & MARJORIE<br>T CHAVERS JT TEN<br>6960 MOFFATT RD<br>MOBILE AL 36618 | CREDITOR ID: 315311-39<br>WILLIAM S CLAVELIN &<br>RENATE M CLAVELIN JT TEN<br>667 HIGHLAND AVE<br>PEEKSILL NY 10566 | CREDITOR ID: 315312-39<br>WILLIAM S COATES JR<br>261 SLATTON SHOALS RD<br>PELZER SC 29669 |
| CREDITOR ID: 315313-39<br>WILLIAM S DANIEL JR<br>11155 PARK PLACE<br>SMITHFIELD VA 23430 | CREDITOR ID: 315314-39<br>WILLIAM S FAIRCLOTH<br>2725 FAIRVIEW RD<br>RALEIGH NC 27608 | CREDITOR ID: 315315-39<br>WILLIAM S KERVIN<br>604 ANDY NOWLING RD<br>DEFUNIAK  SPRI FL 32433 |
| CREDITOR ID: 315316-39<br>WILLIAM S LANDERS JR<br>2024 HENRIOT RD<br>GEORGETOWN IN 47122 | CREDITOR ID: 315317-39<br>WILLIAM S MATTINGLY JR &<br>BEVERLY MATTINGLY JT TEN<br>13516 TAMIAMI TR<br>NORTH  PORT FL 34287 | CREDITOR ID: 315319-39<br>WILLIAM S PHIPPS<br>655 TIVOLI CR 108<br>DEERFIELD  BEACH FL 33441 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315320-39<br>WILLIAM S PUGH JR<br>1242 SECOTAN PLACE<br>FUQUAY  VARINA NC 27526 | CREDITOR ID: 315321-39<br>WILLIAM S ROBINSON<br>613 MEADE ST<br>BRANDON FL 33510 | CREDITOR ID: 315322-39<br>WILLIAM S SEAY & BONNIE D<br>SEAY JT TEN<br>4065 HOLLYWOOD HWY<br>CLARKESVILLE GA 30523 |
| CREDITOR ID: 315323-39<br>WILLIAM S TRAIN<br>#355<br>3655 HABERSHAM RD NE<br>ATLANTA GA 30305 | CREDITOR ID: 315324-39<br>WILLIAM S WHISONANT<br>1977 DOBY BRIDGE RD<br>FORT  MILL SC 29715 | CREDITOR ID: 315325-39<br>WILLIAM SCHIMPF<br>1141 HUS DR<br>WATERTOWN WI 53098 |
| CREDITOR ID: 315326-39<br>WILLIAM SCOTT HUGHES<br>713 FAIRMONT DRIVE<br>BRANDON FL 33511 | CREDITOR ID: 315327-39<br>WILLIAM SCOTT NUNNELLY<br>101 WILDER RIDGE<br>CHAPEL  HILL NC 27517 | CREDITOR ID: 315328-39<br>WILLIAM SCOTT OVERSTREET<br>11102 MEADOWCREST DR<br>VALRICO FL 33594 |
| CREDITOR ID: 315329-39<br>WILLIAM SHOEMAKER<br>8451 CLOVERFIELD DR<br>KANNAPOLIS NC 28081 | CREDITOR ID: 315330-39<br>WILLIAM SKITTLETHORPE JR &<br>LISA SKITTLETHORPE JT TEN<br>456 ACORN HILL RD<br>SUNBURY NC 27979 | CREDITOR ID: 315331-39<br>WILLIAM SMITH<br>9540 FAYETTEVILLE RD<br>RALEIGH NC 27603 |
| CREDITOR ID: 315332-39<br>WILLIAM STATUTI & LINDA R<br>STATUTI JT TEN<br>438 PIERCE ST<br>LANSDALE PA 19446 | CREDITOR ID: 315333-39<br>WILLIAM STEVE MOORE<br>1470 MICHAEL DR<br>DOUGLASVILLE GA 30134 | CREDITOR ID: 315334-39<br>WILLIAM STEVEN HASELWOOD<br>280 VINCENT RD<br>HODGENVILLE KY 42748 |
| CREDITOR ID: 315335-39<br>WILLIAM SUPE & KATHLEEN SUPE<br>JT TEN<br>3630 YELLOWSTONE DR<br>CONCINNATI OH 45251 | CREDITOR ID: 315336-39<br>WILLIAM T BRASMAR<br>1313 N O ST<br>LAKE  WORTH FL 33460 | CREDITOR ID: 315337-39<br>WILLIAM T BYERS<br>2 DOVER LANE<br>CLAYTON GA 30525 |
| CREDITOR ID: 315338-39<br>WILLIAM T CHESNUT IV<br>1734 NW 39TH AVE<br>GAINESVILLE FL 32605 | CREDITOR ID: 315339-39<br>WILLIAM T CUMBIE & SARAH<br>CUMBIE JT TEN<br>5986 FINCASTLE DR<br>MANASSAS VA 20112 | CREDITOR ID: 315340-39<br>WILLIAM T DAWSON<br>808 IDLEWILD BLVD<br>COLUMBIA SC 29201 |
| CREDITOR ID: 315341-39<br>WILLIAM T FORD<br>165 KNOB HILL<br>PIEDMONT AL 36272 | CREDITOR ID: 315342-39<br>WILLIAM T HARRISON<br>3476 BEACON DR<br>PORT  CHARLOTTE FL 33980 | CREDITOR ID: 315343-39<br>WILLIAM T HOPE<br>5541 N W 76 PL<br>POMPANO  BEACH FL 33073 |
| CREDITOR ID: 315344-39<br>WILLIAM T HOPE & VALERIE A<br>SPARKMAN HOPE JT TEN<br>5541 N W 76 PL<br>POMPANO  BEACH FL 33073 | CREDITOR ID: 315345-39<br>WILLIAM T HOUGH<br>4375 SE 24TH TERR<br>OCALA FL 34480 | CREDITOR ID: 315346-39<br>WILLIAM T ILLINGWORTH & ANN<br>ILLINGWORTH JT TEN<br>220<br>12100 SEMINOLE BLVD<br>LARGO FL 33778 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:  WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 315347-39<br>WILLIAM T INGLE & LOUISE M<br>INGLE JT TEN<br>114 VIA DUOMO<br>NEW SMYRNA BEACH FL 32169 | CREDITOR ID: 315348-39<br>WILLIAM T JACKSON<br>12971 PLANTERS CREEK CIR S<br>JACKSONVILLE FL 32224 | CREDITOR ID: 315349-39<br>WILLIAM T JONES & RUTH M<br>JONES JT TEN<br>5900 SHORE BLVD S APT 109<br>ST PETERSBURG FL 33707 |
| CREDITOR ID: 315350-39<br>WILLIAM T LARGACCI<br>900 ORANGE AVE<br>CRESCENT CITY FL 32112 | CREDITOR ID: 315351-39<br>WILLIAM T MESSICK<br>8582 CLONY PINE CIR W<br>JACKSONVILLE FL 32244 | CREDITOR ID: 315352-39<br>WILLIAM T ROSE JR<br>6025 SE 30TH PARKWAY<br>OKEECHOBEE FL 34974 |
| CREDITOR ID: 315353-39<br>WILLIAM T SINGLETON JR<br>7372 43RD AVE N<br>ST PETERSBURG FL 33709 | CREDITOR ID: 315354-39<br>WILLIAM T SMITH<br>RR 4 BOX 317<br>HENAGAAR AL 35978 | CREDITOR ID: 315355-39<br>WILLIAM T WALTER & SUSAN T<br>WALTER TRUSTEES U-A DTD<br>02-02-96 WILLIAM T WALTER<br>REVOCABLE TRUST<br>344 W HILLS RD<br>HUNTINGTON NY 11743 |
