UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 03:05-bk-03817-JAF

         Debtors.                                    Chapter 11
_____/                    Jointly Administered

## AMENDED CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the Motion by Richard Ehster and Other Non-Qualified Plan Participants for Order Directing Appointment of Additional Committee of Creditors (Doc. No. 993) was sent by U.S. Mail or electronic transmission on May 4, 2005, to those parties listed on the attached Master Service List who receive electronic notice from the Bankruptcy Court and on May 10, 2005, to those parties who do not receive electronic notice from the Bankruptcy Court.

    /s/ David R. McFarlin
David R. McFarlin
Florida Bar no.: 328855
Kenneth D. Herron, Jr.
Florida Bar No.: 699403
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681

Attorneys for selected Plan Participants

G:\3548\amnd cos.wpd