UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING OBJECTION TO DEBTORS' REPORT REGARDING CLAIMS AND MEMORANDUM OF LAW IN SUPPORT OF OBJECTION

The Court finds that the Objection to Debtors' Report Regarding Claims Under the Perishable Agricultural Commodities Act and Memorandum of Law in Support of Same Objection filed by Mark G. Duncan on behalf of Old Dixie Produce & Packaging, Inc., on May 16, 2005 were filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Objection to Debtors' Report Regarding Claims Under the Perishable Agricultural Commodities Act and Memorandum of Law in Support of Same Objection filed by Mark G. Duncan on behalf of Old Dixie Produce & Packaging, on May 16, 2005 are stricken from the record.

DATED May 17, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Mark G. Duncan, 3421 N. Causeway Blvd., Suite 601, Metairie, LA 70002
Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY 10036, Attn: Sally McDonald Henry