UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

### ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The Court finds that the Notice of Appearance and Request for Service filed by Joel L. Tabas on behalf of Spring Hill Associates, Ltd. on May 13, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Request for Service filed by Joel L. Tabas on behalf of Spring Hill Associates, Ltd. on May 13, 2005 is stricken from the record.

**DATED May 17, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
John B. Macdonald, 50 North Laura St., Suite 2500, Jacksonville, FL 32202
Adam Ravin, Four Times Square, New York, NY 10036-6522
Cynthia C. Jackson, 225 Water St., Suite 1800, Jacksonville, FL 32202
Joel L. Tabas, 25 S.E. Second Ave., 919 Ingraham Bldg., Miami, FL 33131-1538
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY 10005
US Trustee
Debtor
Pepisco & Subsidiaries, 7701 Legacy Drive 38-109, Plano, TX 75024
Deutsche Bank Trust Company Americas, 60 Wall St., New York, NY 10005
New Plan Excel Realty Trust, Inc., 420 Lexington Ave., New York, NY 10170
OCM Opportunities Fund V, L.P., c/o Oaktree Capital Management, LLC, Los Angeles, CA 90071
R2 Investments, LDC, c/o Amalgamated Gadget, LP, 301 Commerce St., Suite 3200, Ft. Worth, TX 76102
Kraft Foods Global, Inc., Three Lakes Drive, Northfield, IL 60093
Capital Research & Management Co., 333 South Hope St., Los Angeles, CA 90071