UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The Court finds that the Notice of Appearance and Request for Service filed by W. Howard Donovan, III on behalf of Southbrook Partners, LLC, Shades Creek Partners, Foley Partners, LLC and Wolfchase Associates, LLC on May 13, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Request for Service filed by W. Howard Donovan, III on behalf of Southbrook Partners, LLC, Shades Creek Partners, Foley Partners, LLC and Wolfchase Associates, LLC on May 13, 2005 is stricken from the record.

**DATED May 17, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Sarah Robinson Borders, 191 Peachtree Street, Atlanta, GA 30303
D. Jan Baker, Four Times Square, New York, NY 10036-6522
Stephen D. Busey, 225 Water St., Suite 1800, Jacksonville, FL 32202
W. Howard Donovan, III, 813 Shades Creek Parkway, Suite 200, Birmingham, AL 35209