UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF KENTUCKY
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.    05-03817-3F1 |
| WINN-DIXIE STORES, et al. ) | |
| ) | CHAPTER 11 |
| ) | |
| ) | Jointly Administered |
| Debtor ) | |
| ) | |

ENTRY OF APPEARANCE AND
REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, John W. Harrison, Jr., whose office address and telephone numbers appears below, does hereby enter an appearance as counsel for Baumgardner Hogan Real Estate, LLC., a creditor in the above-styled Chapter 11 case.

Further, notice is hereby given and request is hereby made that all pleadings and notices in the above captioned bankruptcy case should be sent to the aforesaid counsel at the address set out below in writing or electronically pursuant to local rules regarding electronic case filing. Respectfully submitted this 17th day of May, 2005.

/s/ John W. Harrison, Jr.
John W. Harrison, Jr.
KAREM & KAREM, Attorneys at Law
333 Guthrie Green, Suite 312
Louisville, Ky. 40202
(502) 587-6659
Fax (502) 582-1171
KandKlaw_jwh@msn.com