UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter  11

IN RE:

WINN-DIXIE STORES, INC.,

<u>Debtor(s)</u>

## ORDER STRIKING NOTICE OF APPEARANCE

The Court finds that the Notice of Appearance filed by Margaret A. Benton on behalf of Tramecia Atkins on May 12, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance filed by Margaret A. Benton on behalf of Tramecia Atkins. filed on May 12, 2005 are stricken from the record.

**DATED May 17, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Margaret A. Benton, 800 Virginia Ave., Suite 10, Fort Pierce, FL  34982
Adam Ravin, Four Times Square, New York, NY  10036-6522
US Trustee
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY  10005