UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| WINN-DIXIE STORES, INC., *et al.*, | : | Chapter 11 |
| TAX I.D. #59-0514290 | : | Case No. 05-03817 (JAF) |
| | : | |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for the **State of Georgia**, a party in interest herein, pursuant to Bankruptcy Rules 2002 and 9010 (b) and Section 1109 (b) of the Bankruptcy Code, and demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the post office address and telephone number set forth below:

> Oscar B. Fears, III
> Assistant Attorney General
> 40 Capitol Square, S.W.
> Atlanta, GA  30334
> Telephone No. (404) 656-3303
> Fax No. (404) 657-3239

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes the notices and all other papers mentioned or described in Bankruptcy Rule 2002, and also includes without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, request for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper document brought before filed with the Court with respect to this

case, whether formal or informal and whether filed transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise.

Dated: May 18, 2005

        Respectfully submitted,

| | |
|---|---|
| THURBERT E. BAKER | 033887 |
| Attorney General | |
| | |
| DANIEL M. FORMBY | 269350 |
| Deputy Attorney General | |
| | |
| JOHN B. BALLARD, JR. | 035550 |
| Senior Assistant Attorney General | |

/s/ Oscar B. Fears, III
OSCAR B. FEARS, III    257020
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

OSCAR B. FEARS, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3303

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS upon:

> Adam Ravin
> David J. Baker
> Sally McDonald Henry
> Rosalie Walker Gray
> Skadden, Arps, Slate, Meagher & Flom, LLP
> Four Times Square
> New York, New York 10036
>
> Stephen D. Busey
> James H. Post
> Cynthia C. Jackson
> Smith, Hulsey & Busey
> 225 Water Street
> Suite 1800
> Jacksonville, Florida 32202
> Co-Counsel for the Debtors
>
> Winn-Dixie Stores, Inc.
> Debtor
> 5050 Edgewood Court
> Jacksonville, Florida 32254-3699
>
> Office of the United States Trustee
> 135 West Central Boulevard
> Suite 620
> Orlando, Florida 32801

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 18th day of May, 2005.

> /s/ Oscar B. Fears, III
> OSCAR B. FEARS, III
> Assistant Attorney General