UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         Chapter 11
         Debtors.                              )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of (i) Motion for Order Authorizing the Sale of Assets with De Minimus Value Without Court Approval (Docket No. 1184) and (ii) Notice of Hearing thereon (Docket No. 1185) was furnished by mail and/or electronically on May 13, 2005 to those parties on the attached Master Service List.

Dated: May 18, 2005

SMITH HULSEY & BUSEY

By      *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

        -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors