## UNITED STATES BANKRUPTCY COURT FOR
## FLORIDA MIDDLE BANKRUPTCY COURT

| |
|---|
| In re:  Winn-Dixie Stores, Inc. - Trade Claims |
| |
| Debtor. |

Chapter 11
Case Nos.   05-03817

Claim No.

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:     **FILLINGHAM ROOFING & SHEET METAL INC**   ("Transferor")
[TRANSFEROR NAME & ADDRESS]
**PO BOX 61886**


**JACKSONVILLE, FL 32236-1886**


2.   Please take notice of the transfer of $ **3,110.00**    of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $3,110.00 to:
**Madison Investment Trust - Series 3**              ("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Ave.  Suite 120**


**Overland Park, KS       66202**


No action is required if you do not object to the transfer of you claim.

Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

### EVIDENCE OF TRANSFER OF CLAIM

TO:             Florida Middle Bankruptcy Court
AND TO:         Madison Liquidity Investors, LLC.
                6310 Lamar Ave
                Suite 120
                Overland Park, KS 66202

**FILLINGHAM ROOFING & SHEET METAL, INC.**
            [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of
which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date
hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison
Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and
assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Stores, Inc. - Trade Claims
in the Florida Middle Bankruptcy Court. The case entitled In re Winn-Dixie Stores, Inc. - Trade Claims, with a
Case Number of 05-03817 pending in the Court, including without limitation those receivables of Claimant.

        Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of
Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an
unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all
future payments and distributions, and to give all notices and other communications, in respect to the Claim to
Buyer.

IN WITNESS WHERE OF, dated as of the **10th DAY OF MAY, 2005**

[NAME OF CLAIMANT] **FILLINGHAM ROOFING & SHEET METAL, INC.**

By: _____
(Signature of Claimant)

Print Name: **F. M. FILLINGHAM (PRESIDENT)**

**441 N. LANE AVENUE, P. O. BOX 61886**
(Address)

**JACKSONVILLE, FL     32236-1886**
(Address)

**59-3720589**
(SS#/Tax ID)

*05-12-05A10:59 RCVD*

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 101899756

Accepted:
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                    (signature)

KRISTY STARK
                    (print name)