# UNITED STATES BANKRUPTCY COURT FOR
# FLORIDA MIDDLE BANKRUPTCY COURT

| | |
|---|---|
| In re: Winn-Dixie Stores, Inc. - Trade Claims<br><br>Debtor. | Chapter 11<br>Case Nos.  05-03817<br><br>Claim No. 39 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:    **PHILLY'S FAMOUS WATER ICE INC**    ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **1102 N. 28TH ST**

   **TAMPA, FL 33605**

2. Please take notice of the transfer of $ **43,424.88** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $43,424.88 to:
   Madison Investment Trust - Series 3    ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   6310 Lamar Ave.  Suite 120

   Overland Park, KS    66202

   No action is required if you do not object to the transfer of you claim.

   _Sally Meyer_
   Sally Meyer
   Madison Liquidity Investors, LLC.
   (800) 896-8913

999-000/Forms/27475.1

construed and enforced in accordance with, the substantive laws of the State of New York, without application of the conflict of laws principles thereof. EACH PARTY HERETO FURTHER IRREVOCABLY AND UNCONDITIONALLY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT THAT IT MAY HAVE TO TRIAL BY JURY OF ANY ACTION HEREUNDER. Each party hereto consents to service of process by certified mail at its address listed above. Buyer will be entitled to recover from Seller all costs and expenses it incurs, including fees and expenses incurred in the collection process as well as reasonable lawyers' fees and costs at trial and on appeal, in recovering any amounts due Buyer from Seller under this Agreement. This Agreement may be executed in any number of counterparts, each of which, when so executed and delivered, shall be an original, but all of which together constitute one and the same instrument. Each party hereto irrevocably waives the benefit of any rule of contract construction which disfavors the drafter of an agreement.

11.    SELLER HEREBY WAIVES ANY NOTICE REQUIREMENT IMPOSED BY BANKRUPTCY RULE 3001(e) AND ANY SUCCESSOR PROVISION, AND CONSENTS TO THE IMMEDIATE SUBSTITUTION BY THE COURT OF BUYER FOR SELLER FOR ALL PURPOSES IN THE CASE, INCLUDING, WITHOUT LIMITATION, FOR VOTING AND DISTRIBUTION PURPOSES WITH RESPECT TO THE CLAIM. SELLER AND BUYER AGREE THAT BUYER MAY FILE THIS AGREEMENT, THE EVIDENCE OF TRANSFER OF CLAIM OR OTHER APPROPRIATE NOTICE WITH THE COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e) AND ANY SUCCESSOR PROVISION. IN WITNESS WHEREOF, Seller has executed this Agreement by its duly authorized representative as of the Effective Date.

**SELLER:**
PHILLY'S SORBET SWIRL, INC

05-13-05A10:49 RCVD

By (Signature): *[signature]*

Name: Maxwell Lipin

Title: Corporate Secretary

Telephone: 813-353-8645

Tax ID#: 59-3150603

Email: max@phillyswirl.com

AAT#:        101899723

Contact ID:  2831627


**BUYER:**
Agreed and Accepted:
Buyer:
By (Signature): *[signature]*