```
May 11 2005    11:40:54                                                                              PAGE   27
                          LEDGER SUMMARY REPORT   -- Client Sort Name Sort

01/01/89 TO 05/10/05


MATTER NUMBER: 0148259              NAME: 0148259
*-----MATTER DESCRIPTION-----*                    *-----BILLING INSTRUCTIONS-----*
GENERAL
*-----CLIENT INFORMATION-----*                    *-CLIENT NUMBER-* *-ORIGINATING-* *-BILLING-* *-SUPERVISING-*
WINN-DIXIE STORES, INC.                               036167        0996           2560        2560
*-----CLIENT ADDRESS-----*                        *-----MATTER ADDRESS-----*
WINN-DIXIE STORES, INC.
JAY CASTLE
POST OFFICE BOX B
JACKSONVILLE, FL 32203-0297
REFERRED BY: EXISTING CLIENT                                  CONTACT:                                            CL
OPENED:040704  LOC:50  PRAC:31   RATE:1   LAST CHANGE:090199   FREQ: FEES:M COSTS:M    TEMPLATE:W1 FORMATS: TIME: 20   COST: 1
DEPARTMENT: 45  Health Care
```

|  |  |  | *-----COSTS------* | | *--------FEES--------* | | *-----OTHER-------* | | *-------------BALANCES---------------* | | | |
| *-DATE-* | TRAN *-TYPE-* | INVOICE/ DOCUMENT | ADVANCED | RECEIVED | ADVANCED | RECEIVED | ADVANCED | RECEIVED | COSTS | FEES | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/04 | BILL | 7900591 | .00 | .00 | 1912.50 | .00 | .00 | .00 | .00 | 1912.50 | .00 | 1912.50 |
| 06/11/04 | BILL | 7907244 | 47.75 | .00 | 1845.00 | .00 | .00 | .00 | 47.75 | 3757.50 | .00 | 3805.25 |
| 06/29/04 | PAY | 7261696 | .00 | .00 | .00 | 1912.50 | .00 | .00 | 47.75 | 1845.00 | .00 | 1892.75 |
| 07/14/04 | BILL | 7915778 | 28.80 | .00 | 4653.75 | .00 | .00 | .00 | 76.55 | 6498.75 | .00 | 6575.30 |
| 08/25/04 | BILL | 7927123 | 44.31 | .00 | 3528.75 | .00 | .00 | .00 | 120.86 | 10027.50 | .00 | 10148.36 |
| 09/11/04 | BILL | 7931618 | .00 | .00 | 1211.25 | .00 | .00 | .00 | 120.86 | 11238.75 | .00 | 11359.61 |
| 10/01/04 | PAY | 7340440 | .00 | 47.75 | .00 | 1845.00 | .00 | .00 | 73.11 | 9393.75 | .00 | 9466.86 |
| 10/15/04 | BILL | 7943092 | .27 | .00 | 191.25 | .00 | .00 | .00 | 73.38 | 9585.00 | .00 | 9658.38 |
| 11/19/04 | BILL | 7949788 | .16 | .00 | 1338.75 | .00 | .00 | .00 | 73.54 | 10923.75 | .00 | 10997.29 |
| 12/09/04 | PAY | 7399688 | .00 | 44.58 | .00 | 4931.25 | .00 | .00 | 28.96 | 5992.50 | .00 | 6021.46 |
| 12/15/04 | PAY | 7404188 | .00 | 28.80 | .00 | 4653.75 | .00 | .00 | .16 | 1338.75 | .00 | 1338.91 |
| 12/20/04 | BILL | 7956248 | 3.00 | .00 | 2581.25 | .00 | .00 | .00 | 3.16 | 3920.00 | .00 | 3923.16 |
| 12/29/04 | PAY | 7413089 | .00 | .16 | .00 | 1338.75 | .00 | .00 | 3.00 | 2581.25 | .00 | 2584.25 |
| 02/24/05 | PAY | 7971024 | 38.36 | .00 | 5037.50 | .00 | .00 | .00 | 41.36 | 7618.75 | .00 | 7660.11 |
| 02/28/05 | PAY | EFUND | .00 | 3.00 | .00 | 2581.25 | .00 | .00 | 38.36 | 5037.50 | .00 | 5075.86 |
| 03/28/05 | BILL | 7980257 | .00 | .00 | 618.75 | .00 | .00 | .00 | 38.36 | 5656.25 | .00 | 5694.61 |
| 03/28/05 | BILL | 7980259 | .00 | .00 | 550.00 | .00 | .00 | .00 | 38.36 | 6206.25 | .00 | 6244.61 |
| | TOTAL: | | 162.65 | 124.29 | 23468.75 | 17262.50 | .00 | .00 | | | | |

Composite Exhibit "A"

May 11 2005    11:40:53              LEDGER SUMMARY REPORT -- Client Sort Name Sort                    PAGE  15

01/01/89 TO 05/10/05

MATTER NUMBER: 0133299                NAME: 0133299
*-----MATTER DESCRIPTION-----*                        *-----BILLING INSTRUCTIONS-----*
REDDICK & STOKES
*-----CLIENT INFORMATION-----*                 *-CLIENT NUMBER-* *-ORIGINATING-*  *-BILLING-*  *-SUPERVISING-*
WINN-DIXIE STORES, INC.                            026446         0996            1807         1807
*-----CLIENT ADDRESS-----*                     *-----MATTER ADDRESS-----*
TIMOTHY WILLIAMS
WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
P.O. BOX B
JACKSONVILLE, FLORIDA  32203-0297
PHONE: (904) 783-5000                            PHONE:
*-----MATTER INFORMATION-----*
REFERRED BY: EXISTING CLIENT                                    CONTACT: KEN MALL, ESQ.                              CL
OPENED:111102  LOC:25  PRAC:8    RATE:1    LAST CHANGE:090199   FREQ: FEES:M COSTS:M    TEMPLATE:W1 FORMATS: TIME: 20    COST: 1
DEPARTMENT: 15  Employment Law

