# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.:  3:05-bk-03817-JAF

        Debtors.                                    Chapter 11

                                    Jointly Administered

_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the Supplemental Affidavit of John B. Macdonald In Support of Application of Official Committee of Unsecured Creditors For Order, Under 11 U.S.C §1103 and Fed. R. Bankr. P. 2014 and 5002, Authorizing Retention and Employment of Akerman Senterfitt as Co-Counsel was served by United States Mail, postage prepaid and properly addressed, on the 18th day of May, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL  32801, pursuant to Rule 2014, Federal Rules of Bankruptcy Procedure, and the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL  32202, and D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY  10036.

Dated:  May 18, 2005                    AKERMAN SENTERFITT

                                    By: */s/ John B. Macdonald*
                                    John B. Macdonald
                                    Florida Bar No.: 230340
                                    E-mail: john.macdonald@akerman.com
                                    Patrick P. Patangan
                                    Florida Bar No.: 348340
                                    E-mail: patrick.patangan@akerman.com
                                    50 N. Laura St., Suite 2500
                                    Jacksonville, FL 32202
                                    Telephone: (904) 798-3700
                                    Facsimile: (904) 798-3730

                                    Proposed Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.