UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1

In re:

WINN-DIXIE STORES, INC., et. al.,

Debtors.

_____

## NOTICE OF FILING

COMES NOW the law firm of Held & Israel and hereby gives notice of the filing of the attached Notice of Withdrawal of Notice of Appearance and Request for Notices filed by the law firm of Levi Lubarsky & Feigenbaum, LLP, on behalf of Creditors Gehr Florida Development, LLC, TA/Western, LLC, Concord-Fund IV Retail, L.P., TA/Cresthaven, LLC, Flagler Retail Associates, Ltd., and Elston/Leetsdale, LLC.

DATED this __18__ day of May, 2005.


HELD & ISRAEL

By:_____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Ste. 1916
Jacksonville, Florida  32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
Attorney for Gehr Florida
Development, LLC, TA/Western, LLC,
Concord-Fund IV Retail, L.P.,
TA/Cresthaven, LLC, Flagler Retail
Associates, Ltd., and
Elston/Leetsdale, LLC.


ewh/winndixie/leviwithdrawal.djg

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-0817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC , et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF WITHDRAWAL OF NOTICE
OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned hereby withdraws its appearance

as counsel of record for Gehr Florida Development, LLC, TA/Western, LLC, Concord-Fund IV

Retail, L P , Crest Haven, LLC, Flagler Retail Associates, Ltd , and Elston/Leetsdale, LLC

Dated: New York, New York
     April 21, 2005

LEVI LUBARSKY & FEIGENBAUM LLP

By:_____
    Howard B Levi
    Steven B. Feigenbaum

1185 Avenue of the Americas, 17th Floor
New York, New York  10036
(212) 308-6100

Withdrawing Attorneys for Gehr Florida
Development, LLC, TA/Western, LLC,
Concord-Fund IV Retail, L P , Crest Haven,
LLC, Flagler Retail Associates, Ltd , and
Elston/Leetsdale, LLC

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )        Case No  05-0817-3F1
                                                 )
WINN-DIXIE STORES, INC., et al.,                 )        *Chapter 11*
                                                 )
Debtors.                                         )        Jointly Administered

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2005 a copy of the foregoing Notice of Withdrawal of Notice of Appearance and Request for Notices was served upon the following by first class mail:

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attorneys for the Debtor

King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia  30303
Attorneys for the Debtor

Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Attorneys for the Debtor

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attorneys for the Official Committee of Unsecured Creditors

Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, New York 10169
Attorneys for Wachovia Bank

Dated: New York, New York
       April 21, 2005

_____
Walter E. Swearingen