UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARING
TO BE HELD ON MAY 19, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with respect to the matters to be heard at the hearing on May 19, 2005 at 1:00 p.m. (ET):

A.     **Uncontested Matters:**

1.     *Application for Authority to Retain PricewaterhouseCoopers LLP to Provide Sarbanes-Oxley Compliance and Other Services to the Debtors (Docket No. 487)*

Objection Deadline:     Expired.

Objections:     No objections have been filed.

Status:     The Debtors will proceed with the Application.

2.     *Application for Authority to Employ KPMG LLP as Auditors, Accountants, and Tax Advisors (Docket No. 488)*

The Application was conditionally granted by this Court on May 6, 2005 (Docket No. 1076), subject to the right of parties in interest to object.

Objection Deadline:     Expired on Application; May 24, 2005 on conditional Order.

Objections:     No objections have been filed.

Status:    The Court does not need to take any action on the Application or Conditional Order on May 19. If no objection is filed by May 24, the Conditional Order will be final without further action by the Court. If an objection is filed, the Debtors will re-notice the Application for hearing.

3.    *Motion for Order Authorizing Post-Petition Premium Finance Agreement Between Debtors and AFCO Premium Credit LLC and (II) Granting Related Relief (Docket No. 939)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The United States Trustee requested that the Debtors provide for additional notice and other procedures in the proposed order. Another party in interest requested that the Debtors add information related to mortgagee interests. The proposed order has been revised to address both concerns. The Debtors will proceed with the Motion.

4.    *Motion for Order Authorizing (I) Retroactive Rejection of Real Property Leases and (II) Abandonment of Related Personal Property (Docket No. 946)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

5.    *Motion to Extend Time Within Which Debtors May File Notices of Removal (Docket No. 949)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

6.      *Motion for an Order (A) Authorizing and Approving the Sale of a 2002 Gulfstream G-200 Aircraft and Related Equipment Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing the Payment of a Brokerage Fee in Connection with the Sale to Bloomer DeVere Group Avia, Inc. and (C) Granting Related Relief (Docket No. 952)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    As a result of a request by the United States Trustee, the Debtors have agreed not to pursue at this hearing approval of the requested brokerage fee. The Debtors will file a separate motion for authority to pay the brokerage fee.

The Debtors received a competing bid for the airplane and conducted an auction on May 17 in New York. The Debtors received a higher bid for the airplane from Leading Edge Aviation for $16,435,000. The Debtors will ask the Court to approve the sale to Leading Edge.

7.      *Motion for Order (i) Authorizing the Debtors to Resolve Disputes with Certain Utility Companies Without Further Court Approval and (ii) Establishing Notice Procedures (Docket No. 955)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

8.      *Motion for Order Extending the Deadline to File Statement of Reclamation and Value Notices (Docket No. 1102)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    A group of trade creditors filed a Response in support of the motion (Docket No. 1208). The Debtors will proceed with the Motion.

9. *Motion for Authority (A) to Maintain Existing Bank Accounts and Cash Management System (B) to Continue Use of Existing Checks, and (C) to Continue Use of Current Investment Policy (Docket No. 13)*

This Motion was granted on an interim basis by Order of Judge Drain dated February 22, 2005 (Docket No. 42). The Motion remains subject to final approval.

Objection Deadline:    Expired.

Objections:    No objection has been filed.

Status:    This matter is going forward. The Debtors, the Committee and the U.S. Trustee have reached an agreement as to the form of final order.

B.    **Contested Matters:**

1. *Motion for Order (A) Deeming Utilities Adequately Assured of Payment (B) Prohibiting Utilities from Altering, Refusing or Discontinuing Services and (C) Establishing Procedures for Resolving Requests for Additional Assurances (Docket No. 23)*

This Motion was granted with respect to all non-objecting utilities by Order of Judge Drain dated March 10, 2005 (Docket No. 360). The Motion remains pending only with respect to the objecting utilities, as identified below.

Objection Deadline:    Expired.

Objections:    (a)    Alabama Power (Docket No. 180)
(b)    JEA (Docket No. 229)
(c)    BellSouth Telecommunications (Docket No. 232)
(d)    Florida Power & Light (Docket No. 235)
(e)    American Electric Power; Duke Power Company, Florida Power Company; Carolina Power & Light, Orlando Utilities Commission and Tampa Electric Company (Docket No. 260)
(f)    City of Ocala (Docket No. 931)
(g)    Entergy (informal objection)

4

Status:  The objection of BellSouth has been continued indefinitely. The objection of Florida Power and Light and Entergy will be continued to June 2, 2005. The objection of Alabama Power, American Electrical Power, Duke Power Company and the Orlando Utilities Commission will be continued to June 16, 2005.

The Debtors have reached resolutions of the objections by Florida Power Company, Carolina Power & Light, Tampa Electric Company, and City of Ocala, which are being documented.

