[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                  Case No. 3:05-bk-03817-JAF
                                                        Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/

### ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

This case came on for consideration upon the Court's own motion. On May 9, 2005 ,John W. Harrison, Jr. filed Notice of Appearance and Request for Notice without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Appearance and Request for Notice is stricken from the record.

Dated May 16, 2005

                                              Jerry A. Funk
                                              United States Bankruptcy Judge

Copies furnished to:
John W. Harrison, 333 Guthrie Green, Suite 312, Louisville, KY 40202
Debtor
Attorney for Debtor
Trustee
Creditor's Committee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes              Page 1 of 1                 Date Rcvd: May 16, 2005
Case: 05-03817                  Form ID: pdfdoc           Total Served: 3


The following entities were served by first class mail on May 18, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +John W Harrison, Jr,    Karem & Karem,    333 Guthrie Green,    Suite 312,    Louisville, KY 40202-1834

The following entities were served by electronic transmission on May 17, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov May 17 2005 01:35:51     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2005**                    **Signature:**  _Joseph Speetjens_