UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING DEBTORS' MOTION
## TO APPROVE STIPULATION WITH AMERICAN
## KB PROPERTIES I LIMITED PARTNERSHIP

These cases came before the Court upon the motion of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order approving a stipulation with American KB Properties I Limited Partnership (the "Motion") (Docket No. 775). The Court finds that (i) the Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within 15 days of the date of service, (ii) no party filed an objection, and (iii) the Court therefore considers the Motion unopposed. Accordingly, it is

ORDERED that the Motion is granted.

Dated this __16__ day of May, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Copies to:
Cynthia C. Jackson
[Attorney Jackson is directed to mail a copy of this Order to all parties entitled to notice.]

00495000.DOC

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes          Page 1 of 1              Date Rcvd: May 16, 2005
Case: 05-03817                Form ID: pdfdoc        Total Served: 1
```

```
The following entities were served by first class mail on May 18, 2005.
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
           Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2005                      Signature:    _Joseph Speetjens_