[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Steven J. Reisman, a non-resident of Florida and counsel for Wilmington Trust Company, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated May 16, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Steven J. Reisman, 101 Park Avenue, New York, NY 10178-0061
Arthur J. Spector, Local Counsel, 350 E. Las Olas Blvd., #1000, Ft. Lauderdale, FL 33301

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes              Page 1 of 1             Date Rcvd: May 16, 2005
Case: 05-03817                  Form ID: pdfdoc           Total Served: 4

The following entities were served by first class mail on May 18, 2005.
aty       +Arthur J Spector,    Berger Singerman,    350 East Las Olas Blvd,    Suite 1000,
            Fort Lauderdale, FL 33301-4215
aty       +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
aty       +Steven J. Reisman,    Curtis, Mallet-Prevost, Colt & Mosle LLP,    101 Park Avenue,
            New York, NY 10178-0002

The following entities were served by electronic transmission on May 17, 2005 and receipt of the transmission
was confirmed on:
ust       +E-mail: ustp.region21.or.ecf@usdoj.gov May 17 2005 01:36:21      United States Trustee - JAX,
            135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2005**                              **Signature:** _Joseph Speetjens_