UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION
FOR ORDER UNDER 11 U.S.C. §§ 105(A), 363 AND 542
AUTHORIZING RECEIPT OF ESCROWED FUNDS OWED TO
DEBTORS IN CONNECTION WITH PREPETITION TRANSACTION**

These cases came before the Court upon the motion of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order authorizing the receipt of escrowed funds owed to the Debtors in connection with a prepetition transaction (the "Motion") (Docket No. 913). The Court finds that (i) the Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within 15 days of the date of service, (ii) no party filed an objection, and (iii) the Court therefore considers the Motion unopposed. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The firm of Dwyer & Cambre, as escrow agent, is authorized and directed to release funds in the amount of $240,000 to the Debtors.

3. The firm of Dwyer & Cambre is authorized and directed to record the termination documents executed by the Debtor prepetition.

Dated this 18 day of May, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Copies to:
Cynthia C. Jackson
[Cynthia Jackson is directed to mail a copy of this Order to all parties served with the motion.]
495773