## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In Re: | : | **Chapter 11** |
|  | : |  |
| **WINN-DIXIE STORES, INC. et al.,** | : | **Case No. 05-03817** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Matt E. Beal, Esquire, of Lowndes, Drosdick, Doster, Kantor and Reed, P.A. hereby appears as counsel of record on behalf of GOODING'S SUPERMARKETS, INC. ("Gooding's"), a creditor of the Debtor and a party in interest in the above-referenced case. Such counsel hereby enters his appearance pursuant to § 1109(b) of the Bankruptcy Code, and Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, inter alia, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given to and served upon the undersigned at the following address and telephone number:

> Matt E. Beal, Esq.
> Lowndes, Drosdick, Doster,
> Kantor and Reed, P.A.
> 215 North Eola Drive
> Post Office Box 2809
> Orlando, Florida 32802
> Electronic Mail: matt.beal@lowndes-law.com
> Telephone: (407)418-6259
> Facsimile: (407)843-4444

Further, the undersigned consents to service of papers and notices via electronic mail, facsimile, or other electronic means at the telecopier or electronic mail address shown above.

PLEASE TAKE FURTHER notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the referenced case and proceedings herein.

This Notice of Appearance of Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of Gooding's  rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case, controversy, or proceedings related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Matt E. Beal, Esquire
Florida Bar No. 0865310
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone:  (407) 418-6259
Facsimile:  (407) 843-4444
Electronic Mail: matt.beal@lowndes-law.com
Attorneys for GOODING'S SUPERMARKETS, INC.

821367/1

0029270\066748\845583\1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this _____ *19th* day of _____ *May* _____, 2005, to the extent that the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS was not served electronically via the CM/ECF System, I caused a copy of the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS to be served via first class mail postage prepaid , to the persons on the attached Service List.

_____

Matt E. Beal, Esq.

## SERVICE LIST

Winn-Dixie Stores, Inc. et al,
5050 Edgewood Court
Jacksonville, Florida  32254-3699

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Sarah Robinson Borders
Brian C. Walsh
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia  30303

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Elena L Escamilla
135 W Central Blvd., Ste 620
Orlando, FL 32806

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

821367/1

0029270\066748\845583\1