UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO APPLICATION FOR AUTHORITY TO RETAIN DJM ASSET MANAGEMENT, LLC AND THE FOOD PARTNERS, LLC AS SPECIAL REAL ESTATE CONSULTANTS TO THE DEBTORS**

I, Jane M. Leamy, certify that, on May 13, 2005, I caused to be served the Application for Authority to Retain DJM Asset Management, LLC and the Food Partners, LLC as Special Real Estate Consultants to the Debtors and corresponding Notice of Hearing, by having true and correct copies thereof sent via email service to the parties listed in Exhibit A.

Dated: May 19, 2005

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ Jane M. Leamy
Jane M. Leamy
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
(302) 651-3001 (facsimile)

- and –

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

**EXHIBIT A**

Edward Zimmer
DJM Asset Management, LLC
445 Broad Hollow Road, Suite 417
Melville, New York 11747
ezimmer@djmasset.com


Andew B. Gaiser
DJM Asset Management, LLC
445 Broad Hollow Road, Suite 417
Melville, New York 11747
agraiser@djmasset.com


Matthew Morris
The Food Partners, LLC
1250 Eye Street, NW, Suite 850
Washington, DC 20005
msmorris@thefoodpartners.com