## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF JUNE 2, 2005

I, Jane M. Leamy, certify that I caused to be served the Debtors' Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of June 2, 2005 and corresponding Notice of Hearing, by having true and correct copies thereof sent via (i) first-class mail, postage pre-paid on May 13, 2005 to the parties listed in Exhibit A and (ii) FedEx next-day delivery on May 17, 2005 to the party listed in Exhibit B.

Dated: May 19, 2005

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By:  /s/  Jane M. Leamy
Jane M. Leamy
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
(302) 651-3001 (facsimile)

- and –

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

## EXHIBIT A

ADT Security Services, Inc
PO BOX 371967
ACCT 743-12124
Pittsburgh, PA 15250-7967

ADT Security Services, Inc
PO BOX 96175
Las Vegas, NV 89193

ADT Security Services, Inc
PO BOX 371956
Pittsburgh, PA 15250

ADT Security Services, Inc
PO BOX 371490
Pittsburgh, PA 15250-7490

ADT Security Systems
1052 S. Powerline Rd
Deerefield, FL 33442

ADT Security Systems
3209 Gresham Law Rd, Ste 126
Raleigh, NC    27615

Buccaneers Limited Partnership
Attn: Bryan Glazer, Vice President
One Buccaneer Place
Tampa, FL        33607

Certified Alarms
Attn David Koch, Owner
3016 Galleria Drive
Metairie, LA   70001-2017

CIT Technology
C/O Weltman Weinberg & Reis Co Lpa
Attn Geoffrey J Peters Esq
175 S Third Street Suite 900
Columbus, OH         43215

CIT Technology Financing Services
21719 Network Place
Chicago, IL 60673-1217

Lease 1
400 Locust St
Des Moines, IA        50309-2331

Lease 1 Inc
MAC F4030-070
800 Walnut
Des Moines, IA        50309

Lease 1 Inc
PO BOX 14546
Des Moines, IA 50306-3546

Lease 1 Inc
PO BOX 6434
Carol Stream, IL 60197-6434

Protection One
Bellsouth Security System
2148 Pelham Pkwy Bldg 700
Pelham, AL     35124

Protection One
PO BOX 79016
Phoenix, AZ    85062-9016

Protection One
PO BOX 371967
Phoenix, AZ 85062-9016

Protection One
PO BOX 49016
Phoenix, AZ    85062-9016

Xerox
800 Long Ridge Rd
Stamford, CT  06904

Xerox Capital Services LL
Hughes & Luce
Attn: Sabrina Streusand
111 Congress Ave., Ste 900
Austin, TX 78701

Xerox Corp
PO BOX 650361
DALLAS,      TX      75265-0361

Xerox Corp
PO BOX 660303
DALLAS,      TX      75266-0303

Xerox Corp
PO BOX 802567
Chicago, IL    60680-2567

Xerox Corp
PO BOX 827598
Philadelphia,   PA    19182-7598

Hill, Ward & Henderson, P.A.
Suite 3700- Bank Of America Plaza
101 E. Kennedy Boulevard
P.O. Box 2231
Tampa, Florida 33601
Attn: Jonathan P. Jennewein, Esq.
Counsel For Buccaneers Limited Partnership

Sprint Communications Company, L.P.
7406 Fullerton St
Jacksonville, FL 32256

Sprint Florida, Inc.
720 Western Blvd.
Tarboro, NC 27886

CIT Technology Financing Services LP
PO BOX 550599
Jacksonville, FL 32255-0599

## EXHIBIT B

CIT Technology Financing Services, Inc.
650 CIT Drive
PO Box 1638
Livingston, NJ 07039