UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
(Jacksonville Division)

In re:

                                        Chapter 11

Winn-Dixie Stores, Inc *et al*,          Case No. 05-03817-3F1

                                        (Jointly Administered)

Debtor.

_____

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law offices of **FOLEY & MANSFIELD, PLLP** hereby files this Notice of Appearance as Trial Counsel on behalf of Thrivent Financial for Lutherans f/k/a Lutheran Brotherhood, a creditor of the Debtor herein, and requests that all future correspondence and pleadings be directed to the undersigned attorneys in their respective offices set forth below.

Date: May 19 2005.

By: /s/ Jeffrey DeCarlo     - and -     By: /s/
VIRGINIA EASLEY JOHNSON, P A              THOMAS V LALLIER
Florida Bar No.: 559156                           tlallier@foleymansfiled.com
vjohnson@foleymansfield.com                Minnesota Bar No. 163041
JEFFREY D. DeCARLO                             MEGAN A. BLAZINA
Florida Bar No.: 0056390                            mblazina@foleymansfield.com
jdecarlo@foleymansfield.com                 Minnesota Bar No. 0314973
**FOLEY & MANSFIELD, P.L.L.P.**           **FOLEY & MANSFIELD, P.L.L.P.**
4770 Biscayne Boulevard, Suite 1000      250 Marquette Avenue, Suite 1200
Miami, Florida 33137                                Minneapolis, MN 55401
Telephone: (305) 438-9899                    Telephone: (612) 338-8788
Facsimile: (305) 438-9819                    Facsimile: (612) 338-8690