## CERTIFICATE OF SERVICE

     I hereby certify that on the 19th of May, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following Fed. R. Bankr. P. Local Rule 1007(d) parties:

Attorneys for Debtor
Adam Ravin, Esq.
D.J. Baker, Esq.
Skadden Arps Slate Meagher &
  Flom, LLP
Four Times Square
New York, NY 10036

Attorneys for Debtor
Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

United States Trustee
Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Official Committee of Unsecured
Creditors
c/o Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley &
  McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

Official Committee of Unsecured
Creditors
c/o John B. Macdonald. Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Jonathan Helfat
Counsel for Wachovia Bank
Otterbourg, Steindler Houston and
Rosen
230 Park Avenue
New York, NY 10169-0075

      I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the Debtor Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida, 32254-33699, who is a non-CM/ECF participant.

By: _____
THOMAS J. LALLIER
Minnesota Bar No. 163041
Attorney for Creditor Thrivent Financial for
Lutherans f/k/a Lutheran Brotherhood
**FOLEY & MANSFIELD, P.L.L.P.**
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
Telephone: (612) 338-8788
Facsimile: (612) 338-8690
tlallier@foleymansfield.com