F I L E D
JACKSONVILLE, FLORIDA

MAY 1 9 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
WINN-DIXIE STORES, INC.,                Case no. 3:05-bk-03817-JAF
           Debtor(s).    /              Chapter 11 Case

LIVERPOOL GROUP INC.'S D/B/A INTERNATIONAL DESSERT PALACE
REQUEST FOR BANKRUPTCY NOTICE

Pursuant to Bankruptcy Rule 2002(i), LIVERPOOL GROUP INC., D/B/A INTERNATIONAL DESSERT PALACE, a creditor, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest (rules 2002[a],[b] and [c]), whether sent by the Court, the debtor(s) or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:

> Gerard M. Kouri, Jr., Esq.
> GERARD M. KOURI, JR., P.A.
> Attorney for Liverpool Group Inc.,
> d/b/a International Dessert Palace
> 10021 Pines Boulevard, Suite 202
> Pembroke Pines, FL 33024-6191
> Telephone: 954-447-9632, Facsimile: 954-447-9634

**I HEREBY CERTIFY** that copies of the foregoing were mailed on May 2, 2005, to: United States Trustee, 135 W Central Blvd, #620, Orlando, FL 32801; Dennis F. Dunne, Esq., Official Committee Of Unsecured Creditors of Winn-Dixie Stores, Inc., et. al., 1 Chase Manhattan Plaza, New York, NY 10005; Adam Ravin, Esq., attorney for debtor, Skadden Arps Slate Meager & Flom, LLP., Four Times Square, New York, NY 10036; Cynthia C. Jackson, Esq., attorney for debtor, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201; and Winn-Dixie Stores, Inc., debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699.      GERARD M. KOURI, JR., P.A.

> Attorney for Liverpool Group Inc.,
> d/b/a International Dessert Palace
> 10021 Pines Boulevard, Suite 202
> Pembroke Pines, FL 33024-6191
> Tel: (954)447-9632, Fax (954)447-9634
> By: _____
>      GERARD M. KOURI, JR., ESQ.
>      FBN 375969