UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING AMENDED RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION AND CERTIFICATE OF SERVICE

The Court finds that the Amended Rule 2019 Disclosure of Multiple Representation and Certificate of Service filed by Amy Pritchard Williams on behalf of Applewood Shopping Center, Weddington Associates, Broad Street Station Shopping Center, LLC, Crawford Norwood Realty and K-2 Properties, LLC on May 16, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Amended Rule 2019 Disclosure of Multiple Representation and Certificate of Service filed by Amy Pritchard Williams on behalf of Applewood Shopping Center, Weddington Associates, Broad Street Station Shopping Center, LLC, Crawford Norwood Realty and K-2 Properties, LLC filed on May 16, 2005 is stricken from the record.

**DATED May 19, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Amy Pritchard Williams, Hearst Tower, 47th Floor, 214 N. Tryon, Charlotte, NC 28202
Adam Ravin, Four Times Square, New York, NY 10036
Cynthia C. Jackson, 225 Water St., Ste 1800, Jacksonville, FL 32201
US Trustee
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY 10005
John B. Macdonald, 50 N. Laura St., Ste 2500, Jacksonville, FL 32202
Logan & Co., Inc., 546 Valley Rd., Upper Montclair, NJ 07043