UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

### ORDER STRIKING RECLAMATION DEMAND OF THE GREAT FISH COMPANY, LLC

The Court finds that the Reclamation Demand of The Great Fish Company, LLC filed by James W. Martin on May 10, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Reclamation Demand of The Great Fish Company, LLC filed by James W. Martin on May 10, 2005 is stricken from the record.

**DATED May 16, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James W. Martin, One Securities Centre, Suite 300, 3490 Piedmont Rd., N.E., Atlanta, GA  30305
Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL  32254
Adam Ravin, Four Times Square, New York, NY  10036-6522
US Trustee
Dennis F. Dunn, 1 Chase Manhattan Plaza, New York, NY  10005

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: May 17, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on May 19, 2005.
unk        +Zubi Advertising Services, Inc.,    355 Alhambra Circle,    10th Floor,    Coral Gables, FL 33134-5037

The following entities were served by electronic transmission on May 18, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov May 18 2005 02:32:17     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                                     TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Zubi Advertising Services, Inc.,    355 Alhambra Circle,    10th Floor,    Coral Gables, FL 33134-5037
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2005**          **Signature:** _Joseph Speetjens_