UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION FOR RELIEF FROM STAY

The Court finds that the Motion for Relief From Stay by Julie Haynes filed by David M. Sessums on May 11, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Relief From Stay by Julie Haynes filed on May 11, 2005 is stricken from the record.

**DATED May 16, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
David M. Sessums, Attorney for Movant, 1110 Jackson St., P.O. Box 1237, Vicksburg, MS 39181-1237
D.J. Baker, Co-Counsel for Debtor, Four Times Square, New York, NY 10036-6522
Stephen D. Busey, Co-Counsel for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1            Date Rcvd: May 17, 2005
Case: 05-03817              Form ID: pdfdoc        Total Served: 3

The following entities were served by first class mail on May 19, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
            David M. Sessums,    1110 Jackson St.,,    P.O. Box 1237,    Vicksburg, MS  39181-1237

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2005**            **Signature:**    _Joseph Speetjens_