UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING OBJECTION TO DEBTORS' REPORT REGARDING CLAIMS AND MEMORANDUM OF LAW IN SUPPORT OF OBJECTION

The Court finds that the Objection to Debtors' Report Regarding Claims Under the Perishable Agricultural Commodities Act and Memorandum of Law in Support of Same Objection filed by Mark G. Duncan on behalf of Old Dixie Produce & Packaging, Inc., on May 16, 2005 were filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Objection to Debtors' Report Regarding Claims Under the Perishable Agricultural Commodities Act and Memorandum of Law in Support of Same Objection filed by Mark G. Duncan on behalf of Old Dixie Produce & Packaging, on May 16, 2005 are stricken from the record.

DATED May 17, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Mark G. Duncan, 3421 N. Causeway Blvd., Suite 601, Metairie, LA  70002
Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, NY  10036, Attn: Sally McDonald Henry

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1             Date Rcvd: May 17, 2005
Case: 05-03817              Form ID: pdfdoc         Total Served: 2
```

The following entities were served by first class mail on May 19, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
           +Mark G. Duncan,   3421 N. Causeway Blvd., #601,   Metairie, LA 70002-3726

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2005**                     Signature:   _Joseph Speetjens_