UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The Court finds that the Notice of Appearance and Request for Service filed by Joel L. Tabas on behalf of Spring Hill Associates, Ltd. on May 13, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Notice of Appearance and Request for Service filed by Joel L. Tabas on behalf of Spring Hill Associates, Ltd. on May 13, 2005 is stricken from the record.

DATED May 17, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
John B. Macdonald, 50 North Laura St., Suite 2500, Jacksonville, FL 32202
Adam Ravin, Four Times Square, New York, NY 10036-6522
Cynthia C. Jackson, 225 Water St., Suite 1800, Jacksonville, FL 32202
Joel L. Tabas, 25 S.E. Second Ave., 919 Ingraham Bldg., Miami, FL 33131-1538
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY 10005
US Trustee
Debtor
Pepisco & Subsidiaries, 7701 Legacy Drive 38-109, Plano, TX 75024
Deutsche Bank Trust Company Americas, 60 Wall St., New York, NY 10005
New Plan Excel Realty Trust, Inc., 420 Lexington Ave., New York, NY 10170
OCM Opportunities Fund V, L.P., c/o Oaktree Capital Management, LLC, Los Angeles, CA 90071
R2 Investments, LDC, c/o Amalgamated Gadget, LP, 301 Commerce St., Suite 3200, Ft. Worth, TX 76102
Kraft Foods Global, Inc., Three Lakes Drive, Northfield, IL 60093
Capital Research & Management Co., 333 South Hope St., Los Angeles, CA 90071

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes             Page 1 of 1            Date Rcvd: May 17, 2005
Case: 05-03817                 Form ID: pdfdoc          Total Served: 13


The following entities were served by first class mail on May 19, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
             New York, NY 10005-1401
aty        +Joel L. Tabas,   25 Southeast Second Ave., Ste. 919,   Miami, FL 33131-1600
aty        +John B. Macdonald,    Akerman Senterfitt,   50 North Laura Street,   Suite 2500,
             Jacksonville, FL 32202-3646
           +Capital Research & Management Co.,    333 South Hope Street,   Los Angeles, CA 90071-1406
           +Deutsche Bank Trust Company Americas,    60 Wall Street,   New York, NY 10005-2836
           +Kraft Foods Global, Inc.,    Three Lakes Drive,   Northfield, IL 60093-2754
           +New Plan Excel Realty Trust, Inc.,    420 Lexington Avenue,   New York, NY 10170-0002
            OCM Opportunities Fund V, L.P.,    c/o Oaktree Capital Management, LLC,   Los Angeles, CA  90071
           +Pepisco & Subsidiaries,    7701 Legacy Drive, 38-109,   Plano, TX 75024-4002
           +R2 Investments, LDC,    c/o Amalgamated Gadget, LP,   301 Commerce St., #3200,
             Fort Worth, TX 76102-4140

The following entities were served by electronic transmission on May 18, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov May 18 2005 03:02:21     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2005**                          **Signature:**  *Joseph Speetjens*