UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The Court finds that the Notice of Appearance and Request for Service filed by W. Howard Donovan, III on behalf of Southbrook Partners, LLC, Shades Creek Partners, Foley Partners, LLC and Wolfchase Associates, LLC on May 13, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Notice of Appearance and Request for Service filed by W. Howard Donovan, III on behalf of Southbrook Partners, LLC, Shades Creek Partners, Foley Partners, LLC and Wolfchase Associates, LLC on May 13, 2005 is stricken from the record.

**DATED May 17, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Sarah Robinson Borders, 191 Peachtree Street, Atlanta, GA 30303
D. Jan Baker, Four Times Square, New York, NY 10036-6522
Stephen D. Busey, 225 Water St., Suite 1800, Jacksonville, FL 32202
W. Howard Donovan, III, 813 Shades Creek Parkway, Suite 200, Birmingham, AL 35209

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: May 17, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 4

The following entities were served by first class mail on May 19, 2005.
aty      +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty      +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
           Jacksonville, FL 32202-4494
         +Sarah Robinson Borders,   191 Peachtree Street,   Atlanta, GA 30303-1740
         +W. Howard Donovan, III,   813 Shades Creek Parkway, Ste 200,   Birmingham, AL 35209-4512

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2005**               **Signature:**   *Joseph Speetjens*