UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

Debtor(s)

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

The Court finds that the Notice of Appearance and Request for Service of Notices and Pleadings filed by Judy D. Thompson on behalf of Cardtronics, Inc. on May 16, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Notice of Appearance and Request for Service of Notices and Pleadings filed by Judy D. Thompson on behalf of Cardtronics, Inc. on May 16, 2005 is stricken from the record.

**DATED May 19, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Judy D. Thompson, 301 S. College St., Suite 2300, Charlotte, NC 28202
Cynthia C. Jackson, Attorney for Debtor, 225 Water St., Ste 1800, Jacksonville, FL 32201
Debtor
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY 10005
Adam Ravin, Four Times Square, New York, NY 10036
US Trustee
John B. Macdonald, 50 N. Laura St., Ste 2500, Jacksonville, FL 32202

Blakely /   /   / Revised: 05/17/05 4:12 PM        Printed: 05/18/05                                Page: 1 of 1