

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Application for Authority to Retain PricewaterhouseCoopers LLP to Provide Certain Sarbanes-Oxley Compliance and Other Services to the Debtors filed by Debtor (487)

*Approved*
*Ord/signed*

**APPEARANCES:**
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR

**RULING:**