

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC.

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

(488)   Application for Authority to Employ KPMG LLP as Auditors, Accountants, and Tax Advisors filed by Debtor

*Obj*
*Period to run to 5/24 - will submit order or reached if objected to*

**APPEARANCES:**
**US TRUSTEE:** ELENA ESCAMILLA
**UNSEC. CRED:** JOHN D. MACDONALD/JACOB A. BROWN
          DENNIS DUNNE/MATTHEW S. BARR

**RULING:**