

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**     **WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Motion to Extend Time Within Which Debtors May File Notices of Removal Filed by Debtor(949)

*/75 day*

*Granted - ord/signed*

**APPEARANCES:**
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR

**RULING:**