UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

ORDER UNDER FED.R.BANKR.P.9006(B)
EXTENDING THE TIME WITHIN WHICH DEBTORS
MAY FILE NOTICES OF REMOVAL

These cases came before the Court for hearing on May 19, 2005, upon the motion of Winn-Dixie Stores, Inc. and its affiliates and subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under Fed.R.Bankr.P.9006(b) extending the time within which the Debtors may file notices of removal under Fed.R.Bankr.P.9027(a)(2)(a) (the "Motion").[1]  The Court has reviewed the Motion, considered the evidence and heard the argument of counsel.  After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors.  Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. Pursuant to Fed.R.Bankr.P.9006(b), the time within which the Debtors may file notices of removal is extended for approximately one hundred seventy-five (175) days, through and including August 15, 2005.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2.  The Court shall retain jurisdiction to (i) resolve any disputes arising from the extension of the period set forth in Fed.R.Bankr.P.9027(a)(2)(a), and (ii) interpret, implement, and enforce the provisions of this Order.

Dated May 19, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.