

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for an Order (A) Authorizing and Approving the Sale of a 2002 Gulfstream G-200 Aircraft and Related Equipment Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing the Payment of a Brokerage Fee in Connection with the Sale to Bloomer DeVere Group Avia, Inc. and (C) Granting Related Relief Filed by Debtor(952)

Transcript from the May 17, 2005 Auction to Sell the 2002 Gulfstream G-200 Aircraft Filed by Debtor (1257)

*Leading Edge Aviation - Alan Heers*

*Granted - ord/ Busey*

APPEARANCES:
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR

**RULING:**