

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**May 19, 2005**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Motion for Order (i) Authorizing the Debtors to Resolve Disputes with Certain Utility Companies Without Further Court Approval and (ii) Establishing Notice Procedures Filed by Debtor (955)

*Granted - ord/signed*

**APPEARANCES:**
**US TRUSTEE:** ELENA ESCAMILLA
**UNSEC. CRED:** JOHN D. MACDONALD/JACOB A. BROWN
DENNIS DUNNE/MATTHEW S. BARR

**RULING:**