

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Extending the Deadline to File Statement of Reclamation and Value Notices Filed by Debtor (1102)

Response to Debtors' Motion for Order Extending the Deadline to File Statement of Reclamation and Value Notices filed by The Clorox Sales Co., ConAgra Foods, Inc., Conopco, Inc., Frito-Lay, Inc., General Mills Inc., Kraft Foods Global, Inc., Masterfoods USA, a division of Mars, Inc., Nestle USA, Inc., Pepsi Bottling Group, The Procter & Gamble Disbributing Co., Quaker Sales & Distribution, Inc., Sara Lee Corp., and S.C. Johnson & Son, Inc.(Trade Vendors)(1208)

*Granted - ord/signed*

*Reclamation Ord. Samuel Corrigan*
*Wachovia: Atty Cox p*

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN D. MACDONALD/JACOB A. BROWN
                   DENNIS DUNNE/MATTHEW S. BARR
TRADE VENDORS:     MARK J. FRIEDMAN/PHILIP V. MARTINO

RULING: