# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

## ORDER EXTENDING DEADLINE TO FILE
## STATEMENT OF RECLAMATION AND VALUE NOTICES

These cases came before the Court for hearing on May 19, 2005, upon the motion of Winn-Dixie Stores, Inc. and its affiliates and subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under Fed.R.Bankr.P.9006(b), extending the time within which the Debtors may file a Statement of Reclamation and the Debtors or any other interested party may file Value Notices, (the "Motion").[1] The Court has reviewed the Motion, considered the evidence and heard the argument of counsel. After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The time within which (i) the Debtors are required to file a Statement of Reclamation, and (ii) the Debtors and any other interested party are required to file Value Notices, is extended to June 30, 2005.

---

[1] All capitalized terms not otherwise defined by this Order shall have the meaning ascribed to them in the Motion.

2. The Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated May __19__, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2