

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

**Thursday**
**May 19, 2005**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

**Prior Pro**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance filed by Debtor (23)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by Alabama Power (180)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by JEA (229)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by BellSouth (232)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by FL Power & Light (235)

Objection to Motion for Order Deeming Utilities Adequately Assured Of Payment filed by American Electric Power; Duke Power Company, Florida Power Company; Carolina Power & Light, Orlando Utilities Commission and Tampa Electric Co. (260)

Objection to Motion for Order Deeming Utilities Adequately Assured of Payment filed by City of Ocala (931)

*Obj of Alabama Power to 6/16 hrg*

*JEA obj - Overruled - ord/Busey w/o prej*

*Ala Power: Edward Peterson*

*JEA: Dick Thames*

*W. Joe Akins*
*W. Sam McByrum*

**APPEARANCES\*:**
**US TRUSTEE:  ELENA ESCAMILLA**
**UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN**
**DENNIS DUNNE/MATTHEW S. BARR**

**\*Appearances continued on page 2**

**RULING:**



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**May 19, 2005**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

PAGE 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**APPEARANCES CONTINUED:**

| | |
|---|---|
| **ALABAMA POWER:** | **ERIC T. RAY** |
| **JEA & CITY/OCALA:** | **NINA M. LAFLEUR** |
| **BELLSOUTH:** | **REGINALD A. GREENE** |
| **FL POWER/LIGHT:** | **RACHEL BUDKE** |
| **TAMPA ELEC:** | **RUSSELL R. JOHNSON, III** |
| **AMER. ELEC:** | |
| **DUKE POWER:** | |
| **CAROLINA POWER:** | |
| **ORLANDO UTIL:** | |