

## HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Motion For Order Under 365(d)(4) Extending Time Within Which to Assume Or Reject Leases filed by Debtor (472)

Objection to Motion for Order Under 11 U.S.C. 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of NonResidential Real Property filed by Gardens Park Plaza (641)

*Cont'd to June 2 @ 1:00*
*AO CNFN*

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN D. MACDONALD/JACOB A. BROWN
                   DENNIS DUNNE/MATTHEW S. BARR
GARDENS PARK PLAZA:  MICHAEL BAKST

RULING: