

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

AOCNFN

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

PRIOR PRO

Application Of Official Committee Of Unsecured Creditors For Order Authorizing Employment And Retention Of Houlihan Lokey Howard & Zukin Capital (562)

Objection to Application of Official Committee of Unsecured Creditors to Employ Houlihan Lokey Howard & Zukin Capital Filed by US Trustee (1138)

*June 2 @ 1:00*
*AOCNFN*

*Unsec. Cred: Matthew Barr*

APPEARANCES:
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
             DENNIS DUNNE/MATTHEW S. BARR

RULING: