

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

AOCNFN

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

PRIOR PRO

Application Of Official Committee Of Unsecured Creditors to Retain Alvarez & Marsal, LLC (564)

Objection to Application of Official Committee of Unsecured Creditors to Employ Alvarez & Marsal, LLC Filed by US Trustee (1137)

Cont'd
June 2 @ 1:00
AOCNFN

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
DENNIS DUNNE/MATTHEW S. BARR

RULING: