

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC.

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application for Authority to Retain The Blackstone Group, L.P. as Financial Advisors filed by Debtor (25)

Objection to Debtors Application to Employ Blackstone Group, L.P. Filed by US Trustee (1147)

*June 2 @ 1:00*
*ACNFN*

**APPEARANCES:**
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
            DENNIS DUNNE/MATTHEW S. BARR

**RULING:**