

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Application for Authority to Employ XRoads Solutions Group LLC as Financial and Operations Restructuring Consultants filed by Debtor (26)

Objection to Debtors' Application To Employ XRoads Solutions Group, LLC, As Financial And Operations Restructuring Consultants Filed by US Trustee (1145)

June 2 @ 1:00
A@CNFN

**APPEARANCES:**
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
    DENNIS DUNNE/MATTHEW S. BARR

**RULING:**