

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**May 19, 2005**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**


Application of the Debtors to Employ Togut, Segal & Segal LLP as Conflicts Counsel for the Debtors(411)


Objection to Employment of Togut, Segal & Segal LLP as Conflicts Counsel filed by the Creditor's Committee(1176)


*Approved - ord/signed*


**APPEARANCES:**
**US TRUSTEE:  ELENA ESCAMILLA**
**UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN**
              **DENNIS DUNNE/MATTHEW S. BARR**


**RULING:**