

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Application for Authority to Retain Carlton Fields, P.A. as Special Real Estate Litigation Counsel filed by Debtor (489)

*Approved - Ord/signed*

**APPEARANCES:**
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
           DENNIS DUNNE/MATTHEW S. BARR

**RULING:**