# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | )    Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | )    *Chapter 11* |
| | ) |
| Debtors. | )    Jointly Administered |
| | ) |

## ORDER AUTHORIZING DEBTORS TO RETAIN CARLTON FIELDS, P.A. AS SPECIAL REAL ESTATE LITIGATION COUNSEL

These cases came before the Court for hearing on May 19, 2005, upon the application of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing the Debtors to retain Carlton Fields, P.A. as special real estate litigation counsel (the "Application").[1] The Court has reviewed the Application and the supporting Declaration of Alan M. Grunspan and Disclosure of Compensation (the "Grunspan Declaration") and has considered the evidence and heard the argument of counsel. After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Application is granted.

2.      The Debtors are authorized to retain Carlton Fields, P.A. as special real estate litigation counsel pursuant to section 327(e) of the Bankruptcy Code nunc pro tunc to the Petition Date on the terms set forth in the Application and the Grunspan Declaration.

---

[1]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Application.

3.    No work performed by Carlton Fields, P.A. shall be duplicative of work performed by any other counsel retained by the Debtors in these cases.

4.    If any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, Carlton Fields, P.A.'s employment shall continue as authorized pursuant to this Order.

5.    Carlton Fields, P.A. shall be compensated upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court.

6.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated May 19, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

-2-