

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Application for Authority to Retain Bain & Company, Inc. to Provide Finance Group Support Services filed by Debtor (536)

Objection to Debtors' Application to Employ Bain & Company, Inc. to Provide Finance Group Support Services Filed by US Trustee (1146)

*Granted ord / Busey*

*Cred Committee to file pleading June 16 @ 1:00 if needed*

**APPEARANCES:**
**US TRUSTEE:** ELENA ESCAMILLA
**UNSEC. CRED:** JOHN D. MACDONALD/JACOB A. BROWN
         DENNIS DUNNE/MATTHEW S. BARR

**RULING:**