

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 19, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Application to Retain Akerman Senterfitt as Co-Counsel *Nunc Pro Tunc to April 22, 2005* Filed by John B. Macdonald on behalf of Creditor Committee (1012)

Affidavit in Support of Application to Retain Akerman Senterfitt as Co-Counsel Filed by John B. Macdonald on behalf of Creditor Committee (1013)

Supplemental Affidavit in Support of Application to Retain Akerman Senterfitt *as Co-Counsel* Filed by John B. Macdonald on behalf of Creditor Committee (1272)

Objection to Application of Creditor Committee to Retain Akerman Senterfitt as Co-Counsel, *Nunc Pro Tunc to April 22, 2005* Filed by United States Trustee (1144)

*[handwritten notes: FoFCoL & ord from John Macdonald / FoFCoL Elena / 15 days to submit]*

**APPEARANCES:**
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN D. MACDONALD/JACOB A. BROWN
              DENNIS DUNNE/MATTHEW S. BARR

**RULING:**