UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| WINN-DIXIE STORES, ET AL | * | |
| | * | |
| Debtor | * | CASE NO. 05-03817-3F1 |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | Jointly Administered |

*********************************************************************

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, L. Phillip Canova, Jr., of the firm Canova & Delahaye, L.L.C., whose office address, telephone numbers and email address appear below, does hereby enter an appearance as counsel for the City of Plaquemine, City Light and Water Plant, a creditor in the above styled Chapter 11 case.

Further, notice is hereby given and request is hereby made that all pleadings and notices in the above captioned bankruptcy should be sent to the aforesaid counsel at the address set out below in writing or electronically pursuant to local rules regarding electronic case filing.

Respectfully submitted this 20th day of May, 2005.

```
L. Phillip Canova, Jr., #3851
Louis W. Delahaye, #17940
Thomas C. Delahaye, #18180
            of
CANOVA AND DELAHAYE
A Professional Law Corporation
Attorneys and Counsellors at Law
58156 Court Street
Plaquemine, Louisiana 70764-2708
(225) 687-8340
(225) 687-1868 (Fax)
PCANOVA@EATEL.NET

ATTORNEYS FOR THE CITY OF
PLAQUEMINE, CITY LIGHT AND WATER
PLANT
```