**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. __05-1163__
__3:05-bk-03817-JAF__
__Lower Court: 04-19601 CACE (12)__

David Timmons
    Plaintiff/Petitioner

VS.

Winn Dixie Stores, Inc.
    Defendant

**FILED**
JACKSONVILLE, FLORIDA

MAY 1 9 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __David Timmons__ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: __May 16, 2005__      __David Timmons__
                                                                   Signature

## AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, __David Timmons__, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the nature of this action is as follows:

__Petitioner Motion For Relief From Bank-Ruptcy Stay__

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true

Are you presently employed?   Answer: __(No)__

a   If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer
b   If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received

__None__

__None__

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment or in the form of rent payments, interest, dividends, or other source?   Answer: __None (No)__

a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months

3. Do you own any cash or checking or savings account?    Answer: __(NO) INSOLVENT__

   a. If answer is "yes", state the total value of the items owned.

   _NONE_

   _NONE_

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?    Answer: _NONE_

   a. If answer is "yes", describe property and state approximate value.

   _NONE_

   _NONE_

5. List the persons who are dependent upon you for support and state your relationship to those persons.

   _SELF / NO OTHER_

I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_David Simmons_
Signature

SUBSCRIBED AND SWORN TO before me this

_____ day of _____

DECLARATION IN SUPPORT OF:

I UNDERSTAND THAT A FALSE STATEMENT OR ANSWER TO ANY QUESTION IN IN THIS DECLARATION WILL SUBJECT ME TO PENALTIES FOR PERJURY.

_David Simmons_
PETITIONER SIGNATURE

PURSUANT TO 28 U.S.C. SECT. 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TURE AND CORRECT.

_David Simmons_

DATE: MAY 16, 2005