FILED
JACKSONVILLE, FLORIDA
MAY 19 2005
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

David Timmons
   Plaintiff

Case No. 3:05-bk-03817-JAF
District Court: 05-1163
Lower Court: 04-19601CACE(12)

Vs.

Winn Dixie Store, Inc.
   Defendant
_____/

### Motion for Relief from Stay

Come Now, the Plaintiff David Timmons, Pro Se, Pursuant to Bankruptcy Rule 4001, Move this Honorable Court to relief this Cause from stay; In Support THEREOF The Plaintiff would state the following:

(1) Plaintiff files a Personal Injury Complaint against the Defendant on November 17, 2004

(2) On or about February 21, 2005, The Defendant filed Bankruptcy in this Court Causing an automatic stay

(3) As a result of the defendant negligent, there is serious bodily harm, loss of wage, Deprivation of livelihood, and undue hardship

(4) Plaintiff seeks a disparate need to pursue his claim and regain some livelihood

(5) Plaintiff has no equity in the defendant disputed property

(6) Plaintiff is only seeking judgment from the insurance proceed and not from the Defendant directly

(7) The insurance proceeds would not be available for distribution to other creditors in The process

(8) Plaintiff would assure the Court that if the stay is lifted, there would be no harm to The Bankruptcy Estate or its Creditor's.

WHEREFORE, the Plaintiff Pray that this Honorable Court would consider the Plaintiff Position in this Cause and issuer an order to lift the stay so liberty and justice may be served.

Respectfully Submitted

*David Timmons* (signature)
David Timmons Pro se
#500413239/6A3
Main Bureau
P.O. Box 9356
Fort Lauderdale, Florida 33301

## OATH

Pursuant to 28 U.S.C. sec. 1746, I declare under penalty of perjury that the Foregoing Motion for relief from stay is true and correct.

*David Timmons* (signature)
David Timmons/Pro se

### Certificate of Service

I David Timmons, the Plaintiff do HEREBY Certify that a true and correct copy of the Foregoing Motion has been serve to Jason K. Gunter and Gregory A. Victor attorney's for The defendant, at the Law Office of Adorno and Yoss, LLP, 888 S.E. 3rd Avenue Suite 500 Fort Lauderdale, Florida 33316-1159, Clerk of Court, 17th Judicial Circuit Broward County 201 S.E. 6th Street, Fort Lauderdale, Florida 33301, and the United States Bankruptcy Court for the Southern district of New York, Foley Square 40 Centre Street, New York, N.Y. 1007, by U.S. Mail on this __16TH__ day of May 2005.