[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

This case came on for consideration upon the Court's own motion. On May 19, 2005, Lee P. Morgan on behalf of Homewood Associates, Inc. and W.T.H., II, LLC filed Entry of Appearance and Request for Notices without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Entry of Appearance and Request for Notices is stricken from the record.

Dated May 20, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Adam Ravin, Attorney for Debtor
Dennis F. Dunne, Attorney for Creditor's Committee
Lee P. Morgan, P.O. Box 48359, Athens, GA 30604