# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING REQUEST FOR NOTICE

The Court finds that the Request for Notice filed by Gerard M. Kouri, Jr. on behalf of Liverpool Group Inc., d/b/a International Dessert Palace on May 19, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly,  it is

**ORDERED**:

The Request for Notice filed by Gerard M. Kouri, Jr. on behalf of Liverpool Group Inc., d/b/a International Dessert Palace on May 19, 2005 is stricken from the record.

**DATED May 20, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
John B. Macdonald, 50 North Laura St., Suite 2500, Jacksonville, FL  32202
Adam Ravin, Four Times Square, New York, NY  10036-6522
Cynthia C. Jackson, 225 Water St., Suite 1800, Jacksonville, FL  32202
Dennis F. Dunne, 1 Chase Manhattan Plaza, New York, NY  10005
US Trustee
Debtor
Gerard M. Kouri, Jr., 10021 Pines Boulevard, Suite 202, Pembroke Pines, FL  33024-6191