UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br><br>Debtor. | )<br>)<br>) Chapter 11<br>) Case No. 05-03817 (JAF)<br>)<br>)<br>) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

In accordance with Bankruptcy Code Section 1109(b) and Bankruptcy Rule 9010 please enter the appearances of **John F. Ventola (jventola@choate.com) and William S. McMahon (wmcmahon@choate.com) of Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109-2891** as counsel to National Fish & Seafood, Inc. The undersigned hereby demand that they receive copies of all notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, e-mail or otherwise, which affect the Debtor or the property of the Debtor filed by any party in the above-captioned case.

Dated: May 20, 2005

_/s/ William S. McMahon_
John F. Ventola, P.C.
William S. McMahon
Choate Hall & Stewart
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000 – telephone
(617) 248-4000 – facsimile

3921329v1