UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
MAY 2 0 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## APPEARANCE FOR DAWN FOOD PRODUCTS, INC.

Dawn Food Products, Inc. ("Dawn Food Products"), by undersigned counsel, hereby gives its Notice of Appearance, and respectfully request that copies of all documents (other than proofs of claim) filed in the above-captioned case (this "Case") be given to and served upon the following:

Wendy D. Brewer
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Telecopier: (317) 231-7433

Counsel authorizes service by e-mail to the following e-mail address: wendy.brewer@btlaw.com.

Neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of Dawn Food Products' (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All of such rights hereby are reserved and preserved by Dawn Food Products, without exemption and with no

purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this Case.

Respectfully submitted this 19th day of May, 2005,

/s/ Wendy D. Brewer
Wendy D. Brewer (Fla. Bar No. 0057746)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Telecopier: (317) 231-7433
wendy.brewer@btlaw.com

Counsel for Dawn Food Products, Inc.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Appearance for Dawn Food Products, Inc. was served to the parties on the attached service list, **Exhibit A**, by U.S. Mail, properly addressed and postage prepaid, on the 19th day of May, 2005

Dated: May 19, 2005

_____
Wendy D. Brewer

INDS01 SSPRUNGER 760989v1

Label Matrix for USBC
Middle District of Florida
Case 3:05-bk-03817-JAF
Thu May 19 09:19:30 EDT 2005

ACCO Brands, Inc
75 Remittance Drive
Suite 1187
Chicago, IL 60675-1187

ADS Seafood, Inc., d/b/a Atlantic Fisher
c/o Lara Roeske Fernandez, Esquire
Trenam, Kemker
P.O. Box 1102
Tampa, FL 33601-1102

ADS Seafood, Inc., d/b/a Atlantic Fisher
c/o Lara Roeske Fernandez, Esquire
P.O. Box 1102
Tampa, FL 33601-1102

ADS Seafood, Inc., d/b/a Attlantic Fishe
c/o Lara Roeske Fernandez, Esquire
P.O Box 1102
Tampa, FL 33601-1102

AMSW, Inc.
c/o Stovash, Case & Tingley, P.A.
200 S. Orange Avenue, Suite 1220
Orlando, FL 32801

ASM Capital II, L.P.
c/o Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

ASM Capital, L.P.
7600 Jericho Turnpike
Suite 302
Woodbury, NY 11797

Rachel E Adams
Stovash Case & Tingley PA
200 South Orange Avenue
Suite 1220
Orlando, FL 32801

Alabama Power Company
c/o Eric T. Ray
Balch & Bingham
P. O. Box 306
Birmingham, AL 35201

Allen Canning Company
c/o James J. Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Allied Capital Corporation
c/o Law Office of Mark D. Speed
83 Maiden Lane
New York, NY 10038

Altamonte SSG, Inc
c/o Lara Roeske Fernandez, Esquire
Trenam, Kemker
P.O. Box 1102
Tampa, FL 33601-1102

Altamonte SSG, Inc.
c/o Lara Roeske Fernandez, Esquire
P.O. Box 1102
Tampa, FL 33601-1102

America Ortega Garcia and Albert Garcia
c/o Marvin S. Schulman, P.A.
2800 Weston Road, Suite 201
Weston, FL 33331

American Food Distributors Inc.
c /o Macco & Stern, LLP
135 Pinelawn Road
Suite 120 S
Melville, NY 11747

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Arizona Beverage Co., LLC
2450 West Copans Road
Pompano Beach, FL 33069

Arthur J. Spector
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301, 33301

Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Michael R. Bakst
Elk, Bankier, Christu & Bakst, LLP
222 Lakeview Avenue
Suite 1330
West Palm Be, FL 33401

Bar-S Foods Co.
Snell & Wilmer, LLP
c/o Peter J. Rathwell, Esq.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

Rayburn Barfield
Murray, Frank & Sailer LLP
275 Madison Avenue
8th Floor
New York, NY 10027

Dale R Baringer
Schaneville & Baringer
918 Government Street
Baton Rouge, LA 70802

Earl M. Barker Jr.
Slott, Barker & Nussbaum
334 E. Duval St.
Jacksonville, FL 32202

Matthew Scott Barr
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Baumgardner Hogan Real Estate, LLC
P.O. Box 7606
Louisville, Ky 40207

