UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., <u>et</u>. <u>al</u>,  Case No.: 3:05-bk-03817-JAF
                                          Chapter 11
    Debtors.
_____/          Jointly Administered

**NOTICE OF WITHDRAWAL OF MOTION FOR RECONSIDERATION OF ORDER
AUTHORIZING EMPLOYMENT OF SMITH HULSEY & BUSEY (Docket No.:  969)**

The United States Trustee hereby gives notice of the withdrawal of the Motion for Reconsideration of Order Authorizing Employment of Smith Hulsey and Busey based on the information provided in the First Supplemental Declaration of D.J. Baker (Docket No.: 1279), an attorney employed with Skadden, Arps, Slate, Meagher & Flom, LLP ("Skadden"), Debtors' Co-Counsel, regarding Skadden's ability to pursue any litigation against Wachovia if necessary, on behalf of the Debtors.

DATED: May 20, 2005.

FELICIA S. TURNER
United States Trustee
Region 21

/s/   Elena L. Escamilla
ELENA L. ESCAMILLA, Trial Attorney
Florida Bar No. 898414
135 W. Central Blvd., Room 620
Orlando, FL 32801
Telephone No.: 407-648-6465
Facsimile No.:  407-648-6323
Elena.L.Escamilla@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing, Notice of the Withdrawal of the Motion for Reconsideration of Order Authorizing Employment of Smith Hulsey and Busey, has been furnished by U.S. Mail first class postage prepaid on May 20, 2005, to the following:

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | D.J. Baker, Esq.<br>Skadden, Arps, Slate,<br>Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Steve Busey, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 |
| Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley &<br>McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 | |

and to the Creditors Committee:

| | | |
|---|---|---|
| R2 Investments, LDC<br>c/o Amalgamated Gadget, LP<br>301 Commerce Street, Suite 3200<br>Fort Worth, TX 76102 | Deutsche Bank Trust<br>Company Americas<br>60 Wall Street<br>New York, NY 10005-2858 | New Plan Excel Realty Trust, Inc.<br>420 Lexington Avenue<br>New York, NY 10170 |
| Kraft Foods Global, Inc.<br>Attn: Sandra Schirmang, Sr.<br>Director of Credit<br>Three Lakes Drive<br>Northfield, IL 60093 | Pepisco & Subsidiaries<br>7701 Legacy Drive 38-109<br>Plano, TX 75024 | OCM Opportunities Fund V.L.P.<br>c/o Oaktree Capital Mgmt., LLC<br>Los Angeles, CA 90071 |
| Capital Research & Management<br>Company<br>Attn: Ellen Carr, V.P.<br>333 South Hope Street<br>Los Angeles, CA 90071 | | |

                                              /s/   Elena L. Escamilla
                                              ELENA L. ESCAMILLA, Trial Attorney