| CREDITOR ID: 315356-39<br>WILLIAM T WARREN<br>2721 OKLAHOMA ST<br>W MELBOURNE FL 32904 | CREDITOR ID: 315357-39<br>WILLIAM T WILLIFORD<br>609 N PINCKNEY CT<br>UNION SC 29379 | CREDITOR ID: 315358-39<br>WILLIAM T WISE<br>8401 HITCHCOCK DR<br>PENSACOLA FL 32514 |
| CREDITOR ID: 315359-39<br>WILLIAM THAYER HAY<br>22328 CANONES CIR<br>SAUGUS CA 91350 | CREDITOR ID: 315360-39<br>WILLIAM THOMAS CUMBIE<br>5986 FINCASTLE DR<br>MANASSAS VA 20112 | CREDITOR ID: 315361-39<br>WILLIAM THOMAS CUMBIE &<br>SARAH CUMBIE JT TEN<br>5986 FINCASTLE DR<br>MANASSAS VA 20112 |
| CREDITOR ID: 315362-39<br>WILLIAM THOMAS FIELDS JR<br>6001 HOLLYLEAF DR.<br>ARLINGTON TX 76017 | CREDITOR ID: 315363-39<br>WILLIAM THOMAS GEDDINGS JR<br>PO BOX 89<br>MANNING SC 29102 | CREDITOR ID: 315364-39<br>WILLIAM THOMAS RENFROW CUST<br>WILLIAM MITCHELL RENFROW<br>UNDER THE NC UNIF TRANS MIN<br>ACT<br>4200 PEPPERIDGE DR<br>CHARLOTTE NC 28226 |
| CREDITOR ID: 315365-39<br>WILLIAM THURSTON MCIVER<br>1 MOONLIGHT CT<br>DURHAM NC 27703 | CREDITOR ID: 315366-39<br>WILLIAM TUITE<br>421 E 4TH ST<br>ALEXANDRIA IN 46001 | CREDITOR ID: 315367-39<br>WILLIAM TURNER BEGGS<br>301 N ORANGE ST<br>MADISON FL 32340 |
| CREDITOR ID: 315368-39<br>WILLIAM U ALBRIGHT JR<br>5144 RIVER CHASE RIDGE<br>WINSTON SALEM NC 27104 | CREDITOR ID: 315369-39<br>WILLIAM V COBB & DELMA A<br>COBB JT TEN<br>PO BOX 877<br>MIDDLEBURG FL 32068 | CREDITOR ID: 315370-39<br>WILLIAM V HARE & MADELINE<br>HARE JT TEN<br>30059 BERLIN LANE<br>LACOMBE LA 70445 |
| CREDITOR ID: 315371-39<br>WILLIAM V JONES<br>330 TIDEWATER DR<br>JACKSONVILLE FL 32211 | CREDITOR ID: 315372-39<br>WILLIAM V LINNE<br>2325 GLAMIS RD<br>PENSACOLA FL 32503 | CREDITOR ID: 315373-39<br>WILLIAM V OKEEFE JR<br>8330 NW 18TH ST<br>PEMBROKE PINES FL 33024 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315374-39<br>WILLIAM V SIMMONS III<br>7 OLD TAVERN RD<br>NEWTOWN CT 06470 | CREDITOR ID: 315375-39<br>WILLIAM VANN WARD<br>99 LLOYD DR<br>ANNISTON AL 36201 | CREDITOR ID: 315376-39<br>WILLIAM VERNON MARTIN TRUSTEE<br>U-A DTD 09-02-97<br>F-B-O WILLIAM VERNON<br>MARTIN TRUST<br>2801 XANTHUS ST W<br>TAMPA FL 33614 |
| CREDITOR ID: 315377-39<br>WILLIAM W BIELMYER & DORIS B<br>BIELMYER JT TEN<br>PO BOX 691<br>PONTE  VEDRA  BEACH FL 32004 | CREDITOR ID: 315378-39<br>WILLIAM W BOX TRUSTEE U-A DTD<br>03-12-98 THE WILLIAM W BOX<br>REVOCABLE LIVING TRUST<br>6211 AUTLAN DR<br>JACKSONVILLE FL 32210 | CREDITOR ID: 315379-39<br>WILLIAM W CARTER<br>215 E FORK RD<br>MESQUITE TX 75182 |
| CREDITOR ID: 315381-39<br>WILLIAM W HARKINS<br>1100 ECHO TRAIL<br>WATKINSVILLE GA 30677 | CREDITOR ID: 315382-39<br>WILLIAM W HOPPER JR<br>3148 NW 108TH TERR<br>FORT  LAUDERDALE FL 33351 | CREDITOR ID: 315383-39<br>WILLIAM W KETCHIN III<br>1437 BRENNEN RD<br>COLUMBIA SC 29206 |
| CREDITOR ID: 315384-39<br>WILLIAM W MAHAFFEY<br>15 N STEWART ST<br>QUINCY FL 32351 | CREDITOR ID: 315385-39<br>WILLIAM W MILLER<br>7506 N CORTEZ AVE<br>TAMPA FL 33614 | CREDITOR ID: 315386-39<br>WILLIAM W PERRY & RHONDA L<br>PERRY JT TEN<br>1008 S MEADOW LANE<br>MUSTANG OK 73064 |
| CREDITOR ID: 315387-39<br>WILLIAM W ROBBINS JR<br>1902 PARK LODGE CT<br>HOUSTON TX 77062 | CREDITOR ID: 315388-39<br>WILLIAM W SCHELL JR<br>109 WILLOW BRANCH DR<br>SIMPSONVILLE SC 29680 | CREDITOR ID: 315389-39<br>WILLIAM W TERRY<br>117 ASHLEY DR<br>LAPLACE LA 70068 |
| CREDITOR ID: 315390-39<br>WILLIAM W WORTHMAN III &<br>MARTHA C WORTHMAN TEN COM<br>512 WILLETT PL BLVD<br>MONROE LA 71203 | CREDITOR ID: 315392-39<br>WILLIAM WELLS & KATHERINE<br>WELLS JT TEN<br>2209 HEPHZIBAH-MCBEAN<br>HEPHZIBAH GA 30815 | CREDITOR ID: 315393-39<br>WILLIAM WILLOUGHBY & RITA<br>WILLOUGHBY JT TEN<br>2109 LOCK B NORTH RD<br>CLARKSVILLE TN 37043 |
| CREDITOR ID: 315394-39<br>WILLIAM Z WATKINS JR<br>225 HENDERSON RD<br>GREENVILLE SC 29607 | CREDITOR ID: 315396-39<br>WILLIAMS & ROWE CO<br>5215 HIGHWAY AVENUE<br>JACKSONVILLE FL 32254 | CREDITOR ID: 315397-39<br>WILLIAMS & ROWE COMPANY INC<br>5215 HIGHWAY AVENUE<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 279517-39<br>WILLIAMS, A C<br>3230 CASTLE OAK AVE<br>ORLANDO FL 32808 | CREDITOR ID: 279695-39<br>WILLIAMS, ALAN D & MARTHA E JT TEN<br>105 E PARADISE DR<br>HAINES  CITY FL 33844 | CREDITOR ID: 280553-39<br>WILLIAMS, ANITA V. & GARY, JT TEN<br>700 CAROLINA AVE<br>FORT  LAUDERDALE FL 33312 |
| CREDITOR ID: 315398-39<br>WILLIE A ETHRIDGE<br>3748 GROVER HICKS RD<br>VALDOSTA GA 31606 | CREDITOR ID: 315399-39<br>WILLIE A ETHRIDGE & DOUGLAS<br>K ETHRIDGE JT TEN<br>3745 GROVER HICKS RD<br>VALDOSTA GA 31601 | CREDITOR ID: 315400-39<br>WILLIE A YOPP & DELORES H<br>YOPP JT TEN<br>809 W SUWANNEE<br>FITZGERALD GA 31750 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:   05-03817-3F1