| *-DATE-* | TRAN *-TYPE-* | INVOICE/ DOCUMENT | *-----COSTS-------* ADVANCED | RECEIVED | *-------FEES--------* ADVANCED | RECEIVED | *-----OTHER-------* ADVANCED | RECEIVED | *--------------BALANCES----------------* COSTS | FEES | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/22/03 | BILL | 7788427 | 28.83 | .00 | 3013.00 | .00 | .00 | .00 | 28.83 | 3013.00 | .00 | 3041.83 |
| 02/14/03 | PAY | 6769638 | .00 | 25.83 | .00 | 2909.00 | .00 | .00 | 3.00 | 104.00 | .00 | 107.00 |
| 02/19/03 | BILL | 7794944 | 1.80 | .00 | 3146.50 | .00 | .00 | .00 | 4.80 | 3250.50 | .00 | 3255.30 |
| 03/10/03 | BILL | 7798641 | 25.63 | .00 | 481.00 | .00 | .00 | .00 | 30.43 | 3731.50 | .00 | 3761.93 |
| 03/24/03 | PAY | 6802252 | .00 | 1.80 | .00 | 1955.00 | .00 | .00 | 28.63 | 1776.50 | .00 | 1805.13 |
| 04/09/03 | PAY | 6822574 | .00 | 25.63 | .00 | 478.00 | .00 | .00 | 3.00 | 1298.50 | .00 | 1301.50 |
| 04/14/03 | BILL | 7807951 | .80 | .00 | 371.50 | .00 | .00 | .00 | 3.80 | 1670.00 | .00 | 1673.80 |
| 05/13/03 | PAY | 6862204 | .00 | .80 | .00 | 351.50 | .00 | .00 | 3.00 | 1318.50 | .00 | 1321.50 |
| 05/16/03 | BILL | 7815829 | 109.95 | .00 | 4016.00 | .00 | .00 | .00 | 112.95 | 5334.50 | .00 | 5447.45 |
| 06/24/03 | BILL | 7825447 | 553.84 | .00 | 9615.00 | .00 | .00 | .00 | 666.79 | 14949.50 | .00 | 15616.29 |
| 07/03/03 | PAY | 6914046 | .00 | 27.68 | .00 | 4016.00 | .00 | .00 | 639.11 | 10933.50 | .00 | 11572.61 |
| 07/10/03 | BILL | 7828168 | 396.41 | .00 | 9340.00 | .00 | .00 | .00 | 1035.52 | 20273.50 | .00 | 21309.02 |
| 07/31/03 | PAY | 6942041 | .00 | 392.34 | .00 | 9465.00 | .00 | .00 | 643.18 | 10808.50 | .00 | 11451.68 |
| 08/12/03 | BILL | 7836053 | 466.08 | .00 | 3906.50 | .00 | .00 | .00 | 1109.26 | 14715.00 | .00 | 15824.26 |
| 08/18/03 | PAY | 12081963 | .00 | 3.00 | .00 | 182.00 | .00 | .00 | 1106.26 | 14533.00 | .00 | 15639.26 |
| 08/18/03 | PAY | 6953738 | .00 | 388.41 | .00 | 9340.00 | .00 | .00 | 717.85 | 5193.00 | .00 | 5910.85 |
| 09/17/03 | BILL | 7847249 | 220.20 | .00 | 150.00 | .00 | .00 | .00 | 938.05 | 5343.00 | .00 | 6281.05 |
| 10/10/03 | WOFF | ADMIN | .00 | .00 | .00 | 3.00 | .00 | .00 | 938.05 | 5340.00 | .00 | 6278.05 |
| 10/11/03 | BILL | 7852947 | 4.40 | .00 | 986.50 | .00 | .00 | .00 | 942.45 | 6326.50 | .00 | 7268.95 |
| 10/27/03 | PAY | 7030038 | .00 | 220.20 | .00 | 150.00 | .00 | .00 | 722.25 | 6176.50 | .00 | 6898.75 |
| 11/11/03 | PAY | 7046784 | .00 | 4.40 | .00 | 966.50 | .00 | .00 | 717.85 | 5210.00 | .00 | 5927.85 |
| 11/12/03 | BILL | 7858168 | 662.90 | .00 | 55.50 | .00 | .00 | .00 | 1380.75 | 5265.50 | .00 | 6646.25 |
| 12/01/03 | PAY | 7064519 | .00 | 655.90 | .00 | 55.50 | .00 | .00 | 724.85 | 5210.00 | .00 | 5934.85 |
| 12/05/03 | BILL | 7863083 | 13.00 | .00 | 2183.00 | .00 | .00 | .00 | 737.85 | 7393.00 | .00 | 8130.85 |
| 01/02/04 | PAY | 7099716 | .00 | 13.00 | .00 | 2183.00 | .00 | .00 | 724.85 | 5210.00 | .00 | 5934.85 |
| 01/09/04 | BILL | 7869775 | 1016.50 | .00 | 17306.50 | .00 | .00 | .00 | 1741.35 | 22516.50 | .00 | 24257.85 |
| 02/03/04 | PAY | 7122737 | .00 | 1016.50 | .00 | 16481.50 | .00 | .00 | 724.85 | 6035.00 | .00 | 6759.85 |
| 02/10/04 | BILL | 7876880 | 5863.46 | .00 | 34015.00 | .00 | .00 | .00 | 6588.31 | 40050.00 | .00 | 46638.31 |
| 03/04/04 | PAY | 7151684 | .00 | 5863.46 | .00 | 34015.00 | .00 | .00 | 724.85 | 6035.00 | .00 | 6759.85 |
| 03/15/04 | PAY | 12093602 | .00 | .00 | .00 | 75.00 | .00 | .00 | 724.85 | 5960.00 | .00 | 6684.85 |
| 03/26/04 | BILL | 7889252 | 7264.84 | .00 | 36936.00 | .00 | .00 | .00 | 7989.69 | 42896.00 | .00 | 50885.69 |
| 04/14/04 | PAY | 7192722 | .00 | 7240.54 | .00 | 30388.42 | .00 | .00 | 749.15 | 12507.58 | .00 | 13256.73 |

May 11 2005    11:40:53              LEDGER SUMMARY REPORT  --  Client Sort Name Sort                    PAGE  16