The Debtors will proceed with the Motion and ask the Court to overrule the objection of JEA.

2.  *Debtors' Motion for Order Under 365(d)(4) Extending Time Within Which to Assume or Reject Leases (Docket No. 472)*

An Order was entered by this Court on May 6, 2005 (Docket No. 1070), extending the Debtors' time to assume or reject until September 19, 2005. The Order continued the hearing with respect to (a) the Objection filed by Gardens Park Plaza (Docket No. 641) and (b) the Objection filed by North Madison Associates, Ltd. (Docket No. 1007).

Objection Deadline:  Expired.

Objections:  (a)  Gardens Park Plaza's Objection (Docket No. 641)

(b)  North Madison Associates, Ltd.'s Objection (Docket No. 1007)

Status:  North Madison Associates has withdrawn its objection (Docket No. 1198).

The Debtors will continue the Motion as to Gardens Park Plaza's objection to June 2.

3.      *Application of Official Committee of Unsecured Creditors for Order Authorizing Employment and Retention of Houlihan Lokey Howard & Zukin Capital (Docket No. 562)*

      Objection Deadline:    Expired; except as to the Debtors pending further negotiations.

      Objections:    U.S. Trustee (Docket No. 1138)

      Status:    The Committee has informed the Debtors that it will seek to obtain an interim order. Entry of a final order will be deferred to the next hearing date.

4.      *Application of Official Committee of Unsecured Creditors to Retain Alvarez & Marsal (Docket No. 564)*

      Objection Deadline:    Expired; except as to the Debtors pending further negotiations.

      Objections:    U.S. Trustee (Docket No. 1137)

      Status:    The Committee has informed the Debtors that it will seek to obtain an interim order. Entry of a final order will be deferred to the next hearing date.

5.      *Application for Authority to Retain The Blackstone Group, L.P. as Financial Advisors (Docket No. 25)*

      This Application was granted on an interim basis by Order of Judge Drain dated March 4, 2005 (Docket No. 258). The Application remains subject to final approval.

      Objection Deadline:    Expired; except as to the Committee pending further negotiations.

      Objections:    U.S. Trustee (Docket No. 1147)

      Status:    This matter will be continued to the next hearing date.

6.      *Application for Authority to Employ XRoads Solutions Group LLC as Financial and Operations Restructuring Consultants (Docket No. 26)*

This Application was granted on an interim basis by Order of Judge Drain dated March 29, 2005 (Docket No. 546).  The Application remains subject to final approval.

Objection Deadline:    Expired.

Objections:    U.S. Trustee (Docket No. 1145)

Status:        This matter will be continued to the next hearing date.


7.      *Application of the Debtors to Employ Togut, Segal & Segal LLP as Conflicts Counsel for the Debtors (Docket No. 411).*

This Application was granted on an interim basis by Order of Judge Drain dated March 30, 2005 (Docket No. 606).  The Application remains subject to final approval.

Objection Deadline:    Expired.

Objections:    (a)    U.S. Trustee (Docket No. 1142)
               (b)    Creditors Committee (Docket No. 1176)

Status:        The U.S. Trustee has withdrawn its objection (Docket No. 1223) with the understanding that Togut will not be retained to perform future services. The Debtors will proceed with the Application to obtain a final order as to the limited retention period.


8.      *Application for Authority to Retain Carlton Fields, P.A. as Special Real Estate Litigation Counsel to the Debtors (Docket No. 489)*

Objection Deadline:    Expired.

Objections:    U.S. Trustee (Docket No. 1143)

Status:        U.S. Trustee has withdrawn its objection (Docket No. 1224).    The Debtors will proceed with the Application.

9.    *Application for Authority to Retain Bain & Company, Inc. to Provide Finance Group Support Services (Docket No. 536)*

    Objection Deadline:    Expired.

    Objections:    U.S. Trustee (Docket No. 1146)

    Status:    The U.S. Trustee has informed the Debtors it will withdraw its objection on the understanding that Bain will conclude its services by June 30. 2005.  The Committee has raised certain issues that are the subject of an agreement in principle with Bain and the Debtors.  The Debtors expect to proceed with the Application conditioned on later approval of the agreement in principle.

10.    *Application to Retain Akerman Senterfitt as Co-Counsel Nunc Pro Tunc to April 22, 2004 (Docket No. 1012).*

    Objection Deadline:    Expired.

    Objections:    U.S. Trustee (Docket No. 1144)

    Status:    The Committee has informed the Debtors that it will proceed with the Application.

Dated:  May 17, 2005

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

SMITH HULSEY & BUSEY

By    s/ D. J. Baker
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

By    s/ Cynthia C. Jackson
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    F.B.N. 498882

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
Co-Attorneys for Debtors

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Co-Attorneys for Debtors

00495744