EXHIBIT A

| | | |
|---|---|---|
| Bear Stearns Investment Products, Inc.<br>383 Madison Avenue<br>New York, NY 10179 | Sabrina C Beavens<br>Iurillo & Associates, P.A.<br>Sterling Square<br>600 First Avenue North, Suite 308<br>St. Petersburg, FL 33701 | Belco Distributors<br>100 Adams Blvd<br>Farmingdale, NY 11735 |
| Keith L Bell Jr<br>Clark Partington Hart<br>Post Office Box 13010<br>Pensacola, FL 32502 | BellSouth<br>675 West Peachtree St<br>Suite 4300<br>Atlanta, GA 30375 | Margaret A. Benton<br>LAW OFFICE OF MARGARET A. BENTON<br>800 Virginia Ave., Suite 10<br>Fort Pierce, FL 34982 |
| Leslie A Berkoff<br>Moritt Hock Hamroff Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Brendan G. Best<br>400 Renaissance Center<br>Detroit, MI 48243-1668 | James E. Bird<br>Polsinelli Shalton & Welte, PC.<br>700 West 47th Street<br>Suite 1000<br>Kansas City, MO 64112 |
| David A. Blansky<br>LeMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Suite 201<br>Wantagh, NY 11793 | Boone Newspapers, Inc.<br>c/o W. Marcus Brakefield<br>P.O. Box 2427<br>Tuscaloosa, AL 35403 | Boone Newspapers, Inc.<br>c/o W. Marcus Brakefield, Esq.<br>P.O. Box 2427<br>Tuscaloosa, AL 35403 |
| Jean Winborn Boyles<br>Johnson Hearn Vinegar Gee & Mercer PLLC<br>P.O. Box 1776<br>Raleigh, NC 27602 | Dustin Parker Branch<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | Brevard County Tax Collector<br>PO Box 2500<br>Titusville, FL 32781-2500 |
| John P. Brice<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 | Brian P Britt<br>Wilkins Bankester Biles & Wynne PA<br>Post Office Box 1367<br>Fairhope, AL 36533 | Robert J. Brown<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street Suite 1600<br>Lexington, KY 40507 |
| Andrew M Brumby<br>Shutts & Bowen LLp<br>Post Office Box 4956<br>Orlando, FL 32802 | W. Steven Bryant<br>Locke Liddell & Sapp, LLP<br>600 Travis Street # 2600<br>Houston, TX 77002-3095 | Rachel S. Budke<br>Law Department, FL. Power and Light Co.<br>700 Universe Boulevard<br>Juno Beach, FL 33408 |
| Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Buffalo Rock Company<br>c/o Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 |
| Burch Equipment Group, et al<br>c/o Law Offices of Bruce Levins<br>747 Third Avenue<br>4th Floor<br>New York, NY 10017-2803 | Jason B. Burnett<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1675<br>Jacksonville, FL 32202 | CVS EGL Overseas Marathon FL, L.L.C.<br>c/o Mark Minuti, Esquire<br>Saul Ewing LLP<br>P.O. Box 1266<br>Wilmington, DE 19899 |
| Cal-Maine Foods, Inc.<br>3320 Woodrow Wilson Drive<br>PO Box 2960<br>Jackson, MS 39207 | Thomas R. Califano<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>29th Floor<br>New York, NY 10020-1104 | Cardinal Health<br>Scott A. Zuber, Esq.<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 |

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street NE, Suite 800
Atlanta GA 30309

George B Cauthen
Nelson Mullins Riley & scarborough LLP
Post Office Box 11070
1320 Main Street - 17th Floor
Columbia, SC 29211

CenturyTel, Inc
c/o Rex D. Rainach, APLC
3622 Government Street
Baton Rouge, LA 70806

CenturyTel, Inc.
c/o Rex D. Rainach, APLC
3622 Government Street
Baton Rouge, LA 70806

Lee Champion
Page Scrantom Sprouse Tucker & Ford, P.C
1111 Bay Avenue
3rd Floor
Columbus, GA 31901

Chester Dix Corp.
135 Jericho Turnpike
Old Westbury, NY 11568

Chevron Phillips Chemical Company, L.P.
c/o McClain Leppert & Maney, P.C.
711 Louisiana St., Suite 3100
South Tower, Pennzoil Place
Houston, TX 77002

Conrad K. Chiu
Pitney, Hardin, Kipp & Szuch, LLP
685 Third Avenue, 20th FLR
New York, NY 10017-4014

Emily Chou
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

Citicorp Vender Finance, Inc., as assign
c/o Robert J. Perry, Jr., Esq.
Held & Israel
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207

Citrus World, Inc., d/b/a Florida's Natu
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Citrus World, Inc., d/b/a Florida's Natu
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353, 32802-3353

City of Fairhope
Wilkins, Bankester, Biles & Wynne
c/o Brian P. Britt
PO Box 1367
Fairhope, AL 36532

City of Fairhope
c/o Brian P. Britt
Post Office Box 1367
Fairhope, Alabama 36533

Cleco Corporation
Wheelis & Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199

Coca-Cola Bottling Company United, Inc.
c/o Danielle K. Greco
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, AL 35203

Coca-Cola Enterprises, Inc.
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402

Cole's Quality Foods Inc.
c/o Timothy J. Curtin Esq.
Varnum Riddering Schmidt Howle
P.O. Box 352
Grand Rapids, MI 49501-0352

Michael E Collins
Manier & Herod
150 4th Avenue North
Suite 2200
Nashville, TN 37220

Neal D. Colton
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Commonwealth Brands, Inc.
900 Church Street
P.O. Box 51587
Bowling Green, KY 42102

c/o David S. Rubin Community Coffee Comp
Kantrow Spaht Weaver & Blitzer (A
P. O. Box 2997
Baton Rouge, LA 70821-2997