CREDITOR ID: 315401-39
WILLIE B DAVIS
8017 SPRING FLOWER RD
COLUMBIA SC 29223

CREDITOR ID: 315402-39
WILLIE B GREENLEA
649 OLD PINE RD
BIRMINGHAM AL 35214

CREDITOR ID: 315403-39
WILLIE B LOREY
C/O MRS ALEXIS A ZIMMERMAN
PO BOX 112
CLAYTON NC 27520

CREDITOR ID: 315404-39
WILLIE B SPRINGER SR
6116 NAVARRE PLACE
CINCINNATI OH 45227

CREDITOR ID: 315405-39
WILLIE BARNEY SR & BETTY
JEAN BARNEY JT TEN
2849 SW 6TH ST
FT  LAUDERDALE FL 33312

CREDITOR ID: 315406-39
WILLIE BEATRICE GREENLEA &
ARTHUR HOUSTON GREENLEA JT TEN
649 OLD PINE RD
BIRMINGHAM AL 35214

CREDITOR ID: 315407-39
WILLIE BRIONES
213 39 ST
LUBBOCK TX 79404

CREDITOR ID: 315408-39
WILLIE C PEARSON & WILLIE L
PEARSON JT TEN
557 KINGSTON RD
NATCHEZ MS 39120

CREDITOR ID: 315409-39
WILLIE C POPLIN
PO BOX 1372
ROCKWELL NC 28138

CREDITOR ID: 315410-39
WILLIE C ROBINSON
3900 ESTEPONA AVE
MIAMI FL 33178

CREDITOR ID: 315411-39
WILLIE C RUSSELL
PO BOX 86
PRESTON GA 31824

CREDITOR ID: 315412-39
WILLIE C WOODSIDE
910 HAMPTON AVE
NEWPORT  NEWS VA 23607

CREDITOR ID: 315413-39
WILLIE CLARENCE PAULK
12845 BEAVBIEN RD
JACKSONVILLE FL 32258

CREDITOR ID: 315414-39
WILLIE D CULLERS & FOREST
CULLERS JT TEN
RR 2 BOX 55-A
GREENVILLE FL 32331

CREDITOR ID: 315415-39
WILLIE D SURRY
515 DRAYCOTT COURT
ATLANTA GA 30331

CREDITOR ID: 315416-39
WILLIE E HEARN
5293 DRESDEN RD
BURMINGHAM AL 35210

CREDITOR ID: 315417-39
WILLIE E NIXON
1216 STAFFORD ST
JACKSONVILLE FL 32209

CREDITOR ID: 315418-39
WILLIE E PEAVEY
4732 HARING CT
METAIRIE LA 70006

CREDITOR ID: 315419-39
WILLIE E SIAS
P O BOX 1777
CLINTON MD 20735

CREDITOR ID: 315420-39
WILLIE ESSIE GIDDENS
218 SE 7TH ST
FORT  MEAD FL 33841

CREDITOR ID: 315421-39
WILLIE EXFORD
5312 CATHY DRIVE
MONTGOMERY AL 36108

CREDITOR ID: 315422-39
WILLIE F BAKER
6 TANAGER CT
DAYTONA  BEACH FL 32117

CREDITOR ID: 315424-39
WILLIE F MCKINNON
620 LAMAR RD
HOPE  HULL AL 36043

CREDITOR ID: 315425-39
WILLIE FRANK ROUSE
3817 SPRUCE DR
VALDOSTA GA 31605

CREDITOR ID: 315426-39
WILLIE G WALL JR
2534 STERLING OAKS CT
ORANGE  PARK FL 32073

CREDITOR ID: 315427-39
WILLIE GUILBEAU
205 JUAREZ ST
NEW  IBERIA LA 70560

CREDITOR ID: 315428-39
WILLIE GUILBEAU JR & DEBORAH
A GUILBEAU JT TEN
205 JUANEZ
NEW  IBERIA LA 70560

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                            **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315429-39<br>WILLIE H BREWSTER & RUTH L<br>BREWSTER JT TEN<br>2927 FAIRBURN RD SW<br>ATLANTA GA 30331 | CREDITOR ID: 315430-39<br>WILLIE H CHRISTIAN JR<br>1655 TRUMBO ST<br>WINTER GARDEN FL 34787 | CREDITOR ID: 315431-39<br>WILLIE J BURTON<br>3904 BRAMBLE RD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 315432-39<br>WILLIE J GREENHOUSE<br>3700 WATONGA BLVD APT1627<br>HOUSTON TX 77092 | CREDITOR ID: 315433-39<br>WILLIE J MILLER<br>1201 S BROOKWOOD ST<br>MADISON FL 32340 | CREDITOR ID: 315434-39<br>WILLIE J ROBERTS & BERTHA L<br>ROBERTS JT TEN<br>1401 SAVAGE DR<br>FORT WORTH TX 76134 |
| CREDITOR ID: 315435-39<br>WILLIE J STEWART<br>121 PARK CIR<br>FITZGERALD GA 31750 | CREDITOR ID: 315436-39<br>WILLIE J TOLIVER<br>157 HAMM RD<br>ASHFORD AL 36312 | CREDITOR ID: 315437-39<br>WILLIE JAMES JACKSON<br>PO BOX 605<br>LUTHERSVILLE GA 30251 |
| CREDITOR ID: 315438-39<br>WILLIE JAMES KINSEY<br>1811 NW 155TH ST<br>OPA LOCKA FL 33054 | CREDITOR ID: 315439-39<br>WILLIE JAMES MCCALL<br>4438 PLUMMER DR<br>MONTGOMERY AL 36106 | CREDITOR ID: 315440-39<br>WILLIE JAMES OLIVER<br>1113 OAKBROOK DR<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 315441-39<br>WILLIE JAMES PRESTON<br>2275 LAKESIDE PL 105<br>CORONA CA 92879 | CREDITOR ID: 315442-39<br>WILLIE JOHNSON JR<br>1201 SW GOLDEN AVE<br>ARCADIA FL 33821 | CREDITOR ID: 315443-39<br>WILLIE KENDRICK & THELMA<br>KENDRICK JT TEN<br>405 NOBLES RD<br>WETUMPKA AL 36092 |
| CREDITOR ID: 315444-39<br>WILLIE L DENNISON & ANNIE R<br>DENNISON JT TEN<br>13 STERLING BROWN ST<br>APOPKA FL 32703 | CREDITOR ID: 315445-39<br>WILLIE L GRIFFIN<br>818 1ST STREET WEST<br>BIRMINGHAM AL 35204 | CREDITOR ID: 315446-39<br>WILLIE LEE KEMP & LILLY MAE<br>KEMP JT TEN<br>3950 NW 177TH ST<br>CAROL CITY FL 33055 |
| CREDITOR ID: 315447-39<br>WILLIE LEWIS WILSON<br>3014 DOBB CIR<br>MONTGOMERY AL 36116 | CREDITOR ID: 315448-39<br>WILLIE LOUISE SCOTT<br>5368 BN 13000 ROAD<br>CUSTER PARK IL 60481 | CREDITOR ID: 315449-39<br>WILLIE M PRETTY<br>138 E BARBEE ST<br>ZEBULON NC 27597 |
| CREDITOR ID: 315450-39<br>WILLIE M ROGERS & OLEN B<br>ROGERS JT TEN<br>5708 RIDGE DR<br>ARLINGTON TX 76016 | CREDITOR ID: 315451-39<br>WILLIE MAE DRISKER<br>1611 EICH RD<br>TUSKEGEE AL 36083 | CREDITOR ID: 315452-39<br>WILLIE MAE DURRENCE<br>221 DURRENCE RD<br>JESUP GA 31545 |
| CREDITOR ID: 315453-39<br>WILLIE MAE GRAHAM<br>475 LIBBY LN<br>THOMASVILLE GA 31757 | CREDITOR ID: 315454-39<br>WILLIE MAE GRIFFIN<br>200 5TH ST<br>JPV<br>WINTER HAVEN FL 33880 | CREDITOR ID: 315455-39<br>WILLIE MAE PERDUE<br>PO BOX 3072<br>MONTGOMERY AL 36109 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315456-39<br>WILLIE MAE WARREN<br>3028 MATHIS RD<br>CRYSTAL SPRINGS MS 39059 | CREDITOR ID: 315457-39<br>WILLIE MOTON<br>812 COKESBURY DR<br>COLUMBIA SC 29203 | CREDITOR ID: 315458-39<br>WILLIE NORTH & STELLA NORTH<br>JT TEN<br>371 SONSTROM RD<br>BRISTOL CT 06010 |