01/01/89 TO 05/10/05

| Date | Type | Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|------|------|--------|---|---|---|---|---|---|---|---|---|----|
| 04/30/04 | BILL | 7896990 | 5736.23 | .00 | 57286.00 | .00 | .00 | .00 | 6485.38 | 69793.58 | .00 | 76278.96 |
| 05/25/04 | BILL | 7903543 | 7115.80 | .00 | 132005.50 | .00 | .00 | .00 | 13601.18 | 201799.08 | .00 | 215400.26 |
| 06/21/04 | BILL | 7910905 | 7290.60 | .00 | 5802.00 | .00 | .00 | .00 | 20891.78 | 207601.08 | .00 | 228492.86 |
| 06/30/04 | PAY | 7260684 | .00 | 5736.23 | .00 | 52743.77 | .00 | .00 | 15155.55 | 154857.31 | .00 | 170012.86 |
| 07/06/04 | PAY | 7263562 | .00 | 7115.80 | .00 | 132005.50 | .00 | .00 | 8039.75 | 22851.81 | .00 | 30891.56 |
| 07/13/04 | PAY | 12101391 | .00 | .00 | .00 | 79.70 | .00 | .00 | 8039.75 | 22772.11 | .00 | 30811.86 |
| 07/27/04 | BILL | 7919977 | .00 | .00 | .00 | .00 | .00 | .00 | 8039.75 | 22772.11 | .00 | 30811.86 |
| 08/03/04 | PAY | 7293127 | .00 | 7155.40 | .00 | 5802.00 | .00 | .00 | 884.35 | 16970.11 | .00 | 17854.46 |
| 08/05/04 | WOFF | EXCE | .00 | 135.20 | .00 | .00 | .00 | .00 | 749.15 | 16970.11 | .00 | 17719.26 |
| 08/19/04 | BILL | 7925523 | 429.10 | .00 | 11608.00 | .00 | .00 | .00 | 1178.25 | 28578.11 | .00 | 29756.36 |
| 09/16/04 | BILL | 7933611 | 9736.95 | .00 | 2793.50 | .00 | .00 | .00 | 10915.20 | 31371.61 | .00 | 42286.81 |
| 10/04/04 | PAY | 7343970 | .00 | 9736.95 | .00 | 2793.50 | .00 | .00 | 1178.25 | 28578.11 | .00 | 29756.36 |
| 10/13/04 | PAY | 7342048 | .00 | 429.10 | .00 | 11547.00 | .00 | .00 | 749.15 | 17031.11 | .00 | 17780.26 |
| 10/20/04 | BILL | 7944107 | 641.90 | .00 | 3951.50 | .00 | .00 | .00 | 1391.05 | 20982.61 | .00 | 22373.66 |
| 11/08/04 | PAY | 7374325 | .00 | 641.90 | .00 | 3906.60 | .00 | .00 | 749.15 | 17076.01 | .00 | 17825.16 |
| 11/10/04 | BILL | 7946792 | 454.05 | .00 | 5433.00 | .00 | .00 | .00 | 1203.20 | 22509.01 | .00 | 23712.21 |
| 11/23/04 | PAY | 7386159 | .00 | 454.05 | .00 | 5433.00 | .00 | .00 | 749.15 | 17076.01 | .00 | 17825.16 |
| 12/03/04 | PAY | 12110546 | .00 | .00 | .00 | 22.60 | .00 | .00 | 749.15 | 17053.41 | .00 | 17802.56 |
| 12/15/04 | BILL | 7954747 | 119.33 | .00 | 20250.50 | .00 | .00 | .00 | 868.48 | 37303.91 | .00 | 38172.39 |
| 01/18/05 | BILL | 7961526 | .00 | .00 | .00 | .00 | .00 | .00 | 868.48 | 37303.91 | .00 | 38172.39 |
| 02/14/05 | PAY | 7448379 | .00 | 119.33 | .00 | 20069.17 | .00 | .00 | 749.15 | 17234.74 | .00 | 17983.89 |
| 02/21/05 | BILL | 7970119 | 482.38 | .00 | 8961.00 | .00 | .00 | .00 | 1231.53 | 26195.74 | .00 | 27427.27 |
| 03/22/05 | BILL | 7979226 | 54.26 | .00 | 6086.50 | .00 | .00 | .00 | 1285.79 | 32282.24 | .00 | 33568.03 |
| 03/22/05 | BILL | 7979228 | 15.23 | .00 | 2412.50 | .00 | .00 | .00 | 1301.02 | 34694.74 | .00 | 35995.76 |
| 05/05/05 | BILL | 7988456 | .00 | .00 | 1341.50 | .00 | .00 | .00 | 1301.02 | 36036.24 | .00 | 37337.26 |
| | TOTAL: | | 48704.47 | 47403.45 | 383453.50 | 347417.26 | .00 | .00 | | | | |

```
May 11 2005   11:40:53              LEDGER SUMMARY REPORT  -- Client Sort Name Sort                    PAGE  24

01/01/89 TO 05/10/05

MATTER NUMBER: 0143828              NAME: 0143828
*-----MATTER DESCRIPTION-----*                       *-----BILLING INSTRUCTIONS-----*
DARLENE SMITH
*-----CLIENT INFORMATION-----*                       *-CLIENT NUMBER-* *-ORIGINATING-*  *-BILLING-*  *-SUPERVISING-*
WINN-DIXIE STORES, INC.                                  026446         0996             1807         1807
*-----CLIENT ADDRESS-----*                           *-----MATTER ADDRESS-----*
TIMOTHY WILLIAMS
WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
P.O. BOX B
JACKSONVILLE, FLORIDA  32203-0297
PHONE: (904) 783-5000                                PHONE:
*-----MATTER INFORMATION-----*                                CONTACT: TIMOTHY WILLIAMS                             CL
REFERRED BY: EXISTING CLIENT
OPENED:120303  LOC:25  PRAC:8    RATE:1   LAST CHANGE:090199   FREQ: FEES:M COSTS:M    TEMPLATE:W1 FORMATS: TIME: 20   COST: 1
DEPARTMENT: 15  Employment Law
```