Computer Leasing Company of Michigan, In
5150 Palm Valley Road
Suite 208
Ponte Vedra Beach, FL 32082

ConAgra Foods, Inc.
Attention: James J. Niemeier
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower,
Omaha, NE 68102

Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

David J Cook
Cook Perkiss & Lew
Post Office Box 270
San Francisco, CA 94104

Betsy C Cox
Rogers Towers
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207

David N Crapo
Gibbons, Del Deo, Dolan etal
One Riverfront Plaza
Newark, NJ 07102-5496

Criimi Mae Services Limited Partnership
c/o Law Office of Mark D. Speed
83 Maiden Lane
New York, NY 10038

Csx Transportation
500 Water Street
Jacksonville, 32202

Timothy J. Curtin
Varnum Riddering Schmidt & Howlett, LLP
333 Bridge Street NW Suite 1700
P.O. Box 3
Grand Rapids, MI 49501-0352

D. L. Lee and Sons, Inc.
c/o Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1229,  30303-1229

DIVERSIFIED MAINTENANCE SYSTEMS, INC.
Pitney Hardin LLP
7 Times Square
New York,, NY 10036

DLJ Produce, Inc.
Rynn & Janowsky, LLP
4100 Newport Place Drive
Suite 700
Newport Beach, CA 92660

DOLCO Packaging, a Tekni-Plex Company
c/o Pitney Hardin LLP
P.O. Box 1945
Attn: Scott A. Zuber
Morristown, NJ 07962-1945

Robert Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Gerard DiConza
Bianchi Macron LLP
390 Old Country Road
Garden City, NY 11530

Carolyn Hochsta Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

Discover Financial Services, Inc.
c/o Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Doane Pet Care Company
210 Westwood Place South, Suite 3
P.O. Box 2487
Brentwood, TN 37027

Doane Pet Care Company
c/o Austin L. McMullen
Boult Cummings Conners & Berry, PLC
P.O. Box 340025
Nashville, TN 37203,  37203

Downtown Destin Associates
c/o J. David Forsyth
Sessions, Fishman & Nathan, L.L.P
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170

Dreyer's Grand Ice Cream
c/o David J. Cook, Esq.
Cook, Perkiss & Lew, P.L.C.
333 Pine Street, Suite 300
San Francisco, CA 94109-3381

Mark G Duncan
Dwyer & Cambre
3421 North Causeway Boulevard
Metairie, LA 70002

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Duro-Bag Manufacturing Company
c/o Richard L. Ferrell
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

David W. Dykhouse
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Earl M. Barker, Jr.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

Andrew B. Eckstein
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Jason H Egan
Mowrey & Biggins PA
515 North Adams Street
Tallahassee, FL 32301

Richard S. Ehster
c/o Wolff, Hill, McFarlin & Herro
1851 W. Colonial Drive
Orlando, FL 32804

Judith Elkin
Haynes and Boone, LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

| | | |
|---|---|---|
| Entergy<br>c/o Michael D. Warner<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX 76102 | Earle I Erman<br>Erman Teicher Miller Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034-2162 | Elena L Escamilla<br>135 W Central Blvd., Ste 620<br>Orlando, FL 32806 |
| William J. Factor<br>Seyfarth, Shaw, Fairweather & Geraldson<br>55 E. Monroe Street<br>Suite 4200<br>Chicago, IL 60603 | Lara Roeske Fernandez<br>Trenam, Kemker, et al<br>P O Box 1102<br>Tampa, FL 33601 | Richard L Ferrell III<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202 |
| Charles J. Filardi Jr<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 | Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Flavor Pic Tomato Co<br>c/o Robert Scheinbaum<br>Podvey Meanor<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| Flowers Foods, Inc.<br>c/o Todd C. Meyers, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, NE<br>Suite 2800<br>Atlanta, GA 30309-4530 | J David Forsyth<br>Sessions Fishman & Nathan LLP<br>201 Saint Charles Avenue<br>Suite 3500<br>New Orleans, LA 70170 | Shawn Randall Fox<br>McGuireWoods LLP<br>1345 Avnue of the Americas<br>New York, NY 10128 |
| Fox Rothschi<br>Fox Rothschild LLP<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | Joseph D Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | Frankford Dallas, LLC<br>c/o Diane G. Reed<br>Reed & Reed<br>501 N. College Street<br>Waxahachie, TX 75165 |
| Mark J Friedman<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209 | Front End Services<br>c/o Stacey Jernigan<br>Haynes and Boone, LLP<br>901 Main Street, Suit<br>Dallas, TX 75202 | Future Foods, Ltd.<br>1420 Valwood Pkwy.<br>Suite #164<br>Attn: Mike Austin<br>Carrollton, TX 75006 |
| GE Capital Realty Group, as servicing ag<br>c/o Robert J. Perry, Jr., Esq.<br>Held & Israel<br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, FL 32207 | GE Commercial Finance Business Property<br>c/o Robert J. Perry, Jr., Esq.<br>Held & Israel<br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, FL 32207 | GRE Coralwood, LP<br>300S.E. 2nd Street<br>Fort Lauderdale, FL 33301 |
| Todd Mark Galante<br>St. John & Wayne, L.L.C.<br>Heron Tower<br>70 East 55th Street<br>New York, NY 10022 | J. Nathan Galbreath<br>Patton Boggs LLP<br>2001 Ross Avenue<br>Suite 3000<br>Dallas, TX 75201 | America and Albert Garcia<br>c/o Marvin S. Schulman<br>2800 Weston Road, Suite 201<br>Weston, FL 33331 |
| Gehr Florida Development, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | General Electric Capital Corporation<br>c/o Robert J. Perry, Jr., Esq.<br>Held & Israel<br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, FL 32207 | General Electric Capital Corporation, Co<br>c/o Robert J. Perry, Jr.<br>Held & Israel<br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, FL 32207 |
| General Electric Company, GE Consumer &<br>c/o Pitney Hardin LLP<br>P.O. Box 1945<br>Attn: Richard M. Meth<br>Morristown, NJ 07962-1945 | Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street<br>Suite 3600<br>Miami, Fl 33131 | George B. Nalley Jr.<br>c/o Jean Winborne Boyles<br>P.O. Box 1776<br>Raleigh, NC 27602 |