| CREDITOR ID: 315459-39<br>WILLIE OUIDA KITCHENS<br>1251 BELLEAIR ROAD<br>CLEARWATER FL 34616 | CREDITOR ID: 315460-39<br>WILLIE P SHEFFIELD & RUTH E<br>SHEFFIELD JT TEN<br>9320 REWIS RD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 315461-39<br>WILLIE PEARL LIVSEY<br>4420 MCCORD LIVSEY RD<br>SNELLVILLE GA 30039 |
| CREDITOR ID: 315462-39<br>WILLIE R GOODWIN<br>6496 MEADOWBROOK RD<br>BENSON NC 27504 | CREDITOR ID: 315463-39<br>WILLIE R WOOTEN<br>332 WEST GATE DR<br>WEST COLUMBIA SC 29170 | CREDITOR ID: 315464-39<br>WILLIE ROBERTS<br>13 DURRETT GRV<br>TUSCALOOSA AL 35404 |
| CREDITOR ID: 315465-39<br>WILLIE S RALEY<br>405 ASHE AVE<br>NEWTON NC 28658 | CREDITOR ID: 315466-39<br>WILLIE S TRUETT JR<br>844 STRINGER RD<br>ROCKMART GA 30153 | CREDITOR ID: 315467-39<br>WILLIE TYSON THOMPSON<br>500 FERNDALE CT<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 315468-39<br>WILLIE W MCDANIEL SR<br>527 S ADAMS ST<br>QUINCY FL 32351 | CREDITOR ID: 315469-39<br>WILLIE WALDEN<br>12376 SUTTON ISLAND DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 315470-39<br>WILLIE WHYTEHEAD<br>18940 NW 42ND AVE<br>OPA LOCKA FL 33055 |
| CREDITOR ID: 315471-39<br>WILLIE WRIGHT<br>14730 SW 105TH CT<br>MIAMI FL 33176 | CREDITOR ID: 315472-39<br>WILLIE WRIGHT & ANNIE J<br>WRIGHT JT TEN<br>14730 SW 105TH CT<br>MIAMI FL 33176 | CREDITOR ID: 315473-39<br>WILLIENE M MEDLIN<br>705 PINE ST<br>BAMBERG SC 29003 |
| CREDITOR ID: 315474-39<br>WILLIENE MANUAL MEDLIN<br>15 MALLARD CT<br>BAMBERG SC 29003 | CREDITOR ID: 315475-39<br>WILLINGTON O JOHNSON<br>1490 NW 113 TERR<br>MIAMI FL 33167 | CREDITOR ID: 315476-39<br>WILLIS A WOODALL<br>1122 GREEN HILL RD<br>SOUTH HILL VA 23970 |
| CREDITOR ID: 315477-39<br>WILLIS E LUBER<br>RR 4 BOX 201<br>OKARCHE OK 73762 | CREDITOR ID: 315478-39<br>WILLIS M BOSHEARS JR<br>420 PLYMOUTH CT<br>AUGUSTA GA 30909 | CREDITOR ID: 315479-39<br>WILLIS MILTON THOMPSON<br>710 THOMPSON RD<br>GARNER NC 27529 |
| CREDITOR ID: 280301-39<br>WILLIS, ANDREW H & LYNN M JT TEN<br>461 BROWARD AVE<br>GREENACRES FL 33463 | CREDITOR ID: 315482-39<br>WILLISTON CORPORATION<br>1348 SYCAMORE RD<br>VIRGINIA BEACH VA 23452 | CREDITOR ID: 280550-39<br>WILLOUGHBY, ANITA R & JIM K, JT TEN<br>RR 1 BOX 257 A<br>GREENVILLE FL 32331 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 315483-39<br>WILMA A HART<br>1202 BERKSHIRE ROAD<br>FAYETTEVILLE NC 28304 | CREDITOR ID: 315484-39<br>WILMA DE LAROSA<br>1320 SW 72ND AVE<br>MIAMI FL 33144 | CREDITOR ID: 315485-39<br>WILMA F HULBERT TRUSTEE U-A<br>DTD 12-03-96|WILMA F HULBERT<br>REVOCABLE LIVING TRUST<br>PO BOX 186<br>CRESCENT CITY CA 95531 |
| CREDITOR ID: 315486-39<br>WILMA G TUCKER<br>102 HONEY HORN DRIVE<br>SIMPSONVILLE SC 29681 | CREDITOR ID: 315487-39<br>WILMA I BUNCH<br>711 SOUTH 14TH ST<br>FERN BEACH FL 32034 | CREDITOR ID: 315488-39<br>WILMA J MULKEY<br>1521 WILDWOOD DR<br>ACWORTH GA 30102 |
| CREDITOR ID: 315489-39<br>WILMA J THOMAS<br>2965 JOHNSON STRIPLING RD<br>PERRY FL 32347 | CREDITOR ID: 315490-39<br>WILMA J TOMPKINS & EARL J<br>TOMPKINS JT TEN<br>6501 SHAFFER LN<br>LOUISVILLE KY 40291 | CREDITOR ID: 315491-39<br>WILMA L BRYANT<br>627 WHITE SULPHUR RD<br>GAINESVILLE GA 30501 |
| CREDITOR ID: 315492-39<br>WILMA M LEE<br>1535 COUNTY RD 267<br>ROCHELLE TX 76872 | CREDITOR ID: 315493-39<br>WILMA M LEE & CURTIS H LEE<br>JT TEN<br>1535 COUNTY RD 267<br>ROCHELLE TX 76872 | CREDITOR ID: 315494-39<br>WILMA SWORD<br>6524 BRANDEMERE RD NORTH<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 315495-39<br>WILMA T ENLOE<br>1804 KYLE COURT<br>LENOIR NC 28645 | CREDITOR ID: 315496-39<br>WILMA T LOWDER<br>213 E RHODES ST<br>LINCOLNTON NC 28092 | CREDITOR ID: 315497-39<br>WILMA TOWNSEND ENLOE<br>1804 KYLE CT<br>LENOIR NC 28645 |
| CREDITOR ID: 315498-39<br>WILMA V MCDONALD<br>810 MARUE DR<br>GREENVILLE SC 29605 | CREDITOR ID: 315499-39<br>WILMOT W RAULERSON JR<br>PO BOX 2362<br>HIGH SPRING FL 32643 | CREDITOR ID: 315500-39<br>WILSON A EVERT<br>289 ARBUTUS PARK RD<br>BLOOMSBURG PA 17815 |
| CREDITOR ID: 315501-39<br>WILSON B STRANGE JR<br>831 MASON RD<br>CHESNEE SC 29323 | CREDITOR ID: 315502-39<br>WILSON BEJAMIN GARRETT SR<br>CUST JOHN COLUMBUS GARRETT<br>UND GA UNIF TRAN MIN ACT<br>1456 HWY 166 E<br>BOWDON GA 30108 | CREDITOR ID: 315504-39<br>WILSON BENJAMIN GARRETT SR<br>CUST WILSON BEJAMIN GARRETT<br>JR UND GA UNIF TRAN MIN ACT<br>1456 HWY 166 E<br>BOWDON GA 30108 |
| CREDITOR ID: 315503-39<br>WILSON BENJAMIN GARRETT SR<br>CUST ANNA MILLS GARRETT UND<br>GA UNIF TRAN MIN ACT<br>1456 HWY 166 E<br>BOWDON GA 30108 | CREDITOR ID: 315505-39<br>WILSON C ALSTON<br>1889 WHITTLES MILL RD<br>SOUTH HILL VA 23970 | CREDITOR ID: 315506-39<br>WILSON C BEASLEY JR<br>P O BOX 125<br>LOXLEY AL 36551 |
| CREDITOR ID: 315507-39<br>WILSON CHIEKEN NG<br>2426 S RAMONA CIR<br>TAMPA FL 33612 | CREDITOR ID: 315508-39<br>WILSON S MORMAN<br>12675 SE 90TH TERRACE<br>SUMMERFIELD FL 34491 | CREDITOR ID: 315509-39<br>WILTON STEPHENS<br>703 PARKWAY BLVD<br>WILMINGTON NC 28412 |