|  | TRAN | INVOICE/ | *-----COSTS------* | | *--------FEES--------* | | *-----OTHER-------* | | *--------------BALANCES--------------* | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *-DATE-* | *-TYPE-* | DOCUMENT | ADVANCED | RECEIVED | ADVANCED | RECEIVED | ADVANCED | RECEIVED | COSTS | FEES | OTHER | TOTAL |
| 01/09/04 | BILL | 7869774 | 226.80 | .00 | 2256.50 | .00 | .00 | .00 | 226.80 | 2256.50 | .00 | 2483.30 |
| 02/03/04 | PAY | 7122737 | .00 | 226.80 | .00 | 1329.20 | .00 | .00 | .00 | 927.30 | .00 | 927.30 |
| 02/10/04 | BILL | 7876888 | 20.65 | .00 | 703.00 | .00 | .00 | .00 | 20.65 | 1630.30 | .00 | 1650.95 |
| 03/09/04 | PAY | 7160097 | .00 | 20.65 | .00 | 703.00 | .00 | .00 | .00 | 927.30 | .00 | 927.30 |
| 03/26/04 | BILL | 7889251 | 16.80 | .00 | 2516.00 | .00 | .00 | .00 | 16.80 | 3443.30 | .00 | 3460.10 |
| 04/14/04 | PAY | 7192722 | .00 | 16.80 | .00 | 2516.00 | .00 | .00 | .00 | 927.30 | .00 | 927.30 |
| 05/06/04 | BILL | 7897574 | 430.03 | .00 | 8939.50 | .00 | .00 | .00 | 430.03 | 9866.80 | .00 | 10296.83 |
| 05/19/04 | BILL | 7902471 | 102.30 | .00 | 6179.00 | .00 | .00 | .00 | 532.33 | 16045.80 | .00 | 16578.13 |
| 06/21/04 | BILL | 7910899 | .00 | .00 | 2793.50 | .00 | .00 | .00 | 532.33 | 18839.30 | .00 | 19371.63 |
| 06/21/04 | PAY | 7248713 | .00 | 430.03 | .00 | 8939.50 | .00 | .00 | 102.30 | 9899.80 | .00 | 10002.10 |
| 06/29/04 | PAY | 7262584 | .00 | 102.30 | .00 | 6179.00 | .00 | .00 | .00 | 3720.80 | .00 | 3720.80 |
| 07/27/04 | PAY | 7919976 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 3720.80 | .00 | 3720.80 |
| 08/03/04 | PAY | 7293127 | .00 | .00 | .00 | 2738.00 | .00 | .00 | .00 | 982.80 | .00 | 982.80 |
| 08/05/04 | WOFF | EXCE | .00 | .00 | .00 | 55.50 | .00 | .00 | .00 | 927.30 | .00 | 927.30 |
| 08/12/04 | BILL | 7924039 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 927.30 | .00 | 927.30 |
|  |  | TOTAL: | 796.58 | | 23387.50 | | .00 | | | | | |
|  |  |  | | 796.58 | | 22460.20 | | .00 | | | | |

May 11 2005    11:40:53                    LEDGER SUMMARY REPORT  --  Client Sort Name Sort                              PAGE  25

01/01/89 TO 05/10/05

MATTER NUMBER: 0144153              NAME: 0144153
*-----MATTER DESCRIPTION-----*                    *-----BILLING INSTRUCTIONS-----*
DELORES HALL
*-----CLIENT INFORMATION-----*                    *-CLIENT NUMBER-* *-ORIGINATING-* *-BILLING-* *-SUPERVISING-*
WINN-DIXIE STORES, INC.                              026446          0996           1807        1807
*-----CLIENT ADDRESS-----*                        *-----MATTER ADDRESS-----*
TIMOTHY WILLIAMS
WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
P.O. BOX B
JACKSONVILLE, FLORIDA  32203-0297
PHONE: (904) 783-5000                             PHONE:
*-----MATTER INFORMATION-----*                                        CONTACT: TIMOTHY WILLIAMS                          CL
REFERRED BY: EXISTING CLIENT
OPENED:121603  LOC:25  PRAC:8    RATE:1    LAST CHANGE:090199   FREQ: FEES:M COSTS:M      TEMPLATE:W1 FORMATS: TIME: 20   COST: 1
DEPARTMENT: 15  Employment Law

|            | TRAN    | INVOICE/ | *-----COSTS-------* |          | *--------FEES--------* |          | *-----OTHER-------* |          | *--------------BALANCES---------------* |          |       |          |
| *-DATE-* | *-TYPE-* | DOCUMENT | ADVANCED | RECEIVED | ADVANCED | RECEIVED | ADVANCED | RECEIVED | COSTS | FEES | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/04 | BILL | 7875377 | 779.89 | .00 | 725.50 | .00 | .00 | .00 | 779.89 | 725.50 | .00 | 1505.39 |
| 02/12/04 | BILL | 7878212 | .00 | .00 | 1695.50 | .00 | .00 | .00 | 779.89 | 2421.00 | .00 | 3200.89 |
| 02/27/04 | PAY | 7142711 | .00 | 779.89 | .00 | 725.50 | .00 | .00 | .00 | 1695.50 | .00 | 1695.50 |
| 03/25/04 | PAY | 7171524 | .00 | .00 | .00 | 480.00 | .00 | .00 | .00 | 1215.50 | .00 | 1215.50 |
| 03/26/04 | BILL | 7889250 | .00 | .00 | 336.00 | .00 | .00 | .00 | .00 | 1551.50 | .00 | 1551.50 |
| 04/14/04 | PAY | 7192722 | .00 | .00 | .00 | 336.00 | .00 | .00 | .00 | 1215.50 | .00 | 1215.50 |
| 04/30/04 | BILL | 7896992 | .00 | .00 | 1066.50 | .00 | .00 | .00 | .00 | 2282.00 | .00 | 2282.00 |
| 05/19/04 | BILL | 7902473 | 35.50 | .00 | 2518.00 | .00 | .00 | .00 | 35.50 | 4800.00 | .00 | 4835.50 |
| 06/21/04 | BILL | 7910902 | 100.50 | .00 | 5037.00 | .00 | .00 | .00 | 136.00 | 9837.00 | .00 | 9973.00 |
| 06/21/04 | PAY | 7248713 | .00 | .00 | .00 | 864.00 | .00 | .00 | 136.00 | 8973.00 | .00 | 9109.00 |
| 06/30/04 | PAY | 7260684 | .00 | 35.50 | .00 | 1628.00 | .00 | .00 | 100.50 | 7345.00 | .00 | 7445.50 |
| 07/27/04 | BILL | 7919965 | .00 | .00 | .00 | .00 | .00 | .00 | 100.50 | 7345.00 | .00 | 7445.50 |
| 08/03/04 | PAY | 7293127 | .00 | 100.50 | .00 | 4637.00 | .00 | .00 | .00 | 2708.00 | .00 | 2708.00 |
| 08/12/04 | BILL | 7924045 | 1079.65 | .00 | 5177.00 | .00 | .00 | .00 | 1079.65 | 7885.00 | .00 | 8964.65 |
| 09/08/04 | BILL | 7929400 | .00 | .00 | 1875.50 | .00 | .00 | .00 | 1079.65 | 9760.50 | .00 | 10840.15 |
| 10/07/04 | BILL | 7938994 | .00 | .00 | 137.50 | .00 | .00 | .00 | 1079.65 | 9898.00 | .00 | 10977.65 |
| 10/13/04 | PAY | 7349363 | .00 | 1079.65 | .00 | 789.00 | .00 | .00 | .00 | 9109.00 | .00 | 9109.00 |
| 11/08/04 | PAY | 7374325 | .00 | .00 | .00 | 120.00 | .00 | .00 | .00 | 8989.00 | .00 | 8989.00 |
| 11/10/04 | BILL | 7946791 | .00 | .00 | 4037.00 | .00 | .00 | .00 | .00 | 13026.00 | .00 | 13026.00 |
| 11/23/04 | PAY | 7386159 | .00 | .00 | .00 | 4037.00 | .00 | .00 | .00 | 8989.00 | .00 | 8989.00 |
| 01/21/05 | PAY | 12113509 | .00 | .00 | .00 | 2621.00 | .00 | .00 | .00 | 6368.00 | .00 | 6368.00 |
| 01/28/05 | BILL | 7963852 | .00 | .00 | 3312.00 | .00 | .00 | .00 | .00 | 9680.00 | .00 | 9680.00 |
| 01/28/05 | BILL | 7963870 | 5.00 | .00 | 2532.00 | .00 | .00 | .00 | 5.00 | 12212.00 | .00 | 12217.00 |
| 02/11/05 | WOFF | COUR | .00 | .00 | .00 | 17.50 | .00 | .00 | 5.00 | 12194.50 | .00 | 12199.50 |
| 02/14/05 | PAY | 7448379 | .00 | 5.00 | .00 | 5844.00 | .00 | .00 | .00 | 6350.50 | .00 | 6350.50 |
| 04/20/05 | BILL | 7986651 | 37.50 | .00 | 734.00 | .00 | .00 | .00 | 37.50 | 7084.50 | .00 | 7122.00 |
|  | TOTAL: |  | 2038.04 |  | 29183.50 |  | .00 |  |  |  |  |  |
|  |  |  |  | 2000.54 |  | 22099.00 |  | .00 |  |  |  |  |