| | | |
|---|---|---|
| George B. Nalley Jr. and Abner P. Stockm<br>c/o Jean Winborne Boyles<br>P.O. Box 1776<br>Raleigh, NC 27602 | Georgia Crown Distributing Co.<br>100 Georgia Crown Dr.<br>POBox 308<br>McDonough, Ga 30253 | Gary Ginsburg<br>Neiman Ginsburg & Mairanz, PC<br>39 Broadway, 25th Floor<br>New York, NY 10006 |
| James J. Glover<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201 | Priscilla W. Grannis<br>Rynn & Janowsky, LLP<br>6017 Pine Ridge Road, No. 341<br>Naples, FL 34119 | Danielle K Greco<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Ira S. Greene<br>Hogan & Hartson, LLP<br>875 Third Avenue<br>New York, NY 10022 | Reginald A. Greene<br>Bellsouth Telecommunications, Inc.<br>675 W. Peachtree Street<br>Atlanta, GA 30375 | Greenland Trust<br>c/o Mowrey & Biggins<br>515 N. Adams Street<br>Tallahassee, FL 32301 |
| Janice Beth Grubin<br>Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Avenue<br>New York, NY 10022-7519 | Rudi R. Grueneberg<br>Grueneberg Law Group, LLC<br>704 East Main Street<br>Bldg. E<br>Moorestown, NJ 08057 | Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 |
| Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802, 32802 | Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Hain Capital Investors, LLC<br>201 Route 17<br>Suite 300<br>Rutherford, NJ 07070 |
| Hammerdale, Inc. NV<br>c/o Robert J. Perry, Jr., Esq.<br>Held & Israel<br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, FL 32207 | Marc L. Hamroff<br>Moritt, Hock & Hamroff, LLP<br>400 Garden City Plaza<br>Suite 202<br>Garden City, NY 11530 | William F. Harmeyer<br>7322 Southwest Freeway<br>Suite 475<br>Houston, TX 77074 |
| Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street Northeast<br>Atlanta, GA 30309 | John W Harrison Jr<br>Karem & Karem<br>333 Guthrie Green<br>Suite 312<br>Louisville, KY 40202 | Patrick L. Hayden<br>McGuireWoods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105 |
| Hazel Rogers<br>c/o Marvin S. Schulman, P.A.<br>2800 Weston Road, Suite 201<br>Weston, FL 33331 | Edwin W. Held Jr.<br>1301 Riverplace Blvd., Ste. 1916<br>Jacksonville, FL 32207 | Edwin W. Held Jr.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 |
| Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Sally M. Henry<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036-6522 | Henschel-Steinau, Inc.<br>c/o Shapiro & Croland<br>411 Hackensack Ave<br>Continental Plaza II<br>Hackensack, NJ 07601 |
| Neil E Herman<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 | Kenneth D. Herron Jr.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Drive<br>Orlando, FL 32804 | David E. Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601 |