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, _Deadlines

**Notice of Deadline Requiring Filing of Proofs of Claim**
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315510-39<br>WINDELL FL CASON<br>1438 MCLIN DR<br>PLANT  CITY FL 33565 | CREDITOR ID: 315511-39<br>WINFRED M SPIVEY<br>1225 CHARNWOOD DR<br>MONTGOMERY AL 36109 | CREDITOR ID: 315512-39<br>WINFRED M SPIVEY & SHERRY P<br>SPIVEY JT TEN<br>1225 CHARNWOOD DR<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 315513-39<br>WINIFRED B CLARK<br>412 NE 2ND AVE<br>DELRAY  BEACH FL 33444 | CREDITOR ID: 315514-39<br>WINIFRED H CLARK<br>PO BOX 985<br>ASHVILLE AL 35953 | CREDITOR ID: 315515-39<br>WINIFRED M HEHR & RONALD A<br>HEHR JT TEN<br>80 N WREXHAM CT<br>TONAWANDA NY 14150 |
| CREDITOR ID: 315516-39<br>WINIFRED STEINMETZ & GERALD<br>C STEINMETZ JT TEN<br>3863 FIELD LANE<br>CINCINNATI OH 45255 | CREDITOR ID: 315517-39<br>WINIFRED W RESNIKOFF<br>PO BOX 1874<br>PANAMA  CITY FL 32402 | CREDITOR ID: 315519-39<br>WINIFRED W RESNIKOFF CUST FOR<br>SAMANTHA JEAN RESNIKOFF UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>PO BOX 1874<br>PANAMA  CITY FL 32402 |
| CREDITOR ID: 315518-39<br>WINIFRED W RESNIKOFF CUST FOR<br>MATTHEW AARON WIGGIN UNDER<br>THE FL UNIFORM TRANSFERS TO<br>MINORS ACT<br>PO BOX 1874<br>PANAMA  CITY FL 32402 | CREDITOR ID: 315521-39<br>WINIFRED W RESNIKOFF TR U-A<br>3/1/86 ASHLEY LYNN WIGGIN<br>TRUST<br>PO BOX 1874<br>PANAMA  CITY FL 32402 | CREDITOR ID: 315522-39<br>WINIFRED W RESNIKOFF TR U-A<br>3/1/86 MECHELLE KELLY<br>RESNIKOFF TRUST<br>PO BOX 1874<br>PANAMA  CITY FL 32402 |
| CREDITOR ID: 315520-39<br>WINIFRED W RESNIKOFF TR U-A<br>03-1-86 SAMUEL ABRAHAM<br>RESNIKOFF TRUST<br>PO BOX 1874<br>PANAMA  CITY FL 32402 | CREDITOR ID: 315524-39<br>WINNIE A AYERS<br>8668 EPHESUS CHURCH RD<br>VILLA  RICA GA 30180 | CREDITOR ID: 315525-39<br>WINNIE D PATRICK<br>532 BRIDLEWOOD CIR<br>DECATUR GA 30030 |
| CREDITOR ID: 315526-39<br>WINNIE G DOANE & DARRELL R<br>DOANE JT TEN<br>12660 ALLPORT RD<br>JACKSONVILLE FL 32258 | CREDITOR ID: 315527-39<br>WINNIE J RANSBARGER & BILLY<br>M RANSBARGER JT TEN<br>1213 E IDA ST<br>TAMPA FL 33603 | CREDITOR ID: 315528-39<br>WINNIE LUE SMITH<br>177 FRANKLIN RD<br>FERRIDAY LA 71334 |
| CREDITOR ID: 315529-39<br>WINNIE M ROGERS<br>C/O WINNIE ROGERS GLEATON<br>2071 MOON DR SW<br>CONYERS GA 30207 | CREDITOR ID: 315531-39<br>WINONA K TOWNSEND<br>5041 CHERRYWOOD DR<br>NASHVILLE TN 37211 | CREDITOR ID: 315532-39<br>WINONA LOUISE KNOWLES<br>315 NE 121ST TER<br>NORTH  MIAMI FL 33161 |
| CREDITOR ID: 315533-39<br>WINONA SIWICK & JOHN SIWICK<br>JT TEN<br>1908 MARIE HILL DR<br>CONYERS GA 30094 | CREDITOR ID: 315534-39<br>WINSTON A PETERS<br>36925 4TH AVE SW<br>FEDERAL  WAY WA 98023 | CREDITOR ID: 315535-39<br>WINSTON D MCTAGGART<br>1850 NW 126 ST<br>MIAMI FL 33167 |
| CREDITOR ID: 315536-39<br>WINSTON R SPENCER<br>14 CUMMINGS RD<br>NEWPORT RI 02840 | CREDITOR ID: 279688-39<br>WINTERS, ALAN C. &<br>WEINER-WINTERS SONDRA JT TEN<br>1028 ELBERON AVE<br>ELBERON NJ 07740 | CREDITOR ID: 315537-39<br>WINTHOW R JOHNSON<br>751 CHERRY MOUNTAIN ST<br>FOREST  CITY NC 28043 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315538-39<br>WINTON C CRAWFORD<br>125 KNOWLANDALE DRIVE<br>STARR SC 29684 | CREDITOR ID: 308829-39<br>WISHER, ROBIN P<br>767 PENLAND RD<br>LAURENS SC 29360 | CREDITOR ID: 280041-39<br>WITCHER, ALLEN W & BETSY O JT TEN<br>6304 DIANE RD<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 315539-39<br>WM A STALNAKER<br>PO BOX 314<br>WINTER  GARDEN FL 34777 | CREDITOR ID: 315541-39<br>WOLFGANG PETER SCHREIBER<br>203 WICKLOW DR<br>GRANVILLE OH 43023 | CREDITOR ID: 279972-39<br>WOOD, ALISON D<br>527 SUMTER ST<br>GREENVILLE SC 29617 |
| CREDITOR ID: 283533-39<br>WOODARD, JEFFREY S  (MINOR)<br>C/O CAROLE L GLOAD CUST<br>1109 MOHAWK STREET<br>JUPITER FL 33458 | CREDITOR ID: 285666-39<br>WOODHALL, D RAE<br>778 SPRINGWOOD DR NW<br>LILBURN GA 30047 | CREDITOR ID: 287901-39<br>WOODHAM, DONALD W<br>8602 TEMPLE TERR HWY APT D24<br>TAMPA FL 33637 |
| CREDITOR ID: 315542-39<br>WOODROW L MCEVER & SHARON<br>MCEVER JT TEN<br>398 LAURA DR<br>GAINESVILLE GA 30501 | CREDITOR ID: 315543-39<br>WOODROW S BAKER<br>3140 MARTIN AVE<br>GREENACRES  CITY FL 33463 | CREDITOR ID: 315544-39<br>WOODROW S MONICA JR<br>14005 LUTHE RD<br>HOUSTON TX 77039 |