May 11 2005    11:40:54                 LEDGER SUMMARY REPORT  --  Client Sort Name Sort                          PAGE  26

01/01/89 TO 05/10/05

MATTER NUMBER: 0147325                NAME: 0147325
*-----MATTER DESCRIPTION-----*                      *-----BILLING INSTRUCTIONS-----*
MILAGROS CRUZ
*-----CLIENT INFORMATION-----*                   *-CLIENT NUMBER-* *-ORIGINATING-* *-BILLING-* *-SUPERVISING-*
WINN-DIXIE STORES, INC.                              026446         0996          1807        1807
*-----CLIENT ADDRESS-----*                       *-----MATTER ADDRESS-----*
TIMOTHY WILLIAMS
WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
P.O. BOX B
JACKSONVILLE, FLORIDA  32203-0297
PHONE: (904) 783-5000                            PHONE:
*-----MATTER INFORMATION-----*
REFERRED BY: EXISTING CLIENT                                    CONTACT: TIMOTHY WILLIAMS                          CL
OPENED:031904  LOC:25  PRAC:8    RATE:1    LAST CHANGE:090199    FREQ: FEES:M COSTS:M    TEMPLATE:W1 FORMATS: TIME: 20    COST: 1
DEPARTMENT: 15  Employment Law

|              | TRAN    | INVOICE/  | *-----COSTS-------* |          | *--------FEES--------* |          | *-----OTHER------* |          | *-------------BALANCES---------------* |         |       |         |
| *-DATE-*     | *-TYPE-* | DOCUMENT | ADVANCED | RECEIVED | ADVANCED | RECEIVED | ADVANCED | RECEIVED | COSTS   | FEES    | OTHER | TOTAL   |
| 04/28/04 BILL |        | 7896576  | 150.00   | .00      | 1516.50  | .00      | .00      | .00      | 150.00  | 1516.50 | .00   | 1666.50 |
| 05/19/04 BILL |        | 7902474  | .00      | .00      | 2062.00  | .00      | .00      | .00      | 150.00  | 3578.50 | .00   | 3728.50 |
| 06/21/04 BILL |        | 7910901  | 725.00   | .00      | 2152.50  | .00      | .00      | .00      | 875.00  | 5731.00 | .00   | 6606.00 |
| 06/21/04 PAY  |        | 7248713  | .00      | 150.00   | .00      | 1516.50  | .00      | .00      | 725.00  | 4214.50 | .00   | 4939.50 |
| 06/30/04 PAY  |        | 7260684  | .00      | .00      | .00      | 1032.00  | .00      | .00      | 725.00  | 3182.50 | .00   | 3907.50 |
| 07/27/04 BILL |        | 7919972  | .00      | .00      | .00      | .00      | .00      | .00      | 725.00  | 3182.50 | .00   | 3907.50 |
| 08/03/04 PAY  |        | 7293127  | .00      | 725.00   | .00      | 2152.50  | .00      | .00      | .00     | 1030.00 | .00   | 1030.00 |
| 08/19/04 BILL |        | 7925489  | 153.00   | .00      | 1011.00  | .00      | .00      | .00      | 153.00  | 2041.00 | .00   | 2194.00 |
| 10/05/04 BILL |        | 7936898  | .00      | .00      | .00      | .00      | .00      | .00      | 153.00  | 2041.00 | .00   | 2194.00 |
| 10/26/04 PAY  |        | 7359321  | .00      | 153.00   | .00      | 267.00   | .00      | .00      | .00     | 1774.00 | .00   | 1774.00 |
| 01/18/05 BILL |        | 7961524  | .00      | .00      | .00      | .00      | .00      | .00      | .00     | 1774.00 | .00   | 1774.00 |
| 04/30/05 BILL |        | 7988304  | .00      | .00      | 168.00   | .00      | .00      | .00      | .00     | 1942.00 | .00   | 1942.00 |
|              | TOTAL:  |          | 1028.00  |          | 6910.00  |          | .00      |          |         |         |       |         |
|              |         |          |          | 1028.00  |          | 4968.00  |          | .00      |         |         |       |         |