| | | |
|---|---|---|
| Terrance A Hiller<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 | Robert L Holladay Jr<br>YoungWilliams PA<br>Post Office Box 23059<br>Jackson, MS 39225-3059 | Brian D. Huben<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 |
| Patrick L Huffstickler<br>Cox Smith Matthews Incorporated<br>112 East Pecan Street<br>Suite 1800<br>San Antonio, TX 78205 | Inland Retail Real Estate Trust, Inc.<br>Attn: Bert K. Bittourna<br>c/o The Inland Real Estate Group, Inc.<br>2901 Butterfield Road<br>Oak Brook, IL 60523 | Inland Retail Real Estate Trust, Inc.<br>Attn: Bert K. Bittourna<br>c/o The Inland Real Estate Group, Inc.<br>2901 Butterfield Rd.<br>Oak Brook, IL  60523,  60523 |
| Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802,  32802 | Integrated Payment Systems, Inc.<br>Frank/Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60610 | Laurel M. Isicoff<br>Kozyak, Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 |
| JEA<br>c/o Stutsman & Thames, P.A.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202 | Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Solomon J. Jaskiel<br>275 Madison Avenue<br>11th Floor<br>New York, NY 10016 |
| John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060 30060 | John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 | Ronald Scott Kaniuk<br>Taplin & Associates<br>340 Fifth Avenue Suite 2418<br>New York, NY 10118 |
| Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996 | Bradley T. Keller<br>c/o Wolff, hill, McFarlin & Herro<br>1851 W. Colonial Drive<br>Orlando, FL 32804 | Elena P. Ketchum<br>Stichter, Riedel, Blain & Prosser<br>110 E. Madison St., Suite 200<br>Tampa, FL 33602 |
| Kimco Realty Corporation<br>3333 New Hyde Park Road<br>New Hyde Park, NY 11753 | c/o Dale R. Baringer Kleinpeter Farms Da<br>Schaneville & Baringer<br>918 Government Street<br>Baton Rouge, LA 70802 | Management Corp. Kmart<br>c/o Brendan G. Best<br>400 Renaissance Center<br>Detroit, MI 48243-1668 |
| Konica Minolta Imaging, Inc.<br>c/o Fox Rothschild<br>2000 Market Street<br>Philadelphia, PA 19103 | Alan W Kornberg<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | John W. Kozyak<br>Kozyak, Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon<br>9th Floor<br>Miami, FL 33134 |
| Stuart A. Krause<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Stephen B. Kuhn<br>590 Madison Avenue<br>New York, NY | Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 |
| Jeffrey Kurtzman<br>Klehr Harrison Harvey Branzburg & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102 | Nina M LaFleur<br>Stutsman & Thames<br>121 W. Forsyth St. Suite 600<br>Jacksonville, Fl 32202-3848 | Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 |

Nina M. Lafleur
Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

Lake Placid Groves, LLC
600 Hwy 70 West
P O Box 1005
Lake Placid, FL 33862

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

Laura's Lean Beef
2285 Executive Drive
Suite 200
Lexington, KY 40505

Elena Lazarou
Reed Smith, LLP
599 Lexington Ave.
New York, NY 10022

Robert L LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Thomas J. Leanse
Katten Muchin Zavis Rosenman
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

David E. Lemke
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2100
P.O. Box 198966
Nashville, TN 37219-8966

Chris Lenhart
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Michael Leppert
McClain, Leppert & Maney, P.C.
711 Louisiana St., Suite 3100
South Tower Pennzoil Place
Houston, TX 77002

Sharon L. Levine
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Bruce Levinson
747 Third Avenue
4th Floor
New York, NY 10017

John Lewis
a/f The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301

Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Liberty Mutual Insurance Company
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street
Suite 1600, Jacksonville, FL 32202 32202

Alan Jay Lipkin
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Logan & Company, Inc.
Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043

Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Louis G. McBryan
Macey, Wilensky, Cohen. Wittner & Kessle
600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1229, 30303-1229

Joseph Lubertazzi Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

M.D. Sass Re/Enterprise Portfolio Compan
10 New King Street
White Plains, NY 10604

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

Madison Investment Trust Series 1-50
6310 Lamar Ave Ste 120
Overland Park, KS 66202

Madison Niche Opportunities, LLC
6310 Lamar Ave Ste 120
Overland Park, KS 66202

Madison Pramerica Opportunities, LLC
6310 Lamar Ave
Ste 120
Overland Park, KS 66202

Maples Gas Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Maples Gas Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Marjon Specialty Foods, Inc.
c/o Don M. Stichter, Esq.
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison St., Ste. 200
Tampa, FL 33602

| | | |
|---|---|---|
| Maryland & Virginia Milk Producers Coope<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Laurence May<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022 | Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Avenue North<br>Birmingham, AL 35203 |
| McCormick & Company, Inc.<br>211 Schilling Circle<br>Hunt Valley, MD 21030 | David R McFarlin<br>Wolff, Hill, McFarlin & Herron, P.A<br>1851 West Colonial Drive<br>Orlando, FL 32804 | Austin L. McMullen<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203 |
| Marc T. McNamee<br>Neal & Harwell, PLC<br>150 Fourth Avenue North<br>Suite 2000<br>Nashville, TN 37219 | Derek F Meek<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Merill Lynch, Pierce, Fenner & Smith Inc<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Richard M. Meth<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 |
| Todd C Meyers<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street Northeast<br>Suite 2800<br>Atlanta, GA 30309-4530 | Michael Foods, Inc.<br>c/o Leonard Street and Deinard<br>150 S. 5th Street, S. 2300<br>Minneapolis, MN 55402 | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Christopher C. Miller<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067 | Kathleen M. Miller<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899 | Stephen M Miller<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue<br>Post Office Box 2306<br>Wilmington, DE 19899-2306 |
| Stephan William Milo<br>Wharton Aldhizer & Weaver PLC<br>125 South Augusta Street<br>Suite 2000<br>Harrisonburg, VA 22801 | Mark Minuti<br>Saul Ewing, LLP<br>222 Delaware Avenue Suite 1200<br>P.O. Box 1<br>Wilmington, DE 19899 | T David Mitchell<br>Brenner Kaprosy LLP<br>50 East Washington Street<br>Chagrin Falls, OH 44022 |
| Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | Brett S. Moore<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962-1997 | Andrew L. Morrison<br>Reed Smith LLP<br>375 Park Avenue<br>17th Floor<br>New York, NY 10152-1799 |
| Richard C. Morrissey<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Fl.<br>New York, NY 10004 | Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Adam Moskowitz<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | Mount Olive Pickle Company, Inc.<br>P.O. Box 609<br>Mount Olive, NC 28365 | NCR Corporation<br>c/o Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 |