| CREDITOR ID: 315545-39<br>WOODROW W EDDINS JR CUST<br>JESSICA THORPE EDDINS UNIF<br>TRANS MIN ACT NY<br>34 SPRING LAKE ROAD<br>SOUTHINGTON CT 06489 | CREDITOR ID: 315546-39<br>WOODROW W MAY & BETT J MAY<br>JT TEN<br>7591 BRETT FOREST DR<br>JACKSONVILLE FL 32222 | CREDITOR ID: 280529-39<br>WOODS, ANITA J & CHARLES R, JT TEN<br>3911 MULBERRY PL<br>VALDOSTA GA 31602 |
| CREDITOR ID: 290214-39<br>WOODS, ANNA COURTNEY (MINOR)<br>C/O FRANCES EVANS BRYAN CUST<br>315 LLANDRILLO RD<br>BALA  CYNWYD PA 19004 | CREDITOR ID: 290215-39<br>WOODS, EVAN BRYAN<br>C/O FRANCES EVANS BRYAN CUST<br>315 LLANDRILLO RD<br>BALA  CYNWYD PA 19004 | CREDITOR ID: 290216-39<br>WOODS, JANE AMELIA (MINOR)<br>C/O FRANCES EVANS BRYAN CUST<br>315 LLANDRILLO RD<br>BALA  CYNWYD PA 19004 |
| CREDITOR ID: 315547-39<br>WOODSON R FURLOUGH<br>113 TRANTERS CREEK DRIVE<br>WASHINGTON NC 27889 | CREDITOR ID: 315548-39<br>WOODY F FARLEY<br>326 AWENDAW CIR<br>ELLENWOOD GA 30294 | CREDITOR ID: 315549-39<br>WORTH BRADLEY TURNER CUST<br>WORTH BRADLEY TURNER II UNIF<br>TRAN MIN ACT FL<br>512 NORTH POINT RD<br>SAINT  AUGUSTINE FL 32084 |
| CREDITOR ID: 315550-39<br>WORTH EVAN TOMLINSON JR<br>5875 STATESVILLE RD<br>N  WILKESBORO NC 28659 | CREDITOR ID: 308662-39<br>WRIGHT, AUBREY (MINOR)<br>C/O ROBERT T MORAN JR CUST<br>1213 14TH CIR SE<br>LARGO FL 33771 | CREDITOR ID: 308666-39<br>WRIGHT, ROBERT K (MINOR)<br>C/O ROBERT T MORAN JR CUST<br>1213 14TH CIR SE<br>LARGO FL 33771 |
| CREDITOR ID: 315551-39<br>WYATT J PADGETT<br>177 HEAVENS PATH WAY<br>ROUND  O SC 29474 | CREDITOR ID: 315552-39<br>WYLEAN MALLARD<br>3206 24TH AVE<br>TAMPA FL 33605 | CREDITOR ID: 315553-39<br>WYLIE N HEDGE<br>RT 2 BOX 340 B-1<br>VANCEBURG KY 41179 |

SERVICE LIST
Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315554-39<br>WYNDELLE CANNON & ROBERT E<br>CANNON JT TEN<br>3540 GARLAND ST<br>MULBERRY FL 33860 | CREDITOR ID: 315555-39<br>WYNELL V JENKINS<br>2917 BROADWAY AVE<br>JACKSONVILLE FL 32205 | CREDITOR ID: 315556-39<br>WYNELL V JENKINS & MARVIN C<br>JENKINS JT TEN<br>2917 BROADWAY AVE<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 315557-39<br>WYNONA BROOKS FRANCISCO<br>3010 STANHOPE AVE<br>LAKELAND FL 33803 | CREDITOR ID: 315558-39<br>XENIA M PEREZ<br>8565 NW 5TH TERRACE #2<br>MIAMI FL 33126 | CREDITOR ID: 315559-39<br>XIMENA LASS<br>9221 S W 56TH ST<br>COOPER CITY FL 33328 |
| CREDITOR ID: 315560-39<br>XYLINA TATE<br>3020 ANDOVER ST<br>JEFFERSON LA 70121 | CREDITOR ID: 315561-39<br>YADIRA A PASTRANA & XIOMARA<br>REYES JT TEN<br>14881 SW 62ST<br>MIAMI FL 33193 | CREDITOR ID: 315562-39<br>YADLINE SAINT FORT<br>4677 NW 89TH AVE<br>SUNRISE FL 33351 |
| CREDITOR ID: 297673-39<br>YANDLE, BOONE HOOD (MINOR)<br>C/O JUDITH YANDLE CUST<br>5843 TIMBER FALLS PLACE<br>HARRISBURG NC 28075 | CREDITOR ID: 315563-39<br>YARA ANTUNEZ<br>800 OAKWOOD AVE<br>KEY LARGO FL 33037 | CREDITOR ID: 281124-39<br>YARBROUGH, ARTHUR J &<br>VERTELL WILLIAMS YARBROUGH JT TEN<br>402 LINWOOD AVE<br>JACKSON VILLE FL 32206 |
| CREDITOR ID: 315564-39<br>YDELSIS PRIETO<br>391 W 38 ST<br>HIALEAH FL 33012 | CREDITOR ID: 315565-39<br>YENENEH DEREJE<br>680 NE 64TH ST A412<br>MIAMI FL 33138 | CREDITOR ID: 315566-39<br>YIM CHHENG & PRASITH LY<br>CHHENG JT TEN<br>2200 RUBY RD<br>IRVING TX 75060 |
| CREDITOR ID: 315567-39<br>YO THERA BISHOP & LA DALE<br>BISHOP JT TEN<br>412 JENNIFER DRIVE<br>PLEASANT GROVE AL 35127 | CREDITOR ID: 315568-39<br>YOKO S MYERS<br>304 ASHANTILLY AVE<br>SAINT SIMONS ISLAND GA 31522 | CREDITOR ID: 315569-39<br>YOLANDA ELIAS<br>451 E EDMONDS<br>SAN ANTONIO TX 78214 |
| CREDITOR ID: 315570-39<br>YOLANDA JACKSON<br>PSC 813<br>BOX 114<br>FPO AE 09620-9998 | CREDITOR ID: 315571-39<br>YOLANDA M CAMMON<br>2324 YORKTOWN DRIVE<br>LA PLACE LA 70068 | CREDITOR ID: 315572-39<br>YOLANDA MAY<br>RR 1  557<br>KARNACK TX 75661 |
| CREDITOR ID: 315573-39<br>YOLANDA MULROY<br>6900 MENIFEE CT APT 2<br>NEW PRT RCHY FL 34653 | CREDITOR ID: 315574-39<br>YOLANDA PALACIOS CUBEIRO<br>9038 DIXIANA VILLA CIR<br>TAMPA FL 33635 | CREDITOR ID: 315575-39<br>YOLANDA TORRES<br>1490 PROVIDENCE BLVD<br>DELTONA FL 32725 |
| CREDITOR ID: 315576-39<br>YON H LINDSAY CUST FOR MARK<br>L LINDSAY UNDER WA UNIF<br>GIFTS MIN ACT<br>3920 ARTESIA BEND<br>ROUND ROCK TX 78681 | CREDITOR ID: 315577-39<br>YON HUSTON LINDSEY<br>2037 193RD AVE SE<br>ISSAQUAH WA 98027 | CREDITOR ID: 315578-39<br>YONG C LEE<br>3728 GREENTREE PLACE<br>PANAMA CITY FL 32405 |