01/01/89 TO 05/10/05

MATTER NUMBER: 0155997              NAME: 0155997
*-----MATTER DESCRIPTION-----*                   *-----BILLING INSTRUCTIONS-----*
BLANC & THOMPSON
*-----CLIENT INFORMATION-----*                   *-CLIENT NUMBER-* *-ORIGINATING-* *-BILLING-* *-SUPERVISING-*
WINN-DIXIE STORES, INC.                             026446        0996          1807        1807
*-----CLIENT ADDRESS-----*                       *-----MATTER ADDRESS-----*
TIMOTHY WILLIAMS  .                               TIMOTHY WILLIAMS
WINN-DIXIE STORES, INC.                           GROUP LEADER - EMPLOYMENT LAW
5050 EDGEWOOD COURT                               WINN-DIXIE STORES, INC.
P.O. BOX B                                        5050 EDGEWOOD COURT
JACKSONVILLE, FLORIDA  32203-0297                 JACKSONVILLE, FL  32203-0297
PHONE: (904) 783-5000                             PHONE: 904-370-7007
*-----MATTER INFORMATION-----*
REFERRED BY: EXISTING CLIENT                                CONTACT: TIMOTHY L. WILLIAMS                              CL
OPENED:072004  LOC:25  PRAC:8   RATE:1   LAST CHANGE:090199  FREQ: FEES:M COSTS:M   TEMPLATE:W1 FORMATS: TIME: 20   COST: 1
DEPARTMENT: 15  Employment Law

| | TRAN | INVOICE/ | *-----COSTS-------* | | *--------FEES--------* | | *-----OTHER-------* | | *--------------BALANCES---------------* | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *-DATE-* | *-TYPE-* | DOCUMENT | ADVANCED | RECEIVED | ADVANCED | RECEIVED | ADVANCED | RECEIVED | COSTS | FEES | OTHER | TOTAL |
| 10/22/04 | BILL | 7944423 | 1.60 | .00 | 7005.00 | .00 | .00 | .00 | 1.60 | 7005.00 | .00 | 7006.60 |
| 10/22/04 | BILL | 7944427 | .00 | .00 | 4105.00 | .00 | .00 | .00 | 1.60 | 11110.00 | .00 | 11111.60 |
| 10/22/04 | BILL | 7944437 | 172.20 | .00 | 2865.00 | .00 | .00 | .00 | 173.80 | 13975.00 | .00 | 14148.80 |
| 11/03/04 | PAY | 7369010 | .00 | .00 | .00 | 11110.00 | .00 | .00 | 173.80 | 2865.00 | .00 | 3038.80 |
| 11/10/04 | BILL | 7946790 | .00 | .00 | 6015.00 | .00 | .00 | .00 | 173.80 | 8880.00 | .00 | 9053.80 |
| 11/23/04 | PAY | 7386159 | .00 | .00 | .00 | 6015.00 | .00 | .00 | 173.80 | 2865.00 | .00 | 3038.80 |
| 12/15/04 | BILL | 7954702 | .00 | .00 | 5210.00 | .00 | .00 | .00 | 173.80 | 8075.00 | .00 | 8248.80 |
| 12/28/04 | PAY | 7411836 | .00 | .00 | .00 | 5210.00 | .00 | .00 | 173.80 | 2865.00 | .00 | 3038.80 |
| | | TOTAL: | 173.80 | | 25200.00 | | .00 | | | | | |
| | | | | .00 | | 22335.00 | | .00 | | | | |

May 11 2005    11:40:54          LEDGER SUMMARY REPORT  --  Client Sort Name Sort                    PAGE  40

01/01/89 TO 05/10/05

MATTER NUMBER: 0162671          NAME: 0162671
*-----MATTER DESCRIPTION-----*              *-----BILLING INSTRUCTIONS-----*
VICTORIA MILTON
*-----CLIENT INFORMATION-----*              *-CLIENT NUMBER-* *-ORIGINATING-* *-BILLING-* *-SUPERVISING-*
WINN-DIXIE STORES, INC.                        026446         0996          1807         1807
*-----CLIENT ADDRESS-----*                  *-----MATTER ADDRESS-----*
TIMOTHY WILLIAMS
WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
P.O. BOX B
JACKSONVILLE, FLORIDA  32203-0297
PHONE: (904) 783-5000                       PHONE:
*-----MATTER INFORMATION-----*
REFERRED BY: EXISTING CLIENT                              CONTACT:                                              CL
OPENED:011105  LOC:25  PRAC:8   RATE:1   LAST CHANGE:090199   FREQ: FEES:M COSTS:M   TEMPLATE:W1 FORMATS: TIME: 20   COST: 1
DEPARTMENT: 15  Employment Law


| | TRAN | INVOICE/ | *-----COSTS-------* | | *--------FEES--------* | | *-----OTHER-------* | | *-------------BALANCES--------------* | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *-DATE-* | *-TYPE-* | DOCUMENT | ADVANCED | RECEIVED | ADVANCED | RECEIVED | ADVANCED | RECEIVED | COSTS | FEES | OTHER | TOTAL |
| 02/21/05 | BILL | 7970121 | 180.00 | .00 | 1488.00 | .00 | .00 | .00 | 180.00 | 1488.00 | .00 | 1668.00 |
| 03/22/05 | BILL | 7979229 | .00 | .00 | 1136.50 | .00 | .00 | .00 | 180.00 | 2624.50 | .00 | 2804.50 |
| | | TOTAL: | 180.00 | | 2624.50 | | .00 | | | | | |
| | | | | .00 | | .00 | | .00 | | | | |

May 11 2005    11:40:53              LEDGER SUMMARY REPORT  --  Client Sort Name Sort                          PAGE  18

01/01/89 TO 05/10/05

```
MATTER NUMBER: 0138062             NAME: 0138062
*-----MATTER DESCRIPTION-----*                        *-----BILLING INSTRUCTIONS-----*
BOISE CASCADE VS. WINN-DIXIE
*-----CLIENT INFORMATION-----*                        *-CLIENT NUMBER-* *-ORIGINATING-*  *-BILLING-*  *-SUPERVISING-*
WINN-DIXIE STORES, INC.                                    026446         0996            1807          0212
*-----CLIENT ADDRESS-----*                            *-----MATTER ADDRESS-----*
TIMOTHY WILLIAMS                                       JAY FRANK CASTLE
WINN-DIXIE STORES, INC.                                GROUP LEADER - LITIGATION
5050 EDGEWOOD COURT                                    WINN-DIXIE STORES, INC.
P.O. BOX B                                             5050 EDGEWOOD COURT
JACKSONVILLE, FLORIDA  32203-0297                      JACKSONVILLE, FL  32254-3699
PHONE: (904) 783-5000                                  PHONE: (904) 783-5069
*-----MATTER INFORMATION-----*
REFERRED BY: EXISTING CLIENT                                 CONTACT: JAY FRANK CASTLE                               CL
OPENED:050103  LOC:25  PRAC:47   RATE:1    LAST CHANGE:090199   FREQ: FEES:M COSTS:M     TEMPLATE:W1 FORMATS: TIME: 20   COST: 1
DEPARTMENT: 15  Employment Law
```