NCR Corporation
c/o Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103, 19103

Nalley Construction Co. Inc.
c/o Jean Winborne Boyles
P.O. Box 1776
Raleigh, NC 27602

Nalley Construction Company, Inc.
c/o Jean Winborn Boyles
P.O. Box 1776
Raleigh, NC 27602

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Albert F. Nasuti
Thompson, O'Brien, Kemp & Nasuti, P
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

Omar Nelson
P.O. Box 1178
Jackson, MS 39215

Carole Neville
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Tammy M. Nick
676 East I-10 Service Road
Slidell, LA 70461

James J. Niemeier
McGrath North Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite
Omaha, NE 68102

North Hixon Marketplace, LLC
c/o John J. Wiles, Esq.
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, GA 30060-7946

North Hixon Marketplace, LLC
c/o John J. Wiles, Esq.
800 Kennesaw Avenue
Suite 400
Marietta, Georgia, 30060-7946 30060-7946

North Madison Associates, Ltd.
c/o Walter McArdle, Esq.
2117 Second Avenue North
The Zinszer Building
Birmingham, AL 35203

Northeast MS Coca-Cola Bottling Co., Inc
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Northeast MS Coca-Cola Bottling Co., Inc
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

ORIX Capital Markets, L.L.C.
c/o Law Office of Mark D. Speed
83 Maiden Lane
New York, NY 10038

Ohio Casualty Insurance Company
c/o Manier & Herod
Attn: Michael E. Collins
150 Fourth Ave N, #2200
Nashville, TN 37219

PC Woo, Inc. dba Mega Toys
6443 E. Slauson Ave.
Commerce, CA 90040

PC Woo, Inc. dba Mega Toys
6443 E. Slauson Ave.
Commerce, CA 90040

Merritt A. Pardini
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY 10022

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Barbra R. Parlin
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

Brad J. Patten
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA 30503

Aaron D. Patton
Murray, Frank & Sailer, LLP
275 Madison Avenue
Suite 801
New York, NY 10016

PepsiAmericas
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Armando Perez
2631 S.W. 27th Street
Miami, FL 33133

Robert Perry
Held & Israel
1301 Riverplace Blvd. Ste.# 1916
Jacksonville, FL 32207

Phillips Edison & Company
c/o Daniel J. Flanigan, Esq.
Polsinelli Shalton Welte Suelthau
292 Madison Ave., 17th Fl.
New York, NY 10017

David L Pollack
Ballard Spahr Andrews & Ingersoll LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

Geraldin E. Ponto
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102

Nicholas V. Pulignano Jr.
Marks Gray, P.A.
1200 Riverplace Blvd Suite 800
Jacksonville, FL 32201

RLV Marketplace LP
Kupelian Ormond & Magy, P.C.
25800 Northwestern Hwy.
Suite 950
Southfield, MI 48075

RMC Property Group
C/O Dennis J. Levine
PO Box 707
Tampa, Fl 33601

Rachel E. Adams, Esq.
200 S. Orange Avenue
Suite 1220
Orlando, Florida 32801

Rex D. Rainach
3622 Government Street
Baton Rouge, LA 70806-5720

Ramco-Gershenson Properties, L.P.
Kupelian Ormond & Magy, P.C.
25800 Northwestern Hwy
Suite 950
Southfield, MI 48075

Gregg A. Rapoport
Lee & Rosenberger
135 W. Green St.
Suite 100
Pasadena, CA 91105

Craig V. Rasile
1111 Brickell Avenue, Suite 2500
Miami, FL 33131

Peter J Rathwell
Snell & Wilmer LLP
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Eric T. Ray
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 2600
P.O. Box 3
Birmingham, AL 35201-0306

Diane G. Reed
Reed and Reed
501 N. College Street
Waxahachie, TX 75165

Jo Christi Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

Jeffrey C. Regan
Hedrick, Dewberry, Regan & Durant, PA
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

Jeffrey N. Rich
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022-6030

Rich-SeaPak Corporation
c/o James P. Smith
Arnall Golden Gregory LLP
201 Second Street, Suite 1000
Macon, GA 31201

Larry B. Ricke
Leonard, Street and Deinard
150 South Fifth Street
suite 2300
Minneapolis, MN 55402

Craig P. Rieders
Genovese Lichtman Joblove & Battist
100 S.E. 2nd Ave., Suite 3600
Miami, FL 33131