SERVICE LIST

**Notice of Chapter 11 Bankruptcy Case,**
**Meeting of Creditors, Deadlines**

**Notice of Deadline Requiring Filing of Proofs of Claim**
**on or Before August 1, 2005, at 5:00 P.M. Eastern Time**

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                                    CASE:   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 315579-39<br>YONG H DAVIS<br>2 SOURWOOD LANE<br>ASTAVISTA VA 24517 | CREDITOR ID: 315580-39<br>YONG HO LEWIS<br>742 BERWYN ST<br>DEARBORN  HTS MI 48127 | CREDITOR ID: 315581-39<br>YONG S LAFORTUNE<br>1211 WOODCHACE  DR<br>PEARLAND TX 77581 |
| CREDITOR ID: 315582-39<br>YORK B WRIGHT<br>636 ED CARTER RD<br>BAXLEY GA 31513 | CREDITOR ID: 315583-39<br>YOSHIKO T TOLAR<br>514 CECIL ST<br>FAYETTEVILLE NC 28301 | CREDITOR ID: 315584-39<br>YOUNG H WALKER<br>3 CORBIN DRIVE<br>NEWPORT  NEWS VA 23606 |
| CREDITOR ID: 315585-39<br>YU KWEI CHANG<br>PO BOX  21132<br>HILTON  HEAD SC 29928 | CREDITOR ID: 315586-39<br>YUFENG SUZIE CALVERT<br>208 PARKWAY DR<br>DANVILLE VA 24541 | CREDITOR ID: 315587-39<br>YULEYMA A OTERO<br>1352 LYDIA DR<br>DELTONA FL 32725 |
| CREDITOR ID: 315588-39<br>YUSEF D TINDAL<br>116 HAWKINS AVE<br>SALISBURY NC 28144 | CREDITOR ID: 315589-39<br>YVETTE A LEGER CUST JARED<br>JOSEPH LEGER UNIF TRANS MIN<br>ACT LA<br>1410 GENERAL MOUTON AVE<br>LAFAYETTE LA 70501 | CREDITOR ID: 315590-39<br>YVETTE A SETTLEMYER<br>1782 OLIVE CT<br>ORANGE  PARK FL 32073 |
| CREDITOR ID: 315591-39<br>YVETTE CHESSER FRY<br>1058 CATHCART ST<br>JACKSONVILLE FL 32211 | CREDITOR ID: 315592-39<br>YVETTE COLON<br>410 NW 67TH AVENUE<br>HOLLYWOOD FL 33024 | CREDITOR ID: 315593-39<br>YVETTE K KORNRUMPF<br>2007 RESERVE PARKWAY<br>MCDONOUGH GA 30253 |
| CREDITOR ID: 315594-39<br>YVETTE LEE MEYER & JOSEPH B<br>MEYER JT TEN<br>12971 FARMINGTON TRLS<br>SEMINOLE FL 33776 | CREDITOR ID: 315595-39<br>YVETTE M BEACH<br>2637 SE 17TH PL<br>CAPE  CORAL FL 33904 | CREDITOR ID: 315596-39<br>YVETTE M HAMM<br>143 BARKER TRAIL<br>QUINCY FL 32351 |
| CREDITOR ID: 315597-39<br>YVETTE W SALLEY<br>2985 BILOXI TRAIL<br>MIDDLEBURG FL 32068 | CREDITOR ID: 315599-39<br>YVON D GOINS<br>PO BOX 53425<br>KNOXVILLE TN 37950 | CREDITOR ID: 315600-39<br>YVONNE A TIPPIN<br>406 CLOVERDALE BLVD<br>FORT  WALTON  BEACH FL 32547 |
| CREDITOR ID: 315601-39<br>YVONNE ANNIE TREVINO<br>103 N OKLAHOMA ST<br>FORT  STOCKTON TX 79735 | CREDITOR ID: 315603-39<br>YVONNE B CROSS CUST FOR<br>POWELL J CROSS<br>U/N/C/U/G/T/M/A<br>1201 SWANN ST<br>ELIZABETHTOWN NC 28337 | CREDITOR ID: 315602-39<br>YVONNE B CROSS CUST FOR<br>BENJAMIN CROSS<br>U/N/C/U/G/T/M/A<br>1201 SWAN ST<br>ELIZABETHTOWN NC 28337 |
| CREDITOR ID: 315604-39<br>YVONNE BEATRICE BRACK<br>391 NW SHERBROOKE AVE<br>PORT  SAINT  LUCIE FL 34983 | CREDITOR ID: 315605-39<br>YVONNE BOYD SMART<br>58 ST DUNSTANS ROAD<br>ASHEVILLE NC 28803 | CREDITOR ID: 315606-39<br>YVONNE C ARCEMENT<br>381 RUE DAUPHINE<br>EUNICE LA 70535 |

SERVICE LIST

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                          **CASE: 05-03817-3F1**

CREDITOR ID: 315607-39
YVONNE CAUDELL
2720 HELEN HWY
CLEVELAND GA 30528

CREDITOR ID: 315608-39
YVONNE CHRISTOPHER CUST
DENNIS CHRISTOPHER UNIF
TRANSFER TO MIN ACT FL
92 SPRINGWOOD SQ
PORT ORANGE FL 32118