| *-DATE-* | TRAN *-TYPE-* | INVOICE/ DOCUMENT | *-----COSTS-------* ADVANCED | RECEIVED | *--------FEES--------* ADVANCED | RECEIVED | *-----OTHER-------* ADVANCED | RECEIVED | *--------------BALANCES--------------* COSTS | FEES | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/03 | BILL | 7816687 | .00 | .00 | 851.50 | .00 | .00 | .00 | .00 | 851.50 | .00 | 851.50 |
| 06/24/03 | BILL | 7825448 | .00 | .00 | 207.00 | .00 | .00 | .00 | .00 | 1058.50 | .00 | 1058.50 |
| 09/17/03 | BILL | 7847253 | 75.90 | .00 | 1012.50 | .00 | .00 | .00 | 75.90 | 2071.00 | .00 | 2146.90 |
| 11/17/03 | BILL | 7859238 | .00 | .00 | 378.00 | .00 | .00 | .00 | 75.90 | 2449.00 | .00 | 2524.90 |
| 12/05/03 | BILL | 7863085 | 25.67 | .00 | 688.00 | .00 | .00 | .00 | 101.57 | 3137.00 | .00 | 3238.57 |
| 01/09/04 | BILL | 7869773 | 64.53 | .00 | 864.00 | .00 | .00 | .00 | 166.10 | 4001.00 | .00 | 4167.10 |
| 02/09/04 | PAY | 7132171 | .00 | .00 | .00 | 378.00 | .00 | .00 | 166.10 | 3623.00 | .00 | 3789.10 |
| 02/11/04 | PAY | 7134375 | .00 | 75.90 | .00 | 1012.50 | .00 | .00 | 90.20 | 2610.50 | .00 | 2700.70 |
| 03/02/04 | PAY | 7150502 | .00 | 64.53 | .00 | 864.00 | .00 | .00 | 25.67 | 1746.50 | .00 | 1772.17 |
| 03/16/04 | PAY | 7164050 | .00 | .00 | .00 | 94.50 | .00 | .00 | 25.67 | 1652.00 | .00 | 1677.67 |
| 06/03/04 | PAY | 7235247 | .00 | 25.67 | .00 | 688.00 | .00 | .00 | .00 | 964.00 | .00 | 964.00 |
| 06/21/04 | PAY | 7910900 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 964.00 | .00 | 964.00 |
| 06/29/04 | PAY | 7261696 | .00 | .00 | .00 | 851.50 | .00 | .00 | .00 | 112.50 | .00 | 112.50 |
| | | TOTAL: | 166.10 | | 4001.00 | | .00 | | | | | |
| | | | | 166.10 | | 3888.50 | | .00 | | | | |

May 11 2005    11:40:54                    LEDGER SUMMARY REPORT  --  Client Sort Name Sort                          PAGE  39

01/01/89 TO 05/10/05

```
MATTER NUMBER: 0161036                 NAME: 0161036
*-----MATTER DESCRIPTION-----*              *-----BILLING INSTRUCTIONS-----*
V. DEPARTMENT OF FINANCIAL SERVICES
*-----CLIENT INFORMATION-----*              *-CLIENT NUMBER-* *-ORIGINATING-* *-BILLING-* *-SUPERVISING-*
WINN-DIXIE STORES, INC.                        036167         0996              2564         2564
*-----CLIENT ADDRESS-----*                  *-----MATTER ADDRESS-----*
WINN-DIXIE STORES, INC.
JAY CASTLE
POST OFFICE BOX B
JACKSONVILLE, FL 32203-0297
*-----MATTER INFORMATION-----*
OPENED:111804  LOC:50  PRAC:45   RATE:1   LAST CHANGE:111804   FREQ: FEES:M COSTS:M    TEMPLATE:W1 FORMATS: TIME: 20   COST: 1
DEPARTMENT: 50  Litigation
```

| *-DATE-* | TRAN *-TYPE-* | INVOICE/ DOCUMENT | *-----COSTS------* ADVANCED | RECEIVED | *--------FEES--------* ADVANCED | RECEIVED | *-----OTHER------* ADVANCED | RECEIVED | *--------------BALANCES---------------* COSTS | FEES | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/04 | BILL | 7955388 | .00 | .00 | 13375.00 | .00 | .00 | .00 | .00 | 13375.00 | .00 | 13375.00 |
| 01/18/05 | BILL | 7961237 | 115.74 | .00 | 2301.50 | .00 | .00 | .00 | 115.74 | 15676.50 | .00 | 15792.24 |
| 02/17/05 | BILL | 7969474 | .10 | .00 | 2537.00 | .00 | .00 | .00 | 115.84 | 18213.50 | .00 | 18329.34 |
| 02/28/05 | PAY | EFUND | .00 | 115.74 | .00 | 15676.50 | .00 | .00 | .10 | 2537.00 | .00 | 2537.10 |
| 03/10/05 | BILL | 7976163 | 22.74 | .00 | 7263.00 | .00 | .00 | .00 | 22.84 | 9800.00 | .00 | 9822.84 |
| | | TOTAL: | 138.58 | 115.74 | 25476.50 | 15676.50 | .00 | .00 | | | | |

```
May 11 2005    11:40:54            LEDGER SUMMARY REPORT -- Client Sort Name Sort                    PAGE  37
01/01/89 TO 05/10/05
```

```
MATTER NUMBER: 0156914            NAME: 0156914
*-----MATTER DESCRIPTION-----*                   *-----BILLING INSTRUCTIONS-----*
MEDICAID AUDIT
*-----CLIENT INFORMATION-----*                   *-CLIENT NUMBER-* *-ORIGINATING-* *-BILLING-* *-SUPERVISING-*
WINN-DIXIE STORES, INC.                              036167          0996           2563         2563
*-----CLIENT ADDRESS-----*                       *-----MATTER ADDRESS-----*
WINN-DIXIE STORES, INC.
JAY CASTLE
POST OFFICE BOX B
JACKSONVILLE, FL 32203-0297
*-----MATTER INFORMATION-----*
REFERRED BY: AS&E ATTORNEY                                    CONTACT:                                             CL
OPENED:080504  LOC:50  PRAC:45   RATE:1    LAST CHANGE:090199   FREQ: FEES:M COSTS:M   TEMPLATE:W1 FORMATS: TIME: 20   COST: 1
DEPARTMENT: 50  Litigation
```