Fred B. Ringel
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
1345 Avenue of the Americas
31st Floor
New York, NY 10105-0143

Riverdale Farms, Inc.
c/o Porzio, Bromberg & Newman,
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07962

Hazel Rogers
c/o Marvin S. Schulman
2800 Weston Road, Suite 201
Weston, FL 33331

Adam L. Rosen
Scarcella Rosen & Slome LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, NY 11533-3622

Avrum J. Rosen
Law Office of Avrum J. Rosen
38 New Street
Huntington, NY 11743

Neal M. Rosenbloom
Finkel Goldstein Rosenbloom Nash LLP
26 Broadway
Suite 711
New York, NY 10004

Fox Rothschild
13 East 37th Street
Suite 800
New York, NY 10016

J Casey Roy
McClain Leppert & Maney PC
South Tower Pennzoil Place
711 Louisiana Suite 3100
Houston, TX 77002

J. Casey Roy
McClain Leppert & Maney, P.C.
711 Louisiana, Suite 3100
South Tower, Pennzoil Place
Houston, TX 77002

| | | |
|---|---|---|
| David S Rubin<br>Kantrow Spaht Weaver & Blitzer<br>Post Office Box 2997<br>Baton Rouge, LA 70821-2997 | Robert B. Rubin<br>Burr & Forman LLP<br>420 North 20th Street Suite 3100<br>Birmingham, AL 35023 | Rachel L Rubio<br>Markowitz Davis Ringel & Trusty, PA<br>9130 South Dadeland Blvd #1225<br>Maimi, FL 33156-7849 |
| Shelley D Rucker<br>Miller & Martin<br>832 Georgia Avenue<br>Suite 1000<br>Chattanooga, TN 37402 | SIMON PROPERTY GROUP, LP<br>Attn: Ronald M. Tucker, Esq.<br>115 West Washington Street<br>Indianapolis, IN 46204 | Teresa Sadutto<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018 |
| Robert K. Scheinbaum<br>Podvey, Sachs, Meanor, Catenacci,<br>Hildner & Cocoziello<br>One Riverfront Plaza<br>Newark, NJ 07102 | Marvin S. Schulman<br>2800 Weston Road, Suite 201<br>Weston, FL 33331 | Scunci International Inc.<br>2200 Byberry Road<br>Hatboro, PA 19040 |
| Gregory J. Seketa<br>40\|86 Advisorts Inc.<br>535 N. College Drive<br>Carmel, IN 46032 | Selma Highway 80 Venture II Joint Ventur<br>c/o Stutsman & Thames, P.A.<br>121 W. Forsyth Street, Suite 600<br>Jacksonville, FL 32202 | Andrew Howard Sherman<br>Sills Cummis Radin Tischman Epstein &<br>Gross<br>712 5th Avenue<br>20th Floor<br>New York, NY 10019 |
| R Scott Shuker<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 | Sirius Computer Solutions, Inc.<br>Cox Smith Matthews Incorporated<br>112 East Pecan Street, Suite 1800<br>San Antonio, TX 78205 | Peter L. Slinn<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101 |
| Thomas R. Slome<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 | Smith Hulsey & Busey<br>225 Water Street<br>Suite 1800<br>Jacksonville, FL 32202 | Anthony J. Smits<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 |
| Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Eric J. Snyder<br>Siller Wilk<br>675 Third Avenue<br>9th Floor<br>New York, NY 10017 | Marc P. Solomon<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 |
| South Carolina Electric & Gas Company, S<br>c/o Pitney Hardin LLP<br>P.O. Box 1945<br>Attn: Richard M. Met<br>Morristown, NJ 07962-1945 | Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 |
| Southeast Provisions, LLC<br>11 Task Industrial Court<br>Greenville, SC 29607 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC 29211 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC  29211, 29211 |
| Southern Gourmet Foods, Inc.<br>c/o Marc T. McNamee<br>Neal & Harwell, PLC<br>150 Fourth Avenue North<br>Suite 2000<br>Nashville, TN 37219 | Arthur J Spector<br>Berger Singerman<br>350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 | Mark D. Speed<br>83 Maiden Lane<br>New York, NY 10038 |

Alex Spizz
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022

Rick A. Steinberg
Angel & Frankel, P.C.
460 Park Avenue
New York, NY 10022

Don M Stichter
Stichter, Riedel, Blain & Prosser
110 East Madison Street, Suite 200
Tampa, FL 33602


Stirling Properties, Inc.
c/o J. David Forsyth
Sessions, Fishman & Nathan, L.L.P
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170

Sabrina L. Streusand
Hughes & Luce, LLP
111 Congress Avenue Suite 900
Austin, TX 78701

Stuart S. Golding Co.
c/o Lara Roeske Fernandez, Esquire
P.O. Box 1102
Tampa, FL 33601-1102


Debra Sudock
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

c/o Stuart M. Mapls Sunshine Mills, Inc.
Johnston, Moore, Maples & Thompson
400 Meridian St., Suite 301
Huntsville, AL 35801

Stephen B. Sutton
Lathrop & Gage, L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108-2612