CREDITOR ID: 315609-39
YVONNE CLARICE MCCORMACK
3218 PARKWALK CT 76
PLANT CITY FL 33565

CREDITOR ID: 315610-39
YVONNE D WRIGHT
311 SOUTH MEADE ST
FITZGERALD GA 31750

CREDITOR ID: 315611-39
YVONNE E HIGHFILL
914 NORTH ST
FT MYERS BEACH FL 33931

CREDITOR ID: 315612-39
YVONNE FAULKNER & KERRY S
FAULKNER JT TEN
1051 CARRIAGE HILL RD
WATKINSVILLE GA 30677

CREDITOR ID: 315613-39
YVONNE HERNANDEZ
15242 SW 157TH TER
MIAMI FL 33187

CREDITOR ID: 315614-39
YVONNE HOLMES
3163 W 12TH ST
JACKSONVILLE FL 32254

CREDITOR ID: 315615-39
YVONNE HOLMES DAVIS
3163 WEST 12TH STREET
JACKSONVILLE FL 32254

CREDITOR ID: 315616-39
YVONNE JAROS &
DONALD JAROS JT TEN
2770 NW 83 TERR
SUNRISE FL 33322

CREDITOR ID: 315617-39
YVONNE KRUMINS CALCAGNO
801 VILLAGE ST
LEAVENWORTH KS 66048

CREDITOR ID: 315618-39
YVONNE L MILLER
77 PISGAH MT RD
FRANKLIN NC 28734

CREDITOR ID: 315619-39
YVONNE M ST JOHN
4948 FERRELL LN
JACKSONVILLE FL 32257

CREDITOR ID: 315620-39
YVONNE M STJOHN & ROY L
STJOHN SR JT TEN
4948 FERRELL LN
JACKSONVILLE FL 32257

CREDITOR ID: 315621-39
YVONNE MARY JOLIVETTE
826 FRENCH ST
NEW IBERIA LA 70560

CREDITOR ID: 315622-39
YVONNE MICHELLE MCKINNEY
2315 THISTLEDAWN DR
LOUISVILLE KY 40216

CREDITOR ID: 315623-39
YVONNE WILLIAMS
3506 ROYAL CARRIAGE DR
MONTGOMERY AL 36116

CREDITOR ID: 315624-39
ZABRINA L TURLINGTON
9804 NELSON FORK DRIVE
JACKSONVILLE FL 32222

CREDITOR ID: 315625-39
ZACHARY P ANDRY
2540 WRIGHTSON DR
JACKSONVILLE FL 32223

CREDITOR ID: 315626-39
ZACHARY S STANCELL
139 LOST VALLEY RD
PICKENS SC 29671

CREDITOR ID: 315627-39
ZACKARY BOYD RAY
BOX 873
QUINCY FL 32353

CREDITOR ID: 315628-39
ZANETTA A DAWSON
6865 PLUM LAKE LN E
JACKSONVILLE FL 32222

CREDITOR ID: 315630-39
ZELDA D MENTION
STILLMAN COLLEGE
P O BOX 1430
TUSCALOOSA AL 35403

CREDITOR ID: 315631-39
ZELL L MURPHY
8611 CAMDEN ST
ALEXANDRIA VA 22308

CREDITOR ID: 315632-39
ZELLIE D WILLIAMS
P O BOX 212
PAW CREEK NC 28130

CREDITOR ID: 315633-39
ZELPHIA REED WALKER
5346 CYPRESS DR
WINTER PARK FL 32792

CREDITOR ID: 315634-39
ZENA J MATTE JR
810 EAST E ST
RAYNE LA 70578

Notice of Chapter 11 Bankruptcy Case,
Meeting of Creditors, Deadlines

Notice of Deadline Requiring Filing of Proofs of Claim
on or Before August 1, 2005, at 5:00 P.M. Eastern Time

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315635-39<br>ZERETH HESLOP<br>980 NW 201ST ST<br>MIAMI FL 33169 | CREDITOR ID: 315636-39<br>ZETHA SMITH<br>615 KELLAM CIR FAY<br>FAYETTEVILLE NC 28311 | CREDITOR ID: 315637-39<br>ZINA M VOLLRATH<br>129 NORRIS DR<br>JESUP GA 31545 |
| CREDITOR ID: 315638-39<br>ZINA PITTS<br>4325 NW 120TH LN<br>SUNRISE FL 33323 | CREDITOR ID: 315639-39<br>ZITA M GIRDLEY<br>2801 COLONEL DR<br>LOUISVILLE KY 40242 | CREDITOR ID: 315640-39<br>ZITA S HARTMANN & PAUL E<br>HARTMANN JT TEN<br>3312 COUNTY ROAD 252<br>WELLBORN FL 32094 |
| CREDITOR ID: 315642-39<br>ZOE ANN JONES TRUSTEE U-W<br>OF ROBERT R BLACK FBO MELISSA<br>BLACK<br>493 SHEPARD DR<br>NORTH  AUGUSTA SC 29841 | CREDITOR ID: 315641-39<br>ZOE ANN JONES TRUSTEE U-W<br>OF ROBERT BLACK FBO JEFFREY<br>BLACK<br>493 SHEPARD DR<br>NORTH  AUGUSTA SC 29841 | CREDITOR ID: 315643-39<br>ZOILA M FERNANDEZ<br>16478 SW 103RD LN<br>MIAMI FL 33196 |
| CREDITOR ID: 315644-39<br>ZOILA M FERNANDEZ & MIGUEL A<br>FERNANDEZ JT TEN<br>16478 SW 103RD LN<br>MIAMI FL 33196 | CREDITOR ID: 315645-39<br>ZOLLY ZIGLAR<br>943 SUMNER RD<br>WAUCHULA FL 33873 | CREDITOR ID: 315646-39<br>ZOLTON IMRE<br>8 SIXTH ST<br>PLAINFIELD CT 06374 |
| CREDITOR ID: 315647-39<br>ZONA M RAINS<br>6516 EAST SHADY HILL DRIVE E<br>FORT  WORTH TX 76119 | CREDITOR ID: 315648-39<br>ZORA SMITH<br>5700 E MANSLICK RD<br>LOUISVILLE KY 40219 | CREDITOR ID: 315649-39<br>ZORAIDA ORTEGA<br>4658 SW 154 CT<br>MIAMI FL 33185 |
| CREDITOR ID: 315650-39<br>ZORAIDA ORTEGA & CASIMIRO<br>ORTEGA JT TEN<br>4658 SW 154TH COURT<br>MIAMI FL 33185 | CREDITOR ID: 315651-39<br>ZORAIDA T CASTRO<br>401 SW 5 ST APT 2<br>MIAMI FL 33130 | CREDITOR ID: 315652-39<br>ZORICA RICHARDSON & JAMES R<br>RICHARDSON JT TEN<br>1184 CLEAR CREEK RD<br>COLLIERVILLE TN 38017 |
| CREDITOR ID: 315653-39<br>ZSA ZSA JONES<br>405 LATTER DR<br>SYRACUSE NY 13205 | CREDITOR ID: 315654-39<br>ZULA L ANDERSON<br>PO BOX 327<br>WASHINGTON MS 39190 | CREDITOR ID: 315655-39<br>ZUZANA DASOVA & SIBA K DAS JT<br>TEN<br>10 WATERSIDE PLAZA APT 37D<br>NEW  YORK NY 10010 |

**Total:   34,986**