|           | TRAN   | INVOICE/ | *-----COSTS-------* |          | *--------FEES--------* |          | *-----OTHER-------* |          | *-------------BALANCES--------------* |         |       |         |
|-----------|--------|----------|---------------------|----------|------------------------|----------|---------------------|----------|--------------------------------------|---------|-------|---------|
| *-DATE-*  | *-TYPE-* | DOCUMENT | ADVANCED            | RECEIVED | ADVANCED               | RECEIVED | ADVANCED            | RECEIVED | COSTS                                | FEES    | OTHER | TOTAL   |
| 09/17/04  | BILL   | 7934176  | .00                 | .00      | 580.00                 | .00      | .00                 | .00      | .00                                  | 580.00  | .00   | 580.00  |
| 10/13/04  | BILL   | 7942187  | .00                 | .00      | 677.50                 | .00      | .00                 | .00      | .00                                  | 1257.50 | .00   | 1257.50 |
| 11/10/04  | BILL   | 7947116  | .00                 | .00      | 522.50                 | .00      | .00                 | .00      | .00                                  | 1780.00 | .00   | 1780.00 |
| 12/09/04  | PAY    | 7399688  | .00                 | .00      | .00                    | 1780.00  | .00                 | .00      | .00                                  | .00     | .00   | .00     |
| 12/21/04  | BILL   | 7956315  | .00                 | .00      | 787.50                 | .00      | .00                 | .00      | .00                                  | 787.50  | .00   | 787.50  |
| 01/21/05  | BILL   | 7962299  | .00                 | .00      | 2180.00                | .00      | .00                 | .00      | .00                                  | 2967.50 | .00   | 2967.50 |
| 02/28/05  | BILL   | 7971791  | .00                 | .00      | 1475.00                | .00      | .00                 | .00      | .00                                  | 4442.50 | .00   | 4442.50 |
| 02/28/05  | PAY    | EFUND    | .00                 | .00      | .00                    | 1477.50  | .00                 | .00      | .00                                  | 2965.00 | .00   | 2965.00 |
| 03/21/05  | BILL   | 7979042  | .00                 | .00      | 215.00                 | .00      | .00                 | .00      | .00                                  | 3180.00 | .00   | 3180.00 |
| 04/19/05  | BILL   | 7986256  | .00                 | .00      | 1564.00                | .00      | .00                 | .00      | .00                                  | 4744.00 | .00   | 4744.00 |
|           |        | TOTAL:   | .00                 | .00      | 8001.50                | 3257.50  | .00                 | .00      |                                      |         |       |         |

```
May 11 2005   11:40:54              LEDGER SUMMARY REPORT  --  Client Sort Name Sort                    PAGE  29

01/01/89 TO 05/10/05


MATTER NUMBER: 0150749                NAME: 0150749
*-----MATTER DESCRIPTION-----*                        *-----BILLING INSTRUCTIONS-----*
DELIQUENT DISCIPLINARY ACTIONS
*-----CLIENT INFORMATION-----*                *-CLIENT NUMBER-* *-ORIGINATING-* *-BILLING-* *-SUPERVISING-*
WINN-DIXIE STORES, INC.                           036167        0996           2560        2560
*-----CLIENT ADDRESS-----*                    *-----MATTER ADDRESS-----*
WINN-DIXIE STORES, INC.                       JAY F. CASTLE
JAY CASTLE                                    5050 EDGEWOOD COURT
POST OFFICE BOX B                             WINN DIXIE STORES, INC.
JACKSONVILLE, FL 32203-0297                   JACKSONVILLE, FLORIDA 32254-3699
PHONE:                                        PHONE: 904-783-5069
*-----MATTER INFORMATION-----*
REFERRED BY: EXISTING CLIENT                               CONTACT: JAY F. CASTLE                            CL
OPENED:050404  LOC:50  PRAC:39   RATE:1   LAST CHANGE:090199   FREQ: FEES:M COSTS:M   TEMPLATE:W1 FORMATS: TIME: 20   COST: 1
DEPARTMENT: 45  Health Care
```

| *-DATE-* | TRAN *-TYPE-* | INVOICE/ DOCUMENT | COSTS ADVANCED | COSTS RECEIVED | FEES ADVANCED | FEES RECEIVED | OTHER ADVANCED | OTHER RECEIVED | BAL COSTS | BAL FEES | BAL OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/11/04 | BILL | 7907243 | .00 | .00 | 2480.00 | .00 | .00 | .00 | .00 | 2480.00 | .00 | 2480.00 |
| 07/14/04 | BILL | 7915781 | 56.00 | .00 | 2050.00 | .00 | .00 | .00 | 56.00 | 4530.00 | .00 | 4586.00 |
| 08/25/04 | BILL | 7927122 | 22.00 | .00 | .00 | .00 | .00 | .00 | 78.00 | 4530.00 | .00 | 4608.00 |
| 09/11/04 | BILL | 7931619 | .00 | .00 | 1860.00 | .00 | .00 | .00 | 78.00 | 6390.00 | .00 | 6468.00 |
| 10/01/04 | PAY | 7340440 | .00 | .00 | .00 | 2480.00 | .00 | .00 | 78.00 | 3910.00 | .00 | 3988.00 |
| 10/15/04 | BILL | 7943093 | .00 | .00 | 207.50 | .00 | .00 | .00 | 78.00 | 4117.50 | .00 | 4195.50 |
| 11/22/04 | BILL | 7949793 | .00 | .00 | 805.00 | .00 | .00 | .00 | 78.00 | 4922.50 | .00 | 5000.50 |
| 12/09/04 | PAY | 7399688 | .00 | 22.00 | .00 | 2067.50 | .00 | .00 | 56.00 | 2855.00 | .00 | 2911.00 |
| 12/15/04 | PAY | 7404188 | .00 | 56.00 | .00 | 2050.00 | .00 | .00 | .00 | 805.00 | .00 | 805.00 |
| 12/20/04 | BILL | 7956244 | .00 | .00 | 86.25 | .00 | .00 | .00 | .00 | 891.25 | .00 | 891.25 |
| 12/29/04 | PAY | 7413089 | .00 | .00 | .00 | 805.00 | .00 | .00 | .00 | 86.25 | .00 | 86.25 |
| 01/14/05 | BILL | 7960997 | .00 | .00 | 616.25 | .00 | .00 | .00 | .00 | 702.50 | .00 | 702.50 |
| 02/28/05 | PAY | EFUND | .00 | .00 | .00 | 702.50 | .00 | .00 | .00 | .00 | .00 | .00 |
| 03/28/05 | BILL | 7980215 | .00 | .00 | 86.25 | .00 | .00 | .00 | .00 | 86.25 | .00 | 86.25 |
| 04/21/05 | BILL | 7986990 | .00 | .00 | 1498.25 | .00 | .00 | .00 | .00 | 1584.50 | .00 | 1584.50 |
| | TOTAL: | | 78.00 | 78.00 | 9689.50 | 8105.00 | .00 | .00 | | | | |