Walter E. Swearingen
Levi Lubarsky & Feigenbaum, LLP
845 Third Avenue
21st Floor
New York, NY 10022

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

c/o Held & Israel TA Cresthaven, LLC
1301 Riverplace Blvd #1916
Jacksonville, FL 32207


TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

TSO Volusia, LLC
c/o Arnall Golden Gregory LLP
J. Hayden Kepner
171 17th St. NW
Suite 2100
Atlanta, GA 30363

Joel L. Tabas
25 Southeast Second Ave., Ste. 919
Miami, FL 33131-1538


Gene B Tarr
Blanco Tackabery Combs & Matamoros PA
Post Office Drawer 25008
Winston-Salem, NC 27114-5008

The City of Ocala, Florida dba Ocala Ele
c/o Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, FL 32202

The Coca-Cola Company
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900, Jacksonville, FL 32202 32202


The Coca-cola Company
P.O. Box 1734
Atlanta, GA 30301

The Dial Corporation
Snell & Wilmer LLP
c/o Peter J. Rathwell, Esq.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

The Pelican Group, Inc.
c/o J. David Forsyth
Sessions, Fishman & Nathan, L.L.P
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170


The Pepsi Bottling Group
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

The Wackenhut Corporation
Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Diana M. Thimmig
Roetzel & Andress
1375 East Ninth Street
One Cleveland Ctr Ninth Floor
Cleveland, OH 44114


Judy D Thompson
301 S. College Street, Ste 2300
Charlotte, NC 28202

Laura L. Torrado
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179

Town 'N Country Realty of Easley, Inc.
c/o Jean Winborne Boyles
P.O. Box 1776
Raleigh, NC 27602


Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

Paul Traub
Traub Bonacquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

Ronald M Tucker
Simon Property Group
115 West Washington Street
Indianapolis, IN 46204

| | | |
|---|---|---|
| Turney Dunham Plaza Partners Limited Par<br>Turney Dunham Plaza Partners<br>5277 State Road<br>Parma, OH 44134 | TypeWrite Word Processing Service<br>356 Eltingville Boulevard<br>Staten Island, NY 10312 | U.S. Bank National Association, as Inden<br>c/o David E. Lemke<br>Waller Lansden Dortch & Davis,<br>511 Union Street, Ste<br>Nashville, TN 37219 |
| UniCru, Inc.<br>c/o Stoel Rives LLP<br>Peter L. Slinn, Esq.<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101 | United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | United Sugars Corporation<br>c/o Leonard Street and Deinard<br>150 S. 5th St., S. 2300<br>Minneapolis, MN 55402 |
| Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202 | Valleydale Associates, Inc.<br>c/o Stutsman & Thames, P.A.<br>121 W. Forsyth Street, Suite 600<br>Jacksonville, FL 32202 | Wachovia Bank, N.A., as special servicer<br>c/o Bingham McCutchen LLP<br>Attn: Anthony Smits/Michael Brown<br>One State Street<br>Hartford, CT 06103 |
| Wachovia Bank, National Association<br>c/o Betsy C. Cox<br>c/o Robert T. Hyde, Jr.<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd., Suite 1500, Jacks | David H. Wander<br>Wander & Associates, P.C.<br>641 Lexington Avenue<br>New York, NY 10022 | Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX 75024 |
| Michael D. Warner<br>Warner, Stevens & Doby, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 | Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura St., Suite 3900<br>Jacksonville, FL 32202 | Western Union Financial Services, Inc.<br>Frank/Gecker LLP<br>325 N. LaSalle<br>Suite 625<br>Chicago, IL 60610 |
| Westland Plaza Associates, L.P.<br>c/o J. David Forsyth<br>Sessions, Fishman & Nathan, L.L.P<br>201 St. Charles Ave., 35th Fl.<br>New Orleans, LA 70170 | David B. Wheeler<br>Moore & Van Allen PLLC<br>P.O. Box 22828<br>Charleston, SC 29413-2828 | Stephen D Wheelis<br>Wheelis & Rozanski<br>Post Office Box 13199<br>Alexandria, LA 71315-3199 |
| William Douglas White<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>McLean, VA 22102 | Amy Pritchard Williams<br>Kennedy Covington Lobdell & Hickman LLP<br>214 N Tryon Street<br>Hearst Tower, 47th Floor<br>Charlotte, NC 28202 | Wilmington Trust Company<br>1100 North Market Street<br>Rodney Square North<br>Wilmington, DE 19890 |
| Winn-Dixie Stores, Inc<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Frank J. Wright<br>Hance Scarborough Wright Ginsberg<br>& Brusilow, LLP<br>14755 Preston Road # 600<br>Dallas, TX 75254 | Scott A. Zuber<br>Pitney Hardin Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ 07932-0950 |
| Zubi Advertising Services, Inc.<br>355 Alhambra Circle<br>10th Floor<br>Coral Gables, FL 33134 | hussman corporation<br>c/o Andrew M. Brumby<br>300 South Orange Avenue<br>Suite 1000<br>P.O.Box 4956<br>Orlando, Fl 32802-4